IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, and Local Rules 3.1(c), 3.2(e), and 7.4, Plaintiff American Airlines, Inc. provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

   American Airlines Group, Inc., a publicly held corporation, is a holding company, and is the parent corporation of Plaintiff American Airlines, Inc. American Airlines Group Inc. is the sole shareholder of American Airlines, Inc.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

   a) American Airlines, Inc. – Plaintiff, and
   b) Skiplagged, Inc., – Defendant.

| | |
|---|---|
| Dated: August 17, 2023 | Respectfully submitted,<br><br>*/s/ Dee J. Kelly, Jr.*<br>Dee J. Kelly, Jr.<br>State Bar No. 11217250<br>dee.kelly@kellyhart.com<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>(817) 332-2500<br><br>Bina Palnitkar<br>State Bar No. 24070378<br>palnitkarb@gtlaw.com<br>GREENBERG TRAURIG LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>Telephone: (214) 665-3600<br><br>Nathan J. Muyskens<br>(pro hac vice application forthcoming)<br>nathan.muyskens@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3100<br><br>ATTORNEYS FOR PLAINTIFF<br>AMERICAN AIRLINES, INC. |