UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

  Plaintiff,

v.                                          No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

  Defendant.

## ORDER

Upon further review of the record in this case, the Court notes that one of Plaintiff's counsel—Nathan James Muyskens of Greenburg Traurig, LLP—is not admitted to practice before this Court. If he wishes to remain as counsel for Plaintiff, the Court hereby **ORDERS** Nathan James Muyskens to apply for admission pro hac vice **on or before August 31, 2023.**

**SO ORDERED** on this **24th day of August 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE