IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## REQUEST FOR CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT SKIPLAGGED, INC.

Plaintiff American Airlines, Inc. ("American") requests a Clerk's Entry of Default against Defendant Skiplagged, Inc. ("Skiplagged") pursuant to Rule 55 of the Federal Rules of Civil Procedure, and in support of its Request, shows the Court as follows:

On August 17, 2023, American filed its Complaint against Skiplagged. [Dkt. No. 1]. Later that same day, American filed an Amended Complaint [Dkt. No. 8], and the Clerk of Court issued a Summons. [Dkt. No. 9].

Skiplagged is a Delaware corporation, and its registered agent is The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, Delaware 19801. [*See* Dkt. No. 8 at 3]. On August 18, 2023, Skiplagged was served with the Summons and Amended Complaint through its registered agent by process server Denorris Britt of Brandywine Process Servers, Ltd.; American filed the Proof of Service on the court's docket. [Dkt. No. 11]. Skiplagged was required to answer or otherwise respond to the Amended Complaint by September 8, 2023 (21 days after service). *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

"There are three conditions in the Federal Rules that must exist before the entry of a default judgment: (1) default, which occurs when a defending party fails to plead or otherwise respond to

a complaint; (2) the clerk's entry of default, when such default is established by affidavit or otherwise; and (3) the plaintiff's application to the court for a default judgment after the entry of default." *COG Marketers, Ltd. v. Bohr*, No. 2:20-CV-291-Z, 2021 WL 3721459, at *1 (N.D. Tex. July 6, 2021) (citing Fed. R. Civ. P. 55(a)); *see also N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

Skiplagged has not answered, filed a motion to dismiss, or otherwise responded as required by law. Moreover, neither a lawyer nor anyone else on behalf of Skiplagged has contacted American or its lawyers. Accordingly, American respectfully requests that the Clerk of Court enter default against Skiplagged, which is supported by the record, including the Proof of Service. [*See* Dkt. No. 11 at 2].

Dated: September 11, 2023

Respectfully submitted,

/s/ Julia G. Wisenberg
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Tyson Lies
State Bar No. 24087927
tyson.lies@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

**ATTORNEYS FOR PLAINTIFF**