IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00860-P |
| § | |
| SKIPLAGGED, INC., § | |
| § | |
| *Defendant*. § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:**

**NOW COMES** William L. Kirkman, an attorney licensed to practice law in Texas and admitted to practice in this District and Division and before this Court, with his offices in Fort Worth, Texas, and without waiving any defense or rights which Defendant, SKIPLAGGED, INC. ("SKIPLAGGED"), may have in this action, and files this *Notice of Appearance* to serve as counsel on behalf of Skiplagged. The undersigned has been engaged by Skiplagged to represent Skiplagged in this action.

I.

The undersigned has learned today that Plaintiff, American Airlines, Inc., has requested an entry of default against Skiplagged based on what the undersigned is informed was service upon the registered agent of Skiplagged on August 18, 2023. The undersigned has been informed that Skiplagged has not received a copy of the Summons from the registered agent.

**II.**

The undersigned attorney has contacted counsel for Plaintiff today and advised them of his having been engaged by Skiplagged. *See* e-mail correspondence from today's date, which is attached hereto as Exhibit A.

**III.**

The undersigned intends to file tomorrow morning, a request for a two-week extension of time to answer or otherwise respond to the *Amended Complaint* filed herein without waiving or intending to waive any defenses Skiplagged may have as a result of the filing of this suit.

**IV**

The undersigned is aware of the Court's September 5, 2023 *Order* requiring an in-person meeting and the submission of a joint report, and intends to comply therewith.

**V.**

Finally, the undersigned wishes to reiterate that this *Notice of Appearance* is being filed with the Court without waiving or intending to waive any defenses, motions, or other rights which Defendant, Skiplagged, may have and because of the indication that Plaintiff's counsel has requested an entry of default from the Clerk.

          Respectfully submitted,

By: /s/*William L. Kirkman*
   William L. Kirkman
   State Bar No. 11518700
   billk@kirkmanlawfirm.com
   Preston B. Sawyer
   State Bar No. 24102465
   prestons@kirkmanlawfirm.com
   KIRKMAN LAW FIRM, PLLC
   201 Main Street, Suite 1160
   Fort Worth, Texas 76102
   Telephone: (817) 336-2800
   Facsimile: (817) 877-1863

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2023, a true and correct copy of the foregoing was served via the Court's ECF system and by e-mail upon all counsel of record as indicated:

  Messrs. Dee J. Kelly, Jr., Lars L. Berg, and
   Tyson Lies and Ms. Julia G. Wisenberg
  Kelly Hart & Hallman LLP
  201 Main Street, Suite 2500
  Fort Worth, Texas 76102

  Ms. Bina Palnitkar
  Greenberg Traurig LLP
  2200 Ross Avenue, Suite 5200
  Dallas, Texas 75201

Mr. Nathan J. Muyskens
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

                                                      */s/William L. Kirkman*
                                                      William L. Kirkman

# EXHIBIT A

**Julia Gegenheimer**

| | |
|---|---|
| **From:** | Bill Kirkman |
| **Sent:** | Monday, September 11, 2023 5:21 PM |
| **To:** | dee.kelly@kellyhart.com; Lars Berg; tyson.lies@kellyhart.com; julia.wisenberg@kellyhart.com |
| **Cc:** | Preston Sawyer |
| **Subject:** | AA v. Skiplagged, Inc.; U.S.D.C. C.A. No. 4:23-cv-00860-P, Northern District of Texas, Fort Worth Division |

Counsel:

I placed a call to Dee and Lars this morning and left a message. I have been engaged by Skiplagged, Inc. to represent it in this matter.

My client informed me that it has not been served with process by its registered agent, The Corporation Trust Company. The client also informed me this morning that they determined today that it appears The Corporation Trust Company attempted to deliver an unknown package via UPS to a P.O. Box associated with Skiplagged on August 24, but I am advised that such attempted delivery was unsuccessful.

I see where today someone has requested the Clerk enter a default. I would respectfully request that you refrain from taking a default. I would also respectfully request that you provide us two weeks to answer or otherwise respond to the *Amended Complaint*.

I am out of town today and am returning to Fort Worth tomorrow and will be in the office all day. I would appreciate your courtesies and a call.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.