**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00860-P** |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF AGREEMENT FOR TWO-WEEK EXTENSION
OF TIME AND REQUEST FOR ORDER APPROVING SAME**

**TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:**

  **NOW COMES** SKIPLAGGED, INC., Defendant herein ("SKIPLAGGED"), and files this *Notice of Agreement for Two-Week Extension of Time and Request for Order Approving Same* ("*Notice of Agreement*"), and would advise the Court that Skiplagged and American Airlines, Inc. ("American") have agreed to extend the deadline for Skiplagged to file an answer or otherwise respond to American's *First Amended Complaint* through September 25, 2023. In support of this request, Skiplagged would respectfully show the Court as follows:

**I.**

  Plaintiff, American Airlines, Inc. ("American"), filed its *Original Complaint* on August 17, 2023, followed by its filing of a *First Amended Complaint* later that same day.

**II.**

  Skiplagged was served with Summons on August 18, 2023. Skiplagged's *Answer* and/or a *Motion* under Rule 12 of the FEDERAL RULES OF CIVIL PROCEDURE was due twenty-one days from the date of service of the Summons.

1

**III.**

On September 11, 2023, the undersigned sent an e-mail to counsel for American requesting a two-week extension of the deadline by which Skiplagged is to file an answer or otherwise respond to American's *First Amended Complaint*. On September 12, 2023, counsel for American responded agreeing to the undersigned's request for such an extension through September 25. Counsel for American further indicated that American does not intend to take any further action on the requested entry of default it filed on September 11, subject to any instructions from the Court. A true and correct copy of this e-mail correspondence is attached hereto as Exhibit A.

**IV.**

Accordingly, the undersigned files this *Notice of Agreement* to advise the Court and the Clerk of the agreement set forth above and to seek the Court's approval of such agreement. Skiplagged further wishes to advise the Court of its intention to file, pursuant to the above-referenced agreement, an *Answer* to the *First Amended Original Complaint* and/or a *Motion* under Rule 12 of the FEDERAL RULES OF CIVIL PROCEDURE on or before September 25, 2023, assuming the Court approves the agreement reached between the parties.

**V.**

Finally, the undersigned wishes to reiterate and be clear that this *Notice of Agreement* is being filed with the Court by Skiplagged without Skiplagged intending to waive or intending to waive any defenses, motions, or other rights which Skiplagged may have in this action.

Respectfully submitted,

By:     /s/*William L. Kirkman*
        William L. Kirkman
        State Bar No. 11518700
        billk@kirkmanlawfirm.com
        Preston B. Sawyer
        State Bar No. 24102465
        prestons@kirkmanlawfirm.com
        KIRKMAN LAW FIRM, PLLC
        201 Main Street, Suite 1160
        Fort Worth, Texas 76102
        Telephone:     (817) 336-2800
        Facsimile:     (817) 877-1863

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2023, a true and correct copy of the foregoing

was served via the Court's ECF system and by e-mail upon all counsel of record as indicated:

Messrs. Dee J. Kelly, Jr., Lars L. Berg, and
 Tyson Lies and Ms. Julia G. Wisenberg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Ms. Bina Palnitkar
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

Mr. Nathan J. Muyskens
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

/s/*William L. Kirkman*
William L. Kirkman

3

# EXHIBIT A

**Preston Sawyer**

| | |
|---|---|
| **From:** | Dee Kelly <dee.kelly@kellyhart.com> |
| **Sent:** | Tuesday, September 12, 2023 9:55 AM |
| **To:** | Bill Kirkman; Lars Berg; Tyson M. Lies; Julia G. Wisenberg |
| **Cc:** | Preston Sawyer |
| **Subject:** | RE: AA v. Skiplagged, Inc.; U.S.D.C. C.A. No. 4:23-cv-00860-P, Northern District of Texas, Fort Worth Division |

American grants Skiplagged a two week extension (through Sep. 25). We don't plan on taking any further action on the default (subject to any instructions from the Court).

Dee

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Tuesday, September 12, 2023 9:48 AM
**To:** Dee Kelly <dee.kelly@kellyhart.com>; Lars Berg <lars.berg@kellyhart.com>; Tyson M. Lies <Tyson.Lies@kellyhart.com>; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>
**Cc:** Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc.; U.S.D.C. C.A. No. 4:23-cv-00860-P, Northern District of Texas, Fort Worth Division

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

OK. Thanks for responding. Please let me know AA's response to my request at your earliest convenience.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Dee Kelly <dee.kelly@kellyhart.com>
**Sent:** Monday, September 11, 2023 5:40 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>; Lars Berg <lars.berg@kellyhart.com>; Tyson M. Lies <Tyson.Lies@kellyhart.com>; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>
**Cc:** Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc.; U.S.D.C. C.A. No. 4:23-cv-00860-P, Northern District of Texas, Fort Worth Division

Bill,

I've been in meetings today and missed your call. I have passed on your request to our client and expect to hear back by morning.

I'm told service was properly effectuated on Skiplagged, and the company was well aware of the case since some spokesman made many public comments about American's filing.

Dee

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Monday, September 11, 2023 5:21 PM
**To:** Dee Kelly <dee.kelly@kellyhart.com>; Lars Berg <lars.berg@kellyhart.com>; Tyson M. Lies <Tyson.Lies@kellyhart.com>; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>
**Cc:** Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** AA v. Skiplagged, Inc.; U.S.D.C. C.A. No. 4:23-cv-00860-P, Northern District of Texas, Fort Worth Division

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Counsel:

I placed a call to Dee and Lars this morning and left a message. I have been engaged by Skiplagged, Inc. to represent it in this matter.

My client informed me that it has not been served with process by its registered agent, The Corporation Trust Company. The client also informed me this morning that they determined today that it appears The Corporation Trust Company attempted to deliver an unknown package via UPS to a P.O. Box associated with Skiplagged on August 24, but I am advised that such attempted delivery was unsuccessful.

I see where today someone has requested the Clerk enter a default. I would respectfully request that you refrain from taking a default. I would also respectfully request that you provide us two weeks to answer or otherwise respond to the *Amended Complaint*.

I am out of town today and am returning to Fort Worth tomorrow and will be in the office all day. I would appreciate your courtesies and a call.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.