IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT SKIPLAGGED, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to FED. R. CIV. P. 7.1 and LOCAL RULE 7.4, Defendant, Skiplagged, Inc. ("Skiplagged"), provides the following information:

1. Per FED. R. CIV. P. 7.1(a)(1)(B), Skiplagged states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock under FED. R. CIV. P. 7.1(a)(1)(A). Skiplagged is a privately owned corporation with no publicly traded parent companies, subsidiaries, or affiliates.

2. Additionally, per LOCAL RULE 7.4, which incorporates by reference LOCAL RULES 3.1(c) and 3.2(e), Skiplagged states that to the best of its knowledge, the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

    (A)   Skiplagged, Inc. (Defendant); and

    (B)   American Airlines, Inc. (Plaintiff).

Respectfully submitted,

By: /s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2023, a true and correct copy of the foregoing was served via the Court's ECF system upon all counsel of record as indicated:

Messrs. Dee J. Kelly, Jr., Lars L. Berg, and
 Tyson Lies and Ms. Julia G. Wisenberg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Ms. Bina Palnitkar
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

Mr. Nathan J. Muyskens
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

/s/*William L. Kirkman*
William L. Kirkman

2