IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION
TO WITHDRAW TYSON LIES AS COUNSEL OF RECORD**

Plaintiff American Airlines, Inc. ("American") files this Unopposed Motion to Withdraw Tyson Lies as Counsel of Record. Effective October 20, 2023, Mr. Lies is no longer affiliated with the law firm of Kelly Hart & Hallman LLP. Therefore, American hereby moves this Court for an order permitting Tyson Lies to withdraw as counsel of record for American.

Attorneys Dee J. Kelly, Jr., Lars L. Berg, and Julia G. Wisenberg of the law firm Kelly Hart & Hallman LLP as well as Bina Palnitkar, Zachary B. Tobolowsky, and Nathan J. Muyskens of the law firm Greenberg Traurig LLP will continue to represent American in this matter.

Dated: October 26, 2023

Respectfully submitted,

*/s/ Julia G. Wisenberg*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP

1

201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
Zachary B. Tobolowsky
State Bar No. 24106512
zachary.tobolowsky@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Defendant Skiplagged, Inc.'s ("Skiplagged") counsel,

Bill Kirkman, on October 26, 2023, and Skiplagged is unopposed to American's motion.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg


## CERTIFICATE OF SERVICE

I certify that on October 26, 2023, I served the foregoing document electronically in

accordance with the Federal Rules of Civil Procedure.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg