UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                                      **No. 4:23-cv-0860-P**

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

Before the Court is Defendant's Motion to Stay its response to certain discovery requests issued by Plaintiff. ECF No. 29. In it, Defendant contends that Plaintiff has requested overly broad discovery in light of its pending motion to dismiss for lack of personal jurisdiction. *Id.* at 7.

In short, Defendant contends that its pending motion to dismiss for lack of personal jurisdiction absolves it of the immediate responsibility to respond to outstanding discovery requests which request facts beyond those needed to establish jurisdiction. *Id.* at 6–7. However, Defendant's own motion to dismiss includes an alternative request to transfer this case to New York, where the case would proceed to the merits stages of discovery if transferred there. ECF No. 21 at 28–29. Thus, the Court is puzzled by Defendant's apparent need to stay the discovery of "merits facts" where they are certain to be requested and produced anyway—either in the Northern District of Texas or in the Southern District of New York. As a result, the Court is unpersuaded by Defendant's need for a partial stay.

Accordingly, Defendant's Motion (ECF No. 29) is **DENIED.**

**SO ORDERED** on this **13th day of November 2023.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE