IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT SKIPLAGGED, INC.'S AGREED AMENDMENT
TO AMERICAN AIRLINES' MOTION TO EXTEND AMERICAN AIRLINES'
DEADLINE TO RESPOND TO SKIPLAGGED, INC.'S MOTION TO DISMISS**

**TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:**

NOW COMES SKIPLAGGED, INC., Defendant herein ("SKIPLAGGED"), and files this *Agreed Amendment to American Airlines' Motion to Extend American Airlines' Deadline to Respond to Skiplagged, Inc.,'s Motion to Dismiss* (filed November 21, 2023), requesting that the extension for American Airlines, Inc. ("American") to respond to Skiplagged's *Motion to Dismiss* be extended from December 29, 2023, to January 2, 2024, and in support, would show the Court as follows:

**I.**

**REQUESTED RELIEF**

Skiplagged, with the agreement of American, requests that the Court further extend the deadline for American to file its *Response* to Skiplagged's *Motion to Dismiss* [*see* Dkt. Nos. 21–22; Dkt. Nos. 24–26] from December 29, 2023, to January 2, 2024. This is so as to allow Skiplagged the opportunity to reply, if it so chooses, to the *Response* of American and avoid a holiday period which would otherwise fall after the original extension date of December 29, 2023. Skiplagged's counsel

1

intends to be out of the office during the New Year holiday period and he is not scheduled to return to the office until January 2, 2024.

## II.

### CONCLUSION

For the reasons stated above, Skiplagged, with the agreement of American, requests that the date by which American is to respond to Skiplagged's *Motion to Dismiss* be extended from the date set out in American's *Motion* filed November 21, 2023, of December 29, 2023, to January 2, 2024.

Respectfully submitted,

By: /s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone:   (817) 336-2800
Facsimile:    (817) 877-1863

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

### CERTIFICATE OF CONFERENCE

**I HEREBY CERTIFY** that on Tuesday, November 21, 2023, I conferred with Julia G. Wisenberg, one of Plaintiff's counsel, and she indicated that she agreed with the relief requested herein.

/s/*William L. Kirkman*
William L. Kirkman

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 24, 2023, a true and correct copy of the foregoing was served via the Court's ECF system and by e-mail upon all counsel of record as indicated:

>Messrs. Dee J. Kelly, Jr. and Lars L. Berg
> and Ms. Julia G. Wisenberg
>Kelly Hart & Hallman LLP
>201 Main Street, Suite 2500
>Fort Worth, Texas 76102
>
>Ms. Bina Palnitkar
>Greenberg Traurig LLP
>2200 Ross Avenue, Suite 5200
>Dallas, Texas 75201
>
>Mr. Nathan J. Muyskens
>Greenberg Traurig, LLP
>2101 L Street, N.W., Suite 1000
>Washington, D.C. 20037

>>*/s/William L. Kirkman*
>>William L. Kirkman