IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

## PLAINTIFF AMERICAN AIRLINES, INC.'S
## MOTION TO COMPEL

Plaintiff American Airlines, Inc. ("American") files this Motion to Compel ("Motion"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

### SUMMARY

By this motion, American moves the Court to:

1. Overrule Defendant Skiplagged, Inc.'s ("Skiplagged") objections to and order Skiplagged to provide complete, amended answers to American's First Set of Interrogatories;

2. Overrule Skiplagged's objections to and order Skiplagged to produce the documents responsive to Requests for Production Nos. 1–56 in American's First Set of Requests for Production; and

3. Grant American such other and further relief to which it is justly entitled.

For the reasons detailed in American's Brief filed concurrently with this Motion and incorporated herein by reference, American respectfully requests that the Court grant its Motion under Rule 37.

**SUPPORTING APPENDIX**

As required by Local Civil Rule 56.6, American is filing a sequentially numbered Appendix with supporting evidence. In accordance with Local Civil Rule 56.5(c), American's supporting Brief will cite to specific pages in the Appendix as "[App'x ___]."

Dated: December 8, 2023

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 8, 2023, as well as numerous times prior to that date, I conferred with Bill Kirkman, counsel for Skiplagged, Inc., and he indicated that he was opposed to the relief requested.

*/s/ Lars L. Berg*
Lars L. Berg

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2023, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.