IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**APPENDIX TO PLAINTIFF AMERICAN AIRLINES, INC.'S
MOTION TO COMPEL**

In support of Plaintiff American Airlines, Inc.'s ("American") Motion to Compel,

American submits the following materials:

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A | Declaration of Dee J. Kelly, Jr. | App. 001–03 |
| A-1 | Plaintiff American Airlines, Inc.'s First Set of Interrogatories to Defendant Skiplagged, Inc. | App. 004–15 |
| A-2 | Defendant Skiplagged, Inc.'s Objections and Responses to Plaintiff American Airlines, Inc.'s First Set of Interrogatories | App. 016–50 |
| A-3 | Defendant Skiplagged, Inc.'s Answers to Plaintiff American Airlines, Inc.'s First Set of Interrogatories Nos. 12, 13, and 15–19 Subject to Its Previous Objections | App. 051–58 |
| A-4 | Plaintiff American Airlines, Inc.'s First Set of Requests for Production to Defendant Skiplagged, Inc. | App. 059–76 |
| A-5 | Defendant Skiplagged, Inc.'s Objections and Responses to Plaintiff American Airlines, Inc.'s First Set of Requests for Production | App. 77–114 |
| A-6 | Defendant Skiplagged, Inc.'s Answers and Amended Objections to Plaintiff American Airlines, Inc.'s First Set of Interrogatories Nos. 1–11 and 14 | App. 115–125 |

1

Dated: December 8, 2023

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on December 8, 2023, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.

2