UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.**,

 Plaintiff,

v.                 No. 4:23-cv-0860-P

**SKIPLAGGED, INC.**,

 Defendant.

## ORDER

 Before the Court is Plaintiff's Motion to Compel (ECF No. 38). After reviewing the Motion, the record, and applicable law, the Court concludes that the Motion is hereby **REFERRED** to United States Magistrate Judge Hal R. Ray for consideration.

 It is therefore **ORDERED** that Defendants' Motion (ECF No. 38) is hereby referred to United States Magistrate Judge Hal Ray for determination as authorized by 28 U.S.C. § 636(b)(1)(A).

 **SO ORDERED** on this **11th day** of **December 2023.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE