IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel, filed on December 8, 2023. ECF No. 38. United States District Judge Mark T. Pittman referred the motion to the undersigned today. ECF No. 41. The Court finds that expedited briefing is needed to consider Defendant's Motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, the Court **SETS** the Motion for a **Hearing**, on **December 19**, **2023**, at **9:00 a.m., in courtroom 508, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Fort Worth, Texas, 76102.**

Prior to the hearing, lead counsel for both parties shall confer by telephone to discuss narrowing the issues to be considered by the Court. Counsel shall file a joint status report **on or before December 15, 2023 at 5:00 p.m.** describing the results of their telephone conference and advising the Court of issues remaining for determination.

Additionally, **by December 15, 2023 at 5:00 p.m.**, Plaintiff shall file a response to the Motion that addresses only the issues that are unresolved. Defendant shall not file a reply unless the Court orders them to do so.

It is so **ORDERED** on December 11, 2023.

                                                        Hal R. Ray, Jr.
                                                        UNITED STATES MAGISTRATE JUDGE