IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Abigail R.S. Campbell of the law firm Condon Tobin Sladek Thornton Nerenberg, PLLC ("Counsel") represents Skiplagged, Inc. ("Defendant") in the above-captioned case, and hereby enters her appearance and requests that copies of all notices, pleadings and other papers filed in the case be served upon:

Abigail R.S. Campbell, Esq.
Condon Tobin Sladek Thornton Nerenberg, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
acampbell@condontobin.com

PLEASE TAKE FURTHER NOTICE THAT, this request encompasses all notices, copies and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or other which effects of seeks to affect the above case.

Dated this 14th day of December 2023.

                Respectfully submitted,

                **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

                */s/ Abigail R.S. Campbell*
                Aaron Z. Tobin
                Texas State Bar No. 24028045
                Kendal B. Reed
                Texas State Bar No. 24048755
                Abigail R.S. Campbell
                Texas State Bar No. 24098959
                8080 Park Lane, Suite 700
                Dallas, Texas 75231
                Telephone: (214) 265-3800
                Facsimile: (214) 691-6311
                atobin@condontobin.com
                kreed@condontobin.com
                acampbell@condontobin.com

                **ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 14, 2023, the foregoing was electronically submitted to the clerk of court for the United States District Court for the Northern District of Texas using the Court's electronic filing system and that all counsel of record have been served electronically or as authorized by the Federal Rules of Civil Procedure.

                */s/Abigail R.S. Campbell*
                Abigail R.S. Campbell