IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

# JOINT STATUS REPORT

On December 8, 2023, Plaintiff American Airlines, Inc. ("American") filed a Motion to Compel [Dkt. No. 39], Brief in Support of its Motion to Compel [Dkt. No. 39], and Appendix [Dkt. No. 40]. By that motion, American moves the Court to: (1) overrule Defendant Skiplagged, Inc.'s ("Skiplagged") objections to and order Skiplagged to provide complete, amended answers to American's First Set of Interrogatories; (2) overrule Skiplagged's objections to and order Skiplagged to produce the documents responsive to American's First Set of Requests for Production; and (3) grant American such other and further relief to which it is justly entitled. [Dkt. No. 38 at 1].

On December 11, 2023, the Court[1] ordered the parties to confer by telephone to discuss narrowing the issues to be considered by the Court and to file a joint status report describing the results of the telephone conference and advising the Court of issues remaining for determination. [Dkt. No. 42 at 1].

---

[1] Presiding Judge Mark T. Pittman referred American's Motion to Compel to United States Magistrate Judge Hal R. Ray for consideration. [Dkt. No. 41 at 1].

American and Skiplagged have conferred extensively, including by email and two Zoom calls: the first on December 13, 2023, which lasted approximately one hour and thirty-five minutes; the second on December 14, 2023, which lasted approximately forty minutes.[2]

In addition, Skiplagged served its Second Amended Objections and Answers to American's First Set of Interrogatories on December 13, 2023. Barring any unforeseen circumstances, Skiplagged also intends on serving its Amended Objections and Responses to American's First Set of Requests for Production ("RFPs") on December 15, 2023, or at any rate, no later than December 18, 2023. Skiplagged contends these Amended Responses significantly narrow the disputes as to Skiplagged's discovery responses. The parties will participate in a third Zoom call on Monday, December 18, 2023, to discuss Skiplagged's remaining objections to American's Interrogatories and RFPs. Skiplagged contends that it is withholding Answers to certain of American's Interrogatories and documents responsive to certain aspects of American's RFPs based on its confidentiality objections, but intends to provide such answers and produce such documents upon the entry of a confidentiality order. American contends that Skiplagged is improperly withholding documents based on all of its objections, and all objections should be overruled and those Answers and documents should be produced.

American contends that Skiplagged has not provided full answers to American's Interrogatories or produced any documents to American. In turn, Skiplagged contends that it has appropriately responded to American's Interrogatories and Requests for Production, as it

---

[2] Bill Kirkman, Kendal Reed, and Abigail Campbell participated in the first call on behalf of Skiplagged; Bill Kirkman, Preston Sawyer, and Kendal Reed participated in the second call on behalf of Skiplagged.

Lars Berg, Julia Wisenberg, and Bina Palnitkar participated on the first call on behalf of American; Dee Kelly, Jr.; Lars Berg, Julia Wisenberg, and Bina Palnitkar participated in the second call on behalf of American. In addition, two of American's ESI specialists participated in both phone calls.

awaits the Court's ruling on its objections to American's Interrogatories and RFPs based on its assertion of confidentiality. Skiplagged agrees to produce documents it believes are confidential under a confidentiality order and intends on filing a Motion for a Protective Order as to confidentiality today. American opposes this motion on multiple grounds, including because Skiplagged previously filed a Motion for Protective Order [Dkt. No. 29], which the Court denied [Dkt. No. 31]. Skiplagged refutes this assertion of American on the grounds that its Motion for Protective Order sought to limit discovery to jurisdictional issues and did not address confidentiality. The parties have not been able to reach an agreement on the terms of an ESI protocol.

To the extent any further narrowing of the remaining disputes can be achieved in the conference scheduled for Monday, December 18, the parties will promptly advise the Court.

| Dated: December 15, 2023 | Respectfully submitted, |
|---|---|
| */s/ Dee J. Kelly, Jr.* <br> Dee J. Kelly, Jr. <br> State Bar No. 11217250 <br> dee.kelly@kellyhart.com <br> Lars L. Berg <br> State Bar No. 00787072 <br> lars.berg@kellyhart.com <br> Julia G. Wisenberg <br> State Bar No. 24099146 <br> julia.wisenberg@kellyhart.com <br> KELLY HART & HALLMAN LLP <br> 201 Main Street, Suite 2500 <br> Fort Worth, Texas 76102 <br> (817) 332-2500 <br><br> Bina Palnitkar <br> State Bar No. 24070378 <br> palnitkarb@gtlaw.com <br> GREENBERG TRAURIG LLP <br> 2200 Ross Avenue, Suite 5200 <br> Dallas, TX 75201 <br> Telephone: (214) 665-3600 <br><br> Nathan J. Muyskens <br> nathan.muyskens@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 2101 L Street, N.W., Suite 1000 <br> Washington, DC 20037 <br> Telephone: (202) 331-3100 <br><br> **ATTORNEYS FOR PLAINTIFF** | */s/ William L. Kirkman* <br> William L. Kirkman <br> State Bar No. 11518700 <br> billk@kirkmanlawfirm.com <br> Preston B. Sawyer <br> State Bar No. 24102465 <br> prestons@kirkmanlawfirm.com <br> KIRKMAN LAW FIRM, PLLC <br> 201 Main Street, Suite 1160 <br> Fort Worth, Texas 76102 <br> Telephone: (817) 336-2800 <br> Facsimile: (817) 877-1863 <br><br> Aaron Z. Tobin <br> Texas State Bar No. 24028045 <br> atobin@condontobin.com <br> Kendal B. Reed <br> Texas State Bar No. 24048755 <br> kreed@condontobin.com <br> Abigail R.S. Campbell <br> Texas State Bar No. 24098959 <br> acampbell@condontobin.com <br> CONDON TOBIN SLADEK THORNTON NERENBERG PLLC <br> 8080 Park Lane, Suite 700 <br> Dallas, Texas 75231 <br> Telephone: (214) 265-3800 <br> Facsimile: (214) 691-6311 <br><br> **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2023, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

>*/s/ Dee J. Kelly, Jr.*
>Dee J. Kelly, Jr.