IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

**APPENDIX TO DEFENDANT SKIPLAGGED, INC.'S RESPONSE
IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

**INDEX**

| EXHIBIT | DESCRIPTION | PAGE NOS. |
|---|---|---|
| 1. | William L. Kirkman's Affidavit | App. 0001-0003 |
| 1-A | AA 10/12/23 Email re: American Airlines v. Skiplagged—Initial Disclosures | App.0004-0016 |
| 1-B | Skip 11/3/2023 email to AA re: American v. Skiplagged | App.0017-0020 |
| 1-C | Skip 11/7 email to AA re: American v. Skiplagged | App.0021-0038 |
| 1-D | Skip 11/8 email to AA re: AA v. Skiplagged Inc (sending responses and proposed protective order) | App.0039-0111 |
| 1-E | 11/9/2023 AA email re AA v. Skiplagged – confidential agreement | App.0112-0129 |
| 1-F | 12/5/2023 Skip emails with AA re; AAv. Skiplagged sending redline to confidentiality agreement | App.0130 -0171 |
| 1-G | 12/5/2023 Skip email to AA with ESI order | App. 0172-0178 |
| 1-H | 12/6/23 – AA Letter to Kirkman | App.0179-0184 |
| 1-I | 12/7/2023 – Kirman letter to AA | App. 0185-0190 |

| 1-J | Defendant Skiplagged, Inc.'s Second Amended Objections and Answers to Plaintiff American Airlines, Inc.'s First Set of Interrogatories | App.0191-0202 |
| --- | --- | --- |
| 2 | Declaration of Aktarer Zaman Submitted in Opposition to American Airlines, Inc.'s Motion to Compel | App. 0203- 0209 |

Dated: December 15, 2023.

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com


*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

***Attorneys for Defendant, Skiplagged, Inc.***

## **CERTIFICATE OF SERVICE**

      On December 15, 2023, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        */s/Abigail R.S. Campbell*
                                        Abigail R.S. Campbell