IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| *Defendant*. | § | |

### AGREED MOTION FOR EXTENSION OF TIME
### FOR SKIPLAGGED, INC. TO FILE ANSWER

**TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:**

**NOW COMES** SKIPLAGGED, INC., Defendant herein ("SKIPLAGGED"), and files this *Agreed Motion for Extension of Time* to file its *Answer* to American Airlines, Inc.'s *First Amended Complaint* until January 5, 2024. American Airlines, Inc. ("American") has agreed to such an extension. In support of this request, Skiplagged would respectfully show the Court as follows:

**I.**

American filed its *Complaint* on August 17, 2023, followed by its filing of a *First Amended Complaint* later that same day.

**II.**

On October 2, 2023, Skiplagged filed its Rule 12(b) *Motion to Dismiss for Lack of Personal Jurisdiction*. The Court denied the *Motion* on December 19, 2023. Skiplagged's *Answer* is therefore due by January 2, 2024.

1

### III.

Due to the upcoming holidays, Skiplagged requests a short extension to file its *Answer* from January 2, 2024, to January 5, 2024. Skiplagged's lead counsel, William L. Kirkman, has begun work on structuring the *Answer*. But, he is scheduled to be on a trip with his family during the holidays starting tomorrow and is not to return to his office until December 28, 2023.

                Respectfully submitted,

By:   /s/*William L. Kirkman*
       William L. Kirkman
       State Bar No. 11518700
       billk@kirkmanlawfirm.com
       Preston B. Sawyer
       State Bar No. 24102465
       prestons@kirkmanlawfirm.com
       KIRKMAN LAW FIRM, PLLC
       201 Main Street, Suite 1160
       Fort Worth, Texas 76102
       Telephone:   (817) 336-2800
       Facsimile:   (817) 877-1863

       Aaron Z. Tobin
       State Bar No. 24028045
       atobin@condontobin.com
       Kendal B. Reed
       State Bar No. 24048755
       kreed@condontobin.com
       Abigail R.S. Campbell
       State Bar No. 24098959
       acampbell@condontobin.com
       CONDON TOBIN SLADEK THORNTON
        NERENBERG PLLC
       8080 Park Lane, Suite 700
       Dallas, Texas 75231
       Telephone:   (214) 265-3800
       Facsimile:   (214) 691-6311

       ATTORNEYS FOR DEFENDANT,
       SKIPLAGGED, INC.

**CERTIFICATE OF CONFERENCE**

**I HEREBY CERTIFY** that on December 21, 2023, I communicated with counsel for Plaintiff with regard to the relief requested in this *Motion*. Lars Berg advised that he was in agreement with the continuance sought.

/s/William L. Kirkman
William L. Kirkman

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 21, 2023, a true and correct copy of the foregoing was served via the Court's ECF system and by e-mail upon all counsel of record as indicated:

> Messrs. Dee J. Kelly, Jr. and Lars L. Berg
>  and Ms. Julia G. Wisenberg
> Kelly Hart & Hallman LLP
> 201 Main Street, Suite 2500
> Fort Worth, Texas 76102
>
> Ms. Bina Palnitkar
> Greenberg Traurig LLP
> 2200 Ross Avenue, Suite 5200
> Dallas, Texas 75201
>
> Mr. Nathan J. Muyskens
> Greenberg Traurig, LLP
> 2101 L Street, N.W., Suite 1000
> Washington, D.C. 20037
>
> Messrs. Aaron Z. Tobin and Kendal B. Reed
>  and Ms. Abigail R.S. Campbell
> Condon Tobin Sladek Thornton Nerenberg PLLC
> 8080 Park Lane, Suite 700
> Dallas, Texas 75231

/s/William L. Kirkman
William L. Kirkman