IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT SKIPLAGGED, INC.'S STATUS UPDATE REGARDING DISCOVERY PRODUCTION

Pursuant to Magistrate Judge Ray's verbal instructions at the December 19, 2023 hearing on Plaintiff American Airlines, Inc's Motion to Compel, Defendant Skiplagged, Inc. ("Skiplagged") submits the following status report regarding its efforts to produce documents as ordered by the Court's December 19, 2023 Order [Dkt. 53].

Skiplagged's diligent efforts to comply with the Court's order to produce documents are summarized as follows:

- Skiplagged engaged a third-party vendor to assist with document collection and production prior to the December 19, 2023 hearing.

- Skiplagged used reasonable search terms to search its gmail, google documents, and Slack platform for responsive documents. This process resulted in 67,073 gmail and google documents. The number of Slack documents or communications is unclear because the crawling of the data export to the third-party vendor encountered several errors. The vendor has been and is currently performing tests to determine if the export can be repaired so that processing can continue.

- Skiplagged worked with its vendor to further fine tune search terms to come to a more reasonable universe of documents for review. This process resulted in 50,638 documents for review.

- Skiplagged hired a team of at least 46 attorney reviewers to review documents for production, including trial counsel. The review team has worked an average of 8-9 hours per day, Friday through Sunday, on this review project.

- As of January 10, 2024, at 6:00 p.m., the review team had reviewed approximately 37,717 documents, or 74.8% of the universe of documents. Thus far, the review has identified at least 30,972 documents as responsive.

As a result of the above, Skiplagged expects that it will produce at least (and likely more) 34,000 documents on Friday, January 12, 2024. Though Skiplagged's goal has been and continues to be that it will produce all ordered documents by January 12, 2024, the sheer magnitude of the review and unexpected technological difficulties encountered necessitate at least one additional production following January 12. Skiplagged's above detailed efforts will continue until production is complete.

Dated: January 10, 2024

Respectfully submitted,

/s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone:  (817) 336-2800
Facsimile:  (817) 877-1863

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin,
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell

**DEFENDANT SKIPLAGGED, INC.'S STATUS UPDATE
REGARDING DISCOVERY PRODUCTION**     **PAGE 2**

acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

*ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.*

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

/s/*William L. Kirkman*_____
William L. Kirkman