**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00860-P** |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT SKIPLAGGED, INC.'S NOTICE OF CORRECTION AS TO
STATUS UPDATE REGARDING DISCOVERY PRODUCTION**

Defendant Skiplagged, Inc. ("Skiplagged") submits the following Notice of Correction as to its previously filed status report [Dkt. 57] regarding its efforts to produce documents as ordered by the Court's December 19, 2023 Order [Dkt. 53].

Skiplagged files this Notice of Correction to correct two typographical errors regarding the date provided in the last bullet point at the top of page two of Skiplagged's previously filed status report (*i.e.* "As of January 10, 2024, at 6:00pm…"), and the percentage calculation set forth therein (*i.e.* "74.8%"). Accordingly, such bullet point is hereby corrected to read as follows:

- As of January 9, 2024, at 6:00 p.m., the review team had reviewed approximately 37,717 documents, or 74.5% of the universe of documents. Thus far, the review has identified at least 30,972 documents as responsive.

Dated: January 10, 2024

Respectfully submitted,

/s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465

prestons@kirkmanlawfirm.com
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone:  (817) 336-2800
Facsimile:   (817) 877-1863

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin,
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

***ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.***

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/William L. Kirkman*
William L. Kirkman