IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT SKIPLAGGED, INC.'S STATUS UPDATE
AND PROOF OF DELIVERY OF DISCOVERY**

Pursuant to Magistrate Judge Ray's verbal instructions at the December 19, 2023 hearing on Plaintiff American Airlines, Inc's Motion to Compel and the December 19, 2023 Order [Dkt. 53], Defendant Skiplagged, Inc. ("Skiplagged") submits the following status report and proof of delivery of discovery regarding its efforts to comply with the December 19, 2023 Order.

In addition to Skiplagged's diligent efforts to comply with the Court's order to produce documents detailed in its Status Update Regarding Discovery [Dkts. 57-58], Skiplagged states that on January 12, 2024, Skiplagged served its Third Amended Responses to American Airline's First Set of Interrogatories and Second Amended Responses to American Airlines First Set of Requests for Production. Additionally, Skiplagged produced 33,983 documents to American Airlines, Inc.

As stated in Skiplagged's Status Report, Skiplagged used reasonable search terms to search its gmail, google documents, and Slack platform for responsive documents. This process resulted in 67,073 gmail and google documents. Skiplagged worked with its vendor to further fine tune search terms to come to a more reasonable universe of documents for review. This process resulted in 50,638 documents for review. The number of Slack documents or communications is unclear

because the crawling of the data export to the third-party vendor encountered several errors, including export information that interfered with the vendor's chat parser. Since Skiplagged's January 10, 2024 report, the vendor has identified a hotfix that is being applied and Skiplagged expects the data review process can begin in short order.

Skiplagged's team of at least 46 attorney reviewers worked an average of 8-9 hours a day and completed nearly 99% review of the 50,638 potentially responsive documents.

Though Skiplagged's goal was to produce all ordered documents by January 12, 2024, the sheer magnitude of the review and unexpected technological difficulties with respect to the Slack export necessitate at least one additional production, which Skiplagged expects to serve on or before January 19, 2023. Skiplagged's efforts will continue until production is complete.

Dated: January 12, 2024

                      Respectfully submitted,

                      /s/*William L. Kirkman*
                      William L. Kirkman
                      State Bar No. 11518700
                      billk@kirkmanlawfirm.com
                      Preston B. Sawyer
                      State Bar No. 24102465
                      prestons@kirkmanlawfirm.com
                      **KIRKMAN LAW FIRM, PLLC**
                      201 Main Street, Suite 1160
                      Fort Worth, Texas 76102
                      Telephone: (817) 336-2800
                      Facsimile:  (817) 877-1863

                      */s/ Abigail R.S. Campbell*
                      Aaron Z. Tobin
                      Texas Bar No. 24028045
                      atobin@condontobin.com
                      Kendal B. Reed
                      Texas Bar No. 24048755
                      kreed@condontobin.com
                      Abigail R.S. Campbell

acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

*ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.*

## CERTIFICATE OF SERVICE

It is hereby certified that on January 12, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/ Abigail R.S. Campbell*
Abigail R.S. Campbell