IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT SKIPLAGGED, INC.'S THIRD STATUS UPDATE
AND PROOF OF DELIVERY OF DISCOVERY**

Pursuant to Magistrate Judge Ray's verbal instructions at the December 19, 2023 hearing on Plaintiff American Airlines, Inc's Motion to Compel and the December 19, 2023 Order [Dkt. 53], Defendant Skiplagged, Inc. ("Skiplagged") submits the following status report and proof of delivery of discovery regarding its efforts to comply with the December 19, 2023 Order.

In addition to Skiplagged's diligent efforts to comply with the Court's order to produce documents detailed in its Status Update Regarding Discovery [Dkts. 57-58] and January 12, 2024 Status Update and Proof of Delivery of Discovery [Dkt. 59], Skiplagged states that on January 19, 2024, Skiplagged produced an additional 10,460 documents to American Airlines, Inc.

As of Skiplagged's January 12, 2024 Status Update, the number of Slack documents or communications was unclear because the crawling of the data export to the third-party vendor encountered several errors, including export information that interfered with the vendor's chat parser. Since then, the vendor identified a hotfix that resolved the issue and Skiplagged immediately proceeded with its review and preparation for production. Non-privileged responsive

documents from this review were part of the January 19, 2024 production to American Airlines, Inc.

The sheer magnitude of documents to be reviewed and unexpected technological difficulties with respect to the Slack export necessitated at least one additional production, which Skiplagged has made.

Dated: January 19, 2024

                    Respectfully submitted,

/s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

***ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.***

## CERTIFICATE OF SERVICE

It is hereby certified that on January 19, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/ Abigail R.S. Campbell*
Abigail R.S. Campbell
