IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S
UNOPPOSED MOTION FOR ISSUANCE OF LETTERS OF REQUEST**

Pursuant to Federal Rule of Civil Procedure 28(b) and The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555, and 28 U.S.C. § 1781 *et seq.* ("The Hague Convention"), Plaintiff American Airlines, Inc. ("American") files this Unopposed Motion for Issuance of Letters of Request (the "Motion"), and respectfully requests that the Court issue the Letters of Request included in American's Appendix ("Appendix") to its Brief in Support of its Unopposed Motion for Issuance of Letters of Request ("American's Brief") as **Exhibits A and B** (the "Letters of Request") to the Ministry of Justice of Poland in order to obtain deposition testimony from Sebastian Suchanowski and Pawel Wrzosek.

1.   As further set forth in American's Brief, Sebastian Suchanowski and Pawel Wrzosek, who are residents of Poland, are lead software engineers of Defendant Skiplagged, Inc. ("Skiplagged") and have knowledge and possession of critical evidence and information that is directly relevant to the parties' claims and defenses in this lawsuit. This includes, among other things, evidence relating to Skiplagged's unauthorized use of American's protected data and information on Skiplagged's website, the operation of Skiplagged.com, and various other matters

1

relating to the technical means by which Skiplagged carries out its wrongful acts as alleged in American's First Amended Complaint.

2. Pursuant to Federal Rule of Civil Procedure 28(b), the Hague Convention, and 28 U.S.C. § 1781(b)(2), this Court is empowered to issue Letters of Request to the competent authority of another contracting state under the Hague Convention for the purpose of obtaining evidence. The United States and Poland are both signatories to the Hague Convention.

3. Through the Letters of Request in American's Appendix—which are directed to the appropriate competent authority in Poland and comply with the requirements of the Hague Convention—American seeks to take the oral deposition of Mr. Suchanowski and Mr. Wrzosek in order to obtain necessary and material discovery that will serve as evidence at trial.

4. Although Mr. Suchanowski and Mr. Wrzosek are employed by Skiplagged, they are neither parties to the lawsuit nor subject to this Court's jurisdiction. Thus, absent the Court's issuance of the Letters of Request, American has no other means of acquiring the critical evidence and testimony of Mr. Suchanowski and Mr. Wrzosek sought by the Letters of Request.

## CONCLUSION

WHEREFORE, for the foregoing reasons, and as further set forth in American's accompanying Brief in Support of this Motion, American requests that the Court issue the Letters of Request included in American's Appendix as **Exhibits A and B** to the Poland Ministry of Justice so that American can obtain this necessary and material discovery that will serve as evidence at trial.

Dated: February 2, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on February 2, 2024, I conferred with Kendal Reed, counsel for Skiplagged, regarding whether Skiplagged is opposed to this motion and the relief requested herein, and Mr. Reed stated that Skiplagged is unopposed to the motion.

*/s/ Bina Palnitkar*
Bina Palnitkar

## CERTIFICATE OF SERVICE

I certify that on February 2, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.