IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S**
**UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST**

Pursuant to Federal Rule of Civil Procedure 28(b) and The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555, and 28 U.S.C. § 1781 *et seq.* ("the Hague Convention"), Plaintiff American Airlines, Inc. ("American") files this Unopposed Motion for Issuance of Letter of Request (the "Motion"), and respectfully requests that the Court issue the Letter of Request included in American's Appendix ("Appendix") to its Brief in Support of its Unopposed Motion for Issuance of Letter of Request ("American's Brief") as Exhibit A (the "Letter of Request") to the Ministry of Justice of the United Kingdom in order for American to obtain deposition testimony and documents from Skyscanner Limited ("Skyscanner").

1. As further set forth in American's Brief, Skyscanner is metasearch engine which provides online travel search services to travelers throughout the world and has a contractual relationship with Defendant Skiplagged, Inc. ("Skiplagged"). Skyscanner is a private limited company incorporated and registered in England & Wales with company number 04217916. The address for their "registered office" is: Skyscanner Limited, Level 5, Ilona Rose House, Manette Street, London W1D 4AL, United Kingdom.

2. Skyscanner has knowledge and possesses critical evidence and information that is directly relevant to the parties' claims and defenses in this lawsuit. This includes, among other things, evidence relating to Skiplagged's unauthorized use of American's protected data and information on Skiplagged's website, the operation of Skiplagged.com, and various other matters relating to the technical means by which Skiplagged carries out its wrongful acts as alleged in American's First Amended Complaint.

3. Pursuant to Federal Rule of Civil Procedure 28(b), the Hague Convention, and 28 U.S.C. § 1781(b)(2), this Court is empowered to issue Letters of Request to the competent authority of another contracting state under the Hague Convention for the purpose of obtaining evidence. The United States and the United Kingdom are both signatories to the Hague Convention.

4. Through the Letter of Request in American's Appendix—which is directed to the appropriate competent authority in the United Kingdom and complies with the requirements of the Hague Convention—American seeks to take the oral deposition of and request documents from Skyscanner in order to obtain necessary and material discovery that will serve as evidence at trial.

5. Although Skyscanner is not a party to the lawsuit, the discovery American seeks from Skyscanner is directly related to the parties' claims and defenses, and it is necessary and appropriate for this Court to issue the requested Letter of Request.

## CONCLUSION

WHEREFORE, for the foregoing reasons, and as further set forth in American's accompanying Brief in Support of this Motion, American respectfully requests that the Court issue the Letter of Request included in American's Appendix as Exhibit A to the Ministry of Justice of the United Kingdom.

| | |
|---|---|
| Dated: February 26, 2024 | Respectfully submitted, |// 

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on February 24, 2024, I conferred with counsel for Skiplagged, Bill Kirkman, via email regarding whether Skiplagged is opposed to this motion and the relief requested herein. Mr. Kirkman indicated that Skiplagged is not opposed.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg

## CERTIFICATE OF SERVICE

I certify that on February 26, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
