UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.     No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

   Defendant.

# ORDER

Before the Court is the Parties' Joint Motion for an Extension of Discovery Deadlines. ECF No. 72. In it, the Parties contend that various discovery issues and disputes have delayed their ability to designate and respond to expert witnesses, setting back the completion of discovery and udermining the adequacy of their dispositive motions. *Id.* at 2–3.

Having considered the motion and applicable law, the Court **GRANTS** the motion. The deadlines addressed in the Parties' Motion will be reset as follows:

- Initial expert designations and reports shall be due **on or before April 19, 2024;**
- Responsive expert designations and reports shall be due **on or before May 20, 2024;**
- Rebuttal expert designations and reports shall be due **on or before May 31, 2024;**
- Discovery shall be completed **on or before June 30, 2024;** and
- Dispositive motions shall be due **on or before June 30, 2024.**

**SO ORDERED** on this **4th day** of **March 2024.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE