UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

Plaintiff,

v. No. 4:23-cv-00860-P

**SKIPLAGGED, INC.,**

Defendant.

## ORDER

Before the Court is Plaintiff's Motion to Compel and for Sanctions. ECF No. 74. Having considered the Motion, the Court hereby **REFERS** this Motion and related filings to the United States Magistrate Judge Hal Ray. *See* 28 U.S.C. § 636(b).

All papers filed hereafter referring to the Motion shall include the following notation under the case-number: "(Relates to the Motion Referred to Magistrate Judge Ray)".

**SO ORDERED** on this **8th day of April 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE