IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **AMERICAN AIRLINES, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00860-P |
| § | |
| **SKIPLAGGED, INC.,** § | |
| § | |
| Defendant. § | |

## **ORDER**

Before the Court is Plaintiff's Motion to Compel and for Sanctions, brief, and appendix filed on April 5, 2024. ECF Nos. 74-76. United States District Judge Mark T. Pittman referred the Motion to the undersigned yesterday. ECF No. 77. The Court finds that expedited briefing is needed to consider the Motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, the Court **SETS** the Motion for a **Hearing**, on **April 17**, **2024**, at 3**:00 p.m., in courtroom 508, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Fort Worth, Texas, 76102.**

Prior to the hearing, lead counsel for both parties shall confer by telephone to discuss narrowing the issues to be considered by the Court. Counsel shall file a joint status report **on or before April 15, 2024 at 5:00 p.m.** describing the results of their telephone conference and advising the Court of issues remaining for determination.

Additionally, **by April 15, 2024 at 5:00 p.m.**, Defendant shall file a response to the Motion that addresses only the issues that are unresolved. Plaintiff shall not file a reply unless the Court orders it to do so.

It is so **ORDERED** on April 9, 2024.

                                               _____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE