IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> *PLAINTIFF*, <br><br> V. <br><br> SKIPLAGGED, INC., <br><br> *DEFENDANT*. | CASE NO. 4:23-CV-00860-P <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE FOR DEFENDANT AND REQUEST FOR NOTICE

Please take notice that Darin M. Klemchuk hereby enters his appearance as counsel of record on behalf of Defendant Skiplagged, Inc.:

> Darin M. Klemchuk
> Texas Bar No. 24002418
> Klemchuk PLLC
> 8150 North Central Expressway, 10th Floor
> Dallas, TX 75206
> Telephone: (214) 367-6000
> Facsimile: (214) 367-6001
> darin.klemchuk@klemchuk.com

Defendant requests that all notices and service copies be directed to the above referenced counsel.

Dated:  April 9, 2024

Respectfully submitted,

/s/ Darin M. Klemchuk
Darin M. Klemchuk
Texas Bar No. 24002418
darin.klemchuk@klemchuk.com
**KLEMCHUK PLLC**
8150 N. Central Expressway, 10th Fl.
Dallas, Texas 75206
Tel: (214) 367-6000
Fax: (214) 367-6001

William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Tel: (817) 336-2800
Facsimile: (817) 877-1863

Aaron Z. Tobin
State Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
State Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
State Bar No. 24098959
acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Tel: (214) 265-3800
Facsimile: (214) 691-6311

**ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that this document is being served on all counsel of record via the Court's ECF system on April 9, 2024.

>  */s/ Darin M. Klemchuk*
> Darin M. Klemchuk