IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC. AND
DEFENDANT SKIPLAGGED, INC.'S JOINT MEDIATION REPORT**

On April 3, 2024, plaintiff, American Airlines, Inc. ("American"), and defendant, Skiplagged, Inc. ("Skiplagged"), participated in mediation with Judge R.H. Wallace, Jr. [*See* Dkt. No. 20 at 3]. Dee Kelly, Jr., Lars Berg, Nathan Muyskens, and Alyssa Johnston participated as counsel for American; Donald Broadfield, Jr. and Jeremy Ballew participated as in-house counsel for American; and Neil Guerin, the Managing Director of Airline Retailing at American, participated as American's client representative. William Kirkman, Abigail Campbell, and Darin Klemchuk and Irwin Schwartz (via Zoom) participated as counsel for Skiplagged. Aktarer Zaman, the Chief Executive Officer of Skiplagged, participated via Zoom as Skiplagged's client representative.  Unless otherwise noted, everyone participated in person.

The parties were unable to reach an agreement. Judge Wallace recessed the mediation, allowing for the opportunity to reconvene if the opportunity and circumstances allow for such after further discovery.

| | |
|---|---|
| Dated: April 9, 2024 | Respectfully submitted, |
| | |
| */s/ Lars L. Berg* | */s/ William L. Kirkman* |
| Dee J. Kelly, Jr. | William L. Kirkman |
| State Bar No. 11217250 | State Bar No. 11518700 |
| dee.kelly@kellyhart.com | billk@kirkmanlawfirm.com |
| Lars L. Berg | Preston B. Sawyer |
| State Bar No. 00787072 | State Bar No. 24102465 |
| lars.berg@kellyhart.com | prestons@kirkmanlawfirm.com |
| Julia G. Wisenberg | **KIRKMAN LAW FIRM, PLLC** |
| State Bar No. 24099146 | 201 Main Street, Suite 1160 |
| julia.wisenberg@kellyhart.com | Fort Worth, Texas 76102 |
| KELLY HART & HALLMAN LLP | Telephone: (817) 336-2800 |
| 201 Main Street, Suite 2500 | Facsimile: (817) 877-1863 |
| Fort Worth, Texas 76102 | |
| Telephone: (817) 332-2500 | Aaron Z. Tobin |
| | Texas Bar No. 24028045 |
| Bina Palnitkar | atobin@condontobin.com |
| State Bar No. 24070378 | Kendal B. Reed |
| palnitkarb@gtlaw.com | Texas Bar No. 24048755 |
| GREENBERG TRAURIG LLP | kreed@condontobin.com |
| 2200 Ross Avenue, Suite 5200 | Abigail R.S. Campbell |
| Dallas, TX 75201 | Texas Bar No. 24098959 |
| Telephone: (214) 665-3600 | acampbell@condontobin.com |
| | **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC** |
| Nathan J. Muyskens | 8080 Park Lane, Suite 700 |
| nathan.muyskens@gtlaw.com | DALLAS, TEXAS 75231 |
| GREENBERG TRAURIG LLP | Telephone: (214) 265-3800 |
| 2101 L Street, N.W., Suite 1000 | Facsimile: (214) 691-6311 |
| Washington, DC 20037 | |
| Telephone: (202) 331-3100 | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |

## CERTIFICATE OF SERVICE

I certify that on April 9, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Lars L. Berg*
Lars L. Berg