UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

  Plaintiff,

v.                                      No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

  Defendant.

## ORDER

Before the Court is Defendant's Motion to Compel. ECF No. 83. Having considered the Motion, the Court hereby **REFERS** this Motion and related filings to the United States Magistrate Judge Hal Ray. See 28 U.S.C. § 636(b).

All papers filed hereafter referring to the Motion shall include the following notation under the case-number: "(Relates to the Motion Referred to Magistrate Judge Ray)."

**SO ORDERED** on this **11th day** of **April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE