IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is Defendant's Motion to Compel Responses to Discovery and Brief in Support and Appendix filed on April 11, 2024. ECF No. 83, 84. United States District Judge Mark T. Pittman referred the Motion to the undersigned today. ECF No. 86. The Court finds that expedited briefing is needed to consider the Motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, the Court **SETS** the Motion for a **Hearing**, on **April 17**, **2024**, at **3:00 p.m., in courtroom 508, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Fort Worth, Texas, 76102.**

Prior to the hearing, lead counsel for both parties shall confer by telephone to discuss narrowing the issues to be considered by the Court. Counsel shall file a joint status report **on or before April 15, 2024 at 5:00 p.m.** describing the results of their telephone conference and advising the Court of issues remaining for determination.

Additionally, **by April 15, 2024 at 5:00 p.m.**, Plaintiff shall file a response to the Motion that addresses only the issues that are unresolved. Defendant shall not file a reply unless the Court orders it to do so.

It is so **ORDERED** on April 11, 2024.

                                          Hal R. Ray, Jr.
                                          UNITED STATES MAGISTRATE JUDGE