IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | (Relates to the Motion Referred to |
| | § | Magistrate Judge Ray) |
| Defendant. | § | |

**JOINT STATUS REPORT REGARDING PLAINTIFF
AMERICAN AIRLINES, INC.'S MOTION TO COMPEL AND FOR SANCTIONS**

On April 5, 2024, Plaintiff American Airlines, Inc. filed a Motion to Compel and for Sanctions. [*See* Dkt. Nos. 74–76, 87, 88]. The Motion and related filings were referred to United Stated Magistrate Judge Hal Ray [Dkt. No. 77], who ordered the parties to "confer by telephone to discuss narrowing the issues to be considered by the Court" [Dkt. No. 78 at 1].

Pursuant to the Court's Order, lead counsel for the parties conferred by telephone on Thursday, April 11, 2024, but they were not able to resolve or limit the dispute.

1

Dated: April 15, 2024

*/s/ Lars L. Berg*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
Texas Bar No. 24098959
acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
DALLAS, TEXAS 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

                                        */s/ Lars L. Berg*
                                        Lars L. Berg