IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION TO WITHDRAW LETTERS OF REQUEST AND REQUEST FOR ISSUANCE OF NOTICE OF WITHDRAWAL/CANCELLATION TO THE COMPETENT POLISH AUTHORITIES**

Plaintiff American Airlines, Inc. ("American") files this Unopposed Motion to Withdraw the Letters of Request that this Court issued to the Ministry of Justice of Poland on February 13, 2024 [Dkt. No. 67], respectfully requesting that the Court sign and issue the formal notice of withdrawal/cancellation of said Letters of Request attached as Exhibit A to this Motion.

1. On February 2, 2024, pursuant to Federal Rule of Civil Procedure 28(b) and The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555, and 28 U.S.C. § 1781 *et seq.* ("The Hague Convention"), American filed an Unopposed Motion for Issuance of Letters of Request seeking judicial assistance to obtain deposition testimony from two engineers of Defendant Skiplagged, Inc. ("Skiplagged") who reside in Poland—Sebastian Suchanowski and Pawel Wrzosek. [Dkt. Nos. 64–66].

2. The Court granted American's motion and issued the Letters of Request by Order dated February 13, 2024, which American then delivered to the Ministry of Justice of the Republic of Poland.

3. Upon delivery and receipt in Poland, the Ministry of Justice of Poland assigned Case/Ref. No. DWMPC-V.8092.24.2024 to the Letters of Request, and then transferred and assigned the Letters of Request for Suchanowski's and Wrzosek's depositions to the competent Polish Courts, where they were registered under the file numbers I Cps 14/24 and I Cps 15/24.

4. Since the Letters of Request were issued, and while they were being processed through the appropriate Polish authorities pursuant to the necessary Hague procedures, American was able to secure and obtain the deposition of another one of Skiplagged's engineers.

5. Based upon the discovery American has now been able to obtain from Skiplagged's other engineer and through other discovery efforts, American has agreed with Skiplagged to forego the depositions of Mr. Suchanowski and Mr. Wrzosek in Poland.

6. As a result of the foregoing, the depositions of Mr. Suchanowski and Mr. Wrzosek are no longer necessary. Therefore, judicial assistance from the competent Polish authorities is likewise no longer necessary.

7. American notified the Poland Ministry of Justice and assigned Polish court that it seeks to withdraw the Letters of Request and no longer intends to move forward with the requested depositions, but the Polish court informed American's local Poland counsel that, in order to withdraw the Letters of Request and cancel/terminate the pending Polish proceedings on the requested depositions, the Polish court requires that a withdrawal letter be issued directly by/from this Court. American's counsel was further informed that the Polish court will be obligated to proceed with the deposition proceedings unless this Court issues a letter of withdrawal.

8. The undersigned is informed that the withdrawal letter may be in English (without the need for a Polish translation) and that, once signed and issued by this Court, the letter may be forwarded by American's counsel to the Poland Ministry of Justice and the assigned Polish courts.

9. Accordingly, American moves this Court to formally withdraw the Letters of Request directed to Sebastian Suchanowski and Pawel Wrzosek [Dkt. No. 67] by executing a formal withdrawal letter in the form of Exhibit A attached hereto, which American will then deliver to the necessary and appropriate Polish authorities pursuant to their instructions.

## CONCLUSION

WHEREFORE, for the foregoing reasons, American respectfully requests that the Court execute and issue the withdrawal letter attached as **Exhibit A** to the Poland Ministry of Justice as necessary to cancel the scheduled deposition examinations and to minimize any undue and unnecessary burden and inconvenience on the competent Polish authorities.

Dated: April 16, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

>Nathan J. Muyskens
>nathan.muyskens@gtlaw.com
>GREENBERG TRAURIG LLP
>2101 L Street, N.W., Suite 1000
>Washington, DC 20037
>Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on April 8, 2024, I conferred with counsel for Skiplagged regarding this Motion and the relief requested herein, and Skiplagged's counsel stated that they are not opposed to the Motion.

>*/s/ Julia G. Wisenberg*
>Julia G. Wisenberg

**CERTIFICATE OF SERVICE**

I certify that, on April 16, 2024, a true and correct copy of the foregoing document was served on all counsel of record electronically via the Court's ECF system in accordance with the Federal Rules of Civil Procedure.

>*/s/ Dee J. Kelly, Jr.*
>Dee J. Kelly, Jr.