IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S
UNOPPOSED MOTION FOR ISSUANCE OF LETTERS OF REQUEST**

Pursuant to Federal Rule of Civil Procedure 28(b), The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555, and 28 U.S.C. § 1781 *et seq.* ("Hague Convention"), Plaintiff American Airlines, Inc. ("American") files this Unopposed Motion for Issuance of Letter of Request (the "Motion"), and respectfully requests that the Court issue the Letter of Request included in American's Appendix to this Motion and Brief in Support ("American's Brief") as Exhibit A (the "Letter of Request") to the Ministry of Justice of France in order to obtain deposition testimony and evidence from Philippe "Phil" Ramet.

1.  As further set forth in American's Brief, Philippe "Phil" Ramet is the Head of Product and Head of Design & Experience for Defendant Skiplagged, Inc. ("Skiplagged"). According to Skiplagged's initial disclosures, Mr. Ramet is a resident of France and his address is 11 Bd Saint-Germain, 75005, Paris, France.

2.  Mr. Ramet has knowledge and possession of critical evidence and information that is directly relevant to the parties' claims and defenses in this lawsuit. This includes, but is not limited to, Skiplagged's unauthorized use and display of American's protected data and information on Skiplagged's website and mobile app; the operation and design of Skiplagged's

1

website and mobile app; the data Skiplagged maintains and publishes in connection with the operation of its website and mobile app; the creation, design, implementation, and operation of Skiplagged.com; and various other matters relating to the means by which Skiplagged carries out its wrongful acts alleged in American's First Amended Complaint.

3. Pursuant to Federal Rule of Civil Procedure 28(b), the Hague Convention, and 28 U.S.C. § 1781(b)(2), this Court is empowered to issue Letters of Request to the competent authority of another contracting state under the Hague Convention for the purpose of obtaining evidence. The United States and France are both signatories to the Hague Convention.

4. Through the Letter of Request included in American's Appendix—which is directed to the appropriate competent authority in France, includes the French translation as required, and complies with the requirements of the Hague Convention—American seeks to take the oral deposition of Mr. Ramet in order to obtain necessary and material discovery that will serve as evidence at trial.

5. Mr. Ramet is not a party to the lawsuit nor subject to this Court's jurisdiction. However, the discovery American seeks from Mr. Ramet is directly relevant to the parties' claims and defenses, and it is necessary and appropriate for this Court to issue the requested Letter of Request so that American can obtain critical evidence and testimony from Mr. Ramet as set forth in the Letter of Request.

## CONCLUSION

WHEREFORE, for the foregoing reasons, and as further set forth in American's accompanying Brief in Support of this Motion, American respectfully requests that the Court issue the Letter of Request included in American's Appendix to the Ministry of Justice of France so that American can obtain this necessary and material discovery.

Dated: April 16, 2024                                       Respectfully submitted,

/s/ Dee J. Kelly, Jr.
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on April 10, 2024, I conferred with counsel for Skiplagged via email regarding whether Skiplagged is opposed to this motion and the relief requested herein, and Skiplagged's counsel indicated that Skiplagged is not opposed.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg

**CERTIFICATE OF SERVICE**

I certify that, on April 16, 2024, a true and correct copy of the foregoing document was served on all counsel of record electronically via the Court's ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.