UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                                                    **No. 4:23-cv-0860-P**

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

   Before the Court is Plaintiff's motion for withdrawal of its Letter of Request to the Ministry of Justice of Poland. ECF No. 96.

   Having considered the motion and applicable law, the Court **GRANTS** the motion, and hereby issues the withdrawal to the Polish Ministry of Justice attached to this Order.

   **SO ORDERED** on this **18th day of April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## WITHDRAWAL OF LETTERS OF REQUEST TO THE MINISTRY OF JUSTICE OF THE REPUBLIC OF POLAND
### (Regarding Case Ref. No. DWMPC-V.8092.24.2024 / File Nos. I Cps 14/24, I Cps 15/24)

TO THE MINISTRY OF JUSTICE OF THE REPUBLIC OF POLAND:

The United States District Court for the Northern District of Texas presents its compliments to the Ministry of Justice of the Republic of Poland (the "Poland Ministry of Justice"), and respectfully seeks to withdraw its previous request for international judicial assistance to obtain sworn testimony from Sebastian Suchanowski and Pawel Wrzosek that was to be used as evidence in the above-captioned civil proceeding pending before this Court. This Court's previous request is hereby being withdrawn because the Court has been informed that the testimony of such witnesses is no longer necessary in this case.

This Court previously issued two Letters of Request, dated February 13, 2024, pursuant to the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, seeking international judicial assistance from the Poland Ministry of Justice to obtain testimony upon oral examination from two individuals residing in Poland—Sebastian

Suchanowski and Pawel Wrzosek. The applicant for said Letters of Request was American Airlines, Inc. ("American Airlines"), the plaintiff in the above-captioned case.

Because the testimony of Mr. Suchanowski and Mr. Wrzosek is no longer necessary in the above-captioned case, this Court is no longer in need of the assistance previously requested from the Poland Ministry of Justice. Thus, to avoid any further imposition or burden on the judicial authorities of Poland and the witnesses, this Court hereby respectfully withdraws and requests to cancel/terminate its Letters of Request dated February 13, 2024. No further action is sought or required from the Polish authorities at this time in connection with this matter.

This request is made with the understanding that it will in no way require Mr. Suchanowski to commit any offense, or to undergo a broader form of inquiry than he would if the litigation were conducted in Poland. The requesting Court is satisfied that the evidence sought to be obtained through this request is relevant and necessary and cannot reasonably be obtained by other methods. Because this Court lacks authority or jurisdiction to compel Mr. Suchanowski's participation in discovery and, such participation being necessary for justice to be served in the above-captioned proceedings, this Court respectfully requests assistance from the Poland Ministry of Justice.

1.    **SENDER**

    Honorable Judge Mark T. Pittman
    United States District Court for the Northern District of Texas, Fort Worth Division
    501 West 10th Street, Room 401
    Fort Worth, TX 76102-3673
    United States of America

2.    **CENTRAL AUTHORITY OF THE REQUESTED STATE**

    Ministry of Justice (Ministerstwo Sprawiedliwości)
    Departament Współpracy Międzynarodowej i Praw Człowieka
    Al. Ujazdowskie 11
    00-950 Warsaw
    P.O. Box 33
    Poland
    sekretariat.dwmpc@ms.gov.pl

+48 22 23 90 870

**3.   SPECIFICATION OF THE DATE BY WHICH THE REQUESTING AUTHORITY REQUIRES RECEIPT OF THE RESPONSE TO THE WITHDRAWAL OF THE LETTER OF REQUEST**

A response is requested as soon as reasonably possible.

**4.   IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:**

    *a.   REQUESTING JUDICIAL AUTHORITY (Article 3(a))*

Honorable Judge Mark T. Pittman
United States District Court for the Northern District of Texas, Fort Worth Division
501 West 10th Street, Room 401
Fort Worth, TX 76102-3673
United States of America

    *b.   NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES (Article 3(b))*

        *i.   Plaintiff:*

American Airlines, Inc.
1 Skyview Drive
Fort Worth, TX 76155

***Representatives:***

Dee J. Kelly, Jr.
dee.kelly@kellyhart.com
Lars L. Berg
lars.berg@kellyhart.com
Julia G. Wisenberg
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Bina Palnitkar
palnitkarb@gtlaw.com
Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200

Dallas, TX 75201
Telephone: (214) 665-3600

### ii. *Defendant:*

Skiplagged, Inc.
41 E. 11th St., 9th Floor
New York, NY 10003
-or-
525 W. 28th St., # 1158
New York, NY 10001

### *Representatives:*

William L. Kirkman
billk@kirkmanlawfirm.com
Preston B. Sawyer
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800

Aaron Z. Tobin
atobin@condontobin.com
Kendal B. Reed
kreed@condontobin.com
Abigail R.S. Campbell
acampbell@condontobin.com
CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800

5.   **REQUEST FOR NOTIFICATION OF THE WITHDRAWAL OF THE REQUEST AND IDENTITY AND ADDRESS OF ANY PERSON TO BE NOTIFIED (Article 7)**

Please notify the following person regarding the withdrawal of the Request:

Paweł Pietkiewicz
Pawel.Pietkiewicz@gtlaw.com
Antoni Libiszowski
Antoni.Libiszowski@gtlaw.com
GREENBERG TRAURIG Nowakowska-Zimoch Wysokiński sp.k.
Varso Tower
ul. Chmielna 69
00-801 Warsaw
+48 22 690 6129

Dee J. Kelly, Jr.
dee.kelly@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Bina Palnitkar
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

William L. Kirkman
billk@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800

Aaron Z. Tobin
atobin@condontobin.com
CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800

6.   **THE FEES AND COSTS INCURRED WHICH ARE REIMBURSABLE UNDER THE SECOND PARAGRAPH OF ARTICLE 14 OR UNDER ARTICLE 26 OF THE CONVENTION WILL BE BORNE BY:**

Plaintiff American Airlines, Inc.

DATE OF WITHDRAWAL OF REQUEST: _17 April_____, 2024

_Mark T. Pittman_

HON. MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE