IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

# DEFENDANT SKIPLAGGED, INC.'S EXPERT DESIGNATIONS

Pursuant to the Court's Scheduling Orders and extensions and Federal Rule of Civil Procedure 26(a)(2), Defendant Skiplagged, Inc. ("Skiplagged") files its Expert Designations as follows:

### I.  DESIGNATION OF RETAINED EXPERT WITNESS

Skiplagged expects to call the following individuals as retained expert witnesses at trial. In accordance with the Court's Scheduling Orders and applicable Federal Rules of Civil Procedure, a written report prepared by the following individuals have been served to the parties.

**Dr. Bijan Vasigh**
**Embry-Riddle Aeronautical University**
**114 Shadow Creek Way**
**Ormond Beach, FL 32174**

Dr. Vasigh's expert report has been provided separately.

**Dr. Zal Phirox, PhD**
**Pier Consulting Group Inc.**
**5070 Fairview St., #505**
**Burlington, ON, L7L 0B8**
**Canada**

Dr. Phirox's expert report has been provided separately.

## II.   RESERVATION OF RIGHTS

Skiplagged further reserves the right to call and elicit expert testimony (either through records, by deposition, or live at trial) from experts disclosed or designated by Plaintiff American Airlines, Inc.

Skiplagged further reserves the right to supplement and/or amend these expert designations with additional designations of experts or additional opinions from its currently designated experts as additional information becomes available, including ongoing discovery in this litigation.

Dated: April 23, 2024.

                Respectfully submitted,

*William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com


*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800

        Facsimile: (214) 691-6311
        atobin@condontobin.com
        kreed@condontobin.com
        acampbell@condontobin.com

        ***Attorneys for Defendant, Skiplagged, Inc.***

## CERTIFICATE OF SERVICE

On April 23, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/Abigail R.S. Campbell*
        Abigail R.S. Campbell