IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT SKIPLAGGED, INC.'S EXPEDITED MOTION FOR PROTECTIVE ORDER POSTPONING DEPOSITION OF AKTARER ZAMAN

On this date, the Court considered Defendant Skiplagged, Inc.'s Expedited Motion for Protective Order Postponing Deposition of Aktarer Zaman. The Court, having reviewed the Motion, and the pleadings on file, is of the opinion that the Motion should be and is **GRANTED.**

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's Notice of Deposition of Aktarer Zaman is quashed and the deposition of Aktarer Zaman will not move forward as noticed.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall re-issue a Notice of Deposition of Aktarer Zaman to be held at the offices of Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, New York 10017 on June 12, 2024. Plaintiff shall further issue a Notice of Fed. R. Civ. P. 30(b)(6) Deposition to Defendant Skiplagged to be held at the offices of Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, New York 10017 on June 13, 2024.

SIGNED on the _____ day of _____, 2024.

_____
JUDGE PRESIDING

28296428v4 99460.002.00