# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

## APPENDIX IN SUPPORT OF DEFENDANT SKIPLAGGED, INC.'S EMERGENCY MOTION FOR PROTECTIVE ORDER POSTPONING DEPOSITION OF AKTARER ZAMAN

Defendant Skiplagged, Inc. ("Skiplagged") files this Appendix in support of its Motion

for Protective Order Postponing Deposition of Aktarer Zaman, as follows:

| Exhibit A | Plaintiff's Notice of Deposition of Aktarer Zaman | APPX. 001- 004 |
|---|---|---|
| Exhibit B | Email Correspondence between Parties' counsel, dated March 14, 2024 through May 2, 2024 | APPX. 005- 018 |
| Exhibit C | Email Correspondence between Parties' counsel, dated April 30, 2024 through May 14, 2024 | APPX. 019- 031 |

Dated: May 17, 2024

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

28296450v3 99460.002.00

*/s/   Abigail R. S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

***Attorneys for Defendant, Skiplagged, Inc.***


## CERTIFICATE OF SERVICE

It is hereby certified that on May 17, 2024, a copy of the foregoing was served through the

Court's electronic filing system as to all parties who have entered an appearance in this proceeding.


*/s/ Abigail R. S. Campbell*
ABIGAIL R.S. CAMPBELL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF DEPOSITION OF AKTARER ZAMAN

Please take notice that, pursuant to Federal Rules of Civil Procedure 30(b)(1), plaintiff, American Airlines, Inc., hereby gives notice that it will take the deposition upon oral examination of Aktarer Zaman. The deposition will commence on May 29, 2024, beginning at 10:00 a.m. C.D.T. at the offices of KELLY HART & HALLMAN LLP, 201 Main Street, Suite 2500, Fort Worth, Texas 76102. The testimony will be recorded by stenographic means and may be videotaped. All counsel of record are invited to attend and participate in the examination of the witness. Although counsel for American repeatedly tried to obtain agreement for this deposition, agreement could not be reached.

Dated: May 14, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600
Facsimile: 214-665-5947

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, a true and correct copy of the foregoing document was forwarded to counsel of record *via electronic mail* pursuant to agreement of the parties:

William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102

Aaron Z. Tobin
atobin@condontobin.com
Kendal B. Reed
kreed@condontobin.com
Abigail R.S. Campbell
acampbell@condontobin.com
CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC
8080 Park Lane, Suite 700
Dallas, TX 75231

Darin M. Klemchuk
darin.klemchuk@klemchuk.com
KLEMCHUK PLLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.

# EXHIBIT B

| From: | Bill Kirkman |
|---|---|
| To: | Lars Berg |
| Cc: | Julia G. Wisenberg; Aaron Z. Tobin; Kendal B. Reed; Abigail Campbell; Preston Sawyer; Darin Klemchuk |
| Subject: | RE: AA v. Skiplagged – Depositions of American Airlines Representatives |
| Date: | Thursday, May 2, 2024 3:09:27 PM |
| Attachments: | image001.gif |

OK on your Broadfield on 6-17. We will notice for KHH at 10am that day. I'll be back to you on the other deposition issues as I am able. BTW, do we have a deal to exchange 30 (b) (6) topics tomorrow?

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Bill Kirkman
**Sent:** Thursday, May 02, 2024 11:16 AM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

We will get back to you as soon as we are able to vet this proposal among our side.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are

**APPX. 006**

not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Wednesday, May 01, 2024 6:22 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

Hi Bill. Broadfield is available for his deposition on June 17, and he tells me that it's currently the only day he's available. Please let me know ASAP whether or not Skiplagged will take his deposition on that day, and American continues to reserve all rights as to his deposition.

Regards,

**Lars L. Berg**
*Partner*



201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-3524
FAX (817) 878-9280
*Lars.Bergt@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Tuesday, April 30, 2024 11:49 AM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer

<prestons@kirkmanlawfirm.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Lars:

This responds to yours below.

Okay on waiting to notice Mr. Broadfield. Please let me have his available dates by the end of the week. When you are contemplating filing a *Motion to Quash*, please remember, among other things, that he signed sworn statements in the trademark applications which serve as the basis of your claims against our client. At any rate, we will hold off the *Notice* and await your response later this week.

I am not sure what you mean by your second paragraph. I will try to get you some alternative dates for Mr. Zaman's deposition by the end of this week. Please do not notice it and provide us the same courtesy I am giving you with Mr. Broadfield.

Let's exchange 30(b)(6) notice subject matter areas by the end of this week. Is that okay with you?

We do have some other proposed depositions which we are in the process of analyzing, and thanks for your proposal on the ten-deposition limit. We will consider it and get back to you.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the

recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Tuesday, April 30, 2024 9:34 AM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

Hi Bill. Although American may still move to quash a deposition notice for Broadfield, we would still prefer to schedule his deposition for when we know he is available. He is in Japan right now; and, therefore, I will not be able to get dates from him until later this week. As soon as I have them, I will forward to you, reserving all rights to move to quash.

American cannot abide Skiplagged's holding hostage deposition dates to force American to serve its 30(b)(6) notice. Please provide dates for Zaman's deposition by 12:00 noon tomorrow or American will have no choice but to notice the deposition to occur on a date and location convenient to it.

As for exchanging 30(b)(6) notices, American is likely fine with a designated date and time for exchange. Please let me know when Skiplagged will be ready for such an exchange.

Finally, please let me know if there are any other depositions Skiplagged would like to take. If it would help in deciding who to take, American proposes excluding from the 10-deposition limit the depositions of all experts, giving each side 10 fact-witness depositions.

Regards,
Lars

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Monday, April 29, 2024 7:57 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

**APPX. 009**

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Thanks for the e-mail. I hope you all had fun in NYC and enjoyed the Essex house. It sure is in a great location.

I shall respond to your points in reverse order.

We want to depose Mr. Broadfield for the reasons we provided earlier. We shall issue a Notice for your office for a date we pick, but will await until the close of business tomorrow to do so, to enable you to provide proposed dates as we asked for earlier. We understand from your e-mail you may take the position certain information we may seek from him at the deposition is privileged. So be your position. We don't think so. Anyway, we'll deal with that at the time after the question and your position as to his answer. We are unwilling to cover such with a 30 (b) (6) notice, notwithstanding what AA believes.

We'll serve the notices on the people mentioned in your second paragraph tomorrow.

As respects the 30 (b) (6) depositions and that of Mr. Zaman you referenced in the first paragraph, we have been working on the topics for AA and will commit to send you ours as soon as you commit to send us yours for Skiplagged, as we proposed in my earlier e-mail. Mutuality seems fair here. No go on 5-22 as there are conflicts on our end. I will get back to you on another specific date as soon as we reach an understanding as to the mutual sharing of proposed 30 (b) (6) topics as referenced above.

Thanks. I'm supposed to be around all day tomorrow and will commit to get these tasks done if I am able to do so.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way

**APPX. 010**

from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Monday, April 29, 2024 6:29 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

Bill,

Please send me Skiplagged's 30(b)(6) topics as soon as possible. Meantime, American has concluded that it needs to take Mr. Zaman's deposition individually and then a separate 30(b)(6) deposition. We would like to take Mr. Zaman's deposition on May 22. American will need a couple of weeks between Mr. Zaman's deposition and the 30(b)(6) deposition of Skiplagged's corporate representative. We can work out later an agreed date for the 30(b)(6). Please let me know by 12:00 noon on Wednesday whether or not Skiplagged will agree to present Mr. Zaman for his deposition on May 22 and then present a witness (Mr. Zaman or someone else) in a separate corporate representative deposition a couple of weeks later.

Thank you for agreeing to take the depositions of Riveria, Menon, and Lapp here in my offices. Please serve the notices at your soonest convenience.

As you know, Mr. Broadfield is an in-house lawyer at American, and we have serious concerns about the propriety of Skiplagged taking his deposition. To the extent he has any information that is not privileged, American believes that such information should be obtained through a 30(b)(6) deposition.

Regards,
Lars

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Friday, April 19, 2024 11:06 AM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer

<prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Lars:

Sorry for the delay in responding to yours below.

As we discussed in one of our recent telephone calls, your proposal just does not work for us because it purports to limit the time we have to take American's 30(b)(6) deposition(s) to five hours. We need at least the full amount of time and maybe more. I propose that we exchange by the close of business Friday, April 26, the various subject matter areas we would each like to cover with such depositions. We can then determine where to go from there with regard to scheduling 30(b)(6) depositions.

We will notice German Riveria for May 13, Shashank Menon for May 16, and Marcial Lapp for May 30, and will get those *Notices* out as soon as possible. We also want to depose Donald Broadfield either later this month or early next month on an agreeable date. I assume you will want all of these taken in your office. Let me know if you would like them taken at a different location.

We propose that you take Aktarer Zaman's deposition in mid-June in New York. We will work out a location.

Let me know once you have had a chance to study this e-mail and run this by your client.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have

**APPX. 012**

received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Tuesday, April 02, 2024 5:02 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

Bill:

American is willing to take Mr. Zaman's combined deposition (individually and as a corporate representative) in New York on agreed-upon, back-to back dates, but given that the other witnesses deposed thus far repeatedly claim that Mr. Zaman is the only person who can answer important questions, we do not believe that the combined deposition can be accomplished in 10 hours. American would prefer the full 14 hours. Nevertheless, if Skiplagged will agree to limit the total deposition time it takes for the deposition(s) of American's corporate representative(s) to five hours (the same amount of time as American gets for Mr. Zaman as Skiplagged's corporate representative), American will agree to 12 hours. In other words, each party would have five hours of deposition time with the corporate representative(s), with the provisos that Mr. Zaman is Skiplagged's only corporate representative and Skiplagged takes each of the depositions of American's witnesses as a combined deposition. Please let me know what you think. Meantime, here are proposed dates for the depositions you requested:

1.    Neil Geurin -  May 21

2.    Marcial Lapp – May 24

3.    German Riveria – May 13

4.    Shashank Menon – May 16

John Ulrich no longer works for American, and you are free to contact him. Here's what American has for his last-known contact information:

**APPX. 013**

5801 Chatham Lane
The Colony, Texas 75056
(469) 514-8644
jns2011@icloud.com

If Skiplagged decides to proceed with Mr. Ulrich's deposition, please coordinate the date with us.

Regards,
Lars


**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Tuesday, March 26, 2024 3:24 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

==**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**==

Lars:

I am responding to your e-mail below and belatedly to our earlier discussions concerning depositions of certain American Airlines employees, that of Aktarer Zaman, and the related Rule 30(b)(6) issues referenced in your e-mail below.

We are willing to provide Mr. Zaman for a deposition in New York on agreed-upon back-to-back days for a maximum of ten hours, provided that it is a combined deposition for him individually and a Rule 30(b)(6) deposition. We will give you some potential dates and pledge to work to get that scheduled.

**APPX. 014**

We want to schedule the depositions of German Riveria, Shashank Menon, and John Ulrich, as set out in my e-mail to you of March 14. Please provide dates. After those depositions are completed, we would like to secure the depositions of Neil Gurin and Marcial Lapp. We are willing to operate under the same type of overlap agreement with Mr. Gurin and Ms. Lapp as we are proposing with Aktarer Zaman as respects their individual depositions and a Rule 30(b)(6) deposition. However, we have determined that at this point, we cannot provide you our subject matter areas for a 30(b)(6) deposition, as we are still awaiting production of documents from you. But, rest assured that once we get the documents, we will do so and are willing to enter into a similar agreement that will prevent these two from being deposed twice.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Tuesday, March 26, 2024 1:25 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

Hi Bill.  When you and I spoke on March 18 about depositions of individuals and corporate representatives, I believe we wrapped up our call with the idea that you would send me Skiplagged's 30(b)(6) topics so that American could designate the corporate representative(s) and then begin the process of scheduling dates for depositions.  Please let me know what you can about this topic.  (An ETA on Skiplagged's 30(b)(6) notice would be much appreciated.)

Regards,

Lars

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Friday, March 15, 2024 1:19 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** palnitkarb@gtlaw.com; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Lars:

Thank you for your e-mail below. Indeed, I remember our discussion, that it addressed the issue of the individual/30(b)(6) depositions, and that no agreement was reached. I am willing to continue to explore this issue and suggest that we set a call later today or early next week to do so.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Thursday, March 14, 2024 4:11 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>; palnitkarb@gtlaw.com; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged – Depositions of American Airlines Representatives

Bill,

When American asked for a deposition date for Mr. Zaman, Skiplagged refused to provide it and took the position that American must depose him a single time in his capacity as an individual and simultaneously as a corporate representative. Setting aside the legal merits of that position, you and I discussed it in terms of a practical solution, with our discussions including the notion that, if we reached an agreement, Skiplagged's position would apply equally to American's witnesses. Please let me know whether or not Skiplagged would like to continue exploring a practical solution that includes mutuality, and if so, please send Skiplagged's list of topics for a corporate representative deposition of American. We can discuss later other details related to such a solution. Skiplagged's decision on this issue, along with the delivery date of a list of topics, will likely impact deposition dates.

Regards,
Lars

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Thursday, March 14, 2024 2:58 PM
**To:** palnitkarb@gtlaw.com; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; Lars Berg <lars.berg@kellyhart.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; acampbell@condontobin.com; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** AA v. Skiplagged – Depositions of American Airlines Representatives

==**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**==

Bina, Julia and Lars:

We would like to start to take depositions of persons we understand are associated with American Airlines. Given what you have provided us to date and the schedule we already have in place, we would like to schedule the following next month, or perhaps in May:

1.   Neil Gurin;

2.   Marcial Lapp;

3.   German Riveria;

**APPX. 017**

4.    Shashank Menon; and

5.    John Ulrich.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

# EXHIBIT C

**APPX. 019**

| | |
|---|---|
| **From:** | Bill Kirkman |
| **To:** | Lars Berg |
| **Cc:** | Aaron Z. Tobin; Kendal B. Reed; Abigail Campbell; Darin Klemchuk; Preston Sawyer |
| **Subject:** | RE: AA v. Skiplagged, Inc. – Depositions |
| **Date:** | Tuesday, May 14, 2024 10:13:15 AM |
| **Attachments:** | image001.gif |

So, what say you to the first paragraph on p. 2 of my e-mail to which you responded? It will make a difference as to dates.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Tuesday, May 14, 2024 9:38 AM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

Please provide dates for Skiplagged's experts to be deposed.

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Friday, May 10, 2024 3:12 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please**

**APPX. 020**

exercise caution when opening attachments, following links or responding to this message.

Lars:

Here are our responses to the points we have been addressing in the same order as your e-mail below.

We said we would exchange topics for the 30(b)(6) depositions on a mutual basis. We do not understand what is taking you so long or how difficult that is for you.

We have given you reasonable dates to take Mr. Zaman's deposition in June and even offered to do back-to-back dates to allow you to do a 30(b)(6) with him. Your reasons for a separation are not appropriate in our judgment and a significant and unnecessary inconvenience to us and Mr. Zaman to do so. We cannot provide Mr. Zaman before May 27.

We intend to start Mr. Broadfield's deposition at 9:30 a.m. in your office. 9:00 a.m. is too early. I will issue a *Notice*.

Perhaps if you would have given us your *Amended Disclosures* identifying the additional knowledgeable persons (which of course you have known about since the start of the case) and provided your documents earlier, we would not have been in the position of having to notice and then pull down the depositions of German Riveria and Shashank Menon. And, I guess you have forgotten the depositions you noticed and pulled down. At any rate, based on your e-mail, if we decide we need to take these two depositions after we have received your full document production, we will go to the Court if you resist and explain why we need them. We are confident we will be allowed to do so.

We will take Amy Cravens and Scott Chandler on June 4 and June 7 respectively, as per your proposal. We will notice them for 10:00 a.m. in your office. However, we need to do Mr. Guerin later in June, as we need to have your full document production before we agree to that date. Please see about some additional dates in early-to-mid June.

Perhaps you misunderstood my proposal on experts. I was simply

proposing that in terms of out-of-pocket costs, it would be the same to fly them here as for you to fly to them. I was not suggesting to pay travel time. Obviously, my proposal would be a huge help to the lawyers having to avoid travel to pretty distant locations, assuming the experts can come here, and the cost would be the same, if not less, for us and American. Nevertheless, if that is what you want, so be it. I will not ask them to come here.

We also decided we want to take your expert Wind's deposition toward the end of this month or early June. Please give us some dates. To that end, please see my proposal for out-of-pocket expenses which we propose for your expert Wind as well.

I think that covers all the areas raised by your e-mail. However, we are looking closely at your amended discovery responses and the documents you promised to produce by last Friday and those you did produce. We already see some potential issues. I will raise those with you in detail at the time. But, I wanted you to know now that those may very well become issues.

William L. Kirkman<br>
Kirkman Law Firm, PLLC<br>
201 Main Street, Suite 1160<br>
Fort Worth, Texas 76102<br>
(817) 336-2800, ext. 107<br>
(817) 877-1863 (Fax)<br>
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Thursday, May 09, 2024 1:43 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>

**APPX. 022**

**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

Bill:

I'll reply to the points in your email in the same order as you presented them:

American has not yet given me approval to serve a Rule 30(b)(6) deposition notice of Skiplagged. I will let you know if and when I have that approval.

American needs to take Aktarer Zaman's individual deposition by May 27. American then intends to take the Rule 30(b)(6) deposition of Skiplagged's corporate representative about two weeks later. Zaman has filed several declarations in this case, and the witnesses previously deposed repeatedly denied knowledge and pointed to him as the person who would know. He's at the center of this dispute and obviously has a great deal of personal knowledge. American is entitled to take his deposition sufficiently before a Rule 30(b)(6) deposition to enable American to use his deposition testimony to craft questions for the corporate representative, regardless of who that may be. We're happy to discuss this issue further, but I'm not sure there's anything that we have not already discussed. If Skiplagged will not agree, then the court will have to resolve the issue. Please let me know by 4:00 p.m. tomorrow.

Kelly Hart's office for Broadfield's deposition is fine. He would like to start his deposition no later than 9:00 a.m., with a strong preference for starting at 8:00 a.m.

American does not agree that it is appropriate for Skiplagged to rescind the depositions notices for Messrs. Riveria and Menon and simultaneously seek to reserve a right to depose them at a later date. American has already expended time, money, and effort related to these depositions; and, therefore, American will oppose any attempt by Skiplagged to take these depositions on dates other than already noticed. Mr. Lapp is confirmed for May 30 at 10:00 a.m. in Kelly Hart's offices.

We are still waiting to get deposition dates from Terry Kelly and Robert Homes, but the other witnesses you seek to depose are available as follows:

Neil Guerin:        May 31

**APPX. 023**

Amy Cravens:          June 4

Scott Chandler:       June 7

One or more of the witnesses above may also serve as American's corporate representative, and we can discuss the details for such deposition(s) after receiving Skiplagged's Rule 30(b)(6) notice.

American will travel to where Skiplagged's experts live to take their depositions.  If Skiplagged and its experts wish to be deposed in Fort Worth, that's up to them, but American will not agree to any cost-sharing arrangement to bring them to Fort Worth.  Either way, we need dates for them by 4:00 p.m. tomorrow.

Regards,


**Lars L. Berg**
*Partner*



201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-3524
FAX (817) 878-9280
*Lars.Bergt@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged.  If you have received this communication in error, do not read it.  Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error.  Then delete it.  Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.


**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Tuesday, May 7, 2024 4:59 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Lars:

I have your e-mail below.

When you advise me you have your client's authority to give us the topics for a Skiplagged 30(b)( 6) deposition, we will do the same and exchange topics with you.

We propose to produce Aktarer Zaman on consecutive days, June 12 and June 13, in New York. We will produce Mr. Zaman on the 12th for his individual deposition and you can come back the next day and ask him whatever you want under 30(b)(6) auspices, provided you do not repeat questions. As we have indicated, Mr. Zaman has knowledge of the activities of Skiplagged and we cannot imagine someone else would be responsive to a 30(b)(6) *Notice* to Skiplagged. But in the unlikely event that is the case, we will have another witness there that day.

We will notice Mr. Broadfield for June 17 in your offices beginning at 10:00 a.m. If you would prefer to do it elsewhere, let us know.

Based on your recent *Amended Disclosures* and document production, we have determined that we want to pull down at least for now, the depositions of German Riveria and Shashank Menon, scheduled for May 13 and May 16 respectively. After we obtain your full document production, we will determine whether we want to depose these persons. We still want to take Mr. Lapp on May 30 beginning at 10:00 a.m. at your offices, pursuant to the *Notice*.

Speaking of your recent *Amended Disclosures* and document production, based thereon, we would like to take the depositions of Neil Gurin, Scott Chandler, Amy Craven, Terry Kelly, and Robert Holmes. Please provide dates in June for these depositions to take place. We reserve our right to seek to depose John Ulrich after we have had an opportunity to review more thoroughly, the documents you recently produced and will be

producing.

I have written our designated expert witnesses to determine their availability and whether they would be willing to come to Texas to be deposed. If the latter is true, we will see if we can work out some cost-sharing arrangement, as I believe it would be more convenient for all of us to have these depositions taken locally. I will get back to you on that point.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Saturday, May 04, 2024 2:20 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

Thanks, Bill. I do not yet have client authority to serve American's Rule 30(b)(6) notice. I intend to let you know as soon as I do.

Please do provide ASAP a date for Zaman's deposition to occur by the end of May. I held off noticing Zaman's deposition last week at your request and assurance that you would provide a date, but cannot do so much longer. Recall that I both held off and gave you a date for Broadfield's deposition based on your suggestion of courtesy-based reciprocation.

We look forward to hearing from you about the other depositions.

Finally, we would prefer to take the depositions of Skiplagged's two experts here in Fort Worth, but are willing to travel to them to ensure that we conduct the depositions in enough time for our rebuttal experts to have the information for their reports.

Regards,
Lars

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Friday, May 3, 2024 4:53 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

==**EXTERNAL SENDER ALERT** - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.==

Lars:

   We have been working this week on determining how to comply with Judge Ray's *Order* on your *Motion to Compel* and in gathering our thoughts on depositions. As a result, we have not finalized our thinking on the depositions, as I hoped we would. Nevertheless, as I told you we would get back to you by today, here is where we are.

   I am still waiting for confirmation from you (that was supposed to be today) that we would exchange topics for 30(b)(6) depositions. Since it is so late in the day and I never heard from you as to whether that is agreeable, I will suggest that we push that back to Monday. Would you please let me know as soon as possible whether that process is agreeable one way or the other?

   We are still trying to work out deposition availability dates for Aktarer Zaman and us in New York. We just do not have any definitive dates as yet. We will get those to you early next week.

   We are considering taking depositions of the persons listed in your newest *Disclosures*, Scott Chandler, Terry Kelly, and Amy Craven. We

will try to give you a thumbs up or thumbs down on those early next week. We will also try to give you a thumbs up or thumbs down on Neil Guerin and John Ulrich early next week. We have not made up our minds whether we want to depose your expert Wind, but will do so early next week. And as to any others we want to depose, we will try to get that early next week as well.

I will contact our designated experts and determine their availability. What are your thoughts on where you want to depose them?

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Thursday, May 02, 2024 12:40 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

Thanks. I'll let you know about Lapp, but let's keep the date for now. Meantime, you previously mentioned taking the depositions of Ulrich and Guerin. For my sanity in scheduling, please let me know whether or not you still want those, along with any others. For example, do you want to take Wind's depo? I've just got to get these on my calendar, and it's filling up. Finally. please give us dates and locations for your two experts. Thanks.

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Thursday, May 2, 2024 11:18 AM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Austin Franklin <Austin.Franklin@kellyhart.com>; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; palnitkarb@gtlaw.com; nathan.muyskens@gtlaw.com;

**APPX. 028**

atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell
<acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston
Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Can't do 8:30 that day. Let's stick with the noticed time or let's see about other nearby dates.

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

**From:** Lars Berg <lars.berg@kellyhart.com>
**Sent:** Wednesday, May 01, 2024 6:45 PM
**To:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Cc:** Austin Franklin <Austin.Franklin@kellyhart.com>; Julia G. Wisenberg
<Julia.Wisenberg@kellyhart.com>; palnitkarb@gtlaw.com; nathan.muyskens@gtlaw.com;
atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell
<acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston
Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** RE: AA v. Skiplagged, Inc. – Depositions

Bill,

Thank you for getting these to us quickly.  Marcial Lapp just let us know earlier today that he needs to begin his deposition at 8:30 a.m.  Please confirm that start time is agreeable and follow up at your convenience with an amended notice.

Regards,

**APPX. 029**

**Lars L. Berg**
*Partner*



201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-3524
FAX (817) 878-9280
*Lars.Bergt@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE. This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Tuesday, April 30, 2024 3:21 PM
**To:** Lars Berg <lars.berg@kellyhart.com>
**Cc:** Austin Franklin <Austin.Franklin@kellyhart.com>; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; palnitkarb@gtlaw.com; nathan.muyskens@gtlaw.com; atobin@condontobin.com; kreed@condontobin.com; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>; Preston Sawyer <prestons@kirkmanlawfirm.com>
**Subject:** AA v. Skiplagged, Inc. – Depositions

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Lars:

Attached please find the following in connection with the captioned matter:

1. *Notice of Intention to Take the Oral and Videotaped Deposition of German Riveria*;

2. *Notice of Intention to Take the Oral and Videotaped Deposition of Shashank Menon*; and

3. *Notice of Intention to Take the Oral and Videotaped Deposition of Marcial Lapp*.

**APPX. 030**

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.