IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT SKIPLAGGED, INC.'S RESPONSIVE EXPERT DESIGNATIONS

Pursuant to the Court's Scheduling Orders and extensions and Federal Rule of Civil Procedure 26(a)(2), Defendant Skiplagged, Inc. ("Skiplagged") files its Responsive Expert Designations as follows:

**I. DESIGNATION OF RETAINED EXPERT WITNESS**

Skiplagged expects to call the following individuals as retained responsive expert witnesses at trial. In accordance with the Court's Scheduling Orders and applicable Federal Rules of Civil Procedure, a written report prepared by the following individuals have been served to the parties.

**Joseph M. Pimbley, Ph.D.**
**Maxwell Consulting, LLC**
**New York, New York**

Dr. Pimbley's responsive expert report has been provided separately.

**George John, Ph.D.**
**Marketing Department**
**Carlson School of Management**
**University of Minnesota, Twin Cities**
**321, 19th Avenue South**
**Minneapolis, MN 55455**

Dr. John's responsive expert report has been provided separately.

**II.    DESIGNATION OF NON-RETAINED EXPERT WITNESS**

**William L. Kirkman**
**Kirkman Law Firm, PLLC**
**201 Main Street, Suite 1160**
**Fort Worth, Texas 76102**

**Aaron Z. Tobin**
**Condon Tobin Sladek Thornton Nerenberg PLLC**
**8080 Park Ln, Suite 700**
**Dallas, Texas 75231**

**Darin M. Klemchuk**
**Klemchuk PLLC**
**8150 North Central Expressway, 10th Floor**
**Dallas, Texas 75206**

Messers Kirkman, Tobin, and Klemchuk (together, "Counsel") will testify as to whether the attorney's fees claimed by Plaintiff in this matter are reasonable, necessary and usual, and customary. Counsel are licensed attorneys to practice law in the state of Texas and partners of their respective law firms detailed above, and their law firms represent Skiplagged in this litigation. Counsel have dedicated their practice to the areas of complex commercial and business litigation, real estate litigation, landlord-tenant litigation, intellectual property litigation, finance litigation, appeals, securities litigation, and breach of contract litigation in state and federal courts across the nation, including substantially within Texas. Mr. Kirkman's curriculum vitae is available at http://kirkmanlawfirm.com/About/William-L-Kirkman.html. Mr. Tobin's curriculum vitae is available at https://www.condontobin.com/person/aaron-z-tobin/. Mr. Klemchuk's curriculum vitae is available at https://www.klemchuk.com/team/darin-klemchuk.

Their opinions will address the reasonableness of the fees and expenses incurred in this litigation by Plaintiff and are based upon their personal knowledge of the materials and activities in this case; their review of all pleadings, motions, discovery, and other material produced in this

case; their review of the billing statements; as well as their education, training and experience as commercial litigators and familiarity with customary billing practices and hourly rates charged by attorneys of similar expertise to Plaintiff's attorneys in the relevant district. In assessing the reasonableness and necessity of the amount of fees and expenses incurred by Plaintiff, Counsel take into account the following factors that are generally considered by Courts in reviewing attorneys' fees claims:

    Time and labor required;

    Novelty and difficulty of the questions involved;

    Skill requisite to do the work properly;

    Preclusion of other employment;

    Fee customarily charged;

    Court and location of the case;

    Whether the fee is fixed or contingent;

    Amount at issue and results obtained;

    Time limits imposed by the client or circumstances;

    Nature and length of relationship with the client; and,

    Experience, reputation, and ability of the lawyer(s) doing the work.

### III.   RESERVATION OF RIGHTS

Skiplagged further reserves the right to call and elicit expert testimony (either through records, by deposition, or live at trial) from experts disclosed or designated by Plaintiff American Airlines, Inc.

Skiplagged further reserves the right to supplement and/or amend these expert designations with additional designations of experts or additional opinions from its currently

28298875v1 99460.002.00

designated experts as additional information becomes available, including ongoing discovery in this litigation.

Dated: May 20, 2024.

        Respectfully submitted,

*William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

***Attorneys for Defendant, Skiplagged, Inc.***

## CERTIFICATE OF SERVICE

      On May 20, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                    */s/Abigail R.S. Campbell*
                                    Abigail R.S. Campbell

28298875v1 99460.002.00