UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.   No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

   Before the Court is Defendant's Motion for a Protective Order as to Plaintiff's noticed deposition of a defense witness. ECF No. 120. In it, Defendant wishes to postpone the deposition of a corporate officer and move the location of the deposition to New York City. *See* ECF No. 120.

   The Court is exasperated at the number of discovery disputes in this case, considering that this matter has been pending for a mere nine months. Accordingly, the Court **DENIES** Defendant's motion, and further **ORDERS** that the deposition of Mr. Aktarer Zaman take place **in-person and face-to-face on Wednesday, May 29, 2024, at the Eldon B. Mahon United States Courthouse, 501 W. Tenth Street, Fort Worth, Texas.**

   The Clerk is further **INSTRUCTED** to **STRIKE** and **UNFILE** the Court's previous order (ECF No. 123) from the Court's docket.

   **SO ORDERED** on this **21st day** of **May 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE