IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S
PROOF OF DELIVERY OF DISCOVERY**

On May 3, 2024, the Court entered an Order granting in part and denying in part Defendant Skiplagged, Inc.'s Motion to Compel. [Dkt. No. 119]. The Court: (1) overruled American's objections to RFP Nos. 5, 11, 16, 55, and 58–61 and ordered American to provide "all documents in its possession and control responsive to these RFPs"; (2) overruled in part and sustained in part American's objections to RFP No. 1 and ordered American to provide "all documents in its possession and control responsive to this RFP, dated or prepared on or after January 1, 2018"; and (3) overruled in part and sustained in part American's objection to RFP Nos. 21, 28, 43, 63, 76, and 102 and ordered American to provide "all documents in its possession and control responsive to this RFP that are not protected by the attorney client privilege and work product doctrine." [*Id.* at 2–3]. The Court ordered American to produce documents responsive to these RFPs by May 24, 2024, and to "promptly file proof of delivery." [*Id.* at 3].

American has made four document productions since the Court's May 3, 2024 Order: (1) its eighth document production on May 3, 2024; (2) its ninth document production on May 10, 2024; (3) its tenth document production on May 17, 2024; (4) and its eleventh document production on May 24, 2024. American has complied with the Court's Order and delivered all

1

documents to Skiplagged that it was required to deliver on or before May 24, 2024. [*See id.*]. American will make one additional document production on or before May 29, 2024.

Dated: May 24, 2024                               Respectfully submitted,

                                                  */s/ Dee J. Kelly, Jr.*
                                                  Dee J. Kelly, Jr.
                                                  State Bar No. 11217250
                                                  dee.kelly@kellyhart.com
                                                  Lars L. Berg
                                                  State Bar No. 00787072
                                                  lars.berg@kellyhart.com
                                                  J. Austin Franklin
                                                  State Bar No. 24075853
                                                  austin.franklin@kellyhart.com
                                                  Julia G. Wisenberg
                                                  State Bar No. 24099146
                                                  julia.wisenberg@kellyhart.com
                                                  KELLY HART & HALLMAN LLP
                                                  201 Main Street, Suite 2500
                                                  Fort Worth, Texas 76102
                                                  (817) 332-2500

                                                  Bina Palnitkar
                                                  State Bar No. 24070378
                                                  palnitkarb@gtlaw.com
                                                  GREENBERG TRAURIG LLP
                                                  2200 Ross Avenue, Suite 5200
                                                  Dallas, TX 75201
                                                  Telephone: (214) 665-3600

                                                  Nathan J. Muyskens
                                                  nathan.muyskens@gtlaw.com
                                                  GREENBERG TRAURIG LLP
                                                  2101 L Street, N.W., Suite 1000
                                                  Washington, DC 20037
                                                  Telephone: (202) 331-3100

                                                  **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on May 24, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

>*/s/ Dee J. Kelly, Jr.*
>Dee J. Kelly, Jr.