IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**<u>PLAINTIFF AMERICAN AIRLINES, INC.'S
PROOF OF DELIVERY OF DISCOVERY</u>**

On May 3, 2024, the Court entered an Order granting in part and denying in part Defendant Skiplagged, Inc.'s Motion to Compel. [Dkt. No. 119]. Relevant to this filing, the Court denied Skiplagged's request to "move up the 'drop dead production date' in [RFP] Nos. 6, 20, 42–43, 82, 84, and 102 from May 29, 2024 to May 17, 2024." [*Id.*]. American hereby files its proof of delivery of the documents it produced to Skiplagged responsive to those requests.

American has made 12 document productions since the Court's May 3, 2024 Order: (1) its eighth document production on May 3, 2024; (2) its ninth document production on May 10, 2024; (3) its tenth document production on May 17, 2024; (4) its eleventh document production on May 24, 2024; and (5) its twelfth document production on May 29, 2024.

American has complied with the Court's Order and delivered all documents to Skiplagged that it was required to deliver on or before May 29, 2024. [*See id.*].

1

Dated: May 29, 2024 

Respectfully submitted,

*/s/ J. Austin Franklin*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that on May 29, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ J. Austin Franklin*
J. Austin Franklin

2