IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF AMERICAN AIRLINES, INC.'S
## DESIGNATION OF REBUTTAL EXPERT WITNESS

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Par. B(4)(c) of the Court's September 27, 2023 Scheduling Order [Dkt. No. 20; *see also* Dkt. Nos. 62, 73, 101, 108], Plaintiff American Airlines, Inc. ("American") designates the following retained rebuttal expert witness who may be called to testify at the trial of this case:

1) Darin N. Lee, Ph.D.
   Executive Vice President
   Compass Lexecon
   200 State Street, 9th Floor
   Boston, MA 02109

Dr. Lee has prepared a rebuttal report containing the contents required by Rule 26(a)(2)(B), a copy of which American is serving on opposing counsel (the "Lee Report"), which American incorporates by reference as if fully set forth herein.

The Lee Report responds to the opinions, conclusions, and/or testimony offered by Defendant Skiplagged, Inc.'s ("Skiplagged") designated experts Dr. Bijan Vasigh and Dr. Zal Phiroz. Among other things, Dr. Lee addresses: (1) the conclusions in Dr. Vasigh's report as to hidden-city ticketing and Skiplagged's business operations; (2) the conclusions in Dr. Phiroz's

report as to supply chain relative to hidden-city ticketing; and (3) the pro-competitive reasons American has for prohibiting hidden city ticketing.

Dated: May 31, 2024

Respectfully submitted,

/s/ Dee J. Kelly, Jr.
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on May 31, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
