IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF AMERICAN AIRLINES, INC.'S
## DESIGNATION OF EXPERT WITNESS ON DAMAGES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Par. B(4)(a) of the Court's September 27, 2023 Scheduling Order [Dkt. No. 20; *see also* Dkt. Nos. 62, 73, 101, 108], Plaintiff American Airlines, Inc. ("American") designates the following retained expert witness who may be called to testify at the trial of this case:

1) David N. Fuller, CFA, ASA, CFE
   President & Founder
   VALUE Incorporated
   250 Decker Drive, Suite 200
   Irving, Texas 75062
   Office: 972-831-7900

Mr. Fuller will testify regarding the economic damages suffered by American as a result of Defendant Skiplagged, Inc.'s ("Skiplagged") conduct. Mr. Fuller has prepared a report containing the contents required by Rule 26(a)(2), a copy of which American is serving on opposing counsel (the "Fuller Report"), which American incorporates by reference as if fully set forth herein.

Skiplagged has yet to produce the information in its database that Judge Ray ordered it to

produce on May 1, 2024. [*See* Dkt. No. 118 ("Skiplagged also **SHALL PRODUCE** all data in its possession or control responsive to Interrogatory No. 8 and Request for Production Nos. 4-5 (except with regards to Skiplagged's customer's social security numbers or credit card numbers), translated into a reasonably useable form, except to the extent that the translation requires analysis of the data.")]. This data directly relates to American's damages. [*See, e.g.*, Dkt. No. 106 at 2–4]. American reserves the right to supplement the Fuller Report pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

Dated: May 31, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

2


        Bina Palnitkar
        State Bar No. 24070378
        palnitkarb@gtlaw.com
        GREENBERG TRAURIG LLP
        2200 Ross Avenue, Suite 5200
        Dallas, TX 75201
        Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on May 31, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

        */s/ Dee J. Kelly, Jr.*
        Dee J. Kelly, Jr.