IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT SKIPLAGGED, INC.'S DAMAGES EXPERT DESIGNATIONS

Pursuant to the Court's Scheduling Orders and extensions and Federal Rule of Civil Procedure 26(a)(2), Defendant Skiplagged, Inc. ("Skiplagged") files its Damages Expert Designation as follows:

### I. DESIGNATION OF RETAINED EXPERT WITNESS

Skiplagged expects to call the following individual as a retained expert witness at trial. In accordance with the Court's Scheduling Orders and applicable Federal Rules of Civil Procedure, a written report prepared by the following has been served to the parties.

**Gary L. Gutzler**
**AlixPartners, LLP**
**2099 Pennsylvania Ave NW**
**Washington, DC 20006**

Mr. Gutzler's expert report as been provided separately.

### I. RESERVATION OF RIGHTS

Skiplagged further reserves the right to call and elicit expert testimony (either through records, by deposition, or live at trial) from experts disclosed or designated by Plaintiff American Airlines, Inc.

Skiplagged further reserves the right to supplement and/or amend these expert designations with additional designations of experts or additional opinions from its currently designated experts as additional information becomes available, including ongoing discovery in this litigation.

Dated: May 31, 2024.

                 Respectfully submitted,

                 */s/ William L. Kirkman*
                 William L. Kirkman
                 Texas Bar No. 11518700
                 Preston B. Sawyer
                 Texas Bar No. 24102456
                 **KIRKMAN LAW FIRM, PLLC**
                 201 Main Street, Suite 1160
                 Fort Worth, Texas 76102
                 Telephone: (817) 336-2800
                 Facsimile: (817) 887-1863
                 billk@kirkmanlawfirm.com
                 prestons@kirkmanlawfirm.com

                 */s/ Abigail R.S. Campbell*
                 Aaron Z. Tobin
                 Texas Bar No. 24028045
                 Kendal B. Reed
                 Texas Bar No. 24048755
                 Abigail R.S. Campbell
                 Texas Bar No. 24098759
                 **CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
                 8080 Park Lane, Suite 700
                 Dallas, Texas 75231
                 Telephone: (214) 265-3800
                 Facsimile: (214) 691-6311
                 atobin@condontobin.com
                 kreed@condontobin.com
                 acampbell@condontobin.com

                 ***Attorneys for Defendant, Skiplagged, Inc.***

## **CERTIFICATE OF SERVICE**

On May 31, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Abigail R.S. Campbell*
Abigail R.S. Campbell

28306902v1 99460.002.00