IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT SKIPLAGGED, INC.'S MOTION FOR PROTECTIVE ORDER

On this date, the Court considered Defendant Skiplagged, Inc.'s Motion for Protective Order and Brief in Support. The Court, having reviewed the Motion, and the pleadings on file, is of the opinion that the Motion should be and is **GRANTED.**

It is therefore ORDERED, ADJUDGED, and DECREED that Defendant is not required to produce a corporate representative on any topic outside of the Relevant Time Period of August 1, 2018 through the present.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff must limit the seventy-three (73) deposition topics to a reasonable amount.

It is FURTHER ORDERED, ADJUDGED, and DECREED the Defendant is not required to produce a corporate representative on the following topics: Topic No. 18; Topic Nos. 52-54; Topic Nos. 59-60; Topic Nos. 71-72.

SIGNED on the _____ day of _____, 2024.

_____
JUDGE PRESIDING

28316580v1 99460.002.00