UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

    Plaintiff,

v.                                   **No. 4:23-cv-0860-P**

**SKIPLAGGED, INC.,**

    Defendant.

## ORDER

Before the Court is Defendant's Motion for a Protective Order. ECF No. 130.

Having reviewed the motion and the record in this case, the Court hereby **SETS** a telephonic status conference at **11:30 a.m. on Wednesday, June 12, 2024.**

Mr. Kelly, on behalf of Plaintiff, and Mr. Kirkman, on behalf of defendant, as well as all other available counsel of record are **ORDERED** to attend.

**SO ORDERED** on this **12th day of June 2024.**

*Mark T. Pittman*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE