UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                                                   **No. 4:23-cv-0860-P**

**SKIPLAGGED, INC.,**

   Defendant.

# ORDER

Before the Court is Defendant's Motion for a Protective Order as to Plaintiff's noticed deposition. ECF No. 130. In it, Defendant requests this Court enter a protective order barring a number of topics from being covered at an upcoming deposition.

It is worth noting, considering the Parties' obligations under *Dondi Properties Corp. v. Commerce Sav. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), that this is the Parties' *sixth* discovery dispute since the inception of this case. And the Court is exasperated by the conduct of the Parties involved.

Accordingly, having reviewed the motion an applicable law, the Court **REFERS** this motion and any further related filings to United States Magistrate Judge Hal R. Ray for consideration and disposition.

And because this Court has serious concerns regarding the Parties' ability to resolve this case expeditiously, as required by *Dondi* and the Texas Lawyer's Creed, *without* involving the Courts in refereeing countless discovery disputes used as litigation tactics, the Court further **ORDERS** the Parties—their respective lead counsel **and** clients—to attend an **in-person, face-to-face** mediation with <u>THE HON. R.H. WALLACE, JR.</u> **on or before August 26, 2024.** The Parties shall attend this mediation for a **minimum** of seven (7) hours, or until a settlement is reached, whichever occurs first. The Parties shall also file

a joint status report apprising the Court of the result of mediation **no later than seven days after the conclusion of mediation.**

**SO ORDERED** on this **12th day** of **June 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATED DISTRICT JUDGE