IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Before the Court is the Motion for Protective Order filed by Defendant Skiplagged, Inc. ("Skiplagged"). ECF No. 133. The Court finds that expedited briefing is needed to consider the Motion in a timely fashion. *See* L. Civ. R. 7.1.

Accordingly, Plaintiff **SHALL** file a response to the Motion **on or before June 21, 2024**. Skiplagged shall not file a reply unless the Court orders it to do so.

It is so **ORDERED** on June 12, 2024.

*[signature: Hal R. Ray, Jr.]*
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE