IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § | (Relates to the Motion Referred to Magistrate Judge Ray) |
| Defendant. | § § | |

### DEFENDANT SKIPLAGGED, INC.'S AGREED REQUEST TO WITHDRAW ITS MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF

**TO THE HONORABLE HAL RAY, UNITED STATES MAGISTRATE JUDGE:**

**NOW COMES** Defendant, Skiplagged, Inc. ("Skiplagged"), with the agreement of Plaintiff, American Airlines, Inc. ("American"), and hereby files this *Request to Withdraw Its Motion for Protective Order and Brief in Support Thereof* filed on June 11, 2024, which *Motion* has been referred to the Honorable Hal Ray for consideration. This *Request* is made in light of the parties having participated in the 30(b)(6) deposition of Skiplagged, addressed the concerns raised in the *Motion* concerning the 30(b)(6) deposition, and having now resolved all such issues. In support hereof, Skiplagged would respectfully show the Court as follows:

**I.**

As reflected in the *Motion* filed on June 11, 2024, American sought to depose Skiplagged on seventy-three separate deposition topics on June 12, 2024, in New York City, to which Skiplagged lodged numerous objections. All meet-and-confer sessions prior to the deposition failed to resolve the differences. Nevertheless, the parties went forward with the 30(b)(6) deposition of Skiplagged on Wednesday, June 12, 2024, in New York, New York.

1

## II.

The parties have resolved all of the disputes raised in Skiplagged's *Motion* related to the 30(b)(6) topics and scope of examination. Neither party is left with any disputes with regard to the scope or procedural aspects of the 30(b)(6) deposition now that it is completed, including any dispute over whether the Skiplagged 30(b)(6) representative was not adequately prepared for the relevant topics noticed. American wishes to make it clear, however, that any issue it has with the substance of the testimony adduced during the deposition, if any, is not to be affected by this *Request* to withdraw the *Motion*, which Skiplagged understands and with which Skiplagged agrees. Therefore, Defendant, Skiplagged, with the agreement of American, seeks to withdraw this *Motion* from consideration by the Court.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Skiplagged, with the agreement of American, respectfully requests that its *Motion for Protective Order and Brief in Support Thereof* be withdrawn and not submitted for consideration to Magistrate Judge Hal Ray; and for such other relief, at law or in equity, to which it may show itself justly entitled.

Dated: June 21, 2024

Respectfully submitted,

*/s/William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

        */s/Aaron Z. Tobin*
        Aaron Z. Tobin
        Texas Bar No. 24028045
        Kendal B. Reed
        Texas Bar No. 24048755
        Abigail R.S. Campbell
        Texas Bar No. 24098759
        **CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
        8080 Park Lane, Suite 700
        Dallas, Texas 75231
        Telephone: (214) 265-3800
        Facsimile: (214) 691-6311
        atobin@condontobin.com
        kreed@condontobin.com
        acampbell@condontobin.com

        ***Attorneys for Defendant, Skiplagged, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Dee J. Kelly and Lars L. Berg, counsel for Plaintiff, regarding the issues presented in this *Motion*, and they are in agreement with the content hereof.

        */s/William L. Kirkman*
        William L. Kirkman

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, a copy of the foregoing was served through the Court's electronic filing system to all parties who have entered an appearance in this proceeding.

        */s/William L. Kirkman*
        William L. Kirkman