IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendant Skiplagged, Inc.'s ("Skiplagged") Agreed Request to Withdraw Its Motion for Protective Order and Brief in Support Thereof (ECF No. 136). Having considered the Request, the Court **GRANTS** it.

It is therefore **ORDERED** that Skiplagged's Motion for Protective Order (ECF No. 130) is hereby **WITHDRAWN** and shall not be considered by the Court.

It is so **ORDERED** on June 24, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE