IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**APPENDIX TO PLAINTIFF AMERICAN AIRLINES, INC.'S MOTION TO
ENFORCE THE COURT'S MAY 1, 2024 ORDER AND BRIEF IN SUPPORT**

In support of Plaintiff American Airlines, Inc.'s ("American") Motion to Enforce the

Court's May 1, 2024 Order and Brief in Support, American submits the following materials:

| <u>EX.</u> | <u>DESCRIPTION</u> | <u>PAGE NOS.</u> |
|---|---|---|
| A | Declaration of Dee J. Kelly, Jr. | App'x 001–03 |
| A-1 | Email from Aaron Z. Tobin to Cameron M. Nelson dated June 26, 2024 | App'x 004–07 |
| A-2 | Email from Lars Berg to William "Bill" L. Kirkman dated March 8, 2024 | App'x 008–10 |
| A-3 | Email from Bill Kirkman to counsel for American dated May 31, 2024 | App'x 011–12 |
| A-4 | Excerpts from the transcript of the June 12, 2024 deposition of Aktarer Zaman, Rule 30(b)(6) Corporate Representative of Defendant Skiplagged, Inc. | App'x 013–20 |
| A-5 | Email from Lars Berg to Bill Kirkman dated June 3, 2024 | App'x 021–23 |
| B | Declaration of David N. Fuller, CFA, ASS, CFE | App'x 024–50 |

Dated: June 28, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF DEE J. KELLY, JR.

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

1.       My name is Dee J. Kelly, Jr. I am over the age of 21 and competent to make this declaration as authorized under 28 U.S.C. § 1746. My business address is 201 Main Street, Suite 2500, Fort Worth, Texas 76102.

2.       I make this declaration in support of Plaintiff American Airlines, Inc.'s ("American") Motion to Enforce the Court's May 1, 2024 Order and Brief in Support.

3.       Attached as Exhibit A-1 is a true and correct copy of an email from Aaron Z. Tobin, counsel for Defendant Skiplagged, Inc. ("Skiplagged"), to Cameron M. Nelson, counsel for American, and other counsel for American and Skiplagged sent on June 26, 2024 at 10:28:37 AM.

4.       Attached as Exhibit A-2 is a true and correct copy of an email from Lars Berg, counsel for American, to William "Bill" L. Kirkman, counsel for Skiplagged, and CC'ing counsel for American and Skiplagged, sent on March 8, 2024 at 1:39:59 PM.

1

5.      Attached as Exhibit A-3 is a true and correct copy of an email from Bill Kirkman to counsel for American and CC'ing counsel for Skiplagged, sent on May 31, 2024 at 5:18:12 PM.

6.      Attached as Exhibit A-4 is a true and correct copy of excerpts from the transcript of the deposition of Aktarer Zaman, Skiplagged's Corporate Representative under Rule 30(b)(6) of the Federal Rules of Civil Procedure, taken on June 12, 2024.

7.      Attached as Exhibit A-5 is a true and correct copy of an email from Lars Berg to Bill Kirkman and other counsel for American and Skiplagged sent on June 3, 2024 at 8:55:00 AM.

8.      I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2024.

_____

Dee J. Kelly, Jr.

2

# Exhibit A-1

| | |
|---|---|
| **From:** | Aaron Z. Tobin |
| **To:** | NelsonC@gtlaw.com; billk@kirkmanlawfirm.com |
| **Cc:** | Lars Berg; Dee Kelly |
| **Subject:** | RE: AA / Skiplagged / Data [IWOV-Interwoven.FID461762] |
| **Date:** | Wednesday, June 26, 2024 10:28:37 AM |
| **Attachments:** | image001.png |

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Cam,

Thank you for your email. As we discussed, AA did not request information responsive to RFPs 4 and 5 and ROG 8 be produced in a "single, tab-delimited text file, with headers" until our 6/21 telephone call. We have considered AA's recent request and believe that it is untimely and outside Judge Ray's 5/1 Order, of which Skiplagged has fully complied with.

As you correctly quote, the May 1 Order required Skiplagged to produce the requested data "translated into a reasonably usable form, except to the extent that the translation requires analysis of the data." This is what Skiplagged did. Further, your email contains incorrect assumptions.

First, you state that the "data exists in Skiplagged's systems in electronic, text format." This is not correct. The data exists in Skiplagged's systems, intertwined with other data, and in an encrypted form. Merely pulling the data would not be usable, instead it requires translation into a reasonably usable form. To do this, Mr. Zaman had to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Indeed, as Mr. Zaman testified on June 12, 2024, ████████████████████████████████████████████████████████████████████████████████

As to the OCR issue raised, when copying and pasting from a PDF to a Word document, for example, it is not uncommon for there to be mistakes in the translation. Nothing was specifically done to interfere with the OCR. The OCR feature was implemented using one of the more accurate open-source OCR engines available that in turn made the data reasonably usable. We took a look at the sample you sent over and we were able to search for and find the PNR record locator as well as other information within the document using the find tool, a process that doesn't work without OCR. Further, fuzzy search can be done to overcome any OCR issues that you claim. And if AA is not satisfied with the OCR, it is my understanding that AA can run its own OCR process on the documentation produced.

In sum, AA very recently requested for the first time that Skiplagged produce the requested data in a particular format. This request comes well after the discovery requests, the motion to compel and May 1 Order. Skiplagged fully complied with the May 1 Order by producing the data requested in a reasonably usable format. To do so again, as AA is requesting would be unreasonably costly and unnecessarily burdensome.

Thank you,

Aaron Z. Tobin

App'x 005

www.condontobin.com
214-265-3851

---

**From:** NelsonC@gtlaw.com <NelsonC@gtlaw.com>
**Sent:** Friday, June 21, 2024 11:15 AM
**To:** billk@kirkmanlawfirm.com; Aaron Z. Tobin <atobin@condontobin.com>
**Cc:** lars.berg@kellyhart.com; dee.kelly@kellyhart.com
**Subject:** AA / Skiplagged / Data

Aaron,

This is in furtherance of our discussion today regarding the roughly 1.4 million PNR records that Skiplagged produced pursuant to the Court's order of May 1st. During our call, you asked me to put in an email exactly what American is asking for.

The short answer is (with more detailed explanation below), that American is simply asking for the data to be produced in a single, tab-delimited text file, with headers. To the extent their needs to be more than one row per PNR (for example, to show multiple segments) that would be acceptable.

The longer explanation is as follows.

On May 1st, the Court ordered that "Skiplagged also **SHALL PRODUCE** all data in its possession or control responsive to Interrogatory No. 8 and Request for Production Nos. 4-5 (except with regards to Skiplagged's customer's social security numbers or credit card numbers), translated into a reasonably useable form, except to the extent that the translation requires analysis of the data." In response to that order, Skiplagged produced 1.4 million PDFs.

These 1.4 million PDFs are not in a "reasonably useable form." Among other things, the OCR in the PDFs is inaccurate. I have attached just one example here. If you open the PDF, you can see that the PNR is "███████," but if you copy and paste this you get "███████" There are many other OCR errors in this page alone, and there are similar errors throughout this production. These errors make it impossible for American to do any kind of analysis of the data.

What's more, we should not be talking about OCR in the first place. The data exists in Skiplagged's systems in electronic, text format. Converting that electronic data into images, and then applying OCR to it, were extra steps that never should have been carried out.

During the 30(b)(6) deposition of Skiplagged, Mr. Zaman confirmed ████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████

Instead, Mr. Zaman ████████████████████████████████████████
████████████████████████████████████ Doing this rendered the data unreadable to a computer.

App'x 006

The data should have been produced in a single text file, in a format that would render it useable (i.e., so that it can be imported into Excel). Since Mr. Zaman has ████████████████████ ████████████████, it should be produced that way.

Please give me a call if you have any questions. My mobile number is below.

Cam

**Cameron M. Nelson**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.6590  |  F +1 312.899.0360  |  C +1 708.227.7106
NelsonC@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# Exhibit A-2

| | |
|---|---|
| **From:** | Lars Berg |
| **To:** | Bill Kirkman |
| **Cc:** | Aaron Z. Tobin; Kendal B. Reed; Abigail Campbell; Preston Sawyer; Dee Kelly; Austin Franklin; Julia G. Wisenberg; John C. Fronk |
| **Subject:** | American v. Skiplagged - request for additional discovery responses and production |
| **Date:** | Friday, March 8, 2024 1:39:59 PM |

Bill:

American requested documents, data, and information that have not been provided by Skiplagged:

**1. Skiplagged's records related to PNRs and data in the database.** In his deposition on November 30, 2023, Daniel Gellert testified



kiplagged can extract the requested information from its database.  Nevertheless, Skiplagged did not produce the full contents of this database related to American  The full contents of the database related to American are responsive to RFP Nos. 4, 6, 40, 42, and 57–58, as well as Interrogatory No. 8.

**2. Skiplagged's third party contracts with business partners, including affiliate program documents that constitute an agreement.**

These agreements are responsive to RFP Nos. 2, 3, 15, 16, 31–35, 51, 57, and 58, as well as Interrogatory No. 6, 14–16, and 18.

**3. Skiplagged's third-party partners' booking reports and financial reports.**

. This information was requested through RFP Nos. 3, 15, 31–35, 53, 54, and 57, as well as Interrogatory

App'x 009

Nos. 1, 6, 7, 15, and 16.

**4. Mobile app and website user metrics.**



his information, and the related documentation, is responsive to Interrogatory Nos. 1, 6, and 15–16 as well as RFP Nos. 26 and 27.

Please produce all of the documents and data and provide answers by 12:00 noon on March 13, 2024. Because American needs some, if not all, of this information for its experts, American must insist on either actually receiving this information ASAP (expert disclosure deadline is April 19 and unlikely to be moved again) or reaching some agreement about supplementing its experts' reports within a reasonable time after the information is provided. If you would like to discuss, Austin Franklin (copied) will take the lead for American in handling these issues from this point forward.

Regards,

**Lars L. Berg**
*Partner*



KELLY 🔲 HART
201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-3524
FAX (817) 878-9280
Lars.Bergt@kellyhart.com
www.kellyhart.com

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

# Exhibit A-3

| | |
|---|---|
| **From:** | Bill Kirkman |
| **To:** | Lars Berg; Julia G. Wisenberg; Austin Franklin; Dee Kelly |
| **Cc:** | Aaron Z. Tobin; Abigail Campbell; Darin Klemchuk |
| **Subject:** | data to be produced under Magistrate Judge Ray"s May 1, 2024 Order |
| **Date:** | Friday, May 31, 2024 5:18:12 PM |

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Counsel,

Here is a link to the data described above. It is to be referred to as a whole as Bates # SKP00111228:

██████████████████████████████████████████████

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

# Exhibit A-4

**Withheld Due to Confidential Information**

**Pending Motion for Leave to File Under Seal**

# Exhibit A-5

| From: | Lars Berg |
|---|---|
| To: | Bill Kirkman; Julia G. Wisenberg; Austin Franklin; Dee Kelly |
| Cc: | Aaron Z. Tobin; Abigail Campbell; Darin Klemchuk |
| Subject: | RE: data to be produced under Magistrate Judge Ray"s May 1, 2024 Order |
| Date: | Monday, June 3, 2024 8:55:00 AM |

Dear Bill,

We received Skiplagged's production of the data the court ordered it to produce (a full month after it was ordered produced by Judge Ray). As you are well aware, the Court ordered the data produced "such that AA can reasonably use that data to perform the necessary analysis and calculations." That is not at all what Skiplagged did.

The data received has been manipulated to create approximately 1.4 million non-OCR'd, non-searchable PDFs. American believes this was done to make the data less-useable, not reasonably useable as ordered by Judge Ray.

American demands that Skiplagged produce the raw relational data that was manipulated to create these PDFs. Please forward today.

Regards,

Lars

**From:** Bill Kirkman <billk@kirkmanlawfirm.com>
**Sent:** Friday, May 31, 2024 5:18 PM
**To:** Lars Berg <lars.berg@kellyhart.com>; Julia G. Wisenberg <Julia.Wisenberg@kellyhart.com>; Austin Franklin <Austin.Franklin@kellyhart.com>; Dee Kelly <dee.kelly@kellyhart.com>
**Cc:** Aaron Z. Tobin <atobin@condontobin.com>; Abigail Campbell <acampbell@condontobin.com>; Darin Klemchuk <darin.klemchuk@klemchuk.com>
**Subject:** data to be produced under Magistrate Judge Ray's May 1, 2024 Order

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Counsel,

Here is a link to the data described above. It is to be referred to as a whole as Bates # SKP00111228:

███████████████████████████████████████

William L. Kirkman
Kirkman Law Firm, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
(817) 336-2800, ext. 107
(817) 877-1863 (Fax)
billk@kirkmanlawfirm.com

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate the information. If you have received this e-mail transaction in error, please notify us immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Kirkman Law Firm, PLLC for any loss or damage arising in any way from its use.

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

---

## Declaration of David N. Fuller, CFA, ASA, CFE

---

## I.    <u>Introduction</u>

1.    My name is David N. Fuller CFA, ASA, CFE.

2.    I have been retained by counsel for American Airlines, Inc. (the "Plaintiff"), in the dispute styled *American Airlines, Inc, v. Skiplagged, Inc.*  For purposes of this declaration, Skiplagged, Inc. is referred to as "Skiplagged."  I have been engaged to conduct analysis and form expert opinions on issues regarding the calculation of economic damages in this matter.

3.    I am currently employed as the President of VALUE Incorporated, a financial valuation consulting firm located in Irving, Texas. Prior to founding VALUE Incorporated, I held various positions with a national financial valuation firm and in the valuation practice of a global accounting and consulting firm.

4.    For more than thirty-five years, I have provided financial valuation services to a wide variety of clients. During this time, I have performed thousands of valuations of common

stock, preferred stock, derivative securities, intellectual property, and calculations of lost profits, economic losses, and damages. These engagements have been completed for purposes relating to transactions, financial reporting requirements, tax reporting requirements and tax disputes, management planning, and litigation.

5. I have calculated economic damages on numerous occasions. I have been accepted as an expert and offered expert testimony relating to valuation and economic issues in numerous federal district courts, state district courts, the United States Bankruptcy Court, the United States Tax Court, and in many arbitration proceedings.

6. I hold the Chartered Financial Analyst ("CFA") designation governed by the CFA Institute. I have also earned the Accredited Senior Appraiser ("ASA") designation governed by the American Society of Appraisers and the Certified Fraud Examiner ("CFE") designation governed by the Association of Certified Fraud Examiners. My educational background includes a Master of Business Administration degree from Southern Methodist University with a concentration in Finance, and a Bachelor of Arts degree from Austin College with a concentration in Economics. My professional qualifications are set forth in my resume, which is included as Attachment A to this Declaration.

## II.   Data Produced by Skiplagged

7. I understand that Skiplagged was required, under an Order signed by Magistrate Judge Ray on May 1, 2024, to produce certain information regarding its bookings of American Airlines flights booked through or facilitated by Skiplagged, translated into "a reasonably usable form." In response to this request certain materials were provided by Skiplagged on May 31, 2024, consisting of 1,376,859 individual data files in PDF format ("PDF Reports). One PDF file was

- 2 -

produced for each booking record ("PNR"), and each PDF file contained eleven different data elements conforming to the data requested by Plaintiff.  I was also provided with a letter from William Kirkman dated June 7, 2024, describing the process for creating the PDF Reports, and an email from Aaron Tobin dated June 26, 2024, with additional discussion on the same topic.

8.      Based on the representations of Skiplagged, the PDF Reports contain data extracted from Skiplagged's database of all bookings for all airlines.  The data extracted for each PNR was then saved in PDF format <u>as an image</u> which rendered it viewable, but unusable as data.  In an attempt to convert the images back into usable data, Mr. Kirkman's letter states that each of the PDF Reports was processed with Tesseract optical character recognition ("OCR") software.  The letter states the information is presented in "a usable form from which American can extract the data for further analysis."

9.      I routinely manage consulting projects dealing with large amounts of data and utilize a variety of internal and external resources to manage the data involved.  I have experience with large data entry projects, databases containing up to 20 million individual records, and a variety of software platforms that can be used to manage and analyze such data.  I have reviewed the PDF Reports and have developed the following observations and opinions.

10.      First, the manner in which the data was converted to image and then back to data using OCR software results in an unacceptably high error rate, rendering the PDF Reports unusable for further analysis.  I noted that the PDF format associated with the PDF Reports was Adobe Acrobat 6.0, and that the quality of the images is poor.  The text is clearly pixelated when viewed at 100%, making OCR less accurate and reliable.

11.      I have created Exhibit 1 to this declaration to illustrate this unacceptably high error rate.  Exhibit 1 contains the first five files within the directory contain the PDF Reports, and each

is identified by filename in its header.  For each file, I have included a printed version of the file ("the Image File") as it was produced, and followed it with a page showing the data that is contained within the file ("the Data File") and can be extracted.  This second format was created by simply highlighting the file contents on the screen and pasting the result as text into a text file. Each of the Data Files is highlighted to show each element that has been incorrectly interpreted by the OCR software.  The Data Files each contain in excess of 20 differences, and notably, all Data Files exhibit errors in the dollar-denominated fields.  A number of different types of errors were noted including missing numerals, missing decimals, and figures that were read as alphabetic characters instead of numerals. Given that the dollar-denominated fields would be most relevant to financial calculations, it is my opinion that any database built from data extracted from these files would be unreliable and unusable as a basis for a damages calculation.  A simple comparison of the Image Files to their respective Data Files in Exhibit 1 clearly illustrates this to be the case.

12.     I attempted to use other OCR tools including the Adobe Acrobat suite, OpenAI, and CloudConvert.  In each case, I observed both similar errors and frequency of errors, indicating that the use of other OCR tools was not a viable solution to the data accuracy problem discussed above.

13.     Second, if the data was extracted it would be necessary to manually confirm its accuracy to ensure it was accurate and complete.  This process would be both costly and time consuming.  I entered the data from the five PDF Reports in Exhibit 1 into a spreadsheet and noted that the average time per PDF Report was 2.5 minutes.  Assuming a range of 1 to 2 minutes to enter the data from each PDF Report, would result in between 22.9 thousand and 45.9 thousand man-hours for data entry, equating to 11 to 23 man-years.  Historically, I have utilized a double-

entry verification process in similar projects which ensures accuracy but at approximately double the effort and cost.

14.     Third, because the PDF Reports were provided, it is evident that the data requested exists and its accessible by Skiplagged.  If the data were extracted and saved into a database such as SQL or delimited text file, it would be unnecessary to correct errors caused by the translation of data to images and back to data, and would result in data that actually was reasonably usable.

15.     Fourth, while Skiplagged asserts the data is searchable, data elements would only be found if the data entered as search criteria included the same errors as the OCR results contained within the PDF Reports.  This severely limits the usability of the PDF Reports as they have been produced.

16.     Finally, the 1,376,859 PDF Reports are not usable in their current form as there is no way to add, subtract, count, filter or otherwise work with the data when it exists within the individual one or two-page PDF reports.  In order for the the data to be reasonably usable, it would have to be transformed into a database or table which would allow for these types of operations. No control totals were provided regarding total ticket charges or fees to allow for a check to see if the data in the individual records was accurate or complete.

17.     Based on the foregoing, it is my opinion that the PDF Reports are not reasonably usable.

18.     I base my opinions on my academic and professional education, financial valuation experience and the work I have conducted in this case to date. I understand that additional discovery may be completed, and depositions taken. I expressly reserve the right to modify or revise my opinions based on additional information that becomes available in the future.

App'x 029

19.     To the best of my knowledge and belief, the statements of facts contained in this Declaration, upon which the analyses, conclusions and opinions expressed herein are based, are true and correct.

_____        June 27, 2024
_____
David N. Fuller, CFA, ASA, CFE                  Date

**Attachment A**

# David N. Fuller, CFA, ASA, CFE

## Professional Experience

David Fuller founded VALUE Incorporated as a premier firm in the application of financial, valuation and economic theory.  Drawing on the experience and knowledge gained through thousands of financial consulting engagements, David has a wide range of industry experience, as well as experience with a wide variety of situations and circumstances. He provides services to clients involved in mergers, acquisitions and corporate transactions. He works with clients addressing valuation-related financial and tax reporting requirements. He also provides expert analysis and testimony  when engaged by clients  involved  in various  sorts of litigation. Mr. Fuller has testified as on expert on offering opinions relating to on valuation, economic loss and damages, reasonable compensation, characterization and tracing, and other financial and economic analyses.

Mr. Fuller has performed analyses in many industries, including: aerospace, agri-business, banking, business process outsourcing, construction, distribution, energy, financial services, food  and beverage, healthcare, hospitality, insurance, life sciences, manufacturing, materials, media, pharmaceuticals, professional services, real estate, restaurant, retail, securities, software, technology, telecommunications,  transportation and utilities.

Prior to forming VALUE Incorporated, Mr. Fuller consulted extensively in the financial and valuation fields, in various roles with a national financial valuation firm and in the valuation practice of a global accounting & consulting firm.

Mr. Fuller has been published on several occasions in a variety of industry and trade journals. David has lectured to groups of executives and professionals, and assisted with teaching undergraduate and graduate level courses relating to valuation issues. David has testified on numerous occasions in deposition and trial settings in a variety of Federal and state courts and has served numerous clients with valuations relating to tax disputes in United States Tax Court.

He frequently serves as a neutral valuation expert in litigation matters, either by agreement of the parties or when appointed by courts.

## Formal Education

Master of  Business  Administration  –
    1989 Concentration in Finance
    Southern Methodist University, Dallas, Texas
Bachelor of Arts,  Liberal  Arts  – 1988
    Concentrations in Economics and Finance
    Austin College, Sherman, Texas

App'x 032

## Honors and Awards

Texas Business Hall of Fame, Scholarship Recipient – 1989
Dean's List, multiple occurrences
Eagle Scout

## Accreditations and Designations

Chartered Financial Analyst (CFA), designated by the CFA Institute (CFAI)
Accredited Senior Appraiser (ASA), designated by the American Society of Appraisers (ASA)
Certified Fraud Examiner (CFE), designated by the Association of Certified Fraud Examiners (ACFE)

## Organizations and Professional Associations

Associate Board Member, Cox School of Business, Southern Methodist University
Member, Financial Executives International
Member, Association for Corporate Growth
Past President, DFW ACG Chapter
Member, CFA Institute
Member, Dallas Society of Financial Analysts
Member, American Society of Appraisers
Member, American Society of Appraisers, Dallas Chapter
Member, Association of Certified Fraud Examiners

## Publications

Mergers and Acquisitions in the Dallas/Ft. Worth Area. Dallas Business Journal, Spring 2003.

Integrating Valuation Services Saves Time and Money in Acquisitions. Dallas Business Journal, Spring 2003.

Litigation Support Report Writing. John Wiley & Sons, 2003. - Contributor

"What Should be in the Board Book" – Published in Directors & Boards, Spring

2001. "Business Cycles: Simulating Solvency" – Publication pending

"Positioning Your Company for Sale" – Publication pending

"Value Creation: Theory and Practice" – Publication pending

"The 3 Jobs of Management" – Publication pending

"Conglomerate and Portfolio Discounts" – Position paper

"Investing in Troubled Companies" – Published in Turnarounds and Workouts Survey, September 1994.

## Publications (continued)

"Break-even Analysis for the Amortization of Intangible Assets" – Published in Journal of Accountancy, June 1994.

"Purchase Price Allocation Break-even Analysis" – Position paper

## Lectures and Appearances

"Getting Information to Value a Business" – TexasBarCLE, April 2018

"Business Valuation Panel Discussion" – Tarrant County Family Bar Seminar, November 2017

"Valuation Demonstration" – Advanced Family Law 2017, TexasBarCLE, August 2017

"Deal Making Opportunities After the Downturn" – Bowne & Co., February 2009

"The Impact of Credit Markets on Valuations" – M&A Forum, CEO Netweavers, June 2008

Current Issues in Estate & Gift Tax Valuations" Malouf Estate Planning Study Group, June 2008

"Valuation of Intellectual Property" – CFO Forum of the AeA (American Electronics Association), May 2008

"Valuation Issues in Small Business" – Representing Small Business 2008, Texas Bar CLE, May 2007

"Business Valuation and the Business of Valuation" – Southern Methodist University, Cox School of Business, November 2005

"Business Valuation and the Business of Valuation" – University of Texas at Arlington, October 2005

"Valuation and Exit Strategies for Entrepreneurs" – Southern Methodist University, Cox School of Business, April 2005

"SFAS 123R – Valuation of Stock Based Compensation" – DFW SEC Reporting Group, April 2005

"Creating Shareholder Value in this Economic Environment" - Bank of America Regional Economic Seminar, April 2004

"Topics in Valuation" – Tarrant County Probate Bar, March 2004

"Valuation of Businesses" –Daedalian Society, March 2004

---

## Lectures and Appearances(continued)

"Careers in the Consulting Industry" – panel participant, Cox School of Business, Southern Methodist University – September 2003

"Valuation Issues in Financial Reporting" – DFW SEC Reporting Group - January 2003

"Valuation of High-Technology Companies" – McCombs School of Business, University of Texas - September 2002

"Careers in the Consulting Industry" – panel participant, Cox School of Business, Southern Methodist University – September 2002

"Current Topics in Valuation" – Internal Revenue Service Estate and Gift Tax Group -August 2002

"Exit Planning for Business Owners" – SMU Cox School of Business, MBA course, Planning & Control for Growing Businesses – November 2001

"Companies that Create and Destroy Value: Common Threads" – Chief Executive's Round Table – October 2001

"What Should be in the Board Book: The External Perspective" – American Society of Corporate Secretaries, Dallas, Texas – July 2001

"Value Extraction Strategies" – SMU Cox School of Business, MBA course, Planning & Control for Growing Businesses – Spring 2001

"Value Extraction Strategies" – SMU Cox School of Business, MBA course, two sections of Planning & Control for Growing Businesses – Fall 2000

"Valuation Issues in Divorce" - American Bar Association – Annual Family Law Conference, San Diego, CA – Spring 2000

"Daubert and Financial Experts" – South Texas College of Law CLE, Houston, Texas – Fall 1999

"Topical Issues and Tax Court Cases Relating to Gift and Estate Tax Valuation" – Internal Revenue Service, Dallas Texas – September 1997

"Current Approaches and Issues to the Valuation of Business and Investment Interests" – IRS Gift and Estates, Mid-States Region; Dallas Texas – May 1996

"Careers in Business Valuation" – SMU MBA Finance Association, Dallas Texas – September 1995

**Exhibit 1**

(1) PNR record locator code

███████

(2) Date of reservation/issue of ticket

April 27, 2020

(3) Date(s) of intended travel

| Outbound Date | Inbound Date |
|---|---|
| May 4, 2020 | |

(4) Name(s)

| Passenger # | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | ██████████ | | |

(5) All available contact information (including originator of reservation)

| Name | Email | Phone |
|---|---|---|
| ███████████████ | | |

(6) All available payment/billing information (e.g. credit card number)

| Address | City | State | Zip Code | Country Code |
|---|---|---|---|---|
| ██████████ | | | | |

(7) Travel itinerary for specific PNR

| Airline | Flight | Departure Date | Departure Time | Departure Airport | Arrival Date | Arrival Time | Arrival Airport |
|---|---|---|---|---|---|---|---|
| AA | 2193 | May 4, 2020 | 1:14PM | FLL | May 4, 2020 | 3:28PM | CLT |
| AA | 5327 | May 4, 2020 | 4:30PM | CLT | May 4, 2020 | 5:45PM | MSY |

(8) Any collected APIS information (e.g., Advance Passenger Information (API) that is initially captured by an air carrier within its PNR, such as passport number, date of birth and gender)

| Passenger # | Date of Birth | Gender |
|---|---|---|
| 1 | ████████████████ | |

(9) Ticket charge

| Amount | Currency |
|---|---|
| 42.1 | USD |

(10) Service fee

| Amount | Currency | Gross | Fee | Travel Credit | Net |
|---|---|---|---|---|---|
| 21.05 | USD | 21.05 | 0.91 | 12.08 | 8.06 |

(11) Hidden-city

Yes

First File – "000013e5-f172-97e7-095c-6df58f7735db"

(1) PNR record locator code
███████

(2) Date of reservation/issue of ticket
'April 27, 2020
(3) Date(s) of intended travel
'Outbound Date Inbound Date
May 4, 2020
(4) Name(s)
Passenger # First Name Middle Name Last Name
1 █████████████
(5) All available contact information (including originator of reservation)
Name Email Phone
███████████████████████████████
(6) All available paymenubilling information (eg. credit card number)
'Address city State Zip Code Country Code
██████████████████████████
(7) Travel itinerary for specific PNR
Airline Flight Departure Departure Departure Arrival Arrival Artival Date Time = Aixport. «= Date=——= Time == Aieport
AA 2193 May 4, MPM FLL. May4 , 3.28PM CLT 2020 2020
AA su7 May 4, 430PM CLT May4 , 545M MSY 2020 2020
(8) Any collected APIS information (eg, Advance Passenger Information (API) that is initially captured by air carrier within its PNR, such as passport number, date of birth and gender)
Passenger # Date of Birth Gender
1 ███████████████
(9) Ticket charge
Amount Currency
ea usp
(10) Service fee
Amount Currency Gross Fee Travel Credit Net
21.05 usp 21.05 091 12.08 8.06
(11) Hidden-city
Yes

(1) PNR record locator code

██████████

(2) Date of reservation/issue of ticket

October 1, 2020

(3) Date(s) of intended travel

Outbound Date                                    Inbound Date

December 13, 2020

(4) Name(s)

| Passenger # | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | ████████████████████████████████ | | |

(5) All available contact information (including originator of reservation)

| Name | Email | Phone |
|---|---|---|
| ███████████████████████████████████████████ | | |

(6) All available payment/billing information (e.g. credit card number)

| Address | City | State | Zip Code | Country Code |
|---|---|---|---|---|
| ████████████████████████████████████████████████ | | | | |

(7) Travel itinerary for specific PNR

| Airline | Flight | Departure Date | Departure Time | Departure Airport | Arrival Date | Arrival Time | Arrival Airport |
|---|---|---|---|---|---|---|---|
| AA | 2444 | December 13, 2020 | 11:00AM | SAN | December 13, 2020 | 4:09PM | DFW |
| AA | 1049 | December 13, 2020 | 5:35PM | DFW | December 13, 2020 | 7:02PM | PHX |

(8) Any collected APIS information (e.g., Advance Passenger Information (API) that is initially captured by an air carrier within its PNR, such as passport number, date of birth and gender)

| Passenger # | Date of Birth | Gender |
|---|---|---|
| 1 | ████████████████████████████████ | |

(9) Ticket charge

| Amount | Currency |
|---|---|
| 62.6 | USD |

(10) Service fee

(11) Hidden-city

Yes

Second File – "0000a88c-1e05-4e81-f0eb-4e406c6e8ad2"

(1) PNR record locator code
███████

(2) Date of reservation/issue of ticket
'October 1, 2020
(8) Date(s) of intended travel
'Outbound Date Inbound Date
December 13, 2020
(4) Name(s)
Passenger # First Name Middle Name Last Name
1 ██████████████████
(5) All available contact information (including originator of reservation)
Name Email Phone
███████████████████████████████████████████,
(6) All available paymenubilling information (e.g. credit card number)
'Address city State Zip Code Country Code
█████████████████████████
(7) Travel itinerary for specific PNR
'Airline Flight Departure Departure Departure Arrival Arrival Arrival Date Time» Aixport'
«DateTime Aieport
AA 2a December 1L00AM_ SAN December 4:09PM DEW 13, 2020 13, 2020
AA 1049 December S3SPM DEW December 7.02PM — HX 13, 2020 13,2020
(8) Any collected APIS information (eg., Advance Passenger Information (API) that is initially
captured by an air carrier within its PNR, such as passport number, date of birth and
gender)
Passenger # Date of Birth Gender
1 ████████████████████
(9) Ticket charge
Amount Currency
2.6 usp
(10) Serviee fee
(U1) Hidden-city
Yes

(1) PNR record locator code

██████████

(2) Date of reservation/issue of ticket

December 12, 2021

(3) Date(s) of intended travel

Outbound Date                                    Inbound Date

December 15, 2021

(4) Name(s)

| Passenger # | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | ████████████████████████████ | | |

(5) All available contact information (including originator of reservation)

| Name | Email | Phone |
|---|---|---|
| ████████████████████████████████████████ | | |

(6) All available payment/billing information (e.g. credit card number)

| Address | City | State | Zip Code | Country Code |
|---|---|---|---|---|
| ████████████████████████████████████ | | | | |

(7) Travel itinerary for specific PNR

| Airline | Flight | Departure Date | Departure Time | Departure Airport | Arrival Date | Arrival Time | Arrival Airport |
|---|---|---|---|---|---|---|---|
| AA | 864 | December 15, 2021 | 5:13PM | CLT | December 15, 2021 | 6:48PM | PHL |
| AA | 5627 | December 15, 2021 | 8:15PM | PHL | December 15, 2021 | 9:51PM | CLE |

(8) Any collected APIS information (e.g., Advance Passenger Information (API) that is initially captured by an air carrier within its PNR, such as passport number, date of birth and gender)

| Passenger # | Date of Birth | Gender |
|---|---|---|
| 1 | █████████████████████████████ | |

(9) Ticket charge

| Amount | Currency |
|---|---|
| 172.71 | USD |

(10) Service fee

| Amount | Currency | Gross | Fee | Travel Credit | Net |
|---|---|---|---|---|---|
| 10.0 | USD | 10.0 | 0.59 | 2.97 | 6.44 |

(11) Hidden-city

App'x 042

No

Third File – "0000a219-1dfa-1a84-5c3b-9690cb69d52c"

(1) PNR record locator code

██████

(2) Date of reservation/issue of ticket
December 12, 2021
(8) Date(s) of intended travel
'Outbound Date Inbound Date
December 15, 2021
(4) Name(s)
Passenger # First Name Middle Name Last Name
1 ████████████
(5) All available contact information (including originator of reservation)
Name Email Phone
████████████████████████████████████
(6) All available paymenuilling information (e.g. credit card number)
'Addeess city State Zip Code Country Code
████████████████████████
(7) Travel itinerary for specific PNR
Airline Flight Departure Departure Departure Arrival Arrival Arival Date Time —Aitport-Date Aieport
AA 864 December 5:13PM CLT December PHL 15,2021 15,2021
AA 3627 December SISPM PHL December 9SIPM CLE 15,2021 15,2021
(8) Any collected APIS information (eg, Advance Passenger Information (API) that is initially 'captured by an air carrier within its PNR, such as passport number, date of birth and gender)
Passenger # Date of Birth Gender
1 '████████████████████
(9) Ticket charge
Amount Currency
m1 usp
(10) Service fee
Amount Currency Gross Fee Travel Credit Net
10.0 usp 10.0 059 297 648
(11) Hidden-city
No

(1) PNR record locator code

███████

(2) Date of reservation/issue of ticket

January 4, 2023

(3) Date(s) of intended travel

Outbound Date                                    Inbound Date

January 4, 2023

(4) Name(s)

| Passenger # | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | ████████████████████ | | |

(5) All available contact information (including originator of reservation)

| Name | Email | Phone |
|---|---|---|
| ███████████████████████ | | |

(6) All available payment/billing information (e.g. credit card number)

| Address | City | State | Zip Code | Country Code |
|---|---|---|---|---|
| ████████████████████████ | | | | |

(7) Travel itinerary for specific PNR

| Airline | Flight | Departure Date | Departure Time | Departure Airport | Arrival Date | Arrival Time | Arrival Airport |
|---|---|---|---|---|---|---|---|
| AA | 5548 | January 4, 2023 | 6:04PM | TLH | January 4, 2023 | 7:40PM | CLT |
| AA | 869 | January 4, 2023 | 8:40PM | CLT | January 4, 2023 | 10:24PM | DEN |

(8) Any collected APIS information (e.g., Advance Passenger Information (API) that is initially captured by an air carrier within its PNR, such as passport number, date of birth and gender)

| Passenger # | Date of Birth | Gender |
|---|---|---|
| 1 | ██████████████████████ | |

(9) Ticket charge

| Amount | Currency |
|---|---|
| 617.71 | USD |

(10) Service fee

| Amount | Currency | Gross | Fee | Travel Credit | Net |
|---|---|---|---|---|---|
| 10.0 | USD | 10.0 | 0.59 | 3.42 | 5.99 |

(11) Hidden-city

No

Fourth File – "0000b09d-c4c2-3899-037d-cb487118d485"

(1) PNR record locator code
██████

(2) Date of reservation/issue of ticket
January 4, 2023
(8) Date(s) of intended travel
'Outbound Date Inbound Date
January 4, 2023
(4) Name(s)
Passenger # First Name Middle Name Last Name
1 ████████████████████
(5) All available contact information (including originator of reservation)
Name Email Phone
█████████████████████████████
(6) All available paymenubilling information (e.g. credit card number)
'Address city State Zip Code Country Code
██████████████████████
(7) Travel itinerary for specific PNR
Airline Flight Departure Departure Departure Arrival Arrival Artival Date Time == Aixport. «= Date-=—= Time == Aieport
AA 5548 January 4, 6.04PM TLH January 4, 7:40PM CLT 2023 2023
AA 869 January 4, 840PM CLT January 4, 10:24PM DEN 2023 2023
(8) Any collected APIS information (eg, Advance Passenger Information (API) that is initially 'captured by an air carrier within its PNR, such as passport number, date of birth and gender)
Passenger # Date of Birth Gender
1 ████████████████
(9) Ticket charge
Amount Currency
6771 usp
(10) Service fee
Amount Currency Gross Fee Travel Credit Net
10.0 usp 10.0 059 342 599
(11) Hidden-city
No

(1) PNR record locator code

██████████

(2) Date of reservation/issue of ticket

March 1, 2019

(3) Date(s) of intended travel

| Outbound Date | Inbound Date |
|---|---|
| March 8, 2019 | March 10, 2019 |

(4) Name(s)

| Passenger # | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | ██████████ | | |

(5) All available contact information (including originator of reservation)

| Name | Email | Phone |
|---|---|---|
| ██████████████████████████████ | | |

(6) All available payment/billing information (e.g. credit card number)

| Address | City | State | Zip Code | Country Code |
|---|---|---|---|---|
| ████████████████████████ | | | | |

(7) Travel itinerary for specific PNR

| Airline | Flight | Departure Date | Departure Time | Departure Airport | Arrival Date | Arrival Time | Arrival Airport |
|---|---|---|---|---|---|---|---|
| AA | 5190 | March 8, 2019 | 7:23PM | | March 8, 2019 | 9:27PM | |
| AA | 4580 | March 10, 2019 | 2:59PM | | March 10, 2019 | 4:41PM | |

(8) Any collected APIS information (e.g., Advance Passenger Information (API) that is initially captured by an air carrier within its PNR, such as passport number, date of birth and gender)

| Passenger # | Date of Birth | Gender |
|---|---|---|
| 1 | ████████████████████ | |

(9) Ticket charge

| Amount | Currency |
|---|---|
| 286.61 | USD |

(10) Service fee

| Amount | Currency | Gross | Fee | Travel Credit | Net |
|---|---|---|---|---|---|
| 14.33 | USD | 14.33 | 0.72 | 8.17 | 5.44 |

(11) Hidden-city

No

Fifth File – "0000c8cf-d5e7-f3bf-b667-5ca1b852ce18"

(1) PNR record locator code

████████

(2) Date of reservation/issue of ticket
March 1, 2019
(3) Date(s) of intended travel
'Outbound Date Inbound Date
March 8, 2019 March 10, 2019
(4) Name(s)
Passenger # First Name Middle Name Last Name
1 ██████████████████
(5) All available contact information (including originator of reservation)
Name Email Phone
████████████████████████████
(6) All available paymenubilling information (e.g. credit card number)
'Addeess city State Zip Code Country Code
██████████████████
(7) Travel itinerary for specific PNR
Airline Flight Departure Departure Departure Arrival Arrival Artival Date Time == Aixport' «= Date.=—= Time = Aieport
AA 5190 March 8, 7.23PM March 8, 9:27PM 2019 2019
AA 4580 March 10, 2:59PM March 10, 441PM 2019 2019
(8) Any collected APIS information (eg, Advance Passenger Information (API) that is initially 'captured by an air carrier within its PNR, such as passport number, date of birth and gender)
Passenger # Date of Birth Gender
1 ██████████████████
(9) Ticket charge
Amount Currency
286.61 usp
(10) Service fee
Amount Currency Gross Fee Travel Credit Net
1433 usp 1433 on 817 544
(11) Hidden-cty
No