IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT SKIPLAGGED, INC.'S PRELIMINARY RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE COURT'S MAY 1, 2024 ORDER

William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com
***Attorneys for Defendant, Skiplagged, Inc.***

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant Skiplagged, Inc. ("Defendant" or "Skiplagged"), and files this Preliminary Response to Plaintiff American Airlines, Inc.'s ("Plaintiff" or "AA") Motion to Enforce the Court's May 1, 2024 Order ("Motion") [Dkt 145]. Skiplagged intends to file a comprehensive response in short order. Nonetheless, Skiplagged wishes to update the Court with respect to footnote 2, located on page 1 of AA's Motion. *See* [Dkt 145], p. 1, fn. 2.

Specifically and in an effort to address the issues raised in the Motion, Skiplagged has voluntarily undertaken the process to create enhanced images for the production at issue – resulting in an extremely high accuracy rate. Skiplagged produced the link to these enhanced pdfs to AA. Attached hereto as Exhibit A is a true and correct copy of Mr. Tobin's email to Mr. Kelly and Mr. Nelson to that effect, delivered today.

While Skiplagged reasserts its belief that it has fully complied with Judge Ray's May 1, 2024 order on the original production [Dkt 118], Skiplagged is continuing its efforts to address the issue without the need for further Court intervention.

Dated: July 1, 2024.

                Respectfully submitted,

                *William L. Kirkman*
                William L. Kirkman
                Texas Bar No. 11518700
                Preston B. Sawyer
                Texas Bar No. 24102456
                **KIRKMAN LAW FIRM, PLLC**
                201 Main Street, Suite 1160
                Fort Worth, Texas 76102
                Telephone: (817) 336-2800
                Facsimile: (817) 887-1863
                billk@kirkmanlawfirm.com
                prestons@kirkmanlawfirm.com

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

***Attorneys for Defendant, Skiplagged, Inc.***

28334087v2 99460.002.00

## **CERTIFICATE OF SERVICE**

      On July 1, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                              */s/Aaron Z. Tobin*
                                              Aaron Z. Tobin

28334087v2 99460.002.00