IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S
DESIGNATION OF REBUTTAL EXPERT WITNESS ON DAMAGES**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's September 27, 2023 Scheduling Order, as amended, plaintiff, American Airlines, Inc. ("American"), designates the following retained rebuttal expert witness on damages who may be called to testify at the trial of this case:

1) David N. Fuller, CFA, ASA, CFE
President & Founder
VALUE Incorporated
250 Decker Drive, Suite 200
Irving, Texas 75062
Office: 972-831-7900

Mr. Fuller will testify regarding the economic damages suffered by American as a result of the conduct of defendant, Skiplagged, Inc.'s ("Skiplagged"), including testimony rebutting the testimony of Skiplagged's designated expert witness Gary L. Gutzler, who provided a written report on May 31, 2024. Mr. Fuller has prepared a rebuttal expert report containing the information required by Rule 26(a)(2), a copy of which American is serving on opposing counsel (the "Fuller Rebuttal Report"). American incorporates by reference the Fuller Rebuttal Report.

.

| | |
|---|---|
| Dated: July 1, 2024 | Respectfully submitted,<br><br>*/s/ Lars L. Berg*<br>Dee J. Kelly, Jr.<br>State Bar No. 11217250<br>dee.kelly@kellyhart.com<br>Lars L. Berg<br>State Bar No. 00787072<br>lars.berg@kellyhart.com<br>Julia G. Wisenberg<br>State Bar No. 24099146<br>julia.wisenberg@kellyhart.com<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>(817) 332-2500<br><br>Nathan J. Muyskens<br>nathan.muyskens@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Telephone: 202-331-3100<br>Facsimile: 202-331-3101<br>Bina Palnitkar<br>State Bar No. 24070378<br>palnitkarb@gtlaw.com<br>GREENBERG TRAURIG LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>Telephone: (214) 665-3600<br><br>**ATTORNEYS FOR PLAINTIFF** |

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Lars L/ Berg*
Lars L. Berg