IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

## DEFENDANT SKIPLAGGED, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Skiplagged, Inc., ("Skiplagged") moves this Court for summary judgement against Plaintiff American Airlines, Inc. ("AA") on the grounds that no genuine dispute exists regarding any material fact and Plaintiff's claims fail as a matter of law. Specifically, AA's claims fail because: (1) each claim is barred by applicable limitations and laches; (2) AA cannot prove a breach of contract, as Skiplagged is not a party to AA's Conditions of Carriage and AA cannot prove any legitimate, non-speculative contract-related damages; (3) AA cannot establish each essential element of its tortious interference claim; (4) Skiplagged's use of AA's trademarks is fair use, as there is no likelihood of confusion; (5) AA cannot establish each essential element of its copyright infringement claim, which is also barred by the defense of fair use; and (6) AA cannot prove any related actionable damages. Further, AA is not entitled to recovery attorneys' fees or to a permanent injunction.

Skiplagged's summary judgment motion is based upon its (1) Brief in Support of Motion for Summary Judgment; (2) Appendix in Support of Summary Judgment; and (3) all pleadings and papers on file in this action.

Dated: July 1, 2024

                                                                                                       Respectfully submitted,

                                                                                                        */s/ William L. Kirkman*_____
                                                                                                         William L. Kirkman
                                                                                                          Texas Bar No. 11518700

Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com


*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com


*/s/ Darin M. Klemchuk*
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Darin.klemchuk@klemchuk.com

**Attorneys for Defendant, Skiplagged, Inc.**

## **CERTIFICATE OF SERVICE**

It is hereby certified that on July 1, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/ Abigail R.S. Campbell*
ABIGAIL R.S. CAMPBELL
