## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00860-P** |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

### APPENDIX IN SUPPORT OF DEFENDANT SKIPLAGGED, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Skiplagged, Inc. ("Skiplagged") files this Appendix in support of its Motion

for Summary Judgment and Brief in Support, as follows:

| Exhibit 1 | Declaration of Aktarer Zaman | APPX. 001 - 006 |
|---|---|---|
| Exhibit 1-A | Webpage What is Skiplagging | APPX. 007 - 008 |
| Exhibit 1-B | Webpage Can I Book A Bag | APPX. 009 - 010 |
| Exhibit 2 | Affidavit of Abigail R.S. Campbell | APPX. 011 - 014 |
| Exhibit 2-A | March 6, 2018 Email re: FW: Skiplagged.com (under seal) | APPX. 015 |
| Exhibit 2-B | MI:33 LitPak # 230071 (under seal) | APPX. 016 |
| Exhibit 2-C | June 9, 2017 Email re: QIKFIX-LAST10-357732-09JUN09:14:04-FOR QIK CHK ON SABRE (under seal) | APPX. 017 |
| Exhibit 2-D | May 31, 2017 Email re: FW: ADP Withdrawal Request (under seal) | APPX. 018 |
| Exhibit 2-E | March 25, 2019 Email re: Skiplagged.com (under seal) | APPX. 019 |

| Exhibit 2-F | October 22, 2018 Email re: AGW Policy Review<br>(under seal) | APPX. 020 |
|---|---|---|
| Exhibit 2-G | May 23, 2018 Email re: YUL and YTO agents short-checking bags<br>(under seal) | APPX. 021 |
| Exhibit 2-H | November 4, 2018 Customer Complaint<br>(under seal) | APPX. 022 |
| Exhibit 2-I | July 3, 2019 Email re: Request for refund follow-up re: AA Ref# 1-28304388999<br>(under seal) | APPX. 023 |
| Exhibit 2-J | January 17, 2019 Customer Complaint<br>(under seal) | APPX. 024 |
| Exhibit 2-K | February 20, 2019 Customer Complaint<br>(under seal) | APPX. 025 |
| Exhibit 2-L | June 20, 2019 Email re: Charlotte Agent Gates and Managers<br>(under seal) | APPX. 026 |
| Exhibit 2-M | April 2, 2020 Email re: American Airlines/AAdvantage Account Audit<br>(under seal) | APPX. 027 |
| Exhibit 2-N | February 4, 2020 AA Conditions of Carriage | APPX. 028 - 048 |
| Exhibit 2-O | March 24, 2022 Email re: Your Response from American Airlines<br>(under seal) | APPX. 049 |
| Exhibit 2-P | February 6, 2019 Customer Notes<br>(under seal) | APPX. 050 |
| Exhibit 2-Q | Skiplagged Terms and Conditions | APPX. 051 - 053 |
| Exhibit 2-R | American Airlines Use Agreement | APPX. 054 - 061 |
| Exhibit 2-S | U.S. Copyright Reg. No. VA0002130520 | APPX. 062 - 064 |

| Exhibit 3 | Deposition Excerpts of Marcial Lapp | APPX. 065 - 074 |
| Exhibit 4 | Deposition Excerpts of Raymond Scott Chandler | APPX. 075 - 081 |
| Exhibit 5 | Declaration of Gary Gutzler | APPX. 082 - 085 |
| Exhibit 6 | Deposition Excerpts of David N. Fuller | APPX. 086 - 090 |

Dated: July 1, 2024

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/   Abigail R. S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

*/s/ Darin M. Klemchuk*
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001

Darin.klemchuk@klemchuk.com

**Attorneys for Defendant, Skiplagged, Inc.**

### CERTIFICATE OF SERVICE

It is hereby certified that on July 1, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/   Abigail R. S. Campbell*
ABIGAIL R.S. CAMPBELL

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF AKTARER ZAMAN

I, Aktarer Zaman, declare under the pains and penalties of perjury as follows:

1.      At all relevant times in this case, I have been the Chief Executive Officer and founder of Defendant, Skiplagged, Inc. ("Skiplagged"). I submit this declaration in support of Skiplagged's *Motion for Summary Judgment and Brief in Support.* The information contained in this declaration is true and correct based on my personal knowledge. I am above the age of eighteen and competent to testify.

2.      Skiplagged is an online travel information metasearch provider that assists consumers in making travel decisions by showing airline itineraries and fares, hotel availability, and other travel information through its website, Skiplagged.com. Skiplagged began publishing travel information about Plaintiff American Airlines, Inc. ("AA") routes and fares in 2013 and has been using the AA logo since at least May 2017. Skiplagged incorporated in 2015.

3.      Since August 2018, Skiplagged has facilitated customers purchasing over 1.3 million AA tickets, resulting in hundreds of millions of dollars in revenue to AA. Up until this lawsuit, AA has never complained about our use of the American Airlines name or logo or the direction of business to it.

1

28333740v1 99460.002.00

4.      In or around 2013, I developed a unique algorithm used by Skiplagged that enables consumers to identify affordable pricing options for travel, including flights, empowering consumers to exercise their buying power in a more informed, efficient, and cost-effective manner.

5.      As part of Skiplagged's efforts to empower customers with information regarding affordable travel, in response to a consumer search, Skiplagged provides flight itinerary information for direct flights (with no layovers), itineraries with layovers in which the traveler will complete each leg of the itinerary, and hidden-city flights and round-trip itineraries utilizing different classes of service.

6.      A hidden-city flight is a normal airline ticket that includes at least one layover, however, rather than completing the itinerary to a final destination, the passenger decides not to continue on after one of the layover destinations. This can happen when a passenger intends, at the outset of travel not to travel beyond the layover city, there is a change of plans mid-journey, or a passenger falls asleep at the layover airport, for example.

7.      Generally, consumers with the intent to utilize hidden-city flying from the outset purchase hidden-city tickets when they are cheaper than the direct flight ticket price to the passengers desired destination. For example, a passenger wishes to fly from Atlanta to Orlando. The flight from Atlanta to Dallas with a layover in Orlando is cheaper than the direct flight from Atlanta to Orlando. Thus, the passenger purchases the itinerary of Atlanta-Orlando-Dallas and exits in Orlando. Essentially, the flight ticket is no different than any other but consumers exercise their right to purchase a service and only utilize a portion of what he or she purchased as a money saving strategy.

8.      Skiplagged's website provides an explanation of hidden-city ticketing to consumers both as an informational page and when a hidden-city ticketing option is presented. A true and correct copy of the Skiplagged.com webpage, as produced in this litigation, is attached hereto as Exhibit A.

9.      Hidden-city ticketing is an available option only because certain airlines, such as AA, make the strategic decision to offer options to fly through a hidden-city for a cheaper fare on

2

28333740v1 99460.002.00

the way to another destination. Hidden-city ticketing is not unique to Skiplagged—the practice has been around for decades and has been utilized by companies as well as individual customers. For example, a consumer could use Google flights, other metasearch informational websites, or even an airline's direct website to locate layover cities that they intend as their final destination. As such, there are well-known limitations and risks to utilizing hidden-city ticketing, including not being able to check luggage, the risk of a carry-on being gate checked to the ticketed final destination, and having to show a passport when the ticketed final destination is international.

10.     It is also no secret that some airline carriers do not like hidden-city ticketing because they are unable to force consumers to pay a premium for the same seat on the same exact flight to the layover destination as a direct flight. To punish passengers that may have purchased a hidden city ticket, airlines are known to refuse to honor the ticket, threatened to invalidate frequent flyer miles, and use other forms of intimidation.

11.     In addition to providing consumers with information about the practice of hidden-city ticketing on its website, Skiplagged informs consumers of the above limitations and that airline's do not like the practice of hidden city on its website as well as during the search process and requires consumers to acknowledge they have read and understand these warnings before proceeding. A true and correct copy of Skiplagged.com's information page "Can I Check a Bag?" is attached hereto as Exhibit B. This seeks to ensure that consumers are not confused about their hidden-city ticket choices.

12.     Skiplagged provides flight itinerary information, including hidden city ticketing options and prices through its algorithm by either predicting the route and fare information or receiving the information from third parties such as metasearch engines or online travel agencies. Skiplagged does not obtain information directly from AA's website or internal inventory. For example, Skiplagged has never obtained AA flight information from aa.com.

13.     As to Skiplagged's predictions of route and pricing information, this information is created by a system that utilizes machine learning to predict flight routes and fares. I created this system to learn from the third-party data obtained as well as visitor use of Skiplagged.com.

14.     Skiplagged provides consumers the ability to book flight tickets through a variety of means. Specifically, consumers who wish to book a flight itinerary identified by Skiplagged may do so by: (1) taking the flight information and purchasing directly on the airline website, (2) being redirected to an online travel agency, (3) being redirected to the airline's website, (4) being provided a link to the airline's website, or (5) utilizing Skiplagged's "book with Skiplagged" feature. The book with Skiplagged feature allows a customer to fill in his or her passenger and billing information through the Skipagged.com website, which information is then utilized by a Google program and a form-filling system to fill-in such information into the airline's booking and payment forms. When utilizing the book with Skiplagged feature, the is usually presented with and agrees to pay a service fee to Skiplagged ranging from $0 to $35.00 at max (there are instances where a customer is not charged any service fee). The flight is then purchased directly by the customer and the airline directly charges the customer's credit card.

15.     At no point does Skiplagged act as an agent to book a flight for a customer nor does Skiplagged purchase or sell flight tickets. Skiplagged has never been a passenger on any AA flight nor purchased flight tickets on AA.com, on behalf of itself or customers. To be clear, customers who utilize Skiplagged's "book with Skiplagged" feature for flight travel are billed directly from the airline—including AA, and no money for a ticket purchase passes through Skiplagged.

16.     Prior to filing its lawsuit against Skiplagged, AA never demanded Skiplagged cease directing customers to purchase tickets through the aa.com website or redirect customers to authorized AA agents to purchase tickets nor did AA warn Skiplagged of any alleged damages associated with Skiplagged's provision of information to consumers.

17.     In fact, AA was silent as to Skiplagged's actions, operations, and alleged use of AA's trademarks and copyright since Skiplagged began operating. During the many years AA knew of Skiplagged's operations and use of the AA trademarks and copyright but remained silent, Skiplagged invested significant time, money, and effort into its website and improving the user's experience, grown its user base, expanded its business worldwide (including international travel), and grown its revenue from approximately $800,000 to over $20,000,000 in 2023. Specifically,

4

**APPX. 005**

28333740v1 99460.002.00

Skiplagged redesigned its website,[1] android app,[2] and iOS app.[3] Skiplagged also invested in search engine optimization (SEO) for its landing pages for any location or route and created its customer loyalty program.[4]

18.     In sum, Skiplagged believes it has a legal right(s) to conduct its operations of providing consumers with information that empowers them to make informed travel decisions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED TO, SWORN TO, AND EXECUTED on this 1st day of July, 2024, in New York, New York.

*Aktarer Zaman*
_____
Aktarer Zaman

---

[1]     The 2016 version of Skiplagged's website is available at https://web.archive.org/web/20161111072508/https://skiplagged.com/.
[2] Skiplagged's Android app is available at https://play.google.com/store/apps/details?id=com.skiplagged&hl=en_US.
[3] Skiplagged's iOS app is available at https://apps.apple.com/us/app/skiplagged-flight-booking/id823443083
[4] Information regarding Skiplagged's customer loyalty program is available at https://skiplagged.com/rewards.

28333740v1 99460.002.00

**APPX. 006**

# EXHIBIT 1-A

Submit a request

Skiplagged Support > FAQ

**Articles in this section**

- What is Skiplagging or "hidden-city" flying?
- How do I contact Skiplagged's support team?
- Why are flight prices sometimes more expensive than listed?
- How do I receive a refund for a canceled flight?
- Why don't I see any search results?
- Beware of Scammers Pretending to be Skiplagged
- How do I cancel Trip Protection?
- Where are the price graphs for flights?
- What are the benefits of creating an account with Skiplagged?
- Does Skiplagged buy or sell timeshares?

See more

# What is Skiplagging or "hidden-city" flying?

Follow

Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas).

This is perfectly legal and the savings can be significant, but there are **some things to be aware of**:

- **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)!
- **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.
- **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.
- **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.
- **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable return ticket directly from the airline and cancel it ASAP after boarding.
- **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.
- In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (1% chance).
- You might upset the airline, so don't do this often.



Have more questions? Submit a request

**Related articles**

- Can I check a bag if I book flights found on Skiplagged?
- Why are flight prices sometimes more expensive than listed?
- Why are there two booking links for my round trip flight?
- How do I receive a refund for a canceled flight?
- How do I contact Skiplagged's support team?

Skiplagged Support

SKIP0000077

# EXHIBIT 1-B

skiplagged                                                                        Submit a request

Skiplagged Support > FAQ                                          [Search]

**Articles in this section**

What is Skiplagging or
"hidden-city" flying?

How do I contact Skiplagged's
support team?

Why are flight prices
sometimes more expensive
than listed?

How do I receive a refund for
a cancelled flight?

Why don't I see any search
results?

Beware of Scammers
Pretending to be Skiplagged

How do I cancel Trip
Protection?

Where are the price graphs
for flights?

What are the benefits of
creating an account with
Skiplagged?

Does Skiplagged buy or sell
timeshares?

See more

# Can I check a bag if I book flights found on Skiplagged?

[Follow]

Absolutely! We show regular flights in addition to hidden-city flights. If you book a regular flight, you can check bags.

The only time we advise not to check bags is if you are utilizing a hidden-city itinerary. In those, since you would be exiting at a layover city, if you check bags, they will end up at the ticketed final destination.

(f) (t) (in)

Have more questions? Submit a request

**Recently viewed articles**

How do I search for a hidden-city flight?

What is Skiplagging or "hidden-city" flying?

**Related articles**

What is Skiplagging or "hidden-city" flying?

How do I contact Skiplagged's support team?

Why are flight prices sometimes more expensive than listed?

Why are there two booking links for my round trip flight?

What are the benefits of creating an account with Skiplagged?

Skiplagged Support

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

---

## AFFIDAVIT OF ABIGAIL R.S. CAMPBELL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

BEFORE ME, the undersigned authority, personally appeared Abigail R.S. Campbell, who, being by me duly sworn, deposed as follows:

My name is Abigail R.S. Campbell. I am over the age of 18 and have never been convicted of a felony or crime of moral turpitude. I am fully competent to make this Affidavit and have personal knowledge of the facts stated herein and they are true and correct.

1.    I am a licensed attorney with the law firm Condon Tobin Sladek Thornton Nerenberg, PLLC, 8080 Park Lane, Suite 700, Dallas, Texas 75231.

2.    I am counsel of record in the above captioned matter for Defendant Skiplagged, Inc.

3.    Attached hereto are true and correct copies of documents produced during the pendency of this litigation:

| Exhibit 2-A | March 6, 2018 Email re: FW: Skiplagged.com (under seal) |
|---|---|

1

28333414v2 99460.002.00

| Exhibit 2-B | MI:33 LitPak # 230071<br>(under seal) |
|---|---|
| Exhibit 2-C | June 9, 2017 Email re: QIKFIX-LAST10-357732-09JUN09:14:04-FOR QIK CHK ON SABRE<br>(under seal) |
| Exhibit 2-D | May 31, 2017 Email re: FW: ADP Withdrawal Request<br>(under seal) |
| Exhibit 2-E | March 25, 2019 Email re: Skiplagged.com<br>(under seal) |
| Exhibit 2-F | October 22, 2018 Email re: AGW Policy Review<br>(under seal) |
| Exhibit 2-G | May 23, 2018 Email re: YUL and YTO agents short-checking bags<br>(under seal) |
| Exhibit 2-H | November 4, 2018 Customer Complaint<br>(under seal) |
| Exhibit 2-I | July 3, 2019 Email re: Request for refund follow-up re: AA Ref# 1-28304388999<br>(under seal) |
| Exhibit 2-J | January 17, 2019 Customer Complaint<br>(under seal) |
| Exhibit 2-K | February 20, 2019 Customer Complaint<br>(under seal) |
| Exhibit 2-L | June 20, 2019 Email re: Charlotte Agent Gates and Managers<br>(under seal) |
| Exhibit 2-M | April 2, 2020 Email re: American Airlines/AAdvantage Account Audit<br>(under seal) |
| Exhibit 2-N | February 4, 2020 AA Conditions of Carriage<br>(under seal) |
| Exhibit 2-O | March 24, 2022 Email re: Your Response from American Airlines<br>(under seal) |

2

28333414v2 99460.002.00

**APPX. 013**

| Exhibit 2-P | February 6, 2019 Customer Notes (under seal) |
| Exhibit 2-Q | Skiplagged Terms and Conditions |
| Exhibit 2-R | American Airlines Use Agreement |
| Exhibit 2-S | U.S. Copyright Reg. No. VA0002130520 |

FURTHER, AFFIANT SAYETH NOT.

SIGNED this 1st day July, 2024.

_____
Abigail R.S. Campbell

SUBSCRIBED AND SWORN TO BEFORE ME this 1st day of July 2024, to which I certify my hand and official seal.

_____
Notary Public
Print Name: Cynthia D. Navarro
My Commission Expires: 12/07/26

CYNTHIA D NAVARRO
Notary ID #10012167
My Commission Expires
December 7, 2026

3

28333414v2 99460.002.00

**APPX. 014**

# EXHIBIT 2-A

**(UNDER SEAL)**

# EXHIBIT 2-B

**(UNDER SEAL)**

# EXHIBIT 2-C

**(UNDER SEAL)**

# EXHIBIT 2-D

**(UNDER SEAL)**

# EXHIBIT 2-E

**(UNDER SEAL)**

# EXHIBIT 2-F

**(UNDER SEAL)**

# EXHIBIT 2-G

**(UNDER SEAL)**

# EXHIBIT 2-H

**(UNDER SEAL)**

# EXHIBIT 2-I

**(UNDER SEAL)**

# EXHIBIT 2-J

**(UNDER SEAL)**

# EXHIBIT 2-K

**(UNDER SEAL)**

# EXHIBIT 2-L

**(UNDER SEAL)**

# EXHIBIT 2-M

**(UNDER SEAL)**

# EXHIBIT 2-N

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 33 of 94   PageID 2883

Home    **LOG IN**     English ▾    Search AA.com®  

    PLAN TRAVEL  TRAVEL INFORMATION  ADVANTAGE    

⌂  Home  ›  Legal, privacy & copyright  ›  Conditions of carriage

# Conditions of carriage

Updated February 4, 2020

## The contract between you, the passenger, and us, American Airlines

At American Airlines, we fly over borders – across the country and the world – to connect people and communities. Providing this service and making the world a smaller, more inclusive place, is a huge part of who we are.

These conditions cover all of your rights and responsibilities as a passenger on flights operated by American Airlines. We've simplified this contract to make our policies clearer and easier to understand.

Flying with American »

## You

Passenger responsibilities »

Children traveling »

Customers with special needs »

## Your flight

Check-in and arrival »

Changes to schedules/operations »

Fare changes »

Events beyond our control »

Oversold flights »

Delays, cancellations and diversions »

## Your ticket, bags & refunds

Baggage »

Baggage liability (domestic flights) »

Ticket types and refunds »

Ticket validity »

## Contact us

Good or bad, we want to hear from you. Please contact us with your comments, concerns and feedback. Our Customer Relations team is here for you and will respond promptly.

Call Customer Relations: 817-786-3778

Email Customer Relations »

Facebook ⊠

Twitter ⊠

**APPX. 029**

## ⌄ Contract details

- Texas law applies to this contract.
- This contract cannot be modified or waived unless authorized in writing by an American Airlines corporate officer.
- We provided links to our website for additional information, however the content displayed on those links are not part of this contract.
- If these Conditions of Carriage conflict with applicable laws, rules or security directives from U.S. or foreign government agencies, the applicable laws, rules or security directives will govern.

Customer service plan »

## ⌄ The words we use

Here's what we mean by things like 'domestic' and 'FAA.' If you can't find something or have questions, please get in touch.

Contact American »

## American Airlines

Under the name "American Airlines" we operate mainline flights as American Airlines and regional codeshare flights (doing business as American Eagle) operated by:

- Compass Airlines LLC
- Envoy Air Inc.
- Mesa Airlines Inc.
- Piedmont Airlines Inc.
- PSA Airlines Inc.
- Republic Airways Inc.
- SkyWest Airlines Inc.

## We also offer codeshare flights operated by:

- Air Tahiti Nui
- Alaska Airlines, Inc.
- British Airways
- Cathay Pacific
- China Southern Airlines
- Etihad Airways
- El Al
- Fiji Airways
- Finnair
- Hawaiian Airlines, Inc.
- Horizon Air Industries, Inc. (doing business as Alaska Airlines)
- Hyannis Air Service, Inc. (doing business as Cape Air)
- Iberia Airlines
- Interjet
- Japan Airlines
- Jetstar
- LATAM Airlines
- Malaysia Airlines
- Qatar Airways
- Royal Jordanian Airlines
- Seaborne Airlines
- Silver Airways

| What we say | What it means |
| --- | --- |
| American Ticket Office | A ticket sales office of American Airlines, Inc. / American Eagle or one of our appointed travel agents |

**APPX. 030**

AA-SKP-00053446

| What we say | What it means |
|---|---|
| Assistive device | Equipment used by passengers with special needs (Disabled Passenger or Qualified Individual with a Disability) to hear, see, communicate, maneuver or perform daily functions; includes medical devices and medications |
| Baggage | Personal property that's either checked in or carried on the plane |
| Codeshare | Codeshare agreements allow us to sell seats on flights operated by other airlines, giving American customers access to more flights and destinations; partners include British Airways, Iberia, Alaska Airlines and more |
| Disabled Passenger or Qualified Individual with a Disability | An individual who has a physical or mental impairment that, on a permanent or temporary basis, substantially limits one or more major life activities, has a record of such an impairment, or is regarded as having such an impairment as further defined in the U.S. Department of Transportation regulations in 14 C.F.R. Section 382.3 |
| Domestic | The 50 federated states and the District of Columbia, Puerto Rico and the U.S. Virgin Islands, also see 'U.S.' |
| Federal Aviation Administration (FAA) | An Agency of the U.S. Department of Transportation that regulates all aspects of civil aviation in the U.S. including operation of airports, air traffic and the certification of personnel and aircraft |
| Fare | The price you pay for your ticket; also, the rules associated with that ticket including whether it's refundable |
| International | Outside the 50 federated states and the District of Columbia, Puerto Rico and the U.S. Virgin Islands; also, outside of your home country |
| Montreal Convention and Warsaw Convention | International Agreements that set the rules for airlines' liability when we carry passengers, baggage and goods internationally |
| Oversold flight | When the number of checked-in passengers exceeds the number of seats |
| Stopover | A planned stop in a city/airport for more than 4 hours |
| Ticket | Passenger ticket, bag check and boarding pass which incorporate these conditions of carriage, including tickets issued electronically |
| Transportation Security Administration (TSA) | An agency of the U.S. Department of Homeland Security that has authority over the security of the traveling public in the U.S. |

**APPX. 031**

AA-SKP-00053447

| What we say | What it means |
|---|---|
| U.S. | The 50 federated states and the District of Columbia, Puerto Rico and the U.S. Virgin Islands |
| U.S. Department of Transportation (DOT) | A federal Cabinet department of the U.S. government that regulates aspects of air transportation |

# You

As a passenger, you're required to act in way that's consistent with ensuring the safety of everyone on board. This includes complying with the laws and travel requirements of the countries we fly to, from or over. Traveling can be stressful, and we appreciate your patience and courtesy.

⊘ Passenger responsibilities

## Complying with the law and government regulations

To fly on American, you must:

- Have a valid photo ID accepted by the TSA (like a driver's license or other government issued ID).
- Have a valid passport, visa and any travel documents required if you're traveling internationally.
- Allow your baggage to be inspected by Customs, the TSA or other government officials.

We are not responsible for any loss, damage or expense if you do not meet the travel document requirements.

## Complying with airline rules for safety

You're required to act in a way that ensures a safe environment for everyone on board. You must:

- Allow you and your bags to be searched for explosives, dangerous weapons or banned substances.
- Show a valid ID.
- Understand and comply with all safety instructions.
- Release us from responsibility for any loss, damage or expense if you do not meet the travel document requirements.
- Behave appropriately and respectfully with other passengers on board.
- Postpone your flight if you have a dangerous disease deemed transmissible during flight by a federal public health authority.
- Be respectful that your odor isn't offensive (unless it's caused by a disability or illness).
- Dress appropriately; bare feet or offensive clothing aren't allowed.

**APPX. 032**

AA-SKP-00053448

- Not threaten the safety of the flight in any way.

- Have the right travel documents and be allowed to travel to, from or through any countries in your itinerary.

- Be able to sit with your seatbelt fastened.

If your physical or mental condition is such that in American's sole opinion, you are rendered or likely to be rendered incapable of comprehending or complying with safety instructions without the assistance of an attendant, American may refuse to transport you.

You may be asked to give up your seat if a government official needs space, for weather conditions requiring reduced aircraft load, or for other conditions beyond our control.

## Failing to comply

We may not let you fly (temporarily or permanently) if you:

- Don't obey the law

- Are uncooperative or show the potential to be uncooperative on board

- Pose a risk to safety or security

You may also be liable for any loss, damage or expense resulting from your conduct. For example, you may be liable for the costs if we have to divert to another city because of your conduct. Also, under U.S. law you may be liable if you assault a federal, airport or airline employee with security duties. Failing to meet passenger responsibilities is considered a material breach of this contract.

## Children traveling

We welcome children of all ages on board. Be sure you know the rules for your child based on his or her age. We count "age" based on the child's age the day of departure.

Traveling with children and infants »

### Infants (under 2 years)

- One infant under 2 can travel in your lap. You are not required to pay for a separate seat unless you have an FAA approved car seat you plan to use on board.

- There may be a fee for infants traveling outside the U.S.

- Infants as young as 2 days old can fly, but any infant under 7 days old needs a passenger medical form filled out by your doctor before flying.

- Infants must be accompanied by a parent (any age) or someone 16 years or older in the same cabin.

Infants can travel in your lap or in an FAA approved car seat if you pay for a separate seat.

### Children (2 years or older)

- Children 2 and older must have a purchased seat. If your child turns 2 during a trip, the child will need their own seat for the remainder of the trip.

- Children under 5 years cannot travel alone.

**APPX. 033**

AA-SKP-00053449

Case 4:23-cv-00860-P    Document 152    Filed 07/01/24    Page 38 of 94    PageID 2888

Traveling with children and infants »

# Unaccompanied minor service

Our unaccompanied minor service ensures your child is escorted on the plane, introduced to the flight attendant, chaperoned during connections and brought to the person you designate when they arrive. Keep in mind, flight attendants can't continuously monitor children during flight.

Unaccompanied minor service »

## Customers with special needs

We're dedicated to providing customers with special needs dignified, professional and courteous service at all times. Customers with special needs may need to board the plane early.

You can request special assistance when you book on aa.com (our site is accessible) or call us anytime at (800) 433-7300.

# Special assistance coordinators

When you request special assistance, a coordinator will contact you before your flight to make sure necessary medical paperwork is complete and requests are arranged.

They can help with:

- Wheelchair assistance
- Mobility assistance, getting in and out of the plane
- Traveling with a service animal
- Traveling with an emotional support animal*
- Traveling with a portable oxygen concentrator (POCs)*

- Battery-powered medical devices
- Traveling within 7 days of your due date or after your delivery
- Adjacent seating for yourself and your personal care attendant
- Disassembly and packaging for mobility assistive devices when needed

*We require at least 48 hours advance notice if you need to travel with an emotional support or psychiatric service animal, or a POC.

Call us anytime:

- 800-433-7300
- For hearing or speech impaired assistance dial 711 to be connected through the National Relay Service

Special assistance »

# Mobility and medical devices

If you're traveling with any medical device, a wheelchair or other mobility device, we're here to help. If we're able, we offer early boarding, help getting off the plane and airport assistance. Contact us to make sure your device is approved for travel and to make any special requests.

**APPX. 034**

AA-SKP-00053450

Mobility and medical devices »

# Your flight

When it comes to checking in and arriving at the airport, earlier is better. Give yourself extra time if you're checking bags or traveling internationally.

Before you head to the airport, you can check for travel alerts that impact the cities in your trip and get flight status information like gates and times.

Travel alerts »

Get flight status information »

Download the American Airlines app to get real time updates about your travel.

American Airlines app »

## Check-in and arrival

### Check-in times

You can check in on aa.com and in the app beginning 24 hours before departure. All airports have minimum check-in times. If you're not checked in by the minimum check-in time, we may reassign your seat to another passenger.

In most cities, you must be checked in:

- At least 45 minutes before scheduled departure, for flights within the U.S.
- At least 60 minutes before scheduled departure, for flights to or from airports outside of the U.S.

Some airports require you to check in earlier.

Check-in and arrival »

### Travel on American Airlines Shuttle

For flights between Boston (BOS), New York LaGuardia (LGA) and Washington D.C. Reagan (DCA) you need to check in:

- 30 minutes before scheduled departure (if checking a bag)
- 20 minutes before scheduled departure (no checked bags)

For flights between Chicago (ORD) and LGA

- 35 minutes before scheduled departure (if checking a bag)
- 25 minutes before scheduled departure (no checked bags)

**APPX. 035**

12/22/2020, 2:06 PM
AA-SKP-00053451

# Arriving at the gate

Be at the gate and ready to board the plane:

- 15 minutes before departure on domestic flights
- 30 minutes before departure for international flights

If you're not, we may reassign your seat to another passenger.

The doors close 10 minutes before departure and you will not be allowed to board once the doors close.

If you're on a codeshare flight operated by one of our partners, check with that airline.


## Changes to schedules / operations

Sometimes we have to make adjustments to our operation, and between the time you book and the day you depart, there may be changes to:

- The type of plane you're flying on
- Your seat
- The airline that operates your flight
- The number of stopovers or stopover cities
- Departure or arrival times

When there are changes that affect your trip, we'll try to contact you in advance and move you to a similar seat, though we can't make any guarantees.

We do our best to be on time but our flight schedule is not guaranteed and not part of this contract. We are not liable if:

- We're late or you don't make your connection
- We change the schedule of any flight
- There are special, incidental or consequential damages because of these changes
- Your checked baggage is late (except as required by statute, regulation, or Convention)

Rules for delays on international trips are governed by the Montreal Convention and Warsaw Convention. The full linked page provides more information and is incorporated by reference.

Montreal Convention and Warsaw Convention »


## Fare changes

# Fare decreases

If you book an American flight and then find it for less, we'll refund the difference as long as:

- There are seats open on the flight

**APPX. 036**

AA-SKP-00053452

- Travel hasn't started
- The to, from (and any stopovers) and the flight/dates are the same as the original ticket
- You meet the lower fare rules including booking code and any ticketing requirements

For non-refundable fares, you'll receive the difference, minus the change fee, as a non-refundable voucher for travel only on American. You need to use the voucher within 1 year of the issue date.

When there's a limited-time sale, we may not refund the difference in fares.

## Events beyond our control (Force Majeure)

When there's an event we can't control like weather, a strike or other civil disorder, we may have to cancel, divert or delay flights. If your ticket still has value (if you were, for example, re-accommodated in a different class of service) we'll refund the unused portion to the original form of payment, but beyond that we are not liable.

Such "Force Majeure" events include:

- Meteorological or weather conditions
- Civil disturbances including war, embargoes or unsettled international conditions (real or threatened)
- Acts of terror
- Labor disputes that involve or affect our service
- Government regulations or requirements
- Shortage of labor, fuel or facilities of American or others
- Any fact not reasonably foreseen or predicted by American

International air transportation liability is regulated by the Montreal Convention and Warsaw Convention.

Montreal Convention and Warsaw Conventions »

## Oversold flights

A flight is "oversold" when there are more checked-in passengers than seats. When this happens, our team gets involved as early as possible to find volunteers to change flights.

When, despite our best efforts, we don't have enough volunteers, we'll have to choose customers to change flights involuntarily, and deny boarding. If this happens, we will follow the DOT's compensation rules. We will do our best to get those customers on the next possible flight.

We will not involuntarily remove a revenue passenger who has already boarded to give a seat to another passenger.

# Voluntary denied boarding

We will ask for passengers who are willing to voluntarily give up their seats in exchange for travel credit in an agreed upon amount. The amount of compensation offered for volunteers is solely at American's discretion.

When you volunteer to give up your confirmed seat on a flight, we will compensate you with travel credit in an

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 42 of 94   PageID 2892

amount we think is fair. You won't be asked to give up a seat on your rebooked flight involuntarily unless we warn you up front and tell you how much we'd compensate you in that event.

# Involuntary denied boarding

If there aren't enough volunteers, we will choose customers to change flights involuntarily and deny boarding.

Boarding priority is given to certain customers, including but not limited to those who:

- Have special assistance needs
- Are traveling as an unaccompanied minor
- Have AAdvantage elite status
- Paid for First, Business or Premium Economy
- Checked in earliest

The selection of customers who are involuntarily denied seats is solely at American's discretion.

You will not receive involuntary denied boarding compensation if:

- You fail to comply with American's ticketing, check-in and reconfirmation requirements, or you're not acceptable for transportation under American's usual rules and practices.
- Your flight is canceled.
- We switch to a smaller plane for safety or operational reasons.
- Your plane has 60 or fewer seats and there are safety-related weight/balance restrictions.
- You're offered a seat in a section of the plane that's different from your original ticket. If you are seated in a section for which a lower fare is charged, you will be given an appropriate refund.
- We're able to get you to your next stopover or final destination within 1 hour of your original arrival time.

# Compensation for involuntary denied boarding

DOT rules determine how much you're compensated based on how late you'll be to your stopover or destination. Our goal is to get you to your next scheduled stopover or final destination as soon as possible, so we may offer flights on other airlines and non-air travel such as by train. If your flight is oversold and you're not allowed to board, we'll give you a check or travel credit the same day at the airport or mail it within 24 hours.

## Travel within U.S.

- Up to 1 hour arrival delay — not compensated
- 1 - 2 hour arrival delay — 200% of one-way fare (max. $675)
- 2+ hour arrival delay — 400% of one-way fare (max. $1,350)

## International

- Up to 1 hour arrival delay — not compensated
- 1 - 4 hour arrival delay — 200% of one-way fare (max. $675)
- 4+ hour arrival delay — 400% of one-way fare (max. $1,350)

**APPX. 038**

AA-SKP-00053454

## Travel from European Union countries (EU)

If you're not allowed to board an oversold, nonstop flight from the EU to the U.S., you may be eligible to receive one of these:

- A travel voucher that can be used for 1 ticket to anywhere American flies
- A check for 300 EUR (arrival delays under 4 hours) or 600 EUR (arrival delays more than 4 hours)

## Travel to or from Canada

If you're not allowed to board a flight to or from Canada, the Canada Air Passenger Protection Regulations may provide additional protections, including compensation.

Canada passengers »

## ⌃ Delays, cancellations and diversions

Our goal is to provide timely, frequent and helpful updates – at the airport and on board – when there are delays, cancellations and diversions.

# Rebooking your delayed/canceled flight

When your flight is canceled or a delay will cause you to miss your connection, we'll rebook you on the next flight with available seats. If you decide not to fly because your flight was delayed or canceled, we'll refund the remaining ticket value and any optional fees.

## Delays caused by us

If the delay is our fault or you're diverted to another city, and we don't board before 11:59 p.m. local time on your scheduled arrival day, we'll arrange an overnight stay or cover the cost of an approved hotel, if available.

## Delays beyond our control (like weather)

If the delay is beyond our control, you're responsible to pay for your hotel, meals and other expenses. An American Airlines agent may be able to help you find a hotel.

# Taking care of delayed passengers

We'll do our best to ensure delayed passengers are as comfortable as possible. Gate agents are asked to look after customers with special needs including unaccompanied minors, customers with disabilities and the elderly.

In the event of long delays on the plane, we'll make every reasonable effort to ensure you have food (such as crackers or biscuits), water, access to the restroom and basic medical assistance if needed.

We are not responsible for any special, incidental or consequential damages if we're unable to meet this commitment.

Customer service plan »

# Travel to or from Canada

**APPX. 039**

AA-SKP-00053455

If your flight is delayed or cancelled due to reasons within our control, the Canada Air Passenger Protection Regulations may provide additional protections, including compensation.

Canada passengers »

# Your ticket, bags and refunds

## ⌄ Baggage

All bags are subject to inspection. We will not accept checked or carry-on bags we think are unsuitable for transportation for reasons like size, weight or character.

Before you go to the airport, be sure to check our baggage page for information on all our checked and carry-on baggage policies.

Baggage »

## Checking your bag

You can only check bags on the day you travel, and your bags must travel to the same ticketed final destination as you. Be sure your name is on all bags before you check them.

If you're flying from one of these airports, you can't check bags more than 4 hours before departure:

- Denver (DEN)
- Fort Lauderdale (FLL)
- Las Vegas (LAS)
- Orlando (MCO)
- Portland (PDX)
- Salt Lake City (SLC)
- Seattle (SEA)

### Baggage limits and fees

The number of bags you can check depends on your destination. Checked bag fees apply with some exceptions. All bag fees are non-refundable and apply per person, each way. Additional fees may apply for overweight / oversize bags or specialty items.

Also, you may have to pay bag fees again if:

- You are connecting on another airline
- Your connection on American is more than 12 hours later

Checked bag policies »

Oversize and overweight baggage »

**APPX. 040**

AA-SKP-00053456

Specialty and sports equipment »

# Claiming your bag

Hang on to your baggage claim tickets; you may have to show your ticket to claim your bags. The airport baggage office will release bags to the person with the baggage claim ticket that matches. If you lose your ticket, we may ask for ID.

When you arrive in the U.S. from an international city, you will claim your checked bags before going through Customs.

# Delayed bags

If you arrive on American at your final destination and your bags have not arrived with you, our goal is to return them within 24 hours (for flights within the U.S., Puerto Rico and the U.S. Virgin Islands).

Some of the reasons it may take us longer to get you your delayed bags include if:

- We don't have a local name, address or phone number for you
- You're on a cruise, in remote camp site or somewhere we can't reasonably reach you
- You changed your delivery address
- We have limited flights to your destination
- Weather or other operational issues get in the way

If you arrive at your final destination on another airline, please check with that airline for information.

# Carry-on bags

In general, you're allowed 1 bag and 1 personal item:

- Your bag must fit in the sizer at the airport.
- Your personal item must fit under the seat in front of you.
- All bags must be stowed before takeoff.

Diaper bags, child safety seats, strollers and medical or mobility devices don't count as your bag or personal item. You may carry on a fully collapsible stroller if it's under 20 lbs. and fits in an overhead bin. All other strollers must be checked at a ticket counter.

In all cases, we reserve the right to decide if your carry-on items are suitable to bring on board and if there is enough space in the overhead bins.

If you need to check your carry-on bags, be sure to take any fragile or valuable items like your keys, medication or computers with you on board. Also remove and carry on any e-cigarettes and spare batteries for laptops, cameras or other mobile devices.

There are additional carry-on restrictions for certain fares, aircraft and airports. We may have to check your bag at the gate if the overhead bins are full or if there are restrictions. Overhead bin size varies, and some planes and American Eagle flights have smaller bins.

Carry-on baggage policy »

**APPX. 041**

AA-SKP-00053457

## Restricted items

For everyone's safety on board, some common items are restricted by the TSA and FAA. Be sure you know what you can carry on and what you can check in your bags before you go to the airport.

### Hazardous materials

We don't transport hazardous materials, except for small amounts of dry ice.

Restricted items »

### Firearms

You can travel with firearms in checked baggage only. Firearms must be declared to an agent at check-in. There are other rules that apply; be sure you understand the rules before you go to the airport.

Firearms »

## Pets and service animals

Depending on the animals' breed, size and requirements, pets can travel as a carry-on, be checked or transported with American Airlines Cargo. We only allow you to travel with your pet cats and dogs.

Service animals are welcome at no charge if they meet the requirements. The animal must fit on your lap, at your feet or under your seat, and cannot block the aisle. Dogs trained to detect explosives/drugs or trained for search and rescue (documentation required) are also welcome at no charge.

Emotional support animals require specific documentation; please review the requirements before travel.

Traveling with pets »

Traveling with service animals »

## Baggage liability (domestic flights)

### What we cover

If your checked bag is lost, damaged or delayed, we will pay the actual value of the losses up to $3,500 (or up to $5,000 if you declare excess value).

A good rule of thumb is never to check anything you can't live without. If it's irreplaceable, sentimental or you depend on it for your well-being, keep it on you or leave it at home.

### What we don't cover

We don't cover loss or damage to:*

- Antiques or artifacts
- Artwork
- Books or documents
- Business equipment or
- samples, or marketing material
- China or silverware
- Computers, software or other electronics
- Fragile items
- Furs
- Heirlooms
- Jewelry

**APPX. 042**

AA-SKP-00053458

- Keys
- Liquids
- Medication (over-the-counter)
- Money

- Orthotics or surgical supports
- Perishable items
- Photographic, video or optical equipment
- Precious metals or stones

- Securities or negotiable papers
- Time pieces
- Unique, irreplaceable or similar valuable items

*Wheelchairs or other assistive devices are covered

We strive to be as careful as possible during the normal transport of your belongings. As such, we also don't cover:

- Items you carry on the plane
- Minor scratches, scuffs, stains, dents, cuts or dirt from normal wear and tear
- Things not packed appropriately for transportation like musical instruments or recreational/sports items that aren't in a hard-sided case
- Damage to or loss from normal wear and tear to parts that stick out like wheels, straps, pockets, handles, hooks or other attachments
- Damage to an item caused by another item in your bag
- Loss, damage or delay of any bag or item considered not acceptable as checked baggage on American

Items not properly packed in a hard-sided case will be treated as fragile items.

We are not liable for any consequential, incidental, punitive or special damages that result from lost, damaged or delayed bags including damages for lost revenue or business interruption.

We are not liable if and to the extent that the damage resulted from the inherent defect or quality of the bag.

Excess valuation coverage is not available for and does not apply to items we don't cover.

# Time limits for liability

## First report

If your bags are lost or delayed, you should file a report before you leave the airport.

- Within 4 hours of arriving at your final destination if your bags were delayed
- Within 12 hours of arrival if you used Bags VIP Luggage Delivery

If your bags are damaged or items are missing, you should file a report before you leave the airport.

- Within 24 hours of receiving your bags if they were delayed and then delivered or picked up
- Within 24 hours if your bags were damaged

## Next steps

For any follow-up reports or action you must:

- Ask us to repair the damage within 30 days of your first report
- Submit a Passenger Property Questionnaire within 30 days of filing your first report (if you're seeking

**APPX. 043**

AA-SKP-00053459

compensation)

- Take legal action related to damage, delay, or loss within 2 years of the incident

## Rejected claims

We may reject your claim if you:

- Falsify information on your claim or submit the same claim with more than 1 airline
- Don't have proof of loss or receipts
- Don't submit your report or necessary claim documents in time
- Used a prohibited booking practice and then made a claim

Prohibited booking practices »

## ⌃ Liability for international flights

For international travel, the Warsaw Convention and the Montreal Convention govern liability for personal injury, death or damage. The terms and conditions are set by these international conventions and are not subject to change or modification by American Airlines. These conventions set compensation amounts for death, injury and baggage loss and damage. The full linked page is incorporated herein by reference.

Montreal Convention and Warsaw Conventions »

## ⌃ Ticket types and refunds

Each passenger must have a valid ticket to fly. A ticket is non-transferrable − it can't be used by or refunded to any other passenger. All refunds are made to the original form of payment.

## How long a ticket is valid

In general, a ticket is valid for 1 year:

- If unused, you must start travel within 1 year of date the ticket was issued
- If partially used, you must complete travel within 1 year of the first completed flight

So for an unused ticket issued June 1, 2017, you must begin travel on the new ticket by June 1, 2018.

For a roundtrip ticket that was partially flown on March 1, 2018, you must complete all new travel by March 1, 2019.

These rules apply unless your ticket states otherwise.

## Refunds

Generally, you have up to 24 hours from when you buy your ticket to get a full refund if you booked at least 2 days before departure. You must cancel your trip within 24 hours of purchase for a refund. Some countries have different rules about refunds, and if so, we will follow those rules.

**APPX. 044**

AA-SKP-00053460

Refunds will be made only to the person who paid. Tickets issued for official government travel will be refunded only to the government agency that issued the transportation request.

## Refundable tickets

If you bought a refundable ticket, decide not to travel and want a refund, we'll pay:

- The full amount of the ticket if travel hasn't started
- The value of the unused travel if the ticket is partially used

We'll refund the original credit card within 7 days (allow 1-2 billing cycles for credit to show). We'll process cash and check refunds within 20 days of receiving all your paperwork.

Some requests may take longer, for example, tickets bought outside the U.S. in another currency or tickets that require research or verification. We are not liable for longer processing times.

Refunds FAQs »

## Non-refundable tickets

We don't refund cash for non-refundable tickets. However, if you cancel your trip before departure, you can use the value of your ticket toward future travel on American. You'll need to rebook and travel within 1 year and pay a change fee plus any difference in fare.

We will refund a non-refundable ticket (or the value of the unused segment of your trip) to the original form of payment if:

- You cancel within 24 hours of booking (and booked at least 2 days before departure).
- We cancel your flight
- We make a schedule change that results in a change of 61 minutes or more.
- A passenger or their travel companion dies.*
- Military orders require you to cancel your trip.*

*Supporting paperwork is required.

## Refunds of taxes

You can request a refund of eligible taxes included in the ticket price. If eligible, we'll refund the original form of payment.

- Destination-specific taxes not imposed by us may be eligible
- Taxes we must pay regardless of whether you travel are not eligible.

Request a refund ⊡

## Refunds for seats, bags and extras

If you paid for seats, bags or other extras and don't use them because you didn't travel as planned, you may request a refund. Read our refunds FAQs for details.

Request a refund ⊡

**APPX. 045**

AA-SKP-00053461

Refunds FAQs »

# Involuntary refunds

If you are due a refund because we failed to operate on schedule (more than 60 minutes delayed) or we refused to let you fly, we will refund you:

- The full amount of the ticket and any extras if travel hasn't started
- The value of the unused travel if the ticket is partially used

If you were involuntarily denied boarding, we will not charge any refund fees or penalties.

We will only refund tickets issued by American Airlines and reserve the right to only make refunds in a currency or country of the original purchase.

## ⌄ Ticket validity

Tickets are valid for travel only when used with all terms and conditions of sale.

Your ticket is valid only when:

- Travel is to/from the cities on your ticket and in your trip record
- You meet all the fare requirements

Fare requirements, like dates, special purpose or status, may include:

- Dates of stay (a Saturday night, weekend, etc.)
- Military status (to qualify for a military fare)
- Official government business (to qualify for a government fare)
- Attendance at an event (to qualify for a meeting or convention fare)

Your ticket is not valid when:

- You don't meet the dates of stay, purpose or status requirements for the fare
- We find that the ticket was bought using an exploitative practice

# Prohibited booking practices

Reservations made to exploit or circumvent fare and ticket rules are strictly prohibited.

Examples include (but are not limited to):

- Purchase a ticket without intending to fly all flights to gain lower fares (hidden cities)
- Buy a ticket without intent to travel, including to gain access to our airport lounges or other facilities
- Combine 2 or more roundtrip excursion fares end-to-end to circumvent minimum stay requirements (back-to-back ticketing)
- Book a ticket in someone's name without the person's consent (which is illegal)
- Hold reservations for reasons including securing upgrades, blocking seats or obtaining lower fares

**APPX. 046**

- Book duplicate or impossible trips, for example multiple trips for the same passenger around the same time (trips a passenger physically could not complete)

If we find evidence that you or your agent are using a prohibited practice, we reserve the right to:

- Cancel any unused part of the ticket
- Refuse to let the passenger fly and check bags
- Not refund an otherwise refundable ticket
- Charge you for what the ticket would have cost if you hadn't booked it fraudulently
- Require you refund to us any compensation we provided like bag delivery costs, and reimbursement for clothes or toiletries because of late or lost bags

## Fare errors

If we sell a fare in error, we have the right to cancel the ticket. This includes fare errors, computer errors and third party errors (human or computer). We make every effort to prevent, detect and correct errors as soon as possible.

When we issue a mistaken fare, we'll void the ticket, give a full refund and notify you within:

- 72 hours after we learn of the mistaken fare
- At least 24 hours before departure if you bought the ticket less than 72 hours before departure

# You may also like...

Customer service and contingency plans »

Contact American »

Baggage »

⊕ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

## About American

About us

Careers ⊡

Investor relations ⊡

## Extras

Business programs

Gift cards ⊡

American Airlines credit card



Earn 50,000 bonus miles.
Terms apply. ⊡

AAdvantage
Log in to your account to
view special offers

**APPX. 047**

AA-SKP-00053463

Case 4:23-cv-00860-P    Document 152    Filed 07/01/24    Page 52 of 94    PageID 2902

Cargo

Bag and optional fees

Customer service and
contingency plans

Conditions of carriage

Newsroom

Legal, privacy, copyright

Environmental, social and
governance

Combating human trafficking

Browser compatibility

Web accessibility

Trip insurance

CoBrowse


Up to 35% savings
plus AAdvantage® miles

Link opens in new window. Site may not meet accessibility guidelines. AA.com®

**APPX. 048**

12/22/2020, 2:06 PM

AA-SKP-00053464

# EXHIBIT 2-O

**(UNDER SEAL)**

# EXHIBIT 2-P

**(UNDER SEAL)**

# EXHIBIT 2-Q

skiplagged (/)

Flights (/flights)   Stays (/hotels)   Cars (//cars.skiplagged.com/?refid=7515)   Rewards (/rewards/summary)   Deals (/signup)   Login

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 56 of 94   PageID 2906

# Terms and Conditions

**General Terms**      Privacy Policy      Hotels      Rewards      Contest

## 1. Terms

By accessing this web site, you are agreeing to be bound by these web site Terms and Conditions of Use, all applicable laws and regulations, and agree that you are responsible for compliance with any applicable local laws. If you do not agree with any of these terms, you are prohibited from using or accessing this site. The materials contained in this web site are protected by applicable copyright and trademark law.

## 2. Use License

a. Permission is granted to temporarily download one copy of the materials (information or software) on Skiplagged's web site or apps for personal, non-commercial transitory viewing only. This is the grant of a license, not a transfer of title, and under this license you may not:
  i. modify or copy the materials;
  ii. use the materials for any commercial purpose, or for any public display (commercial or non-commercial);
  iii. attempt to decompile or reverse engineer any software contained on Skiplagged's web site or apps;
  iv. remove any copyright or other proprietary notations from the materials; or
  v. transfer the materials to another person or "mirror" the materials on any other server.
b. This license shall automatically terminate if you violate any of these restrictions and may be terminated by Skiplagged at any time. Upon terminating your viewing of these materials or upon the termination of this license, you must destroy any downloaded materials in your possession whether in electronic or printed format.

## 3. Disclaimer

a. The materials on Skiplagged's web site and apps are provided "as is". Skiplagged makes no warranties, expressed or implied, and hereby disclaims and negates all other warranties, including without limitation, implied warranties or conditions of merchantability, fitness for a particular purpose, or non-infringement of intellectual property or other violation of rights. Further, Skiplagged does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on its Internet web site or otherwise relating to such materials or on any sites linked to this site or app.

## 4. Limitations

In no event shall Skiplagged or its suppliers be liable for any damages (including, without limitation, damages for loss of data or profit, or due to business interruption,) arising out of the use or inability to use the materials on Skiplagged's Internet site or apps, even if Skiplagged or a Skiplagged authorized representative has been notified orally or in writing of the possibility of such damage. Because some jurisdictions do not allow limitations on implied warranties, or limitations of liability for consequential or incidental damages, these limitations may not apply to you.

## 5. Revisions and Errata

The materials appearing on Skiplagged's web site and apps could include technical, typographical, or photographic errors. Skiplagged does not warrant that any of the materials on its web site are accurate, complete, or current. Skiplagged may make changes to the materials contained on its web site or apps at any time without notice. Skiplagged does not, however, make any commitment to update the materials.

Feedback

## 6. Links

Skiplagged has not reviewed all of the sites linked to its Internet web site and is not responsible for the contents of any such linked site. The inclusion of any link does not imply endorsement by Skiplagged of the site. Use of any such linked web site is at the user's own risk. Skiplagged does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on any sites linked to this site or app.

## 7. Travel Documents

Users are responsible for ensuring that they have all necessary travel documents to enter their ticketed final destination. This includes, but is not limited to, Passport and Visa. Destination entry requirements vary by Country and the citizenship held by the user. Skiplagged has no special knowledge with regard to entry requirements and therefore makes no guarantees of entry with purchases made on its web site or apps.

## 8. Fees

If you are making a purchase from outside your local country, your bank may convert your payment amount to your local currency and charge you a conversion fee. Rates are determined by your bank, not Skiplagged. In such cases, the amount shown on your billing statement may be different from the amount shown on Skiplagged's web site or apps at the time of purchase. They may also charge you a foreign transaction fee depending on the type of card you use and how they choose to classify the transaction. With some cards, booking an international trip is considered an international purchase. We urge users to check with their banks prior to making an international purchase. For purchases made on Skiplagged's web site, there may be a fee charged. The full amount of this fee will be disclosed to user prior to making their payment.

## 9. Site Terms of Use Modifications

Skiplagged may revise these terms of use for its web site at any time without notice. By using this web site you are agreeing to be bound by the then current version of these Terms and Conditions of Use.

## 10. Indemnity

You agree to indemnify, hold harmless and defend Skiplagged and Skiplagged's affiliates, subsidiaries, officers, directors, employees, agents and licensors at your expense, against any and all third party claims, actions, proceedings and suits and all related liabilities, damages, settlements, penalties, fines, costs and expenses (including, without limitation, reasonable attorneys' fees and other dispute resolution expenses) incurred by Skiplagged arising out of or relating to (a) breach of any term of this Agreement or (b) violation of any law, rule or regulation or the rights of any third party or (c) your use of or access to Skiplagged's website, app or intellectual property.

## 11. Governing Law

Any claim relating to Skiplagged's web site or app shall be governed by the laws of the State of New York without regard to its conflict of law provisions.



**skiplagged**

ABOUT (/ABOUT)    FAQ (/FAQ)    PRESS (/PRESS)    TERMS (/TERMS)    CAREERS (/CAREERS)

English    USD

ttps://www.facebook.com/Skiplagged/)    (https://twitter.com/skiplagged)    (https://www.instagram.com/skiplagged

App Store (/ios)    Google Play (/android)

Feedback

# EXHIBIT 2-R

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 59 of 94   PageID 2909

Home    Log in »     English ▾     Search aa.com

# American Airlines

Plan Travel     Travel Information   AAdvantage 

🏠 Home ﹥ Legal information

# Legal information

American Airlines offers legal information to assist you with the best possible experience throughout your travels and on our website:

Conditions of Carriage for the U.S. (including Puerto Rico and the U.S. Virgin Islands) »

International General Rules Tariff ⧉

# aa.com site usage

Thank you for visiting the American Airlines Website titled "aa.com" and if you have done so, downloading the American Airlines Mobile Application (collectively, the "Site"). In return for gaining access to the Site and using it, you agree to be bound by the following Agreement without limitation or qualification, so please carefully review this Agreement before proceeding. If you do not intend to be legally bound by these terms and conditions, do not access and use the Site. American Airlines reserves the right to change this Agreement and to make changes to any of the products or programs described in the Site at any time without notice or liability. Any such revisions are prospectively binding on you and therefore you should periodically visit this page when you use the Site to review the then current Agreement that binds you. American Airlines also reserves the right in its sole and unfettered discretion to deny you access to the Site at any time. American Airlines enters into agreements with third parties from time to time to provide our customers with the opportunity to obtain special services, products or prices offered by the third party. You will not be deemed to be violating this agreement when acting in accordance with the terms and conditions of any such program. Likewise, the terms and conditions in this agreement will be considered broadened to the extent needed to permit such third parties to operate within the terms of a written agreement they have entered into with us. The titles in this Agreement are provided only for your convenience and are not to be used in interpreting the Agreement.

## Intellectual property notifications

Unless otherwise noted, all information, AAdvantage account information, articles, data, images, passwords, Personal Identification Numbers ("PINs"), screens, text, user names, Web pages, or other materials (collectively "Content") appearing on the Site are the exclusive property of AMR Corporation or American Airlines, Inc., or their subsidiaries and affiliates:

- All information, products, services and software contained on or used in the Site ("Content") is Copyright 2001 by American Airlines, Inc. All rights reserved. Please assume that everything you see or read on the Site is copyrighted to, or used with permission by, American Airlines unless otherwise noted.

- The trademarks, logos, service marks, and trade dress (collectively the "Trademarks") displayed on the Site are registered and unregistered Trademarks of American Airlines, Inc. or others.

- Images of people, objects, or places displayed on the Site are either the property of, or used with permission by American Airlines, Inc., American Eagle Airlines, Inc., AMR Corporation, AMR Training Group or AMR Investment

APPX. 055

AA-SKP-00053414

Case 4:23-cv-00860-P    Document 152    Filed 07/01/24    Page 60 of 94    PageID 2910

Services.

- American Airlines owns or uses by permission all software contained on the Site, including without limitation all HTML code and Active X controls. Copyright and other laws and international treaty provisions protect this software. The law expressly prohibits any modification, redistribution, or reproduction of the software, and such actions could result in severe civil and criminal penalties. American Airlines will seek and support prosecuting violators to the maximum extent possible.

- You may not copy, display, distribute, download, license, modify, publish, re-post, reproduce, reuse, sell, transmit, use to create a derivative work, or otherwise use the content of the Site for public or commercial purposes. Nothing on the Site shall be construed to confer any grant or license of any intellectual property rights, whether by estoppel, by implication, or otherwise.

- For additional information regarding American's intellectual property, please click on the "Copyright" link at the bottom of any page.

## Your representations and warranties

By using the Site, you represent and warrant that you are 18 years of age or older and possess the legal right and ability to enter into this Agreement and to use the Site in accordance with all of the terms and conditions of this Agreement. You accept financial responsibility for all use of the Site under your name or account, including without limitation all uses of your account by others, including minors living with you. You may allow other members of your household to use the Site under your name or account only if you agree to pay all charges that they incur and to be responsible for all other aspects of their usage. You further agree to supervise all minors who use the Site under your name or account. You agree not to assign, transfer, or sublicense your rights pursuant to this Agreement.

## Your indemnity obligation

You agree to indemnify, defend, and hold harmless American Airlines and its affiliates from and against any and all claims, demands, proceedings, suits and actions, including any related liabilities, obligations, losses, damages, deficiencies, penalties, taxes, levies, fines, judgments, settlements, expenses (including legal and accountants' fees and disbursements) and costs (collectively, "Claims"), based on, arising out of or resulting from your use of the Site, including without limitation any Claims alleging facts that if true would constitute your breach of this Agreement.

## Limitations on your use

American Airlines provides the Site solely to permit you to determine the availability of goods and services offered on the Site and to make legitimate reservations or otherwise transact business with American Airlines, and for no other purposes. The Site is for your personal, non-commercial use. You agree that you will use the Site's services only to make legitimate reservations or purchases for you or for another person for whom you are authorized to act both legally and under the terms of this Agreement.

You agree that without limitation you shall not make any fictitious, fraudulent, or abusive reservation or any reservation in anticipation of demand. In addition, you agree that you shall not make any duplicate or impossible/illogical reservation. (See Conditions of Carriage for definitions of Fictitious, Fraudulent or Abusive and Duplicate or Impossible/Illogical reservations.) If American Airlines determines that you have confirmed multiple reservations to one or more destination on or about the same date, American Airlines may without notice cancel all confirmed space associated with the multiple reservations. You agree to abide by the terms and conditions of purchase American Airlines imposes including, but not limited to, payment of all amounts when due and compliance with all rules regarding availability of fares, products, or services. You are completely responsible for all assessments, charges, duties, fees, and taxes arising out of your use of the Site.

APPX. 056

AA-SKP-00053415

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 61 of 94   PageID 2911

Your account information is owned by and proprietary to American Airlines. While you may access your account information through the Site, you may not give access to your account to any person or entity other than a member of your household or a person that you directly supervise as part of your career or employment. You may not give access to your account to any third party on-line service, including, but not limited to any mileage management service, mileage tracking service, or mileage aggregation service.

You must access your account information directly through the Site and not through a third party Website, including but not limited to any mileage management service, mileage tracking service, or mileage aggregation service. You also violate this Agreement if you enable an AAdvantage member to access account information without visiting the Site.

You agree that you will not misuse the Site. "Misuse" includes, but is not limited to, using the Site to do any of the following:

- Distribute, disseminate, post, or publish any information or material that degrades, embarrasses, harasses, humiliates, intimidates, or threatens any individual or group of individuals on the basis of their age, ancestry, color, ethnicity, marital status, medical condition, mental or physical disability, national origin, race, sex, sexual orientation, union or nonunion affiliation, or any other basis protected by federal, state, or local law or ordinance.

- Abuse, defame, harass, stalk, threaten, or otherwise violate others' legal rights, including but not limited to rights of privacy and publicity.

- Download or upload files that may damage the operation of another's computer, such as computer viruses, corrupt files, or similar software.

- Download or upload files that contain materials, including but not limited to software that violate the intellectual property, privacy, or publicity rights of others unless you own, control, or have been authorized to exercise such rights.

- Misrepresent or omit the origin or source of any file you download or upload.

- Download or upload files that do not contain the posted proprietary language, author attributions, and/or copyright, patent, or trademark notices.

- Distribute, disseminate, post, or publish any indecent, infringing, obscene, or unlawful information or material.

- Engage in any commercial purpose including but not limited to: Advertising or offering to sell any goods or services; conducting contests or surveys; distributing chain letters, or advertising with respect to any Ponzi scheme or pyramid scheme; advertising or offering to sell any business opportunities, direct sales opportunities, employment, independent contractor positions, multi-level marketing opportunities, or securities.

- Post, send, or otherwise disclose confidential information, trade secrets, or other confidential and/or protected proprietary data of any entity or person, including but not limited to AMR Corporation, American Airlines, Inc., American Eagle Airlines, Inc., AMR Investment Services, AMR Training Group or any of their affiliates.

- Download or upload files that you know, or reasonably should know, cannot be legally distributed through the Site.

- Upload, download, or otherwise export or re-export software from the Site: (1) to a national or resident of or into any country the U.S. has embargoed, including without limitation, Cuba, Iran, Iraq, Libya, North Korea, Syria, or Yugoslavia; (2) to anyone on the U.S. Treasury Department's Specially Designated Nationals list, or (3) to anyone on the U.S. Commerce Department's Table of Denial Orders.

- Copy or create derivative works from, display, distribute, license, perform, publish, recreate, reproduce, sell, transfer, or transmit any information, products, services, or software obtained by, from, or through the Site.

- Monitor or copy any Content by using any manual process, or any robot, spider, or other automatic device, without first obtaining American Airlines' prior written consent.

APPX. 057

AA-SKP-00053416

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 62 of 94   PageID 2912

- Act as an agent or attorney in fact for any person who is not a member of your immediate household, or your direct supervisor at your place of employment.

- Take any action that will or could impose an unreasonable or disproportionately large load on our site infrastructure.

- Act as a mileage management service, mileage tracking service or mileage aggregation service for any AAdvantage member.

- Access information about any AAdvantage member protected by site log-in and post it on any other Website, with or without that AAdvantage member's consent.

- Utilize an AAdvantage member's password or personal identification number during log-in, unless you are: the AAdvantage member to whom that password or personal identification number is assigned (the "Authorized AAdvantage member"); a family member of the Authorized AAdvantage Member, acting with the Authorized AAdvantage Member's permission; or an employee of the Authorized AAdvantage Member's employer, acting with the Authorized AAdvantage Member's permission.

- Engage in any other conduct that is, or that American Airlines deems to be, in conflict with this Agreement. American Airlines forbids such Misuses, and access of the Site for any such Misuses or other similar purposes is an unauthorized use of the Site.

## No warranty by American Airlines

The Content may contain inaccuracies and/or typographical errors. American Airlines may alter, change or improve the Content at any time and without notice. American Airlines makes no representations or warranties as to the Content's completeness or accuracy, and makes no commitment to update the Content. American Airlines makes no representations about the Content's suitability for any purpose.

YOU USE THE SITE AT YOUR OWN RISK. THE CONTENT IS PROVIDED "AS IS" AND WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF EXPECTATION OF PRIVACY, FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, NON-INFRINGEMENT OR TITLE. IN NO EVENT SHALL AMERICAN AIRLINES OR ITS AFFILIATES BE LIABLE FOR ANY DAMAGES (WHETHER CONSEQUENTIAL, DIRECT, INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR OTHERWISE) ARISING OUT OF, OR IN ANY WAY CONNECTED WITH, THE USE OF OR INABILITY TO USE THE SITE OR FOR ANY OF THE CONTENT OBTAINED THROUGH OR OTHERWISE IN CONNECTION WITH THE SITE, IN EACH CASE REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, STRICT LIABILITY, TORT OR OTHER THEORIES OF LIABILITY, AND ALSO REGARDLESS OF WHETHER AMERICAN AIRLINES WAS GIVEN ACTUAL OR CONSTRUCTIVE NOTICE THAT DAMAGES WERE POSSIBLE.

American Airlines neither warrants nor represents that your use of information and material on the Site will not infringe upon the intellectual property rights of third parties. American Airlines shall not be liable for any virus or other damage to your computer equipment or other property due to your accessing, browsing, or using the Site or due to your downloading any audio, data, images, materials, pictures, text or video from the Site. Because American Airlines provides services and products in many parts of the world, the Site may refer to certain goods, products, and/or services that are not available in your area. A reference to goods, products, and/or services without limiting their geographic scope does not imply that American Airlines offers or intends to offer those goods, products, and/or services in all locations.

## Use of information you provide American Airlines

Consistent with the American Airlines privacy policy, we ask you to provide us with certain information when you purchase travel or when you take advantage of certain personalized services. You agree that when you provide such information, the information will be accurate. Under no circumstances will you provide false or misleading information.

APPX. 058

AA-SKP-00053417

Case 4:23-cv-00860-P   Document 152   Filed 07/01/24   Page 63 of 94   PageID 2913

We agree to use this information in a manner consistent with our privacy policy. To review our privacy policy, please click on the "Privacy Policy" link at the bottom of any page.

For use of certain services, we may provide you with a pass code. This pass code is proprietary to and the property of American Airlines. However, you must take precautions to insure the security of your pass code. American Airlines assumes no responsibility for and will not be liable in the event that another person learns your pass code or uses your pass code to cause damage to you.

While American Airlines takes reasonable steps to safeguard and to prevent unauthorized access to your private information, we cannot be responsible for the acts of those who gain unauthorized access, and we make no warranty, express, implied, or otherwise, that we will prevent unauthorized access to your private information. IN NO EVENT SHALL AMERICAN AIRLINES OR ITS AFFILIATES BE LIABLE FOR ANY DAMAGES (WHETHER CONSEQUENTIAL, DIRECT, INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR OTHERWISE) ARISING OUT OF, OR IN ANY WAY CONNECTED WITH, A THIRD PARTY'S UNAUTHORIZED ACCESS TO YOUR INFORMATION, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, STRICT LIABILITY, TORT OR OTHER THEORIES OF LIABILITY, AND ALSO REGARDLESS OF WHETHER AMERICAN AIRLINES WAS GIVEN ACTUAL OR CONSTRUCTIVE NOTICE THAT DAMAGES WERE POSSIBLE.

## No offer to sell or buy securities

The information on the Site does not constitute an offer to sell, or the solicitation of an offer to buy any securities and must not be relied upon in connection with any investment decision.

## Links to other sites and to the Site

The Site may provide hyperlinks or references to other sites. While American Airlines endeavors to provide links only to sites that are reputable and safe, we take no responsibility for the information, products, or services obtained on such other sites and will not be liable for any damages arising from your access to such sites. American Airlines provides any such links to other sites merely for your convenience and our inclusion of such links and frames in the Site does not imply an endorsement of the linked or framed sites, their content, or the persons or entities operating those sites. Therefore, you assume sole responsibility for using links or pointers to third parties.

American Airlines specifically denies you permission to hyperlink or provide references to the Site, unless you are allowed to do so under a separate written agreement with American Airlines. You are also denied permission to use any trademarked or copyrighted material to provide such hyperlinks or references, unless you are allowed to do so under a separate written agreement with American Airlines. American Airlines bears no responsibility for sites that provide hyperlinks or references to the Site unless those sites are operated by American Airlines.

## Your communication with us

American Airlines will not treat as confidential any communications you send to us by electronic mail or otherwise. American Airlines has no obligation to refrain from publishing, reproducing, or otherwise using your communications in any way and for any purpose.

American Airlines does not accept or consider unsolicited proposals related to its business, including but not limited to proposals for advertising campaigns, logos, names, processes, products, promotions, services, slogans, and technologies. American Airlines therefore requests that you not send such proposals. Please also refrain from sending original creative artwork, blueprints, demonstratives, designs, layouts, photographs, or samples. American Airlines has adopted this policy to prevent claims that we have copied such unsolicited ideas without authorization, when, in fact, we developed the idea independent of or even long before receiving the unsolicited proposal. If you do send us unsolicited proposals, then do so with the understanding that American Airlines may use any concepts, ideas, inventions, know-

APPX. 059

AA-SKP-00053418

how, or techniques that you disclose in those communications for any purpose, including the developing, manufacturing, and/or marketing of goods, products, or services. American Airlines may do so free of any obligation to compensate you for that use.

## Comparison monitoring of on-line chats or telephone conversations with American Airlines

The Site may provide you the ability to have an on-line chat session with American Airlines or with information as to how you can contact American Airlines by telephone. You may use these functions only for business purposes related to the Site. For quality assurance purposes, American Airlines may monitor, record, and/or transcribe the contents of these communications. By contacting American Airlines, you agree that the communication may be monitored, recorded, and/or transcribed and you consent to the monitoring, recording, and/or transcribing. Such records may be kept indefinitely or disposed of at our discretion.

## Your use of Forums

You agree to use any bulletin boards, chat rooms, conferences, or other communication or message facilities ("Forums") contained on the Site only to send and receive material and messages that are proper and related to the particular Forum. You further agree that you will use the Forums in conformity with all applicable laws and this Agreement. You agree that you will not Misuse a Forum.

American Airlines reserves the right to remove at will and without notice any Content on the Site, including anything you post in a Forum. You understand that any use by you of a Forum constitutes a public communication. You understand that American Airlines owns any and all information or material that you post on a Forum. You agree that you waive all of the rights you have to any information or material that you post on a Forum. American Airlines has the right to do whatever it wishes with that information or material, including but not limited to deleting or editing for any reason any posting by you. You further acknowledge that American Airlines does not endorse or sponsor any information or material posted by Forum users, and that American Airlines has no responsibility to approve, review, or screen such information or material.

## Forum for actions, governing law, and procedural restrictions

You agree that this Agreement is made and entered into in Tarrant County, Texas. You agree that Texas law governs this Agreement's interpretation and/or any dispute arising from your access to, dealings with, or use of the Site, without regard to conflicts of law principles. Any lawsuit brought by you related to your access to, dealings with, or use of the Site must be brought in the state or federal courts of Tarrant County, Texas. You agree and understand that you will not bring against AMR Corporation, American Airlines, or any of its affiliated entities, agents, directors, employees, and/or officers any class action lawsuit related to your access to, dealings with, or use of the Site.

## Other terms

This Agreement constitutes the entire agreement governing your access to, dealings with, and use of the Site. Of course, separate agreements may attach to any goods, products, or services you obtain, purchase, or use from the Site. In the case of a conflict between this Agreement and any agreement specific to any goods, products, or services that you obtain, purchase, or use from the Site, the terms of the specific agreement shall govern.

Any failure of American Airlines to assert any rights it may have under this Agreement does not constitute a waiver of our right to assert the same or any other right at any other time or against any other person or entity. If any provision of this Agreement is found to be invalid or unenforceable, then the invalid or unenforceable provision will be stricken from this Agreement without affecting the validity or enforceability of any other provision.

## Acknowledgements

APPX. 060

AA-SKP-00053419

The following information about third-party software used in the American Airlines Mobile Application is provided to you for informational purposes only.

**card.io**

All files are released under the MIT License: The MIT License (MIT) Copyright (c) 2013-2016 PayPal Holdings, Inc.

Permission is hereby granted; free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

⊕ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo ⊡

Bag and optional fees

Customer service and contingency plans

Conditions of carriage

## About American

About us

Careers ⊡

Investor relations ⊡

Newsroom ⊡

Legal, privacy, copyright

Combating human trafficking

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards ⊡

American Airlines credit card

Trip insurance

CoBrowse



Earn 50,000 bonus miles after qualifying purchases ⊡

**BuyMiles**
Reach your awards faster with bonus miles ⊡

AVIS ⌐Budget
Up to 35% savings plus AAdvantage® miles ⊡

⊡ Link opens in new window. Site may not meet accessibility guidelines.

APPX. 061

AA-SKP-00053420

# EXHIBIT 2-S

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-520

**Effective Date of Registration:**
June 03, 2016

---

## Title

**Title of Work:** American Airlines Flight Symbol

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 17, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Hypermedia Solutions, LLC d/b/a FutureBrand
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** American Airlines, Inc.
4333 Amon Carter Boulevard, Fort Worth, TX, 76155, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** IP Administrator
**Email:** ip.administrator@aa.com
**Address:** MD 5675
4333 Amon Carter Boulevard
Fort Worth, TX, 76155 United States

## Certification

**Name:** Andrew J. Avsec

Page 1 of 2

**APPX. 063**

AA-SKP-00058803

**Date:** June 03, 2016
**Applicant's Tracking Number:** 13945/71

**Correspondence:** Yes



**APPX. 064**

AA-SKP-00058804

# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,    *
                            *
       Plaintiff,           *
                            *
v.                          *    Civil Action No.
                            *    4:23-cv-00860-P
SKIPLAGGED, INC.,           *
                            *
       Defendant.           *

*******************************************

ORAL AND VIDEO DEPOSITION OF
MARCIAL LAPP
MAY 30, 2024
VOLUME 1 OF 1

*******************************************

    ORAL AND VIDEO DEPOSITION OF MARCIAL LAPP, produced as
a witness at the instance of the Defendant, and duly sworn,
was taken in the above-styled and -numbered cause on the
30th day of May, 2024, from 10:01 a.m. to 2:17 p.m., before
Amy Massey, CSR in and for the State of Texas, reported by
machine shorthand, at the offices of Kelly Hart & Hallman,
LLP, 201 Main Street, Suite 2500, in the City of
Fort Worth, County of Tarrant, State of Texas, pursuant
to the Federal Rules of Civil Procedure and the provisions
stated on the record or attached hereto.

Electronically signed by Amy Massey (401-010-081-3772)

cfc28345-03b2-4b29-8502-5d67f1ce0f55

Page 42

1      A.   All right.  I've read the email.

2      Q.   (BY MR. KIRKMAN)  Is this -- this an email from

3   the same Neil Geurin to you on the same date, December 26th

4   of 2019?

5      A.   Yes, it appears to be.  Correct.

6      Q.   All right.  And then if I'm reading this

7   correctly, Mr. Geurin tells you that, "At our last check,

8   Skiplagged was acting as an MSE, with the booking made and

9   fulfilled by AA," right?

10     A.   That's what he says, correct.

11     Q.   And what is -- what is an MSE.

12     A.   MSE is -- is an acronym for metasearch engine.

13     Q.   Okay.  What is a metasearch engine?

14     A.   It is a third party that serves up American

15   Airlines content but books directly through

16   AmericanAirlines.com through what we call a redirect.

17          So imagine you go to a website called

18   googleflights, you search for your flight, you select your

19   fight; when you go to book, you don't actually book with

20   Google; it redirects you to AA.com and you create your

21   booking.

22     Q.   Okay.  Then the sentence -- a sentence later in

23   the email says, "And even if we did identify these pax" --

24   does "pax" mean passengers?

25     A.   I believe, yes.

Electronically signed by Amy Massey (401-010-081-3772)                    cfc28345-03b2-4b29-8502-5d67f1ce0f55

Page 60

 1    Q.    Okay.  But -- but that's something that you did?

 2    A.    Yes.

 3    Q.    When you say "I tried," you're -- you're --

 4  actually you're referring to yourself?

 5    A.    Correct.

 6    Q.    And when did -- is this the first time that you

 7  tried to do that, tried to book through the Skiplagged

 8  website?

 9    A.    I don't know.

10    Q.    But we know you did it at least this once?

11    A.    That's correct.

12    Q.    Have you done it since?

13    A.    I don't know.

14    Q.    You don't remember?

15    A.    I don't remember.

16    Q.    Okay.  You then say, "Once you have selected your

17  flight, it looks like they don't actually link to AA.com,

18  but rather provide the hyperlink that the customer then

19  themselves has to copy/paste."

20    A.    That's what I said, correct.

21    Q.    Did I read that accurately?

22          And is that what actually happened based on

23  your personal involvement with the -- with the Skiplagged

24  website?

25    A.    Yes.  In 2019, the way Skiplagged created bookings

Electronically signed by Amy Massey (401-010-081-3772)                    cfc28345-03b2-4b29-8502-5d67f1ce0f55

Page 61

1    on AmericanAirlines.com is Skiplagged, the website,

2    provides the link that you can see in this exhibit which

3    then directly creates, kind of, the booking on AA.com.

4         Q.   Okay.  Well, I'm -- I'm interested in what you

5    said in your email.  You say after -- booking through

6    Skiplagged, it says, "once you've selected a flight" -- so

7    you went on a website, selected a flight, and you say it --

8    they don't actually link to AA.com, but provide the

9    hyperlink that the customer then themselves has to

10   copy/paste, right?

11        A.   That's correct.

12        Q.   Okay.  And when you say, "copy/paste," what do you

13   mean?

14        A.   You could -- it's easiest explained with that --

15   with that image on the second page.

16        Q.   Sure.  I mean, however you best can --

17        A.   So --

18        Q.   -- explain what you mean when you say, "the

19   customer themselves has to copy/paste."

20        A.   Yes.  The -- so Skiplagged, the website, provides

21   the instructions on the following page, right?  So I'm just

22   recanting the -- or, sorry, I'm just repeating the

23   instructions that are on the page here which says, open a

24   new tab, goes to this link, right, this is the Skiplagged

25   instruction --

Electronically signed by Amy Massey (401-010-081-3772)                    cfc28345-03b2-4b29-8502-5d67f1ce0f55

Page 120

1     A.    That's correct.

2     Q.    So you could keep that data and provide that data

3  to whoever wanted that data?

4     A.    Yes, that's right.  We track all of our ADMs that

5  we send to IATA accredited agencies.

6     Q.    Okay.  So if somebody wanted to find out over the

7  last 12 months what happened to Agency ABC in terms of

8  ADMs, you could tell them what -- how many debit memos they

9  got and what their -- their so-called debits were over that

10  past 12 months?

11     A.    That's correct.

12     Q.    Okay.  Then you say, "Then, join that with agency

13  stats like ICC, et cetera."  What does that mean, if you

14  know?

15     A.    Yes.  We have a model that we have built that

16  under- -- that tries to explain incremental contributions.

17  So what ICC stands for is Incremental Customer

18  Contribution.

19     Q.    Okay.

20     A.    So the idea here is to understand not just the

21  revenue our customers bring but also the cost.  So for

22  example, if I go through a certain agency, we have to pay a

23  booking fee, we have to pay a commission, and so the idea

24  is to really understand incrementality from our customers.

25           So, for example, if I have an agency that is

Electronically signed by Amy Massey (401-010-081-3772)                    cfc28345-03b2-4b29-8502-5d67f1ce0f55

Page 121

1    very expensive, you would imagine that cust- -- that --

2    those customers are potentially slightly less worth to us

3    because they have a higher cost.  So this model tries to

4    take all of the agencies and just give them a relative

5    score, if you will.

6        Q.   In terms of incremental cost?

7        A.    Incremental contributions, so revenue minus cost.

8        Q.   Okay.  So it's -- it's a formula of -- so you keep

9    data on the revenue for these agencies, less their cost, so

10   that you can come up with some analysis of how profitable

11   they are --

12       A.   Correct.

13       Q.    -- for lack of a better term?

14              Okay.

15       A.   That's right.

16       Q.   So how was it that Mr. Chandler was asking you to

17   relate that to the ADM issues?

18       A.   Because I believe at the time when we talked about

19   the cost of an agency, we were not including ADMs --

20       Q.   Okay.

21       A.    -- as part of the cost formula.

22       Q.   I see.

23              So this was just a process of you saying,

24   Let's add that in?

25       A.   I believe, yes.

Electronically signed by Amy Massey (401-010-081-3772)                    cfc28345-03b2-4b29-8502-5d67f1ce0f55

Page 148

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
2                       FORT WORTH DIVISION
   AMERICAN AIRLINES, INC.,   *
3                             *
       Plaintiff,             *
4                             *
   v.                         *    Civil Action No.
5                             *    4:23-cv-00860-P
   SKIPLAGGED, INC.,          *
6                             *
                     Defendant.        *
7

8                    REPORTER'S CERTIFICATION
             ORAL AND VIDEO DEPOSITION OF MARCIAL LAPP
9                          MAY 30, 2024
                          VOLUME 1 of 1
10

11            I, Amy Massey, CSR, and Notary Public in and for

12    the State of Texas, hereby certify to the following:

13            That the witness, MARCIAL LAPP, was duly

14    sworn by the officer and that the transcript of the oral

15    and video deposition is a true record of the testimony

16    given by the witness;

17            That the deposition transcript was submitted on

18    June 17, 2024, to Ms. Alyssa Ortiz Johnston, Attorney for

19    the Plaintiff, for the review and signature by the

20    witness, to be returned to the reporter within 30 days;

21            That the amount of time used by each party at the

22    deposition is as follows:

23            Mr. Nathan J. Muyskens:  00:00
              Ms. Alyssa Ortiz Johnston:  00:00
24            Mr. William L. Kirkman:  03:16
              Ms. Abigail R.S. Campbell:  00:00
25

Amy Massey & Associates
**APPX. 072**

MARCIAL LAPP May 30, 2024

Page 149

1          That pursuant to information given to the

2    deposition officer at the time said testimony was taken,

3    the following includes counsel for all parties of record:

4

     FOR THE PLAINTIFF, AMERICAN AIRLINES, INC.:
5
          MR. NATHAN J. MUYSKENS
6         Greenberg Traurig, LLP
          nathan.muyskens@gtlaw.com
7
          MS. ALYSSA ORTIZ JOHNSTON
8         Greenberg Traurig, LLP
          johnston@gtlaw.com
9

10   FOR THE DEFENDANT, SKIPLAGGED, INC.:

11        MR. WILLIAM L. KIRKMAN
          Kirkman Law Firm, PLLC
12        billk@kirkmanlawfirm.com

13        MS. ABIGAIL R.S. CAMPBELL
          Condon Tobin Sladek Thornton Nerenberg, PLLC
14        acampbell@condotobin.com

15         That $_____ is the deposition officer's charges

16   to the Defendant for preparing the original deposition

17   transcript and any copies of exhibits;

18

19         I further certify that I am neither counsel for,

20   related to, nor employed by any of the parties or attorneys

21   in the action in which this proceeding was taken, and

22   further that I am not financially or otherwise interested

23   in the outcome of the action.

24

25

Electronically signed by Amy Massey (401-010-081-3772)

cfc28345-03b2-4b29-8502-5d67f1ce0f55

50

1        Certified to by me this 17th day of June, 2024.

2

3        _____
         Amy Massey, Texas CSR 6254
4        Expiration Date:  1/31/25
         Amy Massey & Assoc., Inc.
5        Firm Registration Number 404
         6724 Kirk Lane
6        Burleson, Texas  76028
         Phone:  817-447-6721
7        amymasseyassociates@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Amy Massey (401-010-081-3772)                              cfc28345-03b2-4b29-8502-5d67f1ce0f55

# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,   *
                           *
    Plaintiff,             *
                           *
v.                         * Civil Action No.
                           * 4:23-cv-00860-P
SKIPLAGGED, INC.,          *
                           *
    Defendant.             *

*******************************************

ORAL DEPOSITION OF

RAYMOND SCOTT CHANDLER

JUNE 7, 2024

VOLUME 1 OF 1

*******************************************

    ORAL DEPOSITION OF RAYMOND SCOTT CHANDLER, produced as
a witness at the instance of the Defendant, and duly sworn,
was taken in the above-styled and -numbered cause on the
7th day of June, 2024, from 10:05 a.m. to 12:56 p.m.,
before Amy Massey, CSR in and for the State of Texas,
reported by machine shorthand, at the offices of Kelly Hart
& Hallman, LLP, 201 Main Street, Suite 2500, in the City of
Fort Worth, County of Tarrant, State of Texas, pursuant to
the Federal Rules of Civil Procedure and the provisions
stated on the record or attached hereto.

Electronically signed by Amy Massey (401-010-081-3772)                5bdb4925-ac27-4d63-b7e6-abcc5c71c238

Page 44

1    A.    Jiede, uh-huh.

2    Q.    -- to Chris DeGroot.

3          Do you see that?

4    A.    I do.

5    Q.    And then above that is an email that flows from

6    the first page from Cory Garner, who you identified, back

7    to Jiede and Chris DeGroot, right?

8    A.    Uh-huh.

9    Q.    You need to say "yes" or "no."

10   A.    Yes.

11   Q.    Okay.  And, again, if I'm understanding your

12   testimony, Mr. Geurin, among others, had been working

13   with -- excuse me, working in Cory Garner's department

14   doing this deep investigation into Skiplagged?

15   A.    Yes.

16   Q.    So Cory Garner in his May 23rd, 2018, email

17   indicates that, "We have been aware of Skiplagged for over

18   two years and have tried many different avenues to remove

19   our content from their site."

20          Do you see that?

21   A.    I do.

22   Q.    "Skiplagged" would be skiplagged.com or

23   Skiplagged, Inc., right?

24   A.    Yes.

25   Q.    And then "we have been aware," did you understand

Electronically signed by Amy Massey (401-010-081-3772)          5bdb4925-ac27-4d63-b7e6-abcc5c71c238

Page 45

1    that to mean his department in which Mr. Geurin was

2    working?

3        A.   Yes.

4        Q.   Okay.  Then it says he's -- he -- that department

5    had been working over two years "and have tried many

6    different avenues to remove our content from their site."

7                 I'm assuming that you understood by "our

8    content" would be American's content from "their site,"

9    being Skiplagged's site?

10       A.   Yes.

11       Q.   And what were the many different avenues that

12   Cory Garner's department had been using for over two years

13   to try to remove that content?

14       A.   I do not know all of the avenues.

15       Q.   What -- of whatever you know, what is it that they

16   were doing?  I know you said you don't know all of it, but

17   do you know some of it?

18       A.   I -- I don't know any of them.  I would assume,

19   and you can ask them or Neil, that they would have asked

20   them.

21       Q.   That they would have what?

22       A.   Asked Skiplagged to remove our content or have an

23   agreement with us.

24       Q.   Had you ever had any communications with

25   Skiplagged prior to that time?

Electronically signed by Amy Massey (401-010-081-3772)                    5bdb4925-ac27-4d63-b7e6-abcc5c71c238

```
                                                    Page 132

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
2                     FORT WORTH DIVISION
     AMERICAN AIRLINES, INC.,   *
3                               *
         Plaintiff,             *
4                               *
     v.                         * Civil Action No.
5                               * 4:23-cv-00860-P
     SKIPLAGGED, INC.,          *
6                               *
         Defendant.             *
7
                     REPORTER'S CERTIFICATION
8
              ORAL DEPOSITION OF RAYMOND SCOTT CHANDLER
9
                         JUNE 7, 2024
10
                         VOLUME 1 of 1
11

12         I, Amy Massey, CSR, and Notary Public in and for

13   the State of Texas, hereby certify to the following:

14

15         That the witness, RAYMOND SCOTT CHANDLER, was duly

16   sworn by the officer and that the transcript of the oral

17   and video deposition is a true record of the testimony

18   given by the witness;

19         That the deposition transcript was submitted on

20   June 28, 2024, to Ms. Alyssa Ortiz Johnston, Attorney for

21   the Plaintiff, for the review and signature by the

22   witness, to be returned to the reporter within 30 days;

23         That the amount of time used by each party at the

24   deposition is as follows:

25
```

Electronically signed by Amy Massey (401-010-081-3772)                5bdb4925-ac27-4d63-b7e6-abcc5c71c238

Page 133

1         Mr. Nathan J. Muyskens:  00:00
          Ms. Alyssa Ortiz Johnston:  00:00
2         Mr. William L. Kirkman:  02:28
          Ms. Abigail R.S. Campbell:  00:00
3

4         That pursuant to information given to the

5    deposition officer at the time said testimony was taken,

6    the following includes counsel for all parties of record:

7    FOR THE PLAINTIFF, AMERICAN AIRLINES, INC.:

8         MR. NATHAN J. MUYSKENS
          Greenberg Traurig, LLP
9         nathan.muyskens@gtlaw.com

10        MS. ALYSSA ORTIZ JOHNSTON
          Greenberg Traurig, LLP
11        johnston@gtlaw.com

12   FOR THE DEFENDANT, SKIPLAGGED, INC.:

13        MR. WILLIAM L. KIRKMAN
          Kirkman Law Firm, PLLC
14        billk@kirkmanlawfirm.com

15        MS. ABIGAIL R.S. CAMPBELL
          Condon Tobin Sladek Thornton Nerenberg, PLLC
16        acampbell@condotobin.com

17        That $_____ is the deposition officer's charges

18   to the Defendant for preparing the original deposition

19   transcript and any copies of exhibits;

20        I further certify that I am neither counsel for,

21   related to, nor employed by any of the parties or attorneys

22   in the action in which this proceeding was taken, and

23   further that I am not financially or otherwise interested

24   in the outcome of the action.

25

Amy Massey & Associates
**APPX. 080**

```
                                                                    34
 1              Certified to by me this 27th day of June, 2024.

 2

 3                              _____
                                Amy Massey, Texas CSR 6254
 4                              Expiration Date:  1/31/25
                                Amy Massey & Assoc., Inc.
 5                              Firm Registration Number 404
                                6724 Kirk Lane
 6                              Burleson, Texas  76028
                                Phone:  817-447-6721
 7                              amymasseyassociates@gmail.com

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by Amy Massey (401-010-081-3772)                    5bdb4925-ac27-4d63-b7e6-abcc5c71c238

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF GARY GUTZLER**

I, Gary Gutzler, declare under the pains and penalties of perjury as follows:

1.      I am a Partner in the Washington, D.C. office of AlixPartners, LLP, a financial and operational consulting firm with over 2,000 employees located in 25 offices worldwide. I have more than 25 years of experience in matters involving damages assessment, dispute resolution, business valuation, and other corporate finance and accounting issues. In particular, I have extensive experience related to the determination of damages in matters involving intellectual property, including patents, trademarks, trade secrets, and copyrights, breach of contract, antitrust, and other types of disputes. I have previously testified as an expert witness in matters related to trademark infringement, trade secret misappropriation, patent infringement, breach of contract, tortious interference, copyright infringement, and quantum meruit allegations.

2.      I have an undergraduate degree in Commerce (with a major in finance) from the McIntire School of Commerce at the University of Virginia and a Master of Business Administration (MBA) from the Kellogg School of Management as Northwestern University.

3.      In connection with the claims made by American Airlines, Inc. ("AA") against Skiplagged, Inc. ("Skiplagged"), I have been engaged by Condon Tobin Sladek Thornton Nerenberg PLLC, on behalf of Skiplagged to provide expert analysis, prepare and submit expert reports, and potentially provide deposition and trial testimony related to AA's damages claims.

1

28333826v1 99460.002.00

4.      In preparation for my opinions in this matter, one of the things I reviewed was the expert damages report of David N. Fuller ("Fuller Report") in which Mr. Fuller opines on AA's alleged damages in this suit.

5.      Per the Fuller Report, AA's claimed damages include damages that are based on alleged lost profits, as measured by the purported additional money AA would have received from a customer if they purchased a direct flight, directly from AA, as opposed to a hidden-city flight through Skiplagged.

6.      AA's lost profits calculation is based on the erroneous assumptions that: (1) every ticket at issue is a hidden city ticket for which AA lost profits, and (2) but for Skiplagged, a potential customer would have purchased an AA direct flight at the same time and date as their use of Skiplagged.com for the same travel dates and times.

7.      It is my understanding that Skiplagged facilitates the booking of direct flights, flights with layovers for which the traveler will complete all legs of the itinerary, as well as hidden-city flights. Thus, not every AA ticket facilitated by Skiplagged would be a hidden city ticket. As such, it is axiomatic that there is no difference between the amount AA received for the flight ticket and what AA believes it should have received for a non-hidden city ticket because a hidden city is not at issue. In other words, AA received the same amount of money for the AA ticket that it would have without Skiplagged. As such, Mr. Fuller's assumption that every AA facilitated flight created lost profits is speculative, at best.

8.      Similarly, AA and the Fuller Report fail to consider a consumer's alternative choices to booking directly with AA, even without the existence of Skiplagged. Specifically, but for Skiplagged, rather than pay the higher price ticket offered by AA at the same booking time for the same travel date and time, a consumer may, among other things, book on another airline, book through a travel agency, book another date and time of travel, wait to book on another day when prices decrease, decide to drive instead of fly, or decide not to travel at all.

28333826v1 99460.002.00

9.     These assumptions inherent in AA's damage claim do not sufficiently support AA's claim for lost profit or revenue damages.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED TO, SWORN TO, AND EXECUTED on this 1st day of July, 2024, in McLean, Virginia.

_____

Gary Gutzler

3

28333826v1 99460.002.00

**APPX. 085**

# EXHIBIT 6

```
                        ** ROUGH DRAFT **                    1


                     REALTIME ROUGH DRAFT


     The stenographic notes taken in the within proceeding

     have been translated instantaneously into their English

     equivalents through a computerized process called

     realtime translation.  A realtime rough draft, in ASCII

     format, is available to all counsel electronically if

     requested.  The realtime text as seen on the computer

     monitor at the site of these proceedings, as well as the

     resulting rough draft ASCII is unedited and uncertified

     and may contain untranslated stenotype, misspelled

     proper names and technical words, occasional reporter's

     notes, and/or nonsensical English word combinations.

     These will be corrected on the final certified

     transcript upon its delivery to you in accordance with

     our standard delivery terms, or on an expedited basis,

     as requested.  The realtime rough draft is intended only

     for the purpose of augmenting counsel's notes and is not

     intended to be used or cited in any court proceeding as

     representing a final edited and proofread transcript.

                        ** ROUGH DRAFT **                    2
```

DAVID N. FULLER,

having been first duly sworn, testified as follows:

EXAMINATION

BY MR. TOBIN:

Q.   Please state your full legal name.

A.   David Neil Fuller.

Q.   Mr. Fuller, my name is Aaron Tobin.  Do you understand I represent the defendant Skiplagged here today?

A.   I do.

Q.   Okay.  And I don't believe we've ever met before.  Is that your recollection as well?

A.   I'd agree.

Q.   Okay.  What did you do to prepare for your deposition today?

A.   I went through my work file that relates to the report that I prepared in this case.

Q.   Okay.  Did you give your complete work file over to your attorneys?

A.   No.

Q.   Okay.  What parts of your work file did you not give to your attorneys?

A.   Well, I haven't been asked to produce anything.  In this particular instance, all the

** ROUGH DRAFT **                        3

A.   Sometimes --

Q.   -- either partially or in full?

A.   That's true.

Q.   Okay.  And that very well -- I mean, your
analysis assumes that these tickets were all bought
through American on the American price to the
destination city at American prices, right?

A.   I think you could say that with respect to
this analysis that we're talking about right now, the
incremental lost revenue is comparing a difference
between the amount that would have been paid if this
ticket was bought through American on the American site
versus what was paid when it was bought through
Skiplagged for a purportedly lower amount.

Q.   Okay.  And hypothetically if that were to
happen on a particular ticket, then you would have to
credit that amount on your damage analysis if there was
a refund?

          MR. BERG:  Objection, calls for
speculation.

A.   Whether it would need to be taken into account
would depend on whether there were any cancellations
that actually occurred with respect to the flight counts
that were included in the interrogatory responses.

Q.   (BY MR. TOBIN)  But if that did occur, there

Q.   Okay.  Did you the take any steps in
developing your opinion to determine the gross revenue
versus the revenue attributed to this alleged copyright
infringement?

A.   Well, to the extent that the copyright
infringement resulted in the revenue associated with the
American bookings, then those would be the same figure.

Q.   Okay.  But anything else?

A.   I don't believe so.

Q.   Just I think I closed this loop, but just to
be clear, your opinion on copyright damages is based
solely on disgorgement, correct?

A.   I think that's true.

Q.   Okay.  And you have no opinion as to damages
to American Airlines's copyrighted work, correct?

                    ** ROUGH DRAFT **              86


A.   When you mean -- when you say that, do you
mean that I don't have opinions regarding some
impairment or impact on the value of the copyrighted
work that resulted from Skiplagged's use?

Q.   Correct.

A.   That's true.

Q.   And you're not going to offer opinion and you
have not offered an opinion as to the amount of