IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## AMERICAN AIRLINES, INC.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff American Airlines, Inc. ("American") files this Motion for Partial Summary Judgment (the "Motion"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

### SUMMARY

By this Motion, American moves the Court for summary judgment on four causes of action asserted in its First Amended Complaint against Defendant Skiplagged, Inc. ("Skiplagged"). [Dkt. No. 8 at 27–29, 31–34]. American is entitled to summary judgment on the following grounds:

1. Skiplagged has breached, and continues to breach, American's Use Agreement (Count I);

2. Skiplagged has infringed, and continues to infringe, on the trademarks of American Airlines under 15 U.S.C. 1114 (Count III);

3. Skiplagged has falsely designated the origin of American's Marks, and continues to falsely designate the origin of American's Marks, under 15 U.S.C 1125 (a) (Count IV); and

4. Skiplagged has infringed on American's copyrights under 17 U.S.C. 101 (Count V).

1

American also seeks summary judgment on all of Skiplagged's affirmative defenses:

1.      This Court has personal jurisdiction over Skiplagged (the Court previously ruled on this in its Order dated December 19, 2023 (Dkt. No. 52);

2.      American's claims are not barred by the statute of limitations;

3.      American's claims are not barred by the principles of equitable estoppel, quasi-estoppel, consent, waiver, ratification or acquiescence;

4.      American's claims are not barred by laches;

5.      American's claims are not barred by unclean hands;

6.      American's claims are not barred by failure of consideration;

7.      American's claims are not barred by lack of privity;

8.      American's claims are not barred by the lack of mutual assent;

9.      American's claims are not void as against public policy;

10.     American's claims are not barred due to illegality of contract;

11.     American's trademark infringement, designation of false origin, and unfair competition claims are not barred by the doctrine of fair use;

12.     American's copyright infringement claim is not barred under 17 U.S.C 107.

13.     American's copyright infringement claim is not barred by the statute of limitations;

14.     American's claims for damages are not barred by its alleged failure to mitigate damages;

15.     American's claims for damages are not barred by the allegation its suffered no compensable damages;

16.     American's claims are not barred due to third party actions;

17.     American's claims are not barred due to disclaimers contained in Skiplagged's terms and conditions;

18.     American's claims are not barred by preemption;

19.     American's breach of contract claims are not barred by lack of standing;

20.     American's claims are not barred by any license given to Skiplagged.

For the reasons detailed in American's Brief filed concurrently with this Motion and incorporated herein by reference, American respectfully requests that the Court grant its Motion and enter partial summary judgment under Rule 56 in its favor as to American's breach of the AA.com Use Agreement claim (Count I); trademark infringement claim (Count III); false designation of origin claim (Count IV), and copyright infringement claim (Count V). American also requests that the Court grant its Motion and enter summary judgment in its favor as to all of Skiplagged's affirmative defenses.

## SUPPORTING APPENDIX

As required by Local Civil Rule 56.6, American is filing a sequentially-numbered Appendix with supporting evidence. American's supporting Brief will cite to specific pages in the Appendix as "[App'x ___]."

Dated: July 1, 2024                          Respectfully submitted,

                                             */s/ Dee J. Kelly, Jr.*
                                             Dee J. Kelly, Jr.
                                             State Bar No. 11217250
                                             dee.kelly@kellyhart.com
                                             Lars L. Berg
                                             State Bar No. 00787072
                                             lars.berg@kellyhart.com
                                             J. Austin Franklin
                                             State Bar No. 24075853
                                             austin.franklin@kellyhart.com
                                             Julia G. Wisenberg
                                             State Bar No. 24099146
                                             julia.wisenberg@kellyhart.com
                                             KELLY HART & HALLMAN LLP
                                             201 Main Street, Suite 2500
                                             Fort Worth, Texas 76102
                                             Telephone: (817) 332-2500

3

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on July 1, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.