IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**APPENDIX TO AMERICAN AIRLINES, INC.'S BRIEF IN SUPPORT
OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

In support of Plaintiff American Airlines, Inc.'s ("American") Brief in Support of its

Motion for Partial Summary Judgment, American submits the following materials:

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A | Declaration of Julia G. Wisenberg | App'x 0001–012 |
| A-1 | Transcript of the deposition of Aktarer Zaman as the Rule 30(b)(6) Corporate Representative of Defendant Skiplagged, Inc. ("Skiplagged"), taken on June 12, 2024 | App'x 0013–103 |
| A-2 | Screenshots of Skiplagged's website, produced by Skiplagged as Bates No. SKIP0000072–77 | App'x 0104–109 |
| A-3 | Reddit AMA entitled "United Airlines sued me last year for creating Skiplagged . . .", produced by American as AA-SKP-00103565–68 | App'x 0110–114 |
| A-4 | Plaintiff Southwest Airlines Co.'s First Amended Complaint Against Skiplagged, Inc. and Skybooker.com Ltd. in Cause No. 3:21-cv-01722 (N.D. Tex.), produced by Skiplagged as Bates No. SKIP0000335–403 | App'x 0115–184 |
| A-5 | Test buys of flights on Skiplagged.com, produced by American as AA-SKP-00058891–922, AA-SKP-00059519–536, and AA-SKP-00059659-676 | App'x 0185–253 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-6 | Skiplagged's internal Slack messages, produced by Skiplagged as SKP00095889–93 | App'x 0254–259 |
| A-7 | Defendant Skiplagged, Inc.'s Third Amended Objections and Responses to Plaintiff's First Set of Interrogatories | App'x 0260–271 |
| A-8 | Transcript of the deposition of Daniel Gellert, taken on November 30, 2023 | App'x 0272–329 |
| A-9 | Trademark File Wrappers for American's Trademark Reg. Nos. 4449061, 4939082, 5279167, and 5559145, produced by American as AA-SKP-00054086–90, AA-SKP-00054095–105, AA-SKP-00054143, AA-SKP-00054149–61, AA-SKP-00054178, AA-SKP-00054202–06, AA-SKP-00054236–43, AA-SKP-00054279, AA-SKP-00054286–309, AA-SKP-00054343–44, AA-SKP-00054412–29, AA-SKP-00054580–83, AA-SKP-00054588–607, AA-SKP-00054663, AA-SKP-00054695–96, AA-SKP-00054719–31, AA-SKP-00054768–69, and AA-SKP-00054833–56 | App'x 0330–485 |
| A-10 | American's Form 10-K for Year Ending December 31, 2023, produced by American as AA-SKP-00058499, AA-SKP-00058506, AA-SKP-00058580, and AA-SKP-00058644 | App'x 0486–490 |
| A-11 | Certificate of Registration for the American Airlines Flight Symbol, produced by American as AA-SKP-00058803–05 | App'x 0491–494 |
| A-12 | Report entitled, "Future Brand—American Airlines Brand Recognition," produced by American as AA-SKP-00059957–60066 | App'x 0495–605 |
| A-13 | Plaintiff American Airlines, Inc.'s Amended Objections and Answers to Defendant Skiplagged, Inc.'s First Interrogatories | App'x 0606–633 |
| A-14 | Addendum to Governing Travel Agency Agreements (GTAA), produced by American as AA-SKP-00052623–36 | App'x 0634–648 |
| A-15 | Conditions of Carriage, produced by American as AA-SKP-00054065–85 | App'x 0649–670 |
| A-16 | Skiplagged Company Overview presentation, produced natively by Skiplagged as SKP00078225 | App'x 0671–680 |
| A-17 | Transcript of the deposition of Aktarer Zaman, taken on May 29, 2024 | App'x 0681–734 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-18 | Skiplagged customer support reference spreadsheet, produced natively by Skiplagged as SKP00103763 | App'x 0735–745 |
| A-19 | American internal email exchange, produced by American as AA-SKP-00010324–25 | App'x 0746–748 |
| A-20 | American internal email exchanges, produced by American as AA-SKP-00005532–34, and AA-SKP-00005795–98 | App'x 0749–756 |
| A-21 | American's Use Agreement, produced by American as AA-SKP-00053437–444 | App'x 0757–765 |
| A-22 | Defendant Skiplagged, Inc.'s Fourth Amended Answer to Plaintiff American Airlines, Inc.'s Interrogatory No. 8 | App'x 0766–772 |
| A-23 | Skiplagged customer complaints, produced by Skiplagged as SKP00001001, SKP00012618–20, and SKP00015754 | App'x 0773–778 |
| A-24 | Skiplagged document entitled, "Complete List of Macros & Content," produced by Skiplagged as SKP00081001–38 | App'x 0779–817 |
| A-25 | Skiplagged customer complaints, produced by Skiplagged as SKP00001031–32, SKP00006753–54, SKP000039745–49, SKP000040775–76, and SKP000080906–10 | App'x 0818–834 |
| A-26 | Skiplagged customer complaints, produced by Skiplagged as SKP00080498–99 | App'x 0835–837 |
| A-27 | Skiplagged customer complaints, produced by Skiplagged as SKP00002212, SKP00004212, SKP000010474–76, SKP000093654–55, and SKP0000102530–32 | App'x 0838–848 |
| A-28 | Skiplagged customer complaints, produced by Skiplagged as SKP0003735 and SKP00006793 | App'x 0849–850 |
| A-29 | Skiplagged customer complaints, produced by Skiplagged as SKP00001387 and SKP000079796–98 | App'x 0852–856 |
| A-30 | Skiplagged customer complaints, produced by Skiplagged as SKP00043472–78 and SKP000080593–95 | App'x 0857–867 |
| A-31 | Skiplagged's profit and loss statements, produced by Skiplagged as SKIP0000634–38 and SKP00111227 | App'x 0868–874 |
| A-32 | Skiplagged Onboarding Survey and New to Affiliate Questionnaire, produced by Skiplagged as SKP00081041–44 and SKP00095589–92 | App'x 0875–883 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-33 | Skiplagged customer complaints, produced by Skiplagged as SKP0004300–01, SKP00013049–53, SKP00071936–39, and SKP00079338–42 | App'x 0884–900 |
| A-34 | Customer complaints related to Skiplagged, produced by American as AA-SKP-00052724–25, AA-SKP-00052764–66, and AA-SKP-00052798–801 | App'x 0901–910 |
| A-35 | Customer complaints related to Skiplagged, produced by American as AA-SKP-00063900–902 and AA-SKP-00064792 | App'x 0911–915 |
| A-36 | Skiplagged customer complaints, produced by Skiplagged as SKP00001090, SKP000011574, and SKP000042790–91 | App'x 0916–920 |
| A-37 | Expert Report of Professor Yoram (Jerry) Wind, served by American on April 23, 2024 | App'x 0921–1011 |
| A-38 | Skiplagged customer complaints, produced by Skiplagged as SKP00070018 and SKP00071991–92 | App'x 1012–1015 |
| A-39 | Skiplagged's Terms and Conditions, produced by Skiplagged as SKIP0000010–11 | App'x 1016–1018 |
| A-40 | Skiplagged customer complaints, produced by Skiplagged as SKP00001153–55, SKP00001488–92, and SKP00002367–71 | App'x 1019–1032 |
| A-41 | Skiplagged customer complaints, produced by Skiplagged as SKP00004243, SKP000038822–24, and SKP000084116–26 | App'x 1033–1048 |
| A-42 | Skiplagged customer complaints, produced by Skiplagged as SKP0004412–16, SKP00007671–74, SKP00009531–38, SKP000012931–32, SKP000015552–56, SKP000015755–84, SKP000052434–38, SKP000057157–58, SKP000066184–86, SKP000070763–68, and SKP0000100756–57 | App'x 1049–1121 |
| A-43 | Skiplagged customer complaints, produced by Skiplagged as SKP00003664–67, SKP00004346–47, SKP000015624–30, SKP000017437–43, SKP000020235–36, SKP000034672–77, and SKP000060686–93 | App'x 1122–1158 |
| A-44 | Skiplagged customer complaints, produced by Skiplagged as SKP00003303–04, SKP000020000–03, SKP000020473–76, SKP000060612–14, SKP000084992–94, and SKP000086008 | App'x 1159–1176 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-45 | Excerpts of the transcript of the deposition of Marcial Lapp, taken on May 30, 2024 | App'x 1177–1186 |
| A-46 | American internal email exchange, produced by American as AA-SKP-00005479–81 | App'x 1187–1190 |
| A-47 | American internal email exchange, produced by American as AA-SKP-00059850–57 | App'x 1191–1199 |
| A-48 | American internal email exchange, produced by American as AA-SKP-00059858–60 | App'x 1200–1203 |
| A-49 | American internal email exchange, produced by American as AA-SKP-00059930–32 | App'x 1204–1207 |
| A-50 | American internal email exchange, produced by American as AA-SKP-00084825–28 | App'x 1208–1212 |
| A-51 | American internal email exchange, produced by American as AA-SKP-00085908–11 | App'x 1213–1217 |
| A-52 | American internal email exchange, produced by American as AA-SKP-00062222–65 | App'x 1218–1222 |
| A-53 | Skiplagged customer complaint, produced by Skiplagged as SKP00024561–64 | App'x 1223–1227 |
| A-54 | Skiplagged customer complaints, produced by Skiplagged as SKP00003855–57, SKP00004827–29, and SKP00006578–81 | App'x 1228–1238 |
| A-55 | Email exchange between Skiplagged and Duffel, produced by Skiplagged as SKP00089977–80 | App'x 1239–1243 |
| A-56 | American internal email exchange, produced by American as AA-SKP-00010763–65 | App'x 1244–1247 |
| A-57 | American internal email exchange, produced by American as AA-SKP-00010776–78 | App'x 1248–1251 |
| A-58 | American internal email exchange, produced by American as AA-SKP-00005774-75 | App'x 1252–1254 |
| A-59 | Customer complaints related to Skiplagged and discussed internally by American, produced by American as AA-SKP-00005562–63, AA-SKP-000052654, AA-SKP-000052881–83, AA-SKP-000053218–22 | App'x 1255–1266 |
| A-60 | Expert Report of David N. Fuller, CFA, ASA, CFE dated May 31, 2024 | App'x 1267–1296 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-61 | Skyscanner B2B Affiliate Agreement with Skiplagged, produced by Skiplagged as SKP00111207–25 | App'x 1297–1316 |
| A-62 | Fare, Schedule and Inventory Access and Use Agreement between American and Skyscanner Limited, produced by American as AA-SKP-00065397–418 | App'x 1317–1339 |
| A-63 | Email exchange between American and Skyscanner with attachment, produced by American as AA-SKP-00103689–95 | App'x 1340–1348 |
| A-64 | Email exchange between American and Skyscanner, produced by American as AA-SKP-00103696–99 | App'x 1349–1353 |

Dated: July 1, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 1, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.