# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

---

## DECLARATION OF JULIA G. WISENBERG

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

1.      My name is Julia G. Wisenberg. I am over the age of 21 and competent to make this declaration as authorized under 28 U.S.C. § 1746. My business address is 201 Main Street, Suite 2500, Fort Worth, Texas 76102.

2.      I make this declaration in support of Plaintiff American Airlines, Inc.'s ("American") Brief in Support of its Motion for Partial Summary Judgment.

3.      Attached as Exhibit A-1 is a true and correct copy of the transcript of the deposition of Aktarer Zaman as the Rule 30(b)(6) Corporate Representative of Defendant Skiplagged, Inc. ("Skiplagged"), taken on June 12, 2024.

4.      Attached as Exhibit A-2 is a true and correct copy of screenshots of Skiplagged's website, produced by Skiplagged as Bates No. SKIP0000072–77.

5.      Attached as Exhibit A-3 is a true and correct copy of a Reddit AMA entitled "United Airlines sued me last year for creating Skiplagged . . .", produced by American as AA-SKP-00103565–68.

6.      Attached as Exhibit A-4 is a true and correct copy of Plaintiff Southwest Airlines Co.'s First Amended Complaint Against Skiplagged, Inc. and Skybooker.com Ltd. in Cause No. 3:21-cv-01722 (N.D. Tex.), produced by Skiplagged as Bates No. SKIP0000335–403.

7.      Attached as Exhibit A-5 is a true and correct copy of test buys of flights on Skiplagged.com, produced by American as AA-SKP-00058891–922, AA-SKP-00059519–536, and AA-SKP-00059659-676.

8.      Attached as Exhibit A-6 is a true and correct copy of Skiplagged's internal Slack messages, produced by Skiplagged as SKP00095889–93.

9.      Attached as Exhibit A-7 is a true and correct copy of Defendant Skiplagged, Inc.'s Third Amended Objections and Responses to Plaintiff's First Set of Interrogatories.

10.     Attached as Exhibit A-8 is a true and correct copy of the transcript of the deposition of Daniel Gellert, taken on November 30, 2023.

2

11.     Attached as Exhibit A-9 is a true and correct copy of the Trademark File Wrappers for American's Trademark Reg. Nos. 4449061, 4939082, 5279167, and 5559145, produced by American as AA-SKP-00054086–90, AA-SKP-00054095–105, AA-SKP-00054143, AA-SKP-00054149–61, AA-SKP-00054178, AA-SKP-00054202–06, AA-SKP-00054236–43, AA-SKP-00054279, AA-SKP-00054286–309, AA-SKP-00054343–44, AA-SKP-00054412–29, AA-SKP-00054580–83, AA-SKP-00054588–607, AA-SKP-00054663,     AA-SKP-00054695–96,     AA-SKP-00054719–31,     AA-SKP-00054768–69, and AA-SKP-00054833–56.

12.     Attached as Exhibit A-10 is a true and correct copy American's Form 10-K for Year Ending December 31, 2023, produced by American as AA-SKP-00058499, AA-SKP-00058506, AA-SKP-00058580, and AA-SKP-00058644.

13.     Attached as Exhibit A-11 is a true and correct copy a Certificate of Registration for the American Airlines Flight Symbol, produced by American as AA-SKP-00058803–05.

14.     Attached as Exhibit A-12 is a true and correct copy of a report entitled, "Future Brand—American Airlines Brand Recognition," produced by American as AA-SKP-00059957–60066.

15.     Attached as Exhibit A-13 is a true and correct copy Plaintiff American Airlines, Inc.'s Amended Objections and Answers to Defendant Skiplagged, Inc.'s First Interrogatories.

16.      Attached as Exhibit A-14 is a true and correct copy of the Addendum to Governing Travel Agency Agreements (GTAA), produced by American as AA-SKP-00052623–36

17.      Attached as Exhibit A-15 is a true and correct copy of the Conditions of Carriage, produced by American as AA-SKP-00054065–85.

18.      Attached as Exhibit A-16 is a true and correct copy of the Skiplagged Company Overview presentation, produced natively by Skiplagged as SKP00078225.

19.      Attached as Exhibit A-17 is a true and correct copy of the transcript of the deposition of Aktarer Zaman, taken on May 29, 2024.

20.      Attached as Exhibit A-18 is a true and correct copy of a Skiplagged customer support reference spreadsheet, produced natively by Skiplagged as SKP00103763,

21.      Attached as Exhibit A-19 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00010324–25.

22.      Attached as Exhibit A-20 is a true and correct copy of an American internal email exchanges, produced by American as AA-SKP-00005532–34, and AA-SKP-00005795–98.

23.      Attached as Exhibit A-21 is a true and correct copy American's Use Agreement, produced by American as AA-SKP-00053437–444.

24.     Attached as Exhibit A-22 is a true and correct copy of Defendant Skiplagged, Inc.'s Fourth Amended Answer to Plaintiff American Airlines, Inc.'s Interrogatory No. 8.

25.     Attached as Exhibit A-23 is a true and correct copy of a Skiplagged customer complaints, produced by Skiplagged as SKP00001001, SKP00012618–20, and SKP00015754.

26.     Attached as Exhibit A-24 is a true and correct copy of a Skiplagged document entitled, "Complete List of Macros & Content," produced by Skiplagged as SKP00081001–38.

27.     Attached as Exhibit A-25 is a true and correct copy of a Skiplagged customer complaints, produced by Skiplagged as SKP00001031–32, SKP00006753–54, SKP000039745–49, SKP000040775–76, and SKP000080906–10.

28.     Attached as Exhibit A-26 is a true and correct copy of a Skiplagged customer complaints, produced by Skiplagged as SKP00080498–99.

29.     Attached as Exhibit A-27 is a true and correct copy of a Skiplagged customer complaints, produced by Skiplagged as SKP00002212, SKP00004212, SKP000010474–76, SKP000093654–55, and SKP0000102530–32.

30.     Attached as Exhibit A-28 is a true and correct copy of a Skiplagged customer complaints, produced by Skiplagged as SKP0003735 and SKP00006793.

5

31.     Attached as Exhibit A-29 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00001387 and SKP000079796–98.

32.     Attached as Exhibit A-30 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00043472–78 and SKP000080593–95.

33.     Attached as Exhibit A-31 is a true and correct copy of Skiplagged's profit and loss statements, produced by Skiplagged as SKIP0000634–38 and SKP00111227.

34.     Attached as Exhibit A-32 is a true and correct copy a Skiplagged Onboarding Survey and New to Affiliate Questionnaire, produced by Skiplagged as SKP00081041–44 and SKP00095589–92.

35.     Attached as Exhibit A-33 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP0004300–01, SKP00013049–53, SKP00071936–39, and SKP00079338–42.

36.     Attached as Exhibit A-34 is a true and correct copy of customer complaints related to Skiplagged, produced by American as AA-SKP-00052724–25, AA-SKP-00052764–66, and AA-SKP-00052798–801.

37.     Attached as Exhibit A-35 is a true and correct copy of customer complaints related to Skiplagged, produced by American as AA-SKP-00063900–902 and AA-SKP-00064792.

38.     Attached as Exhibit A-36 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00001090, SKP000011574, and SKP000042790–91.

39.     Attached as Exhibit A-37 is a true and correct copy the Expert Report of Professor Yoram (Jerry) Wind, served by American on April 23, 2024.

40.     Attached as Exhibit A-38 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00070018 and SKP00071991–92.

41.     Attached as Exhibit A-39 is a true and correct copy of Skiplagged's Terms and Conditions, produced by Skiplagged as SKIP0000010–11.

42.     Attached as Exhibit A-40 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00001153–55, SKP00001488–92, and SKP00002367–71.

43.     Attached as Exhibit A-41 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00004243, SKP000038822–24, and SKP000084116–26.

44.     Attached as Exhibit A-42 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP0004412–16, SKP00007671–74, SKP00009531–38, SKP000012931–32, SKP000015552–56, SKP000015755–84, SKP000052434–38, SKP000057157–58, SKP000066184–86, SKP000070763–68, and SKP0000100756–57.

7

45.     Attached as Exhibit A-43 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00003664–67, SKP00004346–47, SKP000015624–30, SKP000017437–43, SKP000020235–36, SKP000034672–77, and SKP000060686–93.

46.     Attached as Exhibit A-44 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00003303–04, SKP000020000–03, SKP000020473–76, SKP000060612–14, SKP000084992–94, and SKP000086008.

47.     Attached as Exhibit A-45 is a true and correct copy of excerpts of the transcript of the deposition of Marcial Lapp, taken on May 30, 2024.

48.     Attached as Exhibit A-46 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00005479–81.

49.     Attached as Exhibit A-47 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00059850–57.

50.     Attached as Exhibit A-48 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00059858–60.

51.     Attached as Exhibit A-49 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00059930–32.

52.     Attached as Exhibit A-50 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00084825–28.

8

53.     Attached as Exhibit A-51 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00085908–11.

54.     Attached as Exhibit A-52 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00062222–65

55.     Attached as Exhibit A-53 is a true and correct copy of a Skiplagged customer complaint, produced by Skiplagged as SKP00024561–64.

56.     Attached as Exhibit A-54 is a true and correct copy of Skiplagged customer complaints, produced by Skiplagged as SKP00003855–57, SKP00004827–29, and SKP00006578–81.

57.     Attached as Exhibit A-55 is a true and correct copy of an email exchange between Skiplagged and Duffel, produced by Skiplagged as SKP00089977–80.

58.     Attached as Exhibit A-56 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00010763–65.

59.     Attached as Exhibit A-57 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00010776–78.

60.     Attached as Exhibit A-58 is a true and correct copy of an American internal email exchange, produced by American as AA-SKP-00005774-75.

61.     Attached as Exhibit A-59 is a true and correct copy of a customer complaints related to Skiplagged and discussed internally by American, produced by American as AA-SKP-00005562–63, AA-SKP-000052654, AA-SKP-000052881–83, AA-SKP-000053218–22.

62.     Attached as Exhibit A-60 is a true and correct copy of the Expert Report of David N. Fuller, CFA, ASA, CFE dated May 31, 2024.

63.     Attached as Exhibit A-61 is a true and correct copy of the Skyscanner B2B Affiliate Agreement with Skiplagged, produced by Skiplagged as SKP00111207–25.

64.     Attached as Exhibit A-62 is a true and correct copy a Fare, Schedule and Inventory Access and Use Agreement between American and Skyscanner Limited, produced by American as AA-SKP-00065397–418.

65.     Attached as Exhibit A-63 is a true and correct copy of an email exchange between American and Skyscanner with attachment, produced by American as AA-SKP-00103689–95.

66.     Attached as Exhibit A-64 is a true and correct copy of an email exchange between American and Skyscanner, produced by American as AA-SKP-00103696–99.

67.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 1, 2024.

Julia G. Wisenberg

11

# Exhibit A-1

Withheld Due to Confidential Information
Pending Motion for Leave to File Under Seal

# Exhibit A-2

App'x 0104



SKIP0000072

**App'x 0105**

skiplagged

Submit a request

Skiplagged Support > Flights

# How do I search for a hidden-city flight?

Follow

Hidden-city or 'Skiplagged Rate' flights are only available on certain routes.  Some cities are major transit hubs, so flights frequently have layovers in those cities.

If you are flying through such a city, you may see flight options on our site that allow you to disembark at the layover city. If these options are available, they will appear in your search results (you don't have to do anything special to get these results to appear). You'll know they're hidden-city flights because the final legs of the journey will be crossed off, and the layover location will appear as your destination. These flights will also be denoted as 'Skiplagged rate':



If hidden-city flights are options in your search results, you will have the ability to filter the results to view hidden-city flights. On the website, simply select the filter option on the left called **SKIPLAGGING** to view **Hidden-City** flight in your search results. Deselect it to exclude hidden-city flights:



**Remember:** If you choose a hidden-city itinerary, consult our page about tips for hidden-city travel: What is a 'hidden-city' flight?

Have more questions? Submit a request

### Recently viewed articles

What is Skiplagging or 'hidden-city' flying?

### Related articles

What is Skiplagging or 'hidden-city' flying?

Why are there two booking links for my round trip flight?

How do I purchase tickets for multiple travelers?

Can I check a bag if I book flights found on Skiplagged?

Can I cancel or change a flight?

Skiplagged Support

SKIP0000074
**App'x 0106**

skiplagged                                                                          Submit a request

Skiplagged support > Flights                                        Search

**Articles in this section**

How to book a flight on
Skiplagged

Can I cancel or change a
flight?

Self-transfer/Virtual
Interlining Flights

How do I add my TSA Known
Traveler Number (KTN) to my
booking?

Why are there two booking
links for my round trip flight?

How do I purchase tickets for
multiple travelers?

Why is the app not defaulting
to my local airport?

How do I search for a hidden-
city flight?

Can I track the price of a
specific flight?

Can I search for a multi-city
itinerary?

See more

# How to Book a Flight on Skiplagged

Follow

Welcome to Skiplagged! Here are some basic instructions on how to search for and book a flight.

Go to the https://skiplagged.com/ homepage and enter your departure and destination
locations and departure date for a one-way trip. You can also change to round trip and adjust
the number of travelers.



Flight search results will load on the next screen so you can choose your flight.

- There are two types of flights: **Standard** and **Hidden-city** or **Skiplagging**
- **Standard:** Leaving from the departure city and arriving at the final destination of the
  ticket. (Example: You want to fly from NYC area to LAX. The route is JFK-SEA-LAX. This
  means you would leave from JFK and arrive at the final destination of the ticket, LAX).
- **Hidden-city (Skiplagging):** Leaving from the departure city and you will disembark at the
  layover airport but not continue on to the final destination of the ticket. (Example: You
  want to fly from NYC to LAX and you found a hidden-city flight route EWR-LAX-OAK. This
  means you would exit in LAX and not continue on to OAK.) Learn more about them here:
  What is Skiplagging or 'hidden-city' flying?

There are **filters along the left side** where you can narrow down your options by filtering
standard vs. hidden-city (skiplagging), number of stops, takeoff, landing, flight duration, layover
duration, airlines, departure airport, and layover city.



To select a flight, you can hover over the price on the right side and click on the flight or the
blue "Select" button.

- This will create a popup for you to review the details before you get to the checkout
  page.
- If you are ready to book, click on the blue "Book Now" button to take you to the checkout
  page.

 Share          **New York - Los Angeles**          ✕
                                      Friday, November 17

SKIP0000075

**App'x 0107**



On the checkout page, you will select fare class (if available), enter the passenger information, and the payment information.

- Once you have reviewed the flight, the payment information, and agreed to the terms and conditions, you now click on the final, blue "Book Now" button to complete your flight purchase. You will see a page showing the booking was successfully completed.

Within a few minutes, a Skiplagged confirmation email will be sent to the inbox of the email address you used on the checkout page.

And that's it. You've booked your flight. Thank you for choosing us and safe travels!

Have more questions? Submit a request

**Recently viewed articles**

Can I check a bag if I book flights found on Skiplagged?

How do I search for a hidden-city flight?

What is Skiplagging or "hidden-city" flying?

**Related articles**

What is Skiplagging or "hidden-city" flying?

Can I cancel or change a flight?

Why are there two booking links for my round trip flight?

How do I search for a hidden-city flight?

How do I add my TSA Known Traveler Number (KTN) to my booking?

Skiplagged Support

skiplagged                                                                    Submit a request

Skiplagged Support > FAQ                                          🔍 Search

**Articles in this section**

What is Skiplagging or 'hidden-city' flying?

How do I contact Skiplagged's support team?

Why are flight prices sometimes more expensive than listed?

How do I receive a refund for a canceled flight?

Why don't I see any search results?

Beware of Scammers Pretending to be Skiplagged

How do I cancel Trip Protection?

Where are the price graphs for flights?

What are the benefits of creating an account with Skiplagged?

Does Skiplagged buy or sell timeshares?

See more

# What is Skiplagging or "hidden-city" flying?

Follow

Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas).

This is perfectly legal and the savings can be significant, but there are <u>some things to be aware of</u>:

- **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)!
- **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.
- **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.
- **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.
- **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable return ticket directly from the airline and cancel it ASAP after boarding.
- **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.
- In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (2% chance).
- You might upset the airline, so don't do this often.



$250
ATL → MCO

Atlanta        Orlando        Dallas

Exit here!

$130
ATL → MCO→ DFW

(f) (t) (in)

Have more questions? Submit a request

**Related articles**

Can I check a bag if I book flights found on Skiplagged?

Why are flight prices sometimes more expensive than listed?

Why are there two booking links for my round trip flight?

How do I receive a refund for a canceled flight?

How do I contact Skiplagged's support team?

Skiplagged Support

SKIP0000077

App'x 0109

# Exhibit A-3

App'x 0110

 **r/IAmA** • 9 yr. ago
skiplagged                                                                                              ≡•••

# United Airlines sued me last year for creating Skiplagged, a site that saves consumers money on airfare by exposing secrets. Instead of shutting it down, United made Skiplagged go viral worldwide and supporters donated over $80,000! Today, there's no lawsuit and Skiplagged is still marching on. AMA

Business

Update: reddit hug of death, try the Android or iOS apps if website fails <3 . We're also hiring, particularly engineers to make Skiplagged better. Email apply@skiplagged.com if you're interested.

This is a followup to the AMA I did last year, just after the federal lawsuit was filed.

Hey guys, I founded Skiplagged. Skiplagged is like a regular airfare search engine except it also shows you fares other websites don't. Among those is something very controversial known as hidden-city.

Basically, hidden-city is where your destination is a stopover; you'd simply leave the airport when you arrive at your destination. It turns out booking this way can save you hundreds of dollars on over 25% of common routes, especially in the USA. New York to San Francisco example. There are a few caveats, of course: (1) you'd have to book a round-trip as two one-ways (which Skiplagged handles automatically), (2) you can only have carry-ons, and (3) you may be breaking an agreement with the airlines known as contract of carriage, where it might say you can't miss flights on purpose.

While Skiplagged is aimed at being a traveller's best friend and does more than inform about hidden-city opportunities, hidden-city is what it became known for. In fact, many people even refer to missing flights on purpose as "skiplagging". United Airlines didn't like any of this.

Around September of last year, United reached out trying to get me to stop. I refused to comply because of their sheer arrogance and deceitfulness. For example, United tried to use the contract of carriage. They insisted Skiplagged, a site that provides information, was violating the contract. Contract of carriage is an agreement between passengers and airlines...Skiplagged is neither. This was basically the case of a big corporation trying to get what they want, irrelevant of the laws.

Fast-forward two months to Nov 2014, United teamed up with another big corporation and filed a federal lawsuit. I actually found out I was being sued from a Bloomberg reporter, who reached out asking for my thoughts. As a 22 year old being told there's a federal lawsuit against me by multi-billion dollar corporations, my heart immediately sank. But then I remembered, I'm 22. At worst, I'll be bankrupt. In my gut, I believed educating consumers is good for society so I decided this was a fight worth having. They sent over a letter shortly asking me to capitulate. I refused.

Skiplagged was a self-funded side project so I had no idea how I was going to fund a litigation. To start somewhere, I created a GoFundMe page for people to join me in the fight. What was happening in the following weeks was amazing. First there was coverage from small news websites. Then cbs reached out asking me to be on national tv. Then cnn reached out and published an article. Overnight, my story started going viral worldwide like frontpage of reddit and trending on facebook. Then I was asked to go on more national tv, local tv, radio stations, etc. Newspapers all over the world started picking this up. United caused the streisand effect. Tens of millions of people now heard

AA-SKP-00103565
**App'x 0111**

about what they're doing. This was so nerve-wracking! Luckily, people understood what I was doing and there was support from all directions.

Fast-forward a couple of months, United's partner in the lawsuit dropped. Fast-forward a few more months to May 2015, a federal judge dropped the lawsuit completely. Victory? Sort of I guess. While now there's no lawsuit against Skiplagged, this is America so corporations like United can try again.

From running a business as an early twenties guy to being on national tv to getting sued by multi-billion dollar corporations to successfully crowdfunding, I managed to experience quite a bit. Given the support reddit had for me last year, I wanted to do this AMA to share my experience as a way of giving back to the community.

**Also, I need your help.**

The crowdfunding to fight the lawsuit led to donations of over $80,000. I promised to donate the excess, so in addition to your question feel free to suggest what charity Skiplagged should support with the remaining ~$23,000. Vote here. The top suggestions are:

1. Corporate Angel Network - "Corporate Angel Network is the only charitable organization in the United States whose sole mission is to help cancer patients access the best possible treatment for their specific type of cancer by arranging free travel to treatment across the country using empty seats on corporate jets." http://www.corpangelnetwork.org/about/index.html
2. Angel Flight NE - "organization that coordinates free air transportation for patients whose financial resources would not otherwise enable them to receive treatment or diagnosis, or who may live in rural areas without access to commercial airlines." http://www.angelflightne.org/angel-flight-new-england/who-we-are.html
3. Miracle Flights for Kids - "the nation's leading nonprofit health and welfare flight organization, providing financial assistance for medical flights so that seriously ill children may receive life-altering, life-saving medical care and second opinions from experts and specialists throughout the United States" http://www.miracleflights.org/
4. Travelers Aid International - "While each member agency shares the core service of helping stranded travelers, many Travelers Aid agencies provide shelter for the homeless, transitional housing, job training, counseling, local transportation assistance and other programs to help people who encounter crises as they journey through life." http://www.travelersaid.org/mission.html

I'm sure you love numbers, so here are misc stats:

*Donations*

| Number of Donations | Total Donated | Average | Min | Max | Std Dev | Fees | Net Donated |
|---|---|---|---|---|---|---|---|
| GoFundMe | 3886 | $80,681 | $20.76 | $5.00 | $1,000.00 | $38.98 | $7,539.60 |
| PayPal | 9 | $395 | $43.89 | $5.00 | $100.00 | $44.14 | $0 |
| 3895 | $81,076 | $20.82 | $5.00 | $1,000.00 | $39.00 | $7,539.60 | $73,536 |

*Legal Fees*

AA-SKP-00103566
**App'x 0112**

| Amount Billed | Discount | Amount Paid |
|---|---|---|
| Primary Counsel | $54,195.46 | $5,280.02 |
| Local Counsel | $1,858.50 | $0.00 |
| $56,053.96 | | $50,773.94 |

*Top 10 Dates*

| Date | Amount Donated |
|---|---|
| 12/30/14 | $21,322 |
| 12/31/14 | $12,616 |
| 1/1/15 | $6,813 |
| 1/2/15 | $3,584 |
| 12/19/14 | $3,053 |
| 1/4/15 | $2,569 |
| 1/3/15 | $2,066 |
| 1/6/15 | $2,033 |
| 1/5/15 | $1,820 |
| 1/8/15 | $1,545 |

*Top 10 Cities*

AA-SKP-00103567
**App'x 0113**

United Airlines sued me last year for creating Skiplagged, a site that saves consumers money on airfare by exposing secrets. Inst…

| City | Number of Donators |
|------|--------------------|
| New York | 119 |
| San Francisco | 61 |
| Houston | 57 |
| Chicago | 56 |
| Brooklyn | 55 |
| Seattle | 48 |
| Los Angeles | 47 |
| Atlanta | 43 |
| Washington | 31 |
| Austin | 28 |

*Campaign Growth:* http://i.imgur.com/PMT3Met.png

*Comments:* http://pastebin.com/85FKCC43

*Donations Remaining:* **$22,762**

Proof: http://skiplagged.com/reddit_11_30_2015.html

Now ask away! :)

tl;dr built site to save consumers money on airfare, got sued by United Airlines, started trending worldwide, crowdfunded legal fight, judge dismissed lawsuit, now trying to donate ~$23,000

AA-SKP-00103568
**App'x 0114**

Exhibit A-4

App'x 0115

# EXHIBIT 1

SKIP0000335

**App'x 0116**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SOUTHWEST AIRLINES CO.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:21-cv-01722** |
| | § | |
| **SKIPLAGGED, INC., AND** | § | |
| **SKYBOOKER.COM LTD. d/b/a** | § | |
| **DESTINA HOLIDAYS** | § | |
| | § | |
| **Defendants.** | § | |

---

**PLAINTIFF SOUTHWEST AIRLINES CO.'S
FIRST AMENDED COMPLAINT AGAINST SKIPLAGGED, INC AND
SKYBOOKER.COM LTD.**

---

Southwest Airlines Co. ("Southwest" or "Plaintiff") files this First Amended Complaint against Skiplagged, Inc. ("Skiplagged") and Skybooker.com ltd. d/b/a Destina Holidays ("Destina Holidays") (collectively "Defendants") and shows as follows:

## I.     NATURE OF ACTION

1.     Just over 50 years since its first flights in 1971, Southwest Airlines has grown to become one of the most-flown airlines in the United States. Southwest prides itself on offering customer-friendly policies, including its unique "Bags Fly Free" policy (each customer can check two bags for free, subject to weight and size limits) and its "No Change Fees" policy (Southwest does not charge fees to change or cancel flights, though fare differences may apply).

2.     Southwest has built a reputation for high customer satisfaction and has recently received several awards demonstrating its success, such as the 2020 J.D. Power award for best airline in North America, the Wall Street Journal's "Best Airline" of 2020, and one of America's Most Trusted Travel & Hospitality Brands for 2021 by Morning Consult. Southwest takes pride in

1

these awards and one key factor in this success comes from Southwest employees showing their legendary customer service and hospitality on a daily basis.

3.      To help with customer service, among other goals, Southwest maintains the exclusive online distribution rights to sell Southwest tickets to the general public through the Southwest Website[1] and does not allow online travel agencies ("OTAs") to sell Southwest flights without express written approval. Southwest offers its low-fare flights, ticket information, reservation details, additional booking options for Southwest flights, and ancillary services through its website at www.Southwest.com and its mobile application available via the Apple app store and Google Play app store.  Having customers book trips through the Southwest Website enables Southwest to efficiently communicate with its customers about important information prior to the trip or, if necessary, to timely update them on a flight's schedule change on the day of travel.

4.      Southwest has long controlled access to the Southwest Website to prohibit OTAs from selling reservations on its airline without authorization. Among other things, the Terms & Conditions for use of the Southwest Website (the "Terms & Conditions") expressly prohibit any attempts to "page scrape" flight data and any use of the Southwest Website "for any commercial purpose" without authorization from Southwest.[2] This is an important distinguishing feature of its business strategy, and a source of competitive advantage.

5.      In the past, Southwest has successfully prosecuted actions and obtained injunctions against website operators or OTAs attempting to scrape or display data from the Southwest

---

[1] The terms "Southwest Website" or "Southwest.com" shall refer to Southwest's public-facing front end website available at www.Southwest.com, application programming interface ("API"), and/or mobile applications, available via the Apple app store and Google Play app store. API is an interface used to programmatically access an application through a set of routines, protocols, and other tools for building software applications. The purpose of using an API is to access an application without using the standard user interface.

[2] A true and correct copy of the Southwest Terms & Conditions is attached as Ex. A.

SKIP0000337
App'x 0118

Website for commercial purposes without authorization by Southwest. *See, e.g., Southwest Airlines Co. v. Farechase, Inc.*, 318 F.Supp.2d 435 (N.D. Tex. 2004); *Southwest Airlines Co. v. BoardFirst, L.L.C.*, No. 3:06-CV-0891-B, 2007 WL 4823761, at *4-11 (N.D. Tex. Sept. 12, 2007); *Southwest Airlines Co. v. Infare Solutions A/S*, No. 3:10-cv-01674-M (N.D. Tex. 2010); *Southwest Airlines Co v. Checkinsooner.com, LLC*, No. 3:10-cv-01512-K (N.D. Tex. 2010); and *Southwest Airlines v. Roundpipe LLC*, et al., 375 F. Supp. 3d 687 (N.D. Tex. 2019).

6.     Southwest previously filed a lawsuit against Kiwi.com, Inc. and Kiwi.com, s.r.o., (hereinafter, "Kiwi"), a Czech OTA business that owns and operates a website at www.kiwi.com (hereinafter, "Kiwi.com"), that has engaged in repeated, unlawful activity relating to the Southwest Website and ignored a series of cease and desist demands from Southwest.[3]  On September 30, 2021, this Court granted Southwest's Motion for Preliminary Injunction against Kiwi.  *See Sw. Airlines v. Kiwi.com, et al.*, No. 3:21-cv-0098, 2021 WL 4476799 (N.D. Tex. Sept. 30, 2021) ("Kiwi Ruling").

7.     Southwest recently discovered that Defendants are displaying Southwest's trademarks and/or fare information – without authorization – and, on information and belief, Skiplagged (a) was previously collecting or scraping Southwest's fare information from Kiwi; and (b) has recently been collecting or scraping Southwest's fare information from Destina Holidays. Both Kiwi and Destina Holidays obtained Southwest's fare information without authorization and in violation of the Southwest Terms & Conditions.

8.     In sum, Skiplagged would display Southwest's fare information on its website and then direct Skiplagged's users to complete the booking or purchase on an unauthorized OTA like

---

[3] *Sw. Airlines Co. v. Kiwi.com, et al.*, No. 3:21-cv-00098 (N.D. Tex.) (the "Kiwi Litigation").

SKIP0000338
**App'x 0119**

Kiwi or Destina Holidays.  Neither Skiplagged, Kiwi, nor Destina Holidays is authorized to display Southwest fares or sell Southwest flights.

9.   Despite Skiplagged claiming its website "Shows you the cheapest regular flights" and "the best available rates anywhere,"[4] and Destina Holidays claiming that "if you are looking for a budget trip, Destina Holidays is your go-to place"[5] these statements are false and misleading because Defendants display Southwest fares that are inflated above the actual price on the Southwest Website.  *See infra* at ¶¶ 20-22, 107-110.

10.   Prior to the Kiwi Ruling, Kiwi was sharing Southwest's data with its partner, Skiplagged, who, together with Kiwi, had been using Southwest's data and trademarks to sell tickets (including prohibited "hidden city" tickets) on Southwest Airlines at a markup, without Southwest's authorization.

11.   Even after this lawsuit (filed in July 2021) and the Kiwi Ruling (issued in September 2021), Skiplagged continued to display Southwest's flight and fare information by directing its users to purchase Southwest flights on unauthorized OTAs, including www.DestinaHolidays.com.

12.   Upon information and belief, Skiplagged has entered into a contract or business relationship with Destina Holidays for the purpose of helping Destina Holidays to sell Southwest flights, among other things. Throughout 2022, Skiplagged directed its users to purchase Southwest flights on the Texas-based website www.DestinaHolidays.com. As a result, throughout 2022, Southwest sent two (2) separate cease and desist letters to a Texas corporation, Skybooker.com Ltd (d/b/a Destina Holidays), through its registered agent in Irving, Texas (located in this District).

---

[4] *See* https://skiplagged.com/ (last visited July 29, 2022).

[5] *See* https://www.destinaholidays.com/static/about-us (last visited July 29, 2022).

SKIP0000339
**App'x 0120**



**Office of the Secretary of State**
**Corporations Section**
P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filed in the Office of the
Secretary of State of Texas
Filing #: 802986837 11/16/2021
Document #: 1094478230003
Image Generated Electronically
for Web Filing

**ASSUMED NAME CERTIFICATE**
**FOR FILING WITH THE SECRETARY OF STATE**

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**DESTINA HOLIDAYS**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**skybooker.com ltd**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS**

4. The period, not to exceed 10 years, during which the assumed name will be used is :
**10/10/2031**

5. The entity is a : **Domestic For-Profit Corporation**

6. The entity's principal office address is:
**7952, SOUTHFORK BEND, irving, TX, USA 75063-75063**

13.     Thus, even after this lawsuit was filed, Skiplagged furthered its Texas contacts by conducting business with a Texas corporation (via the website www.DestinaHolidays.com) in order to display, market, and sell Southwest flights without authorization.

**A.     Southwest filed suit against Kiwi for illegally scraping data from Southwest's website and using it to sell tickets on Southwest's airline without its authorization.**

14.     For a period of time before 2021, Skiplagged and Kiwi worked in concert to engage in the unauthorized display of Southwest's fare information and the unauthorized sale of Southwest's flights.

15.     In the Kiwi Litigation, Southwest alleged that Kiwi was illegally harvesting flight schedules and airfare prices from the Southwest Website and servers in violation of the Southwest Terms & Conditions. Kiwi then used Southwest's data to sell airline tickets on Southwest Airlines without its authorization.

16.     As alleged in the Kiwi Litigation, Kiwi has engaged in the following unlawful conduct:

5

a. **Page Scraping:** Kiwi knowingly violated the Southwest Terms & Conditions through its unauthorized access and scraping of flight and pricing data from the Southwest Website;

b. **Unauthorized Sale:** Kiwi knowingly violated the Southwest Terms & Conditions by selling Southwest tickets without approval from Southwest and therefore has engaged in unauthorized commercial activity;

c. **Unauthorized Services:** Kiwi knowingly violated the Southwest Terms & Conditions by charging certain "service fees" that are not otherwise charged by Southwest;

d. **Trademark Infringement:** Kiwi knowingly violated Southwest's registered trademarks by displaying, among other things, Southwest's famous "Heart" logo on Kiwi.com;

e. **Unauthorized Access:** Kiwi violated federal and state law by continuing to access the Southwest Website without authorization from Southwest;

f. **Unfair and Deceptive Practices:** Kiwi violated federal law by engaging in unfair and deceptive practices in connection with the sale of airline tickets, including (i) selling Southwest flights without permission; (ii) failing to identify the carrier when advertising Southwest flights; (iii) adding its own service fees to the price of Southwest flights; (iv) misrepresenting Southwest's policies in an effort to bilk customers into purchasing ancillary services from Kiwi, such as customer service and checked bags, that are free with the purchase of Southwest flights; (v) failing to issue refunds to customers for cancellations on Southwest flights; and

SKIP0000341
**App'x 0122**

g.  **Hidden City Tickets:** Kiwi promoted and offered "hidden city" tickets, meaning that the passenger's intended final destination is not the ticketed final destination, but rather an intermediate or connecting city.[6] This booking practice is a violation of Southwest's Contract of Carriage. It negatively impacts Southwest's operations and causes problems (i) with checked baggage because Southwest must check baggage to the ticketed, final destination, yet the customer intends to end their trip in the connecting city; (ii) for operational employees and flight crews trying to locate connecting customers that are listed on the connecting flight's manifest; and (iii) trying to locate connecting customers which lead to flight delays that negatively impact other passengers and disrupt Southwest flight schedule and on-time performance metrics. Southwest has recently suffered multiple reportable flight delays caused by Kiwi's unauthorized sales of "hidden city" flights.

**B.**  **Southwest discovers that Skiplagged is displaying Southwest's fare information (at inflated prices) by scraping or connecting to Kiwi's website, which is also not authorized to display Southwest's fare information**

17.  As part of its investigation, Southwest discovered that certain "hidden city" tickets for which Kiwi was the apparent seller were in fact obtained through a website owned by Skiplagged, www.Skiplagged.com.

---

[6] As an illustrative example, a passenger purchases a ticket from Los Angeles to New York with a connection in Las Vegas, but does not travel beyond Las Vegas. These are also known as "buy long/fly short" itineraries or "hidden city" tickets.

SKIP0000342
**App'x 0123**

18.     On information and belief, Kiwi distributed *to Skiplagged* the Southwest schedules and fares that Kiwi was scraping from Southwest's website.[7]

19.     On information and belief, Skiplagged integrated Kiwi's database into its own travel website by becoming a Kiwi "partner." According to Kiwi's website, OTAs and metasearch engines must become a Kiwi partner to access Kiwi's flight and fare data and these partners are remunerated on a commission basis.[8]

20.     On information and belief, Skiplagged and Kiwi work together, as partners, to market and sell tickets on Southwest Airlines at an inflated price—and earn profits on these sales.

21.     Kiwi's website describes its "B2B2C" model as follows:

> Kiwi collects content from hundreds of different sources, including consolidators, web-modules, and direct APIs with carriers. … Kiwi.com provides a unified pricing model …. for our B2B2C customers. Our markup contains **fees for the provision of services and** a **partner commission**. It is possible to receive pricing with no commission in order to make the price more attractive for the final customer. … The prices which are returned by our Search API are always final. These include **partner commission**, guarantee costs, payment fees, Customer Support fees, infrastructure and content fees, **and Kiwi.com's commission. Kiwi.com acts as the merchant of record.** Our markup is dynamically calculated and varies from 5 per cent to 20 per cent.[9]

22.     Kiwi and Skiplagged understand that they are able to convince buyers to purchase tickets at inflated prices by (i) including flights on airlines like Southwest that are not otherwise

---

[7] Kiwi website, https://partners.kiwi.com/our-solutions/tequila/ (last verified, July 11, 2021). Kiwi website, https://www.kiwi.com/tw/pages/content/partner (then click on OTA & metasearch) (last accessed July 12, 2021).

[8] https://www.kiwi.com/tw/pages/content/partner (last accessed July 12, 2021).

[9] https://partners.kiwi.com/technology-services/b2b2c-partnership-model/ (last accessed July 20, 2021) (emphasis added).

SKIP0000343
**App'x 0124**

available on OTAs like Kayak or Expedia; and (ii) promoting improper ways to combine flights to reach a destination, like "hidden city" travel. [10]

**C.     Skiplagged partners with Kiwi to sell "hidden city" tickets on Southwest.**

23.     Skiplagged runs a search engine that claims to identify lower airfares to a given destination by, with its actual knowledge, inducing OTAs (like Kiwi and Destina Holidays) to breach applicable contracts of carriage with the airline. Skiplagged's CEO Aktarer Zaman signed a declaration in the New York action that confirmed "Kiwi.com is one vendor as to which Skiplagged publishes pricing for routes offered by a wide variety of airlines, including [Southwest]."[11]

24.     The name Skiplagged is a reference to the term "Skiplagging" that is the practice of booking an itinerary where the stopover (connecting city) is the true and intended destination of the traveler. Tickets purchased to travel to a stopover rather than the destination are known as "hidden city" tickets.

25.     Many airlines (including Southwest) prohibit "hidden city" tickets due to logistical, operational, and public safety concerns that arise from it. Some examples include: (1) there are challenges at the airport with checked baggage because Southwest must check baggage to the ticketed, final destination, yet the customer intends to end his or her trip in the connecting city; (2) when a customer ends his or her trip in the connecting city, this presents a series of challenges for operational employees and flight crews trying to locate connecting customers that are listed on the connecting flight's manifest; and (3) challenges arise in the amount of time trying to locate

---

[10]     *See, e.g.*,   https://partners.kiwi.com/technology-services/b2b2c-partnership-model/   (last accessed June 12, 2020).

[11]     *Skiplagged, Inc. v. Southwest Airlines Co.*, No. 1:21-cv-05749-JPC (S.D.N.Y.) (Dkt. #35) Declaration of Aktarer Zama ¶ 4.

SKIP0000344
**App'x 0125**

connecting customers which has led to actual flight delays that negatively impact other passengers and disrupt Southwest's flight schedule and on-time performance metrics.

26.     "Hidden city" travel violates the Contract of Carriage that a passenger enters with Southwest and, more specifically, Section 2(a)(2) of Southwest's Contract of Carriage prohibits "purchasing a Ticket without intending to fly all flights to gain lower fares (hidden cities)."[12]

27.     By identifying and promoting prohibited forms of travel (such as "hidden city" tickets), Skiplagged has induced Southwest's customers to breach both (a) the Southwest Terms & Conditions and (b) Southwest's Contract of Carriage.

28.     Skiplagged.com includes repeated reference to "hidden city" tickets that it describes as "a flight where you get off at the layover rather than the final destination"[13] and then explains "but there are **some things to be aware of**" and notes that:

- You might upset the airline, so don't do this often.

---

[12] Southwest provides notice of the Contract of Carriage throughout the purchase path, among other places on the Southwest Website, and also incorporates the Contract of Carriage as part of the Terms & Conditions that provide: "[i]n some instances both these Terms [& Conditions] and separate terms and conditions will apply, including . . . [being] subject to the terms & conditions contained in Southwest's Contract of Carriage." Kiwi's website also contains terms and conditions explaining to Kiwi's users in the "Service Agreement" (Article 2.1.2) that Kiwi's services consist of "[b]rokerage of the Contract of Carriage between You [the Kiwi user] and the Selected Carrier." Article 16 of Kiwi.com's terms and conditions are labeled "Brokerage of the Contract of Carriage" and explains: "We [Kiwi] are responsible primarily for brokering the Contract of Carriage between You [Kiwi user] and a Selected Carrier."

[13] https://support.skiplagged.com/hc/en-us/articles/115003286687-What-is-a-hidden-city-flight- (last accessed July 23, 2021).

SKIP0000345
**App'x 0126**

29.     On information and belief, when a Skiplagged.com user is ready to purchase a ticket on Southwest, Skiplagged.com directs the user to a page on Kiwi.com (or more recently DestinaHolidays.com) to complete the purchase and process payment.

30.     Because Kiwi or Destina Holidays acts as the merchant of record, Southwest cannot easily determine from the electronic record which tickets were purchased through Skiplagged.com.

**D.     Southwest demands that Skiplagged cease and desist from using its trademarks and selling "hidden city" flights on its airline without authorization.**

31.     On June 8, 2021, Southwest wrote a letter to Skiplagged from Texas, explaining that Skiplagged was violating the Southwest Terms & Conditions by scraping and/or using data scraped from Southwest.com, promoting "hidden city" tickets, and using Southwest's trademarked heart logo to advertise the sale of tickets on Southwest Airlines without its authorization.[14]

32.     Southwest explained that Southwest had "the exclusive distribution rights to sell Southwest flights to the general public through the Southwest Website" and never authorized Skiplagged to display or sell its fares, display its trademark logos, publish its flight or fare data, or to use the Southwest Website for or in connection with offering any third-party product or service—or use Southwest's trademarks in doing so.[15]

33.     Southwest further explained that Skiplagged was inducing Southwest customers to violate the Southwest Terms & Conditions and/or Contract of Carriage. Southwest included a complete copy of the Southwest Terms & Conditions, and the details of registered trademarks. It noted that the Southwest Terms & Conditions prohibit:

---

[14] Letter from James Sheppard (Southwest) to Skiplagged, Inc. c/o Aktarer Zaman (June 8, 2021), attached hereto as Ex. B.

[15] *Id.* at p. 1.

SKIP0000346
**App'x 0127**

- Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information[16] to create a derivative work;"

- Use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

- Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading ….";

- Attempts to "harvest any information from the [Southwest Website];"

- Attempts to "infringe any intellectual property or other right of any third party;"

- Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

- ["U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire information, … search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[17]

---

[16] "Company Information" is defined in the Southwest Terms & Conditions as "Information and materials concerning Southwest and its products and services, and similar items from our licensors and other third parties, including flight schedules, routes, fares, text, graphics, button icons, layout, databases, articles, posts, text, data, files, images, scripts, designs, instructions, illustrations, photographs, sounds, pictures, advertising copy, URLs, technology, software, interactive features, the "look and feel" of the Sites, audio and video clips, digital downloads, data compilations (including customer and Rapid Rewards® information), the compilation, assembly, and arrangement of the materials of the Sites, all copyrightable materials, trademarks, logos, trade names, trade dress, service marks, and trade identities of various parties, including those of Southwest, and other forms of intellectual property, and information regarding the status of Southwest flights, etc." *See* Ex. A.

[17] *See* Ex. B, letter from James Sheppard (Southwest) to Skiplagged, Inc. c/o Aktarer Zaman (June 8, 2021) at Ex. A thereto, Southwest Terms & Conditions, p. 2.

SKIP0000347
App'x 0128

34.     On June 18, 2021, outside counsel for Southwest in Texas wrote to Skiplagged again demanding that it cease and desist from all violative conduct and preserve all physical and electronic evidence in anticipation of litigation. In the June 18th letter, Southwest expressly noted that "**Skiplagged's failure to cease and desist the conduct described herein may result in Southwest pursuing litigation against you in a Texas federal court and seeking all available legal relief, including damages** and/or injunctive relief, and seeking to recover its attorneys' fees."[18]

35.     On June 21, 2021, Skiplagged replied to counsel for Southwest in Texas, asserting that it did not "web scrape" data from the Southwest.com website or obtain data from Southwest's application programming interface or sell "hidden-city" flights on Southwest.[19] And it no longer displayed any heart logo for Southwest flights.

36.     On July 1, 2021, outside counsel for Southwest replied to Skiplagged's June 21 letter again demanding that it cease and desist.[20] Counsel explained that Skiplagged continued to violate the Southwest Terms & Conditions through its unauthorized publication, marketing, and sale of Southwest tickets (that falsely misrepresent actual ticket prices), even if linking to another unauthorized travel website, Kiwi.com. Southwest explained that it had filed a federal lawsuit against Kiwi that included, among other things, a claim for breach of the Southwest Terms & Conditions, and provided the relevant case number.

---

[18] Letter from Michael Wilson to Skiplagged, Inc. c/o Aktarer Zaman (June 18, 2021), attached hereto as Ex. C (emphasis original).

[19] Letter from Skiplagged, Inc. c/o Aktarer Zaman to Michael Wilson (June 21, 2021), attached hereto as Ex. D.

[20] Letter from Michael Wilson to Skiplagged, Inc. c/o Aktarer Zaman (July 1, 2021), attached hereto as Ex. E.

SKIP0000348
App'x 0129

37.     Southwest warned Skiplagged that if it did not cease displaying Southwest flights at inflated prices and directing customers to Kiwi.com to purchase Southwest flights, cease promoting "hidden city" flights on Southwest Airlines, and cease interfering with Southwest's contractual relationships with Southwest's current and future customers, Southwest would file suit in federal district court in Texas.[21]

38.     Southwest explained that "regardless of how Skiplagged acquires the information, Skiplagged is misleading and deceiving customers by misstating the cost of Southwest's flights. By misrepresenting and inflating the cost of Southwest's fares, Skiplagged is also violating federal law, which prohibits deceptive and misleading practices in the sale of air transportation."

39.     On July 6, 2021, outside counsel for Skiplagged replied to Southwest's letter.[22] There, it denied that its conduct (in republishing Southwest fare data and selling Southwest flights to consumers on "hidden-city" flights, at a markup) was wrongful. It declared that it was not subject to jurisdiction in Texas and was therefore filing a defensive declaratory judgment action in New York:

> Accordingly, **given your Letter's litigation threat, Skiplagged has commenced a declaratory judgment action in the Southern District of New York**, which properly has jurisdiction over this dispute.[23]

40.     Skiplagged also claimed that it obtained its Southwest fare data from third parties— and not from Southwest.com. It denied representing to Skiplagged customers that the prices

---

[21] *Id.*

[22] Letter from Skiplagged, Inc. c/o Aktarer Zaman to Michael Wilson (July 6, 2021), attached hereto as Ex. F (emphasis added).

[23] *Id.*

14

SKIP0000349
**App'x 0130**

Skiplagged charged them for Southwest flights were "the 'actual' prices that Southwest charges" for its flights.

      41.    Southwest implemented self-help security measures, including technology blocks, in an effort to stop Kiwi (and therefore, also its "partners" like Skiplagged) from illegally scraping its data and using it to sell "hidden city" tickets on its airline, without authorization. Kiwi continued to hack the Southwest Website (in violation of federal law and the Southwest Terms & Conditions), republish Southwest fares and flight schedules, and share it with Skiplagged, who, together with Kiwi, used the data to sell flights on Southwest's airline without authorization.

**E.**    **Skiplagged files a declaratory judgment action in New York to deprive Southwest of its right as plaintiff to the forum of its choice; Southwest files this suit.**

      42.    On July 2, 2021, to deprive Southwest of its right to a forum of its choice, Skiplagged filed a declaratory judgment action in Federal District Court for the Southern District of New York.[24]

      43.    Nearly one year later, on July 1, 2022, the New York federal court granted Southwest's Motion to Dismiss Skiplagged's Declaratory Judgment Action and, in a written opinion, ruled that Skiplagged's lawsuit was an "improper anticipatory action."[25]

      44.    Among other things, Skiplagged and Kiwi (or Destina Holidays) have acted in concert and on information and belief, pursuant to a partnership or affiliate agreement, to market and sell Southwest flights, including "hidden city" tickets.

---

[24] *Skiplagged, Inc. v. Southwest Airlines Co.*, Case No. 1:21-cv-05749-JPC (S.D.N.Y.).

[25] *Id.* Dkt #46 at 5–6.

SKIP0000350
**App'x 0131**

**F.      Skiplagged partners with Destina Holidays, another unauthorized OTA to continue to illegally sell flights on Southwest.**

45.      As part of its investigation into unauthorized OTAs, Southwest determined that Texas-based Destina Holidays was selling unauthorized tickets for flights on Southwest and that after the Kiwi litigation, Skiplagged was sending users to Destina Holidays to complete their ticket purchases.

46.      On information and belief, like other unauthorized OTAs, Destina Holidays is not legally permitted to display Southwest flight and fare data and obtains information regarding Southwest flights and fares through improper means.

47.      On information and belief, Destina Holidays uses fake or false addresses and other misleading information to purchase Southwest tickets in violation of the Southwest Terms and Conditions.

48.      On December 1, 2021, Southwest wrote a letter to Destina Holidays, explaining that Destina Holidays was violating the Southwest Terms & Conditions by using data unlawfully obtained from Southwest.com and advertising and selling tickets on Southwest Airlines without its authorization.[26]

49.      In the December 1, 2021 notice, Southwest explained to Destina Holidays that Southwest had "the exclusive distribution rights to sell Southwest flights to the general public through the Southwest Website" and never authorized Destina Holidays to display or sell its fares, publish its flight or fare data, or to use the Southwest Website for or in connection with offering any third-party product or service—or use Southwest's trademarks in doing so.[27]

---

[26] Letter from James Sheppard (Southwest) to Skybooker.com Ltd. c/o Nadeem Qureshi (December 1, 2021), attached hereto as Ex. G.

[27] *Id.* at p. 2.

SKIP0000351
App'x 0132

50.     In the December 1, 2021 notice, Southwest further explained that Destina Holidays was inducing Southwest customers to violate the Southwest Terms & Conditions and/or Contract of Carriage. Southwest included a complete copy of the Southwest Terms & Conditions, and the details of registered trademarks. Southwest further explained to Destina Holidays that the Southwest Terms & Conditions prohibit:

- Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information[28] to create a derivative work;"

- Use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

- Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading ....";

- Attempts to "harvest any information from the [Southwest Website];"

- Attempts to "infringe any intellectual property or other right of any third party;"

- Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

---

[28] "Company Information" is defined in the Southwest Terms & Conditions as "Information and materials concerning Southwest and its products and services, and similar items from our licensors and other third parties, including flight schedules, routes, fares, text, graphics, button icons, layout, databases, articles, posts, text, data, files, images, scripts, designs, instructions, illustrations, photographs, sounds, pictures, advertising copy, URLs, technology, software, interactive features, the "look and feel" of the Sites, audio and video clips, digital downloads, data compilations (including customer and Rapid Rewards® information), the compilation, assembly, and arrangement of the materials of the Sites, all copyrightable materials, trademarks, logos, trade names, trade dress, service marks, and trade identities of various parties, including those of Southwest, and other forms of intellectual property, and information regarding the status of Southwest flights, etc." *See* Ex. A.

SKIP0000352
App'x 0133

- ["U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire information, … search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[29]

51.     Later that day (December 1, 2021), Mohammad Nadeem (who was identified as a "Director" of Destina Holidays) responded to Southwest and indicated Destina Holidays would "remove South West [sic] content immediately.[30]  That statement proved to be false.

52.     Southwest's investigation shows that, less than two weeks after its promise to stop, Destina Holidays resumed making unauthorized Southwest reservations on December 14, 2021.

53.     Destina Holidays would continue to engage in the unauthorized activity prohibited by the Southwest Terms & Conditions, such as (1) the unauthorized distribution of Southwest's fare information to websites like Skiplagged; and (2) the unauthorized display and marketing of Southwest's fare information including completing bookings of tickets at inflated prices.

54.     As a result, on July 1, 2022, Southwest sent a second cease and desist letter to Destina Holidays including proof that "Destina Holidays continues its unauthorized use and display of Southwest fare data."[31]

55.     On July 7, 2022, Destina Holidays responded to Southwest's notice and said: "Please check, we have removed now".[32]  That statement also proved to be false.

---

[29] *See* Ex. G, Letter from James Sheppard (Southwest) to Skybooker.com Ltd. c/o Nadeem Qureshi (December 1, 2021) at Ex. A thereto, Southwest Terms & Conditions, p. 2.

[30] *See* Support Thread between James Sheppard (Southwest) and Mohammad Nadeem (Destina Holidays), attached hereto as Ex. H.

[31] *See id.*

[32] *See id.*

SKIP0000353
App'x 0134

56.     Southwest's investigation shows that, less than two weeks after its promise to stop, Destina Holidays resumed making unauthorized Southwest reservations on July 16, 2022.

57.     Contrary to its repeated promises, Destina Holidays continued to display and sell tickets on Southwest Airlines on its website.

## II.     THE PARTIES

58.     Southwest is a Texas corporation with its principal place of business located at 2702 Love Field Drive, Dallas, Texas 75235.

59.     Skiplagged, Inc. is a Delaware corporation with a principal place of business located at 41 E. 11th St., 9th Floor, New York, New York 10003. Skiplagged owns and/or operates Skiplagged.com.

60.     Skybooker Ltd. is a Texas corporation with a principal place of business located at 7952, Southfork Bend, Irving, Texas 75063. Skybooker Ltd. does business under the assumed name Destina Holidays. On information and belief, Skybooker Ltd. previously operated under the name Destina Travel.

## III.     JURISDICTION AND VENUE

61.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because Southwest asserts claims arising under 15 U.S.C. §§ 1114, 1116, 1117, and 1125 of the Lanham Act. This Court has supplemental and pendent jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367.

62.     Defendants know, including from correspondence with Southwest, that:

   a.   Southwest is based in Texas.

   b.   Use of Southwest's Website—which is necessary not only to scrape Southwest's fares and schedules, but also to communicate passenger

19

SKIP0000354
App'x 0135

information to Southwest on any ticket that Skiplagged, Kiwi, or Destina Holidays sells—is subject to the Southwest Terms & Conditions.

c.  The Southwest Terms & Conditions prohibit the use of the Southwest Website "*for any commercial purpose*, with the exception of authorized Southwest travel agents/agencies."

d.  Pursuant to the Southwest Terms & Conditions, neither Skiplagged, Kiwi, nor Destina Holidays are authorized to scrape or publish Southwest's proprietary schedule and pricing data.

e.  Neither Skiplagged, Kiwi, nor Destina Holidays are authorized to market or sell Southwest tickets on their websites.

f.  Southwest does not authorize the sale of "hidden city" tickets, the sale of which substantially harms Southwest, as does the misrepresentation of its prices and policies, the unauthorized sale of its products at a markup, and use of its trademarks—all of which are prohibited.

g.  The Southwest Terms & Conditions contain a forum selection clause that applies to "all disputes":

### Forum Selection

These Terms and the relationship between you and Southwest shall be governed by the laws of the State of Texas without regard to any conflict of law provisions. **You agree to the personal and exclusive jurisdiction of the courts located within Dallas, TX. You hereby consent to the exclusive jurisdiction and venue of the State and Federal courts in Dallas, Texas in all disputes.**[33]

63.  Although Southwest notified Defendants that Skiplagged, Kiwi, and Destina Holidays are not permitted to scrape, publish, or distribute Southwest's data, nor are they permitted

---

[33] Ex. A, Southwest Terms & Conditions at 3 (emphasis in original).

SKIP0000355
**App'x 0136**

to market or sell tickets on Southwest pursuant to the Southwest Terms & Conditions, Skiplagged has continued to use data from Kiwi and/or Destina Holidays to wrongfully publish and market Southwest flights on Skiplagged and direct customers to its partners, Kiwi and Destina Holidays, to process payment on the sale and collect its commission and Destina Holidays has continued to obtain and illegally republish Southwest fare and schedule data to advertise and sell flights on Southwest Airlines.

64.     Due to Skiplagged directing its users to purchase tickets on Kiwi.com, Southwest was forced to file the Kiwi Litigation to enforce the contract terms on the Southwest website.

65.     In connection with their unauthorized republication of Southwest fares and flight schedules and their unauthorized sales of Southwest flights and services, Kiwi was accessing Southwest's computer systems located in Texas and in this District without authorization, bypassing Southwest's security systems intended to block automated traffic and bots from using the Southwest Website, and hacking the Southwest API that is accessible only through the Southwest Website—and then distributing that data to *Skiplagged.*

66.     Skiplagged knows that Kiwi and Destina Holiday's use of Southwest's data and sale of tickets on Southwest Airlines is unauthorized, but Skiplagged still continued to republish that data *and sell tickets through Kiwi and Destina Holidays* on its website, Skiplagged.com.

67.     Destina Holidays knows that its use of Southwest's data and sale of tickets on Southwest Airlines is unauthorized, but Destina Holidays still continues to republish that data and sell tickets through its website, Destinaholidays.com.

68.     This Court has jurisdiction over Defendants and all of Southwest's claims because:

SKIP0000356
**App'x 0137**

a. Defendants knowingly used trademarks that belong to Southwest without Southwest's permission to market and sell tickets on Southwest Airlines without authorization;

b. Defendants knowingly have used Southwest's trademarks to market prohibited forms of travel, including "hidden city" tickets, to travelers in Texas—diluting Southwest's trademarks and causing foreseeable confusion as to the origin of certain services;

c. Defendants knowingly induce Texas citizens to breach their contracts of carriage with Southwest—causing foreseeable injury to Southwest in Texas;

d. Defendants market Southwest flights to travelers in Texas, and knowingly convince travelers domiciled in Texas to breach their contracts of carriage with Southwest—a Texas entity;

e. Skiplagged, in cooperation and partnership with Kiwi and Destina Holidays, induces Kiwi and Destina Holidays to breach their agreements with Southwest by sharing Southwest's data and directing customers to Kiwi.com and DestinaHolidays.com to book "hidden city" fares;

f. Skiplagged acts as Kiwi and Destina Holidays' partners, and collectively uses Southwest's Company Information to generate profits for Kiwi, Destina Holidays, and Skiplagged on Southwest bookings.

g. Even after this lawsuit was filed and the Kiwi Ruling, Skiplagged still continued to display Southwest's fare and pricing information through its partnership with Destina Holidays which is a Texas corporation.

SKIP0000357
App'x 0138

      h.  Destina Holidays maintains its principal place of business in Texas and is incorporated in Texas.

69.    Southwest's claims arise out of the "access to … or use" of Southwest's Website by Defendants, alone and, as to Skiplagged, in partnership with Kiwi and/or Destina Holidays. Under the Southwest Terms & Conditions, it is agreed that:

> [A]ny transactions carried out through the Sites will be deemed to take place in the State of Texas, United States of America, regardless of the jurisdiction where [it] may be located or reside….

70.    Defendants, both alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have committed torts in this District, breached or induced breaches of contract in this District, violated Texas statutory law in this District, and systematically conduct business in this District. Skiplagged also has purposefully availed itself of the forum by soliciting business from Texas residents and purposefully directing its actions towards Texas, including by offering and selling flights in Texas, and soliciting business from Texas residents.

71.    Defendants have offered and facilitated the sale of Southwest flights to airports in Texas cities, including in this District.

72.    On information and belief, Defendants have sold, using Southwest's proprietary fare data and trademarks (or caused the sale of, by directing customers to submit payment through Kiwi.com and DestinaHolidays.com), over 1,000 flights on Southwest.

73.    Skiplagged knows and understands that, in connection with the purchase of Southwest flights, Kiwi and Destina Holidays interact with Southwest computer systems located in Texas and in this District, and Skiplagged, Destina Holidays, and Kiwi are selling the services of Southwest, a Texas company with its base of operations in this District. On information and

SKIP0000358
**App'x 0139**

belief, Skiplagged has derived substantial revenues and profits from such contacts with Texas and can reasonably anticipate being haled into court in Texas to answer for its actions.

74.    On information and belief, a significant number of travelers residing in the Dallas area have purchased tickets on Southwest through Defendants' websites.

75.    The injuries Defendants inflict on Southwest are felt in this District, and Defendants knew that serious harmful effects from its conduct would occur here.

76.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the claims asserted in this action arose in this District and a substantial part of the activities, conduct and damages have occurred in Texas.

77.    During all relevant times, as Skiplagged directed its users to unauthorized OTAs, Skiplagged has knowingly and intentionally induced Kiwi and/or Destina Holidays to breach the Southwest Terms & Conditions by, for example, (a) engaging in "Restricted Activity" that prohibits using Southwest's Service or Company Information for any commercial purpose; (b) using page-scraping or bots to obtain Southwest's Company Information, such as its flight and pricing data; (c) violating the prohibition on copying, displaying, publishing, or distributing Southwest's Company Information, such as its flight and pricing data; and (d) the restriction that users "will not use the Service [Southwest's website and computer servers] for or in connection with offering any third party product or service not authorized or approved by Southwest."

78.    Skiplagged was knowingly accessing Southwest's Company Information (e.g., fare data) from Kiwi and, in turn, Kiwi was accessing Southwest's servers located in this district.  In the Kiwi Litigation, this Court ruled that venue is proper in this jurisdiction and summarized a declaration from a Southwest Enterprise Architect explaining that "Southwest's digital platforms

SKIP0000359
App'x 0140

are hosted and supported at data centers located in and around Dallas." *Sw. Airlines Co. v. Kiwi.com, et al.*, No. 3:21-cv-00098 (N.D. Tex.) (Dkt. # 30).

79.     Skiplagged is also knowingly obtaining and accessing Southwest's Company Information (e.g., fare data) from Destina Holidays which (a) is a Texas corporation; and (b) on information and belief, is accessing Southwest's servers located in this district to collect Southwest's Company Information (e.g., fare data) and/or complete booking transactions.

## IV.     FACTS GIVING RISE TO THIS ACTION

### A.     Southwest's Operation and Website.

80.     Since its first flight in June 1971, Southwest has provided affordable flights to business and leisure passengers for just over 50 years. Southwest is one of the most-flown airlines in the United States. In the highly competitive airline industry, Southwest has been successful in large measure because of Southwest's commitment to customer service and consumer loyalty, including its well-known promises of fares with "no hidden fees" and "no change fees" (though fare differences may apply), and allowing its customers to directly book tickets on Southwest.com.

81.     Southwest owns and operates the Southwest Website. Southwest also maintains the exclusive online distribution rights to sell Southwest tickets to the general public through the Southwest Website and does not allow the sale of Southwest flights without express written approval.

82.     Southwest has long prevented website operators and OTAs from selling its flights and the Southwest Terms & Conditions for the Southwest Website include a list of Restricted Activities that prohibit attempts to "page scrape" or using the Southwest Website "for any commercial purpose" without permission from Southwest.[34] Such restrictions are permitted under

---

[34] *See* Ex. A, Southwest Terms & Conditions at 2.

SKIP0000360
**App'x 0141**

federal law.[35] Southwest's fares and flight schedules are proprietary and subject to certain use restrictions, such that they may not be republished or used for commercial purposes without Southwest's express permission.

83.    To protect the security of its website and ensure normal operations, Southwest makes its website and the proprietary contents available for consumers' use subject to the Terms & Conditions. An interactive link on each page of Southwest's website, including the homepage, references the Terms & Conditions.

84.    Because use of the Southwest Website constitutes acceptance of the Terms & Conditions, the Terms & Conditions constitutes a valid and enforceable contract between Southwest and those who access the website.

85.    Southwest has sent multiple cease and desist letters to Defendants, informed Defendants of the Kiwi Litigation, and identified the relevant Terms & Conditions.[36]

86.    The Terms & Conditions for use of the Southwest Website specifically prohibit, among other things, the following user conduct:

    a.    Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information to create a derivative work;"

---

[35] *See* 14 C.F.R. § 256.6 ("Nothing in this section requires an air carrier, foreign air carrier, or ticket agent to allow a system to access its internal computer reservation system or to permit 'screen scraping' or 'content scraping' of its Web site; nor does it require an air carrier or foreign air carrier to permit the marketing or sale of the carrier's services through any ticket agent or other carrier's system. 'Screen scraping' as used in this paragraph refers to a process whereby a company uses computer software techniques to extract information from other companies' Web sites without permission from the company operating the targeted Web site."). To the extent that any common law right to scrape "publicly available" data exists, this section preempts it.

[36] Ex. E, Letter from Michael Wilson to Skiplagged c/o Aktarer Zaman (July 1, 2021); Ex. G, Letter from James Sheppard (Southwest) to Skybooker.com Ltd. c/o Nadeem Qureshi (December 1, 2021).

SKIP0000361
App'x 0142

b.   Use of the Southwest Website or Company Information "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

c.   Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading . . . .;"

d.   Attempts to "harvest any information from the [Southwest Website];"

e.   Attempts to "infringe any intellectual property or other right of any third party;"

f.   Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

g.   "[U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire information, . . . search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[37]

87.   The Terms & Conditions also provide that, by accessing the Southwest Website, or using the content made available through the website, Defendants accept and agree to the Southwest Terms & Conditions. As described herein, Defendants are aware that they, and as to Skiplagged, Kiwi and Destina Holidays, are using the Southwest Website and content from the Southwest Website.

---

[37] *See* Ex. A, Southwest Terms & Conditions at 2.

27

SKIP0000362
**App'x 0143**

**B.      Southwest's Registered Trademarks.**

88.      Southwest is the owner of, among other things, the federal trademark registrations listed below (hereinafter collectively referred to as the "Southwest Marks"):[38]

| Trademark | Date | Services | No. |
|---|---|---|---|
| SOUTHWEST AIRLINES | Registered: Dec. 8, 1992 | (Int'l Class: 39) transportation services; namely, transportation of cargo and passengers by air | Reg. No.: 1,738,670 |
| SOUTHWEST | Registered: Aug. 15, 2006 | (Int'l Class: 39) Transportation of passengers and/or goods by air | Reg. No.: 3,129,737 |
| | Registered September 8, 2015 Int'l Class: 35 First Use: September 8, 2014 Filed: October 1, 2014 | (Int'l Class: 35) providing electronic on-line information services, namely, the provision of advertisements and business information in respect of travel, tourism and entertainment through a computer database; advertising services and promotion services by data communications for service providers in the travel industry; on-line direct electronic marketing services and advertising services for service providers in the travel industry; providing online information to others, namely, advertisements and solicitations | Reg. No.: 4,806,962 |
| | Registered July 7, 2015 Int'l Class: 16 First Use: September 8, 2014 Filed: December 1, 2014 | (Int'l Class: 16) printed matter, namely, publications, magazines, and books all featuring information about the airline and travel industry | Reg. No.: 4,768,717 |
| | Registered April 14, 2015 Int'l Class: 39 | (Int'l Class: 39) air transportation of passengers and freight; air transportation services | Reg. No.: 4,720,322 |

---

[38] True and correct copies of the registration certificates for the Southwest Marks are available free of charge from the USPTO's Trademark Electronic Search System (TESS) database available at https://www.uspto.gov/trademarks-application-process/search-trademark-database.

SKIP0000363
App'x 0144

| Trademark | Date | Services | No. |
|---|---|---|---|
|  | First Use: September 8, 2014 Filed: September 8, 2014 | featuring a frequent flyer bonus program; airline transportation services; delivery of goods by air; freight transportation by air; making reservations and bookings for transportation; making transportation bookings and reservations for others by means of a website; on-line transportation reservation and travel ticket reservation services; online transportation reservation services; providing a website featuring information in the field of air transportation; providing automated check-in and ticketing services for air travelers; transport by aircraft; transport by air; transport of passengers; transport of persons and goods; transportation of passengers and/or goods by air; travel agency services, namely, making reservations and bookings for transportation | |
|  | Registered April 21, 2015 Int'l Class: 09 First Use: September 8, 2014 Filed: September 22, 2014 | (Int'l Class: 09) computer application software for mobile phones, namely, software for delivery of personalized travel information; computer e-commerce software to allow users to perform electronic business transactions via a global computer network; computer software for the delivery of personalized travel information that may be downloaded from a global computer network; downloadable mobile applications for providing personalized travel information namely flight check-in, flight status, and flight and car rental information and services; downloadable software in the nature of a mobile application for the delivery of personalized travel information | Reg. No.: 4,723,791 |
|  | Registered April 21, 2015 Int'l Class: 43 First Use: September 8, 2014 Filed: September 22, 2014 | (Int'l Class: 43) making hotel reservations for others; providing a website featuring information in the field of hotels and temporary accommodations for travelers; providing personalized information about hotels and temporary accommodations for travel via the internet | Reg. No.: 4,723,789 |

SKIP0000364

**App'x 0145**

| Trademark | Date | Services | No. |
|---|---|---|---|
|  | Registered January 26, 2016 Int'l Class: 41 First Use: September 8, 2014 Filed: May 22, 2015 | (Int'l Class: 41) providing information on entertainment, sporting, and cultural events and venues, amusements parks, tourist attractions, and recreational activities; ticket reservation and booking services for entertainment, sporting, and cultural events and venues, amusement parks, tourist attractions, and recreational services | Reg. No.: 4,892,223 |

89.     Southwest spends substantial time, money, and effort advertising and promoting its products and services using its trademarks throughout the United States. The Southwest Marks provide Southwest with the exclusive right to use the registered marks in connection with air transportation and other travel services, as well as the right to exclude third parties from unauthorized use of the marks. Through years of nationwide and continuous use and advertisement, Southwest has established enormous goodwill with respect to these marks, and they are Southwest's valuable intellectual property. The Southwest Marks have become famous, distinctive, and well known, and the public accepts the marks as indicative that Southwest is the source of those services.

**C.     Skiplagged's Wrongful, Unauthorized, and Misleading Conduct in partnership with Kiwi and Destina Holidays.**

90.     On information and belief, Skiplagged, acting in concert with Kiwi and Destina Holidays as its partner, has (i) infringed Southwest's Marks by displaying Southwest's name and Heart logo on the Skiplagged website; (ii) used those marks without Southwest's authorization to market and sell tickets on Southwest flights; (iii) enticed and encouraged Southwest customers to breach their contract of carriage with Southwest; (iv) aided and abetted Kiwi and Destina Holidays' infringement of Southwest's Marks; and (v) aided and abetted Kiwi and Destina Holidays' breach of the Southwest Terms & Conditions.

SKIP0000365
**App'x 0146**

91.     Skiplagged is aware that, in connection with promoting and selling Southwest flights and services, the unauthorized OTAs (e.g. Kiwi and Destina Holidays) knowingly and intentionally target the Southwest Website and Southwest's servers in manner that violates (a) the Southwest Terms & Conditions; and/or (b) Southwest's Contract of Carriage.

92.     In addition, Skiplagged is aware that, in connection with promoting and selling Southwest flights and services, the unauthorized OTAs (e.g. Kiwi and Destina Holidays) use Southwest's information in a manner that is fraudulent, false or misleading, and that violates (a) the Southwest Terms & Conditions; and/or (b) Southwest's Contract of Carriage.

93.     According to Kiwi's website, parties like Skiplagged must sign a contract to access Kiwi's API and are then paid on a commission basis.[39]

94.     On or about February 2021, Southwest's employees reported problems and challenges with "hidden city" tickets that, according to the customer, were located through searches on Skiplagged and then purchased through Kiwi. The Southwest employee took a photo of the boarding pass and made hand-written notes, reflecting a conversation with the customer, that the Southwest fare was displayed on Skiplagged and then the trip itinerary was sent by Kiwi.

---

[39] https://www.kiwi.com/tw/pages/content/partner (last accessed July 12, 2021).

SKIP0000366
App'x 0147



95.     As Southwest investigated Skiplagged's connection to Kiwi, it learned that this particular passenger's itinerary included (a) a booking email domain of @kachipytel.com; (b) that it included a false billing address; and (c) was for a prohibited "hidden city" ticket where the passenger was booked to travel from Las Vegas, Nevada to connect in Oakland, California (Flight 783) and then take another flight to Seattle, Washington (Flight 2331); however, the customer only intended to travel to Oakland, California (on Flight 783).

96.     On information and belief, a booking that is displayed on Skiplagged and booked through Kiwi, the reservation contains the email domain of @kachiyptel.com and Southwest's records show over 1,500 reservations with an email domain of @kachipytel.com and where the passengers trip originated from or landed in one of Southwest's Texas cities. There are more than 500 reservations with an email domain of @kachipytel.com and where the customer's trip originated from or landed in Dallas, Texas.

97.     In addition, Southwest discovered Skiplagged's infringing use of Southwest's famous "heart" trademark, as found in the Skiplagged website screenshot below:

SKIP0000367
App'x 0148



98.     Skiplagged has infringed the Southwest Marks by displaying its well-known heart logo on the Skiplagged website, to benefit from its goodwill and generate commissions for itself and Kiwi on sales of Southwest flights.

99.     On information and belief, Defendants act as the merchant of record to process payment for tickets on Southwest purchased by customers from Skiplagged's website. However, when booking at ticket on Southwest, Kiwi includes a fake address as part of the booking detail and some examples include: (a) for a flight departing out of Austin, TX, the billing city is listed as "Morganchester, WV;" (b) for a flight departing out of Dallas, TX, the billing city is listed as "North Susanborough, TX"; (c) for a flight departing of Austin, TX, the billing city is listed as "New Karen, TN"; and (d) for a flight departing out of Dallas, TX, the billing city is listed as "Lake Allisonport, GA."   Other fake cities (with reservations showing @kachipytel.com email domain) include "East Jesus, OK" or "East Laurabury, NC" or "East Markchester, WY."  These are not real cities in the United States and, therefore, show that Skiplagged and/or Kiwi are

33

violating the Southwest Terms & Conditions which prohibit, among other things, "any speculative, fraudulent, or false reservation."

100.    When a customer clicks on a Southwest flight displayed on Skiplagged.com, the customer is then routed to a page hosted on Kiwi.com or DestinaHolidays.com to collect payment information.

101.    On information and belief, Skiplagged has sold (or facilitated the sale of) thousands of flights on Southwest through Kiwi.com and, more recently, through the Texas-based Destina Holidays.

102.    When reselling Southwest flights, Skiplagged, alone and through its agent and partners Kiwi and/or Destina Holidays, acknowledges that purchases are subject to the Southwest Terms & Conditions, stating: "All services provided by Southwest Airlines are subject to their Terms & Conditions. More information is available on their website." Skiplagged markets and sells these flights with knowledge that it and its customers are bound by the Southwest Terms & Conditions.

SKIP0000369
App'x 0150



103.     Kiwi's terms and conditions state that "a Selected Carrier's terms and conditions and conditions of carriage will apply to Your contractual relationship with the Selected Carrier and that You must make Yourself aware of such terms and conditions as well as conditions of carriage before the Service Agreement is concluded and You complete the Booking."

104.     Skiplagged's use of the Southwest Marks to identify and sell flights on Southwest in partnership with Kiwi and Destina Holidays negatively impacts Southwest's reputation. For

SKIP0000370
App'x 0151

example, booking Southwest flights through Skiplagged is more expensive than booking on the Southwest website because Skiplagged, Destina Holidays, and Kiwi charge additional fees. Thus, Skiplagged, Destina Holidays, and Kiwi are not merely scraping data or republishing it; they are improperly extracting data from the Southwest Website and trading on Southwest's reputation for having no hidden fees.

105.   Southwest has received significant complaints and inquiries from customers who purchased Southwest flights from Skiplagged and/or Kiwi. These complaints include that Skiplagged and/or Kiwi are (i) selling Southwest flights without permission; (ii) failing to identify the carrier when advertising Southwest flights; (iii) adding their own service fees to the price of Southwest flights; (iv) misrepresenting Southwest's policies in an effort to deceive customers into purchasing ancillary services from Skiplagged and/or Kiwi, such as customer service and checked bags, that are free with the purchase of Southwest flights; (v) failing to issue refunds to customers for cancellations on Southwest flights even after Southwest refunded the credit card used by Kiwi to purchase the ticket; (vi) not providing customers with notices about schedule changes or delays; (vii) not allowing customers to change or cancel reservations; (viii) misrepresenting checked bag policies and baggage fees charged by Skiplagged and/or Kiwi; and/or (ix) leading customers to mistakenly believe that Skiplagged and/or Kiwi are Southwest's authorized agent and blaming Southwest for Skiplagged and/or Kiwi's conduct.

106.   Various circumstances (i.e., cancelled flights, delayed flights, or rescheduled flights) necessitate the timely communication of information to customers and the issuance of refunds in many cases. Skiplagged's and/or Kiwi's unauthorized sales of Southwest flights interfere with Southwest's ability to issue timely communications and refunds to customers because Kiwi uses its own email addresses and credit cards (not the customer's) when booking

SKIP0000371
App'x 0152

flights purchased through Skiplagged and Kiwi, thus preventing Southwest from directly communicating with customers and directly issuing refunds to customers. In some cases, the customer blames Southwest for the issue, even though Skiplagged and Kiwi are the direct cause of the problem.

**D.    Defendants Inflate Fares and Charges Service Fees That Are Not Collected By Southwest.**

107.    Defendants, alone and as to Skiplagged, in partnership with Kiwi, do not identify the flight prices or additional charges in a transparent or straightforward manner. By way of example and comparison, the Southwest Website shows a total price of $229.95 for a flight from Dallas, Texas (DAL) to Amarillo, Texas (AMA) with an outbound flight on July 12, 2021 and a return flight on July 17, 2021 (the "Dallas-Amarillo Flight"):



108.    But Skiplagged, alone and in partnership with Kiwi, inflates the price of the Dallas-Amarillo Flight to $267 by adding a "Service Fee" or "Other Fees" to the actual ticket price:

SKIP0000372
**App'x 0153**



109.    Destina Holidays does the same. For example, it inflates the price of a November 19, 2021 flight from Dallas, TX (DAL) to Houston, TX (HOU) from $128.98 on Southwest.com to $148.98 on Destinaholidays.com.



38

SKIP0000373
App'x 0154



110.    Moreover, like Skiplagged, Destina Holidays misrepresents the terms of travel. At checkout, the customer at DestinaHolidays.com must choose one of two options. First, if a customer chooses not to add on a $12.50 fee for "premium" support and later needs to change or cancel the fare, DestinaHolidays.com charges a $50.00 fee that is not charged by Southwest. Or, a customer must pay $12.50 upfront at checkout and receive "free" rescheduling assistance for flight changes and cancellations, a fee that is also not charged by Southwest.

111.    Skiplagged and Kiwi also promise an "Automatic flight check-in," which violates the Terms & Conditions on the Southwest Website because "online check-in providers may not use Southwest web pages to check-in customers online or attempt to obtain for them a boarding

SKIP0000374
App'x 0155

pass in any certain boarding group."[40] Moreover, on information and belief, Skiplagged, alone and in partnership with Kiwi, does not actually provide customers with an automatic flight check-in service, despite promising it.

112.    Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, also misrepresent that Southwest flights purchased through Defendants and Kiwi.com are nonrefundable or subject to change fees, which is not true because Southwest's fare policies have "No Change Fees" (though fare differences may apply); and tickets are always refundable (i.e., Business Select or Anytime fares) or reusable as travel credit (i.e., Wanna Get Away fares).

113.    Skiplagged, alone and in partnership with Kiwi and Destina Holidays, also misrepresents Southwest's ticket policies by indicating a customer would need to pay an additional cost for "Premium Services" to get email support or avoid fees for other services. In effect, Skiplagged, in partnership with Kiwi and Destina Holidays, is seeking to further increase the price of a Southwest flight for "services" that are not otherwise collected by Southwest because it does not charge any fees for email support or customer service.

114.    Skiplagged also proposes undesirable and inefficient routes and connections without adequate disclosure to customers of potential issues with such routes, including "hidden city" tickets, which are prohibited by Southwest's Contract of Carriage.

115.    These and other unlawful, deceptive, and harmful practices by Defendants and Kiwi deliver inferior service, charge hidden fees, and directly contradict Southwest's policies, all of which harm Southwest's reputation and customer goodwill.

---

[40] *See* Ex. A, Southwest Terms & Conditions at 2.

SKIP0000375
App'x 0156

**E.      Defendants have Refused to Stop their Wrongful Conduct.**

116.    Several Southwest departments have dedicated company time and resources to investigate the unauthorized access of the Southwest Website relating to flights sold by Defendants and Kiwi.

117.    In late 2020, Southwest leadership teams received complaints from its frontline employees (i.e., customer service and ground operations) about problems caused by Kiwi's unauthorized sales of Southwest flights. During the ensuing investigation, Southwest learned that Kiwi was cheating customers on refunds, advertising disruptive "hidden city" flights that cause operational delays, and engaging in unfair and deceptive practices. This conduct violates the Southwest Terms & Conditions and federal law,[41] and causes irreparable harm to Southwest's business, reputation, and its brand.

118.    Some of these "hidden-city" fares were being booked through Kiwi's partner's website, Skiplagged.com—a website devoted, as its name implies, to helping customers identify "hidden-city" fares. On information and belief, some of these "hidden-city" fares were purchased through Destina Holidays.

119.    Defendants' activities are causing dilution of the quality of the famous Southwest Marks and other harm to Southwest, its business reputation and goodwill, for which Southwest has no adequate remedy at law.

120.    Defendants' activities are likely to cause, and have caused, confusion. Defendants' conduct is misleading and deceiving to the public and is likely to lead (and has led) the public to

---

[41] *See* 49 U.S.C. § 41712(a) (prohibiting any such "unfair or deceptive practice or an unfair method of competition in air transportation or the sale of air transportation."); 14 C.F.R. § 256.6 (allowing carriers to restrict sales of flights).

SKIP0000376
**App'x 0157**

wrongly conclude that the goods and services offered by Defendants originate with, are sponsored by, and/or are authorized by Southwest—all to the damage and harm of Southwest and the public.

**F.   Southwest demands that Skiplagged cease and desist; Skiplagged refuses to do so.**

121.   On June 8, 2021, Southwest wrote to Skiplagged from Texas, explaining that Skiplagged was violating the Terms & Conditions of Southwest.com by scraping and/or using data scraped from Southwest's Website, promoting "hidden city" tickets, and using Southwest's trademarked heart logo to advertise the sale of tickets on Southwest without its authorization.[42]

122.   Southwest explained that Southwest had "the exclusive distribution rights to sell Southwest flights to the general public through the Southwest Website" and never authorized Skiplagged to display its fares or sell its flights, display its trademark logos, publish its flight or fare data, or to use the Southwest Website for or in connection with offering any third-party product or service—or use Southwest's trademarks in doing so.[43]

123.   Southwest explained that Skiplagged was inducing Southwest customers to violate the Southwest Terms & Conditions and/or Contract of Carriage. Southwest included a complete copy of its Terms & Conditions, and details of registered trademarks. It noted that Skiplagged was violating the Terms & Conditions of Southwest's website, which prohibit:

    a.   Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information to create a derivative work;"

    b.   Use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

---

[42] Ex. B, Letter from James Sheppard (Southwest) to Skiplagged, Inc. c/o Aktarer Zaman (June 8, 2021).

[43] *Id.* at p. 1.

SKIP0000377
App'x 0158

c.  Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading . . . .";

d.  Attempts to "harvest any information from the [Southwest Website];"

e.  Attempts to "infringe any intellectual property or other right of any third party;"

f.  Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

g.  ["U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire information, . . . search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[44]

124.   On June 18, 2021, outside counsel for Southwest in Texas wrote to Skiplagged, Inc., again asking that it cease and desist from all violative conduct and preserve all physical and electronic evidence in anticipation of litigation. Reiterating its grievances, Southwest expressly noted that "**Skiplagged's failure to cease and desist the conduct described herein may result in Southwest pursuing litigation against you in a Texas federal court and seeking all available legal relief, including damages** and/or injunctive relief, and seeking to recover its attorneys' fees."[45]

125.   On June 21, 2021, Skiplagged replied to counsel for Southwest in Texas, asserting that it did not "web scrape" data from the Southwest.com website or obtain data from Southwest's

---

[44] *See* Ex. B, Letter from James Sheppard (Southwest) to Skiplagged, Inc. c/o Aktarer Zaman (June 8, 2021) at Ex. A thereto, Southwest Terms & Conditions, p. 2.

[45] Ex. C, Letter from Michael Wilson to Skiplagged, Inc. c/o Aktarer Zaman (June 18, 2021) (emphasis original).

SKIP0000378
App'x 0159

application programming interface or sell "hidden-city" flights on Southwest.[46] And it no longer displayed any heart logo for Southwest flights.

126.    On July 1, 2021, counsel for Southwest in Texas replied to Skiplagged's July 21 letter, again demanding that it cease and desist.[47] The letter explained that Skiplagged continued to violate the Southwest Terms & Conditions through its unauthorized publication, marketing, and sale of Southwest fares (that falsely misrepresent actual ticket prices) by linking to another unauthorized travel website, Kiwi.com. Southwest explained that it had filed a federal lawsuit against Kiwi that included, among other things, a claim for breach of the Southwest Terms & Conditions, and directed Skiplagged to the Kiwi Litigation case number.

127.    Southwest warned Skiplagged that if it did not cease displaying Southwest flights at inflated prices and directing customers to Kiwi.com to purchase Southwest flights, cease promoting "hidden city" flights on Southwest, and cease interfering with Southwest's contractual relationships with Southwest's current and future customers, Southwest would file suit in Federal District court in Texas.[48] It explained that regardless of how Skiplagged acquires the information, Skiplagged is misleading and deceiving customers by misstating the cost of Southwest's flights. By misrepresenting and inflating the cost of Southwest fares, Skiplagged is also violating federal law, which prohibits deceptive and misleading practices in the sale of air transportation.

128.    On July 6, 2021, outside counsel for Skiplagged replied to Southwest's letter.[49] There, Skiplagged denied that its conduct (in republishing Southwest fare data and selling Southwest reservations to consumers on "hidden-city" flights, at a markup) was wrongful. It

---

[46] Ex. D, Letter from Skiplagged, Inc. c/o Aktarer Zaman to Michael Wilson (June 21, 2021).

[47] Ex. E, Letter from Michael Wilson to Skiplagged, Inc. c/o Aktarer Zaman (July 1, 2021).

[48] *Id.*

[49] Ex. F, Letter from Skiplagged, Inc. c/o Aktarer Zaman to Michael Wilson (July 6, 2021).

SKIP0000379
App'x 0160

declared that—given that Southwest was going to file suit—Skiplagged had filed a defensive declaratory judgment action in New York:

> Accordingly, **given your Letter's litigation threat, Skiplagged has commenced a declaratory judgment action in the Southern District of New York**, which properly has jurisdiction over this dispute.[50]

129. Southwest, however, is the true plaintiff in this matter.

130. Since filing the Kiwi Litigation, Southwest has implemented self-help security measures in an effort to stop Skiplagged and Kiwi from illegally scraping and using its data and using it to sell tickets on its airline without authorization. But Skiplagged, together with its partner, Kiwi and/or Destina Holidays, has continued to hack the Southwest Website (in violation of federal law and the Southwest Terms & Conditions), republish Southwest fares and flight schedules, and publish and promote flights on Southwest on *Skiplagged.com*, without authorization.

**G.     Southwest demands that Destina Holidays cease and desist; Destina Holidays falsely states that it will comply, but instead continues selling flights.**

131. On December 1, 2021, Southwest wrote a letter to Destina Holidays, explaining that Destina Holidays was violating the Southwest Terms & Conditions by using data obtained from Southwest.com without authorization and advertising and selling tickets on Southwest Airlines without its authorization.[51]

132. Southwest explained that Southwest had "the exclusive distribution rights to sell Southwest flights to the general public through the Southwest Website" and never authorized Destina Holidays to display or sell its fares, publish its flight or fare data, or to use the Southwest

---

[50] *Id.* (emphasis added).

[51] Letter from James Sheppard (Southwest) to Skybooker.com Ltd. c/o Nadeem Qureshi (December 1, 2021), attached hereto as Ex. G.

SKIP0000380
**App'x 0161**

Website for or in connection with offering any third-party product or service—or use Southwest's trademarks in doing so.[52]

133.    Southwest further explained that Destina Holidays was inducing Southwest customers to violate the Southwest Terms & Conditions and/or Contract of Carriage. Southwest included a complete copy of the Southwest Terms & Conditions, and the details of registered trademarks. It noted that the Southwest Terms & Conditions prohibit:

- Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information[53] to create a derivative work;"

- Use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

- Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading ….";

- Attempts to "harvest any information from the [Southwest Website];"

- Attempts to "infringe any intellectual property or other right of any third party;"

---

[52] *Id.* at p. 2.

[53] "Company Information" is defined in the Southwest Terms & Conditions as "Information and materials concerning Southwest and its products and services, and similar items from our licensors and other third parties, including flight schedules, routes, fares, text, graphics, button icons, layout, databases, articles, posts, text, data, files, images, scripts, designs, instructions, illustrations, photographs, sounds, pictures, advertising copy, URLs, technology, software, interactive features, the "look and feel" of the Sites, audio and video clips, digital downloads, data compilations (including customer and Rapid Rewards® information), the compilation, assembly, and arrangement of the materials of the Sites, all copyrightable materials, trademarks, logos, trade names, trade dress, service marks, and trade identities of various parties, including those of Southwest, and other forms of intellectual property, and information regarding the status of Southwest flights, etc." *See* Ex. A.

SKIP0000381
App'x 0162

- Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

- ["U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire information, … search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[54]

134.    Later that day Mohammad Nadeem, who was identified as a "Director" of Destina Holidays, responded and indicated that Destina Holidays would "remove South West [sic] content immediately.[55]

135.    That statement proved to be false, on July 1, 2022, Southwest sent a second cease and desist letter to Destina Holidays including proof that "Destina Holidays continues its unauthorized use and display of Southwest fare data."[56]

136.    Once again, Destina Holidays stated that it had removed Southwest fares from its website.[57] However, Destina Holidays continues to display and sell tickets on Southwest Airlines on its website.

**H.    Skiplagged knowingly encourages Southwest customers to violate their Contracts of Carriage with Southwest.**

137.    Southwest customers who book through Skiplagged.com (with Kiwi.com or DestinaHolidays.com as merchant of record) often travel on "hidden city" fares which occurs when

---

[54] *See* Ex. G, Letter from James Sheppard (Southwest) to Skybooker.com Ltd. c/o Nadeem Qureshi (December 1, 2021) at Ex. A thereto, Southwest Terms & Conditions, p. 2.

[55] *See* Support Thread between James Sheppard (Southwest) and Mohammad Nadeem (Destina Holidays).

[56] *See id.*

[57] *See id.*

SKIP0000382
**App'x 0163**

a passenger's intended final destination is not the final arrival city on his or her itinerary, but rather an intermediate or connecting city. In its simplest form, a passenger purchases a ticket from City 1 to City 2 to City 3, but does not travel beyond City 2. This is sometimes referred to as "skiplagging."

138. This booking practice is a violation of Southwest's Contract of Carriage which details "Prohibited Booking Practices" within Section 2(a)(2) as prohibiting "[p]urchasing a Ticket without intending to fly all flights to gain lower fares (hidden cities)."[58] By promoting prohibited forms of travel on Skiplagged.com, Skiplagged induces passengers to breach the Southwest Terms & Conditions and/or Contract of Carriage.

139. Skiplagged *knowingly* encourages customers to breach its contract of carriage with airlines, including Southwest. For example, in 2015, Skiplagged's founder Aktarer Zaman used the website Reddit to make an open solicitation for donations and acknowledged that there were "a few caveats" to using the Skiplagged website: "(1) you'd have to book a round-trip as two one-ways (which Skiplagged handles automatically), (2) you can only have carry-ons, **and** (3) **you may be breaking an agreement with the airlines known as a contract of carriage**, **where it might say you can't miss flights on purpose.**"[59]

---

[58] Southwest provides notice of the Contract of Carriage throughout the purchase path, among other places on the Southwest Website, and also incorporates the Contract of Carriage as part of the Terms & Conditions that provide: "[i]n some instances both these Terms [& Conditions] and separate terms and conditions will apply, including . . . [being] subject to the terms & conditions contained in Southwest's Contract of Carriage." Kiwi's website also contains terms and conditions explaining to Kiwi's users in the "Service Agreement" (Article 2.1.2) that Kiwi's services consist of "[b]rokerage of the Contract of Carriage between You [the Kiwi user] and the Selected Carrier." Article 16 of Kiwi.com's terms and conditions are labeled "Brokerage of the Contract of Carriage" and explains: "We [Kiwi] are responsible primarily for brokering the Contract of Carriage between You [Kiwi user] and a Selected Carrier."

[59] United Airlines sued me last year for creating Skiplagged, https://www.reddit.com/r/IAmA/comments/3ux82r/united_airlines_sued_me_last_year_for_creating/ (posted November 30, 2015) (emphasis added).

SKIP0000383
**App'x 0164**

> Basically, hidden-city is where your destination is a stopover; you'd simply leave the airport when you arrive at your destination. It turns out booking this way can save you hundreds of dollars on over 25% of common routes, especially in the USA. New York to San Francisco example. There are a few caveats, of course: (1) you'd have to book a round-trip as two one-ways (which Skiplagged handles automatically), (2) you can only have carry-ons, and ==(3) you may be breaking an agreement with the airlines known as contract of carriage, where it might say you can't miss flights on purpose.==

140.    Despite making a public post on Reddit in 2015 that its users "may be breaking an agreement with the airlines known as contract of carriage" and pointing to specific provisions that would be breached, Skiplagged's CEO Aktarer Zaman just filed a sworn declaration in this Court where he now claims to have "no knowledge" of agreements between airlines, customers, or OTAs.[60]

141.    Skiplagged even warns its users: "Do not overuse hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame. . . . **You might upset the airline, so don't do this often**."[61]

---

[60] Dkt. #25-1, Declaration of Aktarer Zaman ¶ 3.

[61] Skiplagged website, https://skiplagged.com/about (last accessed July 14, 2021) (emphasis added).

SKIP0000384
App'x 0165

- **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.

- In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (2% chance).

- You might upset the airline, so don't do this often.



142.    Skiplagged runs a search engine specifically designed to identify opportunities where travelers can pay less for airfare to a given destination by breaching their contract of carriage with the airline.

143.    "Hidden city" travel is prohibited by Southwest and other commercial airlines because of the significant logistical, operational, and public safety concerns it causes. Hidden city travel negatively impacts Southwest's operation in numerous ways. For example, flight crews and ground operations employees in connecting cities will attempt to locate connecting passengers (or "through" passengers) for the final leg of the flight, or delay flights when passengers are missing— unaware that a passenger has ended his or her trip in the connecting city. The practice negatively affects Southwest's ability to estimate passenger headcounts, causing potential disruptions at the airport gate and maintenance adjustments, such as variations in the amount of jet fuel needed for

SKIP0000385
App'x 0166

each flight and proper passenger distribution within the plane. Customers with "hidden city" tickets will refuse to gate-check bags when it is necessary to do so, and may become upset—wasting airline resources, delaying take-off, and causing delay to other passengers requiring assistance. Some customers—who are unaware or forget that airlines are not equipped to handle "hidden city" travel—will check bags that continue to the trip's destination, leaving the passenger unable to retrieve them at the layover, and further straining resources. Flight delays and disruptions have a significant negative impact on the other passengers' experience on the flight and, thus, with Southwest, while causing disruption to Southwest's flight schedule systemwide.

144.    Skiplagged's promotion of "hidden city" ticketing also causes irreparable harm to Southwest's ability to obtain new customers. That is because when a passenger does not travel on the final leg of the trip, that passenger removes a seat that could have been sold to a prospective Southwest customer. That prospective Southwest customer may choose to travel on a different airline and, therefore, Southwest would also likely lose the sales revenue for ancillary services, such as EarlyBird Check-in, car rental deals, or hotel packages. Other disappointed customers may switch away from Southwest to another airline if Southwest's flights are "full."

**I.    Kiwi Continues to Hack Southwest's API and Bypass Its Security to provide Southwest's data to Skiplagged; Skiplagged continues to Aid and Abet Kiwi by using Southwest's data to Generate Commissions.**

145.    In early February 2021, as Southwest's investigation continued and Southwest's technology department learned more about Kiwi's actions, Southwest implemented technical measures to identify and monitor Kiwi's automated access of Southwest.com.

146.    Over the next several weeks, and through the following months, Southwest implemented various security measures to block unauthorized scraping from Kiwi or other unauthorized OTAs.

SKIP0000386

**App'x 0167**

147.     Southwest has invested significant resources in an effort to prevent Defendants and Kiwi from using its proprietary flight schedule and pricing data, trademarks and brand name to sell tickets on its flights without its authorization.

148.     Due to Skiplagged's wrongful conduct in concert with Kiwi, Southwest was forced to file the Kiwi Litigation to enforce the Southwest Terms & Conditions (for which it incurred significant attorneys' fees and costs) which it seeks to recover as actual damages in this lawsuit.[62]

149.     Due to Skiplagged's filing of the "improper anticipatory action" in New York, Southwest was forced to incur attorneys' fees and costs in filing its Motion to Dismiss (that was granted by the Court) in order to continue pursuit of this lawsuit in Texas, which it seeks to recover as actual damages in this lawsuit.[63]

## V.     CAUSES OF ACTION

**COUNT ONE: Trademark Infringement and Contributory Trademark Infringement Under 15 U.S.C. § 1114 (Against All Defendants)**

150.     Southwest realleges and incorporates the allegations above, as if fully set forth herein.

151.     The services for which Defendants and Kiwi used and/or use the Southwest Marks are identical and/or substantially similar to services offered by Southwest.

152.     Defendants' conduct, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays—including Skiplagged and Kiwi's prominent use of Southwest's protected "Heart" mark on Skiplagged.com in conjunction with promoting and re-selling Southwest's

---

[62] *See Tex. Beef Cattle Co. v. Green*, 883 S.W.2d 415, 430 (Tex. App.—Beaumont 1994), *rev'd on other grounds*, 921 S.W.2d 203 (Tex. 1996) ("We hold that necessary and reasonable attorneys' fees and costs even though expended and incurred in previous litigation can be recovered as proper damages in a later suit based on tortious interference of contract.")

[63] *Skiplagged, Inc. v. Southwest Airlines Co.*, Case No. 1:21-cv-05749-JPC (S.D.N.Y.), Dkt. #46 at 5–6.

SKIP0000387
App'x 0168

fares—has caused and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Southwest, or as to the origin, sponsorship, approval or legitimacy of Defendants' goods and services by Southwest.

153.     The acts of Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, constitute infringement of one or more of the Southwest Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114 as represented in U.S. Federal Registration Nos. 1,738,670; 3,129,737; 4,806,962; 4,768,717; 4,720,322; 4,723,791; 3,027,789 and 4,892,223.

154.     Southwest has suffered and will continue to suffer irreparable harm as a result of Defendants' infringement of the Southwest Marks, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays.

155.     Southwest is entitled to monetary damages, or disgorgement of Defendants profits, for Defendants' infringement, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays.

156.     Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have acted with knowledge of Southwest's ownership of the Southwest Marks and with deliberate intention or willful blindness to unfairly benefit from the incalculable goodwill symbolized by these marks. Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have willfully infringed one or more of the Southwest Marks, and the intentional nature of Defendants' actions make this case exceptional under 15 U.S.C. § 1117(a).

157.     Southwest has been, is now, and will be irreparably harmed by Defendants' infringement and, unless enjoined by the Court pursuant to 15 U.S.C. § 1116, Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, will continue to infringe the Southwest Marks.

SKIP0000388
App'x 0169

**COUNT TWO: False Designation of Origin and Unfair Competition Under 15 U.S.C. § 1125(a) (Against All Defendants)**

158.    Southwest repeats and realleges the allegations above as if fully set forth herein.

159.    The conduct of Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Southwest, or as to the origin, sponsorship or approval of Defendants' goods and services by Southwest. For example, consumers associate the "Heart" logo with Southwest, known for having "no change fees" (though fare differences may apply) and "no hidden fees;" yet customers purchasing Southwest flights through Defendants (alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays) are charged both.

160.    The acts of Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, constitute false designation of origin which is likely to cause and have caused confusion in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

161.    The intentional nature of Defendants' actions, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, entitle Southwest to recover profits, damages, costs, and attorney's fees under 15 U.S.C. § 1117(a).

162.    Southwest has suffered, and will continue to suffer, irreparable harm as a result of such false designation of origin by Defendants, and, unless enjoined by the Court pursuant to 15 U.S.C. § 1116, Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, will continue to misrepresent and mislead the public that its services are in some manner connected with, sponsored by, affiliated with, related to, or approved by Southwest.

**COUNT THREE: Dilution Under 15 U.S.C. § 1125(c) (Against All Defendants)**

163.    Southwest repeats and realleges the allegations above as if fully set forth herein.

SKIP0000389
**App'x 0170**

164.    Southwest is engaged in substantially exclusive use of the Southwest Marks.

165.    The Southwest Marks are widely recognized by the consuming public of the United States to indicate Southwest as the source of services provided.

166.    The Southwest Marks have achieved fame under the relevant provisions of the Lanham Act.

167.    Defendants' infringing use of the Southwest Marks occurred after the Southwest Marks achieved such fame.

168.    Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have acted with knowledge of Southwest's ownership of the Southwest Marks and with deliberate intention or willful blindness to unfairly benefit from the incalculable goodwill symbolized by these marks.

169.    Defendants' conduct, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, has and is likely to continue to dilute the value of one or more of the Southwest Marks. For example, customers associate the "Heart" logo with Southwest, known for having "no change fees" (though fare differences may apply) and "no hidden fees;" yet customers purchasing Southwest flights through Defendants' website and Kiwi are charged both.

170.    The acts of Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, constitute a dilution, including dilution by tarnishment, in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

171.    Defendants' intentional use of one or more of the Southwest Marks, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, has caused the Southwest Marks to lose the distinctive quality associated with Southwest's exclusive use of the Southwest Marks.

SKIP0000390
App'x 0171

172.    The acts of Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have caused harm to the reputation of the Southwest Marks due to the deceptive, poor quality, and nature of the services and products provided by Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays.

173.    The intentional nature of Defendants' actions, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, entitle Southwest to recover profits, damages and costs, and attorney's fees under 15 U.S.C. § 1117(a).

174.    Southwest has suffered, and will continue to suffer, dilution of the Southwest Marks as a result of such actions by Defendants, and, unless enjoined by the Court pursuant to 15 U.S.C. § 1116, Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, will continue to dilute the Southwest Marks.

**COUNT FOUR: Tortious Interference with Contract (Contract of Carriage Between Southwest and its Customers – Against Defendant Skiplagged)**

175.    Southwest realleges and incorporates the allegations above, as if fully set forth herein.

176.    Skiplagged runs a search engine specifically designed to identify opportunities where travelers can pay less for airfare to a given destination by breaching their contract of carriage with the airline.

SKIP0000391
App'x 0172

177.    As its name implies, Skiplagged.com identifies and promotes "hidden city" travel. Its search engine allows users to search for "hidden city" travel opportunities by identifying travel itineraries where the layover is the user's intended destination.[64]



178.    This booking practice is a violation of Southwest's Contract of Carriage which details "Prohibited Booking Practices" within Section 2(a)(2) as prohibiting "[p]urchasing a Ticket without intending to fly all flights to gain lower fares (hidden cities)."[65]

179.    By promoting prohibited forms of travel, Skiplagged knowingly encourages and induces customers to breach the Southwest Terms & Conditions and/or Contract of Carriage.

180.    For example, in an open call on the website, Reddit, for donations to pay for its legal team in 2015, Skiplagged's founder acknowledged that by using Skiplagged's service, "**you**

---

[64] *Id.*

[65] Southwest provides notice of the Contract of Carriage throughout the purchase path, among other places on the Southwest Website, and also incorporates the Contract of Carriage as part of the Terms & Conditions that provide: "[i]n some instances both these Terms [& Conditions] and separate terms and conditions will apply, including . . . [being] subject to the terms & conditions contained in Southwest's Contract of Carriage." Kiwi's website also contains terms and conditions explaining to Kiwi's users in the "Service Agreement" (Article 2.1.2) that Kiwi's services consist of "[b]rokerage of the Contract of Carriage between You [the Kiwi user] and the Selected Carrier." Article 16 of Kiwi.com's Terms and Conditions are labeled "Brokerage of the Contract of Carriage" and explains: "We [Kiwi] are responsible primarily for brokering the Contract of Carriage between You [Kiwi user] and a Selected Carrier."

SKIP0000392
App'x 0173

*may be breaking an agreement with the airlines known as a contract of carriage*, **where it might**

**say you can't miss flights on purpose."**[66]

181.    Skiplagged also warns its users: "Do not overuse hidden-city itineraries. Do not fly

hidden-city on the same route with the same airline dozens of times within a short time frame. . . .

**You might upset the airline, so don't do this often**."[67]

> • **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.

182.    Skiplagged warns travelers against entering their frequent flyer information

because "[i]f you do, *the airline might invalidate any miles you've accrued with them*."[68]

> • **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.

183.    When reselling Southwest flights, Skiplagged, alone and in partnership with Kiwi

and/or Destina Holidays, acknowledges that purchases are subject to the Southwest Terms &

Conditions, stating: "All services provided by Southwest Airlines are subject to their Terms &

Conditions. More information is available on their website."

184.    When purchasing a flight through Skiplagged, Kiwi's Terms and Conditions state

that "a Selected Carrier's terms and conditions and conditions of carriage will apply to Your

contractual relationship with the Selected Carrier and that You must make Yourself aware of such

---

[66] United Airlines sued me last year for creating Skiplagged, available at https://www.reddit.com/r/IAmA/comments/3ux82r/united_airlines_sued_me_last_year_for_creating/ (posted November 30, 2015) (last accessed July 14, 2021) (emphasis added).

[67] Skiplagged website, https://support.skiplagged.com/hc/en-us/articles/115003286687-What-is-a-hidden-city-flight- (last accessed July 14, 2021) (emphasis added).

[68] Skiplagged website, https://support.skiplagged.com/hc/en-us/articles/115003286687-What-is-a-hidden-city-flight- (last accessed July 14, 2021) (emphasis added).

SKIP0000393
**App'x 0174**

terms and conditions as well as conditions of carriage before the Service Agreement is concluded and You complete the Booking."

> **Article 9. Conditions of Carriage**
> 1. You acknowledge that a Selected Carrier's terms and conditions and conditions of carriage will apply to Your contractual relationship with the Selected Carrier and that You must make Yourself aware of such terms and conditions as well as conditions of carriage before the Service Agreement is concluded and You complete the Booking. By concluding the Service Agreement You hereby acknowledge that the Flight(s) included in Your Booking may not be part of the "frequent flyer programs" of the Selected Carrier(s). This article 9.1 also applies to the terms and conditions of the airlines, railway and other transportation companies which are offered to You based on (i) application of the Kiwi.com Guarantee or (ii) voluntary change of the Booking based on Your request.

185.   Skiplagged knew that, in connection with the publication and purchase of Southwest flights, Kiwi and/or Destina Holidays interact with Southwest computer systems located in Texas and in this District, and that it is selling the services of Southwest, a Texas company with its base of operations in this District.

186.   Skiplagged's activities impede Southwest's ability to do business and cause substantial injury. Hidden city travel is prohibited by most commercial airlines because of the significant logistical, operational, and public safety concerns it causes. Hidden city travel negatively impacts Southwest's operation, and has a significant negative impact on the other passengers' experience on the flight and, thus, with Southwest.

187.   Skiplagged's promotion of hidden city ticketing also causes irreparable harm to Southwest's ability to obtain new customers. For example, when a passenger does not travel on the final leg of the trip, that passenger removes a seat that could have been sold to a prospective Southwest customer. That prospective Southwest customer may choose to travel on a different airline and, therefore, Southwest would also likely lose the sales revenue for ancillary services, such as EarlyBird Check-in, car rental deals, or hotel packages.

SKIP0000394
App'x 0175

**COUNT FIVE: Tortious Interference with Contract (Contract Between Southwest and Destina Holidays – Against Defendant Skiplagged)**

188.    Southwest realleges and incorporates the allegations above as if fully set forth herein.

189.    Skiplagged is aware that the Southwest Terms & Conditions do not allow Destina Holidays or other parties to use its Company Information or sell flights on its airline without its permission. Skiplagged is aware that the Southwest Terms & Conditions prohibit:

    a.   Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information to create a derivative work;"

    b.   Use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

    c.   Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading . . . .;"

    d.   Attempts to "harvest any information from the [Southwest Website];"

    e.   Attempts to "infringe any intellectual property or other right of any third party;"

    f.   Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

    g.   ["U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire

SKIP0000395

**App'x 0176**

information, . . . search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[69]

190.    Southwest informed Skiplagged that Destina Holidays was violating the Southwest Terms & Conditions by obtaining Southwest Company Information without authorization, publishing or distributing it, and by selling tickets on Southwest's airline.

191.    Each time Skiplagged convinces a user on its website to purchase a ticket on Southwest's airline, and directs that customer to Destina Holidays to finalize their purchase, Skiplagged is knowingly inducing Destina Holidays to breach its agreement with Southwest.

**COUNT SIX: Tortious Interference with Contract (Contract Between Southwest and Kiwi – Against Defendant Skiplagged)**

192.    Southwest realleges and incorporates the allegations above as if fully set forth herein.

193.    Skiplagged is aware that the Southwest Terms & Conditions do not allow Kiwi or other parties to scrape its data or sell flights on its airline without its permission. Skiplagged is aware that the Southwest Terms & Conditions prohibit:

    a.    Use of the Southwest Website to "copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use the Service or Company Information to create a derivative work;"

    b.    Use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

    c.    Engaging in any activity in connection with the Southwest Website or Company Information that is "fraudulent, unlawful, false or misleading . . . .;"

---

[69] *See* Ex. B, letter from James Sheppard (Southwest) to Skiplagged, Inc. c/o Aktarer Zaman (June 8, 2021) at Ex. A thereto, Southwest Terms & Conditions, p. 2.

SKIP0000396
App'x 0177

    d.   Attempts to "harvest any information from the [Southwest Website];"

    e.   Attempts to "infringe any intellectual property or other right of any third party;"

    f.   Use of the Southwest Website "to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;" and

    g.   ["U]se [of] any deep-link, page-scrape, robot, crawl, index, spider, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things to use, access, copy, acquire information, . . . search, generate searches, or monitor any portion of the [Southwest Website] or Company Information[.]"[70]

194.    Southwest informed Skiplagged that Kiwi was violating the Southwest Terms & Conditions by scraping data from the Southwest Website, publishing or distributing it, and by selling tickets on Southwest's airline.

195.    Each time Skiplagged convinces a user on its website to purchase a ticket on Southwest's airline, and directs that customer to Kiwi to finalize their purchase, Skiplagged is knowingly inducing Kiwi to breach its agreement with Southwest.

196.    Under Texas law, Southwest is entitled to recover as damages the attorney's fees and expenses expended in previous litigation (i.e. the Kiwi Litigation and the New York Action) in a later suit based on tortious interference. *See, e.g. Tex. Beef Cattle Co. v Green*, 883 S.W.3d 415 (Tex. App. – Beaumont 1994), *rev'd on other grounds*, 921 S.W.2d 203 (Tex. 1996). Southwest has incurred a significant amount of attorney's fees and expenses in order to (a) pursue the Kiwi Litigation and ultimately obtain a Preliminary Injunction against Kiwi on the breach of

---

[70] *See* Ex. B, letter from James Sheppard (Southwest) to Skiplagged, Inc. c/o Aktarer Zaman (June 8, 2021) at Ex. A thereto, Southwest Terms & Conditions, p. 2.

SKIP0000397

App'x 0178

contract claim; and (b) prepare and file a successful motion to dismiss in the New York Action -- due to Skiplagged filing an improper anticipatory action – in order to pursue the tortious interference claim in this district.

**COUNT SEVEN: Breach of Contract (Against Defendant Destina Holidays)**

197.    Southwest repeats and realleges the allegations above as if fully set forth herein.

198.    Use of the Southwest Website is governed by and subject to Southwest's Terms & Conditions.

199.    At all relevant times, the main homepage for the Southwest Website and other web pages have provided a link to the Terms & Conditions and alert users that "Use of the Southwest websites and our Company Information constitutes acceptance of our Terms & Conditions." The Terms & Conditions constitutes a valid and enforceable agreement between Southwest and Destina Holidays.

200.    Through direct correspondence as early as 2021 and continuing through June 2022, Southwest further provided Destina Holidays with further actual notice of the Terms & Conditions, including that Destina Holidays' use of Southwest fare and pricing information without Southwest's authorization violated the Terms & Conditions.

201.    On information and belief, Destina Holidays has regularly accessed the Southwest Website with knowledge of the Terms & Conditions and its prohibitions. Despite Destina Holidays' knowledge of the Terms & Conditions, on information and belief, Destina Holidays continues to obtain and use Southwest Company Information without authorization and then copy, aggregate, display, distribute and/or make derivative use of the Southwest Company Information.

202.    Destina Holidays' actions breach the provisions of the Terms & Conditions by at least the following: (1) using Southwest's company information obtained from the Southwest

SKIP0000398
**App'x 0179**

Website to copy, display, distribute, publish, re-post, reproduce, re-use, sell, transmit or use Southwest's company information to create a derivative work, namely the fare and pricing information on DestinaHolidays.com; (2) using Southwest's company information on fare and pricing for its own commercial gain; (3) engaging in an activity in connection with Southwest's company information (among other things, charging change fees) that is fraudulent, unlawful, false or misleading; (4) harvesting information from the southwest.com website; and (5) using one or more automatic device(s), program(s), algorithm(s) or methodology(ies) to access, extract, and use information from the Southwest Website for, or in connection with, offering services through DestinaHolidays.com.

203. Destina Holidays' continued breaches of the Terms & Conditions have damaged, and will continue to damage, Southwest.

**COUNT EIGHT: Unfair Competition Under Texas Common Law (Against All Defendants)**

204. Southwest realleges and incorporates the allegations above as if fully set forth herein.

205. Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have been and continue to unfairly compete with Southwest in violation of Texas Unfair Competition common law. For example, as alleged *supra*, Defendants falsely and misleading inflate the cost of tickets on Southwest Airlines, make false and misleading statements regarding the policies of Southwest Airlines, use Southwest's proprietary information without authorization, make a profit from marketing Southwest flights through Defendants' websites without Southwest's authorization, and utilize Southwest Marks without authorization.

SKIP0000399
**App'x 0180**

206.     Defendants' unfair competition, including false and misleading conduct, use of Southwest's information, and use of Southwest Marks have caused and will continue to cause harm to Southwest.

**COUNT NINE: Unjust Enrichment Under Texas Common Law (Against All Defendants)**

207.     Southwest realleges and incorporates the allegations above as if fully set forth herein.

208.     Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have been unjustly enriched by taking undue advantage of Southwest's fare information. Defendants have benefitted from the use of Southwest's proprietary information and makes a profit from marketing Southwest flights through their websites without Southwest's authorization. Without authorization, Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have taken undue advantage of Southwest's fare information in violation of the Lanham Act and encouraged Southwest customers to breach their contracts of carriage for Defendants' own benefit (disrupting service and increasing Southwest's costs).

209.     Southwest has been and continues to be injured by the conduct and unlawful acts of Defendants (both alone and, as to Skiplagged, through its partnership with Kiwi and Destina Holidays) and is entitled to restitution and equitable damages under quasi-contract theories of recovery.

## VI.     ATTORNEY'S FEES

210.     Southwest realleges and incorporates the allegations above as if fully set forth herein.

SKIP0000400
**App'x 0181**

211.    Southwest was required to retain the undersigned's services in the prosecution of this claim. Pursuant to at least Texas Civil Practice & Remedies Code §§ 38.001 and 143.002, Southwest seeks reasonable and necessary attorney's fees.

## VII.    APPLICATION FOR INJUNCTIVE RELIEF

212.    As set forth above, the actions of Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, in violation of the Lanham Act and Texas law, have caused, and are continuing to cause, substantial and irreparable damage to Southwest for which there is no adequate remedy at law. Defendants, alone and, as to Skiplagged, in partnership with Kiwi and Destina Holidays, have improperly used, and will continue to improperly use, the Southwest Marks unless this Court prevents them from doing so. Southwest will continue to lose control over its own reputation and goodwill, and the public and consumers likely will continue to be confused, misled, and deceived by the fact that Defendants, alone and, as to Skiplagged, through its partnership with Kiwi and Destina Holidays, offer competing or related services under the Southwest Marks. Southwest has a substantial likelihood of success on the merits and is, therefore, entitled to an injunction preventing Defendants' continued infringement, including an injunction against Defendants' continued use of the Southwest Marks.

213.    Southwest requests that Defendants, and all companies owned or controlled by them either directly or indirectly, their employees, representatives, agents, members, and others acting in concert with them, be preliminarily and permanently enjoined from: (1) extracting Southwest's flight and fare information from the Southwest Website and its proprietary servers or websites; (2) publishing Southwest fare information on any website, including Skiplagged.com and Destinaholidays.com, through Defendants' mobile applications, or elsewhere; (3) using the Southwest Marks, including the famous "Heart" logo, in violation of U.S. trademark law;

SKIP0000401
App'x 0182

(4) accessing or using the Southwest Website and data in violation of the Southwest Terms & Conditions, or partnering with others to do so.

## VIII.   PRAYER FOR RELIEF

Southwest respectfully requests an order and/or judgment:

A.    That Defendants, their officers, members, managers, affiliates, agents, employees, servants, representatives, any entities owned or controlled by them, and all persons acting under or in concert with them, be preliminarily enjoined throughout the pendency of this lawsuit, and permanently enjoined thereafter, from: (1) extracting Southwest's flight and fare information from the Southwest Website and its proprietary servers or websites; (2) publishing Southwest fare information on Skiplagged.com or Destinaholidays.com, through Defendants' mobile applications, or elsewhere; (3) use of the Southwest Marks, including its famous "Heart" logo, in violation of U.S. trademark law; and (4) accessing and using the Southwest Website and data in violation of the Southwest Terms & Conditions;

B.    That the Defendants be enjoined from using the Southwest Marks, or any other mark, word or name confusingly similar to or including those marks, in the ordinary course of business;

C.    That the Defendants be required to account for and pay to Southwest all profits and benefits they derived as a result of the activities complained of herein;

D.    That the Defendants be required to pay to Southwest actual, consequential, and compensatory damages sustained as a result of the activities complained of herein;

E.    That the Defendants be required to pay increased damages due to their willful infringement;

F.    That the Defendants be required to pay pre-judgment and post-judgment interest at the highest rates allowed by law;

SKIP0000402
**App'x 0183**

G.      That the Defendants be required to pay costs and attorney's fees; and

H.      For such other and further relief as this Court deems just and proper.


Dated:  August 4, 2022                              Respectfully submitted,

                                        By:  /s/ Michael C. Wilson
                                             Michael C. Wilson
                                             Texas State Bar No. 21704590
                                             mwilson@munckwilson.com
                                             S. Wallace Dunwoody
                                             Texas Bar. No. 24040838
                                             wdunwoody@munckwilson.com
                                             Amanda K. Greenspon
                                             Florida Bar No. 1014584
                                             AGreenspon@munckwilson.com
                                             Julie M. Christensen
                                             Texas State Bar No. 24105601
                                             jchristensen@munckwilson.com
                                             **MUNCK WILSON MANDALA, LLP**
                                             12770 Coit Road, Suite 600
                                             Dallas, Texas 75251
                                             Telephone: (972) 628-3600

                                             **ATTORNEYS FOR PLAINTIFF**
                                             **SOUTHWEST AIRLINES CO.**

SKIP0000403
App'x 0184

# Exhibit A-5

Withheld Due to Confidential Information
Pending Motion for Leave to File Under Seal

# Exhibit A-6

### Withheld Due to Confidential Information Pending Motion for Leave to File Under Seal

# Exhibit A-7

App'x 0260

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:23-cv-00860-P** |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT SKIPLAGGED, INC.'S THIRD AMENDED OBJECTIONS AND
RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Judge Ray's December 19, 2023

Order [Dkt. 53], and the parties' Confidentiality Agreement, Defendant Skiplagged, Inc.

("Skiplagged") hereby serves this, its Third Amended Objections and Responses to Plaintiff

American Airlines, Inc.'s First Set of Interrogatories.

Dated:  January 12, 2024          Respectfully submitted,

/s/*William L. Kirkman*_____
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile:  (817) 877-1863

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are
designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0261**

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin,
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
acampbell@condontobin.com
**CONDON TOBIN SLADEK THORNTON
NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

***ATTORNEYS FOR DEFENDANT
SKIPLAGGED, INC.***

## CERTIFICATE OF SERVICE

It is hereby certified that on January 12, 2024, a copy of the foregoing was served via e-mail as to all parties who have entered an appearance in this proceeding.

*/s/ Abigail R.S. Campbell*
Abigail R.S. Campbell

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0262**

## THIRD AMENDED OBJECTIONS AND RESPONSES
## TO FIRST SET OF INTERROGATORIES

To comply with Judge Ray's December 19, 2023 Order, Skiplagged makes the following amended objections and responses to Plaintiff's First Set of Interrogatories but does not waive its previously asserted objections.

**INTERROGATORY NO. 1:**   Identify Skiplagged's annual, monthly, and quarterly number of American Bookings, and the resulting revenue generated from such bookings, from January 1, 2020 to the present.

**RESPONSE:**



**INTERROGATORY NO. 2:**   Identify and describe in detail each way that Skiplagged has accessed, obtained, collected, received, scraped, cached or harvested American's Content, including but not limited to when and how Skiplagged collected or otherwise obtained the content/information, and including information obtained by Skiplagged from any third party or other source other than American or AA.com.

**RESPONSE:**

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0263**



**INTERROGATORY NO. 3:**   Identify and describe all types of data, information, and content relating to American flights, fares, products, or services that Skiplagged has collected or used (whether from or through AA.com, an API of AA.com, or some other source), and the process used by Skiplagged to obtain and use such data, information, or content.

**RESPONSE:**


**INTERROGATORY NO. 4:**   Identify and describe in detail each way that Skiplagged has purchased, booked, ticketed, sold, resold, brokered, facilitated, acted as a conduit, or made a reservation for customers on American flights, whether purchased or booked on AA.com, through another third party, or by some other means. Your ANSWER should include, without limitation, the names/identities of each and every third party whose data, services, or platform Skiplagged has used or relied on to facilitate the sale of American flights.

**RESPONSE:**

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0264**



**INTERROGATORY NO. 5:**   Describe in detail, from the time a user submits her information and payment on Skiplagged.com to the time Skiplagged completes the booking on AA.com on behalf of the passenger, the process by which Skiplagged purchases and completes a customer's reservation on AA.com, including but not limited to each step of the process, how the passenger's personal, contact, and payment information is submitted on AA.com (i.e., manually or by an automated technological means), and the specific location (both physical and IP address) of the computers or servers from which Skiplagged inputs the passenger's information on AA.com.

**RESPONSE:**


**INTERROGATORY NO. 6:**   Identify and describe all agreements and/or business relationships that Skiplagged has with other Travel Agencies, travel metasearch engines, airfare consolidators, global distribution systems, or any other third party that provides, enables, facilitates, or otherwise participates in the distribution, display, marketing, brokering, booking, ticketing or sale of flights. Your answer should include the nature of the relationship, any agreements relating to such relationships, and the details, dates, and amounts of any payments or monetary compensation that Skiplagged has paid to or received from such third parties.

**RESPONSE:**


Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0265**



**INTERROGATORY NO. 7:**   Identify all other websites to which Skiplagged.com has provided customers a link or otherwise re-directed customers to complete a booking or purchase of American flights.

**RESPONSE:**



**INTERROGATORY NO. 8:**   Identify all instances in which a person has booked, ticketed or purchased a ticket on an American-marketed flight through or facilitated by Skiplagged.com, including by providing, without limitation, the purchasers' name/identity, location, all PNR Data, any other personal identifying information, flight/itinerary information, reservation numbers, amounts paid by the customer, dates of purchase, and dates of travel.

**RESPONSE:** In response to this interrogatory and pursuant to Judge Ray's Order, Skiplagged states that while it has information regarding the number of bookings facilitated through its "Book Now" feature, the number of bookings facilitated by redirecting users to online travel agencies is unknown. Thus, the number of instances in which Skiplagged facilitated the booking of an American flight from August 1, 2018, to August 17, 2023 and according to Google Analytics is 1,376,927. Because of the magnitude of the information requested, pursuant to Fed. R. Civ. P. 33(d), Skiplagged refers Plaintiff to documents being produced by Skiplagged that reflect responsive information.

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0266**

**INTERROGATORY NO. 9:**   Identify all IP addresses, names, email addresses, accounts, computers, and any other identifying information that Skiplagged, or anyone acting under Skiplagged's instruction or direction, has used in connection with booking, ticketing, purchasing and/or selling of tickets on American-marketed flights.

**RESPONSE:** In response to this interrogatory, Skiplagged states that it does not book, ticket, purchase, or sell tickets for American-marketed flights. Skiplagged is unable to identify the requested IP addresses, as Skiplagged uses Google Cloud to host Skiplagged.com, which uses dynamic addresses.

**INTERROGATORY NO. 10:**   Identify each and every instance where an American-Skiplagged Customer requested a refund, partial or full, for a ticket on an American-marketed flight or where Skiplagged received a refund from American for a flight booked for an American-Skiplagged Customer, and for each instance, identify the reservation number, date of the request, date of the refund, the amount refunded by American, if any, and whether Skiplagged issued a refund back to the customer (and if so, how much of the amount refunded by American was paid back to the customer).

**RESPONSE:** In response to this interrogatory, Skiplagged states that it does not provide or receive refunds from American for any flights because Skiplagged does not charge users for flight tickets nor does Skiplagged purchase flight tickets. Users pay American for their flight tickets. In response to Skiplagged users who request flight refunds, Skiplagged informs them that that refunds must be requested from and issued by American.  In certain instances, Skiplagged  has refunded service fees. Pursuant to Fed. R. Civ. P. 33(d), Skiplagged refers Plaintiff to documents being produced that reflect customer requests for refunds of American flights.

**INTERROGATORY NO. 11:**   From the time Skiplagged began its operations, identify and describe any/all other lawsuits, claims, charges, allegations, arbitration, threatened litigation, administrative complaints, or other proceedings against Skiplagged, whether in the United States or any other country, relating to Skiplagged's marketing or sale of flights or other travel services, including the status of any such proceedings.

**RESPONSE:** In response to this interrogatory, Skiplagged identifies the following lawsuits filed against it, the allegations of which are publicly available:

1. United Airlines, Inc., Orbitz Worldwide, LLC, and Orbitz, LLC v. Zaman, Case No. 1:14-cv-09214 (N.D. Ill.); and
2. Southwest Airlines, Inc. v. Skiplagged, Inc., Skybooker.com LTD, Case No. 3:21-cv-01722-E (N.D. Tex.).

Both cases have been resolved and are terminated. The following "claims, charges, and allegations" have also been made:

1. A demand letter from counsel for Delta Air Lines, Inc. dated July 19, 2018, to which Skiplagged responded through counsel on July 26, 2018; and

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0267**

2. A demand letter from Fareportal on behalf of Cheapoair dated February 11, 2015, which was resolved on February 27, 2015.

**INTERROGATORY NO. 12**: Identify the number of bookings Skiplagged has made for or on behalf of consumers with a Texas address through Skiplagged.com's "Book Now" feature, as described in paragraph 12 of Zaman's Declaration.

**RESPONSE:** In response to this interrogatory, Skiplagged states that it does not direct, target, or keep separate in its records, persons with a Texas address. The reference made by Mr. Zaman in his Declaration is to Skiplagged's general operations, which are used by all persons everywhere and not just Texans. Skiplagged provides information to persons who come to its website to find information about airfares, air travel, and online travel offerings so they may book fares or tickets through other travel resources and Skiplagged does not "book" tickets or airfares, but rather facilitates persons booking flights. With this understanding, from August 1, 2018, through August 17, 2023, and according to Google Analytics, 59,426,399 persons accessed Skiplagged's site through 209,618,689 sessions, which resulted in 434,534 bookings reflecting Texas addresses through Skiplagged's "Book Now" feature. Accordingly, bookings with Texas addresses made through Skiplagged's Book Now feature represents approximately 00.207 percent of all sessions on Skiplagged.com during the identified period.

**INTERROGATORY NO. 13**: Identify the number of bookings Skiplagged has made for or on behalf of consumers for flights to, from, or within Texas through Skiplagged.com's "Book Now" feature, as described in paragraph 12 of Zaman's Declaration.

**RESPONSE:** In response to this interrogatory, Skiplagged states that it does not direct, target, or keep separate in its records, persons with a Texas address. The reference made by Mr. Zaman in his Declaration is to Skiplagged's general operations, which are used by all persons everywhere and not just Texans. Skiplagged provides information to persons who come to its website to find information about airfares, air travel, and online travel offerings so they may book fares or tickets through other travel resources and Skiplagged does not "book" tickets or airfares, but rather facilitates persons booking flights. With this understanding, from August 1, 2018, through August 17, 2023, and according to Google Analytics, 59,426,399 persons accessed Skiplagged's site through 209,618,689 sessions, which resulted in 854,317 bookings for flights that originated and/or terminated in Texas through Skiplagged's "Book Now" feature. Accordingly, such bookings made through Skiplagged's Book Now feature represent approximately 00.408 percent of all sessions on Skiplagged.com during the identified period.

**INTERROGATORY NO. 14**: Identify all "online travel agencies, global distribution systems, and other travel metasearch engines" and any of the other "variety of sources" from whom "Skiplagged obtains American flight and fare information" (as described in paragraphs 10 and 11 of Zaman's Declaration) and describe the technical means and process by which Skiplagged obtains such information.

**RESPONSE:** ███████████████████████████████

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0268**



**INTERROGATORY NO. 15**: Identify the total number of bookings for which Skiplagged has received commission payments or other financial compensation from other Travel Agencies, and the total amount of such payments, for purchases made by consumers with a Texas address that Skiplagged.com redirected to such other Travel Agency.

**RESPONSE:** In response to this interrogatory, Skiplagged states it does not direct, target, or keep separate in its records, persons with a Texas address. Skiplagged is not a Travel Agency, so use of the term "other Travel Agencies" is incorrect. With that understanding, from August 1, 2018, through August 17, 2023, Skiplagged is unaware of the total number of bookings through Travel Agencies made by persons referred by Skiplagged. Skiplagged commissions on redirected bookings to Travel Agencies are paid on two models (1) cost per click or "CPC" (*i.e.*, intent to book), the standard advertising revenue model, or (2) cost per action or "CPA" (*i.e.*, successful booking). However, Skiplagged does not collect the requested information with respect to Texas addresses or anywhere else.

**INTERROGATORY NO. 16**: Identify the total number of bookings for which Skiplagged has received commission payments or other financial compensation from other Travel Agencies, and the total amount of such payments, for purchases of flights to, from, or within Texas made by users that Skiplagged.com redirected to such other Travel Agency.

**RESPONSE:** In response to this interrogatory, Skiplagged states it does not direct, target, or keep separate in its records, persons with a Texas address. Skiplagged is not a Travel Agency, so use of the term "other Travel Agencies" is incorrect. With that understanding, from August 1, 2018, through August 17, 2023, Skiplagged is unaware of the total number of bookings through Travel Agencies made by persons referred by Skiplagged. Skiplagged commissions on redirected bookings to Travel Agencies are paid on two models (1) cost per click or "CPC" (*i.e.*, intent to book), the standard advertising revenue model, or (2) cost per action or "CPA" (*i.e.*, successful booking). However, Skiplagged does not collect the requested information with respect to routing for bookings made by Travel Agencies.

**INTERROGATORY NO. 17**: Identify the number of persons who have signed up for the Skiplagged.com "newsletter" or email subscriber service by entering a "home airport" located in Texas, as prompted on https://skiplagged.com/signup.\

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0269**

**RESPONSE:** In response to this interrogatory, Skiplagged states that it does not direct, target or keeps separate in its records, persons with a Texas address or a "home airport" located in Texas as such. Despite that, zero persons "signed up" for such newsletter or e-mail subscriber service from August 1, 2018, to August 17, 2023, by entering a "home airport" located in Texas. This is because Skiplagged launched the newsletter sign-up page on August 28, 2023, which was after American Airlines filed the Complaint in this action.

**INTERROGATORY NO. 18**: Identify the number of times Skiplagged.com has redirected a user to another Travel Agency to complete a booking for a flight to, from, or within Texas.

**RESPONSE:** In response to this interrogatory, Skiplagged states that it does not direct, target, or keeps separate in its records, persons who fly to, from, or within Texas. Skiplagged is not a Travel Agency, so the use of the term "another Travel Agency" is incorrect. With that understanding, Skiplagged has redirected persons 966,655 times to a Travel Agency (not "another" Travel Agency, as Skiplagged is not a "Travel Agency") to potentially "complete" a booking for a flight to from or within Texas from August 1, 2018, to August 17, 2023, understanding that Skiplagged interprets this Interrogatory to ask for the number of times that Skiplagged.com has redirected persons to an online Travel Agency to complete a booking for a flight involving Texas. Skiplagged does not have information as to how many such referrals resulted in the purchase of airline tickets for flights involving Texas. Each identified booking involves two cities, not necessarily in the same state or country, and "involving Texas" refers to bookings where the trip starts and/or ends in Texas.

**INTERROGATORY NO. 19**: Describe in detail how and from what sources Skiplagged "obtained … the alleged 'American Marks' from [sources other than] American's website" as alleged in paragraph 10 of Zaman's Declaration and at page 13 of Skiplagged's Motion to Dismiss.

**RESPONSE:** In response to this interrogatory, Skiplagged states that paragraph 10 of the Zaman Declaration does not reference American Marks and page 13 of Skiplagged's Motion to Dismiss erroneously cites Zaman Declaration paragraph 10 instead of paragraph 11 for this proposition. Subject to this correction, Skiplagged states that on May 23, 2017, a former employee obtained the American icon from the API response of a Skiplagged advertiser, which Skiplagged understood to be allowed to use and distribute the American icon. Skiplagged's former employee then edited the image to make the background transparent and slightly enlarge the logo. The result is what Skiplagged has been using: https://skiplagged.com/img/airlines-favicon/AA.png.

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

10

28191315v2 99460.002.00

**App'x 0270**

**28 U.S.C. § 1746 DECLARATION VERIFYING INTERROGATORY ANSWERS**

"I declare and verify under penalty of perjury that the foregoing responses to Interrogatories are true and correct. Executed on the 12th day of January 2024, in New York City, New York."

_____
Aktarer Zaman
Chief Executive Officer
Skiplagged, Inc.

Pursuant to the parties' Confidentiality Agreement, Skiplagged's Responses to Interrogatory Nos. 1-7, and 14 are designated CONFIDENTIAL.

28191315v2 99460.002.00

**App'x 0271**

# Exhibit A-8

## Withheld Due to Confidential Information Pending Motion for Leave to File Under Seal

# Exhibit A-9

App'x 0330



**Generated on:** This page was generated by TSDR on 2024-03-21 12:50:27 EDT

**Mark:**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85825121 | **Application Filing Date:** | Jan. 16, 2013 |
| **US Registration Number:** | 4449061 | **Registration Date:** | Dec. 10, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Feb. 24, 2024

**Publication Date:** Jun. 18, 2013 **Notice of Allowance Date:** Aug. 13, 2013

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a stylized eagle with one blue wing and one red wing separated by a white and gray eagle head.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) blue, white, red, and gray is/are claimed as a feature of the mark.

**Design Search Code(s):** 03.15.01 - Eagles
03.15.19 - Birds in flight or with outspread wings
03.15.24 - Stylized birds

## Related Properties Information

**International Registration Number:** 1180965

**International Application(s) /Registration(s) Based on this Property:** A0033947/1180965

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis (( ..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Promoting the goods and services of others by means of a discount rewards program and an incentive awards program whereby purchase points are awarded for purchases made by vendor subscribers and travel conducted by member subscribers which can then

AA-SKP-00054086

**App'x 0331**

be redeemed for merchandise and travel; Online retail store services featuring toys, jewelry, books, office supplies, consumer electronics, music, sporting equipment, gifts, travel related goods and services, apparel, home and garden-related items, general retail merchandise, gift cards, and private club membership

| | | | |
|---|---|---|---|
| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jan. 21, 2013 | Use in Commerce: | Jan. 21, 2013 |

For: Air transportation of passengers, cargo, and freight; providing travel agency services, namely, providing transportation reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation transportation reservation services by means of a global computer network; providing information in the field of travel by means of a global computer network

| | | | |
|---|---|---|---|
| International Class(es): | 039 - Primary Class | U.S Class(es): | 100, 105 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jan. 21, 2013 | Use in Commerce: | Jan. 21, 2013 |

For: Providing travel agency services, namely, providing temporary lodging reservation services for others

| | | | |
|---|---|---|---|
| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jan. 21, 2013 | Use in Commerce: | Jan. 21, 2013 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | American Airlines, Inc. |
| Owner Address: | 1 Skyview Drive<br>MD 8B503<br>Fort Worth, TEXAS UNITED STATES 76155 |
| Legal Entity Type: | CORPORATION |

State or Country Where Organized: DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Eric J. Maiers | Docket Number: | 177306.06930 |
| Attorney Primary Email Address: | chiipmail@gtlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | Eric J. Maiers<br>Greenberg Traurig, LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, ILLINOIS UNITED STATES 60601 |
| Phone: | 312.456.8400 |

Fax: 312.456.8435

| | | | |
|---|---|---|---|
| Correspondent e-mail: | chiipmail@gtlaw.com matthewsk@gtlaw.com eric.maiers@gtlaw.com carrm@gtlaw.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

AA-SKP-00054087

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 24, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 24, 2024 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 24, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Feb. 23, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 29, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 10, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 08, 2022 | NOTICE OF SUIT | |
| Jul. 28, 2022 | NOTICE OF SUIT | |
| Aug. 20, 2021 | NOTICE OF SUIT | |
| Mar. 19, 2020 | NOTICE OF SUIT | |
| Jan. 13, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 13, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 13, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 21, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 10, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 01, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 01, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 10, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 06, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 05, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | |
| Nov. 04, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 04, 2013 | ASSIGNED TO EXAMINER | |
| Oct. 31, 2013 | STATEMENT OF USE PROCESSING COMPLETE | |
| Sep. 30, 2013 | USE AMENDMENT FILED | |
| Oct. 25, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Sep. 30, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 13, 2013 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 18, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 18, 2013 | PUBLISHED FOR OPPOSITION | |
| May 29, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 10, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| May 09, 2013 | ASSIGNED TO LIE | |
| May 01, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 01, 2013 | EXAMINER'S AMENDMENT ENTERED | |
| May 01, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| May 01, 2013 | EXAMINERS AMENDMENT E-MAILED | |
| May 01, 2013 | EXAMINERS AMENDMENT -WRITTEN | |
| Apr. 29, 2013 | ASSIGNED TO EXAMINER | |
| Jan. 24, 2013 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Jan. 23, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 19, 2013 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | |
|---|---|---|
| Current Location: | GENERIC WEB UPDATE | Date in Location: Feb. 24, 2024 |

## Assignment Abstract Of Title Information

**Summary**

| | | |
|---|---|---|
| Total Assignments: | 1 | **Registrant:** American Airlines, Inc. |

AA-SKP-00054088

App'x 0333

**Assignment 1 of 1**

| | |
|---|---|
| Conveyance: | SECURITY INTEREST |
| Reel/Frame: | 7061/0605 |
| Date Recorded: | Sep. 25, 2020 |
| Supporting Documents: | assignment-tm-7061-0605.pdf |

Pages: 47

**Assignor**

| | | | |
|---|---|---|---|
| Name: | AMERICAN AIRLINES, INC. | Execution Date: | Sep. 25, 2020 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT | | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | ALABAMA |
| Address: | 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS, MINNESOTA 55402 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MILBANK LLP |
| Correspondent Address: | 55 HUDSON YARDS ATTN: NATHANIEL T. BROWAND NEW YORK, NY 10001-2163 |

**Domestic Representative - Not Found**

AA-SKP-00054089

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, February 24, 2024 11:17 PM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4449061: Miscellaneous Design: Docket/Reference No. 177306.06930 |

**U.S. Serial Number:** 85825121
**U.S. Registration Number:** 4449061
**U.S. Registration Date:** Dec 10, 2013
**Mark:** Miscellaneous Design
**Owner:** American Airlines, Inc.

Feb 24, 2024

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035, 039, 043

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

#### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85825121&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85825121&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

AA-SKP-00054090

**App'x 0335**

PTO- 1963
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4449061
**REGISTRATION DATE:** 12/10/2013

**MARK:** (Stylized and/or with Design, Miscellaneous Mark (see, <u>mark</u>))

**Current:** The owner, American Airlines, Inc., a corporation of Delaware, having an address of
   1 Skyview Drive MD 8B503
    Fort Worth, Texas 76155
   United States
   XXXX

**Proposed:** The owner, American Airlines, Inc., a corporation of Delaware, having an address of
   MD 8B503
   1 Skyview Drive
   Fort Worth, Texas 76155
   United States
   XXXX
is a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 035, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Promoting the goods and services of others by means of a discount rewards program and an incentive awards program whereby purchase points are awarded for purchases made by vendor subscribers and travel conducted by member subscribers which can then be redeemed for merchandise and travel; Online retail store services featuring toys, jewelry, books, office supplies, consumer electronics, music, sporting equipment, gifts, travel related goods and services, apparel, home and garden-related items, general retail merchandise, gift cards, and private club membership ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
<u>SPN0-419086-2023072513070 5228686 . Flight_Symbol_-_35.pdf</u>
**Converted PDF file(s)** (3 pages)
<u>Specimen File1</u>
<u>Specimen File2</u>
<u>Specimen File3</u>

Webpage URL: None Provided
Webpage Date of Access: None Provided
For International Class 039, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Air transportation of passengers, cargo, and freight; providing travel agency services, namely, providing transportation reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation transportation reservation services by means of a global computer network; providing information in the field of travel by means of a global computer network ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photograph showing use of the mark in connection with the listed services.
<u>Specimen File1</u>

Webpage URL: None Provided

AA-SKP-00054095
**App'x 0336**

Webpage Date of Access: None Provided
For International Class 043, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing travel agency services, namely, providing temporary lodging reservation services for others ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN2-419086-2023072513070 5228686 _._ Flight_Symbol_-_43.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided
The owner's/holder's current attorney information: Eric J. Maiers. Eric J. Maiers of Greenberg Traurig, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    Suite 3100
    77 W. Wacker Drive
    Chicago, Illinois 60601
    United States
The docket/reference number is 177306.06930.

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

The owner's/holder's proposed attorney information: Eric J. Maiers. Other appointed attorneys are Mark R. Galis, Jeffrey P. Dunning, Herbert H. Finn, Richard D. Harris, Gary R. Jarosik, Keith R. Jarosik, James J. Lukas, Jr., Cameron M. Nelson, Howard E. Silverman, Barry R. Horwitz, Matthew J. Levinstein, Marc Trachtenberg, Benjamin P. Gilford, Jonathan Giroux, Jacqueline Brousseau, Callie Sand, Samuel Chase Means, Maja Sherman, Katie Cronin, Erik Bokar, Molly Carr, Jonathan Easter. Eric J. Maiers of Greenberg Traurig, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 3100
    77 W. Wacker Drive
    Chicago, Illinois 60601
    United States
The docket/reference number is 177306.06930.

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

Eric J. Maiers submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
    Eric J. Maiers
    PRIMARY EMAIL FOR CORRESPONDENCE: chiipmail@gtlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED
    The docket/reference number is 177306.06930.

**Correspondence Information (proposed)**
    Eric J. Maiers
    PRIMARY EMAIL FOR CORRESPONDENCE: chiipmail@gtlaw.com

AA-SKP-00054096

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): matthewsk@gtlaw.com; eric.maiers@gtlaw.com; carrm@gtlaw.com
The docket/reference number is 177306.06930.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $1575 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Original PDF file:**
hw_419086-113409014_._Dec1_4449061.pdf
**Converted PDF file(s)** (2 pages)
Signature File1
Signature File2
Signatory's Name: Donald Broadfield, Jr.
Signatory's Position: Chief Intellectual Property and Data Counsel
Signature method: Handwritten

Mailing Address **(current):**
  Greenberg Traurig, LLP
  77 W. Wacker Drive
  Chicago, Illinois 60601

Mailing Address **(proposed):**
  Greenberg Traurig, LLP
  77 W. Wacker Drive
  Chicago, Illinois 60601

Serial Number: 85825121
Internet Transmission Date: Tue Aug 29 11:37:22 ET 2023
TEAS Stamp: USPTO/S08N09-X.X.XX.XX-20230829113723230
323-4449061-850123aa464f658dc2db531ce5a6
f2418b2826be36fd355ddfc77bd2d8a074f-DA-3
7228537-20230829113409014321

AA-SKP-00054097

**App'x 0338**

 **American Airlines**

Home  ▓ English ▾   Search AA.com®  🔍

PLAN TRAVEL    TRAVEL INFORMATION    AADVANTAGE®    **LOG IN**

⌂ Home  ›  AAdvantage® program

# AAdvantage® program

ⓘ Experience more with Loyalty Point Rewards

Enjoy new ways to earn rewards and reach your travel goals with the AAdvantage® program

Read about Loyalty Point Rewards ⊞



Plan your next adventure

Buy miles and go somewhere new ⊞

**Buy**Miles

| ⌂ | ✈ | ⚓ | ⚐⚐ | ◎ |
|---|---|---|---|---|
| AAdvantage® | Earn miles | Redeem miles | AAdvantage® status | Loyalty Points |

## In the best travel rewards program

### Life adds up to travel

Earn rewards easier and more often with the free to join American Airlines AAdvantage® program.

As a member of the AAdvantage® program, you'll earn miles when you fly on American, **oneworld**® and other participating airlines, as well as over 1,000 partners. Then, you can use your miles for:

» Flights to nearly 1,100 destinations worldwide
» Upgrades
» Vacations, car rentals and hotels
» Other retail products

Not a member? Join now »



## Earn miles and Loyalty Points

We make it easy to earn miles and track your progress toward reaching AAdvantage® status with Loyalty Points.

### Fly to earn miles

Earn miles when you fly with American, **oneworld**® and other participating airlines.

Partner airlines »

Request missing flight miles »

### Engage with our partners

There are over 1,000 ways to earn miles with our partners – from car rentals, hotel stays, dining out or ordering in.

Earn miles »

Partner offers ⊞

Request missing partner miles »

### Use an AAdvantage® credit card

You'll earn 1 Loyalty Point for every 1 eligible AAdvantage® mile earned from purchases using your U.S. or internationally-issued AAdvantage® credit card.

AAdvantage® credit cards »

AA-SKP-00054098
**App'x 0339**

Earn miles when you fly with American, oneworld® and other participating airlines.

Partner airlines »

Request missing flight miles »

These are over 1,000 ways to earn miles with our partners – from car rentals, hotel stays, dining out or ordering in.

Earn miles »

Partner offers ⊘

Request missing partner miles »

You'll earn 1 Loyalty Point for every $1 eligible AAdvantage® mile earned from purchases using your U.S. or internationally-issued AAdvantage® credit card.

AAdvantage® credit cards »

## Earn Loyalty Points

Which AAdvantage® miles count toward earning Loyalty Points? »

Which AAdvantage® miles don't count toward earning Loyalty Points? »

## Use your miles

### Flight awards

Use your miles for a flight award on any American flight – there are no blackout dates.

Flight awards on American »

Partner award chart »

Book award travel »

### Elevate your experience

Use your miles to enjoy a higher cabin of service on American and select partner airlines, or toward an Admirals Club® membership. You can use your miles for yourself or for anyone else!

Upgrade with miles »

Reserve seats with miles »

Admirals Club® membership »

### Hotels, cars and more

Redeem your miles for hotel stays, rental cars, vacation packages and other retail products.

Hotel awards ⊘

Car awards ⊘

Vacation packages ⊘

## Earn 50,000 bonus miles with the Citi® / AAdvantage® Platinum Select® card



Plus, enjoy your first checked bag free on domestic American Airlines itineraries. You can also earn a $125 American Airlines Flight Discount after you spend $20,000 or more in purchases during your cardmembership year and renew your card. Terms apply.

Learn more ⊘

Already a cardholder? Learn more about your card's benefits »

## Discover the perks of AAdvantage® status

### The more you travel the more you earn – upgrades, bonus miles, airport privileges and more



Qualify for AAdvantage® status when you meet the required Loyalty Point thresholds. Simply earn Loyalty Points whenever you fly, use an AAdvantage® credit card for purchases, or earn eligible miles with AAdvantage® partners. It's all part of the new AAdvantage® program, and yes, it's really that easy.

AAdvantage® status benefits »

Qualify for AAdvantage® status »

## The oneworld® Alliance: More destinations around the globe

oneworld offers convenient service on the world's leading airlines across more than 1,000 destinations worldwide. And as an AAdvantage® member, when you travel on oneworld airlines, your eligible activity will count toward AAdvantage® status qualification. Plus, enjoy:

» Smooth transfers between partner airlines

» Earning and redeeming miles across the oneworld Alliance

» Recognition of AAdvantage® status across all member airlines

AA-SKP-00054099
App'x 0340

Learn more

Already a cardholder? Learn more about your card's benefits »

## Discover the perks of AAdvantage® status

### The more you travel the more you earn – upgrades, bonus miles, airport privileges and more



Qualify for AAdvantage® status when you meet the required Loyalty Point thresholds. Simply earn Loyalty Points whenever you fly, use an AAdvantage® credit card for purchases, or earn eligible miles with AAdvantage® partners. It's all part of the new AAdvantage® program, and yes, it's really that easy.

AAdvantage® status benefits »

Qualify for AAdvantage® status »

## The oneworld® Alliance: More destinations around the globe

oneworld offers convenient service on the world's leading airlines across more than 1,000 destinations worldwide. And as an AAdvantage® member, when you travel on oneworld airlines, your eligible activity will count toward AAdvantage® status qualification. Plus, enjoy:

» Smooth transfers between partner airlines

» Earning and redeeming miles across the oneworld Alliance

» Recognition of AAdvantage® status across all member airlines

Learn more about the benefits of the oneworld Alliance »

## You may also like...

AAdvantage® program updates »

AAdvantage® terms and conditions »

AAdvantage® FAQs »

Admirals Club® »

⊕ Back to top

| Help | About American | Extras |
|------|----------------|--------|
| Contact American | About us | Business programs |
| Receipts and refunds | We're hiring! Join our team | Gift cards |
| FAQs | Investor relations | American Airlines credit card |
| Agency reference | Newsroom | Trip insurance |
| Cargo | Legal, privacy, copyright | |
| Bag and optional fees | Environmental, social and governance | |
| Customer service and contingency plans | Combating human trafficking | |
| Conditions of carriage | Browser compatibility | |
| | Web accessibility | |

Limited-time: Earn up to 100,000 bonus miles. Terms apply

**BuyMiles**
Buy or gift miles for new adventures

AVIS  Budget
Up to 35% savings plus AAdvantage® miles

Link opens in new window. Site may not meet accessibility guidelines. AA.com®

AA-SKP-00054100
**App'x 0341**



American Airlines

Home   English ▾   Search AA.com®

PLAN TRAVEL   TRAVEL INFORMATION   AADVANTAGE®   LOG IN

⌂ Home  ›  AAdvantage® program  ›  Earn miles  ›  Hotels

## Hotels



### Earn miles and Loyalty Points at hotels

Stay in your favorite hotels and earn AAdvantage® miles at the same time. Provide your AAdvantage® number in the booking path or at check-in to earn miles. Plus, when you earn AAdvantage® base miles at hotels, you'll also earn Loyalty Points that count toward qualifying for AAdvantage® status. Base offers vary by partner.

### Convert your hotel points to miles

Need more AAdvantage® miles for that trip you're planning? Convert your hotel points into bonus miles and redeem them for award travel on American Airlines and our partner airlines.

Convert hotel points to miles »

### Hotel partners

⊘ AAdvantage Hotels™

⊘ Hyatt Hotels & Resorts

⊘ Marriott International

⊘ InterContinental Hotels and Resorts

⊘ Rocketmiles

⊘ Terms and conditions

### You may also like...

Redeem miles for hotel stays ⊘

Book awards »

Feedback ☞

AA-SKP-00054102

**App'x 0343**

Stay in your favorite hotels and earn AAdvantage® miles at the same time. Provide your AAdvantage® number in the booking path or at check-in to earn miles. Plus, when you earn AAdvantage® base miles at hotels, you'll also earn Loyalty Points that count toward qualifying for AAdvantage® status. Base offers vary by partner.

## Convert your hotel points to miles

Need more AAdvantage® miles for that trip you're planning? Convert your hotel points into bonus miles and redeem them for award travel on American Airlines and our partner airlines.

Convert hotel points to miles »

## Hotel partners

- AAdvantage Hotels™
- Hyatt Hotels & Resorts
- Marriott International
- InterContinental Hotels and Resorts
- Rocketmiles

- Terms and conditions

## You may also like...

Redeem miles for hotel stays 🔗
Book awards »
More ways to earn miles »

⊕ Back to top

| Help | About American | Extras | |
|---|---|---|---|
| Contact American | About us | Business programs | |
| Receipts and refunds | We're hiring! Join our team 🔗 | Gift cards 🔗 | Limited-time: Earn up to 100,000 bonus miles. Terms apply 🔗 |
| FAQs | Investor relations 🔗 | American Airlines credit card | **BuyMiles** |
| Agency reference | Newsroom 🔗 | Trip insurance | Buy or gift miles for new adventures 🔗 |
| Cargo 🔗 | Legal, privacy, copyright | | |
| Bag and optional fees | Environmental, social and governance 🔗 | | AVIS Budget |
| Customer service and contingency plans | Combating human trafficking | | Up to 35% savings plus AAdvantage® miles 🔗 |
| Conditions of carriage | Browser compatibility | | |
| | Web accessibility | | |

🔗 Link opens in new window. Site may not meet accessibility guidelines. AA.com®

AA-SKP-00054103

**App'x 0344**

PTO- 1963
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

You may sign this document but do not edit it. Make any necessary changes through TEAS, then generate a new signature page.

## Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## Handwritten Signature or Digital Signature

Review the complete filing details before signing. Preparers printing this form for handwritten signature should also print the filing details for signatory review.

A fee payment in the amount of $1575 will be submitted with the application, representing payment for 3 class(es).

**MARK:** Miscellaneous Mark (stylized and/or with design, see



**Applicant(s):** Eric J. Maiers.
**Correspondence email address:** chiipmail@gtlaw.com;matthewsk@gtlaw.com; eric.maiers@gtlaw.com; carrm@gtlaw.com

### Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry

AA-SKP-00054104
**App'x 0345**

reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section**

Signature: _____

Date: _____ 16 August 2023 _____

Signatory's Name: Donald Broadfield, Jr.

Signatory's Position: Chief Intellectual Property and Data Counsel

Document generated on August 15, 2023 at 04:28:16 PM ET

AA-SKP-00054105

**App'x 0346**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, January 13, 2020 11:07 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4449061: Miscellaneous Design: Docket/Reference No. 177306.06930 |

**U.S. Serial Number:** 85825121
**U.S. Registration Number:** 4449061
**U.S. Registration Date:** Dec 10, 2013
**Mark:** Miscellaneous Design
**Owner:** American Airlines, Inc.

Jan 13, 2020

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035, 039, 043

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85825121&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85825121&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

AA-SKP-00054143

**App'x 0347**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4449061
**REGISTRATION DATE:** 12/10/2013

**MARK:** (Stylized and/or with Design, Miscellaneous Mark (see, mark))

The owner, American Airlines, Inc., a corporation of Delaware, having an address of
    MD 8B503
    1 Skyview Drive
    Fort Worth, Texas 76155
    United States
    XXXX (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 035, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Promoting the goods and services of others by means of a discount rewards program and an incentive awards program whereby purchase points are awarded for purchases made by vendor subscribers and travel conducted by member subscribers which can then be redeemed for merchandise and travel; Online retail store services featuring toys, jewelry, books, office supplies, consumer electronics, music, sporting equipment, gifts, travel related goods and services, apparel, home and garden-related items, general retail merchandise, gift cards, and private club membership; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN0-66195542-20191107164755526297_._Flight_symbol_spec_35.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

For International Class 039, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Air transportation of passengers, cargo, and freight; providing travel agency services, namely, providing transportation reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation transportation reservation services by means of a global computer network; providing information in the field of travel by means of a global computer network; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shot from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**

AA-SKP-00054149
**App'x 0348**

SPN1-66195542-20191107164755526297 . flight_symbol_spec_39.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

For International Class 043, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing travel agency services, namely, providing temporary lodging reservation services for others; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN2-66195542-20191107164755526297 . Flight_symbol_spec_43.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant's current attorney information: Eric J. Maiers. Eric J. Maiers of Greenberg Traurig, LLP, is located at

    Suite 3100
    77 W. Wacker Drive
    Chicago, Illinois 60601
    United States

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

The applicants proposed attorney information: Eric J. Maiers. Other appointed attorneys are Mark R. Galis, Jeffrey P. Dunning, Herbert H. Finn, Richard D. Harris, Gary R. Jarosik, Keith R. Jarosik, James J. Lukas, Jr., Jeffrey G. Mote, Cameron M. Nelson, Howard E. Silverman, Barry R. Horwitz, Matthew J. Levinstein, Marc Trachtenberg, Benjamin P. Gilford, Jonathan Giroux, Jacqueline Brousseau, Callie Sand, Michael Friedman, Sara Skulman, Chase Means, Maja Sherman. Eric J. Maiers of Greenberg Traurig, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 3100
    77 W. Wacker Drive
    Chicago, Illinois 60601
    United States
The docket/reference number is 177306.06930.

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

Eric J. Maiers submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: Eric J. Maiers. Eric J. Maiers of Greenberg Traurig, LLP, is located at

AA-SKP-00054150

Suite 3100
77 W. Wacker Drive
Chicago, Illinois 60601
United States

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

The applicants proposed correspondence information: Eric J. Maiers. Eric J. Maiers of Greenberg Traurig, LLP, is located at

Suite 3100
77 W. Wacker Drive
Chicago, Illinois 60601
United States
The docket/reference number is 177306.06930.

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

A fee payment in the amount of $975 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

### Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

- ☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

- ☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /DB280/   Date: 11/21/2019
Signatory's Name: Donald Broadfield, Jr.
Signatory's Position: Intellectual Property and Data Counsel

Mailing Address **(current)**:
  Greenberg Traurig, LLP
  77 W. Wacker Drive
  Chicago, Illinois 60601

Mailing Address **(proposed)**:
  Greenberg Traurig, LLP

77 W. Wacker Drive
Chicago, Illinois 60601

Serial Number: 85825121
Internet Transmission Date: Thu Nov 21 16:55:44 EST 2019
TEAS Stamp: USPTO/S08N15-XX.XXX.XX.X-201911211655447
37985-4449061-70041c45860372ebb2f7c6f9ea
54751494deb32c3fff0217adf13795e981bf3-DA
-55448376-20191112165631849867

AA-SKP-00054152
**App'x 0351**

11/7/2019                    AAdvantage – AAdvantage program – American Airlines



Home    Log in »    English ▼    Search aa.com

Plan Travel    Travel Information    AAdvantage

⌂    Home    ›    AAdvantage program

# AAdvantage program



Earn more miles with SimplyMiles™
Browse, click and earn miles on qualifying purchases

⌂ AAdvantage          ✈ Earn miles          🏖 Redeem miles          🎩 Elite status

🔓 Log in / Join

## In the best loyalty program

### The possibilities are endless

As a member of the AAdvantage® program, you'll earn
miles when you fly on American, oneworld® and other
participating airlines, as well as over 1,000 partners.
Then, you can use your miles for:

- Flights to nearly 1,000 destinations worldwide
- Upgrades
- Vacations, car rentals and hotels
- Other retail products

Not a member? Join now »



AA-SKP-00054153
**App'x 0352**

# Earn miles

We make it easy to earn miles when you fly or when you engage with any of our partners.

## Fly to earn miles

Earn miles when you fly with American, oneworld® and other participating airlines.

Partner airlines »

Earn extra miles »

Request missing flight miles »

## Earn miles with partners

There are over 1,000 ways to earn miles with our partners – from car rentals and hotel stays, to dining out and using credit cards.

Earn miles »

Partner offers »

Request missing partner miles »

## Buy, transfer or gift miles

Don't wait any longer for that trip you've been longing to take. Buy the miles you need and be on your way.

Buy, gift or transfer miles 

# Use your miles

## Flight awards

With AAnytime® Awards there are no blackout dates and if a seat is available, you can book it with miles. And if your travel plans are flexible, MileSAAver awards are available for fewer miles.

Flight award chart »

Book award travel »

## Upgrades

Use your miles to upgrade to First or Business on American and select partner airlines. You can use your miles for yourself or for anyone else!

Award travel »

## Hotels, cars and more

Redeem your miles for hotel stays, rental cars, vacation packages and other retail products.

Car/hotel awards 

Vacation packages 

Admirals Club® membership »

# Get the most out of your AAdvantage® account with the Citi® / AAdvantage® Platinum Select® card



AA-SKP-00054154

**App'x 0353**

Earn 50,000 bonus miles after qualifying purchases. Plus, enjoy your first checked bag fee waived on domestic American Airlines itineraries and a $125 American Airlines Flight Discount after you spend $20,000 or more in purchases during your cardmembership year and renew your card.

Learn more 

Already a cardholder? Learn more about your card's benefits »

## Discover the perks of elite status

### The more you travel the more you earn – upgrades, bonus miles, airport privileges and more



Qualify for Executive Platinum, Platinum Pro, Platinum or Gold status with a combination of Elite Qualifying Dollars (EQDs) and Elite Qualifying Miles (EQMs) or Elite Qualifying Segments (EQSs). When you fly with us or participating partner airlines, your travel will count toward elite status qualification.

Elite status benefits »

Qualify for elite status »

## The **one**world® alliance: More destinations around the globe

oneworld® offers convenient service on the world's leading airlines across nearly 1,000 destinations worldwide. And as an AAdvantage® member, when you travel on **one**world® airlines, your eligible activity will count toward AAdvantage® elite status qualification. Plus, enjoy:

- Smooth transfers between partner airlines
- Earning and redeeming miles across the **one**world® alliance
- Recognition of AAdvantage® elite status across all member airlines

Learn more about the benefits of the oneworld® alliance »

AA-SKP-00054155
**App'x 0354**

# You may also like...

AAdvantage® program updates »

AAdvantage® terms and conditions »

AAdvantage® FAQs »

Admirals Club® »

⊕ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo ⌧

Bag and optional fees

Customer service and
contingency plans

Conditions of carriage

## About American

About us

Careers ⌧

Investor relations ⌧

Newsroom ⌧

Legal, privacy, copyright

Combating human trafficking

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards ⌧

American Airlines credit card

Trip insurance

CoBrowse



⌧ Link opens in new window. Site may not meet accessibility guidelines.

AA-SKP-00054156

**App'x 0355**

11/7/2019 Book flights - Book round trip, one way, multi city - American Airlines



# Book flights

( • Required)

## Select booking type

☐ Redeem miles

Log in to your AAdvantage account »

## Cities and dates



AA-SKP-00054157

**App'x 0356**

11/7/2019                                    Book flights - Book round trip, one way, multi city - American Airlines

# Passengers

Number of passengers                Passenger 1

| 1 |                               | Adult (16-64) |

Unaccompanied minors 🗗
Traveling with infants 🗗
For groups of 10 or more, contact Group & Meeting Travel 🗗

# Options

Search by                Class                Airline

| Lowest fare |          | Show all |           | American Airlines |

| Search |

| Help | About American | Extras |
|------|----------------|--------|
| Contact American | About us | Business programs |
| Receipts and refunds | Careers 🗗 | Gift cards 🗗 |
| FAQs | Investor relations 🗗 | American Airlines credit card |
| Agency reference | Newsroom 🗗 | Trip insurance |
| Cargo 🗗 | Legal, privacy, copyright | CoBrowse |
| Bag and optional fees | Combating human trafficking | |
| | Browser compatibility | |



Earn 50,000 bonus miles
after qualifying purchases 🗗

BuyMiles
Earn up to 100,000
bonus miles by November 28 🗗

AVIS' Budget'
Up to 35% savings
plus AAdvantage® miles 🗗

AA-SKP-00054158
**App'x 0357**

11/7/2019                                    Book flights - Book round trip, one way, multi city - American Airlines

Customer service and          Web accessibility
contingency plans

Conditions of carriage

&#8599; Link opens in new window. Site may not meet accessibility guidelines.                              

AA-SKP-00054159

**App'x 0358**

11/7/2019                    American Airlines: 28,969,183 hotel and property listings worldwide. 196+ million hotel reviews.

**American Airlines**  |  Powered by **Booking**.com

$ U.S. Dollar   English (US)

Find deals        Destination inspiration        Manage my booking

## Be a Booker and experience the world
From cozy bed & breakfasts to luxury hotels

Where are you going?

Check-in                                         Check-out

2 adults · 0 children · 1 room

I'm traveling for work

**Book to earn up to 10,000 miles per night at select properties**
Enter your AAdvantage® number when you book and get your miles 6–8 weeks after your stay



Apartments          Resorts          Villas          Cabins

Charlotte                          Washington, D.C.                          Phila
United States of America            United States of America                 Unite

7 vacation rentals, 100 apartments, 34 villas, 34 vacation homes, 18 motels   310 vacation rentals, 229 apartments, 82 villas, 82 vacation homes, 15 B&Bs   411 vac
                                                                              More destinations »

https://www.bookaahotels.com/index.html?aid=366304&label=aa-homepage-nav&lang=en-us&selected_currency=USD        1/2

AA-SKP-00054160
**App'x 0359**

11/7/2019                          American Airlines: 28,969,183 hotel and property listings worldwide, 196+ million hotel reviews.

FAQs    Terms & Conditions    Privacy & Cookies    Customer Service

Copyright © 2019 American Airlines, Inc. American Airlines and Flight Symbol logo are trademarks of American Airlines, Inc.

AA-SKP-00054161

**App'x 0360**

**Reg. No. 4,449,061**   THE COLOR(S) BLUE, WHITE, RED, AND GRAY IS/ARE CLAIMED AS A FEATURE OF
THE MARK.

SN 85-825,121, FILED 1-16-2013.

ZACHARY R. SPARER, EXAMINING ATTORNEY

Page: 2 / RN # 4,449,061

AA-SKP-00054179

**App'x 0362**

PTO Form 1663 (Rev 8/2005)
OMB No. 0651-0054 (Exp. 09/30/2017)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** Miscellaneous Mark (Stylized and/or with Design, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85825121)
**SERIAL NUMBER:** 85825121

The applicant, American Airlines, Inc., having an address of
    4333 Amon Carter Blvd.
    Fort Worth, Texas 76155
    United States
is submitting the following allegation of use information:

For International Class 035:
Current identification: Promoting the goods and services of others by means of a discount rewards program and an incentive awards program whereby purchase points are awarded for purchases made by vendor subscribers and travel conducted by member subscribers which can then be redeemed for merchandise and travel; Online retail store services featuring toys, jewelry, books, office supplies, consumer electronics, music, sporting equipment, gifts, travel related goods and services, apparel, home and garden-related items, general retail merchandise, gift cards, and private club membership

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/21/2013, and first used in commerce at least as early as 01/21/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) webpage providing and advertising services.

**Original PDF file:**
SPN0-3898152163-152206498_._12901-4381_Flight_Symbol_Specimen_-_Class_35.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 039:
Current identification: Air transportation of passengers, cargo, and freight; providing travel agency services, namely, providing transportation reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation transportation reservation services by means of a global computer network; providing information in the field of travel by means of a global computer network

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/21/2013, and first used in commerce at least as early as 01/21/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) webpage providing and advertising services.

**Original PDF file:**
SPN1-3898152163-152206498_._12901-4381_Flight_Symbol_Specimen_-_Class_39_and_43.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

AA-SKP-00054202

**App'x 0363**

For International Class 043:
Current identification: Providing travel agency services, namely, providing temporary lodging reservation services for others

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/21/2013, and first used in commerce at least as early as 01/21/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) webpage providing and advertising services.

**Original PDF file:**
SPN2-3898152163-152206498 . 12901-4381_Flight_Symbol_Specimen_-_Class_39_and_43.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2


The applicant is not filing a Request to Divide with this Allegation of Use form.


A fee payment in the amount of $300 will be submitted with the form, representing payment for the allegation of use for 3 classes.


**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /DB280/    Date Signed: 09/30/2013
Signatory's Name: Donald E. Broadfield
Signatory's Position: Senior IP/Internet/Data Attorney

RAM Sale Number: 85825121
RAM Accounting Date: 10/01/2013

Serial Number: 85825121
Internet Transmission Date: Mon Sep 30 15:14:34 EDT 2013
TEAS Stamp: USPTO/SOU-XX.XX.XXX.XXX-2013093015143487
3779-85825121-5007e98b8762b1de07687835e3
ca18e4e94c22f7a10f1955df37730940b18d8c8-
DA-5277-20130927151910169656

AA-SKP-00054203

**App'x 0364**



## Program Information

American AAdvantage program is one of the largest and most popular loyalty programs in the world.

Members can earn miles for flying on American Airlines and participant airlines as well as for transacting with over 1,500 participating companies, both travel and non-travel related.

And members can redeem miles for flights to almost 950 destinations worldwide as well as other awards including flight upgrades, vacation packages, car rentals, hotel stays and other retail products.

It's free and easy to join the AAdvantage program.

**News and Information**
View the latest AAdvantage program news and information.

**oneworld Alliance**
See how members benefit from our global alliance of 12 of the world's leading airlines.

**Travel Tools**
Learn about how your AAdvantage membership can make your travels easier.

**Travel and Destination Information**
Find travel inspiration and learn more about worldwide destinations.

**AAdvantage FAQs**
Find answers to the most frequently asked questions about the AAdvantage program.

**AAdvantage Program Terms and Conditions**
Read the complete rules of the program.



| More About American | Products & Services | Customer Service |
| --- | --- | --- |
| About Us | Travel Insurance | Contact American |
| Corporate Information | Email Subscriptions | FAQs |
| Investor Relations | Enhance Your Travel | Refunds |
| Corporate Responsibility | Low Fare Guarantee | Agency Reference |
| Join Us | Tours & Meeting Travel | American Travel Centers |
| Environmental Footprint | Business Programs | Baggage & Optional Service Charges |
| Diversity & Inclusion | Cargo | Customer Service Plan & Flight Irregularities |
| Newsroom | American Airlines Credit Card | Privacy Policy - Newly Updated |
| Airline Museum | Gift Cards | Legal |
| Careers | DealFinder | Copyright |
|  | RSS | Site Map |
|  | Five Star Service | Browser Compatibility |
|  | Timetables & Downloads |  |
|  | Last Minute Packages |  |





Paradise with a
little extra

Enter the Main Cabin Extra Hawaiian Sweepstakes »

## The new American is arriving





The world is waiting



Catch 42 in flight this month

Earn 30,000 bonus miles



Flight Notifications

Stay informed

News & Offers    Twitter

See what's happening



Featured video: Celebrating 80 years of flight attendants

AA-SKP-00054205

**App'x 0366**



AA-SKP-00054206

App'x 0367

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 85825121**
**Filing Date: 01/16/2013**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) blue, white, red and gray is/are claimed as a feature of the mark. The mark consists of a stylized eagle with one blue wing and one red wing separated by a white and gray eagle head.
The applicant, American Airlines, Inc., a corporation of Delaware, having an address of
    4333 Amon Carter Blvd.
    Fort Worth, Texas 76155
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 035:  Promoting the goods and services of others by means of a discount rewards program and an incentive awards program whereby purchase points are awarded for purchases made by vendor subscribers and travel conducted by member subscribers which can then be redeemed for merchandise and travel; Online retail services featuring toys, jewelry, books, office supplies, consumer electronics, music, sporting equipment, gifts, travel related goods and services, apparel, home and garden-related items, general retail merchandise, gift cards, and private club membership
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 039:  Air transportation of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation reservation services by means of a global computer network; providing information in the field of travel by means of a global computer network
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Jeffrey A. Handelman and Nicholas G. de la Torre, Scott J. Slavick, Jennifer J. Theis, Andrew J. Avsec, and Tiffany D. Shimada of BRINKS HOFER GILSON & LIONE
    P.O. Box 10395
    Chicago, Illinois 60610
    United States
The attorney docket/reference number is 12901/.

The applicant's current Correspondence Information:
    Jeffrey A. Handelman
    BRINKS HOFER GILSON & LIONE
    P.O. Box 10395
    Chicago, Illinois 60610
    officeactions@brinkshofer.com;jhandelman@brinkshofer.com; aavsec@brinkshofer.com; jtheis@brinkshofer.com; nicholasd@brinkshofer.com (authorized)

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

## Declaration

AA-SKP-00054236

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /DB280/   Date: 01/16/2013
Signatory's Name: Donald E. Broadfield
Signatory's Position: Senior IP/Internet/Data Attorney
RAM Sale Number: 8138
RAM Accounting Date: 01/17/2013

Serial Number: 85825121
Internet Transmission Date: Wed Jan 16 19:13:22 EST 2013
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2013011619132247
4949-85825121-4908d2a9db547e017c36e43919
6e5bd943-DA-8138-20130116135150058887

AA-SKP-00054237





<table>
<tr><td>**Generated on:**</td><td>This page was generated by TSDR on 2024-03-21 12:44:41 EDT</td></tr>
<tr><td>**Mark:**</td><td>AMERICAN AIRLINES</td></tr>
</table>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86488996 | **Application Filing Date:** | Dec. 23, 2014 |
| **US Registration Number:** | 4939082 | **Registration Date:** | Apr. 19, 2016 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |



**TM5 Common Status Descriptor:**   LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jul. 06, 2022

**Publication Date:** Feb. 02, 2016

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | AMERICAN AIRLINES |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "AIRLINES" |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1266184 |
| **International Application(s)/Registration(s) Based on this Property:** | A0047386/1266184 |
| **Claimed Ownership of US Registrations:** | 514294, 1845693, 2054132 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Sales promotion; promoting the goods and services of others by means of a loyalty program, discount program, and an incentive awards program whereby purchase points are earned or awarded for purchases made from vendor subscribers or travel conducted by

AA-SKP-00054240

**App'x 0371**

member subscribers which can then be redeemed for merchandise and travel; online retail store services featuring gift cards and private club membership; promoting the goods and services of others by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 20, 1981 | **Use in Commerce:** | Apr. 20, 1981 |

**For:** Repair and maintenance of aircraft, vehicles, aircraft-related facilities, baggage-related facilities, and air travel-related facilities; refueling of aircraft and land vehicles; ground support services in the field of air transportation, namely, aircraft de-icing services, aircraft interior and exterior cleaning, and sanitation

| | | | |
|---|---|---|---|
| **International Class(es):** | 037 - Primary Class | **U.S Class(es):** | 100, 103, 106 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1934 | **Use in Commerce:** | 1934 |

**For:** Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, namely, coordinating travel arrangements for individuals and for groups, providing air transportation reservation services for others, providing vehicle reservation services for others, providing cruise reservation services for others, and providing vacation reservation services by means of a global computer network, namely, coordinating travel arrangements for individuals and for groups; providing information in the field of travel by means of a global computer network; providing lounge facilities, namely, airport services featuring transit lounge facilities for passenger relaxation and also including shower facilities

| | | | |
|---|---|---|---|
| **International Class(es):** | 039 - Primary Class | **U.S Class(es):** | 100, 105 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1934 | **Use in Commerce:** | 1934 |

**For:** Providing online electronic publications, namely, online magazines and online newsletters in the field of general interest; publication of magazines; providing in-flight entertainment services, namely, providing passengers with entertainment services in the form of providing in-flight entertainment services, namely, providing movies, radio and radio programs, music, documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, tablets, video and online games, and children's programming, all by means of an inflight entertainment system; providing in-flight entertainment services, namely, providing passengers with entertainment services in the form of providing in-flight entertainment services, namely, providing movies, radio and radio programs, music, documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, tablets, video and online games, and children's programming, all by means of a personal computer or tablet

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1997 | **Use in Commerce:** | Sep. 1997 |

**For:** Food and drink catering; providing food and beverage services in conjunction with providing facilities in the form of a private club for conducting business, meetings and conferences; providing conference room facilities, food and beverage lounge facilities, and amenities, namely, food, drink, catering, and restaurant; providing hotel reservation and coordination services for others by means of a global computer network; travel agency services, namely, making reservations and booking for temporary lodging; entertainment services, namely, providing a general purpose arena facility for sports, entertainment, trade shows, exhibitions and conventions

| | | | |
|---|---|---|---|
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1939 | **Use in Commerce:** | 1939 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

AA-SKP-00054241

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | American Airlines, Inc. |
| **Owner Address:** | MD 8B503 |
| | 1 Skyview Drive |
| | Fort Worth, TEXAS UNITED STATES 76155 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Eric J. Maiers | **Docket Number:** | 177306.06910 |
| **Attorney Primary Email Address:** | CHIIPMAIL@GTLAW.COM | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Eric J. Maiers |
| | Greenberg Traurig, LLP |
| | 77 W. Wacker Drive |
| | Suite 3100 |
| | Chicago, ILLINOIS UNITED STATES 60601 |

| | | | |
|---|---|---|---|
| **Phone:** | 312.456.8400 | **Fax:** | 312.456.8435 |
| **Correspondent e-mail:** | CHIIPMAIL@GTLAW.COM | **Correspondent e-mail Authorized:** | Yes |
| | matthewsk@gtlaw.com brousseauj@gtlaw.com m aierse@gtlaw.com | | |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 14, 2023 | NOTICE OF SUIT | |
| Aug. 08, 2022 | NOTICE OF SUIT | |
| Jul. 28, 2022 | NOTICE OF SUIT | |
| Jul. 06, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 06, 2022 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 29, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 25, 2022 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 20, 2021 | NOTICE OF SUIT | |
| Apr. 19, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 19, 2020 | NOTICE OF SUIT | |
| Oct. 01, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 01, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 08, 2018 | REVIEW OF CORRESPONDENCE COMPLETE - INFORMATION MADE OF RECORD | |
| Dec. 29, 2017 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Apr. 19, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 02, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 02, 2016 | PUBLISHED FOR OPPOSITION | |
| Jan. 13, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 29, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Dec. 17, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 2015 | EXAMINER'S AMENDMENT ENTERED | |
| Dec. 17, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Dec. 17, 2015 | EXAMINERS AMENDMENT E-MAILED | |
| Dec. 17, 2015 | EXAMINERS AMENDMENT -WRITTEN | |
| Dec. 17, 2015 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |

AA-SKP-00054242

| | |
|---|---|
| Dec. 01, 2015 | WITHDRAWN FROM PUB - OG REVIEW QUERY |
| Nov. 13, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Nov. 06, 2015 | ASSIGNED TO LIE |
| Sep. 28, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 28, 2015 | EXAMINER'S AMENDMENT ENTERED |
| Sep. 28, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Sep. 28, 2015 | EXAMINERS AMENDMENT E-MAILED |
| Sep. 28, 2015 | EXAMINERS AMENDMENT -WRITTEN |
| Sep. 11, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Sep. 10, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 10, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Mar. 11, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Mar. 11, 2015 | NON-FINAL ACTION E-MAILED |
| Mar. 11, 2015 | NON-FINAL ACTION WRITTEN |
| Mar. 09, 2015 | ASSIGNED TO EXAMINER |
| Dec. 31, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Dec. 26, 2014 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: TMEG LAW OFFICE 105          Date in Location: Jul. 06, 2022

## Assignment Abstract Of Title Information

**Summary**

Total Assignments: 1                    Registrant: American Airlines, Inc.

**Assignment 1 of 1**

Conveyance: SECURITY INTEREST

Reel/Frame: 7061/0605                    Pages: 47

Date Recorded: Sep. 25, 2020

Supporting assignment-tm-7061-0605.pdf
Documents:

**Assignor**

Name: AMERICAN AIRLINES, INC.          Execution Date: Sep. 25, 2020

Legal Entity Type: CORPORATION          State or Country   DELAWARE
                                        Where Organized:

**Assignee**

Name: WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT

Legal Entity Type: NATIONAL BANKING ASSOCIATION   State or Country   ALABAMA
                                                  Where Organized:

Address: 50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MINNESOTA 55402

**Correspondent**

Correspondent MILBANK LLP
Name:

Correspondent 55 HUDSON YARDS
Address: ATTN: NATHANIEL T. BROWAND
NEW YORK, NY 10001-2163

**Domestic Representative - Not Found**

## Proceedings

**Summary**

Number of 7
Proceedings:

AA-SKP-00054243

**App'x 0374**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, July 6, 2022 11:02 PM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4939082: AMERICAN AIRLINES: Docket/Reference No. 177306.06910 |

**U.S. Serial Number:** 86488996
**U.S. Registration Number:** 4939082
**U.S. Registration Date:** Apr 19, 2016
**Mark:** AMERICAN AIRLINES
**Owner:** American Airlines, Inc.

Jul 6, 2022

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035, 037, 039, 041, 043

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to https://tsdr.uspto.gov/#caseNumber=86488996&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to https://tsdr.uspto.gov/#caseNumber=86488996&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

AA-SKP-00054279
**App'x 0375**

PTO- 1583
Approved for use through 01/31/2049. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4939082
**REGISTRATION DATE:** 04/19/2016

**MARK:** AMERICAN AIRLINES

**Current:** The owner, American Airlines, Inc., a corporation of Delaware, having an address of
    4333 Amon Carter Boulevard
    Fort Worth, Texas 76155
    United States

**Proposed:** The owner, American Airlines, Inc., a corporation of Delaware, having an address of
    MD 8B503
    1 Skyview Drive
    Fort Worth, Texas 76155
    United States
    XXXX
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 035, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Sales promotion; promoting the goods and services of others by means of a loyalty program, discount program, and an incentive awards program whereby purchase points are earned or awarded for purchases made from vendor subscribers or travel conducted by member subscribers which can then be redeemed for merchandise and travel; online retail store services featuring gift cards and private club membership; promoting the goods and services of others by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN0-419086-2022011416223 4956913 . AMERICAN AIRLIN ES spec IC 35.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

Webpage URL: None Provided
Webpage Date of Access: None Provided
For International Class 037, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Repair and maintenance of aircraft, vehicles, aircraft-related facilities, baggage-related facilities, and air travel-related facilities; refueling of aircraft and land vehicles; ground support services in the field of air transportation, namely, aircraft de-icing services, aircraft interior and exterior cleaning, and sanitation; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective

AA-SKP-00054286
**App'x 0376**

membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photographs of signage showing use of the mark in connection with the listed services.
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided
For International Class 039, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, namely, coordinating travel arrangements for individuals and for groups, providing air transportation reservation services for others, providing vehicle reservation services for others, providing cruise reservation services for others, and providing vacation reservation services by means of a global computer network, namely, coordinating travel arrangements for individuals and for groups; providing information in the field of travel by means of a global computer network; providing lounge facilities, namely, airport services featuring transit lounge facilities for passenger relaxation and also including shower facilities; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN2-419086-2022011416223 4956913 . AMERICAN AIRLIN ES spec IC 39.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

Webpage URL: None Provided
Webpage Date of Access: None Provided
For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing online electronic publications, namely, online magazines and online newsletters in the field of general interest; publication of magazines; providing in-flight entertainment services, namely, providing passengers with entertainment services in the form of providing in-flight entertainment services, namely, providing movies, radio and radio programs, music, documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, tablets, video and online games, and children's programming, all by means of an inflight entertainment system; providing in-flight entertainment services, namely, providing passengers with entertainment services in the form of providing in-flight entertainment services, namely, providing movies, radio and radio programs, music, documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, tablets, video and online games, and children's programming, all by means of a personal computer or tablet; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shot from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN3-419086-2022011416223 4956913 . AMERICAN AIRLIN ES spec IC 41.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1

AA-SKP-00054287
**App'x 0377**

Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

Webpage URL: None Provided
Webpage Date of Access: None Provided
For International Class 043, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Food and drink catering; providing food and beverage services in conjunction with providing facilities in the form of a private club for conducting business, meetings and conferences; providing conference room facilities, food and beverage lounge facilities, and amenities, namely, food, drink, catering, and restaurant; providing hotel reservation and coordination services for others by means of a global computer network; travel agency services, namely, making reservations and booking for temporary lodging; entertainment services, namely, providing a general purpose arena facility for sports, entertainment, trade shows, exhibitions and conventions; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of the mark in connection with the listed services.

**Original PDF file:**
SPN4-419086-2022011416223 4956913 . AMERICAN AIRLIN ES spec IC 43.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

Webpage URL: None Provided
Webpage Date of Access: None Provided
The owner's/holder's current attorney information: Eric J. Maiers. Eric J. Maiers of Greenberg Traurig, LLP, is located at

   Suite 3100
   77 W. Wacker Drive
   Chicago, Illinois 60601
   United States

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

The owner's/holder's proposed attorney information: Eric J. Maiers. Other appointed attorneys are Mark R. Galis, Jeffrey P. Dunning, Herbert H. Finn, Richard D. Harris, Gary R. Jarosik, Keith R. Jarosik, James J. Lukas, Jr., Jeffrey G. Mote, Cameron M. Nelson, Howard E. Silverman, Barry R. Horwitz, Matthew J. Levinstein, Marc Trachtenberg, Benjamin P. Gilford, Jonathan Giroux, Jacqueline Brousseau, Callie Sand, Sara Skulman, Chase Means, Maja Sherman, Katie Cronin, Erik Bokar, Molly Carr. Eric J. Maiers of Greenberg Traurig, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

   Suite 3100
   77 W. Wacker Drive
   Chicago, Illinois 60601
   United States
The docket/reference number is 177306.06910.

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is CHIIPMAIL@GTLAW.COM

Eric J. Maiers submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    Eric J. Maiers
    PRIMARY EMAIL FOR CORRESPONDENCE: chiipmail@gtlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
    Eric J. Maiers
    PRIMARY EMAIL FOR CORRESPONDENCE: CHIIPMAIL@GTLAW.COM
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): matthewsk@gtlaw.com; maierse@gtlaw.com; brousseauj@gtlaw.com

The docket/reference number is 177306.06910.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $2125 will be submitted with the form, representing payment for 5 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Original PDF file:**
hw_419086-155920955_._Sig ned_Declaration_-_AMERICA N_AIRLINES.pdf
**Converted PDF file(s)** (1 page)
Signature File1
Signatory's Name: Donald Broadfield, Jr.
Signatory's Position: Chief Intellectual Property and Data Counsel
Signature method: Handwritten

Mailing Address **(current):**
    Greenberg Traurig, LLP
    77 W. Wacker Drive
    Chicago, Illinois 60601

Mailing Address **(proposed):**
    Greenberg Traurig, LLP
    77 W. Wacker Drive
    Chicago, Illinois 60601

Serial Number: 86488996
Internet Transmission Date: Tue Jan 25 16:00:59 ET 2022
TEAS Stamp: USPTO/S08N15-X.X.XX.XX-20220125160059697
712-4939082-800a29d2b279c6685282cb377588
ef752d1aa313e7054c1b8c30a5f26b70507c-DA-
00570517-20220125155920955823

AA-SKP-00054289
**App'x 0379**

🔒 **Page Vault**

| | |
|---|---|
| Document title: | American Airlines AAdvantage eShopping: Shop Online & Earn Miles |
| Capture URL: | https://www.aadvantageeshopping.com/?source=cl|AA|ALL|cl||link||EarnPg|generic|2 0180420&utm_source=cl&utm_medium=link&utm_campaign=EarnPg&utm_content=g eneric&chan=cl&seg=&med=link&strm=&cam=EarnPg&cont=generic&end=1 |
| Page loaded at (UTC): | Fri, 14 Jan 2022 21:09:07 GMT |
| Capture timestamp (UTC): | Fri, 14 Jan 2022 21:09:33 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 496fd2b6-7ba0-4de7-9575-07b59957a74d |
| User: | gt-kmatthews |

PDF REFERENCE #:        6 HHv q QJ UBy Tz W6t Qj GEz 2n

AA-SKP-00054290

**App'x 0380**



## Sign up for free to start earning miles today

Watch how it works »



**Explore**

Explore over 950 stores, exclusive offers, and bonus promotions, all in one place.

**Click**

Click on any store or offer and you'll be taken to the store's website

**Shop**

Shop like you normally do and pay with any credit card – no special card needed

**Earn**

After making a purchase, miles earned will be added to your AAdvantage® account

## Earn miles with the push of a button

Add the button browser extension for Chrome and you'll get notifications while shopping so you never forget to earn miles. Plus you can:

Automatically apply coupons at checkout

AA-SKP-00054291
App'x 0381



Document title: American Airlines AAdvantage eShopping: Shop Online &amp; Earn Miles
Capture URL: https://www.aadvantageeshopping.com/?source=cl|AA|ALL|cl||link||EarnPg|generic|20180420&amp;utm_source=cl&amp;utm_medium=link&amp;utm_cs...
Capture timestamp (UTC): Fri, 14 Jan 2022 21:09:33 GMT

AA-SKP-00054292
**App'x 0382**



## Earn at 950+ stores

     

Shop and          Shop and          Shop and          Shop and          Won 1          Won 1
Earn 1 miles/$    Earn 1 miles/$    Earn 1 miles/$    Earn 1 miles/$    Now 5 miles/$   Now 13 miles/$

## Trending stores

     

Was 0 1          Shop and earn     Was up to 2        Shop and earn     Was 2          Was 1
Now 1 miles/$    Up to 7 miles/$   Now up to 8 miles/$  Up to 4 miles/$  Now 10 miles/$  Now 4 miles/$

     

Was 0          Shop and          Was 2          Was 2          Shop and          Shop and earn
Now 4 miles/$    Earn 1 miles/$    Now 6 miles/$    Now 7 miles/$    Earn 1 miles/$    Up to 1 miles/$









Document title: American Airlines AAdvantage eShopping: Shop Online &amp; Earn Miles
Capture URL: https://www.aadvantageeshopping.com/?source=cl|AA|ALL|cl||link||EarnPg|generic|20180420&amp;utm_source=cl&amp;utm_medium=link&amp;utm_ca...
Capture timestamp (UTC): Fri. 14 Jan 2022 21:09:33 GMT

AA-SKP-00054294
**App'x 0384**



AA-SKP-00054295
**App'x 0385**



AA-SKP-00054296

🔒 **PageVault**

| | |
|---|---|
| Document title: | Book flights - Book round trip, one way, multi city - American Airlines |
| Capture URL: | https://www.aa.com/booking/find-flights?tripType=roundTrip |
| Page loaded at (UTC): | Fri, 14 Jan 2022 21:17:26 GMT |
| Capture timestamp (UTC): | Fri, 14 Jan 2022 21:17:40 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 49139a5a-b847-4d33-95f3-fbe19d8fc99d |
| User: | gt-kmatthews |

PDF REFERENCE #:      6JR1VkbUL2osr P1eTaZJvm

AA-SKP-00054297
**App'x 0387**



AA-SKP-00054298
App'x 0388



AA-SKP-00054299
**App'x 0389**

🔒 Page Vault

| | |
|---|---|
| Document title: | American Airlines - Entertainment Online |
| Capture URL: | https://entertainment.aa.com/en/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 21:19:01 GMT |
| Capture timestamp (UTC): | Fri, 14 Jan 2022 21:19:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | f862a2fb-35a0-44d9-92ec-72202509f17f |
| User: | gt-kmatthews |

PDF REFERENCE #:        unuVPuK6U4kDCXgDGiKVpH

AA-SKP-00054300
App'x 0390

Document title: American Airlines - Entertainment Online
Capture URL: https://entertainment.aa.com/en/
Capture timestamp (UTC): Fri, 14 Jan 2022 21:19:23 GMT

AA-SKP-00054301

**App'x 0391**

  

American Airlines

WHAT'S ON MY FLIGHT     SEARCH



Featured Titles

We invite you to binge on a channel full of classic
movie franchises including Bond... James Bond

Learn more →

What's on my flight     KIDS

Seatback     Personal Device



Watch a preview of the
new movies and TV
shows available this
month.*

Now Playing on American

*Varies by aircraft

New Movies onboard (varies by aircraft)

    

AA-SKP-00054302
App'x 0392

**American Airlines**   WHAT'S ON MY FLIGHT   SEARCH

   

Clifford the Big Red Dog
2021 | 97 mins | PG

CODA
2021 | 112 mins

Cry Macho
2021 | 104 mins

Dear Evan Hansen
2021 | 137 mins | PG-13

Falling for Figaro
2021 | 104 mins | R

○ ＊ ＊

New TV onboard (varies by aircraft)

    

Center Stage: Natalie Hemby
2021 | 4 mins

Curb Your Enthusiasm: Season 11
2021 | 49 mins

Foundation: Season 1
2021 | 68 mins

Genius: Aretha
2021 | 50 mins

Invasion: Season 1
2021 | 57 mins

○ ＊ ＊

Lifestyle                                          Show all

    

AA-SKP-00054303
**App'x 0393**

 American Airlines  WHAT'S ON MY FLIGHT    SEARCH   ☰

   

Insider Travel Guides: Italian S...
2021 | 10 mins

Insider Travel Guides: Japanese
2021 | 8 mins

Insider Travel Guides: Spanish
2021 | 10 mins

Language Essentials: Chinese
2021 | 2 mins

Language Essentials: French
2021 | 4 mins

○ • •

## All Movies (varies by aircraft)                                          Show all

    

12 Mighty Orphans
2022 | 118 mins | PG-13

1917
2019 | 119 mins | R

200 Meters
2020 | 96 mins

96
2018 | 152 mins | PG

A League of Their Own
1992 | 128 mins | PG

○ • •

## All TV shows (varies by aircraft)                                          Show all

    

'Planet Her': Natural Chemistry ...
2021 | 2 mins

100 Foot Wave
2021 | 66 mins

30 Rock: Season 3
2008 | 25 mins

A Black Lady Sketch Show: Seas...
2021 | 30 mins

AA Clean Commitment
2020 | 3 mins

○ • •

AA-SKP-00054304
**App'x 0394**

American Airlines    WHAT'S ON MY FLIGHT    SEARCH

    

'Planet Her': Natural Chemistry    100 Foot Wave    30 Rock: Seasons 1    A Black Lady Sketch Show: Seas ...    AA Clean Commitment
2021 | 26 mins    2021 | 60 mins    2006 | 22 mins    2021 | 30 mins    2020 | 1 mins

## Music                                                                                                    Show all

    

Center Stage: Alessia Cara    Center Stage: Jon Batiste    Center Stage: Lukas Nelson-Pro ...    Center Stage: NATALIE HEMBY    Center Stage: Remi Wolf
Alessia Cara    Jon Batiste    Lukas Nelson & Promise of the Real    Natalie Hemby    Remi Wolf



American Airlines

Information        Visit Us On
About Us
FAQs
Contact Us
Privacy Policy

Entertainment content services are subject to change. American Airlines and the Flight    Terms & Conditions
Symbol logo are marks of American Airlines, Inc. Copyright 2022 American Airlines,
Inc. All Rights Reserved.

Document title: American Airlines - Entertainment Online
Capture URL: https://entertainment.aa.com/en/
Capture timestamp (UTC): Fri, 14 Jan 2022 21:19:23 GMT                              Page 5 of 5

AA-SKP-00054305

**App'x 0395**

🔒 **Page Vault**

| | |
|---|---|
| Document title: | American Airlines: 27,996,864 hotel and property listings worldwide. 231+ million hotel reviews. |
| Capture URL: | https://www.bookaahotels.com/index.html?aid=366304&label=aa-homepage-nav&lang=en-us&selected_currency=USD |
| Page loaded at (UTC): | Fri, 14 Jan 2022 21:20:23 GMT |
| Capture timestamp (UTC): | Fri, 14 Jan 2022 21:20:39 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | efc15baa-2ad7-4b24-8674-25c13611f89c |
| User: | gt-kmatthews |

PDF REFERENCE #:        kK9XL8Zigzmqj91DD6Jtur

AA-SKP-00054306

**App'x 0396**





### Browse by property type

### More than just hotels... Bookers discover pure comfort with homes, apartments, and more



AA-SKP-00054307

**App'x 0397**



ⓘ Get the advice you need. Check the latest COVID-19 restrictions before you travel. Learn more



**Discover Early 2022 Deals**
Kick off your new year travels with 15% off stays.

Find deals



## Browse by property type

     

**Hotels**
832,433 hotels

**Apartments**
736,391 apartments

**Resorts**
17,049 resorts

**Villas**
377,908 villas

**Cabins**
31,284 cabins

**Cottages**
128,752 cottages

## More than just hotels... Bookers discover pure comfort with homes, apartments, and more

   

Cheval Three Quays at The Tower of...
London
**Starting from $363**
9.4 Awesome · 511 reviews

Sugar Loft Apartments
Rio de Janeiro
**Starting from $53**
9.0 Awesome · 100 reviews

Apartments on Belinskogo ulitsa
Saint Petersburg
**Starting from $288**
9.7 Exceptional · 28 reviews

A casa di Edi
Rome
**Starting from $392**
9.6 Exceptional · 4 reviews

FAQs | Terms & Conditions | Customer Service | Privacy & Cookies | Don't sell my information · California residents only

Copyright ®2022 American Airlines, Inc. American Airlines and Flight Symbol logo are trademarks of American Airlines, Inc.

Document title: American Airlines: 27,996,864 hotel and property listings worldwide. 231+ million hotel reviews.
Capture URL: https://www.bookaahotels.com/index.html?aid=3363D4&amp;label=aa-homepage-nav&amp;lang=en-us&amp;selected_currency=USD
Capture timestamp (UTC): Fri. 14 Jan 2022 21:20:39 GMT

Page 2 of 2

AA-SKP-00054308
**App'x 0398**

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

* Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

* Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

* The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

* There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

* There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

* To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

* The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section**

Signature: _____
Date: _____
Signatory's Name: Donald Broadfield, Jr.
Signatory's Position: Chief Intellectual Property and Data Counsel

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will* **not** *be acceptable.* If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

AA-SKP-00054309
**App'x 0399**



# United States of America

## United States Patent and Trademark Office

# AMERICAN AIRLINES

**Reg. No. 4,939,082**

**Registered Apr. 19, 2016**

**Int. Cls.: 35, 37, 39, 41 and 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMERICAN AIRLINES, INC. (DELAWARE CORPORATION)
4333 AMON CARTER BOULEVARD
FORT WORTH, TX 76155

FOR: SALES PROMOTION; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF A LOYALTY PROGRAM, DISCOUNT PROGRAM, AND AN INCENTIVE AWARDS PROGRAM WHEREBY PURCHASE POINTS ARE EARNED OR AWARDED FOR PURCHASES MADE FROM VENDOR SUBSCRIBERS OR TRAVEL CONDUCTED BY MEMBER SUBSCRIBERS WHICH CAN THEN BE REDEEMED FOR MERCHANDISE AND TRAVEL; ONLINE RETAIL STORE SERVICES FEATURING GIFT CARDS AND PRIVATE CLUB MEMBERSHIP; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF PROVIDING AN ON-LINE SHOPPING MALL WITH LINKS TO THE RETAIL WEB SITES OF OTHERS IN THE FIELD OF BOOKS, COMPUTERS, SOFTWARE, OFFICE SUPPLIES, CONSUMER ELECTRONICS, MUSIC, SPORTING AND RECREATIONAL EQUIPMENT, GIFTS, TRAVEL ITEMS, APPAREL, JEWELRY, HEALTH AND BEAUTY, TOYS, TRAVEL, HOME AND GARDEN-RELATED ITEMS, AND GENERAL RETAIL MERCHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-20-1981; IN COMMERCE 4-20-1981.

FOR: REPAIR AND MAINTENANCE OF AIRCRAFT, VEHICLES, AIRCRAFT-RELATED FACILITIES, BAGGAGE-RELATED FACILITIES, AND AIR TRAVEL-RELATED FACILITIES; REFUELING OF AIRCRAFT AND LAND VEHICLES; GROUND SUPPORT SERVICES IN THE FIELD OF AIR TRANSPORTATION, NAMELY, AIRCRAFT DE-ICING SERVICES, AIRCRAFT INTERIOR AND EXTERIOR CLEANING, AND SANITATION, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 0-0-1934; IN COMMERCE 0-0-1934.

FOR: AIR TRANSPORT OF PASSENGERS, CARGO, AND FREIGHT; PROVIDING TRAVEL AGENCY SERVICES, NAMELY, PROVIDING TRAVEL RESERVATION SERVICES FOR OTHERS, NAMELY, COORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND FOR GROUPS, PROVIDING AIR TRANSPORTATION RESERVATION SERVICES FOR OTHERS, PROVIDING VEHICLE RESERVATION SERVICES FOR OTHERS, PROVIDING CRUISE RESERVATION SERVICES FOR OTHERS, AND PROVIDING VACATION RESER-VATION SERVICES BY MEANS OF A GLOBAL COMPUTER NETWORK, NAMELY, CO-ORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND FOR GROUPS;



Director of the United States
Patent and Trademark Office

**Reg. No. 4,939,082** PROVIDING INFORMATION IN THE FIELD OF TRAVEL BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING LOUNGE FACILITIES, NAMELY, AIRPORT SERVICES FEATURING TRANSIT LOUNGE FACILITIES FOR PASSENGER RELAXATION AND ALSO INCLUDING SHOWER FACILITIES , IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 0-0-1934; IN COMMERCE 0-0-1934.

FOR: PROVIDING ONLINE ELECTRONIC PUBLICATIONS, NAMELY, ONLINE MAGAZINES AND ONLINE NEWSLETTERS IN THE FIELD OF GENERAL INTEREST; PUBLICATION OF MAGAZINES; PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING PASSENGERS WITH ENTERTAINMENT SERVICES IN THE FORM OF PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOVIES, RADIO AND RADIO PROGRAMS, MUSIC, DOCUMENTARIES, MUSIC VIDEOS, NEWS AND INFORMATION IN THE FIELD OF SPORTS, LIVE AND RECORDED TELEVISION PROGRAMS, E-BOOKS, TABLETS, VIDEO AND ONLINE GAMES, AND CHILDREN'S PROGRAMMING, ALL BY MEANS OF AN INFLIGHT ENTERTAINMENT SYSTEM; PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING PASSENGERS WITH ENTERTAINMENT SERVICES IN THE FORM OF PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOVIES, RADIO AND RADIO PROGRAMS, MUSIC, DOCUMENTARIES, MUSIC VIDEOS, NEWS AND INFORMATION IN THE FIELD OF SPORTS, LIVE AND RECORDED TELEVISION PROGRAMS, E-BOOKS, TABLETS, VIDEO AND ONLINE GAMES, AND CHILDREN'S PROGRAMMING, ALL BY MEANS OF A PERSONAL COMPUTER OR TABLET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: FOOD AND DRINK CATERING; PROVIDING FOOD AND BEVERAGE SERVICES IN CONJUNCTION WITH PROVIDING FACILITIES IN THE FORM OF A PRIVATE CLUB FOR CONDUCTING BUSINESS, MEETINGS AND CONFERENCES; PROVIDING CONFERENCE ROOM FACILITIES, FOOD AND BEVERAGE LOUNGE FACILITIES, AND AMENITIES, NAMELY, FOOD, DRINK, CATERING, AND RESTAURANT; PROVIDING HOTEL RESERVATION AND COORDINATION SERVICES FOR OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TEMPORARY LODGING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A GENERAL PURPOSE ARENA FACILITY FOR SPORTS, ENTERTAINMENT, TRADE SHOWS, EXHIBITIONS AND CONVENTIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1939; IN COMMERCE 0-0-1939.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 514,294, 2,054,132 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 86-488,996, FILED 12-23-2014.

MARK SHINER, EXAMINING ATTORNEY

Page: 2 / RN # 4,939,082

AA-SKP-00054344<br>**App'x 0401**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86488996**
**Filing Date: 12/23/2014**

## To the Commissioner for Trademarks:

**MARK:** AMERICAN AIRLINES (Standard Characters, see mark)
The literal element of the mark consists of AMERICAN AIRLINES.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, American Airlines, Inc., a corporation of Delaware, having an address of
    4333 Amon Carter Boulevard
    Fort Worth, Texas 76155
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 035:  Sales promotion; promoting the goods and services by means of loyalty program, discount program, and an incentive awards program whereby purchase points are earned or awarded for purchases made from vendor subscribers or travel conducted by member subscribers which can then be redeemed for merchandise and travel; retail services featuring gift cards and private club membership; promoting the goods and services by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 04/20/1981, and first used in commerce at least as early as 04/20/1981, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) website advertising services.

**Original PDF file:**
SPE00-3898152163-20141216171150848760 _._12901-4356_specimen_cl_35.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE00-3898152163-20141216171150848760 _._12901-4356_specimen_cl_35-b.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

    International Class 037:  Repair and maintenance of aircraft, vehicles, aircraft-related facilities, baggage-related facilities, and air travel-related facilities; refueling of aircraft and land vehicles; ground support services in the field of air transportation, namely, aircraft de-icing services, aircraft interior and exterior cleaning, and sanitation

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1934, and first used in commerce at least as early as 00/00/1934, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) website advertising services.

**Original PDF file:**
SPE0120-3898152163-20141216171150848760 _._12901-4356_specimen_cl_37.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

AA-SKP-00054412

**App'x 0402**

International Class 039:  Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation reservation services by means of a global computer network; providing information in the field of travel by means of a global computer network

In International Class 039, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1934, and first used in commerce at least as early as 00/00/1934, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) website demonstrating use of mark in connection with services.

**Original PDF file:**
SPE0120-3898152163-20141216171150848760_._12901-4356_specimen_cl_39.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

International Class 041:  Providing online electronic publications, namely online magazines and online newsletters; publication of magazines; providing in-flight entertainment services; entertainment services, namely, providing an arena facility for sports, entertainment, trade shows, exhibitions and conventions

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/00/1997, and first used in commerce at least as early as 09/00/1997, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) website advertising services.

**Original PDF file:**
SPE01230-3898152163-20141216171150848760_._12901-4356_specimen_cl_41.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

International Class 043:  Food and drink catering; providing food and beverage services in conjunction with providing facilities in the form of a private club for conducting business, meetings and conferences; providing conference room facilities, lounge facilities, and amenities; providing hotel reservation and coordination services for others by means of a global computer network; travel agency services, namely, making reservations and booking for temporary lodging

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1939, and first used in commerce at least as early as 00/00/1939, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) website demonstrating use of mark in connection with services.

**Original PDF file:**
SPE012340-3898152163-20141216171150848760_._12901-4356_specimen_cl_43.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant claims ownership of U.S. Registration Number(s) 0514294, 1845693, 2054132, and others.

The applicant's current Attorney Information:
   Andrew J. Avsec and Jeffery A. Handelman, Nicholas G. de la Torre, Scott J. Slavick, Jennifer J. Theis, Genevieve E. Adams, Michael Friedman, and Craig C. Bradley of BRINKS GILSON & LIONE
      P.O. Box 10395
      Chicago, Illinois 60610
      United States
The attorney docket/reference number is 12901/4356.

AA-SKP-00054413
**App'x 0403**

The applicant's current Correspondence Information:

Andrew J. Avsec

BRINKS GILSON & LIONE

P.O. Box 10395

Chicago, Illinois 60610

(312) 321-4200(phone)

(312) 321-4299(fax)

Officeactions@brinksgilson.com;aavsec@brinksgilson.com; jhandelman@brinksgilson.com; sslavick@brinksgilson.com; rrios@brinksgilson.com (authorized)

A fee payment in the amount of $1625 has been submitted with the application, representing payment for 5 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: /DB280/   Date: 12/18/2014

Signatory's Name: Donald E. Broadfield

Signatory's Position: Senior IP/Internet/Data Attorney

RAM Sale Number: 86488996

RAM Accounting Date: 12/23/2014

Serial Number: 86488996

Internet Transmission Date: Tue Dec 23 12:05:15 EST 2014

TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2014122312051558

4969-86488996-500777a2bb6edc13df3a53af17

626e6196542b8d7c826b9de950916e96d2eb157c

-DA-11219-20141218132436726555

AA-SKP-00054414

**App'x 0404**

# AMERICAN AIRLINES

AA-SKP-00054415

**App'x 0405**







Home   Login   English ▾   Search aa.com   🔍

Plan Travel        Travel Information        AAdvantage

# EARN MILES SHOPPING

Earn Miles »  Retail

### Earn Miles

Earn up to 10 miles per $1 spent with the AAdvantage eShopping℠ mall.

Enrollment is free and easy. Start earning miles for everyday purchases today:

- Begin by visiting the AAdvantage eShopping mall.
- Sign up with your AAdvantage number and create a new password to enroll.
- Start earning miles for all of your purchases.

Visit the AAdvantage Shopping mall today.



The AAdvantage eShopping℠ mall is an exciting way to earn AAdvantage miles when you shop online. Nordstrom, Apple, Best Buy, Macy's and Home Depot are just a few of the many featured retailers where you can earn miles for shopping through the mall.



### Request Mileage Credit
Allow six to eight weeks for miles to post to your account. For questions regarding your mileage credit, please use the contact information below. Be prepared to provide your AAdvantage number and receipt copies.

Contact AAdvantage eShopping Customer Service.

### Terms and Conditions
Qualifying AAdvantage eShopping purchases will accrue AAdvantage miles per the terms and conditions set by each particular merchant. Mileage offer is available to U.S. residents only, not including Puerto Rico and the USVI. Members should read each mileage offer carefully as certain exclusions may apply. Miles are awarded as reported by the applicable merchant ("Merchant") to American Airlines or Cartera Commerce, and certain exclusions may apply. Online purchase awards only valid when you make a qualifying purchase via a valid link on www.aadvantageeshopping.com. Please read our full terms and conditions carefully before shopping.



| More About American | Products & Services | Customer Service | |
| --- | --- | --- | --- |
| About Us | Travel Insurance | Contact American | Limited Time Offer: Earn 50,000 bonus miles & Admirals Club® passes |
| Corporate Information | Email Subscriptions | FAQs | |
| Careers | Enhance Your Travel | Refunds | |
| Investor Relations | Low Price Guarantee | Agency Reference | |
| Corporate Responsibility | Group & Meeting Travel | American Travel Centers | Up to 45,000 bonus miles |
| Join Us In Causes That Matter | Business Programs | Baggage & Optional Service Charges | |
| Environmental Footprint | Cargo | Customer Service Plan & Contingency Plan | |
| Diversity & Inclusion | American Airlines Credit Card | Privacy Policy (newly updated) | Up to 35% savings plus earn AAdvantage® Miles |
| Newsroom | Gift Cards | Legal | |
| Airline Museum | DealFinder | Copyright | |
| | RSS | Site Map | |

AA-SKP-00054417

**App'x 0407**

Five Star Service
Timetables & Downloads
Last Minute Packages

Site Map
Browser Compatibility

AA-SKP-00054418

**App'x 0408**

# AmericanAirlines®

## American Airlines Maintenance Services

**Fact Sheet**
American Airlines Maintenance Services, the maintenance and engineering arm of the airline, offers a full line of airframe, engine and component, and line maintenance services, customizing those services to meet the specific needs of the client. American's MRO business has a growing customer base of more than 70 different entities ranging from numerous domestic and international airlines to Original Equipment Manufacturer (OEM) to the U.S. military.

American has three overhaul maintenance bases located in Tulsa, Okla., Fort Worth, Texas and Kansas City, Mo., along with line stations located throughout its domestic and international network. American Airlines Maintenance Services brings a broad range of maintenance capabilities to the MRO demands of its customers. American's highly skilled Aviation Maintenance Technicians repair and maintain American's fleet of over 600 large jets as well as aircraft for dozens of other carriers.

<u>Select Services Offered:</u>

**Aircraft Maintenance**
American has the capability to perform line maintenance and overhaul work on a variety of fleet types, including but not limited to:

- A300-600
- Fokker 100
- Super 80
- B767
- B737
- B757
- B777

American performs more than 150,000 maintenance checks of various types each year, offers complete manufacturing and machine shop capabilities and has competitive turn times.

**Aircraft Modifications**
American has the capability to conduct all levels of service bulletins and airworthiness directive support. This includes:

- Crown skin replacement
- Empennage panel replacement
- Pylon modification
- Landing gear work
- Mylar
- Interior changes
- Seat re-pitch
- Winglet work

**Back Shop Support**
American maintains 80 percent of all back shop support in-house. This allows for excellent quality control and innovative engineering opportunities. Work provided includes:

- Metal spray
- Plating
- Electron beam welding
- High speed tip grinding for engine cores
- Standards lab tool calibration
- Heat treatment
- Slides
- Seats
- Engineering support
- Floor board
- Plastics
- Wiring
- Wheel and brake

April 2008

**Maintenance Services Fact Sheet**
Page 2

**Components/Avionics**
American has the capability to perform a myriad of component and avionics work, including:

- Flight instrumentation
- Components for above mention fleet types
- GPS installations
- Halon recovery
- Utilize Automated Test Equipment
- Windshear installations
- Thrust reverser repair and modifications

**Composite Repairs**
American offers a state-of-the-art composite repair facility, and the airline has already developed many repairs for many A300, Super 80, 777, 767, 757 and 737 composite aircraft parts.

**Engineering and Planning**
American offers an expansive package of world-class engineering solutions for its customers, which include planning for future endeavors, developing technical publications and assisting with current challenges. These services range from developing and preparing engineering requirements for aircraft modification and cabin reconfigurations to developing maintenance programs.

**Engine Work**
American can conduct overhaul work on a variety of engine types including the CF6-80A, CF6-80C2, JT8D-217/219 and CFM56-7B.  A prime example of American's ability to provide competitive maintenance work to third parties is its joint venture with Rolls Royce called TAESL (Texas Aero Engine Services Ltd). TAESL was formed in April 1998 to repair and overhaul the RB211 engine, which American has on its Boeing 757 fleet, and the Trent 800 engine, which is on American's Boeing 777 aircraft.

April 2008

**App'x 0410**



AA-SKP-00054421



○ All Carriers

**Country of Residence:**

United States ▾

**Promotion Code**

Enter a Promotion Code

Promotion Code Information

Start Over    Continue



**More About American**

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

**Products & Services**

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
DealFinder
RSS
Five Star Service
Timetables & Downloads
Last Minute Packages

**Customer Service**

Contact American
FAQs
Refunds
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility

Earn 50,000 bonus miles

buyAAmiles
Up to 45,000 bonus miles

AVIS  Budget
Up to 35% savings plus earn AAdvantage® Miles

AA-SKP-00054422

App'x 0412



# American Airlines

Home  Login  English ▾  Search aa.com

Plan Travel    Travel Information    AAdvantage

HOME  >  DURING YOUR FLIGHT  >  ENTERTAINMENT

## Stay entertained in flight
### Entertainment options on your flight

RECOMMEND  TWEET  MAIL

**During Your Flight**
- Our Planes
  - Boeing 777-300ER
  - Boeing 777-200
  - Boeing 777-200 Retrofit
  - Boeing 767
  - Airbus A321 Transcon
  - Airbus A319
  - Boeing 757
  - Boeing 737-800
  - Boeing MD-80
  - Bombardier CRJ-200
  - Bombardier CRJ-700
  - Bombardier CRJ-900
  - NextGen
  - Embraer ERJ-140 And ERJ-145
  - Embraer ERJ-175
- Wi-Fi and Connectivity
- Entertainment
- Seating Options
- Inflight dining
- Flying in Comfort
- Shop

When it comes to inflight entertainment, you'll find more choices than ever before on your next flight. Sit back, relax, and let us entertain you. Catch up on a favorite television show, finally watch that movie your friends have been talking about, or play a video game. Or maybe you'd like to listen to music? We have up to 300 full CDs and music channels covering a wide variety of genres.

### Highlights

× Choose from a library of movies and television shows

× Check out available entertainment options on board our planes.

× Listen to your favorite music during the flight or enjoy our award-winning magazines

## Movies, television and more

### Entertainment available at every seat

On each of our new and refurbished planes, you will have access to the latest, personal in-seat entertainment. You can choose from various entertainment options on the seatback screen in front of you:

× Up to 250 movies*
× Up to 180 TV programs
× More than 350 audio selections
× 18 American Airlines Radio channels
× Up to 20 games



These entertainment options will be available gate to gate. Once you have taken your seat, you can begin enjoying your selection. We offer this entertainment complimentary on all international flights as well as in all First Class and Business Class cabins. The Main Cabin offers a choice of complimentary or special entertainment packages for purchase.

*Up to 250 movies on international flights and up to 150 movies on domestic flights.

See what's playing on your next flight »

AA-SKP-00054423

## Overhead video screens

We also offer overhead inflight entertainment options on select flights with NBCU on American. This includes full episodes of popular NBC entertainment as well as clips from hit late night comedy shows.

See what's playing on your next flight ≫

## Tablets

The innovative Samsung Galaxy Tab™, featuring a 10.1 inch screen, allows for a customized viewing experience. Our First and Business Class passengers will enjoy this amenity on select international and transcontinental flights where in-seat entertainment is not available. You can expect a variety of entertainment options including:



- » New movie releases and top classics
- » Hit TV shows and games
- » Various music selections
- » Best-selling book excerpts

## Bring your own device

Browse our inflight library of movies and television shows which can be purchased and streamed to your Wi-Fi-enabled device.

Current devices that will stream these entertainment options include:

- » Laptops
- » iPad
- » Galaxy Tab
- » Motorola Xoom
- » Smartphone
- » Or any tablet that runs iOS or Android OS 3.2 and above



Follow these easy steps to stream video:

1. Connect to the "gogoinflight" signal and launch browser.
2. Click on the entertainment banner and select a movie or TV show.
3. Download plugin or tablet app, if prompted.
4. Log in or create an account.
5. Enjoy your program!

## Entertainment options by airplane

| | In-seat entertainment | Tablets[1] | Overhead video | Streaming video | Inflight radio |
|---|---|---|---|---|---|
| Airbus A319 | | ▓ | | | ▓ |

AA-SKP-00054424

**App'x 0414**

| | | | | | |
|---|---|---|---|---|---|
| Airbus A321 | ● | | | | ● |
| Airbus A321T | ● | | | | ● |
| Boeing 737 | ●² | ● | ● | ●³ | ● |
| Boeing 757 domestic | | | ● | ● | ● |
| Boeing 757 international | ●⁴ | ● | ● | | |
| Boeing 762 | | ● | ● | ● | ● |
| Boeing 763 | | ● | ● | | ● |
| Boeing 772 | ● | | | | ● |
| Boeing 773 | ● | | | | ● |
| Boeing 787 | ● | | | | ● |
| MD80 | | | | ● | |

¹Available on select routes in First Class and Business Class
²New airplanes only
³Available on airplanes without in-seat entertainment
⁴Business Class only

## Bose headphones



Enjoy the complimentary use of Bose® QuietComfort® 15 Acoustic Noise Cancelling® headphones when traveling in First or Business Class on select international and transcontinental flights. Tune out the world or tune in to entertainment – either way, you'll love the performance of these acclaimed headsets.

## Music

We also have up to 18 channels that span classical, jazz, pop, country, alternative rock, international pop and more.

Our station names include:

- Symphony Hall
- Jazz Mix
- Chill
- The Hit List
- American Jukebox
- Country Roads
- Spotlight

- Latin Showcase
- Smooth
- Pop Piano
- Japanese Horizons
- Rhythm of Brazil
- The Vault
- Mandarin Mix

### Earbuds



If you're flying in the Main Cabin, enjoy improved sound quality on our new earbuds available for inflight purchase. The new earbuds are complimentary in the Main Cabin on select international flights.

AA-SKP-00054425

* Spotlight                    * Mainstream mix
* On The Edge                  * Metro
* Totally 80's                 * London Calling

## Magazines and newspapers

Exclusive interviews with some of the world's most interesting people can be found in the pages of our award-winning inflight magazines. And when traveling on flights to Europe, Asia and select flights to South America, you'll also have a choice of daily newspapers to read including *USA Today, The Wall Street Journal, The New York Times, Financial Times* and local newspapers based on availability.

* *American Way*
* *American Airlines Nexos*
* *Celebrated Living*

## You may also be interested in...

* During your flight
* Stay connected with inflight Wi-Fi
* Set up flight status notifications



New planes.
Inside and out.

Taking delivery of one new plane a week on average.

⊕ BACK TO TOP

| More About American | Products & Services | Customer Service |
|---|---|---|
| About Us | Travel Insurance | Contact American |
| Corporate Information | Email Subscriptions | FAQs |
| Careers | Enhance Your Travel | Refunds |
| Investor Relations | Low Price Guarantee | Agency Reference |
| Corporate Responsibility | Group & Meeting Travel | American Travel Centers |
| Join Us In Causes That Matter | Business Programs | Baggage & Optional Service Charges |
| Environmental Footprint | Cargo | Customer Service Plan & Contingency Plan |
| Diversity & Inclusion | American Airlines Credit Card | Privacy Policy (newly updated) |
| Newsroom | Gift Cards | Legal |
| Airline Museum | DealFinder | Copyright |
| | RSS | Site Map |
| | Five Star Service | Browser Compatibility |
| | Timetables & Downloads | |
| | Last Minute Packages | |

Earn 50,000 bonus miles

buy AAmiles
Up to 48,000 bonus miles

AVIS  Budget
Up to 35% savings plus earn AAdvantage® Miles

AA-SKP-00054426
**App'x 0416**

AA-SKP-00054427

**App'x 0417**





Home   Login   AA.com

Hotels

Plan Travel  ▾    Travel Tools  ▾



Book Hotel    My Hotels

City Name or Airport Code

Check-in

Check-out

Rooms

1

Room 1

Adults

2    Children(0-12)

0

Book Now

Relax, enjoy and earn up to 250 miles on hotels



Rev up your savings

Save up to 35% and earn quadruple miles
Learn More ▸



On the road again

Get your best car rental deal and earn AAdvantage miles.
Learn More ▸



Book tours and activities in advance, reserve now
Learn More ▸



Information

About Us

Earn AAdvantage Miles

Low Price Guarantee

Last Minute Packages

Adtrack Club

GeoPortal Help

FAQ

AA Vacations

Pay With Miles

Last Minute Packages



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-03-21 12:48:33 EDT |
| **Mark:** | AMERICAN AIRLINES |

AMERICAN AIRLINES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86898575 | **Application Filing Date:** | Feb. 05, 2016 |
| **US Registration Number:** | 5279167 | **Registration Date:** | Sep. 05, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Mar. 19, 2024 | | |
| **Publication Date:** | Jun. 20, 2017 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | AMERICAN AIRLINES |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 514294, 1845693, 2381172 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Computer application software for mobile devices and handheld computers, namely, software for providing information in the fields of travel, transportation and loyalty award programs; Computer application software for mobile devices, namely, software for tracking and redeeming loyalty program awards; Computer application software for mobile devices and handheld computers, namely, software for ticketing passengers, checking reservations, and checking flight status |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 2010 | **Use in Commerce:** | Jul. 2010 |

AA-SKP-00054580
**App'x 0420**

|  |  |  |  |
|---|---|---|---|
| **For:** | Providing Internet access | | |
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 2009 | **Use in Commerce:** | Mar. 2009 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | American Airlines, Inc. | | |
| **Owner Address:** | 1 Skyview Drive<br>MD 8B503<br>Fort Worth, TEXAS UNITED STATES 76155 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | Eric J. Maiers | **Docket Number:** | 177306.14630 |
| **Attorney Primary Email Address:** | chiipmail@gtlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | Eric J. Maiers<br>Greenberg Traurig, LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** | 312.456.8400 | **Fax:** | 312.456.8435 |
| **Correspondent e-mail:** | chiipmail@gtlaw.com matthewsk@gtlaw.com eric.<br>maiers@gtlaw.com carrm@gtlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 19, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 19, 2024 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 06, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 14, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 14, 2023 | NOTICE OF SUIT | |
| Sep. 05, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 08, 2022 | NOTICE OF SUIT | |
| Jul. 28, 2022 | NOTICE OF SUIT | |
| Aug. 20, 2021 | NOTICE OF SUIT | |
| Mar. 19, 2020 | NOTICE OF SUIT | |
| Oct. 01, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 01, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

AA-SKP-00054581

| Jan. 08, 2018 | REVIEW OF CORRESPONDENCE COMPLETE - INFORMATION MADE OF RECORD |
| Dec. 29, 2017 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS |
| Sep. 05, 2017 | REGISTERED-PRINCIPAL REGISTER |
| Jun. 20, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jun. 20, 2017 | PUBLISHED FOR OPPOSITION |
| May 31, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 09, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 29, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Apr. 28, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Apr. 28, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 28, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Oct. 28, 2016 | NON-FINAL ACTION E-MAILED |
| Oct. 28, 2016 | NON-FINAL ACTION WRITTEN |
| Oct. 08, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Oct. 07, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 07, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Apr. 08, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Apr. 08, 2016 | NON-FINAL ACTION E-MAILED |
| Apr. 08, 2016 | NON-FINAL ACTION WRITTEN |
| Apr. 01, 2016 | ASSIGNED TO EXAMINER |
| Feb. 10, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 09, 2016 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: FILE DESTROYED | Date in Location: Mar. 19, 2024 |

## Assignment Abstract Of Title Information

**Summary**

| Total Assignments: 1 | | Registrant: American Airlines, Inc. |

### Assignment 1 of 1

| Conveyance: | SECURITY INTEREST | |
| Reel/Frame: | 7061/0605 | Pages: 47 |
| Date Recorded: | Sep. 25, 2020 | |
| Supporting Documents: | assignment-tm-7061-0605.pdf | |

**Assignor**

| Name: | AMERICAN AIRLINES, INC. | Execution Date: | Sep. 25, 2020 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| Name: | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | ALABAMA |
| Address: | 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS, MINNESOTA 55402 | |

**Correspondent**

| Correspondent Name: | MILBANK LLP |
| Correspondent Address: | 55 HUDSON YARDS ATTN: NATHANIEL T. BROWAND NEW YORK, NY 10001-2163 |

**Domestic Representative - Not Found**

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, March 19, 2024 11:16 PM |
| To: | XXXX |
| Cc: | XXXX; XXXX; XXXX |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 5279167: AMERICAN AIRLINES: Docket/Reference No. 177306.14630 |

**U.S. Serial Number:** 86898575
**U.S. Registration Number:** 5279167
**U.S. Registration Date:** Sep 5, 2017
**Mark:** AMERICAN AIRLINES
**Owner:** American Airlines, Inc.

Mar 19, 2024

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 038

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to https://tsdr.uspto.gov/#caseNumber=86898575&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to https://tsdr.uspto.gov/#caseNumber=86898575&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

AA-SKP-00054583

**App'x 0423**

PTO- 1583
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 5279167
**REGISTRATION DATE:** 09/05/2017

**MARK:** AMERICAN AIRLINES

**Current:** The owner, American Airlines, Inc., a corporation of Delaware, having an address of
    4333 Amon Carter Boulevard
    Fort Worth, Texas 76155
    United States

**Proposed:** The owner, American Airlines, Inc., a corporation of Delaware, having an address of
    MD 8B503
    1 Skyview Drive
    Fort Worth, Texas 76155
    United States
    XXXX
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 038, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing Internet access; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from mobile app showing use of the mark in connection with the listed services.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9

Webpage URL: https://aainflight.com/#/Home_Page
Webpage Date of Access: 07/28/2023
Webpage URL: https://www.aainflight.com/com/#/wifi_service_details
Webpage Date of Access: 07/28/2023
For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Computer application software for mobile devices and handheld computers, namely, software for providing information in the fields of travel, transportation and loyalty award programs; Computer application software for mobile devices, namely, software for tracking and redeeming loyalty program awards; Computer application software for mobile devices and handheld computers, namely, software for ticketing passengers, checking reservations, and checking flight status; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's

AA-SKP-00054588

**App'x 0424**

right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from website and mobile app showing use of the mark in connection with the listed services.
**JPG file(s):**
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPN1-419086-2023072512005 5523813 _. AMERICAN_AIRLIN ES_spec.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3


Webpage URL: None Provided
Webpage Date of Access: None Provided
The owner's/holder's current attorney information: Eric J. Maiers. Eric J. Maiers of Greenberg Traurig, LLP, is located at

    Suite 3100
    77 W. Wacker Drive
    Chicago, Illinois 60601
    United States

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

The owner's/holder's proposed attorney information: Eric J. Maiers. Other appointed attorneys are Mark R. Galis, Jeffrey P. Dunning, Herbert H. Finn, Richard D. Harris, Gary R. Jarosik, Keith R. Jarosik, James J. Lukas, Jr., Cameron M. Nelson, Howard E. Silverman, Barry R. Horwitz, Matthew J. Levinstein, Marc Trachtenberg, Benjamin P. Gilford, Jonathan Giroux, Jacqueline Brousseau, Callie Sand, Samuel Chase Means, Maja Sherman, Katie Cronin, Erik Bokar, Molly Carr, Jonathan Easter, Olivia Mathews. Eric J. Maiers of Greenberg Traurig, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 3100
    77 W. Wacker Drive
    Chicago, Illinois 60601
    United States
The docket/reference number is 177306.14630.

The phone number is 312.456.8400.

The fax number is 312.456.8435.

The email address is chiipmail@gtlaw.com

Eric J. Maiers submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
**Correspondence Information (current)**
    Eric J. Maiers
    PRIMARY EMAIL FOR CORRESPONDENCE: chiipmail@gtlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed)**
    Eric J. Maiers
    PRIMARY EMAIL FOR CORRESPONDENCE: chiipmail@gtlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): matthewsk@gtlaw.com; eric.maiers@gtlaw.com; carrm@gtlaw.com

The docket/reference number is 177306.14630.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $1050 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

<strong>Declaration</strong>

**Original PDF file:**
hw_419086-085348562_._Aff idavit_of_Use_-_AMERICAN_AIRLINES.pdf
**Converted PDF file(s)** (2 pages)
Signature File1
Signature File2
Signatory's Name: Donald Broadfield, Jr.
Signatory's Position: Chief Intellectual Property and Data Counsel
Signature method: Handwritten


Mailing Address **(current):**
 Greenberg Traurig, LLP
 77 W. Wacker Drive
 Chicago, Illinois 60601

Mailing Address **(proposed):**
 Greenberg Traurig, LLP
 77 W. Wacker Drive
 Chicago, Illinois 60601


Serial Number: 86898575
Internet Transmission Date: Thu Sep 14 08:56:07 ET 2023
TEAS Stamp: USPTO/S08N15-X.X.XX.XX-20230914085608008
766-5279167-85082f9a2b96b4186c2c2e61b599
442175c52e7463edd736b932ebabbba-DA-56078
409-20230914085348562708





AA-SKP-00054592
App'x 0428





AA-SKP-00054594
**App'x 0430**



AA-SKP-00054595

**App'x 0431**



AA-SKP-00054596

**App'x 0432**



AA-SKP-00054597

**App'x 0433**



AA-SKP-00054598

**App'x 0434**



AA-SKP-00054599
**App'x 0435**



AA-SKP-00054600

App'x 0436

**App Store** Preview

⋆⋆⋆⋆⋆
merley_mae, 08/28/2021

**Very helpful!**
I downloaded this app for my most recent trip to California and I'm so glad I did it don't know how I would have survived without it!! The app was great at getting me checked in/boa... more

⋆⋆⋆⋆⋆
KLXA390, 07/11/2022

**Customer complaints**
I just wanted to make a note about some of the complaints about aadvantage or American Airlines I do not work for either aadvantage or American Airline's . This review is base... more

⋆⋆⋆⋆⋆
Saige00, 06/01/2023

**DO NOT FLY WITH THESE PEOPLE.**
I have used these airlines for the past couple years and all I can say is even xxxit is better than them. From damaging my baggage twice and once refusing to let me file a claim... more

## App Privacy

See Details

The developer, American Airlines, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Linked to You**
The following data may be collected and linked to your identity:

- ⊙ Health & Fitness
- ▤ Personal Info
- ▣ User Content
- ▣ Browsing History
- ▥ Usage Data

- ▥ Purchases
- ① Contact Info
- ◎ Search History
- 🆔 Identifiers
- ⚙ Diagnostics

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:

- ◤ Location

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

| | | |
|---|---|---|
| Seller | Size | Category |
| American Airlines, Inc. | 444 MB | Travel |
| Compatibility | Languages | Age Rating |
| **iPhone** | English | 4+ |
| Requires iOS 15.0 or later. | | |
| **iPad** | | |
| Requires iPadOS 15.0 or later. | | |
| **iPod touch** | | |
| Requires iOS 15.0 or later. | | |
| Copyright | Price | |
| © Copyright 2023 American Airlines, Inc. All Rights Reserved. | Free | |

Developer Website ↗   App Support ↗   Privacy Policy ↗

## Supports

**Wallet**
Get all of your passes, tickets, cards, and more in one place.

## More By This Developer

## You Might Also Like

See All

AA-SKP-00054601

**App'x 0437**

**App Store** Preview

The developer, American Airlines, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Linked to You
The following data may be collected and linked to your identity:

- Health & Fitness
- Financial Info
- User Content
- Browsing History
- Usage Data
- Purchases
- Contact Info
- Search History
- Identifiers
- Diagnostics

### Data Not Linked to You
The following data may be collected but it is not linked to your identity:

- Location

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

| | | |
|---|---|---|
| Seller<br>American Airlines, Inc. | Size<br>444 MB | Category<br>Travel |
| Compatibility<br>**iPhone**<br>Requires iOS 15.0 or later. | Languages<br>English | Age Rating<br>4+ |
| **iPad**<br>Requires iPadOS 15.0 or later. | | |
| **iPod touch**<br>Requires iOS 15.0 or later. | | |
| Copyright<br>© Copyright 2023 American Airlines, Inc. All Rights Reserved. | Price<br>Free | |

Developer Website ↗   App Support ↗   Privacy Policy ↗

## Supports

Wallet
Get all of your passes, tickets, cards, and more in one place.

## More By This Developer

## You Might Also Like

See All


jetBlue - Book & manage trips
Travel


Fly Delta
Travel


United Airlines
Travel


Spirit Airlines
Travel


Frontier Airlines
Travel


Southwest Airlines
Travel

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Legal   Site Map

Choose your country or region

Document title: American Airlines on the App Store
Capture URL: https://apps.apple.com/us/app/american-airlines/id382698565
Capture timestamp (UTC): Tue, 25 Jul 2023 15:56:43 GMT

Page 3 of 3

AA-SKP-00054602

**App'x 0438**



### American Airlines
Travel

UPDATE

| 374K RATINGS | AGE | CHART | DEVELOPER |
|---|---|---|---|
| 4.7 ★★★★★ | 4+ Years Old | #5 Travel | American Airlin |

## What's New                              Version History
Version 2023.13                                        3h ago

We're continuing to work behind the scenes to improve
your app experience.

## Preview



Get flight up
and manage
with just a fe

Today    Games    Apps    Arcade    Search

AA-SKP-00054603
**App'x 0439**



With the American Airlines app, you're covered with the information you need exactly when you need it. Curious about traffic to the airport? Need a mobile boarding pass? Wondering where the closest Admirals Club® lounge is? All of this info and more is available at your fingertips.

- Lock Screen widgets: See your next trip's details right from the Lock Screen with our new dynamic widgets.

- Dynamic home screen: Knows where you are in your travel journey and gives you easy access to the right tools at the right time.

- Mobile boarding pass: Check in for your trip and retrieve your mobile boarding pass. No need to print, and it's updated along the way.

- Flight updates: Get the latest flight updates by simply retrieving your trip and allowing American Airlines to send notifications to your mobile device.

- Interactive terminal maps: Navigating airports is a breeze with our interactive terminal maps. Find the closest Admirals Club® lounge or get directions to your connecting gate.

- AAdvantage® account details: Review all the details of your AAdvantage® account right from the app. Not an AAdvantage® member? Sign up today.

- Upgrade your seat: Request upgrades with ease. Want to see where you are on the list? The app displays the upgrade standby list within 4 hours of your scheduled departure.



AA-SKP-00054604
**App'x 0440**



- Seat selection: Choose or change your seat within the app. Just pick the one you'd like and change it on the spot.

- Track your bag: Know exactly where your bag is from the time it leaves your hands to when you extend the handle at your destination.

- Save your trip: Your recently viewed trips are automatically saved in the app so you can easily grab the details for your next flight in seconds.

- Quick interactions: The American app utilizes Haptic Touch and is Apple watch compatible, giving you quick access to the most important info.

- Wi-Fi access in the air: Don't forget, on flights with Wi-Fi you can use the American app and aa.com at no cost.

There's a new group of flyers out there – The World's Greatest Flyers. They know that having the right travel tools makes for a great experience.

The sky's the limit with the American Airlines sticker pack! Let friends and family know that you're traveling, headed to the Admirals Club® lounge to take it easy before taking off, snapping photos at 30,000 feet or that you've arrived.

Contact Us: 800-222-2377

American Airlines
Developer                                          >



AA-SKP-00054605

**App'x 0441**

PTO- 1583
Approved for use through 01/31/2025 OMB 0651-0055
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

You may sign this document but do not edit it. Make any necessary changes through TEAS, then generate a new signature page.

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## Handwritten Signature or Digital Signature

Review the complete filing details before signing. Preparers printing this form for handwritten signature should also print the filing details for signatory review.

A fee payment in the amount of $850 will be submitted with the application, representing payment for 2 class(es).

**MARK:** AMERICAN AIRLINES (Standard Characters, see )

# AMERICAN AIRLINES

**Correspondent:** Eric J. Maiers.
**Correspondence email address:** chiipmail@gtlaw.com;matthewsk@gtlaw.com; eric.maiers@gtlaw.com; carrm@gtlaw.com

### Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

AA-SKP-00054606

- There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

- There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section**

Signature: _____

Date: _____ 14 SEPTEMBER 2023

Signatory's Name: Donald Broadfield, Jr.

Signatory's Position: Chief Intellectual Property and Data Counsel

Document generated on September 11, 2023 at 12:29:28 PM ET

AA-SKP-00054607

**App'x 0443**

# United States of America

## United States Patent and Trademark Office

# AMERICAN AIRLINES

**Reg. No. 5,279,167**

**Registered Sep. 05, 2017**

**Int. Cl.: 9, 38**

**Service Mark**

**Trademark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Boulevard
Fort Worth, TX 76155

CLASS 9: Computer application software for mobile devices and handheld computers, namely, software for providing information in the fields of travel, transportation and loyalty award programs; Computer application software for mobile devices, namely, software for tracking and redeeming loyalty program awards; Computer application software for mobile devices and handheld computers, namely, software for ticketing passengers, checking reservations, and checking flight status

FIRST USE 7-00-2010; IN COMMERCE 7-00-2010

CLASS 38: Providing Internet access

FIRST USE 3-00-2009; IN COMMERCE 3-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0514294, 1845693, 2381172

SEC.2(F)

SER. NO. 86-898,575, FILED 02-05-2016
KAREN DINDAYAL, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office





 **American Airlines**
American Airlines, Inc. 
Everyone

UNINSTALL        UPDATE



1 MILLION
Downloads



3.9
★★★★☆
13,368



Travel & Local



Similar

Get the app that knows where you're going – view your flight, check in & more

 WHAT'S NEW
• Fix for the performance issue found on some devices at start up

AA-SKP-00054696
**App'x 0446**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86898575**
**Filing Date: 02/05/2016**

## To the Commissioner for Trademarks:

**MARK:** AMERICAN AIRLINES (Standard Characters, see mark)
The literal element of the mark consists of AMERICAN AIRLINES.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, American Airlines, Inc., a corporation of Delaware, having an address of
   4333 Amon Carter Boulevard
   Fort Worth, Texas 76155
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 009: Computer application software for mobile devices and handheld computers, namely, software for providing information in the fields of travel, transportation and loyalty award programs; Computer application software for mobile devices, namely, software for tracking and redeeming loyalty program awards; Computer application software for mobile devices and handheld computers, namely, software for ticketing passengers, checking reservations, and checking flight status

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/00/2010, and first used in commerce at least as early as 07/00/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screen capture of software in use.

**Original PDF file:**
SPE0-3898152163-20160204094530218613 . 12901-      AMERICAN_AIRLINES_specimen_cl_9.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

   International Class 038: Providing Internet access

In International Class 038, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/00/2009, and first used in commerce at least as early as 03/00/2009, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) advertisement for services.

**Original PDF file:**
SPE0-3898152163-20160204094530218613 . 12901-      AMERICAN_AIRLINES_specimen_cl_38.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 0514294, 1845693, 2381172, and others.

The applicant's current Attorney Information:
   Andrew J. Avsec and Jerome Gilson, Jeffery A. Handelman, David S. Fleming, Scott J. Slavick, Howard S. Michael, Jeffrey J. Catalano, Jennifer J. Theis, Joshua Frick, Genevieve E. Charlton, Michael Friedman, and Craig C. Bradley of BRINKS GILSON & LIONE     P.O. Box

AA-SKP-00054719

**App'x 0447**

10395
   Chicago, Illinois 60610
   United States
   (312) 321-4200(phone)
   (312) 321-4299(fax)
   officeactions@brinksgilson.com (authorized)
The attorney docket/reference number is 12901/New.

The applicant's current Correspondence Information:
   Andrew J. Avsec
   BRINKS GILSON & LIONE
   P.O. Box 10395
   Chicago, Illinois 60610
   (312) 321-4200(phone)
   (312) 321-4299(fax)
   officeactions@brinksgilson.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /DB280/   Date: 02/04/2016
Signatory's Name: Donald E. Broadfield
Signatory's Position: Senior IP/Internet/Data Attorney
RAM Sale Number: 86898575
RAM Accounting Date: 02/05/2016

Serial Number: 86898575
Internet Transmission Date: Fri Feb 05 10:08:56 EST 2016
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2016020510085653
8453-86898575-550d0e22384d5c5f9edf9b8d91
14fcee127258de2a338e9677b809e751f6fa7fb-
DA-7999-20160204115958543130

AA-SKP-00054720

**App'x 0448**

# AMERICAN AIRLINES

AA-SKP-00054721

**App'x 0449**

Internet and power – During your flight – American Airlines          https://www.aa.com/i18n/travelInformation/duringFlight/onboardTechno...



## Wi-Fi and connectivity

⌂ Home   >   Wi-Fi and connectivity

# Wi-Fi and connectivity



Want to get some work done, catch up with friends or simply surf the web? Whether your trip is for business or pleasure, we'll keep you connected while onboard your flight.

## Inflight Wi-Fi

Stay connected using any Wi-Fi enabled device, including smartphones (in airplane mode). To see if your flight has Wi-Fi, look for the symbol on your boarding pass or check here before you go.

Does your flight have Wi-Fi?  »

## Domestic flights

Wi-Fi is available on nearly all flights within the U.S., including our new, two-class regional jets. Daily and monthly passes are available, and you can also enjoy complimentary access to aa.com.

### All-day pass

- $16 plus tax
- Expires 12 months from date of purchase

### American Airlines Plan

- $49.95 plus tax
- Monthly subscription

AA-SKP-00054723
**App'x 0451**

Buy the all-day pass ⧉                              Buy the American Airlines plan ⧉

## International flights

Enjoy Wi-Fi service when traveling internationally on our new 777-300ER, 787 Dreamliner and select 777-200 planes. Passes may only be purchased once you're onboard:

- 2 hour - $12
- 4 hour - $17
- Length of flight - $19

⌄ Wi-Fi customer assistance

# Onboard power

So you can stay productive in the air, you'll find power outlets at every First and Business Class seat, and on our new planes, power at every seat in the Main Cabin. Other aircraft have power in select rows of the Main Cabin - just look for the lightning bolt symbol on the overhead bins. You'll also find USB ports on select aircraft and all new planes include USB ports and power outlets at every seat.

## Type of power you can expect

Most of our planes feature AC power outlets and those that offer DC power are in the process of being converted. In the meantime, you can use a DC-to-AC adaptor on select flights if you're in First or Business Class. Simply ask your flight attendant for an adaptor.

⌄ Want to know where to find power?

# Phones and electronic devices

Enjoy increased productivity and talk time on the ground before you depart and after landing as you taxi to the gate. You may use your cell phone, laptop computer, and other electronic devices onboard until advised by the flight crew, but please note that use of cell phones is not allowed during flight.

Please keep these things in mind during taxi, takeoff and landing:

- Put small devices in airplane mode and either hold or place the device under your seat

AA-SKP-00054724

**App'x 0452**

Internet and power – During your flight – American Airlines                https://www.aa.com/i18n/travelInformation/duringFlight/onboardTechno...

⋈ Laptops and other large items cannot be held and should be turned off and put away

## Onboard satellite phones

Satellite phone service is available on our Airbus A330 aircraft in First and Business Class. Enjoy worldwide calls and pay onboard using most major credit cards.*

*Telenor Satellite Services, Inc. (Telenor) operates under a license issued by the Federal Communications Commission (FCC). Liability of Telenor and air carrier for failure of communications is limited to call charges only. Billing starts when the call is connected. Service may be unavailable or interrupted due to factors such as gaps in satellite coverage, weather conditions, system repair and capacity limitations. Complaints may be directed to: Federal Communications Commission, Enforcement Bureau, 445 12th Street SW, Washington, DC 20554.

## You may also like...

Mobile tools  »
Inflight entertainment  »
Seating options  »

⊕ Back to top

| Help | About American | Extras | |
|---|---|---|---|
| Contact American | About us | Business programs 🗗 | |
| Refunds and receipts | Careers 🗗 | Gift cards | Earn 50,000 bonus miles |
| FAQs | Investor relations 🗗 | American Airlines credit card | |
| Agency reference | Newsroom 🗗 | Travel insurance | **Buy**Miles |
| Cargo 🗗 | Legal, privacy, copyright | CoBrowse | Offer ends March 1 |
| Baggage and optional service charges | Browser compatibility | | Enjoy up to 42,500 bonus |
| Customer service and contingency plan | Web accessibility | | AVIS Budg |
| Conditions of carriage and tariffs | | | Up to 35% savings plus AAdvantage® mi |

AA-SKP-00054725
**App'x 0453**

Internet and power – During your flight – American Airlines                https://www.aa.com/i18n/travelInformation/duringFlight/onboardTechno...



2/4/2016 8:22 AM

AA-SKP-00054726
App'x 0454

**Generated on:** This page was generated by TSDR on 2024-03-21 12:51:21 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87601655 | **Application Filing Date:** | Sep. 08, 2017 |
| **US Registration Number:** | 5559145 | **Registration Date:** | Sep. 11, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 11, 2018

**Publication Date:** Jun. 26, 2018

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a stylized eagle in black and white separated by a white and gray eagle head.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.15.01 - Eagles
03.15.19 - Birds in flight or with outspread wings
03.15.24 - Stylized birds
03.17.16 - Heads of birds

# Related Properties Information

**Claimed Ownership of US Registrations:** 4449061

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing, namely, shirts, jackets, fleece tops, t-shirts, sweatshirts, pants, shorts, skirts, sweat pants, pajamas, socks, and coats; headwear

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

AA-SKP-00054727

**App'x 0455**

| | |
|---|---|
| **Basis:** | 1(a) |
| **First Use:** | Mar. 2013 |

**Use in Commerce:** Mar. 2013

**For:** Toys, namely, model airplanes; scale model vehicles; plush toys; toy building blocks for model airplane sets; dolls, and dolls' clothes; playing cards

| | |
|---|---|
| **International Class(es):** | 028 - Primary Class |

**U.S Class(es):** 022, 023, 038, 050

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Mar. 2013 |

**Use in Commerce:** Mar. 2013

**For:** Promoting goods and services of others by means of loyalty program, discount program, promotional program and an incentive awards program whereby points are earned or awarded for purchases made by members which can then be redeemed for merchandise, services and travel; promoting goods and services of others by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, gift cards, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise; provision, organization, operation, and administration of a loyalty program, a discount program, a promotional program and an incentive awards program for customers whereby points are earned for purchases made via credit cards which can be redeemed for merchandise, services and travel; provision, organization, operation, and administration of loyalty, discount, promotional, and incentive programs, namely, managing and tracking the transfer and redemption of points that are earned or awarded for purchases made by members; provision of clerical and secretarial services; providing facilities, office machines and equipment for conducting business, business meetings, and conferences; providing professional support staff to assist in the conducting of office business, meetings and conferences; promotion of travel insurance services of others

| | |
|---|---|
| **International Class(es):** | 035 - Primary Class |

**U.S Class(es):** 100, 101, 102

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jan. 21, 2013 |

**Use in Commerce:** Jan. 21, 2013

**For:** Banking; real estate affairs, namely, real estate lending services; aircraft financing; credit union services; financial services for credit union members, namely, financial transactions in the nature of bank transactions, credit card transactions, debit transactions and credit transactions, consumer and mortgage lending, securities brokerage, mortgage and loan insurance services, and brokerage services, namely, real estate brokerage and real estate lending services; issuance of credit cards through a licensee

| | |
|---|---|
| **International Class(es):** | 036 - Primary Class |

**U.S Class(es):** 100, 101, 102

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jan. 21, 2013 |

**Use in Commerce:** Jan. 21, 2013

**For:** Providing internet access

| | |
|---|---|
| **International Class(es):** | 038 - Primary Class |

**U.S Class(es):** 100, 101, 104

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Mar. 2013 |

**Use in Commerce:** Mar. 2013

**For:** Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation reservation services in the nature of coordinating travel arrangements for individuals and groups; providing information in the field of travel; ground support services in the field of air transportation, namely, marking, sorting, loading, unloading, transfer, and transit of cargo and passengers' luggage; providing information concerning cargo and passengers' luggage in transit and delivery; air travel passenger ticketing and check-in services; airport ramp services; transporting aircraft at airport; providing aircraft parking and storage; aircraft towing; transportation services, namely, checking of baggage; airport services featuring transit lounge facilities for passengers; booking and providing ancillary travel services, namely, making reservations in the nature of seat selection, baggage check-in; airport ramp services, namely, transfer of checked baggage to aircraft; airport ramp services, namely, transfer of carry-on baggage to aircraft; airline services, namely, providing priority boarding for customers, and access to airport lounge facilities; air passenger wheel-chair services at airport; leasing of aircraft; leasing of components of aircraft; leasing of aircraft engines; transporting of aircraft engines for others; airport services featuring transit lounge facilities for passengers

| | |
|---|---|
| **International Class(es):** | 039 - Primary Class |

**U.S Class(es):** 100, 105

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jan. 21, 2013 |

**Use in Commerce:** Jan. 21, 2013

**For:** Providing online electronic publications, namely, online magazines and online newsletters in the field of general interest; publication of magazines; providing in-flight and airport lounge entertainment services, namely, providing movies, audio and audio programs, music,

AA-SKP-00054728

**App'x 0456**

documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, audio books, tablets, video and online games, and children's programming; travel services, namely, providing headphones on aircraft for use for entertainment purposes

| | |
|---|---|
| **International Class(es):** 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 21, 2013 | **Use in Commerce:** Jan. 21, 2013 |

**For:** Providing conference rooms; Food and drink catering; Café services; Restaurant services; Bar services; providing conference room facilities; providing lounge facilities for providing food and drink; Providing hotel reservation and coordination services for others; hotel services; restaurant services, namely, providing of food and drink in airports and on aircraft

| | |
|---|---|
| **International Class(es):** 043 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 21, 2013 | **Use in Commerce:** Jan. 21, 2013 |

**For:** Facilitating expedited passenger screening, namely, providing priority access to airline passenger and baggage security screening

| | |
|---|---|
| **International Class(es):** 045 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 21, 2013 | **Use in Commerce:** Jan. 21, 2013 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes |
| **Filed ITU:** No | | **Currently ITU:** No |
| **Filed 44D:** No | | **Currently 44D:** No |
| **Filed 44E:** No | | **Currently 44E:** No |
| **Filed 66A:** No | | **Currently 66A:** No |
| **Filed No Basis:** No | | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | American Airlines, Inc. |
| **Owner Address:** | 4333 Amon Carter Boulevard<br>Fort Worth, TEXAS UNITED STATES 76155 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Eric J. Maiers | |
| **Attorney Primary Email Address:** chiipmail@gtlaw.com | **Attorney Email Authorized:** Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Eric J. Maiers<br>Greenberg Traurig, LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, ILLINOIS UNITED STATES 60601 |
| **Phone:** 312.456.8400 | **Fax:** 312.456.8435 |
| **Correspondent e-mail:** chiipmail@gtlaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 11, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 08, 2022 | NOTICE OF SUIT | |
| Jul. 28, 2022 | NOTICE OF SUIT | |
| Aug. 20, 2021 | NOTICE OF SUIT | |
| Mar. 19, 2020 | NOTICE OF SUIT | |
| Oct. 01, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 01, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 11, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 26, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 26, 2018 | PUBLISHED FOR OPPOSITION | |
| Jun. 06, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 23, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 22, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 21, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 21, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 13, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 13, 2017 | NON-FINAL ACTION E-MAILED | |
| Dec. 13, 2017 | NON-FINAL ACTION WRITTEN | |
| Dec. 13, 2017 | ASSIGNED TO EXAMINER | |
| Sep. 15, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 14, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 12, 2017 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Sep. 11, 2018 |

## Assignment Abstract Of Title Information

**Summary**

| | |
|---|---|
| Total Assignments: 1 | Registrant: American Airlines, Inc. |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 7061/0605 | Pages: | 47 |
| Date Recorded: | Sep. 25, 2020 | | |
| Supporting Documents: | assignment-tm-7061-0605.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | AMERICAN AIRLINES, INC. | Execution Date: | Sep. 25, 2020 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT | | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | ALABAMA |
| Address: | 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS, MINNESOTA 55402 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MILBANK LLP |
| Correspondent | 55 HUDSON YARDS |

**Address:**  ATTN: NATHANIEL T. BROWAND
NEW YORK, NY 10001-2163

**Domestic Representative - Not Found**

AA-SKP-00054731

**App'x 0459**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,559,145**

**Registered Sep. 11, 2018**

**Int. Cl.: 25, 28, 35, 36, 38, 39, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Boulevard
Fort Worth, TEXAS 76155

CLASS 25: Clothing, namely, shirts, jackets, fleece tops, t-shirts, sweatshirts, pants, shorts, skirts, sweat pants, pajamas, socks, and coats; headwear

FIRST USE 3-00-2013; IN COMMERCE 3-00-2013

CLASS 28: Toys, namely, model airplanes; scale model vehicles; plush toys; toy building blocks for model airplane sets; dolls, and dolls' clothes; playing cards

FIRST USE 3-00-2013; IN COMMERCE 3-00-2013

CLASS 35: Promoting goods and services of others by means of loyalty program, discount program, promotional program and an incentive awards program whereby points are earned or awarded for purchases made by members which can then be redeemed for merchandise, services and travel; promoting goods and services of others by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, gift cards, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise; provision, organization, operation, and administration of a loyalty program, a discount program, a promotional program and an incentive awards program for customers whereby points are earned for purchases made via credit cards which can be redeemed for merchandise, services and travel; provision, organization, operation, and administration of loyalty, discount, promotional, and incentive programs, namely, managing and tracking the transfer and redemption of points that are earned or awarded for purchases made by members; provision of clerical and secretarial services; providing facilities, office machines and equipment for conducting business, business meetings, and conferences; providing professional support staff to assist in the conducting of office business, meetings and conferences; promotion of travel insurance services of others

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

CLASS 36: Banking; real estate affairs, namely, real estate lending services; aircraft financing; credit union services; financial services for credit union members, namely, financial transactions in the nature of bank transactions, credit card transactions, debit transactions and credit transactions, consumer and mortgage lending, securities brokerage,



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

AA-SKP-00054768
**App'x 0460**

mortgage and loan insurance services, and brokerage services, namely, real estate brokerage and real estate lending services; issuance of credit cards through a licensee

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

CLASS 38: Providing internet access

FIRST USE 3-00-2013; IN COMMERCE 3-00-2013

CLASS 39: Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation reservation services in the nature of coordinating travel arrangements for individuals and groups; providing information in the field of travel; ground support services in the field of air transportation, namely, marking, sorting, loading, unloading, transfer, and transit of cargo and passengers' luggage; providing information concerning cargo and passengers' luggage in transit and delivery; air travel passenger ticketing and check-in services; airport ramp services; transporting aircraft at airport; providing aircraft parking and storage; aircraft towing; transportation services, namely, checking of baggage; airport services featuring transit lounge facilities for passengers; booking and providing ancillary travel services, namely, making reservations in the nature of seat selection, baggage check-in; airport ramp services, namely, transfer of checked baggage to aircraft; airport ramp services, namely, transfer of carry-on baggage to aircraft; airline services, namely, providing priority boarding for customers, and access to airport lounge facilities; air passenger wheel-chair services at airport; leasing of aircraft; leasing of components of aircraft; leasing of aircraft engines; transporting of aircraft engines for others; airport services featuring transit lounge facilities for passengers

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

CLASS 41: Providing online electronic publications, namely, online magazines and online newsletters in the field of general interest; publication of magazines; providing in-flight and airport lounge entertainment services, namely, providing movies, audio and audio programs, music, documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, audio books, tablets, video and online games, and children's programming; travel services, namely, providing headphones on aircraft for use for entertainment purposes

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

CLASS 43: Providing conference rooms; Food and drink catering; Café services; Restaurant services; Bar services; providing conference room facilities; providing lounge facilities for providing food and drink; Providing hotel reservation and coordination services for others; hotel services; restaurant services, namely, providing of food and drink in airports and on aircraft

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

CLASS 45: Facilitating expedited passenger screening, namely, providing priority access to airline passenger and baggage security screening

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

The mark consists of a stylized eagle in black and white separated by a white and gray eagle head.

OWNER OF U.S. REG. NO. 4449061

SER. NO. 87-601,655, FILED 09-08-2017

AA-SKP-00054769

**App'x 0461**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 87601655
### Filing Date: 09/08/2017

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of a stylized eagle in black and white separated by a white and gray eagle head.
The applicant, American Airlines, Inc., a corporation of Delaware, having an address of
    4333 Amon Carter Boulevard
    Fort Worth, Texas 76155
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 025:  Clothing, namely, shirts, jackets, fleece tops, t-shirts, sweatshirts, pants, shorts, skirts, sweat pants, pajamas, socks, and coats; headwear

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) display of mark in connection with sales of goods.

**Original PDF file:**
SPE0-3898152171-2017090813074213782 . 12901-    AMERICAN AIRLINES - specimen cl 25 - cap.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

    International Class 028:  Toys, namely model airplanes; scale model vehicles; plush toys; toy building blocks for model airplane sets; dolls, and dolls' clothes; playing cards

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) display of mark in connection with sales of goods.

**Original PDF file:**
SPE0-3898152171-2017090813074213782 . 12901-    AMERICAN AIRLINES - specimen cl 28 - toy airplanes.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-3898152171-2017090813074213782 . 12901-    AMERICAN AIRLINES - specimen cl 28 - playing cards.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

    International Class 035:  Promoting goods and services by means of loyalty program, discount program, promotional program and an incentive awards program whereby points are earned or awarded for purchases made by members which can then be redeemed for merchandise, services and travel; promoting goods and services by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, gift cards, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise; a loyalty program, a

AA-SKP-00054833

**App'x 0462**

discount program, a promotional program and an incentive awards program whereby points are earned for purchases made via credit cards which can be redeemed for merchandise, services and travel; managing and tracking the transfer and redemption of points that are earned or awarded for purchases made by members; provision of clerical and secretarial services; providing facilities, office machines and equipment for conducting business, meetings, and conferences; providing professional support staff to assist in the conducting of office business, meetings and conferences; promotion of travel insurance services of others

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/21/2013, and first used in commerce at least as early as 01/21/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website demonstrating use of the mark in connection with the services.

**Original PDF file:**
SPE0-3898152171-20170908130742137682 . 12901-6655_b_w_Flight_Symbol_Logo_-_specimen_cl_35.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

    International Class 036:  Banking; real estate affairs; aircraft financing; credit union services; financial services for credit union members, namely financial transactions in the nature of bank transactions, credit card transactions, debit transactions and credit transactions, consumer and mortgage lending, securities brokerage, mortgage and loan insurance services, and brokerage services, namely, real estate brokerage and real estate lending services; issuance of credit cards through a licensee

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website demonstrating use of the mark in connection with the services.

**Original PDF file:**
SPE0-3898152171-20170908130742137682 . 01-6655_b_w_Flight_Symbol_Logo_-_specimen_cl_36_credit_union.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

    International Class 038:  Providing internet access

In International Class 038, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website demonstrating use of the mark in connection with the services.

**Original PDF file:**
SPE0-3898152171-20170908130742137682 . 12901-6655_b_w_Flight_Symbol_Logo_-_specimen_cl_38_wi-fi.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

    International Class 039:  Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation reservation services; providing information in the field of travel; ground support services in the field of air transportation, namely, marking, sorting, loading, unloading, transfer, and transit of cargo and passengers' luggage; providing information concerning cargo and passengers' luggage in transit and delivery; air travel passenger ticketing and check-in services; airport ramp services; transporting aircraft at airport; providing aircraft parking and storage; aircraft towing; transportation services, namely, checking of baggage; airport services featuring transit lounge facilities for passengers; booking and providing ancillary travel services, namely, seat selection, checked baggage, carry-on baggage, priority security screening, priority boarding, food and beverage, in-flight headphones, upgrades, in-flight entertainment, airport lounge access; air passenger wheel-chair services at airport; leasing of aircraft; leasing of components of aircraft; leasing of aircraft engines; transporting of aircraft engines for others

In International Class 039, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/21/2013, and first used in commerce at least as early as 01/21/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed

AA-SKP-00054834

**App'x 0463**

goods/services, consisting of a(n) website demonstrating use of the mark in connection with the services.

**Original PDF file:**
SPE0-3898152171-2017090813074137682_._6655_b_w_Flight_Symbol_Logo_-_specimen_cl_39_booking_flights.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

　　International Class 041:  Providing online electronic publications, namely, online magazines and online newsletters in the field of general interest; publication of magazines; providing in-flight and airport lounge entertainment services, namely, providing movies, audio and audio programs, music, documentaries, music videos, news and information in the field of sports, live and recorded television programs, e-books, audio books, tablets, video and online games, and children's programming

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website demonstrating use of the mark in connection with services.

**Original PDF file:**
SPE0-3898152171-2017090813074137682_._w_Flight_Symbol_Logo_-_specimen_cl_41_inflight_entertainment.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

　　International Class 043:  Providing conference rooms; Food and drink catering; Café services; Restaurant services; Bar services; providing conference room facilities; providing lounge facilities; Providing hotel reservation and coordination services for others; hotel services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/21/2013, and first used in commerce at least as early as 01/21/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website demonstrating use of the mark in connection with the services.

**Original PDF file:**
SPE0-3898152171-2017090813074137682_._1-6655_b_w_Flight_Symbol_Logo_-_specimen_cl_43_club_services.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4449061.

The applicant's current Attorney Information:
　　Andrew J. Avsec and Jerome Gilson, Jeffery A. Handelman, David S. Fleming, Howard S. Michael, Jeffrey J. Catalano, Jennifer J. Theis, Joshua Frick, Susan H. Frohling, Virginia Wolk Marino, Evi Katsantonis and Emily T. Kappers of BRINKS GILSON & LIONE     P.O. Box 10395
　　Chicago, Illinois 60610
　　United States
　　312-321-4200 x3260(phone)
　　(312) 321-4299(fax)
　　officeactions@brinksgilson.com (authorized)
The attorney docket/reference number is 12901/6655.

The applicant's current Correspondence Information:
　　Andrew J. Avsec
　　BRINKS GILSON & LIONE
　　P.O. Box 10395
　　Chicago, Illinois 60610
　　312-321-4200 x3260(phone)

AA-SKP-00054835

(312) 321-4299(fax)

officeactions@brinksgilson.com;aavsec@brinksgilson.com; rrios@brinksgilson.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $2200 has been submitted with the application, representing payment for 8 class(es).

## Declaration

☐ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☐ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☐ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☐ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided   Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
Payment Sale Number: 87601655
Payment Accounting Date: 09/11/2017

Serial Number: 87601655
Internet Transmission Date: Fri Sep 08 16:58:37 EDT 2017
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2017090816583768
5428-87601655-51088ec2d667c5e1bd3a342b33
88d711b17e18753235e1a7edc2fe77fd66b3fa9cf
5-DA-3902-20170908164845369137

AA-SKP-00054836



AA-SKP-00054837

**App'x 0466**



© 2017 CR SMITH MUSEUM SHOP   Integrated eCommerce for MS RMS SO by NitroSell



Home    Contact Us    FAQ    About Us    Returns    Privacy    Shipping Schedule

4601 Highway 360 @ FAA Road
Fort Worth TX 76155

Phone: 817.967.5922

Hours of Operation: Tue - Sat, 9am - 5pm CST





© 2017 CR SMITH MUSEUM SHOP - NitroSell Shopping Cart for Microsoft RMS SO

AA-SKP-00054841

**App'x 0470**



© 2017 CR SMITH MUSEUM SHOP · NitroSell Shopping Cart for MS RMS SO

AA-SKP-00054843

**App'x 0472**



American Airlines

Home    Log in ›    English ▼    Search aa.com 🔍

Plan Travel    Travel Information    AAdvantage    oneworld

⌂ Home  ›  AAdvantage program

# AAdvantage program



Need more miles?

Buy or gift miles 🎁

⏸

| ⌂ AAdvantage | ✈ Earn miles | 👓 Redeem miles | 👥 Elite status | 🔒 Log in / Join |

## In the best loyalty program

### The possibilities are endless

As a member of the AAdvantage® program, you'll earn miles when you fly on American, **one**world® and other participating airlines, as well as over 1,000 partners. Then, you can use your miles for:

» Flights to nearly 1,000 destinations worldwide
» Upgrades
» Vacations, car rentals and hotels
» Other retail products

Not a member? Join now »



## Earn miles

We make it easy to earn miles when you fly or when you engage with any of our partners.

### Fly to earn miles

Earn miles when you fly with American, **one**world and other participating airlines.

Earn miles when you fly »

Explore bonus offers »

### Earn miles with partners

There are over 1,000 ways to earn miles with our partners — from car rentals and hotel stays, to dining out and using credit cards.

More ways to earn miles »

### Buy, share or gift miles

Don't wait any longer for that trip you've been longing to take. Buy the miles you need and be on your way.

Buy, share or gift miles »

AA-SKP-00054844

Request missing flight miles »

Explore partner offers »
Request missing partner miles »

## Use your miles

### Flight awards

With AAnytime® Awards there are no blackout dates and if a seat is available, you can book it with miles. And if your travel plans are flexible, MileSAAver awards are available for fewer miles.

See our award chart »

Book award travel »

### Upgrades

Use your miles to upgrade to First or Business Class on American and select partner airlines. You can use your miles for yourself or for anyone else!

More about upgrades »

### Hotels, cars and more

Redeem your miles for hotel stays, rental cars, vacation packages and other retail products.

Car/hotel awards 🖼

Vacation packages 🖼

Admirals Club »

Feedback 🖼

## Get the most out of your AAdvantage® account with the Citi® / AAdvantage® Platinum Select card

Earn 30,000 bonus miles after qualifying purchases. Plus, a free checked bag on domestic itineraries.

Learn more 🖼

Already a cardholder? Learn more about your card's benefits »



## Discover the perks of elite status

### The more you travel the more you earn – upgrades, bonus miles, airport privileges and more

Qualify for Executive Platinum, Platinum Pro, Platinum or Gold status with a combination of Elite Qualifying Dollars (EQDs) and Elite Qualifying Miles (EQMs) or Elite Qualifying Segments (EQSs). When you fly with us or participating partner airlines, your travel will count toward elite status qualification.

Explore the benefits of elite status »

Qualify for elite status »



## The oneworld alliance: More destinations around the globe

oneworld offers convenient service on the world's leading airlines across nearly 1,000 destinations worldwide. And as an AAdvantage member, when you travel on oneworld airlines, your eligible activity will count toward AAdvantage elite status qualification. Plus, enjoy:

» Smooth transfers between partner airlines
» Earning and redeeming miles across the oneworld alliance
» Recognition of AAdvantage elite status across all member airlines

Learn more about the benefits of the oneworld® alliance »

AA-SKP-00054845

**App'x 0474**

## You may also like...

Upcoming changes to the AAdvantage program »
Updated AAdvantage program terms and conditions »
FAQs 🔗
Admirals Club »

⊕ Back to top

| Help | About American | Extras | |
|---|---|---|---|
| Contact American | About us | Business programs | |
| Receipts and refunds | Careers 🔗 | Gift cards 🔗 | Limited-time offer. Earn 75,000 bonus miles after qualifying purchases |
| FAQs | Investor relations 🔗 | American Airlines credit card | |
| Agency reference | Newsroom 🔗 | Trip insurance | BuyMiles |
| Cargo 🔗 | Legal, privacy, copyright | CoBrowse | Need more miles? |
| Baggage and optional service fees | Browser compatibility | | AVIS / Budget |
| Customer service and contingency plans | Web accessibility | | Up to 35% savings plus AAdvantage® miles |
| Conditions of carriage and tariffs | | | |

🔗 Link opens in new window. Site may not meet accessibility guidelines.

AA-SKP-00054846

**App'x 0475**



AA-SKP-00054847

App'x 0476



Home   Log in ›   ⊞ English ▾   Search aa.com   🔍

Plan Travel   Travel Information   AAdvantage

⌂ Home   ›   During your flight   ›   Wi-Fi and connectivity

# Wi-Fi and connectivity



## Inflight Wi-Fi

Stay connected using any Wi-Fi enabled device, including smartphones (in airplane mode). To see if your flight has Wi-Fi, look for the symbol on your boarding pass or check before you go

Does your flight have Wi-Fi? »

### Domestic flights

Wi-Fi is available on nearly all flights within the U.S., including our new, 2-class regional jets. Daily and monthly passes are available or you can access aa.com without a pass.

| All-day pass | American Airlines Plan |
| --- | --- |
| » $16 plus tax | » $49.95 plus tax |
| » Expires 12 months from date of purchase | » Monthly subscription |
| AA All-Day Pass ⊘ | Monthly American Airlines Plan ⊘ |

### International and select domestic flights

Enjoy Wi-Fi service when traveling internationally or on select domestic routes on our 777-300ER, 787 Dreamliner and select 777-200 planes. Passes may only be purchased once you're onboard:

» 2 hour - $12

» 4 hour - $17

» Length of flight - $19

⌄ Wi-Fi customer assistance

# Onboard power

App'x 0477

Most of our planes have AC power outlets; those with DC power are being converted. If you need, we have DC-to-AC adaptors available on select flights in First or Business. Simply ask your flight attendant for an adaptor.*

See what power is available on our planes.

Our planes »

## Phones and electronic devices

You can use your cell phone, laptop computer and other electronic devices onboard until advised by the flight crew, but cell phone calls aren't allowed during flight.

Please keep these things in mind during taxi, takeoff and landing:

» Put small devices in airplane mode and either hold or place the device under your seat
» Laptops and other large items cannot be held and should be turned off and put away

### Onboard satellite phones

Satellite phone service is available on select Airbus A330 aircraft in First and Business. Enjoy worldwide calls and pay onboard using most major credit cards.**

*AC adaptors are available for First and Business Class customers on 777-200 planes flying to/from Europe, South America or Asia, 757-300 planes flying to/from Europe or South America, and 767-200 and 767-300 planes on transcontinental flights between JFK and LAX or between JFK and San Francisco (SFO).

**Telenor Satellite Services, Inc. (Telenor) operates under a license issued by the Federal Communications Commission (FCC). Liability of Telenor and air carrier for failure of communications is limited to call charges only. Billing starts when the call is connected. Service may be unavailable or interrupted due to factors such as gaps in satellite coverage, weather conditions, system repair and capacity limitations. Complaints may be directed to: Federal Communications Commission, Enforcement Bureau, 445 12th Street SW, Washington, DC 20554.

## You may also like...

Mobile and app »
Inflight entertainment »
During your flight »

⊕ Back to top

| Help | About American | Extras | |
|---|---|---|---|
| Contact American | About us | Business programs | Limited-time offer: Earn 75,000 bonus miles after qualifying purchases |
| Receipts and refunds | Careers | Gift cards | |
| FAQs | Investor relations | American Airlines credit card | |
| Agency reference | Newsroom | Trip insurance | BuyMiles Need more miles? |
| Cargo | Legal, privacy, copyright | CoBrowse | |
| Baggage and optional service fees | Browser compatibility | | AVIS Budget |
| Customer service and contingency plans | Web accessibility | | Up to 35% savings plus AAdvantage® miles |
| Conditions of carriage and tariffs | | | |

AA-SKP-00054849

**App'x 0478**

Link opens in new window. Site may not meet accessibility guidelines.

AA-SKP-00054850

**App'x 0479**



AA-SKP-00054851

Search

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo 🔗

Baggage and optional service fees

Customer service and contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers 🔗

Investor relations 🔗

Newsroom 🔗

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards 🔗

American Airlines credit card

Trip insurance

CoBrowse

Limited-time offer. Earn 75,000 bonus miles after qualifying purchases

BuyMiles
Need more miles?

AVIS 🔗 Budget®
Up to 35% savings
plus AAdvantage® miles

🔗 Link opens in new window. Site may not meet accessibility guidelines.

AA-SKP-00054852

**App'x 0481**



Home   Log in ›   English ▾   Search aa.com ⌕

## Plan Travel    Travel Information    AAdvantage

⌂ Home  ›  During your flight  ›  Inflight entertainment

# Inflight entertainment



## Watch for free from your seat

Yes, all inflight entertainment is free. Enjoy more with us – we have the largest library of any U.S. carrier including movies, TV shows, music and games.

Available entertainment varies with route and plane type.

See what's playing on your flight ↗

Our planes »

### Wireless streaming

Download the latest version of the American Airlines app to enjoy free wireless streaming from your own phone, tablet or laptop on select U.S. domestic flights.

American Airlines app »

### Seatback screens

Enjoy our full library of entertainment plus live TV channels like CNN International, CNBC, BBC World News and Sport 24 on select aircraft.

### Overhead screens

Catch some of today's best movies, full episodes of hit NBCUniversal shows and clips of other popular segments during your flight.

## Tablets

Use the Samsung Galaxy Tab⁴, loaded with new movie releases, hit TV programs, games, music and best-selling book excerpts in First and Business on select flights.

## You may also like...

During your flight »
Wi-Fi and connectivity »
Flight status »

⊕ Back to top

AA-SKP-00054853
**App'x 0482**



AA-SKP-00054854
**App'x 0483**



American Airlines

Home   Log in    English ▾    Search aa.com 🔍

Plan Travel        Travel Information        AAdvantage

⌂ Home  ›  At the airport  ›  Admirals Club

## Admirals Club

| 🍴 Amenities | 🖥 Membership | 📍 Locations | 🔒 Access |
|---|---|---|---|

## Inside the club

Complimentary amenities and services are available to make your travel more productive and relaxing.

Snacks                          House drinks*                   Made-to-order specialties**

                    

Personal travel assistance      Shower suites**                 Business center**

                    

## Food and drink

Morning                         Afternoon                       New additions

                    

▪ Hard-boiled eggs & spice bar   ▪ Hearty soups                  ▪ Freshly-brewed La Colombe coffee

- » Oatmeal, cereal & spices
- » Assorted fruit & yogurt
- » Bagels & breakfast breads

- » Fresh & healthy grain salads
- » Vegetables, hummus & cheese
- » Cookies & brownies

- » Barista-style espresso & lattes**

## Full meals & premium drinks

Hungry for more? Some clubs have bigger meals for sale, premium cocktails are available in all.

## Limited-time offer: Earn 75,000 bonus miles

After qualifying purchases. Plus, enjoy an Admirals Club® membership, including complimentary access for authorized users, a Global Entry or TSA PreCheck application fee credit, and many other travel benefits with the Citi® / AAdvantage® Executive World Elite™ Mastercard®

Learn more ➤

Already a cardholder? Learn about your benefits »



*Where permitted

**At select locations

## You may also like...

Admirals Club® conference rooms »

Admirals Club® terms and conditions »

⊕ Back to top

| Help | About American | Extras | |
| --- | --- | --- | --- |
| Contact American | About us | Business programs | Limited-time offer: Earn 75,000 bonus miles after qualifying purchases |
| Receipts and refunds | Careers ⊞ | Gift cards ⊞ | |
| FAQs | Investor relations ⊞ | American Airlines credit card | |
| Agency reference | Newsroom ⊞ | Trip insurance | BuyMiles |
| Cargo ⊞ | Legal, privacy, copyright | CoBrowse | Need more miles? |
| Baggage and optional service fees | Browser compatibility | | AVIS Budget |
| Customer service and contingency plans | Web accessibility | | Up to 35% savings plus AAdvantage® miles |
| Conditions of carriage and tariffs | | | |

⊞ Link opens in new window. Site may not meet accessibility guidelines.

# Exhibit A-10

App'x 0486

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended December 31, 2023

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Transition Period From      to

Commission file number 1-8400

**American Airlines Group Inc.**
(Exact name of registrant as specified in its charter)

| Delaware | 75-1825172 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1 Skyview Drive, Fort Worth, Texas 76155 | (682) 278-9000 |
| (Address of principal executive offices, including zip code) | Registrant's telephone number, including area code |

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.01 par value per share | AAL | The Nasdaq Global Select Market [1] |
| Preferred Stock Purchase Rights | — | |

[1] Attached to the Common Stock

Securities registered pursuant to Section 12(g) of the Act: None

Commission file number 1-2691

**American Airlines, Inc.**
(Exact name of registrant as specified in its charter)

| Delaware | 13-1502798 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1 Skyview Drive, Fort Worth, Texas 76155 | (682) 278-9000 |
| (Address of principal executive offices, including zip code) | Registrant's telephone number, including area code |

Securities registered pursuant to Section 12(b) of the Act: None

Securities registered pursuant to Section 12(g) of the Act: None

Table of Contents

PART I

## ITEM 1. BUSINESS

### Overview

American Airlines Group Inc. (AAG), a Delaware corporation, is a holding company and its principal, wholly-owned subsidiaries are American Airlines, Inc. (American), Envoy Aviation Group Inc., PSA Airlines, Inc. (PSA) and Piedmont Airlines, Inc. (Piedmont). AAG was formed in 1982, under the name AMR Corporation (AMR), as the parent company of American, which was founded in 1934.

AAG's and American's principal executive offices are located at 1 Skyview Drive, Fort Worth, Texas 76155 and their telephone number is 682-278-9000.

### Airline Operations

Together with our wholly-owned regional airline subsidiaries and third-party regional carriers operating as American Eagle, our primary business activity is the operation of a major network air carrier, providing scheduled air transportation for passengers and cargo through our hubs in Charlotte, Chicago, Dallas/Fort Worth, Los Angeles, Miami, New York, Philadelphia, Phoenix and Washington, D.C. and partner gateways, including in London, Doha, Madrid, Seattle/Tacoma, Sydney and Tokyo (among others). In 2023, approximately 211 million passengers boarded our flights. During 2023, we launched more than 50 new routes, providing service to close to 350 destinations around the world, and we announced several new destinations for customers to explore in 2024: Copenhagen, Denmark; Naples, Italy; Nice, France; Governor's Harbour, Bahamas; Tijuana, Mexico; Tulum, Mexico; Ocho Rios, Jamaica; Pasco, Washington and Hyannis, Massachusetts. In 2024, we announced new service to Brisbane, Australia and Veracruz, Mexico, as well as additional nonstop service between New York and Tokyo, Japan.

As of December 31, 2023, we operated 965 mainline aircraft supported by our regional airline subsidiaries and third-party regional carriers, which together operated an additional 556 regional aircraft. See Part I, Item 2. Properties for further discussion of our mainline and regional aircraft and "Regional" below for further discussion of our regional operations.

American is a founding member of the **one**world® Alliance, which brings together a global network of 13 world-class member airlines and their affiliates, working together to provide a superior and seamless travel experience. See "Distribution and Marketing Agreements" below for further discussion on the **one**world Alliance and other agreements with domestic and international airlines.

See Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations – "2023 Financial Overview," "AAG's Results of Operations" and "American's Results of Operations" for further discussion of AAG's and American's operating results and operating performance. Also, see Note 1(m) to each of AAG's and American's Consolidated Financial Statements in Part II, Items 8A and 8B, respectively, for passenger revenue by geographic region and Note 13 to AAG's Consolidated Financial Statements in Part II, Item 8A and Note 12 to American's Consolidated Financial Statements in Part II, Item 8B for information regarding operating segments.

### Regional

Our regional carriers provide scheduled air transportation under the brand name "American Eagle." The American Eagle carriers include our wholly-owned regional carriers Envoy Air Inc. (Envoy), PSA and Piedmont, as well as third-party regional carriers including Republic Airways Inc. (Republic), SkyWest Airlines, Inc. (SkyWest) and Air Wisconsin Airlines LLC (Air Wisconsin). Our regional carriers are an integral component of our operating network. We rely heavily on regional carriers to serve small markets and also to drive connecting traffic to our hubs from markets that are not economical for us to serve with larger, mainline aircraft. In addition, regional carriers offer complementary service in many of our mainline markets. All American Eagle carriers use logos, service marks, aircraft paint schemes and uniforms similar to those of our mainline operations. In 2023, 46 million passengers boarded our regional flights, approximately 45% of whom connected to or from our mainline flights.

8

AA-SKP-00058506

Table of Contents

**AMERICAN AIRLINES GROUP INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In millions, except share and per share amounts)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2023 | 2022 | 2021 |
| **Operating revenues:** | | | |
| Passenger | $ 48,512 | $ 44,568 | $ 26,063 |
| Cargo | 812 | 1,233 | 1,314 |
| Other | 3,464 | 3,170 | 2,505 |
| Total operating revenues | 52,788 | 48,971 | 29,882 |
| **Operating expenses:** | | | |
| Aircraft fuel and related taxes | 12,257 | 13,791 | 6,792 |
| Salaries, wages and benefits | 14,580 | 12,972 | 11,817 |
| Regional expenses | 4,643 | 4,385 | 3,204 |
| Maintenance, materials and repairs | 3,265 | 2,684 | 1,979 |
| Other rent and landing fees | 2,928 | 2,730 | 2,619 |
| Aircraft rent | 1,369 | 1,395 | 1,425 |
| Selling expenses | 1,799 | 1,815 | 1,098 |
| Depreciation and amortization | 1,936 | 1,977 | 2,019 |
| Special items, net | 971 | 193 | (4,006) |
| Other | 6,006 | 5,422 | 3,994 |
| Total operating expenses | 49,754 | 47,364 | 30,941 |
| **Operating income (loss)** | 3,034 | 1,607 | (1,059) |
| **Nonoperating income (expense):** | | | |
| Interest income | 591 | 216 | 18 |
| Interest expense, net | (2,145) | (1,962) | (1,800) |
| Other income (expense), net | (359) | 325 | 293 |
| Total nonoperating expense, net | (1,913) | (1,421) | (1,489) |
| **Income (loss) before income taxes** | 1,121 | 186 | (2,548) |
| Income tax provision (benefit) | 299 | 59 | (555) |
| **Net income (loss)** | $ 822 | $ 127 | $ (1,993) |
| | | | |
| **Earnings (loss) per common share:** | | | |
| Basic | $ 1.26 | $ 0.20 | $ (3.09) |
| Diluted | $ 1.21 | $ 0.19 | $ (3.09) |
| **Weighted average shares outstanding (in thousands):** | | | |
| Basic | 653,612 | 650,345 | 644,015 |
| Diluted | 719,669 | 655,122 | 644,015 |

See accompanying notes to consolidated financial statements.

AA-SKP-00058580

App'x 0489

Table of Contents

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS OF AMERICAN AIRLINES, INC.**

*(b) Senior Secured Notes*

*11.75% Senior Secured Notes*

In June 2020, American issued $2.5 billion aggregate principal amount of 11.75% senior secured notes due 2025 (the 11.75% Senior Secured Notes) at a price equal to 99% of their aggregate principal amount. In December 2023, American redeemed all of its outstanding 11.75% Senior Secured Notes using net proceeds from the offering of the 8.50% Senior Secured Notes (as defined below), together with net proceeds from borrowings under the 2023 Term Loan Facility and cash on hand. In connection with the early redemption of the 11.75% Senior Secured Notes, in the fourth quarter of 2023, American recorded a $186 million cash special charge for the make-whole premium paid and a $19 million non-cash special charge to write off unamortized debt issuance costs and debt discount.

*10.75% Senior Secured Notes*

On September 25, 2020 (the 10.75% Senior Secured Notes Closing Date), American issued $1.0 billion in initial principal amount of senior secured IP notes (the IP Notes) and $200 million in initial principal amount of senior secured LGA/DCA notes (the LGA/DCA Notes and together with the IP Notes, the 10.75% Senior Secured Notes). The obligations of American under the 10.75% Senior Secured Notes are fully and unconditionally guaranteed (the 10.75% Senior Secured Notes Guarantees) on a senior unsecured basis by AAG. The 10.75% Senior Secured Notes bear interest at a rate of 10.75% per annum in cash. Interest on the 10.75% Senior Secured Notes is payable semiannually in arrears on September 1 and March 1 of each year, which began on March 1, 2021. The 10.75% Senior Secured Notes will mature on February 15, 2026.

The IP Notes are secured by a first lien security interest on certain intellectual property of American, including the "American Airlines" trademark and the "aa.com" domain name in the United States and certain foreign jurisdictions (the IP Collateral), and a second lien on certain slots related to American's operations at New York LaGuardia and Ronald Reagan Washington National airports and certain other assets (the LGA/DCA Collateral and together with the IP Collateral, the 10.75% Senior Secured Notes Collateral). LGA/DCA Notes are secured by a first lien security interest in the LGA/DCA Collateral.

On or prior to the fourth anniversary of the 10.75% Senior Secured Notes Closing Date, American may redeem all or any part of the 10.75% Senior Secured Notes, at its option, at a redemption price equal to 100% of the principal amount of the 10.75% Senior Secured Notes redeemed plus a "make-whole" premium, together with accrued and unpaid interest thereon, if any. After the fourth anniversary of the 10.75% Senior Secured Notes Closing Date and on or prior to the fifth anniversary of the 10.75% Senior Secured Notes Closing Date, American may redeem all or any part of the 10.75% Senior Secured Notes, at its option, at a redemption price equal to 105.375% of the principal amount of the 10.75% Senior Secured Notes redeemed, together with accrued and unpaid interest thereon, if any. After the fifth anniversary of the 10.75% Senior Secured Notes Closing Date, American may redeem all or any part of the 10.75% Senior Secured Notes, at its option, at par, together with accrued and unpaid interest thereon, if any.

*7.25% Senior Secured Notes*

On February 15, 2023, as part of the 2013 Term Loan Facility Refinancing, American issued $750 million aggregate principal amount of 7.25% senior secured notes due 2028 (the 7.25% Senior Secured Notes) in a private offering. The 7.25% Senior Secured Notes were issued at par and bear interest at a rate of 7.25% per annum (subject to increase if the collateral coverage ratio described below is not met). Interest on the 7.25% Senior Secured Notes is payable semiannually in arrears on February 15 and August 15 of each year, which began on August 15, 2023. The 7.25% Senior Secured Notes will mature on February 15, 2028. The obligations of American under the 7.25% Senior Secured Notes are fully and unconditionally guaranteed on a senior unsecured basis by AAG. American used the proceeds from the offering of the 7.25% Senior Secured Notes, together with cash on hand, to repay a portion of the term loans then outstanding under the 2013 Term Loan Facility and to pay related fees and expenses.

The 7.25% Senior Secured Notes were issued pursuant to an indenture, dated as of February 15, 2023 (the 7.25% Senior Secured Notes Indenture), by and among American, AAG and Wilmington Trust, National Association, as trustee and collateral agent. The 7.25% Senior Secured Notes are American's senior secured obligations and are secured on a first lien basis by security interests in certain assets, rights and properties that American uses to provide non-stop scheduled air carrier services between (a) certain airports in the United States and (b) airports in certain countries in South America and New Zealand (collectively, the 7.25% Senior Secured Notes Collateral). The 7.25% Senior Secured Notes Collateral also secures, on a first lien, pari passu basis with the 7.25% Senior Secured Notes, the 2013 Credit Facilities under the 2013 Credit Agreement.

AA-SKP-00058644

**App'x 0490**

Exhibit A-11

App'x 0491

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karp A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-520

**Effective Date of Registration:**
June 03, 2016

## Title
_____

**Title of Work:** American Airlines Flight Symbol

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** January 17, 2013
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Hypermedia Solutions, LLC d/b/a FutureBrand
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** American Airlines, Inc.
4333 Amon Carter Boulevard, Fort Worth, TX, 76155, United States
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Organization Name:** IP Administrator
**Email:** ip.administrator@aa.com
**Address:** MD 5675
4333 Amon Carter Boulevard
Fort Worth, TX 76155 United States

## Certification
_____

**Name:** Andrew J. Avsec

Page 1 of 2

AA-SKP-00058803
**App'x 0492**

**Date:** June 03, 2016
**Applicant's Tracking Number:** 13945/71

**Correspondence:** Yes



AA-SKP-00058804
**App'x 0493**

Type of Work:      Visual Material

Registration Number / Date:
                   VA0002130520 / 2016-06-03

Application Title: American Airlines Flight Symbol.

Title:             American Airlines Flight Symbol.

Description:       Electronic file (eService)

Copyright Claimant:
                   American Airlines, Inc., Transfer: By written agreement.

Date of Creation:  2012

Date of Publication:
                   2013-01-17

Nation of First Publication:
                   United States

Authorship on Application:
                   Hypermedia Solutions, LLC d/b/a FutureBrand, employer for
                     hire; Domicile: United States. Authorship: 2-D artwork.

Rights and Permissions:
                   IP Administrator, MD 5675, 4333 Amon Carter Boulevard, Fort
                     Worth, TX, 76155, United States, ip.administrator@aa.com

Copyright Note:    C.O. correspondence.

Names:             Hypermedia Solutions, LLC d/b/a FutureBrand
                   American Airlines, Inc.

==============================================================================

AA-SKP-00058805

**App'x 0494**