UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                               **No. 4:23-cv-0860-P**

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

Before the Court is Plaintiff's motions to enforce the May 1, 2024 order of United States Magistrate Judge Hal R. Ray, which granted in part Plaintiff's prior motion to compel. ECF Nos. 145, 168.

Having reviewed the motion an applicable law, the Court **REFERS** these motions and any further related filings to United States Magistrate Judge Hal R. Ray for consideration and disposition.

**SO ORDERED** on this **9th day** of **July 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE