# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

## SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANT SKIPLAGGED, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Skiplagged, Inc. ("Skiplagged") files this Supplemental Appendix in Support of its Motion for Summary Judgment and Brief in Support, as follows:

| Exhibit 7 | Marcial Lapp's July 1, 2024 Deposition Transcript Excerpts and Exhibit 1 to the Deposition (Filed Under Seal) | APPX. 001 |
|---|---|---|
| Exhibit 8 | Neil Geurin's June 28, 2024 Deposition Transcript Excerpts and Exhibits 1, 6, and 8 to the Deposition (Filed Under Seal) | APPX. 002 |
| Exhibit 9 | David N. Fuller's June 27, 2024 Deposition Transcript Excerpts (Filed Under Seal) | APPX. 003 |

Dated: July 18, 2024

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

28349420v1 99460.002.00

/s/  Abigail R. S. Campbell
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

/s/ Darin M. Klemchuk
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Darin.klemchuk@klemchuk.com

***Attorneys for Defendant, Skiplagged, Inc.***

## CERTIFICATE OF SERVICE

It is hereby certified that on July 18, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

/s/  Abigail R. S. Campbell
ABIGAIL R.S. CAMPBELL

# EXHIBIT 7
# MARCIEL LAPP DEPOSITION TRANSCRIPT EXCERPTS
# (Filed Under Seal)

# EXHIBIT 8
# NEIL GEURIN DEPOSITION TRANSCRIPT EXCERPTS
# (Filed Under Seal)

# EXHIBIT 9
# DAVID FULLER
# DEPOSITION TRANSCRIPT
# EXCERPTS
# (Filed Under Seal)