IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE THE COURT'S MAY 1, 2024 ORDER**

American Airlines, Inc. ("American") files this Reply in Support of its Motion to Enforce the Court's May 1, 2024 Order, and would show the Court as follows:

**I.**
**BACKGROUND**

American filed its Motion to Enforce the Court's May 1, 2024 Order and Brief in Support ("Motion to Enforce") on June 28, 2024. [*See* Dkt. Nos. 145 (redacted) & 168 (sealed)]. In its Motion to Enforce, American requested the Court to order Skiplagged to comply with this Court's May 1, 2024 Order and "produce the tab-delimited decrypted file of database information" Skiplagged admitted was previously in its possession. [*See* Dkt. Nos. 145 (redacted) & 168 (sealed) at 11]. As American's expert David Fuller described in his Declaration attached to American's Motion to Enforce, the data Skiplagged produced on May 21, 2024 was "unreliable and unusable." [*See* Dkt. Nos. 145 (redacted) & 168 (sealed) at 8; Dkt. No. 146 at 22–24 ¶¶ 8–17 (redacted); Dkt. No. 169 at 29–31 ¶¶ 8–17 (sealed)].

Almost immediately upon receiving American's Motion to Enforce, on July 1, 2024, Skiplagged offered to "upscale and enhance" the PDF files it originally produced in an effort to resolve American's Motion. [*See* Dkt. Nos. 161 (redacted) & 176 (sealed) at 9]. The resulting higher-resolution PDF files are admittedly better than the grainier images Skiplagged produced on May 21st, but they are still PDF files and carry many of the same usability issues. Skiplagged claims this changed position was a response to American's damage expert's complaints about the readability of the PDFs in the May 21, 2024 production [*see* Dkt. Nos. 160 (redacted) & 175 (sealed) at 7, 7 n.2]; however, as American's Motion to Enforce explains, Mr. Fuller's Declaration was only the latest filing in an eight month battle to get this key data. [*See* Dkt. Nos. 145 (redacted) & 168 (sealed) at 6–10].

Since receiving the new data production on July 1, 2024, American has been working with its external IT experts and Mr. Fuller to determine if this new production is usable and compliant with Judge Ray's May 1, 2024 Order. As of today's date, American's answer to that question is inconclusive. While American has made progress in developing a software program to convert these PDF files back into a usable plain text, that process remains incomplete. The result of this work is still being tested by Mr. Fuller, but he is working diligently with American's team in hopes that the data can be reasonably used to complete American's damage analysis.

In fact, American continues that work at this very moment. Nevertheless, American stands by the relief sought in its Motion to Enforce because it is the simplest and most accurate way to resolve this difficult matter. Skiplagged had/has the data in the form American needs it, and it makes no sense why Skiplagged refuses to provide it to American.

## II.
## CONCLUSION

American will continue to work with the new data produced by Skiplagged on July 1, 2024 but renews its request that this data be produced in the tab-delimited decrypted file that Skiplagged admitted was/is available. American further requests that the Court enter an order that prohibits Skiplagged from raising any objection or defenses to Mr. Fuller's damage calculations (or those set forth in his supplemental report) until such time that the database information is produced in a "usable form . . . such that [American] can reasonably use [it] to perform the necessary analysis and calculations". [*See* Dkt. No. 118 at 7–8]. American believes that is what his Honor ordered on May 1, 2024. [*See id.*].

Dated: July 22, 2024                                                    Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERGTRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 22, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
