## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00860-P** |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

### APPENDIX IN SUPPORT OF DEFENDANT SKIPLAGGED, INC.'S
### BRIEF IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Skiplagged, Inc. ("Skiplagged") files this Appendix in Support of its Brief in

Opposition to Plaintiff's Motion for Partial Summary Judgment and Brief in Support, as follows:

| EXH. NO. | DESCRIPTION | APPX. NO. |
|:---:|---|:---:|
| 1 | American Airlines Corporate Representative Marical Lapp's July 1, 2024 Deposition Transcript Excerpts (filed under seal) | 1 - 49 |
| 2 | Marcial Lapp's May 30, 2024 Deposition Transcript Excerpts (filed under seal) | 50 - 64 |
| 3 | Declaration of Aktarer Zaman | 65 - 70 |
| 3A | Skyscanner Agreement, dated April 27, 2022 (filed under Seal) | 71 - 90 |
| 3B | Marketing Fulfillment Agreement between ExploreTrip, Inc. and Skiplagged, Inc., dated April 12, 2022 (filed under Seal) | 91 - 101 |
| 3C | Terms and Conditions for Kisi.com platform (filed under Seal) | 102 - 129 |
| 3D | Marketing Fulfillment Agreement between LBF Travel and Skiplagged, Inc., dated July 21, 2022 (filed under Seal) | 130 - 137 |
| 3E | Metasearch Agreement between The Travel Outlet of Virginia and Skiplagged, Inc., dated December 10, 2020 (filed under Seal) | 138 - 146 |
| 3F | *What is Skiplagging or "hidden-city" flying* | 147 - 148 |

28352691v2 99460.002.00

| 3G | *Can I check a bag if I book flights found on Skiplagged* | 149 - 150 |
|----|----|----|
| 3H | Skiplagged Terms and Conditions | 151 - 153 |
| 4 | Darin Lee's July 11, 2024 Deposition Transcript Excerpts (filed under seal) | 154 - 159 |
| 5 | Affidavit of Abigail R.S. Campbell | 160 - 162 |
| 5A | MI:33 LitPak #230071 (filed under Seal) | 163 - 181 |
| 5B | MI:33 LitPak # 230056 (filed under seal) | 182 - 224 |
| 5C | MI:33 LitPak # 230064 (filed under seal) | 225 - 255 |
| 5D | Certificate of Registration Registration Number VA 2-130-520 | 256 - 258 |
| 5E | January 1, 2013 Consulting Services Agreement (filed under Seal) | 259 - 278 |
| 5F | AA.com Website Page Reservations and tickets – FAQs, (filed under seal) | 279 - 286 |
| 5G | May 23, 2018 Email re: YUL and YTO agents short-checking bags, (filed under seal) | 287 - 292 |
| 6. | Neil Geurin's June 28, 2024 Deposition Transcript Excerpts (filed under seal) | 293 – 302 |
| 7 | David N. Fuller's June 27, 2024 Deposition Transcript Excerpts (filed under seal) | 303 – 309 |
| 8 | Aktarer Zaman's May 29, 2024 Deposition Transcript Excerpts (filed under seal) | 310 - 316 |

28352691v2 99460.002.00

Dated: July 22, 2024

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/   Abigail R. S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

*/s/ Darin M. Klemchuk*
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Darin.klemchuk@klemchuk.com

***Attorneys for Defendant, Skiplagged, Inc.***

28352691v2 99460.002.00

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on July 22, 2024, a copy of the foregoing was served through the

Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

<u>/s/   Abigail R. S. Campbell</u>
ABIGAIL R.S. CAMPBELL

28352691v2 99460.002.00

# EXHIBIT 1

# (UNDER SEAL )

# EXHIBIT 2

# (UNDER SEAL )

# EXHIBIT 3

Docusign Envelope ID: 4A3658BA-D63A-4B07-B99E-110BE2BC6655

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF AKTARER ZAMAN

I, Aktarer Zaman, declare under the pains and penalties of perjury as follows:

1.      At all relevant times in this case, I have been the Chief Executive Officer and founder of Defendant, Skiplagged, Inc. ("Skiplagged"). I submit this declaration in support of Skiplagged's *Brief in Opposition to Plaintiff's Motion for Summary Judgment.* The information contained in this declaration is true and correct based on my personal knowledge. I am above the age of eighteen and competent to testify.

2.      Skiplagged is an online travel information metasearch provider that assists consumers in making travel decisions by showing airline itineraries and fares, hotel availability, and other travel information through its website, Skiplagged.com. Skiplagged began publishing travel information about Plaintiff American Airlines, Inc. ("AA") routes and fares in 2013 and has been using the AA logo since at least May 2017. Skiplagged incorporated in 2015.

3.      Since August 2018, Skiplagged has facilitated customers purchasing over 1.3 million AA tickets, resulting in hundreds of millions of dollars in revenue to AA. Up until this lawsuit, AA has never complained about our use of the American Airlines name or logo or the direction of business to it.

1

4.      In or around 2013, I developed a unique algorithm used by Skiplagged that enables consumers to identify affordable pricing options for travel, including flights, empowering consumers to exercise their buying power in a more informed, efficient, and cost-effective manner.

5.      As part of Skiplagged's efforts to empower customers with information regarding affordable travel, in response to a consumer search, Skiplagged provides flight itinerary information for direct flights (with no layovers), itineraries with layovers in which the traveler will complete each leg of the itinerary, and hidden-city flights and round-trip itineraries utilizing separate one way trips.

6.      A hidden-city flight is a normal airline ticket that includes at least one layover, however, rather than completing the itinerary to a final destination, the passenger decides not to continue on after one of the layover destinations. This can happen when a passenger intends, at the outset of travel not to travel beyond the layover city, there is a change of plans mid-journey, or a passenger falls asleep at the layover airport, for example.

7.      Hidden-city ticketing is an available option only because certain airlines, such as AA, make the strategic decision to offer options to fly through a hidden-city for a cheaper fare on the way to another destination. Hidden-city ticketing is not unique to Skiplagged—the practice has been around for decades and has been utilized by companies as well as individual customers.  For example, a consumer could use Google flights, other metasearch informational websites, or even an airline's direct website to locate layover cities that they intend as their final destination.

8.      Skiplagged provides flight itinerary information, including hidden city ticketing options and prices through its algorithm by either predicting the route and fare information or receiving the information from third parties such as metasearch engines or online travel agencies. Skiplagged does not obtain information directly from AA's website or internal inventory.  For example, Skiplagged has never obtained AA flight information from aa.com. Further, Skiplagged does not exist solely to identify less expensive flights offered by AA, but also identifies travel itineraries from at least 800 airlines, including major airlines Delta and United Airlines.

2

Docusign Envelope ID: 4A3658BA-D63A-4B07-B99E-110BE2BC6655

9.      Skiplagged entered into agreements with third parties for the purpose of obtaining flight information and license to use their website content on Skiplagged.com. These third party agreements include Skyscanner, ExploreTrip, Inc., Kiwi.com, LBF Travel, Inc., and The Travel Outlet of Virginia. True and correct copies of these agreements are attached hereto as Exhibits 3-A, 3-B, 3-C, 3-D, and 3-E, respectively. Each of these third parties held themselves out as an agent of AA upon which Skiplagged relied that it could use AA's trademarks and copyrights. Skiplagged lacks knowledge or opportunity to know of AA's agreements or the terms with these third-parties.

10.      As to Skiplagged's predictions of route and pricing information, this information is created by a system that utilizes machine learning to predict flight routes and fares. I created this system to learn from the third-party data obtained as well as visitor use of Skiplagged.com.

11.      Skiplagged provides consumers the ability to book flight tickets through a variety of means. Specifically, consumers who wish to book a flight itinerary identified by Skiplagged may do so by: (1) taking the flight information and purchasing directly on the airline website, (2) being redirected to an online travel agency, (3) being redirected to the airline's website, (4) being provided a link to the airline's website, or (5) utilizing Skiplagged's "book with Skiplagged" feature. The book with Skiplagged feature allows a customer to fill in his or her passenger and billing information through the Skipagged.com website, which information is then utilized by a Google program and a form-filling system to fill-in such information into the airline's booking and payment forms. When utilizing the book with Skiplagged feature, the customer is usually presented with and agrees to pay a service fee to Skiplagged ranging from $0 to $35.00 at max (there are instances where a customer is not charged any service fee). The flight is then purchased directly by the customer and the airline directly charges the customer's credit card.

12.      At no point does Skiplagged act as an agent to book a flight for a customer nor does Skiplagged purchase or sell flight tickets. Skiplagged has never been a passenger on any AA flight nor purchased flight tickets on AA.com, on behalf of itself or customers. To be clear, customers who utilize Skiplagged's "book with Skiplagged" feature for flight travel are billed directly from the airline—including AA, and no money for a ticket purchase passes through Skiplagged.

28352218v1 99460.002.00

Docusign Envelope ID: 4A3658BA-D63A-4B07-B99E-110BE2BC6655

13.     Skiplagged's website contains a wealth of information, warnings, and notices that inform customers about various aspects of hidden-city ticketing, Skiplagged, and the book with Skiplagged process. Skiplagged's website provides an explanation of hidden-city ticketing to consumers both as an informational page and when a hidden-city ticketing option is presented. A true and correct copy of the Skiplagged.com webpage, as produced in this litigation, is attached hereto as Exhibit 3-F.

14.     In addition to providing consumers with information about the practice of hidden-city ticketing on its website, Skiplagged informs consumers of the above limitations and that airline's do not like the practice of hidden city on its website as well as during the search process and requires consumers to acknowledge they have read and understand these warnings before proceeding. A true and correct copy of Skiplagged.com's information page "Can I Check a Bag?" is attached hereto as Exhibit 3-G.

15.     Further, by using Skiplagged's website, users agree to Skiplagged's term sand conditions. Additionally, before checking out, a consumer must click a box stating they agree to Skiplagged's terms and conditions, which is hyperlinked in the same sentence. A true and correct copy of Skiplagged's terms and conditions are attached hereto as Exhibit 3-H.

16.     These warnings, notices, and requirements to agree to terms seek to ensure that consumers are not confused about their hidden-city ticket choices.

17.     Prior to filing its lawsuit against Skiplagged, AA never demanded Skiplagged cease directing customers to purchase tickets through the aa.com website or redirect customers to authorized AA agents to purchase tickets nor did AA warn Skiplagged of any alleged damages associated with Skiplagged's provision of information to consumers.

18.     In fact, AA was silent as to Skiplagged's actions, operations, and alleged use of AA's trademarks and copyright since Skiplagged began operating. During the many years AA knew of Skiplagged's operations and use of the AA trademarks and copyright but remained silent, Skiplagged invested significant time, money, and effort into its website and improving the user's experience, grown its user base, expanded its business worldwide (including international travel),

4

and grown its revenue from approximately $800,000 to over $20,000,000 in 2023. Specifically, Skiplagged redesigned its website,[1] android app,[2] and iOS app.[3] Skiplagged also invested in search engine optimization (SEO) for its landing pages for any location or route and created its customer loyalty program.[4]

19.     Skiplagged has never taken any actions to conceal or mask its actions. Specifically, Skiplagged does not purposefully mask its IP address and has always used a third-party company to manage its networking.

20.     In sum, Skiplagged believes it has a legal right(s) to conduct its operations of providing consumers with flight information, including concerning AA's routes and fares, that empowers consumers to make informed travel decisions, even if those decisions are not to the liking of AA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED TO, SWORN TO, AND EXECUTED on this 22nd day of July, 2024, in New York, New York.

_____
Aktarer Zaman

---

[1] The 2016 version of Skiplagged's website is available at https://web.archive.org/web/20161111072508/https://skiplagged.com/.
[2] Skiplagged's Android app is available at https://play.google.com/store/apps/details?id=com.skiplagged&hl=en_US.
[3] Skiplagged's iOS app is available at https://apps.apple.com/us/app/skiplagged-flight-booking/id823443083
[4] Information regarding Skiplagged's customer loyalty program is available at https://skiplagged.com/rewards.

5

# EXHIBIT 3-A

# (UNDER SEAL )

# EXHIBIT 3-B

# (UNDER SEAL )

# EXHIBIT 3-C

# (UNDER SEAL )

# EXHIBIT 3-D

# (UNDER SEAL )

# EXHIBIT 3-E

# (UNDER SEAL )

# EXHIBIT 3-F

Submit a request

Skiplagged Support  >  FAQ

**Articles in this section**

- What is Skiplagging or "hidden-city" flying?
- How do I contact Skiplagged's support team?
- Why are flight prices sometimes more expensive than listed?
- How do I receive a refund for a canceled flight?
- Why don't I see any search results?
- Beware of Scammers Pretending to be Skiplagged
- How do I cancel Trip Protection?
- Where are the price graphs for flights?
- What are the benefits of creating an account with Skiplagged?
- Does Skiplagged buy or sell timeshares?

See more

## What is Skiplagging or "hidden-city" flying?

Follow

Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas).

This is perfectly legal and the savings can be significant, but there are **some things to be aware of**:

- **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)!
- **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.
- **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.
- **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.
- **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable return ticket directly from the airline and cancel it ASAP after boarding.
- **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.
- In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (1% chance).
- You might upset the airline, so don't do this often.



$250
ATL → MCO

Atlanta      Orlando      Dallas

Exit here!

$130
ATL → MCO → DFW

Have more questions?  Submit a request

**Related articles**

- Can I check a bag if I book flights found on Skiplagged?
- Why are flight prices sometimes more expensive than listed?
- Why are there two booking links for my round trip flight?
- How do I receive a refund for a canceled flight?
- How do I contact Skiplagged's support team?

Skiplagged Support

SKIP0000077
APPX. NO. 148

# EXHIBIT 3-G

skiplagged

Submit a request

Skiplagged Support > FAQ

Search

**Articles in this section**

What is Skiplagging or "hidden-city" flying?

How do I contact Skiplagged's support team?

Why are flight prices sometimes more expensive than listed?

How do I receive a refund for a cancelled flight?

Why don't I see any search results?

Beware of Scammers Pretending to be Skiplagged

How do I cancel Trip Protection?

Where are the price graphs for flights?

What are the benefits of creating an account with Skiplagged?

Does Skiplagged buy or sell timeshares?

See more

# Can I check a bag if I book flights found on Skiplagged?

Follow

Absolutely! We show regular flights in addition to hidden-city flights. If you book a regular flight, you can check bags.

The only time we advise not to check bags is if you are utilizing a hidden-city itinerary. In those, since you would be exiting at a layover city, if you check bags, they will end up at the ticketed final destination.

Have more questions? Submit a request

**Recently viewed articles**

How do I search for a hidden-city flight?

What is Skiplagging or "hidden-city" flying?

**Related articles**

What is Skiplagging or "hidden-city" flying?

How do I contact Skiplagged's support team?

Why are flight prices sometimes more expensive than listed?

Why are there two booking links for my round trip flight?

What are the benefits of creating an account with Skiplagged?

Skiplagged Support

SKIP00000073
APPX. NO. 150

# EXHIBIT 3-H

skiplagged (/)

Flights (/flights)   Stays (/hotels)   Cars (//cars.skiplagged.com/?refid=7515)   Rewards (/rewards/summary)   Deals (/signup)   Login

# Terms and Conditions

**General Terms**   Privacy Policy   Hotels   Rewards   Contest

## 1. Terms

By accessing this web site, you are agreeing to be bound by these web site Terms and Conditions of Use, all applicable laws and regulations, and agree that you are responsible for compliance with any applicable local laws. If you do not agree with any of these terms, you are prohibited from using or accessing this site. The materials contained in this web site are protected by applicable copyright and trademark law.

## 2. Use License

a. Permission is granted to temporarily download one copy of the materials (information or software) on Skiplagged's web site or apps for personal, non-commercial transitory viewing only. This is the grant of a license, not a transfer of title, and under this license you may not:
   i. modify or copy the materials;
   ii. use the materials for any commercial purpose, or for any public display (commercial or non-commercial);
   iii. attempt to decompile or reverse engineer any software contained on Skiplagged's web site or apps;
   iv. remove any copyright or other proprietary notations from the materials; or
   v. transfer the materials to another person or "mirror" the materials on any other server.
b. This license shall automatically terminate if you violate any of these restrictions and may be terminated by Skiplagged at any time. Upon terminating your viewing of these materials or upon the termination of this license, you must destroy any downloaded materials in your possession whether in electronic or printed format.

## 3. Disclaimer

a. The materials on Skiplagged's web site and apps are provided "as is". Skiplagged makes no warranties, expressed or implied, and hereby disclaims and negates all other warranties, including without limitation, implied warranties or conditions of merchantability, fitness for a particular purpose, or non-infringement of intellectual property or other violation of rights. Further, Skiplagged does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on its Internet web site or otherwise relating to such materials or on any sites linked to this site or app.

## 4. Limitations

In no event shall Skiplagged or its suppliers be liable for any damages (including, without limitation, damages for loss of data or profit, or due to business interruption,) arising out of the use or inability to use the materials on Skiplagged's Internet site or apps, even if Skiplagged or a Skiplagged authorized representative has been notified orally or in writing of the possibility of such damage. Because some jurisdictions do not allow limitations on implied warranties, or limitations of liability for consequential or incidental damages, these limitations may not apply to you.

## 5. Revisions and Errata

The materials appearing on Skiplagged's web site and apps could include technical, typographical, or photographic errors. Skiplagged does not warrant that any of the materials on its web site are accurate, complete, or current. Skiplagged may make changes to the materials contained on its web site or apps at any time without notice. Skiplagged does not, however, make any commitment to update the materials.

Feedback

SKIP0000010
APPX. NO. 152

Skiplagged has not reviewed all of the sites linked to its Internet web site and is not responsible for the contents of any such linked site. The inclusion of any link does not imply endorsement by Skiplagged of the site. Use of any such linked web site is at the user's own risk. Skiplagged does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on any sites linked to this site or app.

## 7. Travel Documents

Users are responsible for ensuring that they have all necessary travel documents to enter their ticketed final destination. This includes, but is not limited to, Passport and Visa. Destination entry requirements vary by Country and the citizenship held by the user. Skiplagged has no special knowledge with regard to entry requirements and therefore makes no guarantees of entry with purchases made on its web site or apps.

## 8. Fees

If you are making a purchase from outside your local country, your bank may convert your payment amount to your local currency and charge you a conversion fee. Rates are determined by your bank, not Skiplagged. In such cases, the amount shown on your billing statement may be different from the amount shown on Skiplagged's web site or apps at the time of purchase. They may also charge you a foreign transaction fee depending on the type of card you use and how they choose to classify the transaction. With some cards, booking an international trip is considered an international purchase. We urge users to check with their banks prior to making an international purchase. For purchases made on Skiplagged's web site, there may be a fee charged. The full amount of this fee will be disclosed to user prior to making their payment.

## 9. Site Terms of Use Modifications

Skiplagged may revise these terms of use for its web site at any time without notice. By using this web site you are agreeing to be bound by the then current version of these Terms and Conditions of Use.

## 10. Indemnity

You agree to indemnify, hold harmless and defend Skiplagged and Skiplagged's affiliates, subsidiaries, officers, directors, employees, agents and licensors at your expense, against any and all third party claims, actions, proceedings and suits and all related liabilities, damages, settlements, penalties, fines, costs and expenses (including, without limitation, reasonable attorneys' fees and other dispute resolution expenses) incurred by Skiplagged arising out of or relating to (a) breach of any term of this Agreement or (b) violation of any law, rule or regulation or the rights of any third party or (c) your use of or access to Skiplagged's website, app or intellectual property.

## 11. Governing Law

Any claim relating to Skiplagged's web site or app shall be governed by the laws of the State of New York without regard to its conflict of law provisions.

**skiplagged**

ABOUT (/ABOUT)          FAQ (/FAQ)          PRESS (/PRESS)          TERMS (/TERMS)          CAREERS (/CAREERS)

English          USD

ttps://www.facebook.com/Skiplagged/)          (https://twitter.com/skiplagged)          (https://www.instagram.com/skiplagged

App Store (/ios)          Google Play (/android)

Feedback

SKIP0000011
APPX. NO. 153

# EXHIBIT 4

# (UNDER SEAL )

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

---

### AFFIDAVIT OF ABIGAIL R.S. CAMPBELL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

BEFORE ME, the undersigned authority, personally appeared Abigail R.S. Campbell, who, being by me duly sworn, deposed as follows:

My name is Abigail R.S. Campbell. I am over the age of 18 and have never been convicted of a felony or crime of moral turpitude. I am fully competent to make this Affidavit and have personal knowledge of the facts stated herein and they are true and correct.

1.      I am a licensed attorney with the law firm Condon Tobin Sladek Thornton Nerenberg, PLLC, 8080 Park Lane, Suite 700, Dallas, Texas 75231.

2.      I am counsel of record in the above captioned matter for Defendant Skiplagged, Inc.

3.      Attached hereto are true and correct copies of documents produced during the pendency of this litigation:

| | |
|---|---|
| Exhibit 5-A | MI:33 LitPak # 230071 (under seal) |

1

28333414v3 99460.002.00

**APPX. NO. 161**

| Exhibit 5-B | MI:33 LitPak # 230056<br>(under seal) |
|---|---|
| Exhibit 5-C | MI:33 LitPak # 230064<br>(under seal) |
| Exhibit 5-D | Certificate of Registration<br>Registration Number VA 2-130-520 |
| Exhibit 5-E | January 1, 2013 Consulting Services Agreement<br>(under seal) |
| Exhibit 5-F | AA.com Website Page Reservations and tickets -<br>FAQs<br>(under seal) |
| Exhibit 5-G | May 23, 2018 Email re: YUL and YTO agents<br>short-checking bags<br>(under seal) |

FURTHER, AFFIANT SAYETH NOT.

SIGNED this 22nd day July, 2024.

Abigail R.S. Campbell

SUBSCRIBED AND SWORN TO BEFORE ME this 22nd day of July 2024, to which I certify my hand and official seal.

Notary Public
Print Name: Darla Strittmatter
My Commission Expires: 07/23/2025

DARLA STRITTMATTER
Notary Public, State of Texas
Comm. Expires 07-23-2025
Notary ID 126963384

2

# EXHIBIT 5-A

# (UNDER SEAL )

# EXHIBIT 5-B

# (UNDER SEAL )

# EXHIBIT 5-C

# (UNDER SEAL )

# EXHIBIT 5-D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karg H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-130-520
**Effective Date of Registration:**
June 03, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | American Airlines Flight Symbol |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 17, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Hypermedia Solutions, LLC d/b/a FutureBrand |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | American Airlines, Inc. |
| | 4333 Amon Carter Boulevard, Fort Worth, TX, 76155, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | IP Administrator |
| **Email:** | ip.administrator@aa.com |
| **Address:** | MD 5675 |
| | 4333 Amon Carter Boulevard |
| | Fort Worth, TX 76155 United States |

## Certification

| | |
|---|---|
| **Name:** | Andrew J. Avsec |

Page 1 of 2

**APPX. NO. 257**

AA-SKP-00058803

**Date:** June 03, 2016
**Applicant's Tracking Number:** 13945/71

**Correspondence:** Yes



**APPX. NO. 258**

AA-SKP-00058804

# EXHIBIT 5-E

# (UNDER SEAL )

# EXHIBIT 5-F

# (UNDER SEAL )

# EXHIBIT 5-G

# (UNDER SEAL )

# EXHIBIT 6

# (UNDER SEAL )

# EXHIBIT 7

# (UNDER SEAL )

# EXHIBIT 8

# (UNDER SEAL )