IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## AMERICAN AIRLINES, INC.'S RESPONSE TO
## DEFENDANT SKIPLAGGED, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff American Airlines, Inc. ("American") files this Response to Defendant Skiplagged, Inc.'s ("Skiplagged") Motion for Summary Judgment. In accordance with this Court's Local Rules, American will file its Brief and Appendix in Support of its Response separately.

## **SUMMARY**

Skiplagged's Motion for Summary Judgment and Brief in support thereof [Dkt. Nos. 150, 151] should be denied because the evidence and law support the following:

1. American's claim that Skiplagged breached, and continues to breach, the AA.com Use Agreement (Count I) is not barred by limitations;

2. Skiplagged is a party to the AA.com Use Agreement, Skiplagged breached (and continues to breach) the AA.com Use Agreement, and American is damaged as a result of Skiplagged's breach of the Use Agreement (Count I);

3. American's tortious interference claim (Count II) is not barred by limitations;

4. A genuine issue of material fact exists with respect to American's tortious interference claim against Skiplagged (Count II);

5.  Skiplagged's infringement of American's Marks under the Lanham Act, 15 U.S.C. 1114, (Count III) is not barred by limitations or laches;

6.  Skiplagged's infringing use of American's Marks do not constitute fair use, Skiplagged's use of American's Marks cause consumer confusion, and Skiplagged's Lanham Act violations have harmed American;

7.  American's claim for copyright infringement under 17 U.S.C. 101 (Count V) is not barred by limitations; and

8.  American's ownership of its Copyright is unequivocal and Skiplagged's unauthorized use constitutes infringement that has harmed and continues to harm American.

American will further show that: (i) it is entitled to recover its attorney's fees for its breach of contract claim (Count I) under Texas Civil Practice & Remedies Code § 38.001; and (ii) it is entitled to permanent injunctive relief to prohibit Skiplagged's continuing breaches and infringement alleged in this lawsuit. For the reasons detailed in American's Brief filed concurrently with this Response and incorporated herein by reference, American respectfully requests that the Court deny Skiplagged's Motion for Summary Judgment in its entirety.

## <u>SUPPORTING APPENDIX</u>

As required by Local Civil Rule 56.6, American is filing a sequentially-numbered Appendix with supporting evidence. American's supporting Brief will cite to specific pages in the Appendix as "[App'x ___]."

Dated: July 22, 2024                              Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on July 22, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.