IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | | |
| Defendant. | | |

### APPENDIX TO AMERICAN AIRLINES, INC.'S BRIEF IN SUPPORT OF ITS RESPONSE TO DEFENDANT SKIPLAGGED, INC.'S MOTION FOR SUMMARY JUDGMENT

In support of Plaintiff American Airlines, Inc.'s ("American") Brief in Support of its Response to Defendant Skiplagged, Inc.'s ("Skiplagged") Motion for Summary Judgment, American submits the following materials:

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A | Declaration of Julia G. Wisenberg | App'x 0001–08 |
| A-1 | Excerpt of transcript of the deposition of Marcial Lapp, taken on May 30, 2024 (Partially Confidential) | App'x 0009–26 |
| A-2 | Transcript of the deposition of Raymond Scott Chandler, taken on June 7, 2024 (Partially Confidential) | App'x 0027–61 |
| A-3 | Transcript of the deposition of Marcial Lapp as the Rule 30(b)(6) Corporate Representative of Plaintiff American Airlines, Inc., taken on July 1, 2024 (Confidential) | App'x 0062–122 |
| A-4 | American internal email exchanges, produced by American as AA-SKP-00005532–34, AA-SKP-00005774–75, AA-SKP-00005795–98, AA-SKP-00010324–25, AA-SKP-00010763–65, and AA-SKP-00010776–78 (Confidential) | App'x 0123–40 |
| A-5 | Defendant Skiplagged, Inc.'s Third Amended Objections and Responses to Plaintiff's First Set of Interrogatories (Partially Confidential) | App'x 0141–52 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-6 | Transcript of the deposition of Aktarer Zaman, taken on May 29, 2024 (Confidential) | App'x 0153–207 |
| A-7 | Transcript of the deposition of Aktarer Zaman as the Rule 30(b)(6) Corporate Representative of Skiplagged, taken on June 12, 2024 (Confidential) | App'x 0208–98 |
| A-8 | Transcript of the deposition of Daniel Gellert, taken on November 30, 2023 (Confidential) | App'x 0299–356 |
| A-9 | Test buys of flights on Skiplagged.com, produced by American as AA-SKP-00058891–922, AA-SKP-00059519–536, and AA-SKP-00059659–76 (Confidential) | App'x 0357–425 |
| A-10 | American's Use Agreement, produced by American as AA-SKP-00053437–44 | App'x 0426–34 |
| A-11 | Defendant Skiplagged, Inc.'s Fourth Amended Objections and Responses to Plaintiff's Interrogatory No. 8 | App'x 0435–41 |
| A-12 | Expert Report of Professor Yoram (Jerry) Wind, served by American on April 23, 2024 (Partially Confidential) | App'x 0442–532 |
| A-13 | Skiplagged customer complaints, produced by Skiplagged as SKP00001001, SKP00003664–67, SKP00003831, SKP00004346–47, SKP00012618–20, SKP00015754, SKP00017437–43, SKP00020235–36, SKP00034672–77, and SKP00060686–87 (Confidential) | App'x 0533–62 |
| A-14 | Skiplagged customer support reference spreadsheet, produced by Skiplagged as SKP00103763_Page 1–10 (Confidential) | App'x 0563–73 |
| A-15 | American internal email exchange, produced by American as AA-SKP-00005479–81, AA-SKP-00059850–60, AA-SKP-00059930–32, AA-SKP-00084825–28, AA-SKP-00085908–11 (Confidential) | App'x 0574–99 |
| A-16 | Customer complaints related to Skiplagged and discussed internally by American, produced by American as AA-SKP-00005562–63, AA-SKP-00052654, AA-SKP-00052881–83, AA-SKP-00053218–22 (Confidential) | App'x 0600–11 |
| A-17 | Expert Report of David N. Fuller, CFA, ASA, CFE dated May 31, 2024 (Confidential) | App'x 0612–41 |

| **EX.** | **DESCRIPTION** | **PAGE NOS.** |
|---|---|---|
| A-18 | Settlement Agreement entered into between Fareportal, Inc. and Aktarer Zaman, Skiplagged.com and Affiliates on February 27, 2015, produced by Fareportal, Inc. as Fareportal Subpoena 0001–9 (Confidential) | App'x 0642–51 |
| A-19 | Plaintiff Southwest Airlines Co.'s First Amended Complaint Against Skiplagged, Inc. and Skybooker.com Ltd. in Cause No. 3:21-cv-01722 (N.D. Tex.), produced by Skiplagged as SKIP0000335–403 | App'x 0652–721 |
| A-20 | Complaint filed by Plaintiffs United Airlines, Inc., Orbitz Worldwide, LLC, and Orbitz, LLC against Defendant Aktarer Zaman, individually and d/b/a Skiplagged.com in Cause No. 1:14-cv-09214 (N.D. Ill.), produced by Skiplagged as SKIP0000078–112 | App'x 0722–57 |
| A-21 | Skiplagged's internal Slack messages and investigations and materials, produced by Skiplagged as SKP00105924–25, SKP00092041–43, SKP00081152.xlsx_Page 1–26, and SKP00105999–6005 (Confidential) | App'x 0758–96 |
| A-22 | Skiplagged's Terms and Conditions, produced by Skiplagged as SKIP0000010–11 | App'x 0797–99 |
| A-23 | Skiplagged customer complaints, produced by Skiplagged as SKP00022172, SKP00031337–39, SKP00057359–62, SKP00082380–81, and SKP00083690 (Confidential) | App'x 0800–11 |
| A-24 | Skiplagged customer complaints, produced by Skiplagged as SKP00006938–41, SKP00079187–90, and SKP00080891–94 (Confidential) | App'x 0812–24 |
| A-25 | Screenshots of Skiplagged's website, produced by Skiplagged as SKIP0000072–77 | App'x 0825–30 |
| A-26 | Conditions of Carriage, produced by American as AA-SKP-00054065–85 | App'x 0831–52 |
| A-27 | Skiplagged's profit and loss statements, produced by Skiplagged as SKIP0000634–38 and SKP00111227 (Confidential) | App'x 0853–59 |
| A-28 | Skiplagged's internal Slack messages, produced by Skiplagged as SKP00095889–93 (Confidential) | App'x 0860–65 |
| A-29 | Report entitled, "Future Brand—American Airlines Brand Recognition," produced by American as AA-SKP-00059957–60066 (Confidential) | App'x 0866–976 |

3

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| A-30 | Trademark File Wrappers for American's Trademark Reg. Nos. 4449061, 4939082, 5279167, and 5559145, produced by American as AA-SKP-00054086–90, AA-SKP-00054095–105, AA-SKP-00054143, AA-SKP-00054149–61, AA-SKP-00054178–79, AA-SKP-00054202–06, AA-SKP-00054236–38, AA-SKP-00054240–43, AA-SKP-00054279, AA-SKP-00054286–309, AA-SKP-00054343–44, AA-SKP-00054412–29, AA-SKP-00054580–83, AA-SKP-00054588–607, AA-SKP-00054663, AA-SKP-00054695–96, AA-SKP-00054719–31, AA-SKP-00054768–69, and AA-SKP-00054833–56 | App'x 0977–1132 |
| A-31 | Certificate of Registration for the American Airlines Flight Symbol, produced by American as AA-SKP-00058803–05 | App'x 1133–36 |
| A-32 | American's Form 10-K for Year Ending December 31, 2023, produced by American as AA-SKP-00058499, AA-SKP-00058506, and AA-SKP-00058580 | App'x 1137–40 |
| A-33 | Skiplagged Onboarding Survey and New to Affiliate Questionnaire, produced by Skiplagged as SKP00081041–44 and SKP00095589–92 (Confidential) | App'x 1141–49 |
| A-34 | Skiplagged customer complaints, produced by Skiplagged as SKP00004300–01, SKP00013049–53, SKP00071936–39, and SKP00079338–42 (Confidential) | App'x 1150–66 |
| A-35 | Customer complaints related to Skiplagged, produced by American as AA-SKP-00052724–25, AA-SKP-00052764–66, and AA-SKP-00052798–801 (Confidential) | App'x 1167–76 |
| A-36 | Customer complaints related to Skiplagged, produced by American as AA-SKP-00063900–902 and AA-SKP-00064792 (Confidential) | App'x 1177–81 |
| A-37 | Skiplagged customer complaints, produced by Skiplagged as SKP00001090, SKP00011574, and SKP00042790–91 (Confidential) | App'x 1182–86 |
| A-38 | Skiplagged customer complaints, produced by Skiplagged as SKP00001031–32, SKP00006753–54, SKP00039745–49, SKP00040775–76, and SKP00080906–10 (Confidential) | App'x 1187–1203 |
| A-39 | Skiplagged customer complaints, produced by Skiplagged as SKP00002212, SKP00004212, SKP00010474–76, SKP00093654–55, and SKP00102530–32 (Confidential) | App'x 1204–14 |

| <u>EX.</u> | <u>**DESCRIPTION**</u> | <u>**PAGE NOS.**</u> |
|---|---|---|
| A-40 | Skiplagged customer complaints, produced by Skiplagged as SKP00004827–29, SKP00006578–81, and SKP00024561–64 (Confidential) | App'x 1215–26 |
| A-41 | Consulting Services Agreement, entered into between American Airlines, Inc. and Hypermedia Solutions, LLC d/b/a FutureBrand on January 1, 2013, produced by American as AA-SKP-00065419–74 (Confidential) | App'x 1227–83 |
| A-42 | Fare, Schedule and Inventory Access and Use Agreement between American Airlines, Inc. and Skyscanner Limited, produced by American as AA-SKP-00065397–418 (Confidential) | App'x 1284–306 |

Dated: July 22, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com

5

GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.