UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES INC,**

  Plaintiff,

v.   No. 4:23-CV-00860-P

**SKIPLAGGED, INC.,**

  Defendant.

# ORDER

Before the Court is American Airlines' Motion for Leave to File a Supplemental Expert Report on Damages, ECF No. 198, based on recent discovery produced as required by a previous Order of United States Magistrate Judge Hal R. Ray. *See* ECF No. 118.

Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED** on this **31st day of July 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE