IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

**DEFENDANT SKIPLAGGED, INC.'S MOTION TO ALLOW
SKIPLAGGED TO  RESPOND TO PLAINTIFF'S FORTHCOMING
SUPPLEMENTAL EXPERT REPORT ON DAMAGES**

Now comes Defendant, Skiplagged, Inc. ("Skiplagged"), and moves this Court to allow it to respond to Plaintiff American Airlines, Inc.'s ("AA") forthcoming Supplemental Expert Report on Damages and to set a date by which AA's expert on damages can be deposed as to the forthcoming Supplemental Expert Report. In support of this request, Skiplagged would respectfully show as follows:

**RELEVANT PROCEDURAL BACKGROUND**

1. On July 29, 2024, AA filed a motion seeking leave of Court to serve a Supplemental Expert Report on damages from its designated expert David Fuller. Dkt. 198. Although the Motion indicated that the Supplemental Expert Report would be presented by Friday August 2, 2024, AA's proposed order set out that such Supplemental Expert Report would be served by Monday, August 5th. AA's Motion also confirms AA's agreement to allow Skiplagged to depose Mr. Fuller regarding his Supplemental Expert Report. *See* Dkt. 198.

2. On July 30, 2024, Skiplagged proposed a date to schedule the supplemental deposition of Mr. Fuller and that Skiplagged be able to respond to AA's Supplemental Expert Report as follows: (1) Skiplagged take the deposition of Mr. Fuller by August 15; and (2) Skiplagged serve an expert report responsive to Mr. Fuller's Supplemental Expert Report by

August 22. AA's lawyers stated they would confer with their client and respond to Skiplagged's proposal. As of the filing of this Motion, there has been no response.

3. On July 31, 2024, the Court granted AA's Motion for Leave to File a Supplemental Expert Report on Damages. Dkt. 200. There was no date contained in the Order by which AA was to provide the Supplemental Expert Report.

## GOOD CAUSE AND BASIS FOR RELIEF REQUESTED

4. Scheduling Mr. Fuller's deposition prior to August 15, 2024, is reasonable and fair. Assuming the Supplemental Motion is filed on August 5, 2024, as AA proposed in its proposed Order, such provides Skiplagged up to ten days to review and digest Mr. Fuller's Supplemental Expert Report and prepare for and to depose Mr. Fuller on such. Also, pursuant to the Court's Scheduling Order and Extensions, Rebuttal Damages Expert Reports were due on July 31, 2024. Dkt. 108. Thus, without the relief requested in this Motion, Skiplagged is currently deprived of the ability to designate and serve an expert damages report responsive to AA's forthcoming Supplemental Expert Report.

5. This proposal aims to alleviate any prejudice caused by AA's Supplemental Expert Report on damages and would not require any extension to remaining deadlines. Specifically, objections to experts are due on August 26, 2024.

6. Good cause exists for allowing Skiplagged to depose Mr. Fuller on his additional opinions (to which AA agrees) by August 15, 2024, and to serve a rebuttal expert report response to AA's Supplemental Expert Report by August 22, 2024. *See State Auto. Mut. Ins. Co. v. Freehold Mgmt., Inc.*, No. 3:16-CV-2255-L, 2019 WL 1436659, at *26 (N.D. Tex. Mar. 31, 2019), *on reconsideration in part*, No. 3:16-CV-2255-L, 2023 WL 8606773 (N.D. Tex. Dec. 12, 2023) (finding that where supplemental disclosures were made after the expert designation deadline, plaintiff was deprived of the opportunity to designate any rebuttal experts and "[o]ut of fairness, the court would also have to allow [p]laintiff to designate a rebuttal expert"). Skiplagged is unaware of the prospective content of Fuller's Supplemental Expert Report. But, based on the

28360726v2 99460.002.00

history associated with Mr. Fuller's Expert Opinion and the Motion filed by AA seeking to allow Mr. Fuller to provide a Supplemental Expert Report on damages, Skiplagged fully expects that Supplemental Expert Report will provide new opinions and conclusions not previously provided to Skiplagged in Fuller's existing Expert Report. Allowing Skiplagged an opportunity to depose Fuller on these anticipated new opinions and conclusions and to provide an expert report responsive to the anticipated new opinions, evens the playing field between Skiplagged and AA with respect to AA's claims for damages.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Skiplagged, Inc., respectfully Skiplagged therefore requests that the Court to allow the following:

1. Skiplagged to take the deposition of David Fuller regarding his Supplemental Expert Report by August 15, 2024; and

2. Skiplagged to provide an expert report in response to Fuller's Supplemental Expert Report by August 22, 2024.

Respectfully submitted,

*William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

***Attorneys for Defendant, Skiplagged, Inc.***

4

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiff on the issues presented in this motion and the relief requested herein on July 30 and again on July 31, and they were unable to provide a response prior to the need to file for the requested relief herein.

*/s/ William L. Kirkman*
William L. Kirkman

**CERTIFICATE OF SERVICE**

On August 2, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Abigail R.S. Campbell*
Abigail R.S. Campbell