UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                                                   No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

   Defendant.

# ORDER

Before the Court is Defendant's Motion for leave to file a rebuttal expert report and depose Plaintiff's proffered expert witness regarding his supplemental expert report (ECF No. 202).

Having reviewed the Motion and applicable law, the Court **GRANTS** the Motion. Defendant is **ORDERED** to complete its deposition of Plaintiff's proffered expert witness, Mr. David Fuller, **on or before August 15, 2024,** and is further **ORDERED** to file a responsive expert report **on or before August 22, 2024.**

**SO ORDERED** on this **5th day of July 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE