IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:23-cv-00860-P |
| | § |
| SKIPLAGGED, INC., | § |
| | § |
| Defendant. | § |

**PLAINTIFF'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Notice is hereby given that the undersigned attorney is entering an appearance as additional counsel for Plaintiff American Airlines, Inc. in the above-styled and numbered case:

Cameron M. Nelson
nelsonc@gtlaw.com
**GREENBERG TRAURIG LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590
Facsimile: (312) 456-8435

Please provide Mr. Nelson with copies of all notices, correspondence, pleadings, and other documents in this case.[1]

---

[1] Mr. Nelson is admitted to the Northern District of Texas.

1

Dated: August 13, 2024              Respectfully submitted,

/s/ *Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

        Nathan J. Muyskens
        nathan.muyskens@gtlaw.com
        GREENBERGTRAURIG LLP
        2101 L Street, N.W., Suite 1000
        Washington, DC 20037
        Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2024, a true and correct copy of the foregoing document was served on all counsel of record electronically via the Court's ECF system in accordance with the Federal Rules of Civil Procedure.

        */s/ Dee J. Kelly, Jr.*
        Dee J. Kelly, Jr.