IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## **DEFENDANT SKIPLAGGED, INC.'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant Skiplagged, Inc. ("Skiplagged") hereby submits its Pretrial Disclosures in accordance with the Court's Scheduling Order [Dkt. 20] and Federal Rule of Civil Procedure 26(a)(3). Skiplagged reserves the right to amend or supplement its pretrial disclosures to address new claims as allowed by the Federal Rules of Civil Procure and the Court.

**Fed. R. Civ. P. 26(a)(3)(A)(i). The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises;**

RESPONSE: Skiplagged refers Plaintiff to Skiplagged's Potential Witness List, attached hereto as Exhibit A. **"Probable"** means Skiplagged expects to present the witness. "Possible" means Skiplagged may call this witness if the need arises. Skiplagged reserves the right to call, examine and/or present evidence from any witnesses designated by Plaintiff in this case, as well as rebuttal or impeachment witnesses, as needed. Skiplagged also reserves the right to modify, amend, or supplement this witness list or to change any witness from "probable" to "possible" or vice versa.

1

**Fed. R. Civ. P. 26(a)(3)(A)(ii). The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

**RESPONSE:** Skiplagged refers Plaintiff to Skiplagged's Potential Deposition Designations, attached hereto as Exhibit B. Skiplagged reserves the right to modify, amend, or supplement these designations and to withdraw any or all such designations before trial, as needed. Skiplagged further reserves the right to provide additional counter-designations in response to any designations provided by Plaintiff.

**Fed. R. Civ. P. 26(a)(3)(A)(iii)). An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.**

**RESPONSE:** Skiplagged refers Plaintiff to Skiplagged List of Documents and Exhibits, attached hereto as Exhibit C. Skiplagged reserves the right to identify and offer additional exhibits prior to the trial in the above-referenced matter as the need arises and as allowed by the Federal and Local Rules of Civil Procedure. The attached Exhibit C does not identify exhibits that may be offered as rebuttal or impeachment exhibits and Skiplagged reserves the right to introduce additional demonstrative, rebuttal, and/or impeachment exhibits as well as any exhibits identified or offered by any other party during the trial of this matter, as the need arises and as allowed by the Federal and Local Rules of Civil Procedure.

Dated: August 21, 2024.

                                                  Respectfully submitted,

                                                  */s/ William L. Kirkman*
                                                  William L. Kirkman
                                                  Texas Bar No. 11518700
                                                  Preston B. Sawyer
                                                  Texas Bar No. 24102456
                                                 **KIRKMAN LAW FIRM, PLLC**
                                                  201 Main Street, Suite 1160
                                                  Fort Worth, Texas 76102

Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

*/s/ Darin M. Klemchuk*
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Darin.klemchuk@klemchuk.com

***Attorneys for Defendant, Skiplagged, Inc.***

28378376v3 99460.002.00

**CERTIFICATE OF SERVICE**

On August 21, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Abigail R.S. Campbell*
Abigail R.S. Campbell

28378376v3 99460.002.00