# EXHIBIT A

## EXHIBIT A

### Skiplagged's Potential Witness List

| Name & Address | Category |
|---|---|
| Aktarer Zaman<br><br>c/o Skiplagged's counsel | Probable |
| Gary Gutzler<br><br>c/o Skiplagged's counsel | Probable |
| Bijan Vasigh<br><br>c/o Skiplagged's counsel | Possible |
| Joseph M. Pimbley<br><br>c/o Skiplagged's counsel | Possible |
| George John<br><br>c/o Skiplagged's counsel | Probable |
| Zal Phiroz<br><br>c/o Skiplagged's counsel | Possible |
| Dan Gellert<br><br>c/o Skiplagged's counsel | Possible |
| Danielle Hundley<br><br>c/o Skiplagged's counsel | Possible |
| Michael Ou<br><br>c/o Skiplagged's counsel | Possible |
| Robert Holmes<br><br>c/o American's counsel | Probable |
| Corporate Representative of American Airlines, Inc.<br><br>c/o American's counsel | Probable |
| Marcial Lapp<br><br>c/o American's counsel | Probable |
| Scott Chandler | Probable |

| | |
|---|---|
| c/o American's counsel | |
| Neil Guerin<br><br>c/o American's counsel | Possible |
| Varvara Reva<br><br>c/o Kiwi's counsel | Probable |
| Rebuttal and impeachment witnesses as necessary | |