# EXHIBIT C

## EXHIBIT C

### Skiplagged's Potential List of Exhibits and Documents

| EXHIBIT # | BATES | DESCRIPTION |
|---|---|---|
| 1 | SKIP0000077 | Skiplagged Website: What is Skiplagging or "hidden-city" flying? |
| 2 | SKIP0000073 | Skiplagged Website: Can I check a bag if I book flights found on Skiplagged? |
| 3 | SKIP0000010-11 | Skiplaggd Website: Terms and Conditions |
| 4 | AA-SKP-00059659-00059676 | MI:33 LitPak #230071<br>Incident ID: 017 EWR-DFW |
| 5 | AA-SKP-00058806-00058847 | MI:33 LitPak #230056<br>Incident ID: 001 SLC-PDX |
| 6 | AA-SKP-00059376-00059405 | MI:33 LitPak #230064<br>Incident ID: 009 ONT-RNO |
| 7 | AA-SKP-00005277-00005279 | Email re: QIKFIX-LAST10-357732-09JUN09:14:04-FOR QIK CHK ON SABRE |
| 8 | AA-SKP-00005304-05 | Email re: FW: ADP Withdrawal Request |
| 9 | AA-SKP-00010985-00010988 | Email re: Skiplagged.com |
| 10 | AA-SKP-00062165-00062171 | Email re: Skiplagged |
| 11 | AA-SKP-00052333-00052337 | Email re: YUL and YTO agents short-checking bags |
| 12 | AA-SKP-00062732-00062734 | AA Customer Complaint Record |
| 13 | AA-SKP-00063065-00063071 | AA PNR History |
| 14 | AA-SKP-00053414-00053420 | AA.com Site Usage |
| 15 | SKP00111207-00111225 | Skyscanner Agreement |
| 16 | SKP00111101-00111110 | Exploretrip, Inc. Agreement |
| 17 | SKP00111111-00111137 | Kiwi Agreement |

| 18 | SKP00111138-00111144 | LBF Travel, Inc. Agreement |
|----|----------------------|----------------------------|
| 19 | SKP00111145-00111182 | The Travel Outlet of Virginia Agreement |
| 20 | AA-SKP-00001360-362 | Email re: Hidden City Party ID |
| 21 | AA-SKP-00050225 | Powerpoint: Hidden City Busters |
| 22 | AA-SKP-00059827 | Email re: Hidden City FYI & Question |
| 23 | SKIP0000628 | Skiplagged 2018 Balance Sheet |
| 24 | SKIP0000629 | Skiplagged 2019 Balance Sheet |
| 25 | SKIP0000630 | Skiplagged 2020 Balance Sheet |
| 26 | SKIP0000631-632 | Skiplagged 2021 Balance Sheet |
| 27 | SKIP0000633 | Skiplagged 2022 Balance Sheet |
| 28 | SKP00111226 | Skiplagged 2023 Balance Sheet |
| 29 | SKIP0000634 | Skiplagged 2018 Profit and Loss Statement |
| 30 | SKIP0000635 | Skiplagged 2019 Profit and Loss Statement |
| 31 | SKIP0000636 | Skiplagged 2020 Profit and Loss Statement |
| 32 | SKIP0000637 | Skiplagged 2021 Profit and Loss Statement |
| 33 | SKIP0000638 | Skiplagged 2022 Profit and Loss Statement |
| 34 | SKP00111227 | Skiplagged 2023 Profit and Loss Statement |
| 35 | SKP00002672 | Email re: I have used your service manyh times now and have e… |
| 36 | SKP00067993-67995 | Email re: Skiplagged Monthly Supply Partner Report |
| 37 | SKP00111228-111231 | Skiplagged Post-Flight Symbol Removal |

|  |  | Data |
|---|---|---|
| 38 | AA-SKP-00089629-31 | AA PNR Data with Customer Complaint |
| 39 | AA-SKP-00089364-65 | AA PNR Data with Customer Complaint |
| 40 | AA-SKP-00088017-19 | AA PNR Data with Customer Complaint |
| 41 | AA-SKP-00086661-62 | Email re: Hidden City Itineraries and related website |
| 42 | AA-SKP-00010786-88 | Email re: Skiplagged.com |
| 43 | AA-SKP-00005301 | Email re: Google will no longer offer its flight price data to other sites |
| 44 | AA-SKP-00005560-61 | Email re: Customer: Cierra Zacchaeus |
| 45 | AA-SKP00005713-18 | Email re: Kayak Source |
| 46 | KIWI.COM_01741-1764 | Kiwi Terms & Conditions |
| 47 | KIWI.COM_01765-1772 | Kiwi Affiliate Program terms & conditions |
| 48 | Holmes Depo. Ex. 2 | The MI:33 Legacy |
| 49 | AA-SKP-00059916-59921 | Email re: YUL and YTO agents short-checking bags |
| 50 | AA-SKP-00059822 | Email re: Hidden City FYI & Question |
|  | Demonstrative PowerPoint |  |