IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF AMERICAN AIRLINES, INC.'S PRETRIAL DISCLOSURES

Pursuant to the Court's Scheduling Order [Dkt. No. 20], Rule 26(a)(3)(A)–(B) of the Federal Rules of Civil Procedure, and Rule 26.2 of the Local Civil Rules for the Northern District of Texas, Plaintiff American Airlines, Inc. ("American") makes the following pretrial disclosures to the Court and Defendant Skiplagged, Inc. ("Skiplagged"):

## FRCP 26(a)(3)(A)(i): Witnesses

**The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises:**

| | FACT WITNESSES | EXPECT TO CALL | MAY CALL |
|---|---|---|---|
| 1. | Marcial Lapp | √ | |
| 2. | Robert Lewis Holmes, Jr. | √ | |
| 3. | Neil Geurin | | √ |
| 4. | Raymond Scott Chandler | | √ |
| 5. | Aktarer Zaman | √ | |
| 6. | Daniel Gellert | √ | |

|  | FACT WITNESSES | EXPECT TO CALL | MAY CALL |
|---|---|---|---|
| 7. | Representative of Skyscanner Limited | | √ |
| 8. | Representative of Kiwi, sro and Kiwi, Inc. | | √ |
| 9. | Representative of Exploretrip, Inc. | | √ |

|  | EXPERT WITNESSES | EXPECT TO CALL | MAY CALL |
|---|---|---|---|
| 10. | Yoram (Jerry) Wind, Ph.D. | √ | |
| 11. | David N. Fuller, CFA, ASA, CFE | √ | |
| 12. | Darin N. Lee, Ph.D. | | √ |
| 13. | Dee J. Kelly, Jr.[1] | | √ |

American reserves the right to amend its trial witness list, including the identify of witnesses that it expects to present and those that it may call if the need arises, up to and through trial, to the extent allowed by this Court and the law. Furthermore, American specifically cross-designates all witnesses designated by Skiplagged in its trial witness list and in any supplementations and reserves the right to cross-examine them and offer additional testimony in rebuttal to any such witnesses. American further reserves the right to make objections and counter-designations to all witnesses designated by Skiplagged in its trial witness list and in any supplementations.

**FRCP 26(a)(3)(A)(ii): Depositions and Designations**

**The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:**

1.    Aktarer Zaman (taken on May 29, 2024)

| PAGE AND LINE NUMBERS | | |
|---|---|---|
| 5:1 – 5:3 | 68:8 – 68:13 | 164:3 – 165:7 |
| 5:14 – 5:20 | 71:12 – 71:16 | 165:10 – 166:2 |

---

[1] Counsel for American and Skiplagged entered into a tentative agreement to handle American's claim for attorneys' fees post-trial. Therefore, this witness will not be needed if that agreement is followed.

| | | |
|---|---|---|
| 12:7 – 12:13 | 71:18 – 72:4 | 167:14 – 167:17 |
| 22:21 – 22:25 | 72:10 – 72:22 | 167:19 – 167:21 |
| 28:19 – 28:23 | 73:2 – 73:11 | 167:24 – 167:25 |
| 29:3 – 29:6 | 73:23 | 185:6 – 185:10 |
| 32:4 – 32:13 | 78:7 – 78:9 | 185:16 – 185:18 |
| 32:15 – 33:6 | 78:11 – 78:15 | 185:20 – 185:25 |
| 33:20 – 33:22 | 83:22 – 84:9 | 186:13 – 186:19 |
| 33:24 – 33:25 | 85:19 – 85:23 | 186:21 – 187:2 |
| 44:6 – 45:9 | 86:6 – 86:10 | 187:4 – 187:7 |
| 45:16 – 45:18 | 87:6 – 87:19 | 187:9 – 187:14 |
| 46:7 – 46:20 | 88:19 – 89:23 | 188:1 – 188:2 |
| 51:5 – 52:8 | 89:25 – 90:2 | 188:4 – 188:7 |
| 52:10 – 52:11 | 90:6 – 90:19 | 188:9 – 188:15 |
| 55:10 – 55:15 | 90:21 – 91:17 | 188:17 |
| 56:14 – 57:2 | 97:1 – 97:9 | 194:2 – 194:18 |
| 57:16 – 57:19 | 97:14 – 97:17 | 197:11 – 197:20 |
| 60:14 – 61:4 | 103:9 –109:24 | 200:3 – 200:12 |
| 62:15 – 62:22 | 108:1 – 108:12 | 201:1 – 201:5 |
| 62:24 – 63:12 | 108:20 – 108:25 | 201:7 – 201:10 |
| 63:16 – 64:5 | 111:6 – 111:11 | 201:13 – 201:16 |
| 64:7 – 64:13 | 115:2 – 116:17 | 201:18 – 201:19 |
| 64:15 – 64:23 | 116:19 – 116:21 | 201:21 – 201:22 |
| 64:25 – 65:2 | 117:9 – 119:11 | 203:3 – 203:4 |
| 65:4 – 65:6 | 119:22 – 120:6 | 203:6 – 203:13 |
| 65:8 – 65:16 | 123:12 – 124:9 | |
| 65:18 – 65:20 | 139:2 – 139:8 | |
| 65:24 | 139:17 – 139:19 | |
| 67:19 – 68:2 | 159:21 – 160:1 | |

2.   Aktarer Zaman, as Skiplagged's Rule 30(b)(6) Corporate Representative (taken on June 12, 2024)

| PAGE AND LINE NUMBERS | | |
|---|---|---|
| 6:21 – 7:5 | 199:7 – 201:5 | 248:9 – 248:12 |
| 7:9 – 7:19 | 201:7 – 201:8 | 249:4 – 249:16 |
| 7:24 – 8:24 | 208:14 – 208:19 | 249:18 – 249:19 |
| 17:9 – 18:22 | 208:22 – 209:9 | 249:25 – 250:13 |
| 19:15 – 20:9 | 209:11 – 209:18 | 278:13 – 279:14 |
| 20:19 – 21:17 | 209:22 – 209:23 | 279:16 – 280:19 |
| 23:6 – 23:12 | 209:25 – 211:2 | 280:21 – 280:25 |
| 25:22 – 26:5 | 211:8 – 211:12 | 281:3 – 281: 11 |
| 26:11 – 27:12 | 211:14 – 211:23 | 281:13 – 281:18 |
| 27:20 – 28:7 | 211:25 – 212:10 | 293:10 – 293:20 |

| | | |
|---|---|---|
| 28:16 – 28:23 | 212:15 – 213:3 | 294:4 – 305:2 |
| 28:25 – 29:13 | 213:16 – 213:23 | 305:4 – 305:6 |
| 30:6 – 30:17 | 214:13 – 215:5 | 305:10 – 305:21 |
| 32:15 – 33:23 | 216:18 – 217:4 | 305:23 – 306:6 |
| 34:6 – 34:19 | 217:18 – 218:7 | 306:8 – 309:18 |
| 34:21 – 36:4 | 218:13 – 218:16 | 309:20 – 309:24 |
| 47:6 – 47:10 | 218:19 – 219:2 | 310:2 – 310:9 |
| 57:12 – 58:25 | 219:5 – 219:6 | 313:9 – 313:11 |
| 66:19 – 66:24 | 219:8 – 219:15 | 315:19 – 315:21 |
| 74:2 – 74:18 | 219:22 – 220:3 | 315:23 – 317:10 |
| 85:14 – 85:21 | 220:8 – 220:16 | 317:13 – 317:16 |
| 86:23 – 87:7 | 236:3 – 236:24 | 320:5 – 320:14 |
| 176:20 – 177:7 | 237:6 – 237:9 | 320:18 – 321:3 |
| 177:9 – 178:6 | 237:11 – 237:13 | 321:5 – 321:22 |
| 178:8 – 178:11 | 238:10 – 238:14 | 321:24 – 322:12 |
| 179:15 – 179:25 | 239:15 – 239:17 | 324:3 – 324:12 |
| 180:3 – 180:17 | 239:19 – 239:20 | 328:3 – 328:16 |
| 180:19 – 180:21 | 246:13 – 247:5 | 328:18 – 329:10 |
| 198:19 – 198:21 | 247:7 – 247:19 | 329:12 – 330:14 |
| 198:23 – 198:25 | 247:21 – 248:7 | |

3.      Daniel Gellert (taken on November 30, 2023)

| PAGE AND LINE NUMBERS | | |
|---|---|---|
| 5:20 – 6:11 | 48:6 – 49:5 | 144:20 – 144:25 |
| 8:5 – 8:11 | 62:20 – 63:14 | 156:16 – 157:3 |
| 8:21 – 10:6 | 63:24 – 65:2 | 160:6 – 160:9 |
| 10:21 – 11:5 | 67:18 – 70:2 | 160:20 – 160:22 |
| 14:3 – 14:8 | 75:13 – 75:19 | 180:5 – 180:14 |
| 19:4 – 19:10 | 88:11 – 88:16 | 182:8 – 183:11 |
| 19:24 – 20:12 | 93:24 – 94:14 | 183:17 – 183:21 |
| 24:12 – 24:16 | 95:13 – 96:10 | 192:8 – 192:22 |
| 24:24 – 25:4 | 99:15 – 100:8 | 196:14 – 199:17 |
| 31:11 – 31:24 | 101:7 – 101:10 | 207:15 – 207:20 |
| 34:11 – 34:24 | 113:13 – 114:17 | 209:4 – 209:23 |
| 39:13 – 39:19 | 114:25 – 116:5 | 210:5 – 210:25 |
| 42:6 – 42:8 | 123:24 – 125:18 | 211:7 – 211:17 |
| 45:23 – 46:3 | 130:14 – 133:10 | |
| 47:8 – 47:20 | 133:24 – 134:8 | |

American hereby specifically reserves the right to amend, add, or delete portions of its designated deposition testimony dependent on the rulings issued by this Honorable Court prior to trial, to the extent allowed by this Court and the law. Furthermore, American specifically cross-designates all designated portions of deposition testimony by Skiplagged in its

deposition designation list and in any supplementations. American further reserves the right to make objections and counter-designations to the deposition testimony designated by Skiplagged in this case.

**FRCP 26(a)(3)(A)(iii): Exhibits**

**An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises:**

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|-------|-------------|:----------:|:---------:|
| PX1 | American File Wrapper - TM Reg. 4449061_Flight Symbol Color (2013-12-10) (AA-SKP-00054086–239) | √ | |
| PX2 | Certified Copy of Trademark Reg. No. 4449061 | √ | |
| PX3 | American File Wrapper - TM Reg. 4939082_American Airlines Class 39 (2016-04-19) (AA-SKP-00054240–444) | √ | |
| PX4 | Certified Copy of Trademark Reg. No. 4939082 | √ | |
| PX5 | American File Wrapper - TM Reg. 5288639_American Airlines and Flight Symbol (2017-09-19) (AA-SKP-00054445–579) | √ | |
| PX6 | Certified Copy of Trademark Reg. No. 5288639 | √ | |
| PX7 | American File Wrapper - TM Reg. 5279167_American Airlines Class 09 (2017-09-05) (AA-SKP-00054580–726) | √ | |
| PX8 | Certified Copy of Trademark Reg. No. 5279167 | √ | |
| PX9 | American File Wrapper - TM Reg. 5559145_Flight Symbol Grey (2018-09-11) (AA-SKP-00054727–856) | √ | |
| PX10 | Certified Copy of Trademark Reg. No. 5559145 | √ | |
| PX11 | Copyright Certificate of Registration, No. VA 2-130-520, American Airlines Flight Symbol (AA-SKP-00058803–05) | √ | |
| PX12 | Certified Copy of Copyright Registration No. VA 2-130-520 | √ | |
| PX13 | American Brand Recognition Report (AA-SKP-00059957–60078) | √ | |
| PX14 | Addendum to GTAA (2023-05-01) (AA-SKP-00052623–36) | √ | |
| PX15 | Email chain between M. Crossey and A. Comber dated 8/26/2015 re: skiplagged.com (AA-SKP00103696–99) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX16 | Skyscanner Affiliate Partner Service Terms (April 27, 2022) (SKP00111207–25) | | √ |
| PX17 | Fare, Schedule and Inventory Access and Use Agreement between American and Skyscanner, dated February 15, 2016 (AA-SKP-00065397–418) | √ | |
| PX18 | Fare, Schedule and Inventory Access and Use Agreement between American and Skyscanner, dated January 19, 2010 (AA-SKP-00065820–32) | | √ |
| PX19 | American Airlines, Inc. NDC Connection Use and Access Agreement for Non-Accredited Travel Intermediaries, dated August 15, 2019 (AA-SKP-00065370–96) | | √ |
| PX20 | Access and Use Agreement between American and Skyscanner, dated October 1, 2008 (AA-SKP-00065833–45) | | √ |
| PX21 | Email chain between L. Manning and J. Kettunen dated 11/30/2023 re: Skyscanner AUTH White-Labels.xlsx (AA-SKP-00103689–94) | | √ |
| PX22 | Marketing Fulfillment Agreement between Exploretrip, Inc. and Skiplagged dated April 12, 2022 (SKP00111101–10) | | √ |
| PX23 | Kiwi.com Affiliate Program Agreement (SKP0011111–37) | | √ |
| PX24 | Spreadsheet of Kiwi Commissions (Kiwi.com_01061) | | √ |
| PX25 | Holmes Test Buy No. 1 (AA-SKP- 00058848-90) | | √ |
| PX26 | Holmes Test Buy No. 2 (AA-SKP- 00058923-56) | | √ |
| PX27 | Holmes Test Buy No. 3 (AA-SKP- 00059008-59) | | √ |
| PX28 | Holmes Test Buy No. 5 (AA-SKP- 00059160-209) | | √ |
| PX29 | Holmes Test Buy No. 6 (AA-SKP- 00059251-92) | | √ |
| PX30 | Holmes Test Buy No. 7 (AA-SKP- 00059312-31) | | √ |
| PX31 | Holmes Test Buy No. 8 (AA-SKP- 00059332-75) | | √ |
| PX32 | Holmes Test Buy No. 9 (AA-SKP- 00059406-36) | | √ |
| PX33 | Holmes Test Buy No. 11 (AA-SKP- 00059437-81) | | √ |

6

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX34 | Holmes Test Buy No. 13 (AA-SKP- 00059500-18) | | √ |
| PX35 | Holmes Test Buy No. 14 (AA-SKP- 00059537-55) | | √ |
| PX36 | Holmes Test Buy No. 15 (AA-SKP- 00059556-88) | | √ |
| PX37 | Holmes Test Buy No. 16 (AA-SKP- 00059589-623) | | √ |
| PX38 | Holmes Test Buy No. 17 (AA-SKP-00059659–76) | | √ |
| PX39 | Recorded Booking on Skiplagged.com (AA-SKP-00103700 [02-AA], AA-SKP-00103701 [03-AA]) | | √ |
| PX40 | Expert Report of Professor Yoram (Jerry) Wind, including Appendices A through C-9 | | √ |
| PX41 | Skiplagged Company Overview Deck (SKP00078140) | | √ |
| PX42 | Skiplagged Onboarding Marketing Survey (SKP00081041–44) | | √ |
| PX43 | Skiplagged Brand Strategy Deck (SKP00081054–109) | | √ |
| PX44 | American Customer Complaint (AA-SKP-00052673–74) | | √ |
| PX45 | American Customer Complaint (AA-SKP-00052679) | | √ |
| PX46 | American Customer Complaint (AA-SKP-00052684–85) | | √ |
| PX47 | American Customer Complaint (AA-SKP-00052718–19) | | √ |
| PX48 | American Customer Complaint (AA-SKP-00052734–35) | | √ |
| PX49 | American Customer Complaint (AA-SKP-00052736–39) | | √ |
| PX50 | American Customer Complaint (AA-SKP-00052794–97) | | √ |
| PX51 | American Customer Complaint (AA-SKP-00052845–47) | | √ |
| PX52 | American Customer Complaint (AA-SKP-00052722–23) | | √ |
| PX53 | American Customer Complaint (AA-SKP-00052724–25) | | √ |
| PX54 | American Customer Complaint (AA-SKP-00052727) | | √ |
| PX55 | American Customer Complaint (AA-SKP-00052726) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX56 | American Customer Complaint (AA-SKP-00052764–66) | | √ |
| PX57 | American Customer Complaint (AA-SKP-00052798–801) | | √ |
| PX58 | American Customer Complaint (AA-SKP-00052895–97) | | √ |
| PX59 | American Customer Complaint (AA-SKP-00052952–54) | | √ |
| PX60 | American Customer Complaint (AA-SKP-00053003–06) | | √ |
| PX61 | American Customer Complaint (AA-SKP-00053024–29) | | √ |
| PX62 | American Customer Complaint (AA-SKP-00053062–65) | | √ |
| PX63 | American Customer Complaint (AA-SKP-00053199–201) | | √ |
| PX64 | American Customer Complaint (AA-SKP-00053239–41) | | √ |
| PX65 | American Customer Complaint (AA-SKP-00053293–95) | | √ |
| PX66 | American Customer Complaint (AA-SKP-00053296–98) | | √ |
| PX67 | American Customer Complaint (AA-SKP-00053339–41) | | √ |
| PX68 | American Customer Complaint (AA-SKP-00053349–51) | | √ |
| PX69 | American Customer Complaint (AA-SKP-00063900–02) | | √ |
| PX70 | American Customer Complaint (AA-SKP-00064792) | | √ |
| PX71 | Skiplagged Customer Complaint (SKP00001001) | | √ |
| PX72 | Skiplagged Customer Complaint (SKP00001031–32) | | √ |
| PX73 | Skiplagged Customer Complaint (SKP00001090) | | √ |
| PX74 | Skiplagged Customer Complaint (SKP00001105) | | √ |
| PX75 | Skiplagged Customer Complaint (SKP00001141–42) | | √ |
| PX76 | Skiplagged Customer Complaint (SKP00001153–55) | | √ |
| PX77 | Skiplagged Customer Complaint (SKP00001387) | | √ |
| PX78 | Skiplagged Customer Complaint (SKP00001409–10) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX79 | Skiplagged Customer Complaint (SKP00001488–92) | | √ |
| PX80 | Skiplagged Customer Complaint (SKP00002199–200) | | √ |
| PX81 | Skiplagged Customer Complaint (SKP00002223–24) | | √ |
| PX82 | Skiplagged Customer Complaint (SKP00002212) | | √ |
| PX83 | Skiplagged Customer Complaint (SKP00004108-11) | | √ |
| PX84 | Skiplagged Customer Complaint (SKP00004212) | | √ |
| PX85 | Skiplagged Customer Complaint (SKP00004300–01) | | √ |
| PX86 | Skiplagged Customer Complaint (SKP00006578–81) | | √ |
| PX87 | Skiplagged Customer Complaint (SKP00010474–76) | | √ |
| PX88 | Skiplagged Customer Complaint (SKP00011574) | | √ |
| PX89 | Skiplagged Customer Complaint (SKP00012618–20) | | √ |
| PX90 | Skiplagged Customer Complaint (SKP00015624–30) | | √ |
| PX91 | Skiplagged Customer Complaint (SKP00015754) | | √ |
| PX92 | Skiplagged Customer Complaint (SKP00018265–66) | | √ |
| PX93 | Skiplagged Customer Complaint (SKP00018999–9000) | | √ |
| PX94 | Skiplagged Customer Complaint (SKP00019390–91) | | √ |
| PX95 | Skiplagged Customer Complaint (SKP00045443–44) | | √ |
| PX96 | Skiplagged Customer Complaint (SKP00050999–1000) | | √ |
| PX97 | Skiplagged Customer Complaint (SKP00058775–77) | | √ |
| PX98 | Skiplagged Customer Complaint (SKP00060612–14) | | √ |
| PX99 | Skiplagged Customer Complaint (SKP00070018) | | √ |
| PX100 | Skiplagged Customer Complaint (SKP00070901–02) | | √ |
| PX101 | Skiplagged Customer Complaint (SKP00071936–39) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|:---:|:---:|
| PX102 | Skiplagged Customer Complaint (SKP00071991–92) | | √ |
| PX103 | Skiplagged Customer Complaint (SKP00077561–63) | | √ |
| PX104 | Skiplagged Customer Complaint (SKP00079338–42) | | √ |
| PX105 | Skiplagged Customer Complaint (SKP00079796–98) | | √ |
| PX106 | Skiplagged Customer Complaint (SKP00080593–95) | | √ |
| PX107 | Skiplagged Customer Complaint (SKP00084903–06) | | √ |
| PX108 | Skiplagged Customer Complaint (SKP00093654–55) | | √ |
| PX109 | Skiplagged Customer Complaint (SKP00095750–54) | | √ |
| PX110 | Skiplagged Customer Complaint (SKP00102530–32) | | √ |
| PX111 | Skiplagged Customer Complaint (SKP00103741–43) | | √ |
| PX112 | Email chain between D. Gellert, K. Roseberg, A. Brady, P. Vadavia and N. D'Amico dated 10/29/2021 re: OPM Pros \| Gen3 x Skiplagged Questionnaire (SKP00095584–85) | | √ |
| PX113 | Expert Report of David Fuller, including appendices | | √ |
| PX114 | Gen3 Marketing New to Affiliate Questionnaire (SKP00095589–92) | | √ |
| PX115 | Skiplagged Balance Sheet - 2018 (SKIP0000628) | √ | |
| PX116 | Skiplagged Balance Sheet – 2019 (SKIP0000629) | √ | |
| PX117 | Skiplagged Balance Sheet - 2020 (SKIP0000630) | √ | |
| PX118 | Skiplagged Balance Sheet – 2021 (SKIP0000631–32) | √ | |
| PX119 | Skiplagged Balance Sheet – 2022 (SKIP0000633) | √ | |
| PX120 | Skiplagged Balance Sheet – 2023 (SKIP0011226) | √ | |
| PX121 | Skiplagged P&L – 2018 (SKIP0000634) | √ | |
| PX122 | Skiplagged P&L – 2019 (SKIP0000635) | √ | |
| PX123 | Skiplagged P&L – 2020 (SKIP0000636) | √ | |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|-------|-------------|-----------|-----------|
| PX124 | Skiplagged P&L – 2021 (SKIP0000637) | √ | |
| PX125 | Skiplagged P&L – 2022 (SKIP0000638) | √ | |
| PX126 | Skiplagged P&L – 2023 (SKIP0011227) | √ | |
| PX127 | Skiplagged Data (SKP00111228) | √ | |
| PX128 | Email chain dated 11/14/2021 between D. Gellert and R. Chemtob and A. Brady re: Meeting Follow Up (SKP00053764–67) | | √ |
| PX129 | Spreadsheet re: Skiplagged Bookings (SKP00081039) | | √ |
| PX130 | Spreadsheet re: Skiplagged Bookings (SKP00081151) | | √ |
| PX131 | Spreadsheet re: Skiplagged Bookings (SKP00081157) | | √ |
| PX132 | Spreadsheet re: Skiplagged Bookings (SKP00103762) | | √ |
| PX133 | Spreadsheet re: Skiplagged Bookings (SKP00103781) | | √ |
| PX134 | Email chain between D. Gellert and N. Qureshi dated 11/10/2022 re: Destina Payments (SKP00068489–91) | | √ |
| PX135 | Spreadsheet re: Skiplagged Bookings with Destina (SKP00068492) | | √ |
| PX136 | Invoice re: Skiplagged Bookings with Destina (SKP00068494) | | √ |
| PX137 | Email chain between S. Puppala and T. Nahar and A. Zaman dated 10/8/2019 re: Skiplagged Sales Report: August 2019 (SKP00085784–85) | | √ |
| PX138 | Spreadsheet re: September 2019 Skiplagged Bookings with ExploreTrip (SKP00085786) | | √ |
| PX139 | Email chain between S. Puppala and T. Nahar and A. Zaman dated 1/10/2020 re: Skiplagged Sales Report? (SKP00086984–85) | | √ |
| PX140 | Spreadsheet re: December 2019 Skiplagged Bookings with ExploreTrip (SKP00086986) | | √ |
| PX141 | Email chain between S. Puppala and T. Nahar and A. Zaman dated 5/9/2019 re: Skiplagged Sales Report: April 2019 (SKP00103826–27) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX142 | Spreadsheet re: April 2019 Skiplagged Bookings with ExploreTrip (SKP00103828) | | √ |
| PX143 | Spreadsheet re: Skiplagged Bookings with ExploreTrip (SKP00103975) | | √ |
| PX144 | Spreadsheet re: Skiplagged Bookings with ExploreTrip (SKP00103976) | | √ |
| PX145 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 7/5/2022 re: Hop2 route/pricing question (SKP00098397–410) | | √ |
| PX146 | June 2022 Ovago Report (SKP00098411–12) | | √ |
| PX147 | June 2022 Hop2 Report (SKP00098413–17) | | √ |
| PX148 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 8/4/2022 re: Hop2 route/pricing question (SKP00098787–800) | | √ |
| PX149 | July 2022 Ovago Report (SKP00098801–09) | | √ |
| PX150 | July 2022 Hop2 Report (SKP00098810–17) | | √ |
| PX151 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 9/22022 re: Hop2 route/pricing question (SKP00099234–47) | | √ |
| PX152 | August 2022 Ovago Report (SKP00099248–68) | | √ |
| PX153 | August 2022 Hop2 Report (SKP00099269–74) | | √ |
| PX154 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 10/3/2022 re: Hop2 route/pricing question (SKP00099884–98) | | √ |
| PX155 | September 2022 Ovago Report (SKP00099899–908) | | √ |
| PX156 | September 2022 Hop2 Report (SKP00099909–15) | | √ |
| PX157 | Email chain between Tudor, Lance and D. Gellert, Z. Aktarer, and T. Nahar dated 11/22022 re: Hop2 route/pricing question (SKP00100324–39) | | √ |
| PX158 | October 2022 Ovago Report (SKP00100340–50) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX159 | October 2022 Hop2 Report (SKP00100351–57) | | √ |
| PX160 | Email chain between Tudor, Lance, and Z. Aktarer and T. Nahar dated 12/6/2022 re: Hop2 route/pricing question (SKP00100649–64) | | √ |
| PX161 | November 2022 Ovago Report (SKP00100665–74) | | √ |
| PX162 | November 2022 Hop2 Report (SKP00100675–78) | | √ |
| PX163 | Email chain between Tudor, Lance, and D. Gellert, Z. Aktarer, and T. Nahar dated 1/9/2023 re: Hop2 route/pricing question (SKP00100852–67) | | √ |
| PX164 | December 2022 Ovago Report (SKP00100868–74) | | √ |
| PX165 | December 2022 Hop2 Report (SKP00100875–77) | | √ |
| PX166 | Email chain between T. Friesen and D. Gellert dated 6/5/2023 re: Simplified Payment Report – April (SKP00077674) | | √ |
| PX167 | Spreadsheet of Priceline April 2023 Simplified Payment Report (SKP00077675) | | √ |
| PX168 | Email chain between T. Friesen and D. Gellert dated 6/20/2023 re: May Payment Report (SKP00078096) | | √ |
| PX169 | Spreadsheet of Priceline May 2023 Payment Report (SKP00078097) | | √ |
| PX170 | Email chain between L. Paterson and D. Gellert dated 11/2/2022 re: Skiplagged Monthly Supply Partner Report (SKP00067993–94) | | √ |
| PX171 | Spreadsheet of Skyscanner September through October 2022 Report (SKP00067995) | | √ |
| PX172 | Spreadsheet of Skyscanner partner supplier list (SKP00067996) | | √ |
| PX173 | Email chain between M. Docherty and A. Zaman, T. Nahar dated 9/4/2018 re: Skyscanner / Skiplagged : Moving forward…(SKP00081625–31) | | √ |
| PX174 | Spreadsheet of Skiplagged Q1 2018 volumes with Skyscanner (SKP00081632) | | √ |
| PX175 | Spreadsheet of 2022 AA Hidden City Complaints (SKP00081150) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX176 | Spreadsheet of Product and Airline Offerings (SKP00081158) | | √ |
| PX177 | Spreadsheet of 2021 AA Hidden City Complaints (SKP00081180) | | √ |
| PX178 | Spreadsheet of Skiplagged Customer Complaints 2019 (SKP00081216) | | √ |
| PX179 | Fuller Deloitte Spreadsheet (Fuller_001) | | √ |
| PX180 | Fuller Deloitte Spreadsheet (Fuller_002) | | √ |
| PX181 | Fuller Deloitte Spreadsheet (Fuller_003) | | √ |
| PX182 | Fuller Deloitte Spreadsheet (Fuller_004) | | √ |
| PX183 | Fuller Deloitte Spreadsheet (Fuller_005) | | √ |
| PX184 | Fuller Deloitte Spreadsheet (Fuller_006) (Replacement) | | √ |
| PX185 | Fuller Deloitte Spreadsheet (Fuller_007) | | √ |
| PX186 | Fuller Deloitte Spreadsheet (Fuller_008) | | √ |
| PX187 | Fuller Deloitte Spreadsheet (Fuller_009) | | √ |
| PX188 | American Hidden City Busters Deck (AA-SKP-00050225–57) | | √ |
| PX189 | Skiplagged Customer Complaint (SKP0001915) | | √ |
| PX190 | Skiplagged Customer Complaint (SKP0002129–30) | | √ |
| PX191 | Skiplagged Customer Complaint (SKP0002210) | | √ |
| PX192 | Skiplagged Customer Complaint (SKP0002333–34) | | √ |
| PX193 | Skiplagged Customer Complaint (SKP0002418–20) | | √ |
| PX194 | Skiplagged Customer Complaint (SKP0002484–85) | | √ |
| PX195 | Skiplagged Customer Complaint (SKP0002507) | | √ |
| PX196 | Skiplagged Customer Complaint (SKP0002672) | | √ |
| PX197 | Skiplagged Customer Complaint (SKP0004094–95) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX198 | Skiplagged Customer Complaint (SKP0004168) | | √ |
| PX199 | Skiplagged Customer Complaint (SKP0004177–83) | | √ |
| PX200 | Skiplagged Customer Complaint (SKP0004213–15) | | √ |
| PX201 | Skiplagged Customer Complaint (SKP0018414–24) | | √ |
| PX202 | Skiplagged Customer Complaint (SKP0021752–55) | | √ |
| PX203 | Skiplagged Customer Complaint (SKP0024561–64) | | √ |
| PX204 | Skiplagged Customer Complaint (SKP0025670–71) | | √ |
| PX205 | Email chain dated 5/31/2017 between C. Garner, V. Vogel, and N. Geurin re: ADP Withdrawal Request (AA-SKP-00005302–03) | | √ |
| PX206 | Email chain dated 11/1/2017 re: Google will no longer offer its flight price data to other sites (AA-SKP-00005301) | | √ |
| PX207 | Email chain dated 3/6/2018 between J. Creech and N. Geurin re: Skiplagged.com (AA-SKP-00010763–65) | | √ |
| PX208 | Email chain dated 3/8/2018 between T. Jiede, B. Norman, and J. Proctor re: Skiplagged Website (Hidden City Fares) (AA-SKP-00010774–75) | | √ |
| PX209 | Email chain dated 8/24/2018 from D. Goodreau re: Hidden city w/ bag delivery (AA-SKP-00059930–32) | | √ |
| PX210 | Email chain dated 9/5/2018 from S. Srinivasan re: Hidden cities (AA-SKP-00008329–31) | | √ |
| PX211 | Email chain dated 9/6/2018 between D. Goodreau, V. Pilla, and S. Srinivasan re: Hidden City Ticketing (AA-SKP-00059927–29) | | √ |
| PX212 | Email chain dated 1/2/2019 between Kevin Macfarland, Neil Geurin and others re: Skiplagged.com (AA-SKP-00005532–34) | | √ |
| PX213 | Email chain dated 5/29/2019 between Darrin Goodreau, Melissa Leach, Neil Geurin, Tom Jiede and others re: Hidden City (AA-SKP-00005452–56) | | √ |
| PX214 | Email chain dated 5/28/2019 between Javier Barreiro, Anthony Capalbo and others re: Delay AA1111 (AA-SKP-00005460–62) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX215 | Email chain dated 6/24/2019 between Jay Creech, Jay, Tom Jiede, Mariel Ferrara, Neil Geurin, and Darrin Goodreau re: Some questions from ATL (AA-SKP-00005416–19) | | √ |
| PX216 | Email chain dated 12/26/2019 between N. Geurin and M. Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005562–64) | | √ |
| PX217 | Email chain dated 1/2/2020 between Darrin Goodreau, Becky Gross, Emma Mao and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005739–44) | | √ |
| PX218 | Email chain date 1/7/2020 between J. Faith, K. Shetty and AA.com architect team re: Kayak Source (AA-SKP-00005765–70) | | √ |
| PX219 | Email chain dated 7/27/2020 between Jay Creech  and Tazmun Nahar re: American Airlines <> Skiplagged; Calendar invitations from Tazmun Nahar to Jay Creech to meet on Jun 12, 2020 2:30pm - 3pm (CDT) and Jul 28, 2020 3pm - 3:30pm (CDT) (AA-SKP-00060095–99 & AA-SKP-00060080 & AA-SKP-00060082) | | √ |
| PX220 | Email chains dated 10/6/2020 between John Ulrich, Shashank Menon and German Rivera, re: Hidden City query (AA-SKP-00006403–05 & AA-SKP-00012934–41) | | √ |
| PX221 | Email chain dated 2/15/2021 between Shashank Menon, Marcial Lapp and Justin Dun re: Skiplagged (AA-SKP-00005795–98) | | √ |
| PX222 | Email chain dated 2/3/2023 between M. Lapp, S. Chandler, and N. Geurin re: This is interesting (AA-SKP-00005618–19) | | √ |
| PX223 | Email chain dated 7/5/2023 between Shashank Menon, Anmol Sabharwal, Ben Segal, and others re: Purchased on AA.com but not in our Digital Data (Adobe/QM) (AA-SKP-00006597–600) | | √ |
| PX224 | Email chain dated 7/18/2023 between Marcial Lapp, Andrea Koos, Neil Geurin, Thomas Rajan and others re: banning a customer for skip lagging? (AA-SKP-00000294) | | √ |
| PX225 | Skiplagged Slack Chat and attachment (SKP00105924-26) | √ | |
| PX226 | Skiplagged Slack Chat (SKP00092041–43) | √ | |
| PX227 | Skiplagged Slack Chat (SKP00105999–6005) | √ | |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|-------|-------------|:----------:|:---------:|
| PX228 | Skiplagged Slack Chat (SKP00107954–61) | √ | |
| PX229 | Skiplagged Slack Chat (SKP00095889–93) | √ | |
| PX230 | Skiplagged Slack Chat (SKP00105816–21) | √ | |
| PX231 | Skiplagged Slack Chat (SKP00105805–11) | √ | |
| PX232 | Zaman Reddit AMA (AA-SKP-00103565–68) | √ | |
| PX233 | Skiplagged Terms and Conditions (SKIP0000010–11) | | √ |
| PX234 | Skiplagged About and FAQ (SKIP0000072–77) | √ | |
| PX235 | 2014 United and Orbitz Lawsuit (SKIP0000078–112) | √ | |
| PX236 | February 2015 Fareportal C&D (SKIP0000626–27) | √ | |
| PX237 | July 2018 Delta C&D (SKIP0000404–625) | √ | |
| PX238 | June 2021 Southwest 1st C&D (SKIP0000286–301) | √ | |
| PX239 | June 2021 Southwest 2nd C&D (SKIP0000302–12) | √ | |
| PX240 | June 2021 Skiplagged Response to Southwest C&D (SKIP0000313–15) | √ | |
| PX241 | Email chain between S. Tucker, G. Rivera, and R. Villarreal dated 11/8/2021 re: IATA 0564802 restricted (AA-SKP-00000902–05) | | √ |
| PX242 | Email chain between V. Vogel, C. Garner, and N. Geurin dated 5/31/2017 re: ADP Withdrawal Request (AA-SKP-00005304–05) | | √ |
| PX243 | Email chain between G. Rivera, A. Radar, and others at AA dated 8/26/2021 re: Questions about Kiwi.com for the Czech business newspaper (AA-SKP-00010559–65) | | √ |
| PX244 | Teams Chat between S. Menon and A. Sabharwal dated 7/7/2023 (AA-SKP-00013136–38) | | √ |
| PX245 | AA Customer Complaint (AA-SKP-00052654) | | √ |
| PX246 | AA Customer Complaint (AA-SKP-00052881–83) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX247 | AA Customer Complaint (AA-SKP-00052637–38) | | √ |
| PX248 | Skiplagged Customer Complaint (SKP00013049–53) | | √ |
| PX249 | Skiplagged Customer Complaint (SKP00042790–91) | | √ |
| PX250 | Email chain between D. Goodreau, N. Geurin, and L. Banse dated 1/24/2019 re: Skiplagged (AA-SKP-0005506–13) | | √ |
| PX251 | Email chain between T. Jiede, D. Goodreau, and others at AA dated 8/30/2019 re: Security Incident MIA F277 MIA-LAX (AA-SKP-00059850–57) | | √ |
| PX252 | Email chain between T. Jiede, D. Paladini, and other at AA dated 8/25/2019 re: Security Incident MIA F277 MIA-LAX (AA-SKP-00059858–60) | | √ |
| PX253 | American Conditions of Carriage (AA-SKP-00054065-85) | | √ |
| PX254 | American Airlines Attorney Fee Statements[2] | | √ |
| PX255 | Skiplagged's 2nd Amended Objections and Answers to American's 1st Set of Interrogatories, including A. Zaman Verification | | √ |
| PX256 | Skiplagged's 3rd Amended Objections and Answers to American's 1st Set of Interrogatories, including A. Zaman Verification | | √ |
| PX257 | Skiplagged's 4th Amended Answer to Interrogatory 8, including A. Zaman Verification | | √ |
| PX258 | Skiplagged's Objections and Answers to American's 2nd Set of Interrogatories, including A. Zaman Verification | | √ |
| PX259 | Skiplagged's Objections and Answers to American's 3rd Set of Interrogatories, including A. Zaman Verification | | √ |
| PX260 | Skiplagged's Objections and Answers to American's 4th Set of Interrogatories, including A. Zaman Verification | | √ |
| PX261 | Declarations of A. Zaman (Dkt. No. 22 at 4-8 – Skiplagged's Appendix to its Motion to Dismiss) | | √ |

---

[2] Counsel for American and Skiplagged entered into a tentative agreement to handle American's claim for attorneys' fees post-trial. Therefore, these exhibits will not be needed if that agreement is followed.

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX262 | Declarations of A. Zaman (Dkt. No. 48 at 204-12 – Skiplagged's Appendix to its Response to American's 1st Motion to Compel) | | √ |
| PX263 | Declarations of A. Zaman (Dkt. No. 91 at 3-6 – Skiplagged's Appendix to its Response to American's 2nd Motion to Compel | | √ |
| PX264 | Declarations of A. Zaman (Dkt. No. 161 at 38-40 – Skiplagged's Appendix to its Response to American's Motion to Enforce Court's May 1, 2024 Order) | | √ |
| PX265 | Declarations of A. Zaman (Dkt. No. 171 at 6-10 – Skiplagged's Appendix to its Brief in Support of its Motion for Summary Judgment | | √ |
| PX266 | Declarations of A. Zaman (Dkt. No. 183 at 8-12 – Skiplagged's Appendix in Support of its Response to American's Partial Motion for Summary Judgment) | | √ |
| PX267 | Email chain dated 7/12/2023 between Andrea Koos, Scott Chandler, Brandon Norman, Randeep Ramamurthy, Marcial Lapp, and others re: Media inquiries about hidden city ticketing (AA-SKP-00000135) | | √ |
| PX268 | Email chain dated 3/9/2018 between Scott Chandler, Neil Geurin, Tom Jiede, and others re: Skiplagged  (AA-SKP-00010363–64) | | √ |
| PX269 | Email chain dated 11/16/2023 between Scott Chandler and Andrea Koos re: Dallas Morning News inquiry re: skiplagging (AA-SKP-00059771–73) | | √ |
| PX270 | Email chain dated 11/17/2023 between Scott Chandler and Andrea Koos re: Dallas Morning News inquiry re: skiplagging (AA-SKP-00059781–84) | | √ |
| PX271 | Email chain dated 11/17/2023 between Scott Chandler and Andrea Koos re: Dallas Morning News inquiry re: skiplagging (AA-SKP-00059785–88) | | √ |
| PX272 | Email chain dated 11/17/2023 between Andrea Koos, Ronald DeFeo, Caroline Clayton, and others re: DMN unsigned editorial about skiplagging (AA-SKP-00059815) | | √ |
| PX273 | Email chain dated 11/27/2023 between Andrea Koos, Scott Chandler, Caroline Clayton, and others re: DMN unsigned editorial about skiplagging (AA-SKP-00059818–21) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX274 | Email chain dated 1/27/2021 between Scott Chandler and Vasu Raja re: American Airlines Travel News and Information - An update on Booking and Ticketing Practices (AA-SKP-00059823–26) | | √ |
| PX275 | Email chain dated 3/18/2021 between Jayson Hardeman and Scott Chandler re: Hidden City FYI & Question (AA-SKP-00059827) | | √ |
| PX276 | Email chain dated 5/22/2018 between Scott Chandler, Brandon Norman, Tony Yavasile, and others re: YUL and YTO agents short-checking bags (AA-SKP-00059914–15) | | √ |
| PX277 | Email chain dated 5/31/2018 between Scott Chandler and Tony Yavasile re: YUL and YTO agents short-checking bags (AA-SKP-00059916–21) | | √ |
| PX278 | Email chain dated 5/31/2018 between Scott Chandler, Melody Andersen, and Jennifer Proctor re: Baggage (AA-SKP 00059922) | | √ |
| PX279 | AWG Policy Review presentation (AA-SKP-00062172) | | √ |
| PX280 | Fraud, Security, and Integrity Teams PowerPoint (AA-SKP-00064970–77) | | √ |
| PX281 | American Airlines, Inc. Form 10-K Annual Report for Year Ending December 31, 2018 (AA-SKP-00054857–5105) | | √ |
| PX282 | Predicting Hidden City Itineraries dated 10/18/2019 (AA-SKP-00050477–83) | | √ |
| PX283 | 9/13/2019 Hidden Cities (AA-SKP-00050493–99) | | √ |
| PX284 | Email chain dated 83/18/2021 between Scott Chancler and Jayson Hardeman re: Hidden City FYI & Question (AA-SKP-00059822) | | √ |
| PX285 | Email chain dated 5/31/2018 between Scott Chandler and Tony Yavasile re: YUL and YTO agents short-checking bags (AA-SKP-00059916–21) | | √ |
| PX286 | Email chain dated 7/13/2020 between Tazmun Nahar and Jay Creech re: American Airlines<> Skiplagged (AA-SKP-00060085–07) | | √ |
| PX287 | Email chain dated 8/2/2021 between Marcial Lapp and German Rivera re:  WN is suing Skiplagged (AA-SKP-00000377) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|-------|-------------|------------|-----------|
| PX288 | Email chain dated 7/10/2021 between Marcial Lapp and DL_RM_RIDT re: Weekend Review: Southwest Airlines in a Legal Tussle (AA-SKP-00000378–88) | | √ |
| PX289 | Email chain dated 1/28/2021 between Marcial Lapp and Paola Martinez (AA-SKP-00000971–5) | | √ |
| PX290 | Email chain dated 10/15/2018 between Darrin Goodreau and Marcial Lapp re: Scary: United Seriously Threatening Passengers Who Skip Flights - Live and Let's Fly (AA-SKP-00001191) | | √ |
| PX291 | Email chain dated 10/15/2018 between Darrin Goodreau and Marcial Lapp re: Scary: United Seriously Threatening Passengers Who Skip Flights - Live and Let's Fly (AA-SKP-00001192) | | √ |
| PX292 | Email chain dated 10/15/2018 between Darrin Goodreau and Marcial Lapp re: United Seriously Threatening Passengers Who Skip Flights - Live and Let's Fly (AA-SKP-00001204) | | √ |
| PX293 | Email chain dated 3/16/2019 from CF re: Cranky on the Web: Hidden City Ticketing Can Get You in Trouble (AA-SKP-00001210) | | √ |
| PX294 | Email chain dated 10/26/2020 between Marcial Lapp and Justin Dunn re: Skipped Lagged (AA-SKP-00001228) | | √ |
| PX295 | Email chain dated 10/26/2020 between Marcial Lapp and Justin Dunn re: Skipped Lagged (AA-SKP-00001229) | | √ |
| PX296 | Email chain dated 6/24/2020 between Marcial Lapp and Justin Dunn re: RIPA Roadmap with Azure_l.pptx (AA-SKP-00001230) | | √ |
| PX297 | Email chain dated 8/2/2021 between Jayson Hardeman and German Rivera re: Hidden City Party ID (AA-SKP-00001360–62) | | √ |
| PX298 | Email chain dated 1/28/2023 between Marcial Lapp and DL_RMRELT [ re: Revenue Engineering - January 2023 - Priorities (AA-SKP-00001483–86) | | √ |
| PX299 | Email chain dated 7/30/2021 between Marcial Lapp and Chandler Scott re: Hidden City Party ID (AA-SKP-00005134) | | √ |
| PX300 | Email chain dated 4/14/2022 between Scott Chandler and Marcial Lapp re: landline (L4) Update (AA-SKP-00005141–43) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX301 | Email chain dated 12/26/2019 between Marcial Lapp and Neil Geurin re: Customer: Cierra Zacchaeus (AA-SKP-00005560–61) | | √ |
| PX302 | Email chain dated 12/26/2019 between Neil Geurin and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005565-66) | | √ |
| PX303 | Email chain dated 3/1/2019 from CF re: 3 Links I love: Hidden City Ticketing, Mokulele Cuts, California Pacific Tries a Comeback (AA-SKP-00005699) | | √ |
| PX304 | Email chain dated 1/3/2020 between Richard Grantvedt and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005700–05) | | √ |
| PX305 | Email chain dated 1/4/2020 between Marcial Lapp and James Faith re: Kayak Source (AA-SKP-00005706–08) | | √ |
| PX306 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA-SKP-00005713–18) | | √ |
| PX307 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA-SKP-00005745–47) | | √ |
| PX308 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA-SKP-00005748–51) | | √ |
| PX309 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA-SKP-00005752–55) | | √ |
| PX310 | Email chain dated 10/26/2020 between Vasu Raja, Alfred Campbell, Marcial Lapp, and others re: PNR MRCROV (AA-SKP-00005771) | | √ |
| PX311 | Email chain dated 10/27/2020 between Jim Fox, Vasu Raja, Alfred Campbell and Marcial Lapp re: PNR MRCROV (AA-SKP-0005772–03) | | √ |
| PX312 | Email chain dated 8/2/2021 between Marcial Lapp, Meghan Jordan, and Heather Samp re: Hidden City Party ID (AA-SKP-00005780–81) | | √ |

22

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX313 | Email chain dated 2/13/2021 between Marcial Lapp, Justin Dunn, and Shashank Menon re: Skiplagged (AA-SKP-00005807–08) | | √ |
| PX314 | Email chain dated 2/14/2021 between Marcial Lapp, Justin Dunn, and Shashank Menon re: Skiplagged (AA-SKP-00005809–12) | | √ |
| PX315 | Email chain dated 2/3/2023 between Marcial Lapp, Steven Leist, Scott Chandler, Neil Geurin re: This is interesting (AA-SKP-00010324–25) | | √ |
| PX316 | Email chain dated 11/20/2018  between Timothy Lyon and DL_RML T re: Spain courts allowing hidden city on IB (AA-SKP-00010365) | | √ |
| PX317 | Teams Message dated 10/26/2020 between Marcial Lapp and Justin Dunn (AA-SKP 00011615–16) | | √ |
| PX318 | Teams Message dated 10/27/2020 between Marcial Lapp and Justin Dunn (AA-SKP-00011617) | | √ |
| PX319 | Email chain dated 7/26/2022 between Mariana Letelier, Marcial Lapp, and Jerry Foran re: Delta Air Lines I Booking Policy Update (AA-SKP-00012604–09) | | √ |
| PX320 | Email chain dated 11/16/2020 between Justin Dunn, Marcial Lapp, and Susan Michael re: Same GDS rule (AA-SKP-00065144) | | √ |
| PX321 | Email chain dated 7/12/2023 between Andrea Koos, Scott Chandler, Brandon Norman, and others re: Media inquiries about hidden city ticketing (AA-SKP-00000135) | | √ |
| PX322 | Email chain dated 1/27/2021 between Scott Chandler, Marcial Lapp, Justin Dunn re: American Airlines Travel News and Information - An update on Booking and Ticketing Practices (AA-SKP-00000946–49) | | √ |
| PX323 | Email chain dated 4/26/2021 between German Rivera, Jayson Hardeman, and Shashank Menon re: JH_HIDDEN_CTY.xlsx (AA-SKP-00002751–58) | | √ |
| PX324 | Agency Booking & Ticketing Policies (AA-SKP-00005183–95) | | √ |
| PX325 | Email chain dated 6/9/2017 between Neil Geurin and Vineeta Vogel re: QIKFIX-LAST10-357732-09JUN09:14:04-FOR QIK CHK ON SABRE (AA-SKP-00005277–79) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX326 | Policy Update Comparison - Short Checking of Bags vs. Hidden City Violations (AA-SKP-00005522–24) | | √ |
| PX327 | Email chain dated 12/26/2019  between Neil Geurin and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005567) | | √ |
| PX328 | Email chain dated 3/6/2018 between Darrin Goodreau, Brandon Norman, Scott Chandler, and others re: Skiplagged.com (AA-SKP-00010759–60) | | √ |
| PX329 | Email chain dated 3/9/2018 between Neil Geurin and Kevin McFarland re: Skiplagged.com (AA-SKP-00010792–93) | | √ |
| PX330 | Updates from the CBRO dated 10/5/2018 re: Baggage Delivery for Hidden City Fares (AA-SKP-00010975) | | √ |
| PX331 | Email chain dated 1/27/2021 between Scott Chandler and Vasu Raja re: American Airlines Travel News and Information - An update on Booking and Ticketing Practices (AA-SKP-00059823–26) | | √ |
| PX332 | Email chain dated 3/18/2021 between Jayson Hardeman and Scott Chandler re: Hidden City FYI & Question (AA-SKP-00059827) | | √ |
| PX333 | Email chain dated 3/21/2018 between Scott Chandler, Shaibaz Gadhwala, Jay Creech, and others re: Skiplagged.com (AA-SKP-00059835–38) | | √ |
| PX334 | Email chain dated 5/31/2018 between Tony Yavasile and Scott Chandler re: YUL and YTO agents short-checking bags (AA-SKP-00059934–38) | | √ |
| PX335 | Email chain dated 5/2/2018 from AA Customer Relations re: Your Response From American Airlines (AA-SKP-00060125–27) | | √ |
| PX336 | Email chain dated 5/28/2019 between Ryan Conly and John Ulrich, re: Hidden City (AA-SKP-00062150–54) | | √ |
| PX337 | Email chain dated 10/22/2018 between Melody Andersen, Laura Banse, Jennifer Proctor, and others re: Skiplagged (AA-SKP-00062165–71) | | √ |
| PX338 | Fraud, Security, and Integrity Teams PowerPoint (AA-SKP-00064970–77) | | √ |

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER |
|---|---|---|---|
| PX339 | Customer complaint from Rhonda Zingale (AA-SKP-00053218–22) | | √ |
| PX340 | Email chain dated 4/25/2019 between Vincent D and Skiplagged re: Emergency time sensitive for flight (SKP00006416–23) | | √ |
| PX341 | American Airlines Conditions of Carriage as updated 2/4/2020 (AA-SKP-00053445–64) | | √ |
| PX342 | Email chain dated 3/21/2024 between AA Customer Service and Esperanza Cordero re: Complaint (AA-SKP-00052881–83) | | √ |
| PX343 | Email chain dated 4/8/2021 between Sophia Matthews and Skiplagged re: Flight Checkin (AA-SKP-00042790–91) | | √ |
| PX344 | MI:33 LitPak # 230069 Incident ID: 016 MKE-DFW (AA-SKP-00059589–623) | | √ |
| PX345 | Addendum to the Governing Travel Agency Agreements (AA-SKP-00059877–87) | | √ |
| PX346 | Email chain dated 6/10/2020 between Tim Rogers, Jay Creech, and others re: Distribution strategy contact for North America (AA-SKP-00059954–56) | | √ |

American reserves the right to amend, add, or delete portions of this trial exhibit list, including the identification of exhibits that it expects to offer and those that it may offer if the need arises, up to and through trial, to the extent allowed by this Court and the law. Furthermore, American specifically cross-designates all exhibits designated by Skiplagged in its trial exhibit list and in any supplementations. American further reserves the right to make objections and counter-designations to the exhibits identified by Skiplagged in this case.

Dated: August 21, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
State Bar No. 24075853
austin.franklin@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 21, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.