IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| *Defendant.* | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO MOVE TWO DATES IN SCHEDULING ORDER RELATIVE TO PREPARATION OF THE JURY CHARGE

**TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:**

**NOW COMES** SKIPLAGGED, INC., Defendant herein ("SKIPLAGGED"), and files this *Unopposed Motion For Permission to Move Two Dates in Scheduling Order Relative to Preparation of the Jury Charge*. By this *Motion*, Skiplagged requests that the Court allow the parties to move or reschedule two dates concerning preparation of the Jury Charge in this case, as set forth in the Court's *Scheduling Order* [Dkt. 20] signed by the Court on September 27, 2023. The request is made at the behest of Defendant's counsel William L. Kirkman so as to allow him to attend the TCU/Stanford football game scheduled for August 30, 2024, in Palo Alto, California, which is the date the Court set for the parties to meet and discuss the Charge. In connection therewith, Skiplagged would respectfully show the Court as follows:

**I.**

**RELEVANT PROCEDURAL BACKGROUND**

2.01   This case was filed on August 17, 2023.

1

2.02     On September 27, 203, the Court entered its *Scheduling Order* [Dkt. 20] setting certain deadlines by which the parties are to complete certain tasks. Relevant to this *Motion*, certain dates were set forth by which drafts of the Jury Charge would be exchanged between the parties and a meeting would be held between the parties to discuss the Charge. Specifically, the *Order* reads as follows:

> **d. Jury Charge**: <u>Requested jury instructions and questions (annotated)</u>[1] must be filed as set forth below. To minimize time after commencement of the trial in resolving differences in the language to be included in the Court's charge to the jury:
>
> i.     By **August 26, 2024**, counsel for Plaintiff(s) must deliver a copy of its proposed Court's charge to the jury to counsel for Defendant(s).
>
> ii.    By **August 28, 2024**, counsel for Defendant(s) must deliver to counsel for Plaintiff(s): (A) a statement, prepared with specificity, of any objection his client had to any part of the proposed charge that counsel for Plaintiff(s) has delivered under this paragraph; and (B) the text of all additional instructions or questions his client wishes to include in the Court's charge to the jury. Each objection and request must include citations of authorities supporting Defendant(s) objection or request.
>
> iii.   At 10:00 a.m. on **August 30, 2024**, the lead attorneys for the Parties must meet face-to-face at either (A) a mutually agreeable place or (B) at the office of counsel for Plaintiff in Ft. Worth, Texas or within 50 miles of the Ft. Worth Division of the Northern District of Texas to (1) discuss and attempt to resolve any differences between the Parties as to the language to be included in the Court's charge to the jury and (2) identify areas of disagreement that cannot be resolved. Such a meeting must be held for enough time for a meaningful discussion of all areas of disagreement and attempt to accomplish an agreement. Each attorney must cooperate fully in all matters related to such a meeting.

2.03     Trial is set for September 30, 2024.

---

[1] "Annotated" means that <u>each</u> proposed instruction must include citation to statutory or case authority or pattern instructions. It is not enough to submit a proposed instruction without citation to supporting authority.

## II.

### RELIEF REQUESTED DESIGNED NOT TO DISTURB SCHEDULE OR TRIAL SETTING

Defendant requests that the meeting between counsel to discuss the Jury Charge (¶ 8 d. *iii*) be moved from August 30, 2024, to August 28, 2024, at 10:00 a.m. at the offices of Kelly Hart & Hallman so as to allow its lead counsel, William L. Kirkman, to attend and participate, as is required by the Court's *Order*. And, to accomplish that revision, Defendant should be required to provide to Plaintiff's counsel by August 27, 2024, by 2:00 p.m., its statement of any objection to the Charge presented by Plaintiff on August 26, 2024, and the text of any additional instruction or question of the Charge as required by ¶ 8 d. *ii*. Those are the only changes to the *Scheduling Order* requested. All other dates relevant to the submission of the Jury Charge to the Court should remain the same. And, Defendant respectfully submits that these changes do not affect the filing of the Charge for this Court's review.

Plaintiff is unopposed to these proposed changes.

**WHEREFORE, PREMISES CONSIDERED**, Skiplagged prays that the Court grant the referenced requests herein and allow the parties to move or reschedule two dates concerning preparation of the Jury Charge in this case, as set forth in the Court's *Scheduling Order* [Dkt. 20] signed by the Court on September 27, 2023; and for such other relief, at law or in equity, to which Skiplagged may show itself justly entitled.

Respectfully submitted,

By: /s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Aaron Z. Tobin
State Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
State Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
State Bar No. 24098959
acampbell@condontobin.com
CONDON TOBIN SLADEK THORNTON
 NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

Darin M. Klemchuk
State Bar No. 24002418
darin.klemchuk@klemchuk.com
KLEMCHUK LLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

4

## CERTIFICATE OF CONFERENCE

**I HEREBY CERTIFY** that I communicated with Julia G. Wisenberg, one of the attorneys representing Plaintiff, American Airlines, on August 21, 2024, regarding the relief requested herein. Ms. Wisenberg advised that she is not opposed to the relief sought in this *Motion*.

                                              */s/William L. Kirkman*
                                              William L. Kirkman

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record as indicated:

>Messrs. Dee J. Kelly, Jr., Lars L. Berg,
> J. Austin Franklin, and Ms. Julia G. Wisenberg
>Kelly Hart & Hallman LLP
>201 Main Street, Suite 2500
>Fort Worth, Texas 76102
>
>Mr. R. Paul Yetter
>Yetter Coleman LLP
>811 Main Street, Suite 4100
>Houston, Texas 77002
>
>Mr. Cameron M. Nelson
>Greenberg Traurig LLP
>77 West Wacker Drive, Suite 3100
>Chicago, Illinois 60601
>
>Mr. Nathan J. Muyskens
>Greenberg Traurig, LLP
>2101 L Street, N.W., Suite 1000
>Washington, D.C. 20037
>
>Ms. Bina Palnitkar
>Greenberg Traurig LLP
>2200 Ross Avenue, Suite 5200
>Dallas, Texas 75201

Messrs. Aaron Z. Tobin and Kendal B. Reed
 and Ms. Abigail R.S. Campbell
Condon Tobin Sladek Thornton Nerenberg PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231

Mr. Darin M. Klemchuk
Klemchuk LLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206

>*/s/William L. Kirkman*
> William L. Kirkman