UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                          **No. 4:23-cv-00860-P**

**SKIPLAGGED, INC.,**

   Defendant.

# ORDER

Before the Court is Defendant's Unopposed Motion to Extend Scheduling Order Deadlines. ECF No. 209. Having considered the Motion, the Court concludes that it should be and is hereby **GRANTED**. It is **ORDERED** that the meeting between counsel to discuss the Jury Charge is moved from August 30, 2024, to **August 28, 2024, at 10:00 a.m.** at the offices of Kelly Hart & Hallman. Further, Defendant is **ORDERED** to provide Plaintiff's counsel its statement of any objection to the Charge presented by Plaintiff, and the text of any additional instruction or question of the Charge **on or before August 27, 2024, by 2:00 p.m.**

SO **ORDERED** on this **23rd day of August 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE