UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v().                                       No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

Before the Court is Plaintiff's Motion to Exclude Expert Opinions and Testimony of Gary L. Gutzler. ECF No. 211. Having reviewed the Motion, the Court concludes that it would benefit from an expedited response.

The Court therefore **ORDERS** that Defendant shall file a response to the Motion **on or before August 30, 2024**, and Plaintiff's reply shall be filed **on or before September 3, 2024.**

**SO ORDERED** on this **26th day of August 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE