IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

---

**APPENDIX IN SUPPORT OF DEFENDANT SKIPLAGGED, INC.'S BRIEF IN
SUPPORT OF MOTION TO STRIKE AND EXCLUDE PLAINTIFF
AMERICAN AIRLINES, INC.'S EXPERT JERRY WIND**

Defendant Skiplagged, Inc. ("Skiplagged") files this Appendix in Support of Defendant

Skiplagged, Inc.'s Brief in Support of Motion to Strike and Exclude Plaintiff American Airlines,

Inc., Expert Jerry Wind, as follows:

| EXH. NO. | DESCRIPTION | APPX. NO. |
|---|---|---|
| 1 | Dr. Yoram (Jerry) Wind's July 8, 2024, Deposition Transcript excerpts | 0001 - 0017 |
| 2 | Expert Report of Professor Yoram (Jerry) Wind; Dated April 23, 2024 | 0018 - 1938 |

Dated: August 26, 2024                          Respectfully submitted,

                                                */s/ William L. Kirkman*
                                                William L. Kirkman
                                                Texas Bar No. 11518700
                                                Preston B. Sawyer
                                                Texas Bar No. 24102456
                                                **KIRKMAN LAW FIRM, PLLC**
                                                201 Main Street, Suite 1160
                                                Fort Worth, Texas 76102
                                                Telephone: (817) 336-2800
                                                Facsimile: (817) 877-1863
                                                billk@kirkmanlawfirm.com
                                                prestons@kirkmanlawfirm.com


                                                */s/ Abigail R. S. Campbell*
                                                Aaron Z. Tobin
                                                Texas Bar No. 24028045
                                                Kendal B. Reed
                                                Texas Bar No. 24048755
                                                Abigail R.S. Campbell
                                                Texas Bar No. 24098759
                                                **CONDON TOBIN SLADEK THORNTON NERENBERG,
                                                PLLC**
                                                8080 Park Lane, Suite 700
                                                Dallas, Texas 75231
                                                Telephone: (214) 265-3800
                                                Facsimile: (214) 691-6311
                                                atobin@condontobin.com
                                                kreed@condontobin.com
                                                acampbell@condontobin.com


                                                */s/ Darin M. Klemchuk*
                                                Darin M. Klemchuk
                                                Texas Bar No. 24002418
                                                **KLEMCHUK PLLC**
                                                8150 North Central Expressway, 10th Floor
                                                Dallas, Texas 75206
                                                Telephone: (214) 367-6000
                                                Facsimile: (214) 367-6001
                                                Darin.klemchuk@klemchuk.com


                                                ***Attorneys for Defendant, Skiplagged, Inc.***

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified that on August 26, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/  Abigail R. S. Campbell*
ABIGAIL R.S. CAMPBELL

# EXHIBIT 1

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF TEXAS

3                     FORT WORTH DIVISION

4                          - - -

5   AMERICAN AIRLINES, INC.,      :

         Plaintiff,             :

6            -vs.-              :

    SKIPLAGGED, INC.,            : CIVIL ACTION NO:

7        Defendant.             : 4:23-cv-00860-P

8                          - - -

9                    Monday, July 8, 2024

10                         - - -

11              In-person oral deposition of DR. YORAM

12   (JERRY) WIND, taken pursuant to notice, was held at

13   the Law Offices of Greenberg & Traurig, LLP, 1717 Arch

14   Street, Suite 400, Philadelphia, Pennsylvana 19103, at

15   9:30 a.m., on the above date, before Lisa DePascale, a

16   Court Reporter and Notary Public of the Commonwealth

17   of Pennsylvania and Delaware.

18

19

20

21

22

23                      VERITEXT

               888.777.6690 / 215.214.1000

24              Calendar-pa@veritext.com

                                         Page 1

```
 1    background contained in this paragraph?

 2    A.      From counsel.

 3    Q.      So that's what you were told by counsel?

 4    A.      Yes.

 5    Q.      At Greenberg?

 6    A.      Yes.

 7    Q.      Do you recall who told you that?

 8    A.      I think Cameron.  I'm not sure.

 9    Q.      Okay.  Did you do anything to verify the

10    information that you were told contained in paragraph

11    one, the background on American?

12                    MR. NELSON:  Objection;

13            mischaracterizes.

14                    THE WITNESS:  No.

15    BY MR. REED:

16    Q.      Okay.  So you can offer no testimony as to what

17    American has done, for instance, to protect its flag

18    fair schedule and inventory data, can you?

19    A.      No, I can't.

20    Q.      You don't have any knowledge as to what

21    American has done to trademark its name and flight

22    symbol, do you?

23    A.      Correct.

24    Q.      You don't have any knowledge, other than what
```

Page 52

1   you were told by counsel, as to measures American has

2   taken to ensure only its authorized agents are

3   permitted to act on its behalf?

4   A.      Correct.

5   Q.      The next paragraph you began talking about

6   Skiplagged, correct?

7   A.      Yes.

8   Q.      And this background on Skiplagged, where did

9   you obtain this information?

10  A.      Let me review the paragraph.

11              (Reviewing document.)

12              I think it says in the first paragraph,

13  having reviewed the complaint and various screenshots

14  of American and Skiplagged's websites.

15              So I'm not sure what else are you

16  asking me about.

17  Q.      Well, I'm asking what you did to investigate or

18  get this information contained in your background.  So

19  one, you looked at the Skiplagged Website?

20  A.      Correct.

21  Q.      Okay.  Do you recall when you viewed it?

22  A.      A few times.  First, I read the complaint and

23  then probably subsequent to this once or twice.

24  Q.      So you believe you've viewed the website once

Page 53

1    Q.      You were told by counsel that that was a

2    violation of those contracts and you believed it and

3    assumed it, right?

4    A.      Right.

5    Q.      But you have no independent knowledge of

6    whether other agents of American sharing data on

7    American flights is a violation of their contract, do

8    you?

9    A.      I don't.

10   Q.      You go on to say that "Skiplagged developed

11   computer programs to obtain this information from

12   American's website."

13                   That's something that you were told by

14   counsel?

15   A.      Everything in this section by background I was

16   told by counsel.

17   Q.      Okay.  And you did nothing to verify whether

18   Skiplagged has a computer program to obtain

19   information from American's website, did you?

20   A.      Correct.  Because I say no need to verify

21   anything that counsel told me.

22   Q.      You assumed it was correct?

23   A.      Correct.

24   Q.      You go on to say "Skiplagged.com allows users

Page 56

1    A.    Correct.

2    Q.    Okay.  And that is reflected in what you were

3    trying to evaluate in the previous paragraph, right?

4    A.    Correct.

5    Q.    Prior to or in the process of designing your

6    experiments, did you consult any treatises, scholarly

7    article, any other authorities to aid in your design?

8    A.    No.  The same answer as I gave you with respect

9    to the time period for respondents.  I've done

10   thousands of studies.  I've taught marketing research.

11   I don't have to go and look for, you know, help from

12   books on the topic.  I wrote the books on the topic.

13   Q.    Okay.  What are the requirements for designing

14   a consumer experiment?

15   A.    As I said, I conducted thousands of studies,

16   evaluated tens of thousands of studies.  I know how to

17   design studies.  That's a straightforward study to

18   assess confusion and to determine if there is any

19   deception or not.

20   Q.    I understand you've done it for quite some

21   time.  My question is a little different.

22          As part of your experience, is there

23   any requirements when you're designing a consumer

24   experiment?

Veritext Legal Solutions
800-336-4000

1    ask a similar question.  They may be dumb.  They may

2    be brilliant.  Probably in the dumb area, I bet.

3                    All right.  Earlier you said just a

4    minute ago that you chose Expedia as the control

5    group?

6    A.    Correct.

7    Q.    Okay.  Now, you chose Expedia because why?

8    A.    Because Expedia is a legitimate authorized

9    agent of American Airlines.

10   Q.    And how did you know that?

11   A.    From counsel.

12   Q.    Okay.  So you were told Expedia was an

13   authorized agent?

14   A.    Correct.

15   Q.    Were you given a selection of authorized agents

16   to choose from?

17   A.    I asked about Expedia.  I was looking for a

18   control group that would be a legitimate authorized

19   agent that most people use.  I was familiar with

20   Expedia and I asked for verification of authorized

21   agent, and when I was told that yes, I decided to use

22   them as a control.

23   Q.    Did you consider any others for the control

24   group?

Page 96

1    A.    I don't recall.  I'm sure I did at the time.  I

2    don't recall what they were.  I was thinking about

3    trying to look for the best example for this.  And I

4    thought Expedia would be the one.  And then I checked

5    and I found out that they are, and I used them in the

6    control.

7    Q.    What criteria did you use to find them as the

8    best example?

9    A.    Well-know, market share.

10   Q.    And why did they need to be well-known?

11   A.    Because we wanted something that people are

12   familiar with.  They are not going to select some

13   unknown control.  I wanted a clear marker which would

14   allow me to compare the Skiplagged responses to and I

15   wanted unambiguously recognized travel agent.

16   Q.    Okay.  And what kind of market share was your

17   criteria?

18   A.    I don't recall.

19   Q.    You didn't have a certain percentage or?

20   A.    I don't recall.

21   Q.    Now, on page 9, kind of before that section on

22   universe and sample.  You have that paragraph that

23   starts, "Expedia was chosen."

24   A.    Yeah.

Page 97

```
 1    Q.     Are you with me?

 2    A.     Yes.

 3    Q.     All right.  You said the next sentence, you

 4    say, "The interpretation of the difference between the

 5    test and control groups is that the closer the results

 6    for Skiplagged are to those of Expedia, the greater

 7    the perceived confusion and deception."

 8                  Did I read that correctly?

 9    A.     Correct.

10    Q.     Okay.  So those people like me, without a

11    Ph.D., does that mean that more the consumer thinks

12    Skiplagged is like Expedia, the more confused they

13    are?

14    A.     Yes.

15    Q.     Because Expedia is an authorized agent and

16    Skiplagged is not?

17    A.     Yes.

18    Q.     Okay.

19    A.     On the question -- with respect to this

20    dimension.  It all depends on the specific question.

21    So a confusion would be, let's go and be complete.

22                  (Reviewing document.)

23                  So in the questions I read you before,

24    question 7A, would you believe the relationship
```

Page 98

1    agent?

2    A.      Correct.

3    Q.      Okay.  So the Expedia people weren't asked

4    about Skiplagged, were they?

5    A.      Correct.

6    Q.      Okay.

7    A.      They were shown -- everything goes back to the

8    stimuli.  So the Skiplagged ticket people, the first

9    column, so the stimuli, which was the Skiplagged

10   website, basically the screenshot from the Skiplagged

11   screenshot, the people in the Expedia saw the

12   screenshots of the Expedia corresponding information,

13   and so in the other one.  And all of these stimuli are

14   included in Appendix C2, and also as part of C4, which

15   are the screenshot of the program questionnaire.

16   Q.      Okay.  And so you're saying that because

17   43 percent is similar to 56 percent, then there was

18   confusion?

19               MR. NELSON:  Objection;

20         mischaracterizes.

21               THE WITNESS:  Yeah.  Fundamentally, as

22         a laymen person, yes.  That basically you would

23         expect -- the truth is, we know the truth, they

24         are not recognized as the authorized agent.  So

                                      Page 101

1          the correct answer would have been zero.

2    BY MR. REED:

3    Q.     Okay.

4    A.     Instead we find that 43 percent of the people

5    are confused.  So to me the fact, what I need to

6    decide is 43 confused or not.  So the benchmark to

7    compare it to, the control, which is 56 percent, and

8    saying it's pretty similar to this, and, therefore, I

9    can conclude, quite conclusively, plus the other

10   evidence I have.  Because we're not relying on this

11   one question.  That they basically, the Skiplagged

12   website, deceives consumers to believe that they are

13   associated with American.

14   Q.     Okay.  Now, the Expedia one, we're assuming

15   that Expedia is an authorized agent of the airline.

16   How do you account for 43, 44 percent of those people

17   being wrong?

18   A.     They don't know.  They don't know.  They're

19   wrong.  There is no way of accounting for those.  We

20   know the answer.  We know that 14.2 percent of them

21   knew they are not authorized agent, which is wrong in

22   their case.  We know that 15.5 percent say there is

23   some other relationship between them and 14 percent

24   said don't stop.  These are the responses.

Page 102

```
 1                        CERTIFICATE

 2

 3            I HEREBY CERTIFY that the witness was duly

 4     sworn by me and that the deposition is a true record

 5     of the testimony given by the witness.

 6                 It was requested before completion of the

 7     deposition that the witness, DR. YORAM (JERRY) WIND,

 8     have the opportunity to read and sign the deposition

 9     transcript.

10

11
```

*Lisa A. DePascale*

```
12     LISA DEPASCALE

       Court Reporter and Notary Public for the

13     Commonwealth of Pennsylvania and Delaware

       Dated: July, 8 2024

14

15

16

17                 (The foregoing certification of this

18     transcript does not apply to any reproduction of the

19     same by any means, unless under the direct control

20     and/or supervision of the certifying reporter.)

21

22

23

24

                                              Page 261
```

APPX. 0012

**ERRATA SHEET**

**Deposition of Dr. Yoram (Jerry) Wind**
Deposition Date: 7/8/2024
Job No. TX6782840

| Page | Line | Original Text | Change | Reason |
|------|------|---------------|--------|--------|
| 56 | 20 | say | saw | Transcription error |
| 62 | 24 | internet | website | Correction |
| 64 | 15-16 | or early as much as | and | Transcription error; correction |
| 64 | 18 | type pattern | type of pattern | Grammatical error |
| 67 | 17 | That's | This was | Correction/clarification |
| 68 | 3 | address … requirement | addresses … requirements | Grammatical error |
| 71 | 13 | test control each | test and control for each | Grammatical error |
| 72 | 1 | of | [DELETE] | Transcription error |
| 73 | 4 | …, include | …, which includes | Correction/Grammatical error |
| 73 | 15 | ran | run | Grammatical error |
| 76 | 8 | the ticket | tickets | Grammatical error |
| 81 | 16 | that | [DELETE] | Transcription error |
| 81 | 20 | correct | honest | Correction/clarification |
| 82 | 4 | and responding | when responding | Transcription error |
| 82 | 13 | response | responses | Grammatical error |
| 84 | 9 | one | ones | Grammatical error |
| 85 | 19-20 | wouldn't my | wouldn't waste my | Transcription error |
| 87 | 8 | at | in | Grammatical error |
| 89 | 24 | response | questions | Correction/clarification |
| 90 | 3 | response | questions | Correction/clarification |
| 90 | 14 | gives it the | gives the | Grammatical error |
| 91 | 6 | getting larger | getting a larger | Transcription error |
| 92 | 8 | that | because | Grammatical error |
| 93 | 17 | seeing code end | using closed-end | Transcription error |
| 97 | 9 | Well-know | Well-known | Transcription error |
| 99 | 20 | its authorized | it's an authorized | Transcription error |
| 99 | 21 | knew | respondents said | Clarification |
| 100 | 2 | they are | that Skiplagged is an | Clarification |
| 101 | 9 | so | saw | Transcription error |
| 102 | 21 | knew | said | Clarification |
| 102 | 24 | stop | know | Correction |
| 105 | 24 | confusing | confusion | Transcription error |
| 106 | 4 | provide | get | Correction/clarification |
| 106 | 5 | to get results | from an airline | Correction/clarification |
| 107 | 3 | looking | look | Grammatical error |
| 108 | 5 | getting | get | Grammatical error |

| 109 | 9 | the | that | Transcription error |
|-----|-----|-----|-----|-----|
| 113 | 10 | a | [DELETE] | Transcription error |
| 114 | 8 | booking | bookings | Transcription error |
| 124 | 15 | ? | . | Transcription error |
| 125 | 12 | validating | to validate | Grammatical error |
| 131 | 9 | of | [DELETE] | Grammatical error |
| 134 | 23 | and | in | Transcription error |
| 135 | 6 | respond to | responding to | Grammatical error |
| 135 | 7 | respond to | responding to | Grammatical error |
| 135 | 13 | screenshot | screenshots | Grammatical error |
| 135 | 16 | replicate | replicated | Transcription error |
| 138 | 12 | representatives | representative | Transcription error |
| 138 | 21 | items opposed | items as opposed | Transcription error |
| 140 | 16-17 | have everything | have asked everything | Clarification |
| 143 | 22 | answers test | answers to the test | Clarification |
| 143 | 23 | are | is | Grammatical error |
| 144 | 1 | reflect | reflects | Grammatical error |
| 144 | 16-17 | that's respond | those are responses | Transcription or grammatical error |
| 145 | 5 | based | [DELETE] | Transcription or grammatical error |
| 148 | 3 | apparently. | apparently, | Transcription error |
| 148 | 12 | this a neutral and this is positive | this as neutral and this as positive | Transcription or grammatical error |
| 149 | 10-12 | is reflecting on the Skiplagged, for example, offering | is: reflecting on the Skiplagged offering, for example, and | Correction/clarification |
| 159 | 11 | reflect | reflects | Grammatical error |
| 159 | 12 | Airline | Airline's | Grammatical error |
| 161 | 4 | is | as | Transcription error |
| 161 | 10 | confusion about | confusion of about | Grammatical error |
| 161 | 17 | confusion about | confusion of about | Grammatical error |
| 162 | 4 | respond | responses | Grammatical error |
| 163 | 4 | basically that the | basically the | Transcription error |
| 163 | 5 | site | test buys | Correction/clarification |
| 165 | 23-24 | associates connected with airline based on opening response to all questions. | "associated or connected with airline based on open-ended responses to all questions." | Correction/clarification |
| 165 | 24 | Associated and connected | "Associated or connected | Correction/clarification |
| 166 | 1 | with American Airlines based on question 1. | with airline based on question 1." | Correction/clarification |
| 166 | 4 | question we asked or associate connected | questions we asked on associated or connected | Correction/clarification |

| 166 | 5 | The question 4 and 6 the | Then questions 4 and 6, on | Correction/clarification |
|---|---|---|---|---|
| 166 | 6 | and finalization | or authorization | Transcription error |
| 167 | 16 | , | [DELETE] | Transcription error |
| 176 | 18 | respondent | respondents | Grammatical error |
| 177 | 3 | associate and connected | "associated or connected" | Correction/clarification |
| 177 | 4 | question 1 to 6, is the question | questions 1 to 6, which are the questions | Correction/clarification; grammatical error |
| 177 | 5 | socially connected with the | associated or connected, or | Transcription error |
| 184 | 8 | it screaming | it is screaming | Transcription error |
| 185 | 3 | rates | RAVES | Transcription error |
| 188 | 9 | it's always strengthen | it always strengthens | Grammatical error |
| 196 | 23 | complaint | complaints | Grammatical error |
| 196 | 24 | listening | looking | Correction/clarification |
| 197 | 1 | complaint | complaints | Grammatical error |
| 197 | 16 | complaint | complaints | Grammatical error |
| 199 | 19-20 | a consumer complain | consumers complained | Grammatical error |
| 201 | 5 | way | ways | Transcription error |
| 201 | 7 | test | tests | Transcription error |
| 207 | 20 | undo, to | [DELETE] | Transcription error |
| 208 | 5 | votes | bots | Transcription error |
| 208 | 19 | dies | lies | Transcription error |
| 209 | 8 | edit | do it | Transcription error |
| 210 | 22 | will | were to | Grammatical error |
| 217 | 19 | question | questions | Grammatical error |
| 217 | 23 | respondent | respondents | Grammatical error |
| 218 | 4 | Expedia | Skiplagged | Correction/clarification |
| 220 | 4 | those saw that | those who saw the | Transcription or grammatical error |
| 226 | 5 | definition | definitions | Grammatical error |
| 226 | 6 | also definition | also about the definition | Grammatical error |
| 226 | 7 | complaint | complaints | Grammatical error |
| 226 | 12 | a | [DELETE] | Transcription error |
| 226 | 14 | exhibit | exhibits | Grammatical error |
| 226 | 15 | complaint | complaints | Grammatical error |
| 227 | 1 | buying American Airlines through | buying an American Airlines ticket through | Correction/clarification |
| 227 | 18 | respondent | respondents | Grammatical error |
| 229 | 21 | interpret | interprets | Grammatical error |
| 212 | 9 | preferred | referred to | Transcription error |
| 234 | 2 | received | perceived | Transcription error |
| 234 | 6 | , slightly even | perceived | Transcription error |
| 234 | 14 | risk management | risks mentioned | Transcription error |

**APPX. 0015**

| 235 | 5 | respond | responses | Transcription or grammatical error |
|---|---|---|---|---|
| 242 | 5 | complaint | complaints | Grammatical error |
| 244 | 3 | complaint | complaints | Grammatical error |
| 246 | 24 | the | the perceived | Correction/clarification |
| 247 | 1 | was | with | Transcription error |
| 247 | 7 | loose | lose | Transcription error |
| 247 | 11 | have | [DELETE] | Transcription error |
| 247 | 16 | respondents | responses | Transcription error |
| 248 | 21 | complaint | complaints | Grammatical error |
| 248 | 22 | they | that | Transcription error |
| 251 | 5 | hurts | harms | Correction/clarification |
| 251 | 6 | consumers being | consumers are being | Grammatical error |
| 257 | 22-23 | Skiplagged and | Skiplagged website and | Correction/clarification |

1

2                    ACKNOWLEDGMENT OF DEPONENT

3

4          I, DR. YORAM (JERRY) WIND, do hereby certify

5     that I have read the foregoing pages, 1-263, and that

6     the same is a correct transcription of the answers

7     given by me to the questions therein propounded,

8     except for the corrections or changes in form or

9     substance, if any, noted in the attached Errata Sheet.

10

11        *Yoram Wind*                      August 14th, 2024

      _____        _____

12

      DR. YORAM (JERRY) WIND          DATE

13

14

15

16

      Subscribed and sworn

17    To before me this

      __14th__ day of __August_____, 2024

18

      My commission expires:__June 27, 2027__

19

      *Elizabeth Collazo*

20    _____

      Notary Public

21                    ╔═══════════════════════════╗
                      ║        ELIZABETH COLLAZO        ║
22                    ║  Notary Public - State of Florida  ║
                      ║      Commission # HH 405956     ║
23                    ║   My Comm. Expires Jun 27, 2027   ║
                      ╚═══════════════════════════╝
24

                                         Page 264

NotaryCam Doc ID: a58d1ab7-8923-464d-b7e8-b742ad2eef4b

APPX. 0017

# EXHIBIT 2

*Dr. Yoram (Jerry) Wind*
*President, Wind Associates*
*1834 Delancey Place*
*Philadelphia, PA 19103*
*Tel: (610) 642-2120*
*E-Mail: windj@wharton.upenn.edu*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00860-P** |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## EXPERT REPORT OF PROFESSOR YORAM (JERRY) WIND

## **TABLE OF CONTENTS**

I.   BACKGROUND AND OBJECTIVES ............................................................................... 3

II.  QUALIFICATIONS ....................................................................................................... 5

III. SUMMARY OF OPINION ............................................................................................ 7

IV. METHODOLOGY ........................................................................................................ 8

   A.   The Voice of the Consumer – The Consumer Experiments............................................. 8

       1.  The Research Design .................................................................................... 8

       2.  Universe and Sample ................................................................................... 9

       3.  The Stimuli................................................................................................ 10

       4.  The Questionnaire ..................................................................................... 11

       5.  Data Collection and Quality Control.......................................................... 27

       6.  Analysis .................................................................................................... 28

   B.   Validating the consumer experiments with other data and relevant marketing and consumer behavior theories and findings ........................................................................... 28

      Consumer complaints to AA about Skiplagged re confusion and perceived deception. ............... 28

      Consumer complaints to Skiplagged re confusion and perceived deception. ................................ 29

      The sampled data, when projected to the universe of complaints to the nearest thousand, suggests approximately 11,000 of the complaints reflect deception and/or confusion. ................................. 30

      Consumer posts on social networks illustrating confusion and deception........................................ 30

      Consumer behavior and advertising theories and findings that support the validity of our empirical findings. .................................................................................................................. 30

V.  FINDINGS ................................................................................................................... 31

   A.   The results of the consumer experiments are presented in the five sections corresponding to the five key areas of interest addressed by the experiments. .............................................. 31

       1.  Consumers' awareness and usage of Skiplagged (vs. Expedia) ................... 31

       2.  Consumers' perceptions of Skiplagged (vs. Expedia) ................................ 31

       3.  Consumers' beliefs re Skiplagged' s (Expedia) association with AA.......................................... 37

       4.  Consumers' belief re Skiplagged's deceptive messages and offers (vs. Expedia)...................... 42

       5.  Consumers' reactions to knowing the facts about the AA offer and the actual risks of the Hidden city offer. ................................................................................................................. 52

   B.   Other Data supporting the Experimental Findings......................................................... 58

       1.  Illustrative actual confusion and perceived deception in consumer complaints to AA .............. 58

       2.  Illustrative actual confusion and perceived deception in consumer complaints to Skiplagged ... 61

       3.  Illustrative actual confusion and perceived deception in consumer posts on social media.......... 67

       4.  Consumer behavior and advertising and marketing theories and findings that support the validity of our empirical findings. ...................................................................................... 85

VI. CONCLUSION.............................................................................................................. 87

**APPX. 0020**

## **APPENDICES**

**Appendix A:** Biography, Resume, Publications List, and Cases in Which Dr. Wind has Testified in Previous 4 Years

**Appendix B:** Materials Relied Upon

**Appendix C:** The Consumer Experiments

**C-1.**   The Panel

**C-2.**   The Stimuli

**C-3.**   Formatted Questionnaire

**C-4.**   Screenshots of the programmed questionnaire

**C-5.**   Screening Results

**C-6.**   Computer Tabulations

**C-7.**   Verbatim Responses

**C-8.**   The Data

**C-9.**   Data Listing

I.   **BACKGROUND AND OBJECTIVES**

A.   **Background**

For decades, American Airlines, Inc. ("American" or "AA") has been using its federally registered trade name and trademark "American Airlines" and its registered flight symbol design (collectively, the "American Marks") to promote its products and services throughout the world. American carefully protects its flight, fare, schedule, and inventory data and content by providing this information only to its authorized agents, and by taking measures to ensure that only authorized agents of American are permitted to act on its behalf, to use and display its protected Marks, data, and content, and to issue tickets to passengers on American flights.

Skiplagged, Inc. ("Skiplagged") owns and operates the website Skiplagged.com. Skiplagged is not an authorized agent of American. Instead, Skiplagged obtains data on American flights by obtaining data from other agents of American (in apparent violation of their contracts with American), and/or by developing computer programs to obtain this information from American's website. Skiplagged.com allows users to search for, identify, and purchase and book American flights directly on Skiplagged.com. In doing so, Skiplagged uses and displays on its website American's Marks and American's fare, schedule, inventory, ticketing, and flight data. Skiplagged does not inform users that it is not authorized to issue tickets to passengers on American's behalf. Because it is not an agent, Skiplagged is not authorized to use American's marks, data or content to market, display or sell American tickets or services.

On August 17, 2023, American filed a lawsuit against Skiplagged, asserting, among other claims, trademark infringement and false designation of origin/unfair competition. American seeks an injunction to enjoin Skiplagged from, among other things, continuing its infringing use of American's Marks; publishing American's flight/fare content on Skiplagged's website; selling or

3

re-selling American flights, fares, or other products; holding itself out as an authorized agent of American or continuing to act in an agency capacity for American; or displaying or otherwise using the American Marks for commercial gain.

Having reviewed the complaint and various screenshots of American's and Skiplagged's websites, I designed multiple consumer survey experiments to evaluate (1) the likelihood and degree of confusion among consumers as to Skiplagged's affiliation, connection, or association with American and/or as to American's sponsorship, approval, or authorization of Skiplagged's services in offering and facilitating the sale of American flights; and (2) the degree of consumer deception associated with Skiplagged's offerings. As explained below and based on my analysis of the results of these consumer surveys, I have concluded with a reasonable degree of expert certainty that Skiplagged's activities (1) have generated confusion in the marketplace regarding Skiplagged's affiliation, connection, or association with American and American's sponsorship, approval, or authorization of Skiplagged's services, and (2) deceive consumers about the risks associated with its products/services.

**B.    Objectives**

I was retained by Greenberg Traurig, LLP, and Kelly Hart & Hallman, LLP, counsel for American, to assess whether, and to what extent, Skiplagged's published content and offerings on Skiplagged.com relating to American flights has generated confusion and deception in the marketplace, including as it relates to Skiplagged's perceived association with and/or authorization or sponsorship from American. To accomplish this objective, I considered whether Skiplagged's uses of the American Marks and data were likely to cause, or have caused, confusion amongst consumers who have booked airline tickets using a third party website in the past year, or who plan to do so in the coming year.

4

The purpose of these experiments was to determine, respectively, whether participants: (A) exhibited confusion about whether Skiplagged is an authorized agent of American; (B) exhibited other confusion about the relationship between Skiplagged and American; (C) exhibited confusion or deception about the fees and total cost charged by Skiplagged; and (D) exhibited confusion about the risks involved in buying "hidden city" tickets from Skiplagged.

## II.   QUALIFICATIONS

I am the Lauder Professor Emeritus and Professor of Marketing at the Wharton School of the University of Pennsylvania. I joined the Wharton staff in 1967, upon receipt of my doctorate from Stanford University. I took Emeritus status in July 2017. I am also the President of Wind Associates Inc, A marketing and business consulting firm.

Publications: I have been a regular contributor to the marketing field, including 30 books and more than 300 papers, articles, and monographs. My books and articles, which are frequently cited by other authors, encompass marketing strategy, marketing research, new product and market development, consumer behavior, organizational buying behavior, advertising, and global marketing strategy.

Editorships: I have served as Editor-In-Chief of the Journal of Marketing, as a guest editor of the major marketing journals, and on the policy boards of the Journal of Consumer Research and Marketing Science. I have been on the editorial boards of the major marketing journals. I founded Wharton School Publishing and served as its first editor from 2003 to 2008. Currently, I server as guest editor of a special issue of Management Business Review (MBR) on AI for Customer Engagement.

Teaching, Research, and Consulting: Since 1967, I have taught MBA, Ph.D., and executive development courses on a wide range of marketing topics. I am currently developing a Coursera course on Creativity (for all ages and professions). I was the founding Director of the Wharton

think tank – The SEI Center for Advanced Studies in Management and directed it from 1988 to 2018. I have consulted extensively for Fortune 500 firms on marketing issues and marketing-driven business strategy. I am a trustee of Philadelphia Museum of Art, Curtis Institute of Music and Grounds for Sculpture. I am also an advisor for startups and non-profit organizations. In my teaching, research, consulting, editorial, and university positions, I have designed, conducted, and evaluated thousands of marketing and consumer research studies, including for use by businesses.

Awards: I have received numerous awards for my work, including the four major marketing awards—The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996), and MIT's Buck Weaver Award (2007)—and received the first Faculty Impact Award by Wharton Alumni (1993). I was elected to the Attitude Research Hall of Fame in 1984 and have also been honored with research awards, including two Alpha Kappa Psi Foundation awards. In 2001, I was selected as one of the ten grand Auteurs in Marketing, and in 2003 I received the Elsevier Science Distinguished Scholar Award of the Society for Marketing Advances. In 2010, I was selected as one of the Ten Legends of Marketing and Sage Publication published eight volumes of my writings. In 2017, I was one of four people inducted into the Marketing Hall of Fame, an honor awarded annually to individuals who have made an outstanding contribution to the marketing profession. In 2021, I received an Honorary Doctorate from Reichman University (Israel), a university I co-founded in 1994. More recently (2023) I received the International Marketing Trend Conference Award.

Expert Witness Experience: I have conducted and evaluated marketing and consumer research for use in litigation, have been qualified as a marketing and survey research expert in court proceedings, and have testified at deposition and trial in federal courts.

Relevant Qualifications for this Case: Academic and Industry expert Re marketing, marketing strategy, consumer behavior, marketing research, and advertising.

Attached as **Appendix A** to this Report is a copy of my brief biography, my full resume, a list of my publications, and a list of cases in which I testified since 2018.

Compensation: My compensation is at my regular consulting rate of $1200 per hour and is not contingent on my opinions or the outcome of this litigation.

## III.    **SUMMARY OF OPINION**

My expert opinion is that Skiplagged's hidden city and non-hidden city ticket offerings have the following negative impact on consumers:

    a. Skiplagged confuses consumers into believing that Skiplagged is associated with or authorized by American (either as an authorized travel agent for American or as having some other direct relationship with American);

    b. Skiplagged deceives consumers into believing that purchasing a regular, non-hidden city ticket on Skiplagged.com is cheaper than purchasing the same flight(s) from American directly; and

    c. Skiplagged deceives consumers of hidden city tickets by not effectively disclosing to them all of the serious risks and/or consequences imposed by airlines in connection with hidden city tickets.

My conclusions are based on the following:

    1. Two consumer experiments in which test groups saw a Skiplagged.com web site offering for either a hidden city flight or non-hidden city ticket. Two control groups saw a corresponding ticket offered on Expedia.com.

        • The findings of these experiments showed significant levels of confusion and deception among consumers.

    2. Four independent sets of data, all of which validate the findings of the consumer experiments. These included:

        a. Actual complaints to AA;
        b. Actual complaints to Skiplagged;
        c. Analysis of consumer conversations on social networks; and
        d. Insights from consumer behavior and advertising and marketing theories and findings.

7

IV.     **METHODOLOGY**

To determine if Skiplagged's practices lead consumers to (a) perceive that they are an authorized agent of (or have other association with) American Airlines and (b) be deceived, I designed and implemented two consumer experiments and validated them against marketing and consumer behavior theories and findings.

A.     **The Voice of the Consumer – The Consumer Experiments**

Because Skiplagged has two different airfare offerings—regular flight tickets and "hidden city" tickets—I designed two related experiments, one for each type of offering. The experiments also were designed to test the validity of the two major questions – namely, whether consumers (a) perceive Skiplagged as an authorized agent of American or having some other association with American, and (b) are deceived by Skiplagged's advertising messages and offerings.

Regarding question (b), this included two conditions:

(i)     For the regular (non-hidden city) tickets: Skiplagged's claim of providing the "cheapest regular flights;" and

(ii)     For the hidden city tickets: the adequacy of Skiplagged's disclosures to consumers regarding the risks associated with booking a hidden city ticket.

To assure the validity of the findings, the research design relied heavily on responses to open-ended questions.

1.     **The Research Design**

After qualifying the respondents (see universe and sample sections), the main questionnaire was based on 5 major and intercalated parts:

1.   Showing the respondents in the test group the Skiplagged flight offering and showing the respondents in the control group the Expedia flight offering (see the Stimuli section) and assuring that they could see it clearly (Q0).

2.   Asking an open-ended question with a follow up probing on how the respondent would

8

describe the offering to a friend (Q1).

3. Asking the typical confusion questions regarding connection or association (Q3) and permission or authorization (Q4-6), with follow up probes of the reasons for their response.

4. Asking a series of questions about the respondent's beliefs regarding the Skiplagged (or Expedia) offerings and the reasons for such beliefs (Q7-12), their awareness and usage of Skiplagged (or Expedia) (Q13), and feelings about Skiplagged's (or Expedia's) offerings and the reasons for such beliefs (Q14).

5. Showing the offering on AA.com for the same/corresponding flight ticket and asking the respondent about their reactions after having this information to compare to the Skiplagged (or Expedia) offering (Q15), their intentions to buy their next airline ticket from Skiplagged, and the reasons for their response (Q16).

The design was based on two experiments:

a. Using the Skiplagged regular ticket as the stimulus for the test group vs. the ticket offering on Expedia for the same/corresponding flight, as a control group; and

b. Using the Skiplagged hidden city ticket as the stimulus for the test group vs. the ticket offering on Expedia for a corresponding flight to the intended destination, as a control group.

Expedia was chosen as a control to show what the responses would be as to an *authorized agent* of American. The interpretation of the difference between the test and control groups is that the closer the results for Skiplagged are to those of Expedia the greater the perceived confusion and deception.

## 2. Universe and Sample

**The Universe**

The universe for each study included U.S. consumers who (a) booked a commercial flight in the past 12 months and/or intended to do so in the next 12 months, and (b) booked or intend to book their tickets through an online ticket website.

**The Sample**

The sample was drawn from the panel of Prodege. See Appendix C-1. An initial sample

9

matching the census gender, age, race, and geography assured the representativeness of the sample.

It was further screened for the relevant study criteria:

- Passed the CAPTCHA test (to ensure all participants were humans).

- They or members of their families do not work for
  (ii) An advertising agency or public relations firm,
  (iii) A market research firm or the market research department of a company,
  (iv) A marketing firm or the marketing department of a company law or legal firm
  (v) An airline, travel agency, or a company that sells airline and travel tickets

- If they wore glasses or contact lenses when using a mobile device, laptop, or desktop computer, they had them on.

The total sample included 600 respondents across all studies, as shown below.

**Exhibit A**

**Sample Size**

|  | Test | Control | Test | Control |
|---|---|---|---|---|
|  | Skiplagged Ticket | Expedia Ticket | Skiplagged Hidden City Ticket | Expedia Ticket |
| Sample Size | 146 | 155 | 144 | 155 |

### 3. The Stimuli

The stimuli are included in Appendix C-2 and were embedded in the 4 programmed questionnaires. Appendix C-3 includes the screen shots of one of these.

To ensure that a fair and representative sample booking was used as the stimuli for the consumer survey, we (a) generated 200 different pairings of randomized "tier 1" airports across the country to use for the respective origin/destination, (b) generated and assigned randomized flight dates for each pairing, (c) ran searches on Skiplagged.com (for one-way flights) using each set of randomized flight criteria, (d) simulated 200 "test buys" on Skiplagged.com by selecting the least expensive American flight option shown in the search results and proceeding through the booking process up to the final checkout page, and (e) recorded the final total cost charged by Skiplagged for each booking. Contemporaneous with each test booking on Skiplagged.com, we

10

searched for the same corresponding flights/itineraries on AA.com and recorded the total cost charged by American for each. Of those 200 samples, 41 of the test bookings were for a "hidden city" flight ticket. Then, to determine the particular booking that would provide the most realistic and representative stimuli for the survey, we (1) separated the hidden city bookings from the non-hidden city bookings, (2) calculated the average price differential (between Skiplagged.com vs. AA.com) across all hidden city bookings, and across all non-hidden city bookings, respectively, and (3) selected the hidden city test booking that was closest to the average price difference across the hidden city bookings, and selected the non-hidden city test booking that was closest to the average price difference across the non-hidden city bookings. Additionally, upon identifying and selecting the most representative hidden city booking and non-hidden city booking to use for the survey, we also collected and used as control stimuli the corresponding offerings on Expedia.com for the same flights shown on the respective Skiplagged.com and AA.com stimuli.

For the non-hidden city bookings, the average price differential was $12.62 more expensive on Skiplagged.com than AA.com (the median difference was $10.00 more on Skiplagged.com than AA.com). Thus, the stimuli selected for the survey was a booking that was $10.00 more expensive on Skiplagged.com than AA.com. For the hidden city bookings, the average price differential was $62.46 cheaper on Skiplagged.com than AA.com (and the median was $28.80 cheaper on Skiplagged.com than AA.com). Thus, based on the specific test buys simulated, the stimuli selected for the survey was a booking that was $55.00 cheaper on Skiplagged.com than AA.com. The selected stimuli are included in appendix C2 and in the programmed questionnaire.

### 4. The Questionnaire

#### - SCREENER -

**INTRO**
Thank you for your interest in today's survey.

We value your opinions, and all of your answers will be held in the strictest confidence, so do not be afraid to answer

11

each question honestly. Remember, there are no right or wrong answers.

While you are completing the survey, we ask that you do not look at windows, tabs, or applications on any device. Please do not search the Internet or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please select "Don't know" and move forward to the next question. Do not guess your answer.

**[PN: ADD IN "CAPTCHA" AND INSTRUCTIONS.]**

**SA1.**
First, please select the type of device you are using right now to access this page.
*Select one.*

| A laptop or desktop computer | 1 | |
|---|---|---|
| A tablet (e.g., Samsung Galaxy Note or Apple iPad) | 2 | |
| A smartphone (e.g., Samsung Galaxy or Apple iPhone) | 3 | |
| Other device | 4 | **[PN: TERMINATE HERE]** |

**[PN: TERMINATE IF SA1=4.]**

**S0.**
Before you continue, please read the following confidentiality and non-disclosure statement, and answer the question that follows.

I recognize and fully understand that the survey content is of confidential nature. Therefore, I agree that both during and after the study, I will not disclose any of the information referenced in the interview and will not discuss this survey with anyone else. Also, I will not identify the nature of the product or service described in this survey.

Do you agree or disagree?
*Select one.*

| I agree | 1 | |
|---|---|---|
| I disagree | 2 | **[PN: TERMINATE HERE]** |

**[PN: MUST AGREE AT S0 – PUNCH 1, OTHERWISE TERMINATE.]**

**S01.**
Do you wear glasses or contact lenses when you're using a computer, tablet, or smartphone?
*Select one.*

| Yes | 1 |
|---|---|
| No | 2 |

**[PN: ASK IF WEAR GLASSES OR CONTACT LENSES (S01=1)]**
**S02.**
Are you currently wearing your glasses or contact lenses?
*Select one.*

| Yes | 1 | |
|---|---|---|
| No | 2 | **[PN: STOP/HOLD HERE]** |

12

**[PN: IF NO STOP/HOLD ABOVE (S02=2), DISPLAY BELOW AND ALLOW RESPONDENT TO START AGAIN WHEN RETURNING.]**
Please put on your glasses/contact lenses before you proceed with the survey.

**INTRO.**
Now, we'd like to ask you a few questions to make sure the survey is relevant to you.

**S1.**
Do you or does anyone in your household work for any of the following industries or companies?
*Select all that apply.*

| | | |
|---|---|---|
| An advertising agency or public relations firm | 1 | **[PN: TERMINATE AFTER S7c]** |
| A market research firm or the market research department of a company | 2 | **[PN: TERMINATE AFTER S7c]** |
| A marketing firm or the marketing department of a company | 3 | **[PN: TERMINATE AFTER S7c]** |
| An airline, travel agency, or a company that sells airline and travel tickets | 4 | **[PN: TERMINATE AFTER S7c]** |
| Any financial services company such as a bank, mutual fund company, brokerage firm, or investment firm | 5 | |
| A company that manufactures technology or electronics products | 6 | |
| A company that manufactures, distributes, or sells food or beverage products | 7 | |
| None of the above | 99 | **[PN:ANCHOR,EXCLUSIVE]** |

**[PN: IF WORK IN A RELATED INDUSTRY (PUNCHES 1-4), TERMINATE AFTER S7c. OTHERWISE, CONTINUE.]**

**S2a.**
What is your age?
*Enter a whole number.*

| | | |
|---|---|---|
| | 1 | |
| Prefer not to answer | 98 | **[PN: TERMINATE]** |

**[PN: Allow 0-99. MUST BE 18+. TERMINATE HERE IF UNDER 18.]**

**[PN: HIDDEN QUESTION]**
**hS2b.**
**AGE**

| | | | |
|---|---|---|---|
| Under 18 | 1 | **S2a < 18** | **[PN: TERMINATE HERE]** |
| 18-24 | 2 | **S2a = 18-24** | |
| 24-34 | 3 | **S2a = 25-34** | |
| 35-44 | 4 | **S2a = 35-44** | |
| 45-54 | 5 | **S2a = 45-54** | |
| 55-64 | 6 | **S2a = 55-64** | |
| 65+ | 7 | **S2a = 65+** | |
| Prefer not to answer | 98 | **S2a = 98** | **[PN: TERMINATE HERE]** |

**[PN: MUST BE 18+ TO QUALIFY. TERMINATE HERE IF UNDER 18 OR PREFER NOT TO ANSWER.]**

**S3.**
Please record your gender identity.
*Select one.*

| | |
|---|---|
| Male | 1 |
| Female | 2 |

| Non-binary | 97 |
|---|---|
| Other (Specify_____) | 98 |
| Prefer not to answer | 99 |

**S4.**

Are you of Spanish, Hispanic or Latino/a origin?

*Select one.*

| Yes | 1 |
|---|---|
| No | 2 |

**S5.**

Which of the following ethnic groups do you identify most closely with?

*Select one.*

| Asian/Pacific Islander | 1 |
|---|---|
| Black/African American | 2 |
| Native American or Alaska Native | 3 |
| White/Caucasian | 4 |
| Other (Specify) | 97 |
| Prefer not to answer | 98 |

**S6.**

In which state do you reside?

*Select one.*

**[PN: USE DROP DOWN LIST]**

**[PN: HIDDEN QUESTION]**
**S6a.**
**REGION**

| Northeast | 1 |
|---|---|
| South | 2 |
| Midwest | 3 |
| West | 4 |

**[PN: THE FOLLOWING QUESTIONS SHOULD BE SET UP AS A GRID WITH COLUMNS; YES, NO, DON'T KNOW. PLEASE ROTATE SO HALF THE RESPONDENTS WILL SEE YES/NO AND THE OTHER HALF WILL SEE NO/YES. KEEP ORDER OF YES/NO CONSISTENT THROUGHOUT ENTIRE SURVEY AND RECORD ORDER.]**

**S7a.**

Which, if any, of the following activities **did you do in the past 12 months**? For each activity, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No,**]** or you "Don't know."

*Select all that apply.*

**[PN: RANDOMIZE]**

| | | Yes | No | Don't know |
|---|---|---|---|---|
| 1 | Booked a hotel room | (1) | (2) | (3) |
| 2 | Booked an airline ticket (on a commercial airline) | (1) | (2) | (3) |

14

| 3 | Booked a car rental | (1) | (2) | (3) |
|---|---|---|---|---|
| 4 | Made a restaurant reservation | (1) | (2) | (3) |
| 5 | Made an appointment for eye care | (1) | (2) | (3) |
| 6 | Made an appointment for auto service | (1) | (2) | (3) |

**S7b.**

Which, if any, of the following activities are you **likely to do in the next 12 months**? For each activity, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No,**]** or you "Don't know."
*Select all that apply.*
**[PN: HOLD IN THE SAME ORDER AS S7a]**

| | | Yes | No | Don't know |
|---|---|---|---|---|
| 1 | Book a hotel room | (1) | (2) | (3) |
| 2 | Book an airline ticket (on a commercial airline) | (1) | (2) | (3) |
| 3 | Book a car rental | (1) | (2) | (3) |
| 4 | Make a restaurant reservation | (1) | (2) | (3) |
| 5 | Make an appointment for eye care | (1) | (2) | (3) |
| 6 | Make an appointment for auto service | (1) | (2) | (3) |

**[PN: HIDDEN QUESTION]**
**S7c.**

Commercial airline reservation status

| Made a commercial airline reservation in the last 12 months only | 1 | **S7a_2=1 AND S7b_2=2 OR 3** | |
|---|---|---|---|
| Will make a commercial airline reservation in the next 12 months only | 2 | **S7a_2=2 OR 3 AND S7b_2=1** | |
| Both – reservation made in last 12 months AND will make in next 12 months | 3 | **S7a_2=1 AND S7b_2=1** | |
| Neither | 4 | **S7a_2=2 OR 3 AND S7b_2=2 OR 3** | **[PN: TERMINATE]** |

**[PN: CONTINUE IF MADE OR INTEND TO MAKE A COMMERCIAL AIRLINE RESERVATION (S7c=1-3). OTHERWISE, TERMINATE.]**

**S8a.**
**[ASK IF MADE AN AIRLINE RESERVATION IN THE PAST 12 MONTHS (S7c=1 OR 3)]**
In the **past 12 months**, when you made a reservation for an airline, which of the following methods did you use to make your reservation? For each option, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No**]** or you "Don't know."
*Select one response for each option.*

In the past 12 months…
**[PN: RANDOMIZE]**

| | | Yes, I made a reservation for an airline through this method | No, I did not make a reservation for an airline through this method | Don't know |
|---|---|---|---|---|
| 1 | Through an online ticket website | 1 | 2 | 3 |
| 2 | Directly through an airline | 1 | 2 | 3 |
| 3 | Through a travel agency | 1 | 2 | 3 |
| 4 | Through a credit card company | 1 | 2 | 3 |

15

| | | | | |
|---|---|---|---|---|
| 5 | Other (Specify_____) | 1<br>[PN: ANCHOR ROW] | 2 | 3 |

**S8b.**
**[ASK IF PLANNING ON MAKING AN AIRLINE RESERVATION IN THE NEXT 12 MONTHS (S7c=2 OR 3)]**
In the **next 12 months**, when you make a reservation for an airline, which of the following methods will you use to make your reservation? For each option, please answer **[MATCH ASSIGNED YES/NO ORDER: Yes, No]** or you "Don't know."
*Select one response for each option.*

In the next 12 months…
**[PN: HOLD IN THE SAME ORDER AS S8a]**

| | | Yes, I will make a reservation for an airline through this method | No, I will not make a reservation for an airline through this method | Don't know |
|---|---|---|---|---|
| 1 | Through an online ticket website | 1 | 2 | 3 |
| 2 | Directly through an airline | 1 | 2 | 3 |
| 3 | Through a travel agency | 1 | 2 | 3 |
| 4 | Through a credit card company | 1 | 2 | 3 |
| 5 | Other (Specify) | 1<br>[PN: ANCHOR ROW] | 2 | 3 |

**[PN: HIDDEN QUESTION]**
**S8c.**
**Online Ticket Website Usage Status**

| | | |
|---|---|---|
| Used online ticket website in the last 12 months only | 1 | **S8a_1=1 AND S8b_1=2 OR 3 OR BLANK** |
| Will use an online ticket website in the next 12 months only | 2 | **S8a_1=2 OR 3 OR BLANK AND S8b_1=1** |
| Both – Used online ticket website in the last 12 months AND will use an online ticket website in the next 12 months | 3 | **S8a_1=1 AND S8b_1=1** |
| Neither | 4 | **S8a_1=2 OR 3 OR BLANK AND S8b_1=2 OR 3 OR BLANK** | **[PN: TERMINATE]** |

**[PN: CONTINUE IF PURCHASED OR INTEND TO PURCHASE TICKET THROUGH AN ONLINE TICKET WEBSITE (S8c=1-3). OTHERWISE, TERMINATE.]**

**S9.**
Which of the following sets of stripes appears in this order: RED, YELLOW, GREEN, BLUE?
*Select one.*
**[RANDOMIZE]**
**[PN: PLEASE SHOW 4 SETS OF STRIPES OF 4 DIFFERENT COLORS, INCLUDING ONE THAT IS ORDERED RED, YELLOW, GREEN, BLUE]**
**[PN: TERMINATE IF RED, YELLOW, GREEN, BLUE ORDER NOT SELECTED]**

16

**[PN: TO QUALIFY FOR SURVEY, MUST MEET THE FOLLOWING CRITERIA:]**

- **Meets device qualifications SA1=1,2,3**
- **Agree to terms S0=1**
- **If typically wears glasses or contact lenses while working on a computer, must be wearing them (if S01=1, then must be S02=1)**
- **Does not work in a sensitive industry (S1=5,6,7,99)**
- **Age 18+ (S2b=2-6)**
- **Made or planning on making airline reservation (S7c=1-3)**
- **Made or plannning on using online ticket website (S8c=1-3)**


**S10 – HIDDEN.**
**ASSIGN TO A CELL ON A LEAST FILL BASIS BASED ON AGE, GENDER AND REGION**

| | |
|---|---|
| Non-Hidden Cell 1 | **1** |
| Non-Hidden Cell 2 | **2** |

| |
|---|
| **- MAIN QUESTIONNAIRE -** |

**INTRODUCTION**
**[PN: SHOW TO ALL]**
Remember, please do not search the Internet, or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please enter or select "Don't know" and move forward to the next question. Do not guess your answer.


After you click "Next" you will see a series of images screen.


*Please take your time to review the images. Do not use the back button of your browser at any time or your information will be lost.*


**[PN: NEW SCREEN]**


Imagine that you wanted to book a roundtrip airline flight from Santa Ana to Miami, and you decided to use the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** website to book flights. Below is the output you received when checking for available flights. Please assume that you selected the flight boxed in red.


Please review this information the way that you normally do when reviewing and selecting airline flights online.


**PN: IF CELL 1(S10=1) THEN SHOW:**

**HC – Cell 1 – Stimuli 1 – Page 1**

**HC – Cell 1 – Stimuli 1 – Page 2**

**HC – Cell 1 – Stimuli 1 – Page 3**

**HC – Cell 1 – Stimuli 1 – Page 4**


**PN: IF CELL 2 (S10=2) THEN SHOW:**
**HC – Cell 2 – Stimuli 1 – Page 1**

**HC – Cell 2 – Stimuli 1 – Page 2**


**Q0.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Were you able to see the images **clearly**?
*Select one.*

| | | |
|---|---|---|
| **Yes**, I was able to clearly see the images and read the words on the screen | 1 | **[PN: CONTINUE TO Q1]** |
| **No**, I was not able to clearly see the images and read the words on the screen | 2 | **[PN: RE-SHOW STIMULUS AND ASK THIS QUESTION AGAIN]** |

**[PN: MUST CONFIRM SAW IMAGES CLEARLY. DO NOT CONTINUE TO Q1a UNLESS Q0=1. IF SELECTED Q0=2 A SECOND TIME TERMINATE]**
**[PN: IF Q0=2, DISPLAY THIS MESSAGE AND RE-SHOW THE IMAGE PAGE, THEN SHOW Q0 AGAIN:** We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.**]**
**Q1a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

How would you describe the offering on this website to a friend?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| | | |
|---|---|---|
| Don't know | **99** | **EXCLUSIVE** |


**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q1a. ASK IF PROVIDED AN ANSWER IN Q1a. – NE 99]**
**Q1b.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| | | |
|---|---|---|
| There is no other way I would describe it to a friend | **99** | **EXCLUSIVE** |


**Q2.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Does the company that operates this website have a business connection or association with another company, or do you not know?
*Select one.*

**[PN: ROTATE ORDER OF YES AND NO].**

| | |
|---|---|
| Yes, it has a business connection or association with another company | 1 |
| No, it does not have a business connection or association with another company | 2 |
| Don't know | 3 |

**[PN: IF YES AT Q2, ASK Q3a AND Q3b, ELSE SKIP TO Q4]**
**Q3a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Which other company does the company operating this website have a business connection or association with?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q3A. ASK IF PROVIDED AN ANSWER IN Q3a. – NE 99]**
**Q3b.**
What makes you say that?
*Please type your answer below or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**Q4.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Does the company that operates this website require permission or authorization from any other company, or do you not know?
*Select one.*

**[PN: ROTATE ORDER OF YES AND NO].**

| | |
|---|---|
| Yes, it requires permission or authorization from another company | 1 |
| No, it does not require permission or authorization from another company | 2 |
| Don't know | 3 |

**[PN: IF YES AT Q4, ASK Q5a, Q5b, Q6a, AND Q6b, ELSE SKIP TO Q7]**

**Q5a.**

19

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

From which company is permission or authorization required?

*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q5a. ASK IF PROVIDED AN ANSWER IN Q5a. – NE 99]**
**Q5b.**
What makes you say that?
*Please type your answer below or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: IF YES AT Q4 ASK Q6a]**

**Q6a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

For what do they need to get permission or authorization?

*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q6a. ASK IF PROVIDED AN ANSWER IN Q6a. – NE 99]**
**Q6b.**
What makes you say that?
*Please type your answer below or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**Q7a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

What do you believe is the relationship between **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** and the airline?
*Select one.*
**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is an authorized agent of the airline | 1 | |
|---|---|---|

20

| **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is not an authorized agent of the airline | **2** | |
| There is some other relationship between **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** and the airline | **3** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q7A. ASK IF PROVIDED AN ANSWER IN Q7a/NE 99]**

**Q7b**

What makes you say that?

*Please enter your response below and be as detailed as possible or select* "Don't know."

**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
| --- | --- | --- |

**Q8a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offerings, please select the option you believe is correct or you "Don't know."

*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| Buying tickets through **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is cheaper than buying directly from the airline | **1** | |
| Buying tickets through **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is not cheaper than buying directly from the airline | **2** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q8a. ASK IF PROVIDED AN ANSWER IN Q8a. – NE 99]**

**Q8b.**

What makes you say that?

*Please enter your response below and be as detailed as possible or select* "Don't know."

**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
| --- | --- | --- |

**Q9a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offerings, please select the option you believe is correct or you "Don't know."

*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** charges an additional fee on top of the airline's total ticket cost. | **1** | |
| **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** does not charge an additional fee on top of the airline's total ticket cost. | **2** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q9a. ASK IF PROVIDED AN ANSWER IN Q9a. – NE 99]**
**Q9b**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: ASK ONLY IF THEY THINK THERE'S A FEE – Q9a=1]**
**Q10a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| I believe the fee **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** charges for its services is reasonable | 1 | |
|---|---|---|
| I believe the fee **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** charges for its services is not reasonable | 2 | |
| N/A (I do not think **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** charges an additional fee on top of the airline's total cost) | 3 | |
| Don't know | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q10a. ASK IF PROVIDED AN ANSWER IN Q10a. – NE 99]**
**Q10b.**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**Q11a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is an authorized travel agency with access to fares I could not access via the airline | 1 | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not an authorized travel agency and does not have access to fares I could access via the airline | 2 | |

22

| Don't know if **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** are an authorized travel agency | 98 | **[ANCHOR]** |
|---|---|---|
| Don't know if **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** have or do not have access to fares I could not access via the airline | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q11a. ASK IF PROVIDED AN ANSWER IN Q11a. – NE 99]**

**Q11b**

What makes you say that?

*Please enter your response below and be as detailed as possible or select* "Don't know."

**[OPEN END TEXT BOX]**

| Don't know | 99 | **EXCLUSIVE** |
|---|---|---|

**Q12a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offerings, please select the option you believe is correct or "Don't know."

*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| A ticket bought through **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is a valid ticket | 1 | |
|---|---|---|
| A ticket bought through **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is not valid ticket | 2 | |
| Don't know | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q12A. ASK IF PROVIDED AN ANSWER IN Q12A – NE 99]**

**Q12b**

What makes you say that?

*Please enter your response below and be as detailed as possible* "Don't know."

**[OPEN END TEXT BOX]**

| Don't know | 99 | **EXCLUSIVE** |
|---|---|---|

**Q12c.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offerings, please select the option you believe is correct or "Don't know."

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

*Select one.*

| The option offered by **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** carries no risk | 1 | |
|---|---|---|
| The option offered by **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** carries risks | 2 | |
| Don't know | 99 | **[ANCHOR]** |

23

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q12C. ASK IF PROVIDED AN ANSWER IN Q12C – NE 99]**
**Q12d**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|------------|-----|-----------|

**[PN: ASK IF CARRIES A RISK – Q12C/2]**
**Q12e.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

What are the risks associated with this ticket?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|------------|-----|-----------|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q12e. ASK IF PROVIDED AN ANSWER IN Q12e. – NE 99]**
**Q12f.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Are there any other risks?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is no other risks | 99 | EXCLUSIVE |
|-------------------------|-----|-----------|

**Q13a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Before today were you aware of **[PN: IF Cell 1 (S10=1):** "Skiplagged"**, IF Cell 2 (S10=2):** "Expedia"**]**?

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes | 1 |
|-----|---|
| No | 2 |
| Don't know | 3 |

**[PN: ASK IF AWARE OF SKIPLAGGED/EXEDIA Q13a. = 1]**
**Q13b.**
Have you ever used **[PN: IF Cell 1 (S10=1):** "Skiplagged"**, IF Cell 2 (S10=2):** "Expedia"**]**?

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes | 1 |
|-----|---|
| No | 2 |
| Don't know | 3 |

**Q14a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Reflecting on the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offering and everything you know about them how do you feel about buying your next airline ticket from them?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q14a. ASK IF PROVIDED AN ANSWER IN Q14a – NE 99]**
**Q14b.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[PN: OPEN END TEXT BOX]**

| There are no other reasons why I said that | 99 | EXCLUSIVE |
|---|---|---|

**INTRO**

Let's imagine that you decide to compare the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offer with the same flights available on the American Airlines website and you got the following results.

Please review this information the way that you normally do when reviewing and selecting airline flights online.

**PN: SHOW ALL:**

**HC – Stimuli 2 – Page 1**

**HC – Stimuli 2 – Page 2**

**AFTER SHOWING STIMULI 2:**

**IF CELL 1(S10=1) THEN SHOW:**

**HC – Cell 1 – Stimuli 1 – Page 4**

**IF CELL 2 (S10=2) THEN SHOW:**

**HC – Cell 2 – Stimuli 1 – Page 2**

25

**PN: NEW SCREEN only show for Cell 1 (S10=1)**
Now, please review the conditions associated with the Skiplagged offering versus American Airlines' policies. Please review this information the way that you normally do when reviewing and selecting airline flights online.

**Q15a.**

Flight Information Link: **[PN: INSERT STIMULI 1 FOLLOWED BY STIMULI 2]**

Comparing the results you got from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** and from the American Airlines website, how do you feel about the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offering?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q15a. ASK IF PROVIDED AN ANSWER IN Q15a. – NE 99]**
**Q15b.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is nothing else that describes how I feel about the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings | 99 | EXCLUSIVE |
|---|---|---|

**Q16a.**

Flight Information Link: **[PN: INSERT STIMULI 1 FOLLOWED BY STIMULI 2]**

How likely would you be to consider buying your next airline ticket from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]**?
*Select one.*
**[PN: ROTATE WHETHER PUNCHES ARE SHOWN FROM 1 – 5 OR 5 – 1. RECORD WHAT WAS SEEN]**

| | | |
|---|---|---|
| **Definitely would not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 1 | |
| **Probably would not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 2 | |
| **May or may not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 3 | |
| **Probably would** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 4 | |
| **Definitely would** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 5 | |
| **Do not know** | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q16a AFTER THEY PROVIDED AN ANSWER – 1-5 AND 99]**
**Q16b.**
What made you say that you **[INSERT ANSWER FROM Q16A IN LOWER CASE]**?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q16b. ASK IF PROVIDED AN ANSWER IN Q16b – NE 99]**
**Q16c.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[PN: OPEN END TEXT BOX]**

| There are no other reasons why I said that | 99 | EXCLUSIVE |
|---|---|---|

**[PN: ASK ALL]**
**D1.**
For quality control purposes, please enter the year you were born.
**[PN: ALLOW NUMBERS RANGING FROM 1922-2023]**

| 1 |
|---|

**[PN: Must come within 1 year of actual age (S2a) or flag]**

**[PN: SHOW FOR ALL AT THE END OF THE SURVEY - NEW SCREEN]**
Thank you very much for completing this survey. We truly value your response and appreciate you taking time to share your opinions with us.

## 5.  Data Collection and Quality Control

The data collection was conducted by Radius Global.[1] They worked under my direction, formatted, and programmed the questionnaires, coordinated the data collection process, analyzed the data, and prepared the Appendices for this report. The data collection was done between April 10 – 15, 2024 and resulted in 600 respondents. The data collection was stopped after the first day of interviewing (as a pretest). Since none of the respondents had any difficulties with the questionnaire, we continued with the data collection.

In addition to the quality assurance questions included as part of the screening questions, Radius employed the following quality control procedures:

- Surveys hosted on secure encrypted servers.

---

[1] Radius Global is a leading provider of research, data, analytics, insights, and marketing intelligence. *See* https://radiusinsights.com/

- Data checks implemented:

    o Check for duplicate IP addresses to keep respondents from taking the survey more than once;

    o CAPTCHA;

    o Speeders removed from data;

    o Open-ended responses reviewed to ensure respondent is paying attention/providing meaningful answers.

### 6. Analysis

The analysis included:

- Analysis of the verbatim responses regarding the reasons for the confusion and perceived deception. This analysis followed the scientific approach for content analysis, including coding the data by (a) involving two independent coders who were not familiar with the objective of the study or its sponsors, and (b) a procedure for resolving conflicts between the two coders; and

- Computer tabulations of the results.

- Testing for the statistical significance of the difference between the test and control groups of each of the two stimuli. The Hidden City and Non-Hidden City offerings

## B.    Validating the consumer experiments with other data and relevant marketing and consumer behavior theories and findings

To validate the findings of our customer experiments we looked at other relevant data sets that included.

### 1. Consumer complaints to AA about Skiplagged re confusion and perceived deception.

During the period 1/1/2018 – 3/6/2024, the AA customer complaint database identified 88 complaints with the terms "Skiplagged" or "Skiplag". Eighty (80) of the complaints dealt with Hidden City. The analysis was done by a litigation support company using the following definitions:

*Deception* - any complaint where the customer misunderstood what they were buying. This included where the customer is confused because their itinerary has an extra leg beyond where they plan to get off; where the customer did not get the necessary visa or bring a passport for a ticket with where final destination is

international; where the customer does not understand why they couldn't check a bag; where the customer complains that they paid more booking through Skiplagged versus booking directly. This category also included complaints about consumer consequences, such as: did the customer get denied boarding; was the customer prevented from checking-in; did the customer have to rebook and pay a higher price; did the customer lose baggage when it was checked through to the destination; and any other instance where the customer had harm/loss/consequences as a result of their hidden city ticket.

*Confusion* – any complaint about role, authority, or relationship of Skiplagged vis a vis the airline. This included any complaint suggesting the customer misunderstood what Skiplagged could and could not do to support a customer after purchase, or the customer assumed Skiplagged could provide travel agency services; any complaint where the customer expected Skiplagged to reaccommodate, cancel, refund flight price, make meal selections or seat reservations; and any complaint where the customer thought Skiplagged is an approved booking partner or agent.

*Other* - all documents that do not fall under the above categories.

Analysis of the complaints revealed the following distribution.

- Confusion and Deception (n=22)

- Deception (n=57)

- Neither (n=7)

**2.  Consumer complaints to Skiplagged re confusion and perceived deception.**

Skiplagged produced a total of 46,621 documents. Of those, 30,658 were emails with one of the following email addresses as a last-in-time sender or recipient:

- agent@skiplagged.com

- booking@skiplagged.com

- privacy@skiplagged.com

- support@skiplagged.com

These are Skiplagged's customer support emails. The vast majority of these emails relate to AA bookings.

The documents are in a Relativity database. Using Relativity's Sampling tool (https://help.relativity.com/RelativityOne/Content/Relativity/Sampling.htm), we created a randomized 95/2.5 statistical sample. The sample was 1,464 emails. We categorized these documents as Deception, Consumer Confusion or Other, defined as set forth above.

Analysis of the complaints revealed the following distribution.

- Confusion (n=263)
- Deception (n=204)
- Confusion and Deception (n=47)
- Other (n=951)

The sampled data, when projected to the universe of complaints to the nearest thousand, suggests approximately 12,000 of the complaints reflect deception and/or confusion.

### 3. Consumer posts on social networks illustrating confusion and deception.

I directed Voluble[2] to identify and collect consumer comments posted online about Skiplagged. To identify consumer comments about Skiplagged, a search for social media posts that contain the term "skiplagged" or "skip lagged" was performed using Brandwatch, an industry-leading database that provides access to social media data. The search was limited to posts on X (formerly, Twitter) and Reddit, as these platforms returned the highest volume of consumer posts that mentioned Skiplagged. I then reviewed the posts returned by the search to identify those that were potentially relevant to my analysis.

### 4. Consumer behavior and advertising theories and findings that support the validity of our empirical findings.

The purpose of this additional analysis is to test to what extent consumer behavior and advertising theories and findings are consistent with or support the findings of our experiments

---

[2] Voluble is a consulting firm experienced in analyzing social media and other online posts to provide insights for litigation. Voluble is division of Global Business Experts Group (GBX), a litigation consulting firm, that has worked with dozens of clients on a variety of matters involving intellectual property and other issues.

and the other independent data.

## V.   FINDINGS

A. **The results of the consumer experiments are presented in the five sections corresponding to the five key areas of interest addressed by the experiments.**

1. **Consumers' awareness and usage of Skiplagged (vs. Expedia)**

As can be seen in Exhibit 1 below, as expected most respondents are familiar with Expedia. In contrast only a small % (between 14 and 18%) are familiar with Skiplagged. Yet, among the segment familiar with Skiplagged, the percent who used Skiplagged for regular tickets is similar to the % of Expedia users among those aware of them. But the % of users of Skiplagged Hidden city tickets are much lower.

### Exhibit 1

#### Consumers' awareness and usage of Skiplagged (and Expedia)
#### (Q13a & 13b)

| | % of Respondents | | | |
|---|---|---|---|---|
| | **Test** | **Control** | **Test** | **Control** |
| **Based on:** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Awareness (Q13a)** | | | | |
| Yes | 17.8% | 92.9%* | 13.9% | 96.8%* |
| No | 81.5%* | 6.5% | 86.1%* | 3.2% |
| DK | 0.7% | 0.6% | 0.0% | 0.0% |
| **Based on aware of Skiplagged (Expedia) Usage (Q13b):** | **Skiplagged Ticket (n=26)** | **Expedia Ticket (n=144)** | **Skiplagged Hidden City Ticket (n=20)** | **Expedia Ticket (n=150)** |
| Yes | 73.1% | 77.8% | 50.0% | 80.0%* |
| No | 26.9% | 21.5% | 45.0%* | 20.0% |
| DK | 0.0% | 0.7% | 5.0%* | 0.0% |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

Note: Awareness and Usage for Test Cells are related to Skiplagged. Awareness and Usage for Control Cells is related to Expedia.

2. **Consumers' perceptions of Skiplagged (vs. Expedia)**

Exhibit 2 includes illustrative responses to the open ended question "how would you describe the offering on this (Skiplagged) website to a friend?" For a full listing of these responses, see the full verbatim in Appendix C-6.

31

**Exhibit 2**

**Illustrative Consumers' Description of the Skiplagged offering
(Q1a:b) Test Stimuli**

| Skiplagged Ticket (n=146) |
| --- |
| **Illustrative responses** |
| Flight booking american airlines |
| A good offer that benefits the buyer. |
| A way to book flights cheaper |
| I think it's not a bad price it's cheaper than most [else] basically your only going to pay 150 for a few hours longer but at least you'll get there |
| Scam |
| There are good prices that you should check it out |

**Illustrative Consumers' Description of the Skiplagged Hidden City offering
(Q1a:b) Test Stimuli**

| Skiplagged Hidden City Ticket (n=144) |
| --- |
| **Illustrative responses** |
| Very good website for booking flights |
| It's a offering for airline tickets |
| It's a good awful price wise but I thought the airlines did not allow this |
| The site is clear about baggage requirements and says the airlines don't like this method. |
| It's a cheaper alternative to most options. No checked bags, but it's worth it. |
| Receive a discount compared to the actual airline site. |

At the end of the questioning re Skiplagged (Expedia), we asked the respondents in Question 14a "reflecting on the Skiplagged (Expedia) offering and everything you know about them how do you feel about buying your next airline ticket from them?" The responses were coded into positive, neutral, or negative sentiment and presented in Exhibit 3. Examination of these results show that less than 12% of the respondents had negative sentiment toward Skiplagged. Yet, this is more than double the negative sentiment toward Expedia. While the positive sentiments toward Skiplagged are significantly below that of Expedia, they are still very high -- 45% among the Non-Hidden City ticket customers and 35% among the Hidden City customers.

32

**Exhibit 3**
**Reflections on Skiplagged and Expedia**
**(Q14a:b)**

| % of Respondents | | | | |
|---|---|---|---|---|
| **Consumer Reactions of Skiplagged (Expedia):** | **Test** | **Control** | **Test** | **Control** |
| | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Negative** sentiment towards Skiplagged (Expedia) | 11.0%* | 4.5% | 11.8%* | 5.8% |
| **Neutral** sentiment towards Skiplagged (Expedia) | 17.1%* | 7.7% | 25.7%* | 9.0% |
| **Positive** sentiment towards Skiplagged (Expedia) | 45.2% | 71.6%* | 35.4% | 67.7%* |
| **Don't Know** | 26.7%* | 16.1% | 27.1%* | 17.4% |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

Illustrative verbatim for all the sentiments are presented in Exhibits 3a, b and c. For the full

verbatim. See Appendix C-6.

33

**Exhibit 3a**
**Reflections on Skiplagged and Expedia: Illustrative Negative Verbatims**
**(Q14a:b)**

| Test | Control | Test | Control |
|---|---|---|---|
| **Skiplagged**<br>**Ticket**<br>**(n=16)** | **Expedia**<br>**Ticket**<br>**(n=7)** | **Skiplagged Hidden City**<br>**Ticket**<br>**(n=17)** | **Expedia**<br>**Ticket**<br>**(n=9)** |
| I am not familiar with this website and would not be comfortable ordering tickets there. | I would rather book directly from website | I would not buy my next ticket from them because of the fees and how cluttered their website looked. | Likely buy directly from airline unless they offer a great deal |
| I have never heard of this company. It doesn't state whether your ticket is valid through the airlines purchased for. | I wouldn't buy from Expedia again I have had bad experiences when my flight was cancelled | Cautious as I have never heard of them | It is probably better to go direct through the airline |
| I will not be doing this because I will not end up on the no flight list. | I will be very careful | I would not buy the ticket | I usually find better rates if I just book the flight myself through the airlines |
| i have never heard of them before - so will be a bit wary | I dont like expedia | Fairly risky and might lose your money at the end | I will likely not unless it is much cheaper |
| I probably would still go through the airline website | No. I will stick to going to the direct airline I am flying with | I'm just not sure because it's making me seem like I shouldn't trust it | I will continue to use the airline website |
| Still not sure how reliable it would be | I likely will not use Expedia unless it offers something cheaper than I can find | Another online service trying to make money | I have never used Expedia personally, but I did use another similar site and was very displeased at all the "hidden" charges. So, I probably would not purchase a ticket through Expedia. |

34

**Exhibit 3b**
**Reflections on Skiplagged and Expedia: Illustrative Neutral Verbatims**
**(Q14a:b)**

| Test | Control | Test | Control |
|---|---|---|---|
| **Skiplagged Ticket (n=25)** | **Expedia Ticket (n=12)** | **Skiplagged Hidden City Ticket (n=37)** | **Expedia Ticket (n=14)** |
| I could do it but first I have to know more | I don't have any feelings if they offer a better price I'll use them | will look into it | I will definitely look into it. I have my own favorite websites that I use when I'm flying |
| Given proper reviews, maybe I'd checkmate out if it was legit or not and purchase one | Third party booking site that checks fees | May or may not | I would be on the fence. third parties are a concern to me |
| Not sure if I would purchase using this website, but I will definitely check them out for my next ticket to purchase | Would research to make I'm not paying more | It's a possibility I would need to do more research to confirm | I'm undecided. We just had to cancel some flights and it's not always clear who you're dealing with |
| Would have to do more research about validity of this site | not super comfortable, but will buy anyways | I will do more research | I would definitely look into it. |
| I would need to do some research on them before using them, I research everything before using it. | I may do it. I will compare with other websites. | Very possible, I can't plan to far ahead! Things deals discounts promos come and go! | I would certainly look and see what I can find and would use them. |
| Confident in saving, cautious about potential restrictions | I may or may not use them. | Since I've never heard of this company I don't know how I feel. But it would be something that I would be happy to look into it and see if it would save me any money. | 50/50 depends on price or competitors offers |

35

**Exhibit 3c**
**Reflections on Skiplagged and Expedia: Illustrative Positive Verbatims**
**(Q14a:b)**

| Test | Control | Test | Control |
|---|---|---|---|
| **Skiplagged Ticket (n=66)** | **Expedia Ticket (n=111)** | **Skiplagged Hidden City Ticket (n=51)** | **Expedia Ticket (n=105)** |
| I will look into them for next time | Confidence that they will get me a good deal better then I could on my own from the airline. | Confident it will save me money | I will definitely buy tickets from them because they offer huge discounts |
| I feel as if buying an airline ticket from this platform would be a good deal. | I feel good about buying from them because I trust their service. | Most of the time, I do book with Skiplagged. it offers competitive prices | I'm excited to check them out because I would like to save money on my next flight |
| I will be very happy to book a travel trip with them because their service is affordable and customers centric | I feel like I would consider Expedia as a way to save money | Would be a site I would surely check out | I may consider it if it is a large enough discount. |
| It would be easy and cheaper | Very professional and timely responsive | I would probably buy my next ticket from them | I would buy a ticket from Expedia if it was the price I was looking for. |
| Might be a good idea. Price seemed reasonable. | I think this is a very efficient and convenient way to book travel and accommodations | I would use this site again. | I feel positive. I have found them to be a good source for travel. |
| Reflecting on the offering and what I saw in the images, I will definitely visit the skip lagged website to purchase an airline ticket | I think Expedia is doing a good job and there is lots of choice. | Safe and secure | Comparing prices through different companies and options |

The results of the analysis of the open ended responses regarding getting cheaper flights (for the Non-Hidden City tickets) or not recognizing the risks of the hidden city flights for those exposed to these stimuli, are listed in Exhibit 3d. This analysis was done both for the responses to the first open ended question (Q1) as well as across <u>all</u> open ended questions.

**Exhibit 3d**
**Open-ended description of offering (to a friend) – (Open Ended Coded) – Deception**
**Q1a/b AND all OE Questions**

| Based on | % of Confused Consumers | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| | Skiplagged Ticket (n=146) | Expedia Ticket (n=155) | Skiplagged Hidden City Ticket (n=144) | Expedia Ticket (n=155) |
| **Q1a/b** | | | | |
| There is deception | 4.8% | NA | 89.6% | NA |
| There is not deception | 95.2% | NA | 0.7% | NA |
| Ambiguous | 0% | NA | 9.7% | NA |
| **All OE Questions** | | | | |
| There is deception | 29.5% | NA | 63.2% | NA |
| There is not deception | 69.2% | NA | 27.8% | NA |
| Ambiguous | 1.4% | NA | 9.0% | NA |

**There is deception:**
- For Non-Hidden City ONLY: Skiplagged (Expedia) is cheaper than American Airlines
- For Hidden City: Consumer doesn't understand that there are meaningful risks associated with the ticket (financial penalties, not being able to fly on airline, etc.)

**There is not deception:**
- **For Hidden City:** Consumers understand at least one meaningful risk (beyond needing to pack a carry on) AND think the risks are worth it

**Ambiguous**
- If unclear based on responses
- **For Hidden City:** If only mention less meaningful risks (can't check a bag)

### 3.  Consumers' beliefs re Skiplagged's (Expedia) association with AA

One of the most striking findings of our study is that 41% of respondents exposed to the Skiplagged stimuli associated Skiplagged with AA, which is about the same % as those who associated Expedia (i.e., AA's legitimate/authorized agent) with AA. Even among those exposed to the Hidden City offering, 30% associated Skiplagged with AA. The detailed results based on questions 1 ,2, 4, 5 and 6 are presented in Exhibit 4.

**Exhibit 4**
**Consumer Confusion as to the relationship between Skiplagged (or Expedia) and AA**
**(Q 1-6)**

| % of Confused Consumers | | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| **Based on** | Skiplagged Ticket (n=146) | Expedia Ticket (n=155) | Skiplagged Hidden City Ticket (n=144) | Expedia Ticket (n=155) |
| **All OE Questions** Associated or connected with airline based on open-ended responses for all questions | 2.7% | 3.2% | 4.9% | 5.8% |
| **Q1** Associated or connected with airline based on open-ended description of offering | 1.4% | 0.6% | 0.7% | 1.9% |
| **Q2-3** Associated or connected with airline | | | | |
| **Q2** | | | | |
| Yes | 33.6% | 31.6% | 25.7% | 33.5% |
| No | 21.9% | 21.9% | 29.2% | 21.3% |
| Don't Know | 44.5% | 46.5% | 45.1% | 45.2% |
| **Q4-6** Require permission or authorization from an airline | | | | |
| **Q4** | | | | |
| Yes | 24.0% | 28.4% | 13.9% | 22.6% |
| No | 34.2% | 33.5% | 42.4% | 36.1% |
| Don't Know | 41.8% | 38.1% | 43.8% | 41.3% |
| **NET (Yes for Q2 or Q4)** | | | | |
| **Yes** | **41.1%** | **42.6%** | **29.9%** | **42.6%\*** |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

To get a better understanding of the respondent's perceptions of the relationship between Skiplagged and AA, we asked them two additional questions: (Q7a) whether "Skiplagged (Expedia) is the authorized agent of the airline" or not. The responses to this question and a follow up question regarding the reasons for their belief are presented in Exhibit 5. Examination of these results shows that over 40% of the respondents exposed to the two Skiplagged stimuli believed Skiplagged is an authorized agent of the airline. And an additional 14-17% believed there is some other relationship between the two. Many of the reasons for this are not surprising, which included the facts that you can buy the ticket for the airline and the way the information is presented.

**Exhibit 5**
**The perceived relationship between Skiplagged (or Expedia) and AA**
**(Q 7a)**

| Based on | % of Respondents | | | |
|---|---|---|---|---|
| | **Test**<br>**Skiplagged Ticket**<br>**(n=146)** | **Control**<br>**Expedia Ticket**<br>**(n=155)** | **Test**<br>**Skiplagged Hidden City Ticket**<br>**(n=144)** | **Control**<br>**Expedia Ticket**<br>**(n=155)** |
| **Q7a Skiplagged (Expedia) is an Authorized agent of the airline** | **43.2%** | **56.1%\*** | **42.4%** | **63.9%\*** |
| Skiplagged (Expedia) is NOT an authorized agent of the airline | 13.0% | 14.2% | 22.2% | 9.0% |
| There is some other relationship between Skiplagged (Expedia) and the airline | 17.1% | 15.5% | 13.9% | 13.5% |
| Don't Know | 26.7% | 14.2% | 21.5% | 13.5% |
| **Q7b** Illustrative Reasons for believing that Skiplagged (Expedia) is an authorized agent of the airline | | | | |
| | Because they have to be to be dealing with the airline | Because they wouldn't be able to broker me a flight then | Generally many airlines require this for the services to be sold by a third party | That's the only way Expedia will be allowed to sell airline tickets from that company |
| | Because I can buy a ticket | It connects with the airline so that they know that you booked a ticket to their airline. | From the name and information | It shows real time travel rates |
| | They obviously selling tickets for them | The airline offers a certain amount of tickets to the company at a reduced rate for the company to sell | Because you buy tickets from them | The airline is allowing Expedia to sell tickets for THEIR services provided. |
| | They are helping to sell flight tickets through their platform. | Because I always booked at 39xpedia agency to book any airlines | They must be authorized to sell plane tickets | I would have to believe that they would be otherwise how could they sell the ticket |
| | They're selling airline tickets | They connect the passenger to the actual flight and receive payments | Because their selling the airlines tickets and flights. | It has been around for a long time so it would make sense that it would be |
| | By how the information was listed | You can get on the airline through Expedia but have to contact Expedia if you have any problems. | Because your able to buy a airline ticket associated with the airline | There are many flights available through the Expedia website. |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

The second question regarding the relationship between Skiplagged and the airline was Q 11: whether "Skiplagged (Expedia) is an authorized travel agency with access to fares I could not access via the airline."

The responses to this question are presented in Exhibit 6. An extremely high percent of respondents --close to 40%-- exposed to the two Skiplagged stimuli said YES. Many of the reasons for this perception is the way the material is presented.

40

**Exhibit 6**
**Consumers' belief re Skiplagged (or Expedia) as an authorized agent with special access to fares that could not be accessed via the airline**
**(Q11a)**

| Based on | Test | Control | Test | Control |
|---|---|---|---|---|
| | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Q11a Skiplagged (Expedia) is an authorized travel agency with access to fares I could not access via the airline** | **38.4%** | **52.9%*** | **38.9%** | **53.5%*** |
| **Q11a Skiplagged (Expedia) is NOT** an authorized travel agency and does NOT have access to fares I could access via the airline | 9.6% | 7.7% | 7.6% | 7.7% |
| **DK** if authorized agent | 23.3% | 19.4% | 32.6% | 16.1% |
| **DK** if they have or do not have access to tickets, I could not access via the airline | 28.8% | 20.0% | 20.8% | 22.6% |
| **Q11b Illustrative Reasons for believing** Skiplagged (Expedia) is an authorized travel agency with access to fares I could not access via the airline | | | | |
| | Because I could buy the ticket | It helps me book the ticket, luggage, and it gives me an option to pay more for luggage protection. | Can only book those fares though them | They sell fares for airlines so that should mean they have access to flights |
| | Because their service is unique to them | You can book any airlines through Expedia | Listed on a major airline website | Some deals are only listed on their site |
| | Because I believe they are cheaper | Airlines set aside a number of available seats to authorized travel agencies. | It seems like they offered exclusive discounts | This is the business they are in. They have certain parameters that make them more attractive. |
| | Those tickets were too cheap for it to be anything else. | This is what Expedia does | States it in the pictures | I know they compare prices for the best deal |
| | It seems they have very reasonable prices that I have not seen through the airlines directly | Expedia works to fulfill vacancies | I could not access via the airline | They are a travel company to book the entire trip from flights, hotels and car rentals |
| | The only way I see them being able to get that low prices | | If they weren't authorized, they would be shut down. | |

Table heading: **% of Respondents**

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

41

Given that we had a number of questions probing the respondent's' perceived association between Skiplagged and the airlines, exhibit 6a includes a summary of these responses identifying the NET percent of respondents who believed that such association exists. The results show that an overwhelming number of respondents (73% - 76%) believe Skiplagged is affiliated with AA. This is only slightly below the belief as to Expedia (AA's actual authorized agent).

**Exhibit 6a**
**Overall and NET perceived association between Skiplagged and the Airlines**
**(All associated questions)**

| % of Confused Consumers | | | | |
|---|---|---|---|---|
| | **Test** | **Control** | **Test** | **Control** |
| **Based on** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **All OE Questions** Associated or connected with airline based on open-ended responses for all questions | 2.7% | 3.2% | 4.9% | 5.8% |
| **Q1-Q6 NET** Associated or connected with airline based on open-ended description of offering | 41.1% | 42.6% | 29.9% | 42.6%* |
| **Q7a** Skiplagged (Expedia) is an Authorized agent of the airline | 43.2% | 56.1%* | 42.4% | 63.9%* |
| **Q11a** Skiplagged (Expedia) is an authorized travel agency with access to fares I could not access via the airline | 38.4% | 52.9%* | 38.9% | 53.5%* |
| | | | | |
| **NET (said yes to at least one question)** | **76%** | **81.3%** | **72.9%** | **86.5%** |

4. **Consumers' belief re Skiplagged's deceptive messages and offers (vs. Expedia)**

AA's Complaint in this case alleges that Skiplagged deceives consumers to believe that Skiplagged's regular tickets are cheaper than purchasing tickets directly from the airline, and that Skiplagged does not fully disclose to consumers the actual risks/consequences of purchasing a hidden city ticket from Skiplagged. To test these allegations, we asked the respondents who were

42

exposed to the Skiplagged offerings a few questions.

The first of these questions asked if "buying tickets through Skiplagged (Expedia) is cheaper than buying directly from the Airline" or not (Q8).

Not surprisingly, 62% of the respondents exposed to the first stimulus (the non-hidden city tickets) and 70% of those exposed to the second stimulus (the hidden city tickets) said YES. This is very similar to the % who said yes to this question with respect to Expedia.

43

**Exhibit 7**

**Consumers' belief Re the cost of buying tickets through Skiplagged (or Expedia) vs. buying directly from the Airline**
**(Q8a:b)**

| % of Respondents | | | | |
|---|---|---|---|---|
| | **Test** | **Control** | **Test** | **Control** |
| **Based on** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Q8a Buying tickets through Skiplagged (Expedia) is cheaper than buying directly from the airline** | **61.6%** | **74.2%*** | **70.1%** | **65.2%** |
| Buying tickets through Skiplagged (Expedia) is NOT cheaper than buying directly from the airline | 7.5% | 9.0% | 8.3% | 15.5% |
| Don't Know | 30.8% | 16.8% | 21.5% | 19.4% |
| **Q8b** Illustrative Reasons for believing that buying tickets through Skiplagged (Expedia) is cheaper than buying directly from the airline | | | | |
| | Cheaper fees | Because I have used them before and if it was cheaper to book through the airline nobody would ever use Expedia. | Price decreased | Often times these third party sites offer huge discounts |
| | The tickets were discounted I believe | I guess they offer the list price available | Slight discount | They find the cheapest flights across all airlines |
| | Because they had a great price | I get to get points for every booking that I do so next time I book I get a discount. | This is indicated on the site | You can compare prices ahead of time on the website. |
| | I get a better deal. | It has more promotions | The price just seems low | From past experience. |
| | The price is very affordable and customers centric | I travel frequently and the prices shown are cheaper | They showed a discount | You can use discounts and codes for deals and promotion |
| | It offers discounts | It comes with rewards that could be use forthwith | Always cheaper thru a travel agent | In my experience, you get better deals by booking that way |

* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

A related question was whether "Skiplagged (Expedia), charges an additional fee on top of the airline total cost" (Q9).

Exhibit 8 presents the results, which show that one out of three respondents exposed to the non-hidden city stimuli said YES and one of 4 of the respondents exposed to the hidden city stimulus said YES. And both % are very similar to those of Expedia.

**Exhibit 8a**
**Consumers' belief Re the fees charged by Skiplagged (or Expedia)**
**(Q9)**

| % of Respondents | | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| **Based on** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Q9a** Skiplagged (Expedia) charges an additional fee on top of the airline total ticket cost. | 35.6% | 34.2% | 26.4% | 24.5% |
| **Q9a Skiplagged (Expedia) does NOT charge an additional fee on top of the airline total ticket cost.** | **34.9%** | **39.4%** | **34.0%** | **44.5%\*** |
| Don't Know | 29.5% | 26.5% | 39.6% | 31.0% |
| **Q9b Illustrative Reason for believing that** Skiplagged (Expedia) does NOT charge a fee for its services | | | | |
| | No additional charges was stated on their website | It rather comes with discounts and rewards | Much cheaper | Did not see an extra fee listed |
| | It doesn't charge | They collect a fee from the airlines | They make there money from airline | From my experience, they simply do not do this. |
| | I get a better value for my money when buying through this platform. | It said so | No additional cost if direct to the airline website | From past experience. |
| | They don't accept extra fee | I didn't see additional fee on the website | I used it before and there was no additional fee | They get a percentage of tickets sold from the airline |
| | The website doesn't charge extra it just charges your regular feats and how much ticket cost | I didn't see any extra fees | It was stated | No fees are listed |
| | It doesn't say they do | It only charged taxes on top of the ticket price so there is no additional fees. | It's what I saw within the ad itself. | Additional fees are charged by the aitline |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

The perception of the reasonableness of the fees are presented in Exhibit 8b and show very little difference between the perception of Skiplagged and Expedia.

**Exhibit 8b**
**Consumers' belief Re the fees charged by Skiplagged (or Expedia) are reasonable.**
**(Q10)**

| % of Respondents | | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| Based on | Skiplagged Ticket (n=146) | Expedia Ticket (n=155) | Skiplagged Hidden City Ticket (n=144) | Expedia Ticket (n=155) |
| **Q10a Believe the fee Skiplagged (Expedia) charges for its services is reasonable** | **52.1%** | **51.0%** | **41.7%** | **49.0%** |
| **Q10a** Believe the fee Skiplagged (Expedia) charges for its services is NOT reasonable | 8.2% | 11.0% | 17.4% | 6.5% |
| **N/A** (I do not think Skiplagged (Expedia) charges an additional fee on top of the airline's total cost) | 17.1% | 19.4% | 16.7% | 29.0% |
| Don't Know | 22.6% | 18.7% | 24.3% | 15.5% |
| **Q10b Illustrative Reasons for believing** the fee Skiplagged (Expedia) charges for its services is reasonable | | | | |
| | It seems fair | I feel the fee is reasonable because it would help their business out and it'll improve their services. | 45.00 is a o.k. fee | There is not an uplift in the price. |
| | They are a middle plane of plane tickets | They just charged taxes | Other sites charge at least this fee or more. | Because it is still less than retail. |
| | They have to make money somehow | Not too much | they have to make some money | I don't mind paying additional if it's really worth it. |
| | So I can get a better deal overall. | The earliest bookings normally save customers money | They prices seemed reasonable given today's costs | Affordable prices. |
| | There's a detailed information about the booking process for travelers | It's a third party and there is a fee | reasonable price good for everyone | They usually have all the information you need about a trip so they offering something that is valuable |
| | The $10 feed at this website charges is quite reasonable | It is a decent fee And not too expensive | The price that's offered | I've booked with Expedia before and I think the rates are the same or very close with er way. |

The following exhibits present the respondents' perceived legitimacy and risk of the Skiplagged offerings.

Exhibit 9a presents the results to the question of whether "a ticket bought through Skiplagged (Expedia) is a valid ticket." Over 70% of the respondents to Skiplagged stimuli said YES. Very close to the around 90% who said so for Expedia. The exhibit also includes some illustrative quotes; for more detailed verbatim, see Appendix C-6.

**Exhibit 9a**
**Consumers' beliefs Re the legitimacy and risks Skiplagged Hidden City offerings**
**(Q12)**

| % of Respondents | | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| **Based on** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Q12a A ticket bought through Skiplagged (Expedia) is a valid ticket** | **74.0%** | **87.7%\*** | **70.1%** | **90.3%\*** |
| **Q12a** A ticket bought through Skiplagged (Expedia) is NOT a valid ticket | 4.1% | 4.5% | 5.6% | 1.3% |
| Don't Know | 21.9% | 7.7% | 24.3% | 8.4% |
| **12b Illustrative Reasons for believing** A ticket bought through Skiplagged (Expedia) is a valid ticket | | | | |
| | Because they would not sell fake tickets | It's a valid ticket because it's connected to the airline. | I real website | I've flown with them |
| | They're authorized | Because no one would use it otherwise | why would they be able to sell invalid tickets? | Expedia is a great company |
| | Because it said so | Because they are recognized and authorized | They are offering tickets to flights | It's from the airline Expedia is a third party company. |
| | Why else would they be in business | Once the ticket is sold and paid for the airline has to honor the ticket. | It seems like a valid ticket | people have used it for travel |
| | It has to be | I have used Expedia before | I'm just assuming that I legit website. | I've bought tickets from them |
| | I think it's a trustworthy platform. | It's a trustworthy booking site | Authorized travel agent, I think. | It has to be valid. |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

Exhibit 9b presents the results to the question of whether "the option offered by Skiplagged (Expedia) carries no risk." Over a third of all respondents to both Skiplagged stimuli said YES.

48

This is significantly lower than the perceived risk of Expedia, but still a very high percentage, and especially with respect to the numerous risks of the hidden city offering.

**Exhibit 9b**
**Consumers' beliefs Re the Risks of Skiplagged**
**(Q12)**

| % of Respondents | | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| **Based on** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **12c The option offered by Skiplagged (Expedia) carries no risk** | **37.0%** | **59.4%*** | **36.1%** | **55.5%*** |
| **12c** The option offered by Skiplagged (Expedia) carries risk | 14.4% | 14.8% | 28.5% | 18.1% |
| Don't Know | 48.6% | 25.8% | 35.4% | 26.5% |
| **12d Illustrative Reasons for believing** the option offered by Skiplagged (Expedia) carries no risk | | | | |
| | there is no risk | It doesn't carry risks if you pay more to keep your information secured and luggage safe. | It's a guaranteed fare | I have never had an issue with my ticket purchase or my flights |
| | Did not see any risk factors | As long as you book a ticket with a refundable one it's o k | why would they sell invalid tickets | They are a well known company |
| | It's a trustworthy platform. | It's a trustworthy brand | There is no risk | It is as good as a ticket purchased directly from the carrier. |
| | None was provided on their website | I don't see how there would be a risk involved. | One price one flight ticket | It is licensed. |
| | I believe the offerings that this website has carries little to no risk as with the other sites that offer the same service | If it is authorized I don't think it is a problem | It's a guaranteed money back. It's a failsafe service. | I do not know of any risk involved |
| | They must do what they said of not I fraud | I've done it before | Everything is clearly explained | They are guaranteed |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

The next two exhibits focus on the perceived risks of buying Skiplagged (Expedia) tickets.

Exhibit 10a categorized the open ended responses to the question "what are the risks associated with this ticket" and a follow up probe. (Q12e: f). The risks were categorized into three

categories: meaningful risks, unmeaningful risks, and no risk. The definition and examples are listed underneath the below exhibit. Examination of the results show that the vast majority of the respondents perceived no risk, and only 4% of the respondents who saw the Skiplagged first stimulus and 17% of those who saw the second stimulus perceived a meaningful risk.

**Exhibit 10a**
**Consumers' perceptions of the risks involved in buying Skiplagged (or Expedia) tickets**

| Consumers perceived risks (Q12e-f): | % of Respondents | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| | Skiplagged Ticket (n=146) | Expedia Ticket (n=155) | Skiplagged Hidden City Ticket (n=144) | Expedia Ticket (n=155) |
| Meaningful Risks | 4.1% | 11% | 16.7% | 11.0% |
| Unmeaningful Risks | 8.9% | 7.7% | 12.5% | 7.1% |
| **No Risk** | **89.0%** | **87.1%** | **74.3%** | **85.2%*** |

* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

**Meaningful Risks:**
**Includes the following risks:**
- Financial penalties
- Can't fly on airline/Can get banned/Makes airline angry
- Cancellation problems/schedule changes
- Ticket isn't valid/ticket may not be honored
- Refund issues
- Fraud/scam issues
- Changes in plans
- Delays
- 'Third party' risk
- Weather risk
- No seats/plane is full
- Other Meaningful risks

Examples:
- Maybe the airline will be angry and kick you offf the plane
- Unknown extra fees at the airline, change fees, chance they are a scam website, cancellation fees.
- Not being validated or if it is canceled

**Unmeaningful Riks:**
**Includes the following:**
- Can't check a bag
- Unidentified Risks

Examples:
- Everything has risk
- Lost items
- Every ticket purchase carries risk. You can buy all the insurance in the world, have all the assurances in the world, and all the guarantees in the world, but stuff still happens.

Exhibit 10b presents the number of meaningful risks identified by the respondents.

51

Examination of the results show that, despite the numerous risks associated with the Hidden City tickets, the vast majority of the respondents do not perceive any meaningful risks, 11% perceive only one meaningful risk, and hardly anyone mentioned 2 or more meaningful risks.

**Exhibit 10b**

**Number of meaningful risks identified by each respondent.**

| Consumers perceived risks (Q12e-f): | % of Respondents | | | |
|---|---|---|---|---|
| | **Test**<br>**Skiplagged Ticket**<br>**(n=146)** | **Control**<br>**Expedia Ticket**<br>**(n=155)** | **Test**<br>**Skiplagged Hidden City Ticket**<br>**(n=144)** | **Control**<br>**Expedia Ticket**<br>**(n=155)** |
| **Mean** | 0.08 | 0.14 | 0.23 | 0.17 |
| **Median** | 0 | 0 | 0 | 0 |
| **0 (No Meaningful Risk Mentioned)** | **95.9%*** | **89.0%** | **83.3%** | **89%** |
| **1** | 1.4% | 8.4%* | 11.1%* | 5.8% |
| **2** | 2.1% | 2.6% | 4.9% | 3.9% |
| **3** | 0.7% | 0% | 0.7% | 1.3% |
| **4+** | 0% | 0% | 0% | 0% |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

5. **Consumers' reactions to knowing the facts about the AA offer and the actual risks of the Hidden city offer.**

The last part of the questionnaire focused on the respondent's reaction to knowing the truth about how Skiplagged's offering compared to the same offering on AA.com, and, for the respondents who saw the Skiplagged hidden city stimulus, the risks associated with this offer.

Exhibit 11a presents the results of the open-ended responses to the question "Comparing the results you got from Skiplagged (Expedia) and from American Airlines websites, how do you feel about the Skiplagged (Expedia) offering?" (Q15a: b). Surprisingly, only 20% of the Skiplagged respondents who saw the first stimulus and 25% of those who saw the second stimulus had negative sentiment toward Skiplagged. And a very large segment still had positive sentiment toward Skiplagged – 50% among those who saw the first stimulus and 43% among those who saw the second stimulus.

The following three Exhibits – 11b, c and d, presents illustrative quotes for the negative, neutral, and positive reactions.

**Exhibit 11a**

**Given additional information about American Airlines,
how do consumers feel about the Skiplagged (or Expedia) offer (Q15a:b)**

| % of Respondents | | | | |
|---|---|---|---|---|
| **Consumer Feelings about the Skiplagged (Expedia) offer (Q15a +b):** | **Test**<br>**Skiplagged Ticket**<br>**(n=146)** | **Control**<br>**Expedia Ticket**<br>**(n=155)** | **Test**<br>**Skiplagged Hidden City Ticket**<br>**(n=144)** | **Control**<br>**Expedia Ticket**<br>**(n=155)** |
| **Negative Sentiment about Skiplagged (Expedia)** | **19.2%\*** | **5.8%** | **25%\*** | **5.8%** |
| **Neutral Sentiment** about Skiplagged (Expedia) | 11.6% | 25.8% | 12.5% | 23.9% |
| **Positive Sentiment** about Skiplagged (Expedia) | 50% | 47.7% | 43.1% | 52.3% |
| **Don't Know** | 18.5% | 20% | 19.4% | 18.1% |

\* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

**Exhibit 11b**
**Reflections on Skiplagged and Expedia: Illustrative Negative Verbatims**
**(Q15a:b)**

| Test | Control | Test | Control |
|---|---|---|---|
| **Skiplagged Ticket (n=28)** | **Expedia Ticket (n=9)** | **Skiplagged Hidden City Ticket (n=36)** | **Expedia Ticket (n=9)** |
| I feel like they're ripping people off | Is that the total price or is n the next screen adds fees? If it is the same price why not go through the airline instead? | not sure worth it since I normally have luggage to check and want my frequent flyer miles | Not a big enough discount. |
| They are charging more than booking directly with the airline. | I feel it might be a scam because they're the same | I think it's risky | Since it is the same, I would book directly through the airline |
| I prefer to order tickets from a site I am familiar with. | it was more expensive and less secure than just buying from the airline | It seems like there are risks | It cost too much |
| There isn't a huge difference that I would deem it creditable to use this site. Play it safe and buy from the airlines directly. | American Airlines just looks more setup then Expedia does | sounds like they are using exploitive practices. | I would just use the American airlines website |
| It is $10 more because of service charge so why book it | Not great. it's the exact same, so there's no incentive to chose them over the aurline | American airlines website is more accurate than skiplagged | American Airlines is cheaper by about $35 |
| It is expensive and has several charges | The Expedia offering did not charge significantly more at all. | Wow. I wasn't aware of the airline restrictions. Maybe that's not the best way to buy a ticket. | Is more expensiv |

54

**Exhibit 11c**
**Reflections on Skiplagged and Expedia: Illustrative Neutral Verbatims**
**(Q14a:b)**

| Test | Control | Test | Control |
|---|---|---|---|
| **Skiplagged Ticket (n=17)** | **Expedia Ticket (n=13)** | **Skiplagged Hidden City Ticket (n=18)** | **Expedia Ticket (n=35)** |
| Same offering as the airline | The same flight same price | Cheaper but not clearer | They are the same prices |
| It is reasonable, but I would then book directly through the airline | Not bad. The difference is in incentives | It really just depends on the situation | It's essentially the same |
| Same as other booking sites | The offers are the same | I feel like it is cheaper, but it violates the airline policy so there is a risk. | It looked similar, so not sure why I would use it |
| I'd feel comfortable buying a ticket from this agency it looks professional and just like other websites | About the same | I feel like it's almost identical | The same flights |
| It looks like any other travel website I've used before. | It looks almost exactly the same, I would feel like Expedia is just offering the same thing I see with American | I think they offer more but I'm just not sure if I still trust it | It's literally the same exact thing |
| Is a great offer if not the same | It is basically the same price | I'm not sure now if it's okay or not | I think it was pretty much the same |

**Exhibit 11d**
**Reflections on Skiplagged and Expedia: Illustrative Positive Verbatims**
**(Q14a:b)**

| Test | Control | Test | Control |
|---|---|---|---|
| **Skiplagged Ticket (n=73)** | **Expedia Ticket (n=74)** | **Skiplagged Hidden City Ticket (n=62)** | **Expedia Ticket (n=81)** |
| I think it is a good value | Expedia gets you good deals. | Much better fee | I think the Expedia offering saves me and more of their customers money than the other offering |
| Seems like a decent deal | I feel Expedia offers better options than just the airline itself. | The Skiplagged is better | It sounds very reasonable |
| It is way more cheape | It seems like a better deal | Love it, seems to be a smart way to hack the system | It is favorable and credible. |
| I feel as if I am getting a better value for my money. | It's cheaper and affordable | They offer more protection plans as to your flight. | Feel as though the price is great and better. |
| It's cheaper | This is a good offering | It's a more affordable option | Expedia is less and easier to navigate. |
| I will be very happy to book a travel trip with them because their service is affordable and customers centric | They are offering a very good price for the flight with options. | It feels like they are less intimdating and more open and reliable | Good, price is about the same |

Exhibit 12 asks the respondents about their intentions to buy their next ticket from

55

Skiplagged (Expedia). And this is after being exposed to the facts about the AA offer, and, for respondents who saw the Hidden City offering, after finding out about the risks of the offer.

Surprisingly, almost half of the respondents still definitely or probably would buy the tickets from Skiplagged.

### Exhibit 12
### Consumers' intention to buy their next airline ticket from Skiplagged (or Expedia) (Q16a)

| % of Respondents | | | | |
|---|---|---|---|---|
| | Test | Control | Test | Control |
| **Consumer Reaction:** | **Skiplagged Ticket (n=146)** | **Expedia Ticket (n=155)** | **Skiplagged Hidden City Ticket (n=144)** | **Expedia Ticket (n=155)** |
| **Bottom Two (Definitely would not/Probably would not)** | **19.9%*** | **7.7%** | **19.4%*** | **2.6%** |
| **Top Two (Probably would/Definitely would)** | **53.4%** | **77.4%*** | **47.2%** | **73.5%*** |
| 1. **Definitely would not** consider buying my next airline ticket from Skiplagged (Expedia) | 8.9% | 3.2% | 6.9% | 0.6% |
| 2. **Probably would not** consider buying my next airline ticket from Skiplagged (Expedia) | 11.0% | 4.5% | 12.5% | 1.9% |
| 3. **May or may not** consider buying my next airline ticket from Skiplagged (Expedia) | 21.9% | 14.8% | 29.2% | 21.9% |
| 4. **Probably would** consider buying my next airline ticket from Skiplagged (Expedia) | 26.7% | 25.2% | 19.4% | 34.2% |
| 5. **Definitely would** consider buying my next airline ticket from Skiplagged (Expedia) | 26.7% | 52.3% | 27.8% | 39.4% |
| **Don't Know** | 4.8% | 0.0% | 4.2% | 1.9% |

* = Significantly higher than other cell at the 90% confidence level; Stat testing was only done within study

Exhibit 13 presents illustrative reasons for the various intentions to buy responses. For a more complete review of the reasons given by the respondents, see the full verbatim in Appendix C6.

**Exhibit 13**
**Illustrative Reasons for consumers' intention to buy their next ticket from Skiplagged (or Expedia)**
**(Q16a+c)**

| Intend to buy (4+5) | |
|---|---|
| **Skiplagged Ticket (n=78)** | **Skiplagged Hidden City Ticket (n=54)** |
| I'll get a better value for my money. | It is a cheaper way to fly. |
| Seemed professional and prices are relatively good. | Seems like they offer good deals and offers |
| I would consider it because it seems like a reliable option. | It seems interesting and I learned something new about traveling. Almost like a hack of sorts |
| Based on what I saw no reason to doubt it | They offer really good deal. This is something that would fit in a line with my schedule on some good places that I need to go. I don't mind having to layover if it'll save me almost $200. |

| Intent not to buy (1+2) | |
|---|---|
| **Skiplagged Ticket (n=29)** | **Skiplagged Hidden City Ticket (n=28)** |
| There isn't a huge difference in price that I would risk this not being a valid offer. | Its too risky |
| If it has same ticket but more because of service charges I see no reason to use it | You could lose your right to fly |
| There are too many risks involved. | Cause I want to make sure the ticket is real |
| Because it was hard to get a refund. | They don't comply with AA rules. |

| May or may not intend to buy (3) | |
|---|---|
| **Skiplagged Ticket (n=32)** | **Skiplagged Hidden City Ticket (n=42)** |
| Depending if the offer is cheaper than airlines | Not sure if worth the risks now that I understand the offer better |
| Because it gave the same results as the airline gave me but without protection | Don't know if i want the trouble |
| It is new to me, so I want to research and see how users feel about it. | I'm not sure I would want to take the risk |
| Depending if my deal is better on skiplagged I'd chose that instead | Because I'm still interested but need more research |

57

| Don't Know | |
| --- | --- |
| **Skiplagged Ticket**<br>**(n=7)** | **Skiplagged Hidden City Ticket**<br>**(n=6)** |
| I need more information about them and to read their reviews. | It really depends on the total price |
| I'll have to read more reviews | |

## B. Other Data supporting the Experimental Findings

In this section, we will briefly review 4 sets of data, which individually and collectively support the findings of our experiments.

### 1. Illustrative actual confusion and perceived deception in consumer complaints to AA

The following two exhibits present illustrative cases of actual confusion as evident from an analysis of consumer complaints to AA.

Exhibit 14 presents illustrative complaints to AA evidencing confusion as to association between Skiplagged and AA.

Exhibit 15 presents illustrative complaints to AA evidencing Skiplagged deceptive practices.

**Exhibit 14**

**Complaints to AA evidencing confusion as to the association between Skiplagged and AA**

"Skiplagged your third party agent processed my reservation."

- Mohamed Msekeni, 4/19/18, AA-SKP-00052765


"With all the being said it seems as if your company is in business with Skiplagg to do this very thing to customers."

- Mercedes Sutphen, 6/8/21, AA-SKP-00052724


"American is allowing this website [Skiplagged] to sell tickets and my daughter was completely unaware of their practice."

- Scott Posner, 6/15/21, AA-SKP-00053199-200


"AA accepts reservations from Skiplagged and accepted payment from me, . . . all while still partnering with the website Skiplagged where I purchased the ticket."

- Lawanda Blair-Foster, 1/18/21, AA-SKP-00053062-63


"pax stated that she did want to hear any additional excuses as Skippedlag is in partnership with AA and stealing peoples money."

- Tamara Speaks, 9/5/18, AA-SKP-00052798


"American Airlines allows these sights to sell these tickets."

- srposner@hotmail.com, 6/19/21, AA-SKP-00052726

59

## Exhibit 15

## Complaints to AA evidencing Skiplagged's deceptive practices

"I and my husband called AA and were told that we would need to contact customer service via email in order to receive a refund of the ticket we received through Skiplagged because the ticket is invalid. . . . I also will like for American Airlines to stop [Skiplagged] from selling hidden city tickets because customers are being duped into believing tickets are valid and not fraudulent."

- Lydia Davenport, 5/29/20, AA-SKP-00052952-53

"Upon boarding a fully booked flight and being asked to check my carry on luggage at the gate. I was then asked to step aside because confusion of my final destination. I purchased tickets from third party app skiplagged and was completely unaware of 'hidden city' until this unfortunate situation occurred."

- Nia Aziz-Hughes, 11/3/20, AA-SKP-00053024-25

"I understand I lidden City flights go against your policy but now where on the Skiplagged app does it state that."

- Francoargentina_1717@hotmail.com, 5/26/21, AA-SKP-00052720

"I completely understand and I'm going to be completely honest that I didn't know about the hidden city part what I thought I was doing was getting a flight from EGA to CET for cheap price off skiplagged. Had I known that I would've never ordered off of their site."

- rashodjackson716@gmaiI.com, 23/2/21, AA-SKP-00052727

"Purchased tickets on Skiplagged for a flight from JFK to CVG on Wednesday the 8th. When we arrived at CVG we waited an hour and our luggage did not come out. We went to AA baggage service and they was extremely rude stating they could not call down to get our luggage that it was a 'hidden city' flight. I explained nicely we do not know what that means[.]"

- Madison Chambers, 12/10/21, AA-SKP-00053239-40

"I booked a ticket from IAD to Austin on 10/11 on Skip lagged and due to the hidden city complications on skip lagged I wasn't aware there's an international destination on the the flight that I booked to Austin. . . . and I wasn't aware of a fact that the flight was booked to Guatemala City."

- Kushalini Marisetty, 10/13/23, AA-SKP-00053339-40

"I have purchased my ticket online and was planning to go to monastery in Phoenix, AZ, but was mislead by internet site skiplag, which offered Phoenix as a hidden city and lead me to book the flight to Reno."

- Nadina Avchenko, 10/29/19, AA-SKP-00052895-96

"I purchased my tickets via Skiplagged. After my purchase, I discovered this ticket was actually for LGA and just connected at ORD. . . . I myself, however, was unaware Skiplagged would book my trip as what they call a -hidden city' or that there were any rules against such a thing."

- Chaetan Newell, 11/8/22, AA-SKP-00053293-94

"I thought I was buying a ticket like any other, like through any other aggregator website like kayak or flights.com."

- matthew.didier@gmail.com, 6/7/21, AA-SKP-00052722

"We had booked our tickets through a company called Skiplagged. We were unaware that they had booked us to a hidden city. . . . We thought buying a ticket was okay since it was through the app. . . . I was unaware that the flight was booked to another city, …"

- Abdul Shute Jr., 10/15/20, AA-SKP-00053003-04

"Hello! l used a third party to book this flight called Skippedlagg. I wasn't aware what a 'hidden city' flight was but my final destination was nyc and it gave me an option for a flight to Nassau but you just get off at the connecting flight. I was not aware this is not allowed"

- Kaylynn Paulin, 12/1/23, AA-SKP-00053349-50

"I understand now that this isnt allowed by airline but this is information is not made known to customers. I only booked this flight because it was advertised on skip lagged as a hidden city flight. I had no idea it was not allowed and even\ when i explained that and tried to make any other option like continuing on to ft lauderdale and then back tracking to dallas on a cheaper flight I was told no."

- Rachael Otomanski, 2/28/23, AA-SKP-00053296-97

## 2. Illustrative actual confusion and perceived deception in consumer complaints to Skiplagged

The following two exhibits presents illustrative cases of actual confusion as evident from an analysis of consumer complaints submitted to Skiplagged.

Based on the content analysis of randomly selected 1464 complaints, we found the following staggering level of confusion and deception:

- Complaints evidencing deception: 21%.
- Complaints evidencing confusion: 17%.

Exhibit 16 presents illustrative complaints evidencing deceptive practices, while Exhibit 17 presents illustrative complaints evidencing confusion.

61

## **Exhibit 16**
## **Complaints to Skiplagged evidencing Skiplagged's deceptive practices.**

"[W]e were told this is not except able to their Airlines and can cause us to be banned from flying with them! This was not stated anywhere on tour [your] site!"

- Joseph Pauling, 4/20/23, SKP00102530

"I last month had a terrible experience where I bought a flight with no indication of its difference from any other available flight. After booking I noticed a note that said 'the airline might not be happy about this flight,' with no further explanation besides 'don't do this often,' which seemed ominous but not at all indicative that the actual ticket might not be honored. I then went to the airport where American Airlines treated me like a criminal for having a confirmed booking of this type, would not honor my ticket as originally booked, and gouged me another $400 on the spot to get back to my originating airport. This was incredibly distressing; Skiplagged should not sell flights that will not be honored, or create bookings that will cause stress to the end user."

- BBB Complaint pulled by Skiplagged, 6/7/21, SKP00093654-55

"So why do you offer this service of booking if you don't stand behind and honor the complete service? If you know that there is a possibility that my ticket will be flagged by the airline and denied access. Obvious you are aware of some issue because you told me not to mention Skiplagged to American Airlines. Almost like you know this issue has occurred in the past?"

- Samantha Merklein, 2/6/23, SKP00071991

"Hello, I found that booking directly with the airline provides me with a $30 discount of my flight. Therefore, it is more expensive for me to book through your website. … [H]ow do I get a refund of the serive fee you charged me? Since the service ended up costing me more money, I do not want to book through your site for a flight I can get for $30 cheaper and then pay an additional $10 service fee."

- Madushini Craner, 5/29/21, SKP00045443-44

"I booked two flights with you and in both cases (see screen shot below) it was advertised as TOTAL COST= $68- but when I booked the flights you charged me a VERY LARGE SERVICE FEE- 50% of the airline ticket!!! The cost for 4 of us should have been $272 but then you charged me a service fee of $136 or half the price of the flight!!! That is not ok. … No where did i see an advisory of your service fees. … This is my first time using Skiplagged and will not use it again unless I teel something is done to remedy this experience. Again- It said in the final screen shot- TOTAL COST."

- Mark Tefteller, 3/23/20, SKP00024561-62

"Hi, I'm sorry to bother you but my flights were supposed to be cheaper than the prices I was shown. It seems I paid the amount I would have paid if I went directly through American Airlines."

- Corttanie Hambrick, 8/1/18, SKP00001001

"Why am I charged twice for service fees!??! This ticket is supposed to be $67.20. Please help."

- Karla Harscheid, 1/23/20, SKP00019390

"$35 service fee?!"

- Adeel Haque, 1/16/20, SKP00018999

"what the fuck is wrong with you guys?????? WHY AM I BEING CHARGED $225 YOU TOLD ME IT WAS GOING TO BE $175 THIS IS A FUCKING SCAM!!!!!! I DONT WANT THIS ANYMORE!!!!! I WANT MY $175 TICKET YOU FUCKING SCAMMERS THIS IS NOT WHAT I AGREED TO NOR WHAT YOU SENT ME INITIALLY THIS IS A FUCKING SCAM!!!!!!!!!!"

- Gabriela Attias, 10/26/18, SKP00002199

"During my purchase on your website, the system charged me $10 over what the very same airlines offers directly. Instead of being charged the advertised price of $214, it tacked on another $10 - bringing the total to $225. Confidential Whereas on the American Airlines website (via Google Flights), that same ticket is the advertised price of $214. . . . I'm confused as to what you're charging for if the airline price is the original listed price - not higher. There was no advantage in purchasing there. … [I]t can be difficult to understand something like this."

- Slavik Lungu, 10/17/19, SKP00012618-20

"You ALL CHARGED SERVICE FEES!! Booking through skiplagged I didn't realize the airlines charged service fees as well. That's what I've been asking to get to the bottom of these fees. I'm very disappointed that I was charged $150 worth of service fees which is ridiculous. I've read reviews on your website and I'm not the only customer that this has happen to. I was looking for reasonable tickets and ended up paying full price with all these service fees. That was hidden until I printed off my confirmation receipt notice from the airlines. I will NOT use skiplagged again and I'll be writing my review as well. Folks beware skiplagged has hidden service fees which you'll be charged through them and the airlines so your really not getting cheap tickets."

- Nadine Wellington, 12/4/19, SKP00015754

"I was forced to purchase a whole new flight as the airline was delayed. Although I know this was a hidden city ticket, it didn't state that I wouldn't be able to do a flight change or have no options!"

- Andrea Nettle, 1/6/20, SKP00018265-66

"I purchased a ticket to Chicago O'Hare airport on 8/23/18 from Las Vegas, Nevada. Record Locator: EANLBN. When I attempted to check in with American Airlines, I was informed that you all booked me

on an international flight to Vancouver Canada. I have a passport, my son does not. NOW WE ARE SCREWED!!!! I would like a refund ASAP."

- Fonda Darby, 8/24/18, SKP00001387

"We had our passports, that was not the issue. The issue was, with international flights, you cannot book a 1-way flight because of the legalities. Delta states that Skippedlag, should not be booking one-way flights with the final destination of an international location. If the final destination was a domestic location, there would not be a problem. Therefore, according to Delta Airlines, skiplagged does it's customers a disservice understanding that the process in which these tickets were purchased was fraudulent. . . . I believe this should be indicated in a clause section, easily accessed for a customer to read."

- LaTosha Lawrence, 7/24/19, SKP00084903

"customer booked a JetBlue flight and was shown a carry-on bag was included in their Basic Economy ticket (they sent a screenshot). however, on JetBlue's website, it shows basic tickets only include a personal item not a carry-on. . . . we currently have these policies hard coded    "

- 11/10/21, SKP00095750-51

"When my son was checking in at the counter at American they said the ticket we bought through you was fraud because he is getting off in Phoenix instead of going all the way to Austin. They are charging him an extra $166.00 to get on the flight. That was the only way they would let him on. The spokesperson at the AA ticketing counter said this is completely the responsibility of the 3rd party involved in buying this ticket which you, Skiplagged. Could you please get back to me to see how this can be resolved to get our $166.00 back from you since you did not mention when buying this ticket their would be such a possible problem or charge. Never would I have purchased this ticket if this would have been clearing specified."

- Joe Klein, 3/7/22, SKP00058775-76

"[F]irst you guys are a travel agency but impersonated me on the internet to book it directly on the AA website — when I went to check in, I told them I was going to Miami, they said my ticket was to Belize, which I never entered into your website and never showed up whilst I was booking with you guys — … the ticket was then voided, they forced me to purchase a new ticket for $328 + $35 ticketing fee — If I don't get a full refund for both tickets + compensation I will be reversing all charges — this was so unfair and it is not right to make your clients commit illegal activity without their consent or knowledge — I understand that it just breaking the airline terms and conditions but this is not okay."

- Charlie Cavallo, 2/18/19, SKP00004212

"Thank you for refunded me $15 but its still your responsibility for get me the whole amount. It not American airlines fault for hiding the stops that i have in my flight with all the respect it is your fault as company not to be 100% clear with the info that you represent on the screen. I was so shocked that they even told me that i am flying to puerto rico and all the problems that i had till i got to the flight."

- Ronnie Shimon, 10/29/18, SKP00002212

64

"I read every guideline that is there on the links that you've provided me and additionally, i don't even have any check in bags or any carry on also. I just had a back pack with me and they said that the flight was full and had to rebook a ticket . . . They said that since my final destination is MYR, they gave me an option to book a direct ticket to MYR from DTW at no cost, but my intention was to travel to DCA because it is where my school is located, not in MYR. What shall I do in this situation?"

- Rajesh Reddy, 1/18/23, SKP00070901


"I tried to check in online and could not. I then get to airport, to check in and the agent then tells me i purchased a illegal ticket from your site. I paid more than $200 for a ILLEGAL YOCKEY THAT I WAS NOT SUPPOSED TO HAVE PURCHASED. I AM REACHING OUT FOR MY FULL REFUND. The airline (AMERICAN AIRLINE) is not RESPONDIBLE YOU ARE FOR SELLING ILLEGAL TICKETS."

- Nathan Ellis, 9/16/21, SKP00050999-51000


"I had to find another flight through AA because the flight that was booked was meant to go to Cancun! You guys had Cancun marked out and said it was just a flight to DFW. . . . Make your website more understandable."

- Felicia Taddonio, 8/26/18, SKP00001409-10


"I booked a flight today for my son from San Diego to Philadelphia. He was trying to get his seat information and is unable because it says the flight is going to Toronto and he needs to put in passport information. He doesn't have a passport and is only traveling to Philadelphia. I was completely unaware that this was being booked to Toronto. I would like to cancel this flight immediately. Please get back to me regarding this problem."

- Lori Pulit, 8/10/18, SKP00001141-42


"[W]hat you do MAKE FULLY CLEAR is, the fact that the airlines isn't aware of your site they don't know a customer booked through your site and wasn't told about your company scamming ways to try to get you to your flight destination and the airline does not allow it, plus it's borderline illegal I was told by AA rep. Then you guys tell the customer to actually call and deal with the airline directly that the ticket schedule with knowing full well that when s*** hits the fan they're not honoring a damn thing. Had me standing in a airport after working all day, at lam only to be told, I couldn't take my flight and if I wanted to still go to TX I had to pay the actual ticket cost which was an additional 700+ dollars, thank God they took pity on me and only charged me an additional 300 dollars. You guys are criminals, hardened cold hearted unremorseful criminals and even if the law don't take care of you. Karma will eventually!"

- Kemico Martin, 8/3/18, SKP00001031

65

**Exhibit 17**

**Complaints to Skiplagged evidencing confusion as to its association with AA**

"If American Airlines is your partner, then you need to speak with them about letting people who buy your tickets in their planes."

- Rosemarie Veltri, 2/22/19, SKP00004300

"Your clarification does not help. The screenshot I've attached shows the first line of my confirmation email. THANK YOU FOR BOOKING WITH SKIPLAGGED. … If you are telling me Skiplagged did not book this flight. The confirmation email is from skiplagged ... My payment went to skiplagged. … You can't be trusted to honor the reservations you make. . . . And skiplagged…is saying 'well, we cant help you. We accept the money and cooperate with the airline but we have no control if they do not fulfill their obligations.'"

- Evans Juice, 12/15/22, SKP00070018

"I have not received a refund for this cancellation yet. The cancellation was made within 12 hours of booking as plans changed drastically. Please advise when the refund will be forthcoming."

- Aaron Fallen, 6/1/23, SKP00077561

"I already spoke to the airlines but they said only your agency can help us as the booking has been done from your website which means u have access for any typo Errors Happened through ur website right."

- Sanshi Reddy, 8/17/23, SKP00103741

"I would like a refund of the AA tickets that I just booked through your website. I am within the 24 hr deadline."

- Cindy Garcia, 8/7/18, SKP00001090

"Is there a way that you can help me upgrade to economy."

- Nikhil Gupta, 9/26/19, SKP00011574

"Just spoke with American Airlines and they told me that I must cancel thru the third party. Isn't skiplagged the third party in this instance. … I just need to cancel so I can rebook the ticket asap."

- Deena Chandler, 8/8/18, SKP00001105

### 3. Illustrative actual confusion and perceived deception in consumer posts on social media

Since actual complaints are often believed to be the "tip of the iceberg" given that most consumers are reluctant to complain, we also engaged in the analysis of consumer conversations on social networks. Thie results of this analysis are included in Exhibit 18.

The exhibit is divided into the following parts:

- Believing that Skiplagged is an agent of AA or another airline.

- Luggage sent to the wrong destination.

- Dishonored tickets/had to pay extra.

- The cost was higher than expected.

- Passport issues

- General dissatisfaction

Exhibit 18 includes illustrations posted on social media.

67

**Exhibit 18**
**Consumer Comments on Skiplagged**

## Believing Skiplagged is an Agent of AA or Another Airline

1. "Wow accidentally booked my flight thru Skiplagged instead of American and now I can't check my bag

68

*Author: @laurenash_213*
*Date: 2018-04-14*
*URL: http://twitter.com/laurenash_213/statuses/984976293966917633*
*American Airlines Reference: N*

6. "@KhadiDon download the skiplagged app, all flights are cheaper an yes it's legit"

*Source: Twitter*
*Author: @Niall_JayDub*
*Date: 2015-10-14*
*URL: http://twitter.com/Niall_JayDub/statuses/654162040479686656*
*American Airlines Reference: N*

69

## Luggage Sent to the Wrong Destination

1. "@SteveSasman @AmericanAir @Skiplagged Lol. You had to bring me back to PHX because AA shipped my bag to and from Vegas, which was within their rights but still sucked."

   *Source: Twitter*
   *Author: @ChrisStrub*
   *Date:2020-09-01*
   *URL: http://twitter.com/ChrisStrub/statuses/1300919283086696456*
   *American Airlines Reference: Y*

2. "@Skiplagged You all give good deals but keeping up w/ luggage is not good on skiplagged behalf! Traveling partial flights & bags going to the final destination is terrible"

   *Source: Twitter*
   *Author: @jerlbrown*
   *Date: 2024-01-29*
   *URL: http://twitter.com/jerlbrown/statuses/1752017421186089335*
   *American Airlines Reference: N*

3. "@xtatiana_ @Yaardiegurl @Pharaoh_Wilder @KateDaughtry @darnyb @EagleEye1906 Skiplagged will have your luggage going to Timbuktu but oh well you got the tkt for cheap

*Author: @YeaImTORI*
*Date: 2020-11-02*
*URL: http://twitter.com/YeaImTORI/statuses/1323245232444551168*
*American Airlines Reference: N*

6.  "Throwaway for obvious reasons. I fcked up and trusted someone to book our tickets. They used
    skiplagged and now 3 of us has luggages that needed to be checked in. I trusted this "friend"
    because they said they knew of a way to get cheaper tickets and kept us in the dark about its
    details. We missed the flight and now our luggage is being shipped to another damn state thats
    not our supposed destination. I am annoyed and is currently frantically looking for a way to get it
    back. Should I just take the flight or can I have the airline ship it back? And fr, should i drop this
    friend lol. Dont use skip lagged people, esp when youre like me. Late and manipulated into this
    mess."

    *Source: Reddit*
    *Author: Flippedmacaronisalad*
    *Date: 2023-10-01*
    *URL: https://www.reddit.com/r/travel/comments/16wupkp/fukd_up_by_using_skip_lag/*
    *American Airlines Reference: N*

7.  "Used @Skiplagged and they made me check my bag. See my luggage in a week or so.."

    *Source: Twitter*
    *Author: @Koridarnell*
    *Date: 2016-06-05*
    *URL: http://twitter.com/Koridarnell/statuses/739459507491737601*
    *American Airlines Reference: N*

## Dishonored Ticket/Had to Pay Extra

1. "@Skiplagged used @AmericanAir to book a flight I found & AA refused to let me carryon when I mentioned ur app & made me pay for a new flight"

   *Source: Twitter*
   *Author: @nicolebrajer*
   *Date: 2017-01-20*
   *URL: http://twitter.com/nicolebrajer/statuses/822303955908628484*
   *American Airlines Reference: Y*

2. "@Skiplagged My son just purchased his first airfare using skiplagged, Tuscan to LA. American Airlines made him purchase a new ticket to board! $172 on top of what he spent on app. Can he get a refund? This is effed up!"

   *Source: Twitter*
   *Author: @itwitt2*
   *Date: 2021-08-18*
   *URL: http://twitter.com/itwitt2/statuses/1428113256477073410*
   *American Airlines Reference: Y*

3. "@Ieshialot Just stay away from Skiplagged if you're booking american, security was about to come get me in Philly if I didn't rebook

72

I don't have a ticket today."

*Source: Twitter*
*Author: @_____de*
*Date: 2021-01-24*
*URL: http://twitter.com/_____de/statuses/1353408328173555713*
*American Airlines Reference: Y*

6. "A word of caution on Skiplagged - use it too often and American will catch on and start pulling bullshit. I've been denied boarding to a flight, at the gate in terminal C, after checking in!"

*Source: Reddit*
*Author: ihrtbeer*
*Date: 2022-12-09*
*URL:*
*https://www.reddit.com/r/Charlotte/comments/zgwq3j/how_do_you_save_money_flying_with_clt_being_so/izj0exh/*
*American Airlines Reference: Y*

7. "@AmericanAir @Skiplagged the carryon clearly fits. I have carried it on multiple AA flights. AA forced me to pay 4 a new flight #skiplagged https://t.co/uN1sK2UgV8"

*Source: Twitter*
*Author: @nicolebrajer*
*Date: 2017-01-20*
*URL: http://twitter.com/nicolebrajer/statuses/822347673030098944*
*American Airlines Reference: Y*

8. "@_StayFit101 So basically AA considers this to be cheating the system. Skiplagged gets you lower rates by booking your flight as connecting and you get off at the layover. That's what I did, my ticket got flagged. When I got to the airport I had to pay an additional $150 & bumped to standby."

*Source: Twitter*
*Author: @dorianjanelle*
*Date: 2022-05-08*
*URL: http://twitter.com/dorianjanelle/statuses/1523387295906566145*
*American Airlines Reference: Y*

73

9. "Hi everyone, I read the FAQ but have a question regarding getting fines/banned for life from American. I bought a skiplagged flight from DTW to FLL - with a connection in CLT (my intended destination). I tried to check in, but the gate attendant told me they knew CLT was my final destination and if I did not pay the change fee & did not get on my flight to FLL, I would be banned from American for life. Has anyone had experience with this? I know not to check bags etc, and have taken 50+ flights with skiplagged & have never had an issue. Thanks"

   *Source: Reddit*
   *Author: @laith-the-arab*
   *Date: 2022-02-06*
   *URL: https://www.reddit.com/r/Flights/comments/sm97ni/change_fees_on_skiplagged/*
   *American Airlines Reference: Y*

10. "@AmericanAir @Skiplagged as a member of @NBCUniversal, a frequent flyer, I was shocked I was forced off the line & to pay for a new flight!"

    *Source: Twitter*
    *Author: @nicolebrajer*
    *Date: 2017-01-20*
    *URL: http://twitter.com/nicolebrajer/statuses/822344867619557376*
    *American Airlines Reference: Y*

11. "@AmericanAir @Skiplagged AA has the worst customer service in our nation! AA CLAIMS THIS BAG ISN'T A CARRYON! Forced me to buy a new flight. https://t.co/JrTRVaQ8rj"

    *Source: Twitter*
    *Author: @nicolebrajer*
    *Date: 2017-01-20*
    *URL: http://twitter.com/nicolebrajer/statuses/822357723127762944*
    *American Airlines Reference: Y*

12. "@AmericanAir @Skiplagged u let ppl pass w me their carryons but BC I booked thru #skiplagged AA gave me no option than 2 pay 4 a new flight! https://t.co/ySRBcY6wRD"

    *Source: Twitter*
    *Author: @nicolebrajer*
    *Date: 2017-01-20*
    *URL: http://twitter.com/nicolebrajer/statuses/822349705979916289*
    *American Airlines Reference: Y*

13. "@DiskullOfficial @Skiplagged @AnthonyAttia24 Do not recommend skiplagging on the way back. Got flagged coming back from New York with @Megamarv97. American made us pay the flight in full since they knew we fly out of Charlotte and weren't getting on the connecting flight

*Source: Twitter*
*Author: @Hozay_Guap*
*Date: 2022-12-20*
*URL: http://twitter.com/Hozay_Guap/statuses/1605078826593443840*
*American Airlines Reference: Y*

14. "@Skiplagged @AmericanAir wouldn't refund me the change fee - made me purchase a brand
    new flight & miss my original cus I mentioned ur app."

    *Source: Twitter*
    *Author: @nicolebrajer*
    *Date: 2017-01-20*
    *URL: http://twitter.com/nicolebrajer/statuses/822307917722370051*
    *American Airlines Reference: Y*

15. "@united @CFPB @AmericanAir @MarkWarnerVA @timkaine @Skiplagged Current attempt
    is a @united employee telling me it is another $1000 I have to pay...to KEEP MY SAME
    FLIGHT."

    *Source: Twitter*
    *Author: @MsWZ*
    *Date: 2017-09-18*
    *URL: http://twitter.com/MsWZ/statuses/909593100372324354*
    *American Airlines Reference: N*

75

# Cost Was Higher Than Expected

1. "@Skiplagged $35 service fees yeah you guys are bugging I'll just book my flight via American. SMH! Use to love u guys"

   *Source: Twitter*
   *Author: @candydeepthr0at*
   *Date: 2023-11-14*
   *URL: http://twitter.com/candydeepthr0at/statuses/1724359090648801288*
   *American Airlines Reference: Y*

2. "BUYERS BEWARE! This company @ExploreTrip, found on @Skiplagged .com, will promise prices on internet and then inform you that you need to pay more money to secure your booking. They will even try to get you to pay more than the price on the airline's website #scammers #fraud https://t.co/3L105ps7H3"

   *Source: Twitter*
   *Author: @cati4563*
   *Date: 2019-02-03*
   *URL: http://twitter.com/cati4563/statuses/1092121343275999232*
   *American Airlines Reference: N*

3. "@Skiplagged how do I contact customer service? I booked a flight, entered CC#, it was transferred to ExploreTrips who cancelled it with no notification. Now the trip is twice as expensive. #Angry"

   *Source: Twitter*
   *Author: @Audiv8q*
   *Date: 2019-10-23*
   *URL: http://twitter.com/Audiv8q/statuses/1187109886036865025*
   *American Airlines Reference: N*

## Passport Issues

1. "i used skiplagged (great site, highly recommend )to book a flight home to CA from Hawaii early because my original flight overlapped with school. I show up to the airport and they ask me for my passport because the flight is technically to Canada with a layover in SF (where I planned to get off). I frantically call the airline an hour before the flight and try and explain the situation and they offer to change my flight for a $300 change fee ONTOP of the price of the new ticket. I hang up and change my story to someone stole my passport and I need to get on this flight to San Francisco where I can get a new passport and they no questions change my flight for no fees."

   *Source: Reddit*
   *Author: j-blizzle*
   *Date: 2017-10-17*
   *URL: https://www.reddit.com/r/AskReddit/comments/76xpa3/reddit_whats_your_top_holy_shit_that_worked_moment/dohyfu3/#*
   *American Airlines Reference: N*

2. "@Skiplagged you didn't tell me I'd need my passport to get through security for a domestic flight!! Stuck and stressed."

   *Source: Twitter*
   *Author: @StormMurphy*
   *Date: 2016-01-11*
   *URL: http://twitter.com/StormMurphy/statuses/686539365661700096*
   *American Airlines Reference: N*

3. "Usually it works great if one knows what s/he is doing, but one time was hilarious (to me). Wanted to go to PHX. Flt was $300+. Flt from LAX to Vegas was $48!!! with a layover conveniently in PHX. No brainer. Worked fine going. On the way back I had a flt to Seattle w a layover in LA. Mechanical issues cancelled the flt. They tell everyone they will rebook at the counter. The over accommodating agent is like "you're in luck - there's a direct flight to Seattle & we can upgrade you"! And it leaves in 30 minutes so you'll arrive sooner!! Damn good customer service. What do I do!?! What can I say? "Oh no, I like layovers, inefficiency & downgrades"? I told her I had to go to the restroom- where I stayed until the flight left. Went online to book & there was a flight to BC w/ a layover in LA (not sure why it's cheaper to go to BC from Phoenix than to LA). They wouldn't let me board that flight b/c I didn't have my passport. WTH? Can I have someone in LA meet me w it? No, you can't board an international flt w no passport. But it's going to LA 1st, which isn't international. She said you can't do that, but you wouldn't want to take the chance of being stuck in LA. (Actually I would!) Ended up staying another night in PHX to catch the same PHX- LAX-Seattle flt I had originally. Even w the extra night hotel (and fun) I still saved almost $200! And the longer version makes for a great

story. Hope they can't trace me thru this story. Crap"

*Source: Reddit*
*Author: go4urs*
*Date: 2023-07-17*
*URL: https://www.reddit.com/r/TravelHacks/comments/152fom9/my_hilarious_to_*
*me_skiplagged_story/*
*American Airlines Reference: N*

4.  "I fucked myself over last week I used @Skiplagged and didn't have my passport smh I didn't
    land at my destination had to purchase a new one way that shit sucked"

    *Source: Twitter*
    *Author: @Itz_RicanSteph*
    *Date: 2018-10-02*
    *URL: http://twitter.com/Itz_RicanSteph/statuses/1046939729013497856*
    *American Airlines Reference: N*

5.  "@Skiplagged ...Really messed me and my kids vacation return UP. Our return flights... Needed
    PASSPORTS from Hawaii. Had to buy NEW full fare tickets! https://t.co/LzF3E6auhz"

    *Source: Twitter*
    *Author: @TamekaRaymond*
    *Date: 2018-01-08*
    *URL: http://twitter.com/TamekaRaymond/statuses/950464317270343680*
    *American Airlines Reference: N*

6.  "If you ever use Skiplagged, please don't be like me and forget your passport by not thinking
    about the fact that you purchased an international flight since you just plan on getting off at a
    domestic layover

*American Airlines Reference: N*

8. "I was flying through SFO about a week ago at this point and I booked a flight to Seattle as a hidden city flight connecting to Calgary. I didn't have my passport, but I was effectively only taking the flight to Seattle. An attendant sent me to special services desk saying there was a way for me to get on the initial flight, knowing I had used Skiplagged. The Delta attendant at the services desk, seeing my issue, was adamant about it being impossible for me to get on the flight. He then began lecturing me about how I was a hipster and how I couldn't "cheat the system" among other things. He included that it was possible to get me booked just for the Seattle flight, but simply wouldn't. Due to the circumstances, I needed to book an emergency second flight to Seattle. Is there anything I can do about this? Can an airline decline service because of how I booked my flight?"

*Source: Reddit*
*Author: KindaCompostable*
*Date: 2017-06-10*
*URL: https://www.reddit.com/r/legaladvice/comments/6geakw/wa_i_wasnt_allowed_on_a_flight_because_i_used/#*
*American Airlines Reference: N*

# General Dissatisfaction

1. "@Skiplagged you guys took my money for the ticket and service fee. Now @AmericanAir says I don't have a ticket today"

   *Source: Twitter*
   *Author: @_____de*
   *Date: 2021-01-24*
   *URL: http://twitter.com/_____de/statuses/1353408328173555713*
   *American Airlines Reference: Y*

2. "Am I being punked @AmericanAir @Skiplagged This is a deceitful way to sell tickets and take people's money! #shameful #fraud #AmericanAirlines #skiplagged"

   *Source: Twitter*
   *Author: @JessyDiva59*
   *Date: 2021-09-26*
   *URL: http://twitter.com/JessyDiva59/statuses/1441930656670523393*
   *American Airlines Reference: Y*

3. "@Skiplagged @AmericanAir absolutely horrible misleading and deceptive services. Want a direct flight to #WashingtonDC - then sell me a cheap ticket going all the way to #Richmond - where I can't have a carry on luggage & hence needed to buy a fresh ticket altogether. Outrageous!"

   *Source: Twitter*
   *Author: @Akshobh*
   *Date: 2017-12-02*
   *URL: http://twitter.com/Akshobh/statuses/937040316351250433*
   *American Airlines Reference: Y*

4. "I am so annoyed with @AmericanAir & @Skiplagged someone needs to produce my voucher, apply a credit or give me my money back TODAY INSTANTLY!!"

   *Source: Twitter*
   *Author: @kushmie*
   *Date: 2020-08-17*
   *URL: http://twitter.com/kushmie/statuses/1295374798873219072*
   *American Airlines Reference: Y*

5. "Hey, just some more info — this exact thing happened to me. Traveling for work. Boss booked a Skiplagged from CMH->CLT(home airport)->LGA. The app would not let me get my boarding pass. See ticket agent. Agent informs me that because I have an NC ID, they believe it is not my intention to actually fly to LGA. I told him he can believe whatever he wants and that I would

80

like my ticket. He, having no recourse, did print my ticket. Flight to LGA ended up being delayed a couple hours (oh nooo), so I ended up leaving CLT with no issues. I have never used Skiplagged for American because of this. Not worth the risk. But they really did flag me because of my ID."

*Source: Reddit*
*Author: @Castalyca*
*Date: 2023-07-11*
*URL: [https://www.reddit.com/r/americanairlines/comments/14wr746/teenager_taken_ to_security_room_and_interrogated/jrjv6mu/](https://www.reddit.com/r/americanairlines/comments/14wr746/teenager_taken_to_security_room_and_interrogated/jrjv6mu/)*
*American Airlines Reference: Y*

6. "Hey guys I was wondering if anyone who is familiar with Skiplagged can help me understand this. This is my first time using Skiplagged and I am not much of a traveler. I live in NYC. I am planning a week trip in Cancun followed by a couple of days in Miami. Three flights in all. JFK to Cancun (American Airlines), Cancun to Miami (JetBlue), then Miami to JFK (also JetBlue). However, I am now seeing that my credit card was charged for these random flights in Tulsa Oklahoma and Salt Lake City Utah?? I immediately suspected fraud, but interestingly enough, the charges are for the **same exact prices** as my vacation flights. I did some research on how Skiplagged works and apparently the website shows you hidden city flights. I didn't understand this before - so now I am wondering if I happened to unknowingly book a hidden city flight from Tulsa >>> NYC >>> Cancun or something, and am now being charged the full price by the airlines? I have no idea what's going on. Or is this just fraud? Was my info sow hacked and now someone is buying tickets from my card? Who would I go to to resolve this issue? The airlines or skiplagged? Or my credit card company for fraud? I've seen articles about Airlines banning or suing customers for booking through skiplagged, and I don't want to get in any trouble. Please help me understand this so I know how to explain my situation when I talk to a representative from an airline."

*Source: Reddit*
*Author: @mykashu*
*Date: 2021-05-07*
*URL: [https://www.reddit.com/r/travel/comments/n759ar/i_used_skiplagged _to_book_a_trip_are_these/](https://www.reddit.com/r/travel/comments/n759ar/i_used_skiplagged_to_book_a_trip_are_these/)*
*American Airline Reference: Y*

7. "I just want to cancel my flight @Skiplagged & @AmericanAir giving me the hardest time ever then i have @Allianz insurance on this flight and it's a complete waste of money not helpful at all I'm so over all of these companies completely disgusted!!!"

*Source: Twitter*
*Author: @KassidyBankss*
*Date: 2021-06-07*
*URL: [http://twitter.com/KassidyBankss/statuses/1402011904055332870](http://twitter.com/KassidyBankss/statuses/1402011904055332870)*

*American Airlines Reference: Y*

8.   "don't ever use @Skiplagged , they had me stranded in Aruba! Been otp for 6+ hours trying to
     reach @AmericanAir & @priceline , yall got me alllllll the way eff'd up!!!!!!!!!!"

     *Source: Twitter*
     *Author: @notgnerahk*
     *Date: 2021-06-14*
     *URL: http://twitter.com/notgnerahk/statuses/1404292375971774464*
     *American Airlines Reference: Y*

9.   "DON'T buy a connecting flight for American Airlines through Skiplagged

12. "@Skiplagged terrible, I'm so disappointed about your service"

   *Source: Twitter*
   *Author: @eliasferreirah*
   *Date: 2020-12-26*
   *URL: http://twitter.com/eliasferreirah/statuses/1342933144983511041*
   *American Airlines Reference: N*

13. "I really may never use @skiplagged again. Girlfriend and I paid for the upgraded seats on our
   @united flights over a month ago and had our seats changed with no notification or refund.
   Customer support has been terrible to deal with. Over 7 hours of waiting total... no response"

   *Source: Twitter*
   *Author: @ThatMFerr*
   *Date: 2021-06-08*
   *URL: http://twitter.com/ThatMFerr/statuses/1402222251282468866*
   *American Airlines Reference: N*

14. "@Skiplagged this flight is really important, and to be totally duped by your service/app is
   terrible"

   *Source: Twitter*
   *Author: @CaelinCX*
   *Date: 2018-09-15*
   *URL: http://twitter.com/CaelinCX/statuses/1040782338869927937*
   *American Airlines Reference: N*

15. "@Skiplagged you guys really need to stop lying to your users and saying this as false hope.
   you've been saying the price might go down for 10 days and it's just been shooting up ever since.
   terrible feature that cost me hundreds https://t.co/9UiD4GrDdV"

   *Source: Twitter*
   *Author: @SwallowMeHole*
   *Date: 2021-06-17*
   *URL: http://twitter.com/SwallowMeHole/statuses/1405458169082650631*
   *American Airlines Reference: N*

16. "@Skiplagged Urgently seeking help, reached out this morning re: a reservation, no response. I
   trusted your 24-hour cancellation guarantee +My initial purchase was based on trust in ur
   policies. Now, with my money taken and policies not upheld, it's a terrible customer journey."

   *Source: Twitter*
   *Author: @heidifamilia*
   *Date: 2023-11-18*

*URL: http://twitter.com/heidifamilia/statuses/1725669070425522550*
*American Airlines Reference: N*

17. "For me it was skyscanner until last year, it really got terrible. Skiplagged turned terrible too, secret flying? Terrible"

*Source: Reddit*
*Author: yerry_Sanchez*
*Date: 2023-03-30*
*URL: https://www.reddit.com/r/TravelHacks/comments/1268g6t/what_are_the_best_and_most_well_hidden_secrets_to/je8a3uu/*
*American Airlines Reference: N*

18. "@Skiplagged Lina #72 was whack. Unhelpful and left me on hold for several minutes at a time. I'm disappointed you couldn't refund the difference of my flight. Regret sharing u to friends.

21. "Almost had a situation with my luggage because of this damn skip lagged app. I don't know that I can trust it now."

*Source: Twitter*
*Author: @QuoirBoy*
*Date: 2016-12-22*
*URL: http://twitter.com/QuoirBoy/statuses/811930426335956993*
*American Airlines Reference: N*

22. "@Skiplagged I wanted to share my experience with @Saudi_Airlines : My luggage arrived broken Reaching your customer service department was remarkably difficult Staff seemed unwilling to acknowledge the airline's responsibility for the damage. @Saudia_Care #be_aware @RiyadhSeason @NEOM https://t.co/QowJ9b37s2"

*Source: Twitter*
*Author: @A_Suray7i*
*Date: 2023-10-11*
*URL: http://twitter.com/A_Suray7i/statuses/1712179287778861412*
*American Airlines Reference: N*

23. "Yo skiplagged really almost made me lose all my luggage lmfaoo Im glad ik how to talk to ppl"

*Source: Twitter*
*Author: @prodilovechris*
*Date: 2019-05-04*
*URL: http://twitter.com/prodilovechris/statuses/1124663991110909952*
*American Airlines Reference: N*

24. "@Skiplagged Extremely angry with your services right now and I will be requesting a refund. I scheduled a flight through you to leave today and somehow it was changed to July 13. Come to find out, 3 more families were in line ALSO expecting to leave today. #ripoff"

*Source: Twitter*
*Author: @LaTori_Blair*
*Date: 2018-06-29*
*URL: http://twitter.com/LaTori_Blair/statuses/1012802242452295680*
*American Airlines Reference: N*

### 4. Consumer behavior and advertising and marketing theories and findings that support the validity of our empirical findings.

When searching for cheap flights or directly for Skiplagged, the Skiplagged messages are very appealing.

85

Consider for example the prominent first search results sponsored by Skiplagged. "Skiplagged: the smart way to find cheap flights." And the follow up heading "Find flights the airlines don't want you to see," "cheap flights to NY," and next to it the Nerd Wallet post: "What is Skiplagged and how to use it," with the following opening sentence: "Skiplagged is a legit way to reduce the cost of certain flights. By booking a hidden city ticket, you might be able to save hundreds of dollars."

These and similar messages are appealing and meet the RAVES criteria for effective advertising and offering.[3]

- **Relevant and respectful:**

  o The big cost savings make it very relevant for any consumer looking for cheap flights.

- **Actionable**:

  o The convenience of a click away from getting the savings is very actionable and tempting.

  o The assurance of legitimacy also makes it more actionable.

- **Valuable:**

  o The big cost savings make it valuable for sophisticated consumers who weigh the cost benefits of the offer, given that Skiplagged does not disclose all the risks. The benefit of cost savings outweighs the few identified risks.

  o The presentation of the tickets with the AA logo and their typical format (see the stimuli we used in our study) further increases the consumer confidence that they are dealing with a legitimate agent of AA.

- **Experiential:**

  o The presentation of the offering with the AA logo and format assures the consumer an experience similar to the one they experience in dealing with AA directly or with authorized agents of AA.

---

[3] Based on Wind and Hays, *Beyond Advertising: Creating Value Through all Customer Touchpoints.* Wiley, 2016

- **Sharable story:**

  o Ther hidden city story is clever, doing something which is legal, but the airlines do not like is intriguing and could tempt consumers to buy it and share it with others.

  o And for some, the creative way of finding loopholes to get cheaper flights is appealing as well as a "David against Goliath" scheme.

Thus, based on what we know about how advertising works, the Skiplagged message and offering is clever and likely to work. While the FAQ includes a bit more information about the risks of Hidden city offering, the reality is that consumers rarely if ever read the small print.

VI.     **CONCLUSION**

The conclusion of my analysis is:

1. The results of two consumer experiments among 600 consumers show conclusively that Skiplagged's non-hidden city and hidden city ticket offerings deceive consumers to believe that Skiplagged is an authorized agent of or otherwise associated with American.

   - These results are clearly summarized in Exhibit 6a (p 41-42), which shows that 75% of consumers exposed to the non-hidden city ticket and 73% of the consumers exposed to the hidden city ticket believe that Skiplagged is associated with American.

     o This is just slightly below the level of perceived association between Expedia (the control groups) and American.

2. The results of the experiments clearly show that Skiplagged deceives consumers of its non-hidden city tickets to believe that purchasing a ticket on Skiplagged.com is cheaper than purchasing a ticket directly from American. In fact, 62% of the consumers exposed to the Skiplagged regular/non-hidden city stimulus believed that buying tickets through Skiplagged is cheaper than buying directly from the airline. See Exhibit 7.

87

o   Relatedly, consumers of both the non-hidden city and hidden city tickets believed that Skiplagged does not charge an additional fee on top of the airline's total ticket costs (Exhibit 8a).

3.   The results of the experiments clearly show that Skiplagged deceived consumers of its hidden city tickets to believe the following:

a.   That a hidden city ticket bought through Skiplagged is a valid ticket – 70% of the respondents. See Exhibit 9a;

b.   That a hidden city ticket offered by Skiplagged carries no risk – 36% of the respondents. See Exhibit 9b; and

c.   Among those who perceived some risk, less than 17% perceived any meaningful risk (Exhibit 10a), and most of them perceived only one meaningful risk (Exhibit 10b).

4.   Knowing the truth about the AA prices and the real risks associated with hidden city tickets has only limited impact on consumers' intentions to buy their next airline tickets from Skiplagged. See Exhibit 12.

5.   Overall, consumers perceived Skiplagged quite similarly to their perceptions of Expedia, the legitimate and *authorized* travel agent of American that served as our control.

6.   The above findings are strongly validated by the actual complaint data received by American (Exhibits 14 and 15), the complaints received by Skiplagged demonstrating a very large number of confused consumers (Exhibits 16 and 17), and consumer conversations on social networks (Exhibit 18).

7.   All of my findings are consistent with what one would expect from consumer behavior, advertising, and marketing theories and practices.

8.   Given these findings Skiplagged's practices are harming both consumers and American Airlines.

Philadelphia, Pennsylvania

Yoram (Jerry) Wind, Ph.D.

**APPENDIX A**



**Yoram (Jerry) Wind**
The Lauder Professor Emeritus
Professor of Marketing
The Wharton School
The University of Pennsylvania
Philadelphia, PA 19104-6340
215-898-8267  phone
610-715-5556  mobile
windj@wharton.upenn.edu

## Short Biography

Yoram (Jerry) Wind joined Wharton in 1967 with a doctorate from Stanford and since 2017 has been the Lauder Professor Emeritus and Professor of Marketing. Since then, he's continued his active research, publication, lecturing and advising of profit and nonprofit organizations. He founded the Wharton "Think Tank" – The SEI Center for Advanced Studies in Management and directed it for three decades. Among his many innovations at Wharton, he led the development of the Wharton Executive MBA, the Lauder Institute, the new MBA curriculum of 1990, The Wharton Fellows, Wharton School Publishing, and various research programs including The Future of Advertising. He has edited top marketing journals and published over 300 articles, manuscripts and chapters. He authored, co-authored, or edited 30 books and received the four major marketing awards: Buck Weaver, Parlin, Converse, and AMA/Irwin Distinguished Educator Award. He was inducted into the inaugural group of AMA Fellows. He was one of the original Legends in Marketing, with an 8-volume anthology published by Sage in 2014. He has consulted with over 100 companies and still testifies in intellectual property cases. He is a member of advisory boards of various companies and nonprofit organizations, including the Lauder Institute (since he founded it in 1984), American Friends of Reichman University (since its founding in 1995), QS (since 2018), and the Scientific Committee of SKEMA AI School of Business (since its founding in 2022). He is a trustee of the Philadelphia Museum of Art, the Curtis Institute of Music, and Grounds for Sculpture. He co-founded Reichman University, the first private, nonprofit university in Israel, formerly known as The Interdisciplinary Center (IDC) Herzliya, and the 2021 recipient of their Honorary Doctorate. His current research explores marketing-driven business strategy, creativity and innovation (developing a Creativity course for Coursera for all ages, professions and countries) and AI for customer engagement (editing a special issue of *MBR* on that topic). His recent books include *Transformation in Times of Crisis* (December 2020), *Can Art Resolve Conflict?* (2018), *Beyond Advertising: Creating Value Through All Customer Touchpoints* (2016) and *The Network Imperative: How to Survive and Grow in the Age of Digital Business Models* (2016). He is a 2017 inductee into the Marketing Hall of Fame, the recipient of the 2023 International Marketing Trends Conference Award (Paris), and the Co-founder of the Reimagine Education Global Competition and Conference (now in its 10th year). His latest venture is the development (with Amelia) of an AI empowered new education paradigm.

https://marketing.wharton.upenn.edu/profile/windj/#cv

*Edited: 7/6/2023*

APPENDIX A

# YORAM (JERRY) WIND

**Academic Positions:** Jerry Wind is The Lauder Professor Emeritus and Professor of Marketing at The Wharton School of the University of Pennsylvania. Dr. Wind joined the Wharton faculty in January 1967, upon receipt of his doctorate from Stanford University, and was granted Emeritus status in July 2017.

**Program Development:** Dr. Wind  was the founding director of the Wharton "think tank," *The SEI Center for Advanced Studies in Management*. The Center's mission was to assure, through research and development, the quality, relevance, and impact of management research, education, and practice (1988-2018). Dr. Wind was also the founder and academic director of *The Wharton Fellows* program from 2000 to 2018. From 1983 to 1988, he was the founding director of *The Joseph H. Lauder Institute of Management and International Studies*, and from 1980 to 1983 the founding director of *The Wharton Center for International Management Studies*. Dr. Wind chaired the Wharton committees that designed *The Wharton Executive MBA Program* (1974), *the new MBA curriculum* (1991), the School's *globalization strategy* (1995-1997), and the MBA's cross-functional integration efforts (2002-04). He also started *The Wharton International Forum* (1987) and served as the chairman of its faculty council until 1998. He was instrumental in establishing the Alfred West, Jr. Learning Lab and served as a member of its first advisory board (2001-05).

**Publications:** Dr. Wind is one of the most cited authors in marketing. His regular contributions to professional marketing literature include over 25 books and over 300 papers, articles, and monographs encompassing the areas of marketing strategy, marketing research, new product and market development, consumer and industrial buying behavior, and global marketing.  Dr. Wind's books have received wide acclaim and many have been translated into a number of languages.  His forthcoming book is *Transformation in Times of* Crisis with Nitin Rakesh. His most recent books include *Can Art Aid in Resolving Conflicts* (2018) with Noam Latar and Ornat Lev-er, *Beyond Advertising* (2016), and *The Network Imperative* (2016). Dr. Wind's other publications include: *Competing in a Flat World*, with Victor and William Fung (Wharton School Publishing 2007), *The Power of Impossible Thinking: How Changing Your Mental Models Will Transform the Business of Your Life and the Life of Your Business*, with Colin Crook (Wharton School Publishing 2004), *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer* with Vijay Mahajan (Financial Times/Prentice Hall 2002), and *Driving Change* with Jeremy Main (Free Press 1998). Both *The Power of Impossible Thinking* and *Convergence Marketing* were selected by Executive Book Summaries as one of the thirty best business books of 2002 and 2004. His edited books– *The Network Challenge: Strategy, Profit and Risk in an Interlinked World* (Wharton School Publishing, June 2009), *New Product Diffusion Models* (Kluwer 2000), *Digital Marketing* (Wiley 2001), and *Marketing Research and Modeling: Progress and Prospects* (Kluwer 2004)– include the works of the leading experts on these topics.

**Editorship:** Dr. Wind founded *Wharton School Publishing* (Wharton's J.V. with Pearson) (2003), served as the first Wharton editor (2003-2008), and published over 60 books. He has served as editor-in-chief of the *Journal of Marketing*, on the policy boards of the *Journal of Consumer Research* and *Marketing Science*, and has been on the editorial boards of the major marketing journals. He has been a guest editor of special issues of the major marketing journals including *Marketing Science* (1996) on Empirical Generalization in Marketing (with Frank Bass), *JMR* (1978) on market segmentation and (1997) on Innovation in New Product Development and *Marketing Research* (1998) on The State of the Art in Quantitative Research.

**Business Experience:** Dr. Wind has served as an advisor to many Fortune 500 firms and a number of non-U.S. multinationals in the financial services, pharmaceuticals, information, and consumer packaged goods industries. His consulting focuses on both overall global corporate and business strategy and transformation as well as marketing strategy and especially the development of new businesses. He is a regular advisor to SEI and a member of their executive committee. In addition, he has served as an expert witness in various legal cases.  Dr. Wind is a member of the advisory board of a number of start-ups including Decision Lens, LiquidHub, DreamTime Vision, Beyond Verbal, and others. Dr. Wind is a member of the advisory boards of Fung Retailing (HK) and a number of startups. He is a former director of IDT (HK), Enhance Financial Services Corporation, Contel Corporation, CASA and a number of entrepreneurial ventures.

**Professional Activities:** Dr. Wind is an active member of the major marketing and management science professional associations. He is the former Chancellor of the International Academy of Management (IAM). A former academic trustee of the Marketing Science Institute and former chairman of the College of Marketing of the Institute of Management Science. He is a member of the Board of Directors of the Marketing Accountability Standards Board. He is one of the founders of the Israeli university– *The Interdisciplinary Center Herzliya* (IDC) (1994), chairman of its academic council, and member of its academic appointment and promotion committee. He is also a member of the board of the American Friends of IDC. He is a member of

1

**APPENDIX A**

the boards of a number of Wharton's centers, including the Lauder Institute and Knowledge@Wharton; a trustee of *The Philadelphia Museum of Art*, and chairman of marketing committee. He is a co-founder of the Israeli university Reichman University (established in 1994 as the Interdisciplinary Center (IDC) Herzliya). He is also a member of the board of the American Friends of IDC. He is a member of the boards of the Lauder Institute, the Philadelphia Museum of Art (and former chairman of its marketing committee), The Curtis Institute of Music (and chairman of its marketing and communication committee), Grounds for Sculpture, and co-chair of the sculpture experience committee of Woodmere Art Musuem. He is a frequent lecturer in faculty seminars and executive programs in over 50 universities worldwide, a co-founder of *Reimagine Education: Innovative Pedagogical Approaches for Higher Education* (2014), and a co-founder of the Purple Project for Democracy (2019).

**Awards:** Dr. Wind is the recipient of various awards, including the four major marketing awards–The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996) and the Buck Weaver Award (2007). He is the recipient of the first Faculty Impact Award given by Wharton Alumni (1993). In 1984, he was elected as member of the Attitude Research Hall of Fame and has won a number of research awards, including two Alpha Kappa Psi Foundation awards and a recent inclusion in JAR *Classics* issue of 18 articles that have withstood the test of time. In 2001 he was selected as one of the 10 *Grand Auteurs in Marketing* and later named as the 2003 recipient of the Elsevier Science Distinguished Scholar award of the Society for Marketing Advances. In May 2004 he was awarded an Honorary Fellow of the Decade by the Interdisciplinary Center Herzliya (Israel). In 2009, Dr. Wind was selected as one of the 10 *Legends of Marketing* and in 2014 Sage published 8 edited volumes anthologizing his various publications.  In 2017, Dr. Wind was inducted into the Marketing Hall of Fame. In 2020 Dr. Wind was awarded one of the first Honorary Doctorates of Reichman University.

2

# Table of Contents*
### *Click on headings to link directly to sections

1.  **ACADEMIC EXPERIENCE** ................................................................................................. 7

2.  **PUBLICATIONS** .......................................................................................................... 9

    I.      BOOKS ............................................................................................................ 9

    II.     EDITED BOOKS ................................................................................................ 10

    III.    BOOKS UNDER DEVELOPMENT ........................................................................ 11

    IV.     ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS ............... 11

    A.   Portfolio Analysis and Strategy ......................................................................... 11

    B.   Marketing and Business Strategy ....................................................................... 13

    C.   Marketing and Product Strategy ........................................................................ 17

    D.   Research on Industrial Buying Behavior .............................................................. 20

    E.   Research on Consumer Behavior ....................................................................... 23

    F.   Marketing Research and Modeling ..................................................................... 28

    G.   International Marketing ................................................................................... 33

    H.   International Management Education and The Lauder Institute ................................. 35

    I.   Management Practice and Education in the 21st Century ......................................... 36

    J.   Convergence Marketing ................................................................................... 37

    K.   Mental Models – Power of Impossible Thinking .................................................... 38

    L.   Network-Based Strategies ................................................................................ 39

    M.   Advertising .................................................................................................... 41

    N.   Entries in Dictionaries, Encyclopedias, and Handbooks .......................................... 42

    V.      EDITOR OF SPECIAL ISSUES ............................................................................. 43

    VI.     EDITORIALS .................................................................................................... 44

    VII.    ILLUSTRATIVE OP ED AND COMMENTARIES ....................................................... 45

    VIII.   EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST ........................... 45

    IX.     Edited Publications of the Wharton Future of Advertising Program ........................... 46

    X.      EDITOR: WHARTON SCHOOL PUBLISHING BOOKS ............................................... 47

    XI.     ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL  MEETINGS ......... 48

    XII.    CASE STUDIES ................................................................................................ 49

3.  **CONSULTING EXPERIENCE** ......................................................................................... 50

3

\* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

**APPENDIX A**

| I. | Marketing, Business Strategy, and Marketing Research Consulting | 50 |
|---|---|---|
| II. | Directorship | 52 |
| III. | Illustrative Advisory Boards | 52 |
| IV. | Expert Witness: Marketing and Marketing Research Consulting in Legal Cases | 52 |
| V. | Illustrative Marketing Research Clients: | 58 |
| VI. | Illustrative Marketing Research Program Evaluation and Redesign: | 59 |
| VII. | Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops: | 59 |
| VIII. | Selected International Consulting | 60 |
| IX. | Consulting to Government Agencies | 61 |
| X. | Consulting/Advising to Research Organizations | 61 |
| **4.** | **UNIVERSITY ACTIVITIES** | **62** |
| I. | University of Pennsylvania, The Wharton School | 62 |
| A. | Program Development | 62 |
| B. | Courses Developed and Taught | 64 |
| C. | Executive Education Programs at the University of Pennsylvania – Illustrative Sessions | 64 |
| 1) | Creativity and Innovation | 64 |
| 2) | Challenging your Mental Models | 65 |
| 3) | Transformation and Growth | 67 |
| 4) | Marketing and Branding | 68 |
| 5) | The Network Challenge | 69 |
| 6) | Future of Advertising | 69 |
| D. | Committee Responsibility: | 70 |
| E. | Doctoral Dissertations Supervised | 71 |
| F. | Addresses to Alumni Club and Other Groups Regarding: | 72 |
| 1) | The Joseph H. Lauder Institute | 72 |
| 2) | Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum | 72 |
| 3) | Globalization Strategy | 73 |
| 4) | Wharton's Information Management Initiatives (WIMI) | 73 |
| 5) | Cross-Functional Integration of the MBA Curriculum | 73 |
| 6) | Wharton Fellows Program | 73 |
| 7) | Wharton School Publishing | 73 |

4

\* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

**APPX. 0113**

8)  Illustrative presentations regarding The Power of Impossible Thinking ........................................ 73

9)  Competing in a Flat World ............................................................................................................ 74

II.   University of Pennsylvania – University Committees: ......................................................................... 74

III.  The Interdisciplinary Center (IDC), Herzliya, Israel .......................................................................... 75

IV.   Other Universities ............................................................................................................................. 75

A.  Courses Taught ................................................................................................................................. 75

B.  Faculty Promotion Review – Illustrative Universities ...................................................................... 75

C.  Program/School Review ................................................................................................................... 75

**5.  OTHER PROFESSIONAL ACTIVITIES** ...................................................................................................... **77**

I.    Development of Research Programs [Illustrative List] ....................................................................... 77

II.   Editorial Activities ............................................................................................................................. 77

III.  Offices Held in Professional Associations ......................................................................................... 79

D.  Planning and Organizing Professional Programs at the University ................................................. 80

E.  Award Committees ........................................................................................................................... 81

F.  Planning and Organizing Professional Programs Outside the University ........................................ 81

G.  Presentations ................................................................................................................................... 83

A.  Presented papers at various national conferences of the American Marketing Association ........... 83

B.  Speaker in various conferences and workshops .............................................................................. 83

C.  Speaker in a number of the AMA Attitude Research Conferences: .................................................. 83

D.  Member of the Faculty of the AMA Doctoral Consortiums ............................................................. 83

E.  Member of the Faculty of the First Indian Doctoral Consortium,  2012 .......................................... 83

F.  Member of the AMA Faculty Consortium, Chicago 1997 ................................................................. 83

G.  Illustrative papers delivered in various professional workshops ..................................................... 83

H.  Illustrative addresses at various top management conferences and meetings ................................ 84

I.  Illustrative Other Top Management groups addressed .................................................................... 85

J.  Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including: ................................................................................. 85

K.  Speaker at various local and regional meetings ............................................................................... 86

L.  Guest speaker at special seminars .................................................................................................. 86

M.  Monthly Co-Host of *Marketing Matters*, weekly radio show airing on Sirius XM Channel 111, ........ 87

Business Radio Powered by the Wharton School ................................................................................... 87

H.  Presentations: Illustrative Topics .................................................................................................... 87

5

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

**APPENDIX A**

1) Creativity and Innovation ........................................................................................... 87

2) Challenging your Mental Models ............................................................................... 89

3) Growth and Transformation ....................................................................................... 92

4) Marketing and Branding ............................................................................................. 95

5) The Network Challenge ............................................................................................. 101

6) Future of Advertising ................................................................................................ 102

7) Future of Management Education ............................................................................ 105

8) Marketing Research & Modeling ............................................................................. 107

9) Israel ......................................................................................................................... 108

10) Video Presentations: Illustrative Topics ................................................................. 108

**6. PROFESSIONAL AFFILIATIONS AND AWARDS** ........................................................ **110**

I. Professional Affiliations ............................................................................................ 110

II. Professional Awards ................................................................................................. 110

**7. PERSONAL DATA** ....................................................................................................... **116**

6

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

**APPX. 0115**

# APPENDIX A

## 1. ACADEMIC EXPERIENCE

**EDUCATION**

<u>Stanford University</u>, Graduate School of Business. Ph.D. (Marketing), September 1964-December 1966.

<u>Stanford University</u>, International Center for Advancement of Management Education, Certificate in Marketing Management. September 1963-June 1964.

<u>The Hebrew University</u>, Jerusalem, School of Economics and Social Sciences, M.A. (Business Administration and Political Science), September 1961-June 1963; B. Soc. Sci. (Economics and Political Science), September 1958-June 1961.

**UNIVERSITY POSITIONS**

### A. University of Pennsylvania, The Wharton School

**Faculty Positions:**
The Lauder Professor Emeritus, 2017-present
The Lauder Professor, 1983-2017
Professor of Marketing, 1973-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Associate Professor of Marketing, 1970-1973
Assistant Professor of Marketing and International Business, 1967-1970

**Selected Administrative Positions:**
Founding Academic Director, The Wharton Fellows program and network , 2000-2018
Founding Director, The SEI Center for Advanced Studies in Management, 1988-2018
Founding Academic Director, The Future of Advertising Program, 2008-2018
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Founding Editor, Wharton School Publishing (WSP), 2003-2008
Founding Director, The Joseph H. Lauder Institute of Management and International Studies, 1983-1988
Founding Director, the 1st Title VI National Resource Center in International Management Studies, 1985-1988
Founding Director, The Wharton Center for International Management Studies, 1980-1983

**Secondary Faculty Appointments:**
Member of the Graduate Group in International Studies (School of Arts & Sciences), 1984-1998
Member of the OR Group, 1979-1984 and the OR affiliated faculty, 1984-1989
Senior Fellow of the Leonard Davis Institute, 1977-1980
Secondary Appointment as Professor of Management, 1981-1984
Member of the Extended Faculty of the Social Systems Sciences Dept. 1981-1986

### B. Other Universities

<u>The Interdisciplinary Center</u> (IDC) Herzliya Israel, Co-Founder (for specific activities since 1994, see p. 75).

<u>University of Tokyo</u> (Japan) Co-Director of the Marunouchi Global Center (MCG) program, 2002; The First Hakuhodo Visiting Professorship, Spring 1992 and 1993.

<u>Erasmus University</u> (The Netherlands) The First Visiting Unilever-Erasmus Professorship, Spring 1993.

<u>University of New South Wales</u> (Australia) The First Visiting Hoover Foundation Professor, 1977.

<u>University of California at Berkeley, School of Business Administration</u> Visiting Professor, Fall 1975.

<u>University of Tel Aviv, The Leon Recanati Graduate School of Business Administration</u>, Visiting Senior Lecturer, September 1968-August 1969.

7

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

**APPX. 0116**

<u>Stanford University, Graduate School of Business</u>, Research Assistant, June 1965-October 1966.

<u>The Hebrew University Jerusalem</u>, Teaching Assistant in the Departments of Political Science and Business Administration, September 1961-June 1963.

8

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

**APPX. 0117**

APPENDIX A

## 2.  PUBLICATIONS

**I.  BOOKS**

1.  Rakesh, Nitin, and Jerry Wind. Transformation in Times of Crisis. Forthcoming 2020.

2.  Lemelshtrich-Latar, Noam, Yoram (Jerry) Wind & Ornat Lev-er. Can Art Aid in Resolving Conflicts?: 100 Perspectives. Frame Publishers, October 2018.

3.  Libert, Barry, Jerry Wind, & Megan Beck Fenley.  The Network Imperative:  A Playbook for Creating Unprecedented Value in the Digital Age.  Harvard Business Review Press, June 2016.

4.  Wind, Yoram (Jerry), and Catharine Findiesen Hays. Beyond Advertising: Creating Value Through All Customer Touchpoints. Hoboken: Wiley, February 2016.

5.  Yoram Wind  Legends in Marketing: Sage Publications India, 2014 – 8 volumes:
    *Organizational Buying Behavior*, (ed) Robert Thomas
    *Consumer Behavior*, (eds) Barbara Kahn and Robert Meyer
    *Product and New Product Management*, (ed) Vijay Mahajan,
    *Marketing Strategy*, (ed) David Reibstein
    *Market Segmentation*, (ed) David Bell
    *Global Marketing*, (ed) Arun Jain
    *Marketing Research and Modeling*, (ed) Vithala Rao
    *The Future of Marketing*, (ed) George Day

6.  Fung, Victor K., William K. Fung and Yoram (Jerry) Wind. *Competing in a Flat World: Building Enterprises for a Borderless World. Upper Saddle River: Wharton School Publishing, 2007. [Translated editions: Bahasa Indonesia; Chinese Simplified; Chinese Traditional; English (India); Italian; Korean; Polish; Portuguese; Spanish; Italian; Bahasa Indonesian; Turkish.]

7.  Wind, Jerry, Colin Crook and Robert E. Gunther. *The Power of Impossible Thinking: Transform the Business of Your Life and the Life of Your Business. Upper Saddle River: Wharton School Publishing, 2004. Selected by Executive Book Summaries as one of the thirty best business books of 2004. [Translated editions: Arabic; Bahasa Indonesia; Bulgarian; Chinese (simplified and traditional); English (Singapore); Italian; Japanese; Korean; Polish; Portuguese; Russian; Serbian; Spanish; Thai; and Turkish.] Selected by Executive Book Summaries as one of the thirty best business books of 2004; finalist in *Fast Company* Reader's Choice Award for the October book of the month; among CEO READ top 25 books of August 2004. A paperback edition was published in 2006.

8.  Krieger, Abba, Paul E. Green and Jerry Wind. Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications. Philadelphia: The Wharton School, 2004 < https://www.dropbox.com/s/85ft1hrsqr5ttxj/Adventures_in_Conjoint_Analysis_A_Practitioners_G.pdf?dl =0>.

9.  Wind, Yoram (Jerry), Vijay Mahajan and Robert Gunther. *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer. Upper Saddle River: Prentice Hall, 2002.
    Selected by Executive Book Summaries as one of the thirty best business books of 2002. Translated editions: Chinese (simplified), Tsingua University Press; Chinese (traditional), Prentice Hall Taiwan; Bahasa (Indonesia); Spanish; Portuguese; Italian [*Consumatore Centauro: Orvaro il Marketing Della Convergenza, ETAS LAB. IT. 2002]; Korean; and Japanese.

10. Fields, George, Hotaka Katahira, Jerry Wind and Robert E. Gunther. Leveraging Japan: Marketing to the New Asia. San Francisco: Jossey-Bass, 1999.

11. Wind, Yoram and Jeremy Main. *Driving Change: How the Best Companies are Preparing for the 21st Century. New York: The Free Press, 1997.

9

\* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

# APPENDIX A

Translated editions in U.K. by Kogan (Page Ltd.), 1998; China by Shanghai Jiao (Tong University Press), 1999; Hungary by Veres István (Geomeédia Szakkönyvek), 2000. Adaptation to local condition: Brazil by Luiz Felipe Monteiro Jr. (IBMEC Qualitymark Editoria), 2002.

12. Bauer, Roy A., Emilio Collar, Victor Tang, Jerry Wind and Patrick R. Houston. The Silverlake Project: Transformation at IBM. New York: Oxford University Press, 1992.
Translated to Chinese, Huaxia Publishing, 2000.

13. Wind, Yoram. *Product Policy: Concepts, Methods and Strategies (Addison-Wesley Marketing Series). Reading: Addison-Wesley, 1982. Reviewed in the Journal of Marketing, Summer 1981.

14. Wind, Yoram. *Marketing and Product Planning (in Spanish). Mexico: Expansion, 1979.
This book is based in part on sections from Product Policy which was selected by the editors of Expansion as the "Book of the Year" 1979.

15. Wind, Yoram, Paul E. Green and Douglas Carroll. Multi-Attribute Decisions in Marketing: A Measurement Approach. Hinsdale: The Dryden Press, 1973.

16. Webster, Frederick E. and Yoram Wind. Organizational Buying Behavior (Foundations of Marketing). Englewood Cliffs: Prentice Hall, 1972.
Translated to Portuguese (Editor, Atlas, Sao Paulo, Brazil, 1975). Reviewed JMR, August 1974.

17. Wind, Yoram, Ronald E. Frank and William F. Massy. Market Segmentation (International Series in Management). Englewood Cliffs: Prentice Hall, 1972. Reviewed JMR, November 1972; August 1974.

18. Wind, Yoram, Homer Dalby and Irwin Gross. Advertising Measurement and Decision Making. Boston: Allyn & Bacon, 1968.

19. Robinson, Patrick J. and Yoram Wind. Industrial Buying and Creative Marketing. Boston: Allyn & Bacon, 1967.
Contributed two chapters; co-authored with Patrick J. Robinson three chapters; and participated in the overall organization and preparation of the book.

20. Yoram Wind. Industrial Buying Behavior: Source Loyalty in the Purchase of Industrial Components. Unpublished Ph.D. dissertation, Stanford University, 1966.

## II. EDITED BOOKS

1. Wind, Yoram and Arun Jain, eds., "Paul Green Contributions to Clustering and Segmentation." Paul Green Sage Series on Legends of Marketing, 2017.

2. Wind, Yoram and Paul Kleindorfer, eds., The Network Challenge: Strategy, Profit and Risk in an Interlinked World. Wharton School Publishing, 2009.

3. Wind, Yoram (Jerry) and Paul E. Green, ed., *Marketing Research and Modeling: Progress and Prospects. Norwell: Kluwer Academic Publishers, 2004.

4. Wind, Jerry and Vijay Mahajan, ed. Digital Marketing: Global Strategies from the World's Leading Experts. New York: John Wiley & Sons, 2001.

5. Mahajan, Vijay, Eitan Muller and Yoram Wind, ed. New-Product Diffusion Models. Boston: Kluwer 2000.

6. Mahajan, Vijay and Yoram Wind, ed. Innovation Diffusion Models of New Product Acceptance. Cambridge: Ballinger Publishing Co., 1986.

10

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

7.  Wind, Yoram, Vijay Mahajan and Richard N. Cardozo, ed. <u>New-Product Forecasting: Models and Applications</u>. Lexington: Lexington Books, 1981.

8.  Wind, Yoram and Robert J. Thomas, ed. <u>Advances in Organizational Buying Research: The Case of Acquisition of Scientific and Technical Information</u>. Washington, D.C: National Science Foundation, 1979.

9.  Wind, Yoram and Marshall Greenberg, ed. <u>Moving Ahead with Attitude Research: Proceedings of the Seventh Attitude Research Conference</u>. Chicago: American Marketing Association, 1977.

10. Nicosia, Francesco M. and Yoram Wind, ed. <u>Behavioral Models for Market Analysis: Foundations for Marketing Action</u>. Hinsdale, IL: The Dryden Press, 1977.


## III.  BOOKS UNDER DEVELOPMENT

1.  Eberlein, Barbara, Derek Gilman and Yoram Wind. <u>Being Creative: Lessons from Architecture and Design</u>

2.  Yoram Wind. <u>Challenging Our Mental Models.</u>


## IV.  ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS

The papers are grouped by the following topics:

1.  Portfolio analysis and strategy
2.  Marketing and business strategy
3.  Marketing and product strategy
4.  Research on industrial buying behavior
5.  Research on consumer behavior
6.  Marketing research and modeling
7.  International marketing
8.  International management education and the Lauder Institute
9.  Management practice and education in the 21st Century
10. Convergence Marketing
11. Mental Models – Power of Impossible Thinking
12. Network-Based Strategies
13. Advertising
14. Entries in Dictionaries, Encyclopedias, and Handbooks


### A.  Portfolio Analysis and Strategy

1.  Wind, Yoram. "Product Portfolio Analysis: A New Approach to the Product Mix Decision." <u>Combined Proceedings</u>. Ed. Ronald C. Curhan. Chicago: American Marketing Association, Aug. 1974. 460-464.
    <<https://www.dropbox.com/s/xvrlrhwczrdaesd/7401_Product_Portfolio_A_New_Approach.pdf?dl=0>>.

2*. Wind, Yoram, and Henry J. Claycamp. "Planning Product Line Strategy: A Matrix Approach." <u>Journal of Marketing</u> 40 (Jan. 1976): 2-9.
    <<https://www.dropbox.com/s/ne0zno9h8cci186/7601_Planning_Product_Line_Strategy_A.pdf?dl=0>>.

\* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

# APPENDIX A

3.  Wind, Yoram and Daniel Gross. "An Analytic Hierarchy Process for the Allocation of Resources Within a Target Product/Market/Distribution Portfolio." Proceedings of the First ORSA/TIMS Special Interest Conference on Market Measurement and Analysis. Eds. David B. Montgomery and Dick R. Wittink. Cambridge, MA: Marketing Science Institute, 1980. 278-297. <https://www.dropbox.com/s/83rbdythdvlynjd/8001_An_Analytic_Hierarchy_Process_For.pdf?dl=0>.

4*.  Wind, Yoram, and Thomas L. Saaty. "Marketing Applications of the Analytic Hierarchy Process." Management Science 26.7 (July 1980): 641-658. <https://www.dropbox.com/s/3ldz0e72w9s2ygs/8002_Marketing_Applications_of_the_Analytic.pdf?dl=0>.

5*.  Wind, Yoram, and Vijay Mahajan. "Designing Product and Business Portfolios." Harvard Business Review 59.1 (Jan. - Feb. 1981): 155-165. [B] Based on "Measurement Issues in Portfolio Analysis." Paper presented at the Second Market Measurement and Analysis Conference, Austin, TX, Mar. 1980. [C] Translated and reprinted in French as "Un portefeuille d'activités en sept étapes." Harvard La Revue des Responsables L'Expansion. 1981: 37-49. <https://www.dropbox.com/s/l61sgqopopbcxnq/8110_Designing_Product_and_Business_Portfolios.pdf?dl=0>. <https://www.dropbox.com/s/m4uuayifm418cjt/8114_Un_portefeuille_d%27activites_en_sept.pdf?dl=0>.

6*.  Wind, Yoram, and Susan Douglas. "International Portfolio Analysis and Strategy: The Challenge of the 80s." Journal of International Business Studies (Fall 1981): 69-82. <https://www.dropbox.com/s/nqrj7lg0p3af35f/8101_International_Portfolio_Analysis_and_Strategy.pdf?dl=0>.

7.  Mahajan, Vijay, Yoram Wind, and John W. Bradford. "Stochastic Dominance Rules for Product Portfolio Analysis." TIMS Studies in the Management Sciences 18 (1982): 161-183. <https://www.dropbox.com/s/4l3wlomw7okh7n1/8201_Stochastic_Dominance_Rules_for_Product.pdf?dl=0>.

8*.  Harshman, Richard A., Paul E. Green, Yoram Wind, and Margaret E. Lundy. "A Model for the Analysis of Asymmetric Data in Marketing Research." Marketing Science 1.2 (Spring 1982): 205-242. <https://www.dropbox.com/s/0ihn7etl1kd5fm6/8202_A_Model_for_the_Analysis.pdf?dl=0>.

9*.  Wind, Yoram, Vijay Mahajan, and Donald J. Swire. "An Empirical Comparison of Standardized Portfolio Models." Journal of Marketing 47 (Spring 1983): 89-99. [B] Based on paper presented at the Conference on Analytical Approaches to Product and Marketing Planning, 1981 <https://www.dropbox.com/s/4j1ehwc028p18ly/8308_An_Empirical_Comparison_of_Standardized.pdf?dl=0>.

10*.  Cardozo, Richard N., and Jerry Wind. "Risk Return Approach to Product Portfolio Strategy." Long Range Planning 18.2 (1985): 77-85. <https://www.dropbox.com/s/43wtyuoytnmwcim/8501_Risk_Return_Approach_to_Product.pdf?dl=0>.

11.  Mahajan, Vijay, and Jerry Wind. "Integrating Financial Portfolio Analysis with Product Portfolio Models." Strategic Marketing and Management. Eds. H. Thomas and D. Gardner. New York: John Wiley & Sons Ltd., 1985: 193-212. <https://www.dropbox.com/s/btckjwa8q4wulbu/8502_Integrating_Financial_Portfolio_Analysis_with.pdf?dl=0>.

12.  Wind, Yoram, and Vijay Mahajan. "Corporate Growth Through Synergy: Concept, Measurement & Applications." Wharton School Working Paper, Aug. 1985. <https://www.dropbox.com/s/l33ndv9p3e65cad/8503_Corporate_Growth_Through_Synergy_Concept.pdf?dl=0>.

12

* = Article published in refereed journal

**APPENDIX A**

13*.  Mahajan, Vijay, and Yoram Wind. "Business Synergy Does Not Always Pay Off." <u>Long Range Planning</u> 21.1 (Feb. 1988): 59-65.
<<u>https://www.dropbox.com/s/byidxv97spucz7r/8801_Business_Synergy_Does_Not_Always.pdf?dl=0</u>>.

**B. Marketing and Business Strategy**

1.  Wind, Yoram. "A Research Program for a Marketing Guided Approach to Mergers and Acquisitions." <u>1979 Educators' Conference Proceedings</u>. Eds. Neil Beckwith, et al. Chicago: American Marketing Association, 1979. 207-256.
<<u>https://www.dropbox.com/s/e936wbkgitioi4q/7901_A_Research_Program_for_a.pdf?dl=0</u>>.

2.  Wind, Yoram. "Marketing Oriented Strategic Planning Models." <u>Marketing Decision Models</u>. Eds. Randall L. Schultz and Andris A. Zoltners. New York: Elsevier, North Holland, Inc., 1981. 207-250.
<<u>https://www.dropbox.com/s/szo1np6tzwahnfh/8102_Marketing_Oriented_Strategic_Planning_Models.pdf?dl=0</u>>.

3.  Wind, Yoram. "Marketing and the Other Business Functions." <u>Research in Marketing</u> Vol. 5 (1981): 237-264.
<<u>https://www.dropbox.com/s/6e54v1s23xcq8tl/8103_Marketing_and_the_Other_Business_%20%281%29.pdf?dl=0</u>>.

4*.  Wind, Yoram. "Marketing and Corporate Strategy." <u>The Wharton Magazine</u> (Summer 1982): 38-45. [B] Based on Wind, Yoram. "Marketing and Corporate Strategy: Problems and Perspectives." 13th Annual Albert Wesley Frey Lecture. University of Pittsburgh. 1981.
<<u>https://www.dropbox.com/s/5klcxn68kfj4tr6/8207_Marketing_and_Corporate_Strategy.pdf?dl=0</u>>.
<<u>https://www.dropbox.com/s/cc3ogvvgoy2ofrn/8112_Marketing_and_Corporate_Strategy_Problems.pdf?dl=0</u>>.

5.  Robertson, Thomas S., and Yoram Wind. "Marketing Strategy." <u>The Strategic Management Handbook</u>. Ed. Kenneth J. Albert. New York: McGraw-Hill, 1983. 11-3–11-22.
<<u>https://www.dropbox.com/s/kwn1yq6s27ddhqk/8301_Marketing_Strategy.pdf?dl=0</u>>.

6*.  Wind, Yoram, and Thomas S. Robertson. "Marketing Strategy: New Directions for Theory and Research." <u>Journal of Marketing</u> 47 (Spring 1983): 12-25.
<<u>https://www.dropbox.com/s/8rg98rlagcelsp9/8302_Marketing_Strategy_New_Direction_for.pdf?dl=0</u>>.

7.  Wind, Yoram (Jerry). "Marketing for Top Executives: Problems and Prospects," Wharton School Working Paper, 1985.

8.  Wind, Yoram. "Models for Marketing Planning and Decision Making." <u>Handbook of Modern Marketing</u>. 2nd ed. Ed. Victor P. Buell. New York: McGraw-Hill, Feb. 1986. 49-1–49-12.
<<u>https://www.dropbox.com/s/5lujiscp53k9u1w/8601_Models_for_Marketing_Planning_and.PDF?dl=0</u>>.

9.  Wind, Jerry. "Effective Competitive Strategies: A Marketing Perspective." Address at the Securities Industry Association Regional Conference on Achieving Excellence in Management, Chicago, March 26, 1986: 62-80.
<<u>https://www.dropbox.com/s/fw3xtwnekhr97em/8602_Effective_Competitive_Strategies_A_Marketing.pdf?dl=0</u>>.

10.  Wind, Jerry. "Expanding the Role of the Board of Directors." Wharton School Working Paper, May 1986.

13

* = Article published in refereed journal

APPENDIX A

<https://www.dropbox.com/s/lhdyezdt8ukkxlp/8605_Expanding_the_Role_of_the.pdf?dl=0>.

11*.  Wind, Y. "An Analytic Hierarchy Process Based Approach to the Design and Evaluation of a Marketing Driven Business and Corporate Strategy." Mathematical Modeling 9.3-5 (1987): 285-291.
<https://www.dropbox.com/s/ib3ehqgiufv96jp/8702_An_Analytic_Hierarchy_Process_Based.pdf?dl=0>.

12*.  Wind, Yoram. "Financial Services: Increasing Your Marketing Productivity and Profitability." The Journal of Services Marketing 1.2 (Fall 1987): 5-18.
<https://www.dropbox.com/s/tzhemjdpew0oezw/8703_Financial_Services_Increasing_Your_Marketing.pdf?dl=0>.

13.  Dunn, Elizabeth F., and Jerry Wind. "Analytic Hierarchy Process for Generation and Evaluation of Marketing Mix Strategies." Contemporary Views on Marketing Practice. Eds. Gary L. Frazier and Jagdish N. Sheth. Lexington, MA: Lexington Books, Dec. 1987. 111-131.
<https://www.dropbox.com/s/p73am1071l5n5bs/8701_Analytic_Hierarchy_Process_for_Generation.pdf?dl=0>.

14.  Wind, Jerry. "A Marketing Perspective for Competitive Strategy." Handbook of Business Strategy: 1988/1989 Yearbook. Ed. Harold E. Glass. Boston: Warren, Gorham & Lamont, 1988. 17-1–17-25. [B] Based on paper presented at the International Conference on Competitive Analysis, Groningen, Netherlands, Oct. 1986.
<https://www.dropbox.com/s/w164qw1ejx2ui25/8807_A_Marketing_Perspective_for_Competitive.pdf?dl=0>.

15.  Wind, Yoram (Jerry). "Targeting Global Markets: Guidelines to Meet the Marketing Challenge." Directions. Atlanta, GA: Contel Corporation, 1989. 20-23.
<https://www.dropbox.com/s/14oe3fbl4syfr12/8901_Targeting_Global_Markets_Guidelines_to.pdf?dl=0>.

16*.  Day, Diana L., John U. Farley, and Jerry Wind. "New Perspectives on Strategy Research: A View from the Management Sciences." Management Science 36.10 (Oct. 1990).
<https://www.dropbox.com/s/qc5skbhrwbnwbj7/9001_New_Perspectives_on_Strategy_Research.pdf?dl=0>.

17.  Wind, Yoram (Jerry). "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing." Proceedings of the RGK Foundation 4th International Conference on Creative and Innovative Management. 1993.
<https://www.dropbox.com/s/s10rxr2o3qos8vm/9304_Inducing_Creativity_and_Innovation_in.pdf?dl=0>.

18.  Rangaswamy, Arvind, and Jerry Wind. "Don't Walk In, Just Log In! Electronic Markets and What They Mean for Marketing." Wharton School Working Paper, Dec. 1994.
<https://www.dropbox.com/s/dkd8wrwuukzc5f5/9401.Dont.Walk.In.Just.Log.In.pdf?dl=0>.

19.  Wind, Yoram (Jerry). "Growth Strategies." Wharton School Working Paper, 1996.

20.  Wind, Jerry. "Preemptive Strategies." Wharton on Dynamic Competitive Stratetgy. Eds. George S. Day and David L. Reibstein. New York: John Wiley & Sons, Inc., 1997. 256-276.
<https://www.dropbox.com/s/3t8jocsfnb11p85/9701_Preemptive_Strategies.pdf?dl=0>.

21.  Wind, Yoram (Jerry). "Segmentation: Accomplishments, Issues and Challenges of the Global Information Age." Proceedings of the 14th Paul D. Converse Symposium. Eds. James D. Hess and Kent B. Monroe. Chicago: American Marketing Association, 1998. 130-150.
<https://www.dropbox.com/s/651z3k6lzhk4tc3/9801_Segmentation_Accomplishments_Issues_and_Challenges.pdf?dl=0>.

* = Article published in refereed journal

APPENDIX A

22.   Wind, Jerry. "Marketing Strategy in the Global Information Age." Mastering Marketing. Eds. Financial Times, in association with INSEAD, Kellogg, LBS, and Wharton. London: Pearson Education, 1999. 131-150. <https://www.dropbox.com/s/0j2etjre63eod8x/9901_Marketing_Strategy_in_the_Global.pdf?dl=0>.

23*.   Wind, Jerry, and Vijay Mahajan. "The Challenge of Digital Marketing." Digital Marketing. Eds. Jerry Wind and Vijay Mahajan. New York: John Wiley & Sons, Inc., 2001. [B] Modified version published as Wind, Jerry, and Vijay Mahajan. "Digital Marketing." European Business Forum 1.1 (Spring 2000): 20-27. <https://www.dropbox.com/s/yso0px6skvlex5z/0004_The_Challenge_of_Digital_Marketing.pdf?dl=0>.

24*.   Wind, Jerry, and Arvind Rangaswamy. "Customerization: The Next Revolution in Mass Customization." Journal of Interactive Marketing 11.1 (Winter 2001): 13-32. [B] Reprinted as Marketing Science Institute working paper, 2000. [C] Summarized as "Customerization: Marketing Driven by the Consumer." Insight from MSI (2000). [D] Reprinted in Pulses (Oct. 2000) (publication of the Singapore Exchange). <https://www.dropbox.com/s/33yvypjtk2wzhsz/0104_Customerization_The_Next_Revolution_in.pdf?dl=0>. <https://www.dropbox.com/s/3a090airkx77akr/0005_Customerization_The_Next_Revolution_in.pdf?dl=0>. <https://www.dropbox.com/s/8xzytrmcdd242b8/0006_Customerization_Marketing_Driven_by_the.pdf?dl=0>.

25*.   Wind, Yoram (Jerry). "The Challenge of 'Customerization' in Financial Services." Communications of the ACM 44.6 (June 2001): 39-44. <https://www.dropbox.com/s/9rrgmhm44mcoith/0101_The_Challenge_of_Customerization_in.pdf?dl=0>.

26*.   Mahajan, Vijay, Raji Srinivasan, and Jerry Wind. "The Dot.com Retail Failures of 2000: Were There Any Winners?" Journal of the Academy of Marketing Science 30.4 (2002): 474-486. <https://www.dropbox.com/s/7huj66o7tr7oy6t/0201_The_Dot.com_Retail_Failures_of.pdf?dl=0>.

27.   Amit, Raffi, Cohen, Morris, Wunram, Jurgen, and Yoram Wind. "Winning the Digital Transformation Race." Wharton School Working Paper, Oct. 2002.

28*.   Wind, Yoram (Jerry). "Marketing as an Engine of Business Growth: A Cross-Functional Perspective." The Journal of Business Research 58 (2005): 863-873. <https://www.dropbox.com/s/u4poecz9e8x95ze/B23%20Marketing%20as%20an%20engine%20of%20business%20growth%20-%20Dec%202003.pdf?dl=0>.

29*.   West, Jr., Alfred P., and Yoram (Jerry) Wind. "Putting the Organization on Wheels: How SEI Uses Workplace Design and Art to Create a Corporate Culture that Drives Innovation and Growth." California Management Review. 49.2 (2007): 138-153. <https://www.dropbox.com/s/9v963b684818z1x/Putting%20the%20Organization%20on%20Wheels%20Workplace%20Design%20at%20SEI_Winter%202007_CMR.pdf?dl=0>.

30.   Wind, Jerry and David Bell. "Market Segmentation." The Marketing Book (Sixth Edition). Butterworth Heinemann, November 2007. <https://www.dropbox.com/s/io2n8mxuzdzbycs/0702_Market_Segmentation.pdf?dl=0>.

31*.   Wind, Jerry, Louis Capozzi, and Monita Buchwald. "Beyond Stretch Objectives: Stretch the Thinking, Strategy and Organisational Design." Strategic Innovators (May-July 2008): 8-17. <https://www.dropbox.com/s/0im3xtf3nyro9nq/0801_Beyond_Stretch_Objectives_Stretch_the.pdf?dl=0>.

15

* = Article published in refereed journal

**APPENDIX A**

32\*.   Wind, Yoram (Jerry). "A Plan to Invent the Marketing We Need *Today*," <u>MIT Sloan Management Review</u>, June 2008.  [B] Excerpted from the 2007 Buck Weaver Award paper "Rigor and Relevance: A Key Marketing Challenge," the full award paper is available online at http://sloanreview.mit.edu.
<https://www.dropbox.com/s/4997x1bi4tfg9vo/0804_A_Plan_to_Invent_the.pdf?dl=0>.

33\*.   Wind, Jerry. "Rethinking Marketing: Peter Drucker's Challenge," <u>Journal of the Academy of Marketing Science</u> 37 (2009): 28-34.
<https://www.dropbox.com/s/n8rhrrm6ov47a84/0901_Rethinking_Marketing_Peter_Druckers_Challenge.pdf?dl=0>.

34.    Wind, Jerry. "Nano Tools for Leaders X: Adaptive Experimentation," <u>Wharton Leadership Program Blog</u>, 2011. <https://whartonleadership.wordpress.com/2011/05/26/nano-tools-for-leaders-x/>.

35.    Rappaport, Stephen, Jerry Wind, Howard Moskowitz, and Batool Batalvi "Brand Profitability and Social Impact: Mindsets, Money and Doing Good,"  Warc, 2013.
<https://www.dropbox.com/s/r0lslhxa7ib67ax/1309_Brand_Profitability_and_Social_Impact.pdf?dl=0>.

36.    Wind, Yoram.  "Towards a New Marketing Paradigm."  Moutinho, L., E. Bigné, A. Manrai (Eds.) Chapter 1. Routledge Companion Future of  Marketing, 2014.
<https://www.dropbox.com/s/q321qnmcv6bu2sr/1401_Towards_a_New_Marketing_Paradigm.pdf?dl=0>.

37.    Wind, Yoram.  "Beyond the 4Ps: A New Marketing Paradigm Emerges." <u>Rotman Management</u> (Spring 2014): 39-43. [B] Based on Wind, Yoram, "Towards a New Marketing Paradigm." Moutinho, L., E. Bigné, A. Manrai (Eds.) Chapter 1. Routledge Companion Future of Marketing, 2014.
<https://www.dropbox.com/s/fzyewky7gxlk3jb/1402_Beyond_the_4Ps_A_New_Marketing_Paradigm_Emerges.pdf?dl=0>.

38.    Wind, Yoram. "Nano Tools For Leaders. Reinvent Your Business: Shaking Up Your Mental Models, Part Two." <u>Wharton@Work,</u> 2015.
<http://executiveeducation.wharton.upenn.edu/thought-leadership/wharton-at-work/2015/02/reinvent-your-business-part-2?utm_source=int&utm_medium=wwork&utm_content=wee&utm_campaign=ww1502>.

39.    Schiavone, Vincent, and Jerry Wind. "Market Sensing Using Big Data." <u>Market Sensing Today</u>. Eds. Melvin Prince and Costaninos Priporas. New York: Business Expert perceptionPress, 2015.
<https://www.dropbox.com/s/15lfo18jiqryzb0/Market%20Sensing%204.22.docx?dl=0>.

40.    Wind, Yoram (Jerry). "Reimagine Marketing" in R. Sisodia (Ed.), *Handbook of Marketing Advances in the Era of Disruptions – Essays in Honor of Jagdish N. Sheth,* New Delhi: Sage Publications, August 2018.

41.    Wind, Yoram (Jerry) and David Reibstein, "How Marketing Can Save Democracy," Sept. 2018.

42.    Wind, Jerry, and Nitin Rakesh. "Ten Guidelines for Creating Opportunities in a Time of Crisis," <u>Knowledge@Wharton</u>, April 14, 2020.
<https://knowledge.wharton.upenn.edu/article/ten-guidelines-create-opportunities-coronavirus-crisis/>.

43.    Wind, Jerry, and Nick Primola. "The Reemergence of Marketing, and the Role of the CMO," <u>Management and Business Review</u>, December 2021.

16

* = Article published in refereed journal

44.  Wind, Jerry. "Marketing's Role in Creating Opportunities in Times of Crisis." <u>Big Bang Marketing 2020</u>. Kotler Impact, May 2021.

45.  Wind, Jerry, Gidi Nave and Remi Daviet. "Genetic Data: Potential Uses and Misuses in Marketing." <u>Journal of Marketing</u>. Sage Publications, Forthcoming.

## C.  Marketing and Product Strategy

1*.  Knight, Kenneth E., and Yoram Wind. "Innovation in Marketing: An Organizational Behavior Perspective." <u>California Management Review</u> 11 (Fall 1968): 67-78. <<u>https://www.dropbox.com/s/lbrpgwhbhpky41g/6801_Innovation_in_Marketing_An_Organizational.pdf?dl=0</u>>.

2*.  Wind, Yoram, Bent Stidsen, and Kenneth E. Knight. "Management and Change." <u>Manpower and Applied Psychology</u> 2.2 (Winter 1968): 38-46. <<u>https://www.dropbox.com/s/t7aveph1xtzuhlr/6802_Management_and_Change.pdf?dl=0</u>>.

3.  Schutte, Thomas F., and Yoram Wind. "The Marketing Concept Revisited: A Decade Recap of Its Development and Meaning." Wharton School Working Paper, Jan. 1968. <<u>https://www.dropbox.com/s/7jo34bcty049mn5/6803_The_Marketing_Concept_Revisited_A.pdf?dl=0</u>>.

4*.  Wind, Yoram. "A Marketing Approach to the Salesman Function." <u>Organization and Administration</u> (Hebrew) 15 (Sept. 1969): 26-33. <<u>https://www.dropbox.com/s/9fe9wtwjhy97s5d/6902_A_Marketing_Approach_to_the.pdf?dl=0</u>>.

5*.  Wind, Yoram. "Innovation as Marketing Orientation." <u>Business Economics</u> (Hebrew) 36 (Dec. 1969): 5-11. <<u>https://www.dropbox.com/s/9pkh7hwjk3mohcu/6901_Innovation_as_Marketing_Orientation.pdf?dl=0</u>>.

6*.  Wind, Yoram. "The Step Children of Marketing: Organizational and International Customers." <u>The Wharton Quarterly</u> 7 (Fall 1972): 43-46. <<u>https://www.dropbox.com/s/ckt5elayaxt9nco/7201_The_Step_Children_of_Marketing.pdf?dl=0</u>>.

7.  Wind, Yoram. "A Note on the Operationalization of the Product Life Cycle Concept." Wharton School Working Paper, Jan. 1975. <<u>https://www.dropbox.com/s/mob2i0z7tloynz6/7501_A_Note_on_the_Operationalization.pdf?dl=0</u>>.

8.  Cacchione, Jr., Frank J., Dan Gross, and Yoram Wind. "Consumer Attitudes as Guidelines for the Evaluation of a New Distribution System." <u>Moving Ahead With Attitude Research</u>. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 139-143. <<u>https://www.dropbox.com/s/xjn4j0tvx67q3d3/7701_Consumer_Attitudes_as_Guidelines_for.pdf?dl=0</u>>.

9.  Wind, Yoram, and Tyzoon Tyebjee. "On the Use of Attitude Research in Product Policy." <u>Moving Ahead With Attitude Research</u>. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 147-156 <<u>https://www.dropbox.com/s/wi1a0o26liz6vf0/7702_On_the_Use_of_Attitude.pdf?dl=0</u>>.

10.  Wind, Yoram. "The Perception of a Firm's Competitive Position." <u>Behavioral Models for Market Analysis: Foundations for Marketing Action</u>. Eds. Francesco M. Nicosia and Yoram Wind. Hinsdale, IL: The Dryden Press, 1977. 163-181.

17

* = Article published in refereed journal

<https://www.dropbox.com/s/3qoiu3qknle9u0m/7703_The_Perception_of_a_Firm%27s.pdf?dl=0>.

11*.   Wind, Jerry. "Toward a Change in the Focus of Marketing Analysis: From a Single Brand to an Assortment." Journal of Marketing 41.4 (Oct. 1977): 12+143. <https://www.dropbox.com/s/c0eyvbejr8dk190/7704_Toward_a_Change_in_the.pdf?dl=0>.

12.   Wind, Yoram, and Peter T. FitzRoy. "On the Multidimensionality of Market Share." Wharton School Working Paper, Apr. 1979. <https://www.dropbox.com/s/j5cthnwgiteydtu/7902_On_the_Multidimensionality_of_Market.pdf?dl=0>.

13.   Wind, Yoram. "Product-Marketing Planning Models: Concepts, Techniques, and Needed Development." Analytic Approaches to Product and Marketing Planning. Ed. Allan D. Shocker. Cambridge, MA: Marketing Science Institute, 1979. 39-66. <https://www.dropbox.com/s/dyfc4896jn8xqp1/7903_Product_Marketing_Planning_Models_Concepts.pdf?dl=0>.

14*.   Wind, Yoram. "Going to Market: New Twists for Some Old Tricks." The Wharton Magazine 4 (Spring 1980): 34-39. [B] Based on Wind, Yoram. "Product Positioning and Market Segmentation: Marketing and Corporate Perspectives." Wharton School Working Paper, 1979. <https://www.dropbox.com/s/b7la4guca0o06i7/8007_Going_to_Market_New_Twists.pdf?dl=0> <https://www.dropbox.com/s/lij3ioxpqof2a4h/7910_Product_Positioning_and_Market_Segmentation.PDF?dl=0>.

15*.   Wind, Yoram, and Vijay Mahajan. "Market Share: Concepts, Findings, and Directions for Future Research." Review of Marketing 1981. Eds. Ben M. Enis and Kenneth J. Roering. Chicago: American Marketing Association, 1981. 31-42. <https://www.dropbox.com/s/oyt6y2m0n7r3vda/8104_Market_Share_Concepts_Findings_and.pdf?dl=0>.

16.   Wind, Jerry. "The Contribution of Research to Product Management and New Product Development." Keynote Address at the 36th ESOMAR Congress, Barcelona, Spain, Aug. 1983. <https://www.dropbox.com/s/aktl88vmdfjcnn4/8303_The_Contribution_of_Research_to.pdf?dl=0>.

17*.   Wind, Yoram. "Significant Issues for the Future: Some Additional Perspectives - The Required Breakthrough." Journal of Product Innovation Management 2 (1984):129-132. <https://www.dropbox.com/s/hp542rssez9wpvm/8401_Significant_Issues_for_the_Future.pdf?dl=0>.

18.   Wind, Jerry. "The Marketing Challenge." Charles Coolidge Parlin Award Acceptance Speech. Philadelphia, 1985. [B] Wharton School Working Paper, 1985. [C] Excerpts appeared in The Marketing News Aug. 1985. <https://www.dropbox.com/s/6vqnnjk2h9u9kci/8508_The_Marketing_Challenge.pdf?dl=0>.

19*.   Wind, Jerry, and Vijay Mahajan. "Marketing Hype: A New Perspective for New Product Research and Introduction." Journal of Product Innovation Management 4 (1987): 43-39. <https://www.dropbox.com/s/9wka62kb53hgk82/8704_Marketing_Hype_A_New_Perspective.pdf?dl=0>.

20.   Wind, Yoram, and Vijay Mahajan. "New Product Development Process: A Perspective for Reexamination." Journal of Product Innovation Management 5 (1988): 304-310. [B] IEEE Engineering Management Review 18.1(March 1990): 52-58. <https://www.dropbox.com/s/g9udjc8xqygbqq4/8808_New_Product_Development_Process_A.pdf?dl=0>.

18

# APPENDIX A

21.    Wind, Yoram J., and Douglas E. Hill. "Salespeople as Marketing Strategists." Wharton School Working Paper, Aug. 1988. <https://www.dropbox.com/s/hggkageh6bgphtj/8802_Salespeople_as_Marketing_Strategists.pdf?dl=0>.

22.    Wind, Yoram (Jerry). "Innovative Distribution: The Neglected Dimension in Business Strategy," Wharton School Working Paper, August 1988.

23.    Wind, Yoram J. "Positioning Analysis and Strategy." The Interface of Marketing and Strategy. Eds. George Day, Barton Weitz and Robin Wensley. Greenwich, CT: JAI Press, Pct. 1990. 387-412. <https://www.dropbox.com/s/bff8xgwrkj7xt77/9002_Positioning_Analysis_and_Strategy.pdf?dl=0>.

24*.   Wind, Jerry. "Getting a Read on Market-Defined 'Value'" Journal of Pricing Management 1.1 (Winter 1990): 5-14. <https://www.dropbox.com/s/n74p4txcreujbs9/9003_Getting_a_Read_on_Market.pdf?dl=0>.

25.    Wind, Yoram. "A New Approach to the Determination and Allocation of the R&D Budget." Wharton Working Paper, Feb. 1990. <https://www.dropbox.com/s/ipsqo60tph6tli4/9004_A_New_Approach_to_the.pdf?dl=0>.

26.    Lee, HoonYoung, Jerry Wind, and Raymond R. Burke. "A New Approach for Screening New Product and Service Concepts: Application to Financial Services." Wharton School Working Paper, August 1992. <https://www.dropbox.com/s/shnjm9f2gn3rbh8/9201_A_New_Approach_for_Screening.pdf?dl=0>.

27.    Katahira, Hotaka, Makoto Mizuno, and Yoram Wind. "New Product Success in the Japanese Consumer Goods Market." Wharton School Working Paper, Apr. 1994. <https://www.dropbox.com/s/fbmpbjnme4ikq79/9402_New_Product_Success_in_the.pdf?dl=0>.

28*.   Bass, Frank M., and Jerry Wind. "Introduction to the Special Issue: Empirical Generalizations in Marketing." Marketing Science 14.3.2 (1995): G1-G5. <https://www.dropbox.com/s/tb10vaih8sew1mk/9501_Introduction_to_the_Special_Issue.pdf?dl=0>.

29.    Wind, Yoram. "Creativity and Innovation: The Management Edge." The First Annual Zoltan Wind Lecture, Herzliya, Israel, May 1996. IDC's Zoltan Wind Lecture Series. <https://www.dropbox.com/s/q8hpdsei9h0g8ke/9602_Creativity_and_Innovation_The_Management.pdf?dl=0>.

30*.   Wind, Jerry, and Vijay Mahajan. "Issues and Opportunities in New Product Development: An Introduction to the Special Issue." Journal of Marketing Research 34 (Feb. 1997): 1-12. <https://www.dropbox.com/s/3etupcv7dnusreb/9702_Issues_and_Opportunities_in_New.pdf?dl=0>.

31.    Wind, Yoram, Nifssen, Ed, and Berend Wierenga. "Innovation as a Determinant of Firms' Financial Performance: The View of the Financial Analyst." Wharton School Working Paper.

32*.   Mahajan, Vijay, and Yoram (Jerry) Wind. "Got Emotional Product Positioning? There's More to Positioning Than Just Features and Benefits." Marketing Management 11.3 (May/June 2002): 36-41. <https://www.dropbox.com/s/2amggh2w1e3fr5d/0203_Got_Emotional_Product_Positioning_Theres.pdf?dl=0>

19

* = Article published in refereed journal

33.    Wind, Yoram (Jerry), and Abba Kreiger. "Beyond Product Substitution: The Impact of Satellite Radio on Sale of CDs and Music Downloads," Working Paper. 2008. <https://www.dropbox.com/s/a2cstrud0jpmxnr/0805_Beyond_Product_Substitution_The_Impact.pdf?dl=0>.

34.    Roberts, John, Alvin Silk, Glen Urban and Jerry Wind. "Kotler on Strategic Marketing." Glen Urban (Ed) Kotler on Strategic Marketing Sage Publications, 2010. <https://www.dropbox.com/s/4jjtfzgtcbzzfg8/KotleronStrategicMarketing.pdf?dl=0>

35*.   Wind, Yoram.  "Roger Layton's Contributions to Marketing." Astralasian Marketing Journal (2012) <http://dx.doi.org/10.1016/j.ausmj.2012.05.006>.

36.    Wind, Yoram, and Kelly Rhodes. "The Revolution in Innovation Management: The Challenge of Legacy Firms" - Chapter in Professor Eric Viardot's book Revolution of Innovation Management: The Digital Breakthrough Volume 1. Palgrave Macmillan UK, Oct. 2016.

37.    Wind, Yoram, Ed Nifssen, and Bernend Wierenga. "Innovation as Determinant of Firms Financial Performance: The View of the Financial Analyst" (Working).


**D.   Research on Industrial Buying Behavior**

1.     Wind, Yoram. "Integrating Attitude Measures in a Study of Industrial Buying Behavior." Attitude Research on the Rocks. Eds. Lee Adler and Irving Crespi. Chicago: American Marketing Association, 1968. 58-77. <https://www.dropbox.com/s/l9uqj2xd4awc722/6806_Integrating_Attitude_Measures_in_a.pdf?dl=0>.

2*.    Wind, Yoram. "Applying the Behavioral Theory of the Firm to Industrial Buying Decisions." The Economic and Business Bulletin 20.3 (Spring 1968): 22-28. <https://www.dropbox.com/s/p1gujw6ncncmxmi/6805_Applying_the_Behavioral_Theory_of.pdf?dl=0>.

3.     Wind, Yoram. "Mathematical Analysis of Perception and Preference for Industrial Marketing." A New Measure of Responsibility for Marketing. Eds. K. Cox and B. M. Enis. Chicago: American Marketing Association, June 1968. 284-294. <https://www.dropbox.com/s/16mztx218gjjqpr/6807_Mathematical_Analysis_of_Perception_and.pdf?dl=0>.

4.     Robinson, Patrick J., and Yoram Wind. "Generalized Simulation of the Industrial Buying Process." Marketing Science Institute Working Paper P-46-2, July 1968. <https://www.dropbox.com/s/aw7mkquxc5s400p/6808_Generalized_Simulation_of_the_Industrial.pdf?dl=0>.

5.     Wind, Yoram, and Patrick J. Robinson. "Simulating the Industrial Buying Process." Marketing and the New Science of Planning. Ed. R. L. King. Chicago: American Marketing Association, Aug. 1968. 441-448. <https://www.dropbox.com/s/cc9qi18jwdgyh9u/6809_Simulating_the_Industrial_Buying_Process.pdf?dl=0>.

6*.    Wind, Yoram, Paul E. Green, and Patrick J. Robinson. "The Determinants of Vendor Selection: The Evaluation Function Approach." Journal of Purchasing 4 (Aug. 1968): 29-41. <https://www.dropbox.com/s/qrb1xs0vjjxsmrp/6804_The_Determinants_of_Vendor_Selection.pdf?dl=0>.

7*.    Robinson, Patrick J., and Yoram Wind. "Computer Simulation - Marketing Management Tool." Computer Operations 3 (Jan. - Feb. 1969): 42-47. <https://www.dropbox.com/s/6n4lw4wm17olwpy/6903_Computer_Simulation_Marketing_Mana

20

APPENDIX A

gement_Tool.pdf?dl=0>.

8*.    Wind, Yoram. "Industrial Source Loyalty." Journal of Marketing Research 7 (Nov. 1970): 450-
       457.
       <https://www.dropbox.com/s/eu52genne0z25il/7001_Industrial_Source_Loyalty.pdf?dl=0>.

9.     Wind, Yoram. "A Reward-Balance Model of Buying Behavior in Organizations." New Essays in
       Marketing Theory. Ed. George Fisk. Boston: Allyn & Bacon, 1971. 206-217.
       <https://www.dropbox.com/s/f2tbtzp81vty1ps/7101_A_Reward_Balanced_Model_of.pdf?dl=0
       >.

10.    Wind, Yoram and Richard Cardozo. "Industrial Marketing Research." Paper presented at the
       AMA Workshop on Industrial Buying Behavior, Berkeley, CA, Apr. 1971.
       <https://www.dropbox.com/s/ueat32k44suwtyn/1-s2.0-001985017490025X-main.pdf?dl=0>

11*.   Wind, Yoram, and Frederick E. Webster, Jr. "On the Study of Industrial Buying Behavior:
       Current Practices and Future Trends." Industrial Marketing Management 4 (1972): 411-416.
       <https://www.dropbox.com/s/3xyx9mcy2g4pomt/7202_On_the_Study_of_Industrial.pdf?dl=0>.

12*.   Webster, Jr., Frederick E., and Yoram Wind. "A General Model for Understanding
       Organizational Buying Behavior." Journal of Marketing 36 (Apr. 1972): 12-19. [B] Reprinted in
       Marketing Management 4.4 (Winter/Spring 1996) 52-57.
       <https://www.dropbox.com/s/q0it7csw7vlg6js/7215_A_General_Model_for_Understanding.pdf
       ?dl=0>.
       <https://www.dropbox.com/s/szajc40rkdnaz39/9604142669.pdf?dl=0>.

13*.   Wind, Yoram, and Frederick E. Webster, Jr. "Industrial Buying as Organizational Behavior: A
       Guideline for Research Strategy." Journal of Purchasing 8.3 (Aug. 1972): 5-16.
       <https://www.dropbox.com/s/p2e1p2z5znv89x6/7203_Industrial_Buying_as_Organizational_B
       ehavior.pdf?dl=0>.

14.    Wind, Yoram, and Elmer Lotshaw. "The Industrial Customer." Marketing Manager's Handbook.
       Ed. Steuart Henderson Britt. Chicago: The Dartnell Corporation, 1973. 781-792.
       <https://www.dropbox.com/s/l7as0rq0hzdro7x/7302_The_Industrial_Customer.pdf?dl=0>.

15.    Wind, Yoram. "Recent Approaches to the Study of Organizational Buying Behavior."
       Increasing Marketing Productivity. Ed. T. V. Greer. Chicago: American Marketing Association,
       Apr. 1973. 203-206.
       <https://www.dropbox.com/s/fzhi3a9k1rfe1w3/7303_Recent_Approaches_to_the_Study.pdf?dl
       =0>.

16*.   Wind, Yoram, and Richard Cardozo. "Industrial Market Segmentation." Industrial Marketing
       Management 3 (1974): 153-166. [B] Reprinted as Wind, Yoram, and Richard Cardozo. "La
       Segmentation des Marchés Industriels." Encyclopedie du Marketing: Volume I. Ed. Christian
       Pinson. Paris: Editions Techniques, June 1977. 1-10.
       <https://www.dropbox.com/s/w7935u56ud03c4r/7407_Industrial_Marketing_Segmentation.pdf
       ?dl=0>.
       <https://www.dropbox.com/s/ys3gm59o7pg871f/7713_La_Segmentation_des_Marches_Indust
       riels.PDF?dl=0>.

17*.   Nicosia, Francesco M., and Yoram Wind. "Emerging Models of Organizational Buying
       Processes." Industrial Marketing Management 6 (1977): 353-369. [B] Also appeared in Eds.
       Francesco Nicosia and Yoram Wind. Behavioral Models of Market Analysis: Foundations for
       Marketing Action. Hinsdale, IL: The Dryden Press, 1977. 96-120. [C] Translated and reprinted
       in Italian as "Modelli emergenti di acquisto nelle organizzazioni." Sviluppo & Organizzazione.
       Nov.-Dec. 1978: 51-70.
       <https://www.dropbox.com/s/onzaqpd4ustkwkf/7714_Emerging_Models_of_Organizational_Bu

21

ying.pdf?dl=0>.
<https://www.dropbox.com/s/xo3uj2eat8h1ryo/7715_Behavioral_Models_of_Organizational_B
uying.pdf?dl=0>.
<https://www.dropbox.com/s/d9pzk9w9jgsul2u/7812_Modelli_emergenti_di_acquisto_nelle.pdf
?dl=0>.

18.   Wind, Yoram. "Information Requirements on Buying and Usage of STI Services." Current
Research on Scientific and Technical Information Transfer. New York: J. Norton Publishers,
1977.
<https://www.dropbox.com/s/g1pb6ybzjfxtx8a/7705_Information_Requirements_on_Buying_an
d.pdf?dl=0>.

19.   Wind, Yoram. "Organizational Buying Center: A Research Agenda." Organizational Buying
Behavior. Eds. Thomas V. Bonoma and Gerald Zaltman. Chicago: American Marketing
Association, 1978. 67-76.
<https://www.dropbox.com/s/4k60kawt3nj4rbt/7803_Organizationl_Buying_Center_A_Researc
h.pdf?dl=0>.

20*.  Wind, Yoram. "Organizational Buying Behavior." Annual Review of Marketing. Eds. Gerald
Zaltman and Thomas Bonoma. Chicago: American Marketing Association, 1978. 160-193.
<https://www.dropbox.com/s/fon3r9et1zkass2/7804_Organizational_Buying_Behavior.pdf?dl=
0>.

21*.  Wind, Yoram. "The Boundaries of Buying Decision Centers." Journal of Purchasing and
Materials Management 14 (Summer 1978): 23-29.
<https://www.dropbox.com/s/bmtbwndeohb86ru/7802_The_Boundaries_of_Buying_Decision.p
df?dl=0>.

22*.  Wind, Yoram, John F. Grashof, and Joel D. Goldhar. "Market-Based Guidelines for Design of
Industrial Products." Journal of Marketing 24 (July 1978): 27-37.
<https://www.dropbox.com/s/hwvvs38nf8mr4yu/7801_Market_Based_Guidelines_for_Design.p
df?dl=0>.

23.   Wind, Yoram, and Robert Thomas. "Problems and Prospects in the Segmentation of the STI
Market." Marketing Scientific and Technical Information. Eds. William R. King and Gerald
Zaltman. Boulder, CO: Westview Press, 1979. 67-76.
<https://www.dropbox.com/s/m6dc1w4de3yoijb/7904_Problems_and_Prospects_in_the.pdf?dl
=0>.

24.   Wind, Yoram. "Industrial Market Segmentation Under Conditions of Intra-Organizational
Heterogeneity." Advances in Organizational Buying Behavior. Eds. Yoram Wind and Robert
Thomas. Washington, D.C.: National Science Foundation, 1979.
<https://www.dropbox.com/s/hfsy992cbea33mr/7905_Industrial_Market_Segmentation_Under
_Conditions.pdf?dl=0>.

25*.  Wind, Yoram, and Robert J. Thomas. "Conceptual and Methodological Issues in
Organisational Buying Behaviour." European Journal of Marketing 14.5/6 (1980): 239-263.
<https://www.dropbox.com/s/y6xr3iremzo5se1/8004_Conceptual_and_Methodological_Issues
_in.pdf?dl=0>.

26*.  Robertson, Thomas S., and Yoram Wind. "Organizational Psychographics and
Innovativeness." Journal of Consumer Research 7 (June 1980): 24-31.
<https://www.dropbox.com/s/hj13o8q7t2o93jn/8003_Organizational_Pyschographics_and_Inn
ovativeness.pdf?dl=0>.

27.   Grashof, John F., and Yoram Wind. "Marketing Research in the Design of STI Systems: A
Case Study." Information Services: Economics, Management, and Technology. Eds. Robert M.
Mason and John E. Creps, Jr. Boulder, CO: Westview Press, 1981. 73-84.

22

* = Article published in refereed journal

**APPENDIX A**

<https://www.dropbox.com/s/cqfachsgfc20h1l/8105_Marketing_Research_in_the_Design.pdf?dl=0>.

28*.   Wind, Yoram, and Thomas S. Robertson. "The Linking Pin Role in Organizational Buying Centers." Journal of Business Research 10.2 (1981): 169-184. <https://www.dropbox.com/s/wxoki6oc5l9kdtn/8106_The_Linking_Pin_Role_in.pdf?dl=0>.

29.   Thomas, Robert J., and Yoram Wind. "Toward Empirical Generalizations on Industrial Market Segmentation." Issues in Industrial Marketing: A View to the Future. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1982. 1-19. <https://www.dropbox.com/s/5ijaw1lh6t7h8cf/8203_Toward_Empirical_Generalizations_on_Industrial.pdf?dl=0>.

30*.   Robertson, Thomas S., and Yoram Wind. "Organizational Cosmopolitanism and Innovativeness." Academy of Management Journal 26.2 (June 1983): 332-338. <https://www.dropbox.com/s/st8vtibeuxdtmeg/8304_Organizational_Cosmopolitanism_and_Innovativeness.pdf?dl=0>.

31*.   Richardson, Douglas K., Steven G. Gabbe, and Yoram Wind. "Decision Analysis of High-Risk Patient Referral." Obstetrics & Gynecology 63.4 (Apr. 1984): 496-501. https://www.dropbox.com/s/tdm0l0xrifrbb1k/8402_Decision_Analysis_of_High_Risk.pdf?dl=0>.

32.   Thomas, Robert J., and Yoram Wind. "The Changing Industrial Market: Implications for Research." A Strategic Approach to Business Marketing. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1985. 67-78. <https://www.dropbox.com/s/6dit2vip02eg9ev/8505_The_Changing_Industrial_Market_Implications.pdf?dl=0>.

33.   Wind, Yoram, and Robert J. Thomas. "Strategy-Driven Industrial Marketing Research." Annual Review of Marketing. Ed. V. Zeithaml. Chicago: American Marketing Association, 1991. 411-454. <https://www.dropbox.com/s/tttj2t07qcms1it/9101_Strategy_Driven_Industrial_Marketing_Research.pdf?dl=0>.

34.   Wind, Yoram, and Robert J. Thomas. "Segmenting Industrial Markets." Advances in Business Marketing and Purchasing. Ed. Arch G. Woodside. Greenwich, CT: JAI Press, 1994. 59-82. <https://www.dropbox.com/s/ohw4twlmn2z2233/9405_Segmenting_Industrial_Markets.pdf?dl=0>.

35.   Wind, Yoram, and Robert J. Thomas. "The BuyGrid Model: 30 Years Later." Wharton School Working Paper, 1998. <https://www.dropbox.com/s/l6p4yz3iboizzdr/9802_The_BuyGrid_Model_30_Years.pdf?dl=0>.

36*.   Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" Rotman Magazine, Spring 2008 Pages 62-68. [B]| Excerpted from Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" Journal of Business and Industrial Marketing, 21.7 (2007): 474-481. <https://www.dropbox.com/s/fr0pl1ihvfswb86/0705_Blurring_the_Lines_Is_There.pdf?dl=0>.

37.   Wind, Yoram, and Thomas, Robert J. "Organizational Buying Behavior in an Interdependent World." Journal of Global Academy of Marketing Science (JGAMS). June 2010. <https://www.dropbox.com/s/rh1bpq4ycsdq0om/1004_Organizational_Buying_Behavior_In_An_Interdependent.pdf?dl=0>.

**E.   Research on Consumer Behavior**

1.   Wind, Yoram. "Incongruency of Socioeconomic Variables and Buying Behavior." Marketing

23

APPENDIX A

Involvement in Society and the Economy. Ed. P. R. McDonald. Chicago: American Marketing Association, Aug. 1969. 362-367.
<https://www.dropbox.com/s/1lsgbz38ol6zz6f/6905_Incongruency_of_Socioeconomic_Variables_and.pdf?dl=0>.

2*.  Wind, Yoram, and Ronald E. Frank. "Interproduct Household Loyalty to Brands." Journal of Marketing Research 6 (Nov. 1969): 434-435.
<https://www.dropbox.com/s/5vzo9rdnlts56lm/6904_Interproduct_Household_Loyalty_to_Brands.pdf?dl=0>.

3*.  Wind, Yoram. "Models of Customer Behavior." Organization and Administration (Hebrew) 16 (May 1970) 3-13.
<https://www.dropbox.com/s/tvugtl5d2ypn3xg/7002_Models_of_Consumer_Behavior.pdf?dl=0>.

4.   Wind, Yoram (Jerry). "The Application of Multidimensional Scaling in Segmentation Research." Paper presented at the First Annual Meeting of the Association for Consumer Research, Amherst, MA, Aug. 1970.

5.   Green, Paul E., and Yoram Wind. "Prediction Experiments Utilizing Perceptual and Preference Judgments." Paper presented at the Second Annual Meeting of the American Institute for Decision Sciences, Dallas, TX, Nov. 1970.
<https://www.dropbox.com/s/ldmn37i6yo06ih6/7004_Prediction_Experiments_Utilizing_Perceptual_and.pdf?dl=0>.

6.   Douglas, Susan P., and Yoram Wind. "Intentions to Buy as Predictors of Buying Behavior." Proceedings of the Second Annual Conference of the Association for Consumer Research. Ed. David M. Gardner. Maryland: Association for Consumer Research, 1971. 331-343.
<https://www.dropbox.com/s/a5gv8ajg3kwrdrv/7104_Intentions_to_Buy_as_Predictors.pdf?dl=0>.

7.   Wind, Jerry. "Life Style Analysis: A New Approach." Marketing in Motion. Ed. Fred C. Allvin. Chicago: American Marketing Association, Apr. 1971. 302-305.
<https://www.dropbox.com/s/l5tn1u6qw47u0i5/7103_Life_Style_Analysis_A_New.pdf?dl=0>.

8.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." Proceedings of the Third Annual Conference of the Association for Consumer Research. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315.
<https://www.dropbox.com/s/6cficpqdr7waexq/7208_Consumer_Menu_Preferences_An_Application.pdf?dl=0>.

9*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Analysis." Journal of Advertising Research 12.2 (Apr. 1972): 31-36.
<https://www.dropbox.com/s/odrhbfxr5kgne0m/7204_Benefit_Bundle_Analysis.pdf?dl=0>.

10*. Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." Behavioral Science 17.3 (May 1972): 288-299.
<https://www.dropbox.com/s/g689s9w1gf36yhp/7205_Subjective_Evaluation_Models_and_Conjoint.pdf?dl=0>.

11*. Green, Paul E., Yoram Wind, and Arun K. Jain. "A Note on Measurement of Social-Psychological Belief Systems." Journal of Marketing Research 9 (May 1972): 204-208.
<https://www.dropbox.com/s/ccnts5frr8x15wr/7206_A_Note_on_Measurement_of.pdf?dl=0>.

12.  Green, Paul E., and Yoram Wind. "Experiments in the Multidimensional Psychophysics of Taste and Semantic Descriptions." Research Design Competition of the American Psychological Association, Division 23, July 1972.

24

**APPENDIX A**

<https://www.dropbox.com/s/t5ijcqoeejiixby/7207_Experiments_in_the_Multidimensional_Psychophysics.pdf?dl=0>.

13. Wind, Yoram. "On the Teaching of Consumer Behavior: A Managerial Approach." Paper presented at the American Marketing Association Conference, Houston, TX, Aug. 1972. <https://www.dropbox.com/s/of4tu1f5z6wj78d/7210_On_the_Teaching_of_Consumer.pdf?dl=0>.

14*. Green, Paul E., Yoram Wind, and Arun K. Jain. "Preference Measurement of Item Collections." Journal of Marketing Research 9 (Nov. 1972): 371-377. <https://www.dropbox.com/s/bj668o50ki5j3vb/7209_Preference_Measurement_of_Item_Collections.pdf?dl=0>.

15*. Green, Paul E., Frank J. Carmone, and Yoram Wind. "Consumer Evaluation of Discount Cards." Journal of Retailing 49.1 (Spring 1973): 10-22. <https://www.dropbox.com/s/jIy6ijcxmubytuy/7305_Consumer_Evaluation_of_Discount_Cards.pdf?dl=0>.

16*. Green, Paul E., Yoram Wind, and Arun K. Jain. "Analyzing Free-Response Data in Marketing Research." Journal of Marketing Research 10 (Feb. 1973): 45-52. <https://www.dropbox.com/s/gl9qigm5069r778/7304_Analyzing_Free_Response_Data_in.pdf?dl=0>.

17. Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Congruence." Paper presented at the Southeast AIDS Conference, 1974. <https://www.dropbox.com/s/pmonhj9vx9358ke/7402_Benefit_Bundle_Congruence.pdf?dl=0>.

18. Wind, Jerry, and Paul Green. "Some Conceptual, Measurement, and Analytical Problems in Life Style Research." Life Style and Psychographics. Ed. William D. Wells. Chicago: American Marketing Association, 1974. 97-126. <https://www.dropbox.com/s/hi01a3h3zrs1pdx/7403_Some_Conceptual_Measurement_and_Analytical.pdf?dl=0>.

19. Green, Paul E., and Yoram Wind. "Recent Approaches to the Modeling of Individuals' Subjective Evaluations." Attitude Research Bridges the Atlantic. Ed. Philip Levine. Chicago: American Marketing Association, 1975. 123-153. <https://www.dropbox.com/s/ag8nqutvm64z5k0/7504_Recent_Approaches_to_the_Modeling.pdf?dl=0>.

20*. Green, Paul E., Yoram Wind, and Henry J. Claycamp. "Brand-Features Congruence Mapping." Journal of Marketing Research 12 (Aug. 1975): 306-313. <https://www.dropbox.com/s/d29p0n0hr6ouuns/7502_Brand_Features_Congruence_Mapping.pdf?dl=0>.

21. Wind, Yoram. "Multiperson Influence and Usage Occasions as Determinants of Brand Choice." Paper presented at the American Marketing Association Conference, Rochester, NY, Aug. 1975. <https://www.dropbox.com/s/g1onnk752hx9rr0/7506_Multiperson_Influence_and_Usage_Occasions.pdf?dl=0>.

22. Wind, Yoram, and Terry C. Gleason. "Alternative Approaches to Data Collection for Attitude Measurement." Paper presented at the American Psychological Association Convention, Los Angeles, CA, Sept. 1975. <https://www.dropbox.com/s/bga57fuz06qw9lu/7505_Alternative_Approaches_to_Data_Collection.pdf?dl=0>.

23*. Villani, Kathryn E. A., and Yoram Wind. "On the Usage of 'Modified' Personality Trait Measures in Consumer Research." Journal of Consumer Research 2 (Dec. 1975): 223-228.

25

* = Article published in refereed journal

APPENDIX A

<https://www.dropbox.com/s/bsh0zhsy55zznvz/7503_On_the_Usage_of_Modified.pdf?dl=0>.

24.    Wind, Yoram, and Michael DeVita. "On the Relationship Between Knowledge and Preference." Marketing: 1776-1976 and Beyond. Ed. Kenneth L. Bernhardt. Chicago: American Marketing Association, 1976. 153-157. <https://www.dropbox.com/s/mcm8x3h26aygewb/7603_On_the_Relationship_Between_Knowledge.pdf?dl=0>.

25*.   Wind, Yoram. "Preference of Relevant Others and Individual Choice Models." Journal of Consumer Marketing 3 (June 1976): 50-57. <https://www.dropbox.com/s/redbmztxtwbs5zh/7602_Preference_of_Relevant_Others_and.pdf?dl=0>.

26.    Wind, Yoram. "A 1975 Retrospective View of Bourne's 1957 'Group Influence in Marketing'." Classics in Consumer Behavior. Ed. Louis E. Boone. Tulsa, OK: The Petroleum Publishing Company, 1977. 225-235. <https://www.dropbox.com/s/ewbydlfvcin3oi6/7706_A_1975_Retrospective_View_of.pdf?dl=0>.

27.    Wind, Yoram. "Brand Loyalty and Vulnerability." Consumer and Industrial Buying Behavior. Eds. Arch G. Woodside, Jagdish N. Sheth, and Peter D. Bennett. New York: Elsevier, North Holland, Inc., 1977. 313-319. <https://www.dropbox.com/s/7sm7qxc9g13nnw8/7707_Brand_Loyalty_and_Vulnerability.pdf?dl=0>.

28.    Wind, Yoram.  "Reflections on Creativity and Relevance of Consumer Research." Contemporary Marketing Thought. Eds. B. A. Greenberg and D. A. Bellenger. Chicago: American Marketing Association, 1977. 55-58. <https://www.dropbox.com/s/a5vf6w6wowa81sf/7708_Reflections_on_Creativity_and_Relevance.pdf?dl=0>.

29.    Wind, Yoram. "Brand Choice." Selected Aspects of Consumer Behavior: A Summary from the Perspective of Different Disciplines. Ed. Robert Ferber. Washington, D.C.: U.S. Government Printing Office, 1977. 235-258. <https://www.dropbox.com/s/4sj1l62wujln1lu/7709_Brand_Choice.pdf?dl=0>.

30.    Wind, Yoram. "On the Interface Between Organizational and Consumer Buying Behavior." Advances in Consumer Research. Eds. Kent Hunt and Ann Abor. 1978. 657-662. <https://www.dropbox.com/s/xpvcwj4c7q8iget/7806_On_the_Interface_Between_Organizational.pdf?dl=0>.

31*.   Douglas, Susan P., and Yoram Wind. "Examining Family Role and Authority Patterns: Two Methodological Issues." Journal of Marriage and the Family 40.1 (Feb. 1978): 35-47. <https://www.dropbox.com/s/8s7n6tqbj7ldiw5/7810_Examining_Family_Role_and_Authority.pdf?dl=0>.

32.    Nicosia, Francesco M., and Yoram Wind. "Sociology of Consumption and Trade-Off Models in Consumer Public Policy." Research for Consumer Policy. Eds. William Michael Denney and Robert T. Lund. Cambridge, MA: Center for Policy Alternatives, Massachusetts Institute of Technology, 24 Mar. 1978. 141-184. <https://www.dropbox.com/s/yih1xwt7jbt59u0/7805_Sociology_of_Consumption_and_Trade.pdf?dl=0>.

33*.   Wind, Yoram, Joseph Denny, and Arthur Cunningham. "A Comparison of Three Brand Evaluation Procedures." Public Opinion Quarterly 43 (Summer 1979): 261-270. <https://www.dropbox.com/s/t6jsph6f3frua36/7906_A_Comparison_of_Three_Brand.pdf?dl=0>.

26

* = Article published in refereed journal

## APPENDIX A

34*.  Wind, Yoram, and David Lerner. "On the Measurement of Purchase Data: Surveys Versus Purchase Diaries." Journal of Marketing Research 16 (Feb. 1979): 39-47. <https://www.dropbox.com/s/3yryfyho8f8owd3/7907_On_the_Measurement_of_Purchase.pdf?dl=0>.

35*.  Wind, Yoram (Jerry), and Peter Shubs. "A Note on the Relationship Between Perceived Problems, Severity, and Frequency of Occurrence." Journal of the Professional Marketing Research Society 1.2 (Oct. 1981): 19-22 [B] and "On the Generalizability and Theoretical Implications of Empirical Findings: A Reply to Comments "A Note on the Relationships Between Perceived Problem Severity and Frequency of Occurrence," with Peter Shubs, Journal of Professional Marketing Research, 1982. <https://www.dropbox.com/s/ct09tz2xa3o7wf5/8113_A_Note_on_the_Relationship.pdf?dl=0>.

36.  Wind, Yoram, and Susan P. Douglas. "Comparative Consumer Research: The Next Frontier?" Comparative Marketing Systems. Ed. Erdener Kaynak. Bradford, England: MCB Publications, 1982. 24-35. <https://www.dropbox.com/s/uwncgm7hpqrwk55/8205_Comparative_Consumer_Research_The_Next.pdf?dl=0>.

37.  Fraser, Cynthia, and Yoram Wind. "Physical and Social Psychological Anxiety as Correlates of Purchase Behavior." Wharton School Working Paper, Aug. 1982. <https://www.dropbox.com/s/uhsg9dh0horx041/8204_Physical_and_Social_Psychological_Anxiety.pdf?dl=0>

38.  Deighton, John, Franco M. Nicosia, and Yoram Wind. "Exploration Into the Time-Money Tradeoff: Concepts and an Application." Strategic Planning: A Thing of the Past or a Necessity for the Future – Can Research Contribute? San Francisco: American Marketing Association, Apr. 1983. 51-65. [B] Based in part on "A Time-Money Tradeoff (TMI) Model of Consumer Behavior." Paper presented at the American Psychological Association Conference, Toronto, Aug. 1978. <https://www.dropbox.com/s/yua9nz4sn0s92rk/8309_Exploration_Into_the_Time_Money.pdf?dl=0>.

39*.  Wind, Jerry, Paul E. Green, Douglas Shifflet, and Marsha Scarbrough. "Courtyard by Marriott: Designing a Hotel Facility with Consumer-Based Marketing Models." Interfaces 19.1 (Jan. - Feb. 1989): 25-47. <https://www.dropbox.com/s/zowki8zm1c8xjv0/8902_Courtyard_by_Marriott_Designing_a.pdf?dl=0>.

40.  Wind, Jerry, Vithala R. Rao, and Paul E. Green. "Behavioral Methods." Handbook of Consumer Theory and Research. Eds. Thomas Robertson and Hal Kassarjian. Englewood Cliffs, NJ: Prentice Hall, 1991. 507-532. <https://www.dropbox.com/s/fr0o0k6tp7tkv9h/9102_Behavioral_Methods.pdf?dl=0>.

41.  Schmittlein, David C., and Jerry Wind. "Inferring Causality in Consumer Perception Studies in Litigation Contexts." Advances in Claim Substantiation. New York: Council of Better Business Bureaus, Inc., April 30, 1991. 161-170. <https://www.dropbox.com/s/7mybksypillm5df/9103_Inferring_Causality_in_Consumer_Perception.pdf?dl=0>.

42.  Libert, Barry, Jerry Wind & Megan Beck Fenley.  "What Apple, Lending Club, and AirBnB Know About Collaborating with Customers," Harvard Business Review, July 3, 2015. <https://hbr.org/2015/07/what-apple-lending-club-and-airbnb-know-about-collaborating-with-customers>

27

* = Article published in refereed journal

APPENDIX A

**F. Marketing Research and Modeling**

1.   Goodman, Charles S., and Yoram Wind. "The Use of Interactive Marketing Models as Framework for Research." Wharton School Working Paper, May 1968. <https://www.dropbox.com/s/youp4evl9rl7vdd/6810_The_Use_of_Interactive_Marketing.pdf?dl=0>.

2.   Wind, Yoram, and Susan P. Douglas. "Marketing Performance: A Conceptual Framework." Marketing Science Institute Working Paper P-51-1, June 1968. <https://www.dropbox.com/s/ur17b51gdjfcloo/6812_Marketing_Performance_A_Conceptual_Framework.pdf?dl=0>.

3*.   Wind, Yoram. "Organizing a Diffusion System for Managerial Information in Israel: A Proposal." Organization and Administration (Hebrew) 15 (Sept. 1969): 1-3. <https://www.dropbox.com/s/wi3m9tfl17ydf7h/6906_Organizing_a_Diffusion_System_for.pdf?dl=0>.

4*.   Wind, Yoram, Susan P. Douglas, and Aaron Ascoli. "Experimentation as a Tool for the Retailer." Journal of the Market Research Society 13.3 (July 1971): 158-169. <https://www.dropbox.com/s/3tdokpq9qmtxfzu/7105_Experimentation_as_a_Tool_for.pdf?dl=0>.

5.   Wind, Yoram, and Patrick J. Robinson. "Product Positioning: An Application of Multidimensional Scaling." Attitude Research in Transition. Ed. Russell I. Haley. Chicago: American Marketing Association, 1972. 155-175. <https://www.dropbox.com/s/2bh108wpu42ugdh/7212_Product_Positioning_An_Application_of.pdf?dl=0>.

6.   Wind, Yoram and Francesco M. Nicosia. "On the Measurement of Quality of Life." Paper presented at the TIMS Conference, July 1972.

7*.   Wind, Yoram, Paul E. Green, and Arun K. Jain. "Higher Order Factor Analysis in the Classification of Psychographic Variables." Journal of the Market Research Society 15.4 (1973): 224-232. <https://www.dropbox.com/s/pdi7fhbqki2wsib/7306_Higher_Order_Factor_Analysis_in.pdf?dl=0>.

8*.   Wind, Yoram. "A New Procedure for Concept Evaluation." Journal of Marketing 37 (Oct. 1973): 2-11. [B] Translated and reprinted in French as "Une nouvelle procedure d'évaluation des idées de nouveaux produits." La Revue française du Marketing. 1974: 1-12. <https://www.dropbox.com/s/ozs1ij3h9bz6frj/7309_A_New_Procedure_for_Concept.pdf?dl=0>.

9.   Wind, Yoram. "A Note on the Classification and Evaluation of New Product Forecasting Models." Paper presented at the American Marketing Association Conference, Apr. 1974. <https://www.dropbox.com/s/askmv37bj8pmtew/7408_Une_nouvelle_procedure_d%27evaluation_des.PDF?dl=0>.

10*.   Wind, Yoram, and Joseph Denny. "Multivariate Analysis of Variance in Research on the Effectiveness of TV Commercials." Journal of Marketing Research 11 (May 1974): 136-142. <https://www.dropbox.com/s/me53c9nsngm76d6/7404_Multivariate_Analysis_of_Variance_in.pdf?dl=0>.

11.   Wind, Yoram, Stuart Jolly, and Art O'Connor. "Concept Testing as Input to Strategic Market Simulations." Proceedings of the 58th International AMA Conference. Ed. E. Mazzie. American Marketing Association, Apr. 1975. 120-124. <https://www.dropbox.com/s/64u329wslctqcn3/7508_Concept_Testing_as_Input_to.pdf?dl=0>.

28

* = Article published in refereed journal

12.    Wind, Yoram. "Is 'Concept Testing: An Appropriate Approach' Really Appropriate?" Wharton School Working Paper, May 1975. <https://www.dropbox.com/s/64y9t4abrr2t854/7507_Is_Concept_Testing_An_Appropriate.pdf?dl=0>.

13*.    Green, Paul E., and Yoram Wind. "New Way to Measure Consumers' Judgments." Harvard Business Review 53 (July - Aug. 1975): 107-117. <https://www.dropbox.com/s/x4ktiscstvh6681/7509_New_Way_to_Measure_Consumers%27.pdf?dl=0>.

14*.    Wind, Yoram, and Lawrence K. Spitz. "Analytical Approach to Marketing Decisions in Health-Care Organizations." Operations Research 24.5 (Sept. - Oct. 1976): 973-990. <https://www.dropbox.com/s/biwhdbazj9vi3ec/7604_Analytical_Approach_to_Marketing_Decisions.pdf?dl=0>.

15.    Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the 25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research, Mar. 1978.

16.    Wind, Yoram, and Daniel Gross. "Determination of the Size and Allocation of Marketing Research Budgets." Proceedings of the August 1978 AMA Conference. Ed. Subhash C. Jain. American Marketing Association, Aug. 1978. 57-61. <https://www.dropbox.com/s/0rty151nkohevv3/7807_Determination_of_the_Size_and.pdf?dl=0>.

17*.    Wind, Yoram. "Issues and Advances in Segmentation Research." Journal of Marketing Research 15 (Aug. 1978): 317-337. <https://www.dropbox.com/s/q6s0lfpsrehzuxg/7809_Issues_and_Advances_in_Segmentation.pdf?dl=0>.

18.    Wind, Yoram. "Marketing Research and Management: A Retrospective View of the Contributions of Paul E. Green." Diffusing Marketing Theory and Research: The Contributions of Bauer, Green, Kotler, and Levitt. Eds. Alan R. Andreasen and David M. Gardner. Chicago: American Marketing Assocation, 1979. 57-67. <https://www.dropbox.com/s/q1pmh1n4xav6oge/7908_Marketing_Research_and_Management_A.pdf?dl=0>.

19.    Wind, Yoram, and John G. Myers. "A Note on the Selection of Attributes for Conjoint Analysis." Wharton School Working Paper, Aug. 1979. <https://www.dropbox.com/s/okpr7uhrfcf3p3a/7909_A_Notes_on_the_Selection.pdf?dl=0>.

20*.    Batsell, Richard R., and Yoram Wind. "Product Testing: Current Methods and Needed Developments." Journal of the Market Research Society 22.2 (Apr. 1980): 115-139. <https://www.dropbox.com/s/uolx0rjx63l4bq4/8005_Product_Testing_Current_Methods_and.pdf?dl=0>.

21.    Wind, Yoram. "Implications of Increased Government Regulations for the Quality and Relevance of Marketing Research." Government Marketing: Theory and Practice. Eds. Michael P. Mokwa and Steven E. Permut. New York: Praeger Publishers, 1981. 264-269. <https://www.dropbox.com/s/doss0rnl5yhaj1z/8109_Implications_of_Increased_Government_Regulations.pdf?dl=0>.

22*.    Arabie, Phipps, J. Douglas Carroll, Wayne DeSarbo, and Jerry Wind. "Overlapping Clustering: A New Method for Product Positioning." Journal of Marketing Research 18 (Aug. 1981): 310-317. <https://www.dropbox.com/s/csdrt8m6899xzxj/8107_Overlapping_Clustering_A_New_Method.pdf?dl=0>.

29

* = Article published in refereed journal

**APPENDIX A**

23. Wind, Yoram, and Vijay Mahajan. "A Reexamination of New Product Forecasting Models." <u>Proceedings of the August 1981 AMA Educator's Conference</u>. Aug. 1981. 358-363. <<u>https://www.dropbox.com/s/gq5q5ig3c37oeth/8108_A_Reexamination_of_New_Product.pdf?dl=0</u>>.

24*. Wind, Yoram, Thomas S. Robertson, and Cynthia Fraser. "Industrial Product Diffusion by Market Segment." <u>Industrial Marketing Management</u> 11 (1982): 1-8. <<u>https://www.dropbox.com/s/l8yjm1xd6xqdvdg/8206_Industrial_Product_Diffusion_by_Market.pdf?dl=0</u>>.

25. Mahajan, Vijay, Jerry Wind, and Subhash Sharma. "An Approach to Repeat-Purchase Diffusion Analysis." <u>1983 AMA Educators' Proceedings</u>. Eds. P. E. Murphy, O. C. Ferrell, G. R. Laczniak, R. F. Lusch, P. F. Anderson, T. A. Shimp, R. W. Belk, and C. B. Weinberg., American Marketing Association, 1983. 442-446. <<u>https://www.dropbox.com/s/g9y7qfeq8hsio7n/8305_An_Approach_to_Repeat_Purchase.pdf?dl=0</u>>.

26. Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "Diffusion of New Products in Heterogeneous Populations: Incorporating Stochastic Coefficients." Wharton School Working Paper, June 1983. <<u>https://www.dropbox.com/s/g2h2zrpaw7qpwwe/8306_Diffusion_of_New_Products_in.pdf?dl=0</u>>.

27*. Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums for Hotel Amenities." <u>Journal of Business</u> 57.1.2 (1984): S111-S132. <<u>https://www.dropbox.com/s/nyqjeq05s39nxse/8403_Conjoint_Analysis_of_Price_Premiums.pdf?dl=0</u>>.

28*. Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Parameter Estimation in Marketing Models in the Presence of Influential Response Data: Robust Regression and Applications." <u>Journal of Marketing Research</u> 21 (Aug. 1984): 268-277. <<u>https://www.dropbox.com/s/1wo0ym5igmynshl/8404_Parameter_Estimation_in_Marketing_Models.pdf?dl=0</u>>.

29*. Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Assessing the Impact of Patent Infringement on New Product Sales." <u>Technological Forecasting and Social Change</u> 28 (1985): 13-27. <<u>https://www.dropbox.com/s/kdz3fj941dkg4vh/8506_Assessing_the_Impact_of_Patent.pdf?dl=0</u>>.

30. Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "New Products Diffusion Models with Stochastic Parameters." Wharton School Working Paper, Feb. 1985. <<u>https://www.dropbox.com/s/ij33e1ocqg68n2x/8507_New_Products_Diffusion_Models_with.pdf?dl=0</u>>.

31. Mahajan, Vijay, and Yoram Wind. "Innovation Diffusion Models of New Product Acceptance: A Reexamination." <u>Innovation Diffusion Models of New Product Acceptance</u>. Eds. Vijay Mahajan and Yoram Wind. Cambridge, MA: Ballinger Publishing Company, 1986. 2-25. <<u>https://www.dropbox.com/s/cmtgf9a5cf3hm2v/Innovation%20Diffusion%20Models%20of%20New%20Product%20Acceptance_%20A%20Reexamin.pdf?dl=0</u>>.

32. Fraser, Cynthia, and Yoram Wind. "Why and When to Use Tobit Analysis." Wharton School Working Paper, May 1986. <<u>https://www.dropbox.com/s/8q1taxuun1vrp3k/8603_Why_and_When_to_Use.pdf?dl=0</u>>.

33*. DeSarbo, Wayne S., Vithala R. Rao, Joel H. Steckel, Jerry Wind, and Richard Colombo. "A Friction Model for Describing and Forecasting Price Changes." <u>Marketing Science</u> 6.4 (Fall

30

**APPENDIX A**

1987): 299-319.
<https://www.dropbox.com/s/yzcw9ff5vuuj7xq/8706_A_Friction_Model_for_Describing.pdf?dl=0>.

34.   Schmittlein, David C., Vijay Mahajan, and Yoram Wind. "The Role of Within Group Variance in the Design and Analysis of Market Tests." Wharton School Working Paper, Sept. 1987. <https://www.dropbox.com/s/60joay9knygyh3c/8705_The_Role_of_Within_Group_Variance.pdf?dl=0>.

35*.  Mahajan, Vijay, and Yoram Wind. "New Product Forecasting Models: Directions for Research and Implementation." International Journal of Forecasting 4 (1988): 341-358. <https://www.dropbox.com/s/to31lzr69e45f5x/8805_New_Product_Forecasting_Models_Directions.pdf?dl=0>.

36*.  Rao, Vithala R., Jerry Wind, and Wayne S. DeSarbo. "A Customized Market Response Model: Development, Estimation, and Empirical Testing." Journal of the Academy of Marketing Science 16.1 (Spring 1988) 128-140. <https://www.dropbox.com/s/14nnd8l744jjtm1/8804_A_Customized_Market_Response_Model.pdf?dl=0>.

37.   Wind, Yoram (Jerry). "Market Application of the Analytic Hierarchy Process." Wharton School Working Paper, 1989.

38*.  Mahajan, Vijay, and Jerry Wind. "Market Discontinuities and Strategic Planning: A Research Agenda." Technological Forecasting and Social Change 36 (1989): 185-199. <https://www.dropbox.com/s/l7iuutxehc9zmg3/8905_Market_Discontinuities_and_Strategic_Planning.pdf?dl=0>.

39*.  Rangaswamy, Arvind, Jehoshua Eliashberg, Raymond R. Burke, and Jerry Wind. "Developing Marketing Expert Systems: An Application to International Negotiations." Journal of Marketing 53.4 (Oct. 1989): 24-39. <https://www.dropbox.com/s/z8e1iyxsnel4yqu/8903_Developing_Marketing_Expert_Systems_An.pdf?dl=0>.

40.   Schmittlein, David C., and Jerry Wind. "Combining Multiple Estimates: An Application to Damage Assessment Litigation." Wharton School Working Paper, 1991. <https://www.dropbox.com/s/lknil7zetxdjd6v/9104_Combining_Multiple_Estimates_An_Application.pdf?dl=0>.

41*.  Mahajan, Vijay, and Jerry Wind. "New Product Models: Practice, Shortcomings and Desired Improvements." Journal of Product Innovation Management 9 (1992): 128-139. <https://www.dropbox.com/s/j6igl5jn9hpzho4/9203_New_Product_Models_Practice_Shortcomings.pdf?dl=0>.

42.   Lee, Hoon Young, Burke, Raymond R., and Yoram Wind. "An Analogical Reasoning System for Managerial Learning and Problem Solving." Wharton School Working Paper, 1992.

43.   Wind, Yoram (Jerry), David C. Schmittlein, and Shoshana Shapiro. "Attribute Interdependencies in Product Performance Claims: Truth and Consequences." Product Performance Tests: Design, Interpretation, and Claims. Proceedings of the NAD Workshop IV., New York: Council of Better Business Bureaus, Inc., 2-3 June 1992. 99-107. <https://www.dropbox.com/s/gihr20bd6tlfwl5/9204_Attribute_Interdependence_in_Product_Performance.pdf?dl=0>.

44.   Wind, Jerry Yoram. "Marketing Science at a Crossroad." Inaugural Presentation of the Unilever Visiting Professorship. Rotterdam, The Netherlands: Erasmus University, 1993. <https://www.dropbox.com/s/0lf13iqbe7kzm7d/9301_Marketing_Science_at_a_Crossroad.pdf?dl=0>.

31

* = Article published in refereed journal

45.    Arabie, Phipps, and Yoram Wind. "Marketing and Social Networks." Advances in Social Networks Analysis. Eds. S. Wasserman and J. Galaskiewicz. London: Sage Publications, 1994. 254-273. <https://www.dropbox.com/s/mxp2t4vymcut7gw/9403_Marketing_and_Social_Networks.pdf?dl=0>.

46*.    Wind, Jerry. "Start Your Engines: Gear Up for Challenges Ahead with Innovative Marketing Research Products and Services." Marketing Research 9.4 (Winter 1997): 4-11. <https://www.dropbox.com/s/kpda1eox6iruqa7/9703_Start_Your_Engines_Gear_Up.pdf?dl=0>.

47*.    Mahajan, Vijay, and Jerry Wind. "Rx for Marketing Research: A Diagnosis of and Prescriptions for the Recovery of an Ailing Discipline in the Business World." Marketing Research 11.3 (Fall 1999): 7-13. <https://www.dropbox.com/s/cnf8s0iaj4olzhr/9902_Rx_for_Marketing_Research_A.pdf?dl=0>.

48.    Mahajan, Vijay, Eitan Muller, and Yoram Wind. "New Product Diffusion Models: From Theory to Practice." New-Product Diffusion Models. Eds. Vijay Mahajan, Eitan Muller, and Yoram Wind. Boston: Kluwer Academic Publishers, 2000. 3-24. <https://www.dropbox.com/s/igq2lz00w7pfjvo/0002_New_Product_Diffusion_Models_From.pdf?dl=0>.

49*.    Green, Paul E., Yoram (Jerry) Wind, Abba M. Krieger, and Paul Saatsoglou. "Applying Qualitative Data." Marketing Research 12.1 (Spring 2000): 17-25. <https://www.dropbox.com/s/7tw6xguc68inc6v/0003_Applying_Qualitative_Data.pdf?dl=0>.

50*.    Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflection and Prospects." Interfaces 31.3.2 (May - June 2001): S56-S73. <https://www.dropbox.com/s/8cl4zcb4i1bid5s/0102_Thirty_Years_of_Conjoint_Analysis.pdf?dl=0>.

51*.    Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Marketing Research in the Courtroom: A Case Study Shows How Analytical Methods Can Be Applied to the Law." Marketing Research 14.1 (Spring 2002): 28-33. <https://www.dropbox.com/s/v2cwkgxptf7875n/0204_Marketing_Research_in_the_Courtroom_0002.pdf?dl=0>.

52.    Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Survey Methods Help to Clear Up Legal Questions." Marketing News 16 Sept. 2002: 34-36. <https://www.dropbox.com/s/kk8mhgedone6yzy/0205_Survey_Methods_Help_to_Clear.pdf?dl=0>.

53.    Green, Paul E., Wind, Yoram, and Abba Krieger. "Buyer Choice Simulators, Optimizers, and Dynamic Models." Marketing Research and Modeling: Progress and Prospects. Eds. Yoram Wind and Paul E. Green. Kluwer, 2003. <https://www.dropbox.com/s/dntbofkhsszyku6/0302_Buyer_Choice_Simulators_Optimizers_and.pdf?dl=0>.

54*.    Krieger, Abba M., Paul E. Green, and Yoram (Jerry) Wind. "Dual Considerations." Marketing Research 15.4 (Winter 2003): 8-13. <https://www.dropbox.com/s/bf9j8yncwf8dhex/0301_Dual_Considerations.pdf?dl=0>.

55.    Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2006. <https://www.dropbox.com/s/y6lch5vpd36mlyb/0601_Applying_Conjoint_Analysis_to_Legal.pdf?dl=0>.

32

* = Article published in refereed journal

56*.   DeSarbo, Wayne S., Rajdeep Grewal, and Jerry Wind. "Who Competes with Whom? A Demand-Based Perspective for Identifying and Representing Asymmetric Competition." Strategic Management Journal 27.2 (Feb 2006): 101-129. [B] And Wiley InterScience, 21 November 2005. www.interscience.wiley.com <https://www.dropbox.com/s/t6wx2d4w9ladyk3/0605_Who_Competes_with_Whom_A.pdf?dl=0>.

57*.   Wind, Jerry. "Marketing by Experiment," Marketing Research. Spring 2007: 10-16. <https://www.dropbox.com/s/t6wx2d4w9ladyk3/0605_Who_Competes_with_Whom_A.pdf?dl=0>

58.    Wind, Yoram (Jerry) and Catharine Reyes with Alexa de los Reyes. "A New Model for the Future of Customer Relationships." The European Business Review November/December 2016. <http://www.europeanbusinessreview.com/a-new-model-for-the-future-of-customer-relationships/>.

59.    Wind, Yoram. "Reflections of Eminent Marketing Scholars." Foundations and Trends in Marketing. Now Publishers, Spring 2022.

**G.  International Marketing**

1*.    Wind, Yoram. "The Role of Marketing in Israel." Journal of Marketing 31 (Apr. 1967): 53-57. <https://www.dropbox.com/s/4mrqm5eyugk0iyj/6701_The_Role_of_Marketing_in.pdf?dl=0>.

2.     Wind, Yoram. "Information Requirements for International Business Decisions."  Prepared for and used in the introductory International Business course at The Wharton School, University of Pennsylvania, June 1967. <https://www.dropbox.com/s/lnfniq139yh4nnj/6702_Information_Requirements_for_International_Business.pdf?dl=0>.

3.     Wind, Yoram. "Cross Cultural Analysis of Consumer Behavior." Changing Marketing Systems: Consumer, Corporate and Government Interfaces. Ed. Reed Moyer. Chicago: American Marketing Association, Winter 1967: 183-185. [B] Reprinted in Wharton Quarterly 2 (Winter-Spring 1968): 1-3. <https://www.dropbox.com/s/uu8z93qzd1dyjq8/6814_Cross_Cultural_Analysis_of_Consumer.pdf?dl=0>.

4.     Wind, Yoram. "Marketing in Israel." Comparative Marketing. Ed. Harper W. Boyd, Jr. Stanford, CA: International Center for the Advancement of Education, Stanford University, Jan. 1968. <https://www.dropbox.com/s/a3hfhio6w8k6qaq/6813_Marketing_in_Israel.pdf?dl=0>.

5.     Wind, Yoram and Patrick J. Robinson. "Perceptual and Preference Mapping of Countries: An Application of Multidimensional Scaling." Paper presented at the Annual Meeting of the Association for Education in International Business, Dec. 1970.

6*.    Wind, Yoram, and Susan Douglas. "On the Meaning of Comparison: A Methodology for Cross-Cultural Studies." Quarterly Journal of Management Development 2.4.1 (June 1971): 105-121. <https://www.dropbox.com/s/571hh2crwfebsyo/7106_On_the_Meaning_of_Comparison.pdf?dl=0>.

7*.    Wind, Yoram, and Susan P. Douglas. "International Market Segmentation." European Journal of Marketing 6.1 (1972): 17-25. <https://www.dropbox.com/s/sny338oc56z57r1/7213_International_Market_Segmentation.pdf?dl=0>.

8.     Douglas, Susan, Patrick Le Maire, and Yoram Wind. "Selection of Global Target Markets: A Decision Theoretic Approach." Marketing in a Changing World: The Role of Market Research. Ed. Proceedings of the 24th ESOMAR Congress. Cannes, France: ESOMAR Congress, Sept.

33

APPENDIX A

1972.
<https://www.dropbox.com/s/5omskqwliv2wz3j/7214_Selection_of_Global_Target_Markets.pdf?dl=0>.

9*.  Wind, Yoram, Susan P. Douglas, and Howard V. Perlmutter. "Guidelines for Developing International Marketing Strategies." Journal of Marketing 37 (Apr. 1973): 14-23.
<https://www.dropbox.com/s/injbo9quo7z1m9e/7307_Guidelines_for_Developing_International_Marketing.pdf?dl=0>.

10*. Douglas, Susan P., and Yoram Wind. "Environmental Factors and Marketing Practices." European Journal of Marketing 7.3 (Winter 1973/1974): 155-165.
<https://www.dropbox.com/s/t19oneb252c5pc6/7308_Environmental_Factors_and_Marketing_Practices.pdf?dl=0>.

11*. Wind, Yoram, and Susan Douglas. "Some Issues in International Consumer Research." European Journal of Marketing 8.3 (Winter 1974/1975): 209-217.
<https://www.dropbox.com/s/t53fdpr8s84dv2f/7406_Some_Issues_in_International_Consumer.pdf?dl=0>.

12.  Robinson, Patrick J., and Yoram Wind. "Multinational Tradeoff Segmentation." Moving Ahead with Attitude Research. Eds. Yoram Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 50-57.
<https://www.dropbox.com/s/3mscpch8u7hhoq8/7710_Multinational_Tradeoff_Segmentation.pdf?dl=0>.

13.  Wind, Yoram. "Research for Multinational Product Policy." Multinational Product Management. Eds. Warren J. Keegan and Charles S. Mayer. Chicago: American Marketing Association, 1977. 165-184.
<https://www.dropbox.com/s/vy5xzh3eebct26r/7711_Research_for_Multinational_Product_Policy.pdf?dl=0>.

14*. Wind, Yoram, and Howard Perlmutter. "On the Identification of Frontier Issues in Multinational Marketing." Columbia Journal of World Business 12 (Winter 1977): 131-139.
<https://www.dropbox.com/s/iy16mh1o49j1zn3/7712_On_the_Identification_of_Frontier.pdf?dl=0>.

15.  Wind, Yoram, and Susan Douglas. "Comparative Methodology and Marketing Theory." Theoretical Developments in Marketing. Eds. Charles W. Lamb and Patrick M. Dunne. Chicago: American Marketing Association, 1980. [B] Based on Wind, Yoram, and Susan P. Douglas. "A Theory and a Metatheory of Comparative Marketing Systems." Marketing Science Institute Working Paper P-15-1, Sept. 1968.
<https://www.dropbox.com/s/9dgyo8us9ztqxbd/8008_Comparative_Methodology_and_Marketing_Theory.pdf?dl=0>.

16.  Wind, Jerry and Josh Eliashberg. "Marketing Perspectives on International Risk Analysis and Risk Preference Measurement: Concepts, Methods, and Research Directions." Wharton School Working Paper, 1983.
<https://www.dropbox.com/s/huwamnnft16jk6k/8307_Marketing_Perspectives_on_International_Risk.pdf?dl=0>.

17.  Chakrabarti, Alok K., and Jerry Wind. "International Technology: Implications for Global Competitive and Cooperative Strategies." Wharton School Working Paper, 1986.
<https://www.dropbox.com/s/q4ae1ue4nfvrkhv/8604_International_Technology_Implications_for_Global.pdf?dl=0>.

18.  Wind, Yoram and Susan Douglas. "Toward the Development of a Global Marketing Strategy: A Dynamic Portfolio Perspective." Wharton School Working Paper, 1987.

34

* = Article published in refereed journal

19*.   Douglas, Susan P., and Yoram Wind.  'The Myth of Globalization." <u>Columbia Journal of World Business</u> 22.4 (Winter 1987): 19-29. [B] Earlier version published as Wind, Yoram. "The Myth of Globalization." <u>The Journal of Consumer Marketing</u> 3.2 9Spring 1986): 23-26. [C] Reprinted as "The Myth of Globalization." *Strategy 4e & Strategy Synthesis* 3e, <u>Cengage Learning EMEA</u> (March 2010).
<<https://www.dropbox.com/s/h2g62xtkptij0mq/8712_The_Myth_of_Globalization.pdf?dl=0>>.
<<https://www.dropbox.com/s/wgxd7argrm2xw54/8607_The_Myth_of_Globalization.pdf?dl=0>>.

20*.   Wind, Yoram. "Old-Line Manufacturing Needs Better Marketing." <u>Chief Executive</u> 44 (Mar./Apr. 1988): 44-48.
<<https://www.dropbox.com/s/qrrfeutivrbqh51/8806_Old_Line_Manufacturing_Needs_Better.pdf?dl=0>>.

21*.   Mahajan, Vijay, Marcos V. Partini De Moraes, and Jerry Wind. "The Invisible Global Market." <u>Marketing Management</u> 9.4 (Winter 2000): 30-35.
<<https://www.dropbox.com/s/16c9g3owzt8z8wx/0009_The_Invisible_Global_Market.pdf?dl=0>>.

22*.   Mahajan, Vijay, and Yoram (Jerry) Wind. "Capturing the Ricochet Economy." <u>Harvard Business Review</u>. Nov. 2006.
<<https://www.dropbox.com/s/ip8qq4py0gnjddo/0606_Capturing_the_Ricochet_Economy.pdf?dl=0>>.


**H.   International Management Education and The Lauder Institute**

1.   Wind, Jerry. "Global Management: Penn's Response." Address to Board of Trustees of the University of Pennsylvania, Philadelphia, PA, Oct. 1983. [B] Reprinted as Wind, Jerry. "Global Management: Penn's Response." <u>Wharton Alumni Magazine</u> (Winter 1984): 32-35.
<<https://www.dropbox.com/s/eknhqwxled73iid/8310_Global_Management_Penn%27s_Response.pdf?dl=0>>.
<<https://www.dropbox.com/s/jr7qn40jxu2fnoz/8406_Global_Management_Penn%27s_Response.pdf?dl=0>>.

2.   Wind, Jerry. "Coffee, Closets and Funeral Flowers." <u>Wharton News</u> (1984): 1-3.
<<https://www.dropbox.com/s/nok1oz1fyav5bf7/8405_Coffee_Closets_and_Funeral_Flowers.pdf?dl=0>>.

3.   Gaudiani, Claire L., and Jerry Wind. "Educating for International Management: The Joseph H. Lauder Institute." <u>Foreign Languages and International Trade: A Global Perspective</u>. Ed. Samia I. Spencer. Athens: University of Georgia Press, 1987. 31-38.
<<https://www.dropbox.com/s/u457v6xedi7k13w/8709_Educating_for_International_Management_The.pdf?dl=0>>.

4.   Wind, Jerry. "International Business Education at the Lauder Institute." <u>Occasional Papers On International Educational Exchange: Hallmarks of Successful International Business Programs</u>. Eds. Maryélise Lamet and Sterling Lamet. New York: Council on International Educational Exchange, Aug. 1988.
<<https://www.dropbox.com/s/utqify07a5aciks/8906_International_Business_Education_at_the.pdf?dl=0>>.

5.   Wind, Jerry, and Barbara S. Thomas. "The Globalization of Management Education: Options, Trade Offs, and an Agenda for Implementation." <u>AACSB Occasional Papers</u>. Montreal: American Assembly of Collegiate Schools of Business, 1989.
<<https://www.dropbox.com/s/mqley1xo70zbnxc/8907_The_Globalization_of_Management_Education.pdf?dl=0>>.

35

* = Article published in refereed journal

I. **Management Practice and Education in the 21st Century**

1. Wind, Jerry. "Marketing in the Year 2000." Marketing 2000 and Beyond. Eds. William Lazer, Priscilla La Barbera, James M. MacLachlan, and Allen E. Smith. Chicago: American Marketing Association, 1990. 212-216.
   <https://www.dropbox.com/s/udqc5tvozikls8i/9005_Marketing_in_the_Year_2000.pdf?dl=0>.

2. Wind, Jerry. "The Restructured Wharton MBA: Inventing a New Paradigm." University of Pennsylvania Almanac 37 (2 Apr. 1991): 1-4.
   <https://www.dropbox.com/s/x2xi24biyzvye4l/9105_The_Restructured_Wharton_MBA_Inventing.pdf?dl=0>.

3*. Wind, Jerry, and Alfred P. West, Jr. "Reinventing the Corporation." Chief Executive 71 (Oct. 1991): 72-75.
   <https://www.dropbox.com/s/75ymp3w96dyh0ps/9106_Reinventing_the_Corporation.pdf?dl=0>.

4*. Wind, Jerry. "The Next Paradigm?" Chief Executive 77 (June 1992): 62-65.
   <https://www.dropbox.com/s/n7ki3uu8lokwc0r/9206_The_Next_Paradigm.pdf?dl=0>.

5. Wind, Jerry. "JIT Learning: A New Concept for Executive Education." Wharton School Working Paper, June 1993.
   <https://www.dropbox.com/s/uafuzhr2vq7aoy9/9302_JIT_Learning_A_New_Concept.pdf?dl=0>.

6. Wind, Jerry, Robert Holland, Alfred P. West, Jr., and Robert Gunther. "Pace-Setting 21st Century Enterprises: A Glimpse of What Might Emerge." Prepared for Seventh General Assembly and Exhibition of the World Future Society, 29 June 1993.
   <https://www.dropbox.com/s/3x7nh9vp6p9zpg8/9303_Pace_setting_21st_Century_Enterprises.pdf?dl=0>.

7. Wind, Jerry. "Downsizing and Layoffs: Miracle Cure or Prescription for Disaster." (8 Feb. 1994).

8. Wind, Jerry. "Marketing: Big Questions for the 21st Century." Financial Times. 1996. 6-7.
   <https://www.dropbox.com/s/f11a9pkxxodk3lm/9604_Marketing_Big_Questions_for_the.PDF?dl=0>.

9*. Main, Jeremy and Jerry Yoram Wind. "A Cynic's Glossary." Across the Board. 35.4. April 1998: 12.

10. Wind, Jerry. "Driving Change: Preparing for the 21st Century." The Li & Fung Lecture, University of Hong Kong, 17 Apr. 1998.
    <https://www.dropbox.com/s/huv0z6y7cvhv4el/9806_Driving_Change_Preparing_for_the.pdf?dl=0>.

11. Wind, Jerry. "Creating a Successful 21st Century Enterprise." Li & Fung Lecture on Commerce & Industry. Chinese University of Hong Kong, 17 Apr. 1998.
    <https://www.dropbox.com/s/f0jxchl9jfp4k8a/9805_Creating_a_Successful_21st_Century.pdf?dl=0>.

12. Wind, Jerry and Pedro Nueno. "The Impact Imperative: A Manifesto for Closing the Relevance Gap of Academic Management Research." International Academy of Management North America Meeting, 25 July 1998.
    <https://www.dropbox.com/s/7znhl11grkvy9yd/9803_The_Impact_Imperative_A_Manifesto.pdf?dl=0>.

36

* = Article published in refereed journal

APPENDIX A

13.  Wind, Jerry. "Reinventing the Business School for the Global Information Age." Keynote address at European Foundation for Management Development Conference of Deans and Directors, Helsinki, Finland, Jan. 2000. <https://www.dropbox.com/s/xu8c6kkdnm8i8vu/0010_Reinventing_the_Business_School_for.pdf?dl=0>.

14.  Wind, Jerry and Dave Reibstein. "Reinventing Training for the Global information Age." Knowledge@Wharton, Sept. 2000. <https://www.dropbox.com/s/4tx6ac2cxuxnt04/0011_Reinventing_Training_for_the_Global.pdf?dl=0>.

15*.  Wind, Yoram (Jerry). "The Integrative Thinking Challenge for Management Education and Research." Rotman Magazine Fall 2002: 18-19. [B] Reprinted in A New Way to Think: The Best of Rotman Magazine. Winter 2005. <https://www.dropbox.com/s/asa8vcpo10jena7/0208_The_Integrative_Thinking_Challenge_for.pdf?dl=0>.

16.  Wind, Jerry. "Balancing Innovation and Conservative Values: Management as an Experimental Process." Conservative Values and Effective Management. Eds. Peter Drucker and Peter Paschel. Frankfurt: Redline Wirtshaft, 2004.

17.  Wind, Jerry and Nunzio Quacquarelli. "Higher Education Will Change Forever: Here's How! Lessons From the Reimagine Education Initiatives." 2020.

18.  Wind, Jerry and Nunzio Quacquarelli. "Forever Changed! Innovation and the Future Post-COVID Higher Educational Landscape." International Journal of Educational Advancement. GRF Publishers, March 2021.

19.  Wind, Jerry. "Reimagine Executive Education." Executive Education After the Pandemic. Springer, Forthcoming.

20.  Wind, Jerry, Eric T. Bradlow, Raghu Iyengar, Barbara E. Kahn, Catherine (Cait) Lamberton, Leonard M. Lodish, and Robert J. Meyer. "Wharton Marketing: Where Academia Meets Practice." Customer Needs and Solutions. Springer, Forthcoming.


J.  **Convergence Marketing**

1.  Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Power of Convergence in the Post-Dot.com Age." *Bn.com*, 2001. <https://www.dropbox.com/s/eo00yo4v170u5ed/0105_The_Power_of_Convergence_in.pdf?dl=0>.

2*.  Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Convergence Challenge: Realizing the Complex Promise of New Technologies." InformIT. (2001). <https://www.dropbox.com/s/2cshwjd2lc39496/0106_The_Convergence_Challenge_Realizing_the.pdf?dl=0>.

3*.  Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Power of Convergence: The 5 Cs." InformIT. (2001). <https://www.dropbox.com/s/sot9hywlndwho7a/0107_The_Power_of_Convergence_The.pdf?dl=0>.

4*.  Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "Digital Fabric: Organizing for Convergence." InformIT. (Jan. 2002). <https://www.dropbox.com/s/qyizrf36guxvybk/0209_Digital_Fabric_Organizing_for_Convergence.pdf?dl=0>.

37

5*.   Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Consumer is King." <u>European Business Forum</u> 9 (Spring 2002): 12-13.
      <<u>https://www.dropbox.com/s/waba73oyny9je53/0206_The_Consumer_is_King.pdf?dl=0</u>>.

6*.   Wind, Yoram, and Vijay Mahajan. "Convergence Marketing." <u>Journal of Interactive Marketing</u> 16.2 (Spring 2002): 64-79.
      <<u>https://www.dropbox.com/s/9rjol7py100geaj/0207_Convergence_Marketing.pdf?dl=0</u>>.

7.    Wind, (Jerry) Yoram. "Convergence Marketing: Meeting the Challenge of the New Hybrid Consumer." <u>Critical Eye Review</u> (Mar. - May 2005): 16-20.
      <<u>https://www.dropbox.com/s/q1pjkzxzbjt4twr/0502_Convergence_Marketing_Meeting_the_Challenge.pdf?dl=0</u>>.


K.  **Mental Models – Power of Impossible Thinking**

1.    Wind, Yoram (Jerry). "Leadership as Making Sense," Wharton School Working Paper, 2003.

2.    Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." <u>Financial Times Handbook of Management</u> 3rd Ed. Ed. Stuart Crainer and Des Dearlove. FT Prentice Hall, 2004. 327-335.
      <<u>https://www.dropbox.com/s/w3e9iyix9lm5orn/0403_Challenging_the_Mental_Models_of.pdf?dl=0</u>>.

3*.   Wind, Yoram (Jerry), and Colin Crook. "Using the Power of Impossible Thinking to Build Prosperity." <u>Rotman Magazine</u> Spring/Summer 2004: 28-31.
      <<u>https://www.dropbox.com/s/hdiolve02ng5v4r/0402_Using_the_Power_of_Impossible.pdf?dl=0</u>>.

4.    Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." <u>Does Marketing Need Reform? Fresh Perspectives on the Future</u>. Eds. Jagdish N. Sheth and Rajendra S. Sisodia. Armonk, NY: M. E. Sharpe, 2005. 91-104.
      <<u>https://www.dropbox.com/s/3bzm5rjw5u365jl/0503_Challenging_the_Mental_Models_of.pdf?dl=0</u>>.

5.    Wind, Yoram and Colin Crook. "Expanding Your Peripheral Vision by Embracing New Mental Models." Wharton School Working Paper, 2005.

6.    Wind, Yoram (Jerry). "The Silver Lining: Seeing Opportunities in Risk." Presented at the Conference in Honor of Paul Kleindorfer on Recent Advances in Operations and Risk Management, Philadelphia, May 5, 2005.
      <<u>https://www.dropbox.com/s/5ozgjslu6nczt25/0504_The_Silver_Lining_Seeing_Opportunities.pdf?dl=0</u>>.

7*.   Wind, Yoram. "Rethinking the Board." <u>Directors & Boards</u> 30.1 (Fourth Quarter 2005): 20-26.
      <<u>https://www.dropbox.com/s/4a3lzsit0xak7pn/0505_Rethinking_the_Board.pdf?dl=0</u>>.

8.    Wind, Jerry, and Colin Crook. "Changing Mental Models in an Uncontrollable World." Part of the <u>FT Mastering Uncertainty</u> Issue, March 17, 2006.
      <<u>https://www.dropbox.com/s/0bbg36wwcb5j998/0607_Changing_Mental_Models_in_an.pdf?dl=0</u>>.

9*.   Wind, Yoram. "Managing Creativity." <u>Rotman Magazine</u> Spring/Summer 2006: 20-23.
      <<u>https://www.dropbox.com/s/61kf4kbzhn5o6ws/0602_Managing_Creativity.pdf?dl=0</u>>.

10.   Wind, Jerry. "The Power of Impossible Thinking," <u>Knowledge Leadership at Thomas Group (KL@TG).</u> Inaugural Issue. Winter 2006: 76-80.
      <<u>https://www.dropbox.com/s/riaoh0mnbzgogyt/0603_The_Power_of_Impossible_Thinking.pdf</u>

38

?dl=0>.

11*.  Wind, Yoram. "Unleashing the Power of Impossible Thinking." <u>Leadership Excellence</u> 2008.

12*.  Wind, Jerry and Colin Crook. "From Mental Models to Transformation: Overcoming Inhibitors to Change." <u>Rotman Magazine</u>, Spring/Summer 2009: 28-33. <<u>https://www.dropbox.com/s/xbrgjaaj3b9a0f4/0902_From_Mental_Models_to_Transformation. pdf?dl=0</u>>.

13.  Wind, Yoram (Jerry). "Why Mental Models Matter: The Big Barriers to Growth and Innovation are Self-Imposed," Wharton School Working Paper, 2010.

14.  Wind, Yoram (Jerry) and Stephen D. Rappaport. "The End of Listening As We Know It: From Market Research Projects to Enterprise Value Creator," <u>Listen First! Turning Social Media Conversations into Business Advantage: A Playbook from the Advertising Research Foundation</u>, April 2010. <<u>https://www.dropbox.com/s/lhaerapfqek0tyi/The%20End%20of%20Listening%20as%20We% 20Know%20It.docx?dl=0</u>>. <<u>https://www.dropbox.com/s/pkn0qmqsxoy78o8/1007_The_End_Of_Listening_As_We_Know _It.pdf?dl=0</u>>.

15.  Wind, Yoram (Jerry). "Rethinking Innovation," <u>The Marker</u>, October 2010: 40-41. <<u>https://www.dropbox.com/s/6dcyremccmjkems/1107_Rethinking_Innovation.pdf?dl=0</u>>.

16.  Wind, Yoram (Jerry) and Ellen Fu.  "Approaches for Challenging Your Mental Models." Wharton School Working Paper, 2013.

17.  Wind, Yoram (Jerry).  "What Business Can Learn from Art."  Wharton School Working Paper, 2013. <<u>https://www.dropbox.com/s/whgz2grlb1vo6wr/1306_What_Business_Can_Learn_From_Art.p df?dl=0</u>>.

18.  Wind, Yoram (Jerry), and Prashant Salwan. "Innovative Business Models: Lessons from the Emerging Markets." Forthcoming.


L.  **Network-Based Strategies**

1*.  Wind, Yoram. "Network Orchestration for a Flat World: Preparing for a Future of "Defining Moments" at Li & Fung," <u>Effective Executive</u>, February 2008: 14-18. <<u>https://www.dropbox.com/s/3zu8tpze5azmuwl/Network%20Orchestration%20for%20a%20Fla t%20World_Effective%20Executive.pdf?dl=0</u>>.

2.  Wind, Yoram and Paul Kleindorfer. "The Network Imperative: Community or Contagion?" introductory chapter in Kleindorfer and Wind (eds), <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing, 2009. <<u>https://www.dropbox.com/s/i7wbchy8gusjit0/0903_The_Network_Imperative.pdf?dl=0</u>>.

3.  Wind, Yoram, Victor Fung and William Fung. "Network Orchestration: Creating and Managing Global Supply Chains Without Owning Them," a chapter in Kleindorfer and Wind (eds), <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing, 2009. <<u>https://www.dropbox.com/s/2c8ocb17wff97em/0904_Network_Orchestration_Creating_and_ Managing.pdf?dl=0</u>>.

4.  Wind, Jerry and Thomas, Robert J.  "Symbiotic Innovation: Getting the most Out of Collboration"  <u>Evolution of Innovation Management:  New Ways for Innovations in an International Context</u>.  Alexander Brem and Eric Viardot (eds), Palgrave Macmillan, 2013, 1-

39

APPENDIX A

31. <https://www.dropbox.com/s/c207vpw8zfiohyo/L4.%20%20Symbiotic_Innovation%20%20Getting%20the%20Most.pdf?dl=0>.

5.    Libert, Barry, Yoram Wind and Megan Beck Fenley. "What Airbnb, Uber, and Alibaba Have in Common." Harvard Business Review, November 20, 2014. <https://hbr.org/2014/11/what-airbnb-uber-and-alibaba-have-in-common>

6.    Libert, Barry, Yoram Wind and Megan Beck Fenley. "Is Your Leadership Style Right For The Digital Age?" Knowledge@Wharton, February 6, 2015. <http://knowledge.wharton.upenn.edu/article/the-right-leadership-style-for-the-digital-age/>.

7.    Libert, Barry, Megan Beck and Yoram Wind. "Network Revolution: Creating Value Through Platforms, People and Technology." Knowledge@Wharton, April 14, 2016. <http://knowledge.wharton.upenn.edu/article/the-network-revolution-creating-value-through-platforms-people-and-digital-technology/>.

8.    Libert, Barry, Megan Beck and Yoram Wind. "How Blockchain Technology Will Disrupt Financial Services Firms." Knowledge@Wharton, May 24, 2016. <http://knowledge.wharton.upenn.edu/article/blockchain-technology-will-disrupt-financial-services-firms/>.

9.    Libert, Barry, Megan Beck and Yoram Wind. "To Go Digital, Leaders Have to Change Some Core Beliefs." Harvard Business Review Online, June 1, 2016. <https://hbr.org/2016/06/to-go-digital-leaders-have-to-change-some-core-beliefs>.

10.   Libert, Barry, Yoram Wind and Megan Beck. "How Automakers Can Think Like a Disruptor." Knowledge@Wharton, June 17, 2016. < http://knowledge.wharton.upenn.edu/article/headline-automakers-can-think-like-disruptor/>.

11.   Libert, Barry, Yoram Wind and Megan Beck. "Changing HR Forever." HR Magazine, June 17, 2016. <https://www.dropbox.com/s/m9w3o5idqycnwiz/Changing%20HR%20Forever.pdf?dl=0>.

12.   Libert, Barry, Megan Beck and Yoram Wind. "How to Navigate a Digital Transformation." Harvard Business Review Online, June 22, 2016. <https://hbr.org/2016/06/how-to-navigate-a-digital-transformation>.

13.   Libert, Barry, Yoram Wind and Megan Beck. "Five Steps to Turn Your Company Into a Platform." Computerworld, June 29, 2016. <http://www.computerworld.com/article/3089505/internet/5-steps-to-turning-your-company-into-a-platform.html>

14.   Libert, Barry, Megan Beck and Yoram Wind. "Microsoft-LinkedIn deal proves its time to link products and services with networks." Upstart Business Journal, June 30, 2016. <https://www.dropbox.com/s/5f66hjk22mgizgz/Microsoft%20LinkedIn%20deal%20proves%20its%20time.pdf?dl=0>.

15.   Libert, Barry, Megan Beck and Yoram Wind. "7 Questions to Ask Before Your Next Digital Transformation." Harvard Business Review Online, July 14, 2016. <https://hbr.org/2016/07/7-questions-to-ask-before-your-next-digital-transformation>

16.   Libert, Barry, Megan Beck and Yoram Wind. "3 Ways to Get Your Own Digital Platform." Harvard Business Review Online, July 22, 2016. <https://hbr.org/2016/07/3-ways-to-get-your-own-digital-platform>

17.   McGrath, Rita Gunther, Philip Dalzell-Payne, Joerg Niessing, Robert Schwartz, Yoram (Jerry) Wind, Shanker Ramamurthy, Amy C. Edmondson and Christine Wyatt. "Incumbents Strike

40

APPENDIX A

Back: Insidhts from the Global C-Suite Study." IBM Institute for Business Value, February 26, 2018. <https://public.dhe.ibm.com/common/ssi/ecm/98/en/98013098usen/incumbents-strike-back.pdf>

**M. Advertising**

1.  Wind, Yoram, and Patrick J. Robinson. "Some Applications of Mathematical Analysis of Perception and Preference in Advertising." Marketing Science Institute Working Paper P-45-1, May 1968. <https://www.dropbox.com/s/iutrvklz7kl4g23/6811_Some_Applications_of_Mathematical_Analysis.pdf?dl=0>

2*. Wind, Yoram, and Stephen E. Silver. "Segmenting Media Buyers." Journal of Advertising Research 13.6 (Dec. 1973): 33-38. <https://www.dropbox.com/s/t7sv3mgll9lfz4w/7301_Segmenting_Media_Buyers.pdf?dl=0>.

3*. Tapiero, Charles S., Jehoshua Eliashberg, and Yoram Wind. "Risk Behaviour and Optimum Advertising with a Stochastic Dynamic Sales Response." Optimal Control Applications & Methods 8 (1987): 299-304. <https://www.dropbox.com/s/59gap201ysh5pch/8707_Risk_Behaviour_and_Optimum_Advertising.pdf?dl=0>.

4*. Burke, Raymond R., Arvind Rangaswamy, Jerry Wind, and Jehoshua Eliashberg. "A Knowledge-Based System for Advertising Design." Marketing Science 9.3 (Summer 1990): 212-229. [B] Earlier version published as "Expert Systems for Marketing." Marketing Science Institute Report 87-107, Nov. 1987. <https://www.dropbox.com/s/eq2nni77390ho9x/9007_A_Knowledge_Based_System_for.pdf?dl=0>.

5*. Gönül, Füsun F., Franklin Carter, and Jerry Wind. "What Kind of Patients and Physicians Value Direct-to-Consumer Advertising of Prescription Drugs." Health Care Management Science 3 (2000): 215-226. <https://www.dropbox.com/s/0q9snf3dr2431us/0001_What_Kind_of_Patients_and.pdf?dl=0>.

6*. Sharp, Byron, and Yoram (Jerry) Wind, "Today's Advertising Laws: Will They Survive the Digital Revolution?" Journal of Advertising Research Special Issue on What We Know About Advertising, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 120-126. <https://www.dropbox.com/s/w64g57me714wkgo/1002_Todays_Advertising_Laws_Will_They.pdf?dl=0>.

7*. Sharp, Byron, and Yoram (Jerry) Wind, "Advertising Empirical Generalizations: Implications for Research and Action," Journal of Advertising Research Special Issue on What We Know about Advertising, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 246-252. <https://www.dropbox.com/s/o9uqbtp6oua6i5e/1003_Advertising_Empirical_Generalizations_Implications_for.pdf?dl=0>.

8.  Wind, Yoram. "A Need to Rethink and Move Away from Traditional Advertising." Baker Retailing Center Conference Report, April 2011: 4.

9.  Wind, Yoram and Catharine Gardner. "Portfolio Orchestration: Toward a New Advertising Model." Wharton School Working Paper, 2013. <https://www.dropbox.com/s/aqizndobs6bjqf9/Portfolio.Orchestration.Main.pdf?dl=0>.

10. Wind, Yoram.  "Orchestration as the New Managerial Model in the Digital Age,"  Wharton

41

Knowledge in Action column on Think with Google Forum, Google, 18 April 2012. <https://www.dropbox.com/s/wqx913lmidcyans/Orchestration%20as%20the%20New%20Managerial%20Model%20in%20the%20Digital%20Age%20%E2%80%93%20Think%20with%20Google.pdf?dl=0>.

11.   Sharp, Byron, Jerry Wind and Karen Nelson-Field.  "Empirical Generalizations: New Laws for Digital Marketing: How Advertising Research Must Change." Journal of Advertising Research Special Issue, June 2013. <https://www.dropbox.com/s/jtz9jsroe39un4g/1301_Empirical_Generalizations_New_Laws_.pdf?dl=0>.

12.   Blogs of the *Wharton Future of Advertising Program*:
   a.   Advertising 2020: Shetty, Baba and Jerry Wind. "Advertisers Should Act More Like Newsrooms." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, 15 Feb. 2013. http://blogs.hbr.org/2013/02/advertisers-need-to-act-more-like-newsrooms/
   b.   Wind, Jerry, Stan Sthanunathan and Rob Malcolm."Great Advertising Is Both Local and Global." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, 29 Mar. 2013.  https://hbr.org/2013/03/great-advertising-is-both-local
   c.   Wind, Jerry and John Winsor. "The End of Traditional Ad Agencies." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, May 9, 2013. http://blogs.hbr.org/cs/2013/05/the_end_of_traditional_ad_agen.html
   d.   Bughin, Jacques and Jerry Wind. "On-Demand Advertising (3.0)" Forthcoming 2013.
   e.   Wind, Jerry and Vaasu Gavarasana. "Must Native Advertising Be Deceptive to Be Effective?" WFoA Blog, April 7, 2014. https://www.dropbox.com/s/7kh88zfujrro9y1/Must%20Native%20Advertising%20Be%20Deceptive%20to%20Be%20Effective_.pdf?dl=0
   f.   Wind, Jerry and Catherine Findiesen Hays. "RAVES Advertising: How to Start Leveraging the Future Today." WFoA Blog, May 30, 2014. https://www.dropbox.com/s/8q7erxdwoq8pt2v/RAVES%20Advertising_%20How%20to%20Start%20Leveraging%20the%20Future%20Today.pdf?dl=0

13.   Wind, Jerry and Catharine Findiesen Hayes. "Research Implications of the Beyond Advertising Paradigm: A Model and Roadmap for Creating Value Through All Media and Non-Media Touchpoints." JAR, June 16, 2016. < http://www.journalofadvertisingresearch.com/content/56/2/142>

14.   Wind, Jerry and Alexa de los Reyes. "Meeting the Challenge of Personalization at Scale." Admap magazine, June 16, 2016. <https://www.warc.com/content/article/meeting_the_challenge_of_personalization_at_scale/107076>

15.   Wind, Yoram and Catharine Hays with Alexa de los Reyes. "Marketing financial services: Create touchpoint value in financial services." Admap magazine., November 2016. https://www.dropbox.com/s/asqqy7k6cgonmqh/Marketing_financial_services_Create_touchpoint_value_in_financial_services.pdf?dl=0

16.   Wind, Yoram (Jerry), "Reimagine Advertising," Wharton School Working Paper, Feb. 5, 2019.


N.  **Entries in Dictionaries, Encyclopedias, and Handbooks**

1.   Green, Paul E., and Yoram Wind. "Marketing, Statistics in." Encyclopedia of Statistical Sciences. Eds. S. Kotz, N. Johnson, and Campbell Read. New York: Wiley, 1985. 227-248. <https://www.dropbox.com/s/s7jsbn43gnpn4nh/8511_Marketing_Statistics_in.pdf?dl=0>.

2.   Wind, Jerry, and David Schmittlein. "Definitions of Marketing Models." Dictionary of Marketing Terms. Ed. Peter D. Bennett. Chicago: American Marketing Association, 1988. 1-30.

42

APPENDIX A

<https://www.dropbox.com/s/z1ym42uhnjwgbuj/8809_Definitions_of_Marketing_Models.pdf?dl=0>.

3. Rangaswamy, Arvind, and Yoram Wind. "Information Technology in Marketing." Encyclopedia of Microcomputers. Eds. A. Kent and J. G. Williams. New York: Marcel Dekker Inc., 1992. 67-83. <https://www.dropbox.com/s/1jqxp20dfgr19cd/9207_Information_Technology_in_Marketing.pdf?dl=0>.

4. Wind, Yoram (Jerry), and Gary L. Lilien. "Marketing Strategy Models." Handbooks in Operations Research & Management Science, Vol. 5: Marketing. Eds. J. Eliashberg and G. L. Lilien. Amsterdam; NY: Elsevier Science Publishers, 1993. 773-826. <https://www.dropbox.com/s/v4okhnco4cseo6i/9305_Marketing_Strategy_Models.pdf?dl=0>.

5. Yoram (Jerry) Wind, Eric T. Bradlow, Jehoshua Eliashberg, Gary L. Lilien, Jagmohan Raju, Arvind Rangaswamy, Berend Wierenga. "Marketing, Encyclopedia of Operations Research and Management Science 3rd Edition, Ed. Saul Gass, Michael Fu, New York, NY: Springer, 2011. [B] First published in 1994 edition, Boston: Kluwer Publishers, 1994. 1-15. [C] Revised 1998. <https://www.dropbox.com/s/w5oesgfq2a68kzz/9406_Marketing.pdf?dl=0>.

6. Wind, Yoram (Jerry). "Market Segmentation." Companion Encyclopedia of Marketing. Ed. Michael J. Baker. New York: Routledge, 1995. 394-419. [B] Reprinted in Marketing Theory: A Short Text. Ed. M. Baker. London: Business Press, a Division of Thompson Learning, 2000. 394-419. <https://www.dropbox.com/s/8uzktmow8mgyabp/9502_Market_Segmentation.pdf?dl=0>

7. Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." The Technology Management Handbook. Ed. Richard C. Dorf. Boca Raton, FL: CRC Press, 1999. 12-66–12-72. <https://www.dropbox.com/s/77ra6lx6qx2cud1/9903_Conjoint_Analysis_Methods_and_Applications.pdf?dl=0>.

8. Wind, Jerry. "Creating a Vision." The Technology Management Handbook. CRCnet Base, 2000. <https://www.dropbox.com/s/3r4z93hutfwck23/0013_Creating_a_Vision.pdf?dl=0>.

9. Wind, Yoram (Jerry). "The Ten Commandments of Marketing." MBA in a Box. Eds. Joel Kurtzman, Glenn Rifkin, and Victoria Griffith. New York: Crown Business, 2004. [B] Previously "Marketing Strategy." Wharton School Working Paper, 2003. <https://www.dropbox.com/s/mpyq4dvrpqi3l7e/0404_The_Ten_Commandments_of_Marketing.pdf?dl=0>.

11. Wind, Yoram. "Marketing Strategy Analysis," The Handbook of Technology Management, Ed. Hossein Bidgoli, Hoboken, N.J.: John Wiley & Sons, Inc., January 2010. 352-365. <https://www.dropbox.com/s/vdh3xrbe8pboiim/1001_Marketing_Strategy_Analysis.pdf?dl=0>.

12. Wind, Yoram. "Yoram (Jerry) Wind's Contributions to Marketing," Review of Marketing Research Special Issue: Marketing Legends. 2011.  Vol. 8, 269-315. https://dl.dropbox.com/u/94339855/N11.Yoram_Wind%27s_Contributions_To_Marketing.pdf

## V. EDITOR OF SPECIAL ISSUES

- *Journal of Advertising Research*—
  "Empirical Generalizations in Advertising" (with Byron Sharp), Vol. 49, No. 2, June 2009. https://www.dropbox.com/s/o9uqbtp6oua6i5e/1003_Advertising_Empirical_Generalizations_Implications_for.pdf?dl=0
- *Marketing Science* –

43

* = Article published in refereed journal

"Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
http://marketingscience.info/assets/documents/209/4038.pdf
- *Journal of Marketing Research*
  – "Market Segmentation," August 1978.
  http://www.jstor.org/discover/10.2307/3150580?uid=3739864&uid=2129&uid=2&uid=70&uid=4&uid=3739256&sid=56007102433
  – "Innovation and New Products," February 1997.
  https://www.dropbox.com/s/3etupcv7dnusreb/9702_Issues_and_Opportunities_in_New.pdf?dl=0
- *Marketing Research* –
  *"Marketing Research Forum: The State of the Art in Quantitative Research*," Winter 1997.
  https://www.dropbox.com/s/3etupcv7dnusreb/9702_Issues_and_Opportunities_in_New.pdf?dl=0
- *Marketing Science* –
  "Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
- *Management Science*
  (with John Farley and Diana L. Day) – "The State of The Art in Theory and Methods for Strategy Research," 1990.
- *The Wharton Quarterly*,
  "Marketing," Fall 1972.
  https://www.dropbox.com/s/ckt5elayaxt9nco/7201_The_Step_Children_of_Marketing.pdf?dl=0

## VI. EDITORIALS

| | | |
|---|---|---|
| *Journal of Consumer Research* | June 1977: | "New Directions for *JCR*" |
| *Marketing News* | July 1978: | "New Directions for *JM*" |
| *Journal of Marketing* | Winter 1979: | "The *Journal of Marketing* at a Crossroad" |
| | Spring 1979: | "Repositioning the *Journal*" |
| | Summer 1979: | "Bridging the Gap Between Practitioners and Academicians" |
| | Fall 1979: | "On the Status of Marketing Theory" |
| | Winter 1980: | "Marketing in the 80's" |
| | Spring 1980: | "Strategic Planning and Marketing: Time for a Constructive Partnership," with George Day |
| | Summer 1980: | "International Marketing: The Neglect Continuous," with John Farley |
| | Fall 1980: | "Industrial Marketing: The Sleeping Giant," with Frederick Webster |
| | | http://www.marketingpower.com/ResourceLibrary/JournalofMarketing/Pages/1980/44/4/4997918.aspx |
| | Winter 1981: | "Journals and the Development of a Discipline" |
| | Spring 1981: | "Research and Management" |
| | Summer 1981: | "A Positive Perspective on Marketing" |
| | | http://connection.ebscohost.com/c/editorials/4996997/from-editor-positive-perspective-marketing |
| | Fall 1981: | "Reflections" |
| | Summer 2009: | "Is Marketing Academia Losing its Way?" |
| | | http://www.iimahd.ernet.in/library/PDFs/NICMAN/Is%20marketing%20academia%20losing%20its%20way.pdf |
| *The Lauder Quarterly* | All editorials from initiation in 1986 to July 1988. | |

44

## VII.  ILLUSTRATIVE OP ED AND COMMENTARIES

- "Capitalism 3.0: Commentaries" on Jed Emerson and Sheila Bonini, "Capitalism 3.0" in *VALUE* and www.valuenewsnetwork.com, February/March 2006.
- Orchestra needs to change tune in contract negotiations: Settling the score must rest on the idea of working toward a collective goal, *Philadelphia Inquirer*, Commentary, November 4, 2004.
- The Wisdom of the Flip Flop, *Wharton School Publishing Newsletter*, November 2004.
- Rethinking our mental models for elections, *Newsletter of the Wharton Fellows*, November 2004.
- "E-Learning Crossfire," *Information Week*, February 26, 2001.
- "Reverse mentoring can solidify collaboration among functional groups, but it cannot be the only tool that enforces such teamwork or the sole catalyst for change." Commentator on HBR "Too Old to Learn?" Case Study. *Harvard Business Review*. November-December 2000.

## VIII.  EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST

- Insights and Impact: 20th Anniversary Report of the SEI Center for Advanced Studies in Management, March 2010.
- Into the 21st Century: The First Decade and Beyond: A Report on the SEI Center for Advanced Studies in Management, 1990-2000.
- Japan at the Great Divide, April 1999 (by Yasuhisa Shiozaki).
- The Limits of Privacy, March 1999 (by Amitai Etzioni).
- GM for the 21st Century: From "Make and Sell" to "Sense and Respond," March 1999 (by Vince Barabba).
- Managing Workteam Diversity, Conflict, and Productivity: A New Form of Organizing in the 21st Century Workspace, September 1998 (by Etty Jehn, The Diversity Research program with Bob Holland).
- The Systems Approach: The New Generation, February 1998.
- Consumer Choice Behavior in On-line and Regular Stores: The Effects of Brand Name, Price, and Other Search Attributes, January 1998.
- When Is It Worthwhile Targeting the Majority Instead of the Innovators in a New Product Launch? November, 1997.
- Toward New Corporate Governance Models: Lessons from the Japanese and U.S. Experience, March 1997.
- From Detection to Action: Processes and Insights Gained from an Early Warning Signal System, March 1997.
- New Media, February 1997.
- The Future of Impact of Information Management: A Lecture Series from July 1996-January 1997.
- The CEO Challenge: Implementing Strategy in a Constantly Changing Marketplace, December 1996.
- European Venture Capital Industry, November 1996.
- The Impact of Computers and Information on Management: 1946-1996-2001, May 1996.
- A Trapezoidal Corporation, February 1996.
- Corporate Growth Engines, December 1995.
- The Bamboo Network, November 1995.
- Innovation in New Product Development: Best Practices in Research, Modeling and Applications, May 1995.
- The New Science and Emerging Paradigms in Business, April 1995.
- Information Technology and the Changing Boundaries of the Firm, January 1995.
- EMU – The Road to Europe, February 1995.
- Go West Young MBA, Far Far West: Adventures on the World's Business and Management Frontier, January 1995.
- The Virtual University, January 1995.
- A New Management Paradigm for the 21st Century, December 1994.
- Leadership in the 21st Century Enterprise, November 1994.
- Interactive Industry 2000: Who's Gonna Buy this Stuff: Research for the Interactive Television Business, July 1994.
- Interactivity is Two-Way: Life on the Net April 1994.

45

APPENDIX A

- Exploratory Conference on Business Ethics: Building the Common Ground, March 1994.
- Beyond Quality: Organizational Transformation for the 21st Century Enterprise, March 1994.
- Empirical Generalizations in Marketing, February 1994.
- Research Challenges in Linking Quality: Profitability and Organizational Architecture, December 1993.
- Deploying Strategic Assets: Beyond Core Capabilities, November 1993.
- The End of Diversity: Rights, Responsibility and the Communication Agenda November 1993.
- The Horizontal Organization, October 1993.
- Strategic Information Architecture: Increasing Productivity, Managing Risks, June 1993.
- Corporate Performances: Beyond Financial Measures, April 1993.
- Dr. Peter Drucker on "The New Organization," April 1993.
- Designing Corporate Governance for the 21st Century Global Enterprise: International Perspectives, January 1993.
- Rewarding the Workforce of the Future: Competence-Based Performance Measures and Incentives, October 1992.
- Issues and Advances in New Product Development, June 1992.
- Decision Making in Highly Uncertain Political Environments: Investing in the Russian Oil and Gas Industry, March 1992.
- Historical Perspectives in Management Education, April 1992.
- Innovation and Learning, March 1992.
- Frontiers in Electronic Commerce: Experimental Systems for Communication, Coordination, and Negotiation, February 1992.
- The Impact of Information Networking on Organizational Design and Strategy, November 1991.
- Visionary Leadership, October 1991.
- Innovation in Services, May 1991.
- Lessons from the Malcolm Baldridge Award: Implications for Management Practice, Research, and Education, February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Ethical Standards for Global Corporations? December 1990.
- Innovation and New Product Development for the 21st Century Enterprise, November 1990.
- The Individually Empowered Organization, November 1990.
- Management in the 21st Century: Predictions From Top Think Tanks, September 1990.
- Corporate Governance: Who's in Charge?, May 1990.
- Creating and Implementing Quality in Organizations, March 1990.
- Creating and Implementing a Corporate Vision, January 1990.
- Human Resources: Management for the 21st Century, January 1990.
- The Impact of Artificial Intelligence on Management Decision Making and Organizational Design, February 1990.

## IX. Edited Publications of the Wharton Future of Advertising Program

Wharton Knowledge in Action Column on Think with Google Forum, 2012.
http://www.thinkwithgoogle.com/insights/forum/ :

1. Jerry Wind, Orchestration as the New Managerial Model in the Digital Age
2. David Bell, Thin-Slicing and Retailing on the Internet
3. Robert Malcolm & Peter Sieyes, From Bowling to Pinball – how successful marketing organizations are adapting to digital
4. Kartik Hosanagar, Attribution: Who gets the Credit for a New Customer?
5. Dave Reibstein, The Many Flavors of ROI
6. Eric Bradlow, The Golden Age of Marketing Research
7. Shawndra Hill, Social TV: Linking Content, Buzz and Sales
8. Kevin Werbach, Turn Your Customers into Players: Lessons from Gaming
9. Leonard Lodish, When the Parts are more Powerful than the Sum

46

## X. EDITOR: WHARTON SCHOOL PUBLISHING BOOKS

### 2008

1. V. Kumar, Managing Customers for Profit:  Strategies to Increase Profits and Build Loyalty
2. Stewart Black, Hal Gregersen, It Starts with One:  Changing Individuals Changes Organizations
3. Russell E. Palmer, Ultimate Leadership:  Winning Execution Strategies for Your Situation
4. J.C. Larreche, The Momentum Effect: How to Ignite Exceptional Growth
5. Yves Doz, Mikko Kosonen, Fast Strategy: How strategic agility will help you stay ahead of the game
6. Russell L. Ackoff, Daniel Greenberg, Turning Learning Right Side Up: Putting Education Back on Track
7. Bernard Lewis, Buntzie Ellis Churchill, Islam: The Religion and the People
8. Alexander B. van Putten, Ian C. MacMillan, Unlocking Opportunities for Growth: How to Profit from Uncertainty While Limiting Your Risk
9. Vijay Mahajan, Africa Rising: How 900 Million African Consumers Offer More Than You Think
10. Michael A. Roberto, Know What You Don't Know: How Great Leaders Prevent Problems Before They Happen (Rough Cuts)
11. Jon M. Huntsman, Winners Never Cheat: Even in Difficult Times, New and Expanded Edition

### 2007

1. Aswath Damodaran, Strategic Risk Taking: A Framework for Risk Management
2. Rajendra S. Sisodia, David B. Wolfe, Jagdish N. Sheth, Firms of Endearment: How World-Class Companies Profit from Passion and Purpose
3. Leondard M. Lodish, Howard L. Morgan, Shellya Archambeau, Marketing That Works
4. Howard Moskowitz, Alex Gofman, Selling Blue Elephants: How to Make Great Products That People Want BEFORE The Even Know They Want Them
5. Daniel M. Cable, Change to Strange: Create a Great Organization by Building a Strange Workforce
6. Jagdish N. Sheth, The Self-Destructive Habits of Good Companies…And How to Break Them
7. Bala Chakravarthy and Peter Lorange, Profit or Growth, September.
8. Victor K. Fung, William K. Fung, Jerry (Yoram) Wind, Competing in a Flat World: Building Enterprises for a Borderless World, September.
9. Barry Libert, Jon Spector, Don Tapscott, We Are Smarter Than Me: How to Unleash the Power of Crowds in Your Business, September.
10. Hamid Bouchikhi, John R. Kimberly, Soul of the Corporation, The: How to Manage the Identity of Your Company, September.
11. Hunter Hastings, Jeff Saperstein, Improve Your Marketing to Grow Your Business: Insights and Innovation That Drive Business and Brand Growth, October.
12. Satish Nambisan and Mohanbir Sawhney, The Global Brain: Your Roadmap for Innovating Faster and Smarter in a Networked World, October.
13. James F. Parker, Do The Right Thing:  How Dedicated Employees Create Loyal Customers and Large Profits, November.
14. Ellen Ernst Kossek and Brenda A. Lautsch, CEO of Me: Creating a Life that Works in the Flexible Job Age, December

### 2006

1. Peter Navarro, The Well Timed Strategy: Executing Strategy Through the Business Cycle for Competitive Advantage
2. Stuart Lucas, Wealth: Grow It, Protect It, Spend It and Share It (Paperback, 2007)
3. Peter Killing, Thomas Malnight, and Tracey Keys, Must-Win Battles: How to Win Them, Again and Again
4. Neil Bender, Paul Farris, Philip Pfeifer, and Dave Reibstein, 50+ Marketing Metrics Every Business Executive Should Know
5. Russell Ackoff, Herbert Addison, and Jason Magidson, Idealized Design: How to Dissolve Tomorrow's Crisis…Today
6. Lars Kolind, The Second Cycle: 7 Proven Tools for Revitalizing Your Business…Before It's Too Late
7. George Chacko, Anders Sjoman, Hideto Motohashi, and Vincent Dessain, Credit Derivatives:

47

Introduction to Credit Risk and Credit Instruments

8.   Jerry Porras, Stewart Emery, and Mark Thompson, *Success Built to Last: Creating a Life that Matters*

9.   Philip Kotler and Nancy Lee, *Marketing in the Public Sector: A Roadmap for Improved Performance*

**2005**

1.   Randall Billingsey, *Understanding Arbitrage: An Intuitive Approach to Financial Analysis*
2.   Tony Davila, Marc Epstein, and Robert Shelton, *Making Innovation Work: How to Manage It, Measure It, and Profit from It*
3.   Sunil Gupta and Donald Lehmann*, Managing Customers as Investments: The Strategic Value of Customers in the Long Run*
4.   Stuart Hart, *Capitalism at the Crossroads: The Unlimited Business Opportunities in Solving the World's Most Difficult Problems* (2nd Edition, 2007)
5.   Lawrence Hrebiniak*, Making Strategy Work: Leading Effective Execution and Change*
6.   Jon Huntsman, *Winners Never Cheat: Everyday Values We Learned as Children (But May Have Forgotten)*
7.   Eamonn Kelly, *Powerful Times:Rising to the Challenge of Our Uncertain World*
8.   Doug Lennick and Fred Kiel, *Moral Intelligence: Enhancing Business Performance and Leadership Success* (Paperback, 2007)
9.   V. J. Mahajan and Kamini Banga, The *86 Percent Solution: How to Succeed in the Biggest Market Opportunity for the Next 50 Years*
10.  Alred Marcus, *Big Winners and Big Losers: The 4 Secrets of Long-Term Business Success and Failure*
11.  Kenichi Ohmae, *The Next Global Stage: Challenges and Opportunities in Our Borderless World*
12.  Michael Roberto, *Why Great Leaders Don't Take Yes for an Answer: Managing for Conflict and Consensus*
13.  Arthur Rubinfeld and Collins Heminway,  *Built for Growth: Expanding Your Business Around the Corner or Across the Globe*
14.  David Sirota, Louis Mischkind, Michael Meltzer,*The Enthusiastic Employee: How Companies Profit by Giving Workers What They Want.*
15.  Thomas Stallkamp, *SCORE!: A Better Way to Do Busine$$: Moving from Conflict to Collaboration*
16.  Glen Urban, *Don't Just Relate – Advocate!: A Blueprint for Profit in the Era of Customer Power.*
17.  Craig Vogel, Jonathan Cagan, and Peter Boatwright, *The Design of Things to Come: How Ordinary People Create Extraordinary Products*.

**2004**

1.   Bernard Baumohl, *The Secrets of Economic Indicators: Hidden Clues to Future Economic Trends and Investment Opportunities* (2nd Edition, 2007)
2.   Sayan Chatterjee, *Failsafe Strategies: Profit and Grow from Risks that Others Avoid*
3.   Robert Mittelstaedt*, Will your Next Mistake Be Fatal? Avoiding the Chain of Mistakes that Can Destroy your Organization*
4.   Mukul Pandya, Robbie Shell, Susan Warner, Sandeep Junnarkar, Jeffrey Brown (2004), *Nightly Business Report Presents Lasting Leadership: What You can Learn from the Top 25 Business People of our Time* (Paperback, 2006)
5.   C.K. Prahalad, *The Fortune at the Bottom of the Pyramid* (Paperback, 2006)
6.   Scott Shane, *Finding Fertile Ground*
7.   Oded Shenkar, *The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and your Job* (Paperback, 2006)
8.   Jerry Wind and Colin Crook, *The Power of Impossible Thinking* (Paperback, 2006)

**XI.  ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL MEETINGS**

•   "Enduring Vs. Situation Dependent Customer Characteristics as Bases for Market Segmentation: An Evaluation," in David L. Sparks, (ed.), *Broadening the Concepts of Marketing*. Proceedings of the American Marketing Association, August 1970 Conference.

48

APPENDIX A

- "Preference of Relevant Others and Individual Choice Models," in W.L. Nichols, ed., *Proceedings of the 1974 AAPOR Conference and in Public Opinion Quarterly*, 38. Fall 1974, pp. 447.
- "Multivariate Decision-Making in the Setting of Pulmonary Outpatient Clinic," with Lawrence Spitz and Ronald Daniele. Paper presented at American College of Physicians, San Francisco, April 1975.
- "Diagnosis Consumer Behavior: A Quantitative Approach," in D. Rothwell, (ed.), *Proceedings of the 30th Annual AAPOR Conference* May 1975 and in *Public Opinion Quarterly*, 39. Fall 1975, pp. 415.
- "Segmentation and Positioning of Health Insurance Services Under Conditions of Heterogeneous Health Insurance Portfolios," in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 244.
- "Alternative Approaches to Industrial Market Segmentation," with Paul E. Green, in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 234.
- "Innovation and the R&D-Marketing Interface," with Joel Goldhar, in TIMS/ORSA Bulletin for the Atlanta Meeting, November 1977.
- "Measurement Issues in Portfolio Analysis," with Vijay Mahajan, in R.P. Leone, (ed.), *Proceedings of Market Measurement and Analysis*, TIMS, 1980, pp. 50-53.
- Aimagery Products: A Measurement Challenge," with Lew Pringle, in J. Keon, (ed.), *Market Measurement and Analysis*, TIMS/ORSA, 1981.
- "Standardized Portfolio Models: An Empirical Comparison of Business Classification," with Vijay Mahajan and Donald J. Swire in Allan D. Shocker and R. Srivastava, (eds.), *Proceedings of the 1981 Analytical Approaches to Product and Marketing Planning Conference.*


## XII.  CASE STUDIES

- During the academic year 1962-1963, I wrote a number of marketing cases at the Hebrew University, Jerusalem (Israel). One of these cases, The Ozi Ballpoint Pen III, was published in Harper W. Boyd, Jr. et al., (eds.), *Marketing Management: Cases from the Emerging Countries* (Reading, MA: Addison-Wesley Publishing Company), 1966.
- During the academic year 1968-1969, several marketing cases were written under my supervision at the Leon Recanati Graduate School of Business Administration, Tel Aviv University.

49

APPENDIX A

## 3.  CONSULTING EXPERIENCE

**I.  Marketing, Business Strategy, and Marketing Research Consulting**

1. Information and Telecommunication Industry

- Telenet, Strategies for "Getting More with Less" (2006)
- Samsung, Management of Technological Innovation (2006)
- Next Level Communication: Business strategy consulting (2000)
- Motorola Broadband Sector: 1998-2004. Business Strategy consulting
- Northern Telecom: Value Pricing and Business Strategy Consulting (1993-1995)
- IBM:
  - ABS Division: Developing procedure for Integrating Marketing and R&D (1988-1989)
  - ES Division, Marketing Strategy and Segmentation (1991-1993)
- AT&T & the Bell companies: Occasional consultant to various units, including:
  - AT&T Technologies Inc. – Design a market segmentation program (1986)
  - AT&T – Review and Design of Portfolio System (1981-1982)
  - Bell Atlantic – Marketing & pricing strategy (1983)
  - Bell Canada – Design of a segmentation study and product portfolio (1979-1980)
- Xerox: Marketing consulting to a design integration program (coordinated by Jay Doblin Associates) and design of a market segmentation project (1982-1983)
- Geometric Data: Segmentation/positioning studies (1981-1982)
- Newsweek, Inc.: Marketing consulting (1979-1980)
- RCA, Government Communications Systems: Design of a research program to assess the market response to new Electronic Mail System (1978-1979)

2. Financial Services

- SEI: Marketing, Business and Corporate Strategy consulting (1986 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Edward Jones & Co.: Marketing and Business Strategy consulting (1984-2004)
- CitiBank: Statistical consulting (1980); marketing strategy consulting (1996-1997)
- E. F. Hutton: Design and implementation of a marketing planning system and various marketing research projects (1979-1984)
- Reliance Insurance Companies: Marketing research consulting (1980-1981)
- Colonial Penn Group: Design and evaluation of most of the firm's research activities and general consulting to marketing and top management (1973-1980)
- Chase Manhattan Bank: Process for evaluation of mergers and acquisitions and design of segmentation studies (1978-1979)

3. Health Care

- ConvaTec: Marketing Driven Business Strategy (2008)
- Bristol-Myers Squibb (BMS): Marketing strategy consulting (1997-2002)
- Sterling Drug, Inc.: Development of marketing driven portfolio of R&D projects (1986-1991); Pricing study for innovative new product (1991-1992)
- 
- Merck, Sharp, and Dome: General marketing research consulting (1981)
- Merck & Co.: Marketing Strategy and Marketing Research and Modeling (1991-1996)
- Pfizer, Inc.: 1975-1990. Design and analysis of most of the marketing research projects of Pfizer Laboratories and Roerig. Occasional marketing strategy consultant to the Hospital Products Group (1984-1986) and Pfizer Pharmaceuticals (1987-1990).
- SmithKline Beckman: Marketing strategy development for TAGAMET (1987-1988); evaluation of strategy implementation (1989)
- SmithKline Clinical Laboratories: Marketing planning (1984)

50

**APPENDIX A**

- Upjohn: Strategic planning consulting (1981)
- West Jersey Health System: Marketing and Business Strategy (1985)

4. Transportation

- Air Canada: Market segmentation, positioning and new product development (1973)
- Chrysler: Modeling the advertising budget (1978), advising regarding the analysis of customer satisfaction process (1995-1997)
- Conrail: Design of a positioning/segmentation study (1978-1979)

5. Consumer Goods

- Mars, Avisor to the Catalyst Group (2010 – 2017)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- DAYMON: Marketing Strategy (2003-05)
- American Dairy Brands and Schreiber Foods, Inc.: Arbitration (2004)
- Campbell Soup: Advertising Strategy, 91-96, 2005-07; Taste Tests (2001-2003)
- Coors Brewing Company, Pricing and positioning (2001)
- Eastman Kodak: New product research approaches (1978)
- R.J. Reynolds Tobacco Co.: Evaluation and design of a new product development system (1979-1980)
- S.B. Thomas: Marketing and research consultant (1979-1980)
- Simplicity Patterns, Inc.: Develop a business plan (1982)
- Pepsi: Research support for the Pepsi Challenge and related campaigns (1978, 1981, 1990, 1995, 1999)

6. Industrial Products and Services

- ITT Water Technology Group (2004-2005)
- John Fluke Manufacturing Co., Inc.): Marketing and corporate strategy (1985-1988)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)
- International Harvester: Designing a market segmentation process (1980)
- Stauffer Chemicals: General marketing consulting (1980)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)

7. Retailing

- Wickes, plc: U.K. Marketing and Business Strategy Consulting (1988-1996)
- Sears Roebuck & Company: Advertising and marketing strategy (1972-1973)

8. Professional Service Firms

- Liquid Hub (2016-present)
- MS&L: Marketing consulting (1995-1997; 2001-2002)
- Price-Waterhouse Coopers LLP (marketing and corporate strategy consulting, 1996-2001).
- Standard & Poors (1997-2000)
- IMS America (1997)
- Medicus (1989-1997)
- Hakuhodo. Marketing Strategy for the 21st Century (1992-1995)
- Morgan, Lewis & Bockius: Development of Business Strategy (1992-1994)
- DMB&B (1993)
- Y & R (1989)
- Market Research Corporation of America (MRCA) (1975-1987)
- BBD&O (on an occasional basis, 1974-1985)
- Doyle Dane Bernbach: Evaluation of a campaign claim (1980)

51

APPENDIX A

- Cunningham and Walsh, Inc. (1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Gahagan Research Associates, Inc. (selected projects, 1972-1978)
- Professional Marketing Research, Inc. (1977-1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Applied Communication Research (1974-1976)
- National Analysts (1975-1976)
- Robinson Associates (1969-1975)
- Robinson Associates (1969-1975)
- McConnel Advertising (Montreal), (1974)
- Whittlesey and Partners (1972-1973)

9.Trading Companies, Real Estate Development

- Li & Fung: Business Strategy consulting (1998 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Dewey Companies: Marketing and Business Strategy consulting (2003)

## II. Directorship

- IDT (2005-2008)
- Ecquaria (2001-04)
- Enhance Financial Services (1997 until acquisition by Radian Group, Inc. in 2001)
- Credit 2B (2001)
- CASA – Center for Adaptive Systems Applications Inc. (1999 Until acquisition by HNC in 2000)
- Access Technologies Group, co-founder and chairman (1992-1996)
- Contel Corporation, member of the Board of Directors (1988 Until acquisition by GTE in 1991)
- Reality Technologies, Inc. (1988-until acquisition by SEI Investments in 1990)
- Dover Regional Bank Shares, member of Board of Trustees (1986-1990)
- Shooting Stars, Inc., member of the Board of Directors (1986-1990)
- The Cortlandt Group, Inc., Co-founder and Chairman of the Board of Directors, (1979-1986)

## III. Illustrative Advisory Boards

- DreamtimeVision.com (2016-present)
- QS World University Rankings (2009-present)
- Fung Retailing Group (2013-present)
- Journal of Advertising Research, Editorial Review Board and Senior Advisory Board (2015-present)
- Dream Time Vision (2016-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Turner Ad Lab (2016-2018)
- Liquid hub (2016-2018)
- ANA Talent (2016-2018)
- Decision Lens (2005-2017)
- Insights 2020 (2015-2016)
- Arshiya (India) (2007-2013)
- Cisco Collaboration Consortium (2009-2011)
- NetXentry (WebForPhone) (2000-2011)
- Mutual Art (2003-2011)
- Ad4ever (2000-2003)

## IV. Expert Witness: Marketing and Marketing Research Consulting in Legal Cases

- Alschuler, Grossman and Pines: Packard Bell vs. Compaq, 1995-1996
- Arent, Fox, Kitner, Plotkin & Kahn: Marketing research consulting re: Estee Lauder, 1987
- Arnold, Whiite and Dunkee: The Clorox Co. vs. Dow Brands Inc. re: Smart Scrub vs. Soft Scrub,

52

APPENDIX A

1995

- Arnold & Porter:
  a) Schering vs. Pfizer, Perceived sedation of Zyrtec, 2000
  b) Pfizer: Physicians' beliefs concerning prescription antihistamine products in terms of their sedating/non-sedating characteristics 2002
- Baker & McKenzie:
  a) G.D. Searle & Co. and subsidiaries litigation in the U.S. Tax Court, 1982
  b) American Republic Insurance Co. vs. Americare Inc. and American Dental Centers P.C., 1988
- Berle, Kass and Case: Evaluation of public attitude re: Burlington County Bridge Commission, 1992
- Bilzin Sumberg Attorneys at Law, Lennar Corporation vs. Michael C. Morgan, 2007
- Bingham McCutchen LLP: Sharp Computer vs. Dell Inc., 2010
- Maurice Blackburn Cashman Commercial (Australia), Biota Holdings Limited vs. GlaxoSmithKline re. Relenza, 2007-2008.
- Blanchard, Krasner & French, Consulting Re. Aerus, 2006-2007
- Brattle Group and Crowell Moring LLP
  a) Miller Coors, LLC vs. Anheuser-Busch Company, LLC, 2019
- The Calorie Control Council vs. FTC re: the Saccharin case, 1979
- Covington & Burling LLP:
  a) The Proprietary Association vs. FTC re: over-the-counter (antacids) drugs, 1979
  b) FTC Staff Report on cigarette advertising investigation 1981-1983 including appearance before congressional committee in hearing on H. R. 1824: "The Comprehensive Smoking Prevention Education Act"
  c) International Telecharge Inc. vs. AT&T, 1992-1994
  d) Dream Team Collectibles vs. NBA Properties (re: Dream Team), 1996
  e) G. A. Modefine S.A. vs. Armani.com, 2003-2004
  f) Defence in Class Action Re: IBM REAP Educational Benefit, 2006-
  g) Spirits Int Nv vs. S.S. Taris Zeytin Vezeytinyagi Birliei, Re: Moskovskaya, 2006-2008
  h) Cunningham vs. International Business Machines Corp., 2007
  i) QS Wholesale, Inc., vs. World Marketing, Inc., 2013
  j) American Petroleum Institute, et al. vs. Roy A. Cooper, III, 2014
  k) Sequoia Pacific Solar I, LLC, and Eiger Lease Co., LLC vs. The United States of America, 2016
  l) Buckeye Tree Lodge and Sequoia Village Inn, LLC vs. Expedia, Inc; Hotels.com, L.P.; Hotels.com GP, LLC; Orbitz, LLC; Trivago GmbH; Venere Net S.R.L DBA Venere Net, LLC; Expedia Australia Investments PTY LLD, 2018-2019
  m) Video Gaming Technologies, Inc. vs. Castle Hill Studios LLC (d/b/a Castle Hill Gaming); Castle Hill Holding LLC (d/b/a Castle Hill Gaming); Ironworks Development, LLC (d/b/a Castle Hill Gaming), 2018
  n) The Reinalt Thomas Corporation (d/b/a Discount Tire) vs. Mavis Tire Supply LLC, 2019
- Cravath Swain and Moore:
  a) Amertech Corporation, et. Al. vs. Lucent Technologies Corporation [Arbitration], 1997
  b) Louis Vuitton vs. Dooney & Bourke, Inc., 2004
- Crude Oil Resellers vs. U.S. Department of Energy Economic Regulatory Administration re: the proposed crude oil reseller price regulations, 1979, including presentation at public hearing
- Darby and Darby. Proctor & Gamble vs. Colgate, Palmolive, and Y&R re: China advertising, 1997
- Davis Polk & Wardwell LLP:
  a) P&G and Sanofi-Aventis US vs. Hoffman-La Roche Inc and GlaxoSmithKline, Inc. Re.Boniva, 2007
  b) Procter & Gamble Pharmaceuticals, Inc., and Sanofi-Aventis US LLC, vs. Hoffman-La Roche Inc. and Glaxosmithkline, Inc., 2006
- Dechert Price & Rhoads:
  a) The Mutual Assurance Co. vs. American Council of Life Insurance and Health Insurance Association of America (re: The Green Tree), 1983-1984
  b) INC vs. Manhattan, Inc., 1985
  c) Tunis Brothers Co. vs. Ford Motor Credit Co., 1988

53

**APPENDIX A**

- d)  Allerest vs. Alleract, 1988-1990
- e)  Campbell Soup Co. vs. Conagra, Inc. (Various deceptive advertising cases) 1991-1996
- Department of Justice, Antitrust Division: Consulting in a number of cases since 1996, including Microsoft Network, ski resorts, Echostar's proposed acquisition of DirecTV, and dental supplies
- Dilworth, Paxson, Kalish, Levy and Kauffman: Prince Castle vs. Le-Jo Enterprises, 1977-1978
- Fish & Richardson:
  - a)  Rembrandt Social Media vs. Facebook, Inc., et al, 2013
  - b)  Rembrandt Social Media vs. Facebook, Inc., et al, 2014
- Fitzpatrick, Cella, Harper & Scinto:
  - a)  The Gap, Inc. and Gap (Apparel) LLC vs. G.A.P. Adventures, Inc., 2010
  - b)  American Beverage Corporation and Pouch Pac Innovations, LLC vs. DiAgeo North America, Inc., and DiAgeo Americas Supply, Inc. t/d/b/a Captain Morgan Co., 2012
- Forrest, Hainline III, American Pasta Co. vs. New World Pasta Co. (re: "America's favorite pasta"), 2002
- Fulbright & Jahorski: Deere and Co. vs. MTD Holdings, 2003
- Gibson, Dunn, & Crutcher:
  - a)  Pfizer, Inc. vs. International Rectifier Corp., 1982-1983
  - b)  Thompson vs. General Nutrition Corp., 1985
  - c)  New Vector vs. Metro Mobile, 1986;1992
  - d)  Air Passenger CRS Antitrust Litigation vs. American Airlines, 1987-1990
  - e)  Quintons/Mahurkar vs. Shiley
  - f)  McCaffrey vs. Pfizer re: Plax, 1990
  - g)  The Travel Difference vs. The Time Mirror Co. (LA Times), 1992
  - h)  Toyota re: class action defense vs. Staples Stillwell on the "destination charge" on Monronery Stickers,1995-1996; 1999.
  - i)  Hewlett-Packard vs. Nu-Kote Int. Inc., Anti-trust, 1998-1999
  - j)  LA Cellular AT&T Wireless class action defense, 2002, 2004.
  - k)  Hewlett Packard defense vs. Staple Stilwell in class action suit re economy cartridge, 2003
  - l)  Federal Trade Commission vs. LendingClub Corporation (d/b/a LendingClub), 2020
- Global Business Experts Group:
  - a)  Yeti Coolers, LLC vs. RTIC Coolers, LLC; John Jacobsen; and James Jacobsen, 2016
- Gold, Farrel & Marks: Miramax Film Corp. vs. Columbia Pictures Entertainment, re: *I Know What You Did Last Summer* (1997)
- Goodell, DeVries:
  - a)  Roth Licensing, LLC vs. GAC International, LLC, ADR Services, 2017
- Goodwin Procter LLP:
  - a)  FTC vs. New Balance re: "made in USA", 1995-1996 [FTC Hearing] and consulting, 1998
  - b)  Public Media Center and People of the State of California vs. Tri-Union Seafoods, Delmonte Corp & Bumble Bee Seafoods. Re: Proposition 65 Mercury In Tuna, 2006
  - c)  Environmental World Watch, Inc. vs. The Procter & Gamble Distributing Co.*;* Council for Education & Research on Toxics vs. McDonald's Corp., et al.; and People of the State of California vs. Frito-Lay, et al., 2007.
  - d)  Legalzoom.com vs. Rocket Lawyer, 2014
- Greenberg Traurig LLP:
  - a)  Chatham et al vs. Sears Roebuk & Co. Re: Craftsman Made in USA, 2007-
  - b)  Whirlpool Corp. vs. Sensata Technologies and Texas Instrument, Inc., 2011
  - c)  Curt Schlesinger vs. Ticketmaster, 2011
  - d)  Santamarina , et. al. vs. Sears Roebuck & Company, 2012
- Hackler Daghighian Martino & Novak LLP
  - a)  TheraputicsMD, Inc. vs. Evofem Biosciences, Inc., 2021
- Hapgood, Calimafole, Kalil, Blaustein & Judlowe: Merrill Lynch vs. Paine Webber (re. RMA), 1985
- Heller, Ehrman, White, and McAuliffe: Apple Computer Securities Litigation, 1985-1986.
- Herling, Lindeman, Goldstein and Siegal: Roli Boli vs. Pizza Hut, 1997
- Hill, Betts, and Nash: Fender Musical Instruments Inc. vs. E.S.P. Co., 1985
- Howrey, Simon, Arnold & White:
  - a)  Sands, Taylor and Wood vs. The Quaker Oats Co. re: Thirst-Aid, 1987
  - b)  Syntex, Inc. vs. Schering-Plough Healthcare Products, Inc. re: Femcare, 1992

54

- c) Anheuser Busch (re Bud Dry commercials), 1993
  - d) Anheuser Busch vs. Labbatt (re: Ice Beer), 1994-1995
  - e) Anheuser Busch vs. Samuel Adams, 1995
  - f) Anheuser Busch vs. United Guiness Distillers (re: Red Label from Budweiser), 2002
  - g) Nissan North America vs. BMW (re: "Z"), 2002
  - h) Consulting Re: Schering Plough, 2007
- IT&T Continental Baking vs. FTC re. Fresh Horizons advertising, 1977-1978
- Jenner & Block:
  - a) General Dynamics vs. AT&T. re: Antitrust litigation, 1987-1990
  - b) AT&T vs. MCI re: Telemarketing Practices 1990
  - c) Recording Industry Association of America, Re: Adjustment of Rates & Terms for Satellite Digital Radio Services (Copyright Royalty Board), 2006-2008
  - d) In Re: Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services before the Copyright Royalty Board, 2007
- Katten Muchin Rosenman:
  - a) Nisha Brown, Kathy Williamson, individually and on behalf of all others similarly situated vs. Wal-mart Stores, Inc., and Does 1 20 through 50 inclusive, 2018
- Kaye, Scholer, Fierman, Hays & Handler:
  - a) Automated Bread Dist. Corp. vs. General Foods Corp. (Re: Freihofer Baking Co.), 1991-1992
  - b) Zone Perfect Nutrition Co. vs. Hershey Foods Co., 2004
- Kenyon & Kenyon:
  - a) Mead Data Control, Inc. vs. Toyota Motor Sales, U.S. re: Lexis vs. Lexus, 1988
  - b) Hiram Walker and Sons vs. White Rock Distilleries re: Kapala-Kahlua
  - c) America Online vs. AT&T Corp. re: AT&T's "You Have Mail", 1999
  - d) Twentieth Century Fox Film vs. Marvel Enterprises, Inc. (re: Mutant X), 2002
  - e) Petition for Cancellation of the Registration of the Gakic Mark, 2006
- Kirkland and Ellis:
  - a) Kraft Foods Inc. and Capri Sun vs. Minute Maid, 1997
  - b) Time Inc. vs. Peterson Publishing Co. re: Teen vs. Teen People, 1997-1998
  - c) Brach and Brock vs. James River re: Royals candies, 1998-1999
  - d) Hermes vs. Lederer, re: the Kelly Handbag, 1998-2001
- Kirkpatrick and Lockhart: McPalland et al vs. Keystone Health Plan Central, Inc. (re: class certification   of SeniorBlue Customers, 2001-2002
- Kleinfeld, Kaplan and Becker: re: Iron-Kids Bread Package, 1991
- K&L Gates LLP:
  - a) Quia Corp. vs. Mattell Inc. and Fisher-Price Inc., 2010.
  - b) Sara Lee Corporation vs. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2011
  - c) Sara Lee Corporation vs. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2012
- Kramer Levin LLP:  Finjan, Inc.  vs. McAffe, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc., and Sophos, Inc., 2012
- Latham & Watkins, LLP:
  - a) American Airlines, Inc. vs. Delta Airlines, Inc., 2020
- Lee, Toomey, and Kent Pfizer Pharmaceuticals vs. the IRS, 1978-1979
- Lempres & Wulfsberg and Kutak, Rock, & Campbell: Evaluation of Expert Reports, re: International Pharmaceutical Products, Inc., 1985-1990
- Liddy, Sullivan, Galway, and Begler:
  - a) Coopervision, Inc. vs. CTL, Inc. (re: Permatint), 1985
  - b) Johnson & Johnson, Inc. vs. Oral-B Laboratories (re: Minute-Gel), 1987
  - c) Soft Sheen's Care Free Curl vs. Revlon's I of Nature (Trademark), 1986-1987.
  - d) Oral-B Laboratories, Inc. vs. Johnson & Johnson, Inc (re: Reach Advertising), 1986-
- Locke Lord Bissell & Liddell: The Gap, Inc. and Gap (Apparel) LLC vs. G.A.P. Adventures, Inc., 2009
- Lowenstein, Sandler: Princeton Economics Group vs. AT&T (re: class action defense of spirit), 1994-1995
- Maurice Blackburn Cashman Pty Ltd: Biota Holdings Ltd and Anor vs. Glaxo Group Ltd. & Ors. Re: Relenza, 2006-
- Mitchell, Silberberg & Knupp: Stella Foods Inc. vs. Cacique IC, re: Ranchero, 1997-1999

APPENDIX A

- Morgan, Lewis and Bockius: Scott paper defense in the Turnabout Marketing Case, 1983
- Morison, Cohen, Siner, and Weinstein, Hertz  vs. Avis, 1994.
- Morrison & Foerster [and Bingham McCutchen; Arnold & Porter; Goodwin Procter; Greenberg Traurig]:
  a) Prop 65 [Re Acrylanide in Potato Chips and French Fries]: Environment World Watch Inc. vs. P&G Distributing Company
  b) Council for Education and --- on Toxins vs. McDonald's Corp
  c) People of the State of California vs. Frito-Lay Inc., 2007-2008.
- Moses & Singer: THOIP (A Chorion Limited Company) vs. The Walt Disney Company, 2009-10
- Munger, Tolles and Olson:
  a) FTC vs. Polygram Holdings et al. re: Three Tenors Case 2001-2002
  b) Universal vs. MGM (re: Rollerball) 2002
- Odutola Law: Spirits Int. N.V. vs. Distilleries Melville Ltd. Re: Moskovskaya vs. Moskova, 2007-
- Pattishall, McAuliffe, Newbury, Hilliard, & Geraldson:
  a) S.C. Johnson and Son, Inc. vs. Carter Wallace ("Edge" vs. "Rise"), 1983
  b) Anheuser Busch vs. Stroh Brewery Co. and vs. Miller and Heillman, (re: LA beer), 1984-1985
  c) S. C. Johnson & Son Inc., re: L'envie, 1986-1987.
  d) Shelby Motor vs. Ford, 1988.
  e) GFA Brands Inc. and Fitness Foods Inc. vs. Canbra Foods Ltd. and Campbell Mithun/Esty, Inc. re Heartlight, 1990-1991.
  f) AT&T vs. MCI (various deceptive advertising cases) 1991-
  g) Walt. Disney vs. Good Times, 1993
  h) Car Freshener Corp. vs. S.C. Johnson and Son, Inc. (re:Glade Plug Ins Air Freshener Design), 1994
  i) International Telecharge, Inc. vs. AT&T, 1992-1994
  j) S.C. Johnson and Son, Inc. vs. Avon (re: Skin So Soft) 1996
  k) GTE Card Services Inc. vs. AT&T, 1996
  l) SunAmerica Corp. vs. Sun Life Assurance Co. of Canada 1993-1995, 1997-1998 [W.H. Covington and Burling]
  m) Blue Cross Blue Shield vs. American Medical Association, re: CPT, 1998
  n) Encyclopedia Britannica, Inc. vs. Britannica Home Fashions, Inc., 1999
  o) Simon Property Group, L.P. vs. mySimon Inc., 2001-
  p) Montblanc – Simplo Gmblt vs. Savonerie et Parfumerie Bernard, 2001
  q) Old World Industries, Inc. vs. AutoMeter Products, 2002
  r) JLJ Inc. vs. Santa's Best Craft (Christmas tree lights), 2004
  s) Energy Brands Inc. (Glaceau) vs. Pespico Inc. and South Beach Beverage Co., Inc Re: Sobe Life Water, 2006
  t) Auto Meter Products Inc. vs. Maxima Technologies & Systems LLC, 2007
  u) Dyson, Inc. vs. BISSELL Homecare, Inc., 2012
  v) Select Comfort Corp. vs. The Sleep Better Store, 2013
  w) Sweet Street Desserts, Inc. vs. Chudleigh's LTD., 2014
  x) Sandoz, Inc. vs. Glaxo Group LTD, 2018
- Paul, Weiss, Rifkin, Wheaton and Grasser:
  a) Revlon vs. L'OREAL re: Colour Endure Commercials 1995
  b) Revlon vs. Cover Girl self-renewing lipstick advertising, 1996 [NAD]
  c) Castrol vs. Penzoil (re comparative advantage) 2008.
  d) Gianni Versace S.R.L. vs. Fashion Nova, Inc., 2020
  e) Duracell U.S. Operations, Inc. vs. Energizer Brands, LLC, 2020
- Pepper, Hamilton and Scheetz:
  a) Del Monte Corp. vs. Sunkist Growers, Inc. Arbitration, 1990-1991
  b) Sun Oil Company defense against class action certification, 1996-1997
- Pennie & Edmonds IT&T Continental Baking (C&C Cola): defense against Coca Cola re: C&C Cola, 1978
- Perkins Coie:
  a) Patrick Garrett, Jeff Mains and Linda Eustice, individually and on behalf of all other similarly situated vs. Bumble Bee Foods, LLC, 2017

56

**APPENDIX A**

- Pillsbury, Madison & Sutro: Consulting re:
  a) Thrifty Rent-A-Car vs. Elder, 1991-1992
  b) Green Giant American Mixtures, 1994
  c) Chrysler Corp. vs. Replacement Sheet Metalparts Distributors, 1992-1993
- Pillsbury Winthrop LLP:
  a) Mulligan vs. Pacific Bell Telephone Co. (inside wiring), 2004
  b) State of California vs. Tri-Union Seafoods, et al. (Canned Tuna, Proposition 65)
- Quinn Emanuel:
  a) Louis Vuitton Malletier, S.A. vs. Hyundai Motor American, 2011
  b) Moldex-Metric, Inc. vs. McKeon Products, Inc., 2012
  c) Apple, Inc. vs. Samsung Electronics Co. Ltd., 2012
  d) Forever 21, Inc. vs. Gucci America, Inc., 2018
  e) PGA Tournament Corporation, Inc. vs. Lamington Farm Club, LLC (d/b/a Trump National Golf Club Bedminster), 2021
- Rogers and Wells [and the Italian Trade Commission], re: Italian pasta dumping case, 1996
- Roll Law Group:
  a) POM Wonderful LLC vs. The Coca-Cola Company, 2015
- Sidley Austin LLP:
  a) Industrial Gas litigation, 1986
  b) Land O'Lakes, Inc. vs. Bakers Franchise Ltd., 1987
  c) Ultramar, Inc. vs. CITGO Petroleum Corporation, 1997
  d) AT&T vs. US West Communications, re: US West Advertising, 1998
  e) DIRECTV, 2017
  f) Federal Trade Comission vs. DIRECTV, 2016
  g) Federal Trade Comission vs. DIRECTV, 2017
  h) Merck & Co., Inc. and Merck, Sharp & Dohme Corp. vs. Merck KGAA, 2019
  i) Federal Trade Commission vs. Fleetcor Technologies, Inc., et al, 2021
  j) The People of the State of California vs. Ashford University, LLC; Zovio, Inc.; and Does 1, 2021
- Sills, Cummis, Zuckerman, Radin, Tischman, Epstein and Gross: E.R. Squibb and Sons, Inc. vs. Stuart Pharmaceuticals, 1991
- Skadden, Arps, Meagher, & Flom:
  a) American Home Products vs. Beecham re: Delicare commercials, 1986
  b) Tambrands, Inc. vs. Warner-Lambert Co. re: EPT commercials, 1986-1987
  c) Beecham Inc. vs. Yankelovich, Clancy, Shulman and Saatchi & Saatchi Holdings, Inc., re: projections for Delicare, 1986-1988
  d) American Express vs. MasterCard re: Goldcard, 1988
  e) Challenge to the networks by Sterling Drug re: Bristol Myers Tribuffered Bufferin commercials, 1988
  f) Challenge by Dow Brands, Inc. of the TV advertisement for Reynolds Metals Company's "SURE-SEAL" food storage bags, 1989
  g) Anheuser-Busch Company vs. Coors Brewing Company (various deceptive advertising cases) 1991-1993
  h) R.H. Donnelley vs. Sprint Publishing and Adv. Inc., re: Sprint Yellow Pages, 1996
  i) Anheuser Busch vs. Boston Beer re: A-B advertising [NAD], 1997
- Spirits International BV: N.V. vs. S.S. Taris Zeytin, Opposition No. 91163779 before the Trademark Trial and Appeal Board, 2006
- Steptoe & Johnson LLP: DirectTV Inc. and EchoStar Satellite LLC vs. William W. Wilkins,Tax Commissioner of Ohio 2006-2007
- Sullivan & Cromwell: Remington Rand Corp. vs. Amsterdam-Rotterdam Bank N.V., 1991
- Van Hagey & Bogan, Ltd.: Consulting re: The Quaker Oats Co, 1991
- Venable LLP:
  a) Get Kaiser, Inc., Kaiser Fitness, LLC, and Anna Kaiser vs. AKT Franchise, LLC and Xponential Fitness, LLC, 2020
- Vinson & Elkins LLP: Wal-Mart Stores, Inc. vs. GFA Brands, Inc., 2009
- Weil, Gotshal and Manges:
  a) Johnson & Johnson vs. SmithKline Beecham, Re: Tums Advertising, 1991
  b) Schering-Plough Healthcare Products vs. Johnson and Johnson, Inc. (re: Neutrogena

57

Chemical-Free Sun Block), 1996

    c) Pharmacia Corp. vs. Glaxosmith Kline Consumer Healthcare (re: NicoDerm advertising), 2002-2003

    d) Priceline.com re: NAD, 2003

- White & Case:
  - a) Trovan Ltd. and Electronic Identification Devices vs. Pfizer Inc. re: Trovan's trademark, 1999
  - b) Frederick E. Bouchat vs. Baltimore Ravens, Inc. and NFL Properties Inc., (re: the Ravens Logo), 2001-2002
  - c) Oakland Raiders vs. TBB and NFL, 2003 [with Bingham McCutchen]
- Whiteman, Breed, Abbott & Morgan:
  - a) Pepsi Cola Company: Defense against Coca Cola Co. re: The Pepsi Challenge, 1978; 1981; 1995 [Mostly with the NAD]
  - b) Burger King Comparative Advertising Campaigns vs. McDonald's and Wendy's, 1982-1990
- Winston & Strawn, LLP:
  - a) Verizon Directories Corp. vs. Yellow Book USA, Inc., 2004
  - b) Merix Pharmaceuticals vs. GlaxoSmithKline, Re: Releev, 2006
  - c) Dyson Technology Ltd. vs. Maytag Corp., 2006-2007
  - d) Procter & Gamble Co. vs. Ultero Inc. 2007
  - e) Dyson Technology Limited vs. Hoover, Inc. and Maytag Corp., 2007
  - f) GlaxoSmithKline Consumer Healthcare LP vs. Merix Pharmaceutical Corp, 2007
  - g) Doctor's Associates Inc. vs. QIP Holders LLC & iFilm Corp.: Subway vs. Quiznos, 2008
  - h) LG Electronics USA, Inc. vs. Whirlpool Corp., 2009
  - i) The Scotts Company LLC vs.  Central Garden & Pet Company and Gulfstream Home & Garden, Inc., 2009
  - j) Dyson, Inc., vs. Oreck Corporation, Oreck Holdings, LLC, Oreck Direct, LLC, Oreck Merchandising, LLC, Oreck Sales, LLC, Oreck Homecare, LLC, and Oreck@Home, LLC 2009
  - k) LG Electronics USA Inc. vs. Whirlpool Corporation, 2010
  - l) Western Sugar Cooperative, et al. vs. Archer Daniels-Midland Co., et al., 2014
  - m) Fieldturf USA, Inc. and Fieldturf Tarkett, Inc. vs. Astroturf, LLC, 2015
  - n) David Davies (d/b/a Davies Home Services), individually and as the representative of a class of similarly-situated persons vs. W.W. Grainger, Inc., 2016

## V. Illustrative Marketing Research Clients:

1. Air Canada (1973*)
2. American Cyanamid (1972-1973)*
3. Atlantic Richfield Company (1971-1972)*
4. Bankers Trust Company (1973-1974)*
5. BBD&O (1974-1982)
6. Bell Telephone Company of Pennsylvania (1974;1977)
7. Bissell, Inc. (1969-1971)*
8. Bristol Myers Squibb (1998-2005)
9. Brown & Williamson Tobacco Corp. (1978-1979)
10. Bureau of Newspaper Advertising (1974)*
11. Campbell Soup Company (1972-1973)*
12. CBS (1972)
13. Chrysler (via BBD&O) (1975-1978)
14. Clorox Company (1975-1976)
15. Colonial Penn Group, Inc. (1973-1979)
16. Commercial Union Assurance Companies (1974-1975)
17. Connecticut Bank and Trust Company (1972)*
18. Downe Publishing, Inc. (1972-1973)
19. Eastman Kodak Company (1973)*
20. Edward D. Jones (1985-1987)
21. E.F. Hutton (1981-1984)
22. First Pennsylvania Banking and Trust Company (1971-1972; 1974-1975)*
23. General Electric (via BBD&O 1977) (1982)

24. General Foods Corporation: the Jell-O and Kool-Aid divisions and various departments of the
     corporate product development division (1969-1972)*
25. Geometric Data (1981)
26. International Air Transport Association (1973-1975)*
27. International Harvester Company (1975)
28. International Harvester Credit Corporation (1973-1974)*
29. IT&T Continental Baking Company (1972-1978;1982)
30. Lever Brothers Company (1971-1973)*
31. Marriott Corp. (1982)
32. Modern Medicine (1970)*
33. MRCA (1975-1987)
34. Pacific Bell (1981-1982)
35. Pepsi Cola (1981)
36. Pfizer Pharmaceuticals, Inc. (1975-1990)
37. Pillsbury (1975)
38. Pioneer Electronics of America (1978)
39. RCA Computer Division (1972)*
40. Sears Roebuck & Company (1972-1973)*
41. SEI Investments (1988-present )
42. Singer (1973)
43. SmithKline and French (1971)*
44. Snelling and Snelling, Inc. (1973-1974)
45. Sterling Drugs (1985-1986; 1990-1992)
46. Stroh Brewery Company (1970)*
47. Sun Oil Company (1972)*
48. Syntex Laboratories, Inc., (1976-1977)
49. The Wool Bureau, Inc. (1975)
50. Twentieth Century Fox (via the Data Group, Inc.) (1972)
51. UNICOM (1973)
52. U.S. Dept. of Commerce, Office of Telecommunications (1972)
53. Western Airlines (via BBD&O) (1979)


The research projects designed and conducted for these firms covered variety of consumer and
industrial marketing problems including product positioning and market segmentation, new product
development, generation and evaluation of new products, and promotional concepts. Projects with *
were conducted via Robinson Associates.

### VI. Illustrative Marketing Research Program Evaluation and Redesign:

1. Bristol Meyer Squibb: Redesign of the Marketing Research function and various research and
    modeling procedures (1999-2002)
2. Brown and Williamson: copy and concept testing (1978-1979)
3. Colonial Penn: all aspects of research (1973-1980)
4. IT&T Continental Baking: copy and concept testing, segmentation studies (1972-1978)
5. Pfizer Pharmaceuticals: image studies, new product selection models, etc. (1975-1990)
6. R.J. Reynolds Tobacco: new product development system (1979-1980)

### VII. Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops:

Estee Lauder (2012 to present)
SEI Corperation (1990 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. American Medical International (1978)
2. Amoco Fabrics Co. (1984; 1988)
3. ARA (1983)
4. Associacion Mexicana de Ejecutivos en Planeacion (1979)

59

5. AT&T (1972-1978)
6. Atlantic Richfield Company (1971)
7. Bank of East Asia (2005)
8. BBD&O (1974-1983)
9. Bell Atlantic (1983)
10. Bell Canada (1980)
11. Black and Decker (1981)
12. Bristol Myers Squibb (1998)
13. Campbell Soup (1972)
14. Career Futures, Inc. (1975)
15. Certain-Teed Corporation (1983)
16. Colonial Penn Group (1975-1980)
17. Computer Science Corporation (1975)
18. Contel (1989)
19. Daymon (2004)
20. Deutsche Bank (2004)
21. Di Giorgio Corp (1980-1981)
22. Edward D. Jones & Co. (1983)
23. E.F. Hutton (1979-82)
24. Ethicon, Inc. (1979)
25. General Foods (1970)
26. Gray Advertising, Inc. (1977)
27. IBM – Applied Business Systems (1988)
28. Intermountain Health Care, Inc. (1978)
29. International Harvester (1974-1975)
30. ITT Water Technology Group (2004)
31. Li & Fung (2005)
32. Los Angeles Times (1993)
33. 3M's Marketing Council (1986)
34. Machinist Publishing Co., Ltd., Japan (1977)
35. Miles Laboratories Ltd., Canada (1973)
36. MRCA (1978)
37. New York Telephone Company (1976)
38. Pfizer Pharmaceutical, Inc. (1975-1987)
39. Phillips Petroleum Company (1992-1993)
40. The Pillsbury Company (1976)
41. Rhodia, Brazil (1979)
42. Schlachman Research, U.K. (1975)
43. SmithKline & French (1970)
44. Spectra-Physics (1983)
45. Standard & Poors (1998)
46. Syntex Laboratories, Inc. (1976)
47. Tektronix, Inc. (1978)
48. The Bunge Group (1982) Spectra-Physics (1983)
49. The Clorox Company (1975)
50. The Executive Forum (1979)
51. Unilever, U.K. (1975)
52. Union Mutual (1981)
53. Wyeth International Ltd. (1980)
54. Xerox (1981)

**VIII. Selected International Consulting**

Li & Fung, Hong Kong: Business Strategy (1998 to preent)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. UNIG, Singapore, Business Strategy (2000)
2. Hakuhodo, Japan: Design of a 21st Century Advertising Agency (1993-1997)
3. Wickes, plc., UK: Marketing and business consulting (1988-1996)

60

**APPENDIX A**

4. McKinsey, Milan: New Developments in Marketing Strategy, Research, and Modeling (1988)
5. Bunge Group, Brazil: Marketing planning (1982-1986)
6. Meridian Group U.K.: Marketing and Business Strategy (1985-1986)
7. Sunstar, Japan: Marketing and Business Strategy (1985)
8. P.E. Consulting Group, South Africa: Strategic planning & Marketing Consulting and Conducting Executive Seminars (1982)
9. Bell Canada, Canada: Market Segmentation Study (1979-1981)
10. Cooperative de Seguros de Vida, Puerto Rico: Design of a marketing planning system (1980)
11. Discount Bank, Israel: Marketing planning (1980)
12. Bank Leumi Ltd., Israel: Marketing planning (1978)
13. Fuji electric, Japan: Design of a management planning process (1977)
14. Koor Industries, Israel: Designing and organizing the marketing function for the corporation's 34 companies (1968-1969)

## IX.  Consulting to Government Agencies

1. FinCen/BENS project on Terrorist Financing, 2003-2004
2. U.S. AIR FORCE: Evaluation of the Air Force resource allocation procedure (1980-1981)
3. CANADIAN GOVERNMENT: Industry, Trade & Commerce Design and execution of a study for evaluation of the U.S. market potential for selected Canadian medical diagnostic and therapeutic products (1980-1981)
4. U.S. PATENT AND TRADEMARK OFFICE: Designing a strategic planning system (1981)
5. NASA: Evaluation of NASA's IAC's 1976 advertising campaign and recommendations for its future advertising and marketing strategy (1977)
6. ISRAEL DEFENSE MINISTRY: Analyze and evaluate the marketing system of the Administered Areas (Arab territory prior to the 6-Day War). The findings and recommendations of this study were submitted in classified report to the Israeli Defense Ministry (1968-1969)

## X.  Consulting/Advising to Research Organizations

1. Member of the advisory committee of the Diebold Institute study of the impact of public policy on entrepreneurial startup companies: the U.K. and U.S. in biotech and IT, (1998 -2000)
2. Institute of Business and Economic Research, University of California, Berkeley. Consultant on the Coping Behavior (an empirical study of the consumer-technology interface) project, sponsored by the National R&D Assessment Program, NSF. (1976-1981)
3. Pennsylvania Science and Engineering Foundation, Temple University/Applied Communication Research, Inc. Research consultant for design, analysis, and evaluation of an NSF (Office of Science Information Services) sponsored project concerning the design and evaluation of experiments for the marketing of scientific and technical information services. (1974-1977)
4. EDUCOM: Inter-university Communications Council, Inc. Participant in an interdisciplinary seminar to  identify and measure special interest audiences for public television. (1974)
5. The John and Mary R. Markle Foundation.
6. Participated in a workshop for design of "Quality Ratings of TV Programs." (1979)
7. Participated in the design of a study on special interest audiences. (1975)
8. Marketing Science Institute Consultant from February 1967 to December 1968. Conduct and plan research projects primarily in the areas of industrial buying behavior, advertising, and international marketing.
9. Marketing Science Institute U.S. Department of Agriculture Study Group on Marketing Performance Principle investigator, March-December 1968. Developed a model for the evaluation of the performance of the U.S. marketing system.
10. Management Science Center University of Pennsylvania Senior staff member September 1967 to July 1968. Engaged in the development of a marketing model for Anheuser-Busch.

## 4. UNIVERSITY ACTIVITIES

I. <u>University of Pennsylvania, The Wharton School</u>

### A. Program Development

1. <u>The Wharton Fellows</u>
   Master classes designed and directed included:
   - November 27-December 2, 2000: Philadelphia: Transformation Leadership
   - January 7-January 12, 2001: Silicon Valley: Transformation Leadership
   - February 18-February 24, 2001: Barcelona: Transformation Leadership
   - March 15-March 17, 2001: Philadelphia: Transformation Leadership
   - May 6-May 12, 2001: Philadelphia, Wharton: Transformation Leadership
   - June 3-June 9, 2001: Barcelona/Helsinki: Transformation Leadership
   - July 8-July 14, 2001: Silicon Valley: Transformation Leadership
   - March 17-March 22, 2002: CEO Forum: Transformation Leadership
   - April 21-April 25, 2002: Silicon Valley/San Francisco: Transformation Leadership
   - June 9-June 11, 2002; Munich
   - November 3-November 8, 2002: Foundations I: Philadelphia
   - January 5-January 9, 2003: Foundations II: San Francisco: Transformation Leadership
   - September 7-September 9, 2003: Top Line Growth in Turbulent Times: Philadelphia
   - January 7-January 9, 2004: Success: What's Next?: Seattle
   - April 25-April 28, 2004: Milken & the Media: Los Angeles
   - June 1-June 8, 2004: Leveraging Japan: Tokyo; China: Transformation from the Inside: Shanghai
   - November 12-November 14, 2004: Toward a New Europe: Prague, Czech Republic
   - December 12-December 14, 2004: Merger, Acquisition and Renewal: New York
   - March 6-March 9, 2005: Market & Sourcing Opportunities in India: Mumbai & Bangalore, India
   - June 26-June 28, 2005: Working with Government, Washington D.C.
   - November 22-November 27, 2005: Design, Innovation and Strategy: Copenhagen, Denmark/Milan, Italy
   - December 4-December 6, 2005: Opportunities in Latin America and the US Hispanic Markets: Miami
   - April 5-April 7, 2006: What's Next? Silicon Valley
   - June 4-June 6, 2006: Islam and the West: Istanbul
   - February 25-February 27, 2007: Managing in an Evolving World, Philadelphia
   - May 21-May 23, 2007: Globalization Revisited, Shanghai
   - October 14-October 16, 2007: The Next Big Thing, Silicon Valley
   - January 9-11, 2008: Innovation, Customer Insights and Creative Growth Strategies, with David Reibstein, Las Vegas.
   - April 6-8, 2008: Creativity and Innovation, with Karl Ulrich, Philadelphia.
   - October 11-15, 2008: Islam and the West: Insights and Opportunities, with Bulent Gultekin, Dubai.
   - May 17-19, 2009: Philadelphia: Finding Opportunity in Times of Economic Crisis
   - October 25-27, 2009 Washington DC: Opportunities in Times of Crisis: The Changing Relationship between Business and Government
   - June 6-10, 2010: China: Insights and Opportunities, Shanghai, China.
   - October 8-12, 2010 Israel: The Holy Land of Innovation and Entrepreneurship
   - May 2-4, 2010: Lessons for profitable growth: New York
   - February 20-22, 2011 Philadelphia: What's Next in Management Disciplines and Business Transformation?
   - October 9-11, 2011 Buenos Aires: Argentina: Insights and Opportunities
   - October 13-15, 2011 São Paulo: Brazil: Insights and Opportunities
   - June 27 – 29, 2011 Russia: Opportunities and Insights
   - October 14-17, 2012 Philadelphia, PA: Innovation and Growth

62

**APPENDIX A**

- March 3 – 6, 2012 India: Insights and Opportunities
- July 14-17, 2013 Silicon Valley, CA: The Next Big Thing
- October 13 – 15, 2013 Discovering Africa
- August 17 – 21, 2014 Israel: The Next Big Thing
- February 9-13, 2014 New York, NY: The Next Big Thing
- May 18-21, 2014 Seattle, WA: The Next Big Thing
- October 29-31, 2014 Boston, MA: The Next Big Thing
- February 15-18, 2015 Austin, TX: The Next Big Thing
- May 17 - 20, 2015 Israel: The Next Big Thing
- September 29 – October 2, 2015 Philadelphia, PA: The Next Big Thing
- May 1 – 4, 2016 San Francisco, California: The Next Big Thing
- October 2 – 5, 2016 Singapore: The Next Big Thing
- May 7 – 10, 2017 Los Angeles: The Next Big Thing

2.  The MBA X-Functional Integration Initiative (2003-2005)
3.  A number of Executive Development Programs including :
    - Winning in the Next Millennium: Strategies for Driving Change: Initiator and Director, December 1998.
    - Wharton on the New Reality of Business: Co-Academic Director with Bob Mittlestaedt, December 2001.
    - IDC's MBA @ Wharton Program, 2003-2004; October 2007, 2008, 2009, 2010 (co-director with Ziv Katalan); 2011-2012 (co-director Jehoshua Eliashberg)
    - IESE / CEIBS Global CEO Program: A Transformational Journey (co-director David Heckman), 2012 and 2013
    - LinKS @Wharton, 2007, 2008, 2009, 2010, 2011, 2012 and 2013
4.  The e-Curriculum R&D Initiatives. Initiator/Chair of the Committee that designed the new program platform and the e-Curriculum R&D Initiatives (1999-2000) and continued direction and reinvention of the program.
5.  The Advanced Management Program (AMP) Design Team (1998).
6.  Wharton's Information Management Initiatives (1998-1999). Founder and co-chair (with Paul Kleindorfer) of its faculty council.
7.  The Revised MBA Curriculum (1990-1991). Chaired the committee that developed the new curriculum.
8.  The SEI Center for Advanced Studies in Management, founding Director. Develop and direct all Center activities and chair its faculty council, 1988-2018.
9.  The Joseph H. Lauder Institute of Management and International Studies, founding Director and chairman of its faculty council. Designed and directed all the Institute's programs, including the establishment of the Institute MBA/MA program which admitted its first class of 50 students in May 1984, February 1983-July 1988.
10. Wharton International Forum. Initiated and designed the original program and chairman of its faculty council, 1987-1998.
11. Wharton Ph.D. with M.A. in International Studies. Initiated the joint program, 1988.
12. Wharton Center for International Management Studies (renamed as the Wurster Center, 1988) founding director. Designed/directed all the Center's activities aimed at the stimulation of international research at Wharton and the internationalization of the faculty and programs, 1980-1983.
13. The Wharton/SIA (Security Industry Association) Marketing Program. Initiated and designed the program which held sessions on April 1982 and November 1982.
14. The Wharton Recanati Multinational Marketing and Management Program, Co-founder, 1978.
15. The Wharton Executive MBA (WEMBA) program, chaired the committee that developed the program, 1974.
16. Marketing Programs, participated in the redesign of the marketing MBA programs, 1970; Ph.D. 1971; and Undergraduate, 1973 and 1981; including the initiation of The Wharton Dual MBA Major in Marketing/Multinational Enterprise.

**B.  Courses Developed and Taught**

a.  Developed (courses developed by me are indicated by an *), modified and taught courses and seminars in:
    Advertising Management (MBA)
    Channel Management (MBA)
    Communication Processes in Marketing* (MBA)
    Consumer Behavior* (MBA and Ph.D.)
    Creating an e-Business (MBA)*[A binational e-course to Wharton and IDC students]
    Creativity* (MBA)
    Health Care Marketing* (MBA)
    Industrial Marketing* (MBA)
    Integrating Marketing and Operations* (MBA) [developed jointly with P. Kleindorfer]
    Interactive Marketing in the Age of the Empowered Consumer (MBA)*
    International Marketing* (MBA)
    Marketing Management (MBA)
    Marketing Methods and Applications for Business Consulting* (MBA) [with P. Green]
    Marketing Research (MBA and Evening School)
    Marketing Strategy (WEMBA*, MBA)
    Multinational Management
    Necessity and Experimentation: Lessons from Israeli Innovation: Global Modular Courses
    Planning Marketing Strategy Projects (MBA)
    Product Policy* (MBA)
    Promotion Policy (MBA)
    Research Seminar (MBA and Undergraduate)

b.  Course head: MBA advanced study project (1967-1968, 1974-1979), Marketing Management for non-majors (1967-1968, 1970-1971), the MBA Core Marketing Management Course (1970-1971, 1971-1972), Marketing Strategy Seminar (1974-1975)

c.  Guest lecturer in various departments of the Wharton School including the Multinational Enterprise Unit, the Leonard Davis Institute of Health Economics, the Management Department, Management of the Arts Program, Decision Science, Public Policy and Management.

**C.  Executive Education Programs at the University of Pennsylvania – Illustrative Sessions**

**1)  Creativity and Innovation**

- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," Accessories Council, October 21, 2016.
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," Wharton Club of Washington, April 26, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity," Advanced Management Program, June 26, October 21, 2014
- "Creating a Creative Organization," Global CEO Program, March 4, 2014.
- "What Business Can Learn from Art," GCEO Program, March 4, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity," Advanced Management Program, July 26, October 28, 2013
- "Creating a Creative Organization," Master Class Wharton Alumni Forum, Tokyo, May 25, 2013
- "Lessons from Art and the Secrets of Creativity," Global CEO Program: A Transformational Journey, March 14, 2013
- "Enhancing Your Personal Creativity and Challenging your Mental Models," Comcast Women in Leadership, February 21, 2013
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity," Advanced Management Program, June 27, October 29, 2012
- "Lessons from Art and Guidelines for Creating a Creative Organization," Aresty IESE/CEIBS Global CEO Program, March 23, 2012.

- Introduction to Aresty IESE/CEIBS Global CEO Program: A Transformational Journey, March 19, 2012.
- "Israel Innovation for Global Social Impact:  Accomplishments and Opportunities," Wharton Global Webinar, February 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Creativity," AMP, June 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," and "Competing in a Flat World in a Time of Crisis," FirstCaribbean Leadership Programme, December 8, 2008.
- "Creative Thinking and Action," Toyota Executive Development Program, July 21, 2008
- "Creative Thinking and Action," (3 Sessions) Toyota Executive Development Program, July 21, 2008.
- "The Innovation Challenge," (2 Sessions) Raytheon Executive Leadership Development Program, June 9, 2008.
- "Wharton Fellows Philadelphia Master Class: Innovation and Creativity," Wharton Fellows, April 6, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," FirstCaribbean Leadership Programme, November 19, 2007.
- "Innovative Approaches to the Design of Strategy," LinKS @ Wharton, November 11, 2007.
- "Creative Thinking and Action," Toyota Executive Development Program, September 17, 2007.
- "Innovation Strategies for Profitable Growth," Wharton Fellows Philadelphia Master Class *Managing in an Evolving World*, February 27, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Innovation Management and New Product Innovation," LINKS @ Wharton, August 26, 2006.
- "Advances in Innovation Management and New Product Innovation," Quad-C Executive Session, July 10, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity – A Must for Marketing Success," back-to-class session at the 2005 Wharton Marketing Conference, October 28, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Enhancing Creativity and Innovation," The Wharton e-Fellows I Program, March 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity and Innovation," in Wharton Workshop on Creativity and Knowledge Creation, April 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and New Product and Business Development," CEO Circle, May 10, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**2) Challenging your Mental Models**

- "Challenging Your Mental Models," Comcast Women in Leadership Program, June 21, 2017.
- "The Power of Impossible Thinking: Challenge Your Mental and Business Models," Global CEO Program, March 13, 2017.
- "Challenging Your Mental Models," McKesson Health Solutions Product Management Program, March 7, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challeging Your Mental Models and Toward New Marketing and Paradigm: Implications and Actions," Vertex Portfolio Leadership Program, Novermber 30, 2016.
- "Challeging and Changing Your Mental Models," Hero Motor Corp: The iLead Senir Leadership Development Program, November 29, 2016.
- "The Power of Impossivle Thinking: Challenge Your Business and Mental Models," LinKS @ Wharton, November 1, 2016.
- "Challeging and Changing Your Mental Models," IDC @ Wharton, October 31, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," PVH Global Leadership Program, September 29-October 1, 2015.
- "The Power of Impossible Thinking," PVH Global Leadership Program, January 28, 2015.

65

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models," Global CEO Program, March 3, 2014.
- "Challenging Your Mental Models," Comcast Women in Leadership Program, May 14, November 12, 2014.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Mental Models:  Power of Impossible Thinking," Global Leadership Fellows Program, July 8, 2013. "Challenging the Mental Models of Advertising and Marketing," Google Marketing Academy Module 2, June 6, 2013.
- "Challenging Your Mental Models," Aresty IESE/CEIBS Global CEO Program, March 11, 2013.
- "Challenging Your Mental Models," LinKS NEXT in Line Module 2:  Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging and Changing your Mental Models," IDC@Wharton W12, October 19, 2012.
- "Challenging Your Mental Models of Innovation and Growth," Wharton Fellows Philadelphia Master Class, October 15, 2012.
- "Challenging your Mental Models," Links: Winning the Right to Serve, Septermber 20, 2012.
- "Challenging Your Mental Models," Cheil Worldwide Global Marketing Program, August 20, 2012.
- "Mental Models: The Power of Impossible Thinking," Global Leadership Fellows Program World Economic Forum, July, 11, 2012.
- "Challenging Your Mental Models," LinKS Next in Line Program @ Wharton, June 22, 2012.
- "Challenging Your Mental Models," Estée Lauder Companies, William P. Lauder Brand Equity & Business Symposium, May 1, 2012.
- "Challenging Your Mental Models," Aresty IESE/CEIBS Global CEO Program, March 19, 2012.
- "Challenging Your Mental Models," Estée Lauder Companies Strategic Finance Forum, March, 5, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Lesson From Art & Challenging Your Mental Models," Daimler Advanced Executive Program For Vice Presidents, December 6, 2011.
- "Challenging Your Mental Models," LinKS Next in Line Program @ Wharton, November 10, 2011.
- "Challenging your Mental Models," IDC @ Wharton, September 19, 2011.
- "Challenging Your Mental Models," LinKS@Wharton WWI, September 15, 2011.
- "Challenging your Mental Models," WEF Wharton Global Leadership Fellows Program: Personal Power and Influence, July 13, 2011.
- "Challenging Your Mental Models: The What, Why, How and Beyond," IBM Wharton Executive Forum, July 11, 2011.
- "Challenging your Mental Models,"  Wharton & Citi Asia: Leadership Program, June 21, 2011.
- "Challenging Your Mental Models," PMA BP – CFO Executive Module 3 @ Wharton, May 9, 2011.
- "Challenging Your Mental Models," Tyco Electronics Leadership Development Program, February 28, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models," Tyco Electronics Leadership at Wharton, November 16, 2010.
- "Challenging Your Mental Models," IDC at Wharton, October 18, 2010.
- "Challenging your Mental Models," 10th LinKS Wharton Program, June 9, 2010.
- "Challenging your Mental Models," LA CEO Global Program, May 6, 2010.
- "Challenging your Mental Models," Tyco, February 4, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging your Mental Models," IDC/CEIBS@Wharton, October 15, 2009.
- "Challenging Your Mental Models," LinKS@Wharton, June 10, 2009.
- "New Mental Models for Capitalizing on Opportunities in Times of Crisis," LinKS@Wharton, June 10, 2009.
- "Challenging Your Mental Models," Latin America CEO Program, April 27, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging your Mental Models," ConvaTec, December 16, 2008.
- "Challenging Your Mental Models," ConvaTec, November 12, 2008.
- "Challenging your Mental Models," linKS @ Wharton, October 27, 2008.
- "Islam and the West: Challenging Your Mental Models," Wharton Fellows Dubai Master Class, October 12, 2008.

66

**APPENDIX A**

- "Challenging Your Mental Models," Wharton Fellows, April 6, 2008.
- "Philadelphia Master Class: The Power of Impossible Thinking," Wharton Connect, April 3, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Strategic Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Power of Impossible Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," LinKS @ Wharton, November 12, 2007.
- "The Power of Impossible Thinking," Wharton Connect, November 1, 2007.
- "The Power of Impossible Thinking and Global Strategic Management," CEIBS @ Wharton, June 18, 2007.
- "Challenging Your Mental Models," Estée Lauder Companies General Management Program, January 28, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Wharton's Business Initiative re: Building Winning Profitable Organization in Professional Team Sports, March 19, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006
- "Creative Thinking and Action," Toyota Executive Development program, September 26, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," A Wharton Fellows Dinner Event, Kuala Lumpur, March 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth Strategies and New Mental Models," Wharton Fellows, August 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Capturing Opportunities and Developing New Mental Models," Wharton on the New Business Reality, December 2001.

**3) Transformation and Growth**

- "Profitable Growth Stratgies," Links: Winning the Right to Serve, September 20, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business Models of the Future," 10th LinKS Wharton Program, June 9, 2010.
- "Creating a New Business Paradigm," Latin America CEO Global Program, May 10, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Opportunities In Times of Crisis," Wharton Fellows, May 17, 2009.
- "Opportunities In Times of Crisis and Recession," Knowledge@Wharton Advisory Board, May 14, 2009.
- "Opportunities In Times of Crisis," Meeting of the Advisory Board of the Jay H. Baker Retailing Initiative, June 23, 2009.
- "Progress, Problems, and Prospects," Wharton Fellows, May 12, 2009.
- "Creating a New Business Paradigm," Latin America CEO Program, April 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Stretch Objectives, Synthesis and Strategy," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Expand Customers, Value Creation and Diabetic Pathways," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Integrating Strategies and Leveraging Synergies," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Evolving World," LinKS @ Wharton, November 12, 2007.
- "The Evolving World," Wharton Fellows Philadelphia Master Class, February 27, 2007.
- "Leadership Challenges in the Pharmaceutical Industry," TEVA Israel *Leading Your Business*, June 28, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A View from the Top: The Perspective of the Enlightened CEO," Wharton Executive Leadership Program for AICPCU, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

67

- Strategy Discussion with Telenet's Top Management, March 11, 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Organizational Change: Problems, Progress, and Prospects," PricewaterhouseCoopers Strategy Master Class, July 26, 2002.
- "Capturing Business Opportunities in a Changing World," SIA Institute, 50th Anniversary Program, March 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Winning in the Next Millennium, "Driving Change," 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Stennis Congressional Fellows Program at Wharton, "Driving Change: Creating Winning 21st Century Organizations," 1997.
- "Management in the 21st Century," Wharton AMP, Philadelphia, PA, September 1989.

### 4) Marketing and Branding

- "Global Branding Strategy," Brand Leadership: Strategies for Driving Growth in a Global Marketplace, Philadelphia, PA, June 5, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a New Marketing Paradigm," IDC@Wharton November 25, 2012.
- "Rethinking Your Marketing Strategy," Aresty IESE/CEIBS Global CEO Program, March 19, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing and Business Strategies in the Age of the Empowered Consumer," IDC @ Wharton, September 19, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Your Marketing Strategy," Latin America CEO Global Program, May 14, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reinventing Marketing," IDC/CEIBS @ Wharton, October 21, 2009.
- "Opportunities in Reinventing Marketing," Wharton Fellows, May 18, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Is Marketing Driving Your Business Strategy?," The Conference Board 2008 Marketing Excellence Conference, November 13, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Destroy Your Brand, "Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Market-Driven Organization," AICPCU and IIA Advanced Executive Education, Wharton, September 10, 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Impact of the e-Bus Revolution on the Marketing Discipline," Wharton Fellows in e-Business, The Impact on the Discipline, December 2000.
- "World Class Marketing: Implications for Spencer Stuart," The Wharton/Spencer Stuart Leadership Assessment Program, June 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy in the Global Information Age," AMP Program, February 23, 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy in the Global Information Age," AMP Program, October 1997.
- "Segmentation and Positioning for Sales Force Effectiveness," Sales Force Management, Wharton Executive Education, March 1997.
- Sales Force Management Program, "Segmentation and Positioning for Sales Force Effectiveness," 1987, 1990, 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," Keynote Address, Healthcare Marketing and Communications Council and Wharton Executive Education, Wharton School, April 8, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPENDIX A**

- "Marketing 2000," AIMSE/Wharton Investment Institute, January 13, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Pharmaceutical Marketing: Emerging Challenges and Opportunities," Pharmaceutical Advertising Council and Wharton Executive Education Conference on Reengineering Pharmaceutical Marketing, February 25, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy" in the J&J-Wharton Fellows Program in Management for Nurses, 1983, 1984, 1985, 1986.
- AMA International Conference Workshop, Philadelphia, June 1978.
- Marketing Strategy, AMP – Advanced Management Program, 1988-91; 1997-1998.

**5)  The Network Challenge**

- "Leveraging the Network Multiplier," LinKS@Wharton, September 15, 2014.
- "Creating Network Organizations," LinKS@Wharton, September 14, 2014.
- "Network Orchestration," Global CEO Program, March 3, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration," Global CEO Program, March 13, 2013.
- "Network Orchestration in a Flat World," LinKS NEXT in Line Module 2: Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Governance and Orchestration in a Flat World," Links: Winning the Right to Serve, September 20, 2012.
- "Orchestration in a Flat World," LinKS Next in Line Program @ Wharton, June 22, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Orchestration in a Flat World," LinKS Next in Line Program @ Wharton, November 10, 2011.
- "Organizational Networks for Effective Competition in the Flat World, Leadership Development Program at Wharton, February 28, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Organizational Networks for Effective Competition in the Flat World", Tyco Electronics Leadership at Wharton, November 16, 2010.
- "The Network Challenge," SEI Executive Network, June 28, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business Models of the Future: Orchestrating Alliances," LinKS@Wharton, June 10, 2009.
- "Global Economic Crisis," Latin America CEO Program, April 26, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Competing in a Flat World," Wharton Fellows, February 26, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.

**6)  Future of Advertising**

- "The Future of Media in the Context of the Future of Advertising, " The Media Future Summit, October 27, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, June 17, 2013.
- "Facebook Roundtable," Wharton Future of Advertising, January 18, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models of Advertising,"  Havas University Leadership Excellence Program, September 20, 2012.
- "The Future of Advertising," Cheil Worldwide Global Marketing Program, August 30, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising," Havas/Euro University Leadership Excellence Program, October 4, 2011.
- "The Future of Advertising," Cheil Worldwide, Global Marketing Program, September 6, 2011.
- "Challenging Your Mental Models of Advertising," Austrian CEO Future of Advertising Master Class,

69

March 7, 2011.
- "Insights from The Wharton Future of Advertising Project"  Wharton Fellows at the Conference Board: Philadelphia Master Class, January 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising", Havas/Euro University Leadership Excellence Program, October 26, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising is NOW," Cheil Communications Project Based Learning in Marketing, August 19, 2008.

**D. Committee Responsibility:**

1. Marketing Department Committees:

   - Curriculum Committee 2008-2013; 2015-2017
   - Computer Committee 2009-2012
   - 5 Year Plan Committee (chair), 2004-2005.
   - Initiator and Chair of a Committee to develop a marketing certification program, 2004-2005
   - Recruiting/Personnel Committee, since 1971. Chairman Recruiting Committee, 1978-1979; 1981-1983; 1987-1988; Co-chair of the subcommittee for recruiting of STARS 2007- .
   - Curriculum Committee, Member of Committee and Chairman of a number of its subcommittees 1967-1978, and 1996-1998. Chairman of the committee 1970-1971,1973-1975, 1976-1978, and 1980.
   - Ph.D. Program Coordinator, 1972-75. Doctoral Committee, 1988-1989.
   - External Boards/Affairs Committee, 1987/88; Chair 1988-1989.
   - Member and Chairman of various departmental Committees, including all the department's advisory committees since 1971, Marketing Fund Committee since 1983, and its Long Range Planning Committee, 1970-1971.
   - Senior Faculty Recruiting, Chairman 1995-1997

2. Wharton School Committees:

   - Initiator and developer of *Wharton School Publishing* in conjunction with Pearson/FT, Founding Editor and member of the Faculty Editorial Board (2003-2008)
   - Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010
   - Dean Advisory Council (since its inception in 1983 to 2000) and 2007/2008; 2008/2009
   - Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010
   - Co-Chair, Search Committee for the new Director of the Lauder Institute (2006)
   - Member of the Alfred West, Jr. Learning Lab Faculty Committee (2001-2005)
   - Chairman, Dean's Committee on Cross-Functional Integration (2002-2004)
   - Member of the Executive Development Faculty Advisory Board (2002-2004)
   - Chairman of a Faculty Committee to assure cross program dissemination of e-Curriculum Developments (2000)
   - Member of the Strategic Planning Steering Committee, 1999-2000
   - Member of the Committee to prepare the strategy for "Management, Leadership, and Organizational Priority" area of the University's Agenda for Excellence, 1998
   - Senior Faculty Committee to Review the Global Presence strategy (Summer 1997)
   - Member of the Advisory Committee on Faculty Personnel, 1976-1978; 1984-1985; 1987-1989; 1994-1995
   - Chairman of the Graduate Curriculum Committee focusing on a critical examination of the MBA program and its appropriateness for preparing the leaders of the 21st century enterprises. The Committee developed the new MBA curriculum which was tested in 1991/1992 and 1992/1993 and which was fully implemented starting in 1993/1994.
   - Initiated and organized the Management Education Council – the vehicle for corporate support and funding of the new MBA curriculum, 1992-1993

70

- The Wharton International Committee: Chairman, 1978-1981, 1982/1983, 1995-1997. [The 1995-1997 committee developed the Wharton globalization strategy.] Member: 1967-1968, 1983-1987, 1989-1991.
- Member of Boards of the following Wharton Centers:
  - The SEI Center for Advanced Studies in Management (Founder), 1988 to 2018
  - The Lauder Institute (Founder) (1983 to present)
  - Knowledge@Wharton (2011 to present)
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  - The Alfred West, Jr. Learning Lab (Initiator of the Lab and Founder of the External Advisory Committee), 2001-2005
  - Risk and Decision Process Center, 1984-1986
  - The Manufacturing and Logistics Forum, 1992-2000
  - The Wharton/PIMS Research Center (Co Founder), 1985-1998
  - U.S. Japan Management Studies Center, 1989-1992
  - Wharton Emerging Economics Program, 1992-1995
  - The Wharton Center of International Management Studies (Founder), 1981-1983
  - Wharton Public Policy Initiative, 2013-present
- Dean's Planning Task Force (1986)
- Member of the School's Executive Education Policy Committee, 1987-1989
- Member or chairman of a number of Chair Search Committees, including seven chairs in Marketing (1985, 1987, 1988-1990, 1992, and 1997), Entrepreneurship (1984-1985, 1997-1998), International Management (1984-1985), Operations Management (1986), the chair and director of the US-Japan Center (1988-1991), the chair in Managerial Economics (1989), the chair in Information Technology (1996-1997), and the chair in Electronic Commerce (1999).
- Member of the (ad hoc) Committees to Review Various Units and Departments:
  - The Snider Entrepreneurial Research Center, 2004-2005
  - Finance Department, 2001-2002
  - The Real Estate Center, 1988
  - Social Systems Science, 1985-1987
  - U.S. Japan Center, 1985-1986
  - Multinational Enterprise Unit, 1977-1978
- Member of the School's Faculty Personnel Committees of:
  - The Health Care Systems Unit, 1974-1975
  - The Multinational Enterprise Unit, 1978-1979
- Member of the Committee on Academic Freedom, 1977-1978
- Chairman of the Advisory Committee for the Wharton Executive MBA Program, 1974-1975
- Chairman of the Wharton School Doctoral Admissions Committee, 1974-1975
- Graduate Academic Standards Committee, 1969/1970 – 1971-1972. Chairman of its subcommittee for the evaluation and redesign of the school's grading system
- A number of Ad Hoc Committees and task forces for the:
  - development of a core Ph.D. Behavioral Science Course, 1972-1973,
  - redesign of the International Business program, 1971,
  - review of the Economic Offerings for Business and Applied Economic doctoral students, 1970-1971,
  - development of a Continuing Education Program in Health Care Administration, November 1971October 1973
- Evening School Committee, 1972-1973
- Behavioral Lab Planning and Implementation Committee, 1989-1990

## E.  Doctoral Dissertations Supervised

Bent Stidsen (1972); Yehoshua Buch (1972); Kathy Villani (1973); Rene Y. Darmon (1973); Arun K. Maheshwari (1973); Chris Hetzel (1973) winner of the AMA Doctoral Dissertation Competition; Arun K. Jain Honorable mention at the AMA Doctoral Dissertation Competition; Joel Huber (1974); Irwin D. Reid (1975); Chris Buss (1979) winner of the AMA Doctoral Dissertation Competition; Robert J. Thomas (1980) Winner of the Academy of Marketing Doctoral Dissertation Competition; Cynthia Fraser (1980); Joel Steckel (1981) Honorable Mention AMA Doctoral Dissertation Competition; John Deighton (1983); Rajeev Kohli (1984); Oliver Heil (1988); Kamel Jedidi (1988); Bari Harlam (1989);

71

Kris Helsen (1990); Nino Buran (1991); Hoon Young Lee (1992); Rajeev K. Tyagi (1994); Amy Kallianpar (1998).

**F. Addresses to Alumni Club and Other Groups Regarding:**

**1) The Joseph H. Lauder Institute**

Illustrative addresses to alumni clubs and other groups on the changing needs for management education and the University's response -- The Joseph H. Lauder Institute.

1.  Alumni Clubs addressed include:
    *   Toronto (August 1987)
    *   Milan (October 1987)
    *   Philadelphia (January 1984, January 1986)
    *   Long Island (January 1984, March 1986)
    *   Cleveland (April 1986)
    *   Taipei (July 1985)
    *   Tokyo (June 1985)
    *   Hong Kong (July 1985)
    *   Dallas (December 1984)
    *   London (May 1984)
    *   Paris (December 1983)
    *   San Francisco (November 1983)
2.  University Groups:
    *   Board of Directors of the Association of Alumnae, (March 1984)
    *   The Vice Provost Advisory Board, (February 1984)
    *   Wharton Board of Overseers, (January 1984, 1997)
    *   Trustees (October 1983, January 1984)
3.  Other Groups (partial list):
    *   University of Pennsylvania Trustee Committee on Academic Policy (January 1988).
    *   40th National Conference of the Council on International Education Exchange, San Francisco (November 1987)
    *   Title VI Center Lauder conference on International Studies and Foreign Language for Management. Philadelphia (May 1986)
    *   University of Pennsylvania Alumni (Alumni day, Philadelphia, May 1985)
    *   Delaware Valley Faculty Exchange Program on International Business and Language Studies (December 1984)
    *   AIESEC-Northeast regional conference (October 1984)
    *   Deans of 50 schools in an AACSB seminar on Internationalizing the Business Curriculum (March 1984)

**2) Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum**

*   Wharton External Affairs, May 2009
*   Wharton-Recanati Program, 1993
*   International Forum, 1993
*   Erasmus University – Faculty and Administration, 1993
*   Marketing Advisory Board Meeting, 1993
*   Board of Directors of the Wharton Alumni Association, September 1988; May, 1993
*   College of Business Administration, University of Texas at Austin C Advisory Board and Faculty, February 1992
*   INSEAD Faculty and Administration, February 1992
*   Security Industry Institute, 40th Anniversary Program, Wharton, March 1992\
*   Wharton Advanced Management Program Participants, 1990, 1991
*   The Wharton Graduate Advisory Board 1990
*   Wharton's European Advisory Board 1991

72

**APPENDIX A**

- Alumni attending the May 1991 Alumni Reunions
- The SEI Center Board of Directors 1990-1991
- The Joseph H. Lauder Institute Board of Governors 1991
- The Wharton Board of Overseers, April 1988

**3)  Globalization Strategy**

- Dean's Advisory Board, February 1997
- Wharton Board of Overseers, March 1997
- Wharton Graduate Executive Board, March 1997
- Wharton Executive Education Advisory Board, May 1997
- European Advisory Board 1997
- Wharton Faculty 1997

**4)  Wharton's Information Management Initiatives (WIMI)**

- All Wharton Departments 1998 – 2001
- The 1st Conference of the Wharton Alumni Club of Israel March 2001
- Dean's Faculty Lunch, April 1998

**5)  Cross-Functional Integration of the MBA Curriculum**

- Ph.D. Proseminar (Fall 2003)
- CEO Panel for the entering 2004 class (August 2003)
- Graduate Executive Board (March 2003)
- Wharton Faculty (Feb 2003)

**6)  Wharton Fellows Program**

- Wharton Executive Education Advisory Board (April 2004)
- Wharton Alumni Club of Atlanta (November 2001) and Israel (December 2001)

**7)  Wharton School Publishing**

- Wharton Executive Education Group (January 2005; May 2006)
- Jay H. Baker Retailing Initiative Board (October 2005)
- Wharton School External Affairs group (February 2004)

**8)  Illustrative presentations regarding The Power of Impossible Thinking**

- Alumni Leadership Conference, Hong Kong (May 2007)
- Wharton Connect: On Campus (March 2007)
- Wharton Connect (October 2006)
- Organizational Development Network of Greater NYC (October 2006)
- Wharton Staff Workshop (September 2006)
- The Wharton Club of New Jersey (July 2006)
- CEIBS @ Wharton (July 2006)
- Wharton Sports Business Initiative (May 2006)
- Microsoft's Latin America Financial Services CEO Roundtable (March 2006)
- LinKS@Wharton (November 2005; August 2006)
- Merrill Lynch, Investment Banking Institute at Wharton (August 2005)
- The Greater Glenside Chamber of Commerce Meeting (June 2005)
- Wharton Fellows Event, Singapore (March 2005)
- EMTM Alumni Council (February 2005)
- Miami Wharton Club (December 2004)
- Advertising Research Foundation Breakthrough Conference (November 2004)

73

- Washington, D.C. Clubs of Wharton and AFLSE (September 2004)
- Deutsch Bank External Insights, New York (September 2004)
- Executive Briefing to Federal Express (September 2004)

**9) Competing in a Flat World**

- Links @ Wharton, Philadelphia (October 2008)
- University of Monterrey, Monterrey, Mexico (October 2008)
- American Chamber of Commerce in Hong Kong, Hong Kong (July 2008)
- The Wharton Club of Spain, Madrid, Spain (June 2008)
- CASRO International Research Conference, New York (May 2008)
- Wharton Club of Southern California, Santa Monica, California (April 2008)
- Wharton Club of New York, New York, New York (February 2008)
- Wharton Fellows, New York, New York (February 2008)
- FirstCaribbean Leadership Programme, Philadelphia, Pennsylvania (November 2007)
- Wharton Marketing Conference: Back to Class Session (October 2007)
- Milken Institute Global Conference, (April 2006)

**II. <u>University of Pennsylvania – University Committees:</u>**

- Faculty Affiliate to the Wharton Public Policy Initiative, 2013
- Member, Faculty Advisory Board, Positive Psychology Center, 2011
- Member of the Institute for Strategic Threat Analysis & Response @ Penn (ISTAR) Advisory Board, 2007
- Integrated Product Design – Overseer, 2008-2012
- Chair, Penn Social Responsibility Advisory Committee, 2008-2009 and 2009-2010
- Committee for generating new revenues by medical education initiatives, University of Pennsylvania Health System, 2007-2008
- Research Foundation Committee, Social Science and Management Review Panel, 1999-2006
- Member of the Faculty Advisory Group to Campus Development Planning Committee, 2005-2006.
- Member of the Committee on International Programs, 2002-2006
- Member of The Ackoff Center Advisory Board, 2001-2006
- Member of the Provost Art and Culture Committee, 2002-2004
- Faculty Senate Committee on Administration, 1995-1998
- Chair, Subcommittee of the Faculty Senate Committee on Faculty Teaching Evaluations, 1997-1998
- Chairman of Special Presidential Committee on Borderless Education, 1997-1998
- Provost's Task Force on the University of the Global Information Age, 1996-1997
- Faculty Editorial Board, University of Pennsylvania Press, 1996-1997
- Member of the Provost's Committee on Information Science and Technology, 1996-1997.
- Member of the Provost's Committee on Distance Learning, 1996-1997
- Chairman of a new university committee focusing on innovative revenue generation, 1992/1993 and 1993/1994. Members include the President, Provost, Chairman of the Board of Trustees, 3 deans, 3 trustees, and 3 faculty members.
- Chairman of a Subcommittee for the Evaluation of the University Office of International Programs, 1990-1991 and of a Subcommittee to Evaluate the University's Off-Campus Programs, 1991-1992.
- Member of the Provost Task Force on International Programs (1992/1993; 1993/1994).
- Member of the Provost International Council, 1990-1992.
- Member of the Commission for the 250th Anniversary Celebration of University of Pennsylvania, 1987-1990
- Advisory Board of the PBS series on The Global Economy, 1990.
- University of Pennsylvania correspondent for PBS program on Geo-economy, moderated by Ted Koppel, May 1990.
- Chairman of the Faculty Council of the Joseph H. Lauder Institute, 1983-1988.
- Member of the Board of Directors of the Joseph H. Lauder Institute, 1983 to present.
- Member of the Advisory Board of the office of International Programs, 1980 to present.

74

- Chairman, the Wharton Dean Search Committee, (selected Russ Palmer)1982/1983.
- The Senate Committee on the Economic Status of the Faculty, 1978/1979 (member); 1979/1980 (chairman).
- Member of the University's Committee on Research, 1977/1978. Chairman of its subcommittee for evaluation of the University's Policy and Conduct of Research Programs.
- Member of the FAS – Wharton Committee, 1975-1977.
- Member of the subcommittee of the University's Academic Planning Committee for the Measurement of Academic Performance, 1972/1973.

## III.  The Interdisciplinary Center (IDC), Herzliya, Israel

- Chairman, Higher Academic Council 1999-present
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003-present
- Faculty Promotion and Appointment Committee: Chairman 1999-2005; Member 2005-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003
- Designed the week-long programs at Wharton for its visiting MBA class since 2002
- Chairman, International Academic Advisory Board, 1994-2000
- Delivered the first graduation address of the Wharton IDC Marketing Communication Program,March 1999
- Delivered the first Graduation Address, October, 1998
- Co-founder (1994)
- Delivered the first Zoltan Wind lecture, 1996
- Occasional lectures in various courses, faculty seminars, and public addresses since 1995

## IV.  Other Universities

### A.  Courses Taught

- Erasmus University (The Netherlands) – A variety of courses on marketing strategy and marketing science (1993).
- University of Tokyo (Japan) – Marketing Science (1992).
- University of New South Wales (Australia) – Doctoral Seminar in Marketing (1977).
- University of California at Berkeley – Product Policy, Doctoral Seminar (1975).
- University of Tel Aviv (Israel) – Consumer Behavior, Marketing Seminar (1968).

### B.  Faculty Promotion Review – Illustrative Universities

Columbia University, Harvard University, Massachusetts Institute of Technology, New York University, Pennsylvania State University, Stanford University, Tel Aviv University, University of California at Los Angeles and at Berkeley, University of Chicago, University of Georgia, University of Illinois, University of Pittsburgh, University of Rochester, University of Southern California, University of Texas, Yale, and others.

### C.  Program/School Review

- Indian School of Business – Organization of the Wharton Planning Meeting, April 2002.
- Rice University – member of the external review committee, 1996.
- University of Santa Clara – member of a Site Review Team for the evaluation of the school's marketing department, 1981.
- University of Tel Aviv – Initiator and organizer of the school's faculty colloquium, working paper series, planned and organized a number of the school's executive development programs and various other activities, 1968/1969.
- The Technion, Israel Institute of Technology – Outside examiner at the Graduate Division of the

75

**APPENDIX A**

Technion – The Israel Institute of Technology, Haifa, 1969.

## 5.  OTHER PROFESSIONAL ACTIVITIES

**I.  Development of Research Programs [Illustrative List]**

1. The Future of Advertising (2007 to 2018)*
2. Network-Based Strategies and Competencies (2007-present)
3. Creativity and Innovation (2006-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4. SEI Center project Toward a New Theory of the Firm (2004-2008)
5. SEI Center project with Business Executives for National Security and FINCEN using the Suspicious Activity Reporting System (SARS) for identifying terrorist financing (2003-2004)
6. SEI Center project, Assessing the True Value of the Firm, Co-Directed with David Larcker (2002-2003)
7. The Wharton Office of Homeland Security (OHS) Project, Economic Vulnerability to Terrorism: Assessment, Prioritization and Action Implications, Co-Directed with Paul Kleindorfer (2001-2002)
8. Digital Transformation Project in Collaboration with McKinsey, WeBI and the Fishman-Davidson Center for Service and Operations Management (2001-)
9. e-Curriculum R&D Initiatives (2000-2002) and Curriculum R&D for the Wharton Fellows Decision Support Network (2001-2004)
10. The SEI Center's research program on Creating a 21st Century Enterprise. (1990 to 2018)
11. Established the Value of Marketing program. (1993–1997)
12. Initiated (with Frank Bass) the Empirical Generalizations in Marketing program. (1993–1995)
13. Co-founded (with Greg Farrington) the Virtual University Lab program (1995–1997)
14. Initiated the Computers and Art program for the ENIAC at 50 celebration (1998–1999)
15. Co-developed (with Bob Holland) the SEI Center's George Harvey Program on Value Creation Through Diversity (1996-2000)
16. Co-founded (with Paul Kleindorfer) the Information Management Initiatives Research Program (1998-1999)

**II.  Editorial Activities**

1. Founding editor, <u>Wharton School Publishing,</u> 2003-2008 [see p. 46-48 for list of edited publications]

2. Initiator and editor of *Advances in Marketing Research and Modeling: Progress and Prospects – A Tribute to Paul E. Green*, Kluwer Academic Publishers, 2002.

3. Initiator and editor of *The Wharton School Publishing Newsletter* (monthly July 2005-July 2008)

4. Initiator and Co-Editor of the *Wharton Fellows Newsletter* (quarterly 2003-4; monthly January-December 2005).

5. Initiator and editor of *Wharton Executive Library* (published by Oxford University Press), 1984-1987. The series was aimed at familiarizing top management with recent developments in the various management disciplines. Books published include:
   - Gerard Adams, *The Business Forecasting Revolution, Nation-Industry-Firm*, 1986.
   - Leonard M. Lodish, *The Advertising and Promotion Challenge, Vaguely Right or Precisely Wrong?*, 1986.
   - David Solomons, *Making Accounting Policy: The Quest for Credibility in Financial Reporting*, 1986
   - James C. Emery, *Management Information Systems: The Critical Strategic Resource*, 1987.

6. Initiator and editor of the Scientific Press *Computer Based Marketing Series*. 1984-90. The series offers short books on specialized marketing topics with accompanying PC software. Books published include:
   - Paul E. Green, *CAPPA Electronic Questionnaire Display and Analysis*, 1986
   - Gary Lilien, *Marketing Mix Analysis with Lotus 1-2-3*, 1987
   - John Hauser, *Applying Marketing Management: Four PC Simulations*, 1987
   - Darral G. Clarke, *Marketing Analysis and Decision Making: Text and Cases with Lotus 1-2-3*,

77

**APPENDIX A**

1987.

- Gary Lilien, *Marketing Management: Analytical Exercise with Lotus 1-2-3*, 1988.

7. Editor-in-Chief, *The Journal of Marketing* 1978-1981 (Vol. 43-45)

8. Area Editor, *Marketing Science*, 1981-83 (Vol. 1-2); occasional Area Editor (2002-)

9. Advisory Editor of the Addison-Wesley Marketing Series, 1974-1981. Books published under my editorship include:

- David Hughes, *Marketing Management*, 1978.
- James Bettman, *An Information Processing Theory of Consumer Choice*, 1979.
- Richard N. Cardozo, *Product Policy: Cases & Concepts*, 1979.
- F.E. Brown, *Marketing Research: A Structure for Decision Making*, 1980.

10. Member of the Editorial Boards of:
- Journal of Interactive Marketing, 1998-present
- Journal of Business to Business Marketing, 2004
- Journal of Global Marketing, 1986-1990
- Journal of Product Innovation Management, 1982-1990
- Annual Review of Marketing, 1980-1982
- Computer Operations, 1968-1970
- Journal of Business Research, 1974-1977
- Journal of Consumer Research, 1973-1984
- Journal of High Technology Management and Market Research, 1988
- Journal of Marketing Research, 1978-1981
- Journal of Marketing, 1971-1978
- Journal of Organizational Behavior and Statistics, 1983
- Journal of Pricing Management, 1989
- Journal of Segmentation in Marketing, 1997

11. Occasional reviewer for:
- Decision Sciences
- IEEE Transactions on Engineering Management
- Journal of Management Studies
- Journal of Marketing
- Management Science
- Marketing Science
- Operations Research
- Public Opinion Quarterly
- R&D Management
- The Journal of Economics and Business
- The Wharton Quarterly

12. Screening editor, *Journal of Consumer Research*, 1973-1974.

13. A judge of competitive research papers submitted to the National Conference of The AMA Academic (August) Conference in - Minnesota (1971), Houston (1972), Washington (1973), Portland (1974), Rochester (1975), Memphis (1976), Chicago (1980), Chicago (1984).

14. A judge of Ph.D. dissertations submitted to the AMA Doctoral Dissertation Competition, 1974, 1976, 1977, 1981, 1982, 1983. And the MSI Dissertation, and other award competitions 1984, 1985, 1990

15. Reviewer of papers submitted to the Market Measurement and Analysis Conference (renamed Marketing Science Conference) since 1981.

16. Occasional reviewer of applications for research grants for the Social Science Research Council

78

APPENDIX A

(London, England) since 1972; and the National Science Foundation, Division of Science Information and Advanced Productivity Research and Technology, since 1977.

17. Reviewer of manuscripts for a number of publishers and universities, including the MacMillan Company, the Center for Research of the College of Business Administration of Pennsylvania State University, the Graduate School of Business, Columbia University, Prentice Hall, Jose Bass and others.

## III. Offices Held in Professional Associations

### AMA

1. Member of the Board of Directors, The Philadelphia Chapter of the AMA, 1979-1983.

2. Program Chairman of:
   a) The 1977 AMA Doctoral Consortium Philadelphia, August 1977.
   b) The 1975/1976 AMA Attitude Research Conference, Hilton Head, SC, February 1976.
   c) The National Educators AMA Conference, Washington, D.C., August 1973.
3. Member of a number of AMA councils including the Advisory Council of the National Marketing Honorary Society of the AMA - Alpha Mu Alpha, 1980/1981 and the Educational Policy Council, 1977/1978.

### TIMS

1. Chairman, 1974/1975; Chairman Elect, 1973/1974; and Vice Chairman, 1971/1972 of the Institute of Management Science College of Marketing.
2. Program Chairman of:
   a)  Marketing track on "Marketing Science for Increased Competitiveness of Firms and Countries," 1988 Washington, D.C., TIMS/ORSA Conference.
   b)  The 1981 Market Measurement and Analysis Conference (with Vijay Mahajan).
   c)  The Delaware Valley Chapter, 1967/1968.
3. Member of the Program Committees of the Market Measurement and Analysis Conference: University of Texas, 1980; New York University, 1981; and the Marketing Science Conference: University of Chicago, 1983; Vanderbilt University, 1985; University of Texas at Dallas, 1986; Centre HEC-ISA, Jouy-en-Josas, France, 1987; Washington University, 1988.
4. Member of the Advisory Board of Marketing Science, 1983-present.

### IAM – The International Academy of Management

1. Chancellor, 2000-2006.
2. Vice Chancellor for the Americas, 1995-2000.
3. Program chairman, the Americas Conference, 1994, 1998.

### MASB – Marketing Accountability Standards Board

1. Member of the Board of Directors since 2010.

### MSI – Marketing Science Institute

1. Chair of a task force on e-business evaluation (part of the Metrics program), 1999.
2. Academic Trustee (1989-1995).
3. Member of the Academic Advisory Council (1983-1987).
4. Member of a number of steering groups, including
   - Marketing Strategies Steering Group, 1983-1987.
   - The International Advisory Steering Committee (1985-1987).
   - Information Technology Steering Committee (1990-1992).

79

**Other**

1. The Diebold Institute Entrepreneurship and Public Policy Project, Committee of Advisors (1999-__ ).
2. World Management Council. Member of the Academic Advisory Board (1988–1989).
3. Member of the interdisciplinary task force (organized by AMA) for the design of the *Journal of Consumer Research*, (October 1971–July 1972). Founding member of the Policy Board of the *Journal of Consumer Research* (1972–1983); Chairman of the Board (1977–1978); Chairman of the 1976 and 1981 Editor Search Committees.
4. Member of the Philadelphia's International City Steering Committee (1983–1985, 1987–1988).
5. Member of the Publication Committee of AAPOR (1973-1974).
6. Member of Program Committee of 1979 ACR Conference.
7. Member of the Advertising Research Foundation 75th Anniversary Convention Program Committee (2010)
8. ANA Talent (2016-present)
9. QS World University Rankings (2009-present)
10. Insights 2020 (2015-present)
11. Journal of Advertising Research, Editorial Review Board and Senior Advisory Board (2015-present)
12. Turner Ad Lab (2016-present)
13. Visual Domains (2016-present)

**D.    Planning and Organizing Professional Programs at the University**

1. Empirical Generalizations in Advertising, December 2008; and Empirical Generalizations in Advertising II, "What works in the New Age of Advertising and Marketing," May 2012, with the Ehrenberg-Bass Institute for Marketing Science, University of South Australia
2. Advertising Effectiveness, with the Wharton Customer Analytics Initiative, May 2013.
3. Gaps in Measuring Advertising Effectiveness, with the Advertising Research Foundation, 2012-2013.
4. Chair, "Network-Based Strategies and Competencies," a joint project with INSEAD co-directed with Paul Kleindorfer, Initial Workshop, May 3, 2007. Conference, November 2007.
5. Chair, "The Future of Advertising," a joint project with the ARF, Workshop, March 30, 2007. Conference, December 2008.
6. Initiated and chaired a task force to develop a Marketing Certification Program (2003-2004)
7. Co-Designed with Bob Mittelstaedt an executive education program on "Wharton on the New Reality of Business," December 2001 [including the design of the "Wharton Post 9/11 Business Scenario" (October 2001-)] and May 2002.
8. Designed and directed the executive programs, "Winning in the Next Millenium," December 1998.
9. Initiated "The Impact of Computers and Information Technology on Management: 1946, 1996, 2001," May 13-14, 1996 program for the ENIAC at 50 celebration (1994-1995).
10. Initiated the "Computers and Art" program for the ENIAC at 50 celebration (1994-1995).
11. Participated in the original design of the Wharton – AT&T Marketing Management Program. Taught in the 1973, 1975 -1980 programs.
12. Developed, organized and taught a Marketing Research Seminar for U.P. Clinical Scholars Group (February–May 1975 and February–April 1976).
13. Planned and taught the marketing management section of a number of advanced management programs of the University of Pennsylvania:
    - Dean Witter - Wharton Account Executive Program, 1986.
    - Securities Industry Association Program, annually since 1982.
    - Advanced Management Program for Overseas Bankers, 1975, 1976.
    - Program for Health Care Executives, 1973, 1975, 1982.
14. Participated in various executive development programs of the Marketing Department of the University of Pennsylvania:
    - Marketing for the Postal Service, 1983.
    - Marketing Strategy Seminar, since 1981 (January & May).
    - Pharmaceutical Advertising Council, 1980/1981.
    - Wharton Salesforce Management Seminar, since 1980 (January & May).
    - Dixie/Marathon (American Can Company), May 1977.
    - Marketing Research Seminar 1977-1983.
    - General Building Contracting Association, Inc., January 1977.

80

APPENDIX A

- Center de Promotion du Commerce International, Chambre de Commerce et d'Industrie de Nantes, 1976, 1978-1980.
15. Planned and taught (with Thomas Robertson) a number of seminars on Health Care Marketing for:
    - The Virginia Hospital Association, February 1978.
    - The New York Management Center, September and November 1977.
    - The Wharton School's Lifelong Education Program, October 1976.
16. Co-founder, organizer of the Wharton teaching component, and frequent lecturer in the Wharton/Israel Binational Marketing Management Program [The Consulting Practicum] 1979-1995.

**E.   Award Committees**

1. Member of the Sheth Award Committee to select the winning *Journal of Marketing* article that had the greatest long-term impact on the marketing discipline, 2009-2010

2. Member of the Parlin Board of Governors, 1978-1983, 1995-2008 ; Chairman of the Board, 1980/1981.

3. Member of the selection committee for MIT's Sloan Management Review/Price-Waterhouse Company, 2003 – Best Article Award.

4. Member of the "Global Marketing Scholar's Prize" Selection Committee, 2011, hosted by Korean Academy of Marketing Science

5. Nominator for the Marketing Communications Award of the World Technology Network, 2002-present

6. Initiator of the Lauder Institute Award for the Research Paper that Best Advances the Theory & Practice of International Management Science. Administered by TIMS and Chairman of the first award, 1989.

7. Member of the W. Arthur Cullman Executive Award Selection Committee (Ohio State University), 1985-1986

8. Member of a panel of judges for the evaluation of nominees for the Paul D. Converse Awards for Outstanding Contributions to the Development of Theory and Science in Marketing, 1974, 1977, 1981, and 1986.

**F.   Planning and Organizing Professional Programs Outside the University**

1. KMDC Program, Kuala Lumpur, The Power of Impossible Thinking and Its Implications for Marketing Innovations, March 15-16, 2005.

2. Co-director (with Hotaka Katahira) of the Marunouchi Global Center Management Program, 2002.

3. Planned and taught a number of two-day seminars on "Recent Developments in Marketing Research Methodology" for:
   - The Management Center, University of Bradford, February 1975 and May 1976.
   - The University of Laval, Canada, November 1973.
   - The University of Social Sciences at Grenoble, France with (Paul E. Green), May 1973.

4. Planned and taught various AT&T Executive Development Seminars on:
   - "Multivariate Analysis in Marketing," March and August 1975.
   - "Market Analysis," December 1974, and June 1975.
   - "Market Segmentation," September 1974, November 1975 and March 1976.
   - "How to get the Most Out of Your Marketing Research," Spring 1974.
   - "Consumer Behavior," October 1972, January 1978.

APPENDIX A

5. Planned and taught two one-day executive seminars on Conjoint Analysis and New Product Policy at the University of New South Wales (Australia), June 1977.

6. Planned and taught a number of executive seminars at the University of Tel Aviv: Marketing Strategy (1969); Product Policy (1977); Marketing and Corporate Strategy (1978, 1980); New Development in Product and Marketing Research (1980).

7. Planned and taught the marketing research section of the Bank Marketing Program of the Graduate School of Bank Marketing, April 1977.

8. Planned and taught a series of two-day seminars on Marketing Strategy for the New York Telephone Company, February and April 1976.

9. Initiated, planned and organized a number of two day workshops on:
   - Concept Testing, University of Pennsylvania, March 1972.
   - Industrial Buying Behavior (with Frederick E. Webster and Richard N. Cardozo), sponsored by the AMA & the University of California at Berkeley, April 1971.
   - Research Utilization, (with Steve Greyser and Randy Batsell), sponsored by the AMA and MSI, April 1979.
   - Advances and Applications in New Product Forecasting: Innovation Diffusion Models (with Vijay Mahajan) sponsored by MSI, October 1983.

10. Organizer and chairman of various sessions at annual conferences of various professional associations (illustrative list):
    - "Design Meets Marketing: Service Innovation by Design," Marketing Science Institute and Corporate Design Foundation Conference, Stanford University, October 17, 2007.
    - "Marketing science: Accomplishments and challenges in the global information age," plenary session at Informs, Philadelphia, November 1999.
    - "Consumer Labs," Marketing Science Conference, March 1997.
    - "Global Marketing Strategy," 1991 ORSA/TIMS Meeting
    - "Creation of Innovative Marketing Knowledge: An Interdisciplinary Perspective," 1989 AMA Marketing Educators Conference, August 1989.
    - Strategic Alliances," TIMS Osaka, Japan, July 1989.
    - "Industrial and New Technologies Marketing: Lessons from Industry," International Research Seminar in Marketing, La Londe les Maures, France, May 1989.
    - "New Product Development Models," ORSA/TIMS, San Diego, October 1982.
    - "Product/Market Portfolio Models," ORSA/TIMS, Colorado Springs, November 1980.
    - "The Role of Multivariate Analysis in Consumer Research," APA, Toronto, 1978.
    - "Applications of Management Science to Market Segmentation," TIMS, Miami, 1976.
    - "Recent Developments in Management Science Application in Marketing," TIMS, Las Vegas, 1975.
    - "Multidimensional Scaling and Conjoint Measurement in the Study of Multidimensional Psychophysics," ACR, Boston 1973.
    - "Implementation of Management Science in Marketing," TIMS, Houston 1972.
    - "On the Teaching of Consumer Behavior," AMA, Houston, 1972.
    - "Family and Industrial Buying Behavior," AMA, Minneapolis, 1971.
    - "Multidimensional Scaling in the Study of Consumer Behavior," ACR, 1970.

11. Planned, organized and taught a Marketing Management Program for the top executives of the Union of Cooperative Societies (Israel), April to July 1969.

12. Planned and taught marketing courses at a Graduate Program for Marketing Consultants at the Israel Institute of Productivity, September 1968 to January 1969.

13. Academic advisor to a number of organizations engaged in Management Training in Israel. Primarily the Israel Institute of Productivity, and the Technion Research and Development Foundation Ltds., January to August 1969.

82

**G.  Presentations**

**A.  Presented papers at various national conferences of the American Marketing Association**
December 1967; June and August 1968; August 1969; August 1970; June and August 1974; April and August 1975; August 1976; August 1977; June and August 1978; June and August 1979; June and August 1980; August 1981-1990, March 1990, August 1991; August 1991, April 1993; February & August 1994, August 1995, August 1996, August 1997, February 1998, August 1999.

**B. Speaker in various conferences and workshops**

- Association for Consumer Research (ACR), 1968, 1970/1973, 1975, 1977, 1984.
- The Institute of Management Science (TIMS), 1969, 1972, 1974-1978, 1980- .
- American Institute of Decision Sciences (AIDS), 1974, 1976.
- American Association of Public Opinion Research (AAPOR), 1974/1975.
- American Psychological Association (APA) DIV 23, 1978.
- American Statistical Association (ASA), 1978.
- AMA Philadelphia Chapter, 1980/1981.
- Annual Conference of the Strategic Management Society, 1984.
- Annual Conference of the Pharmaceutical Marketing Research Group (PMRG), 1986, 1987.
- Annual Conference of the World Future Society Assembly, Washington, D.C., 1993.

**C.  Speaker in a number of the AMA Attitude Research Conferences:**
1967, 1971, 1973, 1976, 1987.

**D.  Member of the Faculty of the AMA Doctoral Consortiums**
- University of Colorado, 1996
- University of Santa Clara, 1994
- University of Southern California, 1991
- New York University, 1987
- University of Notre Dame, 1986
- University of Michigan, 1983
- University of Minnesota, 1982
- Pennsylvania State University, 1980
- University of Maryland, 1981
- University of Wisconsin, 1979
- University of Chicago, 1978
- University of Pennsylvania, August 1977
- University of Texas, August 1976
- University of Illinois, September 1971

**E.  Member of the Faculty of the First Indian Doctoral Consortium,  2012**

**F.  Member of the AMA Faculty Consortium, Chicago 1997**

**G.  Illustrative papers delivered in various professional workshops**

- Applications of Multidimensional Scaling to Marketing and Business, sponsored by the University of Pennsylvania and Bell Laboratories, June 1972.
- Planning Data for STI Managers, Sponsored by NSF office of Science and Information, December 1976.
- Synthesis of Knowledge of Consumer Behavior, sponsored by the RANN Program National Science Foundation, April 1975.
- Multinational Product Management, sponsored by the Marketing Science Institute and the AMA International Marketing Division, January 1976.
- Consumer and Industrial Buying Behavior, sponsored by the University of South Carolina, March 1976.
- Organizational Buying Behavior, sponsored by the University of Pittsburgh, April 1976.

83

**APPENDIX A**

- Consumer Research for Consumer Policy, sponsored by the MIT Center for Policy Alternatives, July 1977.
- Analytical Approach to Product-Marketing Planning, sponsored by the AMA and MSI, University of Pittsburgh, November 1977, October 1981.
- Interfaces Between Marketing and Economics, sponsored by the University of Rochester, 1978, 1983.
- Industrial Marketing, Penn State University, May 1982.
- Market Measurement and Analysis, renamed Marketing Science Conference sponsored by ORSA/TIMS:
    - Centre HEC-ISA, Jouy-en-Josas, France, 1987.
    - University of Texas at Dallas, 1986
    - Vanderbilt University, 1985
    - University of Chicago, 1984
    - University of Southern California, 1983
    - Wharton, March 1982
    - New York University, March 1981
    - University of Texas, Austin, March 1980
    - Stanford University, March 1979

**H.  Illustrative addresses at various top management conferences and meetings**

- Moderator of Key Issue Forum on Social Media and Brand Opportunities, ARF Re:think Conference, New York, NY, March 23, 2010
- "Moving From Me to We: The New Competitive Edge," Milken Global Conference, Los Angeles, April 28, 2008.
- "The Wisdom of Crowds in Today's Digital World: We vs. Me," Milken Global Conference, Los Angeles, April 23, 2007.
- "Innovation," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "The 1st Mover Advantage Challenge," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "Getting More with Less," Telenet CEO Strategy Review, June 19-20, 2006.
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.
- "New Frontiers in the Practice of Management: Toward a New Theory of the Firm" with Paul Kleindorfer, CEO Workshops at IDC Israel, January 27, 2006.
- "Strategic Trends on the Global Marketplace," The Sixth Herzliya Conference on The Balance of Israel's National Security, January 2006.
- "Recent Developments in Marketing and Branding Strategies," presented to the Board and top management of IDT HK, August 2005.
- "Tapping Opportunity in the Developing World: Innovative Solutions for Companies and Communities," Milken Institute Global Conference, April 2005.
- "Return on Marketing Investment: Progress, Problem, and Prospects," Council of Marketing Executives, The Conference Board, October 6, 2004.
- "The Power of Impossible Thinking: A Prerequisite for Profitable Growth," Milken Institute Global Conference, April 27, 2004.
- "The Transformation Challenge," YPO at SEI, March 2004.
- "Technology for Profitable Growth: Progress, Problems, and Prosperity, eBRC Board of Directors meeting, Philadelphia, May 2003.
- "Business and the Pending Wars," a global senior executive Web conference, February 2003.
- "e-Business Revolution: R2R (Return to Reality)," World Leadership Forum of the Foreign  Policy Association, New York, September 2000.
- "UNIG Top Executive Forum," Singapore, August 2000.
- "The Future of the Marketing Organization," MSI Board of Trustees Meeting, April 27-28, 2000.
- "Preparing for 2002: Creating a Leading Global Medical Communication Company for the 21st Century," Top Management of Medius Group Int. Paris, May 1997.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise," The Hong Kong Management Association, January 1996.

**APPENDIX A**

- "Building the 21st Century Corporation Today: A Marketing Perspective," A one day session for CEOs who participate in the MASTERSHIP program (LA) January 1990.
- "Growth Outlook for Consumer Products and Services" to the policy committee of Anheuser-Busch Company, 1986.
- "Marketing Management in Securities Firms" SIA Regional conference, 1986.
- "Recent Developments in Marketing Strategy," to Dutch top executives by Horringa & DeKoning, October 1986.
- A number of 1-day Top Management Seminars organized by Studio Ambrosetti (Italy)
  - Developing and Launching New Products (1986)
  - Marketing and Corporate Strategy (1987)
  - Marketing for Financial Institutions (1987)
  - Domestic and International New Business Entry Strategies 1988
  - Strategic Marketing and New Product Development (1989)
  - How to Develop Products More Often and Get Them to Market Faster (1991)
  - The Consumer Goods Scenario: The Challenge (1992)
  - Marketing Driven Bus Strategy in the Global Information Age (2000)
- "The Challenge of Marketing" Board of directors and top management of Grand Metropolitan, 1985.
- "Advances in marketing and Business Strategies" Top management group of the John Fluke Manufacture Co., 1985.
- "Global Marketing Strategies" YPO Chapter of Hong Kong, 1985.
- "Marketing for Hospitals" Hospital presidents program of the J&J Leonard Davis Institute program, 1985.
- "Global Marketing Strategies" Top executive group of MARS pet food business, 1984.
- "Marketing for the Evolving Company" Conference on "Financing & Managing the Evolving Company" sponsored by Arthur Andersen & Co. and the GSB University of Texas at Austin, April 1984.

**I.  Illustrative Other Top Management groups addressed**

- MSI Trustees, Cambridge, Massachusetts, October 1983.
- Securities Industry Association Fall Meeting, N.Y., October 1982, Spring Meeting, April 2000, Homestead, Virginia, May 1982: keynote speaker.
- Three sessions at the 1979 YPO Central Area Conference, Williamsburg, October 1979.
- Two sessions at the YPO International University, Rio de Janeiro, May 1979.
- Two sessions at the 1978 YPO, Eastern/Northeastern Area Conference, Sea Island, Georgia, November 1978.
- Eastern Pennsylvania Chapter of YPO, October 1978.
- Two-day seminars for top executives of Latin American countries sponsored by Expansion Publishing Group, Mexico City, June 1978, (Marketing Strategy); June 1979 (the Marketing Audit); and December 1980 (Marketing for Top Executives).
- Bell Laboratories (Applied Statistics Area), 1978

**J.  Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including:**

- Columbia University, 1974, 1976-1978
- Drexel University, 1977, 1984
- Erasmus University, The Netherlands, 1993
- Escola de Administrao de Empresas de Sao Paulo, Brazil, 1979
- European Institute for Advanced Studies in Management, Brussels 1981
- Florida Atlantic University, 1972
- Harvard University, 1981
- IESE Universidad de Navarra, 1999
- Indian Institute of Technology (IIT) Bombay, 1989
- INSEAD, France, 1992, 2000
- Institut Superieur des Sciences Economiques et Commerciales, Paris, 1981
- Interdisciplinary Center Herzliya, 1996, 1997, 1998, 1999, 2000

85

**APPENDIX A**

- Kõc University, Turkey, 2000
- Laval University, Canada, 1973
- Katholieke Universiteit, Leuven, 2001
- Monash University, Australia, 1977
- Nanzan University, Nagoya, Japan, 1977
- New York University, 1979, 1984
- Northwestern University, 1980
- Norwegian School of Management, Norway, 1993
- Pennsylvania State University, 1978
- Southern Methodist University, Texas, 1982, 1984, 1986
- Stanford University, 1976, 1982
- State University of New York at Buffalo, 1975
- University of Bradford, 1975-1976
- University of California at Berkeley, 1975
- University of California at Los Angeles, 1976, 1980, 1990
- University of Capetown, S.A., 1982
- University of Chicago, 1981
- University of Groningen, 1986
- University of Houston, 1977
- University of Illinois, 1985
- University of Iowa, 1971
- University of Minnesota, 1973
- University of New South Wales, Australia, 1977
- University of Ottawa, 1974
- University of Pittsburgh, 1988
- University of Social Sciences, Grenoble, France, 1973
- University of Southern California, 1979
- University of Tel Aviv, 1977-1980, 1982
- University of Texas at Austin, 1984, 1997
- University of Tokyo, Japan, 1992, 1993, 1995, 1997
- University of Washington, 1979
- Yale University, 1982

**K. Speaker at various local and regional meetings**
of the <u>American Marketing Association</u>, 1967 to present, and national meetings of other marketing associations such as the <u>National Account Marketing Association</u>, 1973; the <u>International Pharmaceutical Marketing Research Group</u>, 1973; <u>The National Association of Children's Hospitals and Related Institutions</u>, 1976; <u>American Management Association</u>'s advanced Marketing Research Seminars, 1967/1968; and the <u>Marketing Science Institute</u> conferences and management seminars, 1968-1994.

**L. Guest speaker at special seminars**

- The Australia and New Zealand Marketing Societies in Sydney and Melbourne, June 1977.
- "New Developments in Social Research," in the Symposium on Corporate Awareness, February 1977.
- The 11th Annual "New Horizons in Science," Conference of the Council for the Advancement of Science Writing, New York, November 1973.
- Various conferences of the Israel Advertisers' Association, The Technion Research and Development Foundation, Ltd., The Ministry of commerce and Industry, 1968/1969.
- Foreign market entry and import protection strategies, The Israel Institute of Management, October 1984.

86

**APPENDIX A**

**M.** **Monthly Co-Host of *Marketing Matters*, weekly radio show airing on Sirius XM Channel 111, Business Radio Powered by the Wharton School**

- "A Commercial Show with Football Breaks: Super Bowl Advertising," February 5, 2014
- "You May Also Like This Radio Show: Native Advertising, Sponsored Content, and Transparency," March 5, 2014
- "The Billboard Looks Also Into You: The Future of Out-Of-Home Advertising," April 2, 2014
- "Overcoming Audience Indifference, with the Most Interesting Man in the World," April 30, 2014
- "Storytelling in the Digital Age: How to Make it Work," May 14, 2014
- "Live from France with Awards Jurors from the Cannes Lions Festival," June 18, 2014
- "World Cup Soccer and Playing Well With Fans," July 16, 2014
- "Ads in Pockets: The Future of Mobile," September 3, 2014
- "Ad Week, and the 64 Weeks After: Looking to 2015," October 1, 2014
- "Xmas & AmEx & Small Business Saturday," November 19, 2014
- "Marketing Management Matters with the Forbes CMO Network," January 21, 2015

**H.** **Presentations: Illustrative Topics**

**1)** **Creativity and Innovation**

- "Storytelling/Creativity for the Post-Pandemic Era with Nick Primola," ANA's Marketing Global Day of Learning, September 14, 2021
- "The Open Innovation and Open Talent Frontier For the PMA", PMA Public Space Committee, April 14, 2021.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Preparing for a Paradigm Shift: Inspiring Innovation in your Classroom," Reimagine Education Conference Innovation Workshop, December 8, 2020.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethink Innovation," Net Elixir's Executive Workshop at Grounds for Scultpure, September 20, 2019.
- "Rise Action Learning: Innovating for the Future," United Airlines, January 10, 2019.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reimagine B2B Marketing: Building Your Own Action Agenda," Penn State ISBM Big Talk, September 20, 2017.
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," PCI IT Conference, April 4, 2017.
- "Creativity & Lessons from Art," Global CEO Program: A Transformational Journey, March 12, 2017.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," Accessories Council, October 21, 2016.
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," Global Executive MBA, June 24, 2016.
- "The Power of Art: A New Dimension of National Strength," The 16th Annual Herzliya Conference, June 15, 2016.
- "Innovation By Legacy Firms," SEI Senior Leadership Strategy Program, May 23, 2016.
- "Reimagine the MBA," AACSB 2016 Redesigning the MBA: A Curriculum Conference, May 10, 2016.
- "Innovation By Legacy Firms Does Not Have To Be An Oxymoron," The Wharton Club of Washington, April 26, 2016.
- "Creativity & Lessons from Art," Global CEO Program, March 13, 2016.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "New Business Models: Challenges & Opportunities," Mack Institute Program, Novermber 20, 2015.
- "Capturing Your Imagination: Building a Creative Organization," Arts & Business Council, Creative Xchange, October 28, 2015.
- "Creativity & Lessons from Art," Global CEO Program, March 10, 2015.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Tools for Bringing Creativity and Innovation to Your Client Interactions," KPMG Global Insurance Academy & KPMG Global Banking Academy, December 1, 2014.
- "Creativity & Innovation: The Power of Impossible Thinking," Lubrizol, October 16, 2014.

# APPENDIX A

- "Should You and Can You Inspire Curiosity," TEDx, Free Library of Philadelphia, September 17, 2014.
- "Creating a Creative Organization," Cannes CEO Academy, June 18-19, 2014.
- "Ten Guidelines for Successful Innovation," IDC's CEO Forum, June 10, 2014.
- "How to Ignite Creativity in Your Entire Organization," Cannes Lions Workshop, June 17, 2014.
- "Building and Leading a Creative Organization," Washington DC Innovaition Summit, April 29, 2014.
- "Improv and Other Creativity Enhancing Approaches for Survival and Growth," University of the Arts, March 27, 2014.
- "New Audience Initiative,"America's Orchestral Academy, New World Symphony, DATE, 2014.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Creativity & Innovation Problem, Prospects," SEI Growth Forum, May 25, 2013.
- "Enhancing Your Personal Creativity," The Academy of University of Pennsylvania, July 9, 2013.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The ROI of Creatives," Cannes Lions International Festival of Creativity, June 19, 2012.
- "Ten Guidelines for Creating a Creative Organization," Arts & Business Council Panel: How to Develop and Nurture Creativity in the Work Place, 2012.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Rethinking Your Innovation and NPD Strategies," IDC's CEO Forum, May 24, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Personal Power and Influence," July 14, 2010.
- "Innovation in Retailing: Progress, Problems and Prospects", Discussion at the Jay H. Baker Retailing Center, October 28, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Innovation: Reinventing Your Marketing and New Product Launch," Marketing Management Program, MA Industries, IDC, November 23, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Selling Scents: Innovative Approaches to the Age Old Selling Challenge in a Flat World of Empowered Consumers," The Fragrance Foundation Conference, March 12, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in New Product Development and Innovation," Mutual Art Lecture Series, November 2, 2007.
- "The Creative Economy: Art and Culture at Penn and in Philadelphia," Penn Arts Leadership Conference, May 9, 2007.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Innovation and Change in the Turbo-Global Environment: Lessons from the Transformation of 'Old Economy' Firms [and Universities] and the Challenges to Congress," Stennis Congressional Staff Fellows Program on Leadership in e-Business Environments: What Congress Might Learn, May 2000.
- "Customerization: The New Management Challenge," The President's Forum of the Interdisciplinary Center in Herzliya, Israel, September 2000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Innovation Strategy," New Product Development and Launch, April 1999.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Innovation and New Product Development," Tutorial at the 2nd International Workshop, Santiago, Chile, October 1996.
- "Innovative New Product and Service Development: Best Practice and Opportunities for Experimentation," The Israel-North America Business Conference, New York, October 1996.
- "Innovation in New Product Development: Best Practice in Research, Modeling and Applications," Presentation to the JMR Editorial Board on the Special issue, August 1996.
- "Creativity and Innovation: The Management Edge in the Technological Age," the First Wind Lecture at the Interdisciplinary Center for the Study of Business, Law and Technology (Israel), May 30, 1996.
- "Product Launch," Software Development and Marketing for Competitive Advantage, IC², The University of Texas Conference, March 20, 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

88

# APPENDIX A

- *"JMR* Special Issue on Innovation in New Product Development: Best Practice in Research, Modeling and Applications," *JMR* Editorial Board Meeting, San Francisco, August 7, 1994.
- "A New Approach for Estimating the Demand for Interactive TV Products and Services, Interactive Industry 2000: Market Research for the Interactive Television Business," July 28-29, 1994.
---------------------------------------------------------------------
- "Determinants of New Product Success: Lessons from the U.S. and Japan," Faculty and Ph.D. students seminar at Erasmus University, June 10, 1993.
---------------------------------------------------------------------
- "Issues and Advances in New Product Development and Management: A U.S. Perspective," Advanced Industrial Marketing Strategy Seminar, September 18, 1992.
- "New Product Development: Problems, Advances and Prospects," Wharton's Advanced Industrial Marketing Strategy, March 19, 1992.
---------------------------------------------------------------------
- "How to Develop Products More Often and Get Them to Market Faster: Guidelines for Functional Management," Ambrosetti Group, Milan, Italy, May 9-10, 1991.
- "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing," RGK 4th International Conference on Creativity and Innovative Management, August 8-10, 1991, Los Angeles, CA.
---------------------------------------------------------------------
- "Globalization: Opportunities for Innovative Research and Modeling," UCLA, Los Angeles, CA, January 9, 1990.
---------------------------------------------------------------------
- "Increasing the Effectiveness of Your New Product Development," Indian Institute of Technology, Bombay, India, November 1989.
- "Improving the Effectiveness of the Industrial New Product Development Process: Lessons from Industry – The AS 400 Case," 16th International Research Seminar in Marketing, La Londe les Maures, France, May 19, 1989.
- "Developing and Launching New Products: Costs, Risks, and Conditions for Success," Studio Ambrosetti, AF Marketing Group, May 16, 1989.
---------------------------------------------------------------------
- "What a Difference a Difference Can Make," Amoco Fabrics and Fibers Co-Leadership Council, May 1988.
---------------------------------------------------------------------
- "A Innovation Diffusion and New Product Forecasting," TIMS Conference, November 1984.
- "The contribution of Research to Product Management and New Product Development," The 1983 ESOMAR Congress, Barcelona, August 1983.
- The First Delaware Valley Meeting of the Product Development and Management Association (PDMA), December 1980.

2) **Challenging your Mental Models**

- "The Power of Impossible Thinking at the Philadelphia Museum of Art: Inspiration and Lessons from Art," Lubrizol Executive Leadership Development Program, June 18, 2018.
- "Competitive Disruptors and Opportunities," Vanguard Officers' Offsite, April 26, 2018.
- "Guidelines for Turning Ad Avoiders Around," AdAvoidance x Science: ARF Tackle Resistance Across Platforms, April 19, 2018.
- "Challenging our Mental Models and Business Models and Their Implications," Li & Fung Top Management Retreat, January 12-14, 2018.
---------------------------------------------------------------------
- "Challenging and Changing Your Mental Models." Hero Motor Corp: The iLead Senior Leadership Development Program, November 29, 2017.
- "Challenging Your Mental Models and Toward a New Marketing Paradigm: Implications for Action," Takeda Pharmaceuticcals: Marketing Program, November 27, 2017.
- "Fung Retailing Group: Conversations with Professor Jerry Wind," Li & Fung Top Management Meeting, February 26-27, 2017.
- "Challenging our Mental and Business Models and their Implications," Idealized Design Workshop, January 13-14, 2017.

89

**APPENDIX A**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "IDC: Visions and Actions for the Next Decade," Idealized Design Workshop, December 17-18, 2017.
- "PAFA 2022: Visions and Actions," PAFA Board Meeting, December 14, 2017.
- "Challenging Your Mental Models," Hero Motor Corp – The iLead Senior Leadership Development Program, November 29, 2017.
- "Challenging Your Mental Models and Toward a New Marketing Paradigm: Implications and Actions," Takeda Pharmaceuticals: Marketing Program, November 27, 2017.
- "Architecture of Disruption: The Changing Role of the CXO," Knowledge@Wharton Board Meeting: The Architecture of Disruption, November 16-18, 2017.
- "Challenging Your Mental Models," Merck Marketing Program, November 25, 2017.
- "Challenging Your Mental Models," Comcast Women in Leadership Program, October 25, 2017.
- "Challenging Your Mental Models," Merck Marketing Program, October 23, 2017.
- "Reimagine Knowledge@Wharton: Idealized Design Workshop (2)," Knowledge@Wharton, October 22, 2017.
- "Challenging Your Mental Models and Toward (a) New Marketing and (b) Insight Paradigms: Implications and Actions," Vertex Portfolio Leadership Program, Octber 18, 2017.
- "Challenging Your Mental Models," Merck: Marketing Program, October 10, 2017.
- "Challenging Your Mental Models," Merck: Marketing Program, September 28, 2017.
- "Challenging Your Mental Models," Bureau Veritas, July 18, 2017.
- "Challenging Your Mental Models," Merck: Marketing Program, July 17, 2017.
- "Challenging Your Mental Models," Nanjing Sample Tech Strategic Leadership Program, July 12, 2017.
- "Challenging Your Mental Models," Comcast Women in Leadership Program, June 21, 2017.
- "The Power of Impossible Thinking," Global CEO Program, March 13, 2017.
- "Challenging Your Mental Models." McKesson Health Solutions Product Management Program, March 7, 2017.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models and Toward New Marketing and Paradigm: Implications & Actions," Vertex Portfolio Leadership Program, November 30, 2016.
- "Challenging and Changing Your Mental Models," Hero Motor Corp: The iLead Senior Leadership Development Program, November 29, 2016.
- "The Power of Impossible Thinking: Challenge Your Business and Mental Models," LinKS at Wharton, November 1, 2016.
- "Challenging and Changing Mental Models," IDC at Wharton, October 31, 2016.
- "The Power of Impossible Thinking: Challenge Your Business and Mental Models," PVH Global Leadership Program, September 27, 2016.
- "The Power of Impossible Thinking," Lubrizol Executive Development Leadership Program, May 25, 2016.
- "Challenge your Mental Models," SEI Senior Strategy Program, May 9, 2016.
- "Challenge Your Mental Models Implications & Actions," MedStar Leader of the Future: Accelerated Leadership Program, April 27, 2016.
- "Challenge Your Mental Models Implications & Actions," Estee Lauder Brand Leadership Program, March 14, 2016.
- "Challenge Your Mental Models Implications & Actions," Global CEO Program, March 14, 2016.
- "Mental Models Towards a New Marketing Paradigm: Implications & Actions," Vertex Portfolio Leadership Program, February 3, 2016.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models," Comcast Women in Leadership Program, November 11, 2015.
- "Challenging Your Mental Models," US Trust - Executive Performance Leadership Program, November 3, 2015.
- "Challenging Your Mental Models," Sumitomo Mitsui Banking Corporation, Global Leadership Program, October 26, 2015.
- "Challenging Your Mental Models," Estee Lauder HR Program, October 20, 2015.
- "Challenging Your Mental Models," IDC, Philadelphia, October 12, 2015.
- "The Power of Impossible Thinking," PVH Global Leadership Program, September 29, 2015.
- "Challenging the Mental Models of an Industry: The Case of the Future of Advertising," Education Entrepreneurship, Penn GSE, July 23, 2015.

90

**APPENDIX A**

- "Challenge Your Mental Models," Education Entrepreneurship, Penn GSE, July 23, 2015.
- "Challenging Your Mental Models: A Necessary Condition for Creativity and for Staying Ahead of the Curve" Accessory Council, April 25, 2015.
- "Challenging Your Mental Models," Estee Lauder, April 14, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging and Changing Your Mental Models," IDC Herzliya Arison School of Business, October 20, 2014.
- "Challenging Your Mental Models," Estee Lauder, April 2, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Estee Lauder, February 28, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenges and guidelines for building learning effectiveness," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012.
- "Challenging Your Mental, Business and Revenue Models," Wharton Alumni Club – Beijing, July 25, 2012.
- "Challenging Your Mental, Business and Revenue Models," Wharton Alumni Club – HK, July 20, 2012.
- "Challenging Your Mental Models," SEI Trust Company Operations, July 16, 2012.
- "Challenging Your Mental Models," Israel Police Senior Management Program, June 11, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models in the Age of Empowered Consumers and Networks," SEI Executive Network, November 2, 2011.
- "Challenging Your Mental Models," Estée Lauder Companies Global Marketing Symposium, November 1, 2011.
- "Challenging Your B2B Mental Models," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "The Power of Impossible Thinking," Austria Connect, September 9, 2011.
- "Challenging Your Mental Models," NESS Executive Session and IDC, May 23, 2011.
- "Challenging Your Mental Models," Perry Ellis Session, May 17, 2011.
- "Should We Challenge Our Mental Models of Creative?" FoA Future of Creatives and Creative Ideas in a Digital World, March 18, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Tyco Electronics Leadership Development Program @ Wharton, Novmber 16, 2010.
- "Challenging Your Mental Models," Discount Bank, Israel, May 25, 2010.
- "Challenging Your Mental Models," Mellanox Technologies, Israel, May 25, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Our Mental Models," Jay H Baker Advisory Board Meeting, November 30, 2009.
- "Challenging the Mental Models of Top Management," IDC's CEO Forum, November 19, 2009.
- "Challenging Your Mental Models," Wharton Combined Boards Meetings, October 23, 2009.
- "Challenging Your Mental Models," Partner, June 2, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," Alumni Leadership Conference, May 24, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking: Implications for OD," Organizational Development Network of Greater NYC, October 17, 2006.
- "Should the Alumni Leadership Challenge their Mental Models?" Alumni Leadership Conference, October 14, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton School Publishing and the Power of Impossible Thinking," Presentation to the Board of the Jay H. Baker Retailing Initiative, October 6, 2005.
- "The Power of Impossible Thinking," Opening Session: Transform Your Business with New Thinking and New Models, The 51st Annual ARF Convention, Research Powered Marketing: New Models for Growth, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking in Meeting the Jim Stargel Challenge," ARF Breakthrough

91

Conference, November 4, 2004.
- "Challenging Your Mental Models: And Their Implications for Innovation in Marketing Strategy," KPMG Global Insurance Institute, December 2003 and November 2004.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Disruptive Technology—Rethinking Your Mental Models," Forbes Global CEO Conference, Singapore, September 2001.

### 3) Growth and Transformation

- "Transformation in Times of Crisis," IAM Global Forum, October 15, 2021.
- "Learning and Thriving in the New Normal," iFEST, August 31, 2021.
- "Transformation in Times of Crisis with Nitin Rakesh," Plaksha University, July 9, 2021.
- "Transformation in Times of Crisis," NetElixir, Connecting the Dots: Driving Change Through Innovation, June 10, 2021.
- "Transformation in Times of Crisis with Nitin Rakesh," CEO Trust, April 13, 2021.
- "Opportunities in Times of Crisis: Changing the Role of the CMO with Nick Primola," IDC MBA, April 6, 2021.
- "Transformation in Times of Crisis with Nitin Rakesh," Mphasis Client Event, March 31, 2021.
- "Transformation in Times of Crisis with Nitin Rakesh, Shelly Swanback, and Alan Murray," Horasis Extraordinary Meeting on the USA: Rebuilding Trust, March 18, 2021.
- "Transformation in Times of Crisis with Nitin Rakesh," IIT Gandhinagar, March 17, 2021.
- "Transformation in Times of Crisis with Nitin Rakesh," HBS Club of NY, March 2, 2021.
- "*Transformation in Times of Crisis* Round Table Europe Launch with Nitin Rakesh," General Public (European), February 5, 2021.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "*Transformation in Times of Crisis* Book Launch with Nitin Rakesh, Phil Kotler," General Public, December 3, 2020.
- "Marketing's Role in Creating Opportunities in Times of Crisis," World Marketing Summit International 2020, November 6, 2020.
- "Opportunities in Times of Crisis," Slalom Fellows, July 14, 2020.
- "Creating Opportunities in a Time of Crisis," Wharton Executive Education: Wharton Ready Livecast Series, June 23, 2020.
- "Opportunities in Times of Crisis," NetElixir, June 5, 2020.
- "Creating Opportunities in a Time of Crisis," SEI: RIA Advisor Community, May 5, 2020.
- "Creating Opportunities in a Time of Crisis - Follow Up," Leaders of Design Council: Thought Leadership Series, May 1, 2020.
- "Creating Opportunities in a Time of Crisis," SEI: Advisor Network Explorers, April 17, 2020.
- "Creating Opportunities in a Time of Crisis," Wharton Marketing Faculty and Doctoral Students: Friday Happy Hour, April 10, 2020.
- "Creating Opportunities in a Time of Crisis," Leaders of Design Council: Thought Leadership Series, April 10, 2020.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Talent Challenge of Digital Transformation," Best Practice Institute, December 5, 2019.
- "The Architecture of Disruption," The Leadership of East Spring Investments, NUS and NUHS, The National Gallery at the National Gallery of Singapore, September 25, 2019.
- "Strategic Diversification Outside of Greater China," 2019 Fung Retailing Group Advisory Board Meeting, September 22-24, 2019.
- "The Latest Retail Technology or How to Get the Most Out of Your Retail Technology Investment," with Richard Yeung, CEO of Convenience Retail Asia Ltd., Fung Retailing, March 8, 2019.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Architecture of Disruption: Conversation with Jerry Wind," CEO Trust, September 21, 2018.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "7 Guidelines for Profitable Growth Strategies in Turbulent Times," NY Accessory Council Meeting, April 9, 2015.
- "Meeting the Challenges and Opportunities of the New Economy: And 8 Guidelines of the New Economy," The Li & Fung & Fung Group President's Forum, Janurary 24, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPENDIX A**

- "Growth Rules: Getting to $2.50," SEI Growth Forum, May 21, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Business Environment: Key Trends and Opportunities & Their Growth Implications for SEI," SEI Management Meeting, May 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth, Interactive Marketing and Business Strategies in the Age of the Empowered Consumer," Wharton Global Alumni Forum, June 24, 2011.
- "The Challenge of Ethical Leadership Lessons from 'Inside Job'," The Leadership in Film Series, April 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on the Changing Economy," AMA Session, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Profitable Growth Opportunities in times of Crisis and Rebirth," Jay H Baker Advisory Board Meeting, November 30, 2009.
- "Opportunities in Times of Crisis," SEI Center Annual Board Meeting, October 9, 2009.
- "Opportunities in Times of Crisis," Baker Retailing Initiative, June 23, 2009.
- "Member Managed Relationship: Opportunities for Growth," AAA Management Meeting, June 11, 2009.
- "Innovation and Creativity in Time of Crisis," The Israeli Innovation Forum at IDC, May 31, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Leadership in a Changing World," University of Monterrey Executive Leadership Across a Global Platform, October 3, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of the Corporation Survey Results," SEI Center Board Meeting, November 16, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How Should Directors Think About Directing?" The Governance Summit, October 27, 2005.
- "Barcelona 2020: Strategic Options and Action Plans," The Barcelona Group Philadelphia Meeting, July 18, 2005.
- "Decision Aiding Technologies and the New Theory of the Firm," with Paul Kleindorfer, Mack Center for Technological Innovation Conference on Using Technology to Improve Decision Making, May 27, 2005.
- "The Silver Lining: Seeing Opportunities in Risk," Recent Advances in Operations and Risk Management Conference in Honor of Paul Kleindorfer, May 5, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Corporate Governance," IAM Conference, Barcelona, Fall 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Corporate Transformation: Lessons for Japan," Marunouchi Global Center First Executive Program, November 2002.
- "Leading Transformation Lessons for Mexico," TeleTech's Top Executive Program, October 2002.
- "Wharton on the New Reality of Business: Insights from Our Experience," presentation with Robert Mittelstaedt to the Wharton Combined Boards, March 8, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Capturing Opportunities in the Post 9/11 Reality," The Wharton Club of Israel, December 2001.
- "What Keeps Us Up At Night?: Post 9/11 Survey of US CEOs – Top Line Results," SEI Center Board, October 2001.
- "Capturing Internet Opportunities Above the Low-Hanging Fruit," Business Week "Rethinking the Internet," Conference, Chicago, October 2001.
- "Making Strategy Happen: Problems, Progress and Proposed Actions for Winning in the Changing Global Information Age," Li & Fung Distribution Annual Conference, Hong Kong, July 2001.
- "Globalization of Technology Startups," Wharton-Israel Global Alumni Conference on the Globalization of Technology Intensive Business, March 2001.
- "The e-Bus Challenge," the Top Executives of the Bank of East Asia, March 2001.
- "Developing a Strategy," ICA Board, March 2001.
- "e-Business: The Lessons to Date and Implication to Management Practice, Research and Education," opening lecture of the PricewaterhouseCoopers Management Consultants e-Bus Chair at the Graduate School of Business Studies at Katholieke Universiteit Leuven, Belgium, February 2001.

93

- "Driving Change: New Business Models for the Global Digital Age," Opening Lecture of the PricewaterhouseCoopers Management Consultants, e-Business Chair, Graduate School of Business Chair, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "e-Transforming an 'Old Economy' Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Creating an e-Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Building Communities," Virtual Communities and the Internet, April 2000.
- "Valuation: Valuable or Value Less," Entering the Virtual Millennium, Wharton North American Regional Forum, April 2000.
- "Customization Strategies for Financial Services in the Global Information Age," the Citigroup and Simon Graduate School conference on Electronic Banking Commerce, New York. February 17-18, 2000.
- "Emerging Trends in the Pharmaceutical Industry and the Expected Scenarios," Innovative Managed Care Contracting, January 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Winning the High Tech Wars: Strategies for Driving Change," NEC Management Team, Tokyo, April 1998.
- "The Challenge of Market Leadership," Bristol-Myers Squibb Medical Devices Group, January 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -.
- "Driving Change: Preparing for the 21st Century," Business Writers Seminar, December 1997.
- "Preemptive Strategies," Wharton Executive Education Competitive Marketing Strategies, June 1997.
- "Toward a New Corporate Governance Model: Lessons from the Japanese and U.S. Experience," With Masaru Yoshitomi, the Corporate Governance Workshop, March 1997.
- "Creating a Leading Global Medical Communication Company for the 21st Century," Medicus Group International, Inc., March 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Competitive Strategies in the Global Information Age," The Interdisciplinary Center, Herzliya, Israel, December 1996.
- "The Technology Challenges for Family Business," Technology Day: The Web, The Future and You, the 1996 Family Firm Institute Conference, October 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business in the Global Information Age," The Interdisciplinary Center of Business, Law and Technology, December 3, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "AHP in Top Management Decisions," The Keynote address of The International Conference on AHP Washington, DC, July 11, 1994.
- "Creating a 21st Century Enterprise," Poon Kam Kai Institute of Management, The University of Hong Kong, June 16, 1994.
- "Market Driven Quality," at the Beyond Quality: Organizational Transformation to the 21st Century Enterprise, March 17-18, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most out of Benchmarking," Board of Directors of Wharton's Alumni Association, May 14, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Executive Development 1992, 1993.
- "The Market Driven 21st Century Enterprise: Implications for Law Departments," Presentation at the SmithKline Beecham U.S. Law Department Conference on Customer Focus Continuous Improvement, April 28, 1992.
- "Preparing for the 21st Century Today," Securities Industry Institute, 40th Anniversary Program, March 1992.
- "The Successful 21st Century Enterprise as Customer Driven: Implications for Marketing and

94



**APPENDIX A**

Management Science," University of Texas at Austin, Faculty Colloquium, February 1992.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management in the 21st Century: Implications to the Fragrance Industry," Summit 2000 Conference of the Fragrance Association, April 8, 1991.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Research Priorities in the Information Technology Area," MSI, Information Technology Steering Group, January 18, 1990.
- "Building the 21st Century Corporation Today: A Marketing Perspective," MASTERSHIP, Los Angeles, January 9, 1990.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management in the 21st Century: Implications for Management Research and Education," University of California, Irvine, April 27, 1989.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Foreign Market Entry and Import Protection Strategies," Israel Institute of Management, October 1984.
- "The CEO and the Board," Strategic Management Conference, October 1984.

### 4) Marketing and Branding

- "Marketing and Programs Working Group's Perspective for HSP's Strategic Plan," HSP Marketing and Programs Working Groups, June 9, 2021.
- "*Inside by TIME*: Changing the Role of the CMO," *Inside by TIME* Community, March 31, 2021.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Purple Project for Democracy: Discussion Guidelines with Dr. Zusky's Brentwood Civic Leadership Class," Brentwood School Civic Leadership Class, October 7, 2019.
- "Digital Marketing: Insights from the Wharton Future of Advertising Program," LMC: Business Acumen Program, January 16, 2019.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Retail Technology and Marketing Trends: Conversation with Fung Retailing Board and Management," 2018 Fung Retailing Group Advisory Board Meeting, October 29-31, 2018.
- "Marketing in the Digital World: Lessons from the Future of Advertising," Merck: Advanced Digital Marketing Academy, The Wharton Future of Advertising Program, June 28, 2018.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "First 100 Days of Digital Marketing," Aresty Institute – Digital Marketing Strategies for the Digital Economy, November 28, 2017.
- "Reimagine Knowledge@Wharton:The Reason for Winning the New Nobel Prize for Most Useful Business Resource (Parts 1&2)," Idealized Design Workshop, September 22, 2017.
- "Reimagine B2B Marketing: Building Your Own Action Agenda," Penn State Institute for the Study of Business Markets, September 20, 2017.
- "Digital Storytelling," Future of Advertising Program, September 13, 2017.
- "Reimagine B2B Marketing: Building Your Own Action Agenda," FOA Program, September 2, 2017.
- "First 100 Days of Digital Marketing," Digital Marketing Strategies for the Digital Economy, June 5, 2017.
- "Reimage Marketing: Implications for Knowledge@Wharton," Knowledge@Wharton Board Meeting, May 24, 2017.
- "Reimagine Marketing," Marketing Hall of Fame Induction Ceremony, May 11, 2017.
- "Reimagine Marketing," The Wroe Alderson Lecture, April 13, 2017.
- "The Challenge of Personalization," Lessons from the Future of Advertising Program, Amazon Outbound Marketing Summit, March 21, 2017.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

95

# APPENDIX A

- "The Evolutionary (Disruptive?) Practive of Marketing," J&J Global Marketing Summit, August 2, 2016.
- "The Five Forces of Change and their Implications to Marketing Capabilities," Global Marketing Excellence Summit, May 5, 2016.
- "The New Age of Marketing," Fung Retail Group Board Meeting Shanghai, March 30-31, 2016.
- "Designing an Idealized Marketing Function," SEI Corporate Marketing Retreat, January 1, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward a New Marketing Paradigm: Implications for Action," Vertex Portfolio Leadership Program, February 10, 2015.
- "The CMO Advantage: Evolving Beyond the Digital Revolution," CMO Advantage, Penn Club of New York, February 6, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a New Marketing Paradigm: Implications for Action," Vertex/Wharton Program, November 19, 2014.
- "From Big Data to Smart Data," Forbes CMO Next, November 5-7, 2014.
- "Coping With and Leveraging Disruptive Technologies," Rocket Fuel Management Conference, May 13, 2014.
- "Samsung," April 7, 2014.
- "Marketing in the Age of the Omnichannel Consumer," The Estee Lauder Companies Global Marketing Symposium at Wharton, April 7, 2014.
- "Marketing and Business Models 2.0 for the UOB and the National Gallery," Singapore, March 18, 2014.
- "The Omnichannel Challenge: Progress, Drivers, Problems, and Prospects," Fung Retailing Group, February 18, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Strategic Review," Estee Lauder North America Leadership Meeting, November 15, 2012.
- "Perspectives on Marketing Strategy and Financial Performance," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 28, 2012.
- "Assessing the ROI of Marketing Strategy," 2012 Inaugural AIM-AMA Doctoral Consortium, July 28, 2012.
- "The Future of Retailing is Now," Li & Fung Retailing Holding Co., July 23, 2012.
- "Client Experience and Engagement," SEI Global Wealth Services Executive Network, May 15, 2012.
- "The Future of Branding and Intellectual Property in Marketing: The Challenge" Brands and Branding in Law, Accounting and Marketing Conference at UNC, April 13, 2012.
- "Rethinking Marketing in the Age of the Empowered Consumer," Temple University Fox School of Business, March 16, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Conversations with MARS Catalyst & Marketing Lab, MARS, November 8, 2011.
- "Designing TV Commercials That Maximize Social Diffusion," MARS, November 8, 2011.
- "The Myth of the Four-Minute Mile and its Implication to B2B Marketing," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," SEI Private Banking Executive Network, June 16, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," Wharton Fellows @ The Conference Board:  Fellows Breakfast & Program, June 3, 2011.
- "MSI- The Philadelphia Story," MSI 50[th] Anniversary, April 26, 2011.
- "Marketing Communication in the Digital Era," MSI 50th Anniversary, April 26, 2011.
- "Marketing:  What's Next," Wharton Fellows at the Conference Board: Philadelphia Master Class, January 22, 2011.
- "Accelerating & Improving GTM Strategies Via Effective Experimentation,"  SEI Marketing Group Meeting, January 2011.
- "Marketing and Business Strategies in the Age of the Empowered Consumer," The Wharton Club of London, February 15, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most Out of Your Interactive Marketing Dollars," Wharton Club of Southern California, November 18, 2010.

**APPENDIX A**

- "7 Advertising Myths," Wharton Alumni Webinar, April 22, 2010.
- "Revitalizing Brands and Reinventing Marketing," SEI – Leumi Executive Meeting, December 14, 2010.
- "Go To Market Strategies 10 Interrelated Questions" SEI Marketing Leaders Workshop,  November 9, 2010.
- "The Challenge of Customer Centricity", GSK Executive Leadership, November 9, 2010.
- "Marketing Careers," Wharton Marketing Conference, November 12, 2010.
- "Marketing of Israel," Gratz College, May 6, 2010.
- "7 Advertising Myths," M Factor, May 5, 2010.
-  "Global Business Branding," America-Israel Chamber of Commerce, April 14, 2010.
- "Marketing Implications of the Changing Economy," AMA Winter Marketing Educators Conference, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Leveraging Social Media," The Fox Chase Cancer Center Leadership, December 15, 2009.
- "Leveraging the PMA's Marketing and Pricing Strategies," A Discussion on Reverse Marketing for the PMA, July 20, 2009.
- "The Challenge of Marketing Israel," Wharton Alumni Club of Pacific Palisades, July 8, 2009.
-  "Marketing Strategy Discussion Guideline," PhD Seminar, March 27, 2009.
- "Some Observations on the Changing Retail Scene," The Wharton Retail Club Seminar on Industry Trends, March 18, 2009.
- "Can We Brand Our Customers and Not Our Products?" MPlanet Round Table, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Market Driven Strategy," and "Integrated Global Marketing Strategy [in Times of Crisis]," Newell Rubbermaid Marketing Excellence Program, September 17 and 19, and December 10-11, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rigor & Relevance: A Key Marketing Challenge," The Buck Weaver Award Presentation, September 7, 2007.
- "Global Branding & Marketing," TEVA Israel Leading Your Business, June 28, 2007.
- "The Wisdom of Crowds in Today's Digital World We vs. Me," Milken Global Conference, April 23, 2007.
- "Brand Names and Logos: Implications to Language Instruction," Penn's Language Faculty, March 22, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Customer Value: Strategies for the Long Term," Marketing Precision Conference: The Value of Marketing, September 27, 2006.
- "Does Korean Marketing Need Reform?" Korean Marketing Club, Seoul, June 5, 2006.
- "Redefining Marketing for the 21st Century," Wharton Club of Korea, Seoul, June 3, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Recent Developments in Marketing and Branding Strategies," IDC Board of Directors Meeting, August 25, 2005.
- "Effective Marketing Planning: What It Is and How to Produce It," JCCA Conference, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Strategic Shifts and the Balance of National Security: Summation," J. K. Herzliya Conference, Israel, December 2004.
- "Return on Marketing Investment: Progress, Problems and Prospects," Address to the CMO Group of the conference board, October 6, 2004.
- "Challenges of Identifying, Developing, and Capturing Opportunities: A Fresh Look at Marketing," SEI Center Board Meeting, October 1, 2004.
- "Challenging the Mental Models of Marketing," A State of Marketing Symposium, Does Marketing Need Reform? Boston, August 9, 2004.
- "Should We Challenge Our Mental Models for Building Better Brands?" Med Ad News Conference on Building Better Brands, Philadelphia, July 28, 2004.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Nature of Marketing: Implications for Research, Teaching, and Practice," The Elsevier Science Distinguished Scholar Award Lecture at the Society for Marketing Advances, New Orleans, November 6, 2003.

APPENDIX A

- "The Interdisciplinary Challenge of Marketing," Ph.D. Proseminar, February 2003.
- "Convergence Marketing: Strategies for Reaching the New Hybrid Consumers," a Webcast at the University of Wisconsin Consortium for Global e-commerce, January 2003; and a Soundview Teleconference, May 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Managing the Complexities of the Convergent and Multi-Channel Marketing," CMO Summit, October 30, 2002.
- "Marketing Driven Strategies for Today's Economy," Alumni Presentation, May 10, 2002.
- "Pioneer and Late Entrants: Winning Strategies," Viagra, Cardura, Darifenacin WWT Meeting, April 9, 2002.
- "The Interdisciplinary Challenge of Convergence Marketing," Wharton Ph.D. Proseminar, March 8, 2002.
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- "Should You Have a Chief Marketing Officer?" January 2002.
- "Convergence Marketing: The Challenge for the On-Demand Era," IBM's 2002 WW Summit for the On-Demand Era, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Target Audience, Public Opinion and Foreign Policy – A Marketing Perspective," Balance of National Strength and Security – The Herzliya Conference, December 2001.
- "The 5 Cs of Marketing: Capitalizing on the New Opportunities of Convergence Marketing," The Wharton Club, Atlanta, GA, November 2001.
- "Advances in Customer Focused Marketing and Business Strategy: The 5 Cs of Convergence Marketing," The International Academy of Management, Claremont Graduate University, November 2001.
- "Convergence Marketing: A New Marketing Strategy for the Global e-Business Environment," The Wharton European Forum, May 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Whither System Thinking: Will Taking a Marketing Perspective be an Oxymoron?," Inaugural Conference of the Achoff Center for Advanced Systems Appraisal, September 2000.
- "New Marketing Rules for e-Business Success," UNIG, Singapore, August 2000.
- "New Marketing Rules for the Global Information Age," IBM Global Services Academic Conference, August 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Managing Change in the New Millennium, Wharton-Singapore Management University Conference, July 2000.
- "A New Marketing Paradigm for the Global e-Business Environment: A Catalyst for Bridging the Gaps," Building Bridges & Broadening Perspectives: A Paradigm for the Next Millennium, 29th EMAC Conference, Rotterdam, May 2000.
- "Research Priorities in e-Commerce and Internet Marketing," Web Consortium, Pennsylvania State University's ISBM, March 2000.
- "Implications of the New e-Business Environment and Models for Management Research and Education," International Academy of Management, Barcelona Meeting, March 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Studio Ambrosetti's top executive seminar in Padova and Milan, March 2000.
- "New Trends in Marketing Research," IDC, Herzliya, March 2000.
- "Digital Marketing: Towards a New Paradigm for the Global Information Age," Faculty Session-INSEAD, France, June 2000.
- "The Future of the Marketing Organization," The Future of the Marketing Organization, MSI Board of Trustees Meeting, Cambridge, Massachusetts, April 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a Research Agenda in E-Commerce and Internet Marketing," AMA Educators' Conference, San Francisco, August 1999.
- "Digital Marketing: Implication for the Future of Marketing Management Research and Research in Marketing," plenary session presentation AMA Marketing in the 21st Century, San Francisco, August 1999.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," PhD. And Faculty Seminar IESE Universidad de Navarra, Barcelona, March 8, 1999.

98

**APPENDIX A**

- "Implementation and Feasibility Issues of New Forms of Organizations: A Marketing Perspective," Wharton Impact Conference, March 1999.
- "A Marketing Perspective on Communitarian Policies," The Communitarian Summit, Washington, D.C., February 28, 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Marketing Perspective on Corporate Architecture for the 21st Century," Japan Marketing Association, World Marketing Conference, Tokyo, April 1998.
- "The Challenge of Customer-Driven Product and Service Customization," Senior management of Convatec, March 1998.
- "Towards a New Marketing Paradigm," AMA Winter Marketing Educators' Conference, February 1998.
- "Positioning and Segmentation in the Global Information Age," IMS Marketing Management Meeting, January 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Competitive Marketing Strategies, "Preemptive Strategies," 1997, 1998.
- "Market Segmentation in the Global Information Age," Wharton – IDC Program in Marketing Communications, December 7, 1997.
- "Integration of Marketing and other Business Functions: The Wharton Experience," AMA: 1997 Faculty Consortium B Chicago, August 1997.
- "Positioning and Segmentation Opportunities for Synergy and Growth," Cognizant Group's Marketing Council, July 1997.
- "Communicating and Marketing Your Excellence," Volunteer Committees of Art Museums - VCAM Conference, Philadelphia, April 1997.
- "The Challenge of Information Technology to Marketing and Retailing in the 21st Century," University of Tokyo, April 1997.
- "Marketing Strategy in the Global Information Age: Implications for Modeling and Research," Ph.D. Proseminar, February 28, 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing: The State of the Art," Conference of the 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Marketing Practice, Research and Education," Keynote Address, 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," AMA 1996 Doctoral Consortium, July 1996.
- Segmentation in the Global Information Age: Accomplishments, Problems and Challenges," The 1996 Converse Award Presentation, May 7, 1996.
- "Advances in Marketing," Janssen Pharmaceutica, April 18, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Issue in the Global Economy," Wharton Doctoral Consortium, August 11, 1995.
- "A View of Marketing Through the Prism of the 1977 and 1995 Doctoral Consortia," Wharton School, Doctoral Consortium, August 8, 1995.
- "Toward a New Marketing Paradigm," Ambrosetti Group's A.F. Meeting (Rome, Italy), March  8, 1995.
- "Toward a New Marketing Paradigm: Lessons From and Implications to the Marketing of Services," Ambrosetti Group's Chief Executive Seminar (Milan, Italy), March 7, 1995.
- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," P.A.C. Pharmaceutical Meeting: New Thinking, New Customers. February 28, 1995.
- "Beyond Brand Management," Wharton MBA Marketing Club, January 23, 1995.
- "The Value of Marketing Program," Janssen Pharmaceutica, January 9, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Research Priorities in Marketing as Derived From the SEI Center for Advanced Studies in Management Work on Creating Successful 21st Century Enterprises," Doctoral Proseminar, November 16, 1994.
- "Entering the U.S. Consumer Durable Markets," Nijenrode Executive MBA Program, August 4, 1994.
- "The Challenge of a New Marketing Paradigm," University of Texas at Austin, March 23, 1994.
- "Creating a Successful 21st Century Enterprise: Implications for Business and Marketing Theory,

99

**APPENDIX A**

Practice, Research and Education," The University of Tokyo, November 4, 1994.

- "The Marketing Challenges for the Philadelphia Orchestra," Presentation to the Board of Trustees of the Philadelphia Orchestra, March 1, 1994.
- "Re Engineering Pharmaceutical Marketing," 1994.
- "Is Your Marketing Obsolete? Implications of the New Marketing Paradigm for Business and Non-profit Organizations," YPO Philadelphia Chapter University, The Cloister, September 1994.
- "The Value of Marketing: A Research Agenda," Value of Marketing Conference, Stanford University, August 9, 1994.
- "Determining the Value of Marketing: A New Challenge to the Discipline," San Francisco AMA Conference, August 8, 1994.
- "Electronic Commerce: Progress and Prospects," AMA Conference, San Francisco, August 8, 1994.
- "Advances in U.S. Marketing and Their Implications to China," Joint faculty seminar of the School of Economics and Management, Tsinghua University and the School of Management, Peking University, June 15, 1994.
- "Toward a New Marketing Paradigm," a faculty seminar at the Hong Kong University of Science and Technology, School of Business and Management, June 14, 1994.
- "Empirical Generalizations in Marketing: Opportunities for MSI Research Program," MSI Board of Trustees Meeting, April 29, 1994.
- "Empirical Generalizations in Marketing: Some Observations," Wharton Conference on Empirical Generalizations in Marketing, February 16-18, 1994.
- "Increasing Marketing Effectiveness," Executive Conference of Schering-Plough International, January 18, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Value of Pharmaceutical Advertising and Promotion," Coalition of Healthcare Communication Conference, Marketing Conference in an Era of Change, New York October 27, 1993.
- "Advances in Marketing Strategies," Nijenrode University Executive Program, August 6, 1993.
- "Global Consumer Brand Strategies: Problems and Prospects," Seminar for the Business Partners of the Norwegian School of Management, June 11, 1993.
- "Marketing Opportunities in Japan and East Asia," with Hotaka Katahira and the International Forum Participants, April 18, 1993.
- "Toward a New Marketing Paradigm: Implications for Marketing Departments," Advisory Board Meeting of the Wharton Marketing Department, April 8, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Third Workshop on Marketing and Competitive Advantages with Ambrosetti Group, Milan on "The Customer Driven Company: From Concept to Reality," November 27-28, 1992.
- "The Global Marketing Challenge," Unilever Marketing Day, November 23, 1992.
- "The Strategic Impact of Market Driven Quality," with Paul R. Kleindorfer. ORSA/TIMS, San Francisco, Session on Customer Satisfaction and its Role in Global Competition. November 1992.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Skills and Strategies for the 1990's," Pfizer International Marketing Managers, Lambertville, NJ, December 1989.
- "Competitive Advantage Through Strategic Marketing," Contel Corporation, Lake of the Ozarks, MO, October 1989.
- "The Contributions of Strategy and Other Business Functions to the Creation of Innovative Marketing Knowledge," AMA Marketing Educators Conference, Chicago, August 1989.
- "Strategic Marketing," Studio Ambrosetti AP Milan Group, May 17, 1989.
- "The Marketing Challenge for Top Management:, Promises and Pitfalls of Expert Systems," University of California, Irvine, April 27, 1989.
- "A Contrarian Approach to Effective Pricing," The Pricing Institute, New York, March 7, 1989.
- "Achieving Competitive Advantage in Marketing," Securities Industry Association, Philadelphia, PA, March 6, 1989.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Courtyard by Marriott: Designing a Hotel Facility with Consumer Based Marketing Models," presented to the TIMS/AMA seminar Marketing Science: A Developmental Tool for Management Scientists, New York, November 16, 1988.
- "Technology and Marketing-Driven Global Portfolio of R&D Projects," with Robert DeLuccia presented at the ORSA/TIMS Joint National Meeting in Denver, Co, October 26, 1988.

100

**APPENDIX A**

- "Pitfalls and Challenges of Global Marketing," Second International Conference on Marketing and Development, Karl Marx University, Budapest, Hungary, July 12, 1988.
- "Information Technology and Marketing Strategy," with Eric Clemons, presented at IS, TC and Strategy Plenary Meeting, January 1988.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Challenge for Human Resource Management: Incorporating a Marketing Perspective," The Lauder Institute: International Human Resource Conference, December 1987.
- "Advances in Marketing Strategy and Research," Wharton Alumni Club, Milan, October 1987.
- "Marketing and Corporate Strategy," Studio Ambrosetti, Milan, October 1987.
- "Marketing for Financial Institutions," Studio Ambrosetti, Milan, October 1987.
- "Proactive Marketing Research and Modeling: Pitfalls and Prospects," PMRG Fall 1987 meeting, Captiva Island, Florida, October 1987.
- "Turning Salespeople and Non-Marketing Executives into Marketing Strategists," AMA Marketing Educators' Conference, Toronto, August 1987.
- "International Marketing," Wharton Alumni Club, Toronto, August 1987.
- "Marketing and Technology: Progress, Problems, and Prospects," European-American Symposium, Enschede, The Netherlands, June 29-July 1, 1987.
- "Market Segmentation: Shortcomings and Opportunities," 1987 Attitude Research Conference, West Palm Beach, Florida, May 1987.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Management Strategy: A Marketing Perspective," The Institute of Management Consultants, March 1986.
- "Advances in Global Marketing Strategy: Concepts, Methods, and Applications," International Symposium on Recent Developments in Management Research, Helsinki, Finland, 1986.
- "The Marketplace of the Future: Global Consumers," Advertising Research Foundation 50th Anniversary Conference, March 1986.
- "A Marketing Perspective for Public Management: Research Implications," Wharton Department of Public Policy and Management Brown Bag Seminar, January 1986.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing to the U.S." A special meeting of the Chinese Management Association and the Taiwan Ministry of Trade, Taipei, July 1985.
- "Advances in Portfolio Analysis and Strategy," Chinese Management Association, Taipei, July 1985.
- "New Development in Marketing and Planning," WEFA/Lauder Seminar, Sessions on Advances in Market Segmentation, Product Positioning and Portfolio Analysis and Strategy, Tokyo, June 1985.
- "Advances in Portfolio Analysis and Strategy," University of Illinois, Theories of Marketing Practice Conference, May 1985.
- "Micro Computers in Marketing," Marketing Science Conference, March 1985.
- "Global Marketing Strategies," New York University, 1985.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Diffusion Models: The State of the Art," ASA conference, 1984.
- "Generating and Evaluating Industrial Marketing Strategies Using the AHP," TIMS Conference, November 1984.
- MRCA Conference on "The Affluent Market: New Data and Methodologies in Financial Services Planning," November 1984.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Increasing Marketing Productivity," S.F. Chapter of the AMA, March 1982.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Segmentation," Philadelphia Chapter of the AMA, Conference on Market Segmentation, January 1981.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy," Delaware Valley Hospital Strategic Planning Program, May 1980.
- National Agricultural Marketing Association, Philadelphia, March 1977 and February 1978.
- Marketing Planning Conference, The AMA Western Michigan Chapter, Grand Rapids, March 1976.

**5)  The Network Challenge**

**APPENDIX A**

- "New Business Models: Challenges and Opportunities," Mack Institute, November 20, 2015.
- "Exploring the Customer as the Core Axis for Transformation," Fast Forward: Executive Strategies for Digital Personnel & Organized Transformation, Penn Club of New York, November 2, 2015.
- "Business Model Multipliers and Innovative Business Models," LinKS @ Wharton G3, September 17, 2015.
- "The Digital Imperative," Global CEO Program, March 9, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Surviving & Thriving in a Hyper-Connected World:  An Ideal Design," WEF Risk in a Hyper-connected World Project, November 13, 2011.
- "From Firm Centric to Network Orchestration," MARS, November 8, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Network Challenge," SEI Connections Conference, June 8, 2010.
- "Organizational Networks for Effective Competition," Tyco, February 4, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Network Challenge," SEI PB&T Management Team, November 9, 2009.
- "The Network Challenge," SEI Center Annual Board Meeting, October 9, 2009.
- "Wharton Combined Boards Meeting Spring 2009 Opening Plenary Session," Wharton Combined Boards Meeting, April 2, 2009.
- "Competing in a World of Network Orchestration: Implications for Marketing," MPlanet, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration and Open Innovation Models," SEI Center Board Meeting, November 7, 2008.
- "Making Your Way in the New Flat World Economy," CASRO International Research Conference, May 6, 2008.
- "Competing in a Flat World," Wharton Club of NY, February 5, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network-Based Strategies and Competencies," SEI Center Board Meeting, November 16, 2007.
- "Network Orchestration: Core Competencies for a Borderless World," Wharton-INSEAD Impact Conference: Network-Based Strategies and Competencies, November 9, 2007
- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.
- "Succeeding in a Flat World," The Wharton Economic Summit, Philadelphia, April 12, 2007.
- "Web 2.0 & Social Networking: Implications for Management," The Worldwide J&J Diabetes Franchise Leadership Team, January 3, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Nature of Corporations: Competing in a Flat World," organizer and chair of a panel at the Milken Institute Global Conference, April 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Example of New Risks and their Management in Supply Chains," SEI Meeting, September 26, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Assessing Vulnerabilities," System Approaches to Terrorism Conference at George Washington University, July 15, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "State of the World: Trades, Problems and Prospects," YPO Philadelphia Chapter University, The Cloister, September 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Selecting and Negotiating International Strategic Alliances: Applications of the AHP," TIMS Osaka, July 1989.

**6) Future of Advertising**

- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," The Wharton Future of Advertising Program, June 13, 2019.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," The Wharton

102

Future of Advertising Program, December 10, 2018.

- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," The Wharton Future of Advertising Program, June 25, 2018.
- "Guidelines for Turning Ad Avoiders Around," AdAvoidance X Science, April 19, 2018.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing 2020, Towards Idealized Design," US Market Senior Leader Meeting, November 30, 2017.
- "The Future of Advertising," Aresty Institute – Digital Marketing Strategies for the Digital Economy, November 28, 2017.
- "The Road Ahead: Lessons from the Wharton Future of Advertising Program," CTAM Insights and Analytics Council, November 14, 2017.
- "Advertising 2020: Insights from the Wharton Future of Advertising Program," The Council for Research Excellence Future Webinar, October 26, 2017.
- "The Future of Advertising: Lessons for City Magazine Publishers," City Magazine Publisher Conference, October 13, 2017.
- "The Future of Advertising," Merck Marketing Program, September 28, 2017.
- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," Digital Marketing Academy Merck, July 17, 2017.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," Wharton Future of Advertising Program, December 8, 2016.
- "The Future of Media in the Context of the Future of Advertising," The Media Future Summit, October 27, 2016.
- "The Role of the CMO in All-Touchpoint Value Creation," 2016 ANA Masters of Marketing Conference, October 19, 2016.
- "Don't Call it a Phone: Marketers' New Mobile Perspectives "Beyond Advertising," Advertising Week NYC 2016, September 28, 2016.
- "Reimagine Market Research: Insights from the Wharton Future of Advertising Program," ESOMAR Congress 2016, September 19, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Pfizer, September 13, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Integrated Marketing Virtual (IMV), June 23, 2016. <http://imv.targetmarketingmag.com/register/?source=Wharton>
- "New Creativity Standards for the Future," Cannes Lions, June 18, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Marketing Science Institute, May 18, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Turner Ad Lab, April 28, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Edelman Lunch and Learn, April 26, 2016.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Network Orchestration Leadership for CMOs," ANA, NYC, December 11, 2015.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Nationwide Meeting at SEI, November 10, 2015.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," WFoA Future Vision Series, November 9, 2015.
- "The Role of the CMO As a Network Orchestrator," ANA Master Circle Roundtable, Orlando, October 14, 2015.
- "Advertising in the Age of Watson," Cannes Lions, June 25, 2015.
- "Designing the Future of Advertising Now," Italia Innovation Program - Venice Innovation Cluster, June 30, 2015.
- "Beyond Advertising: Creating Value Through All Touchpoints" 2014 WFoA Future Vision Series (CAA), Los Angeles, June 5, 2015.
- "Addressing the Capabilities and Talent Challenges," ANA Workshop - Capability & Talent Leadership Program, Philadelphia, May 12, 2015.
- "Digital Opportunities in Luxury Retail," Online Luxury Retailing Conference, New York, April 30, 2015.

103

**APPENDIX A**

- "Beyond Advertising: Creating Value Through All Touchpoints," 2015 WFoA Future Vision Series, MDC Innovation Centre, NYC, April 10, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Text Mining vs. Surveys," The Advertising Research Foundation, March 26, 2014.
- "Saving the Golden Goose: A Framwork for Maximizing Effectiveness and Transparency in Native Advertising," Festival of Media – Asia Pacific, Singapore, March 17, 2014.
- "Get Ready for Advertising 2020… Now: Lessons from the Wharton Future of Advertising Program's Advertising 2020 Project," AMA Philadelphia, Chapter Meeting, March 7, 2014.
- "The Future of Advertising – Now!" CMO Workshop at Wharton, March 6, 2014.
- "Get Ready for Advertising 2020…Now: Lessons from the Wharton Future of Advertising Program's Advertising 2020 Project," FFWD Advertising & Marketing Week, Toronto, January 29, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advertising and Media 2020:  Implications for Action," Cannes Lions Young Media Academy, June 19, 2013.
- "The New Frontiers of Retailing," Fung Group Idealized Workshop, May 29, 2013.
- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, IDC Herzliya, June 17, 2013.
- "Innovative Approaches to Measuring Advertising Effectiveness," Wharton Future of Advertising Program and Wharton Customer Analytics Initiative, May 16, 2013.
- "Insights from Advertising 2020," ARF Webinar, May 9, 2013.
- "Insights from Advertising 2020," ARF Rethink: Unparalleled Knowledge, Unparalleled Networking, March 17, 2013.
- "Facebook Roundtable," Wharton Future of Advertising Program, January 18, 2013.
- "The Implications of Advertising 2020," ARF Rethink 2013. March 19 2013," Wharton Future of Advertising, January 18, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising Program; Global Insight Roundtables: China," Beijing, July 25, 2012.
- "What's Next for Empirical Generalizations in Advertising," Emirical Generalizations in Advertising II: Whar works in the New Age of Advertising and Marketing, June 1, 2012.
- "The Secrets of Viral Ads," Wharton-MARS Project Update, March 2012.
- "The Secrets of Viral Ads," Post-Advertising Summit Story Worldwide, March 29, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Marketing and Advertising Research," Future of Advertising Global Advisory Board Meeting, December 9, 2011.
- "Toward a New Mental Model of Advertising: Implications to Orchestration, Business & Revenue Models," FoA Orchestration Session, October 27, 2011.
- "The Future of Brand Building and Brand Experience: Blurring Boundaries Between Advertising and Retailing," Workshop Session with the Jay H. Baker Retailing Initiative, April 21, 2011.
- "The Future of Sports Advertising," WSBI Alumni Advisory Committee Mtg, April 7, 2011.
- "The Future of Marketing & Advertising: An opportunity for Preeminence," Wharton External Affairs Director's Meeting, March 21, 2011.
- The Future of Sports Advertising, Innovations and Experiments with Multi Touch Point Portfolios," Leverage Sports Agency, March 16, 2011.
- "The Future of Advertising, The Wharton Club of London, February 18, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising is Now," IESE, May 17, 2010.
- "Future of Advertising," Future of Advertising Project Global Advisory Board Working Session, March 10, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Future of Advertising: Progress and Prospects," Board Meeting of Ehrenberg-Bass Institute, November 10, 2009.
- "The Future of Advertising Project and The New Marketing Challenges," SEI Center Annual Board Meeting, October 9, 2009.
- "The Future of Advertising Project (Project Update)," Future of Advertising Project Global Advisory Board Meeting, October 8, 2009.
- "What We Know about Advertising: Implications for Management and Measurement," Audience Measurement 4.0, June 24, 2009.

**APPENDIX A**

- "Empirical Generalizations in Advertising: What We Know, Don't Know, Can't Know, and Should Know," Rethink The ARF Annual Convention, March 31, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Taking Stock of Existing Advertising Empirical Generalizations," Wharton Impact Empirical Generalizations in Advertising Conference, December 4, 2008.
- "The Future of Advertising if NOW: Project Overview and Update," SEI Center Board Meeting, November 6, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising," SEI Center Board Meeting, November 16, 2007.


**7)  Future of Management Education**

- "A Future Without the Disciplinary Silos," Enago's See the Future 2021, October 28, 2021.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Preparing for a Paradigm Shift: Inspiring Innovation in your Classroom," Reimagine Education Conference, December 8, 2020.
- "Reimagine Education for the Post-Pandemic Era," IDC, December 7, 2020.
- "Reimagine Education for the Post-Pandemic Era," Curtis Institute of Music: Performance Innovation Lab, November 30, 2020.
- "Reimagine Education for the Post-Pandemic Era," OEB Global 2020, November 19, 2020.
- Panel: "Working out what works – practical innovations for online learning," with Nunzio Quaccquarelli, iFest Conference of Leaders 2020, August 18, 2020.
- "Higher Education Will Change Forever: Here's How!," EDTECH Week North America, June 4, 2020.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Good Practice in Distributed and Online Learning," iFest Panel, August 27, 2019.
- "Who Should Care? A Strategic Look at Modernizing Learning," iFest Panel, August 26, 2019.
- "Role of Technology in Higher Education," Pennsylvania Academy of the Fine Arts (PAFA) Technology Committee and School Committee, March 21, 2019.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reimagine Education," QS Reimagine Education Conference, November 29, 2018.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Lessons from the Reimagine Education Global Competition 2014-2017," IDC Strategic Planning Meeting, December 17-18, 2017.
- "MBA for Executive at 40: Reflections and Musings about the Future," Executive MBA Program, November 11, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton Fellows' Singapore Master Class: The Next Big Thing," Wharton Fellows, October 2-5, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Israel Knowledge@Wharton: Implications," Israel Knowledge@Wharton Launch Event and Working Forum, October 12, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Managing Change in Higher Education: Challenges, Approaches & Action Plans," NACUBO Conference on Managing Change, September 30, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management Education 2020", Wharton Combined Boards Meeting, October 15, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reinventing Management Education," SEI Center Annual Board Meeting, October 9, 2009.
- Socially Responsible Capitalism Approaches to Improving Business and Government Relations," SEI Center Annual Board Meeting, October 9, 2009.
- "Future of Management and Management Education," SEI Center Annual Board Meeting, October 8, 2009.
- "The Financial Crisis and the Changing Relationship between Business and Government," Chiefs of Staff Meeting, September 15, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Approaches for Redesigning the Total Wharton Experience," The Wharton School, May 15, 2009.

APPENDIX A

- "Challenging the Current MBA," January 1, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Thought Leadership," The Wharton Economic Summit, April 12, 2007.
- "The Future of Management Education," International Academy of Management @ IMD, March 16 and 22, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on Research: Innovation, Impact, and Fun," The Joseph Wharton Scholars Senior Research Seminar, October 11, 2006.
- "Reinventing the MBA," Panelist at the MBA Roundtable Session on MBA 2020: Curricular Innovation for Tomorrow's Business School," October 6, 2006.
- "New Frontiers in the Practice of Management" with Paul Kleindorfer, CEO Workshops at IDC Israel, February 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward a New Theory of the Firm," SEI Center Board Meeting, October 7, 2005.
- "The Lauder Institute: 1984-2005: A Reexamination," The Lauder Institute, July 12, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "e-Bus: The Curriculum and Research Challenge: A Discussion with Jerry Wind," Faculty Seminar, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.
- "Reinventing Training for the Global Information Age," Delphi e-Learing Conference, January 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a University for the Global Information Age," The Inaugural Lecture of the Wharton-Singapore Management University, July 2000.
- "Reinventing the Business School for the Global Information Age," plenary session, The EFMD Deans and Directors Meeting 2000, Helsinki, Finland, January 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Information Revolution and the Emerging Management Education Paradigm," On Line Educa, Berlin, December 1998.
- "Towards a New Management Education Paradigm," IDC Faculty Workshop, June 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Choices and Strategies for Universities in the Global Information Age," Provosts Seminar on Information, February 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a 21st Century Enterprise," Universidad Adolfo Ibanez, Vina del Mar, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Boards of Directors," Enhance Board of Directors, September 1996.
- "The Stakeholder Challenge for Increased European Competitiveness," Wharton European Forum, (London, England), March 29, 1996.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise Today," The Hong Kong Management Association, January 12, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward Virtual Management Education," International Academy of Management (Boston, MA), December 8, 1995.
- "The Virtual University: Research and Action Agenda," The Virtual University Conference, SEI Center, January 12, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Management Paradigm for the 21st Century Enterprise," Conference of the International Academy of Management, December 9, 1994.
- "Textbook of the Future: A Perspective From the Virtual University Lab," April 8, 1994.
- Neuhauf Lecture, "The Impact of Marketing Science on Industry and Academia: Applications, Results and Lessons," at Rice University, March 23, 1994.
- "Role of Marketing in the New MBA Curriculum: Lessons from the Wharton Experience," AMA Winter Conference, February 21, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The New Wharton MBA Curriculum," Faculty seminar at Erasmus University, March 10 and June 10, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Designing & Implementing an Innovative MBA Program: Lessons from the Wharton Experience,"

**APPENDIX A**

Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Globalization of Management Education: Options, Trade-Offs, and an Agenda for Implementation," AACSB Annual Meeting, Montreal, April 18, 1989.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management Education in a Global Context," University of Pennsylvania Conference on Management Education and Foreign Languages, December 1984.


**8) Marketing Research & Modeling**

- "Reimagine Market Research: Insights from the Wharton Future of Advertising Program," ESOMAR Congress 2016, New Orleans, September 19, 2016.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Changing Role of Marketing Research," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Research in Times of Crisis," Navigating a New World Conference hosted by Greater NY and Phila Marketing Research Association, April 16, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Online Panels: Where We Are Today and in the Future," CASRO, June 22, 2007.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Adaptive Experimentation"  The Sammy Ofer School of Communications and Information," IDC Herzliya, September 9, 2005.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Research Challenges in the Management of Extreme Events: The Case of the Office Homeland Security," with Paul Kleindorfer, Advisory Board Meeting of the Wharton Managing and Financing Extreme Event Project, December 2001.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Science: Accomplishments and Challenges in the Global Information Age," Informs, November 1999.
- "Marketing Research in the Global Information Age: Practice, Problems, and Prospects," Wharton-IDC Marketing Communications Program, March 1999.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Creative Joint Ventures and the Potential Role of the University," Philadelphia-Israeli Chamber of Commerce, June 1997.
- "The Use of Conjoint Analysis-Based Survey to Determine Consumer Price Elasticities," Debriefing Session for the Anti-Trust Division, Washington, D.C., February 1997.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Address on Issues in Marketing Research for Legal Cases: Necessity of Using Controls and the Propriety and Risk of Repetitive Probes," Marketing and Public Policy Conference, Washington, D.C., May 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Science at a Crossroad," Inaugural Presentation as the first holder of the Unilever-Erasmus Marketing Professorship, Erasmus University, February 18, 1993.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Time Based Competition: Implications for Marketing Science," INSEAD Faculty Presentation, January 1992.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Research and Modeling for the 21st Century Enterprise: The Emerging Crisis and its Challenges," Management Science Roundtable, Redington Beach, FL, February 17, 1991.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Concept Testing for Generating and Evaluating Positioning Strategies," PDMA Positioning Conference, New York, NY, March 6, 1990.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Second Generation Expert Systems: Incorporating Enhanced Explanation and Learning," Marketing Science Conference, Jouy-en-Josas, France, June 24-26, 1987.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPENDIX A**

- "Advances in Marketing Research and Modeling," Studio Ambrosetti, Milan, December 1986.
- "Expert Systems in Marketing," TIMS October 1986 Conference, Miami.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Contribution of Consulting to the Consumer Research Discipline," ACR conference, October 1984.

9) **Israel**

- "Innovative Pedagogical Approaches in Higher Education" IDC, March 25, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most from Your Israel Visit," 2012 Faculty International Seminar to Israel/Turkey, April 25, 2012.
- "Israel:  Insights and Opportunities:  Background Discussion for GIP Israel Program," GIP Israel Program, November 16, 2010.
- "Making the Case for Israel," IDC Panel Discussion, Israel, May 26, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Marketing Israel," Israeli MBA Conference, April 19, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Management Paradigm for Israel's Schools of Management: Lessons from the New Wharton MBA Curriculum," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.

10) **Video Presentations: Illustrative Topics**

- Video Interview re *Transformation in Times of Crisis* with Nitin Rakesh, India Inc, March 9, 2021.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Marketing: M.A.D.E.S. and R.A.V.E.S." Target Marketing, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Transforming Corporate Cultures by Celebrating Failures," Knowledge@Wharton in collaboration with Mphasis, Oct 13, 2015.
- "The CMO Advantage: Evolving beyond the Digital Revolution," Wharton Executive Education, April 14, 2015. <https://www.youtube.com/watch?v=a1-qxoMCXls>.
- "Should You & Can You Inspire Curiosity?" TEDxFreeLibraryofPhiladelphia, January 25, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton Future of Advertising Research," Tsou, Rose & Wind, Jerry, The Festival of Media Asia 2014, March 16, 2014. <https://www.youtube.com/watch?v=79hlMyUB5fg>.
- "Should You & Can You Inspire Curiosity?" TED x Free Library of Philadelphia. September 17, 2014. <https://www.youtube.com/watch?v=Kx2ZF3-10B8>.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Can Technology Help Enhance Student Engagement?" Engaging Students Through Technology Symposium, November 1, 2013. <https://www.youtube.com/watch?v=FDRVrXUCeds>.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Four Minute Mile & Its Implications for B2B Marketers," Google Small Business, October 18, 2011. <https://www.youtube.com/watch?v=fXjnXz9-qPs>.

I. **Illustrative Podcasts**

- "WORK. With Wharton School Professor Jerry Wind," Open Assembly, February 2, 2021. <https://open-assembly.com/blog/work-with-wharton-school-professor-jerry-wind>.
- *Transformation in Times of* Crisis podcast recording, Open Assembly, January 20, 2021.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Wharton School's Jerry Wind on Sotheby's Going Private," ArtTactic, July 23, 2019. <https://soundcloud.com/arttactic/whartons-jerry-wind-on-sothebys-going-private>.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Welcome to the Reimagine Education Conference 2017 with Jerry Wind and Barbara Kurshan,"
  Wharton Business Daily, December 12, 2017.
  <https://podcasts.google.com/feed/aHR0cHM6Ly9mZWVkcy5hY2FzdC5jb20vcHVibGljL3Nob3dzLz
  VhYjU0YzcwYmI2ZGRmNDU1MjdlMDZiMQ/episode/dGFnOnNvdW5kY2xvdWQsMjAxMDp0cmFja3
  MvMzY4OTgzMjU5?sa=X&ved=2ahUKEwiZ-9adw_jsAhWEgFkKHQI2CYsQkfYCegQIARAF>.

109

**APPENDIX A**

## 6.  PROFESSIONAL AFFILIATIONS AND AWARDS

### I.  Professional Affiliations

1. Fellow of the International Academy of Management (since 1989), Chancellor 2000-2006, Vice Chancellor for the Americas, 1996-2000
2. Academy of International Business
3. American Marketing Associations
4. American Association for Public Opinion Research
5. American Psychological Association, Division of Consumer Psychology (Div. 23)
6. Association for Consumer Research
7. International Communication Association
8. Product Development and Management Association
9. Psychometric Society
10. Strategic Management Society
11. INFORMS – The Institute of Management Sciences
12. The Market Research Society (London)

### II. Professional Awards

#### 1.  Honorary Degrees

M.A. Honors, University of Pennsylvania, 1971

#### 2.  Awards

- Inducted into the Marketing Hall of Fame, 2017
- Member of the Inaugural Cohort of the **AMA Fellows**, 2015.
- One of the original 10 *Legends of Marketing, 2009.*  An 8-volume set of anthologized work published by Sage, 2013.
- **Buck Weaver Award**, Massachusetts Institute of Technology, 2007.
- **Honorary Fellow of the Decade**, Interdisciplinary Center, Herzliya (Israel), May 2004.
- The **2003 Elsevier Science Distinguished Scholar Award** of the Society for Marketing Advances
- One of the **10 Grand Auteurs** in Marketing. [Alain Jolbert, EMS Management and Societe, 2000]
- One of 18 *JAR* articles in the Special Classics Issue **of articles that have withstood the test of time**. Nov./Dec. 2000.
- **The Paul D. Converse Award**, 1996.
- **American Marketing Association/Irwin Distinguished Educator Award**, 1993.
- **First Faculty Impact Award**, Wharton Alumni Association, 1993.
- First Runner-Up in the **1988 Franz Edelman Award for Management Science/Achieveme**nt.
- **The 1985 Charles Coolidge Parlin Award.**
- Elected as the 1984 member of the **Attitude Research Hall of Fame.**
- Delivered the 13th (1981) **Albert Wesley Frey Lecture**, University of Pittsburgh.
- My *Product Policy* book won the **1979 Book of the Year Award** given by the editors of Expansion (Mexico).
- Winner of two **Alpha Kappa Psi Foundation Awards** for the best article published in the *Journal of Marketing* in 1973 and 1976.
- Runner up of the 1983 **William O'Dell Award** for "the article published 5 years earlier in JMR which stood the test of time and made the most significant long run contribution to Marketing Theory, methodology and practice".
- **Winning paper** (with Paul E. Green) of American Psychological Association Division of Consumer Psychology, 1972 Research Design Co mpetition.
- A finalist (top 5) for the 1980 Wharton Award for teaching excellence.

#### 3.  Illustrative Citations

- Third highest ranked Marketing Scholar in the University of Maryland's Kirkpatrick and Locke Faculty

110

**APPENDIX A**

Scholarship Study, 1985 (based on number of publications, citations, and peer ratings).

- 10th highest ranked marketing Scholar in the Cote, Leong and Cote "Assessing the Dissemination and Utilization of Marketing Research in the Social Sciences: A Citation Analysis Approach," 1990.

**4.   Illustrative Research Grants**

- National Science Foundation: U.P. Research Grant (Summer 1970);
- General Foods, the Jell-0 Division (1971);
- N.W. Ayer (1972) - (with Paul E. Green);
- Downe Communication, Inc. (1972);
- Lever Brothers (1972) - (with Paul E. Green);
- Thomas Jefferson University Hospital (1973);
- AT&T (1973);
- The Robert Wood Johnson Foundation Clinical Scholar Fund (1974);
- The John and Mary R. Markle Foundation with R.E. Frank (1975-1976);
- National Science Foundation (Grant No. 51575-12928) (1975);
- The National Health Care Management Center of the Leonard Davis Institute with Thomas Robertson (1977).
- Wharton Global Initiatives Research Program (2010)
- Wharton Sports Business Initiative Program (2010)
- Global Initiatives Research Program (2014

**5.   Fellowships**

- Hebrew University Awards 1959/1960; 1964/1965; 1965/1966;
- Ford Foundation Fellowship 1963/1964;
- Owen D. Young: General Electric Fellowship in Marketing 1964/1965; 1965/1966;
- Bankendorf Fellowship 1964/1965;
- Stanford University Fellowship 1964/1965; 1965/1966.

**6.   Illustrative Recent Media Coverage**

- Knowledge@Wharton:
  - Amazon vs. Walmart: Which One Will Prevail? [June 27, 2017]
    http://knowledge.wharton.upenn.edu/article/amazon-vs-walmart-one-will-prevail/
  - How Insurers Can Protect Against Digital Disruption [March 03, 2017]
    http://knowledge.wharton.upenn.edu/article/insurers-can-protect-digital-disruption-2/
  - How Platforms Will Disrupt the Future of Media and Entertainment [November 18, 2016]
    http://knowledge.wharton.upenn.edu/article/platforms-will-disrupt-future-media-entertainment/
  - Assets vs. Access: A Digital Reality for Commercial Real Estate [September 14, 2016]
    http://knowledge.wharton.upenn.edu/article/assets-vs-access-digital-reality-commercial-real-estate/
  - How Industrial Firms Can Pivot to Digital Business Models [July 25, 2016]
    http://knowledge.wharton.upenn.edu/article/industrial-firms-can-pivot-to-digital-business-models/
  - How to Get Your Enterprise Digitally Ready and Agile [April 27, 2016]
    http://knowledge.wharton.upenn.edu/article/how-to-get-your-enterprise-digitally-ready-and-agile/
  - Ahead of the Class: Mapping Education's Next Transformation [March 18, 2016]
    http://knowledge.wharton.upenn.edu/article/ahead-of-the-class-mapping-educations-next-transformation/
  - Click Here: How Advertisers Can Beat Ad Blockers [December 10, 2015]
    http://knowledge.wharton.upenn.edu/article/click-here-how-advertisers-can-beat-ad-blockers/
  - How Apple's Latest Offerings Will Expand Its Piece of the Pie [September 14, 2015]
    http://knowledge.wharton.upenn.edu/article/how-apples-latest-offerings-will-expand-its-piece-of-the-pie/
  - Why Companies Need Their Customers to 'Love' Them [August 04, 2015]

111

APPENDIX A

http://knowledge.wharton.upenn.edu/article/why-companies-need-their-customers-to-love-them/

o   Is Your Leadership Style Right for the Digital Age? [February 06, 2015]
http://knowledge.wharton.upenn.edu/article/the-right-leadership-style-for-the-digital-age/

o   A Glimpse of the Future: The 'Oscars of Innovation in Higher Education' [January 16, 2015]
http://knowledge.wharton.upenn.edu/article/glimpse-future-oscars-innovation-higher-education/

o   Can Creativity Be Taught? [August 27, 2014]
http://knowledge.wharton.upenn.edu/article/can-creativity-be-taught/

o   Shhh! Marketing Embarrassing Products in the Age of Social Media [August 12, 2014]
http://knowledge.wharton.upenn.edu/article/marketing-embarrassing-products/

o   Will Consumers Be Sold on an eBay-Sotheby's Collaboration? [July 23, 2014]
http://knowledge.wharton.upenn.edu/article/will-consumers-sold-ebay-sothebys-collaboration/

o   How Innovation and the 'Reimagined' Classroom Will Change Learning [June 12, 2014]
http://knowledge.wharton.upenn.edu/article/innovation-reimagined-classroom-will-change-learning/

o   Body Slams, Vicious Dogs, Tidal Waves: How Effective Are Violent Ads? [February 25, 2014]
http://knowledge.wharton.upenn.edu/article/body-slams-vicious-dogs-tidal-waves-effective-todays-violent-ads/

o   The Tata Group and Tel Aviv University Invest in Innovation — and Each Other [August 1, 2013]
http://knowledge.wharton.upenn.edu/article/tata-group-tel-aviv-university-invest-innovation/

o   Israel and China: The 'Odd Couple' Trading Partners Tighten Their Ties [June 25, 2013]
http://knowledge.wharton.upenn.edu/article/israel-and-china-the-odd-couple-trading-partners-tighten-their-ties/

o   Can RIM Reinvent Itself? [February 04, 2013]
http://knowledge.wharton.upenn.edu/article/can-rim-reinvent-itself/

o   A Farewell to Two Business Visionaries [October 10, 2012]
http://knowledge.wharton.upenn.edu/article/a-farewell-to-two-business-visionaries/

o   From Fringe to Mainstream: Companies Integrate CSR Initiatives into Everyday Business [May 23, 2012]
http://knowledge.wharton.upenn.edu/article/from-fringe-to-mainstream-companies-integrate-csr-initiatives-into-everyday-business/

o   The U.S. Demographic Shift: A 'Tipping Point' for Marketers [May 22, 2012]
http://knowledgetoday.wharton.upenn.edu/2012/05/the-u-s-demographic-shift-a-tipping-point-for-marketers/

o   Putting the Squeeze on Consumer Choice [September, 23, 2011]
http://knowledgetoday.wharton.upenn.edu/2011/09/putting-the-squeeze-on-consumer-choice/

o   Harnessing Networks to Create Value and Identify New Opportunities [July 15, 2009]
http://knowledge.wharton.upenn.edu/article.cfm?articleid=2289&specialid=88#

o   What Does it Take to Compete in a Flat World? [October 31, 2007]
http://knowledge.wharton.upenn.edu/article.cfm?articleid=1836

o   Can't Run, Can't Hide: New Rules of Engagement for Crisis Management [September 19, 2007] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1807

o   Will a New Theory Help Firms to Manage in a 'Flat' World? [October 25, 2006]
http://knowledge.wharton.upenn.edu/article.cfm?articleid=1588

o   Business Books for the Beach, The Power of Impossible Thinking [March 22, 2006]
http://knowledge.wharton.upenn.edu/special_section.cfm?specialID=22

o   Farewell, Peter Drucker: A Tribute to an Intellectual Giant [November 30, 2005]
http://knowledge.wharton.upenn.edu/article.cfm?articleid=1326

o   Should Your Next CEO Be a Philosopher? [interview, February 9, 2005]
http://knowledge.wharton.upenn.edu/article.cfm?articleid=1125

o   What's the Buzz About Buzz Marketing? [interview, January 12, 2005], reprinted in *Wharton Alumni Magazine*, Winter 2005
http://knowledge.wharton.upenn.edu/article.cfm?articleid=1105

o   Amazon's Multiple Personalities [interview, January 14, 2005]

112

APPENDIX A

http://knowledge.wharton.upenn.edu/article.cfm?articleid=1088
- o Back to the Drawing Board: Is the Traditional Theory of the Firm Obsolete? [interview, October 6, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1047
- o The Power of Impossible Thinking [book, August 25, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1022
- o What's Behind the 4-Minute Mile, Starbucks, and Moonlanding? The Power of Impossible Thinking [book, July 14, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1007
- o A Lofty Take on Leadership: Mountain Climbing and Managing Companies [book, September 24, 2003] http://knowledge.wharton.upenn.edu/article.cfm?articleid=858
- o How Business Can Prepare for War [conference, February 9, 2003]
- o Could a Cyber-Terrorist Take Down Your Company? Don't Wait to Find Out [conference, August 28, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=615
- o The New Business Reality [conference, January 30, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=509
- o What Webvan Could Have Learned from Tesco [interview, October 10, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=448
- o What's in Store for Capital Markets and the Economy? [interview, September 26, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=436
- o Did Terrorists Blow Up the Recovery? [interview, September 13, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=425
- o Dotcom Bomb Hits the Publications that Covered It [interview, August 29, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=418
- o Can Priceline Remain Profitable? [interview, August 15, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=412
- o Good vs. Great Leaders: The Difference is Humility, Doubt, and Drive [conference, June 20, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=377
- o It's Not Easy Being Paul Green [interview, November 8, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=262
- o Three Marketing Lessons from the Love Bug [interview, May 24, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=184
- o Just-in-Time Education: Learning in the Global Information Age [paper, August 30, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=236
- o New Rules of Digital Marketing [interview, October 13, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=79
- o Who's Buying on the Internet? [paper, September 1, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=63
- o Marketing Strategy in the Global Information Age [lecture, July 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=36
- o The Knowledge Edge [conference, June 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=34
- o Knowledge @ Wharton, High School Edition [glossary of various marketing terms]
- "It's advertising, but not as we know it," ResearchWorld, 2016. https://doi.org/10.1002/rwm3.20399
- "10 Moves That Will Become Shakers for 2020 Advertising," The Economic Times, July 15, 2013. https://economictimes.indiatimes.com/blogs/Globalpositioning/10-moves-that-will-become-shakers-for-2020-advertising/
- "Is open innovation the future of advertising?" MediaJobs, May 13, 2013. http://mediajobs.com/is-open-innovation-the-future-of-advertising/2988/
- "Has Johnson & Johnson lost its way?" Leader, August 1, 2012. http://www.leader.co.za/article.aspx?s=1&f=1&a=3843
- "Facing Up to Change: The Executive Challenge," iedp.com, July 13, 2012. http://www.iedp.com/Blog/Wharton_Fellows_Keep-Up_Deal_with_Change
- "6 Steps to Achieving Creativity in Business, Personal Life," US News and World Report, January 3, 2011. http://health.usnews.com/health-news/family-health/brain-and-behavior/articles/2011/01/03/6-steps-to-achieving-creativity-in-business-personal-life.html
- "Wharton's Jerry Wind Predicts the Future of Advertising," IESE Insight, May 19, 2010. http://www.iese.edu/aplicaciones/news/view.asp?id=2333&lang=en
- Interviewed in report on the Future of Advertising Project, VMarketing China Magazine, April 2010.

113

APPENDIX A

- Listing of *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World* in "KYW News Radio 1060 AM's 10 Books to Read by Marc Kramer." November 1, 2009.
- "World Series a marketing windfall for Philadelphia," Philly.Com, October 27, 2009. http://www.philly.com/philly/business/66284122.html
- Media coverage of Fast.Forward (http://www.youtube.com/user/FastForward), the Marketing Channel on YouTube co-founded with Google:
  - "Truth in Advertising," Penn Gazette, September, 2009. http://www.upenn.edu/gazette/0909/gaz07.html
  - "YouTube's FastForward Biz Site Off to Slow Start," ReadWriteWeb Blog, September 23, 2009. http://www.readwriteweb.com/archives/youtubes_fastforward_biz_site_off_to_slow_start.php
  - "Fast.Forward. Connecting marketers with innovative ideas (and other marketers)," YouTube Biz Blog, September 23, 2009. http://ytbizblog.blogspot.com/2009/09/fastforward-connecting-marketers-with.html
  - "Will the Future of Advertising Be a Blend of Old and New Media?" Knowledge@Wharton, September 30, 2009. http://knowledge.wharton.upenn.edu/article.cfm?articleid=2344
  - "What's the future of advertising?" InternetNews.com, October 2, 2009. http://blog.internetnews.com/dneedle/2009/10/whats-the-future-of-advertisin.html
  - "New Year, New Look for Google for Advertisers," Google Agency Ad Solutions Blog, January 13, 2010. http://adwordsagency.blogspot.com/2010/01/new-year-new-look-for-google-for.html
- "Interview: Yoram (Jerry) Wind," First Friday Book Synopsis, July 26, 2009. http://ffbsccn.wordpress.com/2009/07/26/interview-yoram-jerry-wind/. Also published on Examiner.com, July 26, 2009. http://www.examiner.com/x-14678-Dallas-Business-Commentary-Examiner~y2009m7d26-Interview-Yoram-Jerry-Wind
- "Tips for Better Networking Skills," FOX Business News, July 17, 2009. http://www.foxbusiness.com/search-results/m/25340846/tips-for-better-networking-skills.htm
- Featured book in Wharton Alumni Newsletter: *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World*, July 2009. http://www.wharton.upenn.edu/alumni/newsletter/2009/july/
- "Future of Advertising? Print, TV, Online Ads," Ad Age, June 1, 2009. http://adage.com/article?article_id=136993
- "Wondering What to Do? We Asked the Experts," Ad Age, April 6, 2009. http://adage.com/article?article_id=135772
- "An Interview with Wharton Professor Jerry Wind at MPlanet 2009" on Marketing Shift Online Marketing Blog, January 28, 2009. http://www.marketingshift.com/2009/1/an-interview-wharton-school-professor.cfm
- Interview with LA Times on the financial crisis: Mindful Strategy, October 1, 2008.
- Interview with Sally Herships regarding Asia's demand for large jewels, "A Glimmer in Hong Kong's Eye." Marketplace, NPR. February 20, 2008.
- "The Power of Impossible Thinking," Podcast interview with LadyAdvisor.com, February 2008.
- Wharton@Work Report on the Las Vegas Fellows Master Class, January 2008.
- Interview on "Managing Creative People," Joel Kurtzman (ed), Creating Value Through People. Wiley 2008.
- Research Conference Report Summary of CASRO Technology Conference Speech "Online Panels: Where We Are Today and Where We Are Headed in the Future," August 2007.
- "The Power of Impossible Thinking," Ocean City Public Library, BUSINESS BOOK CLUB, Book of the Week, October 07, 2007.
- Wharton media coverage of Competing in a Flat World:

| | | | |
|---|---|---|---|
| Wharton Alumni Magazine | Winter | 2008 | Featured book |
| Wharton Alumni Magazine | December | 2007 | Featured article |
| Wharton Alumni Newsletter | August | 2007 | Featured book |
| Wharton Alumni Newsletter | December | 2007 | Featured book |
| Wharton Executive Education - - featured on home page | September | 2007 | Featured book |
| Wharton Faculty / Staff newsletter | September | 2007 | Featured book |

114

| | | | |
|---|---|---|---|
| Wharton Faculty / Staff newsletter | December | 2007 | Competing in a Flat World Competition Announcement |
| Knowledge at Wharton | October | 2007 | Interview with audio download |
| Competing in a Flat World website | October | 2007 | Website went live in October |

- Goh, Dr. Sunny T.H. "How to Make the Impossible Possible." *The Star Online*. July 10, 2006. thestar.com.my/news/story.asp?file=/2006/7/10/business/14512212&sec=business
- A link has been placed for the book *The Power of Impossible Thinking* on the website, www.worksavvy.ws/organization.htm#yourself as a recommendation to entrepreneurs and the diagram from page xxiv of the book is shown in the section of the website, "Organizing Yourself: Your Mind, Your Attitude, Time and Planning."
- "How Business Ideas are Born," MoneyControl.com, June 2, 2006.
- "Think You Know More Than Your Boss? You Just Might," Beepcentral.com, April 24, 2006.
- "New Model: Divide and Govern." *Directorship*. April 2006.
- "Creativity Comes to B-Schools," *Business Week Online*, March 26, 2006.
- Thomas Group Review. *The Power of Impossible Thinking*: A conversation with Yoram (Jerry) Wind and Jim Taylor. Also appeared at Knowledge Leadership @ Thomas Group, Winter 2006.
- *The Power of Impossible Thinking* selected as one of the five outstanding books on "Thinking Outside the Box" by the Swiss Journal *CASH* on March 16, 2006.
- "Marketing Prof. Gives Crash Course in Brand Image," *Daily Pennsylvanian*, February 9, 2006.
- "Churning Out Books for the Bigwigs," *Daily Pennsylvanian*, November 10, 2005.
- Inaugural Thought Leader interview, *The Brand Strategy Roundtable Journal,* November 2005.
- A number of radio interviews re *The Power of Impossible Thinking*, including:
  - *Something You Should Know with Mike Carruthers*, March 2006.
  - Mix 92.9 Morning Show, Nashville, March 2006.
  - KRMB Radio, Strategies for Living, Shrevesport, LA, August 11, 2004.
  - WKCT Radio, Drive Time, Bowling Green, KY, August 20, 2004.
  - WABJ Radio, John Sabastian Morning Show, Detroit, MI, August 18, 2004.
  - WKNO Radio, Smart Copy, Memphis, TN, August 17, 2004.
  - KIKK Radio, Salt Lake City, UT, November 6, 2004.
- "Winds of Change," *The Economic Times, Brand Equity*, June 1, 2005, front page.
- "From Ink to Implementation: New Press Wharton School Publishing Co-Editors Say They Aim for Sound Management Titles that You Can Do Something With," *BusinessWeek Online,* April 11, 2005.
- "Power of Mental Models," *Asia Inc.* April 2005, pp. F14-15.
- "Challenge Your Mental Models," *The Edge Malaysia*, March 21, 2005.
- "Meet the Master-Minds: Jerry Wind Reveals the Power of Impossible Thinking," *Management Consulting News*, March 3, 2005.
- "Mental Power Tool," *Automotive Design and Production*, 2004.
- "Read All About It: Q&A with Jerry Wind about Wharton School Publishing," *Wharton Alumni Magazine*, Spring 2004.
- "Comment s'addresser au consummateur "Post-bull"? D'apres *Convergence Marketing Strategies for Reaching the Hybrid Consumer, Business Digest* 127 (February 2003), pp. 19-20.
- "Wealth is Created During Periods of Uncertainty," *Fast Company*, April 2002, pp. 87-88.
- "Thought Leaders: Convergence Marketing: Preview an excerpt from the book by Wharton Professor Jerry Wind and Professor Vijay Mahajan of the University of Texas," Wharton's E-Buzz, October 2001; and Knowledge@Wharton, October 2001.
- "Wind of Change," *The Peak*, Volume 17, Number 1, 2001.
- "Conversation with Jerry Wind," Singapore, October 2000; abstract reproduced in http://can.mediacorpnews.com/analysis_prog/incon/incon_wind1.htm.
- "You Can't Be An Extremist," Globs March 8, 2001 (Hebrew).
- Wind, Yoram (Jerry). "Managing in the Year 2000" Executive Issues. August 1991.

# APPENDIX A
## 7.  PERSONAL DATA

**Office:**     The Wharton School
            University of Pennsylvania
            Philadelphia, PA 19104
            Tel:  (215) 898-8267
            E-mail: windj@wharton.upenn.edu

**Marital Status:** Widowed; Two children.

**Illustrative Pro Bono Activities**

The Interdisciplinary Center, Herzliya (Israel), all planning activities and other involvement (as outlined on p. 75), since 1994.

American Friends of IDC, Founding President (1998-2002); Member (2003-present).

Government of Catalonia, International Advisory Board (2007-2017).

The Philadelphia Museum of Art, Trustee (1992-present); Founding chair of the Marketing Committee (2013-present); Member of PMA Brand Steering Group (2013-present); Member of the Digital Age Committee (2009-2013); Member of the Corporate Executive board of the Museum (1996-present); Led a committee of  trustees, management, and curatorial staff in the development of a market driven strategy, (1990); Member of the Nominating Committee (1999-2002); Member of Trustee Committees for Development (1993-1997); Special Exhibitions (1993-1995); and Strategy (1997-1998); Chairman, Audience Building Committee (2004-2006).

The Curtis Institute, Trustee, Chair of the Communications Committee and Member of the Executive Committee (2019-present); Member of the Communication Committee (2016-2018).

Grounds for Sculpture, Member of the Board (2020-present).

Woodmere Art Musem, Chair of the Sculpture Experience Committee (2018-present).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Business for Diplomatic Actions, Member, Advisory Board and Coordinator of the Wharton research efforts in this area (2005-2010)

The Fox Chase Cancer Center, Member, Advisory Board (2009-2012)

Institute of Contemporary Art (ICA).  Help guide a strategic planning process (2001).

The Jewish Federation of Greater Philadelphia: Member of the Financial Resource Development Committee, 1990-1992.

National Constitution Center, Member, Strategic Planning Steering Committee (2005)

Operation Independence, Israeli Management School Oversight Committee, 1991-1992.

The Philadelphia Orchestra: Advisor regarding the development of Marketing Strategy (1994-1997).

University of Pennsylvania Museum of Archeology and Anthropology. Help establish a vision and revenue generation strategies (1999).

**Affiliations:**

The Philadelphia Museum of Art – Trustee (Philadelphia)
The Barnes Foundation (Philadelphia)
The Institute of Contemporary Art of the University of Pennsylvania (Philadelphia)
Pennsylvania Academy of the Fine Arts (Philadelphia)
The Museum of Modern Art (New York)
Museum of Art and Design (New York)

The New Museum (New York)
Whitney Museum of American Art (New York)
The Jewish Museum (New York)
Guggenheim Museum (New York)
U.S. Holocaust Memorial Museum (Washington D.C.)

**APPENDIX A**

RECENT PUBLICATIONS (2020-2024)

| Title | Authors | Publication | Date | Publisher | Link |
|---|---|---|---|---|---|
| Ten Guidelines for Creating Opportunities in a Time of Crisis | Jerry Wind and Nitin Rakesh | Knowledge@Wharton | 4/14/2020 | *K@W* | https://knowledge.wharton.upenn.edu/article/ten-guidelines-create-opportunities-coronavirus-crisis/ |
| Forever changed! Innovation and the future post-covid higher education landscape | Jerry Wind and Nunzio Quacquarelli | International Journal of Educational Advancement | 3/9/2021 | *GRF Publishers* | https://grfpublishers.com/article/view/MzYw/Forever-Changed-Innovation-and-the-Future-Post-Covid-Higher-Education-Landscape |
| Marketing's Role in Creating Opportunities in Times of Crisis | Jerry Wind | Big Bang Marketing 2020 | 5/26/2021 | *Kotler Impact* | https://www.scribd.com/document/535576276/Big-Bang-Marketing-2020 |
| Wharton Marketing: Where Academia Meets Practice (Presentation 74) | Eric T. Bradlow, Barbara E. Kahn, Cait Lamberton, Leonard M. Lodish, Robert J. Meyer, Raghu Iyengar and Jerry Wind | Customer Needs and Solutions | 10/28/2021 | *Springer* | https://www.amazon.com/BANG-MARKETING-2020-KOTLER-IMPACT-ebook/dp/B0962TRM75 |
| Reimagine Executive Education (Chapter 16) | Jerry Wind | Executive Education After the Pandemic: A Vision for the Future | 11/29/2021 | *Palgrave Macmillan* | https://www.amazon.com/Executive-Education-after-the-Pandemic_-A-Vision-for-the-Future/dp/3030823423 |
| Genetic Data: Potential Uses and Misuses in Marketing | Remi Daviet, Gidi Nave and Jerry Wind | Journal of Marketing | 2/1/2022 | *Sage* | https://journals.sagepub.com/doi/full/10.1177/0022242920980767 |
| Reflections by Yoram (Jerry) Wind | Jerry Wind | Foundations and Trends in Marketing | 3/7/2022 | *Now Publishers* | https://www.nowpublishers.com/article/Details/MKT-076 |

1

**APPX. 0227**

**APPENDIX A**

RECENT PUBLICATIONS (2020-2024)

| Title | Authors | Publication | Date | Publisher | Link |
|---|---|---|---|---|---|
| The Rebirth of Marketing and the Role of Chief Marketing Officers | Nick Primola and Jerry Wind | Management and Business Review | Spring 2022 | *MBR* | https://mbrjournal.com/2023/02/14/the-rebirth-of-marketing-and-the-role-of-chief-marketing-officers/ |
| Why don't we learn from history? (Op Ed) | Jerry Wind | QS Insights Magazine (Online) | April 2023 | *QS* | https://magazine.qs.com/qs-insights-magazine-03/view#block-417fd89c-fe11-458c-9b7d-6449b5690b79 |
| How to include ChatGPT within business school teaching (Op Ed) | Jerry Wind | TopMBA.com | 6/8/2023 | *QS* | https://www.topmba.com/mba-programs/how-include-chatgpt-within-business-school-teaching |
| Implications of the Consumer Journey to Traditional Consumer Surveys for Litigation (Chapter 2 in book) | Chad Hummel, Ben Mundel and Jerry Wind | *The Cambridge Handbook of Marketing and The Law* | July 2023 | *Cambridge Univ Press* | https://www.cambridge.org/core/books/abs/cambridge-handbook-of-marketing-and-the-law/implications-of-the-consumer-journey-to-traditional-consumer-surveys-for-litigation/F4D6EDE70ED56506A71B221EA7FCA286 |
| Creativity and Innovation in the Age of AI (Chapter 1 in book) | Jerry Wind, Margherita Pagani and Stacey Lynn Schulman | *Artificial Intelligence for Business Creativity* | 7/5/2023 | *Routledge* | https://www.taylorfrancis.com/chapters/edit/10.4324/9781003287582-3/creativity-innovation-age-ai-yoram-jerry-wind-margherita-pagani-stacey-lynn-schulman |
| Introduction to the Special Double Issue: AI for Customer Engagement | Jerry Wind, Margherita Pagani and Jerry Dischler | MBR | Winter and Sping 2023 | *Management Busniss Review* | https://mbrjournal.com/AI-Customer-Engagement-issue/ |

**APPX. 0228**

3/30/2024

# APPENDIX A

RECENT PUBLICATIONS (2020-2024)

| Title | Authors | Publication | Date | Publisher | Link |
|---|---|---|---|---|---|
| 3 Visions of the Future of AI for Customer Engagement: 2027 Scenarios | Jerry Wind, Mukul Pandya, Margherita Pagani and Jerry Dischler | MBR | Winter and Sping 2023 | *Management Busniss Review* | https://mbrjournal.com/AI-Customer-Engagement-issue/ |
| Special Double Issue: AI for Customer Engagement, Editor | Jerry Wind, Margherita Pagani and Jerry Dischler | MBR | Winter and Sping 2023 | *Management Busniss Review* | https://mbrjournal.com/AI-Customer-Engagement-issue/ |
| Beyond Surveys: A Holistic Marketing Approach to Assess the Validity of Legal Challenges | Chad Hummel, Ben Mundel and Jerry Wind | | Working paper 2023 | | |
| Unlocking Creative Potential: The Role of Artificial Intelligence in Fostering Creativity within The Marketing Domain | Margherita Pagani and Jerry Wind | | Working Paper 2023 | | |
| Foreign Direct Investment: A Value Proposition Framework | Prasant Salwan & Yoram Wind | The Indian Journal of Industrial Relations | January 2024 | | https://www.jstor.org/action/doBasicSearch?Query=Foreign+Direct+Investment%3A+A+Value+Propositi on+Framework |

3/30/2024

**Trial and/or Deposition Testimony 2018-2024**

**2018**

- Sandoz, Inc. v, Glaxo Group LTD, United States Patent and Trademark Office, Trademark Trial and Appeal Board, No. 91,229,470
  [Pattishall McAuliffe]
  *Deposition*

- Buckeye Tree Lodge and Sequoia Village Inn, LLC v. Expedia, Inc; Hotels.com, L.P.; Hotels.com GP, LLC; Orbitz, LLC; Trivago GmbH; Venere Net S.R.L DBA Venere Net, LLC; Expedia Australia Investments PTY LLD, United States District Court for the Northern District of California, No. 3:16-cv-04721-VC
  [Covington Burling]
  *Deposition*

- Nisha Brown, Kathy Williamson, individually and on behalf of all others similarly situated v. Wal-mart Stores, Inc., and Does 1 20 through 50 inclusive, United States District Court, Northern District of California, San Jose Division, No. 09-cv-03339-EJD
  [Katten Muchin Rosenman]
  *Deposition*

- Forever 21, Inc v. Gucci America, Inc, United States District Court, Central District of California, Western Division, No. 2:17-cv-4706 SJO (ex)
  [Quinn Emanuel]
  *Deposition*

- Video Gaming Technologies, Inc., v. Castle Hill Studios LLC (d/b/a Castle Hill Gaming); Castle Hill Holding LLC (d/b/a Castle Hill Gaming); and Ironworks Development, LLC (d/b/a Castle Hill Gaming), United States District Court for the Northern District of Oklahoma, No. 17-cv-00454-GKF-njx
  [Covington Burling]
  *Deposition*

**2019**

- Merck & co., Inc and Merck Sharp & Dohme Corp. v. Merck KGAA, United States District Court District of New Jersey, No. 2:16-cv-00266-ES-MAH
  [Sidley Austin]
  *Deposition*

- The Reinalt Thomas Corporation d/b/a Discount Tire v. Mavis Tire Supply LLC, United States District Court Northern District of Georgia Atlanta Division, No. 1:18-cv-05877-TCB
  [Covington Burling]
  *Deposition*

- Miller Coors, LLC v. Anheuser-Busch Company, LLC, United States District Court for the District of Wisconsin, No. 19-cv-218
  [Brattle Group and Crowell Moring LLP]
  *Deposition*

- Buckeye Tree Lodge and Sequoia Village Inn, LLC, et al., v. Expedia, INC, et al., United States District Court Northern District of California, No. 16-cv-04721-VC
  [Covington Burling]
  *Deposition*

1

Last Updated: 4/2/2024

## Trial and/or Deposition Testimony 2018-2024

**2020**

- Federal Trade Commission v. LendingClub Corporation d/b/a LendingClub, United States District Court Northern District of California, San Francisco Division, No. 3:18-cv-02454
[Gibson Dunn & Kirkland Ellis]
*Deposition*

- Gianni Versace S.R.L v. Fashion Nova, INC, United States District Court Central District of California, Western Division, No. 2:19-cv-10074
[Paul Weiss]
*Deposition*

- American Airlines, INC v. Delta Airlines, INC, United States District Court for the Northern District of Texas, Fort Worth Division, No. 4:19-CV-01053-O
[Latham Watkins]
*Deposition*

- Duracell U.S. Operations, INC v. Energizer Brands, LLC, United States District Court Southern District of New York, No. 1:20-CV-07318-JPO
[Paul Weiss]
*Deposition*

- Get Kaiser, INC, Kaiser Fitness, LLC and Anna Kaiser v. AKT Franchise, LLC and Xponential Fitness, LLC, United States District Court for the District of Delaware, No. 20-1037-CFC
[Venable]
*Deposition*

**2021**

- Federal Trade Commission v. Fleetcor Technologies, INC, et al, United States District Court Northern District of Georgia, Atlanta Division, No. 1:19-cv-5727-AT
[Sidley Austin]
*Deposition*

- The People of the State of California v. Ashford University, LLC; Zovio, Inc; and Does 1, Superior Court of the State of California For the County of San Diego, No. 37-2018-00046134-CU-MC-CTL
[Sidley Austin]
*Deposition and Trial*

- FieldTurf Artificial Turf Marketing and Sales Practices Litigation, United States District Court of New Jersey, No. 3:17-md-02779-MAS-TJB
[Weil, Gotshal & Manges LLP]
*Deposition*

- Retained by a professional sports organization in connection with a confidential arbitration proceeding.
[Quinn Emanuel]
*Deposition*

- TheraputicsMD, INC v. Evofem Biosciences, INC., United States District Court Southern District of Florida, West Palm Beach Division, No. 9:20-cv-82296
[Hackler Daghighian Martino & Novak]
*Deposition*

- Bobrick Washroom Equipment, INC v. Scranton Products, INC, No. 14-CV-00853-RDM (H.D. PA)
[Baker Law]
*Deposition and Trial*

- Bureau of Consumer Financial Protection v. Progrexion Marketing, INC, et al., No. 2:19-cv-00298-BSJ
[Goodwin Procter]
*Deposition*

2

Last Updated: 4/2/2024

## Trial and/or Deposition Testimony 2018-2024

**2022**

- H&R Block. And HRB Innovations, INC. v. Block, INC., United States District Court for the Western District of Missouri, No. 4:21-cv-00913-NKL
  [Quinn Emanuel]
  *Trial*

- Luckenbach Texas, INC. v. Stewart Skloss, Stemma Holdings, L.P., Luckenbach Road Whiskey Distillery, LLC, Luckenbach Whiskey, LLC, LRW Ventures, LLC, Frontier Spirits, LLC, and Pura Vida Spirits Company, LLC, United States District Court for the Western District of Texas Austin Division, No. 1:21-cv-00871-RP
  [Crowell Moring]
  *Trial*

- Luckenbach Texas, INC. v. Paul Engel, d/b/a Luckenbach Lodge, United States District Court for the Western District of Texas Austin Division, No. 1:19-cv-567
  [Crowell Moring]
  *Deposition and Trial*

- Nicole Krause-Pettai, Christy Stevens, Kevin Bolden, Errol Carreon, individually and on behalf of all others similarly situated, v. Unilever United States, INC., a corporation; and Does 1-10 inclusive, United States District Court Southern District of California, No. 3:20-cv-01672-DMS-BLM
  [Shook Hardy Bacon]
  *Deposition*

**2023**

- GOLO, LLC., v. Goli Nutrition, INC., a Canadian Corporation, Goli Nutrition, a Delaware Corporation, and Michael Bitenski, United States District Court for the District of Delaware, No. 20-667-RGA
  [Global Business Experts Group and Sidley Austin]
  *Deposition and Trial*

- AMARTE USA HOLDINGS INC, INC., A Delaware Corporation vs. KENDO HOLDIONGS INC., a Delaware Corporation, MARC JACOBS INTERNATIONAL, LLC, a Delaware Limited Liability Company, SEPHORA USA, INC., a Michigan Corporation, WALMART INC., a Delaware Corporation, THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Corporation, and NORDSTROM, INC., a Washington Corporation, United States District Court for the Northern District of California, No. 4:22-cv-08958-CRB
  [IPLA]
  *Deposition*

**2024**

- GERALD HAYDEN -against- INTERNATIONAL BUSINESS MACHINES CORPORATION, PABLO SUAREZ and SHANKER RAMAMURTHY, United States District Court Southern District of New York Case No. 7:21-CV-02485-VB
  [Jones Day]
  *Deposition*

- POST UNIVERSITY, INC., v. LEARNEO, INC., Civil Action No. 3:21-cv-01242 (JBA), United States District Court, District of Connecticut
  [Getzbalich]
  *Deposition*

3

## APPENDIX B

### Documents/Materials Relied Upon

- American Airlines' First Amended Complaint [Dkt. 8]

- Webpages from Skiplagged.com

- Webpages from AA.com

- Consumer Survey Response Data (collected by Radius)

- Online/social media posts relating to Skiplagged (collected by Voluble)

- Excel Spreadsheet of data for 200 Test-Buy Results from test bookings on Skiplagged.com, with corresponding test bookings on AA.com (generated from LevelLegal)

- Documents Produced by American and Skiplagged in discovery, including:

  | | | |
  |---|---|---|
  | o AA-SKP-00052637 | o AA-SKP-00052713 | o AA-SKP-00052794 |
  | o AA-SKP-00052639 | o AA-SKP-00052714 | o AA-SKP-00052798 |
  | o AA-SKP-00052641 | o AA-SKP-00052717 | o AA-SKP-00052802 |
  | o AA-SKP-00052643 | o AA-SKP-00052718 | o AA-SKP-00052806 |
  | o AA-SKP-00052648 | o AA-SKP-00052720 | o AA-SKP-00052810 |
  | o AA-SKP-00052649 | o AA-SKP-00052722 | o AA-SKP-00052814 |
  | o AA-SKP-00052650 | o AA-SKP-00052724 | o AA-SKP-00052820 |
  | o AA-SKP-00052652 | o AA-SKP-00052726 | o AA-SKP-00052822 |
  | o AA-SKP-00052654 | o AA-SKP-00052727 | o AA-SKP-00052826 |
  | o AA-SKP-00052655 | o AA-SKP-00052728 | o AA-SKP-00052830 |
  | o AA-SKP-00052659 | o AA-SKP-00052730 | o AA-SKP-00052832 |
  | o AA-SKP-00052660 | o AA-SKP-00052732 | o AA-SKP-00052833 |
  | o AA-SKP-00052662 | o AA-SKP-00052734 | o AA-SKP-00052835 |
  | o AA-SKP-00052664 | o AA-SKP-00052736 | o AA-SKP-00052837 |
  | o AA-SKP-00052669 | o AA-SKP-00052740 | o AA-SKP-00052841 |
  | o AA-SKP-00052672 | o AA-SKP-00052742 | o AA-SKP-00052842 |
  | o AA-SKP-00052673 | o AA-SKP-00052744 | o AA-SKP-00052845 |
  | o AA-SKP-00052675 | o AA-SKP-00052746 | o AA-SKP-00052848 |
  | o AA-SKP-00052677 | o AA-SKP-00052747 | o AA-SKP-00052853 |
  | o AA-SKP-00052679 | o AA-SKP-00052749 | o AA-SKP-00052857 |
  | o AA-SKP-00052680 | o AA-SKP-00052751 | o AA-SKP-00052861 |
  | o AA-SKP-00052682 | o AA-SKP-00052753 | o AA-SKP-00052865 |
  | o AA-SKP-00052684 | o AA-SKP-00052755 | o AA-SKP-00052870 |
  | o AA-SKP-00052686 | o AA-SKP-00052757 | o AA-SKP-00052873 |
  | o AA-SKP-00052688 | o AA-SKP-00052760 | o AA-SKP-00052877 |
  | o AA-SKP-00052698 | o AA-SKP-00052764 | o AA-SKP-00052881 |
  | o AA-SKP-00052703 | o AA-SKP-00052767 | o AA-SKP-00052884 |
  | o AA-SKP-00052705 | o AA-SKP-00052780 | o AA-SKP-00052887 |
  | o AA-SKP-00052707 | o AA-SKP-00052783 | o AA-SKP-00052895 |
  | o AA-SKP-00052711 | o AA-SKP-00052792 | o AA-SKP-00052898 |

# APPENDIX B

- AA-SKP-00052904
- AA-SKP-00052908
- AA-SKP-00052912
- AA-SKP-00052922
- AA-SKP-00052931
- AA-SKP-00052934
- AA-SKP-00052938
- AA-SKP-00052942
- AA-SKP-00052947
- AA-SKP-00052950
- AA-SKP-00052952
- AA-SKP-00052955
- AA-SKP-00052961
- AA-SKP-00052965
- AA-SKP-00052973
- AA-SKP-00052979
- AA-SKP-00052982
- AA-SKP-00052985
- AA-SKP-00052989
- AA-SKP-00052992
- AA-SKP-00052996
- AA-SKP-00052999
- AA-SKP-00053003
- AA-SKP-00053007
- AA-SKP-00053011
- AA-SKP-00053013
- AA-SKP-00053014
- AA-SKP-00053018
- AA-SKP-00053024
- AA-SKP-00053030
- AA-SKP-00053035
- AA-SKP-00053040
- AA-SKP-00053043
- AA-SKP-00053047
- AA-SKP-00053050
- AA-SKP-00053055
- AA-SKP-00053057
- AA-SKP-00053058
- AA-SKP-00053059
- AA-SKP-00053061
- AA-SKP-00053062
- AA-SKP-00053066
- AA-SKP-00053074
- AA-SKP-00053078
- AA-SKP-00053081
- AA-SKP-00053083

- AA-SKP-00053085
- AA-SKP-00053086
- AA-SKP-00053087
- AA-SKP-00053091
- AA-SKP-00053095
- AA-SKP-00053096
- AA-SKP-00053101
- AA-SKP-00053105
- AA-SKP-00053115
- AA-SKP-00053116
- AA-SKP-00053120
- AA-SKP-00053127
- AA-SKP-00053134
- AA-SKP-00053144
- AA-SKP-00053147
- AA-SKP-00053152
- AA-SKP-00053154
- AA-SKP-00053156
- AA-SKP-00053160
- AA-SKP-00053164
- AA-SKP-00053166
- AA-SKP-00053171
- AA-SKP-00053175
- AA-SKP-00053181
- AA-SKP-00053183
- AA-SKP-00053185
- AA-SKP-00053188
- AA-SKP-00053193
- AA-SKP-00053199
- AA-SKP-00053202
- AA-SKP-00053206
- AA-SKP-00053208
- AA-SKP-00053212
- AA-SKP-00053218
- AA-SKP-00053223
- AA-SKP-00053228
- AA-SKP-00053229
- AA-SKP-00053230
- AA-SKP-00053231
- AA-SKP-00053232
- AA-SKP-00053233
- AA-SKP-00053237
- AA-SKP-00053239
- AA-SKP-00053242
- AA-SKP-00053246
- AA-SKP-00053248

- AA-SKP-00053251
- AA-SKP-00053255
- AA-SKP-00053258
- AA-SKP-00053264
- AA-SKP-00053266
- AA-SKP-00053270
- AA-SKP-00053273
- AA-SKP-00053278
- AA-SKP-00053282
- AA-SKP-00053286
- AA-SKP-00053288
- AA-SKP-00053290
- AA-SKP-00053293
- AA-SKP-00053296
- AA-SKP-00053299
- AA-SKP-00053309
- AA-SKP-00053311
- AA-SKP-00053314
- AA-SKP-00053317
- AA-SKP-00053319
- AA-SKP-00053323
- AA-SKP-00053327
- AA-SKP-00053336
- AA-SKP-00053339
- AA-SKP-00053342
- AA-SKP-00053346
- AA-SKP-00053349
- AA-SKP-00053352
- AA-SKP-00053357
- AA-SKP-00053359
- AA-SKP-00053361
- AA-SKP-00053363
- AA-SKP-00053395
- AA-SKP-00053411
- SKP00001001
- SKP00001001
- SKP00001001
- SKP00001031
- SKP00001031
- SKP00001031
- SKP00001090
- SKP00001105
- SKP00001116
- SKP00001141
- SKP00001141
- SKP00001238

# APPENDIX B

| | | |
|---|---|---|
| SKP00001299 | SKP00008244 | SKP00035074 |
| SKP00001337 | SKP00008491 | SKP00035535 |
| SKP00001341 | SKP00008819 | SKP00036270 |
| SKP00001387 | SKP00009896 | SKP00036400 |
| SKP00001387 | SKP00010477 | SKP00038742 |
| SKP00001409 | SKP00011574 | SKP00039543 |
| SKP00001409 | SKP00012200 | SKP00040284 |
| SKP00001501 | SKP00012618 | SKP00041165 |
| SKP00001883 | SKP00012933 | SKP00041482 |
| SKP00001915 | SKP00013449 | SKP00041666 |
| SKP00001915 | SKP00013973 | SKP00042450 |
| SKP00002060 | SKP00014892 | SKP00042608 |
| SKP00002129 | SKP00015166 | SKP00042790 |
| SKP00002199 | SKP00015512 | SKP00042935 |
| SKP00002199 | SKP00015754 | SKP00043232 |
| SKP00002210 | SKP00016016 | SKP00043561 |
| SKP00002210 | SKP00017572 | SKP00045443 |
| SKP00002212 | SKP00017808 | SKP00045454 |
| SKP00002212 | SKP00018247 | SKP00048283 |
| SKP00002223 | SKP00018265 | SKP00050605 |
| SKP00002333 | SKP00018414 | SKP00050999 |
| SKP00002418 | SKP00018818 | SKP00051243 |
| SKP00002484 | SKP00018828 | SKP00051775 |
| SKP00002507 | SKP00018999 | SKP00052076 |
| SKP00002672 | SKP00019050 | SKP00052281 |
| SKP00003379 | SKP00019390 | SKP00052383 |
| SKP00003885 | SKP00019528 | SKP00052672 |
| SKP00004094 | SKP00021305 | SKP00053095 |
| SKP00004108 | SKP00021361 | SKP00053190 |
| SKP00004108 | SKP00021656 | SKP00053337 |
| SKP00004151 | SKP00021752 | SKP00054395 |
| SKP00004168 | SKP00022335 | SKP00054469 |
| SKP00004177 | SKP00022856 | SKP00054744 |
| SKP00004177 | SKP00023469 | SKP00054897 |
| SKP00004212 | SKP00023594 | SKP00055353 |
| SKP00004212 | SKP00024561 | SKP00055490 |
| SKP00004213 | SKP00024561 | SKP00057431 |
| SKP00004990 | SKP00024561 | SKP00058392 |
| SKP00005274 | SKP00025503 | SKP00058409 |
| SKP00005699 | SKP00025670 | SKP00058458 |
| SKP00005726 | SKP00027738 | SKP00058489 |
| SKP00006416 | SKP00030126 | SKP00058533 |
| SKP00007168 | SKP00031030 | SKP00058547 |
| SKP00007375 | SKP00031330 | SKP00058583 |
| SKP00007497 | SKP00032466 | SKP00058599 |
| SKP00007971 | SKP00034204 | SKP00058617 |

# APPENDIX B

- SKP00058698
- SKP00058775
- SKP00059949
- SKP00061166
- SKP00061204
- SKP00062579
- SKP00062752
- SKP00065070
- SKP00066024
- SKP00066217
- SKP00066969
- SKP00067173
- SKP00067312
- SKP00067340
- SKP00068795
- SKP00069910
- SKP00070518
- SKP00070520
- SKP00070901
- SKP00070936
- SKP00071402
- SKP00071860
- SKP00072150
- SKP00073853
- SKP00074786
- SKP00074900
- SKP00076060
- SKP00076131
- SKP00076298
- SKP00076611
- SKP00077561
- SKP00077908
- SKP00078140
- SKP00078397
- SKP00078673
- SKP00078725
- SKP00079240
- SKP00079414
- SKP00080300
- SKP00080343
- SKP00080452
- SKP00080500
- SKP00080541
- SKP00080573
- SKP00080669
- SKP00080693
- SKP00080711
- SKP00080730
- SKP00080965
- SKP00081041
- SKP00081054
- SKP00081194
- SKP00081618
- SKP00081990
- SKP00082087
- SKP00082283
- SKP00083951
- SKP00084127
- SKP00084903
- SKP00085893
- SKP00086333
- SKP00086760
- SKP00086871
- SKP00087008
- SKP00087736
- SKP00087849
- SKP00088417
- SKP00089022
- SKP00090008
- SKP00092462
- SKP00093697
- SKP00094258
- SKP00095584
- SKP00095589
- SKP00096109
- SKP00096185
- SKP00096770
- SKP00096940
- SKP00097315
- SKP00098264
- SKP00098542
- SKP00102430
- SKP00102530
- SKP00102902
- SKP00103279
- SKP00103538
- SKP00103741
- SKP00103781



120 Fifth Avenue, New York, NY 10011
TEL 212.633.1100 | FAX 212.633.6499
**radiusinsights.com**

**Appendix 1 – The Internet Panel**

Radius partnered with Prodege for all data collection for Hidden City and Non-Hidden City surveys.

Prodege provides Global Panel Access. In the US alone, Prodege has 4,397,039 million panelists over the past 6 months with a 10-15% response rate, which is industry leading.

Through its wide range of recruitment channels and offerings, Prodege ensures a diverse composition of people that represent the population of the country in which we're conducting the research.

https://www.prodege.com/

To ensure a representative sample for each test, we click balanced the sample. To do this, we followed these steps:

1. We ensured that the population of consumers who clicked on the survey link and had a chance to participate in the survey matched the US census on key demographics (gender, age, race, ethnicity, and region).
2. Once the population clicking on the survey was balanced, we let respondents qualify based on the screening criteria – without any additional demographic quotas. This left us with a group of completed respondents that reflects the population defined in the screener.



**prodege**

# Panel Book

2023



# Table of Contents

Why Prodege **3**

Data Quality **4**

Sampling **5**

International Coverage **6**

Our Panel **7**

Highlighted Audiences **8-16**

Frequently Asked Questions **17-18**

# Why Prodege

A cutting-edge marketing and consumer insights platform, Prodege has charted a course of innovation in the evolving technology landscape by helping leading brands, marketers, and agencies uncover the answers to their business questions, acquire new customers, increase revenue, and drive brand loyalty & product adoption. Bolstered by a major investment by Great Hill Partners in the fourth quarter of 2021 and strategic acquisitions of Pollfish, BitBurst & AdGate Media in 2022, Prodege looks forward to more growth and innovation to empower our partners to gather meaningful, rich insights and better market to their target audiences.

# Our Commitment

 Each day we're committed to sampling integrity

 With every survey, every question, we are committed to quality

 We're committed because we understand that people are the foundation of meaningful research

 We do it all to create rewarding moments for our members, our employees and you

# Affiliations and Awards

      

3

APPENDIX C-1

# Data Quality

Quality is central to all we do. We utilize a variety of methods to ensure the highest data quality and are in compliance with GDPR and CCPA.



**A double opt-in registration process including:**

Digital Fingerprinting

Physical Address Verification

Device Verification

CAPTCHA

Mobile Verification

Third Party Validation Methods

4

**APPENDIX C-1**

# Sampling

We offer the deepest sampling expertise in the industry.



Every project we support on our clients' behalf is managed by intelligent and experienced sampling design experts.

Our team of 100+ highly experienced global project managers proactively anticipates our clients' needs to ensure we deliver on time and on budget.

5

**APPENDIX C-1**

# Global Panel Access

The world is a big place, let us help you
reach who you need wherever they are!



Prodege's
International Reach

# Our Panel



Prodege is a leading provider of people driven insights for the market research industry. Through diversified recruitment methods and a world-class consumer engagement model, we deliver a more thoughtful approach to research.

Our breakthrough model fosters member retention and ongoing participation. This brings many benefits to our clients, including delivery of re-contact surveys, longitudinal studies, in-home use tests, and ongoing research programs.



Established in 1996, MyPoints has built one of the longest running and most respected online market research panels in the industry. Through its long- standing partnerships with firms such as United Airlines, Hilton Hotels and many more, MyPoints has developed extremely strong profiling for B2B, B2C and many specialized audiences. With precise targeting capability across over 500 data points of information, MyPoints consistently delivers the highest quality results and is universally recognized as a trusted sample source.



InboxDollars proprietary panel joins Prodege and expands our global access.  Founded in 2000, with expansion into the UK in 2012 and Canada in 2014, this unique group of registered members enhances the scale and breadth of our overall reach.



ySense provides us with an international respondent base. We are now able to offer stronger feasibility and overall performance in Asia, Latin America, Eastern Europe, and Africa.

7

Case 4:23-cv-00860-P   Document 221   Filed 08/26/24   Page 248 of 1941   PageID 12880



Highlighted
Audiences

# Personal and Household

## Household

Gender

Age

Ethnicity (US)

Hispanic (US)

Household Size

Household Location

Marital Status

Number of Children

Ages of Children

Gender of Children

Pet Ownership

Languages Spoken

Accommodation / Home Ownership

## Personal

Political Party Affiliation

Political Ideology

Registered to Vote

Religion

Sexual Orientation

## Education

Major at University / College

University Degree

Currently Enrolled

Year Graduated

Level of Studies – Current

Full-Time / Part-Time Student

## Occupation

Employment Status

Professional Position

Primary Industry

Primary Department

Number of Employees

Role in Organization

Decision Making Authority Over

Corporate Purchase:

- Telecommunications
- Office Supplies
- IT
- Marketing / Advertising Sales
- Shipping
- Corporate Travel

Finance Sector Position IT Position

Business Smartphone Brand

Veteran – Military

Branch of Service – Military

Military – Family Member

9



## Mobile

Location

Arrival Time

Dwell Time

Departure Time

## Finances

Personal Annual Income

Household Income

Investable Assets

Primary Banking Relationship

Types of Investments

Credit Cards

Financial Products

Stock Trading Participation

Stock Trading Method

## Auto

Access to a Car

Automotive Decision Maker

Brand of Car(s) Owned / Leased

Car Manufactured Year

Car Purchased / Leased Year

New or Used Car Purchase Timeframe

Type of Car(s) Considering

Auto Insurance

Motorcycle Ownership

10

# Media Usage



## Media

Radio Listening Frequency
Television – Hours Per Week
Cable / Satellite Service
Streaming Services
Type of Publications Read
Social Media Actively Used

## Computer and Video Gaming

Gaming Device
Gaming Platform
Online and Virtual Gaming
Spending on Games
Types of Games
Video / Computer Games per Week
Early Adopter
Electronic Products
Electronic Products Household DM
Internet Connection
Internet Provider
Media Receiver – Download Movies Ability
Mobile Phone Features
Mobile Phone Plan
Personal Smartphone Brand
Operating System
Personal Mobile Phone Carrier

11

# Lifestyle

## Travel

Flights – Airlines Flown

Flights – Domestic or Int'l

Flights – Purpose of Travel

Hotels Frequented

Travel Destination Past Year

Types of Travel Occasions

Transportation Methods

Rideshare

## Hobbies and Interests

Gambling Types

Hobbies and Interests

Movie Theater Frequency

Music Preference

Purchase Movies

Rent/Download Movies

Sports/Exercise – Hours Spent per Week

## Food and Beverage

Primary Grocery Shopper

Primary Grocery Store

Average Alcohol Consumption

Beverages Consumed

Fast Food Frequency

Fast Food Restaurant
Favorites

Recent Purchasers of Specific
Food & Beverage Brand

Recent Visitors to Restaurants
and Grocery Stores



# Health and Wellness

## Healthcare

ADD / ADHD

Allergies

Anxiety Disorders

Asthma

Arthritis

Back Pain

Bipolar Disorder

Botox

Cancer & Stage

Chronic Pain

Colitis

Dementia

Depression

Diabetes

Elective / Plastic Surgery

Emphysema

Erectile Dysfunction

Glasses / Contact Lenses

Hearing Aid

High Blood Pressure

High Cholesterol

Hypertension

Infertility

Menopause

Migraines

Multiple Sclerosis

Obesity

Parkinson's Disease

Pneumonia

Psoriasis/Eczema

Rheumatoid Arthritis

Shingles

Sinusitis / Rhinitis

Sleep Disorders

Stroke

Ulcerative Colitis





## Mother and Baby

Expecting a Baby

Expecting – Month

Expecting – Year

First Time Parent

Breast Feeding

Products Used Regularly

Brands of Baby Food

Child Allergies

## Smoking and Tobacco

Other Tobacco Products

Tobacco – Cigarette Amount

Tobacco – Cigarette Brands

Cigarette Quitting Methods

Tobacco – Do You Smoke

Vape/Electronic Cigarette Usage

CBD & Cannabis - Consumption Frequency, Annual Spend, Reasons for Consuming

14

# Business to Business



| | |
|---|---|
| Account Managers & Directors | Chief Technology Officer |
| Admin & Executive Assistants | Computer Analyst |
| Administrator | Consultant |
| Analyst / Senior Analyst | Controller |
| Architect | Counselor |
| Asst. Manager / Asst. Director | Customer Service Representative |
| Attorney | Database Administrator |
| Business Development Director | Dentist / Dental Hygienist |
| Buyer | Designer |
| Certified Public Accountant | Director / Department Head |
| Chairman / Board Member | Editor / Writer |
| Chemist / Scientist | Educator |
| Chief Executive Officer | Engineer |
| Chief Financial Officer | Executive Officer |
| Chief Information Officer | Executive VP / Senior VP |
| Chief Operations Officer | Financial Advisor |

15

| | |
|---|---|
| General Manager | Programmer |
| Graphic Designer | Project Manager |
| Human Resources Director | Psychologist |
| IT Consultant | Publisher / Producer |
| IT Manager | Representative / Sales |
| Manager / Senior Manager | Secretary / Treasurer |
| Marketing Manager / Director | Social Worker |
| Military / Government | Software Developer |
| MIS Director | Student |
| Nurse | Supervisor |
| Occupational / Physical Therapist | Systems Administrator |
| Opticians / Optometrist | Technicians / Technician |
| Owner / Proprietor / Principal | Specialists |
| Pharmacist | Tradesman / Trade Specialist |
| Physician / Medical Doctor | Treasurer |
| Planner / Scheduler | Veterinarian |
| Police Officer / Fire Fighter | Vice President / Assistant VP |
| President | Web Developer |
| Product Manager | Webmaster |



# Frequently Asked Questions

**What steps do you take to achieve a representative sample of the target population?**

Through our wide range of recruitment channels and offerings, Prodege ensures a diverse composition of people that represent the population required. We maintain a database of over 1,000 demographic and behavioral attributes that are utilized to access sample for our clients' projects. Our experienced Project Management Team starts by understanding our clients' requirements (e.g. a nationally representative sample, or a specific targeted group) and the number of responses needed, ensuring the sample plan is optimized and executed accurately.

**What profiling data is held on respondents and how is it kept up-to-date? If no relevant profiling data is held, how are low incidence projects addressed?**

Prodege tracks and stores thousands of demographic and behavioral attributes through several channels, including completion of a 20-question profiling survey upon joining the panel. In addition, our members participate in our Daily Poll in which we receive up to 100,000 unique responses in a day which are then appended to their profile. Behavioral data is collected through member engagement with our Search, Offers and Shopping channels to create additional data points passively. If a project requires targeting on criteria not currently captured in member profiles, we can prescreen in real-time and gather tens of thousands of responses within a matter of hours.

Member profiles are updated on an ongoing basis, with continuous refreshing to ensure data remains current. Utilizing our proprietary technology, member data is collected and stored real-time during the registration process, in follow-up surveys, and on the member website. Members can proactively update their profile at any time, or we may send out push notifications letting them know their profile is not complete, or needs updating. Additionally, profiling data collected in a survey can be sent to our database and updated real-time.

**What are your quality process? Do you have in place procedures to reduce or eliminate undesired within survey behaviors, such as (a) random responding, (b) Illogical or inconsistent responding, (c) overuse of item non-response, or (d) speeding?**

At Prodege, we take data quality very seriously.  We have our own in-house compliance department dedicated to monitoring and eliminating fraudulent panel

17



members. We combine industry-standard data quality solutions provided by third-party partners, along with our own proprietary techniques to ensure our panel exceeds industry standards. Observed offenders are removed from the panel and not allowed to re-register with the panel.

When we are providing survey programming for a project, we implement speeder and straightliner traps, honesty and engagement detection and review open-ended responses. Panelists who fail quality metrics are removed and/or replaced, so clients do not pay for poor quality survey completes. These members are then flagged, and monitored within our panel. Any repeat offenders are removed from our panel.

### Do you have a confirmation of respondent identity procedure?
### Do you have procedures to detect fraudulent respondents?

Prodege has a series of processes to handle member identity and detect fraud. To confirm respondent identities, we work with third-party industry standard data quality solutions to ensure a member is real and unique upon registration. Members are subject to a double opt-in process by initially joining, then opt-in again to join the research panel. Members cannot enroll more than once, meaning they cannot have more than one profile account in the panel database.

In addition, our in-house compliance department continuously monitors fraud and eliminates threats. This may result in removing panel members or shutting out alien technologies caught cheating the system. As part of our reward verification procedure, Prodege's compliance team has also implemented IP address and mobile phone verification. We continue to evaluate and/or implement additional data quality procedures as new capabilities emerge.

To avoid panelist duplication, we have a dedicated compliance team that continuously monitors our users to prevent fraud. To avoid duplication when supplementing with external sources, we employ proprietary and 3rd party digital fingerprinting technologies.



18



 TalkToUs@prodege.com

 www.prodege.com

 /ProdegeLLC



# ESOMAR 2023

37 Questions to
Help Buyers of
Online Samples

APPENDIX 6.1



Demo our skills in programming over 40 types of survey questions in real time!

Click Here →



From the content they create to a push towards responsible consumerism, Gen Z has a lot of influence

Win Over Gen Z →

# Table Of Contents

**04**     Introduction

**07**     Sample Sources and Recruitment

**12**     Sampling and Project Management

**18**     Data Quality and Validation

**22**     Policies and Compliance

**27**     Metrics

**31**     About Us

APPENDIX C-1



# Introduction



The primary aim of these **37 Questions** is to increase transparency and raise awareness of the key issues for researchers to consider when deciding whether an online sampling approach is fit for their purpose. Put another way, the aim is to help researchers to ensure that what they receive meets their expectations. The questions are also designed to introduce consistent terminology for providers to state how they maintain quality, to enable buyers to compare the services of different sample suppliers.



# Company Profile



**1**  What experience does your company have in providing online samples for market research? How long have you been providing this service? Do you also provide similar services for other uses such as direct marketing? If so, what proportion of your work is for market research?

Prodege, with its proprietary panel audience through our leading consumer brands, has been delivering online sample to the market research industry for 15+ years. Through our panels, we deliver over 50 million annual survey completes to the world's leading market research firms, brands and agencies. In addition to online sample, Prodege offers Mobile Research Solutions, Access to Behavioral Data, Survey Programming, Coding, Translations, Data Processing and Data Visualization services as well as innovative and agile research solutions that make project creation & management easier from start to finish.

Prodege additionally provides omni-channel marketing solutions and access to verified purchasers to leading brands and agencies, allowing for targeting with our first party data, so they can **Market to Who Matters**.

Introduction | **5**

**2** Do you have staff with responsibility for developing and monitoring the performance of the sampling algorithms and related automated functions who also have knowledge and experience in this area? What sort of training in sampling techniques do you provide to your frontline staff?

Utilizing our proprietary Prodege, MyPoints, InboxDollars and ySense panel assets, we are able to offer a diversified and balanced sample blend to most accurately meet our clients' needs across hundreds of demographic and psychographic variables. We also implement technology to blend sample based on past participation frequency, recruitment source, and device platform to tailor the deliverable to fit the required target audience. These tools help ensure an accurate and consistent sample source over time. We discuss sample blending options with our clients during the bid stage, and with their approval or request we can utilize external panel partners with consistency. To avoid panelist duplication, we have a dedicated compliance team that continuously monitors our users to prevent fraud. These checks include a number of proprietary fraud prevention techniques as well as mobile verification.



Upon joining the Prodege team, we offer a detailed and engaging internal onboarding for staff to quickly get up to speed on our particular standards and practices, ensuring that they can quickly become familiar with our sampling techniques.

**3** What other services do you offer? Do you cover sample-only, or do you offer a broad range of data collection and analysis services?

In addition to online sample through our proprietary panel assets, Prodege offers:

- **Agile Research Solutions:** Making project creation & management easier from start to finish, our self-serve platforms enable you to DIY or partner with our team to offset your workload.

- **Mobile Research:** Gain a deeper understanding behind consumer actions the moment they happen

- **Research Solutions:** Best in class survey programming, coding, data processing and data visualization services

- **Shopper Data Solutions:** Insights and sample targeting from our panel members' online and offline purchase history

Introduction | **6**



# Sample Sources and Recruitment

Case 4:23-cv-00860-P    Document 221    Filed 08/26/24    Page 267 of 1941    PageID 12899




### What this section is about

Answers to the questions in this section will help you understand the types of sample  available from different sample providers in the market and the sources they rely on. This will help you evaluate the quality of the sample being offered, whether it is suitable  for measuring change over time, and whether there are any specific constraints you need to consider when using it. It will also allow you to understand whether the sample provider is drawing the sample from its own sources or aggregating sources from other providers. We recommend that you first identify the sample types being offered and then ask the relevant questions for all sources.



Broadly speaking, there are two models of sample sources and recruitment:

### Panels

These are databases of potential participants who declare that they will cooperate for future data collection if selected, generally in exchange for a reward/incentive. This includes traditional access panels, co-branded panels, or opt-in databases of individuals who agreed to complete research projects and also undertake other non market research activities (watch ads, download an app, complete marketing offers,  etc, also known as loyalty programmes, or rewards communities within GPT (Get  paid to) sites.) Loyalty card and subscription databases are included here if there is a  continuous relationship with members who understand the commitment asked of them.

### Intercepts

This includes intercepts from offer walls, affiliate networks, social media or other platforms to drive traffic to a survey. Intercept is an approach where potential participants are asked to take a survey for a reward while they are engaged in another activity such as playing an online game, reading news, or some other online activity. Intercepted participants may be previously unknown to the sample provider or may have been pre-identified and profiled through a prior survey experience.

**APPX. 0264**



**4** Using the broad classifications above, from what sources of online sample do you derive participants?

Through our wide range of recruitment channels and offerings, Prodege ensures a diverse composition of people that represent the population of the country in which we're conducting the research. We continue to grow our panel through recruiting new members via social media, online and offline advertising, member referrals, recommendations from influencers and acquisitions, as well as through long standing partnerships with firms such as United Airlines, Hilton Hotels and more. This diversification of recruitment sources enables Prodege to maintain a robust, proprietary panel to support client needs for consumer, B2B and other specialized audience segments.



**5** Which of these sources are proprietary or exclusive and what is the percent share of each in the total sample provided to a buyer? (Assume proprietary to mean that the sample provider owns the asset. Assume exclusive to mean that the sample provider has an exclusive agreement to manage/provide access to sample originally collected by another entity.)

Prodege is a leading sample provider for the market research industry. Prodege utilizes its proprietary actively-managed double opt-in research panels with millions of panelists. We maintain a database of thousands of demographic and behavioral attributes that are utilized to access sample for our clients' projects. Our experienced Project Management Team starts by understanding our clients' requirements (whether a nationally representative sample, or a specific targeted group) and the number of responses needed, ensuring the sample plan is optimized and executed accurately. Through diversified recruitment methods and a world-class engagement model, we deliver a more thoughtful approach to sampling. Our breakthrough model fosters member retention and ongoing participation. This brings many benefits to our clients including high performance on re-contact surveys, longitudinal studies, in-home use tests, and ongoing research programs. Over 95% of the survey completions Prodege provides to clients are sourced from our proprietary panels.

**6**   What recruitment channels are you using for each of the sources you have described? Is the recruitment process 'open to all' or by invitation only? Are you using probabilistic methods? Are you using affiliate networks and referral programs and in what proportions? How does your use of these channels vary by geography?

Prodege offers a broad spectrum of diverse audiences to participate in surveys, including sometimes hard-to-reach people (teens, young adults, Hispanic Americans). We advertise on connected TV, radio, online, through mobile apps and continue to innovate new recruitment methods.

The recruitment process is 'open to all' through any of the marketing channels in which we're recruiting from and we encourage our members to refer people from their network to join.

**7**   What form of validation do you use in recruitment to ensure that participants are real, unique, and are who they say they are? Describe this both in terms of the practical steps you take within your own organisation and the technologies you are using. Please try to be as specific and quantify as much as you can.

Prodege employs multiple means to ensure our panelists are who they say they are. These processes include email double opt-in verification, physical address verification, device fingerprinting, mobile verification and CAPTCHA. We partner with market research quality technology firms such as Imperium to further enhance our quality measures.

**Prodege's Leading Proprietary Panels**

   

**8**   What brand (domain) and/or app are you using with proprietary sources? Summarise, by source, the proportion of sample accessing surveys by mobile app, email or other specified means.

Prodege owns and operates the leading proprietary panels of Prodege, MyPoints, InboxDollars and ySense. Surveys are accessible for all brands via email and mobile web. Prodege is the only panel that is accessible via mobile app.

 **9**  Which model(s) do you offer to deliver sample? Managed service, self-serve, or API integration?

Prodege can deliver sample via our innovative DIY platform, through our Direct Managed Services team, or through approved API integrations.

 **10**  If offering intercepts, or providing access to more than one source, what level of transparency do you offer over the composition of your sample (sample sources, sample providers included in the blend). Do you let buyers control which sources of sample to include in their projects, and if so how? Do you have any integration mechanisms with third-party sources offered?

Prodege offers a diversified and balanced sample blend through our proprietary panel to most accurately meet our clients' needs. Buyers that utilize our DIY platform select the sample sources for their project. Buyers that are leveraging our Direct Managed Service team are relying on our experienced Project Management team to fulfill their needs.  We discuss sample blending options with our clients during the bid stage, and with their approval or request we can utilize external panel partners with consistency.

 **11**  Of the sample sources you have available, how would you describe the suitability of each for different research applications? For example, Is there sample suitable for product testing or other recruit/recall situations where the buyer may need to go back again to the same sample? Is the sample suitable for shorter or longer questionnaires? For mobile-only or desktop only questionnaires? Is it suitable to recruit for communities? For online focus groups?

Our diversified recruitment methods allow for us to have a proprietary panel that is suitable for different research applications whether quantitative, qualitative or a mixed-method approach.



# Sampling and Project Management



### What this section is about

Answers to the questions in this section will help you understand the processes and procedures that are undertaken to provide you with a sample of participants for your survey. You should understand what biases may be inherent in, or as a result of, the approaches taken and the likely severity of those biases.



**12** **Briefly describe your overall process from invitation to survey completion. What steps do you take to achieve a sample that "looks like" the target population? What demographic quota controls, if any, do you recommend?**

A Prodege Project Manager is responsible for managing and deploying survey invitations. Members of Prodege are invited to participate in surveys the following ways:

- An invitation is delivered via email

- A message is delivered to the member's inbox on the panel website (login/password required)

A survey invitation template is used for consistency so the panelist knows what to expect when they receive an invitation from Prodege. The invitations include the following information pertaining to the study:

- Amount of incentive offered for participation

- Approximate amount of time it will take to complete the survey

- Opportunity to decline survey via a "Decline Survey" button located at the bottom of the invitation

To prevent bias, we do not divulge the subject of the survey or the target audience. The amount of incentive offered to the member is based on the length and/or difficulty of the survey.

Every email invitation contains opt-out information in compliance with CAN-SPAM, access information about Prodege including contact information, FAQ, our privacy policy and how to prevent survey invitations from being blocked by SPAM filters.



**13**

What profiling information do you hold on at least 80% of your panel members plus any intercepts known to you through prior contact? How does this differ by the sources you offer? How often is each of those data points updated? Can you supply these data points as appends to the data set? Do you collect this profiling information directly or is it supplied by a third party?

Prodege tracks and stores thousands of demographic and behavioral attributes through a number of channels, including completion of an introductory profiling survey upon joining the panel. All storage is compliant with international and national data laws. Behavioral data is collected through other member engagement activities. If a project requires targeting on criteria not currently captured in member profiles we can pre-screen on the fly and gather tens of thousands of responses within a matter of hours.

Member profiles are updated on an ongoing basis, with continuous refreshing to ensure data remains current. Utilizing our proprietary technology, member data is collected and stored real-time during the registration process, in follow-up surveys and on the member website. Members can proactively update their profile at any time, or we may send out notifications letting them know their profile is incomplete, or needs updating.

A more comprehensive list of attributes can be found in our panel book (provided upon request).



**14**   What information do you need about a project in order to provide an estimate of feasibility? What, if anything, do you do to give upper or lower boundaries around these estimates?

To provide a client with feasibility on a project, a Prodege Account Manager requires the following specifications to determine the sample size and field time for completion:

- Survey length and difficulty

- Number of completed interviews required

- Demographic criteria

- Non-demographic targeting, or behavioral criteria

- Survey quotas and sub-quotas

- Census balancing requirements

- Past participation/exclusion requirements

- Projected incidence on the population

- Fieldwork start and end dates

APPX. 0271

**15** What do you do if the project proves impossible for you to complete in field? Do you inform the sample buyer as to who you would use to complete the project? In such circumstances, how do you maintain and certify third party sources/sub-contractors?

If an additional panel source is required, and upon client approval, we access our global network of preferred partners who have gone through our vetting process for quality, consistency and representivity. We have Service Level Agreements in place with preferred partners which abide by the policies of global and local organizations such as ESOMAR and Insights Association.

**16** Do you employ a survey router or any yield management techniques? If yes, please describe how you go about allocating participants to surveys. How are potential participants asked to participate in a study? Please specify how this is done for each of the sources you offer.

Prodege does not employ an internal survey router. However, it is possible for a buyer of sample to employ a router for their project.

**17** Do you set limits on the amount of time a participant can be in the router before they qualify for a survey?

As answered in question 16 we do not have a router.

**18** What information about a project is given to potential participants before they choose whether to take the survey or not? How does this differ by the sources you offer?

We let participants know the approximate amount of time it will take to complete the survey, along with the incentive amount. We do not disclose any other detail about the survey (such as survey subject or target audience) so as to guard against bias.

**19** Do you allow participants to choose a survey from a selection of available surveys? If so, what are they told about each survey that helps them to make that choice?

As mentioned in our response to Question 18, our panel members see the survey length and incentive amount and decide based on that information whether or not to participate in the research at any given moment in time.

Sampling and Project Management | **16**



**20** What ability do you have to increase (or decrease) incentives being offered to potential participants (or sub-groups of participants) during the course of a survey? If so, can this be flagged at the participant level in the dataset?

Prodege is able to offer different incentives to different participant sub-groups and we're able to increase/decrease this over the course of a survey. We can provide participant-level incentive information when requested by our clients.



**21** Do you measure participant satisfaction at the individual project level? If so, can you provide normative data for similar projects (by length, by type, by subject, by target group)?

## Creating a positive member experience is core to everything we do at Prodege.

We actively measure panelist satisfaction both through quantitative and qualitative techniques. In addition to measuring satisfaction through metrics (activity/churn), we actively engage real-time with our members in online chats, blogs and social media to gauge satisfaction.

**Prodege continuously obtains feedback (both quantitative and qualitative) from our member base. We utilize this data internally to maximize member engagement and retention.**



**22** Do you provide a debrief report about a project after it has completed? If yes, can you provide an example?

Prodege Project Managers work closely with our clients to provide ongoing status updates to ensure accurate and timely delivery based on project specifications. When requested, we provide a sample debrief report, including gross sample sent, start rate, participation and incidence rates, screening and dropout rates, a description of the fieldwork process, and so on.

Clients monitor sample performance and create reports through the survey platform they use to run the survey. When Prodege conducts programming and hosting for our clients, we can provide clients with a summary report, cross-tabulation of data, online reporting metrics, or other deliverables based on project requirements.

APPENDIX C-1



# Data Quality and Validation

### What this section is about

This section focuses on the quality of the in-survey data. In-survey data quality includes project level data validity and representativeness, survey-taking behaviours, sample blends, participant characteristics, and project level data health and audit practices.



**23** **How often can the same individual participate in a survey? How does this vary across your sample sources? What is the mean and maximum amount of time a person may have already been taking surveys before they entered this survey? How do you manage this?**

Prodege has the ability to manage how many surveys are sent to each member, and frequently implements business rules and exclusions on behalf of our clients in order to comply with their best practices.

**24** **What data do you maintain on individual participants such as recent participation history, date(s) of entry, source/channel, etc? Are you able to supply buyers with a project analysis of such individual level data? Are you able to append such data points to your participant records?**

Our proprietary panel and management system maintains individual respondent-level data within our panel database and allows us to automatically update the member records including: join date, emails opened, survey activity, profiling data, frequency and types of engagement with our panel sites, and incentives earned.

We are able to append select data points to participant records and share with clients when requested.

**25** **Please describe your procedures for confirmation of participant identity at the project level. Please describe these procedures as they are implemented at the point of entry to a survey or router.**

Prodege has a series of processes to handle member identity and detect fraud. To confirm panelist identities, Prodege works with third-party industry-standard data quality solutions to ensure a member is real and unique upon registration. Members are subject to a double opt-in process when initially joining our member communities.

Members cannot enroll more than once, meaning they cannot have more than one profile account in the panel database. In addition, our in-house compliance department continuously monitors fraud and eliminates threats. This may result in removing panel members or shutting out alien technologies caught attempting to cheat the system. As part of our reward verification procedure, Prodege's compliance team has also implemented IP address, mobile phone and physical address verification.

To avoid panelist duplication, we have a dedicated compliance team that continuously monitors our users to prevent fraud. These checks include a number of proprietary fraud prevention techniques as well as mobile verification. To avoid duplication when supplementing with external sources, we employ proprietary and 3rd party digital fingerprinting technologies.



**26** How do you manage source consistency and blend at the project level? With regard to trackers, how do you ensure that the nature and composition of sample sources remain the same over time? Do you have reports on blends and sources that can be provided to buyers? Can source be appended to the participant data records?

Utilizing our proprietary Prodege, MyPoints, InboxDollars and ySense panel assets, we are able to offer a diversified and balanced sample blend to most accurately meet our clients' needs across hundreds of demographic and sociographic variables.

We also implement technology to blend sample based on past participation frequency, recruitment source and device platform to tailor the deliverable to fit the required target audience. These tools help ensure an accurate and consistent sample source over time. We discuss sample blending options with our clients during the bid stage, and with their approval or request we can utilize external panel partners with consistency.

We can provide reports and append select information to participant records as requested by clients.

**27** Please describe your participant/member quality tracking, along with any health metrics you maintain on members/participants, and how those metrics are used to invite, track, quarantine, and block people from entering the platform, router, or a survey. What processes do you have in place to compare profiled and known data to in-survey responses?

Prodege tracks member quality on an ongoing basis through a variety of proprietary metrics with data collected through technology plus human-led audits. We gather behavioral data as well as responses to Quality Audit Surveys which our members complete regularly and then take action to quarantine or block members based on the outcomes of this analysis. Profiled data is compared to known data provided through 3rd party resources such as the USPS.

**28** For work where you program, host, and deliver the survey data, what processes do you have in place to reduce or eliminate undesired in-survey behaviours, such as

**(a)** random responding,
**(b)** Illogical or inconsistent responding,
**(c)** overuse of item non response (e.g., "Don't Know")
**(d)** inaccurate or inconsistent responding,
**(e)** incomplete responding, or
**(f)** too rapid survey completion?

At Prodege, we take data quality very seriously. We have our own in-house compliance department dedicated to monitoring and eliminating fraudulent panel members and undesired behaviors.

We use industry-standard data quality solutions provided by third-party partners, along with our own proprietary techniques, to ensure our panel exceeds industry standards. Because our panels originate from the success of our rewards programs, we are vigilant about detecting fraud. Observed offenders are removed from the panel and not allowed to re-register with the panel.

When we are providing survey programming for a project, we implement speeder and straightliner traps, honesty and engagement detection and review open-ended responses. Panelists who fail quality metrics are removed and/or replaced, so clients do not pay for poor quality survey completes. These members are then flagged, and monitored within our panel. Any repeat offenders are removed from our panel.

APPENDIX C-1



# Policies and Compliance

## What this section is about

Sample providers, buyers, and their clients are subject to data protection and related information security requirements imposed by data protection laws and regulations. In addition, they may be subject to laws and regulations that may impact incentives paid o participants.

These laws and regulations vary by jurisdiction with different laws and regulations applying in different countries or states within countries, and are generally interpreted based on where the participant resides.

Applicable data protection laws and regulations include, but are not limited to: the Act on the Protection of Personal Information or APPI (Japan); the Australian Privacy Act (Australia); the California Consumer Protection Act or CCPA (state of California in the United States); the Children's Online Privacy Protection Act or COPPA (United States);  the Data Protection Act (United Kingdom); amendments regarding data localisation requirements to the Data Protection Act (Russian Federation); the General Data Protection Law (Brazil); the EU General Data Protection Regulation or EU-GDPR (EU/ EEA); the Health Insurance Portability and Accountability Act or HIPAA (United States);  the Graham-Leach Bliley Act or GLBA (United States); and PIPEDA (Canada). AB 2257 (the state of California in the United States) is an example of law and regulation related to employment which may impact incentives paid to participants.

Information security frameworks and standards include, but are not limited to COBIT, HITRUST, ISO 27001, the NIST Cybersecurity Framework and SOC 2.

**APPENDIX C-1**

**29** Please provide the link to your participant privacy notice (sometimes referred to as a privacy policy) as well as a summary of the key concepts it addresses. (Note: If your company uses different privacy notices for different products or services, please provide an example relevant to the products or services covered in your response to this question).

Privacy is an integral part of our well-established online business. Our Privacy Policy is provided to all panelists at sign-up and repeatedly thereafter.

Prodege's Privacy Policy (and a link to the video that describes it):
**https://www.prodege.com/privacy/**

A few key concepts include: Cookies and Tracking Technologies, Sharing, Opt-In/Opt-Out, Children's Privacy, Security, Location of Processing and Applicable Law.

**30** How do you comply with key data protection laws and regulations that apply in the various jurisdictions in which you operate? How do you address requirements regarding consent or other legal bases for the processing of personal data? How do you address requirements for data breach response, cross-border transfer, and data retention? Have you appointed a data protection officer?

Data privacy and security is the top priority for Prodege, and we know that member data is one of our most valuable assets. Production systems are housed in secure data centers, with multiple layers of network and data protection. Access to these systems is provided on a least-privilege basis and includes the use of 2nd factor authentication. Access is logged and regularly audited. We have a range of security tools implemented to prevent, detect and mitigate unwanted behavior. Data is backed up and stored on machines with restricted access.

When appropriate, Prodege includes a data transfer rider that serves as an addendum to contracts with our survey partners.

Prodege continually enhances its Security Policies. These policies address data retention and incident response.

Further information about Prodege's data privacy and protection is available by emailing our designated Data Protection Officer at **dpo@prodege.com**.



**31** How can participants provide, manage and revise consent for the processing of their personal data? What support channels do you provide for participants? In your response, please address the sample sources you wholly own, as well as those owned by other parties to whom you provide access.

Consent for the collection and processing of personal data has long been required by market research industry codes. It is also explicitly required by some data protection laws and regulations. Some data protection laws and regulations, including EU-GDPR and CCPA as examples, also provide for access rights for participants to correct, update, or delete their data. Implementation of a participant support channel is also required by ISO 20252 (ISO 20252:2019: Market, Opinion and Social Research, Including Insights and Data Analytics - Vocabulary and Service Requirements).

Prodege complies with all legal requirements.



**32** How do you track and comply with other applicable laws and regulations, such as those that might impact the incentives paid to participants?

Prodege has designated resources, utilizing tools, technology, and trained legal staff to continuously monitor new regulations and changes to existing laws that impact every aspect of our business.

**33** What is your approach to collecting and processing the personal data of children and young people? Do you adhere to standards and guidelines provided by ESOMAR or GRBN member associations? How do you comply with applicable data protection laws and regulations?

In each market Prodege operates, we comply with applicable laws and ESOMAR association guidelines as relates to the protection of children's privacy. For example, in the US, Prodege complies with the United States Children's Online Privacy Protection Act (COPPA) which applies to young people under age 13.

Prodege only partners with trusted Market Research companies. Our research team works closely with clients to QA each survey, in advance of fielding, to ensure studies are appropriate for young respondents.

 **34** Do you implement "data protection by design" (sometimes referred to as "privacy by design") in your systems and processes? If so, please describe how.

Yes. Our staff includes full time certified security and privacy professionals, who are engaged in all phases of our operations: design, development, deployment, monitoring, etc. We follow NIST Cybersecurity Framework Guidelines (e.g. least privilege, zerotrust), and use world-class tools for tracking and monitoring. Our data is hosted in hardened, secure data centers with a full set of compliance certs: Soc 1, 2 and 3, ISO 27001, etc.

 **35** What are the key elements of your information security compliance program? Please specify the framework(s) or auditing procedure(s) you comply with or certify to. Does your program include an asset-based risk assessment and internal audit process?

As mentioned above, our data is hosted in hardened, secure data centers with a full set of compliance certs: Soc 1, 2 and 3, ISO 27001, etc. We follow NIST Cybersecurity Framework guidelines, and have 24/7 smart network monitoring, with external oversight and escalation. All systems, tools and policies are under constant review and revision to optimize our efficiency, detection and response capabilities.

 **36** Do you certify to or comply with a quality framework such as ISO 20252?

We are not certified to ISO 20252. However we maintain high standards of security and privacy compliance throughout the organization.


**Pollfish**
A prodege Company

Create an Insightful Survey in Seconds With Our Newest Tool,

**Pollfish AI!**

Try it Now! →





# APPENDIX C-1

# Metrics

### What this section is about

This section lists common sample and data health metrics. Reviewing metrics periodically can serve as the basis for a conversation with sample providers about consistency and reliability, as well as whether the sample is appropriate for the population and business question being examined. Unexpected or unexplained  shifts in metrics may also indicate the potential for bias or error. While not all of these metrics are required and there are no benchmarks on the "right answers," providing transparency over time will create a meaningful dialogue about quality and utility.

**37**  Which of the following are you able to provide to buyers, in aggregate and by country and source? Please include a link or attach a file of a sample report for each of the metrics you use.

**01.** Average qualifying or completion rate, trended by month

**02.** Percent of paid completes rejected per month/project, trended by month

**03.** Percent of members/accounts removed/quarantined, trended by month

**04.** Percent of paid completes from 0-3 months tenure, trended by month

**05.** Percent of paid completes from smartphones, trended by month

**06.** Percent of paid completes from owned/branded member relationships versus intercept participants, trended by month

**07.** Average number of dispositions (survey attempts, screenouts, and completes) per member, trended by month (potentially by cohort)

**08.** Average number of paid completes per member, trended by month (potentially by cohort)

**09.** Active unique participants in the last 30 days

**10.** Active unique 18-24 male participants in the last 30 days

**11.** Maximum feasibility in a specific country with nat rep quotas, seven days in field, 100% incidence, 10-minute interview

**12.** Percent of quotas that reached full quota at time of delivery, trended by month



**Prodege can provide this information to clients upon request.**

APPENDIX G-1

# Glossary

For the purpose of this document these terms have the following specific meanings:

**Affiliate partner (or Affiliate network)** means a network of communities with which a sample provider has a relationship to direct intercept traffic to their surveys.

**API (application programming interface)** means a set of definitions and protocols for building software applications capable of accessing and exchanging data.

**Blending** means the practice of combining multiple, heterogeneous sample sources with the aim of achieving a more consistent or more representative sample.

**Children** means individuals for whom permission to participate in research must be obtained from a parent, legal guardian, or responsible adult. Definitions of the age of a child vary substantially and are set by national laws and self-regulatory codes. In the absence of a national definition, a child is defined as being 12 and under and a "young person" as aged 13 to 17.

**Completion rate** means the number of participants who fully complete the survey divided by the number of participants who start the survey.

**Consent** means freely given and informed indication of agreement by a person to the collection and processing of his/her personal data. Note that the specific requirements for consent will vary by jurisdiction.

**Exclusion** means excluding a potential participant from a research project based on their previous participation in a research project involving the same or similar product/ service category and/or methodology.

**Fraudulent participant** means a participant who deliberately misrepresents their identity, profiling information, or responses, including organisations that use bots to impersonate participants.

**Health metrics** means measures of quantitative assessment commonly used for comparing and tracking performance or production over time. In this context, health metrics refers to quantitative data used to track stability or changes in the sample a provider offers, and the metrics suggested are based on data that has been previously known to impact quality over time.

**Loyalty programme** means an arrangement in which customers of a company (or group of companies) are rewarded for purchases made with these companies. Rewards are normally given in a currency that can be spent at those companies (or their chosen partners).

**Paid completes** means interviews/surveys that are delivered and accepted by a client, are included in the final dataset, and for which the sample provider receives payment.

**Panel member (or simply member)** means an individual recruited from a documented source who has provided profile data and appropriate information for validation of identity, given explicit consent to participate in research according to the terms and conditions of panel membership, and has not opted out.

**Participant (sometimes call a participant or data subject)** means a person or organisation from whom or about whom data is collected for research.

**Personal data (sometimes referred to as personally identifiable information or PII)** means any information relating to a natural living person that can be used to identify an individual, for example by reference to direct identifiers (such as a name, specific geographic location, telephone number, picture, sound, or video recording) or indirectly by reference to an individual's physical, physiological, mental, economic, cultural or social characteristics.

**Profiling information** means descriptive characteristics of a panel member.

**Quarantined members** means individuals who have broken some set of quality assessment protocols that result in them being either temporarily or permanently suspended from participating in future research activities with the company that quarantines them. Referral program means a process whereby a panel offers its existing panellists the opportunity to gain rewards by referring family, friends and colleagues (or visitors of their site) to join the panel.

**Representativeness** means the degree to which a sample reflects the target population being studied. A representative sample is one in which the distribution of important characteristics is approximately the same as in the target population.

**Rewards community (within Get Paid To (or GPT) sites)** means databases or panels of individuals who may undertake non-research activities (watch ads, download an app, complete marketing offers etc) usually in exchange for a reward, but who also agree to take part in research projects.

**Router** means an online software application that screens incoming research participants and then uses those results to assign participants to one of multiple available research projects. A router can also offer participants additional screeners and surveys after screener qualification failure or survey completion.

**Sample provider** means a service provider responsible for the provision and management of online samples from relevant sources including panels, intercepts, email lists, etc.

**Survey attempts** means the number of times the same individual clicked a link or entered into a survey environment in an attempt to complete a survey.

**Third Party Sources** means sources that the sample provider does not directly run or control.

**Yield management** means a variable allocation strategy through which outcomes are maximised by matching supply with demand.

APPENDIX 6.24

# About Us

A cutting-edge marketing and consumer insights platform, Prodege has charted a course of innovation in the evolving technology landscape by helping leading brands, marketers, and agencies uncover the answers to their business questions, acquire new customers, increase revenue, and drive brand loyalty & product adoption. Bolstered by a major investment by Great Hill Partners in the fourth quarter of 2021 and strategic acquisitions of Pollfish, BitBurst & AdGate Media in 2022, Prodege looks forward to more growth and innovation to empower our partners to gather meaningful, rich insights and better market to their target audiences.



If you're looking to start a project with Prodege, email **TalkToUs@prodege.com** or reach out to your existing Account Manager.



r a d i u s

I20 Fifth Avenue, New York, NY IO0II
TEL 2I2.633.II00 I FAX 2I2.633.6499
**radiusinsights.com**

**Appendix 2: The Stimuli**

**Hidden City Stimuli:**

Stimuli 1 for Skiplagged (Cell 1)





## Important information about your flight!

This is a **hidden city ticket**!
That means you get out in Miami (MIA) and skip the following flight(s).



**Backpack only**
We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Nashville!

☑ I understand that I cannot check my bag(s)



**Bad weather**
In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline. If that happens, ask to be changed to a similar itinerary!



**Angry airlines**
Airlines don't like when you miss flights to save money so don't do this often.

☑ I have read and understood these notes.            Proceed



Stimuli 1 for Expedia (Cell 2)





Stimuli 2 for Skiplagged (Cell 1) and Expedia (Cell 2)





PLAN TRAVEL    TRAVEL INFORMATION    AADVANTAGE®

LOG IN

# Review and pay

« New search

**DEPART**

## Santa Ana, CA to Miami, FL
Saturday, August 3, 2024 to Sunday, August 4, 2024

| Flight | Depart | Arrive | Travel time | Class | Seats |
|---|---|---|---|---|---|
| 298 American Airlines 🛜 ♨ | 8:49 PM SNA | 5:08 AM MIA | 5h 19m | Basic Economy | Choose seats |

## Cost summary



Your trip total

**$263.10**

Includes taxes, charges and carrier-imposed fees

Starting at $24/mo with affirm. Learn more

**Basic Economy (Non-refundable)**

**Passenger**

| | |
|---|---|
| Trip SNA / MIA | $230.70 |
| Taxes | $32.40 |
| Carrier-imposed fees | $0.00 |
| **Total** (all passengers) | **$263.10** |

Basic Economy rules 🔗
Bag and optional fees 🔗
Reservation and tickets FAQs 🔗
Price and Tax Information 🔗
Conditions of Carriage 🔗

Stimuli 2 for Skiplagged (Cell 1)

| **SKIPLAGGED SAYS…** | **AMERICAN AIRLINES SAYS…** |
|---|---|
| **What is Skiplagging or "hidden-city" flying?**<br><br>Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas).<br><br>This is perfectly legal and the savings can be significant, but there are **some things to be aware of**:<br><br>• **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)!<br><br>• **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.<br><br>• **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.<br><br>• **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.<br><br>• **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable | We may not let you fly (temporarily or permanently) for any reason, including if you…fail to comply with American Airlines rules or policies.<br><br>**Prohibited booking practices**<br>Reservations made to exploit or circumvent fare and ticket rules are prohibited. Examples include (but are not limited to):<br><br>• Purchasing a ticket without intending to fly all flights to gain lower fares (hidden city ticketing)<br><br>If we find evidence that you or your agent are using a prohibited practice, we reserve the right to:<br><br>• Cancel any unused part of the ticket<br>• Refuse to let the passenger fly and check bags<br>• Not refund an otherwise refundable ticket<br>• Charge you for what the ticket would have cost<br><br>**Ticket Validity**<br>Your ticket is valid only when:<br>• Travel is to/from the cities on your ticket and in your trip record<br><br>Your ticket is not valid when:<br>• We find that the ticket was bought using an exploitative practice<br><br>Violation of applicable rules…is subject to...forfeiture of any and all AAdvantage® Rewards and Benefits in a member's account, as well as termination of the account and the member's future participation. |

|  |  |
|---|---|
| return ticket directly from the airline and cancel it ASAP after boarding.<br><br>• **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.<br><br>• In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (2% chance).<br><br>• You might upset the airline, so don't do this often. |  |

**Non-Hidden City Stimuli:**

Stimuli 1 for Skiplagged (Cell 1)





Stimuli 1 for Expedia (Cell 2)





Stimuli 2 for Skiplagged (Cell 1) and Expedia (Cell 2)



# Choose flights

« New search

**DEPART**

## Philadelphia, PA to San Francisco, CA
Wednesday, May 1, 2024





# Review and pay

« New search

**DEPART**

## Philadelphia, PA to San Francisco, CA
Wednesday, May 1, 2024

| Flight | Depart | Arrive | Travel time | Class | Seats |
|--------|--------|--------|-------------|-------|-------|
| 756 American Airlines | 6:50 PM PHL | 10:18 PM SFO | 6h 28m | Basic Economy | Choose seats |

## Cost summary

**Your trip total**

**$139.10**

Includes taxes, charges and carrier-imposed fees

Starting at $13/mo with affirm. Learn more

**Basic Economy (Non-refundable)**

**Passenger**

| | |
|---|---|
| Trip PHL / SFO | $115.35 |
| Taxes | $23.75 |
| Carrier-imposed fees | $0.00 |
| **Total** (all passengers) | **$139.10** |

Basic Economy rules
Bag and optional fees
Reservation and tickets FAQs
Price and Tax Information
Conditions of Carriage

Privileged and Confidential                                                                                        24-07018
Screener/Main Questionnaire

April 10, 2024



120 Fifth Avenue, New York, NY 10011
TEL 212.633.1100 | FAX 212.633.6499
radiusinsights.com

**Airline Study**
**SAMPLING CRITERIA**

| | | Main Quotas | |
|---|---|---|---|
| **Total Quota** | | | |
| Screenshots of purchasing a non-hidden-city ticket, with an added fee, booked with website (not a third party) | | **N=300** | |
| Non-Hidden Cell 1: Skiplagged | | **N=150** | |
|   Are not aware of Skiplagged (Q13a=2) | | | |
| Non-Hidden Cell 2: Expedia | | **N=150** | |
| **[MUST BE CLICK BALANCED TO THE FOLLOWING.]** | | | |
| **Age (Click balance)** | **hS2b** | **Hispanic (Click Balance)** | **S4** |
| 18-24 | 2 | Hispanic | 1 |
| 25-34 | 3 | Non-Hispanic | 2 |
| 35-44 | 4 | **Ethnicity (Click Balance)** | **S5** |
| 45-54 | 5 | Asian/Pacific Islander | 1 |
| 55-64 | 6 | Black/African American | 2 |
| 65+ | 7 | Native American or Alaska Native | 3 |
| **Gender (Click Balance)** | **S3** | White/Caucasian | 4 |
| Male | 1 | Other | 97 |
| Female | 2 | **Region (Click Balance)** | **S6a** |
| Non-binary | 97 | Northeast | 1 |
| Other | 98 | South | 2 |
| Prefer not to answer | 99 | Midwest | 3 |
| | | West | 4 |
| | | | |

**Sampling Notes:**
- We will have one batch of sample.
- In many questions, we will rotate the order of punches 1 and 2. Pick an order for each respondent and keep that order consistent throughout.

1

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

## – SCREENER –

### INTRO
Thank you for your interest in today's survey.

We value your opinions, and all of your answers will be held in the strictest confidence, so do not be afraid to answer each question honestly. Remember, there are no right or wrong answers.

While you are completing the survey, we ask that you do not look at windows, tabs, or applications on any device. Please do not search the Internet or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please select "Don't know" and move forward to the next question. Do not guess your answer.


**[PN: ADD IN "CAPTCHA" AND INSTRUCTIONS.]**

### SA1.
First, please select the type of device you are using right now to access this page.
*Select one.*

| A laptop or desktop computer | 1 | |
|---|---|---|
| A tablet (e.g., Samsung Galaxy Note or Apple iPad) | 2 | |
| A smartphone (e.g., Samsung Galaxy or Apple iPhone) | 3 | |
| Other device | 4 | **[PN: TERMINATE HERE]** |

**[PN: TERMINATE IF SA1=4.]**


### S0.
Before you continue, please read the following confidentiality and non-disclosure statement, and answer the question that follows.

I recognize and fully understand that the survey content is of confidential nature. Therefore, I agree that both during and after the study, I will not disclose any of the information referenced in the interview and will not discuss this survey with anyone else. Also, I will not identify the nature of the product or service described in this survey.

Do you agree or disagree?
*Select one.*

| I agree | 1 | |
|---|---|---|
| I disagree | 2 | **[PN: TERMINATE HERE]** |

**[PN: MUST AGREE AT S0 – PUNCH 1, OTHERWISE TERMINATE.]**

2

Privileged and Confidential                                                                    24-07018
Screener/Main Questionnaire

**S01.**

Do you wear glasses or contact lenses when you're using a computer, tablet, or smartphone?

*Select one.*

| Yes | 1 |
|-----|---|
| No  | 2 |

**[PN: ASK IF WEAR GLASSES OR CONTACT LENSES (S01=1)]**

**S02.**

Are you currently wearing your glasses or contact lenses?

*Select one.*

| Yes | 1 | |
|-----|---|---|
| No  | 2 | **[PN: STOP/HOLD HERE]** |

**[PN: IF NO STOP/HOLD ABOVE (S02=2), DISPLAY BELOW AND ALLOW RESPONDENT TO START AGAIN WHEN RETURNING.]**

Please put on your glasses/contact lenses before you proceed with the survey.

**INTRO.**

Now, we'd like to ask you a few questions to make sure the survey is relevant to you.

**S1.**

Do you or does anyone in your household work for any of the following industries or companies?

*Select all that apply.*

| | | |
|---|---|---|
| An advertising agency or public relations firm | 1 | **[PN: TERMINATE AFTER S7c]** |
| A market research firm or the market research department of a company | 2 | **[PN: TERMINATE AFTER S7c]** |
| A marketing firm or the marketing department of a company | 3 | **[PN: TERMINATE AFTER S7c]** |
| An airline, travel agency, or a company that sells airline and travel tickets | 4 | **[PN: TERMINATE AFTER S7c]** |
| Any financial services company such as a bank, mutual fund company, brokerage firm, or investment firm | 5 | |
| A company that manufactures technology or electronics products | 6 | |
| A company that manufactures, distributes, or sells food or beverage products | 7 | |
| None of the above | 99 | **[PN:ANCHOR,EXCLUSIVE]** |

**[PN: IF WORK IN A RELATED INDUSTRY (PUNCHES 1-4), TERMINATE AFTER S7c. OTHERWISE, CONTINUE.]**

3

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**S2a.**

What is your age?

*Enter a whole number.*

| _____ | 1 | |
|---|---|---|
| Prefer not to answer | 98 | **[PN: TERMINATE]** |

**[PN: Allow 0-99. MUST BE 18+. TERMINATE HERE IF UNDER 18.]**


**[PN: HIDDEN QUESTION]**
**hS2b.**
**AGE**

| Under 18 | 1 | **S2a < 18** | **[PN: TERMINATE HERE]** |
|---|---|---|---|
| 18-24 | 2 | **S2a = 18-24** | |
| 24-34 | 3 | **S2a = 25-34** | |
| 35-44 | 4 | **S2a = 35-44** | |
| 45-54 | 5 | **S2a = 45-54** | |
| 55-64 | 6 | **S2a = 55-64** | |
| 65+ | 7 | **S2a = 65+** | |
| Prefer not to answer | 98 | **S2a = 98** | **[PN: TERMINATE HERE]** |

**[PN: MUST BE 18+ TO QUALIFY. TERMINATE HERE IF UNDER 18 OR PREFER NOT TO ANSWER.]**


**S3.**

Please record your gender identity.

*Select one.*

| Male | 1 |
|---|---|
| Female | 2 |
| Non-binary | 97 |
| Other (Specify _____) | 98 |
| Prefer not to answer | 99 |


**S4.**

Are you of Spanish, Hispanic or Latino/a origin?

*Select one.*

| Yes | 1 |
|---|---|
| No | 2 |


**S5.**

Which of the following ethnic groups do you identify most closely with?

*Select one.*

| Asian/Pacific Islander | 1 |
|---|---|
| Black/African American | 2 |
| Native American or Alaska Native | 3 |
| White/Caucasian | 4 |
| Other (Specify)_____ | 97 |
| Prefer not to answer | 98 |

4

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**S6.**
In which state do you reside?
*Select one.*
**[PN: USE DROP DOWN LIST]**


**[PN: HIDDEN QUESTION]**
**S6a.**
**REGION**

| | |
|---|---|
| Northeast | 1 |
| South | 2 |
| Midwest | 3 |
| West | 4 |


**[PN: THE FOLLOWING QUESTIONS SHOULD BE SET UP AS A GRID WITH COLUMNS; YES, NO, DON'T KNOW. PLEASE ROTATE SO HALF THE RESPONDENTS WILL SEE YES/NO AND THE OTHER HALF WILL SEE NO/YES. KEEP ORDER OF YES/NO CONSISTENT THROUGHOUT ENTIRE SURVEY AND RECORD ORDER.]**

**S7a.**
Which, if any, of the following activities **did you do in the past 12 months**? For each activity, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No,**]** or you "Don't know."
*Select all that apply.*
**[PN: RANDOMIZE]**

| | | Yes | No | Don't know |
|---|---|---|---|---|
| 1 | Booked a hotel room | (1) | (2) | (3) |
| 2 | Booked an airline ticket (on a commercial airline) | (1) | (2) | (3) |
| 3 | Booked a car rental | (1) | (2) | (3) |
| 4 | Made a restaurant reservation | (1) | (2) | (3) |
| 5 | Made an appointment for eye care | (1) | (2) | (3) |
| 6 | Made an appointment for auto service | (1) | (2) | (3) |

5

Privileged and Confidential                                                          24-07018
Screener/Main Questionnaire

**S7b.**

Which, if any, of the following activities are you **likely to do in the next 12 months**? For each activity, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No,**]** or you "Don't know."

*Select all that apply.*

**[PN: HOLD IN THE SAME ORDER AS S7a]**

|   |                                                  | Yes | No  | Don't know |
|---|--------------------------------------------------|-----|-----|------------|
| 1 | Book a hotel room                                | (1) | (2) | (3)        |
| 2 | Book an airline ticket (on a commercial airline) | (1) | (2) | (3)        |
| 3 | Book a car rental                                | (1) | (2) | (3)        |
| 4 | Make a restaurant reservation                    | (1) | (2) | (3)        |
| 5 | Make an appointment for eye care                 | (1) | (2) | (3)        |
| 6 | Make an appointment for auto service             | (1) | (2) | (3)        |

**[PN: HIDDEN QUESTION]**
**S7c.**

Commercial airline reservation status

| Made a commercial airline reservation in the last 12 months only | 1 | **S7a_2=1 AND S7b_2=2 OR 3** | |
|---|---|---|---|
| Will make a commercial airline reservation in the next 12 months only | 2 | **S7a_2=2 OR 3 AND S7b_2=1** | |
| Both – reservation made in last 12 months AND will make in next 12 months | 3 | **S7a_2=1 AND S7b_2=1** | |
| Neither | 4 | **S7a_2=2 OR 3 AND S7b_2=2 OR 3** | **[PN: TERMINATE]** |

**[PN: CONTINUE IF MADE OR INTEND TO MAKE A COMMERCIAL AIRLINE RESERVATION (S7c=1-3). OTHERWISE, TERMINATE.]**

6

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**S8a.**
**[ASK IF MADE AN AIRLINE RESERVATION IN THE PAST 12 MONTHS (S7c=1 OR 3)]**
In the **past 12 months**, when you made a reservation for an airline, which of the following methods did you use to make your reservation? For each option, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No**]** or you "Don't know."
*Select one response for each option.*

In the past 12 months…
**[PN: RANDOMIZE]**

|   |   | Yes, I made a reservation for an airline through this method | No, I did not make a reservation for an airline through this method | Don't know |
|---|---|---|---|---|
| 1 | Through an online ticket website | 1 | 2 | 3 |
| 2 | Directly through an airline | 1 | 2 | 3 |
| 3 | Through a travel agency | 1 | 2 | 3 |
| 4 | Through a credit card company | 1 | 2 | 3 |
| 5 | Other (Specify_____) | 1 [PN: ANCHOR ROW] | 2 | 3 |

**S8b.**
**[ASK IF PLANNING ON MAKING AN AIRLINE RESERVATION IN THE NEXT 12 MONTHS (S7c=2 OR 3)]**
In the **next 12 months**, when you make a reservation for an airline, which of the following methods will you use to make your reservation? For each option, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No**]** or you "Don't know."
*Select one response for each option.*

In the next 12 months…
**[PN: HOLD IN THE SAME ORDER AS S8a]**

|   |   | Yes, I will make a reservation for an airline through this method | No, I will not make a reservation for an airline through this method | Don't know |
|---|---|---|---|---|
| 1 | Through an online ticket website | 1 | 2 | 3 |
| 2 | Directly through an airline | 1 | 2 | 3 |
| 3 | Through a travel agency | 1 | 2 | 3 |
| 4 | Through a credit card company | 1 | 2 | 3 |
| 5 | Other (Specify) | 1 [PN: ANCHOR ROW] | 2 | 3 |

7

Privileged and Confidential
Screener/Main Questionnaire
24-07018

**[PN: HIDDEN QUESTION]**
**S8c.**
**Online Ticket Website Usage Status**

| | | | |
|---|---|---|---|
| Used online ticket website in the last 12 months only | 1 | **S8a_1=1 AND S8b_1=2 OR 3 OR BLANK** | |
| Will use an online ticket website in the next 12 months only | 2 | **S8a_1=2 OR 3 OR BLANK AND S8b_1=1** | |
| Both – Used online ticket website in the last 12 months AND will use an online ticket website in the next 12 months | 3 | **S8a_1=1 AND S8b_1=1** | |
| Neither | 4 | **S8a_1=2 OR 3 OR BLANK AND S8b_1=2 OR 3 OR BLANK** | **[PN: TERMINATE]** |

**[PN: CONTINUE IF PURCHASED OR INTEND TO PURCHASE TICKET THROUGH AN ONLINE TICKET WEBSITE (S8c=1-3). OTHERWISE, TERMINATE.]**


**S9.**
Which of the following sets of stripes appears in this order: RED, YELLOW, GREEN, BLUE?
*Select one.*
**[RANDOMIZE]**
**[PN: PLEASE SHOW 4 SETS OF STRIPES OF 4 DIFFERENT COLORS, INCLUDING ONE THAT IS ORDERED RED, YELLOW, GREEN, BLUE]**
**[PN: TERMINATE IF RED, YELLOW, GREEN, BLUE ORDER NOT SELECTED]**


**[PN: TO QUALIFY FOR SURVEY, MUST MEET THE FOLLOWING CRITERIA:]**

- **Meets device qualifications SA1=1,2,3**
- **Agree to terms S0=1**
- **If typically wears glasses or contact lenses while working on a computer, must be wearing them (if S01=1, then must be S02=1)**
- **Does not work in a sensitive industry (S1=5,6,7,99)**
- **Age 18+ (S2b=2-6)**
- **Made or planning on making airline reservation (S7c=1-3)**
- **Made or plannning on using online ticket website (S8c=1-3)**


**S10 – HIDDEN.**
**ASSIGN TO A CELL ON A LEAST FILL BASIS BASED ON AGE, GENDER AND REGION**

| | |
|---|---|
| Non-Hidden Cell 1 | **1** |
| Non-Hidden Cell 2 | **2** |

8

Privileged and Confidential                                           24-07018
Screener/Main Questionnaire

```
– MAIN QUESTIONNAIRE –
```

**INTRODUCTION**
**[PN: SHOW TO ALL]**
Remember, please do not search the Internet, or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please enter or select "Don't know" and move forward to the next question. Do not guess your answer.

After you click "Next" you will see a series of images screen.

***Please take your time to review the images. Do not use the back button of your browser at any time or your information will be lost.***

**[PN: NEW SCREEN]**

Imagine that you wanted to book a roundtrip airline flight from Santa Ana to Miami, and you decided to use the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** website to book flights. Below is the output you received when checking for available flights. Please assume that you selected the flight boxed in red.

Please review this information the way that you normally do when reviewing and selecting airline flights online.

**PN: IF CELL 1(S10=1) THEN SHOW:**
**HC – Cell 1 – Stimuli 1 – Page 1**
**HC – Cell 1 – Stimuli 1 – Page 2**
**HC – Cell 1 – Stimuli 1 – Page 3**
**HC – Cell 1 – Stimuli 1 – Page 4**

**PN: IF CELL 2(S10=2) THEN SHOW:**
**HC – Cell 2 – Stimuli 1 – Page 1**
**HC – Cell 2 – Stimuli 1 – Page 2**

**Q0.**

                         Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**
Were you able to see the images **clearly**?
*Select one.*

| **Yes**, I was able to clearly see the images and read the words on the screen | 1 | **[PN: CONTINUE TO Q1]** |
|---|---|---|
| **No**, I was not able to clearly see the images and read the words on the screen | 2 | **[PN: RE-SHOW STIMULUS AND ASK THIS QUESTION AGAIN]** |

**[PN: MUST CONFIRM SAW IMAGES CLEARLY. DO NOT CONTINUE TO Q1a UNLESS Q0=1. IF SELECTED Q0=2 A SECOND TIME TERMINATE]**
**[PN: IF Q0=2, DISPLAY THIS MESSAGE AND RE-SHOW THE IMAGE PAGE, THEN SHOW Q0 AGAIN:** We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.**]**

9

Privileged and Confidential                                                                24-07018
Screener/Main Questionnaire

**Q1a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

How would you describe the offering on this website to a friend?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q1a. ASK IF PROVIDED AN ANSWER IN Q1a. – NE 99]**
**Q1b.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is no other way I would describe it to a friend | **99** | **EXCLUSIVE** |
|---|---|---|

**Q2.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Does the company that operates this website have a business connection or association with another company, or do you not know?
*Select one.*

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes, it has a business connection or association with another company | 1 |
|---|---|
| No, it does not have a business connection or association with another company | 2 |
| Don't know | 3 |

**[PN: IF YES AT Q2, ASK Q3a AND Q3b, ELSE SKIP TO Q4]**
**Q3a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Which other company does the company operating this website have a business connection or association with?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

10

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q3A. ASK IF PROVIDED AN ANSWER IN Q3a. – NE 99]**
**Q3b.**
What makes you say that?
*Please type your answer below or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**Q4.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Does the company that operates this website require permission or authorization from any other company, or do you not know?
*Select one.*

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes, it requires permission or authorization from another company | 1 |
|---|---|
| No, it does not require permission or authorization from another company | 2 |
| Don't know | 3 |

**[PN: IF YES AT Q4, ASK Q5a, Q5b, Q6a, AND Q6b, ELSE SKIP TO Q7]**
**Q5a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

From which company is permission or authorization required?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q5a. ASK IF PROVIDED AN ANSWER IN Q5a. – NE 99]**
**Q5b.**
What makes you say that?
*Please type your answer below or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

11

Privileged and Confidential                                                                                   24-07018
Screener/Main Questionnaire

**[PN: IF YES AT Q4 ASK Q6a]**
**Q6a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

For what do they need to get permission or authorization?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q6a. ASK IF PROVIDED AN ANSWER IN Q6a. – NE 99]**
**Q6b.**
What makes you say that?
*Please type your answer below or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**Q7a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

What do you believe is the relationship between **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** and the airline?
*Select one.*
**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is an authorized agent of the airline | 1 | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** is not an authorized agent of the airline | 2 | |
| There is some other relationship between **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** and the airline | 3 | |
| Don't know | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q7A. ASK IF PROVIDED AN ANSWER IN Q7a/NE 99]**
**Q7b**
What makes you say that?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

12

Privileged and Confidential                                                                24-07018
Screener/Main Questionnaire

**Q8a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| Buying tickets through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is cheaper than buying directly from the airline | 1 | |
| Buying tickets through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not cheaper than buying directly from the airline | 2 | |
| Don't know | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q8a. ASK IF PROVIDED AN ANSWER IN Q8a. – NE 99]**
**Q8b.**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| | | |
|---|---|---|
| Don't know | 99 | **EXCLUSIVE** |

**Q9a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** charges an additional fee on top of the airline's total ticket cost. | 1 | |
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** does not charge an additional fee on top of the airline's total ticket cost. | 2 | |
| Don't know | 99 | **[ANCHOR]** |

13

Privileged and Confidential                                                      24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q9a. ASK IF PROVIDED AN ANSWER IN Q9a. – NE 99]**
**Q9b**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: ASK ONLY IF THEY THINK THERE'S A FEE – Q9a=1]**
**Q10a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1): "**Skiplagged**", IF Cell 2 (S10=2): "**Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| I believe the fee **[PN: IF Cell 1 (S10=1): "**Skiplagged**", IF Cell 2 (S10=2): "**Expedia**"]** charges for its services is reasonable | **1** | |
|---|---|---|
| I believe the fee **[PN: IF Cell 1 (S10=1): "**Skiplagged**", IF Cell 2 (S10=2): "**Expedia**"]** charges for its services is not reasonable | **2** | |
| N/A (I do not think **[PN: IF Cell 1 (S10=1): "**Skiplagged**", IF Cell 2 (S10=2): "**Expedia**"]** charges an additional fee on top of the airline's total cost) | **3** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q10a. ASK IF PROVIDED AN ANSWER IN Q10a. – NE 99]**
**Q10b.**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

14

Privileged and Confidential                                                                    24-07018
Screener/Main Questionnaire

**Q11a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is an authorized travel agency with access to fares I could not access via the airline | **1** | |
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not an authorized travel agency and does not have access to fares I could access via the airline | **2** | |
| Don't know if **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** are an authorized travel agency | **98** | **[ANCHOR]** |
| Don't know if **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** have or do not have access to fares I could not access via the airline | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q11a. ASK IF PROVIDED AN ANSWER IN Q11a. – NE 99]**
**Q11b**
What makes you say that?
*Please enter your response below and be as detailed as possible  or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**Q12a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| A ticket bought through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is a valid ticket | **1** | |
| A ticket bought through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not valid ticket | **2** | |
| Don't know | **99** | **[ANCHOR]** |

15

Privileged and Confidential                                                      24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q12A. ASK IF PROVIDED AN ANSWER IN Q12A – NE 99]**
**Q12b**
What makes you say that?
*Please enter your response below and be as detailed as possible* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**Q12c.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or "Don't know."

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

*Select one.*

| The option offered by **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** carries no risk | **1** | |
|---|---|---|
| The option offered by **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** carries risks | **2** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q12C. ASK IF PROVIDED AN ANSWER IN Q12C – NE 99]**
**Q12d**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: ASK IF CARRIES A RISK – Q12C/2]**
**Q12e.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

What are the risks associated with this ticket?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

16

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q12e. ASK IF PROVIDED AN ANSWER IN Q12e. – NE 99]**
**Q12f.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Are there any other risks?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is no other risks | **99** | **EXCLUSIVE** |
|---|---|---|

**Q13a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Before today were you aware of **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]**?

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes | 1 |
|---|---|
| No | 2 |
| Don't know | 3 |

**[PN: ASK IF AWARE OF SKIPLAGGED/EXEDIA Q13a. = 1]**
**Q13b.**
Have you ever used **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]**?

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes | 1 |
|---|---|
| No | 2 |
| Don't know | 3 |

**Q14a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Reflecting on the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offering and everything you know about them how do you feel about buying your next airline ticket from them?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

17

Privileged and Confidential                                                        24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q14a. ASK IF PROVIDED AN ANSWER IN Q14a – NE 99]**
**Q14b.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[PN: OPEN END TEXT BOX]**

| There are no other reasons why I said that | **99** | **EXCLUSIVE** |
|---|---|---|

**INTRO**
Let's imagine that you decide to compare the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offer with the same flights available on the American Airlines website and you got the following results.

Please review this information the way that you normally do when reviewing and selecting airline flights online.

**PN: SHOW ALL:**
**HC – Stimuli 2 – Page 1**
**HC – Stimuli 2 – Page 2**

**AFTER SHOWING STIMULI 2:**
**IF CELL 1(S10=1) THEN SHOW:**
**HC – Cell 1 – Stimuli 1 – Page 4**

**IF CELL 2 (S10=2) THEN SHOW:**
**HC – Cell 2 – Stimuli 1 – Page 2**

**PN: NEW SCREEN only show for Cell 1 (S10=1)**
Now, please review the conditions associated with the Skiplagged offering versus American Airlines' policies. Please review this information the way that you normally do when reviewing and selecting airline flights online.

| <u>SKIPLAGGED SAYS...</u> | <u>AMERICAN AIRLINES SAYS...</u> |
|---|---|
| What is Skiplagging or "hidden-city" flying? | We may not let you fly (temporarily or permanently) for any reason, including if you…fail to comply with American Airlines rules or policies. |
| Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas). | **Prohibited booking practices**<br>Reservations made to exploit or circumvent fare and ticket rules are prohibited.  Examples include (but are not limited to):<br><br>• Purchasing a ticket without intending to fly all flights to gain lower fares (<u>hidden city ticketing</u>) |

18

APPENDIX C-3

Case 4:23-cv-00860-P   Document 221   Filed 08/26/24   Page 325 of 1941   PageID 12957
Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

| This is perfectly legal and the savings can be significant, but there are <u>**some things to be aware of**</u>:<br><br>• **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)!<br><br>• **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.<br><br>• **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.<br><br>• **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.<br><br>• **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable return ticket directly from the airline and cancel it ASAP after boarding.<br><br>• **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.<br><br>• In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (2% chance).<br><br>• You might upset the airline, so don't do this often. | If we find evidence that you or your agent are using a prohibited practice, we reserve the right to:<br><br>• Cancel any unused part of the ticket<br>• Refuse to let the passenger fly and check bags<br>• Not refund an otherwise refundable ticket<br>• Charge you for what the ticket would have cost<br><br>**Ticket Validity**<br>Your ticket is valid only when:<br>• Travel is to/from the cities on your ticket and in your trip record<br><br>Your ticket is not valid when:<br>• We find that the ticket was bought using an exploitative practice<br><br>Violation of applicable rules…is subject to...forfeiture of any and all AAdvantage® Rewards and Benefits in a member's account, as well as termination of the account and the member's future participation. |
| --- | --- |

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**Q15a.**

Flight Information Link: **[PN: INSERT STIMULI 1 FOLLOWED BY STIMULI 2]**

Comparing the results you got from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** and from the American Airlines website, how do you feel about the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offering? *Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q15a. ASK IF PROVIDED AN ANSWER IN Q15a. – NE 99]**
**Q15b.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is nothing else that describes how I feel about the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings | **99** | **EXCLUSIVE** |
|---|---|---|

**Q16a.**

Flight Information Link: **[PN: INSERT STIMULI 1 FOLLOWED BY STIMULI 2]**

How likely would you be to consider buying your next airline ticket from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]**?
*Select one.*
**[PN: ROTATE WHETHER PUNCHES ARE SHOWN FROM 1 – 5 OR 5 – 1. RECORD WHAT WAS SEEN]**

| | | |
|---|---|---|
| **Definitely would not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 1 | |
| **Probably would not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 2 | |
| **May or may not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 3 | |
| **Probably would** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 4 | |
| **Definitely would** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** | 5 | |
| **Do not know** | 99 | **[ANCHOR]** |

20

Privileged and Confidential                                          24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q16a AFTER THEY PROVIDED AN ANSWER – 1-5 AND 99]**
**Q16b.**
What made you say that you **[INSERT ANSWER FROM Q16A IN LOWER CASE]**?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q16b. ASK IF PROVIDED AN ANSWER IN Q16b – NE 99]**
**Q16c.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[PN: OPEN END TEXT BOX]**

| There are no other reasons why I said that | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: ASK ALL]**
**D1.**
For quality control purposes, please enter the year you were born.
**[PN: ALLOW NUMBERS RANGING FROM 1922-2023]**

| _____ | 1 |
|---|---|

**[PN: Must come within 1 year of actual age (S2a) or flag]**

**[PN: SHOW FOR ALL AT THE END OF THE SURVEY - NEW SCREEN]**
Thank you very much for completing this survey. We truly value your response and appreciate you taking time to share your opinions with us.

21

Privileged and Confidential                                                          24-07018
Screener/Main Questionnaire

April 10, 2024



I20 Fifth Avenue, New York, NY IOOII
TEL 2I2.633.II00 I FAX 2I2.633.6499
radiusinsights.com

**Airline Study**
**SAMPLING CRITERIA**

| | | Main Quotas | |
|---|---|---|---|
| **Total Quota** | | | |
| Screenshots of purchasing a non-hidden-city ticket, with an added fee, booked with website (not a third party) | | **N=300** | |
| Non-Hidden Cell 1: Skiplagged | | **N=150** | |
| Are not aware of Skiplagged (Q13a=2) | | | |
| Non-Hidden Cell 2: Expedia | | **N=150** | |
| **[MUST BE CLICK BALANCED TO THE FOLLOWING.]** | | | |
| **Age (Click balance)** | **hS2b** | **Hispanic (Click Balance)** | **S4** |
| 18-24 | 2 | Hispanic | 1 |
| 25-34 | 3 | Non-Hispanic | 2 |
| 35-44 | 4 | **Ethnicity (Click Balance)** | **S5** |
| 45-54 | 5 | Asian/Pacific Islander | 1 |
| 55-64 | 6 | Black/African American | 2 |
| 65+ | 7 | Native American or Alaska Native | 3 |
| **Gender (Click Balance)** | **S3** | White/Caucasian | 4 |
| Male | 1 | Other | 97 |
| Female | 2 | **Region (Click Balance)** | **S6a** |
| Non-binary | 97 | Northeast | 1 |
| Other | 98 | South | 2 |
| Prefer not to answer | 99 | Midwest | 3 |
| | | West | 4 |

**Sampling Notes:**
- We will have one batch of sample.
- In many questions, we will rotate the order of punches 1 and 2. Pick an order for each respondent and keep that order consistent throughout.

1

Privileged and Confidential                                                              24-07018
Screener/Main Questionnaire

## - SCREENER -

### INTRO
Thank you for your interest in today's survey.

We value your opinions, and all of your answers will be held in the strictest confidence, so do not be afraid to answer each question honestly. Remember, there are no right or wrong answers.

While you are completing the survey, we ask that you do not look at windows, tabs, or applications on any device. Please do not search the Internet or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please select "Don't know" and move forward to the next question. Do not guess your answer.


**[PN: ADD IN "CAPTCHA" AND INSTRUCTIONS.]**

### SA1.
First, please select the type of device you are using right now to access this page.
*Select one.*

| A laptop or desktop computer | 1 | |
|---|---|---|
| A tablet (e.g., Samsung Galaxy Note or Apple iPad) | 2 | |
| A smartphone (e.g., Samsung Galaxy or Apple iPhone) | 3 | |
| Other device | 4 | **[PN: TERMINATE HERE]** |

**[PN: TERMINATE IF SA1=4.]**


### S0.
Before you continue, please read the following confidentiality and non-disclosure statement, and answer the question that follows.

I recognize and fully understand that the survey content is of confidential nature. Therefore, I agree that both during and after the study, I will not disclose any of the information referenced in the interview and will not discuss this survey with anyone else. Also, I will not identify the nature of the product or service described in this survey.

Do you agree or disagree?
*Select one.*

| I agree | 1 | |
|---|---|---|
| I disagree | 2 | **[PN: TERMINATE HERE]** |

**[PN: MUST AGREE AT S0 – PUNCH 1, OTHERWISE TERMINATE.]**

2

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

## S01.

Do you wear glasses or contact lenses when you're using a computer, tablet, or smartphone?

*Select one.*

| Yes | 1 |
|-----|---|
| No  | 2 |

**[PN: ASK IF WEAR GLASSES OR CONTACT LENSES (S01=1)]**

## S02.

Are you currently wearing your glasses or contact lenses?

*Select one.*

| Yes | 1 | |
|-----|---|---|
| No  | 2 | **[PN: STOP/HOLD HERE]** |

**[PN: IF NO STOP/HOLD ABOVE (S02=2), DISPLAY BELOW AND ALLOW RESPONDENT TO START AGAIN WHEN RETURNING.]**

Please put on your glasses/contact lenses before you proceed with the survey.

## INTRO.

Now, we'd like to ask you a few questions to make sure the survey is relevant to you.

## S1.

Do you or does anyone in your household work for any of the following industries or companies?

*Select all that apply.*

| An advertising agency or public relations firm | 1 | **[PN: TERMINATE AFTER S7c]** |
|---|---|---|
| A market research firm or the market research department of a company | 2 | **[PN: TERMINATE AFTER S7c]** |
| A marketing firm or the marketing department of a company | 3 | **[PN: TERMINATE AFTER S7c]** |
| An airline, travel agency, or a company that sells airline and travel tickets | 4 | **[PN: TERMINATE AFTER S7c]** |
| Any financial services company such as a bank, mutual fund company, brokerage firm, or investment firm | 5 | |
| A company that manufactures technology or electronics products | 6 | |
| A company that manufactures, distributes, or sells food or beverage products | 7 | |
| None of the above | 99 | **[PN:ANCHOR,EXCLUSIVE]** |

**[PN: IF WORK IN A RELATED INDUSTRY (PUNCHES 1-4), TERMINATE AFTER S7c. OTHERWISE, CONTINUE.]**

3

**S2a.**

What is your age?

*Enter a whole number.*

|  |  |  |
|---|---|---|
| _____ | 1 |  |
| Prefer not to answer | 98 | **[PN: TERMINATE]** |

**[PN: Allow 0-99. MUST BE 18+. TERMINATE HERE IF UNDER 18.]**

**[PN: HIDDEN QUESTION]**

**hS2b.**

**AGE**

| Under 18 | 1 | **S2a < 18** | **[PN: TERMINATE HERE]** |
|---|---|---|---|
| 18-24 | 2 | **S2a = 18-24** |  |
| 24-34 | 3 | **S2a = 25-34** |  |
| 35-44 | 4 | **S2a = 35-44** |  |
| 45-54 | 5 | **S2a = 45-54** |  |
| 55-64 | 6 | **S2a = 55-64** |  |
| 65+ | 7 | **S2a = 65+** |  |
| Prefer not to answer | 98 | **S2a = 98** | **[PN: TERMINATE HERE]** |

**[PN: MUST BE 18+ TO QUALIFY. TERMINATE HERE IF UNDER 18 OR PREFER NOT TO ANSWER.]**

**S3.**

Please record your gender identity.

*Select one.*

| Male | 1 |
|---|---|
| Female | 2 |
| Non-binary | 97 |
| Other (Specify _____) | 98 |
| Prefer not to answer | 99 |

**S4.**

Are you of Spanish, Hispanic or Latino/a origin?

*Select one.*

| Yes | 1 |
|---|---|
| No | 2 |

**S5.**

Which of the following ethnic groups do you identify most closely with?

*Select one.*

| Asian/Pacific Islander | 1 |
|---|---|
| Black/African American | 2 |
| Native American or Alaska Native | 3 |
| White/Caucasian | 4 |
| Other (Specify)_____ | 97 |
| Prefer not to answer | 98 |

4

Privileged and Confidential                                    24-07018
Screener/Main Questionnaire

**S6.**
In which state do you reside?
*Select one.*
**[PN: USE DROP DOWN LIST]**


**[PN: HIDDEN QUESTION]**
**S6a.**
**REGION**

| Northeast | 1 |
|-----------|---|
| South | 2 |
| Midwest | 3 |
| West | 4 |


**[PN: THE FOLLOWING QUESTIONS SHOULD BE SET UP AS A GRID WITH COLUMNS; YES, NO, DON'T KNOW. PLEASE ROTATE SO HALF THE RESPONDENTS WILL SEE YES/NO AND THE OTHER HALF WILL SEE NO/YES. KEEP ORDER OF YES/NO CONSISTENT THROUGHOUT ENTIRE SURVEY AND RECORD ORDER.]**

**S7a.**
Which, if any, of the following activities **did you do in the past 12 months**? For each activity, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No,**]** or you "Don't know."
*Select all that apply.*
**[PN: RANDOMIZE]**

|   |                                                  | **Yes** | **No** | **Don't know** |
|---|--------------------------------------------------|---------|--------|----------------|
| 1 | Booked a hotel room                              | (1)     | (2)    | (3)            |
| 2 | Booked an airline ticket (on a commercial airline) | (1)     | (2)    | (3)            |
| 3 | Booked a car rental                              | (1)     | (2)    | (3)            |
| 4 | Made a restaurant reservation                    | (1)     | (2)    | (3)            |
| 5 | Made an appointment for eye care                 | (1)     | (2)    | (3)            |
| 6 | Made an appointment for auto service             | (1)     | (2)    | (3)            |

5

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**S7b.**

Which, if any, of the following activities are you **likely to do in the next 12 months**? For each activity, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No,**]** or you "Don't know."

*Select all that apply.*

**[PN: HOLD IN THE SAME ORDER AS S7a]**

|   |                                                   | Yes | No  | Don't know |
|---|---------------------------------------------------|-----|-----|------------|
| 1 | Book a hotel room                                 | (1) | (2) | (3)        |
| 2 | Book an airline ticket (on a commercial airline)  | (1) | (2) | (3)        |
| 3 | Book a car rental                                 | (1) | (2) | (3)        |
| 4 | Make a restaurant reservation                     | (1) | (2) | (3)        |
| 5 | Make an appointment for eye care                  | (1) | (2) | (3)        |
| 6 | Make an appointment for auto service              | (1) | (2) | (3)        |


**[PN: HIDDEN QUESTION]**
**S7c.**
Commercial airline reservation status

| Made a commercial airline reservation in the last 12 months only | 1 | **S7a_2=1 AND S7b_2=2 OR 3** | |
|---|---|---|---|
| Will make a commercial airline reservation in the next 12 months only | 2 | **S7a_2=2 OR 3 AND S7b_2=1** | |
| Both – reservation made in last 12 months AND will make in next 12 months | 3 | **S7a_2=1 AND S7b_2=1** | |
| Neither | 4 | **S7a_2=2 OR 3 AND S7b_2=2 OR 3** | **[PN: TERMINATE]** |

**[PN: CONTINUE IF MADE OR INTEND TO MAKE A COMMERCIAL AIRLINE RESERVATION (S7c=1-3). OTHERWISE, TERMINATE.]**

6

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**S8a.**

**[ASK IF MADE AN AIRLINE RESERVATION IN THE PAST 12 MONTHS (S7c=1 OR 3)]**

In the **past 12 months**, when you made a reservation for an airline, which of the following methods did you use to make your reservation? For each option, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No**]** or you "Don't know."

*Select one response for each option.*

In the past 12 months…
**[PN: RANDOMIZE]**

| | | Yes, I made a reservation for an airline through this method | No, I did not make a reservation for an airline through this method | Don't know |
|---|---|---|---|---|
| 1 | Through an online ticket website | 1 | 2 | 3 |
| 2 | Directly through an airline | 1 | 2 | 3 |
| 3 | Through a travel agency | 1 | 2 | 3 |
| 4 | Through a credit card company | 1 | 2 | 3 |
| 5 | Other (Specify_____) | 1 [PN: ANCHOR ROW] | 2 | 3 |

**S8b.**

**[ASK IF PLANNING ON MAKING AN AIRLINE RESERVATION IN THE NEXT 12 MONTHS (S7c=2 OR 3)]**

In the **next 12 months**, when you make a reservation for an airline, which of the following methods will you use to make your reservation? For each option, please answer **[MATCH ASSIGNED YES/NO ORDER:** Yes, No**]** or you "Don't know."

*Select one response for each option.*

In the next 12 months…
**[PN: HOLD IN THE SAME ORDER AS S8a]**

| | | Yes, I will make a reservation for an airline through this method | No, I will not make a reservation for an airline through this method | Don't know |
|---|---|---|---|---|
| 1 | Through an online ticket website | 1 | 2 | 3 |
| 2 | Directly through an airline | 1 | 2 | 3 |
| 3 | Through a travel agency | 1 | 2 | 3 |
| 4 | Through a credit card company | 1 | 2 | 3 |
| 5 | Other (Specify) | 1 [PN: ANCHOR ROW] | 2 | 3 |

7

Privileged and Confidential
Screener/Main Questionnaire

24-07018

**[PN: HIDDEN QUESTION]**
**S8c.**
**Online Ticket Website Usage Status**

| | | | |
|---|---|---|---|
| Used online ticket website in the last 12 months only | 1 | **S8a_1=1 AND S8b_1=2 OR 3 OR BLANK** | |
| Will use an online ticket website in the next 12 months only | 2 | **S8a_1=2 OR 3 OR BLANK AND S8b_1=1** | |
| Both – Used online ticket website in the last 12 months AND will use an online ticket website in the next 12 months | 3 | **S8a_1=1 AND S8b_1=1** | |
| Neither | 4 | **S8a_1=2 OR 3 OR BLANK AND S8b_1=2 OR 3 OR BLANK** | **[PN: TERMINATE]** |

**[PN: CONTINUE IF PURCHASED OR INTEND TO PURCHASE TICKET THROUGH AN ONLINE TICKET WEBSITE (S8c=1-3). OTHERWISE, TERMINATE.]**


**S9.**
Which of the following sets of stripes appears in this order: RED, YELLOW, GREEN, BLUE?
*Select one.*
**[RANDOMIZE]**
**[PN: PLEASE SHOW 4 SETS OF STRIPES OF 4 DIFFERENT COLORS, INCLUDING ONE THAT IS ORDERED RED, YELLOW, GREEN, BLUE]**
**[PN: TERMINATE IF RED, YELLOW, GREEN, BLUE ORDER NOT SELECTED]**


**[PN: TO QUALIFY FOR SURVEY, MUST MEET THE FOLLOWING CRITERIA:]**

- **Meets device qualifications SA1=1,2,3**
- **Agree to terms S0=1**
- **If typically wears glasses or contact lenses while working on a computer, must be wearing them (if S01=1, then must be S02=1)**
- **Does not work in a sensitive industry (S1=5,6,7,99)**
- **Age 18+ (S2b=2-6)**
- **Made or planning on making airline reservation (S7c=1-3)**
- **Made or plannning on using online ticket website (S8c=1-3)**


**S10 – HIDDEN.**
**ASSIGN TO A CELL ON A LEAST FILL BASIS BASED ON AGE, GENDER AND REGION**

| | |
|---|---|
| Non-Hidden Cell 1 | **1** |
| Non-Hidden Cell 2 | **2** |

---

**– MAIN QUESTIONNAIRE –**

---

**INTRODUCTION**
**[PN: SHOW TO ALL]**
Remember, please do not search the Internet, or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please enter or select "Don't know" and move forward to the next question. Do not guess your answer.

After you click "Next" you will see a series of images screen.

***Please take your time to review the images. Do not use the back button of your browser at any time or your information will be lost.***

**[PN: NEW SCREEN]**

Imagine that you wanted to book a roundtrip airline flight from Philadelphia to San Francisco, and you decided to use the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** website to book flights. Below is the output you received when checking for available flights. Please assume that you selected the flight boxed in red.

Please review this information the way that you normally do when reviewing and selecting airline flights online.

**PN: IF CELL 1(S10=1) THEN SHOW:**
**Non-HC – Cell 1 – Stimuli 1 – Page 1**
**Non-HC – Cell 1 – Stimuli 1 – Page 2**
**Non-HC – Cell 1 – Stimuli 1 – Page 3**

**PN: IF CELL 2 (S10=2) THEN SHOW:**
**Non-HC – Cell 2 – Stimuli 1 – Page 1**
**Non-HC – Cell 2 – Stimuli 1 – Page 2**

**Q0.**

                    Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**
Were you able to see the images **clearly**?
*Select one.*

| | | |
|---|---|---|
| **Yes**, I was able to clearly see the images and read the words on the screen | 1 | **[PN: CONTINUE TO Q1]** |
| **No**, I was not able to clearly see the images and read the words on the screen | 2 | **[PN: RE-SHOW STIMULUS AND ASK THIS QUESTION AGAIN]** |

**[PN: MUST CONFIRM SAW IMAGES CLEARLY. DO NOT CONTINUE TO Q1a UNLESS Q0=1. IF SELECTED Q0=2 A SECOND TIME TERMINATE]**
**[PN: IF Q0=2, DISPLAY THIS MESSAGE AND RE-SHOW THE IMAGE PAGE, THEN SHOW Q0 AGAIN:** We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.**]**

9

Privileged and Confidential                                                24-07018
Screener/Main Questionnaire

**Q1a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

How would you describe the offering on this website to a friend?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|------------|-----|-----------|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q1a. ASK IF PROVIDED AN ANSWER IN Q1a. – NE 99]**
**Q1b.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is no other way I would describe it to a friend | 99 | EXCLUSIVE |
|-------------------------------------------------------|-----|-----------|

**Q2.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Does the company that operates this website have a business connection or association with another company, or do you not know?
*Select one.*

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes, it has a business connection or association with another company | 1 |
|------------------------------------------------------------------------|---|
| No, it does not have a business connection or association with another company | 2 |
| Don't know | 3 |

**[PN: IF YES AT Q2, ASK Q3a AND Q3b, ELSE SKIP TO Q4]**
**Q3a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Which other company does the company operating this website have a business connection or association with?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|------------|-----|-----------|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q3A. ASK IF PROVIDED AN ANSWER IN Q3a. – NE 99]**
**Q3b.**
What makes you say that?
*Please type your answer below or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**Q4.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Does the company that operates this website require permission or authorization from any other company, or do you not know?
*Select one.*

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes, it requires permission or authorization from another company | 1 |
|---|---|
| No, it does not require permission or authorization from another company | 2 |
| Don't know | 3 |

**[PN: IF YES AT Q4, ASK Q5a, Q5b, Q6a, AND Q6b, ELSE SKIP TO Q7]**
**Q5a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

From which company is permission or authorization required?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q5a. ASK IF PROVIDED AN ANSWER IN Q5a. – NE 99]**
**Q5b.**
What makes you say that?
*Please type your answer below or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

11

**[PN: IF YES AT Q4 ASK Q6a]**
**Q6a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

For what do they need to get permission or authorization?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q6a. ASK IF PROVIDED AN ANSWER IN Q6a. – NE 99]**
**Q6b.**
What makes you say that?
*Please type your answer below or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

**Q7a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

What do you believe is the relationship between **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** and the airline?
*Select one.*
**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is an authorized agent of the airline | 1 | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not an authorized agent of the airline | 2 | |
| There is some other relationship between **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** and the airline | 3 | |
| Don't know | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q7A. ASK IF PROVIDED AN ANSWER IN Q7a/NE 99]**
**Q7b**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

12

Privileged and Confidential                                                                    24-07018
Screener/Main Questionnaire

**Q8a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| Buying tickets through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is cheaper than buying directly from the airline | **1** | |
| Buying tickets through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not cheaper than buying directly from the airline | **2** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q8a. ASK IF PROVIDED AN ANSWER IN Q8a. – NE 99]**
**Q8b.**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| | | |
|---|---|---|
| Don't know | **99** | **EXCLUSIVE** |

**Q9a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** charges an additional fee on top of the airline's total ticket cost. | **1** | |
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** does not charge an additional fee on top of the airline's total ticket cost. | **2** | |
| Don't know. | **99** | **[ANCHOR]** |

13

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q9a. ASK IF PROVIDED AN ANSWER IN Q9a. – NE 99]**
**Q9b**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|------------|--------|---------------|

**[PN: ASK ONLY IF THEY THINK THERE'S A FEE – Q9a=1]**
**Q10a.**

           Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| I believe the fee **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** charges for its services is reasonable | **1** | |
|---|---|---|
| I believe the fee **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** charges for its services is not reasonable | **2** | |
| N/A (I do not think **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** charges an additional fee on top of the airline's total cost) | **3** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q10a. ASK IF PROVIDED AN ANSWER IN Q10a. – NE 99]**
**Q10b.**
What makes you say that?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|------------|--------|---------------|

14

**Q11a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or you "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is an authorized travel agency with access to fares I could not access via the airline | **1** | |
| **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not an authorized travel agency and does not have access to fares I could access via the airline | **2** | |
| Don't know if **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** are an authorized travel agency | **98** | **[ANCHOR]** |
| Don't know if **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** have or do not have access to fares I could not access via the airline | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q11a. ASK IF PROVIDED AN ANSWER IN Q11a. – NE 99]**
**Q11b**
What makes you say that?
*Please enter your response below and be as detailed as possible  or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**Q12a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or "Don't know."
*Select one.*

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

| | | |
|---|---|---|
| A ticket bought through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is a valid ticket | **1** | |
| A ticket bought through **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** is not valid ticket | **2** | |
| Don't know | **99** | **[ANCHOR]** |

15

Privileged and Confidential
Screener/Main Questionnaire

24-07018

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q12A. ASK IF PROVIDED AN ANSWER IN Q12A – NE 99]**
**Q12b**
What makes you say that?
*Please enter your response below and be as detailed as possible* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**Q12c.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Based on your understanding of the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings, please select the option you believe is correct or "Don't know."

**[PN: ROTATE THE ORDER OF PUNCHES 1 AND 2. RECORD ORDER.]**

*Select one.*

| The option offered by **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia"]** carries no risk | **1** | |
|---|---|---|
| The option offered by **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia"]** carries risks | **2** | |
| Don't know | **99** | **[ANCHOR]** |

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q12C. ASK IF PROVIDED AN ANSWER IN Q12C – NE 99]**
**Q12d**
What makes you say that?
*Please enter your response below and be as detailed as possible* or select "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: ASK IF CARRIES A RISK – Q12C/2]**
**Q12e.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

What are the risks associated with this ticket?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

16

Privileged and Confidential                                                        24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q12e. ASK IF PROVIDED AN ANSWER IN Q12e. – NE 99]**
**Q12f.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Are there any other risks?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is no other risks | 99 | EXCLUSIVE |
|---|---|---|

**Q13a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Before today were you aware of **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]**?

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes | 1 |
|---|---|
| No | 2 |
| Don't know | 3 |

**[PN: ASK IF AWARE OF SKIPLAGGED/EXEDIA Q13a. = 1]**
**Q13b.**
Have you ever used **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]**?

**[PN: ROTATE ORDER OF YES AND NO].**

| Yes | 1 |
|---|---|
| No | 2 |
| Don't know | 3 |

**Q14a.**

Flight Information Link: **[PN: INSERT FIRST SET OF STIMULI]**

Reflecting on the **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** offering and everything you know about them how do you feel about buying your next airline ticket from them?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | 99 | EXCLUSIVE |
|---|---|---|

17

Privileged and Confidential                                                    24-07018
Screener/Main Questionnaire

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q14a. ASK IF PROVIDED AN ANSWER IN Q14a – NE 99]**
**Q14b.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[PN: OPEN END TEXT BOX]**

| There are no other reasons why I said that | **99** | **EXCLUSIVE** |
|---|---|---|

**INTRO**
Let's imagine that you decide to compare the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offer with the same flights available on the American Airlines website and you got the following results.

Please review this information the way that you normally do when reviewing and selecting airline flights online.

**PN: SHOW ALL:**
**Non-HC – Stimuli 2 – Page 1**
**Non-HC – Stimuli 2 – Page 2**

**AFTER SHOWING STIMULI 2:**
**IF CELL 1(S10=1) THEN SHOW:**
**Non-HC – Cell 1 – Stimuli 1 – Page 3**

**IF CELL 2 (S10=2) THEN SHOW:**
**Non-HC – Cell 2 – Stimuli 1 – Page 2**

**Q15a.**
        Flight Information Link: **[PN: INSERT STIMULI 1 FOLLOWED BY STIMULI 2]**

Comparing the results you got from **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** and from the American Airlines website, how do you feel about the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offering?
*Please enter your response below and be as detailed as possible or select "Don't know."*
**[OPEN END TEXT BOX]**

| Don't know | **99** | **EXCLUSIVE** |
|---|---|---|

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q15a. ASK IF PROVIDED AN ANSWER IN Q15a. – NE 99]**
**Q15b.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[OPEN END TEXT BOX]**

| There is nothing else that describes how I feel about the **[PN: IF Cell 1 (S10=1):** "Skiplagged**", IF Cell 2 (S10=2):** "Expedia**"]** offerings | **99** | **EXCLUSIVE** |
|---|---|---|

18

Privileged and Confidential                                                                          24-07018
Screener/Main Questionnaire

**Q16a.**

Flight Information Link: **[PN: INSERT STIMULI 1 FOLLOWED BY STIMULI 2]**

How likely would you be to consider buying your next airline ticket from **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]**?
*Select one.*
**[PN: ROTATE WHETHER PUNCHES ARE SHOWN FROM 1 – 5 OR 5 – 1. RECORD WHAT WAS SEEN]**

| | | |
|---|---|---|
| **Definitely would not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** | 1 | |
| **Probably would not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** | 2 | |
| **May or may not** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** | 3 | |
| **Probably would** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** | 4 | |
| **Definitely would** consider buying my next airline tickets from **[PN: IF Cell 1 (S10=1): "Skiplagged", IF Cell 2 (S10=2): "Expedia"]** | 5 | |
| **Do not know** | 99 | **[ANCHOR]** |

**[PN: TRIGGER QUESTION - SHOW ON THE SAME SCREEN AS Q16a AFTER THEY PROVIDED AN ANSWER – 1-5 AND 99]**
**Q16b.**
What made you say that you **[INSERT ANSWER FROM Q16A IN LOWER CASE]**?
*Please enter your response below and be as detailed as possible or select* "Don't know."
**[OPEN END TEXT BOX]**

| | | |
|---|---|---|
| Don't know | **99** | **EXCLUSIVE** |

**[PN: TRIGGER QUESTION – SHOW ON THE SAME SCREEN AS Q16b. ASK IF PROVIDED AN ANSWER IN Q16b – NE 99]**
**Q16c.**
Is there anything else?
*Please enter your response below and be as detailed as possible.*
**[PN: OPEN END TEXT BOX]**

| | | |
|---|---|---|
| There are no other reasons why I said that | **99** | **EXCLUSIVE** |

19

Privileged and Confidential                                              24-07018
Screener/Main Questionnaire


**[PN: ASK ALL]**

D1.

For quality control purposes, please enter the year you were born.
**[PN: ALLOW NUMBERS RANGING FROM 1922-2023]**

| _____ | 1 |

**[PN: Must come within 1 year of actual age (S2a) or flag]**


**[PN: SHOW FOR ALL AT THE END OF THE SURVEY - NEW SCREEN]**
Thank you very much for completing this survey. We truly value your response and
appreciate you taking time to share your opinions with us.

20

Thank you for your interest in today's survey.

We value your opinions, and all of your answers will be held in the strictest confidence, so do not be afraid to answer each question honestly. Remember, there are no right or wrong answers.

While you are completing the survey, we ask that you do not look at windows, tabs, or applications on any device. Please do not search the Internet or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please select "Don't know" and move forward to the next question. Do not guess your answer.

Next

**APPX. 0345**

This question helps us prevent fraudulent submissions.

HY4NM

Please type in the above text here exactly as it appears (it is case sensitive):

Next



APPX. 0347



This question helps us prevent fraudulent submissions.

Please type in the above text here exactly as it appears (it is case sensitive):

Next

APPX. 0348



This question helps us prevent fraudulent submissions.

Please type in the above text here exactly as it appears (it is case sensitive):

Next

APPX. 0349

Before you continue, please read the following confidentiality and non-disclosure statement, and answer the question that follows.

I recognize and fully understand that the survey content is of confidential nature. Therefore, I agree that both during and after the study, I will not disclose any of the information referenced in the interview and will not discuss this survey with anyone else. Also, I will not identify the nature of the product or service described in this survey.

Do you agree or disagree?

*Select one.*

○ I agree

○ I disagree

**Next**

APPX. 0350

First, please select the type of device you are using right now to access this page.

*Select one.*

○ A laptop or desktop computer

○ A tablet (e.g., Samsung Galaxy Note or Apple iPad)

○ A smartphone (e.g., Samsung Galaxy or Apple iPhone)

○ Other device

Next

APPX. 0351

Are you currently wearing your glasses or contact lenses?

*Select one.*

○ Yes

○ No

Next

**APPX. 0352**

Do you wear glasses or contact lenses when you're using a computer, tablet, or smartphone?

*Select one.*

○ Yes

○ No

**Next**

APPX. 0353

Now, we'd like to ask you a few questions to make sure the survey is relevant to you.

Next

APPX. 0354

Do you or does anyone in your household work for any of the following industries or companies?

*Select all that apply:*

- [ ] An advertising agency or public relations firm
- [ ] A market research firm or the market research department of a company
- [ ] A marketing firm or the marketing department of a company
- [ ] An airline, travel agency, or a company that sells airline and travel tickets
- [ ] Any financial services company such as a bank, mutual fund company, brokerage firm, or investment firm
- [ ] A company that manufactures technology or electronics products
- [ ] A company that manufactures, distributes, or sells food or beverage products
- ( ) None of the above

Next

APPX. 0355

What is your age?

*Enter a whole number.*

[          ]

☐ Prefer not to answer

[ Next ]

**APPX. 0356**

Please record your gender identity.

*Select one.*

- ○ Male
- ○ Female
- ○ Non-binary
- ○ Other (Specify)
- ○ Prefer not to answer

Next

APPX. 0357

Are you of Spanish, Hispanic or Latino/a origin?

*Select one.*

- ○ Yes
- ○ No

Next

**APPX. 0358**

Which of the following ethnic groups do you identify most closely with?

*Select one.*

- ◯ Asian/Pacific Islander
- ◯ Black/African American
- ◯ Native American or Alaska Native
- ◯ White/Caucasian
- ◯ Other (Specify)
- ◯ Prefer not to answer

Next



In which state do you reside?

*Select one.*

Please select your answer ⌄

Next

APPX. 0360

Which, if any, of the following activities **did you do in the past 12 months**? For each activity, please answer No, Yes, or you "Don't know."

*Select one response for each activity:*

| | No | Yes | Don't know |
|---|---|---|---|
| Booked an airline ticket (on a commercial airline) | ○ | ○ | ○ |
| Made an appointment for eye care | ○ | ○ | ○ |
| Made a restaurant reservation | ○ | ○ | ○ |
| Booked a car rental | ○ | ○ | ○ |
| Made an appointment for auto service | ○ | ○ | ○ |
| Booked a hotel room | ○ | ○ | ○ |

Next

Which, if any, of the following activities are you **likely to do in the next 12 months**? For each activity, please answer No, Yes, or you "Don't know."

*Select one response for each activity.*

|  | No | Yes | Don't know |
|---|---|---|---|
| Book an airline ticket (on a commercial airline) | ⚪ | ⚪ | ⚪ |
| Make an appointment for eye care | ⚪ | ⚪ | ⚪ |
| Make a restaurant reservation | ⚪ | ⚪ | ⚪ |
| Book a car rental | ⚪ | ⚪ | ⚪ |
| Make an appointment for auto service | ⚪ | ⚪ | ⚪ |
| Book a hotel room | ⚪ | ⚪ | ⚪ |

Next

In the **past 12 months**, when you made a reservation for an airline, which of the following methods did you use to make your reservation? For each option, please answer No, Yes or you "Don't know."

*Select one response for each option.*

In the past 12 months...

| | No, I <u>did not make</u> a reservation for an airline through this method | Yes, <u>I made</u> a reservation for an airline through this method | Don't know |
|---|---|---|---|
| Directly through an airline | ⚪ | ⚪ | ⚪ |
| Through a credit card company | ⚪ | ⚪ | ⚪ |
| Through a travel agency | ⚪ | ⚪ | ⚪ |
| Through an online ticket website | ⚪ | ⚪ | ⚪ |
| Other (Specify) | ⚪ | ⚪ | ⚪ |

Next

APPX. 0363

In the **next 12 months**, when you make a reservation for an airline, which of the following methods will you use to make your reservation? For each option, please answer No, Yes or you "Don't know."

*Select one response for each option.*

In the next 12 months...

| | No, I will not make a reservation for an airline through this method | Yes, I will make a reservation for an airline through this method | Don't know |
|---|---|---|---|
| Directly through an airline | ⚪ | ⚪ | ⚪ |
| Through a credit card company | ⚪ | ⚪ | ⚪ |
| Through a travel agency | ⚪ | ⚪ | ⚪ |
| Through an online ticket website | ⚪ | ⚪ | ⚪ |
| Other (Specify) | ⚪ | ⚪ | ⚪ |

Next

APPX. 0364



Remember, please do not search the Internet, or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please enter or select "Don't know" and move forward to the next question. Do not guess your answer.

After you click "Next" you will see a series of images screen.

*Please take your time to review the images. Do not use the back button of your browser at any time or your information will be lost.*

Next

**APPX. 0366**



APPX. 0367

Flight Information Link: Click here

Were you able to see the images **clearly**?

*Select one.*

○ **Yes**, I was able to clearly see the images and read the words on the screen

○ **No**, I was not able to clearly see the images and read the words on the screen

Next

APPX. 0368

We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.

Next

APPX. 0369

Flight Information Link: Click here

How would you describe the offering on this website to a friend?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There is no other way I would describe it to a friend

Next

**APPX. 0370**



**APPX. 0371**



APPX. 0372

Flight Information Link: Click here

Does the company that operates this website require permission or authorization from any other company, or do you know?

*Select one.*

○ No, it does not require permission or authorization from another company

○ Yes, it requires permission or authorization from another company

○ Don't know

**Next**

APPX. 0373

Flight Information Link: Click here

From which company is permission or authorization required?

Please enter your response below and be as detailed as possible or select "Don't know."

x

☐ Don't know

What makes you say that?

Please type your answer below or select "Don't know."

☐ Don't know

**Next**

APPX. 0374

Flight Information Link: *Click here*

For what do they need to get permission or authorization?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

What makes you say that?

*Please type your answer below or select "Don't know."*

☐ Don't know

**Next**

**APPX_0375**

Flight Information Link: Click here

What do you believe is the relationship between **Skiplagged** and the airline?

Select one:

- ● **Skiplagged** is not an authorized agent of the airline
- ○ **Skiplagged** is an authorized agent of the airline
- ○ There is some other relationship between **Skiplagged** and the airline
- ○ Don't know

---

What makes you say that?

*Please enter your response below and be as detailed as possible or select "Don't know."*

---

☐ Don't know

---

**Next**

**APPX. 0376**



APPX_0377



**APPX. 0378**



APPX. 0379

Flight Information Link: Click here

Based on your understanding of the **Skiplagged** offerings, please select the option you believe is correct or you "Don't know."

Select one.

- ● **Skiplagged** is not an authorized travel agency and does not have access to fares I could not access via the airline
- ○ **Skiplagged** is an authorized travel agency with access to fares I could not access via the airline
- ○ Don't know if **Skiplagged** are an authorized travel agency
- ○ Don't know if **Skiplagged** have or do not have access to fares I could not access via the airline

---

What makes you say that?

Please enter your response below and be as detailed as possible or select "Don't know."

[                    ]

---

☐ Don't know

[ Next ]

**APPX_0380**



APPX. 0381



APPX. 0382

Flight Information Link: Click here

What are the risks associated with this ticket?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

Don't know

Flight Information Link: Click here

Are there any other risks?

*Please enter your response below and be as detailed as possible.*

There is no other risks

Next

**APPX. 0383**

Flight Information Link: Click here

Before today were you aware of **Skiplagged**?

- No
- Yes
- Don't know

**Next**

**APPX. 0384**

Have you ever used **Skiplagged**?

- ○ No
- ○ Yes
- ○ Don't know

**Next**

APPX. 0385

Flight Information Link: Click here

Reflecting on the **Skiplagged** offering and everything you know about them how do you feel about buying your next airline ticket from them?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible:*

☐ There are no other reasons why I said that

[Next]

**APPX. 0386**



**APPX. 0387**

Now, please review the conditions associated with the Skiplagged offering versus American Airlines' policies. Please review this information the way that you normally do when reviewing and selecting airline flights online.

| SKIPLAGGED SAYS... | AMERICAN AIRLINES SAYS... |
|---|---|
| **What is skiplagging or "hidden-city" flying?** Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas). This is perfectly legal and the savings can be significant, but there are **some things to be aware of**:<br><br>• **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)<br>• **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.<br>• **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.<br>• **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.<br>• **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable return ticket directly from the airline and cancel it ASAP after boarding.<br>• **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.<br>• In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (2% chance).<br>• You might upset the airline, so don't do this often. | We may not let you fly (temporarily or permanently) for any reason, including if you...fail to comply with American Airlines rules or policies.<br><br>**Prohibited booking practices**<br>Reservations made to exploit or circumvent fare and ticket rules are prohibited. Examples include (but are not limited to):<br><br>• Purchasing a ticket without intending to fly all flights to gain lower fares (hidden city ticketing)<br><br>If we find evidence that you or your agent are using a prohibited practice, we reserve the right to:<br><br>• Cancel any unused part of the ticket<br>• Refuse to let the passenger fly and check bags<br>• Not refund an otherwise refundable ticket<br>• Charge you for what the ticket would have cost<br><br>**Ticket Validity**<br>Your ticket is valid only when:<br><br>• Travel is to/from the cities on your ticket and in your trip record<br><br>Your ticket is not valid when:<br><br>• We find that the ticket was bought using an exploitative practice<br><br>Violation of applicable rules...is subject to...forfeiture of any and all AAdvantage® Rewards and Benefits in a member's account, as well as termination of the account and the member's future participation. |

[ Next ]

**APPX_0388**

Flight Information Link: Click here

Comparing the results you got from **Skiplagged** and from the American Airlines website, how do you feel about the **Skiplagged** offering?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

Flight Information Link: Click here

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There is nothing else that describes how I feel about the **Skiplagged** offerings

[ Next ]

**APPX_0389**

Flight Information Link: <u>Click here</u>

How likely would you be to consider buying your next airline ticket from **Skiplagged**?

*Select one.*

- ● **Definitely would** consider buying my next airline tickets from **Skiplagged**
- ○ **Probably would** consider buying my next airline tickets from **Skiplagged**
- ○ **May or may not** consider buying my next airline tickets from **Skiplagged**
- ○ **Probably would not** consider buying my next airline tickets from **Skiplagged**
- ○ **Definitely would not** consider buying my next airline tickets from **Skiplagged**
- ○ **Do not know**

What made you say that you **definitely would consider buying my next airline tickets from Skiplagged**?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x|

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There are no other reasons why I said that

Next

APPX. 0390

For quality control purposes, please enter the year you were born.

Next

APPX. 0391

Thank you very much for completing this survey. We truly value your response and appreciate you taking time to share your opinions with us.

Next

APPX. 0392



Flight Information Link: Click here

Were you able to see the images **clearly**?

*Select one.*

○ **Yes**, I was able to clearly see the images and read the words on the screen

○ **No**, I was not able to clearly see the images and read the words on the screen

Next

APPX. 0394

We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.

Next

**APPX. 0395**

Flight Information Link: Click here

How would you describe the offering on this website to a friend?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There is no other way I would describe it to a friend

Next

**APPX. 0396**



**APPX. 0397**



APPX. 0398

Flight Information Link: Click here

Does the company that operates this website require permission or authorization from any other company, or do you know?

*Select one.*

○ No, it does not require permission or authorization from another company

○ Yes, it requires permission or authorization from another company

○ Don't know

Next

**APPX. 0399**

Flight Information Link: Click here

From which company is permission or authorization required?

Please enter your response below and be as detailed as possible or select "Don't know."

x

☐ Don't know

What makes you say that?

Please type your answer below or select "Don't know."

☐ Don't know

Next

**APPX. 0400**

Flight Information Link: Click here

For what do they need to get permission or authorization?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

What makes you say that?

*Please type your answer below or select "Don't know."*

☐ Don't know

**Next**

**APPX. 0401**



APPX. 0402



APPX. 0403

Flight Information Link: Click here

Based on your understanding of the **Expedia** offerings, please select the option you believe is correct or you "Don't know."

Select one:

- ● **Expedia** does not charge an additional fee on top of the airline's total ticket cost.
- ○ **Expedia** charges an additional fee on top of the airline's total ticket cost.
- ○ Don't know

What makes you say that?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

**Next**

**APPX_0404**



APPX. 0405

Flight Information Link: Click here

Based on your understanding of the **Expedia** offerings, please select the option you believe is correct or you "Don't know."

*Select one.*

- ● **Expedia** is not an authorized travel agency and does not have access to fares I could access via the airline
- ○ **Expedia** is an authorized travel agency with access to fares I could not access via the airline
- ○ Don't know if **Expedia** are an authorized travel agency
- ○ Don't know if **Expedia** have or do not have access to fares I could not access via the airline

What makes you say that?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

Next

**APPX_0406**



APPX. 0407



APPX. 0408

Flight Information Link: Click here

What are the risks associated with this ticket?

*Please enter your response below and be as detailed as possible or select "Don't know."*

___

☐  Don't know

___

Flight Information Link: Click here

Are there any other risks?

*Please enter your response below and be as detailed as possible.*

___

☐  There is no other risks

**Next**

**APPX. 0409**

Flight Information Link: <u>Click here</u>

Before today were you aware of **Expedia**?

○ No

○ Yes

○ Don't know

Next

Have you ever used **Expedia**?

- ◯ No
- ◯ Yes
- ◯ Don't know

Next

APPX. 0411

Flight Information Link: Click here

Reflecting on the **Expedia** offering and everything you know about them how do you feel about buying your next airline ticket from them?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There are no other reasons why I said that

[ Next ]

**APPX. 0412**



Flight Information Link: Click here

Comparing the results you got from **Expedia** and from the American Airlines website, how do you feel about the **Expedia** offering?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

Flight Information Link: Click here

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There is nothing else that describes how I feel about the **Expedia** offerings

Next

**APPX. 0414**

Flight Information Link: Click here

How likely would you be to consider buying your next airline ticket from **Expedia**?

*Select one.*

- ● **Definitely would** consider buying my next airline tickets from **Expedia**
- ○ **Probably would** consider buying my next airline tickets from **Expedia**
- ○ **May or may not** consider buying my next airline tickets from **Expedia**
- ○ **Probably would not** consider buying my next airline tickets from **Expedia**
- ○ **Definitely would not** consider buying my next airline tickets from **Expedia**
- ○ **Do not know**

What made you say that you **definitely would consider buying my next airline tickets from Expedia**?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There are no other reasons why I said that

**Next**

APPX. 0415

For quality control purposes, please enter the year you were born.

Next

**APPX. 0416**

Thank you very much for completing this survey. We truly value your response and appreciate you taking time to share your opinions with us.

**Next**

APPX. 0417

Thank you for your interest in today's survey.

We value your opinions, and all of your answers will be held in the strictest confidence, so do not be afraid to answer each question honestly. Remember, there are no right or wrong answers.

While you are completing the survey, we ask that you do not look at windows, tabs, or applications on any device. Please do not search the Internet or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please select "Don't know" and move forward to the next question. Do not guess your answer.

Next

**APPX. 0418**

This question helps us prevent fraudulent submissions.

HY4NM

Please type in the above text here exactly as it appears (it is case sensitive):

Next





This question helps us prevent fraudulent submissions.

Please type in the above text here exactly as it appears (it is case sensitive):

Next

Before you continue, please read the following confidentiality and non-disclosure statement, and answer the question that follows.

I recognize and fully understand that the survey content is of confidential nature. Therefore, I agree that both during and after the study, I will not disclose any of the information referenced in the interview and will not discuss this survey with anyone else. Also, I will not identify the nature of the product or service described in this survey.

Do you agree or disagree?

*Select one.*

○ I agree

○ I disagree

**Next**

First, please select the type of device you are using right now to access this page.

*Select one.*

○ A laptop or desktop computer

○ A tablet (e.g., Samsung Galaxy Note or Apple iPad)

○ A smartphone (e.g., Samsung Galaxy or Apple iPhone)

○ Other device

[Next]

Are you currently wearing your glasses or contact lenses?

*Select one.*

○ Yes

○ No

Next

APPX. 0424

Do you wear glasses or contact lenses when you're using a computer, tablet, or smartphone?

*Select one.*

○ Yes

○ No

Next

Now, we'd like to ask you a few questions to make sure the survey is relevant to you.

Next

Do you or does anyone in your household work for any of the following industries or companies?

*Select all that apply:*

- [ ] An advertising agency or public relations firm
- [ ] A market research firm or the market research department of a company
- [ ] A marketing firm or the marketing department of a company
- [ ] An airline, travel agency, or a company that sells airline and travel tickets
- [ ] Any financial services company such as a bank, mutual fund company, brokerage firm, or investment firm
- [ ] A company that manufactures technology or electronics products
- [ ] A company that manufactures, distributes, or sells food or beverage products
- ( ) None of the above

Next

APPX. 0427

What is your age?

*Enter a whole number.*

Prefer not to answer

Next

APPX. 0428

Please record your gender identity.

*Select one.*

○ Male

○ Female

○ Non-binary

○ Other (Specify)

○ Prefer not to answer

Next

APPX. 0429

Are you of Spanish, Hispanic or Latino/a origin?

*Select one.*

⚪ Yes

⚪ No

Next

**APPX. 0430**

Which of the following ethnic groups do you identify most closely with?

*Select one.*

- ◯ Asian/Pacific Islander
- ◯ Black/African American
- ◯ Native American or Alaska Native
- ◯ White/Caucasian
- ◯ Other (Specify)
- ◯ Prefer not to answer

Next



APPX. 0432

Which, if any, of the following activities **did you do in the past 12 months**? For each activity, please answer No, Yes, or you "Don't know."

*Select one response for each activity:*

|  | No | Yes | Don't know |
|---|---|---|---|
| Booked an airline ticket (on a commercial airline) | ○ | ○ | ○ |
| Made an appointment for eye care | ○ | ○ | ○ |
| Made a restaurant reservation | ○ | ○ | ○ |
| Booked a car rental | ○ | ○ | ○ |
| Made an appointment for auto service | ○ | ○ | ○ |
| Booked a hotel room | ○ | ○ | ○ |

Next

Which, if any, of the following activities are you **likely to do in the next 12 months**? For each activity, please answer No, Yes, or you "Don't know."

*Select one response for each activity.*

|  | No | Yes | Don't know |
|---|---|---|---|
| Book an airline ticket (on a commercial airline) | ○ | ○ | ○ |
| Make an appointment for eye care | ○ | ○ | ○ |
| Make a restaurant reservation | ○ | ○ | ○ |
| Book a car rental | ○ | ○ | ○ |
| Make an appointment for auto service | ○ | ○ | ○ |
| Book a hotel room | ○ | ○ | ○ |

Next

In the **past 12 months**, when you made a reservation for an airline, which of the following methods did you use to make your reservation? For each option, please answer No, Yes or you "Don't know."

*Select one response for each option.*

In the past 12 months...

| | No, I <u>did not make</u> a reservation for an airline through this method | Yes, <u>I made</u> a reservation for an airline through this method | Don't know |
|---|---|---|---|
| Directly through an airline | ⚪ | ⚪ | ⚪ |
| Through a credit card company | ⚪ | ⚪ | ⚪ |
| Through a travel agency | ⚪ | ⚪ | ⚪ |
| Through an online ticket website | ⚪ | ⚪ | ⚪ |
| Other (Specify) | ⚪ | ⚪ | ⚪ |

Next

APPX. 0435

In the **next 12 months**, when you make a reservation for an airline, which of the following methods will you use to make your reservation? For each option, please answer No, Yes or you "Don't know."

*Select one response for each option.*

In the next 12 months...

| | No, I will not make a reservation for an airline through this method | Yes, I will make a reservation for an airline through this method | Don't know |
|---|---|---|---|
| Directly through an airline | ○ | ○ | ○ |
| Through a credit card company | ○ | ○ | ○ |
| Through a travel agency | ○ | ○ | ○ |
| Through an online ticket website | ○ | ○ | ○ |
| Other (Specify) | ○ | ○ | ○ |

Next

APPX. 0436



Remember, please do not search the Internet, or ask others for help regarding any questions. We are only interested in your own opinions. If you don't know the answer, that is okay, please enter or select "Don't know" and move forward to the next question. Do not guess your answer.

After you click "Next" you will see a series of images screen.

*Please take your time to review the images. Do not use the back button of your browser at any time or your information will be lost.*

Next

**APPX. 0438**



Flight Information Link: Click here

Were you able to see the images **clearly**?

*Select one.*

○ **Yes**, I was able to clearly see the images and read the words on the screen

○ **No**, I was not able to clearly see the images and read the words on the screen

Next

APPX. 0440

We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.

Next

APPX. 0441

Flight Information Link: Click here

How would you describe the offering on this website to a friend?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

There is no other way I would describe it to a friend

**Next**

**APPX_0442**



**APPX. 0443**

Flight Information Link: Click here

Which other company does the company operating this website have a business connection or association with?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

Don't know

What makes you say that?

*Please type your answer below or select "Don't know."*

Don't know

Next

**APPX. 0444**

Flight Information Link: Click here

Does the company that operates this website require permission or authorization from any other company, or do you not know?

*Select one.*

○ No, it does not require permission or authorization from another company

○ Yes, it requires permission or authorization from another company

○ Don't know

**Next**

**APPX. 0445**

Flight Information Link: Click here

From which company is permission or authorization required?

Please enter your response below and be as detailed as possible or select "Don't know."

x

☐ Don't know

What makes you say that?

Please type your answer below or select "Don't know."

☐ Don't know

Next

**APPX. 0446**

Flight Information Link: Click here

For what do they need to get permission or authorization?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

What makes you say that?

*Please type your answer below or select "Don't know."*

☐ Don't know

Next

**APPX. 0447**

Flight Information Link: <u>Click here</u>

What do you believe is the relationship between **Skiplagged** and the airline?

Select one:

- ● **Skiplagged** is not an authorized agent of the airline
- ○ **Skiplagged** is an authorized agent of the airline
- ○ There is some other relationship between **Skiplagged** and the airline
- ○ Don't know

What makes you say that?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

Next

**APPX. 0448**



APPX_0449



APPX. 0450



APPX. 0451

Flight Information Link. _Click here_

Based on your understanding of the **Skiplagged** offerings, please select the option you believe is correct or you "Don't know."

Select one.

- ⦿ **Skiplagged** is not an authorized travel agency and does not have access to fares I could not access via the airline
- ○ **Skiplagged** is an authorized travel agency with access to fares I could not access via the airline
- ○ Don't know if **Skiplagged** are an authorized travel agency
- ○ Don't know if **Skiplagged** have or do not have access to fares I could not access via the airline

---

What makes you say that?

Please enter your response below and be as detailed as possible or select "Don't know."

---

☐ Don't know

[ Next ]

**APPX. 0452**



**APPX. 0453**



**APPX. 0454**

Flight Information Link: Click here

What are the risks associated with this ticket?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Flight Information Link: Click here

Are there any other risks?

*Please enter your response below and be as detailed as possible.*

☐ There is no other risks

Next

**APPX. 0455**



**APPX. 0456**

Have you ever used **Skiplagged**?

○ No

○ Yes

○ Don't know

Next

Flight Information Link: Click here

Reflecting on the **Skiplagged** offering and everything you know about them how do you feel about buying your next airline ticket from them?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible:*

☐ There are no other reasons why I said that

[ Next ]

**APPX. 0458**



Now, please review the conditions associated with the Skiplagged offering versus American Airlines' policies. Please review this information the way that you normally do when reviewing and selecting airline flights online.

| SKIPLAGGED SAYS... | AMERICAN AIRLINES SAYS... |
|---|---|
| **What is skiplagging or "hidden-city" flying?**<br><br>Skiplagging or hidden-city flying is where you get off at the layover rather than the final destination. For example, a flight from New York to Orlando might be $250, but a similar flight from New York to Dallas with a layover in Orlando might be $130. If you're going to Orlando, we'll show you both flights. If you choose the cheaper one, you get off the plane at the layover (Orlando) rather than going to the final ticketed destination (Dallas).<br><br>This is perfectly legal and the savings can be significant, but there are **some things to be aware of**:<br><br>• **Backpack only** — We recommend only bringing a backpack that can fit under the seat in front of you. Anything larger risks getting checked at the gate, and all checked bags will end up in Dallas (final ticketed destination)<br>• **Bring your passport** for international flights (even if you're not going all the way to the final destination). Some carriers require a passport to board the plane.<br>• **You may need a visa** for international flights. This depends on the country that's the final destination. In some cases, all you need is a passport, but you may also need a visa for some countries.<br>• **Don't associate a frequent flyer account** — If you do, the airline might invalidate any miles you've accrued with them.<br>• **Some airlines may require proof of a return ticket** during check-in. If this happens to you, just buy a refundable return ticket directly from the airline and cancel it ASAP after boarding.<br>• **Do not overuse** hidden-city itineraries. Do not fly hidden-city on the same route with the same airline dozens of times within a short time frame.<br>• In rare times of irregular operations such as bad weather, your itinerary may change at the discretion of the airline (2% chance).<br>• You might upset the airline, so don't do this often. | We may not let you fly (temporarily or permanently) for any reason, including if you...fail to comply with American Airlines rules or policies.<br><br>**Prohibited booking practices**<br>Reservations made to exploit or circumvent fare and ticket rules are prohibited. Examples include (but are not limited to):<br><br>• Purchasing a ticket without intending to fly all flights to gain lower fares (hidden city ticketing)<br><br>If we find evidence that you or your agent are using a prohibited practice, we reserve the right to:<br><br>• Cancel any unused part of the ticket<br>• Refuse to let the passenger fly and check bags<br>• Not refund an otherwise refundable ticket<br>• Charge you for what the ticket would have cost<br><br>**Ticket Validity**<br>Your ticket is valid only when:<br><br>• Travel is to/from the cities on your ticket and in your trip record<br><br>Your ticket is not valid when:<br><br>• We find that the ticket was bought using an exploitative practice<br><br>Violation of applicable rules...is subject to...forfeiture of any and all AAdvantage® Rewards and Benefits in a member's account, as well as termination of the account and the member's future participation. |

[ Next ]

**APPX_0460**



**APPX_0461**

Flight Information Link: Click here

How likely would you be to consider buying your next airline ticket from **Skiplagged**?

*Select one.*

- **Definitely would** consider buying my next airline tickets from **Skiplagged**
- **Probably would** consider buying my next airline tickets from **Skiplagged**
- **May or may not** consider buying my next airline tickets from **Skiplagged**
- **Probably would not** consider buying my next airline tickets from **Skiplagged**
- **Definitely would not** consider buying my next airline tickets from **Skiplagged**
- **Do not know**

What made you say that you **definitely would consider buying my next airline tickets from Skiplagged**?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x|

Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

There are no other reasons why I said that

Next

APPX. 0462

For quality control purposes, please enter the year you were born.

Next

**APPX. 0463**

Thank you very much for completing this survey. We truly value your response and appreciate you taking time to share your opinions with us.

Next

APPX. 0464



Flight Information Link: Click here

Were you able to see the images **clearly**?

*Select one.*

⚪ **Yes**, I was able to clearly see the images and read the words on the screen

⚪ **No**, I was not able to clearly see the images and read the words on the screen

Next

APPX. 0466

We are going to show you the images again. Please look at the images carefully and click "Next" when you are ready to continue.

Next

APPX. 0467

APPX. 0468



APPX. 0469

Flight Information Link: Click here

Which other company does the company operating this website have a business connection or association with?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

What makes you say that?

*Please type your answer below or select "Don't know."*

☐ Don't know

Next

**APPX. 0470**

Flight Information Link: Click here

Does the company that operates this website require permission or authorization from any other company, or do you know?

*Select one.*

○ No, it does not require permission or authorization from another company

○ Yes, it requires permission or authorization from another company

○ Don't know

**Next**

APPX. 0471

Flight Information Link: Click here

From which company is permission or authorization required?

Please enter your response below and be as detailed as possible or select "Don't know."

x

☐ Don't know

What makes you say that?

Please type your answer below or select "Don't know."

☐ Don't know

**Next**

**APPX. 0472**

Flight Information Link: <u>Click here</u>

For what do they need to get permission or authorization?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

What makes you say that?

*Please type your answer below or select "Don't know."*

☐ Don't know

Next

**APPX. 0473**



APPX. 0474



APPX. 0475

APPX_0476



APPX. 0477

Flight Information Link: Click here

Based on your understanding of the **Expedia** offerings, please select the option you believe is correct or you "Don't know."

*Select one.*

- ◉ **Expedia** is not an authorized travel agency and does not have access to fares I could access via the airline
- ○ **Expedia** is an authorized travel agency with access to fares I could not access via the airline
- ○ Don't know if **Expedia** are an authorized travel agency
- ○ Don't know if **Expedia** have or do not have access to fares I could not access via the airline

What makes you say that?

*Please enter your response below and be as detailed as possible or select "Don't know."*

☐ Don't know

Next

**APPX_0478**



APPX. 0479



APPX. 0480

Flight Information Link: Click here

What are the risks associated with this ticket?

*Please enter your response below and be as detailed as possible or select "Don't know."*

a

☐ Don't know

Flight Information Link: Click here

Are there any other risks?

*Please enter your response below and be as detailed as possible.*

☐ There is no other risks

Next

**APPX. 0481**

Flight Information Link: Click here

Before today were you aware of **Expedia**?

○ No

○ Yes

○ Don't know

Next

**APPX. 0482**

Have you ever used **Expedia**?

- ○ No
- ○ Yes
- ○ Don't know

Next

APPX. 0483

Flight Information Link: Click here

Reflecting on the **Expedia** offering and everything you know about them how do you feel about buying your next airline ticket from them?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There are no other reasons why I said that

Next

**APPX. 0484**



**APPX. 0485**

Flight Information Link: Click here

Comparing the results you got from **Expedia** and from the American Airlines website, how do you feel about the **Expedia** offering?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Flight Information Link: Click here

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There is nothing else that describes how I feel about the **Expedia** offerings

Next

**APPX. 0486**

Flight Information Link: Click here

How likely would you be to consider buying your next airline ticket from **Expedia**?

*Select one.*

- ● **Definitely would** consider buying my next airline tickets from **Expedia**
- ○ **Probably would** consider buying my next airline tickets from **Expedia**
- ○ **May or may not** consider buying my next airline tickets from **Expedia**
- ○ **Probably would not** consider buying my next airline tickets from **Expedia**
- ○ **Definitely would not** consider buying my next airline tickets from **Expedia**
- ○ **Do not know**

What made you say that you **definitely would consider buying my next airline tickets from Expedia**?

*Please enter your response below and be as detailed as possible or select "Don't know."*

x

☐ Don't know

Is there anything else?

*Please enter your response below and be as detailed as possible.*

☐ There are no other reasons why I said that

Next

For quality control purposes, please enter the year you were born.

Next

APPX. 0488

Thank you very much for completing this survey. We truly value your response and appreciate you taking time to share your opinions with us.

Next

**APPX. 0489**

Radius Global Market Research
Hidden City/Non-Hidden City Study
Job #24-07018

| Appendix: Sample Composition | | | | |
|---|---|---|---|---|
| | Test | Control | Test Skiplagged Hidden City Ticket | Control |
| Total Completes | Skiplagged Ticket 146 | Expedia Ticket 155 | 144 | Expedia Ticket 155 |
| | | | | |
| | Test | Control | Test Skiplagged Hidden City Ticket | Control |
| Base: Total Respondents | Skiplagged Ticket 146 | Expedia Ticket 155 | 144 | Expedia Ticket 155 |
| **Age** | | | | |
| 18-24 | 13.0% | 12.9% | 14.6% | 15.5% |
| 25-34 | 21.9% | 20.6% | 20.1% | 20.6% |
| 35-44 | 27.4% | 25.2% | 24.3% | 25.2% |
| 45-54 | 17.8% | 20.0% | 20.1% | 16.8% |
| 55-64 | 11.6% | 13.5% | 11.1% | 12.3% |
| Over 65 | 8.2% | 7.7% | 9.7% | 9.7% |
| Mean | 42.0 | 42.2 | 42.6 | 42.2 |
| **Gender** | | | | |
| Male | 57.5% | 60.0% | 60.4% | 56.8% |
| Female | 41.8% | 40.0% | 39.6% | 43.2% |
| Non-binary | 0.7% | 0.0% | 0.0% | 0.0% |
| **Region** | | | | |
| Northeast | 16.4% | 14.8% | 16.0% | 15.5% |
| South | 39.0% | 40.0% | 37.5% | 36.1% |
| Midwest | 19.2% | 18.1% | 20.1% | 20.6% |
| West | 25.3% | 27.1% | 26.4% | 27.7% |
| **Hispanic/Latino** | | | | |
| Yes | 27.4% | 27.1% | 21.5% | 21.3% |
| **Ethnicity** | | | | |
| Asian/Pacific Islander | 7.5% | 9.0% | 9.7% | 7.7% |
| Black/African American | 15.8% | 20.0% | 16.7% | 15.5% |
| Native American or Alaska Native | 0.0% | 1.3% | 1.4% | 2.6% |
| White/Caucasian | 73.3% | 67.1% | 67.4% | 72.3% |
| Other | 2.7% | 2.6% | 4.2% | 1.9% |
| Prefer not to answer | 0.7% | 0.0% | 0.7% | 0.0% |
| | | | | |
| **Aware of Skiplagged/Expedia** | 17.8% | 92.9% | 13.9% | 96.8% |
| **Not Aware of Skiplagged/Expedia** | 81.5% | 6.5% | 86.1% | 3.2% |
| **Don't Know** | 0.7% | 0.6% | 0.0% | 0.0% |

**Radius Global Market Research**
**Hidden City/Non-Hidden City Study**
**Job #24-07018**

| Appendix: Screening Results | | |
|---|---|---|
| | **Non-Hidden City** | **Hidden City** |
| **Total Contacts** | **1156** | **1180** |
| | | |
| **Terminations** | | |
| Term: No variable appended | 4 | 45 |
| Term SA1: Device Type | 8 | 7 |
| Term Q0: Confidentiality | 5 | 6 |
| Term S1: Sensitive industry | 24 | 23 |
| Term S2: Does not meet age criteria | 9 | 11 |
| Term S7c: Did not book an airline ticket in the past 12 months and are not likely to book an airline ticket in the next 12 months | 566 | 543 |
| Term S8c: Did not book an airline ticket through an online ticket website in the past 12 months and are not likely to book an airline ticket through an online ticket website in the next 12 months | 234 | 244 |
| Term S9: Did not see select the right order of colors | 4 | 1 |
| Term Q0: Could not see image clearly | 1 | 1 |
| | | |
| **Total Terminations** | 855 | 881 |
| **Total Completes** | **301** | **299** |
| | | |
| **Incidence** | **26%** | **25%** |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 1**
**CAPTCHA CAPTCHA Pass/Fail**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| HY4NM | 141 | 36 | 29 | 41 | 31 | 25 | 33 |
| RBSKW | 158 | 36 | 30 | 45 | 38 | 30 | 39 |
| SREMD | 139 | 35 | 31 | 31 | 35 | 31 | 38 |
| W93BX | 162 | 39 | 29 | 38 | 40 | 38 | 45 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 2**
**SA1 Device Used to Take Survey**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| A laptop or desktop computer | 195 | 34 | 24 | 44 | 61 | 52 | 56 |
| A tablet (e.g., Samsung Galaxy Note or Apple iP | 43 | 14 | 13 | 8 | 10 | 9 | 11 |
| A smartphone (e.g., Samsung Galaxy or Apple iI | 362 | 98 | 82 | 103 | 73 | 63 | 88 |
| Other device | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 3**
**S0 Agreement with Confidentiality Statement**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I agree | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I disagree | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 4**
**S01/S02 Wear Glasses/ Contacts When Using Computer/ Tablet/ Smartphone**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Wear glasses/ contact lenses | 394 | 103 | 83 | 108 | 90 | 80 | 93 |
| Yes, wearing glasses/ contact lenses | 394 | 103 | 83 | 108 | 90 | 80 | 93 |
| No, not currently wearing glasses/ contact len | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Do not wear glasses/ contact lenses | 206 | 43 | 36 | 47 | 54 | 44 | 62 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 5**
**S1 Work in Sensitive Industries**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| An advertising agency or public relations firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A market research firm or the market research | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A marketing firm or the marketing department | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| An airline, travel agency, or a company that sell | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Any financial services company such as a bank, | 5 | 1 | 1 | 2 | 0 | 0 | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A company that manufactures technology or el... | 3 | 0 | 0 | 0 | 0 | 3 | 0 |
| A company that manufactures, distributes, or s... | 13 | 3 | 3 | 7 | 2 | 1 | 1 |
| None of the above | 581 | 143 | 116 | 147 | 139 | 120 | 152 |
| Sigma | 602 | 147 | 120 | 156 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 6**
**S2a/S2b Age**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 18-24 | 84 | 19 | 15 | 20 | 21 | 15 | 24 |
| 25-34 | 125 | 32 | 25 | 32 | 29 | 27 | 32 |
| 35-44 | 153 | 40 | 31 | 39 | 35 | 30 | 39 |
| 45-54 | 112 | 26 | 22 | 31 | 29 | 25 | 26 |
| 55-64 | 73 | 17 | 16 | 21 | 16 | 16 | 19 |
| 65+ | 53 | 12 | 10 | 12 | 14 | 11 | 15 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Mean | 42.23 | 42.01 | 42.71 | 42.15 | 42.62 | 43.1 | 42.15 |
| Std Dev. | 14.45 | 14.04 | 14.14 | 14.26 | 15.05 | 14.81 | 14.58 |
| Std Err. | 0.59 | 1.16 | 1.3 | 1.15 | 1.25 | 1.33 | 1.17 |
| Median | 41 | 41 | 43 | 40 | 41.5 | 42 | 40 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 7**
**S3 Gender**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Male | 352 | 84 | 61 | 93 | 87 | 74 | 88 |
| Female | 247 | 61 | 58 | 62 | 57 | 50 | 67 |
| Non-binary | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prefer not to answer | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 8**
**S4 Hispanic/ Latino**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 146 | 40 | 25 | 42 | 31 | 25 | 33 |
| No | 454 | 106 | 94 | 113 | 113 | 99 | 122 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 9**
**S5 Ethnicity**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| White/Caucasian | 420 | 107 | 87 | 104 | 97 | 84 | 112 |
| Non-Caucasian (Net) | 178 | 38 | 32 | 51 | 46 | 40 | 43 |
| Asian/Pacific Islander | 51 | 11 | 10 | 14 | 14 | 13 | 12 |
| Black/African American | 102 | 23 | 20 | 31 | 24 | 19 | 24 |
| Native American or Alaska Native | 8 | 0 | 0 | 2 | 2 | 2 | 4 |
| Other | 17 | 4 | 2 | 4 | 6 | 6 | 3 |
| Prefer not to answer | 2 | 1 | 0 | 0 | 1 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 10**
**S6/S6a Region**

| | Sample Type |
|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Alabama | 9 | 4 | 4 | 3 | 1 | 1 | 1 |
| Alaska | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 8 | 3 | 2 | 1 | 2 | 1 | 2 |
| Arkansas | 7 | 2 | 2 | 1 | 3 | 3 | 1 |
| California | 90 | 21 | 15 | 24 | 20 | 19 | 25 |
| Colorado | 9 | 2 | 2 | 4 | 1 | 1 | 2 |
| Connecticut | 8 | 1 | 1 | 2 | 3 | 3 | 2 |
| Delaware | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| District of Columbia | 3 | 1 | 1 | 1 | 0 | 0 | 1 |
| Florida | 55 | 10 | 7 | 19 | 11 | 10 | 15 |
| Georgia | 20 | 6 | 5 | 5 | 3 | 2 | 6 |
| Hawaii | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Idaho | 8 | 3 | 2 | 1 | 3 | 2 | 1 |
| Illinois | 33 | 4 | 4 | 10 | 8 | 6 | 11 |
| Indiana | 13 | 4 | 4 | 4 | 1 | 1 | 4 |
| Iowa | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | 7 | 0 | 0 | 3 | 2 | 0 | 2 |
| Louisiana | 6 | 1 | 0 | 2 | 3 | 3 | 0 |
| Maine | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryland | 17 | 2 | 2 | 3 | 5 | 3 | 7 |
| Massachusetts | 10 | 4 | 4 | 2 | 2 | 2 | 2 |
| Michigan | 13 | 1 | 1 | 4 | 4 | 4 | 4 |
| Minnesota | 6 | 0 | 0 | 3 | 0 | 0 | 3 |
| Mississippi | 3 | 2 | 2 | 1 | 0 | 0 | 0 |
| Missouri | 6 | 1 | 1 | 2 | 1 | 1 | 2 |
| Montana | 4 | 1 | 1 | 1 | 0 | 0 | 2 |
| Nebraska | 3 | 1 | 1 | 0 | 1 | 1 | 1 |
| Nevada | 5 | 0 | 0 | 3 | 1 | 1 | 1 |
| New Hampshire | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Jersey | 15 | 3 | 3 | 4 | 2 | 1 | 6 |
| New Mexico | 4 | 0 | 0 | 4 | 0 | 0 | 0 |
| New York | 42 | 11 | 10 | 10 | 10 | 10 | 11 |
| North Carolina | 14 | 3 | 1 | 2 | 6 | 5 | 3 |
| North Dakota | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Ohio | 26 | 11 | 8 | 3 | 7 | 7 | 5 |
| Oklahoma | 6 | 2 | 2 | 0 | 1 | 1 | 3 |
| Oregon | 6 | 2 | 1 | 0 | 0 | 0 | 4 |
| Pennsylvania | 16 | 4 | 4 | 5 | 5 | 4 | 2 |
| Rhode Island | 3 | 1 | 1 | 0 | 1 | 1 | 1 |
| South Carolina | 9 | 2 | 1 | 2 | 3 | 2 | 2 |
| South Dakota | 2 | 0 | 0 | 0 | 2 | 2 | 0 |
| Tennessee | 12 | 1 | 1 | 4 | 5 | 3 | 2 |
| Texas | 45 | 16 | 13 | 12 | 8 | 6 | 9 |
| Utah | 3 | 0 | 0 | 0 | 3 | 3 | 0 |
| Vermont | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia | 12 | 4 | 4 | 4 | 2 | 1 | 2 |
| Washington | 20 | 4 | 3 | 3 | 7 | 7 | 6 |
| West Virginia | 3 | 1 | 1 | 0 | 1 | 1 | 1 |
| Wisconsin | 12 | 3 | 3 | 2 | 5 | 5 | 2 |
| Wyoming | 2 | 0 | 0 | 1 | 1 | 1 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| | | | | | | | |
| Northeast | 94 | 24 | 23 | 23 | 23 | 21 | 24 |
| South | 229 | 57 | 46 | 62 | 54 | 41 | 56 |
| Midwest | 117 | 28 | 23 | 28 | 29 | 27 | 32 |
| West | 160 | 37 | 27 | 42 | 38 | 35 | 43 |

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 11
S7a Activities Done in the Past 12 Months - Summary of 'Yes'

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 519 | 126 | 101 | 128 | 126 | 109 | 139 |
| Booked an airline ticket (on a commercial airlin | 498 | 122 | 97 | 124 | 119 | 102 | 133 |
| Booked a car rental | 327 | 73 | 56 | 76 | 80 | 66 | 98 |
| Made a restaurant reservation | 465 | 107 | 84 | 117 | 117 | 97 | 124 |
| Made an appointment for eye care | 447 | 109 | 86 | 118 | 107 | 91 | 113 |
| Made an appointment for auto service | 465 | 111 | 92 | 117 | 114 | 99 | 123 |
| Sigma | 2721 | 648 | 516 | 680 | 663 | 564 | 730 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 12
S7a Activities Done in the Past 12 Months - Summary of 'No'

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 78 | 20 | 18 | 25 | 17 | 14 | 16 |
| Booked an airline ticket (on a commercial airlin | 97 | 24 | 22 | 29 | 23 | 20 | 21 |
| Booked a car rental | 269 | 72 | 63 | 78 | 63 | 57 | 56 |
| Made a restaurant reservation | 134 | 39 | 35 | 37 | 27 | 27 | 31 |
| Made an appointment for eye care | 150 | 37 | 33 | 36 | 36 | 32 | 41 |
| Made an appointment for auto service | 131 | 35 | 27 | 35 | 29 | 25 | 32 |
| Sigma | 859 | 227 | 198 | 240 | 195 | 175 | 197 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 13
S7a Activities Done in the Past 12 Months - Summary of 'Don't Know'

| | Sample Type |
|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 3 | 0 | 0 | 2 | 1 | 1 | 0 |
| Booked an airline ticket (on a commercial airlin | 5 | 0 | 0 | 2 | 2 | 2 | 1 |
| Booked a car rental | 4 | 1 | 0 | 1 | 1 | 1 | 1 |
| Made a restaurant reservation | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Made an appointment for eye care | 3 | 0 | 0 | 1 | 1 | 1 | 1 |
| Made an appointment for auto service | 4 | 0 | 0 | 3 | 1 | 0 | 0 |
| Sigma | 20 | 1 | 0 | 10 | 6 | 5 | 3 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 14
S7b Activities Likely To Do in the Next 12 Months - Summary of 'Yes'

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 537 | 127 | 100 | 139 | 127 | 109 | 144 |
| Book an airline ticket (on a commercial airline) | 556 | 133 | 107 | 145 | 133 | 115 | 145 |
| Book a car rental | 364 | 82 | 64 | 92 | 88 | 74 | 102 |
| Make a restaurant reservation | 514 | 121 | 96 | 136 | 125 | 107 | 132 |
| Make an appointment for eye care | 474 | 111 | 90 | 122 | 119 | 103 | 122 |
| Make an appointment for auto service | 459 | 108 | 88 | 109 | 116 | 99 | 126 |
| Sigma | 2904 | 682 | 545 | 743 | 708 | 607 | 771 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 15
S7b Activities Likely To Do in the Next 12 Months - Summary of 'No'

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 40 | 9 | 9 | 13 | 10 | 8 | 8 |
| Book an airline ticket (on a commercial airline) | 27 | 5 | 5 | 7 | 7 | 5 | 8 |
| Book a car rental | 149 | 40 | 34 | 41 | 36 | 30 | 32 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Make a restaurant reservation | 62 | 17 | 15 | 14 | 13 | 11 | 18 |
| Make an appointment for eye care | 98 | 25 | 21 | 28 | 22 | 18 | 23 |
| Make an appointment for auto service | 89 | 26 | 20 | 27 | 15 | 13 | 21 |
| Sigma | 465 | 122 | 104 | 130 | 103 | 85 | 110 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 16**
**S7b Activities Likely To Do in the Next 12 Months - Summary of 'Don't Know'**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 23 | 10 | 10 | 3 | 7 | 7 | 3 |
| Book an airline ticket (on a commercial airline) | 17 | 8 | 7 | 3 | 4 | 4 | 2 |
| Book a car rental | 87 | 24 | 21 | 22 | 20 | 20 | 21 |
| Make a restaurant reservation | 24 | 8 | 8 | 5 | 6 | 6 | 5 |
| Make an appointment for eye care | 28 | 10 | 8 | 5 | 3 | 3 | 10 |
| Make an appointment for auto service | 52 | 12 | 11 | 19 | 13 | 12 | 8 |
| Sigma | 231 | 72 | 65 | 57 | 53 | 52 | 49 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 17**
**S7c Commercial Airline Reservation Status**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Made a commercial airline reservation in the la | 44 | 13 | 12 | 10 | 11 | 9 | 10 |
| Will make a commercial airline reservation in th | 102 | 24 | 22 | 31 | 25 | 22 | 22 |
| Both - reservation made in last 12 months AND | 454 | 109 | 85 | 114 | 108 | 93 | 123 |
| Neither | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 18**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'Yes'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 446 | 112 | 88 | 109 | 103 | 88 | 122 |
| Directly through an airline | 329 | 75 | 53 | 82 | 80 | 68 | 92 |
| Through a travel agency | 168 | 48 | 32 | 42 | 39 | 32 | 39 |
| Through a credit card company | 158 | 42 | 26 | 39 | 37 | 28 | 40 |
| Other | 6 | 0 | 0 | 1 | 2 | 1 | 3 |
| Sigma | 1107 | 277 | 199 | 273 | 261 | 217 | 296 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 19**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'No'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 51 | 10 | 9 | 15 | 15 | 13 | 11 |
| Directly through an airline | 164 | 45 | 42 | 41 | 37 | 33 | 41 |
| Through a travel agency | 323 | 71 | 62 | 81 | 77 | 68 | 94 |
| Through a credit card company | 333 | 77 | 68 | 84 | 79 | 72 | 93 |
| Other | 171 | 47 | 40 | 44 | 40 | 35 | 40 |
| Sigma | 1042 | 250 | 221 | 265 | 248 | 221 | 279 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 20**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'Don't Know'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 1 | 0 | 0 | 0 | 1 | 1 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Directly through an airline | 5 | 2 | 2 | 1 | 2 | 1 | 0 |
| Through a travel agency | 7 | 3 | 3 | 1 | 3 | 2 | 0 |
| Through a credit card company | 7 | 3 | 3 | 1 | 3 | 2 | 0 |
| Other | 42 | 12 | 11 | 15 | 7 | 6 | 8 |
| Sigma | 62 | 20 | 19 | 18 | 16 | 12 | 8 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 21**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'Yes'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 512 | 125 | 101 | 138 | 119 | 105 | 130 |
| Directly through an airline | 385 | 87 | 67 | 98 | 96 | 82 | 104 |
| Through a travel agency | 231 | 57 | 40 | 61 | 57 | 45 | 56 |
| Through a credit card company | 194 | 45 | 31 | 50 | 48 | 36 | 51 |
| Other | 6 | 0 | 0 | 2 | 4 | 3 | 0 |
| Sigma | 1328 | 314 | 239 | 349 | 324 | 271 | 341 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 22**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'No'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 23 | 6 | 4 | 5 | 7 | 4 | 5 |
| Directly through an airline | 112 | 28 | 23 | 31 | 23 | 20 | 30 |
| Through a travel agency | 262 | 62 | 54 | 72 | 57 | 52 | 71 |
| Through a credit card company | 283 | 70 | 60 | 78 | 66 | 61 | 69 |
| Other | 149 | 35 | 30 | 48 | 36 | 31 | 30 |
| Sigma | 829 | 201 | 171 | 234 | 189 | 168 | 205 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 23**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'Don't Know'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 21 | 2 | 2 | 2 | 7 | 6 | 10 |
| Directly through an airline | 59 | 18 | 17 | 16 | 14 | 13 | 11 |
| Through a travel agency | 63 | 14 | 13 | 12 | 19 | 18 | 18 |
| Through a credit card company | 79 | 18 | 16 | 17 | 19 | 18 | 25 |
| Other | 93 | 25 | 23 | 29 | 16 | 14 | 23 |
| Sigma | 315 | 77 | 71 | 76 | 75 | 69 | 87 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 24**
**S8c Online Ticket Website Usage for Airline Reservation Status**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Used online ticket website in the last 12 month | 88 | 21 | 18 | 17 | 25 | 19 | 25 |
| Will use an online ticket website in the next 12 | 154 | 34 | 31 | 46 | 41 | 36 | 33 |
| Both - Used online ticket website in the last 12 | 358 | 91 | 70 | 92 | 78 | 69 | 97 |
| Neither | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 25**
**S9 Data Quality Check Pass/ Fail**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Pass | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fail | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 26**
**S10 Cell Assignment**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Cell1 (Non Hidden) | 146 | 146 | 119 | 0 | 0 | 0 | 0 |
| Cell2 (Non Hidden) | 155 | 0 | 0 | 155 | 0 | 0 | 0 |
| Cell1 (Hidden) | 144 | 0 | 0 | 0 | 144 | 124 | 0 |
| Cell2 (Hidden) | 155 | 0 | 0 | 0 | 0 | 0 | 155 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 27**
**Q0 Whether Able to See Stimuli Clearly**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, I was able to clearly see the images and rea | 594 | 145 | 118 | 154 | 140 | 120 | 155 |
| No, I was not able to clearly see the images and | 6 | 1 | 1 | 1 | 4 | 4 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 28**
**Q1a/b Open-ended description of offering (to a friend) - (Open Ended Coded) - Airline Connection**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Connected to American Airlines (Net) | 7 | 2 | 2 | 1 | 1 | 1 | 3 |
| Connected with American Airline | 7 | 2 | 2 | 1 | 1 | 1 | 3 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 29**
**Q1a/b Open-ended description of offering (to a friend) - (Open Ended Coded) - Deception**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is deception | 140 | 7 | 7 | 4 | 129 | 109 | 0 |
| There is not deception | 291 | 139 | 112 | 151 | 1 | 1 | 0 |
| Ambiguous | 14 | 0 | 0 | 0 | 14 | 14 | 0 |
| Sigma | 445 | 146 | 119 | 155 | 144 | 124 | 0 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 30**
**Q2 Associated or connected with another company**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, it has a business connection or association | 187 | 49 | 33 | 49 | 37 | 24 | 52 |
| No, it does not have a business connection or a | 141 | 32 | 26 | 34 | 42 | 36 | 33 |
| Don't know | 272 | 65 | 60 | 72 | 65 | 64 | 70 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 31**

**Q4 Requires permission or authorization from another company**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, it requires permission or authorization fror | 134 | 35 | 22 | 44 | 20 | 12 | 35 |
| No, it does not require permission or authorizat | 219 | 50 | 39 | 52 | 61 | 52 | 56 |
| Don't know | 247 | 61 | 58 | 59 | 63 | 60 | 64 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 32**
**Q2/Q4 Relationship between Skiplagged/ Expedia and another company**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is a connection to another company | 235 | 60 | 41 | 66 | 43 | 28 | 66 |
| Sigma | 235 | 60 | 41 | 66 | 43 | 28 | 66 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 33**
**Q7a The perceived relationship between Skiplagged (Expedia) and another company**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' is an authorized agent of ' | 310 | 63 | 52 | 87 | 61 | 51 | 99 |
| 'Skiplagged/ Expedia' is not an authorized agen | 87 | 19 | 13 | 22 | 32 | 26 | 14 |
| There is some other relationship between 'Skip | 90 | 25 | 19 | 24 | 20 | 17 | 21 |
| Don't know | 113 | 39 | 35 | 22 | 31 | 30 | 21 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

There is some relationship between website an    400    88    71    111    81    68    120

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 34**
**Q8a Consumers belief Re cost of buying tickets through Skiplagged (Expedia) vs buying directly from the airline**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Buying tickets through 'Skiplagged/ Expedia' is ( | 407 | 90 | 72 | 115 | 101 | 86 | 101 |
| Buying tickets through 'Skiplagged/ Expedia' is ( | 61 | 11 | 8 | 14 | 12 | 10 | 24 |
| Don't know | 132 | 45 | 39 | 26 | 31 | 28 | 30 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 35**
**Q9a Consumers belief Re fees on top of the airline's total ticket cost for Skiplagged (Expedia)**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' charges an additional fee | 181 | 52 | 40 | 53 | 38 | 29 | 38 |
| 'Skiplagged/ Expedia' does not charge an additi | 230 | 51 | 42 | 61 | 49 | 43 | 69 |
| Don't know | 189 | 43 | 37 | 41 | 57 | 52 | 48 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 36**
**Q10a Consumers belief Re fees charged by Skiplagged (Expedia) : Reasonable Fees**

| | Sample Type |
|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I believe the fee 'Skiplagged/ Expedia' charges f | 291 | 76 | 63 | 79 | 60 | 50 | 76 |
| I believe the fee 'Skiplagged/ Expedia' charges f | 64 | 12 | 6 | 17 | 25 | 20 | 10 |
| N/A (I do not think 'Skiplagged/ Expedia' charge | 124 | 25 | 23 | 30 | 24 | 21 | 45 |
| Don't know | 121 | 33 | 27 | 29 | 35 | 33 | 24 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 37
Q11a Consumers belief Re Skiplagged (Expedia) Special access to cheap fares

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' is an authorized travel age | 277 | 56 | 39 | 82 | 56 | 46 | 83 |
| 'Skiplagged/ Expedia' is not an authorized trave | 49 | 14 | 9 | 12 | 11 | 8 | 12 |
| Don't know if 'Skiplagged/ Expedia' are an auth | 136 | 34 | 32 | 30 | 47 | 43 | 25 |
| Don't know if 'Skiplagged/ Expedia' have or do | 138 | 42 | 39 | 31 | 30 | 27 | 35 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 38
Q12a Consumers belief Re Skiplagged (Expedia) valid ticket

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| A ticket bought through 'Skiplagged/ Expedia' is | 485 | 108 | 90 | 136 | 101 | 84 | 140 |
| A ticket bought through 'Skiplagged/ Expedia' is | 23 | 6 | 2 | 7 | 8 | 7 | 2 |
| Don't know | 92 | 32 | 27 | 12 | 35 | 33 | 13 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 39
Q12c Consumers belief Re Skiplagged (Expedia) risk

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| The option offered by 'Skiplagged/ Expedia' car | 284 | 54 | 41 | 92 | 52 | 42 | 86 |
| The option offered by 'Skiplagged/ Expedia' car | 113 | 21 | 16 | 23 | 41 | 34 | 28 |
| Don't know | 203 | 71 | 62 | 40 | 51 | 48 | 41 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 40
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - (Open Ended Coded)

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Risk is associated with ticket | 113 | 21 | 16 | 23 | 41 | 34 | 28 |
| Meaningful Risks | 63 | 6 | 5 | 17 | 23 | 18 | 17 |
| Financial penalties | 7 | 1 | 1 | 3 | 1 | 1 | 2 |
| Can't fly on airline/Can get banned/Makes airl | 10 | 1 | 0 | 0 | 9 | 7 | 0 |
| Cancellation problems/schedule changes | 29 | 3 | 3 | 7 | 9 | 7 | 10 |
| Ticket isn't valid/ticket may not be honored | 10 | 2 | 2 | 2 | 3 | 2 | 3 |
| Refund issues | 8 | 0 | 0 | 2 | 0 | 0 | 6 |
| Fraud/scam issues | 8 | 1 | 1 | 3 | 4 | 4 | 0 |
| Changes in plans | 3 | 1 | 1 | 0 | 0 | 0 | 2 |
| Delays | 4 | 0 | 0 | 1 | 2 | 1 | 1 |
| 'Third party' risk | 3 | 1 | 1 | 1 | 0 | 0 | 1 |
| Weather risk | 3 | 0 | 0 | 0 | 3 | 2 | 0 |
| No seats/plane is full | 3 | 1 | 1 | 0 | 0 | 0 | 2 |
| Other Meaningful risks | 3 | 0 | 0 | 2 | 1 | 0 | 0 |
| Unmeaningful Risks | 53 | 12 | 11 | 12 | 18 | 17 | 11 |
| Unmeaningful Risks (e.g. Can't check a bag/ba | 15 | 1 | 1 | 2 | 9 | 9 | 3 |
| Unidentified Risks (e.g. 'Everything has risks') | 39 | 11 | 10 | 10 | 10 | 9 | 8 |
| No Risk | 19 | 6 | 3 | 3 | 5 | 3 | 5 |
| No risk | 19 | 6 | 3 | 3 | 5 | 3 | 5 |
| Sigma | 164 | 29 | 24 | 36 | 56 | 45 | 43 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018

19-Apr-24
Table 41
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - Total number of Meaningful Risks (Open Ended Coded)

| | Sample Type | | | | | | |
| | | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Risk is associated with ticket | 113 | 21 | 16 | 23 | 41 | 34 | 28 |
| No meaningful risk mentioned | 50 | 15 | 11 | 6 | 18 | 16 | 11 |
| 1 risk mentioned | 39 | 2 | 1 | 13 | 15 | 13 | 9 |
| 2 risks mentioned | 20 | 3 | 3 | 4 | 7 | 4 | 6 |
| 3 risks mentioned | 4 | 1 | 1 | 0 | 1 | 1 | 2 |
| 4 or more risks mentioned | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total number of risks mentioned | 91 | 11 | 10 | 21 | 32 | 24 | 27 |
| Average # of meaningful risks mentions | 0.81 | 0.52 | 0.63 | 0.91 | 0.78 | 0.71 | 0.96 |
| Median | 1 | 0 | 0 | 1 | 1 | 1 | 1 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 42
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - (Open Ended Coded)

| | Sample Type | | | | | | |
| | | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Meaningful Risks | 64 | 6 | 5 | 17 | 24 | 19 | 17 |
| Financial penalties | 7 | 1 | 1 | 3 | 1 | 1 | 2 |
| Can't fly on airline/Can get banned/Makes airl | 10 | 1 | 0 | 0 | 9 | 7 | 0 |
| Cancellation problems/schedule changes | 29 | 3 | 3 | 7 | 9 | 7 | 10 |
| Ticket isn't valid/ticket may not be honored | 11 | 2 | 2 | 2 | 4 | 3 | 3 |
| Refund issues | 8 | 0 | 0 | 2 | 0 | 0 | 6 |
| Fraud/scam issues | 8 | 1 | 1 | 3 | 4 | 4 | 0 |
| Changes in plans | 3 | 1 | 1 | 0 | 0 | 0 | 2 |
| Delays | 4 | 0 | 0 | 1 | 2 | 1 | 1 |
| 'Third party' risk | 3 | 1 | 1 | 1 | 0 | 0 | 1 |
| Weather risk | 3 | 0 | 0 | 0 | 3 | 2 | 0 |
| No seats/plane is full | 3 | 1 | 1 | 0 | 0 | 0 | 2 |
| Other Meaningful risks | 3 | 0 | 0 | 2 | 1 | 0 | 0 |
| Unmeaningful Risks | 54 | 13 | 12 | 12 | 18 | 17 | 11 |
| Unmeaningful Risks (e.g. Can't check a bag/ba | 16 | 2 | 2 | 2 | 9 | 9 | 3 |
| Unidentified Risks (e.g. 'Everything has risks') | 39 | 11 | 10 | 10 | 10 | 9 | 8 |
| No Risk | 504 | 130 | 105 | 135 | 107 | 92 | 132 |
| No risk | 504 | 130 | 105 | 135 | 107 | 92 | 132 |
| Sigma | 651 | 154 | 127 | 168 | 159 | 135 | 170 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 43
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - Total number of Meaningful Risks (Open Ended Coded)

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| No meaningful risk mentioned | 536 | 140 | 114 | 138 | 120 | 105 | 138 |
| 1 risk mentioned | 40 | 2 | 1 | 13 | 16 | 14 | 9 |
| 2 risks mentioned | 20 | 3 | 3 | 4 | 7 | 4 | 6 |
| 3 risks mentioned | 4 | 1 | 1 | 0 | 1 | 1 | 2 |
| 4 or more risks mentioned | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Total number of risks mentioned | 92 | 11 | 10 | 21 | 33 | 25 | 27 |
| Average # of meaningful risks mentions | 0.15 | 0.08 | 0.08 | 0.14 | 0.23 | 0.2 | 0.17 |
| Median | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 44
Q13a Consumer awareness of Skiplagged and Expedia

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 340 | 26 | 0 | 144 | 20 | 0 | 150 |
| No | 258 | 119 | 119 | 10 | 124 | 124 | 5 |
| Don't know | 2 | 1 | 0 | 1 | 0 | 0 | 0 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 45
Q13b Consumer usage of Skiplagged and Expedia

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 261 | 19 | 0 | 112 | 10 | 0 | 120 |
| No | 77 | 7 | 0 | 31 | 9 | 0 | 30 |
| Don't know | 2 | 0 | 0 | 1 | 1 | 0 | 0 |
| Sigma | 340 | 26 | 0 | 144 | 20 | 0 | 150 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 46**
**Q13b Consumer usage of Skiplagged and Expedia (Aware of company)**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Aware of company | 340 | 26 | 0 | 144 | 20 | 0 | 150 |
| Yes | 261 | 19 | 0 | 112 | 10 | 0 | 120 |
| No | 77 | 7 | 0 | 31 | 9 | 0 | 30 |
| Don't know | 2 | 0 | 0 | 1 | 1 | 0 | 0 |
| Sigma | 340 | 26 | 0 | 144 | 20 | 0 | 150 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 47**
**Q14a/b Reflections on Skiplagged and Expedia : Feelings about buying next airplane ticket with them - (Open Ended Coded)**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Negative Sentiment | 49 | 16 | 15 | 7 | 17 | 17 | 9 |
| Negative | 49 | 16 | 15 | 7 | 17 | 17 | 9 |
| Neutral Sentiment | 88 | 25 | 23 | 12 | 37 | 32 | 14 |
| Neutral | 88 | 25 | 23 | 12 | 37 | 32 | 14 |
| Positive Sentiment | 333 | 66 | 51 | 111 | 51 | 41 | 105 |
| Positive | 333 | 66 | 51 | 111 | 51 | 41 | 105 |

| | Total | | | | | | |
|---|---|---|---|---|---|---|---|
| Not asked | 130 | 39 | 30 | 25 | 39 | 34 | 27 |
| Not asked | 130 | 39 | 30 | 25 | 39 | 34 | 27 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 48
Q15a/b Consumers' perceptions of the risks involved with buying Skiplagged (Expedia) tickets after reviewing American Airlines' offering - (Open Ended Co

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Negative Sentiment | 82 | 28 | 27 | 9 | 36 | 35 | 9 |
| Negative | 82 | 28 | 27 | 9 | 36 | 35 | 9 |
| Neutral Sentiment | 112 | 17 | 13 | 40 | 18 | 14 | 37 |
| Neutral | 112 | 17 | 13 | 40 | 18 | 14 | 37 |
| Positive Sentiment | 290 | 73 | 59 | 74 | 62 | 51 | 81 |
| Positive | 290 | 73 | 59 | 74 | 62 | 51 | 81 |
| Not asked | 114 | 27 | 19 | 31 | 28 | 24 | 28 |
| Not asked | 114 | 27 | 19 | 31 | 28 | 24 | 28 |
| Sigma | 598 | 145 | 118 | 154 | 144 | 124 | 155 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 49
Q16a Likelihood to considering buying next airline ticket from Skiplagged (Expedia)

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Definitely would/ Probably would (Net) | 380 | 78 | 61 | 120 | 68 | 54 | 114 |
| Definitely would consider buying my next airlin | 221 | 39 | 29 | 81 | 40 | 31 | 61 |
| Probably would consider buying my next airlin | 159 | 39 | 32 | 39 | 28 | 23 | 53 |
| May or may not consider buying my next airlin | 131 | 32 | 29 | 23 | 42 | 40 | 34 |
| Probably would not/ Definitely would not (Net) | 73 | 29 | 24 | 12 | 28 | 25 | 4 |
| Probably would not consider buying my next a | 44 | 16 | 13 | 7 | 18 | 16 | 3 |
| Definitely would not consider buying my next | 29 | 13 | 11 | 5 | 10 | 9 | 1 |
| Do not know | 16 | 7 | 5 | 0 | 6 | 5 | 3 |
| Sigma | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| | | | | | | | |
| Mean | 3.85 | 3.54 | 3.48 | 4.19 | 3.51 | 3.43 | 4.12 |
| Std Dev. | 1.15 | 1.27 | 1.26 | 1.06 | 1.24 | 1.23 | 0.87 |
| Std Err. | 0.05 | 0.11 | 0.12 | 0.08 | 0.11 | 0.11 | 0.07 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 50
Overall_OE Confusion between Skiplagged (Expedia) and American Airlines - (Open Ended Coded)

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Connection to American Airlines (Net) | 25 | 4 | 3 | 5 | 7 | 4 | 9 |
| Connected with American Airline | 17 | 3 | 2 | 4 | 5 | 3 | 5 |
| Specific Agent (SubNet) | 9 | 1 | 1 | 1 | 2 | 1 | 5 |
| Mentioned agent | 9 | 1 | 1 | 1 | 2 | 1 | 5 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 51
Overall_OE Skiplagged (Expedia) Deception - (Open Ended Coded)

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is deception | 183 | 43 | 36 | 49 | 91 | 77 | 0 |
| There is not deception | 240 | 101 | 82 | 99 | 40 | 34 | 0 |
| Ambiguous | 22 | 2 | 1 | 7 | 13 | 13 | 0 |
| Sigma | 445 | 146 | 119 | 155 | 144 | 124 | 0 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 52
BANNER X BANNER

| | Sample Type |
|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Total | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Sample Type | | | | | | | |
| Skiplagged Ticket - Total Consumers | 146 | 146 | 119 | 0 | 0 | 0 | 0 |
| Skiplagged Ticket - Not Aware of Skiplagged | 119 | 119 | 119 | 0 | 0 | 0 | 0 |
| Expedia Ticket - Total Consumers | 155 | 0 | 0 | 155 | 0 | 0 | 0 |
| Skiplagged Hidden City Ticket - Total Consumer | 144 | 0 | 0 | 0 | 144 | 124 | 0 |
| Skiplagged Hidden City Ticket - Not Aware of Sk | 124 | 0 | 0 | 0 | 124 | 124 | 0 |
| Expedia Hidden City Ticket - Total Consumers | 155 | 0 | 0 | 0 | 0 | 0 | 155 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 1**
**CAPTCHA CAPTCHA Pass/Fail**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| HY4NM | 23.5 | 24.7 | 24.4 | 26.5 | 21.5 | 20.2 | 21.3 |
| RBSKW | 26.3 | 24.7 | 25.2 | 29 | 26.4 | 24.2 | 25.2 |
| SREMD | 23.2 | 24 | 26.1 | 20 | 24.3 | 25 | 24.5 |
| W93BX | 27 | 26.7 | 24.4 | 24.5 | 27.8 | 30.6 | 29 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 2**
**SA1 Device Used to Take Survey**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| A laptop or desktop computer | 32.5 | 23.3 | 20.2 | 28.4 | 42.4 | 41.9 | 36.1 |
| A tablet (e.g., Samsung Galaxy Note or Apple iP | 7.2 | 9.6 | 10.9 | 5.2 | 6.9 | 7.3 | 7.1 |
| A smartphone (e.g., Samsung Galaxy or Apple iI | 60.3 | 67.1 | 68.9 | 66.5 | 50.7 | 50.8 | 56.8 |
| Other device | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 3**
**S0 Agreement with Confidentiality Statement**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I agree | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| I disagree | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 4
S01/S02 Wear Glasses/ Contacts When Using Computer/ Tablet/ Smartphone

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Wear glasses/ contact lenses | 65.7 | 70.5 | 69.7 | 69.7 | 62.5 | 64.5 | 60 |
| Yes, wearing glasses/ contact lenses | 65.7 | 70.5 | 69.7 | 69.7 | 62.5 | 64.5 | 60 |
| No, not currently wearing glasses/ contact len | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Do not wear glasses/ contact lenses | 34.3 | 29.5 | 30.3 | 30.3 | 37.5 | 35.5 | 40 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 5
S1 Work in Sensitive Industries

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| An advertising agency or public relations firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A market research firm or the market research | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A marketing firm or the marketing department | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| An airline, travel agency, or a company that sell | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Any financial services company such as a bank, | 0.8 | 0.7 | 0.8 | 1.3 | 0 | 0 | 1.3 |
| A company that manufactures technology or el | 0.5 | 0 | 0 | 0 | 2.1 | 2.4 | 0 |
| A company that manufactures, distributes, or s | 2.2 | 2.1 | 2.5 | 4.5 | 1.4 | 0 | 0.6 |
| None of the above | 96.8 | 97.9 | 97.5 | 94.8 | 96.5 | 96.8 | 98.1 |
| Sigma | 100.3 | 100.7 | 100.8 | 100.6 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 6**
**S2a/S2b Age**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 18-24 | 14 | 13 | 12.6 | 12.9 | 14.6 | 12.1 | 15.5 |
| 25-34 | 20.8 | 21.9 | 21 | 20.6 | 20.1 | 21.8 | 20.6 |
| 35-44 | 25.5 | 27.4 | 26.1 | 25.2 | 24.3 | 24.2 | 25.2 |
| 45-54 | 18.7 | 17.8 | 18.5 | 20 | 20.1 | 20.2 | 16.8 |
| 55-64 | 12.2 | 11.6 | 13.4 | 13.5 | 11.1 | 12.9 | 12.3 |
| 65+ | 8.8 | 8.2 | 8.4 | 7.7 | 9.7 | 8.9 | 9.7 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Mean | 42.23 | 42.01 | 42.71 | 42.15 | 42.62 | 43.1 | 42.15 |
| Std Dev. | 14.45 | 14.04 | 14.14 | 14.26 | 15.05 | 14.81 | 14.58 |
| Std Err. | 0.59 | 1.16 | 1.3 | 1.15 | 1.25 | 1.33 | 1.17 |
| Median | 41 | 41 | 43 | 40 | 41.5 | 42 | 40 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 7**
**S3 Gender**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Male | 58.7 | 57.5 | 51.3 | 60 | 60.4 | 59.7 | 56.8 |
| Female | 41.2 | 41.8 | 48.7 | 40 | 39.6 | 40.3 | 43.2 |
| Non-binary | 0.2 | 0.7 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prefer not to answer | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 8**
**S4 Hispanic/ Latino**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 24.3 | 27.4 | 21 | 27.1 | 21.5 | 20.2 | 21.3 |
| No | 75.7 | 72.6 | 79 | 72.9 | 78.5 | 79.8 | 78.7 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 9**
**S5 Ethnicity**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| White/Caucasian | 70 | 73.3 | 73.1 | 67.1 | 67.4 | 67.7 | 72.3 |
| Non-Caucasian (Net) | 29.7 | 26 | 26.9 | 32.9 | 31.9 | 32.3 | 27.7 |
| Asian/Pacific Islander | 8.5 | 7.5 | 8.4 | 9 | 9.7 | 10.5 | 7.7 |
| Black/African American | 17 | 15.8 | 16.8 | 20 | 16.7 | 15.3 | 15.5 |
| Native American or Alaska Native | 1.3 | 0 | 0 | 1.3 | 1.4 | 1.6 | 2.6 |
| Other | 2.8 | 2.7 | 1.7 | 2.6 | 4.2 | 4.8 | 1.9 |
| Prefer not to answer | 0.3 | 0.7 | 0 | 0 | 0.7 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 10**
**S6/S6a Region**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Alabama | 1.5 | 2.7 | 3.4 | 1.9 | 0.7 | 0.8 | 0.6 |
| Alaska | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 1.3 | 2.1 | 1.7 | 0.6 | 1.4 | 0.8 | 1.3 |
| Arkansas | 1.2 | 1.4 | 1.7 | 0.6 | 2.1 | 2.4 | 0.6 |
| California | 15 | 14.4 | 12.6 | 15.5 | 13.9 | 15.3 | 16.1 |
| Colorado | 1.5 | 1.4 | 1.7 | 2.6 | 0.7 | 0.8 | 1.3 |
| Connecticut | 1.3 | 0.7 | 0.8 | 1.3 | 2.1 | 2.4 | 1.3 |
| Delaware | 0.2 | 0 | 0 | 0 | 0 | 0 | 0.6 |
| District of Columbia | 0.5 | 0.7 | 0.8 | 0.6 | 0 | 0 | 0.6 |
| Florida | 9.2 | 6.8 | 5.9 | 12.3 | 7.6 | 8.1 | 9.7 |
| Georgia | 3.3 | 4.1 | 4.2 | 3.2 | 2.1 | 1.6 | 3.9 |
| Hawaii | 0.2 | 0.7 | 0.8 | 0 | 0 | 0 | 0 |
| Idaho | 1.3 | 2.1 | 1.7 | 0.6 | 2.1 | 1.6 | 0.6 |
| Illinois | 5.5 | 2.7 | 3.4 | 6.5 | 5.6 | 4.8 | 7.1 |
| Indiana | 2.2 | 2.7 | 3.4 | 2.6 | 0.7 | 0.8 | 2.6 |
| Iowa | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 0.3 | 1.4 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | 1.2 | 0 | 0 | 1.9 | 1.4 | 0 | 1.3 |
| Louisiana | 1 | 0.7 | 0 | 1.3 | 2.1 | 2.4 | 0 |
| Maine | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryland | 2.8 | 1.4 | 1.7 | 1.9 | 3.5 | 2.4 | 4.5 |
| Massachusetts | 1.7 | 2.7 | 3.4 | 1.3 | 1.4 | 1.6 | 1.3 |
| Michigan | 2.2 | 0.7 | 0.8 | 2.6 | 2.8 | 3.2 | 2.6 |
| Minnesota | 1 | 0 | 0 | 1.9 | 0 | 0 | 1.9 |
| Mississippi | 0.5 | 1.4 | 1.7 | 0.6 | 0 | 0 | 0 |
| Missouri | 1 | 0.7 | 0.8 | 1.3 | 0.7 | 0.8 | 1.3 |
| Montana | 0.7 | 0.7 | 0.8 | 0.6 | 0 | 0 | 1.3 |
| Nebraska | 0.5 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 0.6 |
| Nevada | 0.8 | 0 | 0 | 1.9 | 0.7 | 0.8 | 0.6 |
| New Hampshire | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Jersey | 2.5 | 2.1 | 2.5 | 2.6 | 1.4 | 0.8 | 3.9 |
| New Mexico | 0.7 | 0 | 0 | 2.6 | 0 | 0 | 0 |
| New York | 7 | 7.5 | 8.4 | 6.5 | 6.9 | 8.1 | 7.1 |
| North Carolina | 2.3 | 2.1 | 0.8 | 1.3 | 4.2 | 4 | 1.9 |
| North Dakota | 0.2 | 0.7 | 0.8 | 0 | 0 | 0 | 0 |
| Ohio | 4.3 | 7.5 | 6.7 | 1.9 | 4.9 | 5.6 | 3.2 |
| Oklahoma | 1 | 1.4 | 1.7 | 0 | 0.7 | 0.8 | 1.9 |
| Oregon | 1 | 1.4 | 0.8 | 0 | 0 | 0 | 2.6 |
| Pennsylvania | 2.7 | 2.7 | 3.4 | 3.2 | 3.5 | 3.2 | 1.3 |
| Rhode Island | 0.5 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 0.6 |
| South Carolina | 1.5 | 1.4 | 0.8 | 1.3 | 2.1 | 1.6 | 1.3 |
| South Dakota | 0.3 | 0 | 0 | 0 | 1.4 | 1.6 | 0 |
| Tennessee | 2 | 0.7 | 0.8 | 2.6 | 3.5 | 2.4 | 1.3 |
| Texas | 7.5 | 11 | 10.9 | 7.7 | 5.6 | 4.8 | 5.8 |
| Utah | 0.5 | 0 | 0 | 0 | 2.1 | 2.4 | 0 |
| Vermont | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia | 2 | 2.7 | 3.4 | 2.6 | 1.4 | 0.8 | 1.3 |
| Washington | 3.3 | 2.7 | 2.5 | 1.9 | 4.9 | 5.6 | 3.9 |
| West Virginia | 0.5 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 0.6 |
| Wisconsin | 2 | 2.1 | 2.5 | 1.3 | 3.5 | 4 | 1.3 |
| Wyoming | 0.3 | 0 | 0 | 0.6 | 0.7 | 0.8 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| | | | | | | | |
| Northeast | 15.7 | 16.4 | 19.3 | 14.8 | 16 | 16.9 | 15.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| South | 38.2 | 39 | 38.7 | 40 | 37.5 | 33.1 | 36.1 |
| Midwest | 19.5 | 19.2 | 19.3 | 18.1 | 20.1 | 21.8 | 20.6 |
| West | 26.7 | 25.3 | 22.7 | 27.1 | 26.4 | 28.2 | 27.7 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 11**
**S7a Activities Done in the Past 12 Months - Summary of 'Yes'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 86.5 | 86.3 | 84.9 | 82.6 | 87.5 | 87.9 | 89.7 |
| Booked an airline ticket (on a commercial airlin | 83 | 83.6 | 81.5 | 80 | 82.6 | 82.3 | 85.8 |
| Booked a car rental | 54.5 | 50 | 47.1 | 49 | 55.6 | 53.2 | 63.2 |
| Made a restaurant reservation | 77.5 | 73.3 | 70.6 | 75.5 | 81.3 | 78.2 | 80 |
| Made an appointment for eye care | 74.5 | 74.7 | 72.3 | 76.1 | 74.3 | 73.4 | 72.9 |
| Made an appointment for auto service | 77.5 | 76 | 77.3 | 75.5 | 79.2 | 79.8 | 79.4 |
| Sigma | 453.5 | 443.8 | 433.6 | 438.7 | 460.4 | 454.8 | 471 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 12**
**S7a Activities Done in the Past 12 Months - Summary of 'No'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 13 | 13.7 | 15.1 | 16.1 | 11.8 | 11.3 | 10.3 |
| Booked an airline ticket (on a commercial airlin | 16.2 | 16.4 | 18.5 | 18.7 | 16 | 16.1 | 13.5 |
| Booked a car rental | 44.8 | 49.3 | 52.9 | 50.3 | 43.8 | 46 | 36.1 |
| Made a restaurant reservation | 22.3 | 26.7 | 29.4 | 23.9 | 18.8 | 21.8 | 20 |
| Made an appointment for eye care | 25 | 25.3 | 27.7 | 23.2 | 25 | 25.8 | 26.5 |
| Made an appointment for auto service | 21.8 | 24 | 22.7 | 22.6 | 20.1 | 20.2 | 20.6 |
| Sigma | 143.2 | 155.5 | 166.4 | 154.8 | 135.4 | 141.1 | 127.1 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**

Table 13
S7a Activities Done in the Past 12 Months - Summary of 'Don't Know'

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 0.5 | 0 | 0 | 1.3 | 0.7 | 0.8 | 0 |
| Booked an airline ticket (on a commercial airlin | 0.8 | 0 | 0 | 1.3 | 1.4 | 1.6 | 0.6 |
| Booked a car rental | 0.7 | 0.7 | 0 | 0.6 | 0.7 | 0.8 | 0.6 |
| Made a restaurant reservation | 0.2 | 0 | 0 | 0.6 | 0 | 0 | 0 |
| Made an appointment for eye care | 0.5 | 0 | 0 | 0.6 | 0.7 | 0.8 | 0.6 |
| Made an appointment for auto service | 0.7 | 0 | 0 | 1.9 | 0.7 | 0 | 0 |
| Sigma | 3.3 | 0.7 | 0 | 6.5 | 4.2 | 4 | 1.9 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24

Table 14
S7b Activities Likely To Do in the Next 12 Months - Summary of 'Yes'

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 89.5 | 87 | 84 | 89.7 | 88.2 | 87.9 | 92.9 |
| Book an airline ticket (on a commercial airline) | 92.7 | 91.1 | 89.9 | 93.5 | 92.4 | 92.7 | 93.5 |
| Book a car rental | 60.7 | 56.2 | 53.8 | 59.4 | 61.1 | 59.7 | 65.8 |
| Make a restaurant reservation | 85.7 | 82.9 | 80.7 | 87.7 | 86.8 | 86.3 | 85.2 |
| Make an appointment for eye care | 79 | 76 | 75.6 | 78.7 | 78.7 | 83.1 | 78.7 |
| Make an appointment for auto service | 76.5 | 74 | 73.9 | 70.3 | 80.6 | 79.8 | 81.3 |
| Sigma | 484 | 467.1 | 458 | 479.4 | 491.7 | 489.5 | 497.4 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24

Table 15
S7b Activities Likely To Do in the Next 12 Months - Summary of 'No'

| | Sample Type |
|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 6.7 | 6.2 | 7.6 | 8.4 | 6.9 | 6.5 | 5.2 |
| Book an airline ticket (on a commercial airline) | 4.5 | 3.4 | 4.2 | 4.5 | 4.9 | 4 | 5.2 |
| Book a car rental | 24.8 | 27.4 | 28.6 | 26.5 | 25 | 24.2 | 20.6 |
| Make a restaurant reservation | 10.3 | 11.6 | 12.6 | 9 | 9 | 8.9 | 11.6 |
| Make an appointment for eye care | 16.3 | 17.1 | 17.6 | 18.1 | 15.3 | 14.5 | 14.8 |
| Make an appointment for auto service | 14.8 | 17.8 | 16.8 | 17.4 | 10.4 | 10.5 | 13.5 |
| Sigma | 77.5 | 83.6 | 87.4 | 83.9 | 71.5 | 68.5 | 71 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 16
S7b Activities Likely To Do in the Next 12 Months - Summary of 'Don't Know'

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 3.8 | 6.8 | 8.4 | 1.9 | 4.9 | 5.6 | 1.9 |
| Book an airline ticket (on a commercial airline) | 2.8 | 5.5 | 5.9 | 1.9 | 2.8 | 3.2 | 1.3 |
| Book a car rental | 14.5 | 16.4 | 17.6 | 14.2 | 13.9 | 16.1 | 13.5 |
| Make a restaurant reservation | 4 | 5.5 | 6.7 | 3.2 | 4.2 | 4.8 | 3.2 |
| Make an appointment for eye care | 4.7 | 6.8 | 6.7 | 3.2 | 2.1 | 2.4 | 6.5 |
| Make an appointment for auto service | 8.7 | 8.2 | 9.2 | 12.3 | 9 | 9.7 | 5.2 |
| Sigma | 38.5 | 49.3 | 54.6 | 36.8 | 36.8 | 41.9 | 31.6 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 17
S7c Commercial Airline Reservation Status

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Made a commercial airline reservation in the la | 7.3 | 8.9 | 10.1 | 6.5 | 7.6 | 7.3 | 6.5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Will make a commercial airline reservation in th | 17 | 16.4 | 18.5 | 20 | 17.4 | 17.7 | 14.2 |
| Both - reservation made in last 12 months AND | 75.7 | 74.7 | 71.4 | 73.5 | 75 | 75 | 79.4 |
| Neither | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 18**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'Yes'**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 74.3 | 76.7 | 73.9 | 70.3 | 71.5 | 71 | 78.7 |
| Directly through an airline | 54.8 | 51.4 | 44.5 | 52.9 | 55.6 | 54.8 | 59.4 |
| Through a travel agency | 28 | 32.9 | 26.9 | 27.1 | 27.1 | 25.8 | 25.2 |
| Through a credit card company | 26.3 | 28.8 | 21.8 | 25.2 | 25.7 | 22.6 | 25.8 |
| Other | 1 | 0 | 0 | 0.6 | 1.4 | 0.8 | 1.9 |
| Sigma | 184.5 | 189.7 | 167.2 | 176.1 | 181.3 | 175 | 191 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 19**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'No'**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 8.5 | 6.8 | 7.6 | 9.7 | 10.4 | 10.5 | 7.1 |
| Directly through an airline | 27.3 | 30.8 | 35.3 | 26.5 | 25.7 | 26.6 | 26.5 |
| Through a travel agency | 53.8 | 48.6 | 52.1 | 52.3 | 53.5 | 54.8 | 60.6 |
| Through a credit card company | 55.5 | 52.7 | 57.1 | 54.2 | 54.9 | 58.1 | 60 |
| Other | 28.5 | 32.2 | 33.6 | 28.4 | 27.8 | 28.2 | 25.8 |
| Sigma | 173.7 | 171.2 | 185.7 | 171 | 172.2 | 178.2 | 180 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 20**

**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'Don't Know'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 0.2 | 0 | 0 | 0 | 0.7 | 0.8 | 0 |
| Directly through an airline | 0.8 | 1.4 | 1.7 | 0.6 | 1.4 | 0.8 | 0 |
| Through a travel agency | 1.2 | 2.1 | 2.5 | 0.6 | 2.1 | 1.6 | 0 |
| Through a credit card company | 1.2 | 2.1 | 2.5 | 0.6 | 2.1 | 1.6 | 0 |
| Other | 7 | 8.2 | 9.2 | 9.7 | 4.9 | 4.8 | 5.2 |
| Sigma | 10.3 | 13.7 | 16 | 11.6 | 11.1 | 9.7 | 5.2 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 21**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'Yes'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 85.3 | 85.6 | 84.9 | 89 | 82.6 | 84.7 | 83.9 |
| Directly through an airline | 64.2 | 59.6 | 56.3 | 63.2 | 66.7 | 66.1 | 67.1 |
| Through a travel agency | 38.5 | 39 | 33.6 | 39.4 | 39.6 | 36.3 | 36.1 |
| Through a credit card company | 32.3 | 30.8 | 26.1 | 32.3 | 33.3 | 29 | 32.9 |
| Other | 1 | 0 | 0 | 1.3 | 2.8 | 2.4 | 0 |
| Sigma | 221.3 | 215.1 | 200.8 | 225.2 | 225 | 218.5 | 220 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 22**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'No'**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |

| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
|---|---|---|---|---|---|---|---|
| Through an online ticket website | 3.8 | 4.1 | 3.4 | 3.2 | 4.9 | 3.2 | 3.2 |
| Directly through an airline | 18.7 | 19.2 | 19.3 | 20 | 16 | 16.1 | 19.4 |
| Through a travel agency | 43.7 | 42.5 | 45.4 | 46.5 | 39.6 | 41.9 | 45.8 |
| Through a credit card company | 47.2 | 47.9 | 50.4 | 50.3 | 45.8 | 49.2 | 44.5 |
| Other | 24.8 | 24 | 25.2 | 31 | 25 | 25 | 19.4 |
| Sigma | 138.2 | 137.7 | 143.7 | 151 | 131.3 | 135.5 | 132.3 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 23
S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'Don't Know'

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 3.5 | 1.4 | 1.7 | 1.3 | 4.9 | 4.8 | 6.5 |
| Directly through an airline | 9.8 | 12.3 | 14.3 | 10.3 | 9.7 | 10.5 | 7.1 |
| Through a travel agency | 10.5 | 9.6 | 10.9 | 7.7 | 13.2 | 14.5 | 11.6 |
| Through a credit card company | 13.2 | 12.3 | 13.4 | 11 | 13.2 | 14.5 | 16.1 |
| Other | 15.5 | 17.1 | 19.3 | 18.7 | 11.1 | 11.3 | 14.8 |
| Sigma | 52.5 | 52.7 | 59.7 | 49 | 52.1 | 55.6 | 56.1 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 24
S8c Online Ticket Website Usage for Airline Reservation Status

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Used online ticket website in the last 12 month | 14.7 | 14.4 | 15.1 | 11 | 17.4 | 15.3 | 16.1 |
| Will use an online ticket website in the next 12 | 25.7 | 23.3 | 26.1 | 29.7 | 28.5 | 29 | 21.3 |
| Both - Used online ticket website in the last 12 | 59.7 | 62.3 | 58.8 | 59.4 | 54.2 | 55.6 | 62.6 |
| Neither | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 25
S9 Data Quality Check Pass/ Fail

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Pass | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Fail | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 26
S10 Cell Assignment

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Cell1 (Non Hidden) | 24.3 | 100 | 100 | 0 | 0 | 0 | 0 |
| Cell2 (Non Hidden) | 25.8 | 0 | 0 | 100 | 0 | 0 | 0 |
| Cell1 (Hidden) | 24 | 0 | 0 | 0 | 100 | 100 | 0 |
| Cell2 (Hidden) | 25.8 | 0 | 0 | 0 | 0 | 0 | 100 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 27
Q0 Whether Able to See Stimuli Clearly

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |

| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
|---|---|---|---|---|---|---|---|
| Yes, I was able to clearly see the images and re... | 99 | 99.3 | 99.2 | 99.4 | 97.2 | 96.8 | 100 |
| No, I was not able to clearly see the images and... | 1 | 0.7 | 0.8 | 0.6 | 2.8 | 3.2 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 28**
**Q1a/b Open-ended description of offering (to a friend) - (Open Ended Coded) - Airline Connection**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Connected to American Airlines (Net) | 1.2 | 1.4 | 1.7 | 0.6 | 0.7 | 0.8 | 1.9 |
|   Connected with American Airline | 1.2 | 1.4 | 1.7 | 0.6 | 0.7 | 0.8 | 1.9 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 29**
**Q1a/b Open-ended description of offering (to a friend) - (Open Ended Coded) - Deception**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is deception | 23.3 | 4.8 | 5.9 | 2.6 | 89.6 | 87.9 | 0 |
| There is not deception | 48.5 | 95.2 | 94.1 | 97.4 | 0.7 | 0.8 | 0 |
| Ambiguous | 2.3 | 0 | 0 | 0 | 9.7 | 11.3 | 0 |
| Sigma | 74.2 | 100 | 100 | 100 | 100 | 100 | 0 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 30**
**Q2 Associated or connected with another company**

| | Sample Type | | | | | |
|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, it has a business connection or association | 31.2 | 33.6 | 27.7 | 31.6 | 25.7 | 19.4 | 33.5 |
| No, it does not have a business connection or a | 23.5 | 21.9 | 21.8 | 21.9 | 29.2 | 29 | 21.3 |
| Don't know | 45.3 | 44.5 | 50.4 | 46.5 | 45.1 | 51.6 | 45.2 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Note: the header has 7 data columns but 8 label cells above; aligning: Total, Skiplagged Ticket - Total Consumers, Skiplagged Ticket - Not Aware of Skiplagged, Expedia Ticket - Total Consumers, Skiplagged Hidden City Ticket - Total Consumers, Skiplagged Hidden City Ticket - Not Aware of Skiplagged, Expedia Hidden City Ticket - Total Consumers.

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 31**
**Q4 Requires permission or authorization from another company**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, it requires permission or authorization from | 22.3 | 24 | 18.5 | 28.4 | 13.9 | 9.7 | 22.6 |
| No, it does not require permission or authorizat | 36.5 | 34.2 | 32.8 | 33.5 | 42.4 | 41.9 | 36.1 |
| Don't know | 41.2 | 41.8 | 48.7 | 38.1 | 43.8 | 48.4 | 41.3 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 32**
**Q2/Q4 Relationship between Skiplagged/ Expedia and another company**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is a connection to another company | 39.2 | 41.1 | 34.5 | 42.6 | 29.9 | 22.6 | 42.6 |
| Sigma | 39.2 | 41.1 | 34.5 | 42.6 | 29.9 | 22.6 | 42.6 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 33
Q7a The perceived relationship between Skiplagged (Expedia) and another company

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' is an authorized agent of | 51.7 | 43.2 | 43.7 | 56.1 | 42.4 | 41.1 | 63.9 |
| 'Skiplagged/ Expedia' is not an authorized agen | 14.5 | 13 | 10.9 | 14.2 | 22.2 | 21 | 9 |
| There is some other relationship between 'Skip | 15 | 17.1 | 16 | 15.5 | 13.9 | 13.7 | 13.5 |
| Don't know | 18.8 | 26.7 | 29.4 | 14.2 | 21.5 | 24.2 | 13.5 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| There is some relationship between website an | 66.7 | 60.3 | 59.7 | 71.6 | 56.3 | 54.8 | 77.4 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 34
Q8a Consumers belief Re cost of buying tickets through Skiplagged (Expedia) vs buying directly from the airline

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| **Sample Type** | | | | | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Buying tickets through 'Skiplagged/ Expedia' is c | 67.8 | 61.6 | 60.5 | 74.2 | 70.1 | 69.4 | 65.2 |
| Buying tickets through 'Skiplagged/ Expedia' is i | 10.2 | 7.5 | 6.7 | 9 | 8.3 | 8.1 | 15.5 |
| Don't know | 22 | 30.8 | 32.8 | 16.8 | 21.5 | 22.6 | 19.4 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 35
Q9a Consumers belief Re fees on top of the airline's total ticket cost for Skiplagged (Expedia)

| **Sample Type** |
|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' charges an additional fee | 30.2 | 35.6 | 33.6 | 34.2 | 26.4 | 23.4 | 24.5 |
| 'Skiplagged/ Expedia' does not charge an additi | 38.3 | 34.9 | 35.3 | 39.4 | 34 | 34.7 | 44.5 |
| Don't know | 31.5 | 29.5 | 31.1 | 26.5 | 39.6 | 41.9 | 31 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 36
Q10a Consumers belief Re fees charged by Skiplagged (Expedia) : Reasonable Fees

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I believe the fee 'Skiplagged/ Expedia' charges f | 48.5 | 52.1 | 52.9 | 51 | 41.7 | 40.3 | 49 |
| I believe the fee 'Skiplagged/ Expedia' charges f | 10.7 | 8.2 | 5 | 11 | 17.4 | 16.1 | 6.5 |
| N/A (I do not think 'Skiplagged/ Expedia' charge | 20.7 | 17.1 | 19.3 | 19.4 | 16.7 | 16.9 | 29 |
| Don't know | 20.2 | 22.6 | 22.7 | 18.7 | 24.3 | 26.6 | 15.5 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 37
Q11a Consumers belief Re Skiplagged (Expedia) Special access to cheap fares

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' is an authorized travel age | 46.2 | 38.4 | 32.8 | 52.9 | 38.9 | 37.1 | 53.5 |
| 'Skiplagged/ Expedia' is not an authorized trave | 8.2 | 9.6 | 7.6 | 7.7 | 7.6 | 6.5 | 7.7 |
| Don't know if 'Skiplagged/ Expedia' are an auth | 22.7 | 23.3 | 26.9 | 19.4 | 32.6 | 34.7 | 16.1 |
| Don't know if 'Skiplagged/ Expedia' have or do | 23 | 28.8 | 32.8 | 20 | 20.8 | 21.8 | 22.6 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 38**
**Q12a Consumers belief Re Skiplagged (Expedia) valid ticket**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| A ticket bought through 'Skiplagged/ Expedia' is | 80.8 | 74 | 75.6 | 87.7 | 70.1 | 67.7 | 90.3 |
| A ticket bought through 'Skiplagged/ Expedia' is | 3.8 | 4.1 | 1.7 | 4.5 | 5.6 | 5.6 | 1.3 |
| Don't know | 15.3 | 21.9 | 22.7 | 7.7 | 24.3 | 26.6 | 8.4 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 39**
**Q12c Consumers belief Re Skiplagged (Expedia) risk**

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| The option offered by 'Skiplagged/ Expedia' car | 47.3 | 37 | 34.5 | 59.4 | 36.1 | 33.9 | 55.5 |
| The option offered by 'Skiplagged/ Expedia' car | 18.8 | 14.4 | 13.4 | 14.8 | 28.5 | 27.4 | 18.1 |
| Don't know | 33.8 | 48.6 | 52.1 | 25.8 | 35.4 | 38.7 | 26.5 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 40**
**Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - (Open Ended Coded)**

| | Sample Type |
|---|---|

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Risk is associated with ticket | 113 | 21 | 16 | 23 | 41 | 34 | 28 |
| Meaningful Risks | 55.8 | 28.6 | 31.3 | 73.9 | 56.1 | 52.9 | 60.7 |
| Financial penalties | 6.2 | 4.8 | 6.3 | 13 | 2.4 | 2.9 | 7.1 |
| Can't fly on airline/Can get banned/Makes airl | 8.8 | 4.8 | 0 | 0 | 22 | 20.6 | 0 |
| Cancellation problems/schedule changes | 25.7 | 14.3 | 18.8 | 30.4 | 22 | 20.6 | 35.7 |
| Ticket isn't valid/ticket may not be honored | 8.8 | 9.5 | 12.5 | 8.7 | 7.3 | 5.9 | 10.7 |
| Refund issues | 7.1 | 0 | 0 | 8.7 | 0 | 0 | 21.4 |
| Fraud/scam issues | 7.1 | 4.8 | 6.3 | 13 | 9.8 | 11.8 | 0 |
| Changes in plans | 2.7 | 4.8 | 6.3 | 0 | 0 | 0 | 7.1 |
| Delays | 3.5 | 0 | 0 | 4.3 | 4.9 | 2.9 | 3.6 |
| 'Third party' risk | 2.7 | 4.8 | 6.3 | 4.3 | 0 | 0 | 3.6 |
| Weather risk | 2.7 | 0 | 0 | 0 | 7.3 | 5.9 | 0 |
| No seats/plane is full | 2.7 | 4.8 | 6.3 | 0 | 0 | 0 | 7.1 |
| Other Meaningful risks | 2.7 | 0 | 0 | 8.7 | 2.4 | 0 | 0 |
| Unmeaningful Risks | 46.9 | 57.1 | 68.8 | 52.2 | 43.9 | 50 | 39.3 |
| Unmeaningful Risks (e.g. Can't check a bag/ba | 13.3 | 4.8 | 6.3 | 8.7 | 22 | 26.5 | 10.7 |
| Unidentified Risks (e.g. 'Everything has risks') | 34.5 | 52.4 | 62.5 | 43.5 | 24.4 | 26.5 | 28.6 |
| No Risk | 16.8 | 28.6 | 18.8 | 13 | 12.2 | 8.8 | 17.9 |
| No risk | 16.8 | 28.6 | 18.8 | 13 | 12.2 | 8.8 | 17.9 |
| Sigma | 145.1 | 138.1 | 150 | 156.5 | 136.6 | 132.4 | 153.6 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 41
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - Total number of Meaningful Risks (Open Ended Coded)

| Sample Type | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Risk is associated with ticket | 113 | 21 | 16 | 23 | 41 | 34 | 28 |
| No meaningful risk mentioned | 44.2 | 71.4 | 68.8 | 26.1 | 43.9 | 47.1 | 39.3 |
| 1 risk mentioned | 34.5 | 9.5 | 6.3 | 56.5 | 36.6 | 38.2 | 32.1 |
| 2 risks mentioned | 17.7 | 14.3 | 18.8 | 17.4 | 17.1 | 11.8 | 21.4 |
| 3 risks mentioned | 3.5 | 4.8 | 6.3 | 0 | 2.4 | 2.9 | 7.1 |
| 4 or more risks mentioned | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total number of risks mentioned | 80.5 | 52.4 | 62.5 | 91.3 | 78 | 70.6 | 96.4 |
| Average # of meaningful risks mentions | 0.81 | 0.52 | 0.63 | 0.91 | 0.78 | 0.71 | 0.96 |
| Median | 1 | 0 | 0 | 1 | 1 | 1 | 1 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 42

Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - (Open Ended Coded)

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Meaningful Risks | 10.7 | 4.1 | 4.2 | 11 | 16.7 | 15.3 | 11 |
| Financial penalties | 1.2 | 0.7 | 0.8 | 1.9 | 0.7 | 0.8 | 1.3 |
| Can't fly on airline/Can get banned/Makes airl | 1.7 | 0.7 | 0 | 0 | 6.3 | 5.6 | 0 |
| Cancellation problems/schedule changes | 4.8 | 2.1 | 2.5 | 4.5 | 6.3 | 5.6 | 6.5 |
| Ticket isn't valid/ticket may not be honored | 1.8 | 1.4 | 1.7 | 1.3 | 2.8 | 2.4 | 1.9 |
| Refund issues | 1.3 | 0 | 0 | 1.3 | 0 | 0 | 3.9 |
| Fraud/scam issues | 1.3 | 0.7 | 0.8 | 1.9 | 2.8 | 3.2 | 0 |
| Changes in plans | 0.5 | 0.7 | 0.8 | 0 | 0 | 0 | 1.3 |
| Delays | 0.7 | 0 | 0 | 0.6 | 1.4 | 0.8 | 0.6 |
| 'Third party' risk | 0.5 | 0.7 | 0.8 | 0.6 | 0 | 0 | 0.6 |
| Weather risk | 0.5 | 0 | 0 | 0 | 2.1 | 1.6 | 0 |
| No seats/plane is full | 0.5 | 0.7 | 0.8 | 0 | 0 | 0 | 1.3 |
| Other Meaningful risks | 0.5 | 0 | 0 | 1.3 | 0.7 | 0 | 0 |
| Unmeaningful Risks | 9 | 8.9 | 10.1 | 7.7 | 12.5 | 13.7 | 7.1 |
| Unmeaningful Risks (e.g. Can't check a bag/ba | 2.7 | 1.4 | 1.7 | 1.3 | 6.3 | 7.3 | 1.9 |
| Unidentified Risks (e.g. 'Everything has risks') | 6.5 | 7.5 | 8.4 | 6.5 | 6.9 | 7.3 | 5.2 |
| No Risk | 84 | 89 | 88.2 | 87.1 | 74.3 | 74.2 | 85.2 |
| No risk | 84 | 89 | 88.2 | 87.1 | 74.3 | 74.2 | 85.2 |
| Sigma | 108.5 | 105.5 | 106.7 | 108.4 | 110.4 | 108.9 | 109.7 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 43
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - Total number of Meaningful Risks (Open Ended Coded)

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| No meaningful risk mentioned | 89.3 | 95.9 | 95.8 | 89 | 83.3 | 84.7 | 89 |
| 1 risk mentioned | 6.7 | 1.4 | 0.8 | 8.4 | 11.1 | 11.3 | 5.8 |
| 2 risks mentioned | 3.3 | 2.1 | 2.5 | 2.6 | 4.9 | 3.2 | 3.9 |
| 3 risks mentioned | 0.7 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 1.3 |
| 4 or more risks mentioned | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Total number of risks mentioned | 15.3 | 7.5 | 8.4 | 13.5 | 22.9 | 20.2 | 17.4 |
| Average # of meaningful risks mentions | 0.15 | 0.08 | 0.08 | 0.14 | 0.23 | 0.2 | 0.17 |
| Median | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 44
Q13a Consumer awareness of Skiplagged and Expedia

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 56.7 | 17.8 | 0 | 92.9 | 13.9 | 0 | 96.8 |
| No | 43 | 81.5 | 100 | 6.5 | 86.1 | 100 | 3.2 |
| Don't know | 0.3 | 0.7 | 0 | 0.6 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 45
Q13b Consumer usage of Skiplagged and Expedia

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 43.5 | 13 | 0 | 72.3 | 6.9 | 0 | 77.4 |
| No | 12.8 | 4.8 | 0 | 20 | 6.3 | 0 | 19.4 |
| Don't know | 0.3 | 0 | 0 | 0.6 | 0.7 | 0 | 0 |
| Sigma | 56.7 | 17.8 | 0 | 92.9 | 13.9 | 0 | 96.8 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 46
Q13b Consumer usage of Skiplagged and Expedia (Aware of company)

| | Sample Type |
|---|---|
| | |

|  | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| Base: Aware of company | 340 | 26 | 0 | 144 | 20 | 0 | 150 |
| Yes | 76.8 | 73.1 | 0 | 77.8 | 50 | 0 | 80 |
| No | 22.6 | 26.9 | 0 | 21.5 | 45 | 0 | 20 |
| Don't know | 0.6 | 0 | 0 | 0.7 | 5 | 0 | 0 |
| Sigma | 100 | 100 | 0 | 100 | 100 | 0 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 47
Q14a/b Reflections on Skiplagged and Expedia : Feelings about buying next airplane ticket with them - (Open Ended Coded)

|  | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Negative Sentiment | 8.2 | 11 | 12.6 | 4.5 | 11.8 | 13.7 | 5.8 |
| Negative | 8.2 | 11 | 12.6 | 4.5 | 11.8 | 13.7 | 5.8 |
| Neutral Sentiment | 14.7 | 17.1 | 19.3 | 7.7 | 25.7 | 25.8 | 9 |
| Neutral | 14.7 | 17.1 | 19.3 | 7.7 | 25.7 | 25.8 | 9 |
| Positive Sentiment | 55.5 | 45.2 | 42.9 | 71.6 | 35.4 | 33.1 | 67.7 |
| Positive | 55.5 | 45.2 | 42.9 | 71.6 | 35.4 | 33.1 | 67.7 |
| Not asked | 21.7 | 26.7 | 25.2 | 16.1 | 27.1 | 27.4 | 17.4 |
| Not asked | 21.7 | 26.7 | 25.2 | 16.1 | 27.1 | 27.4 | 17.4 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 48
Q15a/b Consumers' perceptions of the risks involved with buying Skiplagged (Expedia) tickets after reviewing American Airlines' offering - (Open Ended Co

|  | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Negative Sentiment | 13.7 | 19.2 | 22.7 | 5.8 | 25 | 28.2 | 5.8 |
| Negative | 13.7 | 19.2 | 22.7 | 5.8 | 25 | 28.2 | 5.8 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Neutral Sentiment | 18.7 | 11.6 | 10.9 | 25.8 | 12.5 | 11.3 | 23.9 |
| Neutral | 18.7 | 11.6 | 10.9 | 25.8 | 12.5 | 11.3 | 23.9 |
| Positive Sentiment | 48.3 | 50 | 49.6 | 47.7 | 43.1 | 41.1 | 52.3 |
| Positive | 48.3 | 50 | 49.6 | 47.7 | 43.1 | 41.1 | 52.3 |
| Not asked | 19 | 18.5 | 16 | 20 | 19.4 | 19.4 | 18.1 |
| Not asked | 19 | 18.5 | 16 | 20 | 19.4 | 19.4 | 18.1 |
| Sigma | 99.7 | 99.3 | 99.2 | 99.4 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 49**
**Q16a Likelihood to considering buying next airline ticket from Skiplagged (Expedia)**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| | | | | Sample Type | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Definitely would/ Probably would (Net) | 63.3 | 53.4 | 51.3 | 77.4 | 47.2 | 43.5 | 73.5 |
| Definitely would consider buying my next airli | 36.8 | 26.7 | 24.4 | 52.3 | 27.8 | 25 | 39.4 |
| Probably would consider buying my next airlin | 26.5 | 26.7 | 26.9 | 25.2 | 19.4 | 18.5 | 34.2 |
| May or may not consider buying my next airline | 21.8 | 21.9 | 24.4 | 14.8 | 29.2 | 32.3 | 21.9 |
| Probably would not/ Definitely would not (Net) | 12.2 | 19.9 | 20.2 | 7.7 | 19.4 | 20.2 | 2.6 |
| Probably would not consider buying my next a | 7.3 | 11 | 10.9 | 4.5 | 12.5 | 12.9 | 1.9 |
| Definitely would not consider buying my next | 4.8 | 8.9 | 9.2 | 3.2 | 6.9 | 7.3 | 0.6 |
| Do not know | 2.7 | 4.8 | 4.2 | 0 | 4.2 | 4 | 1.9 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| | | | | | | | |
| Mean | 3.85 | 3.54 | 3.48 | 4.19 | 3.51 | 3.43 | 4.12 |
| Std Dev. | 1.15 | 1.27 | 1.26 | 1.06 | 1.24 | 1.23 | 0.87 |
| Std Err. | 0.05 | 0.11 | 0.12 | 0.08 | 0.11 | 0.11 | 0.07 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 50**
**Overall_OE Confusion between Skiplagged (Expedia) and American Airlines - (Open Ended Coded)**

| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
|---|---|---|---|---|---|---|---|
| | | | | Sample Type | | | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Connection to American Airlines (Net) | 4.2 | 2.7 | 2.5 | 3.2 | 4.9 | 3.2 | 5.8 |
| Connected with American Airline | 2.8 | 2.1 | 1.7 | 2.6 | 3.5 | 2.4 | 3.2 |
| Specific Agent (SubNet) | 1.5 | 0.7 | 0.8 | 0.6 | 1.4 | 0.8 | 3.2 |

Mentioned agent            1.5      0.7      0.8      0.6      1.4      0.8      3.2

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 51**
**Overall_OE Skiplagged (Expedia) Deception - (Open Ended Coded)**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is deception | 30.5 | 29.5 | 30.3 | 31.6 | 63.2 | 62.1 | 0 |
| There is not deception | 40 | 69.2 | 68.9 | 63.9 | 27.8 | 27.4 | 0 |
| Ambiguous | 3.7 | 1.4 | 0.8 | 4.5 | 9 | 10.5 | 0 |
| Sigma | 74.2 | 100 | 100 | 100 | 100 | 100 | 0 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 52**
**BANNER X BANNER**

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers | Skiplagged Ticket - Not Aware of Skiplagged | Expedia Ticket - Total Consumers | Skiplagged Hidden City Ticket - Total Consumers | Skiplagged Hidden City Ticket - Not Aware of Skiplagged | Expedia Hidden City Ticket - Total Consumers |
| Total | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Sample Type | | | | | | | |
| Skiplagged Ticket - Total Consumers | 24.3 | 100 | 100 | 0 | 0 | 0 | 0 |
| Skiplagged Ticket - Not Aware of Skiplagged | 19.8 | 81.5 | 100 | 0 | 0 | 0 | 0 |
| Expedia Ticket - Total Consumers | 25.8 | 0 | 0 | 100 | 0 | 0 | 0 |
| Skiplagged Hidden City Ticket - Total Consumer | 24 | 0 | 0 | 0 | 100 | 100 | 0 |
| Skiplagged Hidden City Ticket - Not Aware of Sk | 20.7 | 0 | 0 | 0 | 86.1 | 100 | 0 |
| Expedia Hidden City Ticket - Total Consumers | 25.8 | 0 | 0 | 0 | 0 | 0 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 1**
**CAPTCHA CAPTCHA Pass/Fail**

_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| HY4NM | 23.5 | 24.7 | 24.4 | 26.5 | 21.5 | 20.2 | 21.3 |
| RBSKW | 26.3 | 24.7 | 25.2 | 29 | 26.4 | 24.2 | 25.2 |
| SREMD | 23.2 | 24 | 26.1 | 20 | 24.3 | 25 | 24.5 |
| W93BX | 27 | 26.7 | 24.4 | 24.5 | 27.8 | 30.6 D | 29 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 2**
**SA1 Device Used to Take Survey**

_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| A laptop or desktop computer | 32.5 | 23.3 B | 20.2 | 28.4 | 42.4 | 41.9 | 36.1 |
| A tablet (e.g., Samsung Galaxy Note or Apple iP | 7.2 | 9.6 | 10.9 C | 5.2 | 6.9 | 7.3 | 7.1 |
| A smartphone (e.g., Samsung Galaxy or Apple iI | 60.3 | 67.1 | 68.9 | 66.5 | 50.7 | 50.8 | 56.8 |
| Other device | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 3**
**S0 Agreement with Confidentiality Statement**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I agree | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| I disagree | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 4**
**S01/S02 Wear Glasses/ Contacts When Using Computer/ Tablet/ Smartphone**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Wear glasses/ contact lenses | 65.7 | 70.5 | 69.7 | 69.7 | 62.5 | 64.5 | 60 |
| Yes, wearing glasses/ contact lenses | 65.7 | 70.5 | 69.7 | 69.7 | 62.5 | 64.5 | 60 |
| No, not currently wearing glasses/ contact len | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Do not wear glasses/ contact lenses | 34.3 | 29.5 | 30.3 | 30.3 | 37.5 | 35.5 | 40 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 5**
**S1 Work in Sensitive Industries**
_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| An advertising agency or public relations firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A market research firm or the market research | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A marketing firm or the marketing department | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| An airline, travel agency, or a company that sell | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Any financial services company such as a bank, | 0.8 | 0.7 | 0.8 | 1.3 | 0 | 0 | 1.3 |
| A company that manufactures technology or el | 0.5 | 0 | 0 | 0 | 2.1 F | 2.4 F | 0 |
| A company that manufactures, distributes, or s | 2.2 | 2.1 | 2.5 | 4.5 | 1.4 | 0.8 | 0.6 |
| None of the above | 96.8 | 97.9 | 97.5 | 94.8 | 96.5 | 96.8 | 98.1 |
| Sigma | 100.3 | 100.7 | 100.8 | 100.6 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 6**
**S2a/S2b Age**
_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 18-24 | 14 | 13 | 12.6 | 12.9 | 14.6 E | 12.1 | 15.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25-34 | 20.8 | 21.9 | 21 | 20.6 | 20.1 | 21.8 | 20.6 |
| 35-44 | 25.5 | 27.4 | 26.1 | 25.2 | 24.3 | 24.2 | 25.2 |
| 45-54 | 18.7 | 17.8 | 18.5 | 20 | 20.1 | 20.2 | 16.8 |
| 55-64 | 12.2 | 11.6 | 13.4 | 13.5 | 11.1 | 12.9 | 12.3 |
| 65+ | 8.8 | 8.2 | 8.4 | 7.7 | 9.7 | 8.9 | 9.7 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Mean | 42.23 | 42.01 | 42.71 | 42.15 | 42.62 | 43.1 | 42.15 |
| Std Dev. | 14.45 | 14.04 | 14.14 | 14.26 | 15.05 | 14.81 | 14.58 |
| Std Err. | 0.59 | 1.16 | 1.3 | 1.15 | 1.25 | 1.33 | 1.17 |
| Median | 41 | 41 | 43 | 40 | 41.5 | 42 | 40 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 7**
**S3 Gender**

---

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Male | 58.7 | 57.5 B | 51.3 | 60 | 60.4 | 59.7 | 56.8 |
| Female | 41.2 | 41.8 | 48.7 A | 40 | 39.6 | 40.3 | 43.2 |
| Non-binary | 0.2 | 0.7 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prefer not to answer | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 8**
**S4 Hispanic/ Latino**

---

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type |
|---|

| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 24.3 | 27.4 B | 21 | 27.1 | 21.5 | 20.2 | 21.3 |
| No | 75.7 | 72.6 | 79 A | 72.9 | 78.5 | 79.8 | 78.7 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 9**
**S5 Ethnicity**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| White/Caucasian | 70 | 73.3 | 73.1 | 67.1 | 67.4 | 67.7 | 72.3 |
| Non-Caucasian (Net) | 29.7 | 26 | 26.9 | 32.9 | 31.9 | 32.3 | 27.7 |
| Asian/Pacific Islander | 8.5 | 7.5 | 8.4 | 9 | 9.7 | 10.5 | 7.7 |
| Black/African American | 17 | 15.8 | 16.8 | 20 | 16.7 | 15.3 | 15.5 |
| Native American or Alaska Native | 1.3 | 0 | 0 | 1.3 | 1.4 | 1.6 | 2.6 |
| Other | 2.8 | 2.7 B | 1.7 | 2.6 | 4.2 | 4.8 | 1.9 |
| Prefer not to answer | 0.3 | 0.7 | 0 | 0 | 0.7 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 10**
**S6/S6a Region**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Alabama | 1.5 | 2.7 | 3.4 | 1.9 | 0.7 | 0.8 | 0.6 |
| Alaska | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 1.3 | 2.1 | 1.7 | 0.6 | 1.4 | 0.8 | 1.3 |
| Arkansas | 1.2 | 1.4 | 1.7 | 0.6 | 2.1 | 2.4 | 0.6 |
| California | 15 | 14.4 | 12.6 | 15.5 | 13.9 | 15.3 | 16.1 |
| Colorado | 1.5 | 1.4 | 1.7 | 2.6 | 0.7 | 0.8 | 1.3 |
| Connecticut | 1.3 | 0.7 | 0.8 | 1.3 | 2.1 | 2.4 | 1.3 |
| Delaware | 0.2 | 0 | 0 | 0 | 0 | 0 | 0.6 |
| District of Columbia | 0.5 | 0.7 | 0.8 | 0.6 | 0 | 0 | 0.6 |
| Florida | 9.2 | 6.8 | 5.9 | 12.3 B | 7.6 | 8.1 | 9.7 |
| Georgia | 3.3 | 4.1 | 4.2 | 3.2 | 2.1 | 1.6 | 3.9 |
| Hawaii | 0.2 | 0.7 | 0.8 | 0 | 0 | 0 | 0 |
| Idaho | 1.3 | 2.1 | 1.7 | 0.6 | 2.1 | 1.6 | 0.6 |
| Illinois | 5.5 | 2.7 | 3.4 | 6.5 | 5.6 | 4.8 | 7.1 |
| Indiana | 2.2 | 2.7 | 3.4 | 2.6 | 0.7 | 0.8 | 2.6 |
| Iowa | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 0.3 | 1.4 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | 1.2 | 0 | 0 | 1.9 A | 1.4 | 0 | 1.3 |
| Louisiana | 1 | 0.7 | 0 | 1.3 | 2.1 F | 2.4 F | 0 |
| Maine | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryland | 2.8 | 1.4 | 1.7 | 1.9 | 3.5 E | 2.4 | 4.5 |
| Massachusetts | 1.7 | 2.7 | 3.4 | 1.3 | 1.4 | 1.6 | 1.3 |
| Michigan | 2.2 | 0.7 | 0.8 | 2.6 | 2.8 | 3.2 | 2.6 |
| Minnesota | 1 | 0 | 0 | 1.9 A | 0 | 0 | 1.9 D |
| Mississippi | 0.5 | 1.4 | 1.7 | 0.6 | 0 | 0 | 0 |
| Missouri | 1 | 0.7 | 0.8 | 1.3 | 0.7 | 0.8 | 1.3 |
| Montana | 0.7 | 0.7 | 0.8 | 0.6 | 0 | 0 | 1.3 |
| Nebraska | 0.5 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 0.6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nevada | 0.8 | 0 | 0 | 1.9 A | 0.7 | 0.8 | 0.6 |
| New Hampshire | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Jersey | 2.5 | 2.1 | 2.5 | 2.6 | 1.4 | 0.8 | 3.9 |
| New Mexico | 0.7 | 0 | 0 | 2.6 AB | 0 | 0 | 0 |
| New York | 7 | 7.5 | 8.4 | 6.5 | 6.9 | 8.1 | 7.1 |
| North Carolina | 2.3 | 2.1 B | 0.8 | 1.3 | 4.2 | 4 | 1.9 |
| North Dakota | 0.2 | 0.7 | 0.8 | 0 | 0 | 0 | 0 |
| Ohio | 4.3 | 7.5 C | 6.7 C | 1.9 | 4.9 | 5.6 | 3.2 |
| Oklahoma | 1 | 1.4 | 1.7 | 0 | 0.7 | 0.8 | 1.9 |
| Oregon | 1 | 1.4 | 0.8 | 0 | 0 | 0 | 2.6 DE |
| Pennsylvania | 2.7 | 2.7 | 3.4 | 3.2 | 3.5 | 3.2 | 1.3 |
| Rhode Island | 0.5 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 0.6 |
| South Carolina | 1.5 | 1.4 | 0.8 | 1.3 | 2.1 | 1.6 | 1.3 |
| South Dakota | 0.3 | 0 | 0 | 0 | 1.4 | 1.6 | 0 |
| Tennessee | 2 | 0.7 | 0.8 | 2.6 | 3.5 E | 2.4 | 1.3 |
| Texas | 7.5 | 11 | 10.9 | 7.7 | 5.6 | 4.8 | 5.8 |
| Utah | 0.5 | 0 | 0 | 0 | 2.1 F | 2.4 F | 0 |
| Vermont | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia | 2 | 2.7 | 3.4 | 2.6 | 1.4 | 0.8 | 1.3 |
| Washington | 3.3 | 2.7 | 2.5 | 1.9 | 4.9 | 5.6 | 3.9 |
| West Virginia | 0.5 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 0.6 |
| Wisconsin | 2 | 2.1 | 2.5 | 1.3 | 3.5 | 4 | 1.3 |
| Wyoming | 0.3 | 0 | 0 | 0.6 | 0.7 | 0.8 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Northeast | 15.7 | 16.4 | 19.3 A | 14.8 | 16 | 16.9 | 15.5 |
| South | 38.2 | 39 | 38.7 | 40 | 37.5 E | 33.1 | 36.1 |
| Midwest | 19.5 | 19.2 | 19.3 | 18.1 | 20.1 | 21.8 | 20.6 |
| West | 26.7 | 25.3 | 22.7 | 27.1 | 26.4 | 28.2 | 27.7 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 11**
**S7a Activities Done in the Past 12 Months - Summary of 'Yes'**

---

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type | | | | | | |
|---|---|---|---|---|---|---|
| Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| **Base: Total Respondents** 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 86.5 | 86.3 | 84.9 | 82.6 | 87.5 | 87.9 | 89.7 |
| Booked an airline ticket (on a commercial airlin | 83 | 83.6 | 81.5 | 80 | 82.6 | 82.3 | 85.8 |
| Booked a car rental | 54.5 | 50 | 47.1 | 49 | 55.6 | 53.2 | 63.2 E |
| Made a restaurant reservation | 77.5 | 73.3 | 70.6 | 75.5 | 81.3 E | 78.2 | 80 |
| Made an appointment for eye care | 74.5 | 74.7 | 72.3 | 76.1 | 74.3 | 73.4 | 72.9 |
| Made an appointment for auto service | 77.5 | 76 | 77.3 | 75.5 | 79.2 | 79.8 | 79.4 |
| Sigma | 453.5 | 443.8 | 433.6 | 438.7 | 460.4 | 454.8 | 471 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 12**
**S7a Activities Done in the Past 12 Months - Summary of 'No'**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type | | | | | | |
|---|---|---|---|---|---|---|
| Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| **Base: Total Respondents** 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 13 | 13.7 | 15.1 | 16.1 | 11.8 | 11.3 | 10.3 |
| Booked an airline ticket (on a commercial airlin | 16.2 | 16.4 | 18.5 | 18.7 | 16 | 16.1 | 13.5 |
| Booked a car rental | 44.8 | 49.3 | 52.9 A | 50.3 | 43.8 | 46 F | 36.1 |
| Made a restaurant reservation | 22.3 | 26.7 | 29.4 | 23.9 | 18.8 | 21.8 D | 20 |
| Made an appointment for eye care | 25 | 25.3 | 27.7 | 23.2 | 25 | 25.8 | 26.5 |
| Made an appointment for auto service | 21.8 | 24 | 22.7 | 22.6 | 20.1 | 20.2 | 20.6 |
| Sigma | 143.2 | 155.5 | 166.4 | 154.8 | 135.4 | 141.1 | 127.1 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**

Job #24-07018
19-Apr-24
Table 13
S7a Activities Done in the Past 12 Months - Summary of 'Don't Know'

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Booked a hotel room | 0.5 | 0 | 0 | 1.3 | 0.7 | 0.8 | 0 |
| Booked an airline ticket (on a commercial airlin | 0.8 | 0 | 0 | 1.3 | 1.4 | 1.6 | 0.6 |
| Booked a car rental | 0.7 | 0.7 | 0 | 0.6 | 0.7 | 0.8 | 0.6 |
| Made a restaurant reservation | 0.2 | 0 | 0 | 0.6 | 0 | 0 | 0 |
| Made an appointment for eye care | 0.5 | 0 | 0 | 0.6 | 0.7 | 0.8 | 0.6 |
| Made an appointment for auto service | 0.7 | 0 | 0 | 1.9 A | 0.7 | 0 | 0 |
| Sigma | 3.3 | 0.7 | 0 | 6.5 | 4.2 | 4 | 1.9 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 14**
**S7b Activities Likely To Do in the Next 12 Months - Summary of 'Yes'**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 89.5 | 87 B | 84 | 89.7 | 88.2 | 87.9 | 92.9 |
| Book an airline ticket (on a commercial airline) | 92.7 | 91.1 | 89.9 | 93.5 | 92.4 | 92.7 | 93.5 |
| Book a car rental | 60.7 | 56.2 | 53.8 | 59.4 | 61.1 | 59.7 | 65.8 |
| Make a restaurant reservation | 85.7 | 82.9 | 80.7 | 87.7 | 86.8 | 86.3 | 85.2 |
| Make an appointment for eye care | 79 | 76 | 75.6 | 78.7 | 82.6 | 83.1 | 78.7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Make an appointment for auto service | 76.5 | 74 | 73.9 | 70.3 | 80.6 | 79.8 | 81.3 |
| Sigma | 484 | 467.1 | 458 | 479.4 | 491.7 | 489.5 | 497.4 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 15**
**S7b Activities Likely To Do in the Next 12 Months - Summary of 'No'**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 6.7 | 6.2 | 7.6 | 8.4 | 6.9 | 6.5 | 5.2 |
| Book an airline ticket (on a commercial airline) | 4.5 | 3.4 | 4.2 | 4.5 | 4.9 | 4 | 5.2 |
| Book a car rental | 24.8 | 27.4 | 28.6 | 26.5 | 25 | 24.2 | 20.6 |
| Make a restaurant reservation | 10.3 | 11.6 | 12.6 | 9 | 9 | 8.9 | 11.6 |
| Make an appointment for eye care | 16.3 | 17.1 | 17.6 | 18.1 | 15.3 | 14.5 | 14.8 |
| Make an appointment for auto service | 14.8 | 17.8 | 16.8 | 17.4 | 10.4 | 10.5 | 13.5 |
| Sigma | 77.5 | 83.6 | 87.4 | 83.9 | 71.5 | 68.5 | 71 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 16**
**S7b Activities Likely To Do in the Next 12 Months - Summary of 'Don't Know'**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Book a hotel room | 3.8 | 6.8 | 8.4 | 1.9 | 4.9 | 5.6 | 1.9 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Book an airline ticket (on a commercial airline) | 2.8 | 5.5 | 5.9 C | 1.9 | 2.8 | 3.2 | 1.3 |
| Book a car rental | 14.5 | 16.4 | 17.6 | 14.2 | 13.9 | 16.1 D | 13.5 |
| Make a restaurant reservation | 4 | 5.5 | 6.7 | 3.2 | 4.2 | 4.8 | 3.2 |
| Make an appointment for eye care | 4.7 | 6.8 | 6.7 | 3.2 | 2.1 | 2.4 | 6.5 D |
| Make an appointment for auto service | 8.7 | 8.2 | 9.2 | 12.3 | 9 | 9.7 | 5.2 |
| Sigma | 38.5 | 49.3 | 54.6 | 36.8 | 36.8 | 41.9 | 31.6 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 17**
**S7c Commercial Airline Reservation Status**
_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Made a commercial airline reservation in the la | 7.3 | 8.9 | 10.1 | 6.5 | 7.6 | 7.3 | 6.5 |
| Will make a commercial airline reservation in th | 17 | 16.4 | 18.5 | 20 | 17.4 | 17.7 | 14.2 |
| Both - reservation made in last 12 months AND | 75.7 | 74.7 B | 71.4 | 73.5 | 75 | 75 | 79.4 |
| Neither | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 18**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'Yes'**
_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |

| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Through an online ticket website | 74.3 | 76.7 | 73.9 | 70.3 | 71.5 | 71 | 78.7 |
| Directly through an airline | 54.8 | 51.4 B | 44.5 | 52.9 | 55.6 | 54.8 | 59.4 |
| Through a travel agency | 28 | 32.9 B | 26.9 | 27.1 | 27.1 | 25.8 | 25.2 |
| Through a credit card company | 26.3 | 28.8 B | 21.8 | 25.2 | 25.7 E | 22.6 | 25.8 |
| Other | 1 | 0 | 0 | 0.6 | 1.4 | 0.8 | 1.9 |
| Sigma | 184.5 | 189.7 | 167.2 | 176.1 | 181.3 | 175 | 191 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 19**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'No'**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F | |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 8.5 | 6.8 | 7.6 | 9.7 | 10.4 | 10.5 | 7.1 |
| Directly through an airline | 27.3 | 30.8 | 35.3 A | 26.5 | 25.7 | 26.6 | 26.5 |
| Through a travel agency | 53.8 | 48.6 | 52.1 A | 52.3 | 53.5 | 54.8 | 60.6 |
| Through a credit card company | 55.5 | 52.7 | 57.1 A | 54.2 | 54.9 | 58.1 D | 60 |
| Other | 28.5 | 32.2 | 33.6 | 28.4 | 27.8 | 28.2 | 25.8 |
| Sigma | 173.7 | 171.2 | 185.7 | 171 | 172.2 | 178.2 | 180 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 20**
**S8a Type of Airline Reservation Made Done Within the Past 12 Months - Summary of 'Don't Know'**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type |
| --- | --- |

| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 0.2 | 0 | 0 | 0 | 0.7 | 0.8 | 0 |
| Directly through an airline | 0.8 | 1.4 | 1.7 | 0.6 | 1.4 | 0.8 | 0 |
| Through a travel agency | 1.2 | 2.1 | 2.5 | 0.6 | 2.1 F | 1.6 | 0 |
| Through a credit card company | 1.2 | 2.1 | 2.5 | 0.6 | 2.1 F | 1.6 | 0 |
| Other | 7 | 8.2 | 9.2 | 9.7 | 4.9 | 4.8 | 5.2 |
| Sigma | 10.3 | 13.7 | 16 | 11.6 | 11.1 | 9.7 | 5.2 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 21**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'Yes'**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 85.3 | 85.6 | 84.9 | 89 | 82.6 | 84.7 | 83.9 |
| Directly through an airline | 64.2 | 59.6 B | 56.3 | 63.2 | 66.7 | 66.1 | 67.1 |
| Through a travel agency | 38.5 | 39 B | 33.6 | 39.4 | 39.6 E | 36.3 | 36.1 |
| Through a credit card company | 32.3 | 30.8 B | 26.1 | 32.3 | 33.3 E | 29 | 32.9 |
| Other | 1 | 0 | 0 | 1.3 | 2.8 F | 2.4 F | 0 |
| Sigma | 221.3 | 215.1 | 200.8 | 225.2 | 225 | 218.5 | 220 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 22**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'No'**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 3.8 | 4.1 | 3.4 | 3.2 | 4.9 E | 3.2 | 3.2 |
| Directly through an airline | 18.7 | 19.2 | 19.3 | 20 | 16 | 16.1 | 19.4 |
| Through a travel agency | 43.7 | 42.5 | 45.4 | 46.5 | 39.6 | 41.9 | 45.8 |
| Through a credit card company | 47.2 | 47.9 | 50.4 | 50.3 | 45.8 | 49.2 D | 44.5 |
| Other | 24.8 | 24 | 25.2 | 31 | 25 | 25 | 19.4 |
| Sigma | 138.2 | 137.7 | 143.7 | 151 | 131.3 | 135.5 | 132.3 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 23**
**S8b Type of Airline Reservation Likely to Make in the Next 12 Months - Summary of 'Don't Know'**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Through an online ticket website | 3.5 | 1.4 | 1.7 | 1.3 | 4.9 | 4.8 | 6.5 |
| Directly through an airline | 9.8 | 12.3 | 14.3 | 10.3 | 9.7 | 10.5 | 7.1 |
| Through a travel agency | 10.5 | 9.6 | 10.9 | 7.7 | 13.2 | 14.5 | 11.6 |
| Through a credit card company | 13.2 | 12.3 | 13.4 | 11 | 13.2 | 14.5 | 16.1 |
| Other | 15.5 | 17.1 | 19.3 | 18.7 | 11.1 | 11.3 | 14.8 |
| Sigma | 52.5 | 52.7 | 59.7 | 49 | 52.1 | 55.6 | 56.1 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 24**
**S8c Online Ticket Website Usage for Airline Reservation Status**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Used online ticket website in the last 12 month | 14.7 | 14.4 | 15.1 | 11 | 17.4 | 15.3 | 16.1 |
| Will use an online ticket website in the next 12 | 25.7 | 23.3 | 26.1 | 29.7 | 28.5 | 29 | 21.3 |
| Both - Used online ticket website in the last 12 | 59.7 | 62.3 B | 58.8 | 59.4 | 54.2 | 55.6 | 62.6 |
| Neither | 0 | | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 25**
**S9 Data Quality Check Pass/ Fail**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Pass | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Fail | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 26**
**S10 Cell Assignment**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Skiplagged Hidden City | |
| | Skiplagged | Skiplagged Ticket - Not | Expedia Ticket | Skiplagged Hidden City | Ticket - Not | Expedia Hidden City |
| | Ticket - Total | Aware of | - Total | Ticket - Total | Aware of | Ticket - Total |
| Total | Consumers | Skiplagged | Consumers | Consumers | Skiplagged | Consumers |
| | A | B | C | D | E | F |
| **Base: Total Respondents** | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Cell1 (Non Hidden) | 24.3 | 100 C | 100 C | 0 | 0 | 0 | 0 |
| Cell2 (Non Hidden) | 25.8 | 0 | 0 | 100 AB | 0 | 0 | 0 |
| Cell1 (Hidden) | 24 | 0 | 0 | 0 | 100 F | 100 F | 0 |
| Cell2 (Hidden) | 25.8 | 0 | 0 | 0 | 0 | 0 | 100 DE |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 27**
**Q0 Whether Able to See Stimuli Clearly**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Skiplagged Hidden City | |
| | Skiplagged | Skiplagged Ticket - Not | Expedia Ticket | Skiplagged Hidden City | Ticket - Not | Expedia Hidden City |
| | Ticket - Total | Aware of | - Total | Ticket - Total | Aware of | Ticket - Total |
| Total | Consumers | Skiplagged | Consumers | Consumers | Skiplagged | Consumers |
| | A | B | C | D | E | F |
| **Base: Total Respondents** | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, I was able to clearly see the images and rea | 99 | 99.3 | 99.2 | 99.4 | 97.2 | 96.8 | 100 DE |
| No, I was not able to clearly see the images and | 1 | 0.7 | 0.8 | 0.6 | 2.8 F | 3.2 F | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 28**
**Q1a/b Open-ended description of offering (to a friend) - (Open Ended Coded) - Airline Connection**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type |
|---|

| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Connected to American Airlines (Net) | 1.2 | 1.4 | 1.7 | 0.6 | 0.7 | 0.8 | 1.9 |
| Connected with American Airline | 1.2 | 1.4 | 1.7 | 0.6 | 0.7 | 0.8 | 1.9 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 29**
**Q1a/b Open-ended description of offering (to a friend) - (Open Ended Coded) - Deception**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is deception | 23.3 | 4.8 | 5.9 | 2.6 | 89.6 F | 87.9 F | 0 |
| There is not deception | 48.5 | 95.2 | 94.1 | 97.4 | 0.7 | 0.8 | 0 |
| Ambiguous | 2.3 | 0 | 0 | 0 | 9.7 F | 11.3 F | 0 |
| Sigma | 74.2 | 100 | 100 | 100 | 100 | 100 | 0 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 30**
**Q2 Associated or connected with another company**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|

| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
|---|---|---|---|---|---|---|---|
| Yes, it has a business connection or association | 31.2 | 33.6 B | 27.7 | 31.6 | 25.7 E | 19.4 | 33.5 E |
| No, it does not have a business connection or a | 23.5 | 21.9 | 21.8 | 21.9 | 29.2 | 29 | 21.3 |
| Don't know | 45.3 | 44.5 | 50.4 A | 46.5 | 45.1 | 51.6 D | 45.2 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 31**
**Q4 Requires permission or authorization from another company**

---

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes, it requires permission or authorization fror | 22.3 | 24 B | 18.5 | 28.4 B | 13.9 E | 9.7 | 22.6 DE |
| No, it does not require permission or authorizat | 36.5 | 34.2 | 32.8 | 33.5 | 42.4 | 41.9 | 36.1 |
| Don't know | 41.2 | 41.8 | 48.7 AC | 38.1 | 43.8 | 48.4 D | 41.3 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 32**
**Q2/Q4 Relationship between Skiplagged/ Expedia and another company**

---

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is a connection to another company | 39.2 | 41.1 B | 34.5 | 42.6 | 29.9 E | 22.6 | 42.6 DE |

Sigma                39.2      41.1      34.5      42.6      29.9      22.6      42.6

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 33**
**Q7a The perceived relationship between Skiplagged (Expedia) and another company**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' is an authorized agent of | 51.7 | 43.2 | 43.7 | 56.1 AB | 42.4 | 41.1 | 63.9 DE |
| 'Skiplagged/ Expedia' is not an authorized agen | 14.5 | 13 | 10.9 | 14.2 | 22.2 F | 21 F | 9 |
| There is some other relationship between 'Skip | 15 | 17.1 | 16 | 15.5 | 13.9 | 13.7 | 13.5 |
| Don't know | 18.8 | 26.7 C | 29.4 C | 14.2 | 21.5 F | 24.2 DF | 13.5 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| There is some relationship between website an | 66.7 | 60.3 | 59.7 | 71.6 AB | 56.3 | 54.8 | 77.4 DE |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 34**
**Q8a Consumers belief Re cost of buying tickets through Skiplagged (Expedia) vs buying directly from the airline**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Buying tickets through 'Skiplagged/ Expedia' is | 67.8 | 61.6 | 60.5 | 74.2 AB | 70.1 | 69.4 | 65.2 |
| Buying tickets through 'Skiplagged/ Expedia' is | 10.2 | 7.5 | 6.7 | 9 | 8.3 | 8.1 | 15.5 DE |
| Don't know | 22 | 30.8 | 32.8 | 16.8 | 21.5 | 22.6 | 19.4 |

| Sigma | | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
|---|---|---|---|---|---|---|---|---|

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 35**
**Q9a Consumers belief Re fees on top of the airline's total ticket cost for Skiplagged (Expedia)**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' charges an additional fee | 30.2 | 35.6 | 33.6 | 34.2 | 26.4 E | 23.4 | 24.5 |
| 'Skiplagged/ Expedia' does not charge an additi | 38.3 | 34.9 | 35.3 | 39.4 | 34 | 34.7 | 44.5 DE |
| Don't know | 31.5 | 29.5 | 31.1 | 26.5 | 39.6 | 41.9 F | 31 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 36**
**Q10a Consumers belief Re fees charged by Skiplagged (Expedia) : Reasonable Fees**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| I believe the fee 'Skiplagged/ Expedia' charges f | 48.5 | 52.1 | 52.9 | 51 | 41.7 | 40.3 | 49 |
| I believe the fee 'Skiplagged/ Expedia' charges f | 10.7 | 8.2 B | 5 | 11 B | 17.4 F | 16.1 F | 6.5 |
| N/A (I do not think 'Skiplagged/ Expedia' charge | 20.7 | 17.1 | 19.3 | 19.4 | 16.7 | 16.9 | 29 DE |
| Don't know | 20.2 | 22.6 | 22.7 | 18.7 | 24.3 F | 26.6 F | 15.5 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 37**
**Q11a Consumers belief Re Skiplagged (Expedia) Special access to cheap fares**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers<br>A | Skiplagged Ticket - Not Aware of Skiplagged<br>B | Expedia Ticket - Total Consumers<br>C | Skiplagged Hidden City Ticket - Total Consumers<br>D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged<br>E | Expedia Hidden City Ticket - Total Consumers<br>F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| 'Skiplagged/ Expedia' is an authorized travel age | 46.2 | 38.4<br>B | 32.8 | 52.9<br>AB | 38.9 | 37.1 | 53.5<br>DE |
| 'Skiplagged/ Expedia' is not an authorized trave | 8.2 | 9.6<br>B | 7.6 | 7.7 | 7.6 | 6.5 | 7.7 |
| Don't know if 'Skiplagged/ Expedia' are an auth | 22.7 | 23.3 | 26.9<br>A | 19.4 | 32.6<br>F | 34.7<br>F | 16.1 |
| Don't know if 'Skiplagged/ Expedia' have or do | 23 | 28.8<br>C | 32.8<br>AC | 20 | 20.8 | 21.8 | 22.6 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 38**
**Q12a Consumers belief Re Skiplagged (Expedia) valid ticket**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers<br>A | Skiplagged Ticket - Not Aware of Skiplagged<br>B | Expedia Ticket - Total Consumers<br>C | Skiplagged Hidden City Ticket - Total Consumers<br>D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged<br>E | Expedia Hidden City Ticket - Total Consumers<br>F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| A ticket bought through 'Skiplagged/ Expedia' is | 80.8 | 74 | 75.6 | 87.7<br>AB | 70.1 | 67.7 | 90.3<br>DE |
| A ticket bought through 'Skiplagged/ Expedia' is | 3.8 | 4.1<br>B | 1.7 | 4.5 | 5.6<br>F | 5.6<br>F | 1.3 |
| Don't know | 15.3 | 21.9<br>C | 22.7<br>C | 7.7 | 24.3<br>F | 26.6<br>F | 8.4 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 39**
**Q12c Consumers belief Re Skiplagged (Expedia) risk**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers<br>A | Skiplagged Ticket - Not Aware of Skiplagged<br>B | Expedia Ticket - Total Consumers<br>C | Skiplagged Hidden City Ticket - Total Consumers<br>D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged<br>E | Expedia Hidden City Ticket - Total Consumers<br>F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| The option offered by 'Skiplagged/ Expedia' car | 47.3 | 37 | 34.5 | 59.4<br>AB | 36.1 | 33.9 | 55.5<br>DE |
| The option offered by 'Skiplagged/ Expedia' car | 18.8 | 14.4 | 13.4 | 14.8 | 28.5<br>F | 27.4<br>F | 18.1 |
| Don't know | 33.8 | 48.6<br>C | 52.1<br>AC | 25.8 | 35.4<br>F | 38.7<br>DF | 26.5 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 40**
**Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - (Open Ended Coded)**

_____

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.  * small base

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers<br>A | Skiplagged Ticket - Not Aware of Skiplagged<br>B | Expedia Ticket - Total Consumers<br>C | Skiplagged Hidden City Ticket - Total Consumers<br>D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged<br>E | Expedia Hidden City Ticket - Total Consumers<br>F |
| Base: Risk is associated with ticket | 113 | 21* | 16* | 23* | 41* | 34* | 28* |
| Meaningful Risks | 55.8 | 28.6 | 31.3 | 73.9<br>AB | 56.1 | 52.9 | 60.7 |
| Financial penalties | 6.2 | 4.8 | 6.3 | 13 | 2.4 | 2.9 | 7.1 |
| Can't fly on airline/Can get banned/Makes airl | 8.8 | 4.8 | 0 | 0 | 22<br>F | 20.6<br>F | 0 |
| Cancellation problems/schedule changes | 25.7 | 14.3 | 18.8 | 30.4 | 22 | 20.6 | 35.7 |
| Ticket isn't valid/ticket may not be honored | 8.8 | 9.5 | 12.5 | 8.7 | 7.3 | 5.9 | 10.7 |
| Refund issues | 7.1 | 0 | 0 | 8.7 | 0 | 0 | 21.4<br>DE |
| Fraud/scam issues | 7.1 | 4.8 | 6.3 | 13 | 9.8 | 11.8 | 0 |

| | | | | | | F | F | |
|---|---|---|---|---|---|---|---|---|
| Changes in plans | 2.7 | 4.8 | 6.3 | 0 | 0 | 0 | 7.1 D |
| Delays | 3.5 | 0 | 0 | 4.3 | 4.9 | 2.9 | 3.6 |
| 'Third party' risk | 2.7 | 4.8 | 6.3 | 4.3 | 0 | 0 | 3.6 |
| Weather risk | 2.7 | 0 | 0 | 0 | 7.3 | 5.9 | 0 |
| No seats/plane is full | 2.7 | 4.8 | 6.3 | 0 | 0 | 0 | 7.1 D |
| Other Meaningful risks | 2.7 | 0 | 0 | 8.7 | 2.4 | 0 | 0 |
| Unmeaningful Risks | 46.9 | 57.1 | 68.8 A | 52.2 | 43.9 | 50 D | 39.3 |
| Unmeaningful Risks (e.g. Can't check a bag/ba | 13.3 | 4.8 | 6.3 | 8.7 | 22 | 26.5 | 10.7 |
| Unidentified Risks (e.g. 'Everything has risks') | 34.5 | 52.4 | 62.5 | 43.5 | 24.4 | 26.5 | 28.6 |
| No Risk | 16.8 | 28.6 B | 18.8 | 13 | 12.2 | 8.8 | 17.9 |
| No risk | 16.8 | 28.6 B | 18.8 | 13 | 12.2 | 8.8 | 17.9 |
| Sigma | 145.1 | 138.1 | 150 | 156.5 | 136.6 | 132.4 | 153.6 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 41**
**Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - Total number of Meaningful Risks (Open Ended Coded)**
_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.  * small base

| | | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| **Base: Risk is associated with ticket** | 113 | 21* | 16* | 23* | 41* | 34* | 28* |
| No meaningful risk mentioned | 44.2 | 71.4 C | 68.8 C | 26.1 | 43.9 | 47.1 | 39.3 |
| 1 risk mentioned | 34.5 | 9.5 | 6.3 | 56.5 AB | 36.6 | 38.2 | 32.1 |
| 2 risks mentioned | 17.7 | 14.3 | 18.8 | 17.4 | 17.1 E | 11.8 | 21.4 |
| 3 risks mentioned | 3.5 | 4.8 | 6.3 | 0 | 2.4 | 2.9 | 7.1 |
| 4 or more risks mentioned | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total number of risks mentioned | 80.5 | 52.4 | 62.5 | 91.3 AB | 78 E | 70.6 | 96.4 DE |
| Average # of meaningful risks mentions | 0.81 | 0.52 | 0.63 | 0.91 | 0.78 | 0.71 | 0.96 |
| Median | 1 | 0 | 0 | 1 | 1 | 1 | 1 |

**AIRLINE STUDY - 24-07018**

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 42
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - (Open Ended Coded)

_____
Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Total | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Meaningful Risks | 10.7 | 4.1 | 4.2 | 11 AB | 16.7 | 15.3 | 11 |
| Financial penalties | 1.2 | 0.7 | 0.8 | 1.9 | 0.7 | 0.8 | 1.3 |
| Can't fly on airline/Can get banned/Makes airl | 1.7 | 0.7 | 0 | 0 | 6.3 F | 5.6 F | 0 |
| Cancellation problems/schedule changes | 4.8 | 2.1 | 2.5 | 4.5 | 6.3 | 5.6 | 6.5 |
| Ticket isn't valid/ticket may not be honored | 1.8 | 1.4 | 1.7 | 1.3 | 2.8 | 2.4 | 1.9 |
| Refund issues | 1.3 | 0 | 0 | 1.3 | 0 | 0 | 3.9 DE |
| Fraud/scam issues | 1.3 | 0.7 | 0.8 | 1.9 | 2.8 F | 3.2 F | 0 |
| Changes in plans | 0.5 | 0.7 | 0.8 | 0 | 0 | 0 | 1.3 |
| Delays | 0.7 | 0 | 0 | 0.6 | 1.4 | 0.8 | 0.6 |
| 'Third party' risk | 0.5 | 0.7 | 0.8 | 0.6 | 0 | 0 | 0.6 |
| Weather risk | 0.5 | 0 | 0 | 0 | 2.1 F | 1.6 | 0 |
| No seats/plane is full | 0.5 | 0.7 | 0.8 | 0 | 0 | 0 | 1.3 |
| Other Meaningful risks | 0.5 | 0 | 0 | 1.3 | 0.7 | 0 | 0 |
| Unmeaningful Risks | 9 | 8.9 | 10.1 | 7.7 | 12.5 | 13.7 F | 7.1 |
| Unmeaningful Risks (e.g. Can't check a bag/ba | 2.7 | 1.4 | 1.7 | 1.3 | 6.3 F | 7.3 F | 1.9 |
| Unidentified Risks (e.g. 'Everything has risks') | 6.5 | 7.5 | 8.4 | 6.5 | 6.9 | 7.3 | 5.2 |
| No Risk | 84 | 89 | 88.2 | 87.1 | 74.3 | 74.2 | 85.2 DE |
| No risk | 84 | 89 | 88.2 | 87.1 | 74.3 | 74.2 | 85.2 DE |
| Sigma | 108.5 | 105.5 | 106.7 | 108.4 | 110.4 | 108.9 | 109.7 |

AIRLINE STUDY - 24-07018

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 43
Q12d/e/f Consumers perceptions of the risks involved with buying Skiplagged (Expedia) tickets - Total number of Meaningful Risks (Open Ended Coded)

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers<br>A | Skiplagged Ticket - Not Aware of Skiplagged<br>B | Expedia Ticket - Total Consumers<br>C | Skiplagged Hidden City Ticket - Total Consumers<br>D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged<br>E | Expedia Hidden City Ticket - Total Consumers<br>F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| No meaningful risk mentioned | 89.3 | 95.9<br>C | 95.8<br>C | 89 | 83.3 | 84.7 | 89 |
| 1 risk mentioned | 6.7 | 1.4 | 0.8 | 8.4<br>AB | 11.1<br>F | 11.3<br>F | 5.8 |
| 2 risks mentioned | 3.3 | 2.1 | 2.5 | 2.6 | 4.9<br>E | 3.2 | 3.9 |
| 3 risks mentioned | 0.7 | 0.7 | 0.8 | 0 | 0.7 | 0.8 | 1.3 |
| 4 or more risks mentioned | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Total number of risks mentioned | 15.3 | 7.5 | 8.4 | 13.5<br>A | 22.9<br>E | 20.2 | 17.4 |
| Average # of meaningful risks mentions | 0.15 | 0.08 | 0.08 | 0.14 | 0.23 | 0.2 | 0.17 |
| Median | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 44**
**Q13a Consumer awareness of Skiplagged and Expedia**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers<br>A | Skiplagged Ticket - Not Aware of Skiplagged<br>B | Expedia Ticket - Total Consumers<br>C | Skiplagged Hidden City Ticket - Total Consumers<br>D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged<br>E | Expedia Hidden City Ticket - Total Consumers<br>F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 56.7 | 17.8<br>B | 0 | 92.9<br>AB | 13.9<br>E | 0 | 96.8<br>DE |
| No | 43 | 81.5<br>C | 100 | 6.5 | 86.1<br>F | 100<br>DF | 3.2 |
| Don't know | 0.3 | 0.7 | 0 | 0.6 | 0 | 0 | 0 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 45**
**Q13b Consumer usage of Skiplagged and Expedia**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Yes | 43.5 | 13 B | 0 | 72.3 AB | 6.9 E | 0 | 77.4 DE |
| No | 12.8 | 4.8 B | 0 | 20 AB | 6.3 E | 0 | 19.4 DE |
| Don't know | 0.3 | 0 | 0 | 0.6 | 0.7 | 0 | 0 |
| Sigma | 56.7 | 17.8 | 0 | 92.9 | 13.9 | 0 | 96.8 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 46**
**Q13b Consumer usage of Skiplagged and Expedia (Aware of company)**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.  * small base; ** very small base (under 1) ineligible for sig testing

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Aware of company | 340 | 26* | -** | 144 | 20* | -** | 150 |
| Yes | 76.8 | 73.1 | 0 | 77.8 | 50 | 0 | 80 D |
| No | 22.6 | 26.9 | 0 | 21.5 | 45 F | 0 | 20 |
| Don't know | 0.6 | 0 | 0 | 0.7 | 5 F | 0 | 0 |
| Sigma | 100 | 100 | 0 | 100 | 100 | 0 | 100 |

AIRLINE STUDY - 24-07018

**Radius Global Market Research**
**Job #24-07018**

Table 47

**Q14a/b Reflections on Skiplagged and Expedia : Feelings about buying next airplane ticket with them - (Open Ended Coded)**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Negative Sentiment | 8.2 | 11 C | 12.6 C | 4.5 | 11.8 F | 13.7 DF | 5.8 |
| Negative | 8.2 | 11 C | 12.6 C | 4.5 | 11.8 F | 13.7 DF | 5.8 |
| Neutral Sentiment | 14.7 | 17.1 C | 19.3 C | 7.7 | 25.7 F | 25.8 F | 9 |
| Neutral | 14.7 | 17.1 C | 19.3 C | 7.7 | 25.7 F | 25.8 F | 9 |
| Positive Sentiment | 55.5 | 45.2 | 42.9 | 71.6 AB | 35.4 | 33.1 | 67.7 DE |
| Positive | 55.5 | 45.2 | 42.9 | 71.6 AB | 35.4 | 33.1 | 67.7 DE |
| Not asked | 21.7 | 26.7 C | 25.2 C | 16.1 | 27.1 F | 27.4 F | 17.4 |
| Not asked | 21.7 | 26.7 C | 25.2 C | 16.1 | 27.1 F | 27.4 F | 17.4 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

Radius Global Market Research
Job #24-07018
19-Apr-24
Table 48

**Q15a/b Consumers' perceptions of the risks involved with buying Skiplagged (Expedia) tickets after reviewing American Airlines' offering - (Open Ended Co**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | | Sample Type | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Negative Sentiment | 13.7 | 19.2 C | 22.7 AC | 5.8 | 25 F | 28.2 DF | 5.8 |
| Negative | 13.7 | 19.2 C | 22.7 AC | 5.8 | 25 F | 28.2 DF | 5.8 |
| Neutral Sentiment | 18.7 | 11.6 | 10.9 | 25.8 AB | 12.5 | 11.3 | 23.9 DE |

| Neutral | 18.7 | 11.6 | 10.9 | 25.8 AB | 12.5 | 11.3 | 23.9 DE |
|---|---|---|---|---|---|---|---|
| Positive Sentiment | 48.3 | 50 | 49.6 | 47.7 | 43.1 | 41.1 | 52.3 E |
| Positive | 48.3 | 50 | 49.6 | 47.7 | 43.1 | 41.1 | 52.3 E |
| Not asked | 19 | 18.5 B | 16 | 20 | 19.4 | 19.4 | 18.1 |
| Not asked | 19 | 18.5 B | 16 | 20 | 19.4 | 19.4 | 18.1 |
| Sigma | 99.7 | 99.3 | 99.2 | 99.4 | 100 | 100 | 100 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 49**
**Q16a Likelihood to considering buying next airline ticket from Skiplagged (Expedia)**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | |
|---|---|---|---|---|---|---|
| **Total** | **Skiplagged Ticket - Total Consumers A** | **Skiplagged Ticket - Not Aware of Skiplagged B** | **Expedia Ticket - Total Consumers C** | **Skiplagged Hidden City Ticket - Total Consumers D** | **Skiplagged Hidden City Ticket - Not Aware of Skiplagged E** | **Expedia Hidden City Ticket - Total Consumers F** |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Definitely would/ Probably would (Net) | 63.3 | 53.4 | 51.3 | 77.4 AB | 47.2 | 43.5 | 73.5 DE |
| Definitely would consider buying my next airli | 36.8 | 26.7 | 24.4 | 52.3 AB | 27.8 E | 25 | 39.4 DE |
| Probably would consider buying my next airlin | 26.5 | 26.7 | 26.9 | 25.2 | 19.4 | 18.5 | 34.2 DE |
| May or may not consider buying my next airline | 21.8 | 21.9 | 24.4 C | 14.8 | 29.2 | 32.3 DF | 21.9 |
| Probably would not/ Definitely would not (Net) | 12.2 | 19.9 C | 20.2 C | 7.7 | 19.4 F | 20.2 F | 2.6 |
| Probably would not consider buying my next a | 7.3 | 11 C | 10.9 C | 4.5 | 12.5 F | 12.9 F | 1.9 |
| Definitely would not consider buying my next | 4.8 | 8.9 C | 9.2 C | 3.2 | 6.9 F | 7.3 F | 0.6 |
| Do not know | 2.7 | 4.8 C | 4.2 C | 0 | 4.2 | 4 | 1.9 |
| Sigma | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Mean | 3.85 | 3.54 | 3.48 | 4.19 AB | 3.51 | 3.43 | 4.12 DE |
| Std Dev. | 1.15 | 1.27 | 1.26 | 1.06 | 1.24 | 1.23 | 0.87 |
| Std Err. | 0.05 | 0.11 | 0.12 | 0.08 | 0.11 | 0.11 | 0.07 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 50**
**Overall_OE Confusion between Skiplagged (Expedia) and American Airlines - (Open Ended Coded)**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F

Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Connection to American Airlines (Net) | 4.2 | 2.7 | 2.5 | 3.2 | 4.9 E | 3.2 | 5.8 |
| Connected with American Airline | 2.8 | 2.1 | 1.7 | 2.6 | 3.5 E | 2.4 | 3.2 |
| Specific Agent (SubNet) | 1.5 | 0.7 | 0.8 | 0.6 | 1.4 | 0.8 | 3.2 |
| Mentioned agent | 1.5 | 0.7 | 0.8 | 0.6 | 1.4 | 0.8 | 3.2 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 51**
**Overall_OE Skiplagged (Expedia) Deception - (Open Ended Coded)**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| | Sample Type | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
| Base: Total Respondents | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| There is deception | 30.5 | 29.5 | 30.3 | 31.6 | 63.2 F | 62.1 F | 0 |
| There is not deception | 40 | 69.2 | 68.9 | 63.9 F | 27.8 F | 27.4 F | 0 |
| Ambiguous | 3.7 | 1.4 | 0.8 | 4.5 B | 9 F | 10.5 F | 0 |
| Sigma | 74.2 | 100 | 100 | 100 | 100 | 100 | 0 |

**AIRLINE STUDY - 24-07018**

**Radius Global Market Research**
**Job #24-07018**
**19-Apr-24**
**Table 52**
**BANNER X BANNER**

Proportions/Means: Columns Tested (10% risk level) - A/B/C - D/E/F
Overlap formulae used.

| Sample Type | Total | Skiplagged Ticket - Total Consumers A | Skiplagged Ticket - Not Aware of Skiplagged B | Expedia Ticket - Total Consumers C | Skiplagged Hidden City Ticket - Total Consumers D | Skiplagged Hidden City Ticket - Not Aware of Skiplagged E | Expedia Hidden City Ticket - Total Consumers F |
|---|---|---|---|---|---|---|---|
| Total | 600 | 146 | 119 | 155 | 144 | 124 | 155 |
| Sample Type | | | | | | | |
| Skiplagged Ticket - Total Consumers | 24.3 | 100 C | 100 C | 0 | 0 | 0 | 0 |
| Skiplagged Ticket - Not Aware of Skiplagged | 19.8 | 81.5 C | 100 AC | 0 | 0 | 0 | 0 |
| Expedia Ticket - Total Consumers | 25.8 | 0 | 0 | 100 AB | 0 | 0 | 0 |
| Skiplagged Hidden City Ticket - Total Consumer | 24 | 0 | 0 | 0 | 100 F | 100 F | 0 |
| Skiplagged Hidden City Ticket - Not Aware of Sk | 20.7 | 0 | 0 | 0 | 86.1 F | 100 DF | 0 |
| Expedia Hidden City Ticket - Total Consumers | 25.8 | 0 | 0 | 0 | 0 | 0 | 100 DE |

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #738 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Travelocity is offering a non stop flights from Orange County Santa ma to Miami Florida for only $245*
*This price is fairly cheap*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*That's the only way Expedia will be allowed to sell airline tickets from that company*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *Often times these third party sites offer huge discounts* |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *There picket prices are always cheaper than through the airline* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They sell fares for airlines so that should mean they have access to flights* |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *I have used this service before and my ticket was legitimate* |
| **Associated Risk** <br> *The option offered by Expedia carries no risk* | *I have never had an issue with my ticket purchase or my flights* <br> ---- <br> ---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will definitely buy tickets from them because they offer huge discounts*
*Cheap and professional and they have all airlines in one location of easy comparing of prices*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*They are the same prices*
*Nothing more to add*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*They offer comparison between airlines on the same page which will help in getting the best deals*
*Thank you Expedia for your continued service*

#738 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #745 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The screen showed the flight information and some modifiers on the left hand side.*
*The total price listed at the bottom*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*The airline companies it offers*<br>*They are marketing someone else's services*<br><br>**For what do they need to get permission or authorization?**<br>*Selling their services*<br>*Property rights* |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Did not see an extra fee listed* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Some deals are only listed on their site* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are a reputable company* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They are a well known company*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Likely buy directly from airline unless they offer a great deal*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It's essentially the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*Depends on price*
*Don't know*

#745 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #748 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Easily accessible information on the flight you are taking*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *The prices did not seem any cheaper on the website* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I did not see an additional fee charged on this website* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *A ticket bought from this website would be a valid ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I see no risks carried by this brand*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm excited to check them out because I would like to save money on my next flight*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I think the Expedia offering saves me and more of their customers money than the other offering*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I like that the price difference is pretty large. I'm always trying to save money whenever I can.*
*Don't know*

#748 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #749 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*It is usable to navigate*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Don't know*

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
>
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
>
> ----

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*It shows real time travel rates*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#749 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #822 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*The only direct flight is a redeye.*
*The fastest travel time with no stops - on a direct flight.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*----*<br>*----*<br><br>**For what do they need to get permission or authorization?**<br>*----*<br>*----* |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*The airline is allowing Expedia to sell tickets for THEIR services provided.*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| Relative Expense *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *They are providing options for purchase.* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *Their options are standard.* ---- ---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I may consider it if it is a large enough discount.*
*The airlines should offer these options as well.*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Not a big enough discount.*
*The price difference is minimal and going directly though the airlines is safer.*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*I would need to research further.*
*No*

#822 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #836 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*a flight for 264 dollars one way*
*an upgrade possible for an additional 50*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*My wishful thinking*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Don't know_ | ---- |
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _It would be crazy to pay more to book with them than going direct_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _my hope_ |
| **Associated Risk**<br>_Don't know_ | ----<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_It is probably better to go direct through the airline_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_It sounds very reasonable_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_May or may not consider buying my next airline tickets from Expedia_
_It depends on if the tickets are 100% valid and the fares are better_
_Don't know_

#836 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #915 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*This is perfect. This is the kind of site that you want to use. You get the best rates and comparative information from different airlines*
*I would absolutely useless website*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*I would have to believe that they would be otherwise how could they sell the ticket*

#915 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They find the cheapest flights across all airlines* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I would believe that I would have to be a valid ticket otherwise how could they sell a ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I'm not certain what risks would come with buying a ticket from Expedia*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will definitely look into it. I have my own favorite websites that I use when I'm flying*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel great. It's a very reasonable price and I'm confident that I'm getting a great ticket*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Basically did the same thing but I definitely would check it out*
*Don't know*

#915 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #951 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*very well laid out.  A lot of details are involved with the page, almost overwhelming*
*nothing more to add*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*I saw the logo and it is handingling all flights*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*It has been around for a long time so it would make sense that it would be*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I do not usually see a price difference after all the garbage fees* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *because it is usually laid out that way* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *because how much more do I have to pay for things* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *because it provides all airlines to choose from* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *it better be if I am paying for it* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *ive had issues with third party sites before and wouldnt overly recommend it*<br>*not getting the booking, no refunds*<br>*nothing else comes to mind* |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would be on the fence.  third parties are a concern to me*
*nothign comes to mind*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*it looked similar, so not sure why i would use it*
*nothing comes to mind*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*everything i have already said*
*if there was i would have listed it*

#951 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #958 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*great, nonstop overnight flight at a good price*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*airlines pay Expedia*

#958 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *the airlines have the same prices* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Airlines pay Expedia* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *ticket is confirmed by the Airline* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Ticket is confirmed*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*fine, no problem*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it is good*
*more choice*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*more choices*
*Don't know*

#958 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1016 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's crazy*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*It's great*
*Bothing*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*It's wonderful*
*Nothing*

**For what do they need to get permission or authorization?**
*It's credible*
*Nothing*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*It's awesome*

#1016 – Expedia – Hidden City

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It's great* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *It's nice* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It's great* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *We are authorized* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's the shiznit* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Wonderful*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's cool*
*Nothing*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*It's cool*
*It's nice*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*I definitely would*
*Nothing*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1029 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The offering is affordable for this trip.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*There are many flights available through the Expedia website.*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *You can compare prices ahead of time on the website.* |
| **Additional Fees** <br> *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *All fees and taxes are calculated when you buy your ticket online.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *Everything is accounted for in the final price.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *It's a website where you can compare and book tickets.* |
| **Associated Risk** <br> *The option offered by Expedia carries no risk* | *Don't know* <br> ---- <br> ---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy a ticket from Expedia if it was the price I was looking for.*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*There was no difference in price.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*I would consider this site while I'm searching for plane tickets.*
*Don't know*

#1029 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1030 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's really easy to read and understand it*
*Look pretty simple to understand*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Maybe enterprise*
*I'm thinking they would work together*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Exspedia*
*Don't know*

**For what do they need to get permission or authorization?**
*Anything legal*
*Legal things*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It's best*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The best deals* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Everyone has fees so go with them* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Very responsible other places have hire rate* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Easy way* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Valid most definitely* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Your safe with them*<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Cheap safe fair and*
*Best bet*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*Good hands*
*Best bet*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Definitely would consider buying my next airline tickets from Expedia*
*Would consider*
*Cheapest*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1034 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Don't know*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1076 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*I'm not sure at this time.*
*none*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
*----*

#1076 – Expedia – Hidden City

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Don't know_ | ---- |
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _na_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _Don't know_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _na_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _Don't know_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Don't know_
----

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_good_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_Don't know_
----

#1076 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1083 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is informative and complete. It gives me all of thew data I need.*
*This type of format is familiar to me.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*It is the Expedia site.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*The carriers that are involved in the offerings.*
*The airlines must give them access.*

**For what do they need to get permission or authorization?**
*To be able to offer travelers the use of their airlines.*
*Some are listed. Some are not. Only those who provide permission are listed.*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*The airlines allow Expedia to offer tickets for their services.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *There rae times I have found them to be less expensive.* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *From my experience, they simply do not do this.* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *There is not an uplift in the price.* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *This is the business they are in. They have certain parameters that make them more attractive.* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Past experience dictates this.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It is as good as a ticket purchased directly from the carrier.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel positive. I have found them to be a good source for travel.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It is favorable and credible.*
*I think it can be less expensive. It also gives me the choice of several carriers.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It gives me a breadth of information. It is innovative.*
*Don't know*

#1083 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1084 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Cross country smash*
*N/a*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> *----*

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Don't know*
*Don't know*
----

#1084 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1104 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It would be a long flight but great price*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*I believe Expedia just compares best prices and options*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I know they compare prices for the best deal* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Expedia is an accredited company and site* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Usually a cancelation fee will be applied*<br>*Don't know* |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Comparing prices through different companies and options*
*Don't know*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*It's the same price.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#1104 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1116 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would said they offer discounts for time of flying and place to stay as well at discounts.*
*nothing else to add.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*expedia is service that checks for discount with other airlines with their web site.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because they are show prices that it cost to buy through them.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because on their site they say they are.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I see no risk and it does say it legal ticket.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I never had a problem with them so I feel great to buy a ticket from them.*
*nothing else to ad.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*feel as though the price is great and better.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because I have got tickets from them before and no problem.*
*Don't know*

#1116 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1131 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Gives you a lot of options. Interface is bit cluttered*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----

**What do you believe is the relationship between __Expedia__ and the airline?**

*Don't know*

----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I think these are cheaper ways to get tickets* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel generally okay about buying from them*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Pretty good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Seems you can get a good deal*
*Don't know*

#1131 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1134 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It was clear and concise and helpful in making a decision.*
*I liked it.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*It has the authority to secure flights.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *From past experience.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *From past experience.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Because it is still less than retail.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It has better algorithms.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *From past experience.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It is licensed.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am absolutely confident.*
*I value Expedia.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Expedia is less and easier to navigate.*
*Nothing else.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would not consider buying my next airline tickets from Expedia*
*I enjoy using it.*
*Nothing more.*

#1134 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1182 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great price. Good airline. Great travel place.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Ensure authentication of a person*
> *Don't know*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *You can use discounts and codes for deals and promotion* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I don't mind paying additional if it's really worth it.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I think Expedia helps customers with finding cheaper deals yo fly* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will purchase a ticket from them anytime at the right price.*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*It's a good deal.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*They have great deals oand offerings*
*Don't know*

#1182 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1229 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*standard expedia offer*
*all good*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br> <br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Expedia and the airline?**

*There is some other relationship between Expedia and the airline*
*air lines can cancel your flight*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I have checked and prices are about the same* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *they have to make some money* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *seems to be about the same price* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | *----* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *because I have done that and never had a problem* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *airlines can still cancel the flight or ticket if overbooked*<br>*not getting on the flight*<br>*not sure, never had a problem* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I use them all the time and will continue to use their service*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*good, price is about the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*never had a problem using Expedia*
*Don't know*

#1229 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1236 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It was clear and Of course non-stop is the way to travel.*
*I liked seeing all the other options and their prices.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*Expedia just checks the flights and gives them to you.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *IT does not say so* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *IT looks correct and thorough* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have done this in the past* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It does not say it carries risks*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I usually find better rates if I just book the flight myself through the airlines,*
*not that I can think of*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The same flights*
*not at all*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I always check all different ways to fly.*
*Don't know*

#1236 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1241 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*Speed*
*Safe*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| **Relative Expense**<br>_Buying tickets through Expedia is not cheaper than buying directly from the airline_ | _Don't know_ |
|---|---|
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _More safe_ |

_If respondent believes additional fees are added_

| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _More speed_ |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
|---|---|
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Don't know_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _Don't know_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**

_Don't know_

----

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**

_Don't know_

----

**How likely would you be to consider buying your next airline ticket from _Expedia_?**

_Definitely would consider buying my next airline tickets from Expedia_

_Don't know_

----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1286 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy website with different flight options and prices for my trip*
*I like how it shows the non stop and the other with stops with the price differences to help me make a decision*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*That is how they can access the airlines prices and seats.*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Sometimes I feel like the airlines have better deals.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *They get a percentage of tickets sold from the airline* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *They usually have all the information you need about a trip so they offering something that is valuable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are a travel company to book the entire trip from flights, hotels and car rentals* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are authorized tickets from the airlines as Expedia is a travel agency* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Hard to cancel or get free upgrades*<br>*Don't know*<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel they give me a lot of options*
*I like the options of the whole trip planning without having to go to other sites.*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*They area  little bit cheaper*
*There was a little price difference, but not huge*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Probably would consider buying my next airline tickets from Expedia*
*Just to book my entire trip*
*Don't know*

#1286 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1316 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's an online booking agency where you can compare different flights and choose which one you want*
*It gives you a lot of information such as length of flight if it's nonstop cost where you're flying to and from*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*If they're listing their flights, they must've gotten the information from somewhere*

APPENDIX C-7

Case 4:23-cv-00860-P   Document 221   Filed 08/26/24   Page 622 of 1941   PageID 13254

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *In my experience, you get better deals by booking that way* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I know that I've tried to book through an airline, and I didn't see the same options as I did with the online booking agency* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because I've flown this way before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm very comfortable buying my ticket from Expedia*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've used them before and I've never had a problem*
*Don't know*

#1316 – Expedia – Hidden City

APPX. 0619

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1328 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Helpful*
*Fast*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They offer for this airliner ne*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It always id* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Through experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Through experience* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very often*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*The de them already*
*Don't know*

#1328 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1333 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*i looked on expedia and found a nonstop flight for only $264 per person and it's refundable if you do it more than 24 hours in advance.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Because I'm sure they wouldn't be able to offer these flights and times and prices if they weren't an authorized agent of the airline.*

#1333 – Expedia – Hidden City

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| Relative Expense<br>_Don't know_ | ---- |
|---|---|
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _Because I didn't see anything in the price breakdown that looked additional or like they did._ |

_If respondent believes additional fees are added_

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
|---|---|
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Because it looks official and just the same info as if you were purchasing it on an airline website direct._ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _Because i'm sure because of their reputation that it is reputable and it offers a refund as long as it's more than 24 hours in advance._<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_i feel good about it and it's a great way to look for ticket comparisons._
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_it's literally the same exact thing_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Definitely would consider buying my next airline tickets from Expedia_
_Because you can do comparisons easily and it's the same thing you'd find on the airline's direct website._
_Don't know_

#1333 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1370 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**

*Don't know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between _Expedia_ and the airline?**

*Expedia is not an authorized agent of the airline*

*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1370 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1387 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia offers detailed flight information*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I book a lot of hotel rooms through third parties and they don't charge a fee to the consumer* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Why would people buy if they weren't?* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Guess I would but never have*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I think it was pretty much the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*I'd consider all the options and then decide*
*Don't know*

#1387 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1389 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A number of choices, and I chose the nonstop even though it cost more*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*I've used Expedia and they deny responsibility for anything the airline does once the ticket is booked*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Experienc* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used them* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *My experience with Expedia not advising me of cancellations*<br>*The airline and Expedia don't know who's responsible for communication with the customer*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm undecided.  We just had to cancel some flights and it's not always clear who you're dealing with*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The advantage of Expedia is comparison shopping, not the price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Recent experience*
*Don't know*

#1389 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1404 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*a cool feature & platform*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense | ---- |
|---|---|
| *Don't know* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| **Reasonable Charge** | ---- |
|---|---|
| *Don't know* | |

| **Authorized Agent with Additional Fare Access** *Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Previous experience* |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *Previous experience* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *Different Preferences* ---- ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*happy about it*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Happy*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Different Preferences*
*Don't know*

#1404 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1405 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It has lots of helpful information to book the flight*
*Fees and options are all disclosed.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Because it shows airline names and ability to book their fight.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I've booked with Expedia before and I think the rates are the same or very close with er way.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Expedia is reputable and has been helping consumers book flights for some time.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am confident that expedia is legitimate.*
*I'm surprised that this survey is hinting that tickets purchased through expedia might not be honored.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Very comparable I would think.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I think their rates are comparable to directly ordering from the airline or other sites.*
*Don't know*

#1405 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1410 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is a little busy, but it makes sense.*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I would assume many airlines and hotels*
*Just a guess*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*I just assume Expedia has some kind of relationship with airlines in order to run this website.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I have used Expedia before and it CAN be cheaper.* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've used Expedia before, I do not remember there being an extra fee, though I may be wrong.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used Expedia before, so I  know it is a valid ticket issuer* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel comfortable buying airline tickets from them, especially if the trip includes more than one airline*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1471 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is a website that would help aid in booking and service online*
*The layout is very convenient and helpful*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*It looks like it would be a booking site*
*It is a good service to help*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*A company that has access to the site and what they have to offer*<br>*Because the Design has a good experience*<br><br>**For what do they need to get permission or authorization?**<br>*They need it when you check in on the site*<br>*Whenever you would need it* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Don't know* | ---- |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *Don't know* | ---- |
| **Associated Risk** <br> *The option offered by Expedia carries no risk* | *They have a lot of experience* <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I have know about this service*
*They have a lot of service*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#1471 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1478 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is a flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They are allowed to list the flight options for that airline*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I think their fees are higher so they make money* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It should be fine*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think they would be a fine choice*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*That is about the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#1478 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1485 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This is an organized website to help book trips.*
*It is convenient.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
*----*

**For what do they need to get permission or authorization?**
*Don't know*
*----*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They are a top company.*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They have deals.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've experienced it.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Affordable prices.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are the best.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are working with the companies.* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Always risks.*<br>*Deals can fall through.*<br>*No* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel good.*
*No*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It is better.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*It is a good site.*
*Don't know*

#1485 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1500 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense | Don't know |
|---|---|
| *Buying tickets through Expedia is cheaper than buying directly from the airline* | |
| **Additional Fees** | Don't know |
| *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| Reasonable Charge | Don't know |
|---|---|
| *I believe the fee Expedia charges for its services is reasonable* | |

| Authorized Agent with Additional Fare Access | Don't know |
|---|---|
| *Expedia is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | Don't know |
| *A ticket bought through Expedia is a valid ticket* | |
| **Associated Risk** | Don't know |
| *The option offered by Expedia carries risks* | Don't know |
| | ---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I think it's acceptable what expedia is offering*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*I've purchased ticket previously with no issues*
*Don't know*

#1500 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1538 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It was flight details such as time and locations with pricing.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I don't think they can make the offer otherwise.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It gives you a discount.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *No fees are listed* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I answered this already.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They don't sell fake tickets* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel fine.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It is better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I save*
*Don't know*

#1538 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1542 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Hotels around the world along with the airport*
*Because you book a vacation that includes flight and hotel*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because they are a travel agency and get a discount* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is registered with the airport* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Yes I would potentially use them for my next flight*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel good about it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Because of the cheap price*
*Don't know*

#1542 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1561 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This a good offer because the total cost is better than most.*
*It appears that the cost includes all options I may want.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *To list fares as they do*
> *I think it is the law*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*My payment goes to Expedia but any contact after must be through the airline*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Different airlines use Expedia so usually the fare is cheaper.* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Additional fees are charged by the aitline* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I have used Expedia a lot and know how good it is.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I just think it is so.* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used Expedia a lot.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I do not know of any risk involved*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I review trip costs on a few sites but Expedia is my first choice*
*I have recently booked a trip to Portugal using Expedia*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I prefer the Expedia offering*
*I do not like American Airlines*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I often use Expedia and, in fact, recently booked a flight*
*Expedia is a good choice*

#1561 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1578 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*there are the dates travel is wanted, the flight I want to take, how much it costs*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*it is the website that flight is bought from*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *have checked many times* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *have used this service before* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *have done this before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*have used before and like it*
*Don't know*

#1578 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1674 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Orange County housing offering*
*Miami*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*LinkedIn*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
*----*

**For what do they need to get permission or authorization?**
*Bc they are not allowed to*
*Bc they are not in the main manger*

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is not an authorized agent of the airline*
*Bc they can not allow certain things*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Bc they offer sometimes get cheaper ticket s* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Bc they are just a middle of the road 3 part company* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The offer reasonable rates* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Sometimes they offer great tickets but* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Have ever gotten a bad ticker* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They are guaranteed*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldn't feel concerned about it*
*They are a great company*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They offer competitive pricing*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Bc they offer great prices*
*Don't know*

#1674 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1696 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*there are some choices of different times and prices for the flight looking for*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*because I have heard of it before and that it has airlines to choose from on Expedias site, so  i am just thinking so*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *they advertise that way, I mean, if it weren't they wouldn't be in business because it is fairly easy just to book through the airlines, but if I am not going to do that , it better be cheaper* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it seems fine*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*why not, if there are a lot of choices and probablh less expensive*
*Don't know*

#1696 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1699 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy to understand*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because they are able to sell the tickets*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Otherwise there would be no reason to buy through them* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because they seem to have the same offerings* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *You can use it* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *It is harder to rebook if there is an issue*<br>*You have to work with Expedia and not the airline for any changes*<br>*No loyalty points* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will likely not unless it is much cheaper*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Since it is the same, I would book directly through the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would not consider buying my next airline tickets from Expedia*
*Given that there have been so many flight issues lately, it seems more likely an issue would arise*
*Don't know*

#1699 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1720 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is ok but it a late flight that gets you to Miami the next day.*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They are booking the flight for the airline on your behalf*

# APPENDIX C-7

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I didn't see any fee on the pricing* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I assume that it is* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*If I can get a better price than I am ok*
*Nothing else*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*They have competitive prices*
*Nothing else*

#1720 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1728 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I cheaper overnight flight ticket.*
*There were other more expensive flights available.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because they have permission from the airline to advertise their flights.*

#1728 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have purchased tickets from Expedia before.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Expedia is a reliable company.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would purchase a ticket through them if I could find a suitable deal.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel the offers are the same.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*They are a reputable company*
*Don't know*

#1728 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1738 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It was an easy search and they had exactly what I was looking for*
*It was nice that they included taxes*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*The airline*
*They don't offer the flights*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They work together and I assume they have a deal*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *The airline isn't a middle man* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They have to stay afloat somehow* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It isn't a crazy amount and your getting bookings easier* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are a big business so I assume they are fully authorized* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's a big company, of course everything is valid* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They do the booking, I haven't heard of anyone having issues with them*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's easy and you can see all of the options, I would use them as a resource*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's easy and it looks like the same proce*
*I like that they include taxes*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It's easy to see all of the options of flights in one spot*
*They make pricing easy*

#1738 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1739 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I always use expedia*
*Easy to use and book*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Because some airlines I work with are never on Expedia like Aliegent*

#1739 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I've checked to see but prefer Expedia for record keeping and perks* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've never paid a fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Used it* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Used it*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Confident*
*Expedia is number 1 in my book*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Better*
*Better rates*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I use all the time.*
*Great company*

#1739 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1740 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very good options and selection ability and good flight at a good price*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I think Expedia is a United created site*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't think any of the major travel sites charge a service fee* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It has to be authorized* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It is an established real brand* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *After a certain number of hours after booking, there are rules and fees*<br>*Don't know*<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel very good about using Expedia, especially for packages*
*Expedia is one of the big 2-3 travel sites*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Equivalent to AA.com at worst*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*This survey has made me consider it more now*
*Don't know*

#1740 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1807 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*It is of great interest*
*It is reliable*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Manufacturing*
*Automotive*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*They are relevant*
*Equality is great*

**For what do they need to get permission or authorization?**
*Financial permissions*
*It is great*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*It is of interest*

# APPENDIX C-7

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *It is great of interest* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *It is of great interest* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *It is of great interest* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *They are of greatinterest* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *They offer a great value* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They are modernised*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*They are great value*
*They are of good value*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Santa and better options*
*They are of great deals*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*They are of great value*
*They are modernised*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1817 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*it was a 220$ offer travel that was for traveling from orange county to miami with 24 hour free cancellation.*
*nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *they offer some great deals for exclusive airlines and times.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *they make the ticket payment much more easier and their rate is very low to complain about.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *because they are a legit ticket selling company.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i feel confident because i've used them many times and got some good deals here and there.*
*nothing else.*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*i think the pricing of the expedia is much better.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia because i've used them before and had no problem.*
*Don't know*

#1817 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1825 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*appealing*
*interesting*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*American Airlines*
*I see and read in the website*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*Expedia*<br>*I see in the website*<br><br>**For what do they need to get permission or authorization?**<br>*the available schedule in the airlines*<br>*I read in the website* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*We can book Expedia for that airline*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *We can have a discount* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I read that in the website* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I read that in the website* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *We always use online travel services* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *it is convenient and safe*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm excited to buy ticket again through Expedia*
*We will have a trip soon and I trust Expedia to book our flight.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The Expedia is cheaper than American Airlines*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I can save money*
*convenient to buy ticket*

#1825 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1836 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's Expedia and you are in the booking process from Calornia to Miami*
*Its cheap*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*There's a big logo*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I don't think I could buy from them if they weren't a an authorized agent*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| Additional Fees<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I didn't see a fee* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*Don't know* | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They show up on the site to purchase* |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *I have purchased before* |
| Associated Risk<br>*The option offered by Expedia carries risks* | *Don't know*<br>*that airline or hotel is actually overlooked*<br>*I don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy it if it had a good price*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It is cheaper than booking online*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Pricing is cheap*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1842 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A great opportunity for me and my family*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----


**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The concept of the product* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *The concept* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's the best option for me*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*The option*
*Don't know*

#1842 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1860 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*There was a pretty good deal on getting Fri. But the fact is I have a few other people that I want you*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *The only way I could get a job is if you have to pay me for the*
> *It's just my feelings*
>
> **For what do they need to get permission or authorization?**
> *From the airlines*
> *Because they are the only people that are willing and willing and willing and willing for a*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They are pretty big and*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The rates and fees are Christ, shaver noted njn* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They have to hehe as a person who has to work for a company to be* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *Mergers are not the same as the stock markets in general but the market has a* |
|---|---|

| Authorized Agent with<br>**Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because they couldn't be trusted with their type ref the* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Third party's will not have the power of a third party's office in a state*<br>*Non refundable or maybe cancellations*<br>*Not that I know if* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider it*
*I had an idea that you were coming over for a drink*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*The Expedia got more information into jungle waters in a week or so yy*
*The only way I could do that was if you wanted me too but you don't want me*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*I have always loved this company*
*The only way I could do that was if you wanted me too but you don't*

#1860 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1861 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*this is a great quality offering*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*I think it is clear from the image*

# APPENDIX C-7

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1861 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1870 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's a 5 hour flight costing 260.00 , not too bad of a price*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*American airlines*
*It has to have the permission of the Airline to sell tickets*

**For what do they need to get permission or authorization?**
*To sell their airline tickets*
*In order to be an authorized seller*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It has to have the permission to sell their tickets*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They sell discounted tickets* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've done business with them before* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They have a relationship with the airlines* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've done business with them before* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I've done business with them before*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's a great service with great prices*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's still a good price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like their service*
*Don't know*

#1870 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1880 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Looks like a really well organized site*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*looks like theiri branding*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*looks like they lent their design team*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *In my expereince its way cheaper* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *ZI dont think they do, im not sure* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *its not outragetous through them* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Its always valid, why else would you buy it* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*they are fine I guess*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*same as before*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I like their company*
*Don't know*

#1880 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1900 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*expedia, they offer high product service*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*it related*
*none*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*its business related*
*no*

**For what do they need to get permission or authorization?**
*yes*
*no*

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*it offer better service*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *better work* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *low cost* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *i like that* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *better work* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *valid tricket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *better work*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*they offer high  quality*
*no*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*better tricket prsie*
*none*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*yes*
*no*

#1900 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1915 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It was here*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Nothing*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*It is well done*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It gives you good rates* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It's nice* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It is fair* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It feels good* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It feels right* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *It is cool*<br>*It is good*<br>*It is nice* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is good*
*Nothing*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It's well done*
*Nothing*

#1915 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1920 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I will describe it as a cheap ticket*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*I've purchased from Expedia before*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The airlines tickets are very high* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The fees aren't high at all and they're lower than airlines* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I purchased a valid ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Expedia prices are lower*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Expedia rates are better than AA*
*Don't know*

#1920 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1925 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*maybe i will if they ever need a ticket for something*
*not at all just that*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I think it has a connection with a banking company*
*They offer services from that specific company*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*I think it does because it it held in another website*
*They are in another page or website*

**For what do they need to get permission or authorization?**
*maybe from the owner of the url or website*
*the different companies featured in the image*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*The expedia logo is present here*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I think that a compnay offers you better prices first hand rather than selling it to you through second hand sellers* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I think every company charges you some other fees whenever you buy something form them* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I think that companies charge you fees that can be reasonable due to other extra things that they may need* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I think that there could be some exclusive offers or services that only expedia offers* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I think that it is a valid ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I think that it is a trusthworthy comapny*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Maybe feel a bit of trust towrds them*
*at the moment no*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I think that amercian airlines is a bit like expedia*
*none at all*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I think that you should be open to different options*
*none at all*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1952 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Expedia.com*
*They were showing a booking*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Priceline*
*From experience*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They have to be to book flights*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I know this from experience* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They have a fee for using their service* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I think they have reasonable prices* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because your buying through an authorized agent* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think I would consider it*
*They seem like a solid reputable company*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They cost the same price*
*Unless you get like points or something like that I don't think it matters which one u pick*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Depends how good the deal is*
*Don't know*

#1952 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1954 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Website that helps me with travel*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because it is* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It has to be* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I might consider buying my next ticket from them*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It was okay*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
*----*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1960 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*$264 for a round trip from california to miami girl and its nonstop thats not a bad deal*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is an authorized agent of the airline*
*I believe that the airlines may provide discounts or deals to expedia in exchange for new customers and i think they authorize them to do this*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Like stated earlier I believe these booking sites are given discounts because it gives an incentive for customers to purchase the tickets from them.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *They have to pay the airline as well as give the customers a good deal I think they deserve a little bit if the cut as well and it never seems to be too much for me* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used expedia and the tickets purchased from them are just as good as getting them anywhere else* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *You will get on the flight like you purchased and if you have any issue they have great customer service from my past experience*<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would 100% consider them, I prefer Priceline at this point but Expedia is good too. I like the bundling aspect especially*
*Don't know*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*I like the Expedia option just as much. Even though it is the same price I was able to see other airlined and compare those prices instead of going directly to the airline flight and having to only see American Airlines and cant compare*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*I do not use ticketing site just for the discount, I like to see other airlined and flight options offered all on one single site to compare and contrast.*
*Don't know*

#1960 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1968 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*it is a one way non stop flight.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It feels like they can save you money and show the best deal.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The price does not seem too high to pay.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *You are still paying for a ticket that works.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident buying from them as they have affordable prices and easy to view flights.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel like it is giving the best offer from American Airlines,*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like how easy it is to browse and it gives me the best prices.*
*Don't know*

#1968 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1974 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Informative*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** _Buying tickets through Expedia is cheaper than buying directly from the airline_ | _Because it's cheaper_ |
| **Additional Fees** _Don't know_ | ---- |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge** _I believe the fee Expedia charges for its services is reasonable_ | _It has good prices_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** _Don't know_ | ---- |
| **Ticket Validity** _Don't know_ | ---- |
| **Associated Risk** _Don't know_ | ---- ---- ---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I feel good_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Not very good_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would not consider buying my next airline tickets from Expedia_
_Don't know_
----

#1974 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1975 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1975 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1982 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*Don't know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**

*Don't know*

----

#1982 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with**<br>**Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Don't know*
*Don't know*
----

#1982 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1989 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Flying from Orange County to Miami for around $260 through American Airlines*
*There were other cheaper options below*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *American Airlines*
> *That is what I would be flying*
>
> **For what do they need to get permission or authorization?**
> *To book the flight*
> *Don't know*

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*So they are able to directly book the flight through expedia*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *It just shows you the best deals* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They have access to all of the fares for flights you want to take and you can choose any of them* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *You can access your ticket on the airlines app as it is booked through the airline* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It is a trusted website that books through the airlines so you get confirmation emails*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely look into it.*
*I have a lot of points for airlines so I may use those*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel as if there was no difference, it was the same price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*It can just be easier to book directly though the airline*
*Don't know*

#1989 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1990 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*$263 flight*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*


*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----


**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#1990 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2019 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*An Expedia that recommends flight to any location, American airlines, delta and also united*
*They unleash more opportunities to strengthen connections , broaden horizons and bridge*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Hotel.com,Expedia cruises ,Vrbo*
*Their platform and technology capabilities connect their partners to the world's most trusted online travel brand*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*Expedia group*<br>*They own and operate travel technology*<br><br>**For what do they need to get permission or authorization?**<br>*To build connections and bridges divides*<br>*We believe travel is a force for good* |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Expedia is the only full service online travel provider to offer such extensive inventory to travel agents*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *In many cases Expedia can offer flight tickets cheaper than the airlines* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *On op of the service fee, Expedia can also charge other fees such as a convenience fee delivery fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *They advicing you to spend more to avoid some airline fees* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Is an authorized travel agency* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Tickets are always valid* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Expedia is a reliable company*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Expedia is a reliable company,so I will buy  my next ticket from them*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The cheapcash loyalty program allows customers to earn reward through the websites or mobile apps*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Discounted travel products includes hotels,cruises, rental cars, packages, vacation rentals and more*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2028 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia is a travel planning agency*
*nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*cool as the flip is better*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *everything is good and set* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *because they are good people* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *cheap flight stress free* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *because they are best at what they do* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *because it is official* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *coo as the flip*<br>*----*<br>*----* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*they are my go to every time*
*nothing else*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*cool as the flip is different*
*nothing else*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*I love expedia*
*nothing else*

#2028 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2093 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*an airline booking website*
*compare options from multiple sources*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Hertz*
*I think I saw the logo somewhere*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*it clearly states it*

#2093 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *comparison of prices* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I'm familiar with the company* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *legitimate company* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I usually buy direct from the airline I'm using*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it's nice and precise*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*I don't usually use websites like this,but I'm not opposed*
*Don't know*

#2093 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2098 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It was nonstop and it will take over 5 hours.*
*The price was $124*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Because they are allowed to sell tickets and enter information into the airlines system*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is not cheaper than buying directly from the airline_ | _normally the airline is cheaper_ |
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _the airline pays expedia to sell the tickets_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _the tickets are usually not much more than you can buy from the airline site_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _I have bought tickets from expedia in the past_ |
| **Associated Risk**<br>_The option offered by Expedia carries risks_ | _The airline will not refund your money if there is a problem and it is a hassle to get your refund from expedia_<br>_if the airline changes the schedule or cancels the flight it is hard to get your full refund from expedia_<br>_Very expensive change fees even if it is the airlines fault_ |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I will continue to use the airline website_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_it is the same as the airline_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would not consider buying my next airline tickets from Expedia_
_It is to hard to change or get a refund_
_Don't know_

#2098 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2102 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Gives you all the tools and support necessary to book a flight easily.*
*Clear, concise and easy to use.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required?<br>----<br>----<br><br>For what do they need to get permission or authorization?<br>----<br>---- |
|---|

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Is a brand that connects you with the best prices for travel.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I go to these websites to compare prices and find the best deals.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *The final prices is all inclusive.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are experts and that's what they do.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are authorized to give you plane tickets that can be used at the airline of your choice.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They do have a policy of guaranteed refunds.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's one of my favorite sites where I can feel confident in getting a fair price.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They team up with airlines to give you the best price possible.*
*Consistent quality and reliable service.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Has been a trustworthy site for decades.*
*Don't know*

#2102 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2134 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It helps you choose the best flight and gives other options as well.*
*Expedia has an easy to use website.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*They work with travel agencies instead of airlines.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are authorized to do so.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2134 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2142 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Expedia ranks your  flight accordingly to your parameters*
*It works well but kinda sketchy*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is an authorized agent of the airline*
*I think that the makmrket is regulated*

#2142 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *At times ypu pay more than what promised* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *The whole business is sketchy as f* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Unfortunately, the charges are out of control* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I hope so* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *This I am sure because I bought many* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I never had a problem*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Fine, I guess*
*They should be put under scrutiny*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It fair I guess*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*If I find a cheaper method I will ise it*
*No*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2163 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A discount flight booking website*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They sell tickets from the airline so they should and have to be authorized to do so in my opinion*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _I have saved money before on flights by using them. Almost 100 bucks_ |
| --- | --- |
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _Don't know_ |

_If respondent believes additional fees are added_

| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _Not a huge fee. Some places charge more_ |
| --- | --- |

| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| --- | --- |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _I have used one before at the airport_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _Never had any issues or seen any way a risk would be involved_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Pretty confident_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Good_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Definitely would consider buying my next airline tickets from Expedia_
_To save money and get the best deal_
_Don't know_

#2163 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2171 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*There was a lot of detail perhaps more than I really want.*
*Thats all I have*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*It has to have a connection to supply services.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They shop through all for the best rates.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Their rates are usually better.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Good prices* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *The offer the tickets and rates* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because you can travel* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *The have a guarantee*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would certainly look and see what I can find and would use them.*
*Not for today*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It looks great and easy to understand.*
*Not at this time.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Ease of use and accuracy.*
*Not at this time.*

#2171 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2185 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would describe this offering as very appealing and easy to use. It provides me with enough information for my travel.*
*I really like the layout and how organized the page is. I feel that my friend would also agree with me.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*They are not an authorized agent because Expedia is offering flights for many other brands as well.*

#2185 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They charge taxes and fees when you purchase ticket on their platform.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I feel that it is fair and reasonable because they are offering an easy to use service that makes booking flights easier.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *I do not see anywhere on the page that says they are an agent for the travel agency.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It is a valid ticket because they are a real company offering a service.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I do not see any risks or issues that will happen when using their service.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel very positive when buying from them because I never have any issues.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It makes me feel more positive because they provide detailed information that is relevant to me and my needs.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I would use it because it offers me the best service that makes my travel easier.*
*Don't know*

#2185 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2204 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*easy to navigate*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Don't know*

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*partnership*

#2204 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2204 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2210 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia offers great values and immediate responses to getting a flight*
*Nope, they are great*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*A credit card company*
*Because it shows in the diagram*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*It shows it in the diagram*
*The diagram shows so*

**For what do they need to get permission or authorization?**
*To get the flight accepted for the price*
*Because the diagram shows so*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They are official*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They offer better and more unique experiences* |
|---|---|
| Additional Fees<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *They do it all themselves* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *They have the best prices* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They have more opportunities* |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *They are reputable* |
| Associated Risk<br>*The option offered by Expedia carries no risk* | *They are very reliable*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Completely*
*Nope*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Great, they offer reliable service*
*Nope*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*They are reputable*
*Ope*

#2210 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2244 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Fairly easy to use and modern.*
*Innovative and well trusted.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _They provides directly tickets._ |
| **Additional Fees**<br>_Expedia charges an additional fee on top of the airline's total ticket cost._ | _Cost less and service lot more._ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _Trusted and customers friendly._ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _They very good for service._ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _They risk free for tickets._<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_This is a very customer friendly company. A much trusted and awesome brand._
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Price most of the important thing._
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Definitely would consider buying my next airline tickets from Expedia_
_Service much better._
_Don't know_

#2244 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2256 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A red eye from Miami to Cali*
*Non stop one way*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*They get discounts for bulk or just a percentage of sales made by the website*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Most of the time I have seen way cheaper than the airlines* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is through the airline not them they are a reseller of available seats* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *If you take the insurance*<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*50/50 depends on price or competitors offers*
*Don't know*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*they seemed the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*May or may not consider buying my next airline tickets from Expedia*
*they may still have a better deal*
*Don't know*

#2256 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2271 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The price rate is good and affordable*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*The reason id that Expedia is one of the most usable in term of booking*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The rate is very cheap compare to others* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Ni additional money* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The price is always at the reasonable rate* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Reasonable rate* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Authentic* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Authentic*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Positive*
*Authentic*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*More affordable*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Expedia is the best*
*Affordable price compare to other organizations*

#2271 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2273 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's a good place to get a lot of information*
*It's easy to use*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*They use the airline data*

# APPENDIX C-7

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I have found that to be the case* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't think they do* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *You are using their services* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *There is a different relationship* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I use this* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *There is money exchanged*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider it*
*It is easy*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's ok I guess*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like it*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2317 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*User friendly*
*Convience*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Travelog*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Valid* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Always a risk in everything*<br>*Don't know*<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Positive will use in the future*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*More options*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2317 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2365 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It show you the different prices*
*It shows the best deals*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**APPENDIX C-7**

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*It is a good brand*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**

*It cost too much*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**

*Definitely would consider buying my next airline tickets from Expedia*

*It's a good brand*
*Don't know*

#2365 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2366 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A website that compares flight schedules and prices*
*It gives you the option to purchase flight based on schedule and availability*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*The website takes a commission when a flight is sold*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The website purchase flights in bulk to save cost* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *There's a small service fee in addition to the flight cost* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The cost is small* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*A full refund cannot be issued*<br>*Don't know* |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would purchase my next airline ticket from them with confidence*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*The cost is very competitive*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2366 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2372 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*An expedia experience*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*

*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It seems cheapwr when Iblooked into it but sometimes it wnds up about the same* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It works the dame I think* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Probably will not*
*No*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It was much cheaper*
*No*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*It seemed cheaper but I would have to look into it first*
*Don't know*

#2372 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2390 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Fast*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> *----*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Fast* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *F day* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Feels good*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Looks great*
*Don't know*

#2390 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2391 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Flight to Miami*
*Price*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*Good*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is not cheaper than buying directly from the airline_ | _Don't know_ |
| **Additional Fees**<br>_Expedia charges an additional fee on top of the airline's total ticket cost._ | _Don't know_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _Don't know_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Don't know_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _Don't know_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Don't know_
----

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Don't know_
----

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_Good_
_Don't know_

#2391 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2398 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very good booking offer*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Trip.com*
*No*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Yes*
> *Don't know*
>
> **For what do they need to get permission or authorization?**
> *Yes they do*
> *Don't know*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Because I did*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because I did* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Because I did* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Because I did* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because I did* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because I did* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Because it is very true*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Plane trips and hotels rooms*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Very good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because I said that*
*Don't know*

#2398 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2410 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*There is a good deal on Expedia to Florida*
*It's a good deal*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*An airline I don't remember the name*
*It's common sense*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They have a partnership*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They want you to buy from Expedia that's why it's cheaper* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Try to be as cheap as possible to entice you to buy* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *ReAsonal price* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They have a partnership* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are legit* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It's authentic*<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel compelled to buy from them*
*No*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*Expedia is a more reasonable price*
*Mo*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*Yes seems like the most common choice*
*No*

#2410 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2418 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A bit cluttered*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*A well know travel agency would have connections*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They need to make money some how* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *its a legit website*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will  consider it*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#2418 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2426 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Different flight prices*
*Nor really*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *I would imagine from the airlines*
> *Don't know*
>
> **For what do they need to get permission or authorization?**
> *The flight and room prices*
> *Don't know*

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is an authorized agent of the airline*
*They would have to be*

#2426 – Expedia – Hidden City

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _It just usually is_ |
| **Additional Fees**<br>_Expedia charges an additional fee on top of the airline's total ticket cost._ | _I would imagine they would have to_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _Because they are_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Because it is these questions are dumb_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _It's guaranteed_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I wouldn't be opposed_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Its pretty decent_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Definitely would consider buying my next airline tickets from Expedia_
_It's a great deal_
_Don't know_

#2426 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2434 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A nonstop flight from CA to FL*
*Very clear fees*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *American airines*
> *They provide the flight*
>
> **For what do they need to get permission or authorization?**
> *To sell the flight at that cost*
> *They are the provider of the actual flight*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They take a cut and pay the rest to the airline*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It is usually cheaper to book through a third party* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Tickets are still often cheaper this way* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Expedia works out deals with the airline directly* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've done it before and it worked fine* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *The airline can't fix problems with tickets that weren't booked through them*<br>*Last minute changes and refunds can be difficult*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will buy from whoever has the best available price*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's exactly the same but not direct with the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*The. Price is the same*
*Don't know*

#2434 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2437 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*An offering to get cheaper airline tickets*
*A one stop to book all your amenities*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*The brand name on the website*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Expedia*
*By purchasing it through directly expedia*

**For what do they need to get permission or authorization?**
*For confirmation on buying tickets on the airlines website*
*Expedia is a third party app*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*With expedia working with variety of airlines*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They sell tickets for cheaper and bundle options* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *It charges a travel protection fee* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I can still get prices cheaper than the airline* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Expedia is its on website* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It gives you a bar scan code when you check in at the airport* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It is a legit site with real customer reviews*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident and am loyal to the brand*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel that's its a reasonable offering and happy about it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Is a brand I am happy doing business with*
*Don't know*

#2437 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2444 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*it's a website for flights to miami that is a one way ticket per person*
*it would be it has different departure time available*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*american airlines, united airlines*
*it would be they are the ones that offer the flights*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*they are authorized agent because they are able to offer flights from the airline*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _they are able to curate the best prices because they work with the airline_ |
|---|---|
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _it would be how they only charge taxes, fees, and fligt_ |

_If respondent believes additional fees are added_

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _it would be how they are partner with the airline to offer flights airlines can't sell_ |
|---|---|
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _it would be how they are authorized airline agent that can sell their flight_ |
| **Associated Risk**<br>_The option offered by Expedia carries risks_ | _additional fees for cancelation of flight_<br>_it would be cancellation of flight or change of plans_<br>_none_ |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I feel they are a decent option for my next flight_
_it's very clear and they offer good amount of flights_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_I like how they don't have additional fees_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_I like how they don't charge additional fees_
_Don't know_

#2444 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2451 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*A pretty typical package offer on a flight booking website*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*Because of various references between the two mentioned across the website*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *What else would be the point of the partnership* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Past experiences* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *If I wasn't valid people would go insane against the company* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely consider their services yes*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They seem very similar even the prices but Expedia gives better incentives*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It seems like a great service*
*Don't know*

#2451 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2452 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*orange county to miami for $250*
*its a cheap price*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*i have bought tickets from them*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *they didnt for me* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *its reasonable enough* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *because i have bought tix and they were valid* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i feel confident spending money with them*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*because if the price is right im going with them*
*Don't know*

#2452 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2470 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*I was a flight to miami*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*They are realible and always show all the options*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *they carry more deals* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *they are always working with airline travels* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*they carry alot of deals*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*its sligthy cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*they show the breakdown on how much they cost*
*Don't know*

#2470 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2471 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Easy to read*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ----<br>---- |
| **For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _Don't know_ |
| **Additional Fees**<br>_Expedia charges an additional fee on top of the airline's total ticket cost._ | _Don't know_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is not reasonable_ | _Don't know_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Don't know_ |
| **Associated Risk**<br>_The option offered by Expedia carries risks_ | _Don't know_<br>_No guarantee seats are available_<br>_Don't know_ |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Possible_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Somewhat the same_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_Don't know_
----

#2471 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2504 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*the offer is decent*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *the airlines associated with jt*
> *they have to connect w this company to make the sale possible*
>
> **For what do they need to get permission or authorization?**
> *to sell tickets for flights*
> *they can't sell unauthorized tickets*

**What do you believe is the relationship between **Expedia** and the airline?**
*Expedia is an authorized agent of the airline*
*they have to be authorized to make the sale*

#2504 – Expedia – Hidden City

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *i'm not sure but i would assume they have to charge an extra fee to make money* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *they should be reasonable to attract customers* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I haven't used it before but i assume they would be valid as it is a trusted website* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i would consider it*
*Don't know*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*i would just use the american airlines website*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*it would be nice to compare prices but i'm not sure if i would definitely use*
*Don't know*

#2504 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2542 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They offer discounts* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *You could still use it to fly* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel good about it because i know it will be cheaper*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*That it was cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like the prices*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2546 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*It's a one way ticket for around $263 which is a good deal in my opinion.*
*The pricing receipt was confusing, it looked like there was a discount involved but it was hard to tell.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*There is some other relationship between Expedia and the airline*
*If you can book flights through Expedia then there must be some sort of relationship probably involving discounted flights.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It looked like there was a discount involved in the second picture. Because of their presumed partnership, it's likely they offer discounts to gain traffic on their company website.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *The pricing must be different otherwise you'd book from the airline directly.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *The picture shows they are connected and Expedia is a popular valid traveling site.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'd consider it, assuming I would get a better deal than directly on the airline's site. Next time I travel, I am extremely likely to compare prices with this site.*
*The site seems valid and legit for purchasing tickets as a presumably discounted rate. If all goes well I am likely to refer a friend to check them out as well.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They are the same pricing so am unsure what Expedia offers in difference.*
*The fees and pricing are the same.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Based on the pictures, I am unsure the difference between booking on Expedia and directly through the airline.*
*Don't know*

#2546 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2547 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Don't know |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great airline tickets deals*
*Check out*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They are a ticket and booking site*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They look for deals for you* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very positive*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*Fair*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
*----*

#2547 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2555 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia has very good discounts and prices*
*Great customer service*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*It showed the logo*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*They are a 3rd party website*

#2555 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I've seen the prices* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've seen the website* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I like the prices* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've bought from them* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I've used their site before*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Feel safe*
*Great company*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Very good price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like their prices*
*Seem trustworthy*

#2555 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2556 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Online airline ticket to Orange County Florida*
*The website was Expedia and the ticket price was around $265*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I've had friends use Expedia to book online air travel tickets*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _The prices look a lot lower_ |
| **Additional Fees**<br>_Don't know_ | ---- |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _The price seems normal_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Expedia is a legit company affiliated with airlines_ |
| **Associated Risk**<br>_Don't know_ | ----<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I probably would just because of how convenient it is_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_American Airlines is cheaper by about $35_
_I would book a flight that was cheapest_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_May or may not consider buying my next airline tickets from Expedia_
_Depends on if I can get a difference flight scheduled sooner or later_
_Don't know_

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2694 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The offering on this website seems like a typical deal*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is an authorized agent of the airline*
*They wouldn't be able to offer the flights without authorization*

#2694 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The prices are usually lower* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They would be out of business if they sold fake tickets* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel fine buying tickets from expedia*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The Expedia offering is comparable to the airlines*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2694 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2695 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Is okay, nothing spectacular*
*Nothing comes to mind*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
*----*

#2695 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Facts* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Facts* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Facts*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Is okay*
*Nothing comes to mind*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Is more expensive*
*Nothing comes to mind*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#2695 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2697 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It offered a variety of flight times and gave the pricing for each of the flights*
*It also gave you flight times*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*They show you a wide variety of Airlines so I don't believe that they have a connection with anyone in particular. I think that would make people trust them a little less*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Every time I've bought a ticket through Expedia it was cheaper than when I called the airline directly to see about booking the same flight* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *When I have compared prices with Expedia versus the airline directly Expedia is usually lower which makes me believe they don't charge fee that is higher than the airlines* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *They have the lowest prices around so I feel that the fees they charge are more reasonable than anyone else* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Whenever I call the airlines or look on their websites I see the exact same information I would see on Expedia* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used Expedia many times and I've always experienced that the ticket is a valid ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I have used Expedia many times and anytime I booked a ticket there was never been any problems with it*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would gladly buy a ticket from them as long as the price was reasonable I've used them many times and have never had a bad experience*
*They are very reliable and have excellent customer service so I wouldn't worry if there was something that came up*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel that the Expedia offer is very valid because you get an assortment of different airlines whereas if you just go through the airline website you only see what they have to offer*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*They have great prices and are very reliable*
*Don't know*

#2697 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2709 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*a quick website to book a flight*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*google*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

#2709 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2709 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2712 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Dont know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

*Don't know*

----

**For what do they need to get permission or authorization?**

*Don't know*

----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**

*Expedia is an authorized agent of the airline*

*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2716 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*A detailed statement of flight specifics.*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Pricing accuracy*
*Presumption*

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is an authorized agent of the airline*
*Don't know*

#2716 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would if thry had the best price.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Same price...*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Depending on the final price..*
*Don't know*

#2716 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2746 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A list of flights from Orange County to Miami*
*They all seem to be departing August 3*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They are not the flight operator but they have listings from the flights, so I figure they must have permission to post those*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I have gotten good deals from them before* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *That is my impression from past word of mouth* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used tickets from them before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I trust them, I think they offer fair pricing*
*I have had good prior experiences with them*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Seems very comparable to me*
*With expedia I can compare multiple providers*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It is the same price and I can compare with other carriers*
*Don't know*

#2746 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2809 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Yes*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*No*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| **Relative Expense** | ---- |
| _Don't know_ | |
| **Additional Fees** | ---- |
| _Don't know_ | |

_If respondent believes additional fees are added_

| **Reasonable Charge** | ---- |
| _Don't know_ | |

| **Authorized Agent with Additional Fare Access** | ---- |
| _Don't know_ | |
| **Ticket Validity** | ---- |
| _Don't know_ | |
| **Associated Risk** | ---- |
| _Don't know_ | ---- |
| | ---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**

_Yes_

_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**

_Love_

_No_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**

_May or may not consider buying my next airline tickets from Expedia_

_No_

_No_

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2815 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*The are paid to display their tickets as an aggregated search*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *The price was lower* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Price was still less* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I wad still valid* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I fine with this it's acceptable*
*I love there membership program*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It's less expenive*
*They offer insurances*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*They have less expensive prices*
*They have better deals*

#2815 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2818 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Open and honest*
*Nothing additional*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Good connection between the two*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Expedia is cheaper than buying directly from the airline* | *Look at the cost* |
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *Seems to be the case* |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Good offering*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*Something to look at*
*Don't know*

#2818 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2845 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Don't know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

*Don't know*

----

**For what do they need to get permission or authorization?**

*Don't know*

----

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is an authorized agent of the airline*

*Don't know*

#2845 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *You get lower fairs* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I think  it is a great deal*
*I think it is very useful*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2845 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2860 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A flight from Santa Ana to Miami for $263.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They can book flights for the airline*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense *Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I can get the same deal for that airline but another airline may be cheaper* |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *I have used them in the past* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *Have used before* ---- ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Will consider them*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Easy access*
*Don't know*

#2860 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2864 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Far and what I would expect for an aggriator website like Expedia*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*They online provide competitive pricing as an aggregator*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *They would stated if they were* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They provide you confirmation and digital ticket option* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Not sure. I prefer Google Flights*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Expedia looks all airlines so it all depends if didn't care about the carrier I wanted to use*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
*----*

#2864 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2902 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*a non stop flight for 263$*
*do not remember more details*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*

*----*

**For what do they need to get permission or authorization?**
*----*

*----*

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Don't know* |
| --- | --- |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
| --- | --- |

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| --- | --- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i feel confident*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it's kinda the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
*----*

#2902 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2911 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I got a hood deal on a nonstop flight*
*Nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They wouldn't sell tickets otherwise*

#2911 – Expedia – Hidden City

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *That price shown is amazing* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *No shown feed* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are a well known brand of course they are legit* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have bought from them before* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I bought from them before*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would in a heart beat*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Expedia is the better choice*
*I prefer the experience of Expedia*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*I love the level of service*
*The support team is great*

#2911 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2942 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*User friendly, has multiple choices of flights and options for the flight itself*
*It does have a lot of words going on and white space*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*I'm sure Expedia gets a kick back from the airline if booked through the site*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I feel like the websites have a deal where they can offer cheaper flights.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I think it's reasonable otherwise airlines would not offer their flights through the site* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I think booking through a site offers things that the airline cannot offer like deals on miles/other flights* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used Expedia in the past and the tickets are valid* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Any airline ticket purchase carries risk*<br>*Not having proper information to provide the airline ticket counter*<br>*Don't know* |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would absolutely buy another ticket from them, they show several airlines and multiple flights/options to compare prices*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*I like it, it seems cheaper and offers more incentives*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*Better for price comparing*
*Don't know*

#2942 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2950 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This is a decent website with the departure times laid out on ascending order*
*Very logical and easy to understand*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't get charged when I use it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Didn't think their a travel agency* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It works* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Money back guarantee*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Perfectly fine they are a good service*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Still think they were good*
*Nope*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*They have easy to compare results*
*Nope*

#2950 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2959 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is a travel itemaru from expedia*
*It shows price of the ticket,departure time and arrival times*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will use expedia*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Shows itemaru*
*Shows amount to be paid*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I allways use expedia. They have good prices*
*Expedia is my go to for airlines*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2970 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2970 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3014 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy to filter/ customize searches, Very detailed info, Important info is high lighted with a red box around it which is helpful*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would probably check it out*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*its the same as if booking through Airline directly*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#3014 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3020 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*You can search for flights across airlines and get a listing of all flights that are available to you on a selected group of dates.  You can filter the information.*
*Prices are included but will not include baggage and seat fees on this screen.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *You can get the same pricing if you book through the airline's website.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Sometimes it's just easier to use Expedia if you have to travel on multiple airlines.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used Expedia many times for flights. The tickets through Expedia are valid.* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *The only risk is that it's much more difficult to change your flights through Expedia if you encounter a delay or have another issue.*<br>*It is more difficult to change your flights.*<br>*Don't know* |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I may or may not depending upon the specific trip that I'm taking.*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*It looks to be the same exact offer.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*I typically book direct through the airline unless I need to use multiple airlines for the same flight.*
*Don't know*

#3020 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3032 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*too confusing too much info at one time*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | it would not be in business for long if it weren't |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*anything is possible*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3036 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*Good deal*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*

*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#3036 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3037 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Highlights best option but gives alternatives*
*Gives all criteria on page*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Able to book thru Expedia*

#3037 – Expedia – Hidden City

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Shows best deals* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Third party but valid tickets* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm ok with it because it gives me better price and options*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*I usually book thru then so familiar*
*Don't know*

#3037 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3049 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's a nonstop flight on American Airlines that leave around 8 am*
*It leaves from Orange and arrives in Miami*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*I don't think Expedia is associated with any airline or hotel*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *There is usually a discount on these sites to make it worth your while to buy from them* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *There are only taxes added to the cost* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used this service before and had no issues with the ticket being valid* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I haven't had any issues and if I did, I think Expedia would take care of it*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy a ticket from them if the price was good*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Expedia pricing is the same as American Airline pricing*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Usually there is a discount through Expedia so I use them*
*Don't know*

#3049 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3053 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Web sites comparing various airline flights and ticket prices.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Don't know* | ---- |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with** <br> **Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *Don't know* | ---- |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I have never used Expedia personally, but I did use another similar site and was very displeased at all the "hidden" charges. So, I probably would not purchase a ticket through Expedia.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's considerably cheaper than the American Airlines listing. I would wonder exactly why it was that much cheaper.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I would feel like there has to be a "catch" of some sort for it to be that much cheaper than booking directly with the airline.*
*Don't know*

#3053 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3058 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It allows you to choose what airlines you are interested in.  You select the places, dates and times.  From the list you can choose a flight (whether direct or with stops) and time you wish to take.  The cost is listed below, listing them fair and taxes.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Expedia** and the airline?**
*Expedia is an authorized agent of the airline*
*It lists the airlines and shows you the information.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They offer discounts at times on certain flights.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *They only charge you for the fair and taxes* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used them and they book you and have you use the airlines system to print out your ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *The tickets you buy for them are real tickets.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*If the price is lower than the airline, I will buy it from Expedia.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They offer the same flight and price. If I'm a member of the American airlines rewards, I would book directly with them. Otherwise if the price is lower than the airline, I would book with Expedia.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It all depends on the costs. If lower I'll use Expedia.*
*Don't know*

#3058 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3059 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*$263*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*


*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |


**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I've used Expedia* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I've used them* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm comfortable*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Comparable*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#3059 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3085 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*I would describe the offering on this website as a place to go to book her flights and that there is no cancellation fee as long as it's done 24 hours ahead of scheduled flight.*
*I would also tell my friend that she can earn OneKeyCash on top of airline miles by booking on this website.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*OneKeyCash*
*I say this because the website is owned by Expedia and the other website mentioned is OneKeyCash which I assume is owned by another company that is associated with Expedia.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** *OneKeyCash* *I say this because I need to make an account with them in order to use it.* **For what do they need to get permission or authorization?** *They need permission to authorize that I have booked a flight via Expedia.* *I say this because there is a "Sign in" link.* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I say this because Expedia wouldn't be able to sell flights without the permission of the airline which most people probably go through the actual airlines website to book a flight.*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I say this because Expedia attempts to get you the best price possible for a flight to where you want to go.* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I believe that the tax on a $230.70 flight is less than $32.40 which tells me that there may be a hidden fee involved.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I say this because I believe the fee is near $20 and if it's saving me far more than $20 on my flight ticket then it's a fair fee to pay.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I say this because I believe that Expedia has to be authorized to be able to sell flights for this particular airline.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I say this because in order to sell a plane ticket that Expedia needs to be authorized by an airline company to do so.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I say this because there are no fees if cancelled within 24 hours of flight booked and no fees if my plans change and I need to change my flight.*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel that I may need to check out their website the next time I want to book a flight to see how much money that I can save by booking through them.*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*I would go with Expedia being that I'd earn flight points from them along with the other site that I mentioned earlier.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*I'm all about saving money and joining reward programs. If I can receive more points by going through Expedia, I will.*
*Don't know*

#3085 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3089 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*please enter your response below as detailed as possible it has flight times and pricces*
*is there anything else it has a day and time for lower prices*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*expedia*
*what make me say that. it what you told me*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*what make me say that response below and be detailed*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *please enter you response below. experience of using expedia* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *what make me say that detailed as possible experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *please enter your response below and be as detailed as possible* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *please select an option you believe*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*expedia offering and everything I know about them how do you feel about buying your next airline ticket. there is not reason to*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*how do I feel about this it does help with connections*
*I have nothing else*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*probably would consider buying my next airline ticket*
*please enter your response below and be as detailed as possible*

#3089 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3090 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Direct flight to Miami, slightly over 5 hours, arrives around 5am, for under $270*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*How else would they be able to market air travel for the airline. They work as an online travel agent.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It's not always the case, but it is in many cases, I would imagine because of the volume that they sell.* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Personal experience* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Personal experience*<br>*No refunds, not transferable, no changes*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Sometimes it is rosky*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Visually, there appears to be no difference.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*I prefer to purchase from the airline directly*
*Don't know*

#3090 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3096 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*EXPEDIA WEBSITE WITH AIRLINE SCHEDULES TO CALIF*
*LOTS OF FLIGHTS TO CHOOSE FROM*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*THEY ARE ABLE TO SELL THEIR FLIGHTS ONLINE*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _DIFFERENT PRICES DEPENDING ON THE FLIGHT TIMES_ |
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _DID SEE ANY ADD ON FEES_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _THE AIRLINE SELLS SEATS TO EXPEDIA_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _OF COURSE ITS VALID_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _THEY ARE AUTHORIZED TO SEE SEATS ON THIS CARRIER_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I WOULD CONSIDER USING THEM_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_IT WAS VERY SIMILIAR_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_May or may not consider buying my next airline tickets from Expedia_
_DEPENDS ON HOW MANY AIRLINES FLY TO MY NEXT DESTINATION_
_Don't know_

#3096 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3118 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's great prices and works with your schedule*
*No that's all*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*They are advertising for them*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They always give discounts for working with them* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *They don't charge to do it* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *If they wasn't they couldn't book it* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've flown with them* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I've never had any problems*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm very satisfied*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They give you better offers*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've always been satisfied*
*No*

#3118 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3126 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*An Expedia travel offer of $124 for a trip to Miami*
*It looked at several different flight options*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*They are able to book flights for those airlines*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *My past experiences tell me this* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They have to make money some how* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I have booked through them before and prices are reasonable* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | *----* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It works every time I used them* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *There is always risks of cancelation or lost money*<br>*It could be canceled or changed or price could be changed*<br>*Don't know* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy it from them if they had best deal available*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It is exactly the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*If there is no benefit it may not be worth it*
*Don't know*

#3126 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3136 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This is a great travel site*
*No I would not tell a friend*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Trivago*
*This is a great site*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Expedia is a great company*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _It offers discounts_ |
| **Additional Fees**<br>_Expedia charges an additional fee on top of the airline's total ticket cost._ | _They give discounts_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _It is affordable_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Expedia is a great company_ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Expedia is a great company_ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _There are no risks_<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Expedia is a great company_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_It is good_
_This is a good promotion_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Definitely would consider buying my next airline tickets from Expedia_
_Expedia is a great company_
_It is a good site_

#3136 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3154 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Flight reservation app that gives detail information on different flights, airlines and prices.*
*Times and dates*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They have all flight details*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Prices are definitely a little cheaper booking the flight online.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *The company gives discounts online for airfare.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's from the airline Expedia is a third party company.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They guarantee the ticket and gives refunds.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely consider buying my tickets from Expedia it's cheaper and you can see all available flights.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Feels good that Expedia is offering discounts and cheaper flights.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Cheaper flights*
*Don't know*

#3154 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3171 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*I saw Miami and dates and amounts*
*It's interesting*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*I saw*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*


*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |


**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I think so*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Looks pricy and like a middle man* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *It does* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Why would I book thru them theb* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It's interesting* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I would hope so* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *It's ok*<br>*None*<br>*Don't know* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It's oi*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#3171 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3176 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy an clear to use.*
*It's like any other online booking site.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*The online profile*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*The booking is happening on the behalf of the airline.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense | ---- |
|---|---|
| *Don't know* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| **Reasonable Charge** | It was a nominal amount. |
|---|---|
| *I believe the fee Expedia charges for its services is reasonable* | |

| **Authorized Agent with Additional Fare Access** | I would think it's a price comparison. |
|---|---|
| *Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | |
| **Ticket Validity** | It's a reputable company. |
| *A ticket bought through Expedia is a valid ticket* | |
| **Associated Risk** | ---- |
| *Don't know* | ---- |
| | ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's clean and clear.*
*No.  Thank you!*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Easy to use, good pricing.*
*Don't know*

#3176 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3179 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Good deal*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

#3179 – Expedia – Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *That's how it works* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I usually use them*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I usually use them*
*Don't know*

#3179 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3183 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*cluttered and even possibly misleading*
*says 124 but its 274*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is an authorized agent of the airline*
*you can purchase the ticket and it even has a 24 hour cancel rate*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *sometimes they have deals you cannot find on the airline website* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I do not believe they have a charge* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *see flights and combination not on the airline website* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *people have used it for travel* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *can always cancel in 24 hours*<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*if they had the best fares I would*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*I think they are the same and the price is the same*
*I did not like that Expedia summary said 124 and then later said the real price the airline was more honest*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*if they have more options*
*sometimes they offer combinations the airlines do not*

#3183 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3188 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Cheap flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>---- |
| **For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*There has to be*

# APPENDIX C-7

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Seems like it's cheaper* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've bought tickets from them* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Everything has some risk*<br>*Could be anything*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Fine*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Seems about right*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I can shop other airlines*
*Don't know*

#3188 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3246 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Like the price and especially liked the fact it is a nonstop flight*
*None*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----


**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They can offer cheaper flights* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *There are times you can find good deals on their site* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They do offer tickets* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*If the flight is one that has a good price and time needed yes would buy*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*There doesn't appear to be a difference*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Simple and easy*
*Don't know*

#3246 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3318 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*It looked very busy and cluttered, alot to read and take in.*
*Nothing in particular*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I believe it said Expedia*
*I think it said that on the screen.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is not an authorized agent of the airline*
*I didn't think it referred to another site or company.*

#3318 – Expedia – Hidden City

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I believe a fee is involved but not sure .* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I would assume it charged a fee.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *They are basically a middle man and charge a fee for that.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#3318 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3322 | Expedia | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's easy to use Expedia to book a flight.*
*It has some great deals.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*It should be authorized by the airline to sell its tickets.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *It should charge a fee for the business.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It needs to offer competitive price to sell.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It certainly has some advantage to access the airline tickets.* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It has to be valid.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It should carry no risk.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's good to use it. You can get some great deals.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's a good deal.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*You can get good travel arrangement and great deals.*
*Don't know*

#3322 – Expedia – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #742 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*THAT ITS EASY TOO SEE AND USE*
*NOPE*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*THAT IT WAS IN THE BOOKING*

#742 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *that it would give me a good deal* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *that they went to give me a good deal* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They looks pretty cheap* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *That its on the airlines websites* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I don't think there a rich*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*that it would give me the best price*
*nope*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I think I could get a good deal*
*nope*

#742 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #752 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Easy to read*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*The name*

#752 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Price decreased* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Much cheaper* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Same depart timing* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Confident it will save me money*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#752 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #789 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

#789 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is reasonable* | Don't know |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *Don't know* | ---- |
| **Associated Risk** *The option offered by Skiplagged carries risks* | Don't know<br>Don't know<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#789 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #790 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I like it because it is very clear*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*Nothing*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I believe it is*

#790 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It seems that way* |
| **Additional Fees** <br> *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I believe it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> ---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity** <br> *Don't know* | ---- |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I like everything*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I like it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*It seems okay*
*Don't know*

#790 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #808 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was very cluttered and hard to read. It might be easier to use a different website.*
*Not sure, I was a bit overwhelmed with all of the information.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It didn't seem very reliable.*

#808 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *If it's through a third party source, they probably charge extra fees.* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *It usually isn't for services like this.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *These tickets are valid, they just end up costing more.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would not buy my next ticket from them because of the fees and how cluttered their website looked.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It seems like it's comparable, but I still trust American Airlines more.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I will assess other services first.*
*Don't know*

#808 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #812 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#812 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #813 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It is a great deal*
*No thank you*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*It is relevant*
*It is my decision*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Or it's awesome*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Skiplagged is cheaper than buying directly from the airline_ | _Very good_ |
| **Additional Fees**<br>_Skiplagged does not charge an additional fee on top of the airline's total ticket cost._ | _It's love it_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Skiplagged charges for its services is reasonable_ | _Assessing prices_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Skiplagged is an authorized travel agency with access to fares I could not access via the airline_ | _Nothing_ |
| **Ticket Validity**<br>_A ticket bought through Skiplagged is a valid ticket_ | _Nothing_ |
| **Associated Risk**<br>_The option offered by Skiplagged carries no risk_ | _Yes relevant_<br>----<br>---- |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Or is a great deal_
_No thank you_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_Great_
_No_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would consider buying my next airline tickets from Skiplagged_
_Try it_
_No_

#813 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #847 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*The booking features*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*The treavelling services features to use easily and enjoyably.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Its enough* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#847 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #860 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*most of the time, i do book with skiplagged. it offers competitive prices like skiplagged*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*its good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*get better offers*
*Don't know*

#860 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #900 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A flight website with a complete list of flight optins and the various attributes and additional services available for fee*
*Seems like a very complete app of information*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*generally many aiurlines require this for the services to be sold by a third party*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Generally fares are the same no matter which site yu use* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *would not be in business long if tickets were not honored* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *would not be in business long if there was risk*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*would be a site i would surely check out*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*not sure worth it since I normally have luggage to check and want my frequent flyer miles*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*not sure if worth the risks now that I understand the offer better*
*Don't know*

#900 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #906 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*very good website for booking flights*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
*----*

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it is a better price then other companys* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *they charged a service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *45.00 is a o.k. fee* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *can only book those fares though them* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *its a real website* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *its a guarenteed fare*<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*will look into it*
*no*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*much better fee*
*no*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Probably would consider buying my next airline tickets from Skiplagged*
*better prices then other sites*
*no*

#906 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #954 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>---- |
| **For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

#954 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *Don't know* | ---- |
| **Associated Risk** *The option offered by Skiplagged carries risks* | *Checked bag could end up an another city* *lost items* *Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*Don't know*

----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**

*don't like*

*to risky for me*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**

*Definitely would not consider buying my next airline tickets from Skiplagged*

*too risky*

*Don't know*

#954 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #955 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a offering for airline tickets*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would probably buy my next ticket from them*
*None*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*The skiplagged is better*
*None*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I would consider the company if I was in the market for a plane ticket*
*None*

#955 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #963 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A way to see available flights and their prices*
*Appears to offer cash back*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** | ---- |
|---|---|
| *Don't know* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| **Reasonable Charge** | ---- |
|---|---|
| *Don't know* | |

| **Authorized Agent with Additional Fare Access** | ---- |
|---|---|
| *Don't know* | |
| **Ticket Validity** | ---- |
| *Don't know* | |
| **Associated Risk** | ---- |
| *Don't know* | ---- |
| | ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*May or may not*

*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**

*Don't know*

----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**

*May or may not consider buying my next airline tickets from Skiplagged*

*I would consider*

*No*

#963 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #971 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Shows low cost flights that have skipped stops with certain conditions*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Feel like it is its own brand*

#971 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It showed the cost savings* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *seems on par with anything else* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *would assume* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Cautious as I have never heard of them*
*none*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Love it, seems to be a smart way to hack the system*
*none*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I am all about saving money*
*Don't know*

#971 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #997 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Don't know |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Discounted*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*


*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |


**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Most companies work with agents of other brands to make the booking*

#997 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Slight discount* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *That's normally how it goes* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It better be I wouldn't know for sure till I seen the ticket* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's a possibility I would need to do more research to confirm*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Safe. They offer more protection plans as to your flight.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I've never heard of it I would need to look into it*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #998 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Airline tickets*
*Car rentals*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Skiplagged*
*It said it*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*It's the name*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It shows prices* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *No fee added* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Legitimately* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *No risks*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will do more research*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's a more affordable option*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*To save money*
*Don't know*

#998 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1006 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1006 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1028 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*comparison deals for the best flights*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**

*Don't know*

----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It feels like they are less intimdating and more open and reliable*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1028 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1046 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*simplistic in a good way*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*Don't know*

#1046 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *its valid* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *everything carries risks*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*i feel awful*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*its too risky*
*Don't know*

#1046 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1060 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----


**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It cost too much* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It was no extra cost*<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will buy again from it*
*Don't know*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1060 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1082 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very interesting take a look*
*Nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*From the name and information*

#1082 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's on the website* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Wrong*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*I would use my travel agent*
*Don't know*

#1082 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1090 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Don't know |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*Best price for a non-stop flight.  Backpack only.*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**

*Don't know*

----

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *A service fee of $35 was added to the cost.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Other sites charge at least this fee or more.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Through prior bookings.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would use this site again.*
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*It is cheaper but you could not use it very often.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It is a cheaper way to fly.*
*Don't know*

#1090 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1097 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*A airline flight information site*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is not an authorized agent of the airline*

*There is no indication it is authorized with the information presented*

#1097 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *This is indicated on the site* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There is a service fee charged* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1097 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1103 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*Easy to use*
*Easy to understand*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*
*Because you buy tickets from them*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They can get better deals* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I don't think they do* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will look into them next time*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1103 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1122 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*a decent place to get tickets but not too organized*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** ---- ---- **For what do they need to get permission or authorization?** ---- ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Skiplagged is not cheaper than buying directly from the airline_ | _Don't know_ |
| **Additional Fees**<br>_Don't know_ | ---- |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Skiplagged charges for its services is reasonable_ | _lower prices_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_Don't know_ | ---- |
| **Associated Risk**<br>_The option offered by Skiplagged carries risks_ | _they say so_<br>_dont know from the site how legitimate they are_<br>_Don't know_ |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_not going to_
_Don't know_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_cheaper but not clearer_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would consider buying my next airline tickets from Skiplagged_
_just not interested_
_Don't know_

#1122 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1129 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*For booking hidden city flights...*
*much cheaper, but no bags*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*airlines don't like it*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *airlines generally do not allow hidden city traveling* |
|---|---|
| **Additional Fees** *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Said $35 fee* |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is reasonable* | *still saved $56* |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *Don't know* | ---- |
| **Associated Risk** *The option offered by Skiplagged carries risks* | *airlines don't like hidden cities return flights cancelled Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'll research*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*asking for trouble*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know if i want the trouble*
*Don't know*

#1129 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1138 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*$200 ticket*
*no checked bag*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
*----*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price just seems low* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *the ticket price was $35 more* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *they have to make some money* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *it seems low* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *why would they be able to sell invalid tickets?* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *why would they sell invalid tickets*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*better price*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1168 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a good resource to find cheaper flights.*
*It's kind of like expedia*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*They have to have some relationships with the airlines to sell their tickets.*

**Based on your understanding of the** <u>Skiplagged</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It looks like there is a discounted price* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The prices look fair* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It looks like a legit site* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Maybe your flight gets cancelled*<br>*No risk*<br>*No risks* |

**Reflecting on the** <u>Skiplagged</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident about buying*
*Nothing*

**Comparing the results you got from** <u>Skiplagged</u> **and from the American Airlines website, how do you feel about the** <u>Skiplagged</u> **offering?**
*I think it's risky*
*Nothing*

**How likely would you be to consider buying your next airline ticket from** <u>Skiplagged</u>**?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*You could lose your right to fly*
*Nothing*

#1168 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1250 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*there was way too much information on the page*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*it really depends on the total price*
*Don't know*

#1250 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1267 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw it when booking the flight* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *they are not high* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*more confident that it is not a scam*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*they offer good deals*
*Don't know*

#1267 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1363 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Hey, check out this simple website to book flights*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Discounts, other companies listed on other companies websites is a good indicator that they work together*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense | Intro rated |
|---|---|
| *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| Reasonable Charge | ---- |
|---|---|
| ---- | |

| Authorized Agent with Additional Fare Access | Listed on a major airline website |
|---|---|
| *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | *They are offering tickets to flights* |
| *A ticket bought through Skiplagged is a valid ticket* | |
| **Associated Risk** | *Every purchase has a rusk* |
| *The option offered by Skiplagged carries risks* | *Don't know* |
| | ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very possible, I can't plan to far ahead! Things deals discounts promos come and go!*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Great*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Seems like they offer good deals and offers*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1368 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Receive a discount compared to the actual airline site.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*I couldn't notice any information that they were related to the airline*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I felt as if the tickets were a bit cheaper if you ordered through that website versus if you ordered directly from the airline. The airline tends to charge a little bit more* |
|---|---|
| **Additional Fees** *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *To me it looked like they charged a $35 service fee* |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is not reasonable* | *I do not feel as if extra fees should be charged that are too high. I can understand a 5 or 10 dollar fee but $35 I feel is a bit much* |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *I would hate to think that somebody just gave a company money and not get an airline ticket out of it. I hope that they would be shut down immediately* |
| **Associated Risk** *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Since I've never heard of this company I don't know how I feel. But it would be something that I would be happy to look into it and see if it would save me any money.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel better about the offering and that it is less than the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I would still like to look into it and compare prices.*
*Don't know*

#1368 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1373 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It has flights that have discounts for what you're looking for*
*You earn rewards points*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Airlines*
*It lists the flight company*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *ANA*
> *That was the company listed*
>
> **For what do they need to get permission or authorization?**
> *Offering plane tickets for those flights*
> *It listed the flights*

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*They must be authorized to sell plane tickets*

#1373 – Skiplagged – Hidden City

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They showed a discount* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They prices seemed reasonable given today's costs* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It seems like they offered exclusive discounts* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It seems like a valid ticket* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider it*
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*It seems like there are risks*
*It may invalidate rewards accrued*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I'm not sure I would want to take the risk*
*Don't know*

#1373 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1391 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*great rates*
*good value*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*prominently displayed*

#1391 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *clearly stated* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *comparable rate* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *clearly stated* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Safe and secure*
*nothing really*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*good deal*
*no thanks*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*good deals*
*no thanks*

#1391 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1392 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A great deal for a airline ticket. Non stop.*
*Arriving at a decent time.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between _Skiplagged_ and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because their selling the airlines tickets and flights.*

#1392 – Skiplagged – Hidden City

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It looks like a legit site but could be a scam also. Cant trust the internet.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Could be a scam site or not. Times could vary.*<br>*Scam site or times could not be right.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Im not sure I would really check into it.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Seems legit everything.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Still risks involved.*
*Don't know*

#1392 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1393 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great easy to use all information needed*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*the airline company*
*showed the name and contact info.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It told me this*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Always cheaper thru a travel agent* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *they make there money from airline* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *have done this before* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *NOW YOU ARE GETTING SILLY* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *NONE*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*BEST AND EASEST*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*THE BEST WAY*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*HAVE DONE THIS BEFORE*
*Don't know*

#1393 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1400 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was several flights to miami?, There were different prices.*
*It showed savings if you booked during a certain time, then once selected, they give you total fees and cost.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I recall seeing a savings message, so they may refer to booking with them than directly with the airline.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Its just a guess.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I'm just assuming that its a legit website.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*sounds like they are using exploitive practices.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged based on they practices, doesn't seem ethical*
*Don't know*

#1400 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1408 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This is a web site that will help save me money for an airline ticket*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price is cheap* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It seems reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *There seems to be rules*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1408 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1473 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Awesome*
*Trusted flight*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't Know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *It is cheaper to buy directly from the airline* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *No additional cost if direct to the airline website* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Authorized travel agent, I think.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *That's how it works.*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*American airlines website is more accurate than skiplagged*
*AAirlines is clearer booking*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I always booked directly to the airline website.*
*And the airline tickets I trust.*

#1473 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1509 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*I would describe it as a way to save money when booking flights.*
*No, there is not*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*I really just don't think it is directly*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because it tells me I saved money* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Because it doesn't charge any fees* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The price is cheaper than a regular ticket* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it is a valid ticket* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I don't think there will be a risk with it*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely buy a ticket from them in the future*
*Nothing else*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I like the skiplagged offering more. It's cheaper*
*Nothing else to me*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because I would save money!*
*None*

#1509 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1521 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*The website it legit and easy to understand*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Tuft*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*The timing*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It could be a important issue but there are solutions*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's offering a decent amount*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
*----*

#1521 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1525 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It will save you money.*
*They have good deals.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because your able to buy a airline ticket associated with the airline*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because it showed how much you saved going threw them instead of airline site* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It looked legit from what I saw* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'll have to do more research but they look reasonable*
*I'll just have to compare prices*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It has alot of detail to the travel more than the other*
*Just alot*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Because I'm still interested but need more research*
*Need more time to research my options*

#1525 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1539 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Good prices*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *To use airline info*
> *Don't know*


**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Too much risk*
*Don't know*

#1539 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1540 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a cheaper alternative to most options. No checked bags, but it's worth it.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I think most airlines try to fill planes so this may be one way of doing so.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It's the cheapest flight I e ever seen.* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It didn't appear to be an additional charge.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will absolutely check them out before booking an airline ticket in the future.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Wow. I wasn't aware of the airline restrictions. Maybe that's not the best way to buy a ticket.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1540 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1580 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*a dubious method to save money on airline flights*
*seems a littkle "not quite proper or safe"*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*the very fact that the website states that airlines don't like you to do this*

#1580 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *the price savings stated inn the sample website pages previously shown* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *a service fee was listed in the final cost* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *the way the caveats are stated in the sample website pages* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *because the sample website page says the airline basically doesn't like this type of action*<br>*being denied on future flights*<br>*possible "blacklisting" on the airline/airlines* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*unsure of potential unfavorable resulting actions by the airline for this and future travel*
*loss of money paid for the denied flight, if found out*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*depend on the amount of savings, if I fly that airline often and the route taken, if I fly it often*
*Don't know*

#1580 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1682 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This travel booking tool is a good deal. It is also pretty funny, test their advice and policies for a cute laugh. Also watch out for the gone print on the tickets. The one I just looked at only allows a backpack. The service fee was a little annoying*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Just guessing because they wouldn't be able to beat the airlines fee for flights without an arrangement that allows they to sell below published price.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The savings note at the bottom of the page.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I was annoyed by the free sick jacked my prove up a bit. I thought it was taxes at first.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *It depends on how the fee is calculated and that wasn't clear to me. Is it a percentage or a flat rate?* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *There is a fee to change flights/booking.*<br>*Unknown extra fees at the airline, change fees, chance they are a scam website, cancellation fees.*<br>*That they steal your personal information.* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Depends on the tickets and his expensive they are. Some airlines are not seating rewards points when you book externally, so the savings would have to off set that.*
*I'll give this site a peek in the future for comparison purposes.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*As a frequent intensional traveler who relies on frequent flyer miles, I probably wouldn't risk this, at least nor on my preferred airline.*
*Th at helps me understand the backpack rule earlier.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*AI and video devalues would make it very easy for airlines to prove you were using hidden city booking and penalize you.*
*Don't know*

#1682 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1691 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*Don't really just depends*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*It really just depends on the situation*
*None*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *Depends* |
| *I'm not really sure* |
| |
| **For what do they need to get permission or authorization?** |
| *None* |
| *None* |

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*
*It really just depends*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It is I like it* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *It really just depends on the situation* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I like it* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It really just depends on the situation* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It really just depends on the situation is*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's good*
*None*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It really just depends on the situation*
*None*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*None*
*It really just depends on the situation*

#1691 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1707 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*it is very good*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is not an authorized agent of the airline*
*it is very good*

# APPENDIX C-7

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*it is very good*<br>*very good* |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*good*
*good*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*good*
*good*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*good*
*good*

#1707 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1732 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#1732 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#1732 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1747 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I would say it is somethimng I would not use*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Cause I can not check in any luggage* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *It says my luggage will not be taken to Miami*<br>*Only back paks and that will not work as I need to take luggae*<br>*Luggage will not go to my terminal of landing* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would not buy the ticket*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*Cause I want to make sure the ticket is real*
*Don't know*

#1747 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1793 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*A flight for less price than booking through the airlines*
*No there is not*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price comparison* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *The Airline honoris it* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would try it and compare prices*
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*It seems reasonable*
*No*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I would try it and then compare*
*No*

#1793 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1853 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I'd describe it as completely customizable for booking flights to and from places. Specifically, in this example, a flight from Santa Ana to Miami. It also shows a selection of flights to choose from with a ton of customization*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |
|---|

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because based on the prices, it seems cheaper but truth be told, I am not 100% sure* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It seems reasonable based on the prices of flightZ* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I would hope so...* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It seems interesting and as long as reviews and ratings of the site were on par with what I expect - as well as data security - I'd be happy to give it a try*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It certainly seems a lot better for this kind of instance*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*It seems interesting and I learned something new about traveling. Almost like a hack of sorts*
*Don't know*

#1853 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1865 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This website allows you to book airline tickets that fly directly to your destination by skipping a planned layover or connecting flight.*
*No, there is nothing else.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*There's no way an airline would allow you to skip a connecting flight because that is against their policies.*

#1865 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It is cheaper because you can save money by skipping the connecting flight.* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I remember seeing a fee line item in the price breakdown.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I believe it is reasonable because you save money overall.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It is a valid ticket or otherwise you would not be able to get on your flight.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *If you get caught by the airlines skipping a connecting flight, you will be penalized.*<br>*If you get caught by the airlines, you could be penalized or banned.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would have to do more research because it feels like this carries a risk that might outweigh the benefits.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel like it is cheaper, but it violates the airline policy so there is a risk.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*It seems like a good way to save money, but I need to learn more about the risks.*
*Don't know*

#1865 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1874 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*new method for reservation*
*easy and better prices*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*american airlines*
*logo*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*excellent offers*
*new and quality*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1874 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1879 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Special flight deals with significant savings and leaves a mystery of which connecting flight in a way to get around the restrictions.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** *American Airlines* *The airline displayed* <br><br> **For what do they need to get permission or authorization?** *For flights schedule and availability of seats* *To have up to date information in real time* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*They are third party platforms*

#1879 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *There a several deals and workarounds presented as options* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *For them to some of the profits* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Fair amount of fees for finding the best deals* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *They may not be authorized and it might not be validated*<br>*It may not be authorized and valid and not able to use*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Fairly risky and might lose your money at the end*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*A good deal that comes with risks of not being valid. Buyer beware.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Depending on the risks and the amount of total loss if it happens to be invalid.*
*Don't know*

#1879 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1930 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*Flight booking information.*
*----*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Delta*
*Just based off the flight information*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*


*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*delta american airlines*
*Don't know*

**For what do they need to get permission or authorization?**
*to be able to go on the flight.*
*Don't know*


**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *not sure* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*delayed flights*<br>*sickeness* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*dosent effect me in any way.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*very eyecatching*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1930 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1935 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a website to book a flight displaying how cheap it is.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

#1935 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think I would buy my next airline ticket from them.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#1935 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1942 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This offering is a special for airline tickets that will have special deals on prices and make traveling easier and cheaper.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#1942 – Skiplagged – Hidden City

**Based on your understanding of the** <u>Skiplagged</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It says it in the description of the brand* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It just makes life way easier and more enjoyable* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It helps you to understand and enjoy your trip by traveling with this brand*<br>----<br>---- |

**Reflecting on the** <u>Skiplagged</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would be appreciative and grateful to using this brand for my traveling*
*Don't know*

**Comparing the results you got from** <u>Skiplagged</u> **and from the American Airlines website, how do you feel about the** <u>Skiplagged</u> **offering?**
*It's much better and cheaper and making traveling easier*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Skiplagged</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It's because there're having the most amazing offers and coupons to traveling*
*Don't know*

#1942 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1950 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I'd describe it as sophisticated flight booking*
*I'd also consider it more for buisnesses*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*United Airlines*
*It looks familiar*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I figure there has to be a middle man*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I used it before and there was no additional fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I mean, sure it's expensive, but then again, you're flying.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *because I've used them before* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *if it weren't valid, I couldn't fly* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *so far, everything's good on my end*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'd purchase a ticket from them*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel like it's almost identical*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*they are the same*
*Don't know*

#1950 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1969 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*A very confusing flight log*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*The airline*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Because it do*
> *Don't know*
>
> **For what do they need to get permission or authorization?**
> *To take off*
> *Says that in the pictures*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because they have a partnership*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *States it in the pictures* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it says so* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Getting caught with it by somebody you don't wanna get caught with*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1969 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1976 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The offering was through the official website.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#1976 – Skiplagged – Hidden City

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| Relative Expense | It has offers for less tickets for airlines. |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It has offers for less tickets for airlines.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Their charge is included.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They have great deals.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They have official ticket prices.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel that I would like to use them in the near future.*
*Nothing in particular.*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*I like what Skiplagged is offering to the airlines website.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I like their offers.*
*Don't know*

#1976 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1979 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a 5 hour flight, costing 173 for one trip but we earn over 10 dollars in cash back for booking the flight on this website*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*Usually airlines and these sites work out deals so they can offer you deals and cashback*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *From personal experiences and the prices shown* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *There's no obvious showings that it does* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Otherwise how would you be able to use it* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I don't know enough about them to make a decision at this very moment.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Cheaper and less strict and threatening*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I still don't have enough information given to me*
*Don't know*

#1979 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1985 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It looks very simple and easy to use. No bs*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*The information is accurate*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *They work with the airline* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They work with the airline* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*It takes longer. They have much more information about the process*
*No*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*May or may not consider buying my next airline tickets from Skiplagged*
*It all depends on if I'm using southwest or not*
*Don't know*

#1985 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2104 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*To the pretty good outline to be able to get your tickets and hotels*
*Nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *To get information*
> *Don't know*

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Why else would you buy it* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm just not sure because it's making me seem like I shouldn't trust it*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I think they offer more but I'm just not sure if I still trust it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I would have to do about a research*
*Don't know*

#2104 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2110 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*It is an offering that is new and exciting.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Orbitz*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*It is a great idea.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2110 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2121 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*TRAVING WEBSITE*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*VERY LIKELY*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*VERY SIMILAR*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2121 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2131 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Ease of use*
*User friendly*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Delta*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Seems reasonable*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Seems reasonable* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Seems reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Seems reasonable* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Seems reasonable*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Good service*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Seems reasonable*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Seems reasonable to me*
*Don't know*

#2131 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2132 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Skiplagged is a good website for booking an airline.*
*They offer good money for airline tickets.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Skiplagged is an authorized agent of the airline*

#2132 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They offer discounts for airline tickets.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *They charge an additional fee on top of the airline's ticket cost.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I believe that* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I could not access via the airline* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Skiplagged provides a valid ticket* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *There is no risk*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I want to buy my next airline ticket from Skiplagged.*
*I believe Skiplagged*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Skiplagged offers good value for money*
*Skiplagged offer discount*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*They offer good facilities*
*They offer the good price of the ticket*

#2132 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2133 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Don't know |

**How would you describe the offering on this website to a friend?**
*Complicated.  Lots of information.  Study closely.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*just guessing*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They showed a different but I was not able to verify by comparing with another website.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because they make money somehow and need to be reimbursed for their service but they still claimed to be cheaper than elsewhere.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I believe I have heard of Skiplagged in the past  but can't remember if I've ever used them or not.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*May try them but can't promise I'd consummate the deal.  Depends.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Not good.  They are not complying with AA rules*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*They don't comply with AA rules.*
*I vaguely remembered the 'hidden city' situation but this refreshed my recollection.*

#2133 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2145 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*GOOD  DISCOUT  PRICES*
*book  now*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*expedia*
*discount  offers*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *secondary* |
| *direct   discount* |
| |
| **For what do they need to get permission or authorization?** |
| *book  then  confirm* |
| *confirm  reservation* |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Skiplagged is an authorized agent of the airline*
*skiplag    authorization*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *not buying thu airline* |
| **Additional Fees** <br> *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *additional fees vrs airline* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Skiplagged charges for its services is not reasonable* | *additional fees* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *additional fees not outlined* |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is not valid ticket* | *cant confirm* |
| **Associated Risk** <br> *The option offered by Skiplagged carries no risk* | *need option* <br> ---- <br> ---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*stay with    major   discount*
*stay  with  priceline*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*disc  but fees*
*additional  fees*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*better  than  priceline*
*always  compare  alt  sites*

#2145 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2181 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was an all in one website.*
*The total was obvious*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Airlines*
*It was for a specific flight.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Sponsorship*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *173 dollars* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *There's 1 total* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It is apparently.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Advertisement* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *One price one flight ticket*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Positive*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's amateur*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I'm disappointed*
*No*

#2181 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2184 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Great product and service provider for the most part*
*Worth the try*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Independent*

#2184 – Skiplagged – Hidden City

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Great product and service provider* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Cover cost* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Sounds like comparable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Overall good use* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Easy to use and service* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Great product and service provider for the most part*
*Easy to use and understand*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*Worth the effort*
*Worth comparing*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Easy to use and understand that*
*Great product*

#2184 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2189 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I might try it.*
*NA*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2189 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2193 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*I would describe it as a travel advisor website that's new on a market. But you can book flights and hotel and everything in between.*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**

*Skiplagged is an authorized agent of the airline*
*It shows flights on its website that you can purchase from. That's the reason of giving my answer.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I'm a freaking flyer. So I know this is pretty well before I look them up. This site offers really cheap prices here.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It's what I saw within the ad itself.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It's another site that offers alot of cheaper flights out.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's an authorized dealer of plane tickets.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It's a guaranteed money back. It's a failsafe service.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I like the website alot. I would definitely be looking more into it.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It seems like a better fit for me. I usually travel alone. I could almost save $200 each time I travel. This is something I might use three or four times a year.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*They offer really good deal. This is something that would fit in a line with my schedule on some good places that I need to go. I don't mind having to layover if it'll save me almost $200.*
*Don't know*

#2193 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2198 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Online ticket purchase website and they give good value  of money*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*flight information*
*good value of money*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*airbnb*<br>*nothing*<br><br>**For what do they need to get permission or authorization?**<br>*good*<br>*feeling good* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*its good*

#2198 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *online provide good service* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *its good for eveyone* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *reasonable price good for everyone* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *goody* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *yes* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *no risk*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*its good service*
*no*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*good for eveyone*
*no*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*yes its very helpful*
*no*

#2198 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2200 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It seemed like an average deal for a flight of this type.*
*The time seemed a little off for the distance, and I've never seen a "backpack" policy before.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*They seem like an independent booking agency.*

#2200 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It states the amount of savings on the search page, so unless they are lying, you save money.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *The page shows a $35 service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *$35 seems high, it should be around $10* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *If it isn't, then the whole website is one big scam.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *The customer service number claims to be American Airlines.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Not sure, I would have to do more research.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is legal, but a little shady.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*It would depend on the price differences.*
*Don't know*

#2200 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2215 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a website where you can skip the connecting flight and get it for a lot cheaper*
*Nothing.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*I didn't see anything that suggested that it was an authorized agent*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It says you can save up to $91 in the pictures* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *I didn't see anything that said it was authorized* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it said so* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *If you have to check baggage it could end up in another city*<br>*Checking baggage could result in it not ending up at your destination*<br>*Don't know* |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would feel uneasy*
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*I would still feel uneasy because it's not a well known site*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*It's not well known.*
*Don't know*

#2215 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2219 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It seems like a reasonable arrangement- only bring a checked bag though*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I see no information that might sway my opinion one way or another*
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*It's interesting, but I am not entirely sure that it's what I'm looking for*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I just don't know enough about it yet*
*Don't know*

#2219 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2221 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very detailed with it's of relevant information concerning traveling*
*Everything is good*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*The concept*

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The information provided* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Information provided* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The price that's offered* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Unbelievable fares that are great* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Reliable company* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Everything is clearly explained*<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very knowledgeable and interested*
*Everything is fine*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*Very knowledgeable*
*Interested*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Unbearable prices*
*Everything is fine*

#2221 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2233 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Easy to use*
*Cheap*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Direct connect*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Partnership* |
|---|---|
| **Additional Fees** *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *In the totals* |

*If respondent believes additional fees are added*

| **Reasonable Charge** ---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Web page* |
|---|---|
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *Says on the site* |
| **Associated Risk** *The option offered by Skiplagged carries no risk* | *Disclaimed* ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Absolutely*
*Great*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's great*
*Na*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Awesome*
*Na*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2242 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*very similar to expedia or other sites. breaks down times and prices well.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*due to marketing and the design*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *i would guess, but using a third party isn't always better* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *everyone is going to take a cut these days* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *not reputable at this time so not sure*<br>*may not get your flight, could be someone at home in their garage taking advantage of anyone willing to try it out*<br>*loosing credit card information* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*probably not, seems more risky*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*better options and safety with ticket- if it is legit*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*would research skiplagged more prior to making a purchase*
*Don't know*

#2242 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2262 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*intuitive and clean*
*very straightforward and direct*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
| --- |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it is an aggregator of trips, they need to make some discounts to sell* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *they have an offer* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *it is a good price* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I guess so* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They need to validate the ticket* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I want to find more information about them to make any movement*
*nothing else*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Skiplagged seems very risky and bothersome*
*it is rare for a company as Skiplagged to do this type of activities*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*it is too risky to buy airline tickets with them*
*nothing*

#2262 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2322 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The website offering  some sort of service package*
*Nothing at all*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#2322 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*another online service trying to make money*

*Nothing at all*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**

*take the offer at all*

*It charges more money*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**

*May or may not consider buying my next airline tickets from Skiplagged*

*Don't know*

----

#2322 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2349 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*To see these animals*
*To show the options*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Amazom*
*It feels like it*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It seems like it*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Skiplagged is cheaper than buying directly from the airline_ | _To see it_ |
| **Additional Fees**<br>_Skiplagged charges an additional fee on top of the airline's total ticket cost._ | _To see it_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Skiplagged charges for its services is reasonable_ | _To see it_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Skiplagged is an authorized travel agency with access to fares I could not access via the airline_ | _To see it_ |
| **Ticket Validity**<br>_A ticket bought through Skiplagged is not valid ticket_ | _To see it_ |
| **Associated Risk**<br>_The option offered by Skiplagged carries no risk_ | _To see it_<br>----<br>---- |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I've never personally used them before_
_I haven't even heard of that before_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_To see it_
_To see this_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would not consider buying my next airline tickets from Skiplagged_
_I might not, but maybe_
_I might give it a shot_

#2349 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2362 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's full of information and text*
*American Airlines*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*I think Skiplagged is a third-party company*

**Based on your understanding of the** <u>Skiplagged</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *There's a $91 discount* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>Skiplagged</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*Don't know*

----

**Comparing the results you got from** <u>Skiplagged</u> **and from the American Airlines website, how do you feel about the** <u>Skiplagged</u> **offering?**

*I feel more educated and informed*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Skiplagged</u>**?**

*May or may not consider buying my next airline tickets from Skiplagged*
*It depends on the offer*
*Don't know*

#2362 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2371 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Nonstop flight, backpack only, is the cheapest option.*
*Nothing further.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*That's what it looks like from what I saw on the website.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *According to the website, it just seems that way.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I don't remember seeing a fee on the website.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I am just making an assumption.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *If it wasn't a valid ticket, this would not be an option.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It it did, it should not be an option.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy a ticket from them.*
*Nothing else to add.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I would not purchase a ticket thru Skiplagged.*
*Nothing further.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*Too many restrictions.*
*Nothing further.*

#2371 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2378 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*it is somewhat confusing because i'm not familiar with the skip lagging concept. but it offers good information like price change and gives cheaper option by skipping a connection flight*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*----*<br>*----*<br><br>**For what do they need to get permission or authorization?**<br>*----*<br>*----* |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*the angry airline notes makes it look really shady*

#2378 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it searches cheaper tickets that normally will not meet the searching criteria* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *there is service fee at total price* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *it really depends on how much it saves for the flight. but in general 35 is a lot. i can just search on other website looking for connection location as miami* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *you are buying a connection flight* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *you could be banned by the airline if caught using this loophole*<br>*you skip a flight on purpose that could've been sold to someone else*<br>*you could be on a blacklist for exploiting this loophole* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i probably will not buy tickets unless the savings is really big enough for me to take on the risks*
*no*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*not a moral option but it may be cheaper*
*although it is really shady as hell*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*my moral standard won't allow me to do so unless i am desperate*
*no*

#2378 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2380 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a one way trip from Santa Ana to Miami for $173. I think it's a good deal considering 5 hours direct flight.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | The price seems reasonable and worth the trip duration. |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would have to do enough research if the website is legit to purchase plane tickets before I do.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Skiplagged offering seems affordable and reasonable than American Airlines website.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Skiplagged offerings and deals seems affordable and reasonable.*
*Don't know*

#2380 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2420 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A website that had airline ticket pricing and booking*
*More then one*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It had price difference* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Seemed pretty fair priced* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Its approved* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Comfortable*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Seems like alot*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*If I was going somewhere close by I would use it*
*Don't know*

#2420 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2421 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#2421 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *Don't know* | ---- |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2430 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very typical of flight websites. It gives different flight options as well as shows price history.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>---- <br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Bc it offers their flights*

#2430 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Bc their prices are reasonable to me* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *No idea* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldn't buy from them bc I have a tried and true other website I usually use.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Might not be worth the hassle*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Might be worth the hassle since we don't fly very often*
*Don't know*

#2430 – Skiplagged – Hidden City

| Respondent ID<br>#2445 | Respondent Subgroup<br>Skiplagged | Questionnaire Shown<br>Hidden City |
|---|---|---|

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Easy and simple.*
*The interface looked user friendly, and everything look simple to fill out.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Skiplagged looks like something an official airline would make.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I saw green text saying that you save something.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Since it looks like you're saving money, i wouldn't say that Skiplagged charges extra money.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because you buy the item.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would look at Skiplagged, and keep this option as a reserve.*
*Nothing more.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Because the ticket would be cheaper.*
*Don't know*

#2445 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2453 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The company name is Skip Lag. This company showed different pricings on ticket flights for airplane tickets. It compared flight times and their prices.*
*This advertisement website shows. Pictures Flight paths. And compare different company prices.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*They seem to be authorized. Current information about flight pass and flight panels.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They showed the compared prices of buying it through them or through the airline, and their prices were better.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *They stated that there are no hidden fees.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *If they weren't authorized, they would be shut down.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I trust that it's a legit company.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Why would it?*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*They seem like professional and knowledgeable company and I would be happy to do business with them. I look forward to hearing more about Skip Flag in their company and what products they offer. After this survey, I intend to look them up and see if they're legit.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*They offer great deals for select people.*
*If you're traveling alone and you have no luggage, I would prefer skip lag.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*This company seems to be. Relevant to me and my needs.*
*Thank you for letting me share my opinion.*

#2453 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2465 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Great and convenient*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*

----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Because it's no point to charge* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*None*
*Don't know*

#2465 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2467 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Great deals and travel worth value*
*No nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Skipflagged*
*Promotions tagline*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*Is a first organized version*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Great promotions* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Great value* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Great value and promotions* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Trustworthy company* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Trustworthy* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Very trustworthy*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*First experience very interested*
*None*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*Very great value and promotions*
*None*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Very great value and offering*
*None*

#2467 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2477 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was bascially shoowing you the best route and it saves you money by skipping flights*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because how do they know this.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because it says that it saves you 91 dollars. isnt that cheaper?* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because why is the website still up?* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Because it said angry airlines*<br>*Maybe the airline will be angry and kick you offf the plane*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will deffintly buy from skiplagged next time i am trying to buy  a flight ticket*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I willl still buy because it is only a chance that they find out that i have sued this service.. which why i will keep using skiplagged muhahah*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*because look at how much money you save. It is soo good. Everybody should be doing this*
*Don't know*

#2477 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2478 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*It's convinced if you want look into it*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Ranstad*

*It's convenient like Ranstad*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

*Don't know*

*----*

**For what do they need to get permission or authorization?**

*Ranstad*

*Don't know*

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*It's like it*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Tickets are cheap* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Yes* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Bomb* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Yes* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Bomb*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Pack*
*Rack*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2478 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2484 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Well that it's going to be a good flight and it's going to be a good way for me and my friend to be able to travel together also it's cheaper for us to book online.*
*Well we can share a ticket together for third party and be able to travel some closer to a different destination that is relaxing and not a bad or disagreement.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*American Airlines.*
*Well because it's a good way to be able to travel and it's a good and better way to have good benefits and stay on a budget.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> *Well it can also be the rules of regulation for this flight and also can be able to know about the plane process.* <br> *Don't know* <br><br> **For what do they need to get permission or authorization?** <br> *Well that can get permission from the head up of there company to be able to explain the rules and instructions for this flight.* <br> *Well because so that I can be able to learn and know about the rules and guidelines.* |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*Well because so that can check to see if we have the right items for us to go through the scanner.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Well because some of the tickets are but then again you still got to still pay for the fee for the food and the travel.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Well because they already charged fees anyway and they can be able to know that we are looking forward on going.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Well because in case the tickets don't be good or if they be old enough to be using them for the flight.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Well because it's going to be a risk of going and then it would also be a risk of traveling on the flight with affordable.*<br>*Well to make sure that it's readable and to be able to tell that it can be for flight.*<br>*Well to make sure that it will be able to cover up the price before you even attend on going on the flight.* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Well I feel actually happy because it's a good way to be able to rewind and to be able to see the culture while in are on the flight.*
*Well you can easily be able to see the culture and be able to explore around while you are on flight.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Well I feel great about the flight comparing because it's tells me about the difference between with one is the cheapest and is the right one for me in my price range.*
*Well that it can be helpful and it's clever to know about the flight.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Well I say definitely well because it's worth the flight and the price.*
*Well that it can be able to see places familiar to me ask a kid.*

#2484 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2490 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a great offering I would take it*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*that is what I belive*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It's a cheaper way* |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Skiplagged charges for its services is not reasonable* | *It's reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is not valid ticket* | *It's not valud* |
| **Associated Risk** <br> *The option offered by Skiplagged carries no risk* | *I need money* <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's a great offering*
*No there's nothing else*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*O*
*No*

#2490 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2513 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Good deal on tickets*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Skiplagged is not cheaper than buying directly from the airline_ | _Don't know_ |
| **Additional Fees**<br>_Skiplagged charges an additional fee on top of the airline's total ticket cost._ | _Don't know_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Skiplagged charges for its services is not reasonable_ | _Don't know_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_Don't know_ | ---- |
| **Associated Risk**<br>_The option offered by Skiplagged carries no risk_ | _Don't know_<br>----<br>---- |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_It's good_
_No_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_Good_
_No_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would consider buying my next airline tickets from Skiplagged_
_Itsbgood_
_No_

#2513 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2521 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It seems good that the total is $207 only. There is a 90$ savings.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Never heard of it until now.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *90$ saved* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Besides subscription or price for downloading app, its purpose is to save money, not pile up extra fees.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Well if you take many flights, it is definitely worth it. The more you fly, the more it saves you rather than burdens you.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | *----* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It looked valid to me. That's all* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *What if it can't save you anything on your ticket price?*<br>*Chance it might not be accepted if it is bought through skiplagged.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
*----*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*hidden cities confuses me.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I don't have full trust in it yet, and I'm not desperate to save money.*
*Don't know*

#2521 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2523 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This Is The Lowest Tickets I See & It's A Deal If You Ask Me.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

#2523 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's Risky But It Sounds Smart.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged Because It's Risky.*
*Don't know*

#2523 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2616 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very good offer but it's night flight and you can take only backpack*
*Also you have to pay fee of $35*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*This website provides flights from different airlines like AA and United*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| **Relative Expense**<br>_Don't know_ | ---- |
|---|---|
| **Additional Fees**<br>_Skiplagged charges an additional fee on top of the airline's total ticket cost._ | _For this particular trip from Skiplagger website $35 was additional charge_ |

_If respondent believes additional fees are added_

| **Reasonable Charge**<br>_Don't know_ | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>_Skiplagged is an authorized travel agency with access to fares I could not access via the airline_ | _It's my opinion_ |
|---|---|
| **Ticket Validity**<br>_A ticket bought through Skiplagged is a valid ticket_ | _It's my opinion_ |
| **Associated Risk**<br>_The option offered by Skiplagged carries risks_ | _It's my opinion_<br>_if you re using credit card payment it's not a big risk_<br>_Not sure but website my ask your personal information_ |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_May be yes and may be not based on some issues but definitely I'll check information bout it online_
_Don't know_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_This offer looks reasonable and looks good for me_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would consider buying my next airline tickets from Skiplagged_
_It's  good choice and easy way to save some money_
_Don't know_

#2616 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2692 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*you buy a ticket with a connecting flight but then don't get on the connecting flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*becaue they are having you do something airlines hate*

#2692 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *you're getting a savings* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *there is a service charge* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *it was like 15 percent of the cost of the trip* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *because it's an actual airline ticket* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *bad weather*<br>*bad weather, angry airlines*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i'd consider it for the right deal*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*buying a flight with connection but not getting on the connection*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*i'd have to be getting a great deal*
*Don't know*

#2692 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2699 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It looks so easy to book a reservation online.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price looks so reasonable.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It looks so reasonable.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will research about them.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Nothing special.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I did not find anything special.*
*Don't know*

#2699 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2701 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Average price*
*Easy to book*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*They give have cheaper flights for getting the airlines more customers*

#2701 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They slashed original price so you see how much your saving* |
| **Additional Fees** *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It has a reduce price* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is reasonable* | *Is affordable and less then original price* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *Has flight number and all the information* |
| **Associated Risk** *The option offered by Skiplagged carries risks* | *Not responsible for delays or cancellation* *Not responsible for delays or cancellation and if you have luggage it will arrive to nasvhville not miami* *Only bring back pack to avoid luggage going to Nashville instead of Miami* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider booking with them since the prices are affordable is worth trying*
*Will book to see how accommodating is the flight*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Very affordable cheaper*
*Cheaper than other websites*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Like there prices*
*Easy to book*

#2701 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2703 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Basic*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Information seems jumbled*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The ad* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *The prices* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Just seems vague* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Vague information* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2703 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2706 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Over night flight*
*All night flight*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*If they have access to book a ticket there's some kind of business relationship.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Have to check them out*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Good price but you're taking a risk at the same time…*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2706 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2715 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I would describe it as average.*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I believe many of them including this one charge a service fee.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *I don't think that the fees are justified.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I believe it is valid but not cheaper.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I don't believe they are much different than other booking sites.*
*No*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*I do not trust skiplagged but at the same time do not understand American Airlines policies.*
*No*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I am not sure yet I would have to do more research.*
*No*

#2715 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2717 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a high quality premium service that is trustworthy and reliable and easy to navigate*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I didn't notice*
*Nothing*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because it makes more sense*

#2717 – Skiplagged – Hidden City

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because they offer discounts* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Because* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because they are trustworthy and reliable*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel like they are trustworthy and reliable and they have great options for everyone*
*Nothing*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*Great*
*Ok*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because they are trustworthy and reliable*
*Don't know*

#2717 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2718 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It is very user friendly.*
*no further commments*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*n/a*
*n/a*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*n/a*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *n/a* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *n/a* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *n/a* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*n/a*
*n/a*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*n/a*
*n/a*

#2718 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2723 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The website belongs to a brand named Skiplagged. Their main service is on Flight booking and getting discount through the use of their website*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Southwest Airlines*
*I believe you can only book a trip with for a particular Airline on another brand's website, only when the brands in question already have an agreement in place*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *The particular airline they would like to deal with*
> *There must be an agreement between the two companies*
>
> **For what do they need to get permission or authorization?**
> *There must be permission in other for them to be able to make any Airline available on their websites*
> *They risk be sued*

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Skiplagged is cheaper than buying directly from the airline_ | _The images in the previous pages depicted that_ |
| **Additional Fees**<br>_Skiplagged does not charge an additional fee on top of the airline's total ticket cost._ | _They rather gives discount_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Skiplagged is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_A ticket bought through Skiplagged is a valid ticket_ | _Once authorized, then tickets are automatically valid_ |
| **Associated Risk**<br>_The option offered by Skiplagged carries no risk_ | _Don't know_<br>----<br>---- |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I feel optimistic_
_I would need to visit their websites to learn more about their offerings_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_I feel optimistic_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would consider buying my next airline tickets from Skiplagged_
_Their offerings seems easy and convenient to access_
_Don't know_

#2723 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2726 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A website that details the departing flight, the amount of bags you're allowed to take, any and all restrictions, and the total cost of the flight.*
*I find it strange that the website mentioned that you're only allowed a backpack on the flight, and if you bring any other bags, that they could end up in Nashville.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*I did not see any verifiable information that led me to believe that Skiplagged is the authorized agent of the airline.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The website page detailed that you are saving considerable amount of money by booking through them, and the discounts are associated with your luggae, or lack thereof.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Skiplagged indicated that there was a service fee associated with the purchase, as indicated by the final page, where the total amount was calculated.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *I feel that indicating what type of bag you can bring with you on the flight was odd, especially indicating that if you bring any other pieces of luggage, that it could end up in Nasville.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *By simply stating that you can only bring one backpack and no other luggage leads me to believe that Skiplagged carries risk, as your other bags can possible end up in Nashville.*<br>*Your luggage, if you bring anything other than a backpack, can possibly end up in Nashville.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would not trust Skiplagged with purchasing an airline ticket.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I still do not trust Skiplagged to purchase an airline ticket, as I don't feel a sense of trust.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*The luggage situation is the only reason why I would not choose to book a flight with Skiplagged.*
*Don't know*

#2726 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2729 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

#2729 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** | ---- |
|---|---|
| *Don't know* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| **Reasonable Charge** | ---- |
|---|---|
| *Don't know* | |

| **Authorized Agent with Additional Fare Access** | ---- |
|---|---|
| *Don't know* | |
| **Ticket Validity** | ---- |
| *Don't know* | |
| **Associated Risk** | ---- |
| *Don't know* | ---- |
| | ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I might consider it.*
*Nothing else.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I think I'd give it a try.*
*Don't know*

#2729 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2776 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Reliable*
*I think it's easy to use*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It looks different*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I think so* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I think so* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *I think so* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's like Expedia* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I think so*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think it's a good option*
*Nothing else*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I think skip lagged is a great alternative*
*I think so*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It looks like a great company*
*Nothing else*

#2776 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2862 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Its way too confusing, and I only book for myself. No info sharing. Nothing more than this.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Lower priced.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I would not use Skiplagged. I deal directly with the airline.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I deal directly with airlines.*
*Don't know*

#2862 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2888 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*In the end u saved $93 totally try it*
*Easy to follow*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*It clearly precives it self as one*

#2888 – Skiplagged – Hidden City

**Based on your understanding of the** <u>Skiplagged</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The last page stated that I would save $93 dollars* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It's cheaper* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *If you pervide a good and easy plus cheaper way to purchase tickets it's worth a small fee* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *How I read the pages going through the process of buying the tickets* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They are affiliated* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Any does because of weather and onknown factors*<br>*Nothing directly to the tickets themselves*<br>*Weather is the main one* |

**Reflecting on the** <u>Skiplagged</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am going to look them up my son is in college and I'm getting tickets for him all the time to visit home*

**Comparing the results you got from** <u>Skiplagged</u> **and from the American Airlines website, how do you feel about the** <u>Skiplagged</u> **offering?**
*Skiplagged hands down is the better decision*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Skiplagged</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The prices*
*Don't know*

#2888 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2891 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This is a way to get a lower fare--it's beating the system which I don't like.*
*Hidden city stuff is frowned upon*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Because they are selling a hidden city ticket.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They are using an unapproved method of selling a ticket.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Because it's a hidden city ticket, the airline may ban the passenger in the future if caught.*<br>*Because it's a hidden city -- the next leg of the flight will not have this passenger*<br>*Possible banning by the airline* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will NOT buy from them if they are real.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I do not like this offering.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*I don't care at all for this practice.  This screws up the ticketing on the unused leg of the flight.*
*Don't know*

#2891 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2945 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Cheaper flight/ long flight and you can only bring a backpack on board*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*they appear to be the booking agent*

#2945 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *this is generally true of booking sites* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *did not see an additional fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *this is what i saw* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *appears to be true* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *baggage etc.*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*probably would not buy from them*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*less expensive*
*no*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*need to research them*
*no*

#2945 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2955 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It is a competitive price for a air flight*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because I saw the prices* |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is reasonable* | *Because the ticket prices were cheaper* |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *Don't know* | ---- |
| **Associated Risk** *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I do not know this company very well so I would be curious*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I don't like their offers*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Because I'm not aware*
*No*

#2955 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2968 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The website provides you with a lot of information about wheather baggage and savings.*
*It gives you more information than alot of the other websites you use.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because they have all the information*

#2968 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because they tell you how much you saved and give you cashback* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Because they give cashback* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because it sounds better than other sites* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because of their information* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it would be fraud if it wasn't* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Causw they give you options*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel very likely to buy*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel good about it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*They seem great*
*Don't know*

#2968 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3008 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very descriptive*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between _Skiplagged_ and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** | ---- |
|---|---|
| *Don't know* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| **Reasonable Charge** | It's already expensive, I don't need more fees |
|---|---|
| *I believe the fee Skiplagged charges for its services is not reasonable* | |

| **Authorized Agent with Additional Fare Access** | I can always find a better price |
|---|---|
| *Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | |
| **Ticket Validity** | It will be valid |
| *A ticket bought through Skiplagged is a valid ticket* | |
| **Associated Risk** | If they give me trouble, I will stop payment |
| *The option offered by Skiplagged carries no risk* | ---- |
| | ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will not*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Its a horrible practice*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*It's wrong*
*No*

#3008 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3010 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*offers you a discount and then gives you money back, It is a good deal*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It could book other airlines if it is cheaper*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *they said it* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *it only showed the price for the ticket* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *it seemed that way* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *seems that way* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *why else would thry advertise it unless it is a scam* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I would think so*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Until it is used more, I am skeptical*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Not sure if I want to go through all that trouble*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*afraid to get fowled up*
*Don't know*

#3010 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3034 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*I would tell them that it's a website that finds deals you might not otherwise by eliminating a second leg of a flight that you don't need.*
*I would explain that it could cause issues.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *The flight company* |
| *They need to issue the ticket* |
| |
| **For what do they need to get permission or authorization?** |
| *To issue the ticket* |
| *Because you need to fly* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*They're actually doing something against airline policy*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It looks for deals generally not available/viewable to the public* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a fee present* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *I'm not sure. I get the fee, but also think thay 3rd party booking can be challenging and especially as airlines don't like this policy* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Airlines don't want to have this service* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It is valid, but you run the risk of future cancelations of flights* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *The airlines don't want you doing this practice*<br>*Your future tickets get canceled.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm concerned. It would have to really be a significant cost savings with an airline you don't fly thay often.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I'd be interested if the situation was right and the cost savings large*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*The cost savings would have to be substantial*
*Don't know*

#3034 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3055 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*good value for money*
*is complete and more short than another fly*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*delta airlines*
*is the partner page of the airline*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*because can offer the fligths*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I saw information of savings* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *in the resume appear the fee information* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *this is the way in what they work together* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *is an autoriced page* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*may consider use the servic3e*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I think is better buy directly from the american airlines page*
*Don't know*

#3055 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3070 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*You can see distance, price and everything else you need to know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#3070 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#3070 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3071 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Great option at a great cist*
*Easy and fun to bookœ*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Sppears that way* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Appesrs* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *It shows* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3071 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3073 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A way to get an inexpensive flight that is actually just part of the whole flight*
*You shouldn't check bags*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It seems to be an aggregator like other on line sites*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It seems like you are paying for part of a longer flight* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a service fee included* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *It was lower than others I've seen* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *How could you use it if it wasn't* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I don't think they could run a business if they were selling something that wasn't legal*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*If it's cheaper than great*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I'm not sure now if it's okay or not*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*The information seems contradictory*
*Don't know*

#3073 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3074 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----


**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because that's who is running the airline*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because the sight is with them* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Because there is always risk*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It isn't bad*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Cheaper than the other*
*Don't know*

#3074 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3079 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Good savings for this flight.*
*Nothing comes to mind*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *I'm not sure* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3079 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3083 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*pretty reasonable*
*interesting.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*I believe they are a 3rd party private low frills flight*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense | you save on the layover trip part destination. |
|---|---|
| *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | |
| **Additional Fees** | *they just do.* |
| *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| Reasonable Charge | *Don't know* |
|---|---|
| *I believe the fee Skiplagged charges for its services is reasonable* | |

| Authorized Agent with Additional Fare Access | *Don't know* |
|---|---|
| *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | *because thousands of people have used skip lagged and have gone on planes with their tickets.* |
| *A ticket bought through Skiplagged is a valid ticket* | |
| **Associated Risk** | *because your not taking a full flight, you pick a layover of the city you want to be in, therefore saving you money, not completing full travel.* |
| *The option offered by Skiplagged carries risks* | *airlines frown upon this as they use money.  they can boot you off flight.* |
| | *Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*sure, wy not, saving money is the goal here.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*fabulous*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*depending if I can find a layover destination, that will work for me.*
*Don't know*

#3083 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3095 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Cheap flight to Florida for a real reasonable price*
*Fly out at around 8 am*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because they work together*

#3095 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because I've seen prices for both* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *My understanding of what I seen* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because it could be higher* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Description of what I seen* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because in order to buy through the. They gotta be legit* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *What being said in ad*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would purchase through them*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I would try them out*
*Better rate*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Better rates*
*Would give them a try*

#3095 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3097 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The site offers a more affordable flight option where you only take a back pack and get off at your destination before the layover continues to the next city.*
*The site is clear about baggage requirements and says the airlines don't like this method.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*If the airlines do not approve of this type of booking, I assume there is not an affiliation*

#3097 – Skiplagged – Hidden City

APPENDIX C-7

**Based on your understanding of the __Skiplagged__ offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It has a statement of how much was saved as opposed to normal fare* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The total price of there flight did not seem to add much more in fees thaqtn I would expect normally* |
|---|---|

| Authorized Agent with<br>Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It would be al to of trouble to create a service that didn't work, so I'm assuming it does or they would go out of business pretty quickly* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *It mentioned weather and something else weather, airlines being angry There was another that I cannot recall.  And if you check luggage, it will go on without you* |

**Reflecting on the __Skiplagged__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I might or might not. I'd need to know more, read reviews, etc.*

**Comparing the results you got from __Skiplagged__ and from the American Airlines website, how do you feel about the __Skiplagged__ offering?**
*I"m not sure.  Traveling I already stressful, so I would be anxious about this practice.  However, I still might consider it if I were in a pinch and needed to save money.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from __Skiplagged__?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I don't know if the risks would be worth it.*
*There may be a specific situation where I would do this, but not on a trip where I had to 100% b somewhere not time*

#3097 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3128 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*In order to book a flight to Miami, I booked a flight from Santa Ana to Nashville, but Miami was the first stop, so I will get off then and not complete the rest of the flight.*
*I cannot check any bags, so I have to travel light. Otherwise, my bags will end up in Nashville. Where I am not going. I saved some money doing it this way.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*They are just a booking site. There were multiple airlines on the site. I believe this site is similar to expedia or travelocity.*

#3128 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They are able to find the loopholes to get you the cheaper flights that the airlines would not want you to figure out on your own and would discourage you from being able to book like that.* |
|---|---|
| Additional Fees<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was an area that said service fee added on to the price of the ticket.* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is reasonable* | *If I save well over  the $35 fee, it would make it worth it in my book. Because then I would be saving money on the tickets which will benefit me.* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| Ticket Validity<br>*A ticket bought through Skiplagged is a valid ticket* | *At this point, the website looks similar to other sites such as expedia or travelocity so I believe it would generate an actual ticket once you paid at checkout.* |
| Associated Risk<br>*The option offered by Skiplagged carries risks* | *If the flight is changed for any reason, I might not be able to get to miami as my first stop.*<br>*I could end up in nashville.*<br>*My bag could end up in Nashville.* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Leery, so before I use them I will read reviews of their website to see what others who have used the site think about it. Including the good information as well as the bad. This will help me weigh the risks and benefits.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is cheaper, but you risk the wrath of the airline. It is against their policies and may hurt your future ability to fly with that airline.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I don't want to get in trouble.*
*Don't know*

#3128 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3134 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Positive*
*Informative*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

#3134 – Skiplagged – Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It showed.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It's reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It's professional.* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *It could be.*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Professional service*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Unfamiliar*
*Don't know*

#3134 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3135 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A little cluttered but ok*
*Not really*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It's lots it and books it so assuming it's an agent*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Didn't see an extra charge at the bitton* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Otherwise I shouldn't be able to book it* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I am assuming so* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Seems like a lot of hassle*
*Not really a little curious*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Need more information*
*Don't know*

#3135 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3138 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This is a discount flight ticket purchase site.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3138 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3146 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a good awful price wise but I thought the airlines did not allow this*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*I've read the airlines do not encourage this*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm unsure if this is allowed*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It sounds frowned upon by the airlines. It's not worth the risks for a little savings*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*It's not worth the hassle*
*Don't know*

#3146 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3153 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was a fairly priced ticket but the flight time was not great and you can only bring a pack back*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the __Skiplagged__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because it shows how much other sites would be* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because you are paying for it* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the __Skiplagged__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from __Skiplagged__ and from the American Airlines website, how do you feel about the __Skiplagged__ offering?**
*It can be risky*
*Don't know*

**How likely would you be to consider buying your next airline ticket from __Skiplagged__?**
*May or may not consider buying my next airline tickets from Skiplagged*
*It depends on where we are going*
*Don't know*

#3153 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3181 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A good priced flight that was compared to other websites*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Looks like it's just another website to view all the prices of different airlines*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| Relative Expense | They want you to order through them so they offer better price |
|---|---|
| *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | |
| **Additional Fees** | *It said service fee* |
| *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| Reasonable Charge | It was only $35 |
|---|---|
| *I believe the fee Skiplagged charges for its services is reasonable* | |

| Authorized Agent with Additional Fare Access | ---- |
|---|---|
| *Don't know* | |
| **Ticket Validity** | *It would be illegal to sell fake tickets* |
| *A ticket bought through Skiplagged is a valid ticket* | |
| **Associated Risk** | *It should be a real website* |
| *The option offered by Skiplagged carries no risk* | ---- |
| | ---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Might consider it for my next flight*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*It was the cheaper option*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It was cheaper than the airlines website*
*Don't know*

#3181 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3241 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This seems very interesting overall*
*I like what this is attempting to do*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because you're not paying for an entire flight, you're going to a connection city.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It seems very intriguing but also a little daunting to take on this*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't like it.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Having to potentially buy a ticket at the gate, not saving money too much risk.*
*Don't know*

#3241 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3309 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was perfect for me*
*It's perfect for me*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Southwest*
*The company logo*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Southwest*
> *What was written*
>
> **For what do they need to get permission or authorization?**
> *To proceed with verification*
> *The writing on the statement*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It's written on the promo*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The writing on the promo* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It was stated* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The prices seem fair* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It was stated* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Seems authentic* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Seems less risky*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's perfect for me*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It was way better*
*It's perfect for me*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It's perfect for me*
*It's perfect for me*

#3309 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3320 | Skiplagged | Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It has some hidden features*
*However there is a lot of information*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I believe I saw that*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I saw something to that effect* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Once again I feel sure it said that* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *The text about Skiplagged* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They are like a ticket broker* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*I feel I would save money*
*No*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I am still not sure about hidden fees from Skiplagged*
*No*

#3320 – Skiplagged – Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #736 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Super cheap nonstop flight from Philadelphia to San Jose California*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because they wouldn't be able to broker me a flight then*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because I have used them before and if it was cheaper to book through the airline nobody would ever use Expedia.* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Doesn't reflect that in the summary.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used them before, and anything else would constitute fraud.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Again, not in the summary*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Confidence that they will get me a good deal better then I could on my own from the airline.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Expedia gets you good deals.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've used them. Great site.*
*Don't know*

#736 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #762 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*140.00 6 hour flight leaves a 6pm*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**

*Don't know*

----

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I guess they offer the list price available* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because they would not be authorized to collect money* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Otherwise they would not be in business*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Pretty decent*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Expedia even less after paying raxes*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Depends if I remember*
*Don't know*

#762 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #774 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would tell them that Expedia is a travel online company that helps you book flights and any other reservations when you're going on vacation.*
*I would ask them that Expedia is a great source to look at flight or reservations and it's easy to book.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It connects with the airline so that they know that you booked a ticket to their airline.*

#774 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I get to get points for every booking that I do so next time I book I get a discount.* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I feel they charge a fee to help the business and provide better service.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I feel the fee is reasonable because it would help their business out and it'll improve their services.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It helps me book the ticket, luggage, and it gives me an option to pay more for luggage protection.* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's a valid ticket because it's connected to the airline.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It doesn't carry risks if you pay more to keep your information secured and luggage safe.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel good about buying from them because I trust their service.*
*I like that it os easy to book.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel Expedia offers better options than just the airline itself.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It is a trusted company*
*Don't know*

#774 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #781 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A 6:30 PM flight for $140 pretty darn good price if I*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*The airline offers a certain amount of tickets to the company at a reduced rate for the company to sell*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because it literally is* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't need to justify this going on the fucking website for yourself and figure it out* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because you can get on a fucking plane with it* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I don't have any feelings if they offer a better price I'll use them*
*Don't know*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*The same flight same price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Probably would not consider buying my next airline tickets from Expedia*
*If I'm using the side of the airline, they will already have my frequent flyer information and I don't have to wait for Expedia to deal with*
*Don't know*

#781 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #783 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*expedia*
*offering tickt*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*they seem to own a lot of airlines*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *seems rather geat* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *seems like a great idae* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *seems like a great idae* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *seems rather geat* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *makes sense to me* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *seems rather great*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*seesm rather great*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*seems like a great offereing*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*seems like a great idea*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #826 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Breaks down everything you need to know*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> *----*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense | Discounts |
|---|---|
| *Buying tickets through Expedia is cheaper than buying directly from the airline* | |
| **Additional Fees** | ---- |
| *Don't know* | |

*If respondent believes additional fees are added*

| Reasonable Charge | ---- |
|---|---|
| *Don't know* | |

| Authorized Agent with Additional Fare Access | Don't know |
|---|---|
| *Expedia is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | Because no one would use it otherwise |
| *A ticket bought through Expedia is a valid ticket* | |
| **Associated Risk** | Could be a fraud |
| *The option offered by Expedia carries risks* | Fraud |
| | Don't know |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would rather book directly from website*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#826 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #831 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*A flight for $140 from Philadelphia to San Francisco*
*nope*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*I remember seeing something about Expedia*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *The prices on the screen shown were discounted* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The prices seemed fair to me* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel like I would consider Expedia as a way to save money*
*nope*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It seems like a better deal*
*nope*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It would likely save me money*
*nope*

#831 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #876 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#876 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #899 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's interesting*
*N/A*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*Because I don't think there directly connected to any specific airline*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*That's the place I go to get my flights*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#899 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #920 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*nothing comes to mind*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*none*

*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *none* |
| *Don't know* |
| |
| **For what do they need to get permission or authorization?** |
| *none* |
| *Don't know* |

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is an authorized agent of the airline*

*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *none* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *none* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *none* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *none* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *none* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*none*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*none*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*none*
*none*

#920 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #947 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I USE THIS SITE BEFORE, LIKE IT PRICE LIST AND EASY INTERFACE*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *its take payment just and do all things for me* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I research and compare price with others company its much reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*very professional and timely responsive*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#947 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #976 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*Mm*
*Njne*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Airfare*
> *Don't know*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Expedia flights are more cheaper*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Cuz it is* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Try it for yourself* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Helps out people I. There budget* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Good*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*BECAUSE ITS CHEAPER*
*Noooooooo*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
*----*

#976 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #984 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Informative and detailed.*
*Easy to access*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ----  |
| ----  |
|  |
| **For what do they need to get permission or authorization?** |
| ----  |
| ----  |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Because I always booked at expedia agency to book any airlines*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It has more promotions* |
|---|---|
| Additional Fees<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've been booking a lot to them* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *They just charged taxes* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *You can book any airlines through expedia* |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *Because I did have already* |
| Associated Risk<br>*The option offered by Expedia carries no risk* | *As long as you book a ticket with a refundable one it's o k*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Cheaper and efficient*
*None*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's cheaper and affordable*
*None*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It's easy to find good deals*
*None*

#984 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1015 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Price friendly*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |


**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Independent*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Discount* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *No change* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Lower fares* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1015 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1035 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This is a very comprehensive and appealing offering. The platform makes it easy to compare prices and find the best deal*
*This page also saves time*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*There is some other relationship between Expedia and the airline*
*I'm not sure about the partnerships*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I travel frequently and the prices shown are cheaper* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I see "fees" on the receipt* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The price is very low* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *I see links to airline sites* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I see the confirmation and notifications from the airlines* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *The offer has many buffers and insurance policies to reduce risk*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think this is a very efficient and convenient way to book travel and accommodations*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*This is a good offering*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*This site has many different flights and makes it easy to find the best deal*
*Don't know*

#1035 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1057 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Flights details*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**

*Don't know*

----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Its valid from my experience* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's good*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1057 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1067 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1067 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1068 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*A booking travel agency*
*Booking with this agency comes with rewards and incentives*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ----<br>---- |
| **For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Because they come with incentives cum discount*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It comes with rewards that could be use forthwith* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It rather comes with discounts and rewards* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It's crystal clear that they offer way compared to booking from airlined* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because they are recognized and authorized* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Just like normal airlines carry risks too*<br>*Full Refund risks*<br>*No* |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I could give them a shot*
*No*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Not bad. The difference is in incentives*
*No*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*I will love to access the incentives and rewards involved*
*No*

#1068 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1096 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would not consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1111 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A flight leaving Philadelphia to San Francisco. Leaving at 650 pm arriving at 1050 pm*
*price for one-way $140.00*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They are authorized to book tickets on their flights.*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _They have a deal to fill empty seats at discount._ |
| **Additional Fees**<br>_Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _They collect a fee from the airlines_ |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Airlines set aside a number of available seats to authorized travel agencies._ |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Once the ticket is sold and paid for the airline has to honor the ticket._ |
| **Associated Risk**<br>_The option offered by Expedia carries no risk_ | _Once paid you have a Binding contract._<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_It is a trusted site._
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_They are offering a very good price for the flight with options._
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_There are a number of other sites that can offer a better deal and price._
_Don't know_

#1111 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1136 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A pretty good deal on a round trip flight*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*It said so*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It said so*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *This is what Expedia does* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It said so* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *This is what Expedia does* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used Expedia before* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I have used Expedia before*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will definitely use them again*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The offers are the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I have used Expedia before, and I like using them*
*No*

#1136 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1141 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Flight cheap on Expedia*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*They are on their site*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Bc it is* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Look* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Not too much* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I feel that way* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've bought before* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *.ight be untransferable*<br>*Don't know*<br>*----* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Not sure*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good price*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Good price*
*No*

#1141 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1143 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Expedia has offers on round trips.*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Commercial airlines.*

*Their able to book a flight with any commercial airlines.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*TSA*<br>*They control all flights*<br><br>**For what do they need to get permission or authorization?**<br>*To do business*<br>*Seems like it is the law* |

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is an authorized agent of the airline*

*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Tickets are usually cheaper* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Any service charges* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's a trustworthy booking site* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It's a trustworthy brand*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Great I probably will*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It's a trustworthy brand*
*Don't know*

#1143 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1150 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Reasonable*
*Good detail*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is an authorized agent of the airline*
*Uses their data*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Experience* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Experience* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Experience* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Obvious* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Experience*<br>*Cancel fees*<br>*No* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Safe*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Experience*
*No*

#1150 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1159 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*One way from Philadelphia to San Francisco*
*Very Reasonable rate*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*The Airline*
*Expedia is a service provider*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*The Airlines*<br>*That's how they can encourage flights*<br><br>**For what do they need to get permission or authorization?**<br>*Available Flights and acceptable prices*<br>*Otherwise there's no coordination* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*They connect the passenger to the actual flight and receive payments*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Usually flights that need filling in advance to ensure full flights are discounted* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Expedia has to make some profits for the services* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The earliest bookings normally save customers money* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Expedia works to fulfill vacancies* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *You are assured that bookings are complete* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Expedia is contracted to be a service provider*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Am ok with using them*
*None*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's fair and accurate*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Have had success using*
*No*

#1159 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1191 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great deal for flight*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

#1191 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very confident*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1191 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1224 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A website that enables a customer to book flights. Check status.*
*Provides prices*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*----*<br>*----*<br><br>**For what do they need to get permission or authorization?**<br>*----*<br>*----* |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*It makes sense*

#1224 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I heard that it does a price match* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I used it before awhile back* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It's a third party and there is a fee* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It must be* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Third party booking site that checks fees*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*If the offsets the airfare then I would*
*Don't know*

#1224 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1277 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Seems like a decent deal. Clear g states needed info.*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *How do they make money then?* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't like paying extra* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Otherwise they would not be in business* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Otherwise would not be in business*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Would research to make I'm not paying more*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Is that the total price or is n the next screen adds fees? If it is the same price why not go through the airline instead?*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would not consider buying my next airline tickets from Expedia*
*Same price on airline website so rather go there*
*No*

#1277 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1329 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*there is a better price choice when you pick up a date and you can find the timeline and this is very clearly for the timeline*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *there is very price of the ticket* |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *Don't know* | ---- |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think Expedia is doing a good job and there is lots of choice.*
*and next time I will try Expedia first*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it is better than American Airline offer*
*same price but not refundable from American Airline is not acceptable*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*it is better form Expedia*
*like Expedia more than Airline web*

#1329 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1343 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would describe it as a good deal and a cheap ticket.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*You can get on the airline through Expedia but have to contact Expedia if you have any problems.*

#1343 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It shows best offers* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used Expedia* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I likely will buy through them*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*About the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1343 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1344 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Don't know |

**How would you describe the offering on this website to a friend?**
*It ended up costing less than I thought*
*It was a little cluttered and I was suspicious I might not get the right rate*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I don't remember the name but it was a discount program*
*I saw it could reduce the price if you selected it*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*There is some other relationship between Expedia and the airline*
*It offered a discounted rate*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The price difference was obvious* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Because the total came out to less than the airlines cost* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are a well-known brand and I don't think they would be in business otherwise* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely check into it further*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel it might be a scam because they're the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*I would have to make sure there's actually a difference in price and that it's guaranteed*
*Don't know*

#1344 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1353 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would say it is a one-way direct flight from Philadelphia to San Francisco, for around $140 for one person*
*It is pretty clear where the flight originates from, and the pricing. People just need to make sure they understand it is one way.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*I feel like Expedia is not an authorized agent, but rather some sort of a broker.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| Additional Fees<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*Don't know* | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *That is my perception, I have always thought that sites like Expedia is an authorized travel agency, and I think somehow they often have cheaper fares* |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *I believe it is similar to like if you bought a concert ticket from Ticketmaster, it is a valid ticket* |
| Associated Risk<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I have used them and I like them and would use them again, I feel like you are getting pretty much the cheapest out there because they sort of compare prices that are out there for you*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It looks almost exactly the same, I would feel like Expedia is just offering the same thing I see with American*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I feel like I would not pay any more with Expedia, as they would offer the same price as the airline, but I might be able to find a lower price from another airline through Expedia*
*Don't know*

#1353 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1358 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----


**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They are an online ticket site and offers better deals.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It is a decent fee  And and not too expensive* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It ey have much better offers and deals and they are a legit site.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are a legit and valid site to purchase from.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I don't see how there would be a risk involved.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would most definitely and this would be my first choice.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*They are my first choice and I have experience with them.*
*Don't know*

#1358 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1459 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Don't know* | ---- |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *Don't know* | ---- |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would not consider buying my next airline tickets from Expedia*
*Don't know*
----

#1459 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1523 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This is a reasonable price and easy to understand*
*It's very clear*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It's clear it is*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Experience* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *From past experience* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *See last answer*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I absolutely trust them*
*They're fair, reasonable and honest*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*From past experience*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1548 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It provided a flight on the date I wanted and gave me a choice of times which would affect the price*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Not sure*

#1548 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Based on experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used them before* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Makes sense to me*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm comfortable using them*
*Nothing at all*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's a good offering*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*They are a legitimate company*
*Don't know*

#1548 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1565 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*It has what you need*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Friend told me*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Friend told me* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Friend told me* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Other sites fo* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Friend told me* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Read it* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Read it*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Yes*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Trust*
*No*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1604 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would not consider buying my next airline tickets from Expedia*
*I like Simplicity that's too much information to look at and to go through*
*Don't know*

#1604 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1623 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would definitely describe it as an amazing deal because to fly from Philadelphia to San Francisco for $139 is ridiculously low.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*They are a website that pulls up every airline and matches prices for you*

#1623 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I have found that it is definitely cheaper to order through a matching travel website then directly through the airline.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I've never had a problem with my total amounts from Expedia so I feel like it's reasonable.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I say that because it is about the ticket point blank.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely looking to buy my next airline ticket from them. That price was amazing and if I could get amazing prices like that for flights all the time I would always use expedia.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I think is is better.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*They seem to have great prices*
*Don't know*

#1623 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1640 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia has OneKey option to choose the travel option*
*You will have to sign up to be access the benefit of being OneKey member in Expedia*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It derives from Expedia's membership*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Expedia is cheaper than buying directly from the airline* | OneKey partnership expands the resources to find the best price for what you are looking for in Expedia |
|---|---|
| **Additional Fees** *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | I didn't see additional fee on the website |

*If respondent believes additional fees are added*

| **Reasonable Charge** ---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Expedia is an authorized travel agency with access to fares I could not access via the airline* | You book through Expedia to get the deal |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | Expedia has authorization to be the final destination for the boarding tickets |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will try this OneKey option to expand my choices*
*None*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*It's the same as American Airline search on their website so I will use Expedia to do the search from now on*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Same search results as airline and can have more options since it vets all airline that are available for the filter option*
*Don't know*

#1640 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1714 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great cheap flight fir 139 and non stop makes it even better*
*Yea just the non stop flight makes it all that much better*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*I saw Expedia on the page*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Well Expedia is an online booking site fir airlines hotels and there customers*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Well it was only 139 fir a round trip ticket which is a really good price* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Well that's how they make up some of tte extra money to keep there business going* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *Well it's a small fee so it doesn't really break the bank and still. Cheaper than most airlines* |
|---|---|

| Authorized Agent with<br>Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Well it is an authorized airline and gives better deals than most airlines* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It is a valid ticket fir what ever airline you are using and where you are going* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Well it depends on if you buy insurance got your ticket*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident and comfortable they offer great prices and service*
*They have good customer service*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It is basically the same price*
*Yea they are lije a dollar cheaper but offer the same great service*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Well they offer great prices and good airline times*
*Yea it's non stop definitely a plus*

#1714 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1722 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Best price*
*Great price*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *Don't know* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *Don't know* |
| *Don't know* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

#1722 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would check them out the next time*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Better price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Better price*
*Don't know*

#1722 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1786 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*User friendly display*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between **Expedia** and the airline?**
*Don't know*
----

#1786 – Expedia – Non Hidden City

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Great*
*None*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Happy*
*None*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Trustworthy*
*None*

#1786 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1803 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Hey, I got a great deal for the flight, on May 1st through Expedia. It's 144$, round trip. There's no stops! It last at 10:18pm so it's about a 6 hour flight.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between _Expedia_ and the airline?**
*Don't know*
----

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Expedia is cheaper than buying directly from the airline* | *When ordering online, you can see different deals available. Also, we're shopping for a different day in the future, buying your ticket at the airport is purchasing your ticket at travel time, so purchasing ahead of time gets the ticket at a cheaper price* |
|---|---|
| **Additional Fees** *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It only charged taxes on top of the ticket price so there is no additional fees.* |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Expedia charges for its services is reasonable* | *I didn't see any fees from Expedia itself.* |
|---|---|

| **Authorized Agent with Additional Fare Access** *Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Expedia is a very well known travel agency with competitive prices.* |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *Expedia is a very well known company and is proven to be legit.* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *I don't see any risk because they offer free cancelation* ---- ---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would highly consider going through Expedia to purchase travel tickets because you can search the tickets by your needs and find the best deal available*
*Don't know*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*The prices are about the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Convenience*
*Don't know*

#1803 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1811 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Clear and easy to read*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Expedia is a third-party booking site*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *There's always extra charges at the end* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *As long as it's not canceled, the ticket you buy is what will get you on the pkane* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Third-party bookings are the first to get canceled if flight is over booked*<br>*Getting canceled due to overbooking*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They're the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*The offers are the same*
*Don't know*

#1811 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1813 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I don't know*
*I don't know*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I don't know*
*I don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *I don't know* |
| *I don't know* |
| |
| **For what do they need to get permission or authorization?** |
| *I don't know* |
| *I don't know* |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*I don't know*

#1813 – Expedia – Non Hidden City

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *I don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *I don't know*<br>*I don't know*<br>*I don't know* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I don't know*
*I don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I don't know*
*I don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*I don't know*
*I don't know*

#1813 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1819 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*on the site you can compare airlines prices for flights based on dates destinations and whether its round trip or not*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between **Expedia** and the airline?**
*Expedia is not an authorized agent of the airline*
*I don't think they are and authorized agent I think they are more considered third party booking. The have the same relationship a regular travel agent would have they just share all of there rates from different arlines on the same interface*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I don't think it's cheaper than buying through the airline I think they put together routes the airline already offers the cheapest way possible.* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *it is a valid ticket but it is not always backed by the airline. if you booked through Expedia and missed your flight or the flight gets cancelled there isn't much the airline can do for you* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *it isn't backed by the airline so if you miss your flight or the flight gets cancelled there isn't much the airline can do for you.  you have to call Expedia customer service*<br>*It isn't backed by the airline*<br>*no* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldn't buy from Expedia again I have had bad experiences when my flight was cancelled*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it was more expensive and less secure than just buying from the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would not consider buying my next airline tickets from Expedia*
*I wouldn't buy from Expedia again I have had bad experiences when my flight was cancelled.*
*Don't know*

#1819 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1822 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is a line up of travel*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*That's what I seen it*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They promote better deals* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I seen it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It's expected* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *If it is authorized I don't think it is a problem*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I felt it was good*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1822 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1919 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Good price tickets*
*Na*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Sorry credit card information*
> *Don't know*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*How it was set up*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *Personal experience* |
| **Additional Fees** <br> *Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *Because they make it easier* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *Because it is a valid ticket* |
| **Associated Risk** <br> *The option offered by Expedia carries risks* | *Don't know* <br> *Security risk* <br> *Fraud risk* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm open to it*
*It's a smart company*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good comparison*
*Na*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*The different choices*
*Na*

#1919 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1922 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very informative and clear*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*It's on the header*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Delivery*
> *Don't know*

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*It's on the top of the header*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It just works out that way* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't remember a fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've done it before* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I've done it before*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will be buying a ticket from them*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's very good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've had good experiences with them*
*Don't know*

#1922 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1923 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*A very sleek way to buy airline tickets*

*----*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**

*Delta*

*Because I saw it*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*


*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Delta*
> *Because I saw it*
>
> **For what do they need to get permission or authorization?**
> *To sell the ticket I suppose*
> *I assume*


**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is not an authorized agent of the airline*

*Because they're just the middle man*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *It is* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy again because it found the cheapest ticket for me*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*It's cheaper*
*No not really*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1923 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1938 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Expedia is offering services that help you travel for less and with more efficiency*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

#1938 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *That's what the ad explained* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *That's what the ad said* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because the tickets you buy on Expedia can get you on the plane* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think it'll be a good idea*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The Expedia offering is worlds better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*As a frequent traveler, it makes sense to be more frugal and economically savvy*
*Don't know*

#1938 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1951 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It gives you multiple different options and compares prices for you with different airlines*
*----*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*It said the logo on the website*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*


*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*American southwest*<br>*It says that on the website*<br><br>**For what do they need to get permission or authorization?**<br>*Make sure it's your actual credit card information*<br>*That's how all websites do it* |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*It has all the other airlines listed there*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It Compares all the different prices* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Only if you choose for it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Compared to other websites* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *There are legitimate websites* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They have deals with multiple Airlines* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It's them directly and safe*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel very confident and very likely to do it in the future*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel like they have the same value*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've used it in the past and I like what I see*
*Don't know*

#1951 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1961 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's very colorful*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I have used Expedia and know people who have used Expedia to book flights so I know they are an authorized agent for airlines*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *When I bought my ticket from Texas to Maine it was a 400 dollar ticket had I bought it in person same everything for the ticket it was going to cost me 600 dollars* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I've used Expedia I know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because I've bought a ticket from Expedia* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Bought a ticket from them*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*At first I was scared but after buying my first ticket I am fully confident in them and have trust in their website*
*No that's all*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*American Airlines just looks more setup then Expedia does*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Cause I've done it before*
*Don't know*

#1961 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1966 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Finding discounts on flights through Expedia*
*----*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*Don't know*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*


*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> *----*


**What do you believe is the relationship between **Expedia** and the airline?**
*Expedia is an authorized agent of the airline*
*It says it*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *They find discounts* |
|---|---|
| **Additional Fees** <br> *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *They make it cheaper* |

*If respondent believes additional fees are added*

| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *It's reasonable* |
|---|---|

| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
|---|---|
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *They are real* |
| **Associated Risk** <br> *The option offered by Expedia carries no risk* | *True* <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel good*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It is good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It helps make it cheaper for me*
*Don't know*

#1966 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1971 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*There is a nonstop flight for $140 to San Fran*
*The flight is about six and a half hours*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *American Airlines*
> *Thats the company whose flight we were looking at*
>
> **For what do they need to get permission or authorization?**
> *Confirmation on ticket sales*
> *Expedia is just showing a list of flights for different companies, we're still buying from American Airlines*

**What do you believe is the relationship between __Expedia__ and the airline?**
*There is some other relationship between Expedia and the airline*
*Expedia is able to show all of their flights for a specific destination*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Expedia shows the cheapest flights available, unless they offering a discount, you could still get tickets for that price* |
|---|---|
| **Additional Fees** *Expedia charges an additional fee on top of the airline's total ticket cost.* | *Theres a segment called taxes and fees* |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Expedia charges for its services is reasonable* | *Expedia's service is convenience and they should get paid for that* |
|---|---|

| **Authorized Agent with Additional Fare Access** *Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *I have used them in the past* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *They sell valid tickets* ---- ---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I like the service they provide, it makes traveling a lot easier*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*They are essentially the same offers*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've had a good experience with them*
*Don't know*

#1971 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1996 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*I think the offer is very good for traveler. It is reasonable for the customer.*
*It has some discount offers.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*I am sorry because I didn't understand before the two questions. Expedia is an authorized agent.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I saw this on the website.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The website describes this matter.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are in engage.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will buy from espodia. Because they gave us ticket in low price.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The offer was very good.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#1996 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2001 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*IT IS FAMILIAR I LOVE IT MORE*
*NONE*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*IT IS A TECHNICAL COMPANY*
*NONE*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*IT IS FAMILIAR*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *IT IS CHEPER* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *NONE*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*IT IS FAMILIAR*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2001 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2027 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*That's convenient*
*Nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Jet blue*
> *I had a couple of flights and it stuck*
>
> **For what do they need to get permission or authorization?**
> *Just choose my card*
> *Nothing*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They are lwgit*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *I buy tickets there* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They charge for everything* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I think* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *They are official* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *I got or on there for convenice* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It depends*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Great to have*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I love it and the notification*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2027 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2029 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The best offer*
*Photos are clear*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*American airlines*
*Shown in the ad*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*Amazon*<br>*It's a partner*<br><br>**For what do they need to get permission or authorization?**<br>*Rights*<br>*It's mandatory* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I've used it*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I bought from it* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've been using it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I've used it* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I tried it* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's authorised* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *It's the best*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Safe*
*Convenience*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's the best*
*Best services*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*They offer best services*
*Convenience*

#2029 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2030 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very valuable*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *From experience* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I have used in the past* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *No reason* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very comfortable*
*No*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I like them*
*No*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2030 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2040 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Affordable round trip flights plus hotel booking*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*In think they are from looking at the website*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Find the best deal with their special tools* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've used them before and there's no reason* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The fee is always a reasonable one* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are so much fun* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They are an authorized  ticket vendor* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They have a 24 he refund policy*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wind because they help me find the cheapest tickets*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*In feel like I can find cheaper thrift Expedia*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Their prices and flights are ashtrays the best deal*
*Don't know*

#2040 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2046 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Is offering this on the website called Expedia in the offer is a flight*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*Don't know*<br>----<br><br>**For what do they need to get permission or authorization?**<br>*To use their name and flight offerings*<br>*Because I believe that's what it says* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because it says so*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because it's obvious on the chart. Stop asking me asinine questions* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It is also obvious on the page* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because I've used this service before* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is obvious or they would not be able to sell it* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Because if any of this were untrue Expedia would have faded out a long time ago and it's been around quite a while*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I actually love using Expedia it's one of my favorites*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*You know I really like Expedia so I like their offering better even if it were more money I would still choose it just to be safe*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because I use them every time I book a flight*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2061 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*I believe Expedia offered a great deal on a trip from Philadelphia to San Francisco.*
*The Expedia layout interface was clear and legible.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*The airline company that the price quote was generated from or with.*
*Expedia isn't an airline company on it's own.*

**For what do they need to get permission or authorization?**
*Expedia isn't an airline company on it's own*
*Expedia isn't an airline company on it's own.*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*A customer looking to book a trip on a airline company was able to acquire a ticket via Expedia's booking service.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Seeing the discount offered in red on the Expedia page that was displayed made me say that.* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I believe Expedia is compensated via some other means than charging customers who use it's service.* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I said that because the Expedia display page seems to elude to that fact.* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *The name oth airline company that a customer will use to travel was not named Expedia.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think I will strongly consider using Expedia.*
*Expedia seems to be the best way to receive a reduction on travel ticket prices with an airline company.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The Expedia offering did not charge significantly more at all.*
*The price was fair.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*The price showed on the Expedia display page seems to offer reductions and not increases in price to travel.*
*Don't know*

#2061 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2062 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*overall would describe the offering as an offering from Expedia*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *American airlines*
> *it's the companies airlines it's selling tickets for*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*this what is suggested*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *it's suggested that it's much less* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*would be likely to consider Expedia that in the near possible future*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2062 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2139 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The website presented options for my travel with times and associated prices*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*onekeycash*
*a way to make a payment*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*


*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Checked the airline site* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel comfortable using Expedia to look for airline flights*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Fair and reasonable*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It would be based on other searches for the same flight*
*Don't know*

#2139 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2156 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*I haven't heard anything from the airlines*

#2156 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Bought from the past and it is* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *No fees are reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have bought a ticket before and it was* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldn't. Feel more safer going through the actual airlines*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's ok, would still go through the airline. Afraid I won't get a refund if I cancelled*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would not consider buying my next airline tickets from Expedia*
*The fees*
*Don't know*

#2156 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2160 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A $140 flight from Philly to SF*
*Basic economy*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Expedia often has special deals that you don't get directly through the airline* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They must authorized, otherwise they wouldn't be able to still be in business* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because I've bought tickets through Expedia before, and those tickets have worked.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Expedia would my go-to resource for buying my next ticket.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#2160 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2162 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Seems like a great price.*
*I would book this immediately if need be*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They resell airline tickets that are provided by the airline*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _Through past experiences this is what I have noticed_ |
| **Additional Fees**<br>_Don't know_ | ---- |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_Don't know_ | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_A ticket bought through Expedia is a valid ticket_ | _Because I have bought tickets here in the past and used them succesfully_ |
| **Associated Risk**<br>_Don't know_ | ----<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_I would consider them as an option_
_It's a great option to use expedia_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Not any different_
_Same price_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_It all depends on the price_
_The best price wins the sale_

#2162 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2168 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The website featured booking a trip from Philadelphia to San Francisco where three preferred airline companies were selected via filter*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Expedia is authorized by the airlines to feature them on their website*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I feel its cheaper because the associated airlines do provide discounts* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It's quite transparent and I don't see any charges from Expedia* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used Expedia in the past* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Expedia is safe and trustworthy*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I look forward to using them.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Authentic and reliable*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Expedia is trusted and easy to use*
*Don't know*

#2168 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2177 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*expedia is great for resurve*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*this website has a lot of information*
*I say it is good for me*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is an authorized agent of the airline*
*it has well reputation*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *it offer verious discount* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *they are honest on their service* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *it is great* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *ther are connected with airlines* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *it is authintic*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I like their strategy*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*it has good offer*
*Don't know*

#2177 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2182 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*140*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*To get those prices they have to be*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I have done the research* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have used them before* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They worked the last time I used them*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I have no problem doing it*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*About the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*I will always look at them*
*Don't know*

#2182 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2194 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy and convenient*
*Organized*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Google*
> *It was showing*
>
> **For what do they need to get permission or authorization?**
> *For login*
> *It works like that*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*It's a well known website*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense | Deals are great |
|---|---|
| *Buying tickets through Expedia is cheaper than buying directly from the airline* | |
| **Additional Fees** | *Taxes* |
| *Expedia charges an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| Reasonable Charge | Its reasonable |
|---|---|
| *I believe the fee Expedia charges for its services is reasonable* | |

| Authorized Agent with Additional Fare Access | I have used it |
|---|---|
| *Expedia is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | *I have used it* |
| *A ticket bought through Expedia is a valid ticket* | |
| **Associated Risk** | *I have experienced it* |
| *The option offered by Expedia carries no risk* | ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Yes I will buy another time also*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's good*
*None*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like buying it from Expedia*
*Don't know*

#2194 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2209 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A direct flight from philly to SF leaving in after work hours and arriving befoew midnight.*
*There were a lot of options, some maybe better.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Each of the individual airlines it is selling tickets for.*
> *How else would it be able to book and reserve tickets on those flights?*
>
> **For what do they need to get permission or authorization?**
> *Booking a ticket on a flight.*
> *The airlines need to have central control of their own flights.*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because they can book tickets.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Expedia is filling the seats the airlines have trouble filling directly.* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Expedia needs to make money somehow, so they charge convenience fees.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It is convenient to search all flights and airlines in one location.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I am not sure, but they seem to operate as a travel agent.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have traveled with expedia before.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Expedia has price protection.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am comfortable using expedia.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The expedia offering is more expensive but i am fine with that expense.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I have used expedia in the past and appreciate the convenience.*
*Don't know*

#2209 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2236 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Looks too good to be true.*
*Well laid out/presented*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Uses a Dba airline*
*Listed as such*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Implicit presentation*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| Relative Expense _Don't know_ | ---- |
|---|---|
| **Additional Fees** _Expedia does not charge an additional fee on top of the airline's total ticket cost._ | _None listed_ |

_If respondent believes additional fees are added_

| **Reasonable Charge** ---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** _Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Thats the business model_ |
|---|---|
| **Ticket Validity** _A ticket bought through Expedia is a valid ticket_ | _Thats the way it works_ |
| **Associated Risk** _The option offered by Expedia carries risks_ | _They are not the airline_ _Cancelations and modification are not standard_ _Don't know_ |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Have used before, likely will do so again_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Not quite as chipper_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_May or may not consider buying my next airline tickets from Expedia_
_Don't know_
----

#2236 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2294 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Expedia flight information*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Expedia*
*It's the name of the website*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Expedia*
> *The company website*
>
> **For what do they need to get permission or authorization?**
> *I am not sure*
> *Don't know*

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*I am familiar with Expedia*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Expedia is cheaper than buying directly from the airline* | *My personal experience* |
| **Additional Fees** *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Not my experience* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** ---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Expedia is an authorized travel agency with access to fares I could not access via the airline* | *I am unsure* |
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *I have used them before* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *Don't know* ---- ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am very comfortable in doing so*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2294 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2297 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*You can book a flight for$140 on Expedia*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Expedia is a booking site*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Tickets on airline sites are normally higher* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Chatted taxes and fees* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Taxes and fees ha be to be added* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Knowing from knowledge* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's a certified booking site* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Comfortable*
*Nothing*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's offering the same as the airline*
*Nothing*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*No specific reason*
*Don't know*

#2297 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2306 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A good deal and you should grab it up while you can!!*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Expedia is cheaper than buying directly from the airline* | *You get better deals!* |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** ---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk** *The option offered by Expedia carries no risk* | *Don't know* ---- ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I had a good flight with them and they comped my room too because we ran into some issues.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They are very helpful!*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#2306 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2308 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It offers what seems to be fairly priced flights at different times, rates, and classifies them as either non-stop or connections. the tickets can be purchased on this website*
*a website (not affiliated with a specific airline) selling tickets based on destination, not airline*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> *the airlines it sells tickets for* <br> *airline tickets can't be found on a sight like ticketmaster, but they're not resale items. these websites must get permission to sell their goods directly from these airlines* <br><br> **For what do they need to get permission or authorization?** <br> *as i already mentioned, plane tickets aren't resale items.* <br> *i've explained this in the last question* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*already answered*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *there has to be some incentive to buy through expedia versus the airline* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *i've done it befire* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *There's always risks with a third party site*<br>*i've personally experienced issues with hopper and hotels saying that i don't have an authorized ticket*<br>*i'm sure there are many more* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*not super comfortable, but will buy anyways*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*not great. it's the exact same, so there's no incentive to chose them over the aurline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would not consider buying my next airline tickets from Expedia*
*the price comparison would make me want to go with the more reliable option*
*Don't know*

#2308 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2310 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would tell them that they offer so much more and better.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *my favorite celebrity is versatile Since a little kid I have always wanted to fly*
> *It just what I believe in.*

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2310 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2353 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Not sure*
*Not sure*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Not sure*
*Not sure*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Not sure*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | Not sure |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | Not sure |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | Not sure |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | Not sure |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Not sure*
*Not sure*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Not sure*
*Not sure*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Not sure*
*Not sure*

#2353 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2358 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would send my friend a link to the website*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Kodak or water authorities*
*It is useful for your home*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*


*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----


**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| Additional Fees<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| Associated Risk<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2458 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would this offer is excellent for booking a flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Because that's what I think* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*The Expedia offer is better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because I would*
*Don't know*

#2458 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2479 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A complete offer of tickets and air trips*
*not at all*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between _Expedia_ and the airline?**
*Expedia is not an authorized agent of the airline*
*It's a platform not an Agency*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They get best pricing for the bulk* |
|---|---|
| Additional Fees<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *It has validity with Airlines* |
| Associated Risk<br>*The option offered by Expedia carries no risk* | *Its authorized by airlines*<br>----<br>---- |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very sure about it*
*Don't know*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*Same as AA*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because the offering*
*Don't know*

#2479 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2480 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I saw that the airline was American and price was around $140 dollars.*
*It was a non stop flight as well.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*I think they seem to be a brokering site that allows them to feature the airlines.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They might get a better deal for last minute tickets of try to have a fuller plane.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *For what they provide it does not seem too extravagant to have a small charge.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They always provide a paper ticket.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I do not have an issue with buying a ticket through Expedia.*
*There are times that for some reason you do not get the right flights on their site.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It appears to be a very good fare for that trip.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It appears they have great prices.*
*Don't know*

#2480 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2489 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Don't know |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*It is easy system to booked*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Expedia is cheaper than buying directly from the airline_ | _Don't know_ |
| **Additional Fees**<br>_Don't know_ | ---- |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Expedia charges for its services is reasonable_ | _Don't know_ |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Expedia is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
| **Ticket Validity**<br>_Don't know_ | ---- |
| **Associated Risk**<br>_Don't know_ | ----<br>----<br>---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Don't know_
----

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_Don't know_
----

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_Probably would consider buying my next airline tickets from Expedia_
_Don't know_
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2492 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*It was nice*
*Nice*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense | Don't know |
|---|---|
| *Buying tickets through Expedia is cheaper than buying directly from the airline* | |
| **Additional Fees** | *They do* |
| *Expedia charges an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| **Reasonable Charge** | *They do* |
|---|---|
| *I believe the fee Expedia charges for its services is reasonable* | |

| **Authorized Agent with Additional Fare Access** | *They do* |
|---|---|
| *Expedia is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | *Yup* |
| *A ticket bought through Expedia is a valid ticket* | |
| **Associated Risk** | *It dont* |
| *The option offered by Expedia carries no risk* | ---- |
| | ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*Awesome*

*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**

*Yup*

*Nope*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**

*May or may not consider buying my next airline tickets from Expedia*

*Don't know*

----

#2492 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2493 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*it offers your time schedule with a lot of Airlines and compares your price which is best.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Because it is one of the best companies that are doing hotel and airline booking things. With great prices and a lot of airlines choose with your time.*

#2493 – Expedia – Non Hidden City

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because I can compare the price and which time I want to go. I can choose multiple airlines.* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *It charges a little bit of fees. It is worthy to get this.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because I can compare and easy to find out to easy to get the best airline with my time and with best price.* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is a good and best type of deal and easy to use the service with Airline. i only use it for Hotel booking. This is so helpful.*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It is good and easy to find out the details and the services I need to go. With good price.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Because it is best and easy to find out my Airline tickets with the best price and easy to find out. Which airline for me on that time.*
*Don't know*

#2493 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2495 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Would use for travel plans*
*Very beneficial*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Booking.com*
*Reliable very beneficial*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Expedia*
*Definitely would recommend*

**For what do they need to get permission or authorization?**
*Approve spending*
*Company rules*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Definitely would recommend*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Much more affordable* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Reliable* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Very reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Prefer choice* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Valid* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *No risk*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Will continue to use and recommend*
*Great*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*This option would be perfect*
*Reasonable*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Definitely would use*
*Great*

#2495 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2500 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*usually a expedia page*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | it offers discounts |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | Don't know |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | it shows via page information |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*it offers more discounts*
*Don't know*

#2500 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2510 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The website is very friendly, unique and innovative. It shows easy to book airlines. The website is easy to navigate.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The Expedia is generally good value for money.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *The website is self explanatory. It doesn't includes any additional fees.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The overall products and services is good value for money.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Expedia is highly reputable company and the tickets is extremely valid.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *The Expedia is reliable and pose no additional risks.*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*The Expedia offer airlines services including booking and rental.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I think the Expedia offer high quality premium products and services as compared to other airlines company.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*The Expedia the is a reliable and most reputable company.*
*Don't know*

#2510 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2511 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's very easy to understand and navigate*
*Better choice*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because they provide this type of service*

#2511 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Is protective*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Great quality*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2511 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2512 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Looks like everyone else*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Share personal data*
> *It's pretty standard*

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the _Expedia_ offerings, please select the option you believe is correct.**

| Relative Expense _Buying tickets through Expedia is cheaper than buying directly from the airline_ | Because I've experienced it |
|---|---|
| **Additional Fees** _Don't know_ | ---- |

_If respondent believes additional fees are added_

| **Reasonable Charge** _Don't know_ | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** _Don't know_ | ---- |
|---|---|
| **Ticket Validity** _A ticket bought through Expedia is not valid ticket_ | _It's a voucher I think_ |
| **Associated Risk** _Don't know_ | ---- ---- ---- |

**Reflecting on the _Expedia_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_It's cheaper_
_Don't know_

**Comparing the results you got from _Expedia_ and from the American Airlines website, how do you feel about the _Expedia_ offering?**
_It's aversive_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Expedia_?**
_May or may not consider buying my next airline tickets from Expedia_
_Depends on price_
_Don't know_

#2512 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2520 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Low price*
*Convenient*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*Ad*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Expedia*
*App*

**For what do they need to get permission or authorization?**
*Flights*
*Tickets*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*App*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Low price* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *App* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Convince* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *App* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Direct* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Direct link*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will*
*Low price*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Low price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Low price*
*Don't know*

#2520 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2527 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would definitely recommend this site to my friends and I would let them know that it's a good site to get an airline ticket*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Because I have never heard of it before and I use them pretty much*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because I have dealt with them before when it comes to airline tickets* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Because I have dealt with them before and I never noticed any fee's on my bill* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because I have dealt with them before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely buy my airline tickets with them*
*Everyone should try them out they are pretty good*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It's a really good choice and the price is amazing*
*No*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Because I have dealt with them before on airline tickets*
*No*

#2527 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2562 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Many choices*

----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*


**Which other company does the company operating this website have a business connection or association with?**

----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*To promote their offerings.*
*Don't know*


**What do you believe is the relationship between Expedia and the airline?**

*There is some other relationship between Expedia and the airline*

*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *How else would they make money?* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Their prices are pretty good for the most part.* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used Expedia in the past and everything they sell is valid.* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *I don't think you get the same benefits with the airlines customer service if you purchase through another channel.*<br>*The airline will not be able to help you if you purchase a ticket through another channel and you have problems receiving a refund.*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*If the price is right I will purchase another ticket from Expedia. They are good at what they do. They are good at what they do.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Might as well get the ticket from American airlines.might as well get the ticket from American airlines.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It depends on the prices and the circumstances at the time.*
*Don't know*

#2562 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2563 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would like another chance to see it.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2570 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Affordable rates*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*

----

#2570 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Different rates* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It's cheaper* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would love to*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Expedia better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Cheaper*
*Don't know*

#2570 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2572 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Its A great deal*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Its listed*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Better deals* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Its better deals* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used it before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*Its better*
*Its cheaper*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Definitely would consider buying my next airline tickets from Expedia*
*Its my preference*
*no*

#2572 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2594 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*It has prices, times and other relevattopics*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*Expedia*<br>*Saw it*<br><br>**For what do they need to get permission or authorization?**<br>*Don't know*<br>*----* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Seems fitting to make money* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It is!!!.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Different fares*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#2594 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2597 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*Great job on that*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because I feel like they are connected*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Because I checked the different* |
|---|---|
| Additional Fees<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Cause the cost went up* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| Ticket Validity<br>*Don't know* | ---- |
| Associated Risk<br>*The option offered by Expedia carries risks* | *I got to research this*<br>*I think to much money*<br>*Don't know* |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will be very careful*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I have to check again*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would not consider buying my next airline tickets from Expedia*
*Don't know*
*----*

#2597 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2608 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is easy to understand*
*It has the right amount of information*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Expedia*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

#2608 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It has discounted prices* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is a full service company*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It offers easy to book flights*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It is a one stop travel site*
*Don't know*

#2608 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2612 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*They have multiple flights to choose from and they're at good prices .*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*You went to Expedia in order to see the flights instead of the airline website .*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Airline tickets through the airline are expensive , I have experienced this before .* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *The price of this ticket didn't go up .* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The fee didn't make the price of the ticket too high .* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It has to be valid or else that's illegal .* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would go through Expedia if I had to because I like the prices .*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's pretty much the same .*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*I don't know if I'm going to get on the plane on my next trip .*
*Don't know*

#2612 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2613 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*It's a good site that offers a reasonably price trips that are relatively inexpensive*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*It never states it is an authorized agent!*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I would believe that they are selling real tickets based on their reputation* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would give them a try it seems like a good site*
*None*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I think the offer they are offering is a better deal then the other site*
*None*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Probably would consider buying my next airline tickets from Expedia*
*I think that I would receive a better deal from them then the others.*
*None*

#2613 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2621 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*It is easy to look*
*It is easy to navigate*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*It is looking truthful*

#2621 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *They offering good below* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I think so everyone does it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It think so* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are looking othentic* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They have good below* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They are safe*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would love to bay tickets from them. They are looking othentic and responsible to me.*
*They are safe to travel*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They offering way cheaper flight.*
*They are looking good.*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I am excited to bay a ticket from Expedia.*
*They are awesome.*

#2621 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2633 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's very good and clear and also self explanatory*
*Not really*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Software developer*
*Because it's very good*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *From technology company*
> *Because it's the head of its all*
>
> **For what do they need to get permission or authorization?**
> *For operations*
> *To give authorities*

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Because their relationship co existence*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because I tried it once and its was cheaper* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *No I don't think so because I tried it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Yeah it's free and really* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because it's very important and authentic* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because I do use it and it's works* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Because I confirmed it*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident and relaxed*
*Nothing*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's very good and affordable*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because it's very good and verified*
*Nothing*

#2633 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2641 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*That there's a or wy trip to San Francisco from Philadelphia for 150 bucks. And I would give him the option on time and there we go*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know which company but it's Expedia so it's a middleman*
*It's expedia*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> *Don't know* <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> *Don't know* <br> ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Ive bought tickets through them* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*There a good deal*
*Don't know*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*It's so much better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Probably would consider buying my next airline tickets from Expedia*
*My last ticket was through them*
*Don't know*

#2641 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2652 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*That is a very nice and good offer*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ----<br>---- |
| **For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It gives a nice offer* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *from website* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel excellent, I believe in him*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Feel very good, they belly believe*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*It  has good benefits, offers good reliable*
*Don't know*

#2652 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2654 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's an amazing price for a cross country trip at a decent hour of the day*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It just seems like it would be cheaper through Expedia but I am not sure* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I'd assume they take some percentage of the sale to keep their business running* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I feel like people are becoming numb to additional fees so if they aren't outrageous it's considered reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used them before and had no problems* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I'm not sure about the risk you are referring to but it is a safe real company*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*They aren't my first choice but I would feel very comfortable buying from them if I found a good deal*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's a great price for that trip at a great time to fly*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*If I could find prices that low I would definitely use them*
*Don't know*

#2654 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2657 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*This site offered a good variety of flight options including options for number of stops, airline, price, and date. It allowed me to book a flight that is right for me.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*If Expedia is offering flights from the airline provider, I would suspect they are an authorized agent of the airline.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Expedia allows you to find tickets at a lower or reduced price. Airlines use sites like Expedia to fill empty seats.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Expedia has a good reputation and well-respected business. Based on this, I would suspect they are an authorized travel agency.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Expedia is a reputable company. Tickets purchased on the site are valid.* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *The standard risks like flights being delayed or cancelled exists for tickets purchased through Expedia.*<br>*Flight delays or cancellations.*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would be open to it. I like the good variety of options it provides without having to purchase directly through the airlines.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It seems very similar. I feel fine about the Expedia offering.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*It seems like an easy way to purchase an airplane ticket.*
*Don't know*

#2657 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2661 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Clear, many options*
*Same*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Just my Thought*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Experience* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I've seen it* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Experience* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is not valid ticket* | *Valid ticket still gets issued by airline* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *What risk?*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Could do it*
*Might do it*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Same*
*Same*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*May or may not consider buying my next airline tickets from Expedia*
*Doesn't matter*
*Nope*

#2661 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2680 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*PLenty of information and reasonable prices*
*Nothing comes to mind*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*Don't know*
----

#2680 – Expedia – Non Hidden City

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Ive never used Expedia but have heard of it im assuming that its like booking where you can get cheaper rates then going directly through the airline* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I would assume its a valid ticket if its not a valid ticket the company itself would be a fraud and ive only heard good things of the brand though ive not used it before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldnt be against them at all i think they are just one of many fish essentially out there to use though and ive found others that work just fine for me*
*Don't know*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*I feel the same as before reasonable and functional the problem that i have with expedia is it just feels really busy lots of information not neatly arranged*
*Nothing else comes to mind*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*May or may not consider buying my next airline tickets from Expedia*
*As i stated before they are just another fish to choose from and ive found others that work just fine for me nothing readily comes to mind*

#2680 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2682 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very competitive pricing*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Because I used them a few years ago.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *There was a fee.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It was about 15% of the full price* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it is not a scam* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I may do it. I will compare with other websites.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Don't know*
----

#2682 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2687 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*This is a nice website that shows all the different price options and flight options.*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*they always have the best deals*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *i think they get better rates* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *ive used them in the past* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *ive used them in the past* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *prior use*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*no i had a good experience*
*no*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*they seemed to be the same price*
*no*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*it seems like a good deal*
*no*

#2687 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2733 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*From here to Philadelphia nonstop.Leaving at night.*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

#2733 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*Don't know* | ---- |
|---|---|

| Authorized Agent with<br>Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I'm sure it is valid.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider it.*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Look the same*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I seems a good site and prices*
*No*

#2733 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2744 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Very convenient*
*It shows everything*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *All of it*
> *It just does*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*That's what it's for*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because ot does* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *It doesn't* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I probably will*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Price summary*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would not consider buying my next airline tickets from Expedia*
*I just would*
*Don't know*

#2744 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2750 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Great price*
*Good information*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *----*
> *----*
>
> **For what do they need to get permission or authorization?**
> *----*
> *----*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *No charge* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Bought* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *None*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Easy*
*None*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Great offer*
*Good price*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Great price*
*None*

#2750 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2756 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Flight was very reasonable and best deal*
*Price was $140 at the booking price but final price was less*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Expedia gets special pricing for some flights as a booking agent*

#2756 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Expedia is given a certain amount of seats that they can sell at discounted prices* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *No additional fees with Expedia* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *People I know have booked with Expedia and then others went to book and there was nothing available* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *People have had no issues with Expedia purchases* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Those that have reserved places have had no issues*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Lower as long as the seats were good*
*Some times you need the discarded left overs*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*If the seats offered were good, I'd consider*
*Nothing*

#2756 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2762 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would tell them we're I was going and that I would be returning and I found it for this price on Expedia*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Price compared* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *They have a sur charge and they tell you that* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *They say so* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have bought though them before* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will as long as they are the cheapest*
*Nothing I can think of*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good deal*
*Nothing I can think of*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*If they are the best price*
*Nothing I can think of*

#2762 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2772 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*There were different sets of flights and times represented which one would you prefer because the costs vary.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*----*<br>*----*<br><br>**For what do they need to get permission or authorization?**<br>*----*<br>*----* |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*See Expedia on the top line*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've dealt with Expedia before.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Again I've booked through Expedia. These fares seam reasonable.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *The airlines would like as much reach as possible.  They wouldn't have Expedia charging more because then people wouldn't use their service.* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Been there, did that.* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *There's always risks.*<br>*If you cancel 24 hours prior to flight.*<br>*Just like getting through an airline, there may be a cancellation.* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm pretty confident using Expedia.*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*None*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Can always browse.  Can't hurt anything.*
*None*

#2772 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2781 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very helpful and easy layout*
*Would find*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Google*
*Very helpful company*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

#2781 – Expedia – Non Hidden City

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Very reliable price* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Good service* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Great reliable trustworthy loyal company and services*
*Don't know*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*Great option*
*Don't know*

#2781 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2812 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's a website for Expedia and it looks simple to navigate not cluttered is what I mean*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*I feel like that's what it said*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Experience* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because I feel like that's what it said* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because it us* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Because it said so*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Positive*
*No*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's the same*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*It just depends on what's available I always do search of multiple airlines and reservation websites before making a final decision on purchasing a ticket*
*No*

#2812 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2831 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia has a trip from phi-sanfra for $140 in econ free cancellations!*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*If they aren't an authorized agent the tickets couldn't be sold by them*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *From personal experience booking with both* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *$24 almost in fees and taxes is a lot!!!!* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Proof of ticket given at purchase I've also used them before so i guess bias* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I probably will purchase tickets from them they make it easy and the prices are reasonable*
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Makes me confident that the price is one of the best i can get*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I have used them before and the app makes it easy plus the prices are good*
*Don't know*

#2831 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2838 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*They have a really good deal threw this site for airline tickets*
*Not at this time*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Im not sure*

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Expedia is pretty cheap* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Ive used Expedia for booking hotels* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because there cheaper* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Dont know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Used them before*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would use expedia again*
*Nope*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*Its a better deal*
*Nope*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*There cheaper*
*Nope*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2921 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Experience offers reliable low prices and promotions on their website*
*Experience is one of the best websites for your travel needs*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*No I only like experience for my trouble needs*
*I like that website is the only one I use*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*I always give permission on the website that I need*
*Don't know*

**For what do they need to get permission or authorization?**
*You need permission to authorize people's information*
*Don't know*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*Always use that website for my travel needs*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *They have good promotions and low price on your travel needs* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *There's no excise charging for flights* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I believe that the fees that they charge is reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Always give them access to my information* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*American airlines and experiences a great company to use for your travel needs*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I always buy my tickets on that website*
*Great website*

#2921 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2933 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*There were a list of different departure times between San Francisco and Philadelphia with the prices listed for each*
*I was able to see the difference between the cost at different times of the day*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between **Expedia** and the airline?**
*Expedia is an authorized agent of the airline*
*Because they have all the information pertaining to the airlines flights*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I believe they would have to disclose that and I have never seen that mentioned* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *I have at times checked both Expedia and an airlines website and I have never seen flights listed on Expedia that were not listed on the airlines website* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *They would not be able to sell tickets if they were not valid* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *I believe it is harder to cancel or change than it is with a ticket bought directly through the airlines*<br>*Change your cancellation fees*<br>*Not that I'm aware of* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider it*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It seems basically the same*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I might because it would allow me to compare the cost of different airlines at the same time*
*Don't know*

#2933 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2985 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----


**For what do they need to get permission or authorization?**
----

----


**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Don't know* | ---- |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk** <br> *The option offered by Expedia carries no risk* | *Don't know* <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would not consider buying my next airline tickets from Expedia*
*Don't know*
----

#2985 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2986 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*It wouldn't come up in the seach engine if airline is not an authorized agent of Expedia.*

#2986 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've been booking hotels, airline tickets and car rental from Expedia for a long time.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am confident to buying my next airline ticket from Expedia if the price is right.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I feel they are just the same.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I trust Expedia.*
*Don't know*

#2986 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2989 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Clearly stated what information I wanted when I made my reservation*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Expedia has excess to the airline booking information to sell the seats on a particular flight.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Past experience* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It too has to make a profit* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Have bought tickets through them in the past* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *They would not be in business if they cheated people*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely look at what they offer against the the competition and make a decision*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*Always looking for the best deal*
*Don't know*

#2989 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2993 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*They have great prices and the website has alot of offerings to compare and select*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Because they offer more than that one airline*

#2993 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because they have a huge selection and are able to offer lower prices.* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've never seen them charge extra fees.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Because if it wasn't I would sue them* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would buy from them*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*It's the same as the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Because they offer great prices*
*Don't know*

#2993 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3017 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | No |
| Ever used **Expedia** before survey | |

**How would you describe the offering on this website to a friend?**
*An offer from Expedia featuring their best deals*
*Good offer*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Orbitz*
*Not sure*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Says so* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Says so* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Seems fair enough to me. Expedia is pretty much always the best deal* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Not sure* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Every purchase comes with risks*<br>*Everything*<br>*Money* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very good*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#3017 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3045 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Try this new website*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Authentication of identity*
> *Security*
>
> **For what do they need to get permission or authorization?**
> *Access personal things*
> *Don't know*

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Price comparison* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *I seen it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I tried it* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Experience*<br>*Fraud*<br>*Don't know* |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I dont like expedia*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3062 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*foghts reasoable rates and timmings*
*nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*2 or more*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*any airline*
*because of need*

**For what do they need to get permission or authorization?**
*because of flying schedule*
*Don't know*

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*because i saw there website*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *because i was checkin rates on there web* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *others are charging so much* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *i experinces other* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *long term* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *yes because of there money return policy*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*very interesting and i am waiting for my next trip to cover by expedia*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*expedia is more reasonable*
*i review both charges*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*after visisting web*
*nothing*

#3062 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3116 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Affordable and easy*
*The information is clearly shown*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*They're commonly known enough*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *The prices shown were cheap* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't think it would* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The price shown is affordable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It's commonly known* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It's approved* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Everything has risks*<br>*The services may not work*<br>*Not sure* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It was easy so I would do it again*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I'm not sure but I'm not mad about jt*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I see no downsides*
*No*

#3116 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3122 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Don't know |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#3122 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3191 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *If it works at the airport then it's "real"* |
| **Associated Risk**<br>*The option offered by Expedia carries risks* | *Don't know*<br>*Everything done online is a risk*<br>*Don't know* |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*No. I will stick to going to the direct airline I am flying with*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3201 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy to use and comfortable to navigate*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*There is some other relationship between Expedia and the airline*
*Expedia is like a search engine for deals*

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Prices are the same* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *It's usually all about the same cost* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used them before and it's always a valid ticket purchase* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Never had an issue*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Would purchase from Expedia if the prices are lower*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*The same costs*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Definitely would consider buying my next airline tickets from Expedia*
*It covers many airlines not just one individually and allows me to price shop on a side by side comparison*
*Don't know*

#3201 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3206 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*I would tell them it easy and cheap*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**

*Expedia is an authorized agent of the airline*
*Because Expedia gets the best prices*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *It's true* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I didn't see any extra fees* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *It's true the actual airlines are more expensive* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used it before it's real* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I've used it before it's legit*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*I mean sometimes if it's already a cheap flight that happens*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I love their service*
*Don't know*

#3206 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3219 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**

*Don't know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----

**What do you believe is the relationship between __Expedia__ and the airline?**

*Don't know*

----

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| Additional Fees<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*Don't know* | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *Know people who uses expedia* |
| Associated Risk<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Need to do more research*
*Don't know*

#3219 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3223 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*tYPE IN YOUR departure and destination and you will get multiple choices for flights*
*Seems to have many price options*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*I feel as if I would have heard if they were*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Don't know* | ---- |
| **Additional Fees** <br> *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Because I use them and they don't* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *That's what I think* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *Beacuse otherwise they would be out of business* |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Just fine*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Similar. The benefit of Expedia is you get multiple airlines prices and times that's it*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Probably would consider buying my next airline tickets from Expedia*
*I probably would, but I generally check airline frist*
*That's all*

#3223 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3235 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*it was easy to see what available and good pricing*
*none*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*they have access to thier flights*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Expedia is cheaper than buying directly from the airline* | discount by shear volume |
|---|---|
| **Additional Fees** *Expedia does not charge an additional fee on top of the airline's total ticket cost.* | no additional charges |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Expedia charges for its services is not reasonable* | great price fo rticket |
|---|---|

| **Authorized Agent with Additional Fare Access** *Expedia is an authorized travel agency with access to fares I could not access via the airline* | the prices were so good and reasonable |
|---|---|
| **Ticket Validity** *A ticket bought through Expedia is a valid ticket* | reputation |
| **Associated Risk** *The option offered by Expedia carries no risk* | reputation and years in business ---- ---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would it seems simple and efficient*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*it is practically the same price*
*none*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*the ease of use*
*none*

#3235 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3238 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The website gave options from multiple carriers and had the all in price including taxes and fees.*
*Some options included a free carryon.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Expedia** and the airline?**
*Expedia is not an authorized agent of the airline*
*I thought it was independent, but I'm not 100% sure.*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I've never been charged an expedia fee before.* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I have flown before with a ticket I bought on expedia.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldn't mind buying a ticket from them next time I need to fly. My first choice is checking the jet blue app, but expedia is next in line.*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*The expedia offering makes clear that you can cancel for free up to 24 hours before the flight.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*I like the peace of mind knowing I can change my plans.*
*Don't know*

#3238 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3243 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would describe it as easy to understand and book*
*I like how it gives comparable pricing options for other flights*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*they offer flights with different airlines so it would be impossible to have a relationship with every single airline they use*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *I compared prices in the past and they always seem to be lower priced overall* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *I don't see any extra fees other than sales tax* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *the convenience of being able to book everything online is worth the fee they charge* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I've used them in the past and the eticket they send you is your actual ticket* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I never had any risk associated with using them*<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I have already used them to book my hawaii trip in july and will continue to use them for the next trip aferwards*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*I feel that the cost is the same*
*no, nothing else to add*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Definitely would consider buying my next airline tickets from Expedia*
*I've used them in the past and there is no reason to not use them in the future*
*nothing*

#3243 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3248 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Great prices travel site*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*I think they are owned by several*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Good overall*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Good*
*Nope*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*Don't know*
----

#3248 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3249 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Expedia is overring different prices on flights through its website.*
*Nothing to add.*


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*


*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
*----*

#3249 – Expedia – Non Hidden City

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *The prices looked better* |
| **Additional Fees** <br> *Expedia charges an additional fee on top of the airline's total ticket cost.* | *It is how they make money.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *The prices seemed low.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *You can use it* |
| **Associated Risk** <br> *The option offered by Expedia carries no risk* | *I didn;t see a risk* <br> ---- <br> ---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would do it with no problem.*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It was the same as the airline.*
*Nothing*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*It is a good price*
*No*

#3249 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3251 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Seems to have a good selection of airlines and pricing is broken down very will.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Don't know*
----

**Based on your understanding of the** <u>**Expedia**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *The total amount for fees did not seem excessive* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *If it weren't they wouldn't be in business.* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *If there were risks they wouldn't be in business.*<br>----<br>---- |

**Reflecting on the** <u>**Expedia**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I may or may not use them.*

**Comparing the results you got from** <u>**Expedia**</u> **and from the American Airlines website, how do you feel about the** <u>**Expedia**</u> **offering?**
*Seem to be the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Expedia**</u>**?**
*Probably would consider buying my next airline tickets from Expedia*
*I would do some checking on other sites but if they were cheaper I would buy through Expedia*
*Don't know*

#3251 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3264 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

#3264 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| Additional Fees<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *Don't know* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| Ticket Validity<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| Associated Risk<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Don't know*
----

#3264 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3268 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*VERY COMPRHENSIVE AND VALUABLE*
*clearly gives the times, airlines, and prices*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** ----  ---- **For what do they need to get permission or authorization?** ----  ---- |

**What do you believe is the relationship between Expedia and the airline?**
*Expedia is an authorized agent of the airline*
*some don't show up on expedia*

#3268 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *experience* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *seems that way to me* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *i've used it* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *what risk?*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*it is my first choice*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*great*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*easier and i get credits*
*Don't know*

#3268 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3273 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Don't know |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Choice of available flights and prices and whether it is a nonstop*
*The airline itself*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*

*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*How else could they show their logos?*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *They are big and have been around* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *I'd have heard by now if they were a scam* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Again, been around forever*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Price determines it for me*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Same thing!*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*Same price and I get points*
*Don't know*

#3273 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3287 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | No |

**How would you describe the offering on this website to a friend?**
*7 pm flight for $180*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between <u>Expedia</u> and the airline?**
*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Expedia charges an additional fee on top of the airline's total ticket cost.* | *"Taxes and fees" in checkout* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is not reasonable* | *The fee was like $20* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Why would it exist otherwise* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *I don't see any risk*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I likely will not use Expedia unless it offers something cheaper than I can find*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*They're the same*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*It's all about price*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3290 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*its an airline tickets from expedia*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Expedia and the airline?**

*Expedia is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the __Expedia__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *it has discount* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the __Expedia__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*they are easy to use and can find good deals*

**Comparing the results you got from __Expedia__ and from the American Airlines website, how do you feel about the __Expedia__ offering?**
*has a good deal easy to use*
*Don't know*

**How likely would you be to consider buying your next airline ticket from __Expedia__?**
*Definitely would consider buying my next airline tickets from Expedia*
*i think they have a better deal*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3291 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Don't know*

----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*


**Which other company does the company operating this website have a business connection or association with?**

----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*


*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----


**What do you believe is the relationship between <u>Expedia</u> and the airline?**

*Don't know*

----

#3291 – Expedia – Non Hidden City

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*May or may not consider buying my next airline tickets from Expedia*
*it would depend on the final cost.*
*Don't know*

#3291 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3349 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very detailed information*
*Read carefully*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Walmart*
*They have a partnership*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is an authorized agent of the airline*
*For protection purposes*

#3349 – Expedia – Non Hidden City

**Based on your understanding of the Expedia offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Online prices are always cheaper* |
|---|---|
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *Because they don't* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Expedia charges for its services is reasonable* | *It's a nominal fee* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *Because I can* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *It says so online* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *No risk*<br>----<br>---- |

**Reflecting on the Expedia offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Very confident*

**Comparing the results you got from Expedia and from the American Airlines website, how do you feel about the Expedia offering?**
*It's cheaper*
*More information*

**How likely would you be to consider buying your next airline ticket from Expedia?**
*Definitely would consider buying my next airline tickets from Expedia*
*I know the brand*
*I love the customer service*

#3349 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3376 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*a ticket checkout for a flight*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*delta*
*it was on trip advisor*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*delta's*<br>*Don't know*<br><br>**For what do they need to get permission or authorization?**<br>*use of funds*<br>*its the rules* |

**What do you believe is the relationship between __Expedia__ and the airline?**
*Expedia is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the** <u>Expedia</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Expedia is cheaper than buying directly from the airline* | *they are the best* |
| **Additional Fees** <br> *Expedia charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Expedia charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Expedia is not an authorized travel agency and does not have access to fares I could access via the airline* | *they're the best* |
| **Ticket Validity** <br> *A ticket bought through Expedia is a valid ticket* | *thw best* |
| **Associated Risk** <br> *The option offered by Expedia carries risks* | *Don't know* <br> *ip doxing* <br> *Don't know* |

**Reflecting on the** <u>Expedia</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*pretty good*

**Comparing the results you got from** <u>Expedia</u> **and from the American Airlines website, how do you feel about the** <u>Expedia</u> **offering?**
*it was heyter*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>Expedia</u>?
*Probably would not consider buying my next airline tickets from Expedia*
*itbwas hetter*
*Don't know*

#3376 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3391 | Expedia | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Expedia** before survey | Yes |
| Ever used **Expedia** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Easy to use. Expedia makes it where you can do everything.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----

----

**For what do they need to get permission or authorization?**
----

----

**What do you believe is the relationship between Expedia and the airline?**
*There is some other relationship between Expedia and the airline*
*Wikipedia worked with so many different companies that those companies give them Mission Texas flights*

**Based on your understanding of the <u>Expedia</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Expedia is cheaper than buying directly from the airline* | *Because Expedia will give you discounts from time to time* |
| **Additional Fees**<br>*Expedia does not charge an additional fee on top of the airline's total ticket cost.* | *There's don't have it feels* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Expedia charges for its services is reasonable* | *I feel some before, and I've never had any additional fees charged my account* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Expedia is an authorized travel agency with access to fares I could not access via the airline* | *Because I've used them before, and have pleasant experience* |
| **Ticket Validity**<br>*A ticket bought through Expedia is a valid ticket* | *Personal experience* |
| **Associated Risk**<br>*The option offered by Expedia carries no risk* | *Being repetitive here, but I've worked with them*<br>----<br>---- |

**Reflecting on the <u>Expedia</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*They're a great company to use*

**Comparing the results you got from <u>Expedia</u> and from the American Airlines website, how do you feel about the <u>Expedia</u> offering?**
*Better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Expedia</u>?**
*Definitely would consider buying my next airline tickets from Expedia*
*They make it where you can actually get a bang for your buck*
*Don't know*

#3391 – Expedia – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #768 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I would not*
*nothing else really comes to mind overall. It was a lot of info*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it seemse cheaper overall* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It would not be allowed if not* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I think it is a good value*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*it is worth checking out*
*no*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #799 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*looks really appealing*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*looks really good*

*looks easy and clear to understand*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**

*Skiplagged is an authorized agent of the airline*

*looks easy to understand*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *easy to understand* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *looks good* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *looks good* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *looks good* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *easy to understand* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *looks good*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*is easy and cleat to understand*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*looks good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*looks good*
*Don't know*

#799 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #827 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I would describe it as a limited time offer*
*No not really*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Three other companies*
*It just feels like it*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because they have to be to be dealing with the airline*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It feels like it* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It seems right* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'm skeptical as of right now but may try it in the future*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#827 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #830 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*it looks really good and i would take it*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*american airlines*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*seems linked up and good*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *cheaper fees* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *better deal* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *it seems fair* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *its a good service* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *i use it for plane* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *everything has risk*<br>*you never know*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*seems cool*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*seems like a decent deal*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*seems decent*
*Don't know*

#830 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #838 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Cheaper flights*
*Easy to see deals*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *They had a 10.00 service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *They should not charge extra* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*I feel like they're ripping people off*
*That's why no one wants to use them*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*They charge more than airlines*
*Bad*

#838 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #864 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*this is a site where you buy airline tickets.*
*no*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *the tickets were discounted i believe* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *they are a middle plane of plane tickets* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *because they would not sell fake tickets* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *there is no risk*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i would buy a ticket*
*no*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*skiplagged is at a higher price*
*no*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*depends on prices*
*no*

#864 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #884 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Skip is interesting*
*Not as confusing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*They would have to to get flight information*

#884 – Skiplagged – Non Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| Additional Fees<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *How else could they have my flight info* |
|---|---|
| Ticket Validity<br>*A ticket bought through Skiplagged is a valid ticket* | *They're authorized* |
| Associated Risk<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would try it.*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's comparable*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*It's an interesting format*
*No*

#884 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #927 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*STRAIGHT FORWAD*
*CLEAR PRICING*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?**<br>*----*<br>*----*<br><br>**For what do they need to get permission or authorization?**<br>*----*<br>*----* |
|---|

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*BECAUSE I CAN BUY A TICKET*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *MOST SIFGHT ARE CHEAPER* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *DID NOT SEE ONE* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *BECAUSE I COULD BUY THE TICKET* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *BECAUSE IT SAID SO* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *DID NOT SEE ANY RISK FACTORS*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*MAYBE YES MAYBE KNOW I WOULD CHECK MY NORMAL SITES FIRST*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*GOOD*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*BECAUSE I SHOP USAULLY THREE OR FOUR SITES BEORE I BUY*
*Don't know*

#927 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #933 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*THe available flights and airlines are shown as well as the costs, schedule and number of stops.*
*none*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*THey are charging more than booking directly with the airline.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*i do not want to pay more*
*Don't know*

#933 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #940 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A website used to reserve airline tickets*
*More money, better answers*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*McDonald's*
*Flying and shiting*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br> <br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between _Skiplagged_ and the airline?**
*Skiplagged is an authorized agent of the airline*
*Skiplagged is a parasite*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price chart* |
| **Additional Fees** *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It just feels right* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is not reasonable* | *Because* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It just seems right* |
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *Why else would they be in business* |
| **Associated Risk** *The option offered by Skiplagged carries no risk* | *Best way to attract customers* ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Sign me up*
*Skipjack is a delicious fish*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Incredible*
*Not today*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*If you don't know*
*Yes, I have gas*

#940 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #945 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**

*Busy and cramped*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**

*There is some other relationship between Skiplagged and the airline*

*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#945 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #946 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I found a new website*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I like it is good* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I like it*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I like it is good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I like try it*
*Don't know*

#946 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #996 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It looked like a really good deal*
*I like the price*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *For checking out*
> *People need credit card companies*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They obviously selling tickets for them*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because they had a great price* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They have to make money somehow* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because I believe they are cheaper* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It has to be* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will look into them for next time*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*They are cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*They have great prices*
*Don't know*

#996 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1009 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*There are good prices that you should check it out*
*They are cheap*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Dont know, I just suppose*
> *Dont know*
>
> **For what do they need to get permission or authorization?**
> *To do other important things for the company*
> *Dont know*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Dont know*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Dont know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Dont know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Dont know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Dont know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Dont know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I could do it but first I have to know more*
*Dont know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is way more cheaper*
*Dont know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because it is more cheaper*
*Good prices*

#1009 – Skiplagged – Non Hidden City

**APPX. 1503**

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1037 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a website offering flights at a decent price that also builds rewards for your credit card if used*
*Nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Because it shows different places you can book your flight from, I believe this is just a app to see prices of tickets via different airlines via one site*

#1037 – Skiplagged – Non Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It displays different price points per airline and gives you rewards back for your credit* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw a additional fee on the bottom* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It isn't as much money to charge* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's from the actual airline site* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Given proper reviews, maybe I'd checkmate out if it was legit or not and purchase one*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel like American airlines had the best deal all together*
*And skip lagged isn't really adding a good deal at all*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Depending if my deal is better on skiplagged I'd chose that instead*
*Don't know*

#1037 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1040 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*a flight for $140*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*they are helping to sell flight tickets through their platform.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *i get a better deal.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *so i can get a better deal overall.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *the page i viewed.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *i think it's a trustworthy platform.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *it's a trustworthy platform.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i feel as if buying an airline ticket from this platform would be a good deal.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*i feel as if i am getting a better value for my money.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*i think it would be very beneficial.*
*Don't know*

#1040 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1043 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*That it has a nice layout*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It shows it* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It's not that much* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I don't really understand the site*
*Don't know*

#1043 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1052 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The website booking process is very impressive and the necessary information are provided in an accurate manner*
*Very impressed with the information provided on the website*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because the website booking process is straightforward and information provided on their website is personalized to them*

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The price is very affordable and customers centric* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *No additional charges was stated on their website* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *There's a detailed information about the booking process for travelers* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because their service is unique to them* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They are certified and authorized travel brand* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *None was provided on their website*<br>----<br>---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will be very happy to book a travel trip with them because their service is affordable and customers centric*
*Motivating and impressive service*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*There isn't much difference between the prices of service*
*They are customers centric and affordable brand*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The price is very impressive and they are offering rewards*
*Impressive rewards*

#1052 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1063 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They're selling airline tickets*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *How else would they exist?* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It needs to stay competitive* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It would otherwise be fraud* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would not use them because I know very little about them*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
*----*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*I do not know them well enough*
*Don't know*

#1063 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1091 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It would be easy and cheaper*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It's cheaper and easys*
*Don't know*

#1091 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1151 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The offering was clearly explained with all prices included.*
*The checkout process looked simple.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The $10 fee is reasonable.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am not familiar with this website and would not be comfortable ordering tickets there.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I prefer to order tickets from a site I am familiar with.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I prefer to order from a site I am familiar with.*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1197 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1197 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1203 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Flight from Philadelphia to San Francisco*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is cheaper*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I'm not sure*
*Don't know*

#1203 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1230 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Clear easy to read and understand*
*Colors made information stand out.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*By how the information was listed*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Seems like a good price* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Didn't seem like there were extra charges.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Price seemed reasonable not excessive.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Seems like a legitimate company.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *There are policies that apply when buying a ticket*<br>*Probably a cancelation fee or a rescheduling fee.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Might be a good idea.Price seemed reasonable.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Still seems reasonable.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Seemed professional and prices are relatively good.*
*Don't know*

#1230 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1244 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*There is this website that makes it really easy to choose your flights*
*The website also shows all of the upfront charges*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*The company ship lagged offers more than one carrier*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *From what I believe most of these websites that feature flights hotels and rooms offer the prices that are less expensive* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There is a line item that shows the $10 service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The $10 feed at this website charges is quite reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I believe this website searches all of the major airlines to find the best possible price* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I believe that a ticket purchased through this company is a valid ticket as with many of the other companies that do the same service* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I believe the offerings that this website has carries little to no risk as with the other sites that offer the same service*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Not sure if I would purchase using this website, but I will definitely check them out for my next ticket to purchase*
*I believe the offerings on this website are in comparison to other websites that offer the same service*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It appears that ship lagged is offering the same price as American Airlines. I feel there is no benefit to using this website*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*If by using this website, I don't really save any money then I don't feel that it's worth my time or effort to use this website*
*Don't know*

#1244 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1245 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It seems fair- has various prices and flights.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*I am making an assumption they work with Delta*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It looks legit* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would look at it but still probably purchase directly from airline*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I didn't like that the shown price and then total do not add up to the same amount*
*Big range in prices*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Indiscrepancy on price*
*Too wide of a price range on same distance flights*

#1245 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1247 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A reasonable price for the airfare but the travel time is long.*
*You can view flight information and see what the baggage check is like. You can also earn reward dollars.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It doesn't say that it is an authorized agent with the airlines.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *There is only about a $4 difference between the different airlines. I wouldn't assume it's not cheaper in the sense.* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It states there is a $10 service fee on the statement.* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *I think it's outrageous to charge that high of an amount to use their services.* |
|---|---|

| Authorized Agent with<br>**Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It states on the payment option that your credit card information will be shared with the airlines.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I have never heard of this company. It doesn't state whether your ticket is valid through the airlines purchased for.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*There isn't a huge difference that I would deem it creditable to use this site. Play it safe and buy from the airlines directly.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*There isn't a huge difference in price that I would risk this not being a valid offer.*
*Don't know*

#1247 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1264 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Don't forget*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Great*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees** *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access** *Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity** *A ticket bought through Skiplagged is not valid ticket* | *Don't know* |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#1264 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1274 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1274 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1280 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was nice and easy to navigate through*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with**<br>**Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through*<br>*Skiplagged is a valid ticket* | *Look like a valid ticket* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Better*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*It seams  cheaper*
*Don't know*

#1280 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1299 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*You can get a flight direct to Philly for $140 I'm not much more than $10 in taxes so less than $150 for a direct flight.*
*I would tell them to buy immediately because it's a good price*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They had access to the flight information and were able to quote me a price immediately from their site.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It seems cheaper to me because of the convenience.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It didn't look like they charged much more than the proper taxes and rewards were earned from it* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It had all of the flight information with the logos of the airlines seems legit* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Reflecting on the offering and what I saw in the images, I will definitely visit the skip lagged website to purchase an airline ticket*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It looks like skiplagged are charging an extra 10 on top of the flight as a finder's fee.*
*This would still be fine the $10 is fine due to the convenience of being able to simply visit the website*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because 10 dollars is not much on top to pay for the convenience of using skiplagged*
*Don't know*

#1299 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1324 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Nice offer different airlines*
*Good deal offer*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Hardshi*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Never heard*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
*Don't know*

#1324 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1439 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*it looks very detail and important to use*
*not sure what else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*i think they work together*

# APPENDIX C-7

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *it is about the same price i believe* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *i think its part of the fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *i think it works for me* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *works for us* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *they are connected* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i used them for services before*
*nothing else*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*it has some good options overall*
*maybe it works*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*i like this working for me*
*nothing else*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1441 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It gives the final price but you need to search the airline site for information on items like baggage.  Also, service fee added*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*The airline must give permission to sell or resell tickets.  Some like southwest do not allow others to sell tickets*

#1441 – Skiplagged – Non Hidden City

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It clearly show $ 10 service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I saw nothing the ticket may not be valid.  Otherwise fraud would be a serious problem* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *You would have a valid ticket*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'd still check the airline site to compare*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is $10 more because of service charge so why book it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*If it has same ticket but more because of service charges I see no reason to use it*
*Don't know*

#1441 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1464 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*Flight booking sight*
*Cars,motels*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *Airline* |
| *can't book tickets without airline authorization* |
| |
| **For what do they need to get permission or authorization?** |
| *Flight tickets* |
| *Don't know* |

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because they offer more than just flights* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Service charge applied* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Not a huge fee* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Would be fraud otherwise* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Always risks even with the airlines*<br>*Cancellation, change in flights, upcharges*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Higher priced*
*up charging on flights*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*Want the best price*
*Don't know*

#1464 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1467 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*$140 flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Better price*
*Saves money*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Cheapest*
*No*

#1467 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1469 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Reasonable fares.*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
> ----
>
> ----


**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Its mentioned.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Bisinle pn the screen!* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Visinle on the screen.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Its a legitimate website!* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would feel pretty comfortable.*
*No.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Very good!*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged Fares!*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1476 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1476 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1496 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*Site to book air fare*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is not an authorized agent of the airline*

*Tickets from different airlines were offered*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw a charge of $10 for total price* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *$10 is not a lot* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Would have to do more research about validity of this site*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Same offering as the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*If there's no money saving I'd rather book directly from airline*
*Don't know*

#1496 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1598 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a flight comparison site*
*I like how it showed times and flights side by side.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Skiplagged*
*It had the name in the corner.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*It seems you can book through. Them do it would make sense*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It says service fee on the bottom* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Ten dollars isn't very expensive* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *If it wasn't it would be a stupid business model* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It seems pretty good.*
*I like how it gives more options*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I think it's a good way to compare*
*Don't know*

#1598 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1690 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Similar to what I would see on Expedia*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*It would be my belief that they are selling me this ticket with the airlines permission*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a $10 fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *$10 is not a lot of money to be able to compare what flights are available.  However, that does not mean I wouldn't shop around to find a cheaper flight without the $10.  This would include going directly to the airline website* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I'm assuming this is a company like Expedia.  Howe er, I would want the name to be well known before I start giving the my money.  And, you didn't ask, but skiplagged is too close to jetlagged for me* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Here's where I say the name is too close to "jetlagged" for me to want to consider them*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is reasonable, but I would then book directly through the airline*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I'm a fan of Expedia and I don't like the skiplagged name*
*Don't know*

#1690 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1711 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It looks like most booking websites. Basic and to the point*
*Looks like Google fkights*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ----<br><br>---- |
| **For what do they need to get permission or authorization?** |
| ----<br><br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *140 round trip on a coast to coast flight. Kinda unreal* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I would at least hope it is* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *If they didn't honor their sales then there's always a lawsuit*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would still book through my credit card*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Same as other booking sites*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*My credit card is better*
*Don't know*

#1711 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1790 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*This website is so you can save money by booking flight transfers and getting off without transferring at your destination.*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Because I know the airlines don't like when you use it.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Because if you get off without actually transferring to the other airline you will get flagged and potentially banned from fly.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *You can get banned from flying if they catch on that. You're going to get off during the transfer versus getting on your connecting fight*<br>*You could get on the no fly list.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will not be doing this because I will not end up on the no flight list.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*The skip lagged offering is better, but there are too many risks involved.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*There are too many risks involved.*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1791 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was well thought out with a lot of description*
*Nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because it says that it is.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It shows the comparison* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It shows the charges* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It says it is* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *There are risks with everything*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider checking them out.*
*Nothing*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's a cheape4 rate*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Has cheaper rates*
*Don't know*

#1791 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1810 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*Bonus deal*
*It was great*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*American*
*It seemed like the proper brand font*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*You can't use logos without authorization*<br>*It is a legal matter*<br><br>**For what do they need to get permission or authorization?**<br>*For the right to use the brand name*<br>*That is a legal matter* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They are in a partnership*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It offers discounts* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Skip lagged gets a commission* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Skip lagged has the inside track* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They sell real tickets* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It is a valued partner*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel I should use them more often*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel it's a great deal*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It would save me money*
*Don't know*

#1810 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1821 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's good value of money and easy to book at website*
*It's clear and simple*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because I think they're offering good deals* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because the service fee is good value* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it looks trust and honest company* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I want to buying from them next time and I want to learn more about them*
*They're looking good company*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*They offer good deal*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*They look easy to deal with and offering good deals*
*Don't know*

#1821 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1834 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Skiplagged*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is not an authorized agent of the airline*

*Don't know*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1834 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1837 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The website shows different schedule times for flights and how long the flight would take with the price at the right side of the travel time*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Cuz the brands get lag is on the top left of the page*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I believe it is the same price as the airline* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They make it convenient and easy they deserve a little for their services* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Looks valid website and it's almost exactly like other travel agency website* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'd feel comfortable buying a ticket from this agency it looks professional and just like other websites*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*The price was the same I'm surprised*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*They had good prices no worse than the actual airlines*
*Don't know*

#1837 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1846 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It allows me to pick my flight gives me multiple options and rewards me for booking*
*The flight was a little later but it was 4$ less*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because it looks trust worthy*

**Based on your understanding of the __Skiplagged__ offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It gives you options and the date is close to today but it's only 140$* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It just charges a service fee if 10$* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It's only 10$* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It is cheaper because I've looked on another site and it cost more for 7hr* |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the __Skiplagged__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel pretty confident*
*Don't know*

**Comparing the results you got from __Skiplagged__ and from the American Airlines website, how do you feel about the __Skiplagged__ offering?**
*It is expensive and has several charges*
*I don't think premium does much*

**How likely would you be to consider buying your next airline ticket from __Skiplagged__?**
*Probably would consider buying my next airline tickets from Skiplagged*
*It compared it to another airline and the other one was crazy expensive*
*It feels safe to me*

#1846 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1848 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It helps with estimates and also gives you rewards with booking through them.*
*Estimates Park confused me. The ticket is listed as being $140 in the main search page, but it's actually $139.10*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ----<br>---- |
| **For what do they need to get permission or authorization?** |
| ----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *It never is. They always find some way to get their money back.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a service fee down at the total. It was $10, if I remember correctly.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I've seen worse fees.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Those tickets were too cheap for it to be anything else.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They explicitly list the airline, time, and destination. That ticket had better by goodness gracious be valid.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Every ticket purchase carries risk. You can buy all the insurance in the world, have all the assurances in the world, and all the guarantees in the world, but stuff still happens.*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'd be going to try it. The first time I probably just buy a ticket for myself or myself and my husband.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It looks like any other travel website I've used before.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*It is new to me, so I want to research and see how users feel about it.*
*Don't know*

#1848 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1850 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Marketing*
*And company description.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Philadelphia*
*The description*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*The main company*<br>*Don't know*<br><br>**For what do they need to get permission or authorization?**<br>*To carry on*<br>*Don't know* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*That's it*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees** <br> *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Skiplagged charges for its services is reasonable* | *Nothing* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk** <br> *The option offered by Skiplagged carries no risk* | *Don't know* <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Of course I will definitely patronize them.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Fantastic*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1850 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1856 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*It is very well arranged and organized*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Delta airlines*

*It is very appealing*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Delta airlines*
> *It suits*
>
> **For what do they need to get permission or authorization?**
> *To get access*
> *It is needed*

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*It is given autority*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It is a great value for money* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It doesn't charge* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It is very appealing* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It is very appealing* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It is very appealing* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It is risk free*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is a great value for money*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is very appealing and unique*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It is a great value for money*
*Don't know*

#1856 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1869 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*The offering on this website is valuable*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *delta*
> *Don't know*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> *----*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*because i feel that there is*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it could be cheaper due to loyalty programs and or discounts* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *dont ask me* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i feel it might be a reasonable purchase*
*dont ask*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
*----*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*stop asking*
*Don't know*

#1869 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1882 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*There's a cheap flight!*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*With different Airlines.*

*Because I see this a third party website.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| *The direct Airlines you book* |
| *Don't know* |
| |
| **For what do they need to get permission or authorization?** |
| *Sign into their websites* |
| *Don't know* |

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*Because you going through both parties.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Normally how it is.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *The flights cheaper than the direct airline* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I like the! Reasonable prices!*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1882 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1885 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*$140 to go to philly*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I think it is*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The ticket was only 140* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I think so* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I think so* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I don't think they sell fake tickets* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*PA to CA for 139*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*They're cheap*
*No*

#1885 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1887 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Don't know |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The offering on the website to a friend and a couple friends of is the*
*Noting*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*The theft company does the company a service for a customer*
*Because it makes me say tjay*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
*----*

**For what do they need to get permission or authorization?**
*The need to Get the perm*
*Don't know*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Because it's good* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*The risks associated*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Yes*
*Yes*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#1887 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1893 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I describe it as a round trip that looks like a great deal all around*
*Looks like a straight flight*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*It's booking site I believe*
*Because of the way it looks*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *I think a 3rd party company*
> *Just by the way it looks*
>
> **For what do they need to get permission or authorization?**
> *No not really the whole site looks great*
> *I like the whole thing but looks great overall*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It's just has to be*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because people would just go through the airline* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Because there would be no point if they did* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *It's air though* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because it's through the airline*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel good about my next airline ticket*
*It's good reason*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Looks like a good idea overall*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Just good idea*
*Don't know*

#1893 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1924 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*i think it's not a bad price it's cheaper than most*
*basically your only going to pay 150 for a few hours longer but at least you'll get there*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*skiplagged*
*because it's right at the top*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*slip lagged*<br>*because it's right there*<br><br>**For what do they need to get permission or authorization?**<br>*for seats*<br>*because you can't just sit anywhere* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*because it's cheaper*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *because it's cheaper* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *because nobody else would think that* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *skip lag is always good* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *supplanted comes in handy* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *everything is fine* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *because it's cheaper*<br>*not being able to air*<br>*i'm not sure could be tons* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*it's the best*
*it's the best honestly*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*it's cheap*
*that's a good thing*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*it's awesome*
*who could beat the price*

#1924 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #1956 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This is a 6h nonstop plane flight from Phily to San Fran. It leaves at 6:50p and arrrives at 10:18p. It is on American Airlines, booked on SKiplagged, and costs 149.10, after fees*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** *Any of the airlines it features.* *Becuause it cant just offer flight information that is correct in real time without authorizing it with airplane companies* <br><br> **For what do they need to get permission or authorization?** *To list flight information and to book people on such featured flights* *It makes the most logical sense, with what i know about the world* |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*I think they would have been reported by now if they havent*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense | That is the allure of booking through these sites than directly through |
|---|---|
| *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *the airline itself. Otherwise, there is no reason to use a site like this, other for reward points, if they have them* |
| **Additional Fees** | *There is a processing fee* |
| *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| Reasonable Charge | It is less than 20 dollars |
|---|---|
| *I believe the fee Skiplagged charges for its services is reasonable* | |

| Authorized Agent with Additional Fare Access | ---- |
|---|---|
| *Don't know* | |
| **Ticket Validity** | *It looks authorized and legal* |
| *A ticket bought through Skiplagged is a valid ticket* | |
| **Associated Risk** | ---- |
| *Don't know* | ---- |
| | ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would need to do some research on them before using them, i research everything before using it.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Skiplagged is offering the same exact thing as the American Airlines. I feel good about it, and understand its use more*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I dont see a reason to not use it yet, but i would have to research it*
*Don't know*

#1956 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2017 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It's a lot of work*
*I like you*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*It's a lot of*
*I know you are you*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *It's a lot more important to me*
> *I know you are you*
>
> **For what do they need to get permission or authorization?**
> *I know I am not there yet but*
> *I was just saying that I was*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*It's a lot of*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I know you are* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It's a lot more than* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I like the idea but I don't* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's a lot more important to* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I like the idea*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's a lot of*
*I know you are you*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*It's a lot of*
*Don't know*

#2017 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2036 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Inexpensive*
*N/a*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Other airlines*
*Because they all work together*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Just assume*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Airlines website is always cheaper* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *How do they make money then* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They are a business and need to make money* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Guessing*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I wouldn't*
*N/a*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*They are expensive*
*N/a*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*No convinced yet*
*N/a*

#2036 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2042 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*it is very detailed*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

# APPENDIX C-7

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *has many features* |
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *it cannot be a scam* |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*it has a fee*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*May or may not consider buying my next airline tickets from Skiplagged*
*looks a bit more expensive*
*Don't know*

#2042 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2043 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This website site is authentic and appealing*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Innovative and appealing*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because there is very innovative*
*Don't know*

#2043 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2047 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*it gave a fairly good idea of the itinerary. the options were very clear to choose from and so was the price.*
*I think that the flight options could have been more informative or options should have been more relevant to my choice.*
*I didnt see print itinerary. Just small stuff was missing.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
*----*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *3rd party sites like this usually filter options that we cant through direct buys.* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *everything costs a fee. nothing is free.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It clearly is giving me plenty of options to choose from.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *there is no flight protection plan offered.*<br>*risks vary from airline to airline.*<br>*i'm not sure.* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*its a decent 3rd party but i wouldnt consider because i have so many points with another company that ive used for years.*
*no i'm just comfortable with my own.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*i didnt see a difference at all which makes me want to book directly with the airlines.*
*its probably safer to just book with the airline at this point as it comes with protection.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*because it gave the same results as the airline gave me but without protection*
*id want to use the third party in this case only for points earned*

#2047 – Skiplagged – Non Hidden City

**APPENDIX C-7**

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2056 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Shows a fly with departure times and cost*
*There  are many options*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> *----*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Bcecause they are selling the tickets*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *That's what this agencies do* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Is not show* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *They have to do bussinew* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They are the sales agents* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *They must do what they said of not there's is fraud*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Might or might not*
*Nothing*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Looks good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*There a lot of options*
*Don't know*

#2056 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2057 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A trip for 140 bucks*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They find the cheapest rate* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It's the reason for the app* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It would be a scam if it was valid* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would look to see if I would use them*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Nice*
*It's cheaper*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
*----*

#2057 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2059 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I would tell my friend that the website well organized. It looks very eye-catching and they offer lots of variant travel plan.*
*Nothing else.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Because it operates as a travel search engine and booking platform facilitating hidden-city flights, which may conflict with airlines' terms and conditions.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Buying tickets through Skiplagged is often cheaper than buying directly from the airline due to its focus on finding hidden-city flights with lower fares.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Skiplagged typically does not charge an additional fee on top of the airline's total ticket cost, operating instead on a commission-based model where it earns a fee from airlines for referring customers who book flights through its platform.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Skiplagged is not considered an authorized travel agency with access to exclusive fares, as it specializes in finding hidden-city flights rather than offering unique fares not available through airlines directly.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because of its positive review.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because they are very well known brand.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*considering Skiplagged's track record, I'm comfortable buying my next airline ticket from them.*
*Nothing else.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Skiplagged offers best thing.*
*Nothing else*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because it offers best value.*
*Nothing else*

#2059 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2064 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would like to see if they have any good promotions*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2064 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2068 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was various flights showing all the prices and links to book a flight*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*the airlines*
*it was various airlines companies listed*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*It just linked to airline tickets probably commission based*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *It is just a comparison i believe* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It just lists the available flights* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *It is a listing services* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *U have no reason to believe it is not* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because I see it as a listing service of all flights*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It seems legitimate to use*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I like that it has various airlines*
*seems credible*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Based on what I saw no reason to doubt it*
*Don't know*

#2068 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2069 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*TRUSTED WEBSITE AND EASY TO USE*
*NOTHING TO HAVE ANY ELSE*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*I THINK HACE SOME CONNECTION*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *VALUE FOR MONEY* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *TRUSTED AND USE MANY TIMES* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *OVERALL GOOD FIT FOR ME* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *TRUSTED SO NO RISK*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Confident in saving, cautious about potential restrictions*
*nothing*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Impressed by savings, wary of hidden terms*
*nothing*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*trusted website and easy to buy*
*nothing have any else*

#2069 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2070 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very reasonable deal and easy to navigate*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*The airline company seems to advertise and offer options through the site*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Generally speaking buying a ticket at the airport costs more than booking online in my experience* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *If there is a fee extra the site should be allowed to charge assuming the customer is comfortable with the amount* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It seems they have very reasonable prices that I have not seen through the airlines directly* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *If the ticket were not valid then I am sure the airline would not allow Skiplagged to advertise* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It seems rather straight forward in that when I pay for a ticket have chosen the time and agreed to the price everything is clear*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will definitely look at their offering on my next travel*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I would save by directly using the airline website*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*If they offer a deal then I see no reason not to use them*
*Don't know*

#2070 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2071 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*great prices and lots of options*
*nothing else right now*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*that is the only name for this site*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it looks like a deal site* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *it fits my budget* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would give it a try*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*it is alot cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged prices*
*Don't know*

#2071 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2086 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*A way to book flights cheaper*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
>
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
>
> ----
>
> ----

**What do you believe is the relationship between **Skiplagged** and the airline?**

*Don't know*

----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because of the prices listed* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Based on what I read* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because that's what they sell* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I don't recall any risks*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Would love to great prices*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I think it's a great service*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The low prices*
*Don't know*

#2086 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2111 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's a fairly good offering but I save a little money.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2111 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2112 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*fair price for one adult from philadaphia to san francisco at $140*
*book early via different means*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*i think skiplagged is an agent for an airline*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *it comes at a discounted price of$ 140* |
| **Additional Fees** <br> *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *i saw that* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Skiplagged charges for its services is reasonable* | *considering all the factors such as buying tickets directly from the airline the amount quoted is fair* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *selling tickets on behalf of the airline* |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is a valid ticket* | *they have some kind of partnership* |
| **Associated Risk** <br> *The option offered by Skiplagged carries no risk* | *they act on behalf of the airline* <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i will seriously consider it*
*seems modern with good offers*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*quite fair and reasonable*
*have good offerings that are appealing*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*i am attracted to how they operate their business*
*you can book with them anytime*

#2112 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2141 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Good delta flgojt  a*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Delta*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| **Relative Expense**<br>_Don't know_ | ---- |
|---|---|
| **Additional Fees**<br>_Don't know_ | ---- |

_If respondent believes additional fees are added_

| **Reasonable Charge**<br>_I believe the fee Skiplagged charges for its services is reasonable_ | _Don't know_ |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>_Skiplagged is an authorized travel agency with access to fares I could not access via the airline_ | _Don't know_ |
|---|---|
| **Ticket Validity**<br>_A ticket bought through Skiplagged is a valid ticket_ | _Don't know_ |
| **Associated Risk**<br>_Don't know_ | ----<br>----<br>---- |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_Gif and easy_
_Don't know_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_Don't know_
----

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_Probably would consider buying my next airline tickets from Skiplagged_
_Don't know_
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2158 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Little low in price for the trip*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

# APPENDIX C-7

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They include rebates* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Airlines also charge a customer care charge* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *They just sell it cheaper then the airlines even with their service fee* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will stick with my original choice of service*
*Don't know*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*They are ripping passengers off*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*They are price gouging to make their profits*
*Don't know*

#2158 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2173 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Very reasonably priced.*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*


**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I would believe they would have to, to be able to get the pricing.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I hav* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *The only way I see them being able to get that low prices* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Have to be cause no one is going to purchase a invalid ticket* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Absolutely would, >I have been searching for a plane ticket but the expense is more than I can afford at the moment*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Absolutely need it*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The savings it offers*
*Don't know*

#2173 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2176 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*Don't know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*Don't know*

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br><br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**

*Don't know*

----

**Based on your understanding of the __Skiplagged__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Don't know* | ---- |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *Don't know* | ---- |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the __Skiplagged__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from __Skiplagged__ and from the American Airlines website, how do you feel about the __Skiplagged__ offering?**
*somewhat different*
*same*

**How likely would you be to consider buying your next airline ticket from __Skiplagged__?**
*Probably would consider buying my next airline tickets from Skiplagged*
*yes i would*
*yes*

#2176 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2190 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*website - quite similar to expedia - for booking flight*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Don't know*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**

----

----

**For what do they need to get permission or authorization?**

----

----

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is not an authorized agent of the airline*

*Don't know*

**Based on your understanding of the _Skiplagged_ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>_Buying tickets through Skiplagged is cheaper than buying directly from the airline_ | because we are earning rewards - $2.8 |
| **Additional Fees**<br>_Skiplagged charges an additional fee on top of the airline's total ticket cost._ | service fee is separately called out |

_If respondent believes additional fees are added_

| | |
|---|---|
| **Reasonable Charge**<br>_I believe the fee Skiplagged charges for its services is not reasonable_ | it should be 2-3% - so about $4-$5 |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>_Don't know_ | ---- |
| **Ticket Validity**<br>_A ticket bought through Skiplagged is a valid ticket_ | the ticket is reasonable |
| **Associated Risk**<br>_The option offered by Skiplagged carries no risk_ | it seems to be genuine<br>----<br>---- |

**Reflecting on the _Skiplagged_ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
_i have never heard of them before - so will be a bit wary_
_Don't know_

**Comparing the results you got from _Skiplagged_ and from the American Airlines website, how do you feel about the _Skiplagged_ offering?**
_seems reasonable_
_Don't know_

**How likely would you be to consider buying your next airline ticket from _Skiplagged_?**
_May or may not consider buying my next airline tickets from Skiplagged_
_Don't know_
_----_

#2190 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2195 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A website/app that allows you to book a flight online to secure the best time, flight,  and cost among several airlines*
*No.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| *----* |
| *----* |
| |
| **For what do they need to get permission or authorization?** |
| *----* |
| *----* |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*It looks to take advantage of this company and make a profit in helping to dill the seats.*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The prices are less than the airlines offers* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It appears that way on the screen.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because websites like this one offers those products.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I am open to testing new companies in the airlines industry*
*No. Not at all.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Very comfortable in the price abd selection.*
*No. Nothing at all.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I would need to see how competitive they are compared to others like optiins.*
*Don't know*

#2195 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2225 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Scam*
*Not a fan of this site*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Airline*
> *Third party*
>
> **For what do they need to get permission or authorization?**
> *Ticket*
> *?*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Third party*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Scam* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>---- | ---- |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's legit* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Third party*<br>*Third party*<br>*Scam* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Sketchy*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Sketchy*
*Third party*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Best value*
*Sketchy*

#2225 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2227 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*That's a great deal. A flight without layovers and very cheap*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Skiplagged is an authorized agent of the airline*
*They are able to book the flight*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There's a 10$ fee added on* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because they are able to make the offer at all I assume they are authorized* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because I believe that they are a authorized representative* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Again, I assume they are a legit travel agency*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I probably would still go through the airline website*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I know that it's more expensive*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*I'm loyal to the website*
*Don't know*

#2227 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2229 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Super cheap flight from Philadelphia to SFO*
*Flight us non slop bytb6 hrs seems like a long flight*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They are able to offer flights from the airline*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *They are able to offer flights* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I have used online brokers with mo issues* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I have used other brokers with no issues*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Would be open to it*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*More expensive than through the airline*
*$10 fee seems high*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*The online site I use does not charge $10*
*No*

#2229 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2237 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Sounds great*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2260 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br><br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br><br>---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#2260 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2280 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*Don't know*

----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**

*Don't know*

----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**

*Probably would consider buying my next airline tickets from Skiplagged*

*Don't know*

----

#2280 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2282 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*650-1015 am for $140*
*connecting flights, other time slots*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*isnt specifically highlighted*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*different airline options*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *travel comparison site* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *no other price points listed* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *one flat price is very reasonable* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *authorized dealer* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*good price comparison site*
*travel site that would be convenient to book trips*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*too high priced and complicated*
*kind of confusing*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*too many fees*
*Don't know*

#2282 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2296 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the __Skiplagged__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the __Skiplagged__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from __Skiplagged__ and from the American Airlines website, how do you feel about the __Skiplagged__ offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from __Skiplagged__?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2296 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2314 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*No comment*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Delta*
*no comment*

**For what do they need to get permission or authorization?**
*In order to make it efficient*
*no comment*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

#2314 – Skiplagged – Non Hidden City

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It will save you time* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *no comment* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *no comment* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *no comment* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *no comment* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *no comment*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*a good discounted price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2314 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2340 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*It was for an airline booking through the company's website*

*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

*A travel agency*

*Because it's for travel*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Through the travel company*
> *Because they have to have permission*
>
> **For what do they need to get permission or authorization?**
> *For booking their services*
> *Because they are a booking company*

**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*Because they are legally obliged to get authorization*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because it's always cheaper to buy from a third party* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Because they're cheaper* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because the airlines fares are more expensive* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because they're authorized* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because they're cheaper*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I may use this company in the future because they're an independent company and they have better prices*
*I prefer using small business to big corporations*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*I like it better*
*It's cheaper*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Because I don't know when I'll fly on a plane*
*Don't know*

#2340 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2343 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*An offering for a lower price on an airline ticket.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*they have the ability to offer discounted rates.*

**Based on your understanding of the** Skiplagged **offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *i get a discounted rate on my airline ticket.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *i get a better value for my money when buying through this platform.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *i get a better value for my money.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *i think they have a partnership with the airline.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *it's a trustworthy company.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *it is trustworthy*<br>----<br>---- |

**Reflecting on the** Skiplagged **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*i would be happy to buy my ticket from them.*
*Don't know*

**Comparing the results you got from** Skiplagged **and from the American Airlines website, how do you feel about the** Skiplagged **offering?**
*i like their offerings*
*Don't know*

**How likely would you be to consider buying your next airline ticket from** Skiplagged**?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*i'll get a better value for my money.*
*Don't know*

#2343 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2346 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Has good featured that are mainly shown through each of the bookings*
*They have good features that is shown*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*There are many other features that are shown*
*The main points shown*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Has secured connections*

**Based on your understanding of the** <u>Skiplagged</u> **offerings, please select the option you believe is correct.**

| Relative Expense | It is a third-party application |
|---|---|
| *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | |
| **Additional Fees** | The total costs used |
| *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | |

*If respondent believes additional fees are added*

| Reasonable Charge | The main points used |
|---|---|
| *I believe the fee Skiplagged charges for its services is reasonable* | |

| Authorized Agent with Additional Fare Access | The trips shown |
|---|---|
| *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | |
| **Ticket Validity** | The types of tickets |
| *A ticket bought through Skiplagged is a valid ticket* | |
| **Associated Risk** | Has secured features |
| *The option offered by Skiplagged carries no risk* | ---- |
| | ---- |

**Reflecting on the** <u>Skiplagged</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*The main points shown*
*The main points used*

**Comparing the results you got from** <u>Skiplagged</u> **and from the American Airlines website, how do you feel about the** <u>Skiplagged</u> **offering?**
*The points that were used*
*The main information*

**How likely would you be to consider buying your next airline ticket from** <u>Skiplagged</u>**?**
*Probably would consider buying my next airline tickets from Skiplagged*
*The main features shown*
*There is not much*

#2346 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2356 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*A good offer that benefits the buyer.*
*It's a good price and it offers a lot.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Feel like Amazon.*
*Because they offer same deals.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Because the authorized agent of the airline is not authoriz.*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Because I've experienced it.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Because everyone will make a profit.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because they have good deals* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because too many people are on there.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Because they're tickets are not a ticket to me.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because there's nothing else to be carried.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel like they have good prices and good deals.*
*Because the prices have good value.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*They offer better deals with good prices.*
*They keep it going.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Because it was hard to get a refund.*
*They made a difficult.*

#2356 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2359 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This offering is for making things better*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It seems like it's apart of the airline and airline services*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *Because it's apart of the airline and probably similar prices* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Because airline tickets are already expensive enough* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because why would it be fake* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Why would it carry risk if it's thru a airline*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I don't know if I would make a buy for that being that I don't know everything about it plus I haven't heard it before today*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*The offering is okay*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Because I don't know much about it*
*No*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2360 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Very good*
*Nope*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Plus*
*Don't know*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Six*
> *Don't know*
>
> **For what do they need to get permission or authorization?**
> *ID*
> *Don't know*

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is not valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*Good*
*Nope*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I know better but if i had no other options Id try it*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2460 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The cost of a flight from Philadelphia to San Francisco with service fees included*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

#2460 – Skiplagged – Non Hidden City

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Sometimes they have workarounds to not pay airline fees* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *They only charge the fees if the airline* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The rebate fair pricing considering other 3rd party apps* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *They are accessible* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It has to be honered by the airline* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would check the cost in my next trip*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*The deal from American is slightly cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The cost*
*Don't know*

#2460 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2536 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Good looks with the perks and benefits.*
*None that I really know of.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> ----
> ----
>
> **For what do they need to get permission or authorization?**
> ----
> ----

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
*----*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw that it did.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It seems right to me.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *The looks of it overall.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'd have to find out more about it.*
*None that I know of.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*All looks great with me.*
*None that I know of.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*All is just fine.*
*Don't know*

#2536 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2540 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*150 dollars for a quick flight, it sounds like a pretty good deal.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*skiplagged*
*The banner at the top of the screen, and the field offering a sign up.*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I'm not sure that they could run their site and sell tickets from it if they weren't.*

#2540 – Skiplagged – Non Hidden City

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| Relative Expense<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *140 is a very good deal. I don't know how much cheaper it is, but I rarely ever see prices that low directly on airlines sites.* |
|---|---|
| Additional Fees<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It's listed clearly in the summary as a 'service fee.'* |

*If respondent believes additional fees are added*

| Reasonable Charge<br>*I believe the fee Skiplagged charges for its services is reasonable* | *10 is not very much, and certainly much better than most fees that get charged.* |
|---|---|

| Authorized Agent with Additional Fare Access<br>*Don't know* | ---- |
|---|---|
| Ticket Validity<br>*A ticket bought through Skiplagged is a valid ticket* | *I would assume that it's valid, and I can always double check with the airline by verifying ticket numbers.* |
| Associated Risk<br>*The option offered by Skiplagged carries risks* | *Everything has risks. I could get to the gate and be told that they won't honor the ticket.*<br>*As I stated, I could get to the gate and be told they won't honor the ticket, or it's not valid. Or the plane is full. All sorts of things could happen.*<br>*Don't know* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would be open to it, the fares are cheap and the fee is minimal.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Not as appealing, but it still comes out to the same price mostly.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*This is very repetitive.. they have low fares and minimal fees. I would be open to using them.*
*Don't know*

#2540 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2541 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I think that it has a good thing going. Good prices*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I really don't have any ill feelings towards them*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's good*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*If it's legit why wouldn't I use it??*
*Don't know*

#2541 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2548 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*I think it was very nice to be honest*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*I think it is nice*
*It would make for a good idea*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*It is very important to get permission*
*Don't know*

**For what do they need to get permission or authorization?**
*It is necessary for business growth*
*Makes the business sit on a better foundation*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It was more effective for me*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It is good and fast and cheap* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Was the best option* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *It made more sense to me* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's the best option* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is the best for it*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I think it is monumental*
*Could be more smoother*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Don't know*
*----*

#2548 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2561 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*Hi buddy I saw a offer from SKIPLAGGED They have very well services from other*
*If he likes we can book a flights*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Defense Travel System DTS*
> *They maintain flight booking sites*
>
> **For what do they need to get permission or authorization?**
> *For booking and taking an airplane flight*
> *They handle it*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They find customers and fixed flights*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They save your money* |
| **Additional Fees** <br> *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *They don't accept extra fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> ---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *They booking a flight* |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is a valid ticket* | *They save our time and money* |
| **Associated Risk** <br> *The option offered by Skiplagged carries no risk* | *They are trustable* <br> ---- <br> ---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will be very glad to buy a ticket from them*
*They have the best service*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*American is little bit higher then Skiplaggd*
*American Airlines is most Famous*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*They find a great deal for us*
*They have flights at a cheap rate*

#2561 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2567 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*The best*
*Convenience*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Amazon*
*I saw that*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*Ama6*<br>*It authorised it*<br><br>**For what do they need to get permission or authorization?**<br>*Space*<br>*I've been doing it* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I've used it*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I've tried it* |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I've experienced* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I've tried it* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I've tried it* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's authorised* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *I've tried it*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Speed*
*Convenience*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*The best*
*Convenience*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The best services*
*Convenience*

#2567 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2579 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It showed you everything exactly like the way they used to*
*Prices are seen*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Rewards* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *The program is very good* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'll have to read more reviews*
*No*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel good*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*I'll have to read more reviews*
*Don't know*

#2579 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2590 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Kindness and trust*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*Don't know*
----

#2590 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2596 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Seems like a decent price*
*Seats seem decent as well*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They sell their tickets for a lower price*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It's usually cheaper to use 3rd parties* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It seems true* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it's online and you can see it* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*
----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Seems truthful*
*I might use them depending on the convenience of the app*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2596 – Skiplagged – Non Hidden City

# APPENDIX C-7

Case 4:23-cv-00860-P   Document 221   Filed 08/26/24   Page 1691 of 1941   PageID 14323

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2599 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's clear and easy to understand and yes, I would refer it*
*No, there's nothing else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Just assuming because I haven't heard of them before*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because the price I was quoted on the first page is a lot lower than other airlines that I've come across* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Just by the price I was given* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would purchase a ticket from now, simply on the easiness of the website and the Fair prices*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's way more reasonable a whole lot cheaper*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*The price is alone. Tell me everything I need to know.*
*Don't know*

#2599 – Skiplagged – Non Hidden City

**APPENDIX C-7**

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2627 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*They show some great deals for travel*
*It's a legit deal*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It seems like there game*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *The prices are just right* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It doesn't say they do* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *They are a great company to do business with* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *They say they are* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I was able to use it* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It's a great deal*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Their great*
*Nothing good company*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Easy to use and navigate*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Their great*
*Don't know*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2634 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was so affordable and crazy great deals for what I was looking for*
*Not much else*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*American airlines*
*That's who the ticket is for*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Skiplagged is an authorized agent of the airline*
*Obviously they're selling their tickets so I'm to assume they're authorized*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *That was an amazing price for that ticket* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I wouldn't get that cheap with the airline* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Amazing price seriously* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I don't know what would make me think otherwise* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *What risks could I find other than it being fraudulent*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It's possible after reviewing what others have to say*
*If accreditation confirmed then I would definitely use*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Is a great offer if not the same*
*No extra charges from Skip lagged*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I don't see a reason to not do so*
*Not that I can think of*

#2634 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2637 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Seems like they have a bunch of options of the same flights with a different price points and different times to arrive at the destination.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They have a bunch of flights and price points, and you can probably use it to find the cheapest one.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I mean it clearly shows a 10 dollar fee.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Well, you paid real money for a flight ticket, why would it be not real?* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would feel like I'm just buying a flight ticket. No emotions just neutral.*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Okay, now the fee makes me feel something.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Cause I don't know if the fee is gonna be always a thing.*
*Don't know*

#2637 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2649 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | No |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
----

**For what do they need to get permission or authorization?**
*Don't know*
----

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>---- | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*Don't know*

----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**

*Don't know*

----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**

*May or may not consider buying my next airline tickets from Skiplagged*

*Don't know*

----

#2649 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2650 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Yo, I found a round tripper for 149!*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It's cheap* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it's through a vendor* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Honestly, I don't know... I'd have to do more research*
*Nah*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Like I'm getting gypped*
*Nope*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*Because I'm not going to pay more for something if I can get it cheaper*
*Don't know*

#2650 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2660 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The product was very good and innovative solutions and optimistic well*
*It has a good role and make me feel special and durable*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*LinkedIn and Instagram*
*The features was very good and innovative fantastic quality*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Amazon and target*
*The brand was good and honest performance*

**For what do they need to get permission or authorization?**
*When switching the insurance provider*
*To maintain the features and to protect user privacy*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*The product of the brand is very good and innovative solutions*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Their products is very good and have a good performance* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *The company was very accurate and consistent in it privacy* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *To protect user privacy* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It is very good and honest performance* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It has a good clarify certificate of user* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *The features provide supportive and innovative solutions*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel very good and comfortable in buying my next airline from them*
*They provide good and price support*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel motivated and honest to use the brand*
*It provides good support and consistent innovative*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It is very good and optimistic about the features of the brand*
*The brand was good and special to use well*

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2670 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It gives you a lot of different options to choose from and it shows you the prices too*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*I guess because I didn't really see any connection*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I was unable to see any fees associated* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *I can't say for sure but I think it's an assumption* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *I have no reason to believe it wouldn't be* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Everything can carry a risk*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think it might be something I would look at at best*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It looks to be a little bit more expensive*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*I go for the cheapest price I can possibly find*
*Don't know*

#2670 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2681 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It looks really good*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity** *A ticket bought through Skiplagged is not valid ticket* | *Don't know* |
| **Associated Risk** *The option offered by Skiplagged carries no risk* | *Don't know* ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will try it soon*
*Because it looks interesting*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Better*
*Because it is*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2681 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2737 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Nonstop flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| --- |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
|---|---|
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**

*Don't know*

----

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**

*Don't know*

----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**

*May or may not consider buying my next airline tickets from Skiplagged*

*Don't know*

----

#2737 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2763 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was a website for booking flights*
*Offers direct flights for cgeap*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*From the airlines*<br>*Because they're selling the airline tickets*<br><br>**For what do they need to get permission or authorization?**<br>*To sell their tickets*<br>*Because it looks like they contract through many airlines* |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It made me believe they were authorized*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Seemed very cheap to me* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Didn't see any fees* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Reasonable amount* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would look into using them*
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel like they offer reasonable prives*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I would research the company a bit more first*
*Don't know*

#2763 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2765 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Tell them they offer a good rate for the round airfare*
*None*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

#2765 – Skiplagged – Non Hidden City

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They had a good reasonable price* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Charge an extra 10 dollars* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Still not sure how reliable it would be*
*None*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Cheaper*
*None*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#2765 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2802 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Don't know |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Straight thru flight no layovers cost $149 thru this sute*
*Delivers a $2.42 reward*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
----
----

**For what do they need to get permission or authorization?**
----
----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*I'm assuming*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Usually a booking site offers slightly lower price* |
| **Additional Fees** *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a $10 added fee to the flight* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** *I believe the fee Skiplagged charges for its services is reasonable* | *Because you get reward dollars* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *Why wouldn't it be* |
| **Associated Risk** *The option offered by Skiplagged carries no risk* | *Don't know* ---- ---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would definitely check them out and consider using them*
*Nothing to add*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*I would choose the Skiplagged option*
*Don't know*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Because you can earn cash rewards for booking thru them*
*Don't know*

#2802 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2856 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Free cancellation 24 hours before departure, good prices.*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Customer service telephone number was for the airlines.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There is a service fee of $10.00* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *The fee is not a large amount* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
|---|---|
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*The offering is better*
*No processing fee*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Better prices*
*No*

#2856 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2920 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was clear, gave several choices.*
*Prices were good.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *From looking up tickets in the past, the prices seem very good.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was an extra $9 added at the end. I assumed it was tax, though.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Compared to times that I've look up flight information in the past.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I'll have to look up more information.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Skiplagged isn't better than American Airlines.*
*I'd rather order my ticket directly from American Airlines.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Because I am not familiar with this company.*
*Don't know*

#2920 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2976 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Easy to use*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>---- <br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*An airline has to give some type of permission to advertise, distribute and sell their tickets*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense** *Don't know* | ---- |
|---|---|
| **Additional Fees** *Don't know* | ---- |

*If respondent believes additional fees are added*

| **Reasonable Charge** *Don't know* | ---- |
|---|---|

| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
|---|---|
| **Ticket Validity** *Don't know* | ---- |
| **Associated Risk** *Don't know* | ---- ---- ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel confident in buying a ticket through skiplagged*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Depending if the offer is cheaper than airlines*
*Don't know*

#2976 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2978 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was very clear what time the flight would leave and arrive at the destination. The cost was also easy to understand.*
*----*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because it offers all different airlines flights and prices.*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *No service charges.* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *I don't see any extra charges. Just taxes.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because it looks like they represent lots of different airlines and times for departure and arrival.* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because they offer many options and seem very reputable.* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would use skiplagged if it offered the options and price points that want.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel just fine about skiplagged offer.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Don't know*
*----*

#2978 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #2988 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw service charge in addition to a regular air fee.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I've never heard of it before today.  But, I would consider of buying as long as it offers the cheapest fares.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's more expensive.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*I might be interested in searching more of it since I learned it  I am interested in cheaper offers.*
*Don't know*

#2988 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3001 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It seems interesting and reasonable*
*Yes it mad me want to buy it*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?** <br> ---- <br> ---- <br> <br> **For what do they need to get permission or authorization?** <br> ---- <br> ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It's prices are lower* |
|---|---|
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *It is transparent* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is not an authorized travel agency and does not have access to fares I could access via the airline* | *Don't know* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It is authentic* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It is easy to use*
*Don't know*

#3001 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3023 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I would say it was a web page for buying a plane ticket. There were different options for times and fares. Then it showed the checkout page.*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I would say it is cheaper because you can see multiple options.* |
| **Additional Fees** <br> *Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *I saw that there was a service fee in tip of the ticket price.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *I believe the fee Skiplagged charges for its services is reasonable* | *I think anything over $10 would have been too much.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is a valid ticket* | *I mean I would would hope it is cause you would have spent money it.* |
| **Associated Risk** <br> *The option offered by Skiplagged carries risks* | *Buying tickets on these types of sites always carries risks.* <br> *Don't know* <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would have to hear from other peoples experiences to be able to form a better opinion.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I guess I would feel I bit more confident with them because it looked like I was brought to an American Airlines page.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I would consider it because it seems like a reliable option.*
*Don't know*

#3023 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3056 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*I would describe as an easier way to book flights with competitive pricing*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** <br> *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It seemed to have cheaper prices* |
| **Additional Fees** <br> *Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** <br> *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** <br> *Don't know* | ---- |
| **Ticket Validity** <br> *A ticket bought through Skiplagged is a valid ticket* | *It seemed like a legit website so I think it would be a valid ticket* |
| **Associated Risk** <br> *Don't know* | ---- <br> ---- <br> ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I think I will definitely keep them in mind and consider them next time I am booking a flight*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I think the skiplagged offering provided better pricing*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I want to see if it really is better*
*Don't know*

#3056 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3082 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**

*Don't know*

----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**

----

----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
>
> ----
>
> ----
>
> **For what do they need to get permission or authorization?**
>
> ----
>
> ----

**What do you believe is the relationship between __Skiplagged__ and the airline?**

*Skiplagged is an authorized agent of the airline*

*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense** *Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because it's not on the actual website and this will help a tad bit* |
| **Additional Fees** *Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge** *Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access** *Don't know* | ---- |
| **Ticket Validity** *A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk** *The option offered by Skiplagged carries risks* | *Don't know* *Don't know* ---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It's more on the skiplagged*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*It cost more then the actually airline website*
*Don't know*

#3082 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3202 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*it is clear and concise*
*gives you everything that you need to book*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*Don't know*
*----*

**For what do they need to get permission or authorization?**
*Don't know*
*----*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Don't know*<br>*Don't know*<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*never heard of them*
*Don't know*

#3202 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3205 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Chose from a list of airlines with time information*
*Able to sort information as needed and price was clear*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>*The airlines*<br>*They have access to the information and can book for them*<br><br>**For what do they need to get permission or authorization?**<br>*Access to flight times and prices*<br>*Its listed on the site* |

**What do you believe is the relationship between __Skiplagged__ and the airline?**
*There is some other relationship between Skiplagged and the airline*
*The are not direct with the airline as they have other airlines listed*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *there was a $10 service fee* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It still keeps the ticket price where I would want it* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *trust* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I would change to direct to have the lower price*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3205 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3227 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It was a non stop flight and the price was reasonable*
*I did have a 10 service fee*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*THE OTHER AIRLINE WAS THE SAME PRICE AND IT LEFT A FEW MINUTES EARLIER BUT IT WASN'T PICKED*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| **Relative Expense**<br>*Don't know* | ---- |
|---|---|
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a service charge of 10 dollars added on top of the ticket price* |

*If respondent believes additional fees are added*

| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I don't think 10 dollars is too much to charge* |
|---|---|

| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It gave me the best prices for the airfares and didn't charge a big service fee* |
|---|---|
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *they have a 24 hour cancellation policy* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *If I am not happy there is a number to call*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would see if they are cheaper for the places I want to go*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I thought they were good before but have changed my mind*
*I would go with the Airline It is cheaper and they have a payment plan through Affirm*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*It is nore expensive to go through them*
*They problem is I don't know anything about this company*

#3227 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3229 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Budget friendly*
*varied*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*works with airline to streamline travel*

**Based on your understanding of the __Skiplagged__ offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *better price and no extra fees* |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *site to help consumers save* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *reminds me of Orbitz or Travelocity* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the __Skiplagged__ offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*likely will research*

**Comparing the results you got from __Skiplagged__ and from the American Airlines website, how do you feel about the __Skiplagged__ offering?**
*better deals are a win*
*I like to save on flights*

**How likely would you be to consider buying your next airline ticket from __Skiplagged__?**
*Probably would consider buying my next airline tickets from Skiplagged*
*quick and convenient*
*looks legit*

#3229 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3247 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*Don't know*
----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*No, it does not have a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
----
----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Excellent prices* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *At checkout there were no fees* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Awesome price*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I like that yhey don't charge any fees*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3247 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3255 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A good and healthy airplane that have good prices*
*It very easy to book*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> *----*
>
> **For what do they need to get permission or authorization?**
> *The flight ticket*
> *Don't know*

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Don't know*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>---- | ---- |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It is directly and strategically* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is a good idea*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is a good one*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3255 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3258 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*This website is very cool you can reserve and review everything because everything is very clear nothing's confuse you and it's something that's well organized*
*The website is well organized and very clear to do your reservation*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required?<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |
|---|

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *It has all the information that you need in this very clear on how you can buy tickets from their website* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *The website doesn't charge extra it just charges your regular feats and how much ticket cost* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *The way is lay out the website doesn't* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It's informed about that information* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel very confident to buy tickets from these website because it's something you can trust*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I feel that it's a good offer that they have with this plan*
*Yes clear information of how everything starts*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I like how this company works and how everything is clear how much is charged when you buy your ticket*
*Don't know*

#3258 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3262 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*This person is booking a one way, nonstop fight from Philadelphia to San Fransisco for one adult.*
*There is a fee, and they also earned some reward points.*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| |
|---|
| **From which company is permission or authorization required?**<br>----<br>----<br><br>**For what do they need to get permission or authorization?**<br>----<br>---- |

**What do you believe is the relationship between <u>Skiplagged</u> and the airline?**
*Don't know*
----

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *At the checkout part there seems to be a fee added.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I think it was just $10, not too bad.* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It would be illegal if it was invalid right?* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would consider them, but I need to research more about the company before I proceed.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*I would rather just go directly through American Airlines and save money.*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*I need to do more research*
*Don't know*

#3262 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3265 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*A non stop flight for 6 hours to your destination*
*You earned 2$ in rewards for booking*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
| --- |
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because I'm able to book a flight and compare prices*

**Based on your understanding of the** <u>**Skiplagged**</u> **offerings, please select the option you believe is correct.**

| Relative Expense
*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *We get discounts n earn points over time that most airlines don't have reward programs* |
|---|---|
| Additional Fees
*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *It was a 10$ fee attached at the end bringing the total to 149* |

*If respondent believes additional fees are added*

| Reasonable Charge
*I believe the fee Skiplagged charges for its services is reasonable* | *Everyone has a fee they charge ! Plus it a 3 party site so it to be expected* |
|---|---|

| Authorized Agent with Additional Fare Access
*Don't know* | ---- |
|---|---|
| Ticket Validity
*A ticket bought through Skiplagged is a valid ticket* | *The ticket is a valid ticket thru the airline they just worked out a deal that I don't understand* |
| Associated Risk
*The option offered by Skiplagged carries no risk* | *I'm sure it offers insurance packages or have a policy in place*
----
---- |

**Reflecting on the** <u>**Skiplagged**</u> **offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I would check them out for my next ticket*

**Comparing the results you got from** <u>**Skiplagged**</u> **and from the American Airlines website, how do you feel about the** <u>**Skiplagged**</u> **offering?**
*It was a lil higher then going thru the actual all website*
*But atleast i was able to get cash back from skiplagged*

**How likely would you be to consider buying your next airline ticket from** <u>**Skiplagged**</u>**?**
*Probably would consider buying my next airline tickets from Skiplagged*
*I like the reward programs from companies ! Esp when it easy to use*
*I like the central idea of the site*

#3265 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3280 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*The process a great and the site is simple and easy to maneuver.*
*The prices!!*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

**From which company is permission or authorization required?**
*----*
*----*

**For what do they need to get permission or authorization?**
*----*
*----*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is not an authorized agent of the airline*
*It's a 3rd party site*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *I don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Don't know* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *Everything carries risk*<br>*Being hacked*<br>*Dying* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I feel fine.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Their offer isn't much better*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*May or may not consider buying my next airline tickets from Skiplagged*
*Because*
*No*

#3280 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3284 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*An airline offering of fligh*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*There is some other relationship between Skiplagged and the airline*
*Because the airline is listed*

**Based on your understanding of the Skiplagged offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Looking at the ticket prices* |
| **Additional Fees**<br>*Skiplagged does not charge an additional fee on top of the airline's total ticket cost.* | *Looking at the prices* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Looking at the listed information* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *The ticket information is available* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *From the information supplied* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *None is indicated*<br>----<br>---- |

**Reflecting on the Skiplagged offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I might do so*

**Comparing the results you got from Skiplagged and from the American Airlines website, how do you feel about the Skiplagged offering?**
*Excited.*
*N.*

**How likely would you be to consider buying your next airline ticket from Skiplagged?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Price difference.*
*Nothing*

#3284 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3292 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**

*It's very inspiring and understanding*

----


**Does the company that operates this website have a business connection or association with another company, or do you not know?**

*Yes, it has a business connection or association with another company*


**Which other company does the company operating this website have a business connection or association with?**

*Don't know*

----


**Does the company that operates this website require permission or authorization from any other company, or do you not know?**

*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |


**What do you believe is the relationship between Skiplagged and the airline?**

*Skiplagged is an authorized agent of the airline*

*Because it's another one*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Don't know* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Because it's another company* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *Don't know* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Don't know* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Because it's through the company* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Don't know*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3292 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3294 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | No |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*Don't know*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Don't know*
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Don't know*
> ----
>
> **For what do they need to get permission or authorization?**
> *Don't know*
> ----

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Don't know*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*Don't know* | ---- |

| | |
|---|---|
| **Authorized Agent with**<br>**Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Don't know*
----

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would not consider buying my next airline tickets from Skiplagged*
*Don't know*
----

#3294 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3296 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*flight booking american airlines*
*nonstop flight*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between **Skiplagged** and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is not cheaper than buying directly from the airline* | *service fee* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *service fee of $10* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is not reasonable* | *can book directly through airline* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | *----* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Don't know* |
| **Associated Risk**<br>*The option offered by Skiplagged carries risks* | *need more research*<br>*not being validated or if it is canceled*<br>*if issue with flight* |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*not confident*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*cheaper to buy from airline*
*feel more secure buying from airline*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would not consider buying my next airline tickets from Skiplagged*
*not secure or cheaper*
*Don't know*

#3296 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3305 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It provides better flight ticket at a reasonable price .*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*expedia*
*They are well in collaboration*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*No, it does not require permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

| From which company is permission or authorization required? |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*They are authorized and legal .*

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *They provide at a good price* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *They provide better services to be honest* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It was a great initiative* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *easy processing* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Quite authorized and valid* |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*Don't know*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Offering all the necessary services with an optimal value*
*Don't know*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*I got better from it and with extreme quality*
*Don't know*

#3305 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3365 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | No |
| Ever used **Skiplagged** before survey | |

**How would you describe the offering on this website to a friend?**
*It's cheap and easy to use and understand*
*No*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
*----*
*----*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*It was simple and direct*

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *That's a one way ticket with multiple standbys on south west* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *There was a fee mentioned. But it wasn't much* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *It was only a few dollars* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *It was simple and direct* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *It gave you a ticket number* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *It was simple and direct*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*I will definitely look into it*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It was the same*
*No*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Definitely would consider buying my next airline tickets from Skiplagged*
*It seems easy*
*No*

#3365 – Skiplagged – Non Hidden City

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3369 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | No |

**How would you describe the offering on this website to a friend?**
*Basic airline reservation, low cost/low level, evening flight*
----

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Don't know*

**Which other company does the company operating this website have a business connection or association with?**
----
----

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Don't know*

*If "Yes" to requires permission or authorization from any other company*

| **From which company is permission or authorization required?** |
|---|
| ---- |
| ---- |
| **For what do they need to get permission or authorization?** |
| ---- |
| ---- |

**What do you believe is the relationship between Skiplagged and the airline?**
*Don't know*
----

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Don't know* | ---- |
| **Additional Fees**<br>*Don't know* | ---- |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *I possibly saw it on the prior reservation but I am not absolutely sure* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Don't know* | ---- |
| **Ticket Validity**<br>*Don't know* | ---- |
| **Associated Risk**<br>*Don't know* | ----<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*The price looks great but I don't know enough about the site to be really  comfortable buying from them.*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*It is interesting and the price is definitely lower.*
*I am concerned that this may be a bogus ticket.*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Don't know*
*I need more information about them and to read their reviews.*
*Don't know*

#3369 – Skiplagged – Non Hidden City

# APPENDIX C-7

| Respondent ID | Respondent Subgroup | Questionnaire Shown |
|---|---|---|
| #3398 | Skiplagged | Non Hidden City |

| Background Details | Response |
|---|---|
| Booked an airline ticket (on a commercial airline) in the past 12 months | Yes |
| Likely to book an airline ticket (on a commercial airline) in the next 12 months | Yes |
| Aware of **Skiplagged** before survey | Yes |
| Ever used **Skiplagged** before survey | Yes |

**How would you describe the offering on this website to a friend?**
*It is a special offer which keeps your money and have alot of fun with low price.*
*Nothing*

**Does the company that operates this website have a business connection or association with another company, or do you not know?**
*Yes, it has a business connection or association with another company*

**Which other company does the company operating this website have a business connection or association with?**
*Booking.com*
*Nothing*

**Does the company that operates this website require permission or authorization from any other company, or do you not know?**
*Yes, it requires permission or authorization from another company*

*If "Yes" to requires permission or authorization from any other company*

> **From which company is permission or authorization required?**
> *Google.com*
> *Nothing*
>
> **For what do they need to get permission or authorization?**
> *For security purposes and facilitation.*
> *Nothing.*

**What do you believe is the relationship between Skiplagged and the airline?**
*Skiplagged is an authorized agent of the airline*
*Because someone in my family say that*

#3398 – Skiplagged – Non Hidden City

# APPENDIX C-7

**Based on your understanding of the <u>Skiplagged</u> offerings, please select the option you believe is correct.**

| | |
|---|---|
| **Relative Expense**<br>*Buying tickets through Skiplagged is cheaper than buying directly from the airline* | *Because someone said that in my family.* |
| **Additional Fees**<br>*Skiplagged charges an additional fee on top of the airline's total ticket cost.* | *Because someone in my family did that.* |

*If respondent believes additional fees are added*

| | |
|---|---|
| **Reasonable Charge**<br>*I believe the fee Skiplagged charges for its services is reasonable* | *Because someone tells me that* |

| | |
|---|---|
| **Authorized Agent with Additional Fare Access**<br>*Skiplagged is an authorized travel agency with access to fares I could not access via the airline* | *Because someone told me that* |
| **Ticket Validity**<br>*A ticket bought through Skiplagged is a valid ticket* | *Someone told me.* |
| **Associated Risk**<br>*The option offered by Skiplagged carries no risk* | *Because I tried it before.*<br>----<br>---- |

**Reflecting on the <u>Skiplagged</u> offering and everything you know about them how do you feel about buying your next airline ticket from them?**
*It is an amazing chance for that*

**Comparing the results you got from <u>Skiplagged</u> and from the American Airlines website, how do you feel about the <u>Skiplagged</u> offering?**
*Amazing and special with no fee in the ticket.*
*Nothing*

**How likely would you be to consider buying your next airline ticket from <u>Skiplagged</u>?**
*Probably would consider buying my next airline tickets from Skiplagged*
*Because it has a special offer that is convenient for me.*
*Nothing*

#3398 – Skiplagged – Non Hidden City

| responseid | QCAPTCHA | SA1 - First, | S0 - Before | S01 - Do yc | S02 - Are yo | S1_1 : An a | S1_2 : A ma | S1_3 : A ma | S1_4 : An a | S1_5 : Any | S1_6 : A co | S1_7 : A co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 736 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 738 | W93BX | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 742 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 745 | HY4NM | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 748 | SREMD | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 749 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 752 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 762 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 768 | SREMD | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 774 | HY4NM | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 781 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 783 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 789 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 790 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 799 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 808 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 812 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 813 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 822 | SREMD | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 826 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 827 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 830 | SREMD | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 831 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 836 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 838 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 847 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 860 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 864 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 876 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 884 | SREMD | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 899 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 900 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 906 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 915 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 920 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 927 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 933 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 940 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 945 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 946 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 947 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 951 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 954 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 955 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 958 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 963 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 971 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 976 | HY4NM | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 984 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 996 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 997 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 998 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1006 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1009 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1015 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1016 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1028 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1029 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1030 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1034 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1035 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1037 | W93BX | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1040 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1043 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1046 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1052 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1057 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1060 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1063 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1067 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1068 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1076 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1082 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1083 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1084 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1090 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1091 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1096 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1097 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1103 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1104 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1111 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1116 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1122 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1129 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1131 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1134 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1136 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1138 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1141 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1143 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1150 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1151 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1159 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1168 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1182 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1191 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1197 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1203 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1224 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1229 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1770**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1230 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1236 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1241 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1244 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1245 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1247 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1250 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1264 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1267 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1274 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1277 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1280 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1286 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1299 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1316 | HY4NM | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1324 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1328 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1329 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1333 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1343 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1344 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1353 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1358 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1363 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1368 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1370 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1373 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1387 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1389 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1391 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1392 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1393 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1404 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 1405 | RBSKW | A laptop or I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1408 | W93BX | A laptop or I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1410 | HY4NM | A laptop or I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1439 | W93BX | A laptop or I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1441 | SREMD | A tablet (e. I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1459 | HY4NM | A laptop or I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1464 | W93BX | A tablet (e. I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1467 | SREMD | A smartphc I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1469 | HY4NM | A smartphc I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1471 | SREMD | A tablet (e. I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1473 | HY4NM | A smartphc I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1476 | RBSKW | A tablet (e. I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1478 | RBSKW | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1485 | SREMD | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1496 | W93BX | A tablet (e. I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1500 | SREMD | A smartphc I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1509 | SREMD | A smartphc I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1521 | SREMD | A laptop or I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1523 | W93BX | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1525 | RBSKW | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1538 | RBSKW | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1539 | HY4NM | A tablet (e. I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1540 | SREMD | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1542 | RBSKW | A smartphc I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1548 | HY4NM | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1561 | HY4NM | A laptop or I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1565 | SREMD | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1578 | RBSKW | A laptop or I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1580 | SREMD | A laptop or I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1598 | RBSKW | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1604 | RBSKW | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1623 | HY4NM | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1640 | HY4NM | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1674 | W93BX | A smartphc I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 1682 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|------|-------|------------|---------|-----|-----|---|---|---|---|---|---|---|
| 1690 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1691 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1696 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1699 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 1707 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1711 | SREMD | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1714 | HY4NM | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1720 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1722 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1728 | W93BX | A laptop or | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1732 | RBSKW | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1738 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1739 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1740 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1747 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1786 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1790 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1791 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1793 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1803 | SREMD | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1807 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1810 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1811 | RBSKW | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1813 | W93BX | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 1817 | HY4NM | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1819 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1821 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1822 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1825 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1834 | W93BX | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1836 | HY4NM | A laptop or | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1837 | HY4NM | A smartphc | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1842 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1773**

| 1846 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|------|-------|------------|---------|-----|-----|---|---|---|---|---|---|---|
| 1848 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1850 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1853 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1856 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1860 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1861 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1865 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1869 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1870 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1874 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1879 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1880 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1882 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1885 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1887 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1893 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1900 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1915 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1919 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1920 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1922 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1923 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1924 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 1925 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1930 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1935 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1938 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1942 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1950 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1951 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1952 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1954 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1956 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1960 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1961 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1966 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1968 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1969 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1971 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1974 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1975 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1976 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1979 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1982 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1985 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1989 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 1990 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2001 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2017 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2027 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2028 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2029 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2030 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2036 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2040 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2042 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2043 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2046 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2047 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2056 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2057 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2059 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2061 | SREMD | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2062 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2064 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1775**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2068 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2069 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2070 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2071 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2086 | HY4NM | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2093 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2098 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2102 | RBSKW | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2104 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2110 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2111 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2112 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2121 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2131 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2132 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2133 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2134 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2139 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2141 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2142 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2145 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2156 | RBSKW | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2158 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2160 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2162 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2163 | HY4NM | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2168 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2171 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2173 | RBSKW | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2176 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2177 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2181 | W93BX | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2182 | HY4NM | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2184 | RBSKW | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1776**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2185 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2189 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2190 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2193 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2194 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2195 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2198 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200 | W93BX | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2204 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2209 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2210 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2215 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2219 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2221 | W93BX | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2225 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2227 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2229 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2233 | W93BX | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2236 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2237 | SREMD | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2242 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2244 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2256 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2260 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2262 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2271 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2273 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2280 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2282 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2294 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2296 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2297 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2306 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2308 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2310 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2314 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2317 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2322 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2340 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2343 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2346 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2349 | W93BX | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2353 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2356 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2358 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2359 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2360 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2362 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2365 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2366 | RBSKW | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2371 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2372 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2378 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2380 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2390 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2391 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2398 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2410 | SREMD | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2418 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2420 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2421 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2426 | HY4NM | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2430 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2434 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2437 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2444 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2445 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2451 | SREMD | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1778**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2452 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2453 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2458 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2460 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2465 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2467 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2470 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2471 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2477 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2478 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2479 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2480 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2484 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2489 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2490 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2492 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2493 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2495 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2500 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2504 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2510 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2511 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2512 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2513 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2520 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2521 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2523 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2527 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2536 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2540 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2541 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2542 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2546 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2547 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1779**

| 2548 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2555 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2556 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2561 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2562 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2563 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2567 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2570 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2572 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2579 | HY4NM | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2590 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2594 | SREMD | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2596 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2597 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2599 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2608 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2612 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2613 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2616 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2621 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2627 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2633 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2634 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2637 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2641 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2649 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2650 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2652 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2654 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2657 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2660 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2661 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2670 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2680 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1780**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2681 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2682 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2687 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2692 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2694 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2695 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2697 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2699 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2701 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2703 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2706 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2709 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2712 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2715 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2716 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2717 | W93BX | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2718 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2723 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2726 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2729 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2733 | HY4NM | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2737 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2744 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2746 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2750 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2756 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2762 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2763 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2765 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2772 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2776 | HY4NM | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2781 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2802 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2809 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

APPX. 1781

| 2812 | RBSKW | A smartpho | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2815 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2818 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2831 | RBSKW | A smartpho | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2838 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2845 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2856 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2860 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2862 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2864 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2888 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2891 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2902 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2911 | SREMD | A smartpho | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2920 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2921 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2933 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2942 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2945 | HY4NM | A laptop or | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2950 | HY4NM | A smartpho | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2955 | HY4NM | A smartpho | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2959 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2968 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2970 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2976 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2978 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2985 | RBSKW | A laptop or | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2986 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2988 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2989 | W93BX | A smartpho | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2993 | W93BX | A tablet (e. | I agree | No  |     | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3001 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3008 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3010 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1782**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3014 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3017 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3020 | W93BX | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3023 | W93BX | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3032 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3034 | RBSKW | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3036 | RBSKW | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3037 | W93BX | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3045 | RBSKW | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3049 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3053 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3055 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3056 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3058 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3059 | RBSKW | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3062 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3070 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3071 | W93BX | A smartph | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3073 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3074 | RBSKW | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3079 | HY4NM | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3082 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3083 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3085 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3089 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3090 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3095 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3096 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3097 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3116 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3118 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3122 | W93BX | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3126 | SREMD | A smartph | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3128 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1783**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3134 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3135 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3136 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3138 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 3146 | W93BX | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3153 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3154 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3171 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3176 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3179 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3181 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3183 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3188 | W93BX | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3191 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3201 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 3202 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3205 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3206 | RBSKW | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3219 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3223 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3227 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3229 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3235 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3238 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3241 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3243 | SREMD | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3246 | W93BX | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3247 | W93BX | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3248 | RBSKW | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3249 | W93BX | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3251 | RBSKW | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3255 | HY4NM | A smartpho | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3258 | W93BX | A smartpho | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3262 | RBSKW | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPX. 1784**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3264 | HY4NM | A tablet (e. | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3265 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3268 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3273 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3280 | RBSKW | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3284 | RBSKW | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3287 | SREMD | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 3290 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3291 | HY4NM | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3292 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3294 | RBSKW | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3296 | SREMD | A laptop or | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3305 | SREMD | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3309 | SREMD | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3318 | SREMD | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3320 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3322 | HY4NM | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3349 | HY4NM | A smartphc | I agree | No | | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 3365 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3369 | HY4NM | A tablet (e. | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3376 | W93BX | A laptop or | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3391 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3398 | W93BX | A smartphc | I agree | Yes | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| S1_99 : No | S2a - What | hS2b : hS2l | S3 - Please | S3_98_oth | S4 - Are yo | S5 - Which | S5_97_oth | S6 - In whic | hS6a - HIDI | S7a_1 : Boc | S7a_2 : Boc | S7a_3 : Boc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 44 35-44 | Male | Yes | Black/Afric | | New York | Northeast | Yes | Yes | No | |
| 1 | 30 25-34 | Female | No | Black/Afric | | New York | Northeast | Yes | Yes | Yes | |
| 1 | 33 25-34 | Female | No | Native Ame | | Connecticu | Northeast | Yes | Yes | Yes | |
| 1 | 34 25-34 | Male | No | Asian/Pacif | | Nebraska | Midwest | Yes | Yes | Yes | |
| 1 | 23 18-24 | Female | No | White/Cau | | Maryland | South | Yes | Yes | Yes | |
| 1 | 34 25-34 | Male | No | Black/Afric | | New York | Northeast | No | Yes | Yes | |
| 1 | 29 25-34 | Male | No | Black/Afric | | Tennessee | South | Yes | No | No | |
| 1 | 61 55-64 | Male | Yes | Other (Spe | Black white | Georgia | South | No | Yes | No | |
| 1 | 42 35-44 | Male | Yes | White/Cau | | Texas | South | Yes | Yes | Yes | |
| 1 | 25 25-34 | Male | Yes | Other (Spe | Hispanic | California | West | No | Yes | No | |
| 1 | 46 45-54 | Male | Yes | Native Ame | | Michigan | Midwest | Yes | Yes | Yes | |
| 1 | 31 25-34 | Male | Yes | Asian/Pacif | | California | West | Yes | Yes | Yes | |
| 1 | 24 18-24 | Male | Yes | Black/Afric | | Arkansas | South | Yes | Yes | Yes | |
| 1 | 24 18-24 | Female | No | Black/Afric | | Louisiana | South | Yes | Yes | Yes | |
| 1 | 47 45-54 | Male | Yes | White/Cau | | Illinois | Midwest | Yes | Yes | Yes | |
| 1 | 24 18-24 | Female | No | White/Cau | | Ohio | Midwest | Yes | Yes | No | |
| 1 | 45 45-54 | Female | Yes | Prefer not | | New Jersey | Northeast | No | No | Yes | |
| 1 | 53 45-54 | Male | Yes | Black/Afric | | New York | Northeast | Yes | Yes | Yes | |
| 1 | 36 35-44 | Male | Yes | Other (Spe | Hispanic | California | West | Yes | No | No | |
| 1 | 31 25-34 | Female | No | White/Cau | | New Jersey | Northeast | Yes | Yes | No | |
| 1 | 33 25-34 | Male | No | Black/Afric | | Georgia | South | No | No | No | |
| 1 | 25 25-34 | Male | No | Black/Afric | | Texas | South | Yes | No | Yes | |
| 1 | 25 25-34 | Female | No | White/Cau | | New York | Northeast | Yes | Yes | Yes | |
| 1 | 62 55-64 | Male | Yes | White/Cau | | Connecticu | Northeast | Yes | Yes | No | |
| 1 | 31 25-34 | Female | No | Asian/Pacif | | Hawaii | West | Yes | Yes | Yes | |
| 1 | 41 35-44 | Male | Yes | White/Cau | | Washingto | West | Yes | Yes | Yes | |
| 1 | 45 45-54 | Female | No | Asian/Pacif | | Virginia | South | No | No | No | |
| 1 | 19 18-24 | Male | No | White/Cau | | California | West | Yes | Yes | Yes | |
| 1 | 19 18-24 | Female | No | White/Cau | | Maryland | South | No | No | No | |
| 1 | 45 45-54 | Male | No | White/Cau | | Mississippi | South | Yes | Yes | Yes | |
| 0 | 40 35-44 | Male | No | Black/Afric | | Maryland | South | Yes | Yes | No | |
| 1 | 70 65+ | Male | No | White/Cau | | Florida | South | Yes | Yes | Yes | |
| 1 | 70 65+ | Male | No | White/Cau | | Utah | West | Yes | Yes | No | |

**APPX. 1786**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 53 | 45-54 | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 67 | 65+ | Male | No | White/Cau | Florida | South | No | Yes | Yes |
| 1 | 70 | 65+ | Male | No | Asian/Pacif | California | West | Yes | Yes | Yes |
| 1 | 37 | 35-44 | Male | No | White/Cau | Wisconsin | Midwest | Yes | Yes | Yes |
| 1 | 73 | 65+ | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | No |
| 1 | 64 | 55-64 | Male | No | White/Cau | Virginia | South | Yes | Yes | No |
| 1 | 51 | 45-54 | Male | No | White/Cau | Illinois | Midwest | Yes | Yes | No |
| 1 | 43 | 35-44 | Male | No | White/Cau | Maryland | South | Yes | Yes | No |
| 1 | 59 | 55-64 | Male | No | White/Cau | Pennsylvan | Northeast | Yes | Yes | No |
| 1 | 37 | 35-44 | Male | No | White/Cau | North Caro | South | Yes | No | Yes |
| 1 | 70 | 65+ | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 46 | 45-54 | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 46 | 45-54 | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Female | Yes | White/Cau | Florida | South | No | Yes | No |
| 1 | 33 | 25-34 | Female | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Male | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 26 | 25-34 | Female | No | Black/Afric | New York | Northeast | Yes | Don't know | No |
| 1 | 30 | 25-34 | Female | Yes | Other (Spe | Hispanic | Indiana | Midwest | Yes | Yes |
| 0 | 30 | 25-34 | Male | Yes | White/Cau | Washingto | West | Yes | Yes | Yes |
| 1 | 28 | 25-34 | Female | Yes | White/Cau | Rhode Islan | Northeast | No | Yes | No |
| 1 | 48 | 45-54 | Female | Yes | White/Cau | Massachus | Northeast | Yes | Yes | Yes |
| 1 | 29 | 25-34 | Male | No | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Female | No | White/Cau | Wyoming | West | Yes | Yes | Yes |
| 1 | 33 | 25-34 | Female | No | Black/Afric | Pennsylvan | Northeast | No | No | No |
| 1 | 32 | 25-34 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | Don't know |
| 1 | 21 | 18-24 | Female | No | White/Cau | Georgia | South | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Male | No | Black/Afric | Georgia | South | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Female | Yes | White/Cau | Texas | South | Yes | No | No |
| 1 | 23 | 18-24 | Female | No | White/Cau | Alabama | South | Yes | No | No |
| 1 | 28 | 25-34 | Female | No | White/Cau | Texas | South | Yes | Yes | No |
| 1 | 23 | 18-24 | Female | No | White/Cau | Colorado | West | Yes | Yes | Yes |
| 1 | 31 | 25-34 | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Female | No | Asian/Pacif | California | West | Yes | Yes | Yes |

**APPX. 1787**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 18-24 | Male | No | Black/Afric | Illinois | Midwest | Yes | No | Yes |
| 1 | 37 | 35-44 | Male | No | White/Cau | Washingto | West | Yes | Yes | No |
| 1 | 27 | 25-34 | Male | No | White/Cau | Kentucky | South | Yes | No | No |
| 1 | 33 | 25-34 | Female | No | Black/Afric | Virginia | South | Yes | Yes | Yes |
| 1 | 46 | 45-54 | Male | Yes | White/Cau | Illinois | Midwest | Yes | Yes | Yes |
| 0 | 56 | 55-64 | Male | No | Black/Afric | Pennsylvan | Northeast | Yes | No | No |
| 1 | 69 | 65+ | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 44 | 35-44 | Male | Yes | Other (Spe | Hispanic | California | West | Yes | Yes | No |
| 1 | 76 | 65+ | Female | No | White/Cau | Pennsylvan | Northeast | Yes | Don't know | Don't know |
| 1 | 24 | 18-24 | Female | No | Black/Afric | Ohio | South | Yes | Yes | No |
| 1 | 21 | 18-24 | Female | No | White/Cau | Mississippi | South | No | Yes | No |
| 1 | 35 | 35-44 | Female | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 42 | 35-44 | Female | Yes | Other (Spe | Mixed | Nebraska | Midwest | Yes | No | No |
| 1 | 39 | 35-44 | Female | Yes | White/Cau | California | West | Yes | No | Yes |
| 1 | 68 | 65+ | Male | No | Black/Afric | Minnesota | Midwest | No | No | Yes |
| 1 | 65 | 65+ | Male | No | Black/Afric | Florida | South | Yes | Yes | Yes |
| 1 | 69 | 65+ | Male | No | White/Cau | Florida | South | No | No | No |
| 1 | 63 | 55-64 | Male | No | White/Cau | South Caro | South | Yes | Yes | Yes |
| 1 | 47 | 45-54 | Male | No | Asian/Pacif | Massachus | Northeast | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Male | No | White/Cau | Rhode Islar | Northeast | Yes | Yes | Yes |
| 1 | 69 | 65+ | Male | No | White/Cau | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Male | No | White/Cau | Maryland | South | No | No | No |
| 1 | 64 | 55-64 | Male | No | Black/Afric | Texas | South | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | No | Black/Afric | Georgia | South | Yes | Yes | Yes |
| 1 | 78 | 65+ | Male | No | White/Cau | Florida | South | No | No | No |
| 1 | 69 | 65+ | Male | No | White/Cau | Pennsylvan | Northeast | Yes | No | No |
| 1 | 68 | 65+ | Male | No | White/Cau | North Caro | South | Yes | Yes | Yes |
| 1 | 44 | 35-44 | Male | No | White/Cau | Wisconsin | Midwest | Yes | Yes | No |
| 1 | 44 | 35-44 | Male | No | Black/Afric | New York | Northeast | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Female | No | Black/Afric | Colorado | West | Yes | No | No |
| 1 | 49 | 45-54 | Female | No | Black/Afric | Massachus | Northeast | Yes | Yes | No |
| 1 | 49 | 45-54 | Female | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 57 | 55-64 | Female | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 65 | 65+ | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | No |

**APPX. 1788**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 59 | 55-64 | Male | No | White/Cau | Washingto | West | Yes | Yes | Yes |
| 1 | 70 | 65+ | Male | No | White/Cau | Maryland | South | Yes | Yes | No |
| 1 | 41 | 35-44 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 53 | 45-54 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 64 | 55-64 | Female | No | White/Cau | South Caro | South | Yes | Yes | No |
| 1 | 54 | 45-54 | Female | No | White/Cau | Nebraska | Midwest | No | No | No |
| 1 | 54 | 45-54 | Male | No | Asian/Pacif | Illinois | Midwest | Yes | Yes | No |
| 1 | 26 | 25-34 | Male | Yes | White/Cau | California | West | Yes | Yes | Don't know |
| 1 | 62 | 55-64 | Female | No | White/Cau | Maryland | South | No | Yes | No |
| 1 | 37 | 35-44 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | No |
| 1 | 61 | 55-64 | Female | No | White/Cau | Texas | South | Yes | No | No |
| 1 | 63 | 55-64 | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | No |
| 1 | 48 | 45-54 | Female | No | White/Cau | Ohio | Midwest | Yes | No | No |
| 1 | 43 | 35-44 | Female | Yes | White/Cau | Texas | South | Yes | No | No |
| 1 | 56 | 55-64 | Female | No | White/Cau | Wisconsin | Midwest | No | Yes | No |
| 1 | 53 | 45-54 | Male | No | White/Cau | Georgia | South | Yes | Yes | No |
| 1 | 47 | 45-54 | Female | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 45 | 45-54 | Female | No | Asian/Pacif | California | West | Yes | Yes | No |
| 1 | 42 | 35-44 | Female | No | White/Cau | California | West | Yes | Yes | No |
| 1 | 18 | 18-24 | Female | No | White/Cau | Missouri | Midwest | Yes | Yes | No |
| 1 | 49 | 45-54 | Female | No | White/Cau | Ohio | Midwest | No | No | No |
| 1 | 52 | 45-54 | Male | No | White/Cau | Kentucky | South | Yes | Yes | Yes |
| 1 | 20 | 18-24 | Female | No | White/Cau | Florida | South | Yes | No | No |
| 1 | 40 | 35-44 | Female | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 46 | 45-54 | Female | No | White/Cau | Utah | West | Yes | Yes | No |
| 1 | 35 | 35-44 | Female | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Female | No | Asian/Pacif | California | West | Yes | No | No |
| 1 | 72 | 65+ | Female | No | White/Cau | Connecticu | Northeast | Yes | No | No |
| 1 | 69 | 65+ | Female | No | White/Cau | New York | Northeast | No | Yes | No |
| 1 | 47 | 45-54 | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 58 | 55-64 | Female | No | White/Cau | Wisconsin | Midwest | Yes | Yes | Yes |
| 1 | 67 | 65+ | Male | No | White/Cau | Tennessee | South | Yes | Yes | Yes |
| 1 | 47 | 45-54 | Male | No | Asian/Pacif | California | West | Yes | No | Yes |
| 1 | 23 | 18-24 | Male | No | White/Cau | Arizona | West | Yes | Yes | Yes |

**APPX. 1789**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 60 | 55-64 | Male | No | White/Cau | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 60 | 55-64 | Female | No | White/Cau | Connecticu | Northeast | No | Yes | No |
| 1 | 41 | 35-44 | Female | No | White/Cau | Minnesota | Midwest | Yes | Yes | No |
| 1 | 40 | 35-44 | Male | Yes | Other (Spe | latino | New York | West | Yes | Yes | Yes |
| 1 | 75 | 65+ | Male | No | White/Cau | Indiana | Midwest | Yes | Yes | No |
| 1 | 26 | 25-34 | Female | No | White/Cau | Washingto | West | Yes | Yes | No |
| 1 | 64 | 55-64 | Female | No | White/Cau | Arkansas | South | Yes | Yes | No |
| 1 | 58 | 55-64 | Female | No | White/Cau | Oklahoma | South | No | Yes | No |
| 1 | 50 | 45-54 | Female | No | Asian/Pacif | California | West | Yes | Yes | No |
| 1 | 27 | 25-34 | Female | No | White/Cau | Michigan | Midwest | Yes | Yes | Yes |
| 1 | 31 | 25-34 | Female | No | White/Cau | Michigan | Midwest | Yes | Yes | No |
| 1 | 65 | 65+ | Female | No | White/Cau | Massachus | Northeast | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Female | No | White/Cau | Colorado | West | Yes | No | No |
| 1 | 33 | 25-34 | Male | No | Asian/Pacif | California | West | Yes | Yes | Yes |
| 1 | 64 | 55-64 | Female | No | White/Cau | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Female | Yes | Native Ame | California | West | Yes | Yes | No |
| 1 | 31 | 25-34 | Male | No | White/Cau | Kentucky | South | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Male | Yes | Black/Afric | Massachus | Northeast | Yes | Yes | No |
| 1 | 51 | 45-54 | Female | No | White/Cau | Pennsylvan | Northeast | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Female | No | Black/Afric | Tennessee | South | Yes | No | No |
| 1 | 38 | 35-44 | Female | No | White/Cau | Michigan | Midwest | Yes | Yes | Yes |
| 1 | 66 | 65+ | Female | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 51 | 45-54 | Female | No | White/Cau | Ohio | Midwest | No | No | No |
| 1 | 35 | 35-44 | Male | No | White/Cau | Georgia | South | Yes | No | Yes |
| 1 | 64 | 55-64 | Female | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 80 | 65+ | Male | No | White/Cau | Washingto | West | Yes | Yes | No |
| 1 | 72 | 65+ | Female | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 72 | 65+ | Female | No | White/Cau | Oregon | West | No | Yes | Yes |
| 1 | 73 | 65+ | Male | No | White/Cau | Arkansas | South | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 68 | 65+ | Female | No | White/Cau | South Caro | South | Yes | Yes | No |
| 1 | 47 | 45-54 | Female | No | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 55 | 55-64 | Female | No | Asian/Pacif | California | West | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Male | No | White/Cau | Illinois | Midwest | Yes | Yes | Yes |

**APPX. 1790**

| 1 | 44 | 35-44 | Female | No | White/Cau | Missouri | Midwest | Yes | Yes | Yes |
|---|----|-------|--------|----|-----------|----------|---------|-----|-----|-----|
| 1 | 64 | 55-64 | Female | No | White/Cau | Massachus | Northeast | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | No |
| 1 | 57 | 55-64 | Female | No | White/Cau | New Jersey | Northeast | Yes | Yes | No |
| 0 | 47 | 45-54 | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Male | No | White/Cau | California | West | No | Yes | Yes |
| 1 | 38 | 35-44 | Female | No | White/Cau | Maryland | South | Yes | Yes | No |
| 1 | 43 | 35-44 | Male | No | White/Cau | Connecticu | Northeast | Yes | Yes | No |
| 1 | 63 | 55-64 | Male | No | Asian/Pacif | California | West | Yes | Yes | No |
| 1 | 46 | 45-54 | Male | No | White/Cau | Pennsylvan | South | Yes | No | No |
| 1 | 58 | 55-64 | Male | No | White/Cau | Maryland | South | No | Yes | No |
| 1 | 30 | 25-34 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 65 | 65+ | Female | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 39 | 35-44 | Male | Yes | White/Cau | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 62 | 55-64 | Male | Yes | Other (Spe | Latin | California | West | Yes | Yes | Yes |
| 1 | 33 | 25-34 | Female | No | White/Cau | Illinois | Midwest | No | No | No |
| 1 | 32 | 25-34 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | No |
| 1 | 33 | 25-34 | Female | No | White/Cau | New York | Northeast | Yes | Yes | No |
| 1 | 67 | 65+ | Female | Yes | White/Cau | Texas | South | No | Yes | No |
| 0 | 31 | 25-34 | Female | No | White/Cau | Michigan | Midwest | Yes | No | No |
| 1 | 54 | 45-54 | Female | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 27 | 25-34 | Male | Yes | White/Cau | Arizona | West | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Female | No | White/Cau | Tennessee | South | Yes | Yes | No |
| 0 | 30 | 25-34 | Female | No | Black/Afric | Minnesota | Midwest | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Male | Yes | White/Cau | New York | Northeast | Yes | Yes | No |
| 1 | 31 | 25-34 | Female | No | Black/Afric | Kentucky | South | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Female | Yes | Black/Afric | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 63 | 55-64 | Female | No | Asian/Pacif | Florida | South | Yes | Yes | No |
| 1 | 33 | 25-34 | Male | No | Asian/Pacif | North Caro | South | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Female | Yes | Native Ame | Texas | South | Yes | Yes | No |
| 1 | 34 | 25-34 | Male | No | White/Cau | California | West | Yes | Yes | No |
| 1 | 33 | 25-34 | Male | Yes | White/Cau | Tennessee | South | Yes | Yes | Yes |

**APPX. 1791**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 25 | 25-34 | Female | Yes | Other (Spe | Latina | California | West | Yes | Yes | No |
| 1 | 34 | 25-34 | Female | No | White/Cau | | Florida | South | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Male | No | White/Cau | | Texas | South | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Male | Yes | White/Cau | | Illinois | Midwest | Yes | No | No |
| 1 | 30 | 25-34 | Female | No | White/Cau | | North Caro | South | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Male | Yes | White/Cau | | California | West | Yes | Yes | No |
| 1 | 35 | 35-44 | Female | Yes | White/Cau | | New York | Northeast | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Male | Yes | White/Cau | | California | West | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Male | No | Black/Afric | | Florida | South | No | Yes | No |
| 1 | 63 | 55-64 | Male | No | Black/Afric | | Texas | South | Yes | Yes | Yes |
| 1 | 38 | 35-44 | Male | Yes | White/Cau | | Rhode Islar | Northeast | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Male | Yes | White/Cau | | California | West | Yes | Yes | Yes |
| 1 | 46 | 45-54 | Male | Yes | White/Cau | | Pennsylvar | Northeast | Yes | Yes | Yes |
| 1 | 23 | 18-24 | Female | No | Black/Afric | | Georgia | South | Yes | Yes | No |
| 0 | 23 | 18-24 | Female | No | Black/Afric | | Florida | South | No | Yes | No |
| 1 | 40 | 35-44 | Male | No | Black/Afric | | Louisiana | South | No | Yes | No |
| 1 | 24 | 18-24 | Male | No | Black/Afric | | Wisconsin | Midwest | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | Yes | White/Cau | | Washingto | West | Yes | Yes | Yes |
| 1 | 22 | 18-24 | Male | Yes | Black/Afric | | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 23 | 18-24 | Male | No | Black/Afric | | Minnesota | Midwest | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Male | No | Black/Afric | | Georgia | South | Yes | No | Yes |
| 1 | 23 | 18-24 | Female | Yes | White/Cau | | Tennessee | South | Yes | Yes | No |
| 1 | 24 | 18-24 | Male | Yes | White/Cau | | Virginia | South | Yes | Yes | No |
| 0 | 23 | 18-24 | Female | No | Black/Afric | | Ohio | Midwest | Yes | No | Yes |
| 1 | 24 | 18-24 | Male | Yes | White/Cau | | Texas | South | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Female | No | Black/Afric | | Texas | South | Yes | Yes | Yes |
| 1 | 18 | 18-24 | Female | No | White/Cau | | Florida | South | Don't know | Yes | Yes |
| 1 | 22 | 18-24 | Female | No | Black/Afric | | Michigan | Midwest | Yes | Yes | No |
| 1 | 19 | 18-24 | Female | No | Black/Afric | | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 20 | 18-24 | Male | Yes | White/Cau | | Arizona | West | Yes | Yes | No |
| 1 | 23 | 18-24 | Male | No | White/Cau | | California | West | Yes | No | No |
| 1 | 23 | 18-24 | Male | No | White/Cau | | Kentucky | South | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Male | No | Black/Afric | | Georgia | South | Yes | Yes | No |
| 1 | 24 | 18-24 | Female | Yes | White/Cau | | Ohio | Midwest | Yes | Yes | Yes |

**APPX. 1792**

| 1 | 24 | 18-24 | Female | No | Black/Afric | Missouri | Midwest | Yes | Yes | Yes |
|---|----|-------|--------|-----|-------------|----------|---------|-----|-----|-----|
| 1 | 24 | 18-24 | Female | No | White/Cau | California | West | No | No | No |
| 1 | 19 | 18-24 | Female | No | White/Cau | California | West | Yes | Yes | No |
| 1 | 23 | 18-24 | Male | No | White/Cau | Minnesota | Midwest | Yes | Yes | No |
| 1 | 24 | 18-24 | Male | No | Black/Afric | Maryland | South | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Male | Yes | Asian/Pacif | Wisconsin | Midwest | Yes | Yes | Yes |
| 1 | 23 | 18-24 | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Female | No | White/Cau | Colorado | West | No | Yes | No |
| 1 | 23 | 18-24 | Male | No | Black/Afric | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 23 | 18-24 | Male | No | Asian/Pacif | North Caro | South | Yes | Yes | No |
| 1 | 21 | 18-24 | Female | No | Black/Afric | South Caro | South | Yes | No | No |
| 1 | 24 | 18-24 | Male | No | White/Cau | North Caro | South | No | Yes | No |
| 0 | 22 | 18-24 | Female | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 23 | 18-24 | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | No |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | South Caro | South | Yes | Yes | No |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | Idaho | West | Yes | Yes | No |
| 1 | 49 | 45-54 | Male | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Female | No | Black/Afric | Virginia | South | Yes | Yes | Yes |
| 1 | 42 | 35-44 | Male | Yes | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 22 | 18-24 | Male | No | Black/Afric | Texas | South | Yes | Yes | Yes |
| 1 | 55 | 55-64 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 38 | 35-44 | Male | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Male | No | Black/Afric | New York | Northeast | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Male | Yes | Native Ame | Illinois | Midwest | No | Yes | No |
| 1 | 36 | 35-44 | Male | Yes | White/Cau | District of ( | South | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Male | Yes | White/Cau | Idaho | West | Yes | Yes | Yes |
| 1 | 47 | 45-54 | Male | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Male | Yes | Other (Spe | mixed | California | West | Yes | Yes | No |
| 1 | 60 | 55-64 | Male | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 37 | 35-44 | Male | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 39 | 35-44 | Male | Yes | White/Cau | Washingto | West | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Male | No | Black/Afric | New Jersey | Northeast | Yes | No | Yes |
| 1 | 43 | 35-44 | Male | Yes | White/Cau | Nevada | West | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Male | Yes | White/Cau | North Caro | South | Yes | Yes | Yes |

**APPX. 1793**

| 1 | 50 45-54 | Male | Yes | White/Cau | New Jersey | Northeast | Yes | Yes | Yes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 42 35-44 | Male | Yes | White/Cau | Idaho | West | Yes | Yes | No |
| 1 | 42 35-44 | Male | Yes | White/Cau | Alabama | South | Yes | Yes | No |
| 1 | 47 45-54 | Male | Yes | Black/Afric | New York | Northeast | Yes | Yes | Yes |
| 1 | 42 35-44 | Male | No | White/Cau | Arkansas | South | Yes | Yes | No |
| 1 | 46 45-54 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 67 65+ | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 53 45-54 | Male | No | Asian/Pacif | Washington | West | Yes | Yes | Yes |
| 1 | 39 35-44 | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 39 35-44 | Male | No | White/Cau | Tennessee | South | Yes | Yes | Yes |
| 1 | 30 25-34 | Male | No | Black/Afric | Indiana | Midwest | Yes | Yes | Yes |
| 1 | 48 45-54 | Male | No | Black/Afric | Alabama | South | Yes | Yes | Yes |
| 1 | 60 55-64 | Male | No | Asian/Pacif | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 43 35-44 | Male | No | Black/Afric | Virginia | South | Yes | Yes | Yes |
| 1 | 42 35-44 | Male | Yes | White/Cau | South Caro | South | Yes | Yes | Yes |
| 1 | 78 65+ | Male | No | White/Cau | Illinois | Midwest | Yes | Yes | No |
| 1 | 50 45-54 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 76 65+ | Male | No | White/Cau | Colorado | West | Yes | Yes | Yes |
| 1 | 41 35-44 | Male | No | White/Cau | Georgia | South | Yes | Yes | No |
| 1 | 49 45-54 | Male | No | White/Cau | Missouri | Midwest | No | Yes | Yes |
| 1 | 65 65+ | Male | No | White/Cau | Idaho | West | Yes | Yes | No |
| 1 | 42 35-44 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 0 | 43 35-44 | Male | No | White/Cau | Indiana | Midwest | Yes | Yes | Yes |
| 1 | 38 35-44 | Male | No | Asian/Pacif | California | West | Yes | Yes | No |
| 1 | 40 35-44 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 43 35-44 | Male | No | White/Cau | Georgia | South | Yes | Yes | No |
| 1 | 45 45-54 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 60 55-64 | Male | No | White/Cau | Idaho | West | Yes | Yes | Yes |
| 1 | 58 55-64 | Male | No | White/Cau | Mississippi | South | No | No | No |
| 1 | 51 45-54 | Male | No | White/Cau | Florida | South | Yes | No | No |
| 1 | 42 35-44 | Male | No | White/Cau | Tennessee | South | Yes | Yes | No |
| 1 | 58 55-64 | Male | No | White/Cau | Texas | South | No | No | No |
| 1 | 62 55-64 | Male | No | White/Cau | Nevada | West | Yes | Yes | No |
| 1 | 42 35-44 | Male | No | White/Cau | South Dako | Midwest | Yes | Yes | Yes |

**APPX. 1794**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 31 | 25-34 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | No | Other (Spe | American | Louisiana | South | Yes | Yes | Yes |
| 1 | 53 | 45-54 | Male | No | Asian/Pacif | Tennessee | South | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Male | No | White/Cau | Texas | South | Yes | Yes | No |
| 1 | 38 | 35-44 | Male | No | Asian/Pacif | Texas | South | Yes | Yes | Yes |
| 1 | 56 | 55-64 | Male | No | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | No | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 58 | 55-64 | Male | No | White/Cau | Tennessee | South | Yes | No | Yes |
| 1 | 43 | 35-44 | Male | No | White/Cau | Arkansas | South | Yes | No | Yes |
| 1 | 51 | 45-54 | Male | No | White/Cau | Alabama | South | Yes | Yes | No |
| 1 | 34 | 25-34 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Male | No | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 54 | 45-54 | Male | No | White/Cau | Alabama | South | Yes | Yes | No |
| 1 | 52 | 45-54 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Male | No | White/Cau | Colorado | West | Yes | Yes | Yes |
| 1 | 58 | 55-64 | Female | No | White/Cau | Idaho | West | No | Yes | No |
| 1 | 58 | 55-64 | Female | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 59 | 55-64 | Male | No | White/Cau | Washingto | West | Yes | Yes | No |
| 1 | 63 | 55-64 | Male | No | White/Cau | Wisconsin | Midwest | Yes | Yes | Yes |
| 1 | 63 | 55-64 | Female | No | White/Cau | Washingto | West | Yes | Yes | No |
| 1 | 47 | 45-54 | Male | No | White/Cau | Texas | South | Yes | Yes | No |
| 1 | 34 | 25-34 | Male | No | White/Cau | North Caro | South | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 50 | 45-54 | Female | No | White/Cau | Arizona | West | Yes | Yes | No |
| 1 | 32 | 25-34 | Male | No | White/Cau | Washingto | West | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Male | No | White/Cau | Virginia | South | Yes | Yes | Yes |
| 1 | 50 | 45-54 | Male | No | White/Cau | Delaware | South | Yes | Yes | Yes |
| 1 | 27 | 25-34 | Female | No | Black/Afric | Pennsylvar | Northeast | No | Yes | No |
| 1 | 33 | 25-34 | Female | No | Black/Afric | Virginia | South | Yes | No | No |
| 1 | 28 | 25-34 | Female | No | Black/Afric | Texas | South | Yes | Yes | Yes |
| 1 | 22 | 18-24 | Male | No | Black/Afric | Connecticu | Northeast | Yes | No | No |
| 1 | 30 | 25-34 | Male | No | Black/Afric | Louisiana | South | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Female | No | Black/Afric | Illinois | Midwest | Yes | Yes | No |
| 1 | 24 | 18-24 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |

**APPX. 1795**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 23 | 18-24 | Male | No | Black/Afric | | Arkansas | South | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Male | No | White/Cau | | Pennsylvan | Northeast | Yes | Yes | No |
| 1 | 45 | 45-54 | Female | No | Asian/Pacif | | Arizona | West | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Female | No | White/Cau | | Utah | West | No | Yes | No |
| 1 | 22 | 18-24 | Female | No | White/Cau | | Georgia | South | Yes | No | No |
| 1 | 23 | 18-24 | Female | No | White/Cau | | Alabama | South | Yes | No | No |
| 1 | 24 | 18-24 | Male | No | Black/Afric | | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 48 | 45-54 | Female | No | White/Cau | | Idaho | West | Yes | Yes | No |
| 1 | 19 | 18-24 | Male | Yes | White/Cau | | New York | Northeast | Yes | Yes | Yes |
| 1 | 22 | 18-24 | Male | No | White/Cau | | Texas | South | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Male | No | Black/Afric | | New York | Northeast | Yes | Yes | No |
| 1 | 23 | 18-24 | Male | No | White/Cau | | Pennsylvan | Northeast | Yes | Yes | No |
| 1 | 22 | 18-24 | Non-binary | No | White/Cau | | Texas | South | Yes | Yes | Yes |
| 1 | 30 | 25-34 | Female | No | Asian/Pacif | | California | West | Yes | Yes | No |
| 1 | 53 | 45-54 | Female | No | White/Cau | | California | West | Yes | Yes | No |
| 1 | 29 | 25-34 | Female | No | White/Cau | | California | West | Yes | Yes | No |
| 1 | 54 | 45-54 | Female | No | White/Cau | | Nevada | West | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Female | No | White/Cau | | Washington | West | Yes | Yes | No |
| 1 | 30 | 25-34 | Female | No | Asian/Pacif | | California | West | Yes | Yes | Yes |
| 0 | 26 | 25-34 | Female | No | Asian/Pacif | | California | West | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Male | No | Black/Afric | | Georgia | South | Yes | Yes | Yes |
| 1 | 22 | 18-24 | Female | No | Asian/Pacif | | Texas | South | Yes | Yes | Yes |
| 1 | 33 | 25-34 | Female | No | Black/Afric | | Alabama | South | No | Yes | No |
| 0 | 30 | 25-34 | Male | Yes | Other (Spe | Hispanic | Oregon | West | No | Yes | No |
| 1 | 20 | 18-24 | Male | Yes | White/Cau | | California | West | Yes | No | Yes |
| 1 | 32 | 25-34 | Female | No | White/Cau | | California | West | Yes | Yes | No |
| 1 | 23 | 18-24 | Female | No | Black/Afric | | Washington | West | Yes | Yes | No |
| 1 | 33 | 25-34 | Female | No | White/Cau | | Montana | West | Yes | No | Yes |
| 1 | 30 | 25-34 | Female | No | White/Cau | | Washington | West | No | Yes | Yes |
| 1 | 32 | 25-34 | Female | No | White/Cau | | Nevada | West | Yes | Yes | Yes |
| 1 | 27 | 25-34 | Female | Yes | White/Cau | | Washington | West | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Male | Yes | White/Cau | | California | West | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Male | No | Other (Spe | Russian | California | West | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Male | No | Native Ame | | Oregon | West | Yes | No | No |

**APPX. 1796**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 34 | 25-34 | Male | No | Asian/Pacifi | California | West | Yes | Yes | Yes |
| 1 | 27 | 25-34 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 0 | 46 | 45-54 | Male | Yes | Black/Afric | Virginia | South | Yes | Yes | No |
| 1 | 37 | 35-44 | Male | Yes | Prefer not t | California | West | Yes | Yes | Yes |
| 1 | 29 | 25-34 | Male | No | Black/Afric | Michigan | Midwest | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Male | No | Black/Afric | California | West | Yes | No | No |
| 1 | 28 | 25-34 | Female | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 34 | 25-34 | Female | No | Black/Afric | New York | Northeast | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Male | No | Black/Afric | Massachus | Northeast | No | No | No |
| 0 | 22 | 18-24 | Male | No | Black/Afric | Georgia | South | Yes | Yes | Yes |
| 1 | 47 | 45-54 | Male | Yes | White/Cau | Florida | South | No | No | No |
| 1 | 60 | 55-64 | Male | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Male | No | Black/Afric | North Caro | South | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | California | West | Don't know | No | Don't know |
| 1 | 32 | 25-34 | Male | No | Black/Afric | Texas | South | Yes | Yes | No |
| 0 | 25 | 25-34 | Male | Yes | Black/Afric | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | Yes | White/Cau | New Mexic | West | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Male | Yes | Black/Afric | District of ( | South | Yes | No | No |
| 1 | 25 | 25-34 | Male | Yes | White/Cau | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Female | No | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 35 | 35-44 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 33 | 25-34 | Male | Yes | White/Cau | Texas | South | Yes | Yes | No |
| 1 | 47 | 45-54 | Male | Yes | White/Cau | Massachus | Northeast | Yes | Yes | Yes |
| 1 | 21 | 18-24 | Male | No | White/Cau | Michigan | Midwest | Yes | Yes | No |
| 1 | 31 | 25-34 | Male | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 18 | 18-24 | Male | No | Asian/Pacifi | California | West | Yes | Yes | No |
| 1 | 23 | 18-24 | Female | No | Black/Afric | Wisconsin | Midwest | Yes | No | No |
| 1 | 60 | 55-64 | Male | Yes | Other (Spe | Florida | South | No | No | No |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 44 | 35-44 | Male | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Male | Yes | White/Cau | New York | Northeast | Yes | Yes | No |
| 1 | 23 | 18-24 | Female | No | Black/Afric | New York | Northeast | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Female | No | White/Cau | California | West | Yes | Yes | No |
| 1 | 24 | 18-24 | Female | No | White/Cau | Massachus | Northeast | Yes | Don't know | Yes |

**APPX. 1797**

| 1 | 27 25-34 | Male | Yes | Black/Afric | Kansas | Midwest | Yes | Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 18-24 | Male | Yes | Black/Afric | Montana | West | Yes | Yes | No |
| 1 | 24 18-24 | Male | No | White/Cau | California | West | Yes | No | No |
| 1 | 42 35-44 | Male | Yes | White/Cau | South Caro | South | Yes | Yes | Yes |
| 1 | 54 45-54 | Male | Yes | White/Cau | Georgia | South | Yes | Yes | Yes |
| 1 | 36 35-44 | Male | Yes | White/Cau | Indiana | Midwest | Yes | Yes | Yes |
| 1 | 55 55-64 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 36 35-44 | Male | No | Black/Afric | Virginia | South | No | No | No |
| 1 | 51 45-54 | Male | No | Black/Afric | New York | Northeast | No | Yes | No |
| 1 | 47 45-54 | Male | No | Black/Afric | Georgia | South | Yes | Yes | Yes |
| 1 | 44 35-44 | Male | No | Asian/Pacif | Oregon | West | No | No | No |
| 1 | 49 45-54 | Male | No | White/Cau | Colorado | West | Yes | Yes | Yes |
| 1 | 36 35-44 | Male | No | Black/Afric | California | West | Yes | No | Yes |
| 1 | 43 35-44 | Male | No | Black/Afric | Louisiana | South | Yes | Yes | No |
| 1 | 45 45-54 | Male | No | Black/Afric | Wisconsin | Midwest | Yes | Yes | No |
| 1 | 53 45-54 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 32 25-34 | Male | No | Black/Afric | Indiana | Midwest | Yes | No | No |
| 1 | 55 55-64 | Male | No | White/Cau | Pennsylvan | Northeast | Yes | Yes | Yes |
| 1 | 57 55-64 | Male | No | White/Cau | California | West | Yes | Yes | No |
| 1 | 38 35-44 | Male | No | White/Cau | New Mexic | West | Yes | Yes | No |
| 1 | 41 35-44 | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | No |
| 1 | 40 35-44 | Male | No | White/Cau | California | West | No | Yes | No |
| 1 | 27 25-34 | Male | No | White/Cau | Oklahoma | South | Yes | Yes | Yes |
| 1 | 34 25-34 | Male | No | Asian/Pacif | Texas | South | No | Yes | No |
| 1 | 41 35-44 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 49 45-54 | Male | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 44 35-44 | Male | No | White/Cau | Virginia | South | Yes | No | Yes |
| 1 | 40 35-44 | Male | No | White/Cau | New Mexic | West | Yes | Yes | Yes |
| 1 | 37 35-44 | Male | No | White/Cau | New York | Northeast | Yes | Yes | No |
| 1 | 34 25-34 | Male | No | White/Cau | Indiana | Midwest | Yes | Yes | No |
| 1 | 35 35-44 | Male | No | White/Cau | Texas | South | Yes | Yes | No |
| 1 | 36 35-44 | Male | No | Asian/Pacif | Michigan | Midwest | Yes | Yes | Yes |
| 1 | 44 35-44 | Male | No | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 34 25-34 | Male | No | White/Cau | Washingto | West | Yes | No | No |

**APPX. 1798**

| 1 | 32 | 25-34 | Male | Yes | White/Cau | | Massachus | Northeast | Yes | | Yes | Yes |
|---|----|-------|------|-----|-----------|--|-----------|-----------|-----|--|-----|-----|
| 1 | 52 | 45-54 | Male | No | White/Cau | | New York | Northeast | No | | No | No |
| 1 | 29 | 25-34 | Male | No | White/Cau | | Florida | South | Yes | | Yes | Yes |
| 1 | 43 | 35-44 | Male | Yes | White/Cau | | Pennsylvan | Northeast | Yes | | Yes | Yes |
| 1 | 39 | 35-44 | Male | Yes | Native Ame | | California | West | Yes | | Yes | Yes |
| 1 | 61 | 55-64 | Male | Yes | White/Cau | | Florida | South | Yes | | Yes | No |
| 1 | 60 | 55-64 | Male | Yes | White/Cau | | Tennessee | South | Yes | | Yes | Yes |
| 1 | 39 | 35-44 | Male | Yes | White/Cau | | Idaho | West | Yes | | Yes | Yes |
| 1 | 43 | 35-44 | Male | Yes | Other (Spe | Hispanic | New York | Northeast | Yes | | No | No |
| 1 | 50 | 45-54 | Male | Yes | Black/Afric | | New York | Northeast | Yes | | Yes | No |
| 1 | 53 | 45-54 | Male | Yes | White/Cau | | North Caro | South | Yes | | Yes | Yes |
| 1 | 35 | 35-44 | Male | Yes | Black/Afric | | Florida | South | Yes | | Yes | Yes |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | | Maryland | South | Yes | | Yes | Yes |
| 1 | 46 | 45-54 | Male | Yes | White/Cau | | Texas | South | Yes | | Yes | No |
| 1 | 48 | 45-54 | Male | Yes | Black/Afric | | Texas | South | Yes | | Yes | Yes |
| 1 | 37 | 35-44 | Male | Yes | White/Cau | | Oklahoma | South | Yes | | Yes | Yes |
| 1 | 38 | 35-44 | Male | Yes | White/Cau | | South Caro | South | Yes | | Yes | Yes |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | | California | West | Yes | | Yes | No |
| 1 | 45 | 45-54 | Male | Yes | White/Cau | | Arizona | West | Yes | | Yes | Yes |
| 1 | 37 | 35-44 | Male | Yes | White/Cau | | California | West | Yes | | Yes | Yes |
| 1 | 67 | 65+ | Female | No | White/Cau | | Illinois | Midwest | No | | Yes | No |
| 1 | 68 | 65+ | Female | No | White/Cau | | New York | Northeast | Yes | | Yes | No |
| 1 | 54 | 45-54 | Female | No | White/Cau | | Florida | South | Yes | | No | No |
| 1 | 37 | 35-44 | Male | Yes | White/Cau | | Wisconsin | Midwest | Yes | | Yes | Yes |
| 1 | 65 | 65+ | Female | No | White/Cau | | Indiana | Midwest | Yes | | Yes | No |
| 1 | 71 | 65+ | Female | No | White/Cau | | New York | Northeast | Yes | | Yes | No |
| 1 | 50 | 45-54 | Female | No | White/Cau | | Florida | South | No | | Yes | No |
| 1 | 33 | 25-34 | Female | No | White/Cau | | North Dak | Midwest | Yes | | Yes | Yes |
| 1 | 47 | 45-54 | Female | No | White/Cau | | New York | Northeast | Yes | | No | No |
| 1 | 59 | 55-64 | Female | No | White/Cau | | Ohio | Midwest | Yes | | Yes | Yes |
| 1 | 44 | 35-44 | Male | Yes | White/Cau | | Florida | South | Yes | | Yes | Yes |
| 1 | 27 | 25-34 | Female | No | White/Cau | | Georgia | South | Yes | | Yes | Yes |
| 1 | 51 | 45-54 | Female | No | White/Cau | | Michigan | Midwest | Yes | | Yes | No |
| 1 | 45 | 45-54 | Male | No | Black/Afric | | District of ( | South | Yes | | No | No |

**APPX. 1799**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 48 | 45-54 | Female | Yes | White/Cau | | Washington | West | Yes | Yes | No |
| 1 | 36 | 35-44 | Male | No | White/Cau | | Oregon | West | Yes | Yes | Yes |
| 1 | 37 | 35-44 | Male | No | White/Cau | | New Jersey | Northeast | Yes | Yes | No |
| 1 | 32 | 25-34 | Female | No | White/Cau | | Connecticut | Northeast | No | Yes | No |
| 1 | 56 | 55-64 | Female | No | White/Cau | | Illinois | Midwest | Yes | No | No |
| 1 | 43 | 35-44 | Male | No | White/Cau | | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 66 | 65+ | Female | No | White/Cau | | New York | Northeast | Yes | Yes | Yes |
| 1 | 70 | 65+ | Male | No | White/Cau | | North Caro | South | Yes | Yes | Yes |
| 1 | 74 | 65+ | Male | No | White/Cau | | South Dakc | Midwest | Yes | Yes | Yes |
| 1 | 38 | 35-44 | Male | No | White/Cau | | Texas | South | Yes | Yes | Yes |
| 1 | 45 | 45-54 | Female | No | Native Ame | | Wisconsin | Midwest | Yes | Yes | Yes |
| 1 | 76 | 65+ | Male | No | White/Cau | | Florida | South | No | Yes | Yes |
| 1 | 40 | 35-44 | Male | No | White/Cau | | California | West | No | Yes | Yes |
| 1 | 39 | 35-44 | Male | No | White/Cau | | Michigan | Midwest | No | Yes | Yes |
| 1 | 53 | 45-54 | Female | No | White/Cau | | West Virgir | South | No | No | No |
| 1 | 46 | 45-54 | Female | No | White/Cau | | Arizona | West | Yes | Yes | No |
| 1 | 65 | 65+ | Female | No | White/Cau | | California | West | Yes | No | No |
| 1 | 35 | 35-44 | Male | No | White/Cau | | Washington | West | Yes | Yes | No |
| 1 | 53 | 45-54 | Male | No | White/Cau | | Wisconsin | Midwest | Yes | No | No |
| 1 | 42 | 35-44 | Male | No | White/Cau | | California | West | Yes | Yes | Yes |
| 1 | 51 | 45-54 | Male | No | White/Cau | | Michigan | Midwest | Yes | Yes | No |
| 1 | 54 | 45-54 | Male | No | Black/Afric | | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Male | No | White/Cau | | Maryland | South | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Male | No | White/Cau | | Indiana | Midwest | Yes | No | Yes |
| 1 | 46 | 45-54 | Female | Yes | Asian/Pacif | | California | West | Yes | No | No |
| 1 | 67 | 65+ | Female | No | White/Cau | | California | West | No | Yes | No |
| 1 | 56 | 55-64 | Female | No | Asian/Pacif | | Colorado | West | Yes | Yes | No |
| 1 | 56 | 55-64 | Female | No | Asian/Pacif | | California | West | Yes | Yes | No |
| 1 | 50 | 45-54 | Female | No | Asian/Pacif | | California | West | No | Yes | No |
| 1 | 62 | 55-64 | Female | No | Asian/Pacif | | California | West | Yes | Yes | No |
| 1 | 50 | 45-54 | Female | No | Asian/Pacif | | Nevada | West | Yes | Yes | No |
| 1 | 29 | 25-34 | Female | No | Asian/Pacif | | Texas | South | Yes | Yes | Yes |
| 1 | 43 | 35-44 | Female | No | White/Cau | | Florida | South | Yes | Yes | No |
| 1 | 76 | 65+ | Female | No | White/Cau | | New York | Northeast | Yes | Yes | No |

**APPX. 1800**

| 1 | 40 | 35-44 | Female | No | White/Cau | Indiana | Midwest | Yes | Yes | No |
|---|----|-------|--------|-----|-----------|---------|---------|-----|-----|-----|
| 1 | 31 | 25-34 | Male | No | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 55 | 55-64 | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Female | No | White/Cau | New York | Northeast | Yes | Yes | No |
| 1 | 67 | 65+ | Female | No | White/Cau | New Jersey | Northeast | Yes | Yes | Yes |
| 1 | 38 | 35-44 | Female | No | White/Cau | Maryland | South | Yes | Yes | Yes |
| 1 | 53 | 45-54 | Female | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 70 | 65+ | Female | No | White/Cau | North Caro | South | No | Yes | No |
| 1 | 27 | 25-34 | Female | No | Black/Afric | Florida | South | Yes | Yes | Yes |
| 1 | 62 | 55-64 | Female | No | White/Cau | South Caro | South | Yes | Yes | No |
| 1 | 65 | 65+ | Female | No | White/Cau | Oklahoma | South | Yes | Yes | No |
| 1 | 41 | 35-44 | Female | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Female | Yes | White/Cau | Virginia | South | Yes | Yes | Yes |
| 1 | 63 | 55-64 | Female | No | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 60 | 55-64 | Female | No | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 32 | 25-34 | Male | No | Asian/Pacif | Texas | South | Yes | Yes | Yes |
| 1 | 62 | 55-64 | Female | No | White/Cau | Connecticu | Northeast | Yes | Yes | No |
| 1 | 61 | 55-64 | Female | No | White/Cau | Florida | South | Yes | Yes | No |
| 1 | 54 | 45-54 | Female | No | White/Cau | Georgia | South | Yes | Yes | No |
| 1 | 46 | 45-54 | Female | No | White/Cau | Arkansas | South | No | Yes | No |
| 1 | 43 | 35-44 | Female | No | White/Cau | North Caro | South | Yes | Yes | Yes |
| 1 | 23 | 18-24 | Female | Yes | White/Cau | Indiana | Midwest | No | No | No |
| 1 | 47 | 45-54 | Female | Yes | White/Cau | Kentucky | South | Yes | Yes | Yes |
| 1 | 54 | 45-54 | Female | No | White/Cau | Indiana | Midwest | No | No | No |
| 1 | 56 | 55-64 | Female | No | White/Cau | Minnesota | Midwest | Yes | Yes | Yes |
| 1 | 50 | 45-54 | Female | No | White/Cau | Michigan | Midwest | Yes | Yes | No |
| 1 | 44 | 35-44 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 57 | 55-64 | Female | No | White/Cau | Indiana | Midwest | Yes | Yes | No |
| 1 | 50 | 45-54 | Female | No | White/Cau | West Virgir | South | Yes | Yes | No |
| 1 | 23 | 18-24 | Female | No | White/Cau | North Caro | South | Yes | No | No |
| 1 | 31 | 25-34 | Female | No | White/Cau | Kentucky | South | No | No | Yes |
| 1 | 24 | 18-24 | Female | No | Black/Afric | Pennsylvan | Northeast | Don't know | Don't know | No |
| 1 | 55 | 55-64 | Female | No | Asian/Pacif | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 62 | 55-64 | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | Yes |

**APPX. 1801**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 49 | 45-54 | Male | No | Asian/Pacif | Louisiana | South | Yes | No | No |
| 1 | 55 | 55-64 | Female | No | Asian/Pacif | Georgia | South | Yes | Yes | Yes |
| 1 | 52 | 45-54 | Male | No | Black/Afric | Illinois | Midwest | Yes | Yes | No |
| 0 | 54 | 45-54 | Female | No | Asian/Pacif | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 51 | 45-54 | Female | No | Asian/Pacif | Ohio | Midwest | Yes | Yes | Yes |
| 1 | 36 | 35-44 | Female | No | White/Cau | Pennsylvar | Northeast | Yes | Yes | No |
| 1 | 52 | 45-54 | Female | Yes | Black/Afric | Oklahoma | South | Yes | No | No |
| 1 | 24 | 18-24 | Female | No | White/Cau | Illinois | Midwest | Yes | No | Yes |
| 1 | 41 | 35-44 | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | Yes |
| 1 | 41 | 35-44 | Female | No | White/Cau | Maryland | South | Yes | Yes | Yes |
| 1 | 28 | 25-34 | Female | No | White/Cau | Florida | South | Yes | No | Yes |
| 1 | 49 | 45-54 | Female | No | White/Cau | Maryland | South | Yes | Yes | Yes |
| 1 | 50 | 45-54 | Male | No | White/Cau | West Virgir | South | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Female | No | Black/Afric | New York | Northeast | No | Yes | No |
| 0 | 39 | 35-44 | Female | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 64 | 55-64 | Female | No | White/Cau | Ohio | Midwest | No | No | No |
| 1 | 57 | 55-64 | Female | No | White/Cau | Ohio | Midwest | Yes | Yes | No |
| 1 | 37 | 35-44 | Female | Yes | Other (Spe | Biracial | Tennessee | South | No | No | No |
| 1 | 52 | 45-54 | Female | No | White/Cau | Illinois | Midwest | Yes | No | No |
| 1 | 53 | 45-54 | Male | No | White/Cau | Maryland | South | Yes | Yes | Yes |
| 1 | 65 | 65+ | Female | No | White/Cau | Illinois | Midwest | Yes | Yes | No |
| 1 | 37 | 35-44 | Female | Yes | White/Cau | Colorado | West | No | No | No |
| 1 | 55 | 55-64 | Male | No | White/Cau | Florida | South | No | No | No |
| 1 | 35 | 35-44 | Male | No | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 27 | 25-34 | Male | Yes | White/Cau | Washingtor | West | Yes | Yes | No |
| 1 | 58 | 55-64 | Male | No | Asian/Pacif | California | West | Yes | Yes | Yes |
| 1 | 53 | 45-54 | Female | No | Asian/Pacif | California | West | Yes | Yes | Yes |
| 1 | 39 | 35-44 | Male | No | White/Cau | Arizona | West | Yes | Yes | No |
| 1 | 57 | 55-64 | Male | No | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 52 | 45-54 | Male | No | White/Cau | Alabama | South | Yes | Yes | Yes |
| 1 | 62 | 55-64 | Male | No | White/Cau | Montana | West | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 47 | 45-54 | Male | Yes | Other (Spe | Mexican | California | West | Yes | Yes | No |
| 1 | 32 | 25-34 | Female | No | White/Cau | Missouri | Midwest | Yes | Yes | Yes |

**APPX. 1802**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 | 45-54 | Female | No | White/Cau | Illinois | Midwest | Yes | No | No |
| 1 | 34 | 25-34 | Female | No | Black/Afric | Maryland | South | Yes | Yes | No |
| 1 | 71 | 65+ | Female | No | White/Cau | Pennsylvan | Northeast | Yes | Yes | No |
| 1 | 45 | 45-54 | Male | No | White/Cau | Missouri | Midwest | Yes | Don't know | Yes |
| 1 | 46 | 45-54 | Male | No | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 72 | 65+ | Female | No | White/Cau | Montana | West | Yes | Yes | No |
| 0 | 20 | 18-24 | Male | No | White/Cau | Wyoming | West | Yes | Yes | No |
| 1 | 43 | 35-44 | Male | Yes | White/Cau | Florida | South | Yes | Yes | Yes |
| 1 | 38 | 35-44 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 33 | 25-34 | Male | Yes | White/Cau | Texas | South | Yes | Yes | Yes |
| 1 | 35 | 35-44 | Male | Yes | White/Cau | California | West | Yes | No | Yes |
| 1 | 43 | 35-44 | Female | No | Asian/Pacif | New Jersey | Northeast | No | Yes | No |
| 1 | 52 | 45-54 | Male | Yes | White/Cau | Oregon | West | Yes | Yes | Yes |
| 1 | 28 | 25-34 | Male | No | Black/Afric | Florida | South | No | Yes | No |
| 1 | 43 | 35-44 | Male | No | White/Cau | Oklahoma | South | Yes | Yes | Yes |
| 1 | 77 | 65+ | Male | No | White/Cau | New York | Northeast | Yes | Yes | Yes |
| 1 | 61 | 55-64 | Male | No | Asian/Pacif | New Jersey | Northeast | No | No | No |
| 0 | 50 | 45-54 | Male | No | Black/Afric | New Mexic | West | Yes | Yes | Yes |
| 1 | 44 | 35-44 | Female | No | White/Cau | Texas | South | Yes | Yes | No |
| 1 | 70 | 65+ | Female | No | White/Cau | Kansas | Midwest | Yes | Yes | Yes |
| 1 | 25 | 25-34 | Female | No | Black/Afric | Alabama | South | Yes | Yes | Yes |
| 1 | 40 | 35-44 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |
| 1 | 24 | 18-24 | Male | Yes | White/Cau | California | West | Yes | Yes | Yes |

**APPX. 1803**

| S7a_4 : Ma | S7a_5 : Ma | S7a_6 : Ma | S7b_1 : Bor | S7b_2 : Bor | S7b_3 : Bor | S7b_4 : Ma | S7b_5 : Ma | S7b_6 : Mah | S7c - HIDE | S8a_1 : Thr | S8a_2 : Dir | S8a_3 : Thr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | Yes | No | Yes | Yes | Don't know | Don't know | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | No | No | No | Yes | Yes | Yes | Made a con | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | Yes, I made |
| No | No | Yes | No | Yes | Yes | No | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | Don't know | Yes | No | Don't know | Will make a commercial airline reservation in |
| Yes | Yes | Yes | No | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | No | No | Yes | Yes | Don't know | Yes | No | Don't know | Both – rese | No, I did nc | No, I did nc | Yes, I made |
| No | No | No | Yes | Yes | Yes | No | No | No | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | No | No | Yes | Yes | Yes | Yes | No | No | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | No | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Don't know | No | Yes | Yes | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | Yes, I made |
| Yes | No | No | Yes | Yes | Yes | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | No | No | Yes | No | Yes | Made a con | Yes, I made | No, I did nc | No, I did nc |
| Yes | No | Yes | Yes | Yes | No | Yes | No | No | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Don't know | Don't know | Yes | Yes | Don't know | Made a con | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | Yes, I made |
| No | No | Yes | Yes | Yes | Yes | No | No | Yes | Both – rese | Yes, I made | No, I did nc | Yes, I made |
| Yes | Yes | No | Yes | Yes | No | No | No | No | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Don't know | Don't know | Yes | No | Don't know | Made a con | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | No | Yes | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Don't know | Both – rese | Yes, I made | No, I did nc | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |

**APPX. 1804**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | No | No | No | Yes | Yes | Yes | Made a cor | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | Yes | No | Yes | Yes | No | Yes | | Don't know | Yes, I made | Yes, I made | Yes, I made | |
| Yes | No | No | Yes | Yes | Don't know | Yes | No | Don't know | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in | | | |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| No | No | Yes | No | Yes | No | No | No | Yes | Both – rese | Yes, I made | Don't know | Don't know |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | No | Yes | Yes | Don't know | Yes | Don't know | No | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| No | No | Yes | Yes | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in | | | |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Both – rese | Yes, I made | No, I did nc | Yes, I made |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| No | Yes | Yes | No | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| No | No | No | Yes | Yes | Yes | No | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | No | No | Yes | No | Will make a commercial airline reservation in | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | Yes | Yes | Yes | Yes | No | No | | Yes | Yes | Will make a commercial airline reservation in | | |
| No | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Will make a commercial airline reservation in | | | |
| No | Yes | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |

**APPX. 1805**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese No, I did no Yes, I made No, I did no |
| No | No | No | Yes | Yes | No | No | No | No | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Don't know Yes | Yes | Don't know | Both – rese Yes, I made Yes, I made Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | No | Yes | Yes | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | No | No | No | No | No | No | No | Yes | Made a cor Yes, I made No, I did no No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did no Yes, I made No, I did no |
| No | Yes | Yes | No | Yes | No | No | Yes | No | Both – rese No, I did no Yes, I made No, I did no |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Don't know Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| No | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Don't know Don't know | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did no Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | No | No | No | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| No | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Don't know Yes | Yes | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Don't know Don't know No | Yes | Yes | Made a cor Yes, I made No, I did no No, I did no |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did no Yes, I made |
| No | Yes | Yes | Yes | Yes | Don't know Don't know Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| No | Yes | No | No | Yes | Yes | Yes | Yes | No | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | No | Don't know Yes | Yes | Don't know | Made a cor Yes, I made Yes, I made No, I did no |
| No | Yes | Yes | Yes | No | No | No | No | Yes | Made a cor Yes, I made No, I did no No, I did no |

**APPX. 1806**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Don't know Yes | | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese No, I did nc Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | No | Yes | No | No | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | No | Yes | No | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | No | Yes | Yes | No | No | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Don't know Don't know No | | | Yes | Don't know Don't know Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Don't know Yes | | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Yes | Made a cor Yes, I made Yes, I made No, I did nc |
| Yes | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | No | Yes | No | Don't know Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | Will make a commercial airline reservation in |
| No | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Don't know Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Don't know Yes | | Yes | No | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Don't know Both – rese No, I did nc No, I did nc No, I did nc |
| No | No | No | Yes | Yes | Yes | No | Yes | Yes | Will make a commercial airline reservation in |
| No | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |

**APPX. 1807**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Don't know | Yes | Don't know | Don't know | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | No | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | No | Yes | Yes | Yes | Don't know | No | Don't know | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Don't know Don't know |
| Yes | No | Yes | Don't know | Don't know | Don't know | Yes | Yes | Yes | Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese No, I did nc Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | Yes | Yes | Yes | No | Don't know | No | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | No | No | Yes | Yes | Yes | Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | No | Yes | No | Yes | Yes | Yes | No | Made a cor Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Don't know | Yes | Don't know | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Don't know | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Don't know | Don't know | Don't know | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| No | Yes | No | Yes | Yes | No | No | Don't know | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | Don't know | Don't know | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | No | Yes | Yes | Yes | No | No | No | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |

**APPX. 1808**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| No | No | Yes | No | No | No | No | No | Yes | Made a cor | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | No | Yes | Yes | No | Yes | No | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Don't know |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Will make a commercial airline reservation in | | | |
| Yes | No | Yes | No | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | No | No | Yes | Yes | No | No | No | Yes | Both – rese | Yes, I made | Don't know | Don't know |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | No | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in | | | |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | No | Don't know | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | No | No | Yes | No | Yes | Yes | No | No | Made a cor | Yes, I made | No, I did nc | No, I did nc |
| Yes | No | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | No | Yes | Yes | Don't know | Yes | Don't know | Don't know | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | No, I did nc | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | No | Yes | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |

**APPX. 1809**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| No | No | No | Don't know | No | Don't know | Don't know | Yes | Yes | Made a cor | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| No | Yes | Yes | Don't know | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | Yes | No | No | Yes | No | Yes | Yes | No | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | No | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| No | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Both – rese | No, I did nc | No, I did nc | Yes, I made | |
| Yes | Yes | Yes | Don't know | Don't know | No | Don't know | Yes | Yes | Made a cor | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | Yes, I made | |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | No | Yes | Yes | Yes | Yes | No | Yes | Yes | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | No | Yes | Yes | Yes | Don't know | No | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Don't know | Will make a commercial airline reservation in | | | | |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | No | Yes | No | No | No | Yes | Yes | Yes | Made a cor | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese | No, I did nc | Yes, I made | Yes, I made | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | Yes, I made | |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| No | No | No | Yes | Yes | Yes | Yes | Don't know | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc | |
| Yes | No | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |

**APPX. 1810**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | No | Yes | Yes | Yes | Yes | No | No | Both – rese Yes, I made No, I did nc No, I did nc |
| No | No | No | No | Yes | No | No | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | No | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | No | Yes | Yes | Don't know Yes | | Don't know Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | No | Yes | Yes | Yes | Yes | No | No | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Don't know Yes | | Don't know Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Both – rese Yes, I made Yes, I made No, I did nc |

**APPX. 1811**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | No | No | Yes | Yes | No | Yes | No | No | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | No | Yes | Yes | Yes | No | No | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | No | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Don't know | Don't know | Yes | Yes | Yes | Made a cor | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | No | No | Yes | Don't know | Yes | Yes | No | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | No | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Yes | Made a cor | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Don't know | Made a cor | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Don't know | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| No | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | No | No | Don't know | Yes | Don't know | Yes | Yes | Don't know | Will make a commercial airline reservation in |
| No | Yes | No | Yes | Yes | No | Yes | Yes | No | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made No, I did no No, I did no |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made No, I did no No, I did no |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | Yes | Both – rese No, I did no No, I did no Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | No | Yes | Yes | Yes | No | No | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese Yes, I made No, I did no No, I did no |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Both – rese Yes, I made No, I did no Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did no No, I did no |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | Yes | No | Yes | No | No | Yes | Yes | No | Made a cor Yes, I made No, I did no Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did no No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | No | Yes | Yes | Yes | Yes | | Don't know Don't know Both – rese Yes, I made No, I did no No, I did no |
| Yes | Yes | No | Don't know Don't know Don't know Don't know Yes | | | | | Don't know Made a cor Yes, I made No, I did no No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did no |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did no No, I did no |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did no Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did no No, I did no |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Don't know | Both – rese Yes, I made Yes, I made No, I did no |

**APPX. 1813**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Don't know | Yes | Don't know | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Don't know |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | No | No | Yes | Yes | Yes | Made a cor Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | No | No | Yes | Yes | Yes | Made a cor Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | Yes | Yes | No | Yes | Yes | No | Both – rese Don't know Yes, I made Yes, I made |
| No | Yes | No | Yes | Yes | No | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | No | No | Yes | No | Both – rese Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Both – rese Yes, I made No, I did nc Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | No | Made a cor Yes, I made Yes, I made No, I did nc |
| No | No | Yes | Yes | Yes | Yes | No | No | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Don't know | Don't know | Yes | Yes | Don't know | Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | No | Don't know | Yes | Yes | Don't know | Made a cor Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | No | Will make a commercial airline reservation in |
| Yes | No | No | No | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in |

**APPX. 1814**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | No | No | Yes | Yes | Yes | Yes | No | Don't know | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | No | Yes | Yes | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| No | No | Yes | No | Yes | No | No | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Don't know | No | | Don't know | Don't know | Yes | | Don't know | Yes | Yes | Don't know | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Don't know | Don't know | Yes | Yes | Don't know | Made a cor | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| No | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | No | Yes | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Don't know | Yes, I made |
| No | No | No | Yes | Yes | No | Yes | Yes | No | Will make a commercial airline reservation in |
| No | Yes | Yes | Yes | Yes | Yes | Yes | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| Yes | No | Yes | Yes | Yes | No | Yes | Yes | No | Both – rese | Yes, I made | No, I did nc | No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Both – rese | No, I did nc | Yes, I made | Yes, I made |
| Yes | No | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc |
| No | No | Yes | Yes | Yes | Yes | No | Yes | Yes | Will make a commercial airline reservation in |

**APPX. 1815**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Don't know | Yes | No | Don't know | Don't know | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Both – rese No, I did nc Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Don't know | Don't know | Don't know | Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | Yes | Yes | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | No | Yes | No | No | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | No | No | Yes | Yes | No | Yes | No | No | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | Don't know | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Don't know | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | No | Yes | No | No | Yes | No | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | No | No | Yes | No | No | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Yes | Made a cor No, I did nc Yes, I made Yes, I made |
| No | No | No | Yes | Yes | Yes | No | Yes | No | Will make a commercial airline reservation in |
| Yes | Yes | Don't know | Yes | Yes | Yes | Yes | Yes | Don't know | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Don't know | Yes | Yes | Don't know | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | Don't know | Don't know | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Will make a commercial airline reservation in |

**APPX. 1816**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | No | Yes | No | Don't know Yes | | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | No | Yes | Yes | Yes | Yes | No | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Yes | No | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| No | No | Yes | Yes | Yes | Don't know Don't know Yes | | | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | Yes | Yes | Don't know Don't know Don't know Don't know Both – rese No, I did nc No, I did nc | | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese No, I did nc No, I did nc Yes, I made |
| No | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese No, I did nc Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know Both – rese Yes, I made Yes, I made Yes, I made |
| No | No | No | No | No | No | Yes | Yes | Yes | Made a cor Yes, I made No, I did nc No, I did nc |
| No | No | No | No | No | No | Yes | No | No | Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Don't know Yes | | Don't know Yes | | Yes | Both – rese Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know Yes | | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | No | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | No | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Don't know Don't know No | | | Don't know Yes | | No | Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | No | Will make a commercial airline reservation in |

APPX. 1817

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | No | Yes | Don't know | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| No | Yes | No | No | Yes | No | No | Yes | No | Both – rese | Yes, I made | No, I did nc | Yes, I made | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Don't know | No | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Don't know | No | Don't know | Yes | Yes | Yes | Made a cor | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | No | Yes | Yes | Yes | Yes | No | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | Yes, I made | |
| No | No | No | Don't know | Yes | No | No | Yes | Don't know | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |
| Yes | No | Yes | Yes | Yes | No | Yes | No | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | No | No | Yes | Yes | Yes | No | No | No | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Don't know | Will make a commercial airline reservation in | | | | |
| Yes | Yes | Yes | No | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | No, I did nc | No, I did nc | No, I did nc | |
| Yes | Yes | No | Yes | Yes | No | Yes | Yes | Don't know | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | No | Yes | No | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | No | Yes | Yes | Yes | Don't know | Don't know | Don't know | Don't know | Both – rese | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | No, I did nc | |
| No | Don't know | Yes | No | Don't know | No | No | Yes | Yes | Made a cor | Yes, I made | No, I did nc | No, I did nc | |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese | Yes, I made | Yes, I made | Yes, I made | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Don't know | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Don't know | No | Don't know | Don't know | Yes | | Don't know | Made a cor | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| No | No | No | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | No | Yes | No | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | No | No | Yes | | Yes | | Yes | Made a cor | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | No, I did nc Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Don't know | Yes | Don't know | Yes | | Yes | | Don't know | Both – rese | Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Don't know | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | No | Yes | | Yes | | Don't know | Both – rese | Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | No | No | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| No | Yes | No | Yes | No | No | No | | Yes | | Yes | Made a cor | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | | Yes | | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | | Yes | | Yes | Will make a commercial airline reservation in |
| Yes | No | No | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | | No | | Yes | Both – rese | Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Don't know | Don't know | Don't know | Yes | | No | | Yes | Made a cor | Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | No, I did nc Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | No | Yes | | No | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | | Yes | | Yes | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | No | Yes | | Yes | | Yes | Will make a commercial airline reservation in |
| No | Don't know | Don't know | Yes | Yes | Don't know | Yes | | Yes | | Don't know | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | | Yes | | Yes | Both – rese | Yes, I made Yes, I made No, I did nc |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Both – rese Yes, I made Yes, I made Don't know |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | No | Yes | Yes | Yes | Don't know | Yes | No | Both – rese No, I did nc No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Don't know | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese No, I did nc No, I did nc No, I did nc |
| No | No | Yes | Yes | Yes | No | No | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | No | Both – rese No, I did nc No, I made No, I did nc |
| No | No | No | Yes | Don't know | Don't know | Don't know | Yes | Don't know | Made a cor No, I did nc No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | No | No | Yes | No | No | Yes | No | Both – rese No, I did nc No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | Yes | No | Yes | Yes | No | No | No | No | Both – rese No, I did nc No, I made No, I did nc |
| No | Yes | Yes | Yes | Yes | No | Yes | No | No | Will make a commercial airline reservation in |
| No | No | Yes | Yes | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | No | Yes | No | Yes | No | Yes | No | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | No | Yes | No | No | Will make a commercial airline reservation in |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | No | Yes | Yes | Don't know | Yes | Yes | Don't know | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | No | Yes | Yes | Yes | Yes | Yes | Made a cor No, I did nc No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Don't know | Don't know | Yes | Yes | Yes | Made a cor Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | No | No | Yes | Yes | No | Yes | No | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |

**APPX. 1820**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| Yes | Yes | No | Yes | Yes | Don't know | Yes | | Don't know | Don't know | Both – rese Yes, I made No, I did nc Don't know |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Don't know | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Will make a commercial airline reservation in |
| No | Yes | No | Yes | Yes | Yes | Don't know | No | No | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| No | Yes | No | Yes | Yes | No | Yes | Yes | No | Will make a commercial airline reservation in |
| No | No | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |
| Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | No | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | No | Yes | No | No | Will make a commercial airline reservation in |
| Yes | No | Yes | No | No | No | Yes | No | No | Made a cor Yes, I made No, I did nc No, I did nc |
| No | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Don't know | Yes | Yes | Yes | Both – rese Yes, I made Yes, I made No, I did nc |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Both – rese No, I did nc Yes, I made Yes, I made |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Both – rese Yes, I made No, I did nc No, I did nc |
| No | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Both – rese Yes, I made Yes, I made Yes, I made |

| S8a_4 : Thr | S8a_5 : Oth | S8a_5_oth | S8b_1 : Thr | S8b_2 : Dir | S8b_3 : Thr | S8b_4 : Thr | S8b_5 : Oth | S8b_5_oth | S8c - HIDI | S9 - Which | hS10 - HIDI | hCell - Hidd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No, I did nc | Don't know | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | Don't know | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | | | | | | | | | Used onlinr | red,yellow, | Cell2 (Hidd | Expedia |
| Yes, I made | Don't know | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | | Both – Use | red,yellow, | Cell1 (Hidd | Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | | Will use an | red,yellow, | Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will make a reservation for a | | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | No, I will nc | Yes, I will make a reservation for a | | | Both – Use | red,yellow, | Cell1 (Hidd | Expedia |
| the next 12 months only | | Yes, I will r | No, I will nc | No, I will nc | Don't know | | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a reservation fc | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservati | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will r | Don't know | Yes, I will nc | No, I will nc | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Yes, I will r | No, I will make a reservation for a | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | No, I will r | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation fc | Don't know | Don't know | No, I will nc | No, I will not make a reservation fc | Used onlinr | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Yes, I will r | No, I will Don't know | | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will a re | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| the next 12 months only | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| the next 12 months only | | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | | | | | | | | | Used onlinr | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | | Yes, I will r | Yes, I will r | Don't know | No, I will not make a reservation fc | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| the next 12 months only | | Yes, I will r | Yes, I will r | Yes, I will r | No, I will not make a re | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a re | | | | | | | | | Used onlinr | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| No, I did not make a reservation fc | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a reservation fc | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Yes, I will r | No, I will not make a reservation fc | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| the next 12 months only | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation for an airline through this method | | | | | | Used onlinr | red,yellow, | Cell1 (Non | Skiplagged |
| the next 12 months only | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Both – Use | red,yellow, | Cell1 (Hidd | Expedia |
| Yes, I made | No, I did not make a re | Yes, I will r | No, I will nc | Yes, I will r | Don't know | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | No, I will nc | Don't know | | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a reservation f( | Both — Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made | No, I did nc | Yes, I will r | Yes, I will r | No, I will r | No, I will r | Both — Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a reservation for an airline through this method | | | | | Used onlin( red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | No, I will nc | No, I will not make a reservation f( | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will r | Don't know | No, I will nc | No, I will r | Don't know | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | No, I will r | Yes, I will r | No, I will nc | No, I will not make a r( | Used onlin( red,yellow, Cell1 (Non | Skiplagged |
| Yes, I made | Yes, I made | No, I did re | Yes, I will r | No, I will r | Yes, I will not make a r( | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both — Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | No, I will r | No, I will r | No, I will not make a r( | Both — Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a re | Yes, I will r | No, I will r | No, I will r | No, I will not make a r( | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | Don't know | Don't know | Don't know | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will make a reser | Both — Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will r | No, I will not make a r( | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made a reservati | Yes, I will r | No, I will r | Yes, I will r | Yes, I will make a reser | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| Don't know | No, I did nc | Yes, I will r | Don't know | Yes, I will r | Don't know | No, I will r | Both — Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | No, I will r | No, I will r | No, I will make a reser | Both — Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | No, I will r | No, I will nc | No, I will not make a r( | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | Yes, I will r | Don't know | Yes, I will r | No, I will r | No, I will not make a r( | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a re | Yes, I will r | No, I will r | Yes, I will r | Don't know | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made | Don't know | Yes, I will r | Yes, I will r | No, I will nc | No, I will r | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | Yes, I will r | Yes, I will r | No, I will nc | No, I will r | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | Yes, I will r | Yes, I will r | No, I will not make a r( | Will use an red,yellow, Cell2 (Non | Expedia |
| Yes, I made | Yes, I made | Other | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both — Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a reservation fc | Yes, I will r | No, I will nc | No, I will r | No, I will not make a reservation f( | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| the next 12 months only | Yes, I will r | No, I will r | No, I will r | No, I will nc | No, I will not make a r( | Will use an red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made | Don't know | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both — Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both — Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made | No, I did not make a re | Yes, I will r | Don't know | Yes, I will r | Don't know | Both — Use red,yellow, Cell2 (Non | Expedia |
| the next 12 months only | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will make a reservation for a | Will use an red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | Yes, I will r | No, I will nc | Don't know | Don't know | Will use an red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | No, I will nc | No, I will r | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | No, I will r | No, I will not make a reservation f( | Both — Use red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both — Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both — Use red,yellow, Cell2 (Non | Expedia |

APPX. 1823

| the next 12 months only | Yes, I will n | No, I will n | Yes, I will n | Yes, I will make a reservation for a | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
|---|---|---|---|---|---|---|---|---|
| No, I did n | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did n | Don't know | Yes, I will n | Don't know | Yes, I will n | No, I will n | Don't know | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | Yes, I will n | No, I will n | Yes, I will n | No, I will n | Don't know | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | Yes, I will make a reser | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| Yes, I made | No, I did n | | | | | Used onlin | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Don't know | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did n | No, I did n | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did n | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non Expedia |
| Yes, I made | Don't know | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation f | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | Don't know | Don't know | Will use an | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | No, I will not make a reservation f | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| No, I did not make a reservation fo | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation f | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n | Yes, I will n | No, I will n | Don't know | Don't know | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a reservation fo | Yes, I will n | Yes, I will n | Don't know | Both – Use | red,yellow, | Cell1 (Hidd | Expedia |
| Yes, I made a reservation for an ai | No, I will n | No, I will n | Yes, I will n | Yes, I will make a reservation for a | Used onlin | red,yellow, | Cell2 (Hidd | Expedia |
| No, I did n | No, I did not make a re | Yes, I will n | Don't know | Yes, I will n | No, I will n | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did n | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Don't know | Both – Use | red,yellow, | Cell2 (Non Expedia |
| the next 12 months only | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not know | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation f | Will use an | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | Yes, I will n | Don't know | Don't know | No, I will not make a reservation f | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did n | No, I did n | | | | | Used onlin | red,yellow, | Cell2 (Non | Expedia |
| No, I did n | No, I did n | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Don't know | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | No, I will n | No, I will n | Will use an | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made | Don't know | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Don't know | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Don't know | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| No, I did n | Don't know | | | | | Used onlin | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | | | | | | Used onlin | red,yellow, | Cell2 (Hidd | Expedia |

| | | | |
|---|---|---|---|
| No, I did nc No, I did nc | Yes, I will n Yes, I will nc No, I will nc No, I will nc No, I will nc | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | Yes, I will n Yes, I will nc No, I will nc No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will n Yes, I will n No, I will nc No, I will nc No, I will n | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did nc No, I did nc | Yes, I will n Yes, I will n No, I will nc No, I will nc No, I will nc | Will use an red,yellow, Cell1 (Non Skiplagged |
| No, I did nc No, I did nc | Yes, I will n Yes, I will n No, I will nc Don't know No, I will n | Both – Use red,yellow, Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will n Don't know No, I will nc No, I will not make a re | Will use an red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | Yes, I will n No, I will n Don't know No, I will not make a re | Both – Use red,yellow, Cell1 (Hidd Expedia |
| Yes, I made a reservation for an ai | Yes, I will n Yes, I will nc No, I will nc No, I will not make a reservation f | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation f( | Yes, I will n Yes, I will n Don't know No, I will not make a reservation f | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will n Yes, I will n Yes, I will n Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will n Yes, I will n No, I will nc No, I will n No, I will not make a r | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did not make a reservation for an airline through this method | | Used onlin( red,yellow, Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will n No, I will n Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Hidd Expedia |
| the next 12 months only | Yes, I will n No, I will nc No, I will nc No, I will nc Don't know | Will use an red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation f( | Yes, I will n Don't know No, I will nc No, I will nc No, I will nc No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did nc No, I did not make a re | Yes, I will n Yes, I will n No, I will nc No, I will nc No, I will nc No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did nc No, I did not make a reservation for an airline through this method | | Used onlin( red,yellow, Cell2 (Hidd Expedia |
| No, I did nc Don't know | Yes, I will n Yes, I will n Don't know Don't know Don't know | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a reservation f( | Yes, I will n Yes, I will n Don't know No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will n Yes, I will nc No, I will nc | Both – Use red,yellow, Cell2 (Non Expedia |
| the next 12 months only | Yes, I will n Don't know Don't know No, I will nc No, I will n | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will n Yes, I will n Yes, I will n No, I will nc No, I will not make a re | Both – Use red,yellow, Cell2 (Non Expedia |
| the next 12 months only | Yes, I will n Don't know No, I will nc No, I will not make a re | Will use an red,yellow, Cell2 (Hidd Expedia |
| Yes, I made No, I did nc | Yes, I will n Yes, I will nc Yes, I will n Yes, I will n Don't know | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc No, I did nc | Yes, I will n Yes, I will nc Yes, I will n No, I will nc No, I will nc | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Don't know Don't know Don't know Don't know Don't know | Used onlin( red,yellow, Cell2 (Non Expedia |
| the next 12 months only | Yes, I will n Don't know Don't know Yes, I will make a reser | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n No, I will nc No, I will nc No, I will not make a re | Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | Don't know Don't know Don't know Don't know | Used onlin( red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will n Yes, I will n Don't know Don't know | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservati | Yes, I will n Yes, I will n No, I will nc Yes, I will make a reser | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made No, I did nc | Yes, I will n No, I will n Yes, I will n Yes, I will n No, I will n | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n No, I will n Don't know No, I will not make a re | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will n Yes, I will n Yes, I will n No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Expedia |

| | | | | |
|---|---|---|---|---|
| No, I did nc No, I did nc | Yes, I will r Don't know No, I will nc No, I will nc Don't know | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will r Don't know No, I will nc Don't know | | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r No, I will nc No, I will nc No, I will nc No, I will nc | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made a reservati | Yes, I will r Yes, I will r Yes, I will r Yes, I will r Yes, I will make a reser | | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did nc No, I did not make a re | Yes, I will r No, I will nc No, I will nc Don't know | | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation fc Don't know | Yes, I will r No, I will nc No, I will nc Don't know | | Used online red,yellow, Cell2 (Non Expedia |
| No, I did not make a reservation fc No, I will nc Yes, I will r No, I will nc No, I will not make a reservation f Used online red,yellow, Cell1 (Non Skiplagged |
| Don't know Don't know | Don't know Don't know Don't know Don't know Don't know | | Used online red,yellow, Cell1 (Non Skiplagged |
| No, I did nc No, I did not make a reservation for an airline through this method | | Used online red,yellow, Cell1 (Non Skiplagged |
| No, I did nc No, I did not make a re Yes, I will r Yes, I will r Yes, I will r Yes, I will r No, I will not make a re Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a reservation fc Yes, I will r Yes, I will r No, I will nc No, I will not make a reservation f Will use an red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a reservation fc Yes, I will r Yes, I will r Don't know | | Both – Use red,yellow, Cell1 (Hidd Expedia |
| the next 12 months only | Yes, I will r Yes, I will r No, I will nc No, I will not make a reservation f Will use an red,yellow, Cell2 (Hidd Expedia |
| Yes, I made No, I did not make a reservation for an airline through this method | | Used online red,yellow, Cell2 (Hidd Expedia |
| Yes, I made a reservation for an ai Yes, I will r Yes, I will r No, I will nc Yes, I will make a reservation f Will use an red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation fc Yes, I will r No, I will nc No, I will nc No, I will not make a reservation f Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made No, I did not make a re Yes, I will r Yes, I will r No, I will nc Yes, I will r No, I will not make a re Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did nc No, I did not make a reservation for an airline through this method | | Used online red,yellow, Cell1 (Hidd Expedia |
| No, I did not make a reservation fc Yes, I will r No, I will nc No, I will nc Don't know Don't know | | Both – Use red,yellow, Cell2 (Non Expedia |
| the next 12 months only | Yes, I will r Don't know No, I will nc No, I will nc No, I will not make a reservation f Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a reservation fc Yes, I will r Yes, I will r No, I will nc No, I will not make a reservation f Used online red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will r Don't know Don't know No, I will nc No, I will not make a reservation f Will use an red,yellow, Cell1 (Hidd Expedia |
| the next 12 months only | Yes, I will r No, I will nc Don't know Yes, I will r Don't know | | Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did nc No, I did nc | Yes, I will r Yes, I will r Yes, I will r Don't know Don't know | | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will r Yes, I will r Don't know No, I will not make a re | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | No, I will nc Yes, I will r No, I will nc No, I will not make a re | | Used online red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will r No, I will nc No, I will nc No, I will not make a re | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made No, I did nc | Yes, I will r No, I will nc Yes, I will r No, I will nc | | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r Don't know Yes, I will r Don't know | | Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made Don't know | No, I will nc Yes, I will r No, I will nc No, I will nc Don't know | | Used online red,yellow, Cell2 (Non Expedia |
| No, I did nc No, I did nc | Yes, I will r Don't know No, I will nc No, I will nc No, I will nc | | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will r Yes, I will r Don't know Yes, I will make a reser | | Will use an red,yellow, Cell2 (Non Expedia |
| Yes, I made Don't know | Yes, I will r Yes, I will r Yes, I will r Yes, I will r Don't know | | Both – Use red,yellow, Cell2 (Hidd Expedia |

APPX. 1826

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | No, I will n | No, I will nc | No, I will n | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc | No, I did nc | | | | | | | Used onlin( red,yellow, Cell1 (Non Skiplagged |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc | No, I did nc | | No, I will n | Yes, I will n | Yes, I will n | No, I will nc | No, I will n | Used onlin( red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | I will make a reser | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservati | | No, I will n | No, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Used onlin( red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will n | I will make a reser | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | No, I will n | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Used onlin( red,yellow, Cell2 (Hidd Expedia |
| the next 12 months only | | Yes, I will n | No, I will n | No, I will n | No, I will nc | No, I will n | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Don't know | Don't know | | Don't know | Don't know | Don't know | Don't know | Don't know | Used onlin( red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | | Don't know | Yes, I will n | No, I will not make a re | | | Used onlin( red,yellow, Cell2 (Hidd Expedia |
| Yes, I made | Don't know | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | Don't know | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | No, I will n | Don't know | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | | No, I will n | No, I will n | Yes, I will n | No, I will n | No, I will not make a re | Used onlin( red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did nc | No, I did not make a reservation fc | Yes, I will n | No, I will n | No, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | No, I will n | Yes, I will n | No, I will n | No, I will n | Yes, I will make a reservation for a | Used onlin( red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | Yes, I will n | No, I will n | Yes, I will n | Yes, I will n | Don't know | Will use an red,yellow, Cell2 (Non Expedia |
| Yes, I made | Yes, I made a reservati | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made | No, I did not make a re | Yes, I will n | No, I will nc | Yes, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did nc | Don't know | | | | | | | Used onlin( red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will n | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | I will make a reservation for a | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | | Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation fc | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc | Don't know | | Don't know | Yes, I will n | Yes, I will n | Don't know | Don't know | Used onlin( red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did not make a re | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | | Both – Use red,yellow, Cell2 (Hidd Expedia |

APPX. 1827

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No, I did nc | No, I did not make a re | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Both – Use | red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation for an airline through this method | | | | | | Used onlin( | red,yellow, Cell1 (Non | Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | | Both – Use | red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | | Yes, I will n | Don't know | Don't know | Don't know | Will use an | red,yellow, Cell1 (Hidd | Don't know |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | | Both – Use | red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will n | No, I will n | Yes, I will n | Yes, I will n | Don't know | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reser | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reser | Both – Use | red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made a reservati | | Yes, I will n | Don't know | Don't know | Don't know | Both – Use | red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a re | | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will make a reser | | Both – Use | red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Don't know | Yes, I will make a reser | Both – Use | red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a re | | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Don't know | No, I did nc | Yes, I will n | Yes, I will n | Don't know | No, I will nc | No, I will n | Will use an | red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | | | | | | Used onlin( | red,yellow, Cell1 (Non | Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use | red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Will use an | red,yellow, Cell1 (Non | Skiplagged |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | Yes, I will n | No, I will nc | Yes, I will n | Yes, I will make a reser | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reser | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| the next 12 months only | | Yes, I will n | No, I will n | No, I will nc | No, I will not make a re | Will use an | red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will nc | No, I will not make a re | Both – Use | red,yellow, Cell2 (Non | Expedia |
| No, I did nc | No, I did nc | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| the next 12 months only | | Yes, I will n | Don't know | Yes, I will n | No, I will nc | Don't know | Will use an | red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation f( | Yes, I will n | Yes, I will n | Don't know | Don't know | | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an airline through this method | | | | | | Used onlin( | red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Both – Use | red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a re | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Both – Use | red,yellow, Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use | red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation f( | No, I will n | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation f( | Used onlin( | red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation f( | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a reservation f( | | Both – Use | red,yellow, Cell2 (Non | Expedia |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will n | Don't know | Will use an | red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a reservation f( | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a reservation f( | | Both – Use | red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a reservation f( | Don't know | Don't know | Don't know | Don't know | Don't know | Used onlin( | red,yellow, Cell1 (Non | Skiplagged |

**APPX. 1828**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No, I did nc | No, I did nc | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Both – Use red,yellow, Cell2 (Hidd Expedia |
| the next 12 months only | | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | Will use an red,yellow, Cell2 (Non Expedia |
| Yes, I made | No, I did nc | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | No, I will nc | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will r | No, I will nc | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservati | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a re | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc | Don't know | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | No, I will nc | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did not make a re | | Yes, I will r | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Expedia |
| No, I did not make a reservation fc | | | Don't know | Yes, I will r | Don't know | Don't know | | Used onlin red,yellow, Cell2 (Hidd Expedia |
| Yes, I made | Don't know | | Don't know | Don't know | Don't know | Don't know | Don't know | Used onlin red,yellow, Cell2 (Hidd Expedia |
| Yes, I made a reservation for an ai | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservation for an ai | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made | No, I did not make a re | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | | Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made | No, I did not make a re | | No, I will nc | No, I will nc | Yes, I will r | No, I will nc | No, I will not make a re | Used onlin red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a reservation fc | | | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a reservation fc | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made a reservation for an ai | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did nc | No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservati | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell1 Skiplagged |
| Yes, I made a reservati | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did nc | No, I did nc | | No, I will nc | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Used onlin red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservati | | | Yes, I will r | Don't know | No, I will nc | Yes, I will r | Yes, I will r | Don't know Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made a reservati | | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made | No, I did nc | | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will r | No, I will nc | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use red,yellow, Cell1 (Non Skiplagged |
| the next 12 months only | | | Yes, I will r | Yes, I will r | Don't know | No, I will nc | Don't know | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did nc | No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell2 Expedia |
| No, I did not make a re | | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No, I did nc | No, I did nc | | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a re | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Don't know | No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will nc | No, I will make a re | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Don't know | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made | No, I did nc | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a re | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did nc | Don't know | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | Don't know | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a reservation f | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reservation for a | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will nc | No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did nc | No, I did not make a reservation for an airline through this method | | | | | Used onlinc red,yellow, Cell1 (Non | Skiplagged |
| No, I did not make a reservation fc | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a reservation for an airline through this method | | | | | Used onlinc red,yellow, Cell2 (Non | Expedia |
| No, I did not make a reservation for an airline through this method | | | | | | Used onlinc red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will n | Don't know | Don't know | Don't know | Don't know | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will nc | Don't know | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did nc | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | No, I will n | Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | No, I will nc | No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| the next 12 months only | | Yes, I will n | Don't know | No, I will nc | No, I will nc | Don't know | Will use an red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | | Yes, I will n | No, I will nc | Yes, I will n | No, I will not make a re | Will use an red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Both – Use red,yellow, Cell2 (Non | Expedia |
| the next 12 months only | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will nc | Don't know | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made | Don't know | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | Don't know | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |

**APPX. 1830**

| | | | | |
|---|---|---|---|---|
| No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did no | No, I did no | Yes, I will r | Yes, I will r | No, I will no | No, I will no | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made | No, I did no | Yes, I will r | Yes, I will r | Yes, I will r | No, I will no | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did no | Don't know | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did no | No, I did no | Yes, I will r | No, I will no | No, I will no | No, I will no | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | No, I will no | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | Don't know | Don't know | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | No, I will no | No, I will r | No, I will no | No, I will not make a re | Used onlin red,yellow, Cell1 (Hidd Skiplagged |
| No, I did no | Don't know | Yes, I will r | No, I will no | No, I will no | No, I will no | Don't know | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did no | No, I did no | Yes, I will r | No, I will no | No, I will no | No, I will no | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did no | No, I did no | Yes, I will r | Yes, I will r | Don't know | Don't know | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made | No, I did no | Yes, I will r | Yes, I will r | Yes, I will r | No, I will no | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will no | Don't know | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did no | No, I did no | | | | Used onlin red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a reservation fc | Yes, I will r | Don't know | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did no | No, I did not make a reservation for an airline through this method | Used onlin red,yellow, Cell1 (Non Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did no | No, I did not make a re | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Don't know | Don't know | Don't know | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did no | Don't know | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | No, I will no | Don't know | Will use an red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Non Expedia |
| the next 12 months only | Yes, I will r | Don't know | Don't know | No, I will not make a reservation f | Will use an red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | No, I will no | No, I will no | No, I will not make a reservation f | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | No, I will no | No, I will no | Yes, I will r | Don't know | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did no | Don't know | Yes, I will r | Yes, I will r | Yes, I will r | No, I will no | Don't know | Both – Use red,yellow, Cell2 (Non Expedia |

**APPX. 1831**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Non Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | No, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| Don't know | Don't know | Yes, I will n | No, I will n | No, I will not make a reservation f | | Used online | red,yellow, | Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n | Yes, I will n | No, I will not make a reservation f | | | Will use an | red,yellow, | Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | Don't know | No, I will not make a | | Will use an | red,yellow, | Cell1 (Non Skiplagged |
| No, I did not make a reservation f | Yes, I will n | Yes, I will n | No, I will not make a reservation f | | | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| Yes, I made a reservation for an airline through this method | | | | | | Used online | red,yellow, | Cell1 (Hidd Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | | Both – Use | red,yellow, | Cell2 (Non Expedia |
| No, I did not make a re | No, I will n | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| Yes, I made | Don't know | | | | | | Used online | red,yellow, | Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| No, I did not make a reservation f | Yes, I will n | No, I will n | No, I will not make a reservation f | | | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| No, I did not make a re | Yes, I will n | Yes, I will n | No, I will not make a re | | | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| Yes, I made No, I did n | Yes, I will n | Yes, I will n | Yes, I will make a reser | | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will n | Don't know | Don't know | Don't know | | Will use an | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | Yes, I will n | Yes, I will n | Don't know | Yes, I will make a reser | | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not ma No, I did n | Yes, I will n | No, I will n | No, I will n | No, I will n | No, I will n | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did no No, I did not make a re | Yes, I will n | Yes, I will n | No, I will not make a reservation f | | | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will n | No, I will n | Yes, I will n | No, I will not make a re | | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| Yes, I made Don't know | No, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Used online | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | | | | | | Used online | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | Yes, I will n | No, I will n | No, I will n | No, I will n | No, I will n | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| the next 12 months only | Yes, I will n | No, I will n | Yes, I will n | No, I will not make a re | | Will use an | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | | | | | | Used online | red,yellow, | Cell1 (Hidd Skiplagged |
| Yes, I made No, I did not make a reservation for an airline through this method | | | | | Used online | red,yellow, | Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | No, I will n | No, I will not make a re | | Will use an | red,yellow, | Cell2 (Hidd Expedia |
| No, I did no No, I did not make a re | Yes, I will n | No, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a reservation f | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did not make a reservation f | Yes, I will n | Yes, I will n | Yes, I will make a reservation f | | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did not make a reservation f | Yes, I will n | Yes, I will n | No, I will n | Yes, I will make a reservation for a | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did no No, I did not make a re | Don't know | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Used online | red,yellow, | Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | Don't know | None | Will use an | red,yellow, | Cell2 (Hidd Expedia |

**APPX. 1832**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | | Both – Use red,yellow, Cell2 (Non  Expedia |
| Yes, I made | Don't know | | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will n | No, I will nc | | Will use an red,yellow, Cell1 (Non  Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | Yes, I will n | Travel | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| No, I did nc | No, I did nc | | Don't know | Yes, I will n | Don't know | Don't know | Don't know | | Used onlin red,yellow, Cell2 (Hidd Expedia |
| the next 12 months only | | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | No, I will not make a re | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | No, I will nc | Both – Use red,yellow, Cell2 (Hidd Expedia |
| the next 12 months only | | Yes, I will n | No, I will nc | Yes, I will n | No, I will not make a re | | Will use an red,yellow, Cell2 (Non  Expedia |
| No, I did not make a re | | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | No, I will not make a re | | Both – Use red,yellow, Cell2 (Non  Expedia |
| Yes, I made | Yes, I made | Third Party | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Third Party | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Non  Expedia |
| No, I did nc | No, I did nc | | | | | | | Used onlin red,yellow, Cell1 (Hidd Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non  Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a reservation fc | Both – Use red,yellow, Cell2 (Non  Expedia |
| the next 12 months only | | Yes, I will n | No, I will nc | No, I will nc | No, I will not make a reservation fc | Will use an red,yellow, Cell2 (Non  Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non  Expedia |
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | | Both – Use red,yellow, Cell2 (Hidd Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | No, I will nc | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non  Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | No, I will nc | No, I will not make a reservation fc | Both – Use red,yellow, Cell2 (Non  Expedia |
| No, I did nc | Don't know | | Yes, I will n | Don't know | Don't know | Don't know | Don't know | | Both – Use red,yellow, Cell2 (Non  Expedia |
| No, I did nc | No, I did not make a re | Yes, I will n | No, I will nc | No, I will nc | Yes, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Non  Expedia |
| No, I did nc | No, I did nc | | Yes, I will n | Don't know | No, I will nc | Yes, I will n | No, I will nc | | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | Yes, I will n | Yes, I will n | Don't know | Don't know | Don't know | | Will use an red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will not make a re | | Will use an red,yellow, Cell2 (Non  Expedia |
| No, I did not make a reservation fc | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | | Both – Use red,yellow, Cell1 (Non  Skiplagged |
| No, I did not make a re | | Yes, I will n | Yes, I will n | Don't know | Don't know | | Both – Use red,yellow, Cell1 (Non  Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | No, I will nc | | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| No, I did nc | Don't know | | Yes, I will n | Yes, I will n | No, I will nc | No, I will nc | No, I will nc | Don't know | Will use an red,yellow, Cell2 (Hidd Expedia |
| the next 12 months only | | Yes, I will n | No, I will nc | Yes, I will n | No, I will not make a re | | Will use an red,yellow, Cell2 (Hidd Expedia |

**APPX. 1833**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yes, I made a reservati | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Will use an | red,yellow, | Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Yes, I will r | No, I will not make a reservation f | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| Yes, I made | No, I did not make a re | Yes, I will r | Yes, I will r | Don't know | Yes, I will r | Don't know | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | Don't know | No, I will no | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation f | Yes, I will r | No, I will no | No, I will no | No, I will not make a reservation f | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made | No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Both – Use | red,yellow, | Cell1 (Non | Expedia |
| the next 12 months only | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did no | No, I did not make a re | Yes, I will r | Don't know | Don't know | Don't know | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | Yes, I will r | Don't know | Yes, I will r | Don't know | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did not make a reservation f | Yes, I will r | Yes, I will r | No, I will no | No, I will no | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made | Don't know | Yes, I will r | Yes, I will r | No, I will no | Yes, I will r | Both – Use | red,yellow, | Cell1 (Non | Expedia |
| Yes, I made | Don't know | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | Yes, I will r | No, I will no | Yes, I will r | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did no | No, I did not make a re | Yes, I will r | Don't know | Don't know | No, I will not make a re | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Don't know | No, I will not make a reservation f | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did no | Yes, I made a reservati | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | No, I will not make a reservation f | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| Yes, I made | Don't know | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did no | No, I did not make a re | Yes, I will r | Don't know | Don't know | Don't know | Both – Use | red,yellow, | Cell1 (Non | Expedia |
| No, I did not make a reservation f | Yes, I will r | No, I will no | Yes, I will r | No, I will not make a reservation f | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did no | Don't know | Yes, I will r | No, I will no | No, I will no | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Don't know | Don't know | Used online | red,yellow, | Cell1 (Non | Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| Yes, I made a reservati | Yes, I will r | No, I will no | Yes, I will r | Yes, I will make a reser | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | No, I will no | No, I will no | No, I will not make a re | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will no | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | Both – Use | red,yellow, | Cell1 (Non | Expedia |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | No, I will no | Yes, I will make a reser | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a re | Yes, I will r | Don't know | No, I will no | No, I will not make a re | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| the next 12 months only | Yes, I will r | No, I will no | No, I will no | No, I will not make a re | Will use an | red,yellow, | Cell2 (Non | Expedia |

**APPX. 1834**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yes, I made | Don't know | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | | | Yes, I will n | Don't know | Yes, I will n | No, I will n | Don't know | Will use an red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | | | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Non | Expedia |
| Yes, I made a reservati | | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a re | | | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did nc | No, I did nc | | Yes, I will n | Yes, I will n | No, I will n | No, I will n | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a re | | | Yes, I will n | Yes, I will n | No, I will n | Don't know | No, I will n | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservati | | | Yes, I will n | Yes, I will n | No, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| the next 12 months only | | | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will n | No, I will n | No, I will n | No, I will n | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a re | | | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made | Don't know | | | | | | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made | Yes, I made | Online boo | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did nc | No, I did nc | | Don't know | Don't know | No, I will n | No, I will n | Don't know | Used onlin red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | Yes, I will make a reser | Will use an red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fc | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made a reservation for an ai | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation for an airline through this method | | | | | | | Used onlin red,yellow, Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a reservation for an airline through this method | | | | | | Used onlin red,yellow, Cell2 (Non | Expedia |
| No, I did not make a reservation fc | | Yes, I will n | Don't know | Don't know | No, I will n | No, I will not make a reservation fc | Both – Use red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non | Expedia |
| Yes, I made a reservation for an ai | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Hidd | Expedia |
| Yes, I made a reservation for an ai | | Yes, I will n | No, I will n | No, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did nc | No, I did nc | | Yes, I will n | No, I will n | No, I will n | No, I will n | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | | | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a reservation fc | | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation fc | Will use an red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | | | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation fc | Will use an red,yellow, Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will n | No, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | | | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Hidd | Skiplagged |
| Yes, I made | No, I did nc | None | Yes, I will n | No, I will n | No, I will n | Yes, I will n | Yes, I will n | None | Both – Use red,yellow, Cell2 (Non | Expedia |
| No, I did not make a re | | | | | | | Used onlin red,yellow, Cell1 (Non | Skiplagged |
| the next 12 months only | | | Yes, I will n | No, I will n | No, I will n | No, I will n | Don't know | Will use an red,yellow, Cell2 (Hidd | Expedia |

**APPX. 1835**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No, I did nc | No, I did nc | | Don't know | Don't know | No, I will nc | No, I will nc | Don't know | Used onlin( | red,yellow, | Cell2 (Non | Expedia |
| No, I did nc | No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will make a reser | | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| No, I did not make a re | | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will make a reser | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | Don't know | Yes, I will nc | No, I will nc | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | | Will use an | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made a reservati | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | Don't know | No, I will nc | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| Yes, I made | No, I did nc | | Yes, I will r | No, I will nc | Yes, I will r | No, I will nc | | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | Don't know | No, I will nc | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a re | | | | | | | | Used onlin( | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did nc | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| Yes, I made | No, I did nc | | Yes, I will r | No, I will nc | Yes, I will r | Yes, I will r | No, I will nc | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| Yes, I made | No, I did nc | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Don't know | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did nc | No, I did nc | | Yes, I will r | Don't know | Don't know | No, I will nc | No, I will not make a re | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| the next 12 months only | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | No, I will not make a re | | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| Yes, I made a reservati | | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a re | No, I will nc | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Used onlin( | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a reservation f | | Both – Use | red,yellow, | Cell2 (Hidd | Expedia |
| No, I did nc | No, I did not make a re | No, I will nc | No, I will nc | No, I will nc | No, I will nc | No, I will not make a reservation f | Used onlin( | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a reservation f | Will use an | red,yellow, | Cell2 (Hidd | Expedia |
| the next 12 months only | | Yes, I will r | Yes, I will r | Don't know | No, I will nc | Don't know | | Will use an | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will not make a reservation f | Will use an | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fo | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a reservation f | Will use an | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation fo | No, I will r | Don't know | Yes, I will r | No, I will nc | No, I will not make a reservation f | Used onlin( | red,yellow, | Cell2 (Non | Expedia |
| No, I did nc | No, I did not make a re | No, I will nc | Yes, I will r | Don't know | Don't know | No, I will not make a re | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did nc | No, I did not make a re | Yes, I will r | Yes, I will r | No, I will nc | Don't know | Don't know | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation fo | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a reservation f | | Both – Use | red,yellow, | Cell2 (Non | Expedia |
| No, I did not make a reservation fo | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a reservation f | Both – Use | red,yellow, | Cell1 (Non | Skiplagged |
| No, I did not make a reservation for an airline through this method | | | | | | | Used onlin( | red,yellow, | Cell1 (Hidd | Skiplagged |
| No, I did not make a reservation fo | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell1 (Hidd | Skiplagged |

**APPX. 1836**

No, I did not make a reservation f Don't know Don't know Don't know Don't know                    Used onlin red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f Yes, I will n Yes, I will n No, I will n Yes, I will make a reservation for a Both – Use red,yellow, Cell2 (Non  Expedia
No, I did not make a reservation f Yes, I will n Yes, I will n Don't know Don't know                     Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did nc No, I did not make a re Yes, I will n Don't know No, I will nc No, I will not make a r Both – Use red,yellow, Cell1 (Non  Skiplagged
No, I did not make a reservation for an airline through this method                                 Used onlin red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f No, I will n Yes, I will n No, I will n Yes, I will make a reservation for a Used onlin red,yellow, Cell1 (Hidd Skiplagged
No, I did not make a reservation f Yes, I will n No, I will n No, I will n No, I will not make a reservation f Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did nc No, I did not make a re Yes, I will n No, I will n No, I will nc No, I will not make a r Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f Yes, I will n Yes, I will n Yes, I will n Yes, I will n Yes, I will make a reser Both – Use red,yellow, Cell2 (Non  Expedia
Yes, I made No, I did not make a re Yes, I will n Yes, I will n Yes, I will n No, I will not make a r Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation for an airline through this method                                 Used onlin red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f Yes, I will n Yes, I will n Yes, I will n Yes, I will make a reservation for a Will use an red,yellow, Cell1 (Hidd Skiplagged
Yes, I made Don't know            Yes, I will n Yes, I will n Yes, I will n Yes, I will n Don't know           Both – Use red,yellow, Cell1 (Non  Skiplagged
No, I did nc No, I did not make a re Yes, I will n Yes, I will n No, I will n Don't know No, I will not make a r Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did nc No, I did not make a re Don't know Yes, I will n Don't know Don't know Don't know            Used onlin red,yellow, Cell2 (Hidd Expedia
Yes, I made Don't know            Yes, I will n Yes, I will n Yes, I will n Yes, I will make a reservation for a Both – Use red,yellow, Cell2 (Non  Expedia
Yes, I made No, I did not make a re Yes, I will n Yes, I will n Yes, I will n Yes, I will n No, I will not make a re Both – Use red,yellow, Cell1 (Hidd Skiplagged
No, I did not make a reservation f Yes, I will n Yes, I will n Yes, I will n Yes, I will n Don't know             Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f Yes, I will n No, I will n No, I will nc No, I will not make a reservation f Both – Use red,yellow, Cell1 (Hidd Skiplagged
No, I did not make a reservation for an airline through this method                                 Used onlin red,yellow, Cell1 (Hidd Skiplagged
Yes, I made Don't know            Yes, I will n Don't know Yes, I will n Don't know                     Both – Use red,yellow, Cell1 (Hidd Skiplagged
the next 12 months only           Yes, I will n Don't know No, I will nc No, I will nc No, I will not make a r Will use an red,yellow, Cell1 (Non  Skiplagged
No, I did not make a reservation f Yes, I will n No, I will n No, I will n No, I will n No, I will not make a reservation f Will use an red,yellow, Cell1 (Hidd Skiplagged
the next 12 months only           Yes, I will n Yes, I will n No, I will n No, I will not make a reservation f Will use an red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f Yes, I will n Yes, I will n No, I will n No, I will nc No, I will not make a re Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did nc No, I did no                                                                            Used onlin red,yellow, Cell1 (Hidd Skiplagged
No, I did not make a reservation f Yes, I will n Yes, I will n No, I will n No, I will not make a reservation f Used onlin red,yellow, Cell2 (Hidd Expedia
No, I did nc No, I did not make a re Don't know Don't know Don't know No, I will nc No, I will not make a r Used onlin red,yellow, Cell1 (Hidd Skiplagged
the next 12 months only           Yes, I will n No, I will n No, I will nc Yes, I will n No, I will not make a r Will use an red,yellow, Cell2 (Non  Expedia
the next 12 months only           Yes, I will n No, I will n No, I will n Yes, I will make a reservation for a Will use an red,yellow, Cell2 (Hidd Expedia
the next 12 months only           Yes, I will n Don't know Yes, I will n No, I will n Don't know          Will use an red,yellow, Cell2 (Non  Expedia
No, I did nc No, I did not make a re Yes, I will n Yes, I will n No, I will n No, I will nc No, I will not make a re Both – Use red,yellow, Cell2 (Hidd Expedia
No, I did not make a reservation f Yes, I will n Yes, I will n Don't know Don't know                    Both – Use red,yellow, Cell1 (Hidd Skiplagged

**APPX. 1837**

| | | | | | | |
|---|---|---|---|---|---|---|
| the next 12 months only | Yes, I will r | Yes, I will r | Yes, I will r | No, I will not make a re | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| Don't know | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did nc Yes, I made Company a | Yes, I will r | Yes, I will r | No, I will nc | Don't know Yes, I will r | Company a | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a re | Yes, I will r | Yes, I will r | Don't know Don't know | | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did nc No, I did nc | Yes, I will r | Yes, I will r | Don't know Don't know Don't know | | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell2 (Hidd Expedia |
| the next 12 months only | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | Will use an | red,yellow, | Cell2 (Hidd Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will nc | Yes, I will make a reser | | Will use an | red,yellow, | Cell2 (Hidd Expedia |
| No, I did not make a re | | | | | Used onlin( | red,yellow, | Cell2 (Hidd Expedia |
| the next 12 months only | Yes, I will r | Don't know | No, I will nc | No, I will not make a re | | Will use an | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a re | | | | | Both – Use | red,yellow, | Cell2 (Hidd Expedia |
| No, I did nc No, I did nc | Don't know Don't know Don't know | No, I nc | No, I will nc | | Used onlin( | red,yellow, | Cell2 (Hidd Expedia |
| No, I did nc No, I did nc | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell2 (Non Expedia |
| No, I did nc No, I did nc | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | Both – Use | red,yellow, | Cell2 (Non Expedia |
| the next 12 months only | Yes, I will r | No, I will nc | Yes, I r | Yes, I will make a reser | | Will use an | red,yellow, | Cell1 (Non Skiplagged |
| No, I did nc No, I did nc | Yes, I will r | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will r | Don't know | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell2 (Non Expedia |
| the next 12 months only | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Don't know | Will use an | red,yellow, | Cell2 (Non Expedia |
| No, I did nc No, I did nc | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | No, I will nc | Will use an | red,yellow, | Cell2 (Non Expedia |
| No, I did nc No, I did nc | No, I will nc | Yes, I will r | No, I will nc | No, I will nc | No, I will nc | Used onlin( | red,yellow, | Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will r | No, I will nc | Yes, I will r | No, I will nc | Don't know | Will use an | red,yellow, | Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will r | No, I will nc | No, I will nc | No, I will not make a re | | Will use an | red,yellow, | Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | | Both – Use | red,yellow, | Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a re | | Both – Use | red,yellow, | Cell1 (Hidd Skiplagged |
| No, I did not make a re | | | | | Used onlin( | red,yellow, | Cell2 (Hidd Expedia |
| No, I did not make a re | | | | | Used onlin( | red,yellow, | Cell2 (Hidd Expedia |
| Yes, I made a reservati | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reser | | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| Yes, I made No, I did nc | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Both – Use | red,yellow, | Cell2 (Non Expedia |
| No, I did nc No, I did nc | Yes, I will r | Yes, I will r | No, I will nc | Don't know No, I will nc | | Both – Use | red,yellow, | Cell2 (Non Expedia |
| No, I did not make a re | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | No, I will nc | Both – Use | red,yellow, | Cell2 (Non Expedia |
| Yes, I made Don't know | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will r | Don't know | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| No, I did not make a reservation fc | Yes, I will r | Yes, I will r | No, I will nc | No, I will not make a reservation fc | Both – Use | red,yellow, | Cell1 (Non Skiplagged |
| Yes, I made a reservation for an ai | Yes, I will r | Yes, I will r | Yes, I will r | Yes, I will make a reservation for a | Both – Use | red,yellow, | Cell1 (Non Skiplagged |

| | | | | | |
|---|---|---|---|---|---|
| the next 12 months only | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Will use an red,yellow, Cell2 (Non Expedia |
| Yes, I made | Don't know | Yes, I will n | Don't know | Don't know | Yes, I will n Don't know | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation fo | Yes, I will n | Don't know | No, I will n | Don't know | Both – Use red,yellow, Cell2 (Non Expedia |
| the next 12 months only | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did no | No, I did not make a re | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did no | No, I did not make a re | Yes, I will n | Yes, I will n | No, I will n | Don't know | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did no | No, I did not make a re | Yes, I will n | No, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | Yes, I will n | Yes, I will n | No, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Non Skiplagged |
| the next 12 months only | Yes, I will n | No, I will n | No, I will n | Yes, I will n | Don't know | Both – Use red,yellow, Cell1 (Non Skiplagged |
| Yes, I made no, I did no | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservati | | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reser | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a reservation fo | Yes, I will n | Yes, I will n | Yes, I will n | No, I will n | No, I will not make a reservation f | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| Yes, I made No, I did not make a re | Yes, I will n | No, I will n | No, I will n | Yes, I will n | No, I will not make a re | Both – Use red,yellow, Cell2 (Hidd Skiplagged |
| No, I did not make a reservation fo | Yes, I will n | Yes, I will n | No, I will n | No, I will n | No, I will not make a reservation f | Both – Use red,yellow, Cell1 (Hidd Skiplagged |
| the next 12 months only | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Don't know | Will use an red,yellow, Cell2 (Hidd Expedia |
| No, I did no, I did no | | | | | | Used onlin red,yellow, Cell2 (Non Expedia |
| No, I did no | No, I did no | No, I will n | No, I will n | No, I will n | No, I will n | Used onlin red,yellow, Cell1 (Non Skiplagged |
| No, I did no | No, I did no | Yes, I will n | Yes, I will n | Yes, I will n | Don't know No, I will make a re | Both – Use red,yellow, Cell1 (Non Skiplagged |
| No, I did not make a re | | Yes, I will n | No, I will n | No, I will n | No, I will n | Don't know | Will use an red,yellow, Cell2 (Non Expedia |
| No, I did not make a re | | No, I will n | Yes, I will n | No, I will n | No, I will n | No, I will n | Used onlin red,yellow, Cell2 (Non Expedia |
| Yes, I made a reservation for an ai | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will n | Yes, I will make a reservation for a | Both – Use red,yellow, Cell1 (Non Skiplagged |

**APPX. 1839**

| Q0 - Were | Q0x2 - We | Q1a - How | Q1ax1_99 | Q1b - Is the | Q1bx1_99 | Q2 - Does t | Q3a - Whic | Q3ax1_99 | Q3b - What | Q3bx1_99 | Q4 - Does t | Q5a - From |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes, I was able to clear Super chea | 0 | | 1 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear Travelocity | 0 | This price i | 0 | | | No, it does not have a business connection or association | | | | | Don't know | |
| Yes, I was able to clear THAT ITS E | 0 | NOPE | 0 | | | Yes, it has a business c | 1 | | | | No, it does not require | |
| Yes, I was able to clear The screen | 0 | The total p | 0 | | | Don't know | | | | | Yes, it requ The airline | |
| Yes, I was able to clear Easily acce | 0 | | 1 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear It is usable | 0 | | 1 | | | Yes, it has a business c | 1 | | | | Yes, it requires permiss | |
| Yes, I was able to clear Easy to rea | 0 | | 1 | | | Yes, it has a business c | 1 | | | | No, it does not require | |
| Yes, I was able to clear 140.00 6 h | 0 | | 1 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear I would not | 0 | nothing els | 0 | | | No, it does not have a business connection or association | | | | | Don't know | |
| Yes, I was able to clear I would tell | 0 | I would ask | 0 | | | Don't know | | | | | No, it does not require | |
| Yes, I was able to clear A 6:30 PM | 0 | | 1 | | | No, it does not have a business connection or association | | | | | No, it does not require | |
| Yes, I was able to clear expedia | 0 | offering tic | 0 | | | No, it does not have a business connection or association | | | | | No, it does not require | |
| Yes, I was able to clearly see the ir | 1 | | | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear I like it bec | 0 | | 1 | | | Yes, it has a Don't know | 0 | | Nothing | 0 | No, it does not require | |
| Yes, I was able to clear looks really | 0 | | 1 | | | Yes, it has a looks really | 0 | | looks easy | 0 | No, it does not require | |
| Yes, I was able to clear It was very | 0 | Not sure, I | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clearly see the ir | 1 | | | | | Yes, it has a business c | 1 | | | | Yes, it requires permiss | |
| Yes, I was able to clear It is a great | 0 | No thank y | 0 | | | Yes, it has a It is relevar | 0 | | It is my dec | 0 | No, it does not require | |
| Yes, I was able to clear The only di | 0 | The fastest | 0 | | | No, it does not have a business connection or association | | | | | Don't know | |
| Yes, I was able to clear Breaks dow | 0 | | 1 | | | Don't know | | | | | Yes, it requires permiss | |
| Yes, I was able to clear I would des | 0 | No not real | 0 | | | Yes, it has a Three othe | 0 | | It just feels | 0 | Don't know | |
| Yes, I was able to clear it looks rea | 0 | | 1 | | | Yes, it has a american a | 0 | | | 1 | Don't know | |
| Yes, I was able to clear A flight for | 0 | nope | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear a flight for | 0 | an upgrade | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear Cheaper fli | 0 | Easy to see | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear The bookin | 0 | | 1 | | | No, it does not have a business connection or association | | | | | No, it does not require | |
| Yes, I was able to clearly see the ir | 1 | | | | | Yes, it has a business c | 1 | | | | No, it does not require | |
| Yes, I was able to clear this is a site | 0 | no | 0 | | | Yes, it has a business c | 1 | | | | Don't know | |
| Yes, I was able to clearly see the ir | 1 | | | | | Yes, it has a business c | 1 | | | | No, it does not require | |
| Yes, I was able to clear Skip is inte | 0 | Not as conf | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear It's interest | 0 | N/A | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear A flight wel | 0 | Seems like | 0 | | | Don't know | | | | | Don't know | |
| Yes, I was able to clear very good v | 0 | no | 0 | | | Don't know | | | | | Don't know | |

**APPX. 1840**

| Col1 | | Col2 | | Col3 | | | Col4 |
|---|---|---|---|---|---|---|---|
| Yes, I was able to clear This is perf | 0 | I would abs | 0 | Don't know | | | Don't know |
| Yes, I was able to clear nothing cor | 0 | | 1 | Yes, it has a none | 0 | 1 | Yes, it requ none |
| Yes, I was able to clear STRAIGHT I | 0 | CLEAR PRIC | 0 | Don't know | | | Don't know |
| Yes, I was able to clear THe availal | 0 | none | 0 | No, it does not have a business connection or association | | | Don't know |
| Yes, I was able to clear A website | 0 | More mon | 0 | Yes, it has a McDonald' | 0 | Flying and 0 | No, it does not require |
| Yes, I was able to clear Busy and cr | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear I found a nc | 0 | Nothing | 0 | No, it does not have a business connection or association | | | No, it does not require |
| Yes, I was able to clear I USE THIS | 0 | | 1 | No, it does not have a business connection or association | | | No, it does not require |
| Yes, I was able to clear very well la | 0 | nothing mc | 0 | Yes, it has a Expedia | 0 | I saw the lc 0 | No, it does not require |
| Yes, I was able to clear clearly see the ir | 1 | | | Don't know | | | Don't know |
| Yes, I was able to clear It's a offeri | 0 | None | 0 | Don't know | | | Don't know |
| Yes, I was able to clear great, nons | 0 | no | 0 | Don't know | | | No, it does not require |
| Yes, I was able to clear A way to se | 0 | Appears to | 0 | Don't know | | | Don't know |
| Yes, I was able to clear Shows low | 0 | None | 0 | No, it does not have a business connection or association | | | Don't know |
| Yes, I was able to clear Mm | 0 | Njne | 0 | No, it does not have a business connection or association | | | Yes, it requires permiss |
| Yes, I was able to clear Informative | 0 | Easy to acc | 0 | No, it does not have a business connection or association | | | N, it does not require |
| Yes, I was able to clear It looked lil | 0 | I like the pr | 0 | Don't know | | | Yes, it requires permiss |
| Yes, I was able to clear Discounted | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear Airline tick | 0 | Car rentals | 0 | Yes, it has a Skiplagged | 0 | It said it 0 | No, it does not require |
| Yes, I was able to clear clearly see the ir | 1 | | | Yes, it has a business c | 1 | | Yes, it requires permiss |
| Yes, I was able to clear There are g | 0 | They are ch | 0 | Don't know | | | Yes, it requ Dont know |
| Yes, I was able to clear Price frienc | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear It's crazy | 0 | Nothing | 0 | Yes, it has a It's great | 0 | Bothing 0 | Yes, it requ It's wonder |
| Yes, I was able to clear comparison | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear The offerin | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear It's really e | 0 | Look pretty | 0 | Yes, it has a Maybe ent | 0 | I'm thinking 0 | Yes, it requ Exspedia |
| Yes, I was able to clear clearly see the ir | 1 | | | No, it does not have a business connection or association | | | No, it does not require |
| Yes, I was able to clear This is a ve | 0 | This page a | 0 | No, it does not have a business connection or association | | | Don't know |
| Yes, I was able to clear It's a websi | 0 | Nothing els | 0 | Don't know | | | Don't know |
| Yes, I was able to clear a flight for | 0 | | 1 | Yes, it has a business c | 1 | | Don't know |
| Yes, I was able to clear That it has | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear simplistic ir | 0 | | 1 | No, it does not have a business connection or association | | | No, it does not require |
| Yes, I was able to clear The websit | 0 | Very impre | 0 | No, it does not have a business connection or association | | | No, it does not require |
| Yes, I was able to clear Flights det | 0 | | 1 | Don't know | | | Don't know |

**APPX. 1841**

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes, I was able to clearly see the ir 1 | | | No, it does not have a business connection or association | | Yes, it requires permiss |
| Yes, I was able to clearly see the ir 1 | | | Don't know | | Don't know |
| Yes, I was able to clear Great | 0 | 1 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear A booking 1 0 | Booking wi 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear I'm not sur 0 | none | 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Very intere 0 | Nothing els 0 | | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear It is inform 0 | This type o 0 | Yes, it has ; Expedia | 0 | It is the Exp 0 | Yes, it requ The carrier; |
| Yes, I was able to clear Cross coun 0 | N/a | 0 | Yes, it has a business c 1 | | Yes, it requires permiss |
| Yes, I was able to clear Best price f 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | | No, it does not have a business connection or association | | Yes, it requires permiss |
| Yes, I was able to clear A airline fli; 0 | | 1 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear Easy to use 0 | Easy to und 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear It would be 0 | | 1 | Don't know | | Yes, it requires permiss |
| Yes, I was able to clear A flight lea 0 | price for or 0 | | Don't know | | No, it does not require |
| Yes, I was able to clear I would sai 0 | nothing els 0 | | Don't know | | No, it does not require |
| Yes, I was able to clear a decent pl 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear For booking 0 | much chea 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Gives you a 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear It was clear 0 | I liked it. | 0 | Don't know | | No, it does not require |
| Yes, I was able to clear A pretty go 0 | No | 0 | Yes, it has ; Expedia | 0 | It said so | 0 | No, it does not require |
| Yes, I was able to clear $200 ticket 0 | no checked 0 | | Don't know | | Don't know |
| Yes, I was able to clear Flight chea 0 | No | 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Expedia ha 0 | | 1 | Yes, it has ; Commercia 0 | Their able t 0 | Yes, it requ TSA |
| Yes, I was able to clear Reasonable 0 | Good detai 0 | | Don't know | | No, it does not require |
| Yes, I was able to clear The offerin 0 | The checko 0 | | Don't know | | Don't know |
| Yes, I was able to clear One way fr 0 | Very Reaso 0 | | Yes, it has ; The Airline 0 | Expedia is a 0 | Yes, it requ The Airlines |
| Yes, I was able to clear It's a good 0 | It's kind of 0 | | Don't know | | Don't know |
| Yes, I was able to clear Great price 0 | | 1 | Don't know | | Yes, it requires permiss |
| Yes, I was able to clear Great deal 0 | No | 0 | Don't know | | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | | Don't know | | Yes, it requires permiss |
| Yes, I was able to clear Flight from 0 | No | 0 | Don't know | | Don't know |
| Yes, I was able to clear A website t 0 | Provides pr 0 | | Don't know | | Don't know |
| Yes, I was able to clear standard e: 0 | all good | 0 | Don't know | | Don't know |

**APPX. 1842**

| | | | | |
|---|---|---|---|---|
| Yes, I was able to clear Clear easy | 0 | Colors mad 0 | Don't know | No, it does not require |
| Yes, I was able to clear It was clear 0 | | I liked seei 0 | Don't know | No, it does not require |
| Yes, I was able to clear Speed | 0 | Safe 0 | Yes, it has a business c 1 | 1 | Yes, it requires permis: |
| Yes, I was able to clear There is thi 0 | | The websit 0 | No, it does not have a business connection or association Don't know | |
| Yes, I was able to clear It seems fa 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear A reasonab 0 | | You can vie 0 | No, it does not have a business connection or association Don't know | |
| Yes, I was able to clear there was \ 0 | | 1 | Yes, it has a business c 1 | Yes, it requires permis: |
| Yes, I was able to clear Don't forge 0 | | 1 | Yes, it has a business c 1 | Yes, it requires permis: |
| Yes, I was able to clearly see the ir 1 | | | No, it does not have a business connection or association No, it does not require | |
| Yes, I was able to clearly see the ir 1 | | | Yes, it has a business c 1 | Don't know |
| Yes, I was able to clear Seems like | 0 | No 0 | Don't know | Don't know |
| Yes, I was able to clear It was nice | 1 | | Don't know | No, it does not require |
| Yes, I was able to clear Easy websi 0 | | I like how i 0 | Don't know | No, it does not require |
| Yes, I was able to clear You can ge 0 | | I would tell 0 | No, it does not have a business connection or association Don't know | |
| Yes, I was able to clear It's an onlir 0 | | It gives you 0 | Don't know | Don't know |
| Yes, I was able to clear Nice offer ( 0 | | Good deal 0 | Don't know | Don't know |
| Yes, I was able to clear Helpful | 0 | Fast 0 | Don't know | Don't know |
| Yes, I was able to clear there is a b 0 | | and this is \ 0 | Don't know | Don't know |
| Yes, I was able to clear i looked on 0 | | 1 | Don't know | No, it does not require |
| Yes, I was able to clear I would de: 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear It ended up 0 | | It was a litt 0 | Yes, it has a don't rem 0 | I saw it cou 0 | Don't know |
| Yes, I was able to clear I would say 0 | | It is pretty 0 | No, it does not have a business connection or association No, it does not require | |
| Yes, I was able to clearly see the ir 1 | | | Don't know | Don't know |
| Yes, I was able to clear Hey, check 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear Receive a c 0 | | 1 | No, it does not have a business connection or association Don't know | |
| Yes, I was able to clearly see the ir 1 | | 1 | Don't know | No, it does not require |
| Yes, I was able to clear It has flight 0 | | You earn re 0 | Yes, it has Airlines 0 | It lists the f 0 | Yes, it requ ANA |
| Yes, I was able to clear Expedia off 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear A number ( 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear great rates 0 | | good value 0 | Don't know | Don't know |
| Yes, I was able to clear A great dea 0 | | Arriving at 0 | Don't know | No, it does not require |
| Yes, I was able to clear Great easy 0 | | 1 | Yes, it has the airline 0 | showed the 0 | No, it does not require |
| Yes, I was able to clear It was seve 0 | | It showed s 0 | Don't know | Don't know |
| Yes, I was able to clear a cool feati 0 | | 1 | Don't know | No, it does not require |

**APPX. 1843**

| | | | | | |
|---|---|---|---|---|---|
| Yes, I was able to clear | It has lots c | 0 | Fees and o| 0 | Yes, it has a business c | 1 | Don't know |
| Yes, I was able to clear | This is a we | 0 | | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear | It is a little | 0 | No | 0 | Yes, it has ¿ I would ass | 0 | Just a gues: | 0 | Don't know |
| Yes, I was able to clear | It looks ver | 0 | not sure wl | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | It gives the | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clearly see the ir | 1 | | Don't know | | Yes, it requires permis: |
| Yes, I was able to clear | Flight book | 0 | Cars,motel: | 0 | Yes, it has a business c | 1 | Yes, it requ Airline |
| Yes, I was able to clear | $140 flight | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear | Reasonabl∈ | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear | It is a webs | 0 | The layout | 0 | Yes, it has ¿ It looks like | 0 | It is a good | 0 | Yes, it requ A company |
| Yes, I was able to clear | Awesome | 0 | Trusted flig | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clearly see the ir | 1 | | Yes, it has a business c | 1 | Yes, it requires permis: |
| Yes, I was able to clear | It is a flight | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear | This is an o | 0 | It is conver | 0 | No, it does not have a business connection or association | Yes, it requires permis: |
| Yes, I was able to clear | Site to boo | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clearly see the ir | 1 | | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear | I would des | 0 | No, there i: | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | The websit | 0 | | 1 | Yes, it has ¿ Tuft | 0 | | 1 | No, it does not require |
| Yes, I was able to clear | This is a re: | 0 | It's very cle | 0 | Don't know | | Don't know |
| Yes, I was able to clear | It will save | 0 | They have ¿ | 0 | Don't know | | Don't know |
| Yes, I was able to clear | It was fligh | 0 | | 1 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear | Good price | 0 | | 1 | Don't know | | Yes, it requires permis: |
| Yes, I was able to clear | It's a cheap | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clearly see the ir | 1 | | Yes, it has ¿ Hotels arou | 0 | Because yo | 0 | Don't know |
| Yes, I was able to clear | It provided | 0 | Nothing | 0 | Don't know | | Don't know |
| Yes, I was able to clear | This a goo∈ | 0 | It appears t | 0 | Don't know | | Yes, it requires permis: |
| Yes, I was able to clear | It has what | 0 | No | 0 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear | there are tl | 0 | | | Don't know | | Don't know |
| Yes, I was able to clear | a dubious r | 0 | seems a litl | 0 | Don't know | | Don't know |
| Yes, I was able to clear | It's a flight | 0 | I like how it | 0 | Yes, it has ¿ Skiplagged | 0 | It had the r | 0 | Don't know |
| Yes, I was able to clearly see the ir | 1 | | 0 | Don't know | | Don't know |
| Yes, I was able to clear | I would def | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | Expedia ha | 0 | You will ha | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | Orange Cou | 0 | Miami | 0 | Yes, it has ¿ LinkedIn | 0 | | 1 | Yes, it requires permis: |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes, I was able to clear | This travel | 0 | The service | 0 | Don't know | | | Don't know |
| Yes, I was able to clear | Similar to v | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear | Don't really | 0 | None | 0 | Yes, it has : | It really jus | 0 | None | 0 | Yes, it requ | Depends |
| Yes, I was able to clear | there are s | 0 | | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear | Easy to und | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | it is very gc | 0 | no | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | It looks like | 0 | Looks like ( | 0 | Don't know | | | Don't know |
| Yes, I was able to clear | Great chea | 0 | Yea just the | 0 | Yes, it has : | Expedia | 0 | I saw Expec | 0 | No, it does not require |
| Yes, I was able to clear | It is ok but | 0 | None | 0 | Don't know | | | Don't know |
| Yes, I was able to clear | Best price | 0 | Great price | 0 | Yes, it has a business c | 1 | | | Yes, it requires permiss |
| Yes, I was able to clear | I cheaper o | 0 | There were | 0 | Don't know | | | Don't know |
| Yes, I was able to clearly see the ir | 1 | | | | | | |
| Yes, I was able to clear | It was an e: | 0 | It was nice | 0 | Yes, it has : | The airline | 0 | They don't | 0 | No, it does not require |
| Yes, I was able to clear | I always us | 0 | Easy to use | 0 | Don't know | | | Don't know |
| Yes, I was able to clear | Very good | 0 | No | 0 | Don't know | | | Don't know |
| Yes, I was able to clear | I would say | 0 | | 1 | Don't know | | | No, it does not require |
| Yes, I was able to clear | User friend | 0 | None | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | This websit | 0 | No | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | It was well | 0 | Nothing els | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | A flight for | 0 | No there is | 0 | Yes, it has a business c | 1 | | | Don't know |
| Yes, I was able to clear | Hey, I got a | 0 | | 1 | Don't know | | | No, it does not require |
| Yes, I was able to clear | It is of grea | 0 | It is reliable | 0 | Yes, it has : | Manufactu | 0 | Automotive | 0 | Yes, it requ | They are re |
| Yes, I was able to clear | Bonus deal | 0 | It was grea | 0 | Yes, it has : | American | 0 | It seemed I | 0 | Yes, it requ | You can't u |
| Yes, I was able to clear | Clear and e | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear | I don't kno | 0 | I don't kno | 0 | Yes, it has : | I don't kno | 0 | I don't kno | 0 | Yes, it requ | I don't kno |
| Yes, I was able to clear | it was a 221 | 0 | nothing els | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | on the site | 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear | It's good va | 0 | It's clear ar | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | It is a line u | 0 | No | 0 | Yes, it has : | Expedia | 0 | That's wha | 0 | Don't know |
| Yes, I was able to clear | appealing | 0 | interesting | 0 | Yes, it has : | American A | 0 | I see and re | 0 | Yes, it requ | Expedia |
| Yes, I was able to clear | Skiplagged | 0 | | 1 | No, it does not have a business connection or association | Yes, it requires permiss |
| Yes, I was able to clear | It's Expedia | 0 | Its cheap | 0 | Yes, it has : | Expedia | 0 | There's a b | 0 | Don't know |
| Yes, I was able to clear | The websit | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | A great opp | 0 | | 1 | Don't know | | | Don't know |

**APPX. 1845**

| | | | | | |
|---|---|---|---|---|---|
| Yes, I was able to clear It allows m 0 | The flight v 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear It helps wit 0 | Estimates F 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear Marketing 0 | And compa 0 | Yes, it has Philadelphi 0 | The descrip 0 | Yes, it requ The main c |
| Yes, I was able to clear I'd describe 0 | 1 | Don't know | Don't know |
| Yes, I was able to clear It is very w 0 | 1 | Yes, it has Delta airlin 0 | It is very ap 0 | Yes, it requ Delta airlin |
| Yes, I was able to clear There was 0 | No 0 | No, it does not have a business connection or association | Yes, it requ The only w |
| Yes, I was able to clear this is a gre 0 | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear This websit 0 | No, there is 0 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear The offerin 0 | 1 | Don't know | Yes, it requ delta |
| Yes, I was able to clear It's a 5 hou 0 | 1 | No, it does not have a business connection or association | Yes, it requ American a |
| Yes, I was able to clear new metho 0 | easy and b 0 | Yes, it has american a 0 | logo 0 | No, it does not require |
| Yes, I was able to clear Special flig 0 | 1 | No, it does not have a business connection or association | Yes, it requ American A |
| Yes, I was able to clear Looks like 0 | 1 | Yes, it has Expedia 0 | looks like t 0 | No, it does not require |
| Yes, I was able to clear There's a c 0 | 1 | Yes, it has With differ 0 | Because I s 0 | Yes, it requ The direct |
| Yes, I was able to clear $140 to go 0 | No 0 | Don't know | No, it does not require |
| Yes, I was able to clear The offerin 0 | Noting 0 | Yes, it has The theft c 0 | Because it 0 | Yes, it requires permiss |
| Yes, I was able to clear I describe i 0 | Looks like 0 | Yes, it has It's booking 0 | Because of 0 | Yes, it requ I think a 3r |
| Yes, I was able to clear expedia, th 0 | no 0 | Yes, it has it related 0 | none 0 | Yes, it requ its business |
| Yes, I was able to clear It was here 0 | Nothing 0 | Yes, it has Nothing 0 | 1 | No, it does not require |
| Yes, I was able to clear Good price 0 | Na 0 | Yes, it has a business c 1 | Yes, it requires permiss |
| Yes, I was able to clear I will descri 0 | No 0 | Yes, it has Expedia 0 | 1 | No, it does not require |
| Yes, I was able to clear Very inforn 0 | 1 | Yes, it has Expedia 0 | It's on the l 0 | Yes, it requires permiss |
| Yes, I was able to clear A very slee 0 | 1 | Yes, it has Delta 0 | Because I s 0 | Yes, it requ Delta |
| Yes, I was able to clear i think it's r 0 | basically yc 0 | Yes, it has skiplagged 0 | because it' 0 | Yes, it requ slip lagged |
| Yes, I was able to clear maybe i wi 0 | not at all ju 0 | Yes, it has I think it ha 0 | They offer 0 | Yes, it requ I think it dc |
| Yes, I was able to clear Flight book 0 | 1 | Yes, it has Delta 0 | Just based 0 | Yes, it requ delta amer |
| Yes, I was able to clear It's a websi 0 | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear Expedia is 0 | 1 | Don't know | Don't know |
| Yes, I was able to clear This offerin 0 | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear I'd describe 0 | I'd also con 0 | Yes, it has United Airli 0 | It looks fan 0 | No, it does not require |
| Yes, I was able to clear It gives you 0 | 1 | Yes, it has Delta 0 | It said the l 0 | Yes, it requ American s |
| Yes, I was able to clear Expedia.co 0 | They were 0 | Yes, it has Priceline 0 | From exper 0 | No, it does not require |
| Yes, I was able to clear Website th 0 | 1 | Don't know | No, it does not require |
| Yes, I was able to clear This is a 6h 0 | 1 | Don't know | Yes, it requ Any of the |

**APPX. 1846**

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes, I was able to clear $264 for a | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear It's very co | 0 | | 1 | Yes, it has a business c | 1 | Don't know |
| Yes, I was able to clear Finding dis | 0 | | 1 | Yes, it has a Expedia | 0 | Don't know 0 | Yes, it requires permiss |
| Yes, I was able to clear it is a one v | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear A very conf | 0 | | 1 | Yes, it has a The airline | 0 | 1 | Yes, it requ Because it |
| Yes, I was able to clear There is a r | 0 | The flight is | 0 | Don't know | | Yes, it requ American A |
| Yes, I was able to clear Informative | 0 | | 1 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clearly see the ir | 1 | | | Don't know | | Don't know |
| Yes, I was able to clear The offerin | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear It's a 5 hou | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clearly see the ir | 1 | | | Don't know | | Don't know |
| Yes, I was able to clear It looks ver | 0 | No | 0 | Don't know | | Don't know |
| Yes, I was able to clear Flying from | 0 | There were | 0 | Don't know | | Yes, it requ American A |
| Yes, I was able to clear $263 flight | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear I think the | 0 | It has some | 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear IT IS FAMIL | 0 | NONE | 0 | Yes, it has a IT IS A TECH | 0 | NONE 0 | No, it does not require |
| Yes, I was able to clear It's a lot of | 0 | I like you | 0 | Yes, it has a It's a lot of | 0 | I know you 0 | Yes, it requ It's a lot mo |
| Yes, I was able to clear An Expedia | 0 | They unlea | 0 | Yes, it has a Hotel.com, | 0 | Their platfo 0 | Yes, it requ Expedia gro |
| Yes, I was able to clear That's conv | 0 | Nothing els | 0 | Don't know | | Yes, it requ Jet blue |
| Yes, I was able to clear Expedia is a | 0 | nothing els | 0 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear The best of | 0 | Photos are | 0 | Yes, it has a American a | 0 | Shown in tł 0 | Yes, it requ Amazon |
| Yes, I was able to clear Very valuał | 0 | No | 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Inexpensive | 0 | N/a | 0 | Yes, it has a Other airlir | 0 | Because th 0 | No, it does not require |
| Yes, I was able to clear Affordable | 0 | | 1 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear it is very de | 0 | | 1 | Yes, it has a business c | 1 | Yes, it requires permiss |
| Yes, I was able to clear This websit | 0 | | 1 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear Is offering 1 | 0 | | 1 | Don't know | | Yes, it requires permiss |
| Yes, I was able to clear it gave a fa | 0 | I didnt see | 0 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear Shows a fly | 0 | There are | 0 | Don't know | | Yes, it requires permiss |
| Yes, I was able to clear A trip for 1 | 0 | Nothing | 0 | Don't know | | No, it does not require |
| Yes, I was able to clear I would tell | 0 | Nothing els | 0 | Don't know | | Don't know |
| Yes, I was able to clear I believe Ex | 0 | The Expedi | 0 | Don't know | | Yes, it requ The airline |
| Yes, I was able to clear overall wou | 0 | | 1 | No, it does not have a business connection or association | | Yes, it requ American a |
| Yes, I was able to clearly see the ir | 1 | | | Don't know | | Don't know |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes, I was able to clear | It was varic | 0 | | 1 | Yes, it has : | the airlines | 0 | it was varic | 0 | Don't know |
| Yes, I was able to clear | TRUSTED V | 0 | NOTHING | 1 | Yes, it has a business c | 1 | No, it does not require | Don't know |
| Yes, I was able to clear | Very reaso | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear | great price | 0 | nothing els | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | A way to b | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | an airline b | 0 | compare o | 0 | Yes, it has : | Hertz | 0 | I think I sav | 0 | Don't know |
| Yes, I was able to clear | It was nons | 0 | The price w | 0 | Don't know | | Don't know |
| Yes, I was able to clear | Gives you a | 0 | Clear, conc | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | To the pret | 0 | Nothing els | 0 | Don't know | | Yes, it requires permis |
| Yes, I was able to clear | It is an offe | 0 | | 1 | Yes, it has : | Orbitz | 0 | | 1 | No, it does not require |
| Yes, I was able to clear | It's a fairly | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | fair price fc | 0 | book early | 0 | Don't know | | No, it does not require |
| Yes, I was able to clear | TRAVING V | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear | Ease of use | 0 | User friend | 0 | Yes, it has : | Delta | 0 | | 1 | No, it does not require |
| Yes, I was able to clear | Skiplagged | 0 | They offer | 0 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear | Complicate | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | It helps you | 0 | Expedia ha | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | The websit | 0 | | 1 | Yes, it has : | onekeycasl | 0 | a way to m | 0 | Don't know |
| Yes, I was able to clear | Good delta | 0 | | 1 | Yes, it has : | Delta | 0 | | 1 | No, it does not require |
| Yes, I was able to clear | Expedia rar | 0 | It works w | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | GOOD  DIS | 0 | book  now | 0 | Yes, it has : | expedia | 0 | discount  o | 0 | Yes, it requ | secondary |
| Yes, I was able to clear | Don't know | 0 | | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear | Little low ir | 0 | No | 0 | Yes, it has a business c | 1 | Don't know |
| Yes, I was able to clear | A $140 fligl | 0 | Basic econc | 0 | Don't know | | Don't know |
| Yes, I was able to clear | Seems like | 0 | I would bo | 0 | Don't know | | Don't know |
| Yes, I was able to clear | A discount | 0 | No | 0 | Don't know | | Don't know |
| Yes, I was able to clear | The websit | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | There was | 0 | Thats all I h | 0 | Don't know | | Don't know |
| Yes, I was able to clear | Very reaso | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clearly see the ir | 1 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear | expedia is | 0 | no | 0 | Yes, it has : | this websit | 0 | I say it is gc | 0 | No, it does not require |
| Yes, I was able to clear | It was an al | 0 | The total w | 0 | Yes, it has : | Airlines | 0 | It was for a | 0 | Don't know |
| Yes, I was able to clear | 140 | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear | Great prod | 0 | Worth the | 0 | No, it does not have a business connection or association | No, it does not require |

**APPX. 1848**

| | | | | |
|---|---|---|---|---|
| Yes, I was able to clear I would de: 0 | I really like 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear I clearly see the ir 1 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear website - q 0 | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear I would de: 0 | 1 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Easy and cc 0 | Organized 0 | No, it does not have a business connection or association | | Yes, it requ Google |
| Yes, I was able to clear A website/. 0 | No. 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Online tick 0 | no 0 | Yes, it has ≀ flight inforr 0 | good value 0 | Yes, it requ airbnb |
| Yes, I was able to clear It seemed l 0 | The time s 0 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear easy to nav 0 | 1 | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear A direct flig 0 | There were 0 | Don't know | | Yes, it requ Each of the |
| Yes, I was able to clear Expedia off 0 | Nope, they 0 | Yes, it has ≀ A credit car 0 | Because it : 0 | Yes, it requ It shows it i |
| Yes, I was able to clear It's a websi 0 | Nothing. 0 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear It seems lik 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clear Very detail 0 | Everything 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Scam 0 | Not a fan o 0 | Don't know | | Yes, it requ Airline |
| Yes, I was able to clear That's a gr 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clear Super chea 0 | Flight us nc 0 | Don't know | | Don't know |
| Yes, I was able to clear Easy to use 0 | Cheap 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Looks too g 0 | Well laid ou 0 | Yes, it has ≀ Uses a Dba 0 | Listed as su 0 | No, it does not require |
| Yes, I was able to clear Sounds gre 0 | No 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear very simila 0 | 1 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Fairly easy 0 | Innovative 0 | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear A red eye f 0 | Non stop o 0 | Don't know | | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | Don't know | | Don't know |
| Yes, I was able to clear intuitive an 0 | very straigt 0 | Don't know | | No, it does not require |
| Yes, I was able to clear The price r 0 | 1 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear It's a good 0 | It's easy to 0 | No, it does not have a business connection or association | | No, it does not require |
| No, I was n Yes, I was able to clear 1 | | Don't know | | Don't know |
| Yes, I was able to clear 650-1015 a 0 | connecting 0 | Yes, it has ≀ Don't know 0 | isnt specific 0 | No, it does not require |
| Yes, I was able to clear Expedia flig 0 | 1 | Yes, it has ≀ Expedia 0 | It's the nan 0 | Yes, it requ Expedia |
| Yes, I was able to clearly see the ir 1 | | Yes, it has a business c 1 | | Yes, it requires permis: |
| Yes, I was able to clear You can bo 0 | Nothing 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear A good dea 0 | 1 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear It offers wh 0 | a website ( 0 | Don't know | | Yes, it requ the airlines |

**APPX. 1849**

| | | | | | |
|---|---|---|---|---|---|
| Yes, I was able to clear I would tell 0 | | 1 | Yes, it has a business c 1 | | Yes, it requires permis |
| Yes, I was able to clear No comme 0 | | 1 | Yes, it has a business c 1 | | Yes, it requ Delta |
| Yes, I was able to clear User friend 0 | Convience 0 | | Yes, it has ɛ Travelog 0 | 1 | Yes, it requires permis |
| Yes, I was able to clear The websit 0 | Nothing at 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear It was for a 0 | | 1 | Yes, it has ɛ A travel ag 0 | Because it' 0 | Yes, it requ Through th |
| Yes, I was able to clear An offering 0 | | 1 | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear Has good fi 0 | They have 0 | | Yes, it has ɛ There are r 0 | The main p 0 | No, it does not require |
| Yes, I was able to clear To see thes 0 | To show th 0 | | Yes, it has ɛ Amazom 0 | It feels like 0 | No, it does not require |
| Yes, I was able to clear Not sure 0 | Not sure 0 | | Yes, it has ɛ Not sure 0 | Not sure 0 | Don't know |
| Yes, I was able to clear A good offe 0 | It's a good 0 | | Yes, it has ɛ Feel like Ar 0 | Because th 0 | No, it does not require |
| Yes, I was able to clear I would ser 0 | | 1 | Yes, it has ɛ Kodak or w 0 | It is useful ! 0 | Yes, it requires permis |
| Yes, I was able to clear This offerin 0 | No 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Very good 0 | Nope 0 | | Yes, it has ɛ Plus 0 | 1 | Yes, it requ Six |
| No, I was n Yes, I was ɛ It's full of ir 0 | American ƅ 0 | | Don't know | | No, it does not require |
| Yes, I was able to clear It show you 0 | It shows th 0 | | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear A website t 0 | It gives you 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Nonstop fli 0 | Nothing fur 0 | | Don't know | | Don't know |
| Yes, I was able to clear An expedia 0 | | 1 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear it is somew 0 | no 0 | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear It's a one w 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear Fast 0 | No 0 | | Yes, it has a business c 1 | | Yes, it requires permis |
| Yes, I was able to clear Flight to M 0 | Price 0 | | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear Very good 0 | No 0 | | Yes, it has ɛ Trip.com 0 | No 0 | Yes, it requ Yes |
| Yes, I was able to clear There is a g 0 | It's a good 0 | | Yes, it has ɛ An airline I 0 | It's commo 0 | No, it does not require |
| Yes, I was able to clear A bit clutte 0 | | 1 | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear A website t 0 | More then 0 | | Don't know | | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | | Don't know | | Don't know |
| Yes, I was able to clear Different fl 0 | Nor really 0 | | Don't know | | Yes, it requ I would ima |
| Yes, I was able to clear Very typica 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear A nonstop 0 | Very clear ! 0 | | No, it does not have a business connection or association | | Yes, it requ American a |
| Yes, I was able to clear An offering 0 | A one stop 0 | | Yes, it has ɛ Expedia 0 | The brand i 0 | Yes, it requ Expedia |
| Yes, I was able to clear it's a websi 0 | it would be 0 | | Yes, it has ɛ american a 0 | it would be 0 | Don't know |
| Yes, I was able to clear Easy and si 0 | The interfa 0 | | Don't know | | Don't know |
| Yes, I was able to clear A pretty typ 0 | | 1 | Don't know | | Don't know |

**APPX. 1850**

| | | | | |
|---|---|---|---|---|
| Yes, I was able to clear orange cou 0 | its a cheap 0 | Don't know | | Don't know |
| Yes, I was able to clear The compa 0 | This advert 0 | Don't know | | Don't know |
| Yes, I was able to clear I would thi 0 | 1 | Yes, it has a business c 1 | | Yes, it requires permis: |
| Yes, I was able to clear The cost of 0 | 1 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear Great and ( 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clear Great deals 0 | No nothing 0 | Yes, it has ; Skipflaggec 0 | Promotion: 0 | Don't know |
| Yes, I was able to clear I was a flig 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clear Easy to rea 0 | 1 | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear It was basc 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clear It's convinc 0 | 1 | Yes, it has ; Ranstad 0 | It's conven 0 | Yes, it requires permis: |
| Yes, I was able to clear A complete 0 | not at all 0 | Don't know | | No, it does not require |
| Yes, I was able to clear I saw that t 0 | It was a no 0 | Don't know | | Don't know |
| Yes, I was able to clear Well that it 0 | Well we ca 0 | Yes, it has ; American / 0 | Well becau 0 | Yes, it requ Well it can |
| Yes, I was able to clear It is easy sy 0 | 1 | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear It's a great 0 | No 0 | No, it does not have a business connection or association Don't know |
| Yes, I was able to clear It was nice 0 | Nice 0 | Yes, it has a business c 1 | | Yes, it requires permis: |
| Yes, I was able to clear it offers yo 0 | 1 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear Would use 0 | Very benef 0 | Yes, it has ; Booking.co 0 | Reliable ve 0 | Yes, it requ Expedia |
| Yes, I was able to clear usually a e 0 | 1 | Yes, it has ; Expedia 0 | 1 | Yes, it requires permis: |
| Yes, I was able to clear the offer is 0 | no 0 | Don't know | | Yes, it requ the airlines |
| Yes, I was able to clear The websit 0 | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear It's very ea 0 | Better choi 0 | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear Looks like ( 0 | 1 | Don't know | | Yes, it requires permis: |
| Yes, I was able to clear Good deal 0 | No 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear Low price 0 | Convenient 0 | Yes, it has ; Expedia 0 | Ad 0 | Yes, it requ Expedia |
| Yes, I was able to clear It seems gc 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clear This Is The 0 | 0 | Don't know | | Don't know |
| Yes, I was able to clear I would def 0 | No 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear Good looks 0 | None that I 0 | Don't know | | Don't know |
| Yes, I was able to clear 150 dollars 0 | 1 | Yes, it has ; skiplagged 0 | The banner 0 | Don't know |
| Yes, I was able to clear I think that 0 | 1 | Don't know | | Don't know |
| Yes, I was able to clearly see the ir 1 | | Yes, it has a business c 1 | | Yes, it requires permis: |
| Yes, I was able to clear It's a one v 0 | The pricing 0 | Don't know | | Don't know |
| Yes, I was able to clear Great airlin 0 | Check out 0 | Don't know | | No, it does not require |

**APPX. 1851**

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes, I was able to clear I think it wa 0 | 1 | | Yes, it has a I think it is 0 | It would m 0 | Yes, it requ It is very im |
| Yes, I was able to clear Expedia ha 0 | | Great custc 0 | Yes, it has a Expedia 0 | It showed t 0 | Don't know |
| Yes, I was able to clear Online airli 0 | | The websit 0 | Don't know | | Don't know |
| Yes, I was able to clear Hi buddy I : 0 | | If he likes v 0 | No, it does not have a business connection or association Yes, it requ Defense Tra |
| Yes, I was able to clear Many choic 0 | 1 | | Don't know | | Yes, it requires permis |
| Yes, I was able to clear I would like 0 | 1 | | Yes, it has a business c 1 | | Yes, it requires permis |
| Yes, I was able to clear The best 0 | | Convenienc 0 | Yes, it has a Amazon 0 | I saw that 0 | Yes, it requ Ama6 |
| Yes, I was able to clear Affordable 0 | 1 | | Don't know | | Don't know |
| Yes, I was able to clear Its A great 0 | | no 0 | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear It showed y 0 | | Prices are s 0 | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear Kindness a 0 | | No 0 | Don't know | | Don't know |
| Yes, I was able to clear It has price 0 | 1 | | No, it does not have a business connection or association Yes, it requ Expedia |
| Yes, I was able to clear Seems like 0 | | Seats seem 0 | Don't know | | Don't know |
| Yes, I was able to clear Great job c 0 | 1 | | Don't know | | Don't know |
| Yes, I was able to clear It's clear ar 0 | | No, there's 0 | Don't know | | Don't know |
| Yes, I was able to clear It is easy to 0 | | It has the ri 0 | Yes, it has a Expedia 0 | 1 | No, it does not require |
| Yes, I was able to clear They have 0 | 1 | | Don't know | | No, it does not require |
| Yes, I was able to clear It's a good 0 | | None 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear Very good 0 | | Also you ha 0 | Don't know | | Don't know |
| Yes, I was able to clear It is easy to 0 | | It is easy to 0 | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear They show 0 | | It's a legit c 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear It's very go 0 | | Not really 0 | Yes, it has a Software d 0 | Because it' 0 | Yes, it requ From techr |
| Yes, I was able to clear It was so af 0 | | Not much e 0 | Yes, it has a American a 0 | That's who 0 | No, it does not require |
| Yes, I was able to clear Seems like 0 | 1 | | Don't know | | Don't know |
| Yes, I was able to clear That there' 0 | 1 | | Yes, it has a Don't know 0 | It's expedia 0 | Yes, it requires permis |
| Yes, I was able to clear It's clearly see the ir 1 | | Yes, it has a business c 1 | | Yes, it requires permis |
| Yes, I was able to clear Yo, I found 0 | 1 | | Don't know | | Don't know |
| Yes, I was able to clear That is a ve 0 | 1 | | Don't know | | Don't know |
| Yes, I was able to clear It's an ama 0 | 1 | | Don't know | | No, it does not require |
| Yes, I was able to clear This site of 0 | 1 | | Don't know | | Don't know |
| Yes, I was able to clear The produc 0 | | It has a goc 0 | Yes, it has a LinkedIn ar 0 | The feature 0 | Yes, it requ Amazon an |
| Yes, I was able to clear Clear, man 0 | | Same 0 | Don't know | | Don't know |
| Yes, I was able to clear It gives you 0 | 1 | | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear PLenty of ir 0 | | Nothing co 0 | Don't know | | Don't know |

**APPX. 1852**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Yes, I was able to clear | It looks rea | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear | Very comp | 0 | No | 0 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear | This is a nic | 0 | no | 0 | Don't know | | Don't know |
| Yes, I was able to clear | you buy a t | 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | The offerin | 0 | | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear | Is okay, not | 0 | Nothing co | 0 | Don't know | | Don't know |
| Yes, I was able to clear | It offered a | 0 | It also gave | 0 | Don't know | | No, it does not require |
| Yes, I was able to clear | It looks so | 0 | | 1 | Yes, it has a business c | 1 | No, it does not require |
| Yes, I was able to clear | Average pr | 0 | Easy to boc | 0 | Don't know | | No, it does not require |
| No, I was n | Yes, I was a | Basic | | 0 | Don't know | | Don't know |
| No, I was n | Yes, I was a | Over night | 0 | All night flip | 0 | Don't know | | Don't know |
| Yes, I was able to clear | a quick wel | 0 | | 1 | Yes, it has a google | 0 | | 1 | No, it does not require |
| Yes, I was able to clear | Dont know | 0 | | 1 | No, it does not have a business connection or association | Yes, it requires permiss |
| Yes, I was able to clear | I would des | 0 | No | 0 | Don't know | | Don't know |
| Yes, I was able to clear | A detailed : | 0 | | 1 | No, it does not have a business connection or association | Yes, it requires permiss |
| Yes, I was able to clear | It's a high c | 0 | Nothing | 0 | Yes, it has a | I didn't not | 0 | Nothing | 0 | No, it does not require |
| Yes, I was able to clear | It is very us | 0 | no further | 0 | Yes, it has a | n/a | 0 | n/a | 0 | No, it does not require |
| Yes, I was able to clear | The websit | 0 | | 1 | Yes, it has a | Southwest | 0 | I believe yc | 0 | Yes, it requ | The particu |
| Yes, I was able to clear | A website t | 0 | I find it stra | 0 | Don't know | | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | From here | 0 | No | 0 | Don't know | | No, it does not require |
| Yes, I was able to clear | Nonstop fli | 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear | Very conve | 0 | It shows ev | 0 | Yes, it has a business c | 1 | Yes, it requires permiss |
| Yes, I was able to clear | A list of flig | 0 | They all see | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | Great price | 0 | Good infor | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | Flight was v | 0 | Price was $ | 0 | No, it does not have a business connection or association | No, it does not require |
| No, I was n | Yes, I was a | I would tell | 0 | | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear | It was a we | 0 | Offers dire | 0 | No, it does not have a business connection or association | Yes, it requ | From the a |
| Yes, I was able to clear | Tell them t | 0 | None | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | There were | 0 | | 1 | Don't know | | No, it does not require |
| Yes, I was able to clear | Reliable | 0 | I think it's e | 0 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear | Very helpfu | 0 | Would find | 0 | Yes, it has a | Google | 0 | Very helpfu | 0 | No, it does not require |
| Yes, I was able to clear | Straight thr | 0 | Delivers a $ | 0 | Don't know | | No, it does not require |
| Yes, I was able to clear | Yes | 0 | No | 0 | Don't know | | Don't know |

**APPX. 1853**

| | | | |
|---|---|---|---|
| Yes, I was able to clear It's a websi 0 | No | 0 | Don't know | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Yes, it has a business c 1 | Don't know |
| Yes, I was able to clear Open and h 0 | Nothing ad 0 | No, it does not have a business connection or association Don't know |
| Yes, I was able to clear Expedia ha 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear They have 0 | Not at this 0 | Don't know | Don't know |
| Yes, I was able to clearly see the ir 1 | | | No, it does not have a business connection or association Yes, it requires permiss |
| Yes, I was able to clear Free cance 0 | No | 0 | Don't know | Don't know |
| Yes, I was able to clear A flight fron 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear Its way too 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear Far and wh 0 | | 1 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear In the end 0 | Easy to foll 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear This is a wa 0 | Hidden city 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear a non stop 0 | do not rem 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear I got a hoo 0 | Nothing els 0 | Don't know | No, it does not require |
| Yes, I was able to clear It was clear 0 | Prices were 0 | Don't know | Don't know |
| Yes, I was able to clear Experience 0 | Experience 0 | Yes, it has a No I only lil 0 | I like that w 0 | Yes, it requ I always giv |
| Yes, I was able to clear There were 0 | I was able t 0 | Don't know | Don't know |
| Yes, I was able to clear User friend 0 | It does hav 0 | Don't know | Don't know |
| Yes, I was able to clear Cheaper fli 0 | no | 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear This is a de 0 | Very logica 0 | Don't know | No, it does not require |
| Yes, I was able to clear It is a comp 0 | No | 0 | Don't know | Don't know |
| Yes, I was able to clear It is a trave 0 | It shows pr 0 | Don't know | No, it does not require |
| Yes, I was able to clear The websit 0 | It gives you 0 | Don't know | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | | Yes, it has a business c 1 | Yes, it requires permiss |
| Yes, I was able to clear Easy to use 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear It was very 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Don't know | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Don't know | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Don't know | Don't know |
| Yes, I was able to clear Clearly stat 0 | | 1 | Don't know | Don't know |
| Yes, I was able to clear They have 0 | | 1 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear It seems in 0 | Yes it mad 0 | Don't know | Don't know |
| Yes, I was able to clear Very descri 0 | No | 0 | No, it does not have a business connection or association No, it does not require |
| Yes, I was able to clear offers you 0 | | 1 | Don't know | Don't know |

**APPX. 1854**

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes, I was able to clear Easy to filt( 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear An offer fr( 0 | Good offer 0 | | Yes, it has ; Orbitz 0 | Not sure 0 | | No, it does not require |
| Yes, I was able to clear You can se: 0 | Prices are i 0 | | Yes, it has a business c 1 | | | Don't know |
| Yes, I was able to clear I would say 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear too confusi 0 | no 0 | | Don't know | | | Don't know |
| Yes, I was able to clear I would tell 0 | I would ex; 0 | | No, it does not have a business connection or association | | Yes, it requ The flight c |
| Yes, I was able to clear Good deal 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear Highlights l 0 | Gives all cri 0 | | Don't know | | | Don't know |
| Yes, I was able to clear Try this ne\ 0 | | 1 | Don't know | | | Yes, it requ Authentica |
| Yes, I was able to clear It's a nonst 0 | It leaves fr( 0 | | Don't know | | | Don't know |
| Yes, I was able to clear Web sites ( 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear good value 0 | is complet( 0 | | Yes, it has ; delta airlin( 0 | is the partr 0 | | Don't know |
| Yes, I was able to clear I would de: 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear It allows yc 0 | | 1 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear $263 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear foghts reas 0 | nothing 0 | | Yes, it has ; 2 or more 0 | | 1 | Yes, it requ any airline |
| Yes, I was able to clear You can se: 0 | | 1 | Yes, it has a business c 1 | | 1 | Yes, it requires permis: |
| Yes, I was able to clear Great optic 0 | Easy and fu 0 | | Yes, it has a business c 1 | | | Don't know |
| Yes, I was able to clear A way to ge 0 | You should 0 | | Don't know | | | No, it does not require |
| No, I was n Yes, I was ; Don't know 0 | | 1 | Don't know | | | Yes, it requires permis: |
| Yes, I was able to clear Good savin 0 | Nothing co 0 | | Don't know | | | Don't know |
| Yes, I was able to clearly see the ir 1 | | | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear pretty reas 0 | | 1 | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear I would de: 0 | I would als( 0 | | Yes, it has ; OneKeyCas 0 | I say this b( 0 | | Yes, it requ OneKeyCas |
| Yes, I was able to clear please ent( 0 | is there an\ 0 | | Yes, it has ; expedia 0 | what make 0 | | Don't know |
| Yes, I was able to clear Direct fligh 0 | | 1 | Don't know | | | Don't know |
| Yes, I was able to clear Cheap fligh 0 | Fly out at a 0 | | Don't know | | | No, it does not require |
| Yes, I was able to clear EXPEDIA W 0 | LOTS OF FL 0 | | No, it does not have a business connection or association | Don't know |
| Yes, I was able to clear The site off 0 | The site is ( 0 | | Don't know | | | Don't know |
| Yes, I was able to clear Affordable 0 | The inform 0 | | Don't know | | | Don't know |
| Yes, I was able to clear It's great pi 0 | No that's a 0 | | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | | Yes, it has a business c 1 | | | Yes, it requires permis: |
| Yes, I was able to clear An Expedia 0 | It looked at 0 | | Don't know | | | Don't know |
| Yes, I was able to clear In order to 0 | I cannot ch 0 | | No, it does not have a business connection or association | No, it does not require |

**APPX. 1855**

| | | | | | |
|---|---|---|---|---|---|
| Yes, I was able to clear Positive | 0 | Informative 0 | Yes, it has a business c 1 | | No, it does not require |
| Yes, I was able to clear A little clut 0 | | Not really 0 | Don't know | | No, it does not require |
| Yes, I was able to clear This is a gre 0 | | No I would 0 | Yes, it has a Trivago 0 | This is a gre 0 | No, it does not require |
| Yes, I was able to clear This is a dis 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear It's a good 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear It was a fair 0 | | 1 | No, it does not have a business connection or association | | Don't know |
| Yes, I was able to clear Flight reser 0 | | Times and 0 | Don't know | | No, it does not require |
| Yes, I was able to clear I saw Miam 0 | | It's interest 0 | Yes, it has a Expedia 0 | I saw 0 | No, it does not require |
| Yes, I was able to clear Easy an cle 0 | | It's like any 0 | Yes, it has a Expedia 0 | The online 0 | No, it does not require |
| Yes, I was able to clear Good deal 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear A good pric 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear cluttered a 0 | | says 124 bu 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Cheap fligh 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Don't know | | Don't know |
| Yes, I was able to clear Easy to use 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear it is clear a 0 | | gives you e 0 | Yes, it has a business c 1 | | Yes, it requires permiss |
| Yes, I was able to clear Chose from 0 | | Able to sor 0 | Don't know | | Yes, it requ The airlines |
| Yes, I was able to clear I would tell 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clearly see the ir 1 | | | Don't know | | Don't know |
| Yes, I was able to clear tYPE IN YOU 0 | | Seems to h 0 | Don't know | | Don't know |
| Yes, I was able to clear It was a no 0 | | I did have a 0 | Don't know | | Don't know |
| Yes, I was able to clear Budget frie 0 | | varied 0 | Don't know | | Don't know |
| Yes, I was able to clear it was easy 0 | | none 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear The websit 0 | | Some optic 0 | Don't know | | Don't know |
| Yes, I was able to clear This seems 0 | | I like what 0 | Don't know | | Don't know |
| Yes, I was able to clear I would des 0 | | I like how it 0 | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Like the pri 0 | | None 0 | Don't know | | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | | No, it does not have a business connection or association | | No, it does not require |
| Yes, I was able to clear Great price 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear Expedia is c 0 | | Nothing to 0 | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear Seems to h 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear A good anc 0 | | It very easy 0 | Yes, it has a business c 1 | | Yes, it requires permiss |
| Yes, I was able to clear This websit 0 | | The websit 0 | Don't know | | No, it does not require |
| Yes, I was able to clear This person 0 | | There is a f 0 | Don't know | | Don't know |

**APPX. 1856**

| | | | | |
|---|---|---|---|---|
| Yes, I was able to clearly see the ir 1 | | Yes, it has a business c 1 | | Don't know |
| Yes, I was able to clear A non stop 0 | You earnec 0 | Don't know | | Don't know |
| Yes, I was able to clear VERY COMI 0 | clearly give 0 | Don't know | | No, it does not require |
| Yes, I was able to clear Choice of a 0 | The airline 0 | Don't know | | Don't know |
| Yes, I was able to clear The proces 0 | The prices! 0 | Don't know | | Don't know |
| Yes, I was able to clear An airline c 0 | No     0 | Don't know | | Don't know |
| Yes, I was able to clear 7 pm flight 0 | | 1 | No, it does not have a business connection or association | No, it does not require |
| Yes, I was able to clear its an airlin 0 | | 1 | Don't know | Yes, it requires permiss |
| Yes, I was able to clearly see the ir 1 | | Don't know | | Don't know |
| Yes, I was able to clear It's very ins 0 | | 1 | Yes, it has a business c 1 | No, it does not require |
| Yes, I was able to clearly see the ir 1 | | Yes, it has a business c 1 | | Yes, it requires permiss |
| Yes, I was able to clear flight booki 0 | nonstop fli 0 | Don't know | | No, it does not require |
| Yes, I was able to clear It provides 0 | | 1 | Yes, it has ¿ expedia    0 | They are w 0 | No, it does not require |
| Yes, I was able to clear It was perf 0 | It's perfect 0 | Yes, it has ¿ Southwest 0 | The compa 0 | Yes, it requ Southwest |
| Yes, I was able to clear It looked v 0 | Nothing in 0 | Yes, it has ¿ I believe it 0 | I think it sa 0 | No, it does not require |
| Yes, I was able to clear It has some 0 | However tł 0 | Don't know | | Don't know |
| Yes, I was able to clear It's easy to 0 | It has some 0 | Don't know | | Don't know |
| Yes, I was able to clear Very detail 0 | Read careft 0 | Yes, it has ¿ Walmart    0 | They have ¿ 0 | No, it does not require |
| Yes, I was able to clear It's cheap a 0 | No     0 | Don't know | | Don't know |
| Yes, I was able to clear Basic airlin 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear a ticket ch 0 | | 1 | Yes, it has ¿ delta    0 | it was on tr 0 | Yes, it requ delta's |
| Yes, I was able to clear Easy to use 0 | | 1 | Don't know | | Don't know |
| Yes, I was able to clear It is a speci 0 | Nothing    0 | Yes, it has ¿ Booking.co 0 | Nothing    0 | Yes, it requ Google.con |

APPX. 1857

| Q5ax1_99 | Q5b - What | Q5bx1_99 | Q6a - For w | Q6ax1_99 | Q6b - What | Q6bx1_99 | Q7a - What | Q7b - What | Q7bx1_99 | Q8a - Base | Q8b - What | Q8bx1_99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ^CellTextPi | Because th | 0 | Buying tick | Because I h | 0 |
| | | | | | | | ^CellTextPi | That's the ( | 0 | Buying tick | Often time | 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi | THAT IT W | 0 | Buying tick | that it wou | 0 |
| 0 | They are m | 0 | Selling thei | 0 | Property ri | 0 | There is some other re | | 1 | Don't know | | |
| | | | | | | | ^CellTextPi | Don't know | 0 | Buying tick | The prices | 0 |
| 1 | | | 1 | | | | ^CellTextPi | It shows re | 0 | Buying tickets through | | 1 |
| permission or authorization from another company | | | | | | | There is so | The name | 0 | Buying tick | Price decre | 0 |
| | | | | | | | Don't know | | | Buying tick | I guess the | 0 |
| | | | | | | | Don't know | | | Buying tick | it seemse c | 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi | It connects | 0 | Buying tick | I get to get | 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi | The airline | 0 | Buying tick | Because it | 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi | they seem | 0 | Buying tick | seems rath | 0 |
| | | | | | | | There is some other re | | 1 | Don't know | | |
| permission or authorization from another company | | | | | | | ^CellTextPi | I believe it | 0 | Buying tick | It seems th | 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi | looks easy | 0 | Buying tick | easy to unc | 0 |
| 1 | | | 1 | | | 0 | ^CellTextPi | It didn't se | 0 | Buying tick | If it's throu | 0 |
| | | | | | | | ^CellTextPipe()^ | is not | 1 | Buying tickets through | | 1 |
| permission or authorization from another company | | | | | | | ^CellTextPi | Or it's awe | 0 | Buying tick | Very good | 0 |
| | | | | | | | ^CellTextPi | The airline | 0 | Don't know | | |
| 1 | | | 1 | | | | ^CellTextPipe()^ | is an a | 1 | Buying tick | Discounts | 0 |
| | | | | | | | ^CellTextPi | Because th | 0 | Don't know | | |
| | | | | | | | ^CellTextPi | seems link | 0 | Buying tick | cheaper fe | 0 |
| | | | | | | | ^CellTextPi | I remembe | 0 | Buying tick | The prices | 0 |
| | | | | | | | ^CellTextPi | My wishful | 0 | Don't know | | |
| | | | | | | | Don't know | | | Don't know | | |
| permission or authorization from another company | | | | | | | ^CellTextPi | The treavel | 0 | Buying tickets through | | 1 |
| permission or authorization from another company | | | | | | | ^CellTextPipe()^ | is an a | 1 | Buying tickets through | | 1 |
| | | | | | | | Don't know | | | Buying the tickets | | 1 |
| permission or authorization from another company | | | | | | | ^CellTextPipe()^ | is an a | 1 | Buying tickets through | | 1 |
| | | | | | | | There is so | They woul | 0 | Don't know | | |
| | | | | | | | ^CellTextPi | Because I d | 0 | Buying tickets through | | 1 |
| | | | | | | | ^CellTextPi | generally n | 0 | Buying tick | Generally f | 0 |
| | | | | | | | Don't know | | | Buying tick | it is a bette | 0 |

**APPX. 1858**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | | 1 | none | 0 | | 1 | ^CellTextPi I would hav 0 |
| | | | | | | | ^CellTextPipe()^ is an ɛ 1 |
| | | | | | | | ^CellTextPi BECAUSE I  0 |
| permission or authorization from another company | | | | | | | Don't know |
| | | | | | | | ^CellTextPi Skiplagged  0 |
| permission or authorization from another company | | | | | | | There is some other re 1 |
| permission or authorization from another company | | | | | | | Don't know |
| permission or authorization from another company | | | | | | | Don't know |
| | | | | | | | ^CellTextPi It has been  0 |
| | | | | | | | Don't know |
| permission or authorization from another company | | | | | | | Don't know |
| | | | | | | | ^CellTextPi airlines pay 0 |
| | | | | | | | Don't know |
| 1 | | | Airfare | 0 | | 1 | ^CellTextPi Feel like it i 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi Expedia flig 0 |
| 1 | | | For checkir | 0 | People nee | 0 | ^CellTextPi Because I a 0 |
| | | | | | | | ^CellTextPi They obvio 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi Most comp 0 |
| 1 | | | 1 | | | | ^CellTextPi It's the nan 0 |
| 0 | Dont know | 0 | To do othe | 0 | Dont know | 0 | ^CellTextPipe()^ is an ɛ 1 |
| | | | | | | | ^CellTextPi Dont know 0 |
| 0 | Nothing | 0 | It's credible | 0 | Nothing | 0 | ^CellTextPi Independe 0 |
| | | | | | | | ^CellTextPi It's aweson 0 |
| | | | | | | | Don't know |
| 0 | Don't know | 0 | Anything le | 0 | Legal thing | 0 | ^CellTextPi There are r 0 |
| permission or authorization from another company | | | | | | | ^CellTextPi It's best | 0 |
| | | | | | | | ^CellTextPipe()^ is an ɛ 1 |
| | | | | | | | There is sor I'm not sur 0 |
| | | | | | | | ^CellTextPi Because it  0 |
| | | | | | | | ^CellTextPi they are he 0 |
| | | | | | | | Don't know |
| permission or authorization from another company | | | | | | | ^CellTextPipe()^ is an ɛ 1 |
| permission or authorization from another company | | | | | | | ^CellTextPi Because th 0 |
| | | | | | | | Don't know |

| |
|---|
| Buying tick They find t 0 |
| Buying tick none       0 |
| Buying tick MOST SIFG 0 |
| Don't know |
| Buying tick The price c 0 |
| Don't know |
| Buying tick I like it is g 0 |
| Buying tick its take pay 0 |
| Buying tick I do not us 0 |
| Don't know |
| Don't know |
| Buying tick the airlines 0 |
| Don't know |
| Buying tick It showed t 0 |
| Buying tick Cuz it is    0 |
| Buying tick It has more 0 |
| Buying tick Because th 0 |
| Buying tick Slight disco 0 |
| Buying tick It shows pr 0 |
| Buying tickets through 1 |
| Buying tick Dont know 0 |
| Buying tick Discount   0 |
| Buying tick It's great   0 |
| Don't know |
| Buying tick You can co 0 |
| Buying tick The best d 0 |
| Buying tickets through 1 |
| Buying tick I travel fre 0 |
| Buying tick It displays 0 |
| Buying tick i get a bett 0 |
| Don't know |
| Buying tickets through 1 |
| Buying tick The price is 0 |
| Don't know |

**APPX. 1859**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | | 1 | | ^CellTextPipe()^ is not 1 | Buying tickets through 1 |
| | | | | ^CellTextPi They're sel 0 | Don't know |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ɛ 1 | Buying tickets through 1 |
| permission or authorization from another company | | | | ^CellTextPi Because th 0 | Buying tick It comes w 0 |
| permission or authorization from another company | | | | Don't know | Don't know |
| 0 | The airline: 0 | To be able 0 | Some are li 0 | ^CellTextPi From the n 0 | Buying tick The price 0 |
| 1 | | | | ^CellTextPi The airline: 0 | Buying tick There rae t 0 |
| | | | | Don't know | Buying tickets through 1 |
| permission or authorization from another company | | | | Don't know | Buying tickets through 1 |
| 1 | | 1 | | ^CellTextPipe()^ is an ɛ 1 | Buying tickets through 1 |
| | | | | ^CellTextPipe()^ is an ɛ 1 | Buying tickets through 1 |
| permission or authorization from another company | | | | ^CellTextPi There is no 0 | Buying tick This is indic 0 |
| 1 | | 1 | | ^CellTextPi Because yc 0 | Buying tick They can g 0 |
| permission or authorization from another company | | | | There is soi I believe Ex 0 | Buying tickets through 1 |
| permission or authorization from another company | | | | ^CellTextPi They are ac 0 | Buying tick They have 0 |
| | | | | ^CellTextPi expedia is ς 0 | Buying tick Because th 0 |
| permission or authorization from another company | | | | There is some other re 1 | Buying tickets through 1 |
| | | | | ^CellTextPi airlines dor 0 | Buying tick airlines ger 0 |
| permission or authorization from another company | | | | Don't know | Buying tick I think thes 0 |
| permission or authorization from another company | | | | ^CellTextPi It has the a 0 | Buying tick From past ( 0 |
| | | | | ^CellTextPi It said so 0 | Buying tick This is wha 0 |
| permission or authorization from another company | | | | Don't know | Buying tick The price jt 0 |
| 0 | They contr 0 | To do busir 0 | Seems like 0 | ^CellTextPi They are o 0 | Buying tick Bc it is 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ɛ 1 | Buying tick Tickets are 0 |
| | | | | ^CellTextPi Uses their 0 | Buying tick Experience 0 |
| | | | | Don't know | Don't know |
| 0 | That's how 0 | Available Fl 0 | Otherwise 0 | ^CellTextPi They conn 0 | Buying tick Usually flig 0 |
| | | | | There is soi They have 0 | Buying tick It looks like 0 |
| 1 | | Ensure autl 0 | 1 | ^CellTextPipe()^ is an ɛ 1 | Buying tick You can us 0 |
| permission or authorization from another company | | | | ^CellTextPi Don't know 0 | Buying tick Don't know 0 |
| 1 | | 1 | | Don't know | Don't know |
| | | | | Don't know | Don't know |
| | | | | There is soi It makes se 0 | Buying tick I heard tha 0 |
| | | | | There is soi air lines ca 0 | Buying tick I have chec 0 |

**APPX. 1860**

| | | | | | | |
|---|---|---|---|---|---|---|
| permission or authorization from another company | | | ^CellTextPi By how the 0 | Buying tick Seems like 0 |
| permission or authorization from another company | | | ^CellTextPi Expedia jus 0 | Don't know |
| 1 | | 1 | ^CellTextPipe()^ is an ε 1 | Buying tickets through 1 |
| | | | ^CellTextPi The compa 0 | Buying tick From what 0 |
| | | | There is sot I am makin 0 | Don't know |
| 1 | | 1 | ^CellTextPi It doesn't s 0 | Buying tick There is on 0 |
| 1 | | 1 | ^CellTextPipe()^ is not 1 | Buying tickets through 1 |
| permission or authorization from another company | | | ^CellTextPi Great 0 | Buying tickets through 1 |
| | | | Don't know | Buying tickets through 1 |
| | | | Don't know | Don't know |
| permission or authorization from another company | | | Don't know | Don't know |
| permission or authorization from another company | | | ^CellTextPipe()^ is an ε 1 | Don't know |
| | | | ^CellTextPi That is how 0 | Buying tick Sometimes 0 |
| | | | ^CellTextPi They had a 0 | Buying tick It seems ch 0 |
| | | | ^CellTextPi If they're li 0 | Buying tick In my expe 0 |
| | | | There is sot Hardshi 0 | Don't know |
| | | | ^CellTextPi They offer 0 | Buying tick It always id 0 |
| permission or authorization from another company | | | Don't know | Buying tick there is ver 0 |
| | | | ^CellTextPi Because I'n 0 | Don't know |
| | | | There is sot You can ge 0 | Buying tick It shows be 0 |
| | | | There is sot It offered a 0 | Buying tick The price d 0 |
| permission or authorization from another company | | | ^CellTextPi I feel like E 0 | Don't know |
| | | | Don't know | Buying tick They are ar 0 |
| | | | There is sot Discounts, 0 | Buying tick Intro rated 0 |
| | | | There is sot I couldn't n 0 | Buying tick I felt as if tl 0 |
| permission or authorization from another company | | | ^CellTextPipe()^ is not 1 | Buying tickets through 1 |
| 0 | That was tl 0 | Offering pl: 0 | It listed the 0 | ^CellTextPi They must 0 | Buying tick They show 0 |
| | | | Don't know | Don't know |
| | | | ^CellTextPi I've used E: 0 | Buying tick Experienc 0 |
| | | | There is sot prominent 0 | Buying tick clearly stat 0 |
| permission or authorization from another company | | | ^CellTextPi Because th 0 | Don't know |
| permission or authorization from another company | | | ^CellTextPi It told me t 0 | Buying tick Always che 0 |
| | | | Don't know | Buying tick I recall seei 0 |
| permission or authorization from another company | | | Don't know | Don't know |

| | | | | ^CellTextPi Because it | 0 | Don't know |
|---|---|---|---|---|---|---|
| | | | | ^CellTextPipe()^ is an a | 1 | Buying tick The price is | 0 |
| | | | | There is sol I just assun | 0 | Buying tick I have used | 0 |
| permission or authorization from another company | | | | ^CellTextPi i think they | 0 | Buying tick it is about t | 0 |
| permission or authorization from another company | | | | There is sol The airline | 0 | Don't know |
| 1 | | 1 | | ^CellTextPipe()^ is an a | 0 | Don't know |
| 0 | can't book | 0 | Flight ticke 0 | 1 | ^CellTextPipe()^ is an a | 1 | Buying tick Because th | 0 |
| permission or authorization from another company | | | | Don't know | Don't know |
| permission or authorization from another company | | | | ^CellTextPi Its mentior | 0 | Buying tick Bisinle pn t | 0 |
| 0 | Because th | 0 | They need | 0 | Whenever 0 | Don't know | Don't know |
| permission or authorization from another company | | | | ^CellTextPi Don't Knov | 0 | Buying tick It is cheape | 0 |
| 1 | | 1 | | Don't know | Don't know |
| | | | | ^CellTextPi They are al | 0 | Don't know |
| 1 | | 1 | | ^CellTextPi They are a | 0 | Buying tick They have | 0 |
| permission or authorization from another company | | | | ^CellTextPi Tickets fror | 0 | Don't know |
| permission or authorization from another company | | | | There is some other re | 1 | Buying tickets through | 1 |
| permission or authorization from another company | | | | ^CellTextPi I really just | 0 | Buying tick Because it | 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an a | 1 | Buying tickets through | 1 |
| | | | | ^CellTextPi It's clear it | 0 | Buying tick Experience | 0 |
| | | | | ^CellTextPi Because yc | 0 | Buying tick Because it | 0 |
| permission or authorization from another company | | | | ^CellTextPi I don't thin | 0 | Buying tick It gives you | 0 |
| 1 | To use airli | 0 | | 1 | There is some other re | 1 | Don't know |
| | | | | ^CellTextPi I think mos | 0 | Buying tick It's the che | 0 |
| | | | | Don't know | Buying tick Because th | 0 |
| | | | | There is sol Not sure | 0 | Don't know |
| 1 | To list fares | 0 | I think it is | 0 | ^CellTextPi My paymer | 0 | Buying tick Different al | 0 |
| permission or authorization from another company | | | | ^CellTextPi Friend told | 0 | Buying tick Friend told | 0 |
| | | | | ^CellTextPi it is the we | 0 | Buying tick have check | 0 |
| | | | | ^CellTextPi the very fa | 0 | Buying tick the price sa | 0 |
| | | | | There is sol It seems yc | 0 | Don't know |
| | | | | Don't know | Don't know |
| permission or authorization from another company | | | | ^CellTextPi They are a | 0 | Buying tick I have foun | 0 |
| permission or authorization from another company | | | | ^CellTextPi It derives fr | 0 | Buying tick OneKey pa | 0 |
| 1 | Bc they are | 0 | Bc they are | 0 | ^CellTextPi Bc they car | 0 | Buying tick Bc they offi | 0 |

**APPX. 1862**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | There is so Just guessii 0 | Buying tick The savings 0 | |
| | | | | | ^CellTextPi It would be 0 | Don't know | |
| 0 | I'm not rea 0 | None | 0 | None | 0 | ^CellTextPi It really jus 0 | Buying tick It is I like it 0 |
| | | | | | ^CellTextPi because I h 0 | Buying tick they adverl 0 |
| permission or authorization from another company | | | | | ^CellTextPi Because th 0 | Buying tick Otherwise 0 |
| permission or authorization from another company | | | | | ^CellTextPi it is very gc 0 | Buying tickets through 1 |
| | | | | | Don't know | Buying tick 140 round 0 |
| permission or authorization from another company | | | | | ^CellTextPi Well Exped 0 | Buying tick Well it was 0 |
| | | | | | ^CellTextPi They are b 0 | Don't know |
| 1 | | 1 | | 1 | ^CellTextPipe()^ is an a 1 | Buying tickets through 1 |
| | | | | | ^CellTextPi Because th 0 | Don't know |
| | | | | | Don't know | Don't know |
| permission or authorization from another company | | | | | ^CellTextPi They work 0 | Buying tick The airline 0 |
| | | | | | There is so Because so 0 | Buying tick I've checke 0 |
| | | | | | ^CellTextPi I think Expe 0 | Don't know |
| permission or authorization from another company | | | | | Don't know | Buying tick Cause I can 0 |
| permission or authorization from another company | | | | | Don't know | Don't know |
| permission or authorization from another company | | | | | ^CellTextPi Because I k 0 | Don't know |
| permission or authorization from another company | | | | | ^CellTextPi Because it 0 | Buying tick It shows th 0 |
| | | | | | There is some other re 1 | Buying tick When orde 0 |
| permission or authorization from another company | | | | | Don't know | Buying tick When orde 0 |
| 0 | Equality is 0 | Financial p 0 | It is great | 0 | ^CellTextPi It is of inte 0 | Buying tick It is great o 0 |
| 0 | It is a legal 0 | For the righ 0 | That is a le 0 | ^CellTextPi They are in 0 | Buying tick It offers dis 0 |
| | | | | | There is so Expedia is a 0 | Don't know |
| 0 | I don't kno 0 | I don't kno 0 | I don't kno 0 | There is so I don't kno 0 | Buying tick I don't kno 0 |
| permission or authorization from another company | | | | | There is some other re 1 | Buying tick they offer s 0 |
| | | | | | ^CellTextPi I don't thin 0 | Buying tick I don't thin 0 |
| permission or authorization from another company | | | | | Don't know | Buying tick Because I t 0 |
| | | | | | There is some other re 1 | Buying tick They prom 0 |
| 0 | I see in the 0 | the availab 0 | I read in th 0 | ^CellTextPi We can bo 0 | Buying tick We can hav 0 |
| 1 | | 1 | | ^CellTextPipe()^ is not 1 | Buying tickets through 1 |
| | | | | | ^CellTextPi I don't thin 0 | Buying tick Don't know 0 |
| permission or authorization from another company | | | | | There is so Cuz the bra 0 | Don't know |
| | | | | | Don't know | Buying tick The concep 0 |

**APPX. 1863**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| permission or authorization from another company | | | | | ^CellTextPi Because it | 0 | Buying tick It gives you | 0 |
| permission or authorization from another company | | | | | Don't know | | Buying tick It never is. | 0 |
| 0 | | 1 | To carry on | | 1 | ^CellTextPi That's it | 0 | Buying tickets through | 1 |
| | | | | | ^CellTextPipe()^ is an a | 1 | Buying tick Because ba | 0 |
| 0 | It suits | 0 | To get acce | 0 | It is needec | 0 | ^CellTextPi It is given a | 0 | Buying tick It is a great | 0 |
| 0 | It's just my | 0 | From the a | 0 | Because th | 0 | ^CellTextPi They are pr | 0 | Buying tick The rates a | 0 |
| permission or authorization from another company | | | | | ^CellTextPi I think it is | 0 | Buying tickets through | 1 |
| | | | | | ^CellTextPi There's no | 0 | Buying tick It is cheape | 0 |
| 0 | | 1 | | 1 | There is soi because i fi | 0 | Buying tick it could be | 0 |
| 0 | It has to ha | 1 | To sell thei | 0 | In order to | 0 | ^CellTextPi It has to wa | 0 | Buying tick They sell di | 0 |
| permission or authorization from another company | | | | | ^CellTextPipe()^ is an a | 1 | Buying tickets through | 1 |
| 0 | The airline | 0 | For flights s | 0 | To have up | 0 | ^CellTextPi They are th | 0 | Buying tick There a sev | 0 |
| permission or authorization from another company | | | | | ^CellTextPi looks like tl | 0 | Buying tick In my expe | 0 |
| 0 | | 1 | Sign into | 0 | | 1 | ^CellTextPi Because yc | 0 | Buying tick Normally h | 0 |
| permission or authorization from another company | | | | | ^CellTextPi I think it is | 0 | Buying tick The ticket v | 0 |
| 1 | | The need t | 0 | | 1 | There is some other re | 1 | Buying tickets through | 1 |
| 0 | Just by the | 0 | No not real | 0 | I like the w | 0 | ^CellTextPi It's just has | 0 | Buying tick Because pe | 0 |
| 0 | no | 0 | yes | 0 | no | 0 | ^CellTextPi it offer bet | 0 | Buying tick better worl | 0 |
| permission or authorization from another company | | | | | ^CellTextPi It is well dc | 0 | Buying tick It gives you | 0 |
| 1 | | Sorry credi | 0 | | 1 | ^CellTextPi How it was | 0 | Buying tick Personal ex | 0 |
| permission or authorization from another company | | | | | ^CellTextPi I've purcha | 0 | Buying tick The airline: | 0 |
| 1 | | Delivery | 0 | | 1 | ^CellTextPi It's on the 1 | 0 | Buying tick It just work | 0 |
| 0 | Because I s | 0 | To sell the | 0 | I assume | 0 | ^CellTextPi Because th | 0 | Buying tickets through | 1 |
| 0 | because it' | 0 | for seats | 0 | because yo | 0 | ^CellTextPi because it' | 0 | Buying tick because it' | 0 |
| 0 | They are in | 0 | maybe fror | 0 | the differer | 0 | ^CellTextPi The expedi | 0 | Buying tick I think that | 0 |
| 0 | | 1 | to be able t | 0 | | 1 | ^CellTextPipe()^ is an a | 1 | Don't know | |
| permission or authorization from another company | | | | | Don't know | | Don't know | |
| | | | | | ^CellTextPipe()^ is an a | 1 | Buying tick That's wha | 0 |
| permission or authorization from another company | | | | | Don't know | | Buying tick It says it in | 0 |
| permission or authorization from another company | | | | | ^CellTextPi I figure the | 0 | Don't know | |
| 0 | It says that | 0 | Make sure | 0 | That's how | 0 | ^CellTextPi It has all th | 0 | Buying tick Compare it | 0 |
| permission or authorization from another company | | | | | ^CellTextPi They have | 0 | Buying tick I know this | 0 |
| permission or authorization from another company | | | | | There is some other re | 1 | Buying tick Because it | 0 |
| 0 | Becuause it | 0 | To list fligh | 0 | It makes th | 0 | ^CellTextPi I think they | 0 | Buying tick That is the | 0 |

APPX. 1864

| | | | | ^CellTextPi I believe th 0 | Buying tick Like stated 0 |
|---|---|---|---|---|---|
| | | | | ^CellTextPi I have used 0 | Buying tick When I bou 0 |
| 1 | | 1 | | ^CellTextPi It says it 0 | Buying tick They find d 0 |
| permission or authorization from another company | | | | Don't know | Buying tick It feels like 0 |
| 0 | 1 | To take off 0 | Says that ir 0 | ^CellTextPi Because th 0 | Buying tickets through 1 |
| 0 | Thats the c 0 | Confirmatic 0 | Expedia is j 0 | There is sol Expedia is a 0 | Buying tick Expedia sho 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is not 1 | Buying tick Because it' 0 |
| | | | | ^CellTextPipe()^ is an a 1 | Buying tickets through 1 |
| permission or authorization from another company | | | | Don't know | Buying tick It has offer 0 |
| permission or authorization from another company | | | | ^CellTextPi Usually airl 0 | Buying tick From persc 0 |
| | | | | Don't know | Don't know |
| 0 | That is wha 0 | To book the 0 | 1 | ^CellTextPi The inform 0 | Don't know |
| | | | | ^CellTextPi So they are 0 | Buying tick It just show 0 |
| | | | | Don't know | Don't know |
| permission or authorization from another company | | | | ^CellTextPi I am sorry I 0 | Buying tick I saw this o 0 |
| permission or authorization from another company | | | | ^CellTextPi IT IS FAMIL 0 | Buying tick IT IS CHEPE 0 |
| 0 | I know you 0 | I know I am 0 | I was just s 0 | There is sol It's a lot of 0 | Buying tick I know you 0 |
| 0 | They own a 0 | To build co 0 | We believe 0 | ^CellTextPi Expedia is t 0 | Buying tick In many ca: 0 |
| 0 | I had a cou 0 | Just choose 0 | Nothing 0 | ^CellTextPi They are lw 0 | Buying tick I buy ticket 0 |
| permission or authorization from another company | | | | ^CellTextPi cool as the 0 | Buying tick everything 0 |
| 0 | It's a partn 0 | Rights 0 | It's mandat 0 | ^CellTextPi I've used it 0 | Buying tick I bought fro 0 |
| permission or authorization from another company | | | | ^CellTextPi Don't know 0 | Buying tick From exper 0 |
| permission or authorization from another company | | | | ^CellTextPi Just assum 0 | Buying tick Airlines we 0 |
| permission or authorization from another company | | | | ^CellTextPi In think the 0 | Buying tick Find the be 0 |
| 1 | | 1 | | ^CellTextPipe()^ is an a 1 | Buying tick has many f 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is not 1 | Buying tickets through 1 |
| 1 | To use thei 0 | | Because I b 0 | ^CellTextPi Because it 0 | Buying tick Because it': 0 |
| | | | | Don't know | Buying tick 3rd party si 0 |
| 1 | | 1 | | ^CellTextPi Bcecause tl 0 | Buying tick That's wha 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an a 1 | Buying tick They find tl 0 |
| | | | | ^CellTextPi Because it 0 | Buying tick Buying tick 0 |
| 0 | Expedia isn 0 | Expedia isn 0 | Expedia isn 0 | ^CellTextPi A custome 0 | Buying tick Seeing the 0 |
| 0 | it's the con 0 | 1 | | ^CellTextPi this what is 0 | Buying tick it's suggest 0 |
| | | | | Don't know | Don't know |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | There is so It just linke 0 | | Buying tick It is just a c 0 | |
| permission or authorization from another company | | | There is so I THINK HA 0 | | Buying tick VALUE FOR 0 | |
| permission or authorization from another company | | | ^CellTextPi The airline 0 | | Buying tick Generally s 0 | |
| permission or authorization from another company | | | ^CellTextPi that is the 0 | | Buying tick it looks like 0 | |
| permission or authorization from another company | | | Don't know | | Buying tick Because of 0 | |
| | | | ^CellTextPi it clearly st 0 | | Buying tick comparison 0 | |
| | | | ^CellTextPi Because th 0 | | Buying tick normally th 0 | |
| permission or authorization from another company | | | ^CellTextPi Is a brand t 0 | | Buying tick I go to thes 0 | |
| 1 | To get info 0 | 1 | Don't know | | Don't know | |
| permission or authorization from another company | | | There is some other re 1 | | Buying tickets through 1 | |
| permission or authorization from another company | | | There is some other re 1 | | Buying tickets through 1 | |
| permission or authorization from another company | | | There is so i think skip 0 | | Buying tick it comes at 0 | |
| permission or authorization from another company | | | ^CellTextPipe()^ is an 1 | | Buying tickets through 1 | |
| permission or authorization from another company | | | ^CellTextPi Seems reas 0 | | Buying tick Seems reas 0 | |
| permission or authorization from another company | | | ^CellTextPi Skiplagged 0 | | Buying tick They offer 0 | |
| permission or authorization from another company | | | There is so just guessir 0 | | Buying tick They show 0 | |
| permission or authorization from another company | | | ^CellTextPi They work 0 | | Buying tickets through 1 | |
| | | | Don't know | | Buying tick Checked th 0 | |
| permission or authorization from another company | | | There is some other re 1 | | Don't know | |
| permission or authorization from another company | | | ^CellTextPi I think that 0 | | Buying tick At times yp 0 | |
| 0 | direct disc 0 | book then 0 | confirm re 0 | ^CellTextPi skiplag au 0 | Buying tick not buying 0 | |
| | | | ^CellTextPi I haven't r 0 | | Buying tick Bought froi 0 | |
| | | | ^CellTextPipe()^ is not 1 | | Buying tick They incluc 0 | |
| | | | Don't know | | Buying tick Expedia oft 0 | |
| | | | ^CellTextPi They resell 0 | | Buying tick Through pa 0 | |
| | | | ^CellTextPi They sell ti 0 | | Buying tick I have save 0 | |
| permission or authorization from another company | | | ^CellTextPi Expedia is 0 | | Buying tick I feel its ch 0 | |
| | | | ^CellTextPi It has to ha 0 | | Buying tick They shop 0 | |
| | | | ^CellTextPi I would bel 0 | | Buying tick I hav 0 | |
| permission or authorization from another company | | | Don't know | | Don't know | |
| permission or authorization from another company | | | ^CellTextPi it has well 0 | | Buying tick it offer veri 0 | |
| | | | ^CellTextPi Sponsorshi 0 | | Buying tick 173 dollars 0 | |
| permission or authorization from another company | | | There is so To get thos 0 | | Buying tick I have done 0 | |
| permission or authorization from another company | | | ^CellTextPi Independe 0 | | Buying tick Great prod 0 | |

**APPX. 1866**

| | | | | | | |
|---|---|---|---|---|---|---|
| permission or authorization from another company | | | | ^CellTextPi They are n 0 | Don't know | |
| permission or authorization from another company | | | | There is some other re 1 | Buying tickets through 1 | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is not 1 | Buying tick because w 0 | |
| permission or authorization from another company | | | | ^CellTextPi It shows fli 0 | Buying tick I'm a freaki 0 | |
| 0 | It was shov 0 | For login 0 | It works lik 0 | ^CellTextPi It's a well k 0 | Buying tick Deals are g 0 | |
| permission or authorization from another company | | | | There is so It looks to 1 0 | Buying tick The prices 0 | |
| 0 | nothing 0 | good 0 | feeling goo 0 | ^CellTextPi its good 0 | Buying tick online prov 0 | |
| | | | | There is so They seem 0 | Buying tick It states th 0 | |
| | | | | ^CellTextPi partnershi 0 | Buying tickets through 1 | |
| 0 | How else w 0 | Booking a t 0 | The airline: 0 | ^CellTextPi Because th 0 | Buying tick Expedia is f 0 | |
| 0 | The diagra 0 | To get the 0 | Because th 0 | ^CellTextPi They are o 0 | Buying tick They offer 0 | |
| permission or authorization from another company | | | | ^CellTextPi I didn't see 0 | Buying tick It says you 0 | |
| | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi The concer 0 | Buying tick The inform 0 | |
| 0 | Third party 0 | Ticket 0 | ? 0 | ^CellTextPi Third party 0 | Don't know | |
| | | | | ^CellTextPi They are a 0 | Don't know | |
| | | | | ^CellTextPi They are a 0 | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi Direct conr 0 | Buying tick Partnershi 0 | |
| permission or authorization from another company | | | | ^CellTextPi Implicit pre 0 | Don't know | |
| permission or authorization from another company | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi due to mar 0 | Buying tick i would gu 0 | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ; 1 | Buying tick They prov 0 | |
| permission or authorization from another company | | | | There is so They get di 0 | Buying tick Most of th 0 | |
| | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi The reason 0 | Buying tick it is an agg 0 | |
| permission or authorization from another company | | | | There is so They use t 0 | Buying tick The rate is 0 | |
| | | | | Don't know | Buying tick I have foun 0 | |
| permission or authorization from another company | | | | ^CellTextPi different ai 0 | Don't know | |
| 0 | The compa 0 | I am not su 0 | | 1 | ^CellTextPi I am famili 0 | Buying tick travel comp 0 |
| 1 | | 1 | | ^CellTextPi My person 0 | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ; 1 | Buying tickets through 1 | |
| permission or authorization from another company | | | | There is so Expedia is ; 0 | Buying tick Tickets on ; 0 | |
| permission or authorization from another company | | | | Don't know | Buying tick You get be 0 | |
| 0 | airline tick 0 | as i already 0 | i've explain 0 | ^CellTextPi already ans 0 | Buying tick there has t 0 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | my favorite | 0 | It just what | 0 | ^CellTextPipe()^ is an i | 1 | Buying tickets through | 1 |
| 0 | no comme | 0 | In order to | 0 | no comme | 0 | There is some other re | 1 | Buying tick It will save | 0 |
| 1 | | | 1 | | | Don't know | | Buying tickets through | 1 |
| permission or authorization from another company | | | | | | Don't know | | Don't know | |
| 0 | Because th | 0 | For booking | 0 | Because th | 0 | ^CellTextPi Because th | 0 | Buying tick Because it' | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi they have t | 0 | Buying tick i get a disc | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi Has secure | 0 | Buying tick It is a third | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi It seems lik | 0 | Buying tick To see it | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi Not sure | 0 | Buying tick Not sure | 0 |
| 1 | | | 1 | | | ^CellTextPi Because th | 0 | Buying tick Because I'v | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi It seems lik | 0 | Buying tick Because it' | 0 |
| 0 | | 1 | ID | 0 | | 1 | ^CellTextPipe()^ is an i | 1 | Buying tickets through | 1 |
| permission or authorization from another company | | | | | | There is so | I think Skip | 0 | Buying tick There's a $ | 0 |
| permission or authorization from another company | | | | | | There is some other re | 1 | Buying tickets through | 1 |
| permission or authorization from another company | | | | | | ^CellTextPi The websit | 0 | Buying tick The websit | 0 |
| | | | | | | ^CellTextPi That's wha | 0 | Buying tick According t | 0 |
| permission or authorization from another company | | | | | | ^CellTextPipe()^ is an i | 1 | Buying tick It seems ch | 0 |
| | | | | | | ^CellTextPi the angry a | 0 | Buying tick it searches | 0 |
| | | | | | | Don't know | | Don't know | |
| 1 | | | 1 | | | ^CellTextPipe()^ is an i | 1 | Buying tick Fast | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi Good | 0 | Buying tickets through | 1 |
| 0 | | 1 | Yes they do | 0 | | 1 | ^CellTextPi Because I d | 0 | Buying tick Because I d | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi They have | 0 | Buying tick They want | 0 |
| | | | | | | ^CellTextPi A well kno | 0 | Don't know | |
| permission or authorization from another company | | | | | | ^CellTextPipe()^ is not | 1 | Buying tick It had price | 0 |
| | | | | | | Don't know | | Don't know | |
| 0 | | 1 | The flight a | 0 | | 1 | ^CellTextPi They would | 0 | Buying tick It just usua | 0 |
| | | | | | | ^CellTextPi Bc it offers | 0 | Don't know | |
| 0 | They provi | 0 | To sell the | 0 | They are th | 0 | ^CellTextPi They take i | 0 | Buying tick It is usually | 0 |
| 0 | By purchas | 0 | For confirn | 0 | Expedia is i | 0 | ^CellTextPi With expec | 0 | Buying tick They sell ti | 0 |
| permission or authorization from another company | | | | | | ^CellTextPi they are au | 0 | Buying tick they are ab | 0 |
| | | | | | | ^CellTextPi Skiplagged | 0 | Buying tick I saw greer | 0 |
| | | | | | | ^CellTextPi Because of | 0 | Buying tick What else | 0 |

**APPX. 1868**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | ^CellTextPi i have boug 0 | Don't know | |
| 1 | | 1 | | ^CellTextPi They seem 0 | Buying tick They show 0 | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an a 1 | Buying tickets through 1 | |
| | | | | Don't know | Buying tick Sometimes 0 | |
| | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi Is a first or 0 | Buying tick Great prom 0 | |
| 1 | | 1 | | ^CellTextPi They are re 0 | Buying tick they carry 0 | |
| permission or authorization from another company | | Ranstad 0 | 1 | There is some other re 1 | Buying tickets through 1 | |
| 0 | 1 | Well that c 0 | Well becau 0 | ^CellTextPi Because ho 0 | Buying tick Because it 0 | |
| | | | | ^CellTextPi It's like it 0 | Buying tick Tickets are 0 | |
| | | | | ^CellTextPi It's a platfo 0 | Buying tick They get b 0 | |
| 1 | | 1 | | There is so I think they 0 | Buying tick They might 0 | |
| permission or authorization from another company | | | | ^CellTextPi Well becau 0 | Buying tick Well becau 0 | |
| 0 | Definitely v 0 | Approve sp 0 | Company r 0 | ^CellTextPipe()^ is an a 1 | Buying tickets through 1 | |
| 1 | | 1 | | There is so that is wha 0 | Buying tick It's a cheap 0 | |
| 0 | they have t 0 | to sell ticke 0 | they can't s 0 | There is some other re 1 | Buying tickets through 1 | |
| permission or authorization from another company | | | | ^CellTextPi Because it 0 | Buying tick Because I c 0 | |
| permission or authorization from another company | | | | ^CellTextPi Definitely v 0 | Buying tick Much more 0 | |
| 1 | | Share pers 0 | It's pretty s 0 | ^CellTextPipe()^ is an a 1 | Buying tick it offers dis 0 | |
| permission or authorization from another company | | | | ^CellTextPi they have t 0 | Don't know | |
| 0 | App 0 | Flights 0 | Tickets 0 | Don't know | Buying tick The Expedi 0 | |
| | | | | ^CellTextPi Because th 0 | Buying tickets through 1 | |
| | | | | There is some other re 1 | Buying tick Because I'v 0 | |
| permission or authorization from another company | | | | ^CellTextPi Don't know 0 | Buying tick Don't know 0 | |
| 1 | | 1 | | ^CellTextPi App 0 | Buying tick Low price 0 | |
| | | | | ^CellTextPi Never hear 0 | Buying tick 90$ saved 0 | |
| permission or authorization from another company | | | | Don't know | Don't know | |
| | | | | ^CellTextPi Because I h 0 | Buying tick Because I h 0 | |
| | | | | Don't know | Don't know | |
| | | | | ^CellTextPi I'm not sur 0 | Buying tick 140 is a ve 0 | |
| | | | | Don't know | Don't know | |
| 1 | | 1 | | Don't know | Buying tick They offer 0 | |
| | | | | There is so If you can l 0 | Buying tick It looked lik 0 | |
| permission or authorization from another company | | | | ^CellTextPi They are a 0 | Buying tick They look f 0 | |

APPX. 1869

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | | 1 | It is necess: 0 | Makes the 0 | ^CellTextPi It was mor 0 | Buying tick It is good a 0 |
| | | | | | ^CellTextPi They are a 0 | Buying tick I've seen th 0 |
| | | | | | ^CellTextPi I've had fri 0 | Buying tick The prices 0 |
| 0 | They maint 0 | | For bookin 0 | They handl 0 | ^CellTextPi They find c 0 | Buying tick They save y 0 |
| 1 | | | To promot 0 | | 1 | There is some other re 1 | Don't know |
| 1 | | 1 | | | ^CellTextPipe()^ is an : 1 | Buying tickets through 1 |
| 0 | It authoris 0 | | Space 0 | I've been d 0 | ^CellTextPi I've used it 0 | Buying tick I've tried it 0 |
| | | | | | Don't know | Buying tick Different r: 0 |
| permission or authorization from another company | | | | | ^CellTextPi Its listed 0 | Buying tick Better deal 0 |
| | | | | | Don't know | Buying tick Rewards 0 |
| | | | | | Don't know | Don't know |
| 0 | Saw it 0 | | | 1 | ^CellTextPipe()^ is an : 1 | Don't know |
| | | | | | ^CellTextPi They sell th 0 | Buying tick It's usually 0 |
| | | | | | ^CellTextPi Because I f 0 | Buying tick Because I c 0 |
| | | | | | There is sor Just assum 0 | Buying tick Because th 0 |
| permission or authorization from another company | | | | | ^CellTextPipe()^ is not 1 | Buying tick It has disco 0 |
| permission or authorization from another company | | | | | ^CellTextPi You went t 0 | Buying tick Airline ticke 0 |
| permission or authorization from another company | | | | | ^CellTextPi It never sta 0 | Don't know |
| | | | | | ^CellTextPi This websit 0 | Don't know |
| permission or authorization from another company | | | | | There is sor It is looking 0 | Buying tick They offeri 0 |
| permission or authorization from another company | | | | | ^CellTextPi It seems lik 0 | Buying tick The prices 0 |
| 0 | Because it' 0 | | For operati 0 | To give aut 0 | There is sor Because th 0 | Buying tick Because I t 0 |
| permission or authorization from another company | | | | | ^CellTextPi Obviously t 0 | Buying tick That was a 0 |
| | | | | | Don't know | Buying tick They have 0 |
| 1 | | 1 | | | ^CellTextPipe()^ is an : 1 | Buying tickets through 1 |
| 1 | | 1 | | | Don't know | Buying tickets through 1 |
| | | | | | Don't know | Don't know |
| | | | | | ^CellTextPipe()^ is an : 1 | Buying tick It gives a ni 0 |
| permission or authorization from another company | | | | | Don't know | Buying tick It just seen 0 |
| 0 | The brand 0 | | When switc 0 | To maintai 0 | ^CellTextPi If Expedia i 0 | Buying tick Expedia all 0 |
| | | | | | ^CellTextPi The produc 0 | Buying tick Their prod 0 |
| | | | | | ^CellTextPi Just my Th 0 | Buying tick Experience 0 |
| permission or authorization from another company | | | | | ^CellTextPi I guess bec 0 | Don't know |
| | | | | | Don't know | Buying tick Ive never u 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| permission or authorization from another company | | | | Don't know | | Don't know |
| | | | | ^CellTextPi Because I u 0 | | Don't know |
| permission or authorization from another company | | | | There is so they alway 0 | | Buying tick i think they 0 |
| | | | | ^CellTextPi becaue the 0 | | Buying tick you're gett 0 |
| | | | | ^CellTextPi They woul 0 | | Buying tick The prices 0 |
| permission or authorization from another company | | | | Don't know | | Buying tick Facts 0 |
| permission or authorization from another company | | | | ^CellTextPi They show 0 | | Buying tick Every time 0 |
| permission or authorization from another company | | | | Don't know | | Buying tick The price k 0 |
| | | | | ^CellTextPi They give h 0 | | Buying tick They slashe 0 |
| | | | | There is so Informatio 0 | | Buying tick The ad 0 |
| permission or authorization from another company | | | | ^CellTextPi If they have 0 | | Don't know |
| 1 | | 1 | | There is some other re 1 | | Buying tickets through 1 |
| | | | | ^CellTextPipe()^ is an a 1 | | Buying tickets through 1 |
| 1 | Pricing acc 0 | Presumptic 0 | | ^CellTextPipe()^ is an a 1 | | Don't know |
| permission or authorization from another company | | | | ^CellTextPi Because it 0 | | Buying tick Because th 0 |
| permission or authorization from another company | | | | ^CellTextPi n/a 0 | | Buying tick n/a 0 |
| 0 | There mus 0 | There mus 0 | They risk b 0 | ^CellTextPipe()^ is an a 1 | | Buying tick The images 0 |
| permission or authorization from another company | | | | ^CellTextPi I did not se 0 | | Buying tick The websit 0 |
| permission or authorization from another company | | | | There is some other re 1 | | Don't know |
| permission or authorization from another company | | | | Don't know | | Don't know |
| 1 | All of it 0 | It just does 0 | | ^CellTextPipe()^ is an a 1 | | Buying tickets through 1 |
| permission or authorization from another company | | | | ^CellTextPi They are n 0 | | Buying tick Because ot 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is not 1 | | Buying tick I have gott 0 |
| permission or authorization from another company | | | | ^CellTextPi Expedia ge 0 | | Buying tickets through 1 |
| | | | | ^CellTextPi Don't know 0 | | Buying tick Expedia is g 0 |
| 0 | Because th 0 | To sell thei 0 | Because it 0 | ^CellTextPi It made me 0 | | Buying tick Price comp 0 |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an a 1 | | Buying tick Seemed ve 0 |
| permission or authorization from another company | | | | ^CellTextPi See Expedi 0 | | Buying tick They had a 0 |
| permission or authorization from another company | | | | ^CellTextPi It looks diff 0 | | Don't know |
| permission or authorization from another company | | | | ^CellTextPipe()^ is not 1 | | Don't know |
| permission or authorization from another company | | | | ^CellTextPi I'm assumi 0 | | Buying tick Very reliab 0 |
| | | | | There is so No 0 | | Buying tick Usually a b 0 |
| | | | | | | Don't know |

**APPX. 1871**

| | | | | | |
|---|---|---|---|---|---|
| | | | ^CellTextPi I feel like th 0 | Buying tick Experience 0 |
| | | | ^CellTextPi The are pai 0 | Buying tick The price w 0 |
| | | | There is soi Good conn 0 | Buying tick Look at the 0 |
| | | | ^CellTextPi If they arer 0 | Buying tick From perso 0 |
| | | | ^CellTextPi Im not sure 0 | Buying tick Expedia is p 0 |
| 1 | 1 | | ^CellTextPipe()^ is an a 1 | Buying tick You get lov 0 |
| | | | There is soi Customer s 0 | Don't know |
| | | | ^CellTextPi They can b 0 | Buying tick I can get th 0 |
| | | | Don't know | Buying tick Lower price 0 |
| permission or authorization from another company | | | ^CellTextPi They online 0 | Don't know |
| permission or authorization from another company | | | ^CellTextPi It clearly pr 0 | Buying tick The last pai 0 |
| permission or authorization from another company | | | ^CellTextPi Because th 0 | Buying tick They are us 0 |
| permission or authorization from another company | | | Don't know | Buying tickets through 1 |
| permission or authorization from another company | | | ^CellTextPi They would 0 | Buying tick That price 0 |
| | | | Don't know | Buying tick From lookii 0 |
| 0 | 1 | You need p 0 | 1 ^CellTextPi Always use 0 | Buying tick They have 0 |
| | | | ^CellTextPi Because th 0 | Don't know |
| | | | There is soi I'm sure Ex 0 | Buying tick I feel like th 0 |
| permission or authorization from another company | | | There is soi they appea 0 | Buying tick this is gene 0 |
| permission or authorization from another company | | | Don't know | Don't know |
| | | | Don't know | Buying tick Because I s 0 |
| permission or authorization from another company | | | Don't know | Don't know |
| permission or authorization from another company | | | ^CellTextPi Because th 0 | Buying tick Because th 0 |
| 1 | 1 | | ^CellTextPipe()^ is an a 1 | Buying tickets through 1 |
| | | | There is soi An airline b 0 | Don't know |
| | | | ^CellTextPi Because it 0 | Buying tick No service 0 |
| | | | Don't know | Don't know |
| | | | ^CellTextPi It wouldn't 0 | Don't know |
| | | | Don't know | Don't know |
| | | | There is soi Expedia ha 0 | Buying tick Past experi 0 |
| permission or authorization from another company | | | ^CellTextPi Because th 0 | Buying tick Because th 0 |
| | | | There is some other re 1 | Buying tick It's prices a 0 |
| permission or authorization from another company | | | Don't know | Don't know |
| | | | ^CellTextPi It could bo 0 | Buying tick they said it 0 |

APPX. 1872

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ε 1 | Buying tick Says so    0 | |
| | | | | ^CellTextPipe()^ is an ε 1 | Buying tick You can ge 0 | |
| | | | | Don't know | Buying tick I would say 0 | |
| | | | | Don't know | Don't know | |
| 0 | They need 0 | To issue th 0 | Because yc 0 | ^CellTextPi They're act 0 | Buying tick It looks for 0 | |
| | | | | ^CellTextPi()^ is an ε 1 | Buying tickets through 1 | |
| | | | | ^CellTextPi Able to boc 0 | Buying tick Shows best 0 | |
| 0 | Security    0 | Access per: 0 | 1 | ^CellTextPipe()^ is an ε 1 | Buying tick Price comp 0 | |
| | | | | ^CellTextPi I don't thin 0 | Buying tick There is us 0 | |
| | | | | Don't know | Don't know | |
| | | | | ^CellTextPi because ca 0 | Buying tick I saw inforr 0 | |
| | | | | Don't know | Buying tick It seemed t 0 | |
| | | | | ^CellTextPi It lists the ε 0 | Buying tick They offer  0 | |
| | | | | There is some other re 1 | Buying tick I've used E: 0 | |
| 0 | because of 0 | because of 0 | 1 | There is son because i s 0 | Buying tick because i v 0 | |
| 1 | | 1 | | Don't know | Don't know | |
| | | | | ^CellTextPipe()^ is an ε 1 | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi It seems to 0 | Buying tick It seems lik 0 | |
| 1 | | 1 | | ^CellTextPi Because th 0 | Buying tick Don't know 0 | |
| | | | | Don't know | Don't know | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ε 1 | Buying tick Because it' 0 | |
| | | | | ^CellTextPi I believe th 0 | Buying tick you save o 0 | |
| 0 | I say this bι 0 | They need  0 | I say this bc 0 | ^CellTextPi I say this bc 0 | Buying tick I say this bc 0 | |
| | | | | ^CellTextPi what make 0 | Buying tick please ente 0 | |
| | | | | ^CellTextPi How else v 0 | Buying tick It's not alw 0 | |
| permission or authorization from another company | | | | ^CellTextPi Because th 0 | Buying tick Because I'v 0 | |
| | | | | ^CellTextPi THEY ARE ε 0 | Buying tick DIFFERENT 0 | |
| | | | | ^CellTextPi If the airlin 0 | Buying tick It has a sta 0 | |
| | | | | ^CellTextPi They're cor 0 | Buying tick The prices  0 | |
| permission or authorization from another company | | | | There is son They are ac 0 | Buying tick They alway 0 | |
| 1 | | 1 | | ^CellTextPipe()^ is not 1 | Buying tickets through 1 | |
| | | | | ^CellTextPi They are at 0 | Buying tick My past ex 0 | |
| permission or authorization from another company | | | | ^CellTextPi They are ju 0 | Buying tick They are at 0 | |

APPX. 1873

| | | | | | | |
|---|---|---|---|---|---|---|
| permission or authorization from another company | | | | ^CellTextPipe()^ is an ε | 1 | Buying tick It showed. | 0 |
| permission or authorization from another company | | | | ^CellTextPi It's lots it a | 0 | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi Expedia is ε | 0 | Buying tick It offers dis | 0 |
| | | | | Don't know | | Buying tickets through | 1 |
| | | | | ^CellTextPi I've read th | 0 | Don't know | |
| | | | | Don't know | | Buying tick Because it ε | 0 |
| permission or authorization from another company | | | | ^CellTextPi They have ε | 0 | Buying tick Prices are ε | 0 |
| permission or authorization from another company | | | | ^CellTextPi I think so | 0 | Buying tick Looks pricy | 0 |
| permission or authorization from another company | | | | ^CellTextPi The bookin | 0 | Don't know | |
| | | | | There is some other re | 1 | Buying tick That's how o | 0 |
| | | | | There is soι Looks like ι | 0 | Buying tick They want | 0 |
| permission or authorization from another company | | | | ^CellTextPi you can pu | 0 | Buying tick sometimes | 0 |
| | | | | There is soι There has t | 0 | Buying tick Seems like | 0 |
| | | | | There is some other re | 1 | Don't know | |
| | | | | There is soι Expedia is I | 0 | Buying tick Prices are t | 0 |
| 1 | | 1 | | ^CellTextPipe()^ is an ε | 1 | Buying tickets through | 1 |
| 0 | They have ε 0 | Access to fl 0 | Its listed or 0 | There is soι The are noι | 0 | Don't know | |
| | | | | ^CellTextPi Because Ex | 0 | Buying tick It's true | 0 |
| | | | | Don't know | | Don't know | |
| | | | | ^CellTextPi I feel as if I | 0 | Don't know | |
| | | | | There is soι THE OTHEF | 0 | Don't know | |
| permission or authorization from another company | | | | ^CellTextPi works with | 0 | Buying tick better price | 0 |
| | | | | ^CellTextPi they have ε | 0 | Buying tick discount by | 0 |
| | | | | ^CellTextPi I thought it | 0 | Don't know | |
| permission or authorization from another company | | | | ^CellTextPipe()^ is not | 1 | Buying tick Because yc | 0 |
| permission or authorization from another company | | | | ^CellTextPi they offer f | 0 | Buying tick I comparec | 0 |
| permission or authorization from another company | | | | Don't know | | Buying tick They can o | 0 |
| | | | | ^CellTextPipe()^ is not | 1 | Buying tick Excellent p | 0 |
| | | | | There is soι I think they | 0 | Don't know | |
| | | | | Don't know | | Buying tick The prices | 0 |
| | | | | Don't know | | Don't know | |
| 1 | The flight ti 0 | 1 | | There is some other re | 1 | Buying tickets through | 1 |
| permission or authorization from another company | | | | Don't know | | Buying tick It has all th | 0 |
| | | | | Don't know | | Don't know | |

| | | | | | |
|---|---|---|---|---|---|
| | | | ^CellTextPipe()^ is an ɛ 1 | Buying tickets through 1 |
| permission or authorization from another company | | | ^CellTextPi Because I'n 0 | Buying tick We get disc 0 |
| | | | ^CellTextPi some don't 0 | Buying tick experience 0 |
| | | | ^CellTextPi How else c 0 | Don't know |
| | | | ^CellTextPi It's a 3rd pɛ 0 | Buying tick I don't kno 0 |
| | | | There is so Because th 0 | Buying tick Looking at 0 |
| permission or authorization from another company | | | ^CellTextPipe()^ is an ɛ 1 | Buying tickets through 1 |
| 1 | 1 | | ^CellTextPipe()^ is an ɛ 1 | Buying tick it has disco 0 |
| | | | Don't know | Don't know |
| permission or authorization from another company | | | ^CellTextPi Because it' 0 | Buying tickets through 1 |
| 1 | 1 | | ^CellTextPipe()^ is an ɛ 1 | Don't know |
| permission or authorization from another company | | | Don't know | Buying tick service fee 0 |
| permission or authorization from another company | | | ^CellTextPi They are a 0 | Buying tick They provi 0 |
| 0 | What was \ 0 | To proceed 0 | The writing 0 | ^CellTextPi It's written 0 | Buying tick The writing 0 |
| permission or authorization from another company | | | ^CellTextPi I didn't thir 0 | Buying tick I believe I s 0 |
| | | | ^CellTextPi I believe I s 0 | Buying tick I saw some 0 |
| | | | ^CellTextPi It should b 0 | Don't know |
| permission or authorization from another company | | | ^CellTextPi For protect 0 | Buying tick Online pric 0 |
| | | | ^CellTextPi It was simp 0 | Buying tick That's a on 0 |
| 0 | | 1 | use of fund 0 | its the rule 0 | ^CellTextPipe()^ is not 1 | Buying tick they are th 0 |
| | | | There is so Wikipedia \ 0 | Buying tick Because Ex 0 |
| 0 | Nothing 0 | For securit 0 | Nothing. 0 | ^CellTextPi Because so 0 | Buying tick Because so 0 |

| Q9a - Base | Q9b - What | Q9bx1_99 | Q10a - Base | Q10b - Wh | Q10bx1_99 | Q11a - Base | Q11b - Wh | Q11bx1_99 | Q12a - Base | Q12b - Wh | Q12bx1_99 | Q12c - Base |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ^CellTextPi Doesn't ref | 0 | | N/A (I do n Doesn't ref | 0 | | Don't know if ^CellTextPipe()^ are | A ticket bo I've used th | 0 | | The option |
| Don't know | | | I believe th There picke | 0 | | ^CellTextPi They sell fa | 0 | | A ticket bo I have used | 0 | | The option |
| ^CellTextPi that they w | 0 | | I believe th They looks | 0 | | Don't know if ^CellTextPipe()^ are | A ticket bo That its on | 0 | | The option |
| ^CellTextPi Did not see | 0 | | N/A (I do n Did not see | 0 | | ^CellTextPi Some deals | 0 | | A ticket bo They are a | 0 | | The option |
| ^CellTextPi I did not se | 0 | | Don't know | | | Don't know if ^CellTextPipe()^ are | A ticket bo A ticket bo | | | The option |
| ^CellTextPi charg | 1 | | I believe the fee ^CellT | 1 | | ^CellTextPipe()^ is an a | 1 | | A ticket bought throug | 1 | | The option |
| ^CellTextPi Much chea | 0 | | Don't know | | | ^CellTextPi Same depa | 0 | | A ticket bought throug | 1 | | Don't know |
| Don't know | | | Don't know | | | Don't know if ^CellTextPipe()^ hav | A ticket bo Because th | 0 | | The option |
| Don't know | | | Don't know | | | Don't know if ^CellTextPipe()^ are | A ticket bo It would no | 0 | | Don't know |
| ^CellTextPi I feel they a | 0 | | I believe th I feel the fe | 0 | | ^CellTextPi It helps me | 0 | | A ticket bo It's a valid | 1 | 0 | The option |
| ^CellTextPi I don't nee | 0 | | N/A (I do n think ^Ce | 1 | | ^CellTextPipe()^ is an a | 1 | | A ticket bo Because yo | 0 | | The option |
| ^CellTextPi seems like | 0 | | I believe th seems like | 0 | | ^CellTextPi seems rath | 0 | | A ticket bo makes sens | 0 | | The option |
| Don't know | | | I believe the fee ^CellT | 1 | | Don't know if ^CellTextPipe()^ are | Don't know | | | The option |
| ^CellTextPi I believe it | 0 | | N/A (I do n I don't | 0 | | ^CellTextPipe()^ is an a | 1 | | Don't know | | | Don't know |
| ^CellTextPi looks good | 0 | | I believe th looks good | 0 | | ^CellTextPi looks good | 0 | | A ticket bo easy to und | 0 | | The option |
| Don't know | | | I believe th It usually is | 0 | | Don't know if ^CellTextPipe()^ hav | A ticket bo These ticke | 0 | | Don't know |
| ^CellTextPipe()^ charg | 1 | | I believe th they are a | 0 | | ^CellTextPipe()^ is not | 1 | | A ticket bought throug | 1 | | The option |
| ^CellTextPi It's love it | 0 | | I believe th Assessing p | 0 | | ^CellTextPi Nothing | 0 | | A ticket bo Nothing | 0 | | The option |
| Don't know | | | Don't know | | | Don't know if ^CellTextPipe()^ hav | A ticket bo They are pr | 0 | | The option |
| Don't know | | | Don't know | | | ^CellTextPipe()^ is an a | 1 | | A ticket bo Because no | 0 | | The option |
| Don't know | | | I believe th It feels like | 0 | | ^CellTextPi It seems rig | 0 | | Don't know | | | Don't know |
| ^CellTextPi better deal | 0 | | I believe th it seems fai | 0 | | ^CellTextPi its a good s | 0 | | A ticket bo I use it for p | 0 | | The option |
| Don't know | | | I believe th The prices | 0 | | Don't know if ^CellTextPipe()^ hav | Don't know | | | Don't know |
| ^CellTextPi It would be | 0 | | N/A (I do n they would | 0 | | Don't know if ^CellTextPipe()^ hav | A ticket bo my hope | | | Don't know |
| ^CellTextPi They had a | 0 | | I believe th They shoul | 0 | | Don't know if ^CellTextPipe()^ are | A ticket bought throug | 1 | | Don't know |
| ^CellTextPi Its enough | 0 | | Don't know | | | ^CellTextPipe()^ is an a | 1 | | A ticket bought throug | 1 | | Don't know |
| ^CellTextPipe()^ does | 1 | | I believe the fee ^CellT | 1 | | ^CellTextPipe()^ is an a | 1 | | A ticket bought throug | 1 | | The option |
| ^CellTextPipe()^ does | 1 | | I believe th they are a | 1 | | ^CellTextPipe()^ is an a | 1 | | A ticket bo because th | 0 | | The option |
| ^CellTextPipe()^ does | 1 | | I believe the fee ^CellT | 1 | | ^CellTextPipe()^ is an a | 1 | | A ticket bought throug | 1 | | The option |
| Don't know | | | N/A (I do n I presume | 0 | | ^CellTextPi How else c | 0 | | A ticket bo They're aut | 0 | | Don't know |
| ^CellTextPipe()^ charg | 1 | | I believe the fee ^CellT | 1 | | ^CellTextPipe()^ is an a | 1 | | A ticket bought throug | 1 | | Don't know |
| Don't know | | | N/A (I do n wasnt awa | 0 | | Don't know if ^CellTextPipe()^ hav | A ticket bo would not l | 0 | | The option |
| ^CellTextPi they charge | 0 | | I believe th 45.00 is a c | 0 | | ^CellTextPi can only bc | 0 | | A ticket bo its a real w | 0 | | The option |

**APPX. 1876**

| | | | | |
|---|---|---|---|---|
| Don't know | N/A (I do n I'm not sur 0 | Don't know if ^CellTextPipe()^ are | A ticket bo I would bel 0 | The option |
| ^CellTextPi none      0 | I believe th none        0 | ^CellTextPi none          0 | A ticket bo none          0 | The option |
| ^CellTextPi DID NOT SI 0 | N/A (I do n I DID NOT S 0 | ^CellTextPi BECAUSE I  0 | A ticket bo BECAUSE I 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | Don't know |
| ^CellTextPi It just feels 0 | I believe th Because    0 | ^CellTextPi It just seem 0 | A ticket bo Why else w 0 | The option |
| ^CellTextPipe()^ charg 1 | Don't know | Don't know if ^CellTextPipe()^ | Don't know | The option |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Cε 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option |
| ^CellTextPipe()^ does 1 | I believe th I research a 0 | ^CellTextPipe()^ are A ticket bought throug 1 | | The option |
| ^CellTextPi because it i 0 | I believe th because hc 0 | ^CellTextPi because it i 0 | A ticket bo it better be 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ har Don't know | | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | | Don't know |
| ^CellTextPi Airlines pay 0 | N/A (I do n Airlines pay 0 | Don't know if ^CellTextPipe()^ hav A ticket is coı 0 | | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav Don't know | | Don't know |
| Don't know | I believe th seems on p 0 | Don't know if ^CellTextPipe()^ are A ticket bo would assu 0 | | Don't know |
| ^CellTextPi Try it for yc 0 | I believe th They just cl 0 | ^CellTextPi You can be 0 | A ticket bought throug 1 | The option |
| ^CellTextPi I've been b 0 | I believe th They have ı 0 | ^CellTextPi Because I b 0 | A ticket bo Because I c 0 | The option |
| Don't know | Don't know | ^CellTextPi That's norn 0 | A ticket bo it has to be 0 | Don't know |
| ^CellTextPi No fee add 0 | N/A (I do n No fee       0 | Don't know if ^CellTextPipe()^ are A ticket bo it better be 0 | | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ are A ticket bo Legitimate 0 | | Don't know |
| ^CellTextPi Dont know 0 | N/A (I do n Dont know 0 | ^CellTextPi Dont know 0 | A ticket bo Dont know 0 | The option |
| ^CellTextPi No change 0 | N/A (I do not think ^Cε 1 | ^CellTextPi Lower fare: 0 | A ticket bought throug 1 | The option |
| ^CellTextPi It's nice    0 | I believe th It's great    0 | ^CellTextPi We are aut 0 | A ticket bo It's the shiz 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav A ticket bought throug 1 | | The option |
| ^CellTextPi All fees and 0 | I believe th Everything  0 | Don't know if ^CellTextPipe()^ are A ticket bo It's a websi 0 | | The option |
| ^CellTextPi Everyone h 0 | I believe th Very respo 0 | ^CellTextPi Easy way   0 | A ticket bo Valid most 0 | The option |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | Don't know | Don't know |
| ^CellTextPi I see "fees" 0 | I believe th The price is 0 | ^CellTextPi I see links t 0 | A ticket bo I see the cc 0 | The option |
| ^CellTextPi I saw a add 0 | I believe th It isn't as m 0 | Don't know if ^CellTextPipe()^ hav A ticket bo It's from th 0 | | Don't know |
| Don't know | I believe th so i can get 0 | ^CellTextPi the page i ν 0 | A ticket bo I think it's a 0 | The option |
| ^CellTextPi It shows it 0 | I believe th It's not tha 0 | Don't know if ^CellTextPipe()^ hav A ticket bought throug 1 | | Don't know |
| Don't know | Don't know | ^CellTextPipe()^ is an ε 1 | A ticket bo its valid     0 | Don't know |
| ^CellTextPi No additior 0 | I believe th There's a d 0 | ^CellTextPi Because th 0 | A ticket bo They are cc 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav A ticket bo Its valid fro 0 | | Don't know |

**APPX. 1877**

| | | | | |
|---|---|---|---|---|
| ^CellTextPi It cost too 0 | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | The option |
| ^CellTextPi How else w 0 | I believe th It needs to 0 | Don't know if ^CellTextPipe()^ hav | A ticket bo It would ot 0 | Don't know |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPi It rather co 0 | N/A (I do n It's crystal ( 0 | ^CellTextPi It's crystal ( 0 | A ticket bo Because th 0 | The option |
| ^CellTextPi na 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bo na 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | A ticket bo It's on the 0 | Don't know |
| ^CellTextPi From my e: 0 | I believe th There is no 0 | ^CellTextPi This is the I 0 | A ticket bo Past experi 0 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ are | A ticket bought throug 1 | The option |
| ^CellTextPi A service fe 0 | I believe th Other sites 0 | ^CellTextPi Through pr 0 | A ticket bought throug 1 | The option |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Ce 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPi There is a s 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPi I don't thin 0 | N/A (I do n Idk 0 | Don't know if ^CellTextPipe()^ are | A ticket bo Because 0 | The option |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Ce 1 | ^CellTextPi I know they 0 | A ticket bo Expedia is ( 0 | The option |
| ^CellTextPi They collec 0 | N/A (I do n Company c 0 | ^CellTextPi Airlines set 0 | A ticket bo Once the ti 0 | The option |
| Don't know | N/A (I do n Because i d 0 | Don't know if ^CellTextPipe()^ are | A ticket bo Because or 0 | The option |
| Don't know | I believe th lower price 0 | Don't know if ^CellTextPipe()^ are | Don't know | The option |
| ^CellTextPi Said $35 fe 0 | I believe th still saved $ 0 | Don't know if ^CellTextPipe()^ are | Don't know | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | Don't know |
| ^CellTextPi From past ( 0 | I believe th Because it 0 | ^CellTextPi It has bette 0 | A ticket bo From past ( 0 | The option |
| ^CellTextPi It said so 0 | N/A (I do n It said so 0 | ^CellTextPi This is wha 0 | A ticket bo I have used 0 | The option |
| ^CellTextPi the ticket p 0 | I believe th they have t 0 | ^CellTextPi it seems lo 0 | A ticket bo why would 0 | The option |
| ^CellTextPi Look 0 | I believe th Not too mu 0 | ^CellTextPi I feel that v 0 | A ticket bo I've bought 0 | The option |
| ^CellTextPi Any service 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bo It's a trusty 0 | The option |
| ^CellTextPi Experience 0 | I believe th Experience 0 | ^CellTextPi Experience 0 | A ticket bo Obvious 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | Don't know |
| ^CellTextPi Expedia ha 0 | I believe th The earlies 0 | ^CellTextPi Expedia wc 0 | A ticket bo You are ass 0 | The option |
| Don't know | I believe th The prices 0 | Don't know if ^CellTextPipe()^ hav | A ticket bo It looks like 0 | The option |
| Don't know | I believe th I don't min 0 | ^CellTextPi I think Expe 0 | A ticket bo | Don't know |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | Don't know |
| ^CellTextPi I used it be 0 | I believe th It's a third ( 0 | ^CellTextPipe()^ is an a 1 | A ticket bo It must be 0 | Don't know |
| ^CellTextPi they have t 0 | I believe th seems to b 0 | Don't know if ^CellTextPipe()^ hav | A ticket bo because I h 0 | The option |

| | | | | |
|---|---|---|---|---|
| ^CellTextPi Didn't seen 0 | I believe th Price seem 0 | Don't know if ^CellTextPipe()^ are A ticket bo Seems like 0 | The option |
| ^CellTextPi IT does not 0 | I believe th IT looks co 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I have don 0 | The option |
| ^CellTextPi More safe 0 | I believe th More spee 0 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPi There is a li 0 | I believe th The $10 fe 0 | ^CellTextPipe()^ i believe th 0 | A ticket bo I believe th 0 | The option |
| Don't know | N/A (I do n I did not se 0 | Don't know if ^CellTextPipe()^ are A ticket bo It looks legi 0 | Don't know |
| ^CellTextPi It states th 0 | I believe th I think it's c 0 | Don't know if ^CellTextPipe()^ are A ticket bo It states on 0 | Don't know |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | Don't know |
| ^CellTextPi I saw it wh 0 | I believe th they are nc 0 | Don't know if ^CellTextPipe()^ are Don't know | The option |
| Don't know | I believe th Don't like p 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Don't know | The option |
| ^CellTextPi How do th 0 | I believe th Don't like p 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Otherwise 0 | The option |
| Don't know | Don't know | ^CellTextPi They are a 0 | A ticket bo They are a 0 | The option |
| ^CellTextPi They get a 0 | I believe th They usuall 0 | ^CellTextPi They are a 0 | A ticket bo They are a 0 | The option |
| ^CellTextPi It didn't loc 0 | N/A (I do n Because th 0 | Don't know if ^CellTextPipe()^ ha A ticket bo It had all of 0 | Don't know |
| Don't know | N/A (I do n I didn't see 0 | ^CellTextPi I know that 0 | A ticket bo Because I'v 0 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Don't know | Don't know |
| ^CellTextPi Through ex 0 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha A ticket bo Through ex 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Don't know | The option |
| ^CellTextPi Because I d 0 | N/A (I do n Because it' 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Because it 0 | The option |
| Don't know | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha A ticket bo I have used 0 | The option |
| Don't know | I believe th Because th 0 | Don't know if ^CellTextPipe()^ are A ticket bo They are a 0 | Don't know |
| Don't know | Don't know | ^CellTextPi That is my 0 | A ticket bo I believe it 0 | Don't know |
| Don't know | I believe th It is a dece 0 | ^CellTextPi It ey have r 0 | A ticket bo They are a 0 | The option |
| Don't know | N/A (I do n I hope not 0 | ^CellTextPi Listed on a 0 | A ticket bo They are of 0 | Don't know |
| ^CellTextPi To me it lo 0 | I believe th I do not fee 0 | Don't know if ^CellTextPipe()^ are A ticket bo I would hat 0 | Don't know |
| ^CellTextPipe()^ does i 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPi There was 0 | I believe th They prices 0 | ^CellTextPi It seems lik 0 | A ticket bo It seems lik 0 | The option |
| ^CellTextPi I book a lot 0 | N/A (I do n Please see 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Why would 0 | Don't know |
| ^CellTextPi Experience 0 | N/A (I do n My underst 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I've used t 0 | The option |
| Don't know | I believe th comparabl 0 | Don't know if ^CellTextPipe()^ are A ticket bo clearly stat 0 | Don't know |
| Don't know | N/A (I do n Because or 0 | Don't know if ^CellTextPipe()^ ha A ticket bo It looks like 0 | The option |
| ^CellTextPi they make 0 | N/A (I do n none on th 0 | ^CellTextPi have done 0 | A ticket bo NOW YOU 0 | The option |
| Don't know | Don't know | ^CellTextPi Its just a gu 0 | A ticket bo I'm just ass 0 | Don't know |
| Don't know | Don't know | ^CellTextPi Previous e 0 | A ticket bo Previous e 0 | The option |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Don't know | | I believe th I've booked 0 | ^CellTextPipe()^ is an a 1 | | A ticket bou Expedia is r 0 | | The option |
| ^CellTextPipe()^ does 1 | | I believe th It seems re 0 | ^CellTextPipe()^ is not 1 | | A ticket bought throug 1 | | The option |
| ^CellTextPi I've used E 0 | | N/A (I do not think ^C 1 | Don't know if ^CellTextPipe()^ are | A ticket bou I've used E 0 | | The option |
| ^CellTextPi i think its p 0 | | I believe th i think it w 0 | ^CellTextPi works for u 0 | | A ticket bou they are co 0 | | Don't know |
| ^CellTextPi It clearly sh 0 | | Don't know | Don't know if ^CellTextPipe()^ ha | A ticket bou I saw nothi 0 | | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ ha | Don't know | | Don't know |
| ^CellTextPi Service cha 0 | | I believe th Not a huge 0 | ^CellTextPipe()^ is an a 1 | | A ticket bou Would be f 0 | | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ ha | Don't know | | Don't know |
| ^CellTextPi Visinle on t 0 | | Don't know | Don't know if ^CellTextPipe()^ ha | A ticket bou Its a legitim 0 | | Don't know |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ are | Don't know | | The option |
| ^CellTextPi No additio 0 | | Don't know | ^CellTextPipe()^ is an a 1 | | A ticket bou Authorized 0 | | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ ha | Don't know | | Don't know |
| ^CellTextPi I think thei 0 | | Don't know | Don't know if ^CellTextPipe()^ ha | A ticket bought throug 1 | | The option |
| ^CellTextPi I've experi 0 | | I believe th Affordable 0 | ^CellTextPi They are th 0 | | A ticket bou They are w 0 | | Don't know |
| ^CellTextPi I saw a cha 0 | | I believe th $10 is not a 0 | Don't know if ^CellTextPipe()^ are | A ticket bou Don't know | | The option |
| ^CellTextPipe()^ does 1 | | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | | A ticket bought throug 1 | | The option |
| ^CellTextPi Because it 0 | | I believe th The price is 0 | Don't know if ^CellTextPipe()^ are | A ticket bou Because it 0 | | Don't know |
| ^CellTextPipe()^ does 1 | | N/A (I do n Experience 0 | ^CellTextPipe()^ is not 1 | | A ticket bought throug 1 | | The option |
| ^CellTextPi Experience 0 | | N/A (I do n Experience 0 | Don't know if ^CellTextPipe()^ ha | A ticket bou From past e 0 | | Don't know |
| Don't know | | N/A (I do n I did not nc 0 | Don't know if ^CellTextPipe()^ are | A ticket bou It looked le 0 | | Don't know |
| ^CellTextPi No fees are 0 | | N/A (I do n I did not no 0 | ^CellTextPi I answered 0 | | A ticket bou They don't 0 | | The option |
| Don't know | | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha | Don't know | | Don't know |
| ^CellTextPi It didn't ap 0 | | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha | A ticket bought throug 1 | | The option |
| ^CellTextPipe()^ does 1 | | N/A (I do not think ^C 1 | Don't know if ^CellTextPipe()^ ha | A ticket bou Because it 0 | | Don't know |
| ^CellTextPi Based on e 0 | | N/A (I do n That's wha 0 | Don't know if ^CellTextPipe()^ ha | A ticket bou I've used th 0 | | The option |
| ^CellTextPi Additional 0 | | I believe th Other sites 0 | ^CellTextPi I just think 0 | | A ticket bou I've used 0 | | The option |
| ^CellTextPi Friend told 0 | | N/A (I do n didn't notic 0 | ^CellTextPi Friend told 0 | | A ticket bou Read it 0 | | The option |
| Don't know | | Don't know | ^CellTextPi have used t 0 | | A ticket bou have done 0 | | Don't know |
| ^CellTextPi a service fe 0 | | Don't know | Don't know if ^CellTextPipe()^ ha | A ticket bou the way th 0 | | The option |
| ^CellTextPi It says serv 0 | | I believe th Ten dollars 0 | Don't know if ^CellTextPipe()^ are | A ticket bou If it wasn't 0 | | Don't know |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ ha | Don't know | | Don't know |
| Don't know | | I believe th I've never h 0 | Don't know if ^CellTextPipe()^ are | A ticket bou I say that b 0 | | Don't know |
| ^CellTextPi I didn't see 0 | | N/A (I do n It's not spe 0 | ^CellTextPi You book t 0 | | A ticket bou Expedia ha 0 | | Don't know |
| ^CellTextPi Bc they are 0 | | I believe th The offer r 0 | ^CellTextPi Sometimes 0 | | A ticket bou Have ever p 0 | | The option |

**APPX. 1880**

| | | | | |
|---|---|---|---|---|
| ^CellTextPi I was annoy 0 | I believe th It depends  0 | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| ^CellTextPi There was i 0 | I believe th $10 is not a 0 | Don't know if ^CellTextPipe()^ A ticket bo I'm assumii 0 | | Don't know |
| Don't know | I believe th It really jus 0 | ^CellTextPi I like it        0 | A ticket bo It really jus 0 | The option |
| Don't know | N/A (I do n just like a t 0 | Don't know | | Don't know |
| ^CellTextPipe()^ does i 1 | N/A (I do not think ^Ce 1 | ^CellTextPi Because th 0 | A ticket bo You can us 0 | The option |
| ^CellTextPipe()^ does i 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| Don't know | | Don't know if ^CellTextPipe()^ ha A ticket bo I would at I 0 | | The option |
| ^CellTextPi Well that's  0 | I believe th Well it's a s 0 | ^CellTextPi Well it is ar 0 | A ticket bo It is a valid 0 | The option |
| ^CellTextPi I didn't see 0 | N/A (I do n I did not se 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I assume th 0 | | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |
| Don't know | N/A (I do n I believe th 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I have purc 0 | | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |
| ^CellTextPi They have  0 | I believe th It isn't a cra 0 | ^CellTextPi They are a  0 | A ticket bo It's a big co 0 | The option |
| ^CellTextPi I've never p 0 | N/A (I do n I use them  0 | Don't know if ^CellTextPipe()^ ha A ticket bo Used it  0 | | The option |
| ^CellTextPi I don't thin 0 | N/A (I do n I don't thin 0 | ^CellTextPi It has to be 0 | A ticket bo It is an esta 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |
| ^CellTextPi It shows th 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bo Because if y 0 | The option |
| Don't know | N/A (I do n I am not fa 0 | Don't know if ^CellTextPipe()^ are A ticket bo It says it is  0 | | The option |
| ^CellTextPi It only char 0 | I believe th I didn't see 0 | Don't know if ^CellTextPipe()^ are A ticket bo The Airline  0 | | Don't know |
| ^CellTextPi It is of grea 0 | I believe th It is of grea 0 | ^CellTextPi Expedia is a 0 | A ticket bo Expedia is a 0 | The option |
| ^CellTextPi Skip lagged 0 | N/A (I do n Skip lagged 0 | ^CellTextPi They are of 0 | A ticket bo They offer  0 | The option |
| ^CellTextPi There's alw 0 | I believe the fee ^CellT 1 | ^CellTextPi Skip lagged 0 | A ticket bo As long as i 0 | The option |
| ^CellTextPi I don't kno 0 | I believe th I don't kno 0 | Don't know if ^CellTextPipe()^ ha A ticket bo As long as i 0 | | The option |
| ^CellTextPipe()^ does i 1 | I believe th they make 0 | ^CellTextPi I don't kno 0 | A ticket bo I don't kno 0 | The option |
| ^CellTextPipe()^ charg 1 | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo it is a valid 0 | | The option |
| Don't know | I believe th Because th 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Because if I 0 | | Don't know |
| ^CellTextPi I seen it      0 | I believe th It's expecte 0 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPi I read that  0 | N/A (I do n I know bec 0 | ^CellTextPi I read that  0 | A ticket bo We always  0 | The option |
| ^CellTextPipe()^ does i 1 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ are A ticket bought throug 1 | | The option |
| ^CellTextPi I didn't see 0 | Don't know | ^CellTextPi They show 0 | A ticket bo I have purc 0 | The option |
| ^CellTextPi I believe it  0 | I believe th They make 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Looks valid 0 | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are A ticket bo The concep 0 | | Don't know |

**APPX. 1881**

| | | | | |
|---|---|---|---|---|
| ^CellTextPi It just charş 0 | I believe th It's only 10 0 | ^CellTextPi It is cheape 0 | Don't know | Don't know |
| ^CellTextPi There was ɔ 0 | I believe th I've seen w 0 | ^CellTextPi Those ticke 0 | A ticket boɪ They explic 0 | The option |
| ^CellTextPipe()^ does ɔ 1 | I believe th Nothing   0 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| Don't know | I believe th It seems re 0 | Don't know if ^CellTextPipe()^ are Don't know | Don't know |
| ^CellTextPi It doesn't c 0 | I believe th It is very aç 0 | ^CellTextPi It is very aç 0 | A ticket boɪ It is very aç 0 | The option |
| ^CellTextPi They have ɔ 0 | I believe th Mergers ar 0 | Don't know if ^CellTextPipe()^ are A ticket boɪ Because th 0 | Don't know |
| ^CellTextPipe()^ does ɔ 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ɔ 1 | A ticket bought throug 1 | Don't know |
| ^CellTextPi I remembe 0 | I believe th I believe it 0 | Don't know if ^CellTextPipe()^ are A ticket boɪ It is a valid 0 | The option |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ɔ 1 | A ticket boɪ dont ask m 0 | Don't know |
| ^CellTextPi I've done b 0 | N/A (I do n I've done b 0 | ^CellTextPi They have ɔ 0 | A ticket boɪ I've done b 0 | The option |
| ^CellTextPipe()^ charç 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ɔ 1 | A ticket bought throug 1 | The option |
| ^CellTextPi For them tɔ 0 | I believe th Fair amoun 0 | Don't know if ^CellTextPipe()^ ha Don't know | The option |
| ^CellTextPi ZI dont thir 0 | I believe th its not outr 0 | Don't know if ^CellTextPipe()^ are A ticket boɪ Its always ν 0 | Don't know |
| ^CellTextPi The flights 0 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha A ticket bought throug 1 | The option |
| ^CellTextPi I think so   0 | I believe th I think so   0 | Don't know if ^CellTextPipe()^ ha A ticket boɪ I don't thin 0 | Don't know |
| ^CellTextPipe()^ charç 1 | I believe the fee ^CellT 1 | ^CellTextPi Because it' 0 | Don't know | The option |
| ^CellTextPi Because th 0 | Don't know | ^CellTextPi It's air thou 0 | A ticket bought throug 1 | The option |
| ^CellTextPi low cost   0 | I believe th i like that   0 | ^CellTextPi better worl 0 | A ticket boɪ valid tricke 0 | The option |
| ^CellTextPi It's nice   0 | I believe th It is fair   0 | ^CellTextPi It feels goo 0 | A ticket boɪ It feels righ 0 | The option |
| ^CellTextPipe()^ charç 1 | I believe th Because th 0 | ^CellTextPipe()^ is an ɔ 1 | A ticket boɪ Because it ɔ 0 | The option |
| ^CellTextPipe()^ charç 1 | I believe th The fees ar 0 | ^CellTextPipe()^ is an ɔ 1 | A ticket boɪ I purchasec 0 | The option |
| ^CellTextPi I don't rem 0 | N/A (I do n I don't rem 0 | ^CellTextPipe()^ is an ɔ 1 | A ticket boɪ I've done it 0 | The option |
| ^CellTextPipe()^ charç 1 | I believe th It is   | ^CellTextPipe()^ is an ɔ 1 | A ticket bought throug 1 | The option |
| ^CellTextPi because nc 0 | I believe th skip lag is a 0 | ^CellTextPi supplanted 0 | A ticket boɪ everything 0 | The option |
| ^CellTextPi I think ever 0 | I believe th I think that 0 | ^CellTextPi I think that 0 | A ticket boɪ I think that 0 | The option |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPi not sure   0 | A ticket bought throug 1 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | Don't know |
| ^CellTextPi That's wha 0 | I believe the fee ^CellT 1 | ^CellTextPi I just mak 0 | A ticket boɪ Because th 0 | The option |
| ^CellTextPipe()^ charç 1 | I believe the fee ^CellT 1 | ^CellTextPi It just mak 0 | A ticket boɪ Because it ɔ 0 | The option |
| ^CellTextPi I used it be 0 | I believe th I mean, sur 0 | ^CellTextPi because I'v 0 | A ticket boɪ if it weren' 0 | The option |
| ^CellTextPi Only if you 0 | I believe th Compared 0 | ^CellTextPi There are lɔ 0 | A ticket boɪ They have ɔ 0 | The option |
| ^CellTextPi They have ɔ 0 | I believe th I think they 0 | Don't know if ^CellTextPipe()^ ha A ticket boɪ Because yo 0 | Don't know |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPi It has to be 0 | A ticket bought throug 1 | Don't know |
| ^CellTextPi There is a ç 0 | I believe th It is less th 0 | Don't know if ^CellTextPipe()^ ha A ticket boɪ It looks aut 0 | Don't know |

APPX. 1882

| | | | | | |
|---|---|---|---|---|---|
| Don't know | I believe th They have | ^CellTextPipe()^ is an ¿ 1 | A ticket boi I have used 0 | The option |
| Don't know | I believe th ^CellTextPi I've used E 0 | | A ticket boi Because I' v 0 | The option |
| ^CellTextPi They make 0 | I believe th It's reason; 0 | Don't know if ^CellTextPipe()^ are A ticket boi They are re 0 | | The option |
| Don't know | I believe th The price d 0 | Don't know if ^CellTextPipe()^ are A ticket boi You are stil 0 | | Don't know |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPi States it in 0 | A ticket boi Because it 0 | The option |
| ^CellTextPi Theres a se 0 | I believe th Expedia's s 0 | ^CellTextPipe()^ is an ¿ 0 | A ticket boi I have used 0 | The option |
| Don't know | I believe th It has good 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket bought throug 1 | The option |
| ^CellTextPi Their charg 0 | I believe th They have ¡ 0 | Don't know if ^CellTextPipe()^ are A ticket boi They have ¡ 0 | | Don't know |
| ^CellTextPi There's no  0 | N/A (I do n Same resp 0 | Don't know if ^CellTextPipe()^ hav Otherwise  0 | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav Don't know | | Don't know |
| ^CellTextPi They work  0 | N/A (I do n They work  0 | Don't know if ^CellTextPipe()^ hav A ticket boi They work  0 | | The option |
| Don't know | Don't know | ^CellTextPi They have ¡ 0 | A ticket boi You can ac 0 | The option |
| Don't know | N/A (I do n I don't thin 0 | Don't know if ^CellTextPipe()^ hav Don't know | | Don't know |
| ^CellTextPipe()^ does ¡ 1 | I believe th The websit 0 | ^CellTextPipe()^ is an ¿ 1 | A ticket boi They are in 0 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPi It's a lot m 0 | Don't know | ^CellTextPi I like the id 0 | A ticket boi It's a lot m 0 | The option |
| ^CellTextPi On op of th 0 | I believe th They advic; 0 | ^CellTextPi Is an autho 0 | A ticket boi Tickets are 0 | The option |
| ^CellTextPi They charg 0 | I believe th I think      0 | ^CellTextPi They are of 0 | A ticket boi I got or on 0 | The option |
| ^CellTextPi because th 0 | I believe th cheap fligh 0 | ^CellTextPi because th 0 | A ticket boi because a 0 | The option |
| ^CellTextPi I've been u 0 | I believe th I've used it 0 | ^CellTextPi I tried it   0 | A ticket boi It's authori 0 | The option |
| ^CellTextPi I have used 0 | I believe th No reason  0 | ^CellTextPi Don't know 0 | A ticket boi Because it 0 | The option |
| ^CellTextPi How do th 0 | I believe th They are a 0 | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| ^CellTextPi I've used th 0 | I believe th The fee is a 0 | ^CellTextPi They are sc 0 | A ticket boi They are ar 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav A ticket boi it cannot b 0 | | Don't know |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ¿ 1 | Don't know | The option |
| ^CellTextPi It is also ob 0 | N/A (I do n Again this c 0 | ^CellTextPi Because I' v 0 | A ticket boi Because it 0 | The option |
| Don't know | I believe th everything  0 | Don't know if ^CellTextPipe()^ are A ticket boi It clearly is 0 | | The option |
| ^CellTextPi Is not show 0 | I believe th They have ¡ 0 | ^CellTextPipe()^ is an ¿ 1 | A ticket boi They are th 0 | The option |
| ^CellTextPipe()^ does ¡ 1 | I believe the fee ^CellT 1 | ^CellTextPi It's the rea 0 | A ticket boi It would be 0 | The option |
| ^CellTextPi Skiplagged 0 | Don't know | ^CellTextPi Skiplagged 0 | A ticket boi Because of 0 | The option |
| ^CellTextPi I believe Ex 0 | N/A (I do n The area in 0 | ^CellTextPi I said that t 0 | A ticket boi The name o 0 | Don't know |
| ^CellTextPipe()^ does ¡ 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket bought throug 1 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav A ticket bought throug 1 | | Don't know |

**APPX. 1883**

| | | | | | |
|---|---|---|---|---|---|
| ^CellTextPi It just lists 0 | N/A (I do n It looks like 0 | ^CellTextPi It is a listing 0 | A ticket bo U have no 0 | The option |
| ^CellTextPipe()^ does 1 | I believe th TRUSTED A 0 | ^CellTextPi()^ is an ε 1 | A ticket bo OVERALL G 0 | The option |
| Don't know | I believe th If there is a 0 | ^CellTextPi It seems th 0 | A ticket bo If the ticket 0 | The option |
| Don't know | I believe th it fits my bt 0 | Don't know if ^CellTextPipe()^ are A ticket bought throug 1 | | Don't know |
| ^CellTextPi Based on w 0 | N/A (I do n I don't reca 0 | ^CellTextPipe()^ is not 1 | A ticket bo Because th 0 | The option |
| Don't know | Don't know | ^CellTextPi I'm familia 0 | A ticket bo legitimate 0 | Don't know |
| ^CellTextPi the airline 0 | I believe th the tickets 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I have bou 0 | | The option |
| ^CellTextPi The final pr 0 | N/A (I do not think ^Ce 1 | ^CellTextPi They are e 0 | A ticket bo They are a 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Why else w 0 | | Don't know |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPi i saw that 0 | I believe th considering 0 | ^CellTextPi selling tick 0 | A ticket bo they have s 0 | The option |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option |
| ^CellTextPi I saw 0 | I believe th Seems reas 0 | Don't know if ^CellTextPipe()^ are A ticket bo Seems reas 0 | | The option |
| ^CellTextPi They charg 0 | I believe th I believe th 0 | ^CellTextPi I could not 0 | A ticket bo Skiplagged 0 | The option |
| Don't know | I believe th Because th 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I believe I 0 | | Don't know |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an 1 | A ticket bo They are a 0 | Don't know |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Ce 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option |
| Don't know | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | Don't know |
| ^CellTextPi The whole 0 | I believe th Unfortunat 0 | ^CellTextPi I hope so 0 | A ticket bo This I am s 0 | The option |
| ^CellTextPi additional 0 | I believe th additional 0 | ^CellTextPi additional 0 | A ticket bo cant confir 0 | The option |
| ^CellTextPi Service fee 0 | I believe th No fees are 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I have boug 0 | | Don't know |
| ^CellTextPi Airlines als 0 | N/A (I do not think ^Ce 1 | Don't know if ^CellTextPipe()^ are A ticket bo I have used 0 | | Don't know |
| Don't know | Don't know | ^CellTextPi They must 0 | A ticket bo Because I'v 0 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Because I h 0 | | Don't know |
| ^CellTextPipe()^ does 1 | I believe th Not a huge 0 | Don't know if ^CellTextPipe()^ are A ticket bo I have used 0 | | The option |
| ^CellTextPi It's quite tr 0 | N/A (I do n I do not se 0 | ^CellTextPipe()^ is an ε 1 | A ticket bo I have used 0 | The option |
| ^CellTextPi Their rates 0 | I believe th Good price 0 | ^CellTextPi The offer tl 0 | A ticket bo Because yo 0 | The option |
| Don't know | Don't know | ^CellTextPi The only w 0 | A ticket bo Have to be 0 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| Don't know | I believe th they are hc 0 | ^CellTextPi it is great 0 | A ticket bo other are co 0 | The option |
| ^CellTextPi There's 1 to 0 | Don't know | ^CellTextPi it is appare 0 | A ticket bo Advertiser 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo I have used 0 | | The option |
| ^CellTextPi Cover cost 0 | I believe th Sounds like 0 | ^CellTextPi Overall goc 0 | A ticket bo Easy to use 0 | Don't know |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ^CellTextPi They charg | 0 | I believe th I feel that i | 0 | ^CellTextPi I do not se | 0 | A ticket bo It is a valid | 0 | The option |
| ^CellTextPipe()^ does | 1 | N/A (I do not think ^C | 1 | Don't know if ^CellTextPipe()^ are Don't know | | | | Don't know |
| ^CellTextPi service fee | 0 | I believe th it should b | 0 | Don't know if ^CellTextPipe()^ are A ticket bo the ticket i | 0 | The option |
| ^CellTextPi It's what I | 0 | N/A (I do n It's all adja | 0 | ^CellTextPi It's anothe | 0 | A ticket bo It's an auth | 0 | The option |
| ^CellTextPi Taxes | 0 | I believe th Its reasona | 0 | ^CellTextPi I have used | 0 | A ticket bo I have used | 0 | The option |
| ^CellTextPi It appears | 0 | Don't know | | Don't know if ^CellTextPipe()^ ha A ticket bo Because w | 0 | Don't know |
| ^CellTextPi its good for | 0 | I believe th reasonable | 0 | ^CellTextPi goody | 0 | A ticket bo yes | 0 | The option |
| ^CellTextPi The page sl | 0 | I believe th $35 seems | 0 | Don't know if ^CellTextPipe()^ are A ticket bo If it isn't, t | 0 | The option |
| ^CellTextPipe()^ charg | 1 | I believe the fee ^CellT | 1 | ^CellTextPipe()^ is an | 1 | A ticket bought throug | 1 | The option |
| ^CellTextPi Expedia ne | 0 | I believe th It is conver | 0 | ^CellTextPi I am not su | 0 | A ticket bo I have trav | 0 | The option |
| ^CellTextPi They do it | 0 | I believe th They have | 0 | ^CellTextPi They have | 0 | A ticket bo They are re | 0 | The option |
| Don't know | | Don't know | | ^CellTextPi I didn't see | 0 | A ticket bo Because it | 0 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ are Don't know | | | | Don't know |
| ^CellTextPi Information | 0 | I believe th The price t | 0 | ^CellTextPi Unbelievab | 0 | A ticket bo Reliable co | 0 | The option |
| ^CellTextPi Scam | 0 | I believe I do n Scam | 0 | Don't know if ^CellTextPipe()^ are A ticket bo It's legit | 0 | The option |
| ^CellTextPi There's a 1 | 0 | I believe the fee ^CellT | 1 | ^CellTextPi Because th | 0 | A ticket bo Because I | 0 | The option |
| Don't know | | Don't know | | ^CellTextPi They are at | 0 | A ticket bo I have used | 0 | The option |
| ^CellTextPi In the total | 0 | N/A (I do n It didn't list | 0 | ^CellTextPi Web page | 0 | A ticket bo Says on the | 0 | The option |
| ^CellTextPi None listec | 0 | N/A (I do n None listec | 0 | ^CellTextPi Thats the b | 0 | A ticket bo Thats the v | 0 | The option |
| Don't know | | I believe th Don't know | 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Don't know | | | | Don't know |
| ^CellTextPipe()^ does | 1 | I believe th everyone i | 0 | Don't know if ^CellTextPipe()^ are Don't know | | | | The option |
| ^CellTextPi Cost less a | 0 | I believe th Trusted an | 0 | ^CellTextPipe()^ is an | 1 | A ticket bo They very | 0 | The option |
| Don't know | | N/A (I do n I can't rem | 0 | Don't know if ^CellTextPipe()^ are A ticket bo Because it | 0 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ ha Don't know | | | | Don't know |
| ^CellTextPi they have | 0 | I believe th it is a good | 0 | ^CellTextPi I guess so | 0 | A ticket bo They need | 0 | Don't know |
| ^CellTextPi Ni addition | 0 | I believe th The price is | 0 | ^CellTextPi Reasonable | 0 | A ticket bo Authentic | 0 | The option |
| ^CellTextPi I don't thin | 0 | I believe th You are usi | 0 | ^CellTextPi There is a c | 0 | A ticket bo use this | 0 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ ha Don't know | | | | The option |
| ^CellTextPi no other pr | 0 | I believe th one flat pri | 0 | Don't know if ^CellTextPipe()^ a ticket bo authorized | 0 | Don't know |
| ^CellTextPi Not my exp | 0 | N/A (I do not think ^C | 1 | ^CellTextPi I am unsur | 0 | A ticket bo I have used | 0 | The option |
| ^CellTextPipe()^ does | 1 | I believe the fee ^CellT | 1 | ^CellTextPipe()^ is not | 1 | A ticket bought throug | 1 | Don't know |
| ^CellTextPi Chatted ta | 0 | I believe th Taxes and f | 0 | ^CellTextPi Knowing fr | 0 | A ticket bo It's a certifi | 0 | Don't know |
| Don't know | | N/A (I do not think ^C | 1 | Don't know if ^CellTextPipe()^ ha A ticket bought throug | 1 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ ha A ticket bo i've done it | 0 | The option |

**APPX. 1885**

| | | | | | |
|---|---|---|---|---|---|
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| ^CellTextPi no comme 0 | I believe th no comme 0 | ^CellTextPipe()^ no comme 0 | A ticket bo no comme 0 | The option | |
| ^CellTextPipe()^ does ε 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 0 | A ticket bo Valid 0 | The option | |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know | |
| ^CellTextPi Because th 0 | N/A (I do n Because th 0 | ^CellTextPi Because th 0 | A ticket bo Because th 0 | The option | |
| ^CellTextPi i get a bett 0 | I believe th i get a bett 0 | ^CellTextPi i think they 0 | A ticket bo it's a trustw 0 | The option | |
| ^CellTextPi The total c 0 | I believe th The main p 0 | ^CellTextPi The trips sh 0 | A ticket bo The types c 0 | The option | |
| ^CellTextPi To see it 0 | I believe th To see it 0 | ^CellTextPi To see it 0 | A ticket bo To see it 0 | The option | |
| ^CellTextPi Not sure 0 | I believe th Not sure 0 | Don't know if ^CellTextPipe()^ are A ticket bo Not sure 0 | | Don't know | |
| ^CellTextPi Because ev 0 | I believe th Because th 0 | ^CellTextPi Because to 0 | A ticket bo Because th 0 | The option | |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| ^CellTextPi Because air 0 | N/A (I do n Because air 0 | Don't know if ^CellTextPipe()^ are A ticket bo Because wl 0 | | The option | |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| Don't know | N/A (I do n I don't see 0 | Don't know if ^CellTextPipe()^ are A ticket bo Because I 0 | | The option | |
| ^CellTextPipe()^ does ε 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| ^CellTextPi There's a s 0 | I believe th The cost is 0 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| ^CellTextPi I don't rem 0 | N/A (I do n I don't rem 0 | ^CellTextPi I am just m 0 | A ticket bo If it wasn't 0 | The option | |
| ^CellTextPi does ε 1 | N/A (I do n ^Ce 1 | ^CellTextPi is ser 0 | A ticket bo It works th 0 | The option | |
| ^CellTextPi there is ser 0 | I believe th it really dep 0 | Don't know if ^CellTextPipe()^ ha A ticket bo you are bu 0 | | The option | |
| Don't know | I believe th The price s 0 | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know | |
| ^CellTextPipe()^ charg 1 | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo F day 0 | | Don't know | |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| ^CellTextPi Because I d 0 | I believe th Because I d 0 | ^CellTextPi Because I d 0 | A ticket bo Because I d 0 | The option | |
| ^CellTextPi Try to be a 0 | I believe th ReAsonal p 0 | ^CellTextPi They have ε 0 | A ticket bo They are le 0 | The option | |
| ^CellTextPi They need 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option | |
| Don't know | I believe th Seemed pr 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Its approve 0 | | Don't know | |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | Don't know | |
| ^CellTextPi I would ima 0 | I believe th Because th 0 | Don't know if ^CellTextPipe()^ are A ticket bo Because it I 0 | | The option | |
| Don't know | I believe th Bc their pri 0 | Don't know if ^CellTextPipe()^ A ticket bo No idea 0 | | The option | |
| Don't know | I believe th Tickets are 0 | ^CellTextPi Expedia wc 0 | A ticket bo I've done it 0 | The option | |
| ^CellTextPi It charges 0 | ^CellTextPi Expedia is ε 0 | A ticket bo It gives you 0 | The option | | |
| ^CellTextPi it would be 0 | N/A (I do n they only c 0 | ^CellTextPi it would be 0 | A ticket bo it would be 0 | The option | |
| ^CellTextPi Since it loo 0 | N/A (I do n I believe th 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Because yo 0 | | Don't know | |
| Don't know | N/A (I do n Because if f 0 | ^CellTextPi Past experi 0 | A ticket bo If I wasn't v 0 | Don't know | |

**APPX. 1886**

| | | | | | |
|---|---|---|---|---|---|
| ^CellTextPi they didnt | 0 | I believe th its reasona | 0 | ^CellTextPipe()^ is an a | 1 | A ticket bo because i h | 0 | Don't know |
| ^CellTextPi They state | 0 | N/A (I do n I do not kn | 0 | ^CellTextPi If they wer | 0 | A ticket bo I trust that | 0 | The option |
| ^CellTextPipe()^ charg | 1 | I believe th Because th | 0 | ^CellTextPipe()^ is an a | 0 | A ticket bo Because it | 0 | The option |
| ^CellTextPi They only c | 0 | I believe th The rebate | 0 | ^CellTextPi They are ac | 0 | A ticket bo It has to be | 0 | Don't know |
| Don't know | | I believe th Because it' | 0 | Don't know if ^CellTextPipe()^ ha | | Don't know | | Don't know |
| ^CellTextPi Great value | 0 | I believe th Great value | 0 | ^CellTextPi Trustworth | 0 | A ticket bo Trustworth | 0 | The option |
| Don't know | | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ ha | | A ticket bo they are ah | 0 | Don't know |
| ^CellTextPipe()^ charg | 1 | Don't know | | ^CellTextPipe()^ is an a | 1 | A ticket bought throug | 1 | The option |
| Don't know | | I believe th Bomb | 0 | ^CellTextPipe()^ is not | 1 | A ticket bo Because wl | 0 | The option |
| ^CellTextPi Yes | 0 | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ are | | A ticket bo It has validi | 0 | The option |
| ^CellTextPipe()^ does | 1 | I believe th For what th | 0 | Don't know if ^CellTextPipe()^ are | | A ticket bo They alway | 0 | Don't know |
| Don't know | | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ are | | A ticket bo Well becau | 0 | The option |
| ^CellTextPi Well becau | 0 | I believe the fee ^CellT | 1 | ^CellTextPipe()^ is an a | 1 | Don't know | | Don't know |
| Don't know | | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ are | | A ticket bo It's not valu | 0 | The option |
| ^CellTextPi They do | 0 | I believe th They do | 0 | ^CellTextPi They do | 0 | A ticket bo Yup | 0 | The option |
| ^CellTextPi It charges a | 0 | I believe the fee ^CellT | 1 | ^CellTextPi Because I c | 0 | Don't know | | The option |
| ^CellTextPi Reliable | 0 | I believe th Very reaso | 0 | ^CellTextPi Prefer choi | 0 | A ticket bo Valid | 0 | The option |
| ^CellTextPipe()^ charg | 1 | I believe the fee ^CellT | 1 | ^CellTextPi it shows vi | 0 | A ticket bought throug | 1 | The option |
| ^CellTextPi i'm not sur | 0 | I believe th they shoul | 0 | Don't know if ^CellTextPipe()^ ha | | A ticket bo I haven't u | 0 | Don't know |
| ^CellTextPi The websit | 0 | I believe th The overall | 0 | Don't know if ^CellTextPipe()^ are | | A ticket bo Expedia is | 0 | The option |
| ^CellTextPipe()^ charg | 1 | I believe the fee ^CellT | 1 | ^CellTextPipe()^ is an a | 1 | A ticket bought throug | 1 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ are | | A ticket bo It's a vouch | 0 | Don't know |
| ^CellTextPi Don't know | 0 | I believe th Don't know | 0 | Don't know if ^CellTextPipe()^ are | | Don't know | | The option |
| ^CellTextPi App | 0 | I believe th Convince | 0 | ^CellTextPi App | 0 | A ticket bo Direct | 0 | The option |
| ^CellTextPi Besides su | 0 | I believe th Well if you | 0 | Don't know if ^CellTextPipe()^ ha | | A ticket bo It looked v | 0 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ ha | | Don't know | | Don't know |
| ^CellTextPi Because I h | 0 | N/A (I do n Like I said I | 0 | Don't know if ^CellTextPipe()^ ha | | A ticket bo Because i | 0 | Don't know |
| ^CellTextPi I saw that i | 0 | I believe th It seems rig | 0 | Don't know if ^CellTextPipe()^ are | | A ticket bo The looks c | 0 | Don't know |
| ^CellTextPi It's listed cl | 0 | I believe th 10 is not ve | 0 | Don't know if ^CellTextPipe()^ ha | | A ticket bo I would ass | 0 | The option |
| Don't know | | N/A (I do n All compan | 0 | Don't know if ^CellTextPipe()^ are | | Don't know | | Don't know |
| ^CellTextPipe()^ does | 1 | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ are | | A ticket bo You could s | 0 | Don't know |
| Don't know | | N/A (I do n The second | 0 | ^CellTextPi The pricing | 0 | A ticket bo The picture | 0 | Don't know |
| ^CellTextPipe()^ does | 1 | I believe the fee ^CellT | 1 | ^CellTextPipe()^ is an a | 1 | A ticket bought throug | 1 | The option |

**APPX. 1887**

| | | | | |
|---|---|---|---|---|
| ^CellTextPi Was the be 0 | I believe th It made mc 0 | ^CellTextPipe()^ is not 1 | A ticket bol It's the bes 0 | The option |
| ^CellTextPi I've seen th 0 | I believe th I like the pr 0 | Don't know if ^CellTextPipe()^ are A ticket bol I've bought 0 | | The option |
| Don't know | I believe th The price s 0 | ^CellTextPipe()^ is an a 0 | A ticket bol Expedia is a 0 | Don't know |
| ^CellTextPi They don't 0 | N/A (I do n They find tl 0 | ^CellTextPi They booki 0 | A ticket bol They save c 0 | The option |
| ^CellTextPi How else w 0 | I believe th Their price 0 | Don't know if ^CellTextPipe()^ are A ticket bol I've used E 0 | | The option |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPi I've experi 0 | I believe th I've tried it 0 | ^CellTextPi I've tried it 0 | A ticket bol It's authori 0 | The option |
| ^CellTextPipe()^ does 1 | I believe th It's cheape 0 | Don't know if ^CellTextPipe()^ are A ticket bought throug 1 | | Don't know |
| Don't know | I believe th Its better d 0 | Don't know if ^CellTextPipe()^ hav A ticket bol I've used it 0 | | Don't know |
| ^CellTextPi The progra 0 | Don't know | Don't know if ^CellTextPipe()^ hav Don't know | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav Don't know | | Don't know |
| ^CellTextPi Seems fitti 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bol It is!!!. 0 | Don't know |
| ^CellTextPipe()^ charg 1 | N/A (I do not think ^Ce 1 | ^CellTextPi It seems tri 0 | A ticket bol Because it' 0 | Don't know |
| ^CellTextPi Cause the c 0 | N/A (I do n Because I c 0 | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| Don't know | I believe th Just by the 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ hav A ticket bought throug 1 | | Don't know |
| ^CellTextPi The price o 0 | I believe th The fee did 0 | ^CellTextPipe()^ is an a 1 | A ticket bol It has to be 0 | The option |
| Don't know | N/A (I do n I didnt see 0 | Don't know if ^CellTextPipe()^ hav A ticket bol I've used it 0 | | Don't know |
| ^CellTextPi For this par 0 | Don't know | ^CellTextPi It's my opir 0 | A ticket bol It's my opir 0 | The option |
| ^CellTextPi I think so e 0 | I believe th It think so 0 | ^CellTextPi They are lo 0 | A ticket bol They have a 0 | The option |
| ^CellTextPi It doesn't s 0 | I believe th They are a 0 | ^CellTextPi They say th 0 | A ticket bol I was able t 0 | The option |
| ^CellTextPi No I don't t 0 | I believe th Yeah it's fr 0 | ^CellTextPi Because it' 0 | A ticket bol Because I d 0 | The option |
| ^CellTextPi I wouldn't ¿ 0 | N/A (I do n I don't see 0 | ^CellTextPi Amazing pr 0 | A ticket bol I don't kno 0 | The option |
| ^CellTextPi I mean it cl 0 | N/A (I do n I'm just ind 0 | Don't know if ^CellTextPipe()^ are A ticket bol Well, you p 0 | | Don't know |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Ce 1 | ^CellTextPipe()^ is an a 1 | A ticket bol Ive bought 0 | The option |
| Don't know | N/A (I do n I know notl 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| Don't know | I believe th It's cheap 0 | Don't know if ^CellTextPipe()^ are A ticket bol Because it' 0 | | Don't know |
| ^CellTextPi from websi 0 | Don't know | Don't know if ^CellTextPipe()^ are A ticket bought throug 1 | | The option |
| ^CellTextPi I'd assume 0 | I believe th I feel like p 0 | Don't know if ^CellTextPipe()^ hav A ticket bol I've used it 0 | | The option |
| Don't know | Don't know | ^CellTextPi Expedia ha 0 | A ticket bol Expedia is a 0 | The option |
| ^CellTextPi The compa 0 | I believe th To protect 0 | ^CellTextPi It is very gc 0 | A ticket bol It has a goc 0 | The option |
| ^CellTextPi I've seen it 0 | I believe th Experience 0 | Don't know if ^CellTextPipe()^ are A ticket bol Valid ticket 0 | | The option |
| ^CellTextPi I was unabl 0 | Don't know | ^CellTextPi I can't say f 0 | A ticket bol I have no r 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are A ticket bol I would ass 0 | | Don't know |

**APPX. 1888**

| | | | | |
|---|---|---|---|---|
| Don't know | Don't know | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPi There was 0 | I believe th It was abo 0 | Don't know if ^CellTextPipe()^ ha A ticket bo Because it 0 | | Don't know |
| ^CellTextPi ive used th 0 | N/A (I do n na 0 | Don't know if ^CellTextPipe()^ are A ticket bo ive used th 0 | | The option |
| ^CellTextPi there is a s 0 | I believe th it was like 0 | Don't know if ^CellTextPipe()^ ha A ticket bo because it' 0 | | The option |
| Don't know | Don't know | ^CellTextPipe()^ is an a 1 | A ticket bo They woulc 0 | The option |
| ^CellTextPi When I hav 0 | I believe th They have 0 | ^CellTextPi Facts 0 | Don't know | The option |
| Don't know | I believe th It looks so 0 | ^CellTextPi Whenever 0 | A ticket bo I have used 0 | The option |
| ^CellTextPi It has a red 0 | I believe th Is affordabl 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| ^CellTextPi The prices 0 | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Has flight n 0 | | The option |
| Don't know | N/A (I do n Didn't see 0 | ^CellTextPipe()^ is an a 1 | A ticket bo Vague info 0 | Don't know |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bought throug 1 | The option |
| ^CellTextPi I believe m 0 | I believe th I don't thin 0 | Don't know if ^CellTextPipe()^ are A ticket bo I believe it 0 | | Don't know |
| Don't know | I believe th Because 0 | ^CellTextPi Because 0 | A ticket bo Because 0 | The option |
| ^CellTextPi Because 0 | I believe th n/a 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| ^CellTextPi n/a 0 | N/A (I do not think ^Ce 1 | ^CellTextPipe()^ is an a 1 | A ticket bo Once autho 0 | The option |
| ^CellTextPi They rathe 0 | I believe th I feel that i 0 | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| ^CellTextPi Skiplagged 0 | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo I'm sure it i 0 | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| Don't know | N/A (I do n It just does 0 | ^CellTextPipe()^ is an a 1 | A ticket bought throug 1 | The option |
| Don't know | Don't know | ^CellTextPi That is my 0 | A ticket bo I have used 0 | Don't know |
| ^CellTextPi It doesn't 0 | N/A (I do n None 0 | Don't know if ^CellTextPipe()^ are A ticket bo Bought 0 | | The option |
| ^CellTextPi No charge 0 | I believe th They say sc 0 | ^CellTextPi People I kn 0 | A ticket bo People hav 0 | The option |
| ^CellTextPi No addition 0 | I believe th Reasonable 0 | Don't know if ^CellTextPipe()^ are A ticket bo I have boug 0 | | Don't know |
| ^CellTextPi They have 0 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |
| ^CellTextPi Didn't see 0 | I believe th Again I've t 0 | Don't know if ^CellTextPipe()^ ha A ticket bought throug 1 | | Don't know |
| ^CellTextPi Charge an 0 | I believe th I think so 0 | ^CellTextPi The airlines 0 | A ticket bo Been there 0 | The option |
| ^CellTextPi I've dealt 0 | I believe th Good servi 0 | ^CellTextPi I think so 0 | A ticket bo It's like Exp 0 | The option |
| ^CellTextPipe()^ does 1 | I believe th Because yo 0 | ^CellTextPipe()^ is an a 1 | Don't know | Don't know |
| ^CellTextPi There was 0 | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Why woulc 0 | | The option |
| Don't know | | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |

**APPX. 1889**

| | | | | |
|---|---|---|---|---|
| Don't know | Don't know | ^CellTextPi Because I f 0 | A ticket bo Because it 0 | The option |
| ^CellTextPipe()^ does 1 | I believe th Price was s 0 | ^CellTextPipe()^ is an ε 1 | A ticket bo I wad still v 0 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are A ticket bo Seems to b 0 | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo Proof of tic 0 | | Don't know |
| ^CellTextPi Ive used Ex 0 | N/A (I do n Ive never n 0 | ^CellTextPi Because th 0 | A ticket bo Dont know 0 | The option |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option |
| ^CellTextPi There is a s 0 | I believe th The fee is r 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo I have used 0 | | The option |
| ^CellTextPipe()^ does 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option |
| Don't know | I believe th If you pervi 0 | ^CellTextPi They woulc 0 | A ticket bo They provic 0 | The option |
| ^CellTextPi It's cheape 0 | I believe th If you pervi 0 | ^CellTextPi How I read 0 | A ticket bo They are af 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | The option |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Ce 1 | Don't know if ^CellTextPipe()^ A ticket bought throug 1 | | The option |
| ^CellTextPi No shown 0 | N/A (I do n It's clearly 0 | ^CellTextPi They are a 0 | A ticket bo I have boug 0 | The option |
| ^CellTextPi There was 0 | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| ^CellTextPi There's no 0 | I believe th I believe th 0 | ^CellTextPi Always give 0 | A ticket bought throug 1 | The option |
| ^CellTextPi I believe th 0 | N/A (I do n As I said, I l 0 | ^CellTextPi I have at ti 0 | A ticket bo They woulc 0 | The option |
| Don't know | Don't know | ^CellTextPi I think bool 0 | A ticket bo I've used E 0 | The option |
| ^CellTextPi did not see 0 | N/A (I do n did not see 0 | ^CellTextPi this is what 0 | A ticket bo appears to 0 | The option |
| ^CellTextPi Don't get c 0 | N/A (I do n Good servi 0 | ^CellTextPi Didn't thinl 0 | A ticket bo It works 0 | The option |
| Don't know | I believe th Because th 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |
| ^CellTextPi Because th 0 | I believe th Because it 0 | ^CellTextPi Because of 0 | A ticket bo Because it 0 | The option |
| ^CellTextPipe()^ does 1 | N/A (I do not think ^Ce 1 | ^CellTextPipe()^ is an ε 1 | A ticket bought throug 1 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha Don't know | | Don't know |
| ^CellTextPi I don't see 0 | N/A (I do n No service 0 | ^CellTextPi Because it 0 | A ticket bo Because th 0 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bought throug 1 | | The option |
| ^CellTextPipe()^ charg 1 | Don't know | ^CellTextPipe()^ is an ε 1 | A ticket bo I've been b 0 | The option |
| ^CellTextPi I saw servic 0 | N/A (I do n I don't wan 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| Don't know | I believe th It too has t 0 | Don't know if ^CellTextPipe()^ are A ticket bo Have boug 0 | | Don't know |
| ^CellTextPi I've never 0 | N/A (I do n Because I h 0 | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| ^CellTextPi It is transp 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | A ticket bo It is authen 0 | The option |
| Don't know | I believe th It's already 0 | ^CellTextPi I can alway 0 | A ticket bo It will be va 0 | The option |
| ^CellTextPi it only sho 0 | I believe th it seemed t 0 | ^CellTextPi seems that 0 | A ticket bo why else w 0 | The option |

**APPX. 1890**

| | | | | |
|---|---|---|---|---|
| Don't know | Don't know | Don't know if ^CellTextPipe()^ hav | Don't know | Don't know |
| ^CellTextPi Says so    0 | I believe th Seems fair  0 | ^CellTextPipe()^ is an ¿ 1 | A ticket boı Not sure    0 | The option |
| Don't know | I believe th Sometimes 0 | Don't know if ^CellTextPipe()^ ha | A ticket boı I have used 0 | The option |
| ^CellTextPi I saw that t 0 | I believe th I think anyt 0 | Don't know if ^CellTextPipe()^ ha | A ticket boı it would nc 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha | A ticket boı It is valid, b 0 | Don't know |
| ^CellTextPi There was  0 | I believe th I'm not sur 0 | ^CellTextPi Airlines doı 0 | A ticket boı It is valid, b 0 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ are A ticket bought throug 1 | | Don't know |
| ^CellTextPipe()^ does ı 1 | N/A (I do not think ^C¿ 1 | Don't know if ^CellTextPipe()^ ha | A ticket boı Third party 0 | The option |
| ^CellTextPi I seen it     0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket boı I tried it     0 | The option |
| ^CellTextPi There are c 0 | N/A (I do I think that 0 | Don't know if ^CellTextPipe()^ ha | A ticket boı I have used 0 | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are Don't know | | Don't know |
| ^CellTextPi in the resuı 0 | N/A (I do n no not now 0 | ^CellTextPi this is the v 0 | A ticket boı is an autorı 0 | Don't know |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ are A ticket boı It seemed l 0 | | Don't know |
| ^CellTextPi They only c 0 | N/A (I do n They don't  0 | Don't know if ^CellTextPipe()^ are A ticket boı I have used 0 | | The option |
| ^CellTextPi I've used tr 0 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ are A ticket boı bought throug 1 | | The option |
| ^CellTextPi others are  0 | I believe th i experince 0 | Don't know if ^CellTextPipe()^ are A ticket boı long term   0 | | The option |
| Don't know | Don't know | Don't know if ^CellTextPipe()^ ha | Don't know | Don't know |
| Don't know | I believe th Sppears th¿ 0 | ^CellTextPi Appesrs      0 | A ticket boı It shows     0 | Don't know |
| ^CellTextPi There was  0 | I believe th It was lowe 0 | Don't know if ^CellTextPipe()^ are A ticket boı How could  0 | | The option |
| Don't know | Don't know | ^CellTextPi Don't know 0 | A ticket boı Because th 0 | The option |
| Don't know | I believe th I'm not sur 0 | Don't know if ^CellTextPipe()^ ha | Don't know | Don't know |
| ^CellTextPipe()^ does ı 1 | Don't know | Don't know if ^CellTextPipe()^ ha | A ticket bought throug 1 | The option |
| ^CellTextPi they just dc 0 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket boı because th 0 | The option |
| ^CellTextPi I believe th 0 | I believe th I say this be 0 | ^CellTextPi I say this be 0 | A ticket boı I say this be 0 | The option |
| ^CellTextPi what make 0 | N/A (I do n please ente 0 | Don't know if ^CellTextPipe()^ are A ticket boı please ente 0 | | The option |
| Don't know | I believe the fee ^CellT 1 | | A ticket boı Personal e> 0 | The option |
| ^CellTextPi My undersı 0 | I believe th Because it c 0 | ^CellTextPi Descriptioı 0 | A ticket boı Because in 0 | The option |
| ^CellTextPi DID SEE AN 0 | N/A (I do n SAW NO FE 0 | ^CellTextPi THE AIRLIN 0 | A ticket boı OF COURSE 0 | The option |
| Don't know | I believe th The total p 0 | Don't know if ^CellTextPipe()^ ha | A ticket boı It would be 0 | The option |
| ^CellTextPi I don't thin 0 | I believe th The price sı 0 | ^CellTextPi It's commo 0 | A ticket boı It's approvı 0 | The option |
| ^CellTextPi They don't 0 | N/A (I do n I never see 0 | ^CellTextPi If they was 0 | A ticket boı I've flown \ 0 | The option |
| ^CellTextPipe()^ charg 1 | I believe the fee ^CellT 1 | ^CellTextPipe()^ is not 1 | Don't know | The option |
| ^CellTextPi They have l 0 | I believe th I have booı 0 | Don't know if ^CellTextPipe()^ ha | A ticket boı It works ev 0 | The option |
| ^CellTextPi There was c 0 | I believe th If I save we 0 | Don't know if ^CellTextPipe()^ are A ticket boı At this poir 0 | | The option |

**APPX. 1891**

| | | | | | |
|---|---|---|---|---|---|
| ^CellTextPipe()^ does | 1 | I believe th It's reasona 0 | ^CellTextPi It's profess 0 | Don't know | The option |
| ^CellTextPi Didn't see ¿ 0 | | I believe th | ^CellTextPi Otherwise 0 | A ticket bo I am assum 0 | Don't know |
| ^CellTextPi They give ¿ 0 | | I believe th It is afforda 0 | ^CellTextPi Expedia is ¿ 0 | A ticket bo Expedia is ¿ 0 | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ | Don't know | Don't know |
| Don't know | | N/A (I do n I didn't see 0 | Don't know if ^CellTextPipe()^ are | Don't know | Don't know |
| Don't know | | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ ha | A ticket bo Because yo 0 | Don't know |
| Don't know | | N/A (I do n Their price: 0 | ^CellTextPi The compa 0 | A ticket bo It's from th 0 | The option |
| ^CellTextPi It does | 0 | I believe th Why would 0 | ^CellTextPi It's interest 0 | A ticket bo I would ho| 0 | The option |
| Don't know | | I believe th It was a no 0 | ^CellTextPi I would thi| 0 | A ticket bo It's a reput 0 | Don't know |
| ^CellTextPipe()^ does | 1 | N/A (I do not think ^C¿ 0 | Don't know if ^CellTextPipe()^ are A ticket bo bought throug 1 | Don't know |
| ^CellTextPi It said servi 0 | | I believe th It was only 0 | Don't know if ^CellTextPipe()^ are A ticket bo It would be 0 | The option |
| ^CellTextPi I do not be 0 | | N/A (I do n seems like 0 | ^CellTextPi see flights ¿ 0 | A ticket bo people hav 0 | The option |
| Don't know | | N/A (I do not think ^C¿ 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket bo I've bought 0 | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ are A ticket bo If it works 0 | The option |
| ^CellTextPipe()^ charg 1 | | I believe th It's usually 0 | Don't know if ^CellTextPipe()^ are A ticket bo I've used th 0 | The option |
| ^CellTextPipe()^ does | 1 | I believe the fee ^CellT 1 | Don't know if ^CellTextPipe()^ are A ticket bo bought throug 1 | The option |
| ^CellTextPi there was ¿ 0 | | I believe th It still keep 0 | Don't know if ^CellTextPipe()^ are a ticket bo trust 0 | Don't know |
| ^CellTextPi I didn't see 0 | | N/A (I do n I didn't see 0 | ^CellTextPi It's true the 0 | A ticket bo I've used it 0 | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ are A ticket bo Know peop 0 | Don't know |
| ^CellTextPi Because I u 0 | | I believe th That's wha 0 | Don't know if ^CellTextPipe()^ are A ticket bo Beacuse ot 0 | Don't know |
| ^CellTextPi There was ¿ 0 | | I believe th I don't thin 0 | ^CellTextPi It gave me 0 | A ticket bo they have ¿ 0 | The option |
| Don't know | | N/A (I do n hadn't noti 0 | ^CellTextPi site to help 0 | A ticket bo reminds m 0 | Don't know |
| ^CellTextPi no additior 0 | | I believe th great price 0 | ^CellTextPi the prices \ 0 | A ticket bo reputation 0 | The option |
| ^CellTextPi I've never t 0 | | N/A (I do n I don't ever 0 | Don't know if ^CellTextPipe()^ ha A ticket bo I have flow 0 | Don't know |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ are A ticket bought throug 1 | The option |
| ^CellTextPi I don't see 0 | | I believe th the conven 0 | Don't know if ^CellTextPipe()^ are A ticket bo I've used th 0 | The option |
| Don't know | | I believe th There are t 0 | Don't know if ^CellTextPipe()^ are A ticket bo They do of 0 | Don't know |
| ^CellTextPi At checkou 0 | | N/A (I do not think ^C¿ 0 | Don't know if ^CellTextPipe()^ are A ticket bo bought throug 1 | Don't know |
| Don't know | | I believe the fee ^CellT 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket bought throug 1 | The option |
| ^CellTextPi It is how th 0 | | I believe th The prices : 0 | Don't know if ^CellTextPipe()^ are A ticket bo You can us 0 | The option |
| Don't know | | Don't know | Don't know if ^CellTextPipe()^ ha A ticket bo if it weren' 0 | The option |
| ^CellTextPipe()^ charg 1 | | N/A (I do not think ^C¿ 1 | ^CellTextPipe()^ is an ¿ 1 | A ticket bo It is directl 0 | The option |
| ^CellTextPi The websit 0 | | I believe the fee ^CellT 1 | ^CellTextPi The way is 0 | A ticket bo It's informe 0 | The option |
| ^CellTextPi At the chec 0 | | I believe th I think it w¿ 0 | Don't know if ^CellTextPipe()^ ha A ticket bo It would be 0 | Don't know |

**APPX. 1892**

| | | | | | |
|---|---|---|---|---|---|
| ^CellTextPipe()^ charg | 1 | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ hav | A ticket bought throug | 1 | The option |
| ^CellTextPi It was a 10! | 0 | I believe th Everyone h | 0 | Don't know if ^CellTextPipe()^ hav | A ticket bo | The ticket i | 0 | The option |
| Don't know | | Don't know | | ^CellTextPi seems that | 0 | A ticket bo | i've used it | 0 | The option |
| Don't know | | Don't know | | ^CellTextPi They are bi | 0 | A ticket bo | I'd have he | 0 | The option |
| ^CellTextPipe()^ charg | 1 | I believe the fee ^CellT | 1 | Don't know if ^CellTextPipe()^ hav | A ticket bo | Because | 0 | The option |
| ^CellTextPi Looking at | 0 | I believe th Looking at | 0 | ^CellTextPi The ticket i | 0 | A ticket bo | From the ir | 0 | The option |
| ^CellTextPi "Taxes and | 0 | I believe th The fee wa | 0 | ^CellTextPipe()^ is an ε | 1 | A ticket bo | Why would | 0 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ are | A ticket bought throug | 1 | The option |
| ^CellTextPi Because it' | 0 | Don't know | | Don't know if ^CellTextPipe()^ are | Don't know | | Don't know |
| ^CellTextPi Because it' | 0 | I believe the fee ^CellT | 1 | ^CellTextPipe()^ is an ε | 1 | A ticket bo | Because it' | 0 | The option |
| Don't know | | Don't know | | Don't know if ^CellTextPipe()^ hav | A ticket bo | Don't know | | Don't know |
| ^CellTextPi service fee | 0 | I believe th can book d | 0 | Don't know if ^CellTextPipe()^ hav | A ticket bought throug | 1 | The option |
| ^CellTextPi They provic | 0 | I believe th It was a gre | 0 | ^CellTextPi easy proce | 0 | A ticket bo | Quite auth | 0 | Don't know |
| ^CellTextPi It was state | 0 | I believe th The prices | 0 | ^CellTextPi it was state | 0 | A ticket bo | Seems auth | 0 | The option |
| ^CellTextPi Once again | 0 | I believe th They are b | 0 | Don't know if ^CellTextPipe()^ are | A ticket bo | Don't know | | Don't know |
| ^CellTextPi Once again | 0 | Don't know | | ^CellTextPi The text ab | 0 | A ticket bo | They are lil | 0 | Don't know |
| ^CellTextPi It should ch | 0 | I believe th It needs to | 0 | ^CellTextPi It certainly | 0 | A ticket bo | It has to be | 0 | The option |
| ^CellTextPi Because th | 0 | I believe th It's a nomir | 0 | ^CellTextPi Because I c | 0 | A ticket bo | It says so o | 0 | The option |
| ^CellTextPi There was | 0 | I believe th It was only | 0 | ^CellTextPi it was simp | 0 | A ticket bo | It gave you | 0 | The option |
| Don't know | | I believe th I possibly s | 0 | Don't know if ^CellTextPipe()^ hav | A ticket bo | Don't know | | Don't know |
| ^CellTextPipe()^ charg | 1 | I believe the fee ^CellT | 1 | ^CellTextPi they're the | 0 | A ticket bo | thw best | 0 | The option |
| ^CellTextPi There's dor | 0 | I believe th I feel some | 0 | ^CellTextPi Because I'v | 0 | A ticket bo | Personal e: | 0 | The option |
| ^CellTextPi Because so | 0 | I believe th Because so | 0 | ^CellTextPi Because so | 0 | A ticket bo | Someone t | 0 | The option |

| Q12d - Wh; | Q12dx1_99 | Q12e - ^Im | Q12ex1_99 | Q12f - ^Im; | Q12fx1_99 | Q13a - ^Im | Q13b - Hav | Q14a - Refl | Q14ax1_99 | Q14b - Is th | Q14bx1_99 | Q15a - Con |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Again, not i | 0 | | | | | Yes | Yes | Confidence | 0 | | 1 | Expedia get |
| I have neve | 0 | | | | | Yes | Yes | I will defini | 0 | Cheap and | 0 | They are th |
| I don't thin | 0 | | | | | No | | | 1 | | | that it wou |
| They are a | 0 | | | | | Yes | Yes | Likely buy ( | 0 | | 1 | It's essenti; |
| I see no risi | 0 | | | | | Yes | No | I'm excited | 0 | | 1 | I think the I |
| offered by | 1 | | | | | Yes | Yes | | 1 | | | |
| / | | | | | | No | | Confident i | 0 | | 1 | |
| Otherwise | 0 | | | | | Yes | No | Pretty dece | 0 | | 1 | Expedia eve |
| / | | | | | | No | | | 1 | | | I think it is |
| It doesn't c | 0 | | | | | Yes | Yes | I feel good | 0 | I like that it | 0 | I feel Expec |
| offered by | 1 | | | | | Yes | Yes | I don't hav | 0 | | 1 | The same f |
| seems rath | 0 | | | | | Yes | Yes | seesm rath | 0 | | 1 | seems like |
| offered by | 1 | | 1 | | | No | | | 1 | | | |
| / | | | | | | No | | I like every | 0 | | 1 | I like it |
| looks good | 0 | | | | | No | | is easy and | 0 | | 1 | looks good |
| / | | | | | | No | | I would not | 0 | | 1 | It seems lik |
| offered by | 1 | | 1 | | | Yes | Yes | | 1 | | | |
| Yes relevar | 0 | | | | | No | | Or is a grea | 0 | No thank y | 0 | Great |
| Their optio | 0 | | | | | Yes | No | I may consi | 0 | The airline: | 0 | Not a big e |
| Could be a | 0 | Fraud | 0 | | 1 | Yes | No | I would rat | 0 | | 1 | |
| / | | | | | | No | | I'm skeptic | 0 | | 1 | |
| everything | 0 | you never l | 0 | | 1 | No | | seems cool | 0 | | 1 | seems like |
| / | | | | | | No | | I feel like I | 0 | nope | 0 | It seems lik |
| / | | | | | | Yes | Yes | It is probat | 0 | | 1 | It sounds v |
| / | | | | | | No | | | 1 | | | I feel like th |
| / | | | | | | No | | | 1 | | | |
| offered by | 1 | | | | | Yes | Yes | most of the | 0 | like skiplag | 0 | its good |
| there is no | 0 | | | | | No | | i would bu | 0 | no | 0 | skiplagged |
| offered by | 1 | | | | | Yes | No | | 1 | | | |
| / | | | | | | No | | I would try | 0 | No | 0 | It's compar |
| / | | | | | | Yes | Yes | That's the | 0 | | 1 | |
| would not | 0 | | | | | No | | would be a | 0 | | 1 | not sure w |
| its a guarer | 0 | | | | | No | | will look in | 0 | no | 0 | much bette |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| I'm not cer | 0 | | | | Yes | No | I will defini | 0 | | 1 | I feel great |
| offered by | 1 | | | | Yes | Yes | none | 0 | | 1 | none |
| DID NOT SE | 0 | | | | No | | MAYBE YES | 0 | | 1 | GOOD |
| , | | | | | No | | | 1 | | | THey are ch |
| Best way to | 0 | | | | No | | Sign me up | 0 | Skipjack is | 0 | | Incredible |
| offered by | 1 | | 1 | | Yes | No | | 1 | | | I like it is g |
| offered by | 1 | | | | No | | I like it | 0 | | 1 | I like it is g |
| offered by | 1 | | | | Yes | Yes | very profes | 0 | | 1 | |
| ive had issu | 0 | not getting | 0 | nothing els | 0 | Yes | No | I would be | 0 | nothign co | 0 | it looked si |
| Checked ba | 0 | lost items | 0 | | 1 | No | | | 1 | | | don't like |
| , | | | | | No | | I would pro | 0 | None | 0 | The skiplag |
| Ticket is co | 0 | | | | Yes | Yes | fine, no pro | 0 | | 1 | it is good |
| , | | | | | No | | May or ma | 0 | | 1 | |
| , | | | | | No | | Cautious as | 0 | none | 0 | Love it, see |
| offered by | 1 | | | | No | | Good | 0 | | 1 | BECAUSE IT |
| As long as y | 0 | | | | Yes | Yes | Cheaper ar | 0 | None | 0 | It's cheaper |
| , | | | | | No | | I will look i | 0 | | 1 | They are ch |
| , | | | | | No | | It's a possib | 0 | | 1 | Safe. They |
| No risks | 0 | | | | No | | I will do mo | 0 | | 1 | It's a more |
| , | | | | | No | | | 1 | | | |
| Dont know | 0 | | | | No | | I could do i | 0 | Dont know | 0 | It is way m |
| offered by | 1 | | | | Yes | Yes | | 1 | | | Good |
| Wonderful | 0 | | | | Yes | Yes | It's cool | 0 | Nothing | 0 | It's cool |
| offered by | 1 | | | | No | | | 1 | | | It feels like |
| offered by | 1 | | | | Yes | Yes | I would buy | 0 | | 1 | There was |
| Your safe w | 0 | | | | Yes | Yes | Cheap safe | 0 | Best bet | 0 | Good hand |
| , | | | | | No | | | 1 | | | |
| The offer h | 0 | | | | Yes | Yes | I think this | 0 | | 1 | This is a go |
| , | | | | | No | | Given prop | 0 | | 1 | I feel like A |
| it's a trustv | 0 | | | | No | | i feel as if b | 0 | | 1 | i feel as if i |
| , | | | | | No | | | 1 | | | It's cheaper |
| everything | 0 | | 1 | | No | | | 1 | | | i feel awful |
| None was g | 0 | | | | No | | I will be ver | 0 | Motivating | 0 | There isn't |
| , | | | | | Yes | Yes | It's good | 0 | | 1 | |

**APPX. 1895**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| It was no e | 0 | | | | Yes | Yes | I will buy a | 0 | 1 | |
| / | | | | | No | | I would not | 0 | No | 0 |
| offered by | 1 | | 1 | | Yes | Yes | I | 1 | | |
| Just like no | 0 | Full Refund | 0 | No | 0 | No | I could give | 0 | No | 0 | Not bad. Th |
| offered by | 1 | | | | Yes | No | I | 1 | | good |
| / | | | | | No | | I | 1 | | Wrong |
| It is as goo | 0 | | | | Yes | Yes | I feel positi | 0 | 1 | It is favora |
| offered by | 1 | | | | Yes | Yes | I | 1 | | |
| offered by | 1 | | | | No | | I would use | 0 | 1 | It is cheape |
| offered by | 1 | | | | No | | It would be | 0 | 1 | |
| offered by | 1 | | | | Yes | No | I | 1 | | |
| offered by | 1 | | | | No | | I | 1 | | |
| offered by | 1 | | | | No | | I will look i | 0 | 1 | |
| offered by | 1 | Usually a c | 0 | | 1 | Yes | Yes | Comparing | 0 | 1 | It's the sam |
| Once paid | 0 | | | | Yes | Yes | It is a trust | 0 | 1 | They are of |
| I see no ris | 0 | | | | Yes | Yes | I never had | 0 | nothing els | 0 | feel as thou |
| they say so | 0 | dont know | 0 | | 1 | No | | not going t | 0 | 1 | cheaper bu |
| airlines dor | 0 | return fligh | 0 | | 1 | No | | I'll research | 0 | 1 | asking for t |
| / | | | | | Yes | Yes | I feel gener | 0 | 1 | Pretty good |
| It is license | 0 | | | | Yes | Yes | I am absolu | 0 | I value Exp | 0 | Expedia is l |
| I have used | 0 | | | | Yes | Yes | I will defini | 0 | No | 0 | The offers |
| why would | 0 | | | | No | | I | 1 | | |
| .ight be unt | 0 | | 1 | | Yes | Yes | Not sure | 0 | No | 0 | Good price |
| It's a trustv | 0 | | | | Yes | Yes | Great I pro | 0 | 1 | |
| Experience | 0 | Cancel fees | 0 | No | 0 | Yes | Yes | Safe | 0 | No | 0 | Good |
| / | | | | | No | | I am not fa | 0 | 1 | I prefer to |
| Expedia is | 0 | | | | Yes | Yes | Am ok with | 0 | None | 0 | It's fair and |
| Maybe you | 0 | No risk | 0 | No risks | 0 | No | | I feel confic | 0 | Nothing | 0 | I think it's r |
| | | | | | Yes | Yes | I will purch | 0 | 1 | It's a good |
| offered by | 1 | | | | Yes | Yes | Very confic | 0 | 1 | Better |
| / | | | | | No | | I | 1 | | |
| / | | | | | No | | I | 1 | | It is cheape |
| / | | | | | Yes | Yes | Third party | 0 | 1 | |
| airlines can | 0 | not getting | 0 | not sure, n | 0 | Yes | Yes | I use them | 0 | 1 | good, price |

**APPX. 1896**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| There are p | 0 | Probably a | 0 | 1 | No | | Might be a | 0 | | 1 | Still seems |
| It does not | 0 | | | | Yes | Yes | I usually fin | 0 | | not that I c | 0 | The same f |
| offered by | 1 | | | | No | | | | 1 | | |
| I believe th | 0 | | | | No | | Not sure if | 0 | I believe th | 0 | It appears t |
| ı | | | | | No | | I would loo | 0 | | 1 | I didn't like |
| ı | | | | | No | | I have neve | 0 | | 1 | There isn't |
| offered by | 1 | | | | No | | | | 1 | | |
| ı | | | | | Yes | Yes | | | 1 | | |
| offered by | 1 | | 1 | | No | | | | 1 | | more confi |
| ı | | | | | No | | | | 1 | | |
| Otherwise | 0 | | | | Yes | No | Would rese | 0 | No | 0 | Is that the t |
| ı | | | | | No | | | | 1 | | Better |
| Hard to car | 0 | | 1 | | Yes | Yes | I feel they g | 0 | I like the op | 0 | They area |
| ı | | | | | No | | Reflecting | 0 | | 1 | It looks like |
| ı | | | | | Yes | Yes | I'm very co | 0 | | 1 | |
| ı | | | | | No | | Never hear | 0 | | 1 | |
| offered by | 1 | | 1 | | Yes | Yes | Very often | 0 | | 1 | it is better |
| ı | | | | | Yes | No | I think Expe | 0 | and next tin | 0 | it's literally |
| Because i'n | 0 | | | | Yes | Yes | i feel good | 0 | | 1 | About the s |
| offered by | 1 | | 1 | | Yes | Yes | I likely will | 0 | | 1 | I feel it mig |
| ı | | | | | Yes | Don't know | I would def | 0 | | 1 | It looks alm |
| I don't see | 0 | | | | Yes | Yes | I have used | 0 | | 1 | Every purcl | 0 | | 1 | | No | | Very possit | 0 | No | 0 | Great |
| ı | | | | | No | | Since I've n | 0 | | 1 | I feel bette |
| offered by | 1 | | 1 | | No | | | | 1 | | |
| offered by | 1 | | | | No | | I would cor | 0 | | 1 | It seems lik |
| ı | | | | | Yes | Yes | Guess I wo | 0 | | 1 | I think it wa |
| My experie | 0 | The airline | 0 | 1 | Yes | Yes | I'm undecid | 0 | | 1 | The advant |
| ı | | | | | No | | Safe and se | 0 | nothing rea | 0 | good deal |
| Could be a | 0 | Scam site c | 0 | 1 | No | | Im not sure | 0 | | 1 | Seems legit |
| NONE | 0 | | | | Yes | Yes | BEST AND I | 0 | | 1 | THE BEST V |
| ı | | | | | No | | | | 1 | | sounds like |
| Different P | 0 | | | | Yes | Yes | happy abou | 0 | | 1 | Happy |

**APPX. 1897**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| offered by | 1 | | | Yes | Yes | I am confid 0 | I'm surpris( 0 | Very compa |
| There seen 0 | | 1 | | No | | I would cor 0 | | 1 |
| offered by | 1 | | | Yes | Yes | I feel comfc 0 | | 1 |
| ( | | | | Yes | Yes | i used then 0 | nothing els 0 | it has some |
| You would | 0 | | | No | | I'd still che 0 | | 1 | It is $10 mc |
| ( | | | | Yes | No | | 1 | | |
| Always risk 0 | Cancellatio 0 | | 1 | No | | | 1 | | Higher pric |
| ( | | | | No | | | 1 | | Better pric |
| ( | | | | No | | I would fee 0 | No. 0 | Very good! |
| They have ( 0 | | | | Yes | Yes | I have knov 0 | They have ( 0 | Don't know |
| That's how 0 | | 1 | | No | | | 1 | | American a |
| ( | | | | No | | | 1 | | |
| It should b( 0 | | | | Yes | Yes | I think they 0 | | 1 | That is abo |
| Always risk 0 | Deals can f 0 | No | 0 | Yes | Yes | I feel good. 0 | No 0 | It is better. |
| ( | | | | No | | Would hav( 0 | | 1 | Same offer |
| offered by | 1 | | 1 | Yes | Yes | | 1 | | I think it's a |
| I don't thin 0 | | | | Yes | No | I would def 0 | Nothing els 0 | I like the sk |
| offered by | 1 | The timing | 0 | | 1 | No | | It could be 0 | It's offering |
| See last an: 0 | | | | Yes | Yes | I absolutel) 0 | They're fair 0 | |
| ( | | | | No | | I'll have to 0 | I'll just hav 0 | It has alot |
| offered by | 1 | | | Yes | Yes | I feel fine. 0 | | 1 | It is better |
| ( | | | | No | | | 1 | | |
| offered by | 1 | | | No | | I will absol 0 | | 1 | Wow. I was |
| ( | | | | Yes | No | Yes I woul( 0 | | 1 | I feel good |
| Makes sen: 0 | | | | Yes | Yes | I'm comfor 0 | Nothing at 0 | It's a good |
| I do not kn( 0 | | | | Yes | Yes | I review tri 0 | I have rece 0 | I prefer the |
| Read it | 0 | | | Yes | No | Yes 0 | No 0 | Good |
| | | | | Yes | Yes | | 1 | | good |
| because th 0 | being deni( 0 | possible "b 0 | No | | | 1 | | unsure of p |
| ( | | | | No | | | 1 | | It seems pr |
| ( | | | | Yes | No | | 1 | | |
| ( | | | | Yes | Yes | I would def 0 | | 1 | I think is is |
| ( | | | | Yes | Yes | I will try thi 0 | None 0 | It's the sam |
| They are g( 0 | | | | Yes | Yes | I wouldn't ( 0 | They are a 0 | They offer |

| | | | No | | Depends o | 0 | I'll give this | 0 | As a freque |
| There is a f | 0 | Unknown e | 0 | That they s | 0 | No | | Here's whe | 0 | | | It is reason |
| It really jus | 0 | | | | | No | | It's good | 0 | None | 0 | It really jus |
| | | | | | | Yes | No | | 1 | | | it seems fir |
| It is harder | 0 | You have to | 0 | No loyalty | 0 | Yes | Yes | I will likely | 0 | | 1 | Since it is tl |
| offered by | 1 | it is very gc | 0 | very good | 0 | No | | good | 0 | good | 0 | good |
| If they didn | 0 | | | | | No | | I would stil | 0 | | 1 | Same as ot |
| Well it dep | 0 | | | | | Yes | Yes | I feel confic | 0 | They have | 0 | It is basical |
| Don't know | 0 | | | | | Yes | Yes | If I can get | 0 | Nothing els | 0 | |
| | | | | | | Yes | No | I would che | 0 | | 1 | Better price |
| Expedia is a | 0 | | | | | Yes | Yes | I would pur | 0 | | 1 | I feel the ot |
| | | | | | | Yes | Yes | | 1 | | | |
| They do the | 0 | | | | | Yes | Yes | It's easy an | 0 | | 1 | It's easy an |
| Used it | 0 | | | | | Yes | Yes | Confident | 0 | Expedia is | 0 | Better |
| After a cert | 0 | | | 1 | | | Yes | Yes | I feel very | 0 | Expedia is | 0 | Equivalent |
| It says my l | 0 | Only back | 0 | Luggage wi | 0 | No | | I would not | 0 | | 1 | |
| | | | | | | No | | Great | 0 | None | 0 | Happy |
| You can ge | 0 | You could | 0 | | 1 | Yes | No | I will not b | 0 | | | The skip lag |
| There are r | 0 | | | 1 | | | No | | I would cor | 0 | Nothing | 0 | It's a cheap |
| | | | | | | Yes | No | I would try | 0 | | | It seems re |
| I don't see | 0 | | | | | Yes | Yes | I would hig | 0 | | 1 | The prices |
| They are m | 0 | | | | | No | | They are gr | 0 | They are ol | 0 | Santa and t |
| It is a value | 0 | | | | | Yes | No | I feel I shou | 0 | | 1 | I feel it's a |
| Third-party | 0 | Getting car | 0 | | 1 | Yes | No | | 1 | | | They're the |
| I don't kno | 0 | I don't kno | 0 | I don't kno | 0 | Yes | Yes | I don't kno | 0 | I don't kno | 0 | I don't kno |
| offered by | 1 | | | | | Yes | Yes | i feel confic | 0 | nothing els | 0 | i think the |
| it isn't back | 0 | It isn't back | 0 | no | 0 | Yes | Yes | I wouldn't l | 0 | | 1 | it was more |
| | | | | | | No | | I want to b | 0 | They're loo | 0 | They offer |
| If it is auth | 0 | | | | | Yes | Yes | | 1 | | | I felt it was |
| it is conven | 0 | | | | | Yes | Yes | I'm excited | 0 | We will ha | 0 | The Expedi |
| offered by | 1 | | | 1 | | | Yes | Yes | | 1 | | | |
| offered by | 1 | that airline | 0 | I don't kno | 0 | Yes | Yes | I would bu | 0 | | 1 | It is cheape |
| | | | | | | No | | I'd feel con | 0 | | 1 | The price w |
| | | | | | | Yes | Yes | It's the bes | 0 | | 1 | |

**APPX. 1899**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| / | | | | No | | I feel pretty 0 | | 1 | It is expens |
| Every ticke 0 | | 1 | | No | | I'd be going 0 | | 1 | It looks like |
| offered by 1 | | | | No | | Of course I 0 | | 1 | Fantastic |
| / | | | | No | | It seems in 0 | | 1 | It certainly |
| It is risk fre 0 | | | | Yes | Yes | It is a great 0 | | 1 | It is very ap |
| Third party 0 | Non refunc 0 | | Not that I k 0 | Yes | Yes | I would cor 0 | I had an ide 0 | | The Expedi |
| / | | | | Yes | Yes | | | 1 | |
| If you get c 0 | If you get c 0 | | 1 | No | | I would hav 0 | | 1 | I feel like it |
| / | | | | Yes | No | i feel it mig 0 | dont ask 0 | | |
| I've done b 0 | | | | Yes | Yes | It's a great 0 | | 1 | It's still a gc |
| offered by 1 | It may not 0 | | 1 | No | | | | 1 | excellent o |
| They may r 0 | | | | No | | Fairly risky 0 | | 1 | A good dea |
| offered by 1 | | | | Yes | Yes | they are fir 0 | | 1 | same as be |
| offered by 1 | | | | No | | I like the! R 0 | | 1 | Cheaper |
| / | | | | No | | | | 1 | PA to CA fo |
| offered by 1 | The risks a: 0 | | 1 | Don't know | Yes 0 | | Yes 0 | | |
| Because it' 0 | | | | No | | I feel good 0 | It's good re 0 | | Looks like a |
| better worl 0 | | | | Yes | Yes | they offer I 0 | no 0 | | better trick |
| It is cool 0 | It is good 0 | It is nice 0 | | Yes | Yes | It is good 0 | Nothing 0 | | |
| offered by 1 | Security ris 0 | Fraud risk 0 | | Yes | Yes | I'm open tc 0 | It's a smart 0 | | Good comp |
| I've done it 0 | | | | Yes | Yes | | | 1 | Expedia pri |
| offered by 1 | | | | Yes | Yes | I will be bu 0 | | 1 | It's very go |
| because it' 0 | not being a 0 | i'm not sun 0 | | No | | it's the bes 0 | it's the bes 0 | | it's cheap |
| I think that 0 | | | | Yes | No | Maybe feel 0 | at the mon 0 | | I think that |
| offered by 1 | delayed flig 0 | sickeness 0 | | Yes | No | dosent effe 0 | | 1 | very eyecat |
| / | | | | No | | I think I wo 0 | | 1 | |
| offered by 1 | | | | Yes | No | I think it'll I 0 | | 1 | The Expedi |
| It helps you 0 | | | | No | | I would be 0 | | 1 | It's much b |
| so far, ever 0 | | | | Yes | Yes | I'd purchas 0 | | 1 | I feel like it |
| It's them di 0 | | | | Yes | Yes | I feel very ( 0 | | 1 | I feel like th |
| / | | | | Yes | No | I think I wo 0 | They seem 0 | | They cost t |
| / | | | | Yes | No | I might con 0 | | 1 | It was okay |
| / | | | | No | | I would ne( 0 | | 1 | Skiplagged |

**APPX. 1900**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| You will ge | 0 | | | Yes | Yes | I would 100 | 0 | | 1 | I like the Ex |
| Bought a ti | 0 | | | Yes | Yes | At first I wa | 0 | No that's a | 0 | American A |
| True | 0 | | | Yes | Yes | I feel good | 0 | | 1 | It is good |
| | | | | Yes | Yes | I feel confic | 0 | | 1 | I feel like it |
| offered by | 1 | Getting cau | 0 | | 1 | Yes | No | | | I feel like |
| They sell va | 0 | | | Yes | Yes | I like the se | 0 | | 1 | They are es |
| | | | | Yes | Yes | I feel good | 0 | | 1 | Not very go |
| offered by | 1 | | 1 | Yes | Yes | | 1 | | | |
| | | | | No | | I feel that I | 0 | Nothing in | 0 | I like what |
| | | | | No | | I don't kno | 0 | | 1 | Cheaper an |
| | | | | Yes | No | | 1 | | | It takes lon |
| offered by | 1 | | | No | | | 1 | | | I feel as if t |
| It is a trust | 0 | | | Yes | Yes | I would def | 0 | I have a lot | 0 | |
| | | | | Yes | No | | 1 | | | |
| offered by | 1 | | | No | | I will buy fr | 0 | | 1 | The offer w |
| NONE | 0 | | | No | | | 1 | | | IT IS FAMIL |
| I like the id | 0 | | | Yes | Yes | | 1 | | | It's a lot of |
| Expedia is a | 0 | | | Yes | Yes | Expedia is a | 0 | | 1 | The cheape |
| It depends | 0 | | | Yes | Yes | Great to ha | 0 | | 1 | I love it and |
| coo as the | 0 | | | Yes | Yes | they are m | 0 | nothing els | 0 | cool as the |
| It's the bes | 0 | | | Yes | Yes | Safe | 0 | Convenien | 0 | It's the bes |
| offered by | 1 | | | Yes | Yes | Very comfc | 0 | No | 0 | I like them |
| Guessing | 0 | | | No | | I wouldn't | 0 | N/a | 0 | They are ex |
| They have a | 0 | | | Yes | Yes | I wind beca | 0 | | 1 | In feel like |
| | | | | No | | | 1 | | | it has a fee |
| offered by | 1 | | 1 | No | | | 1 | | | Innovative |
| Because if i | 0 | | | Yes | Yes | I actually lc | 0 | | 1 | You know I |
| there is no | 0 | risks vary fr | 0 | i'm not sur | 0 | No | | its a decen | 0 | no i'm just | 0 | i didnt see |
| They must | 0 | | | No | | Might or m | 0 | Nothing | 0 | Looks good |
| offered by | 1 | | | No | | I would loo | 0 | | 1 | Nice |
| Because th | 0 | | | Yes | Yes | considering | 0 | Nothing els | 0 | Skiplagged |
| | | | | Yes | No | I think I wil | 0 | Expedia se | 0 | The Expedi |
| | | | | Yes | Yes | would be li | 0 | | 1 | |
| | | | | No | | I would like | 0 | No | 0 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Because I s 0 | | | No | | It seems le 0 | | 1 | I like that it |
| TRUSTED S 0 | | | Yes | Yes | Confident i 0 | nothing 0 | | Impressed |
| It seems ra 0 | | | No | | I will defini 0 | | 1 | I would sav |
| ' | | | No | | I would giv 0 | | 1 | it is alot ch |
| I don't reca 0 | | | No | | Would love 0 | | 1 | I think it's a |
| ' | | | Yes | Yes | I usually bu 0 | | 1 | it's nice an |
| The airline 0 | if the airlin 0 | Very expen 0 | Yes | Yes | I usually bu 0 | | 1 | it is the san |
| They do ha 0 | | | Yes | Yes | It's one of r 0 | | 1 | They team |
| ' | | | No | | I'm just not 0 | | 1 | I think they |
| offered by 1 | | | Yes | No | | | 1 | It is a great |
| offered by 1 | | | No | | | | 1 | |
| they act on 0 | | | No | | i will seriou 0 | seems moc 0 | | quite fair a |
| offered by 0 | | | No | | VERY LIKEL 0 | | 1 | VERY SIMIL |
| Seems reas 0 | | | No | | Good servi 0 | | 1 | Seems reas |
| There is no 0 | | | Yes | Yes | I want to b 0 | I believe Sk 0 | | Skiplagged |
| ' | | | Yes | Don't know | May try the 0 | | 1 | Not good. |
| ' | | | Yes | Yes | | | 1 | |
| offered by 0 | | | Yes | Yes | I feel comf 0 | | 1 | Fair and rea |
| ' | | | Yes | Yes | Gif and eas 0 | | 1 | |
| I never had 0 | | | Yes | Yes | Fine, I gues 0 | They shoul 0 | | It fair I gues |
| need optic 0 | | | No | | stay with 0 | stay with 0 | | disc but f |
| ' | | | Yes | Yes | I wouldn't. 0 | | 1 | It's ok, wou |
| ' | | | No | | I will stick 0 | | 1 | They are ri |
| ' | | | Yes | Yes | Expedia wo 0 | | 1 | |
| ' | | | Yes | Yes | I would cor 0 | It's a great 0 | | Not any dif |
| Never had 0 | | | Yes | Yes | Pretty conf 0 | | 1 | Good |
| Expedia is 0 | | | Yes | Yes | I look forw 0 | | 1 | Authentic a |
| The have a 0 | | | Yes | No | I would cer 0 | Not for tod 0 | | It looks gre |
| ' | | | No | | Absolutely 0 | | 1 | Absolutely |
| ' | | | Yes | Yes | | | 1 | somewhat |
| it is authint 0 | | | No | | I like their 0 | | 1 | |
| One price c 0 | | | No | | Positive 0 | No 0 | | It's amateu |
| They work 0 | | | Yes | Yes | I have no p 0 | | 1 | About the s |
| ' | | | No | | Great prod 0 | Easy to use 0 | | Worth the |

APPX. 1902

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I do not se 0 | | | Yes | Yes | I feel very 0 | | 1 | It makes m |
| , | | | No | | I might try 0 | NA | 0 | |
| it seems to 0 | | | No | | i have neve 0 | | 1 | seems reas |
| It's a guara 0 | | | No | | I like the w 0 | | 1 | It seems lik |
| I have expe 0 | | | Yes | Yes | Yes I will bt 0 | | 1 | It's good |
| , | | | No | | I am open t 0 | No. Not at 0 | | Very comfc |
| no risk 0 | | | Yes | Yes | its good se 0 | no | 0 | good for ev |
| The custom 0 | | | No | | Not sure, I 0 | | 1 | It is legal, b |
| offered by 1 | | | Yes | Yes | 1 | | | good |
| Expedia ha 0 | | | Yes | Yes | I am comfc 0 | | 1 | The expedi |
| They are ve 0 | | | Yes | Yes | Completely 0 | Nope | 0 | Great, they |
| If you have 0 | Checking b 0 | | 1 | No | I would fee 0 | | 1 | I would stil |
| | | | No | | I see no inf 0 | | 1 | It's interest |
| Everything 0 | | | No | | Very knowl 0 | Everything 0 | | Very knowl |
| Third party 0 | Third party 0 | Scam 0 | No | | Sketchy 0 | No | 0 | Sketchy |
| Again, I ass 0 | | | No | | I probably 0 | | 1 | I know that |
| I have used 0 | | | No | | Would be c 0 | No | 0 | More expe |
| Disclaimed 0 | | | No | | Absolutely 0 | Great | 0 | It's great |
| They are nc 0 | Cancelatio 0 | | 1 | Yes | Yes | Have used 0 | | 1 | Not quite a |
| | | | No | | | | 1 | |
| not reputa 0 | may not ge 0 | loosing cre 0 | No | | probably n 0 | | 1 | better optic |
| They risk fr 0 | | | Yes | Yes | This is a ve 0 | | 1 | Price most |
| If you take 0 | | | Yes | Yes | 50/50 depe 0 | | 1 | they seeme |
| , | | | No | | | | 1 | |
| , | | | No | | I want to fi 0 | nothing els 0 | | Skiplagged |
| Authentic 0 | | | Yes | Yes | Positive 0 | Authentic 0 | | More affor |
| There is mc 0 | | | Yes | Yes | I would cor 0 | It is easy 0 | | It's ok I gue |
| , | | | No | | | | 1 | |
| , | | | No | | good price 0 | travel site t 0 | | too high pr |
| offered by 1 | | | Yes | Yes | I am very c 0 | | 1 | |
| , | | | No | | | | 1 | |
| , | | | Yes | Yes | Comfortab 0 | Nothing 0 | | It's offering |
| offered by 1 | | | Yes | Yes | I had a goo 0 | | 1 | They are ve |
| There's alw 0 | i've person 0 | i'm sure th 0 | Yes | Yes | not super c 0 | | 1 | not great. i |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| offered by | 1 | | | Yes | Yes | | 1 | | a good disc |
| no comme | 0 | | | No | | | 1 | | a good disc |
| Always a ri | 0 | | 1 | Yes | Yes | Positive wi | 0 | 1 | More optic |
| ✓ | | | | No | | another on | 0 | Nothing at | 0 | take the of |
| Because th | 0 | | | No | | I may use t | 0 | I prefer usi | 0 | I like it bett |
| it is trustw | 0 | | | No | | i would be | 0 | | 1 | i like their c |
| Has secure | 0 | | | No | | The main p | 0 | The main p | 0 | The points |
| To see it | 0 | | | Yes | No | I've never | 0 | I haven't e | 0 | To see it |
| ✓ | | | | Yes | Yes | Not sure | 0 | Not sure | 0 | Not sure |
| Because th | 0 | | | Yes | Yes | I feel like th | 0 | Because th | 0 | They offer |
| offered by | 1 | | | Yes | Yes | | 1 | | | |
| Why would | 0 | | | No | | I don't kno | 0 | No | 0 | The offerin |
| offered by | 0 | | 1 | Yes | Yes | | 1 | | | Good |
| ✓ | | | | No | | | 1 | | | I feel more |
| offered by | 1 | | | Yes | Yes | It is a good | 0 | | 1 | It cost too |
| offered by | 1 | A full refun | 0 | | 1 | Yes | Yes | I would pur | 0 | 1 | The cost is |
| It it did, it s | 0 | | | No | | I would buy | 0 | Nothing els | 0 | I would not |
| offered by | 1 | | | Yes | No | Probably wi | 0 | No | 0 | It was mucl |
| you could b | 0 | you skip a f | 0 | you could b | 0 | No | | i probably | 0 | no | 0 | not a mora |
| ✓ | | | | No | | I would ha | 0 | | 1 | Skiplagged |
| ✓ | | | | Yes | Yes | Feels good | 0 | | 1 | |
| offered by | 1 | | | Yes | Yes | | 1 | | | |
| Because it | 0 | | | Yes | Yes | Plane trips | 0 | | 1 | Very good |
| It's authent | 0 | | | Yes | Yes | I feel comp | 0 | No | 0 | Expedia is a |
| its a legit w | 0 | | | Yes | Yes | I will consi | 0 | | 1 | |
| ✓ | | | | No | | Comfortab | 0 | | 1 | Seems like |
| ✓ | | | | No | | | 1 | | | |
| It's guarant | 0 | | | Yes | Yes | I wouldn't l | 0 | | 1 | Its pretty d |
| offered by | 1 | | | No | | I wouldn't l | 0 | | 1 | Might not b |
| The airline | 0 | Last minut | 0 | | 1 | Yes | Yes | I will buy fr | 0 | 1 | It's exactly |
| It is a legit | 0 | | | Yes | Yes | I feel confic | 0 | | 1 | I feel that's |
| additional f | 0 | it would be | 0 | none | 0 | Yes | No | I feel they | 0 | it's very cle | 0 | I like how t |
| ✓ | | | | No | | I would loo | 0 | Nothing mc | 0 | |
| ✓ | | | | Yes | No | I would def | 0 | | 1 | They seem |

| | | | | Yes | Yes | i feel confic 0 | | 1 | They offer |
| Why would 0 | | | | No | | They seem 0 | I look forwa 0 | | The Expedi |
| offered by 1 | | | | Yes | Yes | | 1 | | The deal fr |
| / | | | | Yes | Yes | I would che 0 | | 1 | The deal fr |
| / | | | | No | | | 1 | | The deal fr |
| Very trustw 0 | | | | No | | First experi 0 | None | 0 | Very great |
| / | | | | Yes | Yes | they carry ¿ 0 | | 1 | its slighty c |
| offered by 1 | No guarant 0 | | 1 | Yes | No | Possible | 0 | | 1 | Somewhat |
| Because it : 0 | Maybe the 0 | | 1 | No | | I will deffin 0 | | 1 | I willl still b |
| Bomb | 0 | | | | Yes | Yes | | 1 | | Pack |
| Its authoriz 0 | | | | Yes | Yes | Very sure a 0 | | 1 | Same as A/ |
| / | | | | Yes | Yes | I do not ha 0 | There are t 0 | | It appears t |
| Well becau 0 | Well to ma 0 | Well to ma 0 | | Yes | Yes | Well I feel ¿ 0 | Well you ca 0 | | Well I feel |
| / | | | | Don't know | | | 1 | | It's a great |
| I need mon 0 | | | | No | | | 1 | | It's a great |
| It dont | 0 | | | No | | Awesome 0 | No | 0 | Yup |
| offered by 1 | | | | Yes | Yes | It is a good 0 | | 1 | It is good a |
| No risk | 0 | | | Yes | Yes | Will contin 0 | Great | 0 | This option |
| offered by 1 | | | | Yes | No | | 1 | | This option |
| / | | | | No | | i would cor 0 | | 1 | i would just |
| The Expedi 0 | | | | Yes | Yes | The Expedi 0 | | 1 | I think the l |
| Is protectiv 0 | | | | Yes | Yes | | 1 | | Great quali |
| / | | | | Yes | Yes | It's cheape 0 | | 1 | It's aversive |
| Don't know 0 | | | | No | | It's good | 0 | No | 0 | Good |
| Direct link  0 | | | | Yes | No | I will | 0 | Low price  0 | | Low price |
| What if it c 0 | Chance it n 0 | | 1 | No | | | 1 | | hidden citie |
| / | | | | No | | | 1 | | It's Risky Bu |
| / | | | | Yes | Yes | I would def 0 | Everyone s 0 | | It's a really |
| / | | | | No | | I'd have to 0 | None that I 0 | | All looks gr |
| Everything 0 | As I stated, 0 | | 1 | No | | I would be 0 | | 1 | Not as app |
| / | | | | No | | I really don 0 | | 1 | It's good |
| / | | | | Yes | Yes | I feel good 0 | | 1 | That it was |
| / | | | | Yes | No | I'd conside 0 | The site se 0 | | They are th |
| offered by 1 | | | | Yes | Yes | Very positi 0 | | 1 | Good |

**APPX. 1905**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| offered by | 1 | | | Yes | Yes | It is the bes | 0 | | 1 | I think it is |
| I've used th | 0 | | | Yes | Yes | Feel safe | 0 | Great comp | 0 | Very good |
| / | | | | Yes | Yes | I probably | 0 | | 1 | American A |
| They are tr | 0 | | | Yes | Yes | I will be ve | 0 | They have | 0 | American is |
| I don't thin | 0 | The airline | 0 | 1 | Yes | Yes | If the price | 0 | | 1 | Might as w |
| offered by | 1 | | 1 | Yes | Yes | | 1 | | | The best |
| I've tried it | 0 | | | Yes | Yes | Speed | 0 | Convenient | 0 | Expedia be |
| / | | | | Yes | Yes | I would lov | 0 | | 1 | It offers ea |
| / | | | | Yes | No | | 1 | | | Its better |
| / | | | | No | | I'll have to | 0 | No | 0 | I feel good |
| / | | | | No | | | 1 | | | |
| / | | | | Yes | No | | 1 | | | Different fa |
| / | | | | No | | | 1 | | | Seems trut |
| I got to rest | 0 | I think to m | 0 | 1 | No | | I will be ve | 0 | | 1 | I have to ch |
| / | | | | No | | I would pui | 0 | | 1 | It's way mc |
| / | | | | Yes | Yes | It is a full s | 0 | | 1 | It offers ea |
| offered by | 1 | | | Yes | No | I would go | 0 | | 1 | It's pretty r |
| / | | | | Yes | No | I would giv | 0 | None | 0 | I think the |
| It's my opir | 0 | if you re us | 0 | Not sure bt | 0 | No | | May be yes | 0 | | 1 | This offer lc |
| They are sa | 0 | | | Yes | No | I would lov | 0 | They are sa | 0 | They offeri |
| It's a great | 0 | | | Yes | Yes | Their great | 0 | Nothing go | 0 | Easy to use |
| Because I c | 0 | | | Yes | Yes | I feel confic | 0 | Nothing | 0 | It's very go |
| What risks | 0 | | | No | | It's possible | 0 | If accredita | 0 | Is a great o |
| / | | | | No | | I would fee | 0 | | 1 | Okay, now |
| offered by | 1 | | | Yes | Yes | There a goi | 0 | | 1 | It's so muc |
| / | | | | No | | | 1 | | | |
| / | | | | No | | Honestly, I | 0 | Nah | 0 | Like I'm get |
| offered by | 1 | | | Yes | No | I feel excell | 0 | | 1 | Feel very gi |
| I'm not sur | 0 | | | Yes | Yes | They aren't | 0 | | 1 | It's a great |
| The standa | 0 | Flight delay | 0 | 1 | Yes | No | I would be | 0 | | 1 | It seems ve |
| The feature | 0 | | | No | | I feel very ₠ | 0 | They provic | 0 | I feel motiv |
| What risk? | 0 | | | Yes | Yes | Could do it | 0 | Might do it | 0 | Same |
| Everything | 0 | | 1 | No | | I think it m | 0 | | 1 | It looks to b |
| / | | | | Yes | No | I wouldnt b | 0 | | 1 | I feel the sa |

**APPX. 1906**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| offered by | 1 | | | No | | I will try it s | 0 | Because it | 0 | Better |
| , | | | | Yes | Yes | I may do it. | 0 | | 1 | |
| prior use | 0 | | | Yes | Yes | no i had a g | 0 | no | 0 | they seeme |
| bad weath | 0 | bad weath | 0 | 1 | Yes | No | i'd conside | 0 | | 1 | buying a fli |
| offered by | 1 | | | Yes | Yes | I feel fine b | 0 | | 1 | The Exped |
| Facts | 0 | | | Yes | No | Is okay | 0 | Nothing co | 0 | Is more ex |
| I have used | 0 | | | Yes | Yes | I would gla | 0 | They are v | 0 | I feel that |
| , | | | | No | | I will resea | 0 | | 1 | Nothing sp |
| Not respon | 0 | Not respon | 0 | Only bring | 0 | No | | I would cor | 0 | Will book t | 0 | Very afford |
| , | | | | No | | | 1 | | | |
| , | | | | No | | Have to ch | 0 | | 1 | Good price |
| offered by | 1 | | | Yes | Yes | | 1 | | | |
| offered by | 1 | | | Yes | Yes | | 1 | | | |
| , | | | | No | | I don't beli | 0 | No | 0 | I do not tru |
| , | | | | Yes | No | I would if t | 0 | | 1 | Same price |
| Because th | 0 | | | No | | I feel like t | 0 | Nothing | 0 | Great |
| , | | | | No | | | 1 | | | n/a |
| offered by | 1 | | | No | | I feel optim | 0 | I would ne | 0 | I feel optim |
| By simply s | 0 | Your lugga | 0 | 1 | No | | I would not | 0 | | 1 | I still do no |
| , | | | | No | | I might con | 0 | Nothing els | 0 | |
| , | | | | Yes | Yes | I would cor | 0 | No | 0 | Look the sa |
| , | | | | No | | | 1 | | | |
| offered by | 1 | | | Yes | No | I probably | 0 | | 1 | Price summ |
| , | | | | Yes | Yes | I trust then | 0 | I have had | 0 | Seems very |
| None | 0 | | | Yes | No | Easy | 0 | None | 0 | Great offer |
| Those that | 0 | | | Yes | Yes | | 1 | | | Lower as lo |
| , | | | | Yes | Yes | I will as lon | 0 | Nothing I c | 0 | Good deal |
| , | | | | No | | I would loo | 0 | | 1 | I feel like th |
| , | | | | No | | Still not sur | 0 | None | 0 | Cheaper |
| There's alw | 0 | If you canc | 0 | Just like ge | 0 | Yes | Yes | I'm pretty c | 0 | | 1 | Good |
| I think so | 0 | | | No | | I think it's a | 0 | Nothing els | 0 | I think skip |
| , | | | | Yes | Yes | Great relial | 0 | | 1 | |
| offered by | 1 | | | No | | I would def | 0 | Nothing to | 0 | I would cho |
| , | | | | Yes | No | Yes | 0 | | 1 | Love |

APPX. 1907

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Because it ᵢ0 | | | Yes | Yes | Positive | 0 | No | 0 | It's the sam |
| ᵢ | | | Yes | Yes | I fine with t0 | | I love there0 | | It's less exp |
| ᵢ | | | Yes | Yes | | 1 | | | Good offer |
| ᵢ | | | Yes | Yes | I probably ᵥ0 | | | 1 | Makes me |
| Used them 0 | | | Yes | Yes | I would use0 | | Nope | 0 | Its a better |
| offered by 1 | 1 | | Yes | Yes | | 1 | | | I think it is |
| ᵢ | | | No | | | 1 | | 0 | The offerin |
| Have used 0 | | | Yes | Yes | Will consid0 | | | 1 | Same |
| offered by 1 | | | No | | | 1 | | | I would not |
| offered by 1 | | | Yes | No | Not sure. I 0 | | | 1 | Expedia loc |
| Any does b 0 | Nothing dir 0 | Weather is 0 | No | | I am going 0 | | Thank you 0 | | Skiplagged |
| Because it'ᵢ0 | Because it'ᵢ0 | Possible ba0 | No | | I will NOT b0 | | No thanks. 0 | | I do not like |
| offered by 1 | | | Yes | Yes | i feel confic0 | | | | it's kinda th |
| I bought frc0 | | | Yes | Yes | I would in a0 | | I love this s0 | | Expedia is t |
| ᵢ | | | No | | I'll have to 0 | | | 1 | Skiplagged |
| offered by 1 | | | Yes | Yes | | 1 | | | American a |
| I believe it 0 | Change yoı0 | Not that I'r0 | Yes | Yes | I would cor 0 | | If I wanted 0 | | It seems ba |
| Any airline 0 | Not having 0 | Don't know0 | Yes | Yes | I would abs0 | | No | 0 | I like it, it s |
| baggage et 0 | | 1 | No | | probably w 0 | | no | 0 | less expens |
| Money bac 0 | | | Yes | Yes | Perfectly fi 0 | | I like them 0 | | Still think tl |
| ᵢ | | | No | | I do not kno0 | | No | 0 | I don't like |
| ᵢ | | | Yes | Yes | I will use e0 | | Expedia is t0 | | Shows item |
| Causw they0 | | | No | | I feel very I0 | | I think it is 0 | | I feel good |
| offered by 1 | | | Yes | Yes | | 1 | | | |
| ᵢ | | | No | | I feel confic0 | | | 1 | |
| ᵢ | | | No | | I would use0 | | | 1 | I feel just fi |
| offered by 1 | | | Yes | Yes | | 1 | | | I feel they a |
| offered by 1 | | | Yes | Yes | I am confid0 | | | 1 | |
| ᵢ | | | No | | I've never l0 | | | 1 | It's more e: |
| They woulc0 | | | Yes | Yes | I would def 0 | | It's a good 0 | | It's the sam |
| ᵢ | | | Yes | Yes | I would buy0 | | | 1 | |
| offered by 1 | | | No | | | 1 | | | |
| If they give 0 | | | No | | I will not 0 | | No | 0 | Its a horrib |
| I would thiı0 | | | No | | Until it is u0 | | | 1 | Not sure if |

**APPX. 1908**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| , | | | | Yes | Yes | I would prc 0 | | 1 | its the sam |
| Every purcl 0 | Everything 0 | Money | 0 | No | | Very good 0 | Safe | 0 | Good |
| The only ris 0 | It is more c 0 | | 1 | Yes | Yes | I may or m 0 | | 1 | It looks to l |
| Buying tick 0 | | 1 | | No | | I would ha 0 | | 1 | I guess I wc |
| , | | | | Yes | No | | 1 | | |
| The airlines 0 | Your future 0 | | 1 | Yes | No | I'm concer 0 | | 1 | I'd be inter |
| , | | | | Yes | No | | 1 | | |
| offered by 1 | | | | Yes | Yes | I'm ok with 0 | | 1 | |
| Experience 0 | Fraud | 0 | 1 | Yes | Yes | I dont like c 0 | | 1 | |
| I haven't ha 0 | | | | Yes | Yes | I would buy 0 | | 1 | Expedia pri |
| , | | | | Yes | No | I have neve 0 | | 1 | It's conside |
| , | | | | No | | may consid 0 | | 1 | |
| , | | | | No | | I think I wil 0 | | 1 | I think the s |
| The tickets 0 | | | | Yes | Yes | If the price 0 | | 1 | They offer |
| offered by 1 | | | | Yes | Yes | I'm comfor 0 | | 1 | Comparabl |
| yes becaus 0 | | | | Yes | No | very intere 0 | because of 0 | | expedia is r |
| , | | | | No | | | 1 | | |
| , | | | | No | | | 1 | | |
| I don't thin 0 | | | | No | | If it's cheap 0 | | 1 | I'm not sur |
| Don't know 0 | Because th 0 | Don't know 0 | | No | | Don't know 0 | Don't know 0 | | It isn't bad |
| , | | | | No | | | 1 | | It's more o |
| offered by 1 | | 1 | | No | | | 1 | | |
| because yo 0 | airlines fro 0 | | 1 | Yes | No | sure, wy nc 0 | | 1 | fabulous |
| I say this be 0 | | | | Yes | No | I feel that I 0 | Nothing tha 0 | | I would go |
| please sele 0 | | | | Yes | Yes | expedia off 0 | I have noth 0 | | how do I fe |
| Personal ex 0 | No refunds 0 | | 1 | Yes | Yes | Sometimes 0 | | 1 | Visually, th |
| What being 0 | | | | No | | I would pur 0 | I will be try 0 | | I would try |
| THEY ARE / 0 | | | | Yes | Yes | I WOULD C 0 | | 1 | IT WAS VEF |
| It mention 0 | weather, ai 0 | There was 0 | | No | | I might or r 0 | | 1 | I"m not sur |
| Everything 0 | The service 0 | Not sure | 0 | Yes | Yes | It was easy 0 | No | 0 | I'm not sur |
| I've never h 0 | | | | Yes | Yes | I'm very sa 0 | | 1 | They give y |
| offered by 1 | | | | Yes | No | | 1 | | |
| There is alv 0 | It could be 0 | | 1 | Yes | Yes | I would buy 0 | | 1 | It is exactly |
| If the flight 0 | I could end 0 | My bag cou 0 | | No | | Leery, so b 0 | | 1 | It is cheape |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| It could be. | 0 | | 1 | | No | | | 1 | Professiona | |
| ͵ | | | | | No | | | 1 | Seems like | |
| There are r | 0 | | | | Yes | Yes | Expedia is a | 0 | I like Exped | 0 | It is good |
| ͵ | | | | | No | | | 1 | It sounds fr | |
| ͵ | | | | | No | | I'm unsure | 0 | | 1 | It can be ri |
| ͵ | | | | | No | | | 1 | It can be ri | |
| They guara | 0 | | | | Yes | No | I would def | 0 | | 1 | Feels good |
| It's ok | 0 | None | 0 | 1 | Yes | No | | 1 | It's oi | |
| ͵ | | | | | Yes | Yes | | 1 | It's clean ar | |
| ͵ | | | | | Yes | Yes | I usually us | 0 | | 1 | |
| It should be | 0 | | | | No | | Might cons | 0 | | 1 | It was the c |
| can always | 0 | | | | Yes | Yes | if they had | 0 | I do not alv | 0 | I think they |
| Everything | 0 | Could be ar | 0 | 1 | Yes | Yes | Fine | 0 | | 1 | Seems abo |
| offered by | 1 | Everything | 0 | 1 | Yes | No | No. I will st | 0 | | 1 | |
| Never had | 0 | | | | Yes | Yes | Would pur | 0 | | 1 | The same c |
| offered by | 1 | | 1 | | No | | | 1 | | |
| ͵ | | | | | No | | | 1 | I would cha | |
| I've used it | 0 | | | | Yes | Yes | I feel confic | 0 | | 1 | I mean som |
| ͵ | | | | | Yes | No | | 1 | Good | |
| ͵ | | | | | Yes | Yes | Just fine | 0 | I've never b | 0 | Similar. The |
| If I am not | 0 | | | | No | | I would see | 0 | I would go | 0 | I thought th |
| ͵ | | | | | No | | likely will r | 0 | curious abc | 0 | better deal |
| reputation | 0 | | | | Yes | No | I would it s | 0 | none | 0 | it is practic |
| ͵ | | | | | Yes | Yes | I wouldn't | 0 | | 1 | The expedi |
| offered by | 1 | | 1 | | No | | It seems ve | 0 | | 1 | Don't like it |
| I never had | 0 | | | | Yes | Yes | I have alrea | 0 | No, I trust t | 0 | I feel that t |
| ͵ | | | | | Yes | No | If the flight | 0 | | 1 | There does |
| ͵ | | | | | No | | Awesome | 0 | | 1 | I like that y |
| offered by | 1 | | | | Yes | Yes | Good over | 0 | Used befor | 0 | Good |
| I didn;t see | 0 | | | | Yes | Yes | I would do | 0 | Nothing | 0 | It was the s |
| If there we | 0 | | | | Yes | Yes | I may or m | 0 | | 1 | Seem to be |
| offered by | 1 | | | | No | | It is a good | 0 | | 1 | It is a good |
| offered by | 1 | | | | Yes | No | I feel very c | 0 | | 1 | I feel that it |
| ͵ | | | | | No | | I would cor | 0 | | 1 | I would rat |

**APPX. 1910**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| offered by | 1 | | | | Yes | Yes | | 1 | | | | |
| I'm sure it | 0 | | | | No | | I would ch€ | 0 | I would cor | 0 | It was a lil l |
| what risk? | 0 | | | | Yes | Yes | it is my firs | 0 | no | 0 | great |
| Again, bee | 0 | | | | Yes | Yes | Price deter | 0 | | 1 | Same thing |
| Everything | 0 | Being hack | 0 | Dying | 0 | No | | I feel fine. | 0 | No | 0 | Their offer |
| None is ind | 0 | | | | No | | I might do : | 0 | Nothing. | 0 | Excited. |
| I don't see | 0 | | | | Yes | No | I likely will | 0 | | 1 | They're the |
| offered by | 1 | | | | Yes | Yes | they are ea | 0 | | 1 | has a good |
| / | | | | | Yes | Yes | | 1 | | | |
| offered by | 1 | | | | Yes | Yes | | 1 | | | |
| / | | | | | Yes | No | | 1 | | | |
| need more | 0 | not being v | 0 | if issue witl | 0 | No | | not confid€ | 0 | rather buy | 0 | cheaper to |
| | | | | | Yes | Yes | | 1 | | | Offering all |
| Seems less | 0 | | | | No | | It's perfect | 0 | It's perfect | 0 | It was way |
| / | | | | | Yes | No | | 1 | | | |
| / | | | | | No | | | 1 | | | I feel I wou |
| It should ca | 0 | | | | Yes | Yes | It's good to | 0 | | 1 | It's a good |
| No risk | 0 | | | | Yes | Yes | Very confic | 0 | The service | 0 | It's cheaper |
| It was simp | 0 | | | | No | | I will defini | 0 | No | 0 | It was the s |
| / | | | | | Yes | No | The price lc | 0 | Just being ( | 0 | It is interes |
| offered by | 1 | ip doxing | 0 | | 1 | Yes | Yes | pretty goo( | 0 | | 1 | it was heyt |
| Being repe | 0 | | | | Yes | Yes | They're a g | 0 | | 1 | Better |
| Because I t | 0 | | | | Yes | Yes | It is an ama | 0 | Nothing | 0 | Amazing ar |

<strong>APPX. 1911</strong>

| Q15ax1_99 | Q15b - ^Im | Q15bx1_99 | Q16a - ^Im | Q16b - Wh | Q16bx1_99 | Q16c - Is th | Q16cx1_99 : There are no other reasons why I said that (Q16cx1) |
|---|---|---|---|---|---|---|---|
| 0 | | 1 | | \<b>Definit I've used th | 0 | | 1 |
| 0 | Nothing m | 0 | | \<b>Definit They offer | 0 | Thank you | 0 |
| 0 | nope | 0 | | \<b>Definit I think I cou | 0 | nope | 0 |
| 0 | | 1 | | \<b>May or Depends o | 0 | | 1 |
| 0 | | 1 | | \<b>Probab I like that tl | 0 | | 1 |
| 1 | | | | \<b>Definitely would\</ | 1 | | |
| 1 | | | | \<b>Do not know\</b> | 1 | | |
| 0 | | 1 | | \<b>Probab Depends if | 0 | | 1 |
| 0 | | 1 | | \<b>Probab it is worth | 0 | no | 0 |
| 0 | | 1 | | \<b>Definit It is a trust | 0 | | 1 |
| 0 | | 1 | | \<b>Probab If I'm using | 0 | | 1 |
| 0 | | 1 | | \<b>Definit seems like | 0 | | 1 |
| 1 | | | | \<b>May or may not\</t | 1 | | |
| 0 | | 1 | | \<b>Probab It seems ok | 0 | | 1 |
| 0 | | 1 | | \<b>Definit looks good | 0 | | 1 |
| 0 | | 1 | | \<b>May or I will assess | 0 | | 1 |
| 1 | | | | \<b>May or may not\</t | 1 | | |
| 0 | No | 0 | | \<b>Probab Try it | 0 | No | 0 |
| 0 | The price d | 0 | | \<b>May or I would ne | 0 | No | 0 |
| 1 | | | | \<b>May or may not\</t | 1 | | |
| 1 | | | | \<b>Do not know\</b> | 1 | | |
| 0 | | 1 | | \<b>May or seems dec | 0 | | 1 |
| 0 | nope | 0 | | \<b>Probab It would lik | 0 | nope | 0 |
| 0 | | 1 | | \<b>May or It depends | 0 | | 1 |
| 0 | That's why | 0 | | \<b>Definit They charg | 0 | Bad | 0 |
| 1 | | | | \<b>May or may not\</t | 1 | | |
| 0 | | 1 | | \<b>Definit get better | 0 | | 1 |
| 0 | no | 0 | | \<b>May or depends o | 0 | no | 0 |
| 1 | | | | \<b>May or may not\</t | 1 | | |
| 0 | No | 0 | | \<b>Probab It's an inter | 0 | No | 0 |
| 1 | | | | \<b>Definitely would\</ | 1 | | |
| 0 | | 1 | | \<b>May or not sure if | 0 | | 1 |
| 0 | no | 0 | | \<b>Probab better pric | 0 | no | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | | 1 | <b>Probab Basically di | 0 | | 1 |
| 0 | | 1 | <b>Definit none | 0 | none | 0 |
| 0 | | 1 | <b>Probab BECAUSE I | 0 | | 1 |
| 0 | | 1 | <b>Definit i do not wa | 0 | | 1 |
| 0 | Not today | 0 | <b>Definit If you don't | 0 | Yes, I have | 0 |
| 1 | | | <b>Definitely would n | 1 | | |
| 0 | | 1 | <b>Definit I like try it | 0 | | 1 |
| 1 | | | <b>Definitely would</ | 1 | | |
| 0 | nothing co | 0 | <b>May or everything | 0 | if there wa | 0 |
| 0 | to risky for | 0 | <b>Definit too risky | 0 | | 1 |
| 0 | None | 0 | <b>Definit I would cor | 0 | None | 0 |
| 0 | more choic | 0 | <b>Probab more choic | 0 | | 1 |
| 1 | | | <b>May or I would cor | 0 | No | 0 |
| 0 | none | 0 | <b>Definit I am all abc | 0 | | 1 |
| 0 | Noooooooc | 0 | <b>Definitely would</ | 1 | | |
| 0 | None | 0 | <b>Definit It's easy to | 0 | None | 0 |
| 0 | | 1 | <b>Definit They have | 0 | | 1 |
| 0 | | 1 | <b>Probab I've never | 0 | | 1 |
| 0 | | 1 | <b>Definit To save mo | 0 | | 1 |
| 1 | | | <b>Definitely would</ | 1 | | |
| 0 | Dont know | 0 | <b>Definit Because it | 0 | Good price | 0 |
| 0 | | 1 | <b>Definitely would</ | 1 | | |
| 0 | It's nice | 0 | <b>Definit I definitely | 0 | Nothing | 0 |
| 0 | | | <b>Definitely would</ | 1 | | |
| 0 | | | <b>May or I would cor | 0 | | 1 |
| 0 | Best bet | 0 | <b>Definit Would con | 0 | Cheapest | 0 |
| 1 | | | <b>Do not know</b> | 1 | | |
| 0 | | 1 | <b>Probab This site ha | 0 | | 1 |
| 0 | And skip la | 0 | <b>May or Depending | 0 | | 1 |
| 0 | | 1 | <b>Definit i think it w | 0 | | 1 |
| 0 | | 1 | <b>May or I don't real | 0 | | 1 |
| 0 | | 1 | <b>Probab its too risky | 0 | | 1 |
| 0 | They are cu | 0 | <b>Definit The price is | 0 | Impressive | 0 |
| 1 | | | <b>Probably would</ | 1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | \<b>Definitely would\</ | 1 | |
| 1 | | | \<b>Definit I do not kno | 0 | 1 |
| 1 | | | \<b>Definitely would\</ | 1 | |
| 0 | No | 0 | \<b>Probab I will love to | 0 | No | 0 |
| 0 | | 1 | \<b>Probably would\</t | 1 | |
| 0 | | 1 | \<b>Definit I would use | 0 | 1 |
| 0 | I think it ca | 0 | \<b>Definit It gives me | 0 | 1 |
| 1 | | | \<b>Do not know\</b> | 1 | |
| 0 | | 1 | \<b>Definit It is a cheap | 0 | 1 |
| 1 | | | \<b>Definit It's cheape | 0 | 1 |
| 1 | | | \<b>Probably would no | 1 | |
| 1 | | | \<b>Definitely would\</ | 1 | |
| 1 | | | \<b>Definitely would\</ | 1 | |
| 0 | | 1 | \<b>May or may not\</t | 1 | |
| 0 | | 1 | \<b>Probab There are a | 0 | 1 |
| 0 | | 1 | \<b>Definit Because I h | 0 | 1 |
| 0 | | 1 | \<b>Probab just not int | 0 | 1 |
| 0 | | 1 | \<b>May or Don't know | 0 | 1 |
| 0 | | 1 | \<b>Definit Seems you | 0 | 1 |
| 0 | Nothing els | 0 | \<b>Definit I enjoy usin | 0 | Nothing m | 0 |
| 0 | | 1 | \<b>Definit I have used | 0 | No | 0 |
| 1 | | | \<b>Probab better price | 0 | 1 |
| 0 | No | 0 | \<b>Definit Good price | 0 | No | 0 |
| 1 | | | \<b>Definit It's a trustv | 0 | 1 |
| 0 | No | 0 | \<b>Definit Experience | 0 | No | 0 |
| 0 | | 1 | \<b>Probab I prefer to | 0 | 1 |
| 0 | No | 0 | \<b>Definit Have had s | 0 | No | 0 |
| 0 | Nothing | 0 | \<b>Probab You could I | 0 | Nothing | 0 |
| 0 | | 1 | \<b>Probab They have | 0 | 1 |
| 0 | | 1 | \<b>Probably would\</t | 1 | |
| 1 | | | \<b>Probably would no | 1 | |
| 0 | No | 0 | \<b>May or I'm not sur | 0 | 1 |
| 1 | | | \<b>May or If the offse | 0 | 1 |
| 0 | | 1 | \<b>Definit never had | 0 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | | 1 | <b>Probab Seemed pr 0 | | 1 |
| 0 | not at all | 0 | <b>Probab I always ch 0 | | 1 |
| 1 | | | <b>Definitely would</ 1 | | |
| 0 | | 1 | <b>May or If by using 0 | | 1 |
| 0 | Big range i 0 | | <b>Probab Indiscrepar 0 | Too wide o 0 | |
| 0 | | 1 | <b>Definit There isn't 0 | | 1 |
| 1 | | | <b>Do not it really de 0 | | 1 |
| 1 | | | <b>Do not know</b> 1 | | |
| 0 | | 1 | <b>Probab they offer 0 | | 1 |
| 1 | | | <b>Probably would</b 1 | | |
| 0 | No | 0 | <b>Probab Same price 0 | No | 0 |
| 0 | | 1 | <b>Probab It seams cl 0 | | 1 |
| 0 | There was 0 | | <b>Probab Just to boo 0 | | 1 |
| 0 | This would 0 | | <b>Definit Because 10 0 | | 1 |
| 1 | | | <b>Definit I've used th 0 | | 1 |
| 1 | | | <b>May or may not</b 1 | | 1 |
| 1 | | | <b>Definit The de the 0 | | 1 |
| 0 | same price 0 | | <b>Definit it is better 0 | like Expedi 0 | |
| 0 | | 1 | <b>Definit Because yo 0 | | 1 |
| 0 | | 1 | <b>Probably would</b 1 | | |
| 0 | | 1 | <b>May or I would ha 0 | | 1 |
| 0 | | 1 | <b>Definit I feel like I 0 | | 1 |
| 1 | | | <b>Definit They are m 0 | | 1 |
| 0 | No | 0 | <b>Definit Seems like 0 | | 1 |
| 0 | | 1 | <b>Probab I would stil 0 | | 1 |
| 1 | | | <b>Definitely would</ 1 | | |
| 0 | It may inva 0 | | <b>May or I'm not sur 0 | | 1 |
| 0 | | 1 | <b>May or I'd conside 0 | | 1 |
| 0 | | 1 | <b>May or Recent exp 0 | | 1 |
| 0 | no thanks | 0 | <b>Probab good deals 0 | no thanks | 0 |
| 0 | | 1 | <b>May or Still risks in 0 | | 1 |
| 0 | | 1 | <b>Definit HAVE DON 0 | | 1 |
| 0 | | 1 | <b>Definit based on th 0 | | 1 |
| 0 | | 1 | <b>Definit Different P 0 | | 1 |

APPX. 1915

| | | | | | |
|---|---|---|---|---|---|
| 0 | | 1 | <b>Probab I think thei | 0 | | 1 |
| 1 | | | <b>May or may not</b 1 | | |
| 1 | | | <b>Probably would</b 1 | | |
| 0 | maybe it w | 0 | <b>Probab i like this w | 0 | nothing els 0 |
| 0 | | 1 | <b>Probab If it has san | 0 | | 1 |
| 1 | | | <b>Definitely would n | 1 | | |
| 0 | up charging | 0 | <b>Definit Want the b | 0 | | 1 |
| 0 | Saves mon | 0 | <b>Probab Cheapest | 0 | No | 0 |
| 0 | | 1 | <b>Definit Fares! | 0 | | 1 |
| 0 | | 1 | <b>May or may not</b 1 | | |
| 0 | AAirlines is | 0 | <b>Definit I always bo | 0 | And the air 0 |
| 1 | | | <b>May or may not</b 1 | | |
| 0 | | 1 | <b>May or may not</b 1 | | |
| 0 | | 1 | <b>Probab It is a good | 0 | | 1 |
| 0 | | 1 | <b>May or If there's n | 0 | | 1 |
| 0 | | 1 | <b>Probab I've purcha | 0 | | 1 |
| 0 | Nothing els | 0 | <b>Definit Because I v | 0 | None | 0 |
| 0 | | 1 | <b>May or may not</b 1 | | |
| 1 | | | <b>Definit From past | 0 | | 1 |
| 0 | Just alot | 0 | <b>May or Because I'n | 0 | Need more 0 |
| 0 | | 1 | <b>Probab I save | 0 | | 1 |
| 1 | | | <b>Probab Too much | 0 | | 1 |
| 0 | | 1 | <b>May or may not</b 1 | | |
| 0 | | 1 | <b>Probab Because of | 0 | | 1 |
| 0 | | 1 | <b>Definit They are a | 0 | | 1 |
| 0 | I do not lik | 0 | <b>Definit I often use | 0 | Expedia is ε 0 |
| 0 | No | 0 | <b>Definit Trust | 0 | No | 0 |
| 0 | | 1 | <b>Definit have used l | 0 | | 1 |
| 0 | loss of mor | 0 | <b>May or depend on | 0 | | 1 |
| 0 | I like how il | 0 | <b>Probab I think it's ε | 0 | | 1 |
| 1 | | | <b>Definit I like Simpli | 0 | | 1 |
| 0 | | 1 | <b>Probab They seem | 0 | | 1 |
| 0 | | 1 | <b>Definit Same searc | 0 | | 1 |
| 0 | | 1 | <b>Definit Bc they off | 0 | | 1 |

**APPX. 1916**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Th at helps | 0 | <b>Probab AI and vide | 0 | | 1 |
| 0 | | 1 | <b>Probab I'm a fan of | 0 | | 1 |
| 0 | None | 0 | <b>Definit None | 0 | It really jus | 0 |
| 0 | | 1 | <b>Probab why not, if | 0 | | 1 |
| 0 | | 1 | <b>Probab Given that | 0 | | 1 |
| 0 | good | 0 | <b>Definit good | 0 | good | 0 |
| 0 | | 1 | <b>Definit My credit c | 0 | | 1 |
| 0 | Yea they ar | 0 | <b>Definit Well they c | 0 | Yea it's nor | 0 |
| 1 | | | <b>Probab They have | 0 | Nothing els | 0 |
| 0 | | 1 | <b>Definit Better pric | 0 | | 1 |
| 1 | | | <b>Do not know</b> | 1 | | |
| 0 | I like that tl | 0 | <b>Probab It's easy to | 0 | They make | 0 |
| 0 | Better rate | 0 | <b>Definit I use all the | 0 | Great comp | 0 |
| 0 | | 1 | <b>Probab This survey | 0 | | 1 |
| 1 | | | <b>Definit Cause I wa | 0 | | 1 |
| 0 | None | 0 | <b>Definit Trustworth | 0 | None | 0 |
| 0 | | 1 | <b>Definit There are t | 0 | | 1 |
| 0 | | 1 | <b>Probab Has cheape | 0 | | 1 |
| 0 | No | 0 | <b>Probab I would try | 0 | No | 0 |
| 0 | | 1 | <b>Definit Convenien | 0 | | 1 |
| 0 | They are of | 0 | <b>Definit They are of | 0 | They are m | 0 |
| 0 | | 1 | <b>Definit It would sa | 0 | | 1 |
| 0 | | 1 | <b>Probab The offers | 0 | | 1 |
| 0 | I don't kno | 0 | <b>May or I don't kno | 0 | I don't kno | 0 |
| 0 | | 1 | <b>Definit because i'v | 0 | | 1 |
| 0 | | 1 | <b>Definit I wouldn't l | 0 | | 1 |
| 0 | | 1 | <b>Probab They look | 0 | | 1 |
| 0 | No | 0 | <b>Definitely would</ | 1 | | |
| 0 | | 1 | <b>Definit I can save r | 0 | convenient | 0 |
| 1 | | | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Probab Pricing is cl | 0 | | 1 |
| 0 | | 1 | <b>Probab They had g | 0 | | 1 |
| 1 | | | <b>Probab The option | 0 | | 1 |

**APPX. 1917**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | I don't thin | 0 | <b>Probab It compare | 0 | It feels safe | 0 |
| 0 | | 1 | <b>May or It is new to | 0 | | 1 |
| 0 | | 1 | <b>Definitely would</ | 1 | | |
| 0 | | 1 | <b>Probab It seems in | 0 | | 1 |
| 0 | | 1 | <b>Definit It is a great | 0 | | 1 |
| 0 | The only w | 0 | <b>Definit I have alwa | 0 | The only w | 0 |
| 1 | | | <b>Definitely would</ | 1 | | |
| 0 | | 1 | <b>May or It seems lik | 0 | | 1 |
| 1 | | | <b>May or stop asking | 0 | | 1 |
| 0 | | 1 | <b>Definit I like their s | 0 | | 1 |
| 0 | new and qu | 0 | <b>Definitely would</ | 1 | | |
| 0 | | 1 | <b>May or Depending | 0 | | 1 |
| 0 | | 1 | <b>Probab I like their c | 0 | | 1 |
| 0 | | 1 | <b>Probably would</t | 1 | | |
| 0 | No | 0 | <b>Definit They're che | 0 | No | 0 |
| 1 | | | <b>Probably would</t | 1 | | |
| 0 | | 1 | <b>Definit Just good it | 0 | | 1 |
| 0 | none | 0 | <b>Definit yes | 0 | no | 0 |
| 1 | | | <b>Definit It's well do | 0 | Nothing | 0 |
| 0 | Na | 0 | <b>Probab The differe | 0 | Na | 0 |
| 0 | | 1 | <b>Definit Expedia rat | 0 | | 1 |
| 0 | | 1 | <b>Definit I've had go | 0 | | 1 |
| 0 | No not real | 0 | <b>Probably would</t | 1 | | |
| 0 | that's a goc | 0 | <b>Definit it's awesom | 0 | who could | 0 |
| 0 | none at all | 0 | <b>Probab I think that | 0 | none at all | 0 |
| 0 | | 1 | <b>Probably would no | 1 | | |
| 1 | | | <b>Do not know</b> | 1 | | |
| 0 | | 1 | <b>Definit As a freque | 0 | | 1 |
| 0 | | 1 | <b>Definit It's becaus | 0 | | 1 |
| 0 | | 1 | <b>Probab they are th | 0 | | 1 |
| 0 | | 1 | <b>Definit I've used it | 0 | | 1 |
| 0 | Unless you | 0 | <b>May or Depends hc | 0 | | 1 |
| 0 | | 1 | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Probab I dont see a | 0 | | 1 |

**APPX. 1918**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | | 1 | <b>Definit I do not us | 0 | | 1 |
| 0 | | 1 | <b>Definit Cause I've | 0 | | 1 |
| 0 | | 1 | <b>Probab It helps ma | 0 | | 1 |
| 0 | | 1 | <b>Definit I like how e | 0 | | 1 |
| 1 | | | <b>Probably would</ | 1 | | |
| 0 | | 1 | <b>Definit I've had a g | 0 | | 1 |
| 0 | | 1 | <b>Probably would no | 1 | | |
| 1 | | | <b>Probably would</ | 1 | | |
| 0 | | 1 | <b>Definit I like their | 0 | | 1 |
| 0 | | 1 | <b>May or I still don't | 0 | | 1 |
| 1 | | | <b>Do not know</b> | 1 | | |
| 0 | No | 0 | <b>May or It all depen | 0 | | 1 |
| 0 | | 1 | <b>May or It can just | 0 | | 1 |
| 1 | | | <b>May or may not</ | 1 | | |
| 0 | | 1 | <b>Definitely would</ | 1 | | |
| 0 | | 1 | <b>Definitely would</ | 1 | | |
| 0 | I know you | 0 | <b>May or It's a lot of | 0 | | 1 |
| 0 | | 1 | <b>Definit Discounted | 0 | | 1 |
| 0 | | 1 | <b>Definitely would</ | 1 | | |
| 0 | nothing els | 0 | <b>Definit I love expe | 0 | nothing els | 0 |
| 0 | Best servic | 0 | <b>Definit They offer | 0 | Convenien | 0 |
| 0 | No | 0 | <b>Probably would</ | 1 | | |
| 0 | N/a | 0 | <b>May or No convinc | 0 | N/a | 0 |
| 0 | | 1 | <b>Definit Their price | 0 | | 1 |
| 0 | | 1 | <b>May or looks a bit | 0 | | 1 |
| 0 | | 1 | <b>Definit Because th | 0 | | 1 |
| 0 | | 1 | <b>Definit Because I u | 0 | | 1 |
| 0 | its probabl | 0 | <b>May or because it | 0 | id want to | 0 |
| 0 | | 1 | <b>Probab There a lot | 0 | | 1 |
| 0 | It's cheape | 0 | <b>Probably would</ | 1 | | |
| 0 | Nothing els | 0 | <b>Definit Because it | 0 | Nothing els | 0 |
| 0 | The price v | 0 | <b>Definit The price s | 0 | | 1 |
| 1 | | | <b>Definitely would</ | 1 | | |
| 1 | | | <b>May or may not</ | 1 | | |

**APPX. 1919**

| | | | | |
|---|---|---|---|---|
| 0 | seems cred | 0 | <b>Definite Based on w | 0 | 1 |
| 0 | nothing | 0 | <b>Probab trusted we | 0 | nothing ha | 0 |
| 0 | | 1 | <b>Probab If they offe | 0 | 1 |
| 0 | | 1 | <b>Probab prices | 0 | 1 |
| 0 | | 1 | <b>Definite The low pri | 0 | 1 |
| 0 | | 1 | <b>May or I don't usu | 0 | 1 |
| 0 | | 1 | <b>Probab It is to harc | 0 | 1 |
| 0 | Consistent | 0 | <b>Definite Has been a | 0 | 1 |
| 0 | | 1 | <b>May or I would hav | 0 | 1 |
| 0 | | 1 | <b>Definitely would</ | 1 | |
| 1 | | | <b>Probably would</t | 1 | |
| 0 | have good | 0 | <b>Definite i am attrac | 0 | you can bo | 0 |
| 0 | | 1 | <b>Probably would</t | 1 | |
| 0 | | 1 | <b>Probab Seems reas | 0 | 1 |
| 0 | Skiplagged | 0 | <b>Definite They offer | 0 | They offer | 0 |
| 0 | | 1 | <b>Definite They don't | 0 | I vaguely re | 0 |
| 1 | | | <b>Probably would</t | 1 | |
| 0 | | 1 | <b>Probab It would be | 0 | 1 |
| 1 | | | <b>Probably would</t | 1 | |
| 0 | No | 0 | <b>Probab If I find a ch | 0 | No | 0 |
| 0 | additional | 0 | <b>Probab better  thar | 0 | always  cor | 0 |
| 0 | | 1 | <b>Probab The fees | 0 | 1 |
| 0 | | 1 | <b>Probab They are pr | 0 | 1 |
| 1 | | | <b>May or may not</t | 1 | |
| 0 | Same price | 0 | <b>Probab It all depen | 0 | The best pr | 0 |
| 0 | | 1 | <b>Definite To save mo | 0 | 1 |
| 0 | | 1 | <b>Definite Expedia is t | 0 | 1 |
| 0 | Not at this | 0 | <b>Definite Ease of use | 0 | Not at this | 0 |
| 0 | | 1 | <b>Definite The savings | 0 | 1 |
| 0 | same | 0 | <b>Probab yes i would | 0 | yes | 0 |
| 1 | | | <b>Definite it has good | 0 | 1 |
| 0 | No | 0 | <b>May or I'm disappc | 0 | No | 0 |
| 0 | | 1 | <b>May or I will alway | 0 | 1 |
| 0 | Worth com | 0 | <b>Definite Easy to use | 0 | Great prod | 0 |

**APPX. 1920**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | | 1 | <b>Definit I would use | 0 | | 1 |
| 1 | | | <b>Definitely would</ | 1 | | |
| 0 | | 1 | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Definit They offer | 0 | | 1 |
| 0 | None | 0 | <b>Definit I like buyin | 0 | | 1 |
| 0 | No. Nothin | 0 | <b>May or I would ne | 0 | | 1 |
| 0 | no | 0 | <b>Definit yes its very | 0 | no | 0 |
| 0 | | 1 | <b>May or It would de | 0 | | 1 |
| 0 | | 1 | <b>Probably would</t | 1 | | |
| 0 | | 1 | <b>Definit I have used | 0 | | 1 |
| 0 | Nope | 0 | <b>Definit They are re | 0 | Ope | 0 |
| 0 | | 1 | <b>Probab It's not wel | 0 | | 1 |
| 0 | | 1 | <b>May or I just don't | 0 | | 1 |
| 0 | Interested | 0 | <b>Definit Unbearabl | 0 | Everything | 0 |
| 0 | Third party | 0 | <b>Probab Best value | 0 | Sketchy | 0 |
| 0 | | 1 | <b>Definit I'm loyal to | 0 | | 1 |
| 0 | $10 fee se | 0 | <b>Probab The online | 0 | No | 0 |
| 0 | Na | 0 | <b>Definit Awesome | 0 | Na | 0 |
| 0 | | 1 | <b>May or may not</t | 1 | | |
| 1 | | | <b>Probably would no | 1 | | |
| 0 | | 1 | <b>Probab would rese | 0 | | 1 |
| 0 | | 1 | <b>Definit Service mu | 0 | | 1 |
| 0 | | 1 | <b>May or they may s | 0 | | 1 |
| 1 | | | <b>Do not know</b> | 1 | | |
| 0 | it is rare fo | 0 | <b>May or it is too risk | 0 | nothing | 0 |
| 0 | | 1 | <b>Definit Expedia is t | 0 | Affordable | 0 |
| 0 | | 1 | <b>Definit I like it | 0 | | |
| 1 | | | <b>Probably would</t | 1 | | |
| 0 | kind of con | 0 | <b>May or too many f | 0 | | 1 |
| 1 | | | <b>Probably would</t | 1 | | |
| 1 | | | <b>May or may not</t | 1 | | |
| 0 | Nothing | 0 | <b>Probab No specific | 0 | | 1 |
| 0 | | 1 | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Probab the price c | 0 | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | <b>Definitely would</ | 1 | |
| 0 | | 1 | <b>Probably would</t | 1 | |
| 0 | | 1 | <b>Definitely would</ | 1 | |
| 0 | It charges r | 0 | <b>May or may not</t | 1 | |
| 0 | It's cheape | 0 | <b>May or Because I d | 0 | 1 |
| 0 | | 1 | <b>Definiti i'll get a be | 0 | 1 |
| 0 | The main ir | 0 | <b>Probab The main fr | 0 | There is no 0 |
| 0 | To see this | 0 | <b>Probab I might not | 0 | I might give 0 |
| 0 | Not sure | 0 | <b>Probab Not sure | 0 | Not sure 0 |
| 0 | They keep | 0 | <b>Probab Because it | 0 | They made 0 |
| 1 | | | <b>Probably would</t | 1 | |
| 0 | No | 0 | <b>May or Because I d | 0 | No 0 |
| 0 | Nope | 0 | <b>Probab I know bett | 0 | 1 |
| 0 | | 1 | <b>May or It depends | 0 | 1 |
| 0 | | 1 | <b>Definiti It's a good | 0 | 1 |
| 0 | | 1 | <b>Definitely would</ | 1 | |
| 0 | Nothing fur | 0 | <b>Definit Too many r | 0 | Nothing fur 0 |
| 0 | No | 0 | <b>Probab It seemed c | 0 | |
| 0 | although it | 0 | <b>Probab my moral s | 0 | no 0 |
| 0 | | 1 | <b>Probab Skiplagged | 0 | 1 |
| 1 | | | <b>Probab Looks great | 0 | 1 |
| 1 | | | <b>Probab Good | 0 | 1 |
| 0 | | 1 | <b>Definit Because I s | 0 | 1 |
| 0 | Mo | 0 | <b>Probab Yes seems | 0 | No 1 |
| 1 | | | <b>May or may not</t | 1 | |
| 0 | | 1 | <b>May or If I was goir | 0 | 1 |
| 1 | | | <b>Do not know</b> | 1 | |
| 0 | | 1 | <b>Definiti It's a great | 0 | 1 |
| 0 | | 1 | <b>Probab Might be w | 0 | 1 |
| 0 | | 1 | <b>Definiti The. Price i | 0 | 1 |
| 0 | | 1 | <b>Definiti Is a brand I | 0 | 1 |
| 0 | | 1 | <b>Probab I like how t | 0 | 1 |
| 1 | | | <b>Probab Because th | 0 | 1 |
| 0 | | 1 | <b>Probab It seems lik | 0 | 1 |

**APPX. 1922**

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | <b>May or because if t | | 1 |
| 0 | If you're tr | 0 | <b>Definit This compa | Thank you | 0 |
| 0 | | 1 | <b>Definit Because I v | | 0 |
| 0 | | 1 | <b>Definit The cost | 0 | 1 |
| 1 | | | <b>Probab None | 0 | 1 |
| 0 | None | 0 | <b>Definit Very great | None | 0 |
| 0 | | 1 | <b>Definit they show | 0 | 1 |
| 0 | | 1 | <b>Probably would</b | 1 | |
| 0 | | 1 | <b>Definit because lo | 0 | 1 |
| 0 | Rack | 0 | <b>Definitely would</ | 1 | |
| 0 | | 1 | <b>Definit Because th | | 1 |
| 0 | | 1 | <b>Definit It appears t | 0 | 1 |
| 0 | Well that it | 0 | <b>Definit Well I say c | 0 | Well that it | 0 |
| 1 | | | <b>Probably would</b | 1 | |
| 0 | No there's | 0 | <b>Probab O | 0 | No | 0 |
| 0 | Nope | 0 | <b>May or may not</b | 1 | |
| 0 | | 1 | <b>Probab Because it | 0 | 1 |
| 0 | Reasonable | 0 | <b>Definitely v | 0 | Great | 0 |
| 1 | | | <b>Definit it offers m | 0 | |
| 0 | | 1 | <b>May or it would be | 0 | 1 |
| 0 | | 1 | <b>Definit The Expedi | 0 | 1 |
| 0 | | 1 | <b>Definitely would</ | 1 | |
| 0 | | 1 | <b>May or Depends o | 0 | 1 |
| 0 | No | 0 | <b>Probab Itsbgood | 0 | No | 0 |
| 0 | | 1 | <b>Definit Low price | 0 | 1 |
| 0 | | 1 | <b>May or I don't hav | 0 | 1 |
| 0 | | 1 | <b>May or Because It' | 0 | 1 |
| 0 | No | 0 | <b>Probab Because I h | 0 | No | 0 |
| 0 | None that I | 0 | <b>Probab All is just fi | 0 | 1 |
| 0 | | 1 | <b>Definit This is very | 0 | 1 |
| 0 | | 1 | <b>May or If it's legit | 0 | 1 |
| 0 | | 1 | <b>Definit I like the pr | 0 | 1 |
| 0 | The fees ar | 0 | <b>May or Based on th | 0 | 1 |
| 0 | Fair | 0 | <b>Definitely would</ | 1 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Could be m | 0 | <b>Probably would no | 1 | | |
| 0 | | 1 | <b>Definit I like their | 0 | Seem trust | 0 |
| 0 | I would boo | 0 | <b>May or Depends o | 0 | | 1 |
| 0 | American A | 0 | <b>Definit They find a | 0 | They have | 0 |
| 0 | | 1 | <b>Probab It depends | 0 | | 1 |
| 1 | | | <b>Probably would</b | 1 | | |
| 0 | Convenienc | 0 | <b>Definit The best se | 0 | Convenienc | 0 |
| 0 | | 1 | <b>Probab Cheaper | 0 | | 1 |
| 0 | Its cheaper | 0 | <b>Definit Its my pref | 0 | no | 0 |
| 0 | No | 0 | <b>Do not I'll have to | 0 | | 1 |
| 1 | | | <b>Do not know</b> | 1 | | |
| 0 | | 1 | <b>May or may not</t | 1 | | |
| 0 | I might use | 0 | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Definitely would n | 1 | | |
| 0 | | 1 | <b>Definit The price is | 0 | | 1 |
| 0 | | 1 | <b>Definit It is a one s | 0 | | 1 |
| 0 | | 1 | <b>May or I don't kno | 0 | | 1 |
| 0 | None | 0 | <b>Probab I think that | 0 | None | 0 |
| 0 | | 1 | <b>Probab It's good c | 0 | | |
| 0 | They are lo | 0 | <b>Definit I am excite | 0 | They are a | 0 |
| 0 | | 1 | <b>Definit Their great | 0 | | 1 |
| 0 | No | 0 | <b>Definit Because it' | 0 | Nothing | 0 |
| 0 | No extra ch | 0 | <b>Probab I don't see | 0 | Not that I c | 0 |
| 0 | | 1 | <b>May or Cause I dor | 0 | | |
| 0 | | 1 | <b>Probab My last tick | 0 | | 1 |
| 1 | | | <b>May or may not</t | 1 | | |
| 0 | Nope | 0 | <b>Definit Because I'n | 0 | | 1 |
| 0 | | 1 | <b>Definit It has goo | 0 | | 1 |
| 0 | | 1 | <b>Definit If I could fir | 0 | | 1 |
| 0 | | 1 | <b>Probab It seems lik | 0 | | 1 |
| 0 | It provides | 0 | <b>Definit It is very gc | 0 | The brand | 0 |
| 0 | Same | 0 | <b>May or Doesn't ma | 0 | Nope | 0 |
| 0 | | 1 | <b>Probab I go for the | 0 | | 1 |
| 0 | Nothing els | 0 | <b>May or As i stated | 0 | nothing re | 0 |

**APPX. 1924**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Because it | 0 | <b>Definitely would</ | 1 | | |
| 1 | | | <b>Probably would</b | 1 | | |
| 0 | no | 0 | <b>Definit it seems lik | 0 | no | 0 |
| 0 | | 1 | <b>Probab i'd have to | 0 | | 1 |
| 0 | | 1 | <b>Probably would</b | 1 | | |
| 0 | Nothing co | 0 | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Definit They have | 0 | | 1 |
| 0 | | 1 | <b>Probab I did not fir | 0 | | 1 |
| 0 | Cheaper th | 0 | <b>Probab Like there | 0 | Easy to boc | 0 |
| 1 | | | <b>Definitely would n | 1 | | |
| 0 | | 1 | <b>May or may not</t | 1 | | |
| 1 | | | <b>Probably would</b | 1 | | |
| 1 | | | <b>Definitely would</ | 1 | | |
| 0 | No | 0 | <b>Probab I am not su | 0 | No | 0 |
| 0 | | 1 | <b>May or Depending | 0 | | 1 |
| 0 | Ok | 0 | <b>Definit Because th | 0 | | 1 |
| 0 | n/a | 0 | <b>May or n/a | 0 | n/a | 0 |
| 0 | | 1 | <b>Probab Their offeri | 0 | | 1 |
| 0 | | 1 | <b>Probab The luggag | 0 | | 1 |
| 1 | | | <b>Definit I think I'd g | 0 | | 1 |
| 0 | No | 0 | <b>Probab I seems a g | 0 | No | 0 |
| 1 | | | <b>May or may not</t | 1 | | |
| 0 | | 1 | <b>Definit I just woulc | 0 | | 1 |
| 0 | With expec | 0 | <b>Definit It is the sar | 0 | | 1 |
| 0 | Good price | 0 | <b>Probab Great price | 0 | None | 0 |
| 0 | Some time | 0 | <b>May or If the seats | 0 | Nothing | 0 |
| 0 | Nothing I c | 0 | <b>Definit If they are | 0 | Nothing I c | 0 |
| 0 | | 1 | <b>Probab I would res | 0 | | 1 |
| 0 | None | 0 | <b>Probably would</b | 1 | | |
| 0 | None | 0 | <b>Definit Can always | 0 | None | 0 |
| 0 | I think so | 0 | <b>Definit It looks like | 0 | Nothing els | 0 |
| 1 | | | <b>Probab Great optic | 0 | | |
| 0 | | 1 | <b>Definit Because yo | 0 | | 1 |
| 0 | No | 0 | <b>May or No | 0 | No | 0 |

**APPX. 1925**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | No | 0 | <b>May or It just depe | 0 | No | 0 |
| 0 | They offer | 0 | <b>Definit They have | 0 | They have | 0 |
| 0 | | 1 | <b>May or Something | 0 | | |
| 0 | | 1 | <b>Definit I have used | 0 | | 1 |
| 0 | Nope | 0 | <b>Definit There chea | 0 | Nope | 0 |
| 0 | I think it is | 0 | <b>Probably would</b | 1 | | |
| 0 | No process | 0 | <b>Probab Better pric | 0 | No | 0 |
| 0 | | 1 | <b>Probab Easy acces | 0 | | 1 |
| 0 | | 1 | <b>Probab I deal direc | 0 | | 1 |
| 0 | | 1 | <b>May or may not</b | 1 | | |
| 0 | | 1 | <b>Definit The prices | 0 | | 1 |
| 0 | | 1 | <b>Definit I don't care | 0 | | 1 |
| 0 | | 1 | <b>Probably would</b | 1 | | |
| 0 | I prefer the | 0 | <b>Definit I love the l | 0 | The suppor | 0 |
| 0 | I'd rather o | 0 | <b>Probab Because I a | 0 | | 1 |
| 0 | | 1 | <b>Definit I always bu | 0 | Great webs | 0 |
| 0 | No | 0 | <b>Probab I might bec | 0 | | 1 |
| 0 | | 1 | <b>Probab Better for p | 0 | | |
| 0 | no | 0 | <b>May or need to res | 0 | no | 0 |
| 0 | Nope | 0 | <b>Definit They have | 0 | Nope | 0 |
| 0 | No | 0 | <b>Probab Because I'n | 0 | No | 0 |
| 0 | Shows amc | 0 | <b>Definit I allways us | 0 | Expedia is | 0 |
| 0 | | 1 | <b>Definit They seem | 0 | | 1 |
| 1 | | | <b>Probably would</b | 1 | | |
| 1 | | | <b>May or Depending | 0 | | 1 |
| 0 | | 1 | <b>Probably would no | 1 | | |
| 1 | | | <b>Probably would no | 1 | | |
| 0 | | 1 | <b>Probab I trust Expe | 0 | | 1 |
| 0 | | 1 | <b>Do not I might be i | 0 | | 1 |
| 1 | | | <b>Probab Always lool | 0 | | 1 |
| 0 | | 1 | <b>Definit Because th | 0 | | 1 |
| 1 | | | <b>Definit It is easy to | 0 | | 1 |
| 0 | No | 0 | <b>Definit It's wrong | 0 | No | 0 |
| 0 | | 1 | <b>May or afraid to ge | 0 | | 1 |

**APPX. 1926**

| | | | | |
|---|---|---|---|---|
| 0 | | 1 | `<b>Probably would</b` 1 | |
| 0 | | 1 | `<b>Definitely would</` 1 | |
| 0 | | 1 | `<b>May or I typically b` 0 | 1 |
| 0 | | 1 | `<b>Probab I would cor` 0 | 1 |
| 1 | | | `<b>May or anything is` 0 | 1 |
| 0 | | 1 | `<b>May or The cost sa` 0 | 1 |
| 1 | | | `<b>May or may not</b` 1 | |
| 1 | | | `<b>Probab I usually bo` 0 | 1 |
| 1 | | | `<b>Definitely would</` 1 | |
| 0 | | 1 | `<b>Probab Usually the` 0 | 1 |
| 0 | | 1 | `<b>Probab I would fee` 0 | 1 |
| 1 | | | `<b>May or I think is be` 0 | 1 |
| 0 | | 1 | `<b>Definit I want to se` 0 | 1 |
| 0 | | 1 | `<b>Probab It all depen` 0 | 1 |
| 0 | | 1 | `<b>Probably would</b` 1 | |
| 0 | i review bo 0 | | `<b>Definit after visisti` 0 | nothing 0 |
| 1 | | | `<b>Do not know</b>` 1 | |
| 1 | | | `<b>May or may not</b` 1 | |
| 0 | | 1 | `<b>May or The inform` 0 | 1 |
| 0 | | 1 | `<b>Probab Cheaper th` 0 | 1 |
| 1 | | | `<b>May or may not</b` 1 | |
| 0 | | 1 | `<b>Definit It cost mor` 0 | 1 |
| 0 | | 1 | `<b>Probab depending` 0 | 1 |
| 0 | | 1 | `<b>Probab I'm all abou` 0 | 1 |
| 0 | I have noth 0 | | `<b>Probab probably w` 0 | please ente 0 |
| 0 | | 1 | `<b>May or I prefer to ┌` 0 | 1 |
| 0 | Better rate 0 | | `<b>Probab Better rate` 0 | Would give 0 |
| 0 | | 1 | `<b>May or DEPENDS C` 0 | 1 |
| 0 | | 1 | `<b>Probab I don't kno` 0 | There may 0 |
| 0 | No 0 | | `<b>Probab I see no do` 0 | No 0 |
| 0 | No 0 | | `<b>Definit I've always` 0 | No 0 |
| 1 | | | `<b>May or may not</b` 1 | |
| 0 | | 1 | `<b>May or If there is n` 0 | 1 |
| 0 | | 1 | `<b>Probab I don't wan` 0 | 1 |

**APPX. 1927**

| | | | |
|---|---|---|---|
| 0 | | 1 | `<b>`May or Unfamiliar 0 | | 1 |
| 0 | Not really a 0 | `<b>`May or Need more 0 | | 1 |
| 0 | This is a go 0 | `<b>`Definit Expedia is a 0 | It is a good 0 |
| 1 | | `<b>`May or may not</t 1 |
| 0 | | 1 | `<b>`Definit It's not wo 0 | | 1 |
| 0 | | 1 | `<b>`May or It depends  0 | | 1 |
| 0 | | 1 | `<b>`Definit Cheaper fli; 0 | | 1 |
| 0 | | 1 | `<b>`May or may not</t 1 |
| 0 | No.  Thank 0 | `<b>`Probab Easy to use 0 | | 1 |
| 1 | | `<b>`Probab I usually us 0 | | 1 |
| 0 | | 1 | `<b>`Definit It was chea 0 | | 1 |
| 0 | I did not lik 0 | `<b>`Probab if they have 0 | sometimes 0 |
| 0 | | 1 | `<b>`Probab I can shop  0 | | 1 |
| 1 | | `<b>`May or may not</t 1 |
| 0 | | 1 | `<b>`Definit It covers m 0 | | 1 |
| 1 | | `<b>`Probab never hear 0 | | 1 |
| 0 | | 1 | `<b>`May or may not</t 1 |
| 0 | | 1 | `<b>`Definit I love their  0 | | 1 |
| 0 | | 1 | `<b>`May or Need to do 0 | | 1 |
| 0 | that's it | 0 | `<b>`Probab I probably v 0 | That's all | 0 |
| 0 | I would go  0 | `<b>`Definit It is nore ex 0 | They probl 0 |
| 0 | I like to sav 0 | `<b>`Probab quick and c 0 | looks legit  0 |
| 0 | none | 0 | `<b>`Definit the ease of 0 | none | 0 |
| 0 | | 1 | `<b>`Definit I like the pe 0 | | 1 |
| 0 | | 1 | `<b>`Probab Having to p 0 | | 1 |
| 0 | no, nothing 0 | `<b>`Definit I've used th 0 | nothing | 0 |
| 0 | | 1 | `<b>`Probab Simple and 0 | | 1 |
| 0 | | 1 | `<b>`Probably would</t 1 |
| 0 | Nope | 0 | `<b>`May or may not</t 1 |
| 0 | Nothing | 0 | `<b>`Definit It is a good  0 | No | 0 |
| 0 | | 1 | `<b>`Probab I would do  0 | | 1 |
| 0 | | 1 | `<b>`Definitely would</ 1 |
| 0 | Yes clear in 0 | `<b>`Definit I like how t 0 | | 1 |
| 0 | | 1 | `<b>`May or I need to d 0 | | 1 |

**APPX. 1928**

| | | | | |
|---|---|---|---|---|
| 1 | | | `<b>`Definitely would`</` | 1 |
| 0 | But atleast | 0 | `<b>`Probab I like the re | 0 | I like the ce | 0 |
| 0 | | 1 | `<b>`Definite easier and | 0 | | 1 |
| 0 | | 1 | `<b>`Definite Same price | 0 | | 1 |
| 0 | No | 0 | `<b>`May or Because | 0 | No | 0 |
| 0 | N. | 0 | `<b>`Probab Price differ | 0 | Nothing | 0 |
| 0 | | 1 | `<b>`May or It's all abou | 0 | | 1 |
| 0 | | 1 | `<b>`Definite i think they | 0 | | 1 |
| 1 | | | `<b>`May or it would de | 0 | | 1 |
| 1 | | | `<b>`Definitely would`</` | 1 |
| 1 | | | `<b>`Probably would no | 1 |
| 0 | feel more s | 0 | `<b>`Definite not secure | 0 | | 1 |
| 0 | | 1 | `<b>`Definite I got better | 0 | | 1 |
| 0 | It's perfect | 0 | `<b>`Definite It's perfect | 0 | It's perfect | 0 |
| 1 | | | `<b>`May or may not`</`t | 1 |
| 0 | No | 0 | `<b>`May or I am still nc | 0 | No | 0 |
| 0 | | 1 | `<b>`Definite You can ge | 0 | | 1 |
| 0 | More infor | 0 | `<b>`Definite I know the | 0 | I love the c | 0 |
| 0 | No | 0 | `<b>`Definite It seems ea | 0 | No | 0 |
| 0 | I am conce | 0 | `<b>`Do not I need mor | 0 | | 1 |
| 0 | | 1 | `<b>`Probab itbwas hett | 0 | | 1 |
| 0 | | 1 | `<b>`Definite They make | 0 | | 1 |
| 0 | Nothing | 0 | `<b>`Probab Because it | 0 | Nothing | 0 |

| resp ID | Cell | Deception, No Deception, or Ambiguous | Overall Connection to AA (Net) | Overall there is not a connection (Net) | Overall Ambiguous (Net) | Overall Deception |
|---|---|---|---|---|---|---|
| 736 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 738 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 742 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 745 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 748 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 749 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 752 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 762 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 768 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 774 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 781 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 783 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 789 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 790 | Skiplagged hidden city ticket | Deception | 0 | 0 | 1 | Deception |
| 799 | Skiplagged ticket | No Deception | 0 | 0 | 1 | No Deception |
| 808 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 812 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 813 | Skiplagged hidden city ticket | Deception | 0 | 0 | 1 | Deception |
| 822 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 826 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 827 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 830 | Skiplagged ticket | No Deception | 1 | 0 | 0 | No Deception |
| 831 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 836 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 838 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 847 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 860 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 864 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 876 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 884 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 899 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 900 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Ambiguous |
| 906 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 915 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 920 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 927 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 933 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 940 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 945 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 946 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 947 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 951 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 954 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | No Deception |
| 955 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 958 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 963 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 971 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 976 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 984 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 996 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 997 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 998 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1006 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1009 | Skiplagged ticket | No Deception | 0 | 0 | 1 | Deception |
| 1015 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1016 | Expedia hidden city ticket | | 0 | 0 | 1 | |
| 1028 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1029 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1030 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1034 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1035 | Expedia ticket | Deception | 0 | 1 | 0 | Deception |
| 1037 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1040 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1043 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1046 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1052 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1057 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1060 | Skiplagged hidden city ticket | No Deception | 0 | 1 | 0 | Deception |
| 1063 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |

| 1067 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
|---|---|---|---|---|---|---|
| 1068 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1076 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1082 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1083 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1084 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1090 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 1091 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1096 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1097 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1103 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1104 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1111 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1116 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1122 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1129 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | No Deception |
| 1131 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1134 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1136 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1138 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 1141 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1143 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1150 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1151 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1159 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1168 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1182 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1191 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1197 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1203 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1224 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1229 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1230 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1236 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1241 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1244 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1245 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1247 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1250 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1264 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1267 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1274 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1277 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1280 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1286 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1299 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1316 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1324 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1328 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1329 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1333 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1343 | Expedia ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 1344 | Expedia ticket | No Deception | 0 | 0 | 1 | Deception |
| 1353 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1358 | Expedia ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 1363 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1368 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1370 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1373 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1387 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1389 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1391 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1392 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1393 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1400 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1404 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1405 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1408 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1410 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1439 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1441 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1459 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |

| 1464 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
|------|-------------------|--------------|---|---|---|--------------|
| 1467 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 1469 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1471 | Expedia hidden city ticket | | 0 | 0 | 1 | |
| 1473 | Skiplagged hidden city ticket | Deception | 1 | 0 | 0 | No Deception |
| 1476 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1478 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1485 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1496 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1500 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1509 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1521 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1523 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1525 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1538 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1539 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1540 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | No Deception |
| 1542 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1548 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1561 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1565 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1578 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1580 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1598 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1604 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1623 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1640 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1674 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1682 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | No Deception |
| 1690 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1691 | Skiplagged hidden city ticket | Deception | 0 | 0 | 1 | Deception |
| 1696 | Expedia hidden city ticket | | 1 | 0 | 0 | |
| 1699 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1707 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1711 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1714 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1720 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1722 | Expedia ticket | Deception | 0 | 1 | 0 | Deception |
| 1728 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1732 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1738 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1739 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1740 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1747 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Ambiguous |
| 1786 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1790 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1791 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1793 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1803 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1807 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1810 | Skiplagged ticket | No Deception | 1 | 0 | 0 | Deception |
| 1811 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1813 | Expedia ticket | No Deception | 0 | 0 | 1 | No Deception |
| 1817 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1819 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1821 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1822 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1825 | Expedia hidden city ticket | | 1 | 1 | 0 | |
| 1834 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1836 | Expedia hidden city ticket | | 1 | 1 | 0 | |
| 1837 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1842 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1846 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1848 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1850 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1853 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1856 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1860 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1861 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1865 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1869 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1870 | Expedia hidden city ticket | | 1 | 1 | 0 | |

| 1874 | Skiplagged hidden city ticket | Deception | 1 | 0 | 0 | Deception |
|------|------|------|---|---|---|------|
| 1879 | Skiplagged hidden city ticket | Deception | 1 | 0 | 0 | No Deception |
| 1880 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1882 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1885 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 1887 | Skiplagged ticket | No Deception | 0 | 0 | 1 | No Deception |
| 1893 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1900 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1915 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1919 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1920 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1922 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1923 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1924 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 1925 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1930 | Skiplagged hidden city ticket | Deception | 1 | 1 | 0 | No Deception |
| 1935 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1938 | Expedia ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 1942 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1950 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1951 | Expedia ticket | No Deception | 1 | 1 | 0 | No Deception |
| 1952 | Expedia hidden city ticket | | 1 | 1 | 0 | |
| 1954 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1956 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1960 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1961 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 1966 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 1968 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1969 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 1971 | Expedia ticket | No Deception | 1 | 0 | 0 | Ambiguous |
| 1974 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1975 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1976 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1979 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1982 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1985 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 1989 | Expedia hidden city ticket | | 1 | 0 | 0 | |
| 1990 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 1996 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2001 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2017 | Skiplagged ticket | No Deception | 0 | 0 | 1 | No Deception |
| 2019 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2027 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2028 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2029 | Expedia ticket | No Deception | 1 | 1 | 0 | No Deception |
| 2030 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2036 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2040 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2042 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2043 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2046 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2047 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2056 | Skiplagged ticket | No Deception | 1 | 0 | 0 | No Deception |
| 2057 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2059 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2061 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2062 | Expedia ticket | No Deception | 1 | 0 | 0 | Deception |
| 2064 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2068 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2069 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 2070 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2071 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2086 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 2093 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2098 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2102 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2104 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2110 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2111 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 2112 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2121 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2131 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2132 | Skiplagged hidden city ticket | Deception | 1 | 0 | 0 | Deception |
| 2133 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2134 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2139 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2141 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2142 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2145 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2156 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2158 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2160 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2162 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2163 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2168 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2171 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2173 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2176 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2177 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2181 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2182 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2184 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2185 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2189 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2190 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2193 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2194 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2195 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 2198 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2200 | Skiplagged hidden city ticket | Ambiguous | 1 | 0 | 0 | Ambiguous |
| 2204 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2209 | Expedia ticket | No Deception | 1 | 1 | 0 | No Deception |
| 2210 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2215 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Ambiguous |
| 2219 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 2221 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2225 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2227 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2229 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2233 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2236 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2237 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2242 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2244 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2256 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2260 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2262 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2271 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2273 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2280 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2282 | Skiplagged ticket | No Deception | 0 | 0 | 1 | No Deception |
| 2294 | Expedia ticket | No Deception | 0 | 1 | 1 | No Deception |
| 2296 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2297 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2306 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2308 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2310 | Expedia ticket | No Deception | 0 | 0 | 1 | No Deception |
| 2314 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2317 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2322 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2340 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2343 | Skiplagged ticket | Deception | 0 | 1 | 0 | Deception |
| 2346 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2349 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2353 | Expedia ticket | No Deception | 0 | 0 | 1 | No Deception |
| 2356 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2358 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2359 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2360 | Skiplagged ticket | No Deception | 0 | 0 | 1 | No Deception |
| 2362 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2365 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2366 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2371 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 2372 | Expedia hidden city ticket | | 0 | 1 | 0 | |

| 2378 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2380 | Skiplagged hidden city ticket | | 0 | 1 | 0 | Deception |
| 2390 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2391 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2398 | Expedia hidden city ticket | | 0 | 1 | 1 | |
| 2410 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2418 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2420 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2421 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2426 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2430 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2434 | Expedia hidden city ticket | | 1 | 0 | 0 | |
| 2437 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2444 | Expedia hidden city ticket | | 1 | 0 | 0 | |
| 2445 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2451 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2452 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2453 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Ambiguous |
| 2458 | Expedia ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 2460 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2465 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2467 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2470 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2471 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2477 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2478 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2479 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2480 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2484 | Skiplagged hidden city ticket | Deception | 1 | 0 | 0 | No Deception |
| 2489 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2490 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2492 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2493 | Expedia ticket | Deception | 0 | 1 | 0 | Deception |
| 2495 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2500 | Expedia ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 2504 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2510 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2511 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2512 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2513 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2520 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2521 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2523 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2527 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2536 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2540 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2541 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2542 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2546 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2547 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2548 | Skiplagged ticket | No Deception | 0 | 0 | 1 | Deception |
| 2555 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2556 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2561 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2562 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2563 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2567 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2570 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2572 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2579 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2590 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2594 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2596 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2597 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2599 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2608 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2612 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2613 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2616 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2621 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2627 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2633 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |

| 2634 | Skiplagged ticket | No Deception | 1 | 0 | 0 | Deception |
|------|-------------------|--------------|---|---|---|-----------|
| 2637 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 2641 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2649 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2650 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2652 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2654 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2657 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2660 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2661 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2670 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2680 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2681 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2682 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2687 | Expedia ticket | No Deception | 0 | 1 | 0 | Ambiguous |
| 2692 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2694 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2695 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2697 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2699 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2701 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2703 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2706 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2709 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2712 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2715 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2716 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2717 | Skiplagged hidden city ticket | Deception | 0 | 0 | 1 | Deception |
| 2718 | Skiplagged hidden city ticket | Deception | 0 | 0 | 1 | Deception |
| 2723 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2726 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 2729 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2733 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2737 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2744 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2746 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2750 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2756 | Expedia ticket | Deception | 0 | 1 | 0 | Deception |
| 2762 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2763 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2765 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2772 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2776 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2781 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2802 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2809 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2812 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2815 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2818 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2831 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2838 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2845 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2856 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2860 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2862 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2864 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2888 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2891 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 2902 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2911 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2920 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 2921 | Expedia ticket | No Deception | 0 | 0 | 1 | No Deception |
| 2933 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 2942 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2945 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 2950 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2955 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 2959 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2968 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 2970 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 2976 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2978 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2985 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2986 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2988 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2989 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 2993 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 3001 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3008 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3010 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3014 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3017 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3020 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3023 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3032 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3034 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 3036 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3037 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3045 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3049 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3053 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3055 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3056 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3058 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3059 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3062 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3070 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3071 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3073 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | Ambiguous |
| 3074 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3079 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3082 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3083 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 3085 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3089 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3090 | Expedia hidden city ticket | | 1 | 0 | 0 | |
| 3095 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3096 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3097 | Skiplagged hidden city ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3116 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3118 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3122 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3126 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3128 | Skiplagged hidden city ticket | Ambiguous | 0 | 1 | 0 | No Deception |
| 3134 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3135 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3136 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3138 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3146 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 3153 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 3154 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3171 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3176 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3179 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3181 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3183 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3188 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3191 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3201 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3202 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3205 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3206 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 3219 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3223 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3227 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3229 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3235 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3238 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3241 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | No Deception |
| 3243 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3246 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3247 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3248 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 3249 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |

| 3251 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
|------|----------------|--------------|---|---|---|--------------|
| 3255 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3258 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3262 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3264 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3265 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3268 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3273 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3280 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3284 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3287 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3290 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 3291 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3292 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3294 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3296 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3305 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3309 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3318 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3320 | Skiplagged hidden city ticket | Deception | 0 | 1 | 0 | Deception |
| 3322 | Expedia hidden city ticket | | 0 | 1 | 0 | |
| 3349 | Expedia ticket | No Deception | 0 | 1 | 0 | Deception |
| 3365 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3369 | Skiplagged ticket | No Deception | 0 | 1 | 0 | Deception |
| 3376 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3391 | Expedia ticket | No Deception | 0 | 1 | 0 | No Deception |
| 3398 | Skiplagged ticket | No Deception | 0 | 1 | 0 | No Deception |