IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00860-P |
| SKIPLAGGED, INC., | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT SKIPLAGGED, INC.'S MOTION TO STRIKE AND EXCLUDE PLAINTIFF AMERICAN AIRLINES, INC.'S EXPERT DAVID FULLER**

Before the Court is Defendant Skiplagged, Inc.'s Motion to Strike and Exclude Plaintiff American Airlines, Inc.'s Expert David Fuller (the "Motion"). After considering the relevant filings, evidence, arguments, and applicable law, the Court is of the opinion that Skiplagged's Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the actual damages testimony and opinions of David Fuller are stricken from the evidence of this case, and Plaintiff will not be permitted to use the testimony of this witness at trial.

**SO ORDERED**

Signed this _____ day of _____, 2024

_____
Presiding Judge