**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00860-P** |
| **SKIPLAGGED, INC.,** | § | |
| **Defendant.** | § | |

---

**APPENDIX IN SUPPORT OF DEFENDANT SKIPLAGGED, INC.'S BRIEF IN SUPPORT OF MOTION TO STRIKE AND EXCLUDE PLAINTIFF AMERICAN AIRLINES, INC.'S EXPERT DAVID FULLER**

Defendant Skiplagged, Inc. ("Skiplagged") files this Appendix in Support of Defendant Skiplagged, Inc.'s Brief in Support of Motion to Strike and Exclude Plaintiff American Airlines, Inc., Expert David Fuller in Brief in Support, as follows:

| EXH. NO. | DESCRIPTION | APPX. NO. |
|---|---|---|
| 1 | Confidential Expert Report of David N. Fuller, CFA, ASA, CFE; Dated: 05/31/24 (Under Seal) | 001 |
| 2 | Supplemental Expert Report of David N. Fuller, CFA, ASA, CFE; Dated: 08/02/24 | 002 |
| 3 | David N. Fuller's June 27, 2024, Deposition Transcript excerpts (Under Seal) | 003 |
| 4 | David N. Fuller's August 13, 2024, Deposition Transcript excerpts (Under Seal) | 004 |
| 5 | American Airlines Corporate Representative July 1, 2024, Deposition Transcript excerpts (Under Seal) | 005 |

Dated: August 26, 2024

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/ Abigail R. S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

*/s/ Darin M. Klemchuk*
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Darin.klemchuk@klemchuk.com

***Attorneys for Defendant, Skiplagged, Inc.***

**CERTIFICATE OF SERVICE**

On August 26, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ _Abigail R. S. Campbell*
ABIGAIL R.S. CAMPBELL

# EXHIBIT 1

**(FILED UNDER SEAL)**

# EXHIBIT 2

**(FILED UNDER SEAL)**

# EXHIBIT 3

**(FILED UNDER SEAL)**

# EXHIBIT 4

**(FILED UNDER SEAL)**

# EXHIBIT 5

**(FILED UNDER SEAL)**