UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                                 **No. 4:23-cv-0860-P**

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

Before the Court is the Parties' various Motions to Strike and Exclude Expert Opinions and Testimony. ECF Nos. 215, 219, 222, 226, 229, 232, 235. Having reviewed the Motions, the Court concludes that they would benefit from expedited responses.

The Court therefore **ORDERS** that the Party opposing each Motion shall file a response to each Motion **on or before September 3, 2024**, and Plaintiff's reply shall be filed **on or before September 6, 2024.**

**SO ORDERED** on this **27th day** of **August 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE