IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00860-P |
| § | |
| SKIPLAGGED, INC., § | |
| § | |
| Defendant. § | |

**DEFENDANT SKIPLAGGED, INC.'S SUPPLEMENTAL RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant Skiplagged, Inc. ("Skiplagged") hereby submits its Supplemental Pretrial Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(3). Skiplagged reserves the right to amend or supplement its pretrial disclosures to address new claims as allowed by the Federal Rules of Civil Procure and the Court.

**Fed. R. Civ. P. 26(a)(3)(A)(i). The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises;**

**RESPONSE:** Skiplagged refers Plaintiff to Skiplagged's Supplemental Potential Witness List, attached hereto as Exhibit A. **"Probable"** means Skiplagged expects to present the witness. "Possible" means Skiplagged may call this witness if the need arises. Though attorneys' fees issues are resolved post-judgment, in an abundance of caution, Skiplagged supplementals its previous pretrial disclosures to add the previously disclosed experts on attorneys' fees. Skiplagged reserves the right to call, examine and/or present evidence from any witnesses designated by Plaintiff in this case, as well as rebuttal or impeachment witnesses, as needed. Skiplagged also reserves the

1

right to modify, amend, or supplement this witness list or to change any witness from "probable" to "possible" or vice versa.

Dated: August 27, 2024.

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
Texas Bar No. 11518700
Preston B. Sawyer
Texas Bar No. 24102456
**KIRKMAN LAW FIRM, PLLC**
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 887-1863
billk@kirkmanlawfirm.com
prestons@kirkmanlawfirm.com

*/s/ Abigail R.S. Campbell*
Aaron Z. Tobin
Texas Bar No. 24028045
Kendal B. Reed
Texas Bar No. 24048755
Abigail R.S. Campbell
Texas Bar No. 24098759
**CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

*/s/ Darin M. Klemchuk*
Darin M. Klemchuk
Texas Bar No. 24002418
**KLEMCHUK PLLC**
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Darin.klemchuk@klemchuk.com
***Attorneys for Defendant, Skiplagged, Inc.***

2

## **CERTIFICATE OF SERVICE**

On August 27, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/ Abigail R.S. Campbell*
                                                Abigail R.S. Campbell

28384636v1 99460.002.00