IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:23-cv-00860-P |
| | § |
| SKIPLAGGED, INC., | § |
| | § |
| Defendant. | § |

**JOINT STIPULATION REGARDING EXPERTS
AND MOTION TO WITHDRAW CERTAIN MOTIONS TO EXCLUDE EXPERTS**

Before the Court are multiple expert-related motions, including Defendant Skiplagged, Inc.'s ("Skiplagged") Motion to Strike and Exclude Plaintiff American Airlines, Inc.'s ("American") Expert Darin Lee [Dkt. No. 215], American's Motion to Exclude Expert Opinions and Testimony of Joseph M. Pimbley, PhD and Brief in Support [Dkt. No. 226], American's Motion to Exclude Expert Opinions and Testimony of Zal Phiroz, PhD and Brief in Support [Dkt. No. 232], and American's Motion to Exclude Expert Opinions and Testimony of Bijan Vasigh, PhD and Brief in Support [Dkt. No. 235].

On August 30, 2024, American and Skiplagged reached an agreement and now file this Joint Stipulation that the reports and testimony of experts Darin Lee, Joseph M. Pimbley, PhD, Zal Phiroz, PhD, and Bijan Vasigh, PhD shall be excluded from the trial of this case. Accordingly, the parties move the Court to approve the Joint Stipulation regarding the exclusion of witnesses Darin Lee, Joseph M. Pimbley, PhD, Zal Phiroz, PhD, and Bijan Vasigh, PhD and withdraw the above-mentioned motions. [*See* Dkt. Nos. 215, 226, 232, & 235].

Dated: August 30, 2024

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
Texas Bar No. 24098959
acampbell@condontobin.com
CONDON TOBIN SLADEK THORNTON
NERENBERG PLLC
8080 Park Lane, Suite 700
DALLAS, TEXAS 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

Darin M. Klemchuk
Texas Bar No. 24002418
darin.klemchuk@klemchuk.com
KLEMCHUK LLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on August 30, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.