IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00860-P |
| § | |
| SKIPLAGGED, INC., § | |
| § | |
| Defendant. § | |

### ORDER GRANTING DEFENDANT SKIPLAGGED, INC.'S MOTIONS IN LIMINE

On this date, the Court considered Defendant Skiplagged, Inc.'s Motions in Limine. After considering the relevant filings, arguments, and applicable law, the Court is of the opinion that Skiplagged's Motions should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendant Skiplagged, Inc.'s Motions in Limine Nos. 1-10 are **GRANTED**.

**SO ORDERED.**

SIGNED on the _____ day of _____, 2024.

_____
Presiding Judge

30000941v1 99460.002.00