# EXHIBIT 1

**Skiplagged Objections to AA Potential Exhibit List**

| EX. # | DESCRIPTION | WILL OFFER | MAY OFFER | OBJECTION |
|---|---|---|---|---|
| PX1 | American File Wrapper - TM Reg. 4449061_Flight Symbol Color (2013-12-10) (AA-SKP-00054086–239) | √ | | |
| PX2 | Certified Copy of Trademark Reg. No. 4449061 | √ | | Never produced to Skiplagged. Fed. R. Civ. P. 37(c)(1); *JMC Constr. LP v. Modular Space Corp.*, No. 3:07-CV-01925-B, 2008 WL 11425650, at *3 (N.D. Tex. Oct. 28, 2008). |
| PX3 | American File Wrapper - TM Reg. 4939082_American Airlines Class 39 (2016-04-19) (AA-SKP-00054240–444) | √ | | |
| PX4 | Certified Copy of Trademark Reg. No. 4939082 | √ | | Never produced to Skiplagged. Fed. R. Civ. P. 37(c)(1); *JMC Constr. LP v. Modular Space Corp.*, No. 3:07-CV-01925-B, 2008 WL 11425650, at *3 (N.D. Tex. Oct. 28, 2008). |
| PX5 | American File Wrapper - TM Reg. 5288639_American Airlines and Flight Symbol (2017-09-19) (AA-SKP-00054445–579) | √ | | |
| PX6 | Certified Copy of Trademark Reg. No. 5288639 | √ | | Never produced to Skiplagged. Fed. R. Civ. P. 37(c)(1); *JMC Constr. LP v. Modular Space Corp.*, No. 3:07-CV-01925-B, 2008 WL 11425650, at *3 (N.D. Tex. Oct. 28, 2008). |
| PX7 | American File Wrapper - TM Reg. 5279167_American Airlines Class 09 (2017-09-05) (AA-SKP-00054580–726) | √ | | |
| PX8 | Certified Copy of Trademark Reg. No. 5279167 | √ | | Never produced to Skiplagged. Fed. R. Civ. P. 37(c)(1); *JMC Constr. LP v. Modular Space Corp.*, No. 3:07-CV-01925-B, 2008 WL 11425650, at *3 (N.D. Tex. Oct. 28, 2008). |
| PX9 | American File Wrapper - TM Reg. 5559145_Flight Symbol Grey (2018-09-11) (AA-SKP-00054727–856) | √ | | |

| | | | | |
|---|---|---|---|---|
| PX10 | Certified Copy of Trademark Reg. No. 5559145 | √ | | Never produced to Skiplagged. Fed. R. Civ. P. 37(c)(1); *JMC Constr. LP v. Modular Space Corp.*, No. 3:07-CV-01925-B, 2008 WL 11425650, at *3 (N.D. Tex. Oct. 28, 2008). |
| PX11 | Copyright Certificate of Registration, No. VA 2-130-520, American Airlines Flight Symbol (AA-SKP-00058803–05) | √ | | |
| PX12 | Certified Copy of Copyright Registration No. VA 2-130-520 | √ | | Never produced to Skiplagged. Fed. R. Civ. P. 37(c)(1); *JMC Constr. LP v. Modular Space Corp.*, No. 3:07-CV-01925-B, 2008 WL 11425650, at *3 (N.D. Tex. Oct. 28, 2008). |
| PX13 | American Brand Recognition Report (AA-SKP-00059957– 60078) | √ | | Hearsay, the exhibit is a statement made by one other than any purported trial witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation. |
| PX14 | Addendum to GTAA (2023-05-01) (AA-SKP-00052623–36) | √ | | |
| PX15 | Email chain between M. Crossey and A. Comber dated 8/26/2015 re: skiplagged.com (AA-SKP00103696–99) | | √ | |
| PX16 | Skyscanner Affiliate Partner Service Terms (April 27, 2022) (SKP00111207–25) | | √ | |
| PX17 | Fare, Schedule and Inventory Access and Use Agreement between American and Skyscanner, dated February 15, 2016 (AA-SKP-00065397–418) | √ | | |
| PX18 | Fare, Schedule and Inventory Access and Use Agreement between American and Skyscanner, dated January 19, 2010 (AA-SKP-00065820–32) | | √ | |

| PX19 | American Airlines, Inc. NDC Connection Use and Access Agreement for Non-Accredited Travel Intermediaries, dated August 15, 2019 (AA-SKP-00065370–96) | | √ | |
|------|------|------|------|------|
| PX20 | Access and Use Agreement between American and Skyscanner, dated October 1, 2008 (AA-SKP-00065833–45) | | √ | |
| PX21 | Email chain between L. Manning and J. Kettunen dated 11/30/2023 re: Skyscanner AUTH White-Labels.xlsx (AA- SKP-00103689–94) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; The exhibit is incomplete as it does not include multiple documents included in the email chain as attachments. FRE 106. |
| PX22 | Marketing Fulfillment Agreement between Exploretrip, Inc. and Skiplagged dated April 12, 2022 (SKP00111101–10) | | √ | |
| PX23 | Kiwi.com Affiliate Program Agreement (SKP0011111–37) | | √ | |
| PX24 | Spreadsheet of Kiwi Commissions (Kiwi.com_01061) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802. |
| PX25 | Holmes Test Buy No. 1 (AA-SKP- 00058848-90) | | √ | |
| PX26 | Holmes Test Buy No. 2 (AA-SKP- 00058923-56) | | √ | |
| PX27 | Holmes Test Buy No. 3 (AA-SKP- 00059008-59) | | √ | |
| PX28 | Holmes Test Buy No. 5 (AA-SKP- 00059160-209) | | √ | |
| PX29 | Holmes Test Buy No. 6 (AA-SKP- 00059251-92) | | √ | |
| PX30 | Holmes Test Buy No. 7 (AA-SKP- 00059312-31) | | √ | |
| PX31 | Holmes Test Buy No. 8 (AA-SKP- 00059332-75) | | √ | |

| PX32 | Holmes Test Buy No. 9 (AA-SKP- 00059406-36) | | √ | |
|------|-----|---|---|---|
| PX33 | Holmes Test Buy No. 11 (AA-SKP- 00059437-81) | | √ | |
| PX34 | Holmes Test Buy No. 13 (AA-SKP- 00059500-18) | | √ | |
| PX35 | Holmes Test Buy No. 14 (AA-SKP- 00059537-55) | | √ | |
| PX36 | Holmes Test Buy No. 15 (AA-SKP- 00059556-88) | | √ | |
| PX37 | Holmes Test Buy No. 16 (AA-SKP- 00059589-623) | | √ | |
| PX38 | Holmes Test Buy No. 17 (AA-SKP-00059659–76) | | √ | |
| PX39 | Recorded Booking on Skiplagged.com (AA-SKP-00103700 [02-AA], AA-SKP-00103701 [03-AA]) | | √ | |
| PX40 | Expert Report of Professor Yoram (Jerry) Wind, including Appendices A through C-9 | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801; *Balfour Beatty Rail, Inc. v. Kansas City S. Ry. Co.*, 173 F. Supp. 3d 363, 413 (N.D. Tex. 2016), aff'd as modified and remanded, 725 F. App'x 256 (5th Cir. 2018). |
| PX41 | Skiplagged Company Overview Deck (SKP00078140) | | √ | |
| PX42 | Skiplagged Onboarding Marketing Survey (SKP00081041–44) | | √ | Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX43 | Skiplagged Brand Strategy Deck (SKP00081054–109) | | √ | Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX44 | American Customer Complaint (AA-SKP-00052673–74) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX45 | American Customer Complaint (AA-SKP-00052679) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX46 | American Customer Complaint (AA-SKP-00052684–85) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX47 | American Customer Complaint (AA-SKP-00052718–19) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX48 | American Customer Complaint (AA-SKP-00052734–35) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| --- | --- | --- | --- | --- |
| PX49 | American Customer Complaint (AA-SKP-00052736–39) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX50 | American Customer Complaint (AA-SKP-00052794–97) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX51 | American Customer Complaint (AA-SKP-00052845–47) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX52 | American Customer Complaint (AA-SKP-00052722–23) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX53 | American Customer Complaint (AA-SKP-00052724–25) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX54 | American Customer Complaint (AA-SKP-00052727) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX55 | American Customer Complaint (AA-SKP-00052726) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX56 | American Customer Complaint (AA-SKP-00052764–66) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX57 | American Customer Complaint (AA-SKP-00052798–801) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; This exhibit is also outside the relevant time period becuase it is from Septmeber 2018. FRE 401. |
| PX58 | American Customer Complaint (AA-SKP-00052895–97) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX59 | American Customer Complaint (AA-SKP-00052952–54) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX60 | American Customer Complaint (AA-SKP-00053003–06) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX61 | American Customer Complaint (AA-SKP-00053024–29) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX62 | American Customer Complaint (AA-SKP-00053062–65) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX63 | American Customer Complaint (AA-SKP-00053199–201) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright would confuse the jury. FRE 401, 403. |
| PX64 | American Customer Complaint (AA-SKP-00053239–41) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX65 | American Customer Complaint (AA-SKP-00053293–95) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX66 | American Customer Complaint (AA-SKP-00053296–98) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX67 | American Customer Complaint (AA-SKP-00053339–41) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX68 | American Customer Complaint (AA-SKP-00053349–51) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX69 | American Customer Complaint (AA-SKP-00063900–02) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |

| PX70 | American Customer Complaint (AA-SKP-00064792) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX71 | Skiplagged Customer Complaint (SKP00001001) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX72 | Skiplagged Customer Complaint (SKP00001031–32) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX73 | Skiplagged Customer Complaint (SKP00001090) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |

| PX74 | Skiplagged Customer Complaint (SKP00001105) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX75 | Skiplagged Customer Complaint (SKP00001141–42) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX76 | Skiplagged Customer Complaint (SKP00001153–55) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX77 | Skiplagged Customer Complaint (SKP00001387) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |

| PX78 | Skiplagged Customer Complaint (SKP00001409–10) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX79 | Skiplagged Customer Complaint (SKP00001488–92) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX80 | Skiplagged Customer Complaint (SKP00002199–200) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX81 | Skiplagged Customer Complaint (SKP00002223–24) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |

| PX82 | Skiplagged Customer Complaint (SKP00002212) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
|------|---------------------------------------------|--|---|--------------------------------------------------------------|
| PX83 | Skiplagged Customer Complaint (SKP00004108-11) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX84 | Skiplagged Customer Complaint (SKP00004212) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX85 | Skiplagged Customer Complaint (SKP00004300–01) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |

| PX86 | Skiplagged Customer Complaint (SKP00006578–81) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| --- | --- | --- | --- | --- |
| PX87 | Skiplagged Customer Complaint (SKP00010474–76) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX88 | Skiplagged Customer Complaint (SKP00011574) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX89 | Skiplagged Customer Complaint (SKP00012618–20) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX90 | Skiplagged Customer Complaint (SKP00015624–30) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX91 | Skiplagged Customer Complaint (SKP00015754) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| --- | --- | --- | --- | --- |
| PX92 | Skiplagged Customer Complaint (SKP00018265–66) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX93 | Skiplagged Customer Complaint (SKP00018999–9000) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX94 | Skiplagged Customer Complaint (SKP00019390–91) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX95 | Skiplagged Customer Complaint (SKP00045443–44) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| | | | | |
|---|---|---|---|---|
| PX96 | Skiplagged Customer Complaint (SKP00050999–1000) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX97 | Skiplagged Customer Complaint (SKP00058775–77) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX98 | Skiplagged Customer Complaint (SKP00060612–14) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX99 | Skiplagged Customer Complaint (SKP00070018) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX100 | Skiplagged Customer Complaint (SKP00070901–02) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX101 | Skiplagged Customer Complaint (SKP00071936–39) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX102 | Skiplagged Customer Complaint (SKP00071991–92) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX103 | Skiplagged Customer Complaint (SKP00077561–63) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX104 | Skiplagged Customer Complaint (SKP00079338–42) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX105 | Skiplagged Customer Complaint (SKP00079796–98) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX106 | Skiplagged Customer Complaint (SKP00080593–95) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX107 | Skiplagged Customer Complaint (SKP00084903–06) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA at all, let alone AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX108 | Skiplagged Customer Complaint (SKP00093654–55) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX109 | Skiplagged Customer Complaint (SKP00095750–54) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA at all, let alone AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| | | | | |
|---|---|---|---|---|
| PX110 | Skiplagged Customer Complaint (SKP00102530–32) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX111 | Skiplagged Customer Complaint (SKP00103741–43) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX112 | Email chain between D. Gellert, K. Roseberg, A. Brady, P. Vadavia and N. D'Amico dated 10/29/2021 re: OPM Pros \| Gen3 x Skiplagged Questionnaire (SKP00095584–85) | | √ | |
| PX113 | Expert Report of David Fuller, including appendices | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801; *Balfour Beatty Rail, Inc. v. Kansas City S. Ry. Co.*, 173 F. Supp. 3d 363, 413 (N.D. Tex. 2016), aff'd as modified and remanded, 725 F. App'x 256 (5th Cir. 2018). |
| PX114 | Gen3 Marketing New to Affiliate Questionnaire (SKP00095589–92) | | √ | |
| PX115 | Skiplagged Balance Sheet - 2018 (SKIP0000628) | √ | | Irrelevant because it is outside the relevant time period. FRE 401. |
| PX116 | Skiplagged Balance Sheet – 2019 (SKIP0000629) | √ | | |
| PX117 | Skiplagged Balance Sheet - 2020 (SKIP0000630) | √ | | |
| PX118 | Skiplagged Balance Sheet – 2021 (SKIP0000631–32) | √ | | |
| PX119 | Skiplagged Balance Sheet – 2022 (SKIP0000633) | √ | | |

| PX120 | Skiplagged Balance Sheet – 2023 (SKIP0011226) | √ | | |
|---|---|---|---|---|
| PX121 | Skiplagged P&L – 2018 (SKIP0000634) | √ | | Irrelevant because it is outside the relevant time period. FRE 401. |
| PX122 | Skiplagged P&L – 2019 (SKIP0000635) | √ | | |
| PX123 | Skiplagged P&L – 2020 (SKIP0000636) | √ | | |
| PX124 | Skiplagged P&L – 2021 (SKIP0000637) | √ | | |
| PX125 | Skiplagged P&L – 2022 (SKIP0000638) | √ | | |
| PX126 | Skiplagged P&L – 2023 (SKIP0011227) | √ | | |
| PX127 | Skiplagged Data (SKP00111228) | √ | | |
| PX128 | Email chain dated 11/14/2021 between D. Gellert and R. Chemtob and A. Brady re: Meeting Follow Up (SKP00053764– 67) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX129 | Spreadsheet re: Skiplagged Bookings (SKP00081039) | | √ | Irrelevant, misleading, confusing to the jury. FRE 401-403. This spreadsheet is not only illegible but as AA has been informed on multiple occassions, is not accurate data. It also does not relate to AA's Lanham Act or copyright claims. |
| PX130 | Spreadsheet re: Skiplagged Bookings (SKP00081151) | | √ | Irrelevant, misleading, confusing to the jury. FRE 401-403. This spreadsheet is not only illegible but as AA has been informed on multiple occassions, is not accurate data. It also does not relate to AA's Lanham Act or copyright claims. |

| PX131 | Spreadsheet re: Skiplagged Bookings (SKP00081157) | | √ | Irrelevant, misleading, confusing to the jury. FRE 401-403. This spreadsheet is not only illegible but as AA has been informed on multiple occassions, is not accurate data. It also does not relate to AA's Lanham Act or copyright claims. |
| PX132 | Spreadsheet re: Skiplagged Bookings (SKP00103762) | | √ | Irrelevant, misleading, confusing to the jury. FRE 401-403. This spreadsheet is not only illegible but as AA has been informed on multiple occassions, is not accurate data. It also does not relate to AA's Lanham Act or copyright claims. |
| PX133 | Spreadsheet re: Skiplagged Bookings (SKP00103781) | | √ | Irrelevant, misleading, confusing to the jury. FRE 401-403. This spreadsheet is not only illegible but as AA has been informed on multiple occassions, is not accurate data. It also does not relate to AA's Lanham Act or copyright claims. |
| PX134 | Email chain between D. Gellert and N. Qureshi dated 11/10/2022 re: Destina Payments (SKP00068489–91) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX135 | Spreadsheet re: Skiplagged Bookings with Destina (SKP00068492) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX136 | Invoice re: Skiplagged Bookings with Destina (SKP00068494) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX137 | Email chain between S. Puppala and T. Nahar and A. Zaman dated 10/8/2019 re: Skiplagged Sales Report: August 2019 (SKP00085784–85) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX138 | Spreadsheet re: September 2019 Skiplagged Bookings with ExploreTrip (SKP00085786) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX139 | Email chain between S. Puppala and T. Nahar and A. Zaman dated 1/10/2020 re: Skiplagged Sales Report? (SKP00086984– 85) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX140 | Spreadsheet re: December 2019 Skiplagged Bookings with ExploreTrip (SKP00086986) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX141 | Email chain between S. Puppala and T. Nahar and A. Zaman dated 5/9/2019 re: Skiplagged Sales Report: April 2019 (SKP00103826–27) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX142 | Spreadsheet re: April 2019 Skiplagged Bookings with ExploreTrip (SKP00103828) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX143 | Spreadsheet re: Skiplagged Bookings with ExploreTrip (SKP00103975) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX144 | Spreadsheet re: Skiplagged Bookings with ExploreTrip (SKP00103976) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX145 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 7/5/2022 re: Hop2 route/pricing question (SKP00098397– 410) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX146 | June 2022 Ovago Report (SKP00098411–12) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX147 | June 2022 Hop2 Report (SKP00098413–17) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX148 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 8/4/2022 re: Hop2 route/pricing question (SKP00098787– 800) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX149 | July 2022 Ovago Report (SKP00098801–09) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| | | | | |
|---|---|---|---|---|
| PX150 | July 2022 Hop2 Report (SKP00098810–17) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX151 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 9/22022 re: Hop2 route/pricing question (SKP00099234– 47) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX152 | August 2022 Ovago Report (SKP00099248–68) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX153 | August 2022 Hop2 Report (SKP00099269–74) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| | | | | |
|---|---|---|---|---|
| PX154 | Email chain between Tudor, Lance and Z. Aktarer and T. Nahar dated 10/3/2022 re: Hop2 route/pricing question (SKP00099884–98) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX155 | September 2022 Ovago Report (SKP00099899–908) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX156 | September 2022 Hop2 Report (SKP00099909–15) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX157 | Email chain between Tudor, Lance and D. Gellert, Z. Aktarer, and T. Nahar dated 11/22022 re: Hop2 route/pricing question (SKP00100324–39) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX158 | October 2022 Ovago Report (SKP00100340–50) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX159 | October 2022 Hop2 Report (SKP00100351–57) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX160 | Email chain between Tudor, Lance, and Z. Aktarer and T. Nahar dated 12/6/2022 re: Hop2 route/pricing question (SKP00100649–64) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX161 | November 2022 Ovago Report (SKP00100665–74) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX162 | November 2022 Hop2 Report (SKP00100675–78) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX163 | Email chain between Tudor, Lance, and D. Gellert, Z. Aktarer, and T. Nahar dated 1/9/2023 re: Hop2 route/pricing question (SKP00100852–67) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX164 | December 2022 Ovago Report (SKP00100868–74) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX165 | December 2022 Hop2 Report (SKP00100875–77) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX166 | Email chain between T. Friesen and D. Gellert dated 6/5/2023 re: Simplified Payment Report – April (SKP00077674) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX167 | Spreadsheet of Priceline April 2023 Simplified Payment Report (SKP00077675) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX168 | Email chain between T. Friesen and D. Gellert dated 6/20/2023 re: May Payment Report (SKP00078096) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX169 | Spreadsheet of Priceline May 2023 Payment Report (SKP00078097) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX170 | Email chain between L. Paterson and D. Gellert dated 11/2/2022 re: Skiplagged Monthly Supply Partner Report (SKP00067993–94) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX171 | Spreadsheet of Skyscanner September through October 2022 Report (SKP00067995) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX172 | Spreadsheet of Skyscanner partner supplier list (SKP00067996) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX173 | Email chain between M. Docherty and A. Zaman, T. Nahar dated 9/4/2018 re: Skyscanner / Skiplagged : Moving forward…(SKP00081625–31) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |

| PX174 | Spreadsheet of Skiplagged Q1 2018 volumes with Skyscanner (SKP00081632) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
|---|---|---|---|---|
| PX175 | Spreadsheet of 2022 AA Hidden City Complaints (SKP00081150) | | √ | Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX176 | Spreadsheet of Product and Airline Offerings (SKP00081158) | | √ | Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX177 | Spreadsheet of 2021 AA Hidden City Complaints (SKP00081180) | | √ | Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX178 | Spreadsheet of Skiplagged Customer Complaints 2019 (SKP00081216) | | √ | Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX179 | Fuller Deloitte Spreadsheet (Fuller_001) | | √ | |
| PX180 | Fuller Deloitte Spreadsheet (Fuller_002) | | √ | |
| PX181 | Fuller Deloitte Spreadsheet (Fuller_003) | | √ | |
| PX182 | Fuller Deloitte Spreadsheet (Fuller_004) | | √ | |
| PX183 | Fuller Deloitte Spreadsheet (Fuller_005) | | √ | |
| PX184 | Fuller Deloitte Spreadsheet (Fuller_006) (Replacement) | | √ | |
| PX185 | Fuller Deloitte Spreadsheet (Fuller_007) | | √ | |

| PX186 | Fuller Deloitte Spreadsheet (Fuller_008) | | √ | |
| PX187 | Fuller Deloitte Spreadsheet (Fuller_009) | | √ | |
| PX188 | American Hidden City Busters Deck (AA-SKP-00050225–57) | | √ | |
| PX189 | Skiplagged Customer Complaint (SKP0001915) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX190 | Skiplagged Customer Complaint (SKP0002129–30) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX191 | Skiplagged Customer Complaint (SKP0002210) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX192 | Skiplagged Customer Complaint (SKP0002333–34) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |

| PX193 | Skiplagged Customer Complaint (SKP0002418–20) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX194 | Skiplagged Customer Complaint (SKP0002484–85) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX195 | Skiplagged Customer Complaint (SKP0002507) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX196 | Skiplagged Customer Complaint (SKP0002672) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |

| PX197 | Skiplagged Customer Complaint (SKP0004094–95) | | √ | |
|---|---|---|---|---|
| | | | | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX198 | Skiplagged Customer Complaint (SKP0004168) | | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX199 | Skiplagged Customer Complaint (SKP0004177–83) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX200 | Skiplagged Customer Complaint (SKP0004213–15) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |

| PX201 | Skiplagged Customer Complaint (SKP0018414–24) | | √ | |
|---|---|---|---|---|
| | | | | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright  and would confuse the jury. FRE 401, 403. |
| PX202 | Skiplagged Customer Complaint (SKP0021752–55) | | √ | |
| | | | | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright  and would confuse the jury. FRE 401, 403. |
| PX203 | Skiplagged Customer Complaint (SKP0024561–64) | | √ | |
| | | | | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright  and would confuse the jury. FRE 401, 403. |
| PX204 | Skiplagged Customer Complaint (SKP0025670–71) | | √ | |
| | | | | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright  and would confuse the jury. FRE 401, 403. |
| PX205 | Email chain dated 5/31/2017 between C. Garner, V. Vogel, and N. Geurin re: ADP Withdrawal Request (AA-SKP-00005302– 03) | | √ | |

| | | | |
|---|---|---|---|
| PX206 | Email chain dated 11/1/2017 re: Google will no longer offer its flight price data to other sites (AA-SKP-00005301) | √ | |
| PX207 | Email chain dated 3/6/2018 between J. Creech and N. Geurin re: Skiplagged.com (AA-SKP-00010763–65) | √ | |
| PX208 | Email chain dated 3/8/2018 between T. Jiede, B. Norman, and J. Proctor re: Skiplagged Website (Hidden City Fares) (AA- SKP-00010774–75) | √ | |
| PX209 | Email chain dated 8/24/2018 from D. Goodreau re: Hidden city w/ bag delivery (AA-SKP-00059930–32) | √ | |
| PX210 | Email chain dated 9/5/2018 from S. Srinivasan re: Hidden cities (AA-SKP-00008329–31) | √ | |
| PX211 | Email chain dated 9/6/2018 between D. Goodreau, V. Pilla, and S. Srinivasan re: Hidden City Ticketing (AA-SKP-00059927– 29) | √ | |
| PX212 | Email chain dated 1/2/2019 between Kevin Macfarland, Neil Geurin and others re: Skiplagged.com (AA-SKP-00005532–34) | √ | |
| PX213 | Email chain dated 5/29/2019 between Darrin Goodreau, Melissa Leach, Neil Geurin, Tom Jiede and others re: Hidden City (AA- SKP-00005452–56) | √ | |
| PX214 | Email chain dated 5/28/2019 between Javier Barreiro, Anthony Capalbo and others re: Delay AA1111 (AA-SKP-00005460–62) | √ | |
| PX215 | Email chain dated 6/24/2019 between Jay Creech, Jay, Tom Jiede, Mariel Ferrara, Neil Geurin, and Darrin Goodreau re: Some questions from ATL (AA-SKP-00005416–19) | √ | |
| PX216 | Email chain dated 12/26/2019 between N. Geurin and M. Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005562–64) | √ | |

| | | | | |
|---|---|---|---|---|
| PX217 | Email chain dated 1/2/2020 between Darrin Goodreau, Becky Gross, Emma Mao and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005739–44) | | √ | |
| PX218 | Email chain date 1/7/2020 between J. Faith, K. Shetty and AA.com architect team re: Kayak Source (AA-SKP-00005765– 70) | | √ | |
| PX219 | Email chain dated 7/27/2020 between Jay Creech  and Tazmun Nahar re: American Airlines <> Skiplagged; Calendar invitations from Tazmun Nahar to Jay Creech to meet on Jun 12, 2020 2:30pm - 3pm (CDT) and Jul 28, 2020 3pm - 3:30pm (CDT) (AA-SKP-00060095–99 & AA-SKP-00060080 & AA- SKP-00060082) | | √ | |
| PX220 | Email chains dated 10/6/2020 between John Ulrich, Shashank Menon and German Rivera, re: Hidden City query (AA-SKP- 00006403–05 & AA-SKP-00012934–41) | | √ | |
| PX221 | Email chain dated 2/15/2021 between Shashank Menon, Marcial Lapp and Justin Dun re: Skiplagged (AA-SKP- 00005795–98) | | √ | |
| PX222 | Email chain dated 2/3/2023 between M. Lapp, S. Chandler, and N. Geurin re: This is interesting (AA-SKP-00005618–19) | | √ | |
| PX223 | Email chain dated 7/5/2023 between Shashank Menon, Anmol Sabharwal, Ben Segal, and others re: Purchased on AA.com but not in our Digital Data (Adobe/QM) (AA-SKP-00006597–600) | | √ | |
| PX224 | Email chain dated 7/18/2023 between Marcial Lapp, Andrea Koos, Neil Geurin, Thomas Rajan and others re: banning a customer for skip lagging? (AA-SKP-00000294) | | √ | |
| PX225 | Skiplagged Slack Chat and attachment (SKP00105924-26) | √ | | |

| | | | | |
|---|---|---|---|---|
| PX226 | Skiplagged Slack Chat (SKP00092041–43) | √ | | |
| PX227 | Skiplagged Slack Chat (SKP00105999–6005) | √ | | |
| PX228 | Skiplagged Slack Chat (SKP00107954–61) | √ | | |
| PX229 | Skiplagged Slack Chat (SKP00095889–93) | √ | | |
| PX230 | Skiplagged Slack Chat (SKP00105816–21) | √ | | |
| PX231 | Skiplagged Slack Chat (SKP00105805–11) | √ | | |
| PX232 | Zaman Reddit AMA (AA-SKP-00103565–68) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |
| PX233 | Skiplagged Terms and Conditions (SKIP0000010–11) | | √ | |
| PX234 | Skiplagged About and FAQ (SKIP0000072–77) | √ | | |
| PX235 | 2014 United and Orbitz Lawsuit (SKIP0000078–112) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury and is prejudicial. FRE 401, 403. |
| PX236 | February 2015 Fareportal C&D (SKIP0000626–27) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury and is prejudicial. FRE 401, 403. |
| PX237 | July 2018 Delta C&D (SKIP0000404–625) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury and is prejudicial. FRE 401, 403. |

| PX238 | June 2021 Southwest 1st C&D (SKIP0000286–301) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury and is prejudicial. FRE 401, 403. |
|---|---|---|---|---|
| PX239 | June 2021 Southwest 2nd C&D (SKIP0000302–12) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury and is prejudicial. FRE 401, 403. |
| PX240 | June 2021 Skiplagged Response to Southwest C&D (SKIP0000313–15) | √ | | Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury and is prejudicial. FRE 401, 403. |
| PX241 | Email chain between S. Tucker, G. Rivera, and R. Villarreal dated 11/8/2021 re: IATA 0564802 restricted (AA-SKP- 00000902–05) | | √ | |
| PX242 | Email chain between V. Vogel, C. Garner, and N. Geurin dated 5/31/2017 re: ADP Withdrawal Request (AA-SKP-00005304– 05) | | √ | |
| PX243 | Email chain between G. Rivera, A. Radar, and others at AA dated 8/26/2021 re: Questions about Kiwi.com for the Czech business newspaper (AA-SKP-00010559–65) | | √ | |
| PX244 | Teams Chat between S. Menon and A. Sabharwal dated 7/7/2023 (AA-SKP-00013136–38) | | √ | |
| PX245 | AA Customer Complaint (AA-SKP-00052654) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period, and would confuse the jury. FRE 401, 403. |

| | | | |
|---|---|---|---|
| PX246 | AA Customer Complaint (AA-SKP-00052881–83) | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX247 | AA Customer Complaint (AA-SKP-00052637–38) | √ | Hearsay within hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury. FRE 401, 403. |
| PX248 | Skiplagged Customer Complaint (SKP00013049–53) | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, and would confuse the jury. FRE 401, 403. |
| PX249 | Skiplagged Customer Complaint (SKP00042790–91) | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, and would confuse the jury. FRE 401, 403. |
| PX250 | Email chain between D. Goodreau, N. Geurin, and L. Banse dated 1/24/2019 re: Skiplagged (AA-SKP-0005506–13) | √ | |

| | | | |
|---|---|---|---|
| PX251 | Email chain between T. Jiede, D. Goodreau, and others at AA dated 8/30/2019 re: Security Incident MIA F277 MIA-LAX (AA-SKP-00059850–57) | √ | |
| PX252 | Email chain between T. Jiede, D. Paladini, and other at AA dated 8/25/2019 re: Security Incident MIA F277 MIA-LAX (AA-SKP-00059858–60) | √ | |
| PX253 | American Conditions of Carriage (AA-SKP-00054065-85) | √ | Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX254 | American Airlines Attorney Fee Statements[2] | √ | |
| PX255 | Skiplagged's 2nd Amended Objections and Answers to American's 1st Set of Interrogatories, including A. Zaman Verification | √ | |
| PX256 | Skiplagged's 3rd Amended Objections and Answers to American's 1st Set of Interrogatories, including A. Zaman Verification | √ | |
| PX257 | Skiplagged's 4th Amended Answer to Interrogatory 8, including A. Zaman Verification | √ | |
| PX258 | Skiplagged's Objections and Answers to American's 2nd Set of Interrogatories, including A. Zaman Verification | √ | |
| PX259 | Skiplagged's Objections and Answers to American's 3rd Set of Interrogatories, including A. Zaman Verification | √ | |
| PX260 | Skiplagged's Objections and Answers to American's 4th Set of Interrogatories, including A. Zaman Verification | √ | |

| PX261 | Declarations of A. Zaman (Dkt. No. 22 at 4-8 – Skiplagged's Appendix to its Motion to Dismiss) | | √ | |
| PX262 | Declarations of A. Zaman (Dkt. No. 48 at 204-12 – Skiplagged's Appendix to its Response to American's 1st Motion to Compel) | | √ | |
| PX263 | Declarations of A. Zaman (Dkt. No. 91 at 3-6 – Skiplagged's Appendix to its Response to American's 2nd Motion to Compel | | √ | |
| PX264 | Declarations of A. Zaman (Dkt. No. 161 at 38-40 – Skiplagged's Appendix to its Response to American's Motion to Enforce Court's May 1, 2024 Order) | | √ | |
| PX265 | Declarations of A. Zaman (Dkt. No. 171 at 6-10 – Skiplagged's Appendix to its Brief in Support of its Motion for Summary Judgment | | √ | |
| PX266 | Declarations of A. Zaman (Dkt. No. 183 at 8-12 – Skiplagged's Appendix in Support of its Response to American's Partial Motion for Summary Judgment) | | √ | |
| PX267 | Email chain dated 7/12/2023 between Andrea Koos, Scott Chandler, Brandon Norman, Randeep Ramamurthy, Marcial Lapp, and others re: Media inquiries about hidden city ticketing (AA-SKP-00000135) | | √ | |
| PX268 | Email chain dated 3/9/2018 between Scott Chandler, Neil Geurin, Tom Jiede, and others re: Skiplagged  (AA-SKP- 00010363–64) | | √ | |
| PX269 | Email chain dated 11/16/2023 between Scott Chandler and Andrea Koos re: Dallas Morning News inquiry re: skiplagging (AA-SKP-00059771–73) | | √ | |

| PX270 | Email chain dated 11/17/2023 between Scott Chandler and Andrea Koos re: Dallas Morning News inquiry re: skiplagging (AA-SKP-00059781–84) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury, and is prejudicial. FRE 401, 403. |
|---|---|---|---|---|
| PX271 | Email chain dated 11/17/2023 between Scott Chandler and Andrea Koos re: Dallas Morning News inquiry re: skiplagging (AA-SKP-00059785–88) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury, and is prejudicial. FRE 401, 403. |
| PX272 | Email chain dated 11/17/2023 between Andrea Koos, Ronald DeFeo, Caroline Clayton, and others re: DMN unsigned editorial about skiplagging (AA-SKP-00059815) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury, and is prejudicial. FRE 401, 403. |
| PX273 | Email chain dated 11/27/2023 between Andrea Koos, Scott Chandler, Caroline Clayton, and others re: DMN unsigned editorial about skiplagging (AA-SKP-00059818–21) | | √ | |
| PX274 | Email chain dated 1/27/2021 between Scott Chandler and Vasu Raja re: American Airlines Travel News and Information - An update on Booking and Ticketing Practices (AA-SKP- 00059823–26) | | √ | |
| PX275 | Email chain dated 3/18/2021 between Jayson Hardeman and Scott Chandler re: Hidden City FYI & Question (AA-SKP- 00059827) | | √ | |

| | | | |
|---|---|---|---|
| PX276 | Email chain dated 5/22/2018 between Scott Chandler, Brandon Norman, Tony Yavasile, and others re: YUL and YTO agents short-checking bags (AA-SKP-00059914–15) | √ | |
| PX277 | Email chain dated 5/31/2018 between Scott Chandler and Tony Yavasile re: YUL and YTO agents short-checking bags (AA- SKP-00059916–21) | √ | |
| PX278 | Email chain dated 5/31/2018 between Scott Chandler, Melody Andersen, and Jennifer Proctor re: Baggage (AA-SKP 00059922) | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury, is outside the relevant time period, and is prejudicial. FRE 401, 403. |
| PX279 | AWG Policy Review presentation (AA-SKP-00062172) | √ | |
| PX280 | Fraud, Security, and Integrity Teams PowerPoint (AA-SKP- 00064970–77) | √ | |
| PX281 | American Airlines, Inc. Form 10-K Annual Report for Year Ending December 31, 2018 (AA-SKP-00054857–5105) | √ | |
| PX282 | Predicting Hidden City Itineraries dated 10/18/2019 (AA-SKP-00050477–83) | √ | |
| PX283 | 9/13/2019 Hidden Cities (AA-SKP-00050493–99) | √ | |
| PX284 | Email chain dated 83/18/2021 between Scott Chancler and Jayson Hardeman re: Hidden City FYI & Question (AA-SKP- 00059822) | √ | |

| | | | |
|---|---|---|---|
| PX285 | Email chain dated 5/31/2018 between Scott Chandler and Tony Yavasile re: YUL and YTO agents short-checking bags (AA- SKP-00059916–21) | √ | |
| PX286 | Email chain dated 7/13/2020 between Tazmun Nahar and Jay Creech re: American Airlines<> Skiplagged (AA-SKP- 00060085–07) | √ | |
| PX287 | Email chain dated 8/2/2021 between Marcial Lapp and German Rivera re:  WN is suing Skiplagged (AA-SKP-00000377) | √ | |
| PX288 | Email chain dated 7/10/2021 between Marcial Lapp and DL_RM_RIDT re: Weekend Review: Southwest Airlines in a Legal Tussle (AA-SKP-00000378–88) | √ | |
| PX289 | Email chain dated 1/28/2023 between Marcial Lapp and Paola Martinez (AA-SKP-00000971–5) | √ | |
| PX290 | Email chain dated 10/15/2018 between Darrin Goodreau and Marcial Lapp re: Scary: United Seriously Threatening Passengers Who Skip Flights - Live and Let's Fly (AA-SKP- 00001191) | √ | |
| PX291 | Email chain dated 10/15/2018 between Darrin Goodreau and Marcial Lapp re: Scary: United Seriously Threatening Passengers Who Skip Flights - Live and Let's Fly (AA-SKP- 00001192) | √ | |
| PX292 | Email chain dated 10/15/2018 between Darrin Goodreau and Marcial Lapp re: United Seriously Threatening Passengers Who Skip Flights - Live and Let's Fly (AA-SKP-00001204) | √ | |
| PX293 | Email chain dated 3/16/2019 from CF re: Cranky on the Web: Hidden City Ticketing Can Get You in Trouble (AA-SKP- 00001210) | √ | |

| PX294 | Email chain dated 10/26/2020 between Marcial Lapp and Justin Dunn re: Skipped Lagged (AA-SKP-00001228) | √ | |
| PX295 | Email chain dated 10/26/2020 between Marcial Lapp and Justin Dunn re: Skipped Lagged (AA-SKP-00001229) | √ | |
| PX296 | Email chain dated 6/24/2020 between Marcial Lapp and Justin Dunn re: RIPA Roadmap with Azure_l.pptx (AA-SKP- 00001230) | √ | |
| PX297 | Email chain dated 8/2/2021 between Jayson Hardeman and German Rivera re: Hidden City Party ID (AA-SKP-00001360– 62) | √ | |
| PX298 | Email chain dated 1/28/2023 between Marcial Lapp and DL_RMRELT [ re: Revenue Engineering - January 2023 - Priorities (AA-SKP-00001483–86) | √ | |
| PX299 | Email chain dated 7/30/2021 between Marcial Lapp and Chandler Scott re: Hidden City Party ID (AA-SKP-00005134) | √ | |
| PX300 | Email chain dated 4/14/2022 between Scott Chandler and Marcial Lapp re: landline (L4) Update (AA-SKP-00005141–43) | √ | |
| PX301 | Email chain dated 12/26/2019 between Marcial Lapp and Neil Geurin re: Customer: Cierra Zacchaeus (AA-SKP-00005560– 61) | √ | |
| PX302 | Email chain dated 12/26/2019 between Neil Geurin and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP-00005565-66) | √ | |
| PX303 | Email chain dated 3/1/2019 from CF re: 3 Links I love: Hidden City Ticketing, Mokulele Cuts, California Pacific Tries a Comeback (AA-SKP-00005699) | √ | |

| | | | |
|---|---|---|---|
| PX304 | Email chain dated 1/3/2020 between Richard Grantvedt and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP- 00005700–05) | √ | |
| PX305 | Email chain dated 1/4/2020 between Marcial Lapp and James Faith re: Kayak Source (AA-SKP-00005706–08) | √ | |
| PX306 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA- SKP-00005713–18) | √ | |
| PX307 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA- SKP-00005745–47) | √ | |
| PX308 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA- SKP-00005748–51) | √ | |
| PX309 | Email chain dated 1/6/2020 between Marcial Lapp, Kiran Shetty, Shaibaz Gadhwala and others re: Kayak Source (AA- SKP-00005752–55) | √ | |
| PX310 | Email chain dated 10/26/2020 between Vasu Raja, Alfred Campbell, Marcial Lapp, and others re: PNR MRCROV (AA- SKP-00005771) | √ | |
| PX311 | Email chain dated 10/27/2020 between Jim Fox, Vasu Raja, Alfred Campbell and Marcial Lapp re: PNR MRCROV (AA- SKP-0005772–03) | √ | |
| PX312 | Email chain dated 8/2/2021 between Marcial Lapp, Meghan Jordan, and Heather Samp re: Hidden City Party ID (AA-SKP- 00005780–81) | √ | |

| PX313 | Email chain dated 2/13/2021 between Marcial Lapp, Justin Dunn, and Shashank Menon re: Skiplagged (AA-SKP- 00005807–08) | | √ | |
|---|---|---|---|---|
| PX314 | Email chain dated 2/14/2021 between Marcial Lapp, Justin Dunn, and Shashank Menon re: Skiplagged (AA-SKP- 00005809–12) | | √ | |
| PX315 | Email chain dated 2/3/2023 between Marcial Lapp, Steven Leist, Scott Chandler, Neil Geurin re: This is interesting (AA- SKP-00010324–25) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury and is prejudicial. FRE 401, 403. |
| PX316 | Email chain dated 11/20/2018  between Timothy Lyon and DL_RML T re: Spain courts allowing hidden city on IB (AA- SKP-00010365) | | √ | |
| PX317 | Teams Message dated 10/26/2020 between Marcial Lapp and Justin Dunn (AA-SKP 00011615–16) | | √ | |
| PX318 | Teams Message dated 10/27/2020 between Marcial Lapp and Justin Dunn (AA-SKP-00011617) | | √ | |
| PX319 | Email chain dated 7/26/2022 between Mariana Letelier, Marcial Lapp, and Jerry Foran re: Delta Air Lines I Booking Policy Update (AA-SKP- 00012604–09) | | √ | |
| PX320 | Email chain dated 11/16/2020 between Justin Dunn, Marcial Lapp, and Susan Michael re: Same GDS rule (AA-SKP- 00065144) | | √ | |

| PX321 | Email chain dated 7/12/2023 between Andrea Koos, Scott Chandler, Brandon Norman, and others re: Media inquiries about hidden city ticketing (AA-SKP-00000135) | | √ | |
| PX322 | Email chain dated 1/27/2021 between Scott Chandler, Marcial Lapp, Justin Dunn re: American Airlines Travel News and Information - An update on Booking and Ticketing Practices (AA-SKP-00000946–49) | | √ | |
| PX323 | Email chain dated 4/26/2021 between German Rivera, Jayson Hardeman, and Shashank Menon re: JH_HIDDEN_CTY.xlsx (AA-SKP-00002751–58) | | √ | |
| PX324 | Agency Booking & Ticketing Policies (AA-SKP-00005183–95) | | √ | |
| PX325 | Email chain dated 6/9/2017 between Neil Geurin and Vineeta Vogel re: QIKFIX-LAST10-357732-09JUN09:14:04-FOR QIK CHK ON SABRE (AA-SKP-00005277–79) | | √ | |
| PX326 | Policy Update Comparison - Short Checking of Bags vs. Hidden City Violations (AA-SKP-00005522–24) | | √ | |
| PX327 | Email chain dated 12/26/2019 between Neil Geurin and Marcial Lapp re: Customer: Cierra Zacchaeus (AA-SKP- 00005567) | | √ | |
| PX328 | Email chain dated 3/6/2018 between Darrin Goodreau, Brandon Norman, Scott Chandler, and others re: Skiplagged.com (AA- SKP-00010759–60) | | √ | |
| PX329 | Email chain dated 3/9/2018 between Neil Geurin and Kevin McFarland re: Skiplagged.com (AA-SKP-00010792–93) | | √ | |
| PX330 | Updates from the CBRO dated 10/5/2018 re: Baggage Delivery for Hidden City Fares (AA-SKP-00010975) | | √ | |

| | | | |
|---|---|---|---|
| PX331 | Email chain dated 1/27/2021 between Scott Chandler and Vasu Raja re: American Airlines Travel News and Information - An update on Booking and Ticketing Practices (AA-SKP- 00059823–26) | √ | |
| PX332 | Email chain dated 3/18/2021 between Jayson Hardeman and Scott Chandler re: Hidden City FYI & Question (AA-SKP- 00059827) | √ | |
| PX333 | Email chain dated 3/21/2018 between Scott Chandler, Shaibaz Gadhwala, Jay Creech, and others re: Skiplagged.com (AA- SKP-00059835–38) | √ | |
| PX334 | Email chain dated 5/31/2018 between Tony Yavasile and Scott Chandler re: YUL and YTO agents short-checking bags (AA- SKP-00059934–38) | √ | |
| PX335 | Email chain dated 5/2/2018 from AA Customer Relations re: Your Response From American Airlines (AA-SKP-00060125– 27) | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury, is outside the relevant time period, and is prejudicial. FRE 401, 403. |
| PX336 | Email chain dated 5/28/2019 between Ryan Conly and John Ulrich, re: Hidden City (AA-SKP-00062150–54) | √ | |
| PX337 | Email chain dated 10/22/2018 between Melody Andersen, Laura Banse, Jennifer Proctor, and others re: Skiplagged (AA- SKP-00062165–71) | √ | |

| PX338 | Fraud, Security, and Integrity Teams PowerPoint (AA-SKP- 00064970–77) | | √ | |
|---|---|---|---|---|
| PX339 | Customer complaint from Rhonda Zingale (AA-SKP- 00053218–22) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury and is prejudicial. FRE 401, 403. |
| PX340 | Email chain dated 4/25/2019 between Vincent D and Skiplagged re: Emergency time sensitive for flight (SKP00006416–23) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright, is outside the relevant time period and would confuse the jury and is prejudicial. FRE 401, 403. |
| PX341 | American Airlines Conditions of Carriage as updated 2/4/2020 (AA-SKP-00053445–64) | | √ | Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury. FRE 401, 403. |
| PX342 | Email chain dated 3/21/2024 between AA Customer Service and Esperanza Cordero re: Complaint (AA-SKP-00052881–83) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Exhibit has not been properly authenticated. FRE 901; Exhibit lacks foundation; Irrelevant becuase it does not relate to AA's trademarks or copyright, would confuse the jury and is prejudicial. FRE 401, 403. |

| PX343 | Email chain dated 4/8/2021 between Sophia Matthews and Skiplagged re: Flight Checkin (AA-SKP-00042790–91) | | √ | |
| PX344 | MI:33 LitPak # 230069 Incident ID: 016 MKE-DFW (AA- SKP-00059589–623) | | √ | |
| PX345 | Addendum to the Governing Travel Agency Agreements (AA- SKP-00059877–87) | | √ | |
| PX346 | Email chain dated 6/10/2020 between Tim Rogers, Jay Creech, and others re: Distribution strategy contact for North America (AA-SKP-00059954–56) | | √ | Hearsay, the exhibit is a statement made by one other than the witness, offered for the truth of the matter asserted, and not subject to any hearsay exception. FRE 801, 802; Irrelevant becuase it does not relate to AA's trademarks or copyright and would confuse the jury and is prejudicial. FRE 401, 403. |