UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

  Plaintiff,

v.                                                             No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

  Defendant.

## ORDER

Before the Court are Defendant Skiplagged, Inc.'s Motion to Strike and Exclude Plaintiff American Airlines, Inc.'s Expert Jerry Wind (ECF No. 219), filed August 26, 2024, and Plaintiff American Airlines, Inc.'s Motion to Exclude Expert Opinions and Testimony of George John, PHD (ECF No. 229), filed August 26, 2024. Having considered the briefing and applicable law, the Court **DENIES** the Motions (ECF Nos. 219 and 229).

**SO ORDERED** on this **13th day** of **September 2024**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE