UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.,**

   Plaintiff,

v.                                                                  No. 4:23-cv-0860-P

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

   Before the Court is the Parties Joint Stipulation Regarding Experts and Motion to Withdraw Certain Motions to Exclude Experts (ECF No. 241), filed August 30, 2024. The Parties report that they "reached an agreement and now file this Joint Stipulation that the reports and testimony of experts Darin Lee, Joseph M. Pimbley, PhD, Zal Phiroz, PhD, and Bijan Vasigh, PHD shall be excluded from the trial of this case." ECF No. 241 at 1. Accordingly, the Parties seek leave to withdraw their Motions as moot. Finding good cause therein, the Court **ORDERS** that the Motion to Withdraw Certain Motions (ECF Nos. 215, 226, 232, and 235) to Exclude Experts should be and is hereby **GRANTED**.

   **SO ORDERED** on this **13th** day of **September 2024**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE