IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT SKIPLAGGED, INC.'S PROPOSED *VOIR DIRE* QUESTIONS

**NOW COMES** Defendant, Skiplagged, Inc. ("Skiplagged"), and in accordance with the Court's *Scheduling Order* of September 27, 2023, as modified by the Court's *Order* of September 9, 2024, files these proposed *voir dire* questions which Skiplagged seeks the Court to ask during its examination of the jury panel:

Air Travel:

- How many of you travel by air at least once a year?
    - At least five times a year?
    - At least ten times a year?
- What is your principal purpose for flying when you do fly?
    - Pleasure?
    - Family?
    - Business?
- Loyalty/Airlines
    - How many of you are loyal to one airline when you fly?
        - Are you a member of a loyalty program?
        - Which one?
    - Do you prefer major or low-cost carriers?

AA:
- Do you now or have you ever worked for American?
- Do you have any close relatives or friends who work for or at one time worked for American?

1

Intellectual Property:
- Do you believe in Intellectual Property like copyrights, trademarks, and patents?
- Have you or has someone close to you had a business idea, work product, or design that was misused, misappropriated, or taken by another?
- Do you hold an opinion about a company that sues for a business idea, work product, or design that was used by another? If so, please explain.
- Have you or has someone close to you ever working for a company that took measures to protect its ideas, products, designs, or other information? Please explain.

Service on a jury before:
- Who has served?
- What kind of case?
- How did it turn out?
- What was your experience like?

Respectfully submitted,

By:  /s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone:   (817) 336-2800
Facsimile:    (817) 877-1863

2

/s/*Aaron Z. Tobin*
Aaron Z. Tobin
State Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
State Bar No. 24048755
kreed@contontobin.com
Abigail R.S. Campbell
State Bar No. 24098759
acampbell@condontobin.com
CONDON TOBIN SLADEK THORNTON
 NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone:  (214) 265-3800
Facsimile:  (214) 691-6311

/s/*Darin M. Klemchuk*
Darin M. Klemchuk
State Bar No. 24002418
Darin.klemchuk@klemchuk.com
KLEMCHUK PLLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone:  (214) 367-6000
Facsimile:  (214) 367-6001

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 16, 2024, a true and correct copy of the foregoing was served via the Court's ECF system upon all counsel of record as indicated:

Messrs. Dee J. Kelly, Jr., Lars L. Berg,
 J. Austin Franklin, and Ms. Julia G. Wisenberg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

3

Mr. R. Paul Yetter
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002

Mr. Cameron M. Nelson
Greenberg Traurig LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

Mr. Nathan J. Muyskens
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

Ms. Bina Palnitkar
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

                                               */s/William L. Kirkman*
                                               William L. Kirkman