IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT SKIPLAGGED, INC.'S WITNESS LIST FOR TRIAL

Pursuant to the Court's *Scheduling Orders*, Defendant, Skiplagged, Inc. ("Skiplagged"), hereby submits its *Witness List* as an attachment hereto.

Skiplagged's *Witness List* is submitted without prejudice to Skiplagged's right to amend such, to the extent allowed by this Court and the law, or call at trial any additional witnesses from any source either as rebuttal evidence or impeachment or in the event new or different information becomes available. Additionally, Skiplagged reserves the right to amend its list based on the progress of the case at trial. Skiplagged further reserves the right to examine any witness that Plaintiff, American Airlines, Inc., designates and calls.

Respectfully submitted,

By: /s/*William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

/s/*Aaron Z. Tobin*
Aaron Z. Tobin
State Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
State Bar No. 24048755
kreed@contontobin.com
Abigail R.S. Campbell
State Bar No. 24098759
acampbell@condontobin.com
Nick H. Burns
State Bar No. 24128189
nburns@condontobin.com
A. Gage Taylor
State Bar No. 24123906
gtaylor@condontobin.com
CONDON TOBIN SLADEK THORNTON
  NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

/s/*Darin M. Klemchuk*
Darin M. Klemchuk
State Bar No. 24002418
Darin.klemchuk@klemchuk.com
KLEMCHUK PLLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone:   (214) 367-6000
Facsimile:   (214) 367-6001

ATTORNEYS FOR DEFENDANT,
SKIPLAGGED, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2024, a true and correct copy of the foregoing was served via the Court's ECF system upon all counsel of record as indicated:

Messrs. Dee J. Kelly, Jr., Lars L. Berg,
 J. Austin Franklin, and Ms. Julia G. Wisenberg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Mr. R. Paul Yetter
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002

Mr. Cameron M. Nelson
Greenberg Traurig LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

Mr. Nathan J. Muyskens
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

Ms. Bina Palnitkar
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

                                             */s/William L. Kirkman*
                                             William L. Kirkman

# EXHIBIT A

## Skiplagged's Witness List

| Name & Address | Category | Deposed | Testimony | Expected Duration | Sworn | Testified |
|---|---|---|---|---|---|---|
| Aktarer Zaman<br><br>c/o Skiplagged's counsel | Probable Fact witness | Y | Mr. Zaman is expected to testify about information that would be responsive to the allegations in Plaintiff's First Amended Complaint, Skiplagged's history, ownership, business activities, website, collection and display of information, relationships with third parties, customers, financials, and deductions and evidence supporting Defendant's defenses in the case. | 3-4 hours | | |
| Gary Gutzler<br><br>c/o Skiplagged's counsel | Expert | Y | Mr. Gutzler is expected to testify about Plaintiff's alleged damages calculations and opinions and the appropriate costs to back out of Defendant's revenues to arrive at a net profits number as well as the substance and analysis referenced in Mr. Gutzler's expert reports. Mr. Gutzler will also testify as to non-infringing factors to which disgorgement profits sought by Plaintiff may be reduced. | 1 hour | | |
| George John<br><br>c/o Skiplagged's counsel | Expert | Y | Mr. John is expected to testify regarding the work and opinions of Plaintiff's expert Yoram Jerry Wind, the analysis, interpretation, and integrity of survey data as well as the substance and analysis referenced in Mr. John's expert report. | 1 hour | | |
| Dan Gellert<br><br>c/o Skiplagged's counsel | Probable Fact witness | Y | Mr. Gellert may testify about information that would be responsive to allegations made in Plaintiff's First Amended Complaint, Skiplagged's business activities, relationships with third parties, and financials and evidence supporting Defendant's defenses in the case. | 1 hour | | |

1

| Robert Holmes<br><br>c/o American's counsel | Probable Fact witness: Record custodian / AA's Private Investigator | Y | Mr. Holmes is expected to testify about offerings through Defendant's website, including, but not limited to, the LitPaks he made, and that were produced by Plaintiff in this litigation. | ¾ Hour | | |
|---|---|---|---|---|---|---|
| Marcial Lapp/ Corporate Representative of American Airlines, Inc.<br><br>c/o American's counsel | Probable Fact witness | Y | Mr. Lapp is expected to testify about the claims set forth in Plaintiff's First Amended Complaint, its trademarks and copyrights and uses thereof, its knowledge of Skiplagged's actions, customer interactions, and documents produced by Plaintiff in this litigation, evidence supporting Defendant's defenses in the case, and AA's lack of actual damages associated with its claims. | 1 ½ Hours | | |
| Scott Chandler<br><br>c/o American's counsel | Possible Fact witness | Y | Mr. Chandler is expected to testify about the claims set forth in Plaintiff's First Amended Complaint, its trademarks and copyrights and uses thereof, its knowledge of Skiplagged's actions, customer interactions, and documents produced by Plaintiff in this litigation and evidence supporting Defendant's defenses in the case. | Less Than an Hour | | |
| Neil Geurin<br><br>c/o American's counsel | Possible Fact witness | Y | Mr. Guerin is expected to testify about the claims set forth in Plaintiff's First Amended Complaint, its trademarks and copyrights and uses thereof, its knowledge of Skiplagged's actions, customer interactions, and documents produced by Plaintiff in this litigation and evidence supporting Defendant's defenses in the case. | Less Than an Hour | | |

2

| William L. Kirkman | Expert | N | Mr. Kirkman is expected to offer expert testimony regarding attorneys fees and costs in this litigation. | | | |
|---|---|---|---|---|---|---|
| Aaron Z. Tobin | Expert | N | Mr. Tobin is expected to offer expert testimony regarding attorneys fees and costs in this litigation. | | | |
| Darin M. Klemchuk | Expert | N | Mr. Klemchuk is expected to offer expert testimony regarding attorneys fees and costs in this litigation. | | | |
| Rebuttal and impeachment witnesses as necessary | | | | | | |