UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC,**

   Plaintiff,

v.                                      No. 4:23-cv-00860-P

**SKIPLAGGED, INC.,**

   Defendant.

## ORDER

   Before the Court are Plaintiff's and Defendant's Motions in Limine. ECF Nos. 252, 255. Defendant wants to limit ten various topics as irrelevant to this lawsuit. *See* ECF No. 252. Plaintiff wants to limit Defendant from introducing evidence on eight various topics. *See* ECF No. 255.

   Upon review of the Motions, the Court determines that the Motions should be and are hereby **DENIED without prejudice.** Both Parties can resurrect their Motions at trial when the Court and the Parties have a more concrete sense of when and for what purpose the evidence in question is to be used.

   **SO ORDERED** on this **23rd day** of **September 2024.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE