UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES INC,**

   Plaintiff,

v.                                                 **No. 4:23-cv-00860-P**

**SKIPLAGGED, INC.,**

   Defendant.

# ORDER

Before the Court is Plaintiff's Motion to Strike Expert Opinions and Testimony of Gary L. Gutzler (ECF No. 211), and Defendant's Motion to Strike and Exclude Plaintiff American Airlines, Inc.'s Expert David Fuller. ECF No. 222. Having reviewed the Motions and applicable law, the Court exercises its "broad discretion in deciding the admissibility of expert testimony," *see Sandifer v. Hoyt Archery, Inc.*, 907 F.3d 802, 807 (5th Cir. 2018), and hereby **DENIES** the Motions (ECF Nos. 211 and 222).

**SO ORDERED** on this **23rd day** of **September 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE