IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION TO DISMISS ITS FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION CLAIM**

Pursuant to Rule 41(a)(2), Plaintiff American Airlines, Inc. ("American") moves the Court to enter an Order dismissing without prejudice American's claim in its First Amended Complaint for False Designation of Origin and Unfair Competition under 15 U.S.C. § 1125(a). [*See* Dkt. No. 8 at 32–33]; Fed. R. Civ. P. 41(a)(2). Defendant Skiplagged, Inc. ("Skiplagged") is unopposed to American's request. This request for partial dismissal is made *only* as to American's claim for False Designation of Origin and Unfair Competition and in no way affects American's other claims or Skiplagged's defenses in this lawsuit.

Dated: October 4, 2024

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*

Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tyler P. Young
State Bar No. 24129144
tyoung@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Bina Palnitkar
State Bar No. 24070378
palnitkarb@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that on October 3, 2024, I conferred with Bill Kirkman, counsel for Skiplagged, who stated that Skiplagged is unopposed to American's motion.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.