IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES INC., | § | |
| Plaintiff, | § | |
| V. | § | No. 4:23-cv-860-P |
| SKIPLAGGED, INC., | § | |
| Defendant. | § | |

## MEDIATION REPORT

In the Court's September 9, 2024 Order [Dkt. No. 269], United States District Judge Mark T. Pittman referred this case to the undersigned United States magistrate judge to conduct a mediation/settlement conference on October 3, 2024.

The undersigned held a mediation on October 3 and 4, 2024.

The parties and their counsel attended and participated as required, but a settlement was not reached at this time.

DATED: October 4, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE