**Jury Note #1**

4:23-cv-860-p

Is there a statue of limitations on copywright and trademark infringement?

If so, what is the time period and when does the time start?



10/11/2024

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       OCT 11 2024
CLERK, U.S. DISTRICT COURT
  By_____
              Deputy
```