IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION REGARDING BRIEFING SCHEDULE
## FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Court's request, Plaintiff American Airlines, Inc. and Defendant Skiplagged, Inc. have agreed to a schedule for submitting briefing to the Court regarding entry of final judgment in this case. [*See generally* Dkt. No. 318]. The parties stipulate to the deadlines set below:

- Each party shall file its original brief on or before **30 days** after the date the court reporter files an electronic Notice informing the parties that the transcript for this case is complete;

- The parties may file a Response to the opposing party's original brief no later than **20 days** after the opposing party's original brief is filed with the Court; and

- Replies shall not be permitted without request from the Court.

The parties agree that the original briefs and Responses shall be limited to no more than **25 pages**.

The parties further agree that Federal Rule of Civil Procedure 50(b) does not require submission of renewed motions for judgment as a matter of law in this case within "28 days after the jury was discharged," and each party waives any argument that Rule 50(b) motions must be submitted within "28 days after the jury was discharged." Nothing in this briefing schedule precludes either party from filing renewed motions for judgment as a matter of law or any other

1

post-judgment motion before or after judgment in accordance with Rule 50(b) or other applicable rules. *See* Fed. R. Civ. P. 50(b) ("No later than 28 days after the entry of judgment . . . the movant may file a renewed motion for judgment as a matter of law . . .").

**APPROVED** on this _____ **day** of **October, 2024**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

<table>
<tr><td>

Dated: October 22, 2024

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tyler P. Young
State Bar No. 24129144
tyoung@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590

**ATTORNEYS FOR PLAINTIFF**

</td><td>

Respectfully submitted,

*/s/ William L. Kirkman*
William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
Texas Bar No. 24098959
acampbell@condontobin.com
CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
8080 Park Lane, Suite 700
DALLAS, TEXAS 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

Darin M. Klemchuk
Texas Bar No. 24002418
darin.klemchuk@klemchuk.com
KLEMCHUK LLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001

**ATTORNEYS FOR DEFENDANT**

</td></tr>
</table>

3

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
