IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00860-P |
| § | |
| SKIPLAGGED, INC., § | |
| § | |
| Defendant. § | |

## ORDER APPROVING STIPULATION REGARDING
## BRIEFING SCHEDULE FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Court's request, Plaintiff American Airlines, Inc. and Defendant Skiplagged, Inc. have agreed to a schedule for submitting briefing to the Court regarding entry of final judgment in this case. ECF No. 319. The parties have stipulated to the deadlines set below:

- Each party shall file its original brief on or before **30 days** after the date the court reporter files an electronic notice informing the parties that the transcript for this case is complete;

- The parties may file a response to the opposing party's original brief no later than **20 days** after the opposing party's original brief is filed with the Court; and

- Replies shall not be permitted without request from the Court.

The parties agreed that the original briefs and responses shall be limited to no more than **25 pages**.

The parties further agreed that Federal Rule of Civil Procedure 50(b) does not require submission of renewed motions for judgment as a matter of law in this case within "28 days after the jury was discharged," and each party waived any argument

1

that Rule 50(b) motions must be submitted within "28 days after the jury was discharged." Nothing in this briefing schedule, however, precludes either party from filing renewed motions for judgment as a matter of law or any other post-judgment motion before or after judgment in accordance with Rule 50(b) or other applicable rules. *See* Fed. R. Civ. P. 50(b) ("No later than 28 days after the entry of judgment . . . the movant may file a renewed motion for judgment as a matter of law . . .").

**SO ORDERED** on this **29th day** of **October 2024**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE