IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| **SKIPLAGGED, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S SUPPLEMENT TO ITS MOTION FOR JUDGMENT

Skiplagged's proposed judgment is attached as Exhibit A for the Court's consideration.

            Respectfully submitted,

By: /s/ *William L. Kirkman*
    William L. Kirkman
    State Bar No. 11518700
    billk@kirkmanlawfirm.com
    Preston B. Sawyer
    State Bar No. 24102465
    prestons@kirkmanlawfirm.com
    KIRKMAN LAW FIRM, PLLC
    201 Main Street, Suite 1160
    Fort Worth, Texas 76102
    Telephone: (817) 336-2800
    Facsimile: (817) 877-1863

    Aaron Z. Tobin
    State Bar No. 24028045
    atobin@condontobin.com
    Kendal B. Reed
    State Bar No. 24048755
    kreed@condontobin.com
    Abigail R.S. Campbell
    State Bar No. 24098959
    acampbell@condontobin.com
    CONDON TOBIN SLADEK THORNTON
    NERENBERG PLLC
    8080 Park Lane, Suite 700
    Dallas, Texas 75231

30122614v1 99460.002.00

        Telephone:   (214) 265-3800
        Facsimile:   (214) 691-6311

        Darin M. Klemchuk
        State Bar No. 24002418
        darin.klemchuk@klemchuk.com
        KLEMCHUK LLC
        8150 North Central Expressway, 10th Floor
        Dallas, Texas 75206
        Telephone:   (214) 367-6000
        Facsimile:   (214) 367-6001

        ATTORNEYS FOR DEFENDANT,
        SKIPLAGGED, INC.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 14, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record as indicated:

    Messrs. Dee J. Kelly, Jr., Lars L. Berg, and
    J. Austin Franklin and Ms. Julia G. Wisenberg
    Kelly Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, Texas 76102

    Mr. R. Paul Yetter
    Yetter Coleman LLP
    811 Main Street, Suite 4100
    Houston, Texas 77002

    Mr. Cameron M. Nelson
    Greenberg Traurig LLP
    77 West Wacker Drive, Suite 3100
    Chicago, Illinois 60601

    Mr. Nathan J. Muyskens
    Greenberg Traurig, LLP
    2101 L Street, N.W., Suite 1000
    Washington, D.C. 20037

    Ms. Bina Palnitkar
    Greenberg Traurig LLP

30122614v1 99460.002.00

2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

Messrs. Aaron Z. Tobin and Kendal B. Reed
and Mrs. Abigail R.S. Campbell
Condon Tobin Sladek Thornton Nerenberg PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231

Mr. Darin M. Klemchuk
Klemchuk LLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206

        */s/Aaron Z. Tobin*
        Aaron Z. Tobin

30122614v1 99460.002.00