IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **AMERICAN AIRLINES, INC.,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00860-P |
| § | |
| **SKIPLAGGED, INC.,** § | |
| § | |
| *Defendant*. § | |

## NOTICE OF CROSS APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, Defendant Skiplagged, Inc. appeals to the United States Court of Appeals for the Fifth Circuit from the June 16, 2025 Final Judgment (ECF No. 354) and, without limitation, the December 19, 2023 Order denying Skiplagged's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 52), the May 6, 2025 Memorandum Opinion & Order (ECF No. 345),[1] the June 16, 2025 Order on Plaintiff's Application for Interest and Costs (ECF No. 353) as well as any adverse interlocutory orders, including the July 31, 2024 Memorandum Opinion & Order (ECF No. 199).

---

[1] Skiplagged does not believe ECF No. 345 is a final judgment. Nevertheless, on June 5, 2025, Plaintiff American Airlines, Inc. filed a Notice of Interlocutory Appeal (ECF No. 352) and thus, Skiplagged includes it in this cross appeal notice out of an abundance of caution.

Respectfully submitted,

/s/ *Aaron Z. Tobin*
Aaron Z. Tobin
State Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
State Bar No. 24048755
kreed@condontobin.com
Abigail R.S. Campbell
State Bar No. 24098959
acampbell@condontobin.com
CONDON TOBIN SLADEK SPARKS
NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone:    (214) 265-3800
Facsimile:    (214) 691-6311

William L. Kirkman
State Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
State Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone:    (817) 336-2800
Facsimile:    (817) 877-1863

Darin M. Klemchuk
State Bar No. 24002418
darin.klemchuk@klemchuk.com
KLEMCHUK LLC
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone:    (214) 367-6000
Facsimile:    (214) 367-6001

**ATTORNEYS FOR DEFENDANT SKIPLAGGED, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

                                                */s/ Aaron Z. Tobin*
                                                Aaron Z. Tobin