UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES INC.,**

　Plaintiff,

v().    No. 4:23-cv-00860-P

**SKIPLAGGED, INC.,**

　Defendant.

## ORDER

Having reviewed the record in this case, the Clerk of Court is unable to locate the record evidence from trial. Accordingly, the Court **ORDERS** that the parties confer **on or before July 16, 2025**, and submit an agreed upon version of the trial exhibits.

**SO ORDERED** on this **2nd day of July 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE