```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE NORTHERN DISTRICT OF TEXAS

 3                         FORT WORTH DIVISION

 4   AMERICAN AIRLINES, INC.        )      CASE NO. 4:23-CV-00860-P
                                    )
 5                                  )      FORT WORTH, TEXAS
     vs.                            )
 6                                  )      OCTOBER 4, 2024
     SKIPLAGGED, INC.               )      8:35 A.M.
 7                            VOLUME 1
 8                  TRANSCRIPT OF PRETRIAL CONFERENCE
                    BEFORE THE HONORABLE MARK T. PITTMAN
 9                  UNITED STATES DISTRICT COURT JUDGE

10   A P P E A R A N C E S:

11   FOR THE PLAINTIFF:      DEE J. KELLY, JR
                             Kelly Hart & Hallman, LLP
12                           201 Main Street
                             Suite 2500
13                           Fort Worth, Texas  76102
                             Telephone:  817.332.2500
14
                             CAMERON M. NELSON
15                           Greenberg Traurig, LLP
                             2200 Ross Avenue
16                           Suite 5200
                             Dallas, Texas  75201
17                           Telephone:  214.665.3600

18
     FOR THE DEFENDANT:      WILLIAM L. KIRKMAN
19                           Kirkman Law Firm, PLLC
                             201 Main Street
20                           Suite 1160
                             Fort Worth, Texas  76102
21                           Telephone:  817.336.2800

22                           AARON Z. TOBIN
                             Condon Tobin Sladek Thornton
23                           Nerenberg, PLLC
                             8080 Park Lane
24                           Suite 700
                             Dallas, Texas  75231
25                           Telephone:  214.265.3800
```

```
1
2                              DARIN M. KLEMCHUK
                               Klemchuk, PLLC
3                              8150 North Central Exprwy
                               10th Floor
                               Dallas, Texas  75206
4                              Telephone:  214.367.6000

5
6    COURT REPORTER:           MONICA WILLENBURG GUZMAN, CSR, RPR
                               501 W. 10th Street, Room 310
7                              Fort Worth, Texas  76102
                               Telephone:  817.850.6681
8                              E-Mail:  mguzman.csr@yahoo.com

9

10   Proceedings reported by mechanical stenography, transcript
     produced by computer.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                                    **INDEX**

2                                                PAGE   VOL.

3    Appearances ................................4     1

4

5    Comments by the Court ......................5     1

6

7    By Mr. Kelly ...............................9     1

8

9    By Mr. Kirkman .............................13    1

10

11   By Mr. Kelly ...............................15    1

12

13   Comments by the Court ......................22    1

14

15   By Mr. Kirkman .............................25    1

16

17   Proceedings Adjourned ......................30    1

18

19   Reporter's Certificate .....................31    1

20

21

22

23

24

25

**P R O C E E D I N G S**

*(October 4, 2024, 8:35 a.m.)*

1  **THE COURT:** Call to order at this time American

2  Airlines, Incorporated vs. Skiplagged, Incorporated, this is

3  Civil Action 4:23-CV-860-P.

4  I'll begin with Mr. Kelly. If you could identify

5  yourself and your team on behalf of American.

6  **MR. KELLY:** Your Honor, Dee Kelly for American

7  Airlines. And my co-counsel, Cameron Nelson.

8  **THE COURT:** Thank you. Nice to meet you,

9  Mr. Nelson.

10  And who do we have for Skiplagged?

11  **MR. KIRKMAN:** Your Honor, I'm Bill Kirkman. Along

12  with my co-counsel, Aaron Tobin, who is from Paris, Texas.

13  **THE COURT:** You're from Paris?

14  **MR. TOBIN:** I am, Your Honor.

15  **THE COURT:** Well, you do kind of sound like me.

16  *(Laughter)*

17  **THE COURT:** I grew up in Cooper. Do you know where

18  Cooper is?

19  **MR. TOBIN:** Oh, you're kidding me.

20  **THE COURT:** This guy right here's family's from

21  Bonham. Did you know that?

22  **MR. TOBIN:** Oh, my goodness.

23  **THE COURT:** Yeah.

1          MR. TOBIN:  Yeah.

2          THE COURT:  Small world.

3          MR. TOBIN:  It really is.  It really is.

4          MR. KIRKMAN:  And then, Darin Klemchuk, who is from

5     the State of Washington, is my co-counsel as well.

6          THE COURT:  Well, I bet you don't talk like me.

7          (Laughter)

8          MR. KLEMCHUK:  No, sir.

9          THE COURT:  Very nice to have you.

10         Gentlemen, let me give you some of the basics, and

11    then I'll turn it over to you.  I typically run a trial day

12    9:00 a.m. to 5:00.

13         And depending on if I'm really nice, at least one to

14    two of the days I will probably buy the jury lunch.  And they

15    don't know that that's my trick.  So, if I buy them lunch, I

16    will typically give them a shorter lunch hour.  But I

17    typically do give an hour lunch break.

18         I am anticipating having a nine person jury.

19    Because this case does involve American, which I believe is

20    our largest local employer, I've called in a larger jury pool

21    than unusual.  Typically on a civil trial, even with a nine

22    person jury, I'll try to call in at least 35 jurors.  I

23    believe the last time I spoke to my courtroom deputy, we're

24    trying to get in about 45.  Obviously, this seems like a very

25    big courtroom, but by the time you-all both get your trial

```
 1   teams in here it can be very tight.

 2          I think it's worthwhile -- I don't want to pull a

 3   Judge Mahon on you guys and cajole you into settling, you're

 4   both very sophisticated lawyers with sophisticated clients.

 5   But I will say this, maybe I'm just losing faith in the jury

 6   trial system, but the last few civil trials that I have

 7   presided over, over here, I've got some really -- I'll just

 8   say some verdicts that surprised me; that had I been a more

 9   aggressive judge, maybe I would have trimmed up the judgments.

10          One that I had recently, Mr. Kelly's very familiar

11   with, because he tried to mediate it for me twice, and it came

12   out exactly the opposite of the way that I thought it was

13   going to come out.  In fact, not only that, it came out the

14   opposite of the way that all of the staff, and most

15   importantly Monica and the bailiff thought it was going to

16   come out.

17          So, I say that, not to discourage you-all from

18   wanting to try this case, if we have to try it.  I'm just

19   saying, sometimes what we think is a really, really good case

20   comes out different.  And it's not just that one, but I've

21   had, before that, an insurance company case and a couple of

22   personal injury matters that really seemed out of whack, as

23   far as what I thought it was going to come out; but maybe

24   that's just my bad judgment.

25          But compared to my many years on the state court
```

1   bench, particularly since COVID, and I can't explain it, we've

2   had some verdicts that have surprised me.  So, I'll just leave

3   it at that.

4        I would encourage you-all to have your trial teams

5   over here to figure out the technology.  This is better than

6   what's been over here in the past; but it's not great.

7        We're going to have a trial going on in Wichita

8   Falls and another one here in the building next week, in

9   addition to yours.  We will have a technology person here in

10   the building, but keep in mind it may not be where we can get

11   him down immediately if something was to go south.

12        The last trial that we had, Monica was not my court

13   reporter, I had another court reporter that was filling in,

14   and she decided that she wanted to plug in a space heater, and

15   everything -- everything electrical was down, because the

16   socket blew for at least two hours.

17        I know it doesn't look like it from where you're at,

18   but the plugs over here and the sockets, it looks like Clark

19   Griswold's garage, you know, where he plugged in all those

20   lights and stuff.  So, you never know what's going to happen.

21   I'm just warning you.  And it's a lot better than it was, but

22   it's still pretty darn bad.

23        *MR. KIRKMAN:*  Judge, may I interrupt you?

24        *THE COURT:*  Yeah.  In fact, I've talked too long.

25   Let me turn it over to you, Mr. Kelly.

8

1           *MR. KELLY:*  No, I just had a question regarding --

2           *THE COURT:*  Do you have any questions?

3           *MR. KELLY:*  -- where you prefer to have the display.

4 Over there or over --

5           *THE COURT:*  Typically we'll put it where those two

6 red chairs are.  And if we're able to angle it, the jury is

7 able to see it.

8           And what we do, as far as opening argument, opening

9 statement, we have a podium and a microphone that we put right

10 in front of the jury box, in between the plaintiff's table

11 right there.

12           *MR. KELLY:*  Okay.

13           *THE COURT:*  But it would be well worth it to send

14 your paralegals, your IT people over this afternoon, or early

15 in the morning.  We can open up the courthouse as early as

16 7:00 on Monday.

17           Which brings me to another matter that I have to

18 take up on Monday morning at 8:30, it should only take about

19 10 minutes.  I have a big receivership case, and the receiver

20 has proposed the company he is managing be sold.  And under

21 the rules, I have to give an opportunity if anybody wants to

22 show up and object to the sale of the company.

23           That's something that I have to do on Monday.  It's

24 something that I need to do, to help protect some of the

25 investors that lost a significant amount of money in the deal.

1    So, I will do that at 8:30.

2           But don't let it affect you.  You guys don't worry

3    about cleaning off any of your tables or any of your binders,

4    et cetera, et cetera.  That will, literally, be lawyer getting

5    up, any objections, did you do this, did you do this, I

6    approve of the sale.  Unless I'm completely wrong, nobody is

7    going to object; but I do need to get that done.  And we'll do

8    that at 8:30.  But please don't let it affect you.  Just make

9    sure that the podium is available at 8:30.

10           I have taken a look at your trial briefs.  I

11   understand the arguments that American and Skiplagged are

12   making with regards to the equitable defenses.  And I think

13   that it -- the best way moving forward, is those equitable

14   defenses would be submitted to the jury on an advisory basis.

15   And I would take those into account in post-trial briefing, as

16   to the way I needed to rule on those.

17           But, in my experience, it's too much trouble to try

18   to bifurcate those, and it's better just to send it all to the

19   jury.  And I'll consider the answers to those questions

20   advisory only.

21           *MR. KELLY:*  May I speak to that, Your Honor?

22           *THE COURT:*  Yes, sir.  Go ahead.

23           Yeah.  Go ahead, Dee.

24           *MR. KELLY:*  Your Honor, we -- we do believe that's a

25   very important issue.  And that submitting that by advisory,

1    when it's not proper to go before the jury, will end up

2    causing harm to American in the context of the specific

3    defenses they raised.  We do think it will create --

4            *THE COURT:*  Like --

5            *MR. KELLY:*  -- issues.

6            *THE COURT:*  -- the concern would be it would create

7    confusion among the jurors?

8            *MR. KELLY:*  Yes, sir.

9            There's a case that we submitted to the Court where

10   this analysis was made by the Eastern District, Judge Bryson,I

11   believe.  It's called -- I'll give you the cite -- may I

12   approach, Your Honor?  It's just a one-page opinion.

13           *THE COURT:*  Yes, sir.  Go ahead.

14           *(Attorney approaches the bench)*

15           *MR. KELLY:*  I think my concerns are outlined in this

16   opinion.

17           *THE COURT:*  Thank you.

18           I'm sorry to call you by your first name.

19           Go ahead, sir.

20           *MR. KELLY:*  Not that I'm suggesting that the Eastern

21   District dictates what this Court should do, but I do think it

22   outlines our concerns.  And the prejudice that might come to

23   American as a result of this evidence getting before the jury,

24   when it should not be there, is significant.  It could affect

25   the jury's deliberation on damages, and other things they do

1  have the right to make the decision on.

2          And we object, Your Honor, at least -- I presume if

3  we make an objection now that's sufficient to preserve error

4  on this.

5          THE COURT:  Yes.

6          And I would like to study this and give you another

7  opportunity, perhaps on Monday, when I've had more opportunity

8  to think about this.

9          I'd like to hear from Mr. Kirkman.

10          MR. KIRKMAN:  Yes, sir.

11          THE COURT:  What would be your proposal, if -- if I

12  didn't submit it to the jury?

13          MR. KELLY:  Your Honor, I believe that the two

14  issues that they've submitted that are equitable, that I think

15  are live, are acquiescence and laches.  I think they're

16  basically the same evidence.

17          In the presentation of our case, we have siphoned,

18  cordoned off the laches evidence that we would ask the Court

19  to excuse the jury for that testimony.  We don't expect it to

20  last very long, and that testimony would come into the Court.

21          THE COURT:  And you have specific witnesses that you

22  know will be speaking to that or that have already been

23  prepped?

24          MR. KELLY:  Yes, sir.

25          THE COURT:  Okay.  In other words, you could give me

1    a heads-up when that evidence would be --

2            *MR. KELLY:* Oh, absolutely.

3            *THE COURT:* Yeah.

4            *MR. KELLY:* The way we have outlined the

5    presentation, we have kept that evidence separate. And it

6    won't be in the presentation we make to the jury. Now, if the

7    Court asks us to do that, then obviously we need to do that.

8            *THE COURT:* Yeah.

9            *MR. KELLY:* But we would prefer to excuse the jury.

10   I don't think it will take more than 15 to 30 minutes max,

11   depending on what they do. And then the Court can hear that

12   evidence and we can move on to the next witness.

13           *THE COURT:* I guess my only concern, Mr. Kelly, is

14   practically speaking, is that possible. Bill is shaking his

15   head, no, it's not possible.

16           *MR. KELLY:* Well, you know their position. We read

17   their papers.

18           We do think there's significant prejudice, because

19   they will spend a lot of time in the trial on an issue the

20   jury shouldn't even hear about and shouldn't be deciding. And

21   we've seen it in depositions, we know what they're going to

22   do. They've made it the centerpoint of all their briefing to

23   the Court.

24           *THE COURT:* The laches acquiescence --

25           *MR. KELLY:* Yes, sir.

1          *THE COURT:*  -- Mr. Kirkman, I'm assuming it's going

2     to be evidence to the fact that, well, American knew what we

3     were doing, and nobody ever said anything.  And some of the

4     stuff I saw in your summary judgment briefing, it took them --

5     they knew we were doing this for years, and now they're coming

6     back all these years later and suing us for breach of contract

7     and trademark.

8          Is that -- did I summarize what you're thinking on

9     that?

10          I'm sorry to cut you off.

11          *MR. KIRKMAN:*  Almost, yes.

12          And I do want to point out that we've briefed this,

13     submitted a ton of cases in the jury charge that support what

14     you're suggesting.  From a practical standpoint, we haven't

15     separated it.  There are a lot of overlapping issues.

16          I do not believe it confuses the jury.  I think it

17     -- what he's trying to do is structure the trial the way he

18     wants; that's not what we want.

19          I don't think there's any question that when this

20     jury hears it and decides it, they're not going to be

21     confused.  It's -- it's straightforward but overlapping

22     witnesses.  You're talking about bringing witnesses in and

23     out.

24          You can make -- if you decide you don't want to

25     support that jury verdict, that's your right, you can do that.

1    But I just cannot believe that it wouldn't be -- that it

2    wouldn't be efficient to try it together.

3            I mean, you may decide -- I don't think you should

4    do this -- but you may decide I'm not going to submit it to

5    the jury.  But it's not going to confuse them.  And we haven't

6    separated it.

7          THE COURT:  What about if Mr. Kelly says, Well, even

8    if you don't submit it, Judge, it's still going to be such

9    that they heard evidence of -- supporting these two defenses

10   that might confuse them, and they might give answers along the

11   lines of some of the other civil trials that I've had here

12   recently, that maybe don't go the way we think they're going

13   to go, or maybe it confuses the jury and causes them to give

14   an answer that they wouldn't have given otherwise had they not

15   heard that evidence.

16          What about -- how do you respond to that?

17          MR. KIRKMAN:  The cases that we submitted address

18   that issue specifically.  And the way the evidence lines up in

19   this case, all the witnesses, all the testimony overlap.  It

20   would be almost like a staccato effect to try the case.

21          I would encourage the Court to read those cases we

22   submitted, where this issue was specifically discussed and the

23   issues that you raised were addressed.  There can't be

24   confusion.

25          I mean, this is -- this is a series of transactions

1    that have happened over a period of years that all mesh

2    together.  And it would be prejudicial to us not to have the

3    ability to put that on.  Because, Well, this is this, and he

4    said, excuse the jury, let me put this on, well, this evidence

5    might be relevant to another issue.  It just -- it makes for

6    an impossibly cumbersome trial.  And the cases that we cited

7    to you in the jury charge make that point clear.

8            *THE COURT:*  Mr. Kelly, you can respond.

9            *MR. KELLY:*  Just briefly.

10           Your Honor, Rule 39(c) directly says this evidence

11   is not for the jury.  It says that this issue goes to the

12   Court to decide.

13           We think it's extremely prejudicial as to the Court

14   -- to the jury's deliberation on damages to hear all this

15   other evidence.  Because it will affect their judgment, it

16   will confuse them, they won't know what it's there for because

17   they won't be deciding that issue.

18           What purpose is it in this trial, other than to

19   confuse the jury and lead them to the wrong result.

20           *THE COURT:*  Tell me --

21           *MR. KELLY:*  That's the only reason.

22           *THE COURT:*  Sorry to interrupt you.

23           Practically speaking -- again, back to the question.

24   I understand the substantive positions that you both think,

25   and I'm just trying to think, practically speaking.  The

1    problem that a trial judge has is, how do you do this to least

2    inconvenience to the jury.  And I'm taking you at your word,

3    Mr. Kelly, that this -- your position is this can be done in

4    an efficient manner with the witnesses.  And I --

5        *MR. KELLY:*  Your Honor, I've worked with the witness

6    that will address this issue multiple times.  I have sectioned

7    off a very short portion of time that will address the long

8    period of time that they've stated it took American to sue.

9    That doesn't have to come into any of his other testimony

10   about the case.

11       *THE COURT:*  All right.  Let me --

12       *MR. KELLY:*  It's sectioned off.

13       *THE COURT:*  Sorry again to interrupt you.

14       Let me take this under advisement.  Before you-all

15   are gone today, or at least by the end of the day today, I'll

16   have an answer on this.

17       *MR. KELLY:*  And, Your Honor, because of the nature

18   of this, we expect it will come up in opening, and we're

19   concerned about that.  It will already be before the jury

20   before we have time to address it.  So, that's why we brought

21   it to your attention.

22       *THE COURT:*  Mr. Kirkman, is there a spring in your

23   seat?  It looks like you want to say something.

24       *MR. KIRKMAN:*  I just want the Court to understand,

25   we haven't segregated it that way, and we would be forced to

17

```
1    put witnesses --
2              THE COURT:  I'll take it under advisement and give
3    you an order.
4              Do you-all have anything else you'd like to ask me,
5    practically speaking?
6              MR. KIRKMAN:  We do.
7              MR. KELLY:  Yes, sir.
8              THE COURT:  Go ahead.
9              MR. KELLY:  There's one other evidentiary issue,
10   Your Honor, before the opening.
11             THE COURT:  Yes, sir.
12             MR. KELLY:  We have submitted exhibits of about
13   50 customer complaints we think are highly relevant to
14   confusion.  They've objected, their right to do so.
15             Again, before we open, because complaints related to
16   Skiplagged's activities and the affiliation with American are
17   central to our case, we can take those up one by one as we go
18   through, but we think they're all one single set of -- type of
19   objections that are either hearsay or not relevant.  And we
20   think they're entirely relevant to the case.
21             If the Court wants to address that now or want to
22   wait, I just want to make sure the Court's aware of it.
23             THE COURT:  Have you-all -- and I'm sorry, guys, I
24   know I've probably looked at this and just forgotten it.  Is
25   this in your trial brief?
```

```
1              MR. KELLY:  Yes, sir.

2              THE COURT:  Okay.  I'll take that under advisement

3    and I'll give you a ruling.

4              MR. KELLY:  Then I have three smaller issues, Your

5    Honor.

6              THE COURT:  Yes, sir.

7              MR. KELLY:  I think we've reached an agreement on

8    most of them, just to see what you want to do.

9              THE COURT:  Okay.

10             MR. KELLY:  Bill and I --

11             THE COURT:  I like the easy ones.

12             MR. KELLY:  Bill and I have worked out a jury

13   questionnaire.  We don't know if you want to use it, but we

14   thought we'd file it today and let you decide if you want

15   to --

16             THE COURT:  That you-all have both agreed on?

17             MR. KIRKMAN:  Yes.

18             THE COURT:  Well, that's a --

19             MR. KIRKMAN:  May I approach?

20             THE COURT:  That's a rare thing.

21                 (Attorney approaches the bench)

22             MR. KELLY:  Yes, it is.

23             THE COURT:  That's why it's good for you out-of-town

24   attorneys, this is the way we do it in Fort Worth.

25             MR. KELLY:  And if the Court is willing to use that,
```

1   we just need to understand how you want to use it that day.

2          *THE COURT:*  I've always not been the biggest fan of

3   using jury questionnaires.  But if you-all agree on it, I'll

4   get it to them that morning and see if I can -- how quickly I

5   can get it back to you.  The problem is, practically speaking,

6   -- I'll do my best to do it.  If you guys agree to it, I'll

7   give it to them, okay?

8          *MR. KIRKMAN:*  Should we file this?

9          *THE COURT:*  I'll take this.  And if you have a Word

10   copy, maybe one of your associates at --

11          *MR. KIRKMAN:*  I'll give you another copy, so you've

12   got two.

13          *(Attorney approaches the bench)*

14          *THE COURT:*  If you want to give it to Mr. Allred.

15          But you don't get much from the Federal jury cards,

16   do you?  You basically get how old they are and where they

17   work.

18          I think this has special concern, to be quite frank

19   with both of you, as I said, American's our -- I believe it's

20   still our largest employer here in Tarrant County.  You're

21   going to have several of these jurors that, I'm guessing, that

22   they're going to have a loved one or somebody close to them

23   that works for American.  But at the same time, I would guess

24   all of us have flown and maybe had not such a pleasant

25   experience at one point in time.  And with all due respect to

1    American Airlines, flying is not as fun as it used to be, and

2    it's very expensive.

3            *MR. KELLY:*  Very aware of that.

4            *THE COURT:*  Yeah.  I think everyone is going to have

5    some bias coming into these.  So, if you-all have both agreed

6    upon this, it's something that you can -- I'll -- we'll make

7    it happen.  I'll get them to you.  Just -- you're not going to

8    have much time to peruse them when you get them back, though.

9            *MR. KELLY:*  Thank you, Judge.

10           *THE COURT:*  Okay.

11           *MR. KELLY:*  The other point we reached agreement on,

12   American has an outstanding claim for unfair competition

13   that's in the charge.

14           *THE COURT:*  Yes, sir.

15           *MR. KELLY:*  We've asked Mr. Kirkman if he would

16   agree to allow us to voluntarily withdraw it.  Obviously, we

17   need the Court's approval to do that, and he's agreed, so it's

18   submitted uncontested.

19           *THE COURT:*  That's easy enough.

20           *MR. KELLY:*  It would -- it would eliminate portions

21   of the charge, so I'm sure the Court will be happy about that.

22           *THE COURT:*  The law clerk will; and I will, too.

23           *MR. KELLY:*  I should mention too, Judge, and I'm not

24   trying to rehash an issue, but the issue about equitable

25   defenses is about a third of the charge, that would all come

1    out if we go that route.

2          *THE COURT:*  Okay.  I really need to study and think

3    about it.

4          *MR. KELLY:*  All right.  The last thing, Your Honor,

5    and this is just a cleanup, we had a Daubert for Mr. Gutzler,

6    who is the damage expert.

7          *THE COURT:*  Yeah.

8          *MR. KELLY:*  Within that Daubert motion, we also had

9    a motion to exclude evidence we suggested -- well, not

10   suggested, we told the Court that it was filed after the

11   discovery deadline and it's a new report on a theory.

12   Obviously, you overruled the Daubert.  You did not

13   specifically rule on the motion to strike that evidence.  Just

14   for clarification purposes, we were wondering if that's

15   implicit in your ruling or you just haven't looked at it.

16         *THE COURT:*  I consider that would be implicit in the

17   ruling.  However, when I denied both of those, my

18   understanding was -- and I have haven't looked at the order in

19   a while -- was that both of those were without prejudice; if

20   you'd like, to be submitted again as we get into it.

21         Obviously -- you know, if John McBryde were here,

22   that type of thing, he would take up with the jury in the box.

23   I will excuse them if you guys have that type of objection

24   related to your expert that you feel that I need to take up

25   that again, I will take it up.  It was just very hard for me

1    to make rulings on the papers.  I wanted to put it into

2    context in the -- in the trial.

3            So, if you want to reurge those when we get into

4    trial, please do so.  And that will not count towards your

5    time.  And I should have been more specific about that.

6            Let me --

7            *MR. KELLY:*  That's all I have.  I'll sit down, Your

8    Honor.

9            *THE COURT:*  No, no, I'm talking too much and not

10   listening.

11           Mr. Kirkman, I want you to go ahead and stand up.

12   But I want to tell this for the edification of my out-of-town

13   counsel, something that you may not know about the Fort Worth

14   Division.  We are currently running numbers that are about

15   three times larger than the Dallas Division.  We are the

16   busiest two-judge division in the entire country,

17   numbers-wise.

18           I don't want that to sound like some whining.  We're

19   also the fastest docket in the entire state.  But you have to

20   be fast or you're going to get buried.

21           Now, the reason why I'm telling you all this, again,

22   is not to whine or complain, but it's to explain why we have

23   to give time limitations and be -- do things that perhaps when

24   I was a state court judge, or maybe if I was a Dallas judge, I

25   wouldn't do.  So, none of this is done to be mean or harsh or

1   cruel, but we don't have a lot of time, given our schedules.

2           So, when you're running three times the docket of

3   the judges in Dallas, and, for better or worse, we're one of

4   the most preferred destinations for strategic litigation

5   against the Biden Administration, rules, regulations.

6           In fact, I got mandamused, and had a mandamus

7   granted against me on a preliminary injunction that I had for

8   four days.  Two of those days I was in full-day hearings on

9   criminal cases.  And I got mandamused because I didn't give an

10  expedited ruling on a rule that, indeed, wasn't going to come

11  into effect for another 90 days.  I didn't even get a chance

12  to read the briefs.

13          So, I just want to put that in context.  I have laid

14  out next week to try this case.  Other than the minor hearing

15  that I have at 8:30 on Monday, I don't have anything else

16  scheduled.  But if anybody thinks that this is going to be --

17  maybe if you tried a case before, I don't know, in Judge

18  Lindsay or Judge Kinkeade's court over in Dallas, the two

19  divisions couldn't be any more different.

20          So, one of the things that you probably heard about

21  me and Judge O'Connor downstairs, is that we get irritated

22  sometimes at out-of-town counsel that don't know how we do it

23  over here.  And it's not to say that we have some particular

24  bias, but I will tell you, you need to rely upon your local

25  counsel, because they've been practicing over here for years.

1    And the problem that I've just described has existed for a

2    while, but it's been exacerbated since the passing of Judge

3    McBryde a few years ago.

4         So, if you think we're being mean or harsh, it's not

5    anything other than we just have a lot going on.  And I used

6    to wonder that when I was a young lawyer, how come those

7    judges over there don't give you continuances, how come

8    they're not more generous of the time.  But just like you,

9    when you're away from your law firm and don't get to work on

10   your other matters that you have, same thing for me.

11        So, when I'm presiding over this trial for a week --

12   and at 5:00 I don't get to go home either, I'm ruling on this

13   stuff and looking at it and preparing for the next day -- I

14   can't go back to the other work, a lot of which the Fifth

15   Circuit is telling me, in their view, is more important.  And

16   I don't agree with that, but they are the Court above me.

17        I'm sure you-all read the mandamus opinions against

18   me.  Go do a google search or Westlaw search for me and U.S.

19   Chamber of Commerce and you'll understand what I mean.

20   Because it ain't your grandpa's Fifth Circuit either.

21        And I am averaging one to two of these nationwide

22   jurisdiction, nationwide cases of significance every week, and

23   so is the Judge downstairs.  So, you never know, we might have

24   one Monday that I have to drop everything, and, you know,

25   we're taking -- I got one last Friday about whether folks have

1   a right to own a switchblade or not.  You know, you just never

2   know.  It could be that, it could be some Medicare rule, it

3   could be student loans, with the election coming up, you never

4   know.

5           And as a result of that, that's why I told these two

6   gentlemen yesterday, I have to try it if I'm going to try it

7   next week, I don't have anywhere to put you.  So, when you go

8   back to your law firms out of town, you might just want to

9   tell them this is a different place.  Fort Worth and Dallas

10  are not the same.  And I don't know why clients a lot of times

11  think they are, but they're not.

12          So, out-of-town counsel frequently get themselves in

13  trouble with me, and with the Judge downstairs, because

14  they're not aware of what we have over here.  That's why Fort

15  Worth attorneys can get together and agree on things.

16          Everybody understand?

17          MR. KELLY:  Yes, sir.

18          MR. KIRKMAN:  Yes, sir.

19          THE COURT:  Okay.  I've given that speech about a

20  million times, but it's true.  I'm not telling you that to be

21  mean, it's just a fact of life.  We could add two judges over

22  here, and we'd still have more work than they do in Dallas.

23          All right.  Mr. Kirkman, what do you have to tell

24  me?

25          MR. KIRKMAN:  I have some, what I would describe, as

1    logistical questions.  I must admit, I have never tried a case

2    with nine jurors, so I'm looking forward to that.

3          But I have questions about peremptories, and where

4    they -- do they sit closer to you, and what are you doing

5    about alternates.

6          *THE COURT:*  Well, in Federal court -- and I know

7    you're much more of an experienced attorney than I am, so I

8    don't mean to preach to you.  But in Federal court, I have the

9    option in a civil case, I can actually go down to six jurors.

10         *MR. KIRKMAN:*  Right.

11         *THE COURT:*  I picked nine.  And if any of them drop

12   off, under the law, that I can go down to a jury with a

13   minimum of six.  And that's why I do pick nine, because I --

14   in fact, the last trial that I had, it was over the Labor Day

15   weekend, and the trial ended up going longer than anticipated,

16   and I did have to let two of the witnesses *(sic)* go and ended

17   up trying it with seven.

18         I know that nine sounds like an odd number.  You

19   know, in a perfect world, the founding fathers, in a lot of

20   their writings, said that a 12-person jury is always the best.

21   But, you know, asking 12 people to give up an entire week is

22   not as easy to do as you think.

23         And the other judges in the building tend to go with

24   a seven- or eight-person jury, I tend to go -- break in the

25   middle with nine, and no alternates.  But under the law, if

1    someone doesn't show up, I can lose three of those and still

2    go forward.

3         And you can make all your objections, but I don't

4    think you're going to win on me.

5         *MR. KIRKMAN:*  I'm not objecting.  I just wanted to

6    understand how it goes.

7         *THE COURT:*  I meant if one drops off.  No, I go in

8    with nine, don't designate anybody an alternate.  And if for

9    some reason someone gets sick, and go up with eight or seven.

10        Make sense?

11        *MR. KIRKMAN:*  How about peremptories?  Do we break

12   like we're doing six, like there's a six-person jury?  How

13   many strikes do you give us?

14        *THE COURT:*  Well, in -- under the Federal rules, you

15   get half of what you get over at the state.  So, you only

16   get -- you only get three in a civil case, don't you?

17        *MR. KIRKMAN:*  Yeah.

18        *THE COURT:*  If I'm really nice, I might give you an

19   extra one.

20        *MR. KIRKMAN:*  Okay.

21        *THE COURT:*  You can ask me at the end of voir dire.

22        But remember, I'm not -- I'm not like John McBryde,

23   but I don't want you guys doing an awful lot of voir dire.

24        Sometimes -- when I first came on the bench, Judge

25   McBryde asked me, he said, Well, Mark, what are the two things

1    you're most worried about?  And I said, Well, Judge, Federal

2    sentencing.  He said, Well, that's not a problem, you just

3    read the script.  Then I said, Well, I'm also worried about

4    going back to Federal court jury selection.  And he said,

5    Well, that's not a problem either, you just don't let the

6    attorneys ask any questions and you'll be fine.

7         But I don't do that, but I'm only giving you guys,

8    what, 15 minutes?  Use your time wisely, you're not getting

9    much.  This is not down in state court.

10        MR. KIRKMAN:  And that leads me to another question.

11   The time that you've given us for voir dire and opening is not

12   included in your total hours?

13        THE COURT:  Yes, sir.

14        MR. KIRKMAN:  Because I remember when we had Judge

15   Means it was all one.

16        THE COURT:  No.  I'm a little bit more generous than

17   he is.  So, the 11 hours, that's only for the time used during

18   the case in chief to present evidence.  So, that wouldn't --

19   let's say we get in and there's -- we get into a big fight

20   over the expert, Mr. Getzler, I can't remember his name, and

21   you-all want to argue over that, what should be included what

22   shouldn't, that doesn't count against you.  So, only the time

23   to present evidence.

24        MR. KIRKMAN:  Okay.

25        THE COURT:  So that doesn't -- 11 hours doesn't

```
1   sound as bad as you thought, does it?
2             MR. KIRKMAN:  It's not bad.  I've tried a bunch
3   of --
4             THE COURT:  It will easily be the entire week.  So,
5   in my experience, and maybe I'm not the most efficient judge,
6   but just time on the record, introducing evidence, a long
7   trial day for me -- Monica, I want you to nod your head -- is,
8   what, six hours?  I would say more like five probably, don't
9   you think?  Actually putting evidence in, not argument, five
10  hours?
11            MR. KIRKMAN:  Okay.  That's all I have.
12            Thanks, Judge.
13            THE COURT:  All right.  So, let me -- let me study
14  this issue on the equitable defenses and I'll have you
15  something by today.
16            I want to look at your jury questionnaire.  You can
17  expect that that will be submitted.  And I'll have some more
18  information for you.
19            Was Judge Horan supposed to get here at a certain
20  time for you-all?
21            MR. KELLY:  He said about 9:30.
22            MR. KIRKMAN:  9:30.
23            THE COURT:  Okay.
24            MR. KELLY:  Your Honor, may I mention just one other
25  thing?
```

1          THE COURT:  Yes, sir.  Go ahead.

2          MR. KELLY:  I didn't want to suggest, by the way I

3    proposed doing the segregation of the evidence, that we want

4    more time.  It's still within the 11.  We're not trying to

5    change that.

6          THE COURT:  No, I didn't take it that way.

7          Well, I guess we can go off the record.

8              (Proceedings Adjourned)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## REPORTER'S CERTIFICATE

     I, Monica Willenburg Guzman, CSR, RPR, certify

that the foregoing is a true and correct transcript from

the record of proceedings in the foregoing entitled matter.

     I further certify that the transcript fees format

comply with those prescribed by the Court and the Judicial

Conference of the United States.

     Signed this 22nd day of July, 2025.


                         /s/Monica Willenburg Guzman
                         Monica Willenburg Guzman, CSR, RPR
                         Texas CSR No. 3386
                         NCRA No. 32278
                         Official Court Reporter
                         The Northern District of Texas
                         Fort Worth Division


CSR Expires:       7/31/2027

Business Address:  501 W. 10th Street, Room 310
                   Fort Worth, Texas  76102

Telephone:         817.850.6681

E-Mail Address:    mguzman.csr@yahoo.com

MR. KELLY: [45]
MR. KIRKMAN: [25] 4/13 5/4 7/23
11/10 13/11 14/17 16/24 17/6 18/17
18/19 19/8 19/11 25/18 25/25 26/10
27/5 27/11 27/17 27/20 28/10 28/14
28/24 29/2 29/11 29/22
MR. KLEMCHUK: [1] 5/8
MR. TOBIN: [5] 4/16 4/21 4/24 5/1
5/3
THE COURT: [74]

**/**

**/s/Monica [1]** 31/11

**1**

**10 [1]** 8/19
**10th [1]** 2/3 2/6 31/17
**11 [3]** 28/17 28/25 30/4
**1160 [1]** 1/20
**12 [1]** 26/21
**12-person [1]** 26/20
**15 [2]** 12/10 28/8

**2**

**201 [2]** 1/12 1/19
**2024 [2]** 1/6 4/2
**2025 [1]** 31/9
**2027 [1]** 31/16
**214.265.3800 [1]** 1/25
**214.367.6000 [1]** 2/4
**214.665.3600 [1]** 1/17
**2200 [1]** 1/15
**22nd [1]** 31/9
**2500 [1]** 1/12

**3**

**30 [1]** 12/10
**310 [2]** 2/6 31/17
**32278 [1]** 31/12
**3386 [1]** 31/12
**35 [1]** 5/22
**39 [1]** 15/10

**4**

**45 [1]** 5/24
**4:23-CV-00860-P [1]** 1/4
**4:23-CV-860-P [1]** 4/5

**5**

**50 [1]** 17/13
**501 [2]** 2/6 31/17
**5200 [1]** 1/16
**5:00 [2]** 5/12 24/12

**7**

**7/31/2027 [1]** 31/16
**700 [1]** 1/24
**75201 [1]** 1/16
**75206 [1]** 2/3
**75231 [1]** 1/24
**76102 [4]** 1/13 1/20 2/7 31/17
**7:00 [1]** 8/16

**8**

**8080 [1]** 1/23
**8150 [1]** 2/2

**817.332.2500 [1]** 1/13
**817.336.2800 [1]** 1/21
**817.850.6661 [1]** 2/7 31/18
**8:30 [5]** 8/18 9/1 9/8 9/9 23/15
**8:35 [2]** 1/6 4/2

**9**

**90 [1]** 23/11
**9:00 [1]** 5/12
**9:30 [2]** 29/21 29/22

**A**

**a.m [3]** 1/6 4/2 5/12
**AARON [2]** 1/22 4/14
**ability [1]** 15/3
**able [2]** 8/6 8/7
**about [27]** 5/24 8/18 9/3 11/8 12/20
13/22 14/7 14/16 16/10 16/19 17/12
20/21 20/24 20/25 21/3 22/5 22/13
22/14 23/20 24/25 25/19 26/3 26/5
27/11 28/1 28/3 29/21
**above [1]** 24/16
**absolutely [1]** 12/2
**account [1]** 9/15
**acquiescence [2]** 11/15 12/24
**Action [1]** 4/5
**activities [1]** 17/16
**actually [2]** 26/9 29/9
**add [1]** 25/21
**addition [1]** 7/9
**address [7]** 14/17 16/6 16/7 16/20
17/21 31/17 31/19
**addressed [1]** 14/23
**Adjourned [1]** 30/8
**Administration [1]** 23/5
**admit [1]** 26/1
**advisement [3]** 16/14 17/2 18/2
**advisory [3]** 9/14 9/20 9/25
**affect [4]** 9/2 9/8 10/24 15/15
**affiliation [1]** 17/16
**after [1]** 21/10
**afternoon [1]** 8/14
**again [6]** 15/23 16/13 17/15 21/20
21/25 22/1
**against [4]** 23/5 23/7 24/17 28/22
**aggressive [1]** 6/9
**ago [1]** 24/3
**agree [5]** 19/3 19/6 20/16 24/16 25/15
**agreed [3]** 18/16 20/5 20/17
**agreement [2]** 18/7 20/11
**ahead [7]** 9/22 9/23 10/13 10/19 17/8
22/11 30/1
**ain't [1]** 24/20
**AIRLINES [4]** 1/4 4/4 4/9 20/1
**all [34]**
**allow [1]** 20/16
**Allred [1]** 19/14
**almost [2]** 13/11 14/20
**along [2]** 4/13 14/10
**already [2]** 11/22 16/19
**also [3]** 21/8 22/19 28/3
**alternate [1]** 27/8
**alternates [2]** 26/5 26/25
**always [2]** 19/2 26/20
**am [4]** 4/16 5/18 24/21 26/7
**AMERICAN [14]** 1/4 4/3 4/7 4/8 5/19
9/11 10/2 10/23 13/2 16/8 17/16 19/23

20/1 20/12
**American's [1]** 19/19
**among [1]** 10/7
**amount [1]** 8/25
**analysis [1]** 10/10
**angle [1]** 8/6
**another [8]** 7/8 7/13 8/17 11/6 15/5
19/11 23/11 28/10
**answer [2]** 14/14 16/16
**answers [2]** 9/19 14/10
**anticipated [1]** 26/15
**anticipating [1]** 5/18
**any [9]** 8/2 9/3 9/3 9/5 13/19 16/9
23/19 26/11 28/6
**anybody [3]** 8/21 23/16 27/8
**anything [4]** 13/3 17/4 23/15 24/5
**anywhere [1]** 25/7
**approach [2]** 10/12 18/19
**approaches [3]** 10/14 18/21 19/13
**approval [2]** 20/17
**approve [1]** 9/6
**are [20]** 8/6 9/11 10/15 11/14 11/15
11/15 13/15 16/15 17/13 17/16 17/19
19/16 22/14 22/14 22/15 24/16 25/10
25/11 26/4 27/25
**argue [1]** 28/21
**argument [2]** 8/8 29/9
**arguments [1]** 9/11
**ask [4]** 11/18 17/4 27/21 28/8
**asked [2]** 20/15 27/25
**asking [1]** 26/21
**asks [1]** 12/7
**associates [1]** 19/10
**assuming [1]** 13/1
**attention [1]** 16/21
**attorney [4]** 10/14 18/21 19/13 26/7
**attorneys [3]** 18/24 25/15 28/6
**available [1]** 9/9
**Avenue [1]** 1/15
**averaging [1]** 24/21
**aware [3]** 17/22 20/3 25/14
**away [1]** 24/9
**awful [1]** 27/23

**B**

**back [7]** 13/6 15/23 19/5 20/8 24/14
25/8 28/4
**bad [4]** 6/24 7/22 29/1 29/2
**bailiff [1]** 6/15
**basically [2]** 11/16 19/16
**basics [1]** 5/10
**basis [1]** 9/14
**be [44]**
**because [15]** 5/19 6/11 7/15 12/18
15/3 15/15 15/16 16/17 17/15 23/9
23/25 24/20 25/13 26/13 28/14
**been [7]** 6/8 7/6 11/22 19/2 22/5 23/25
24/2
**before [10]** 1/8 6/21 10/1 10/23 16/14
16/19 16/20 17/10 17/15 23/17
**begin [1]** 4/6
**behalf [1]** 4/7
**being [1]** 24/4
**believe [8]** 5/19 5/23 9/24 10/11 11/13
13/16 14/1 19/19
**bench [5]** 7/1 10/14 18/21 19/13 27/24
**best [4]** 9/13 19/6 26/20

**B**

better [4]  7/5 7/21 9/18 23/3
between [1]  8/10
bias [2]  20/5 23/24
Biden [1]  23/5
bifurcate [1]  9/18
big [3]  5/25 8/19 28/19
biggest [1]  19/2
Bill [4]  4/13 12/14 18/10 18/12
binders [1]  9/3
bit [1]  28/16
blew [1]  7/16
Bonham [1]  4/23
both [8]  5/25 6/4 15/24 18/16 19/19
 20/5 21/17 21/19
box [2]  8/10 21/22
breach [1]  13/6
break [3]  5/17 26/24 27/11
brief [1]  17/25
briefed [1]  13/12
briefing [3]  9/15 12/22 13/4
briefly [1]  15/9
briefs [2]  9/10 23/12
bringing [1]  13/22
brings [1]  8/17
brought [1]  16/20
Bryson,I [1]  10/10
building [3]  7/8 7/10 26/23
bunch [1]  29/2
buried [1]  22/20
busiest [1]  22/16
Business [1]  31/17
buy [1]  5/14 5/15

**C**

cajole [1]  6/3
call [3]  4/3 5/22 10/18
called [2]  5/20 10/11
came [3]  6/11 6/13 27/24
CAMERON [2]  1/14 4/9
can [21]  6/1 7/10 8/15 12/11 12/12
 13/24 13/25 16/8 16/3 17/17 19/4 19/5
 20/6 25/15 26/9 26/12 27/1 27/3 27/21
 29/16 30/7
can't [4]  7/1 14/23 24/14 28/20
cannot [1]  14/1
cards [1]  19/15
case [19]  1/4 5/19 6/18 6/19 6/21 8/19
 10/9 11/17 14/19 14/20 16/10 17/17
 17/20 23/14 23/17 26/1 26/9 27/16
 28/18
cases [6]  13/13 14/17 14/21 15/6 23/9
 24/22
causes [1]  14/13
causing [1]  10/2
centerpoint [1]  12/22
central [2]  2/2 17/17
certain [1]  29/19
CERTIFICATE [1]  31/1
certify [2]  31/3 31/6
cetera [2]  9/4 9/4
chairs [1]  8/6
Chamber [1]  24/19
chance [1]  23/11
change [1]  30/5
charge [5]  13/13 15/7 20/13 20/21

 20/25
chief [1]  28/18
Circuit [2]  24/13 24/20
cite [1]  10/11
cited [1]  15/6
civil [6]  4/5 5/21 6/6 14/11 26/9 27/16
claim [1]  20/12
clarification [1]  21/14
Clark [1]  7/18
cleaning [1]  9/3
cleanup [1]  21/5
clear [1]  15/7
clerk [1]  20/22
clients [2]  6/4 25/10
close [1]  19/12
closer [1]  26/4
co [3]  4/9 4/14 5/5
co-counsel [1]  4/9 4/14 5/5
come [11]  6/13 6/16 6/23 10/22 11/20
 16/9 16/18 20/25 23/10 24/6 24/7
comes [1]  6/20
coming [3]  13/5 20/5 25/3
Commerce [1]  24/19
company [3]  6/21 8/20 8/22
compared [1]  6/25
competition [1]  20/12
complain [1]  22/22
complaints [2]  17/13 17/15
completely [1]  9/6
comply [1]  31/7
computer [1]  2/10
concern [3]  10/6 12/13 19/18
concerned [1]  16/19
concerns [2]  10/15 10/22
Condon [1]  1/22
CONFERENCE [2]  1/8 31/8
confuse [4]  14/5 14/10 15/16 15/19
confused [1]  13/21
confuses [2]  13/16 14/13
confusion [3]  10/7 14/24 17/14
consider [2]  9/19 21/16
context [3]  10/2 22/2 23/13
continuances [1]  24/7
contract [1]  13/6
Cooper [2]  4/19 4/20
copy [2]  19/10 19/11
cordoned [1]  11/18
correct [1]  31/4
could [7]  4/6 10/24 11/25 25/2 25/2
 25/3 25/21
couldn't [1]  23/19
counsel [7]  4/9 4/14 5/5 22/13 23/22
 23/25 25/12
count [2]  22/4 28/22
country [1]  22/16
County [1]  19/20
couple [1]  6/21
court [30]  1/1 1/9 2/6 6/25 7/12 7/13
 10/9 10/21 11/18 11/20 12/7 12/11
 12/23 14/21 15/12 15/13 16/24 17/21
 18/25 20/21 21/10 22/24 23/18 24/16
 26/6 26/8 28/4 28/9 31/7 31/13
Court's [2]  17/22 20/17
courthouse [1]  8/15
courtroom [2]  5/23 5/25
COVID [1]  7/1
create [2]  10/3 10/6

criminal [1]  23/9
cruel [1]  23/1
CSR [5]  2/6 31/3 31/11 31/16
cumbersome [1]  15/6
currently [1]  22/14
customer [1]  17/13
cut [1]  13/10
CV [2]  1/4 4/5

**D**

Dallas [9]  1/16 1/24 2/3 22/15 22/24
 23/3 23/18 25/9 25/22
damage [1]  21/6
damages [2]  10/25 15/14
DARIN [2]  2/1 5/4
darn [1]  7/22
Daubert [3]  21/5 21/8 21/12
day [8]  5/11 16/15 19/1 23/8 24/13
 26/14 29/7 31/9
days [4]  5/14 23/8 23/8 23/11
deadline [1]  21/11
deal [1]  8/25
decide [5]  13/24 14/3 14/4 15/12
 18/14
decided [1]  7/14
decides [1]  13/20
deciding [2]  12/20 15/17
decision [1]  11/1
DEE [3]  1/11 4/8 9/23
DEFENDANT [1]  1/18
defenses [6]  9/12 9/14 10/3 14/9
 20/25 29/14
deliberation [2]  10/25 15/14
denied [1]  21/17
depending [2]  5/13 12/11
depositions [1]  12/21
deputy [1]  5/23
describe [1]  25/25
described [1]  24/1
designate [1]  27/8
destinations [1]  23/4
dictates [1]  10/21
did [6]  4/23 9/5 9/5 13/8 21/12 26/16
didn't [5]  11/12 23/9 23/11 30/2 30/6
different [3]  6/20 23/19 25/9
dire [3]  27/21 27/23 28/11
directly [1]  15/10
discourage [1]  6/17
discovery [1]  21/11
discussed [1]  14/22
display [1]  8/3
DISTRICT [6]  1/1 1/2 1/9 10/10 10/21
 31/13
division [5]  1/3 22/14 22/15 22/16
 31/14
divisions [1]  23/19
do [53]
docket [2]  22/19 23/2
does [2]  5/19 29/1
doesn't [6]  7/17 16/9 27/1 28/22 28/25
 28/25
doing [6]  13/3 13/5 26/4 27/12 27/23
 30/3
don't [34]
done [3]  9/7 16/3 22/25
down [6]  7/11 7/15 22/7 26/9 26/12
 28/9

## D

downstairs [3] 2/3 22/4 23/8
drop [2] 24/24 26/11
drops [1] 27/7
due [1] 19/25
during [1] 28/17

## E

E-Mail [2] 2/8 31/19
early [1] 8/14 8/15
easily [1] 29/4
Eastern [2] 10/10 10/20
easy [3] 18/11 20/19 26/22
edification [1] 22/12
effect [2] 14/20 23/11
efficient [3] 14/2 16/4 29/5
eight [2] 26/24 27/9
eight-person [1] 26/24
either [4] 17/19 24/12 24/20 28/5
election [1] 25/3
electrical [1] 7/15
eliminate [1] 20/20
else [2] 17/4 23/15
employer [2] 5/20 19/20
encourage [2] 7/4 14/21
end [3] 10/1 16/15 27/21
ended [2] 26/15 26/16
enough [1] 20/19
entire [4] 22/16 22/19 26/21 29/4
entirely [1] 17/20
entitled [1] 31/5
equitable [5] 9/12 9/13 11/14 20/24 29/14
error [1] 11/3
et [2] 9/4 9/4
even [4] 5/21 12/20 14/7 23/11
ever [1] 13/3
every [1] 24/22
Everybody [1] 25/16
everyone [1] 20/4
everything [3] 9/15 7/15 24/24
evidence [20] 10/23 11/16 11/18 12/1 12/5 12/12 13/2 14/9 14/15 14/18 15/4 15/10 15/15 21/9 21/13 28/18 28/23 29/6 29/9 30/3
evidentiary [1] 17/9
exacerbated [1] 24/2
exactly [1] 6/12
exclude [1] 21/9
excuse [4] 11/19 12/9 15/4 21/23
exhibits [1] 17/12
existed [1] 24/1
expect [3] 11/19 16/18 29/17
expedited [1] 23/10
expensive [1] 20/2
experience [3] 9/17 19/25 29/5
experienced [1] 26/7
expert [3] 21/6 21/24 28/20
Expires [1] 31/16
explain [2] 7/1 22/22
Exprwy [1] 2/2
extra [1] 27/19
extremely [1] 15/13

## F

fact [6] 6/13 7/24 13/2 23/6 25/21 26/14

faith [1] 6/5
Falls [1] 7/8
familiar [1] 19/8
family's [1] 4/22
fan [1] 19/2
far [2] 6/23 8/8
fast [1] 22/20
fastest [1] 22/19
fathers [1] 26/19
Federal [6] 19/15 26/6 26/8 27/14 28/1 28/4
feel [1] 21/24
fees [1] 31/6
few [2] 6/6 24/3
Fifth [2] 24/14 24/20
fight [1] 28/19
figure [1] 7/5
file [2] 18/14 19/8
filed [1] 21/10
filling [1] 7/13
fine [1] 28/6
firm [2] 1/19 24/9
firms [1] 25/8
first [2] 10/18 27/24
five [2] 29/8 29/9
Floor [1] 2/3
flown [1] 19/24
flying [1] 20/1
folks [1] 24/25
forced [1] 16/25
foregoing [2] 31/4 31/5
forgotten [1] 17/24
format [1] 31/6
FORT [11] 1/3 1/5 1/13 1/20 2/7 18/24 22/13 25/9 25/14 31/14 31/17
forward [3] 9/13 26/2 27/2
founding [1] 26/19
four [1] 23/8
frank [1] 19/18
frequently [1] 25/12
Friday [1] 24/25
front [1] 8/10
full [1] 23/8
full-day [1] 23/8
fun [1] 20/1
further [1] 31/6

## G

garage [1] 7/19
generous [2] 24/8 28/16
gentlemen [2] 5/10 25/6
get [26] 5/24 5/25 7/10 9/7 19/4 19/5 19/15 19/16 20/7 20/8 21/20 22/3 22/20 23/11 23/21 24/9 24/12 25/12 25/15 27/15 27/15 27/16 27/16 28/19 28/19 29/19
gets [1] 27/9
getting [3] 9/4 10/23 28/8
Getzler [1] 28/20
give [26] 5/10 5/16 5/17 8/21 10/11 11/6 11/25 14/10 14/13 17/2 18/3 19/7 19/11 19/14 22/23 23/9 24/7 26/21 27/13 27/18
given [4] 14/14 23/1 25/19 28/11
giving [1] 28/7
go [26] 7/11 9/22 9/23 10/1 10/13 10/19 14/13 14/13 17/8 17/17 21/1

22/11 24/12 24/14 24/18 25/7 26/9 27/9 30/1 30/7
goes [2] 15/11 27/6
going [26] 6/13 6/15 6/23 7/7 7/7 7/20 9/7 12/21 13/1 13/20 14/4 14/5 14/8 14/12 19/21 19/22 20/4 20/7 22/20 23/10 23/16 24/5 25/6 26/15 27/4 28/4
gone [1] 16/15
good [2] 6/19 18/23
goodness [1] 4/24
google [1] 24/18
got [5] 6/7 19/12 23/6 23/9 24/25
grandpa's [1] 24/20
granted [1] 23/7
great [1] 7/6
Greenberg [1] 1/15
grew [1] 4/19
Griswold's [1] 7/19
guess [3] 12/13 19/23 30/7
guessing [1] 19/21
Gutzler [1] 21/5
guy [1] 4/22
guys [7] 6/3 9/2 17/23 19/6 21/23 27/23 28/7
GUZMAN [4] 2/6 31/3 31/11 31/11

## H

had [17] 6/8 6/10 6/21 7/2 7/12 7/13 8/1 11/7 14/11 14/14 19/24 21/5 21/8 23/6 23/7 26/14 28/14
half [1] 27/15
Hallman [1] 1/11
happen [2] 7/20 20/7
happened [1] 15/1
happy [1] 20/21
hard [1] 21/25
harm [1] 10/2
harsh [2] 22/25 24/4
Hart [1] 1/11
has [5] 8/20 16/1 19/18 20/12 24/1
have [72]
haven't [5] 13/14 14/5 16/25 21/15 21/18
having [1] 5/18
he [12] 6/11 7/19 8/20 13/17 15/3 20/15 21/22 27/25 28/2 28/4 28/17 29/21
he's [2] 13/17 20/17
head [2] 12/15 29/7
heads [1] 12/1
heads-up [1] 12/1
hear [4] 11/9 12/11 12/20 15/14
heard [3] 14/9 14/15 23/20
hearing [1] 23/14
hearings [1] 23/8
hears [1] 13/20
hearsay [1] 17/19
heater [1] 7/14
help [1] 8/24
here [15] 6/1 6/7 7/5 7/6 7/8 7/9 7/18 14/11 19/20 21/21 23/23 23/25 25/14 25/22 29/19
here's [1] 4/22
highly [1] 17/13
him [1] 7/11
his [3] 12/14 16/9 28/20

**H**

**home [1]** 24/08
**Honor [16]** 4/8 4/13 4/16 9/21 9/24
10/12 11/2 11/13 15/10 16/5 16/17
17/10 18/5 21/4 22/8 29/24
**HONORABLE [1]** 1/8
**Horan [1]** 29/19
**hour [2]** 5/16 5/17
**hours [6]** 7/16 28/12 28/17 28/25 29/8
29/10
**how [11]** 14/16 16/1 19/1 19/4 19/16
23/22 24/6 24/7 27/6 27/11 27/12
**However [1]** 21/17

**I**

**I'd [1]** 11/9
**I'll [21]** 4/6 5/11 5/22 6/7 7/2 9/19
10/11 16/15 17/2 18/2 18/3 19/3 19/6
19/6 19/9 19/11 20/6 20/7 22/7 29/14
29/17
**I'm [33]**
**I've [12]** 5/20 6/7 6/20 7/24 11/7 14/11
16/5 17/24 19/2 24/1 25/19 29/2
**identify [1]** 4/6
**immediately [1]** 7/11
**implicit [2]** 21/15 21/16
**important [2]** 9/25 24/15
**importantly [1]** 6/15
**impossibly [1]** 15/6
**INC [2]** 1/4 1/6
**included [2]** 28/12 28/21
**inconvenience [1]** 16/2
**Incorporated [2]** 4/4 4/4
**indeed [1]** 23/10
**INDEX [1]** 2/12
**information [1]** 29/18
**injunction [1]** 23/7
**injury [1]** 6/22
**insurance [1]** 6/21
**interrupt [3]** 7/23 15/22 16/13
**introducing [1]** 29/6
**investors [1]** 8/25
**involve [1]** 5/19
**irritated [1]** 23/21
**is [54]**
**issue [12]** 9/25 12/19 14/18 14/22
15/5 15/11 15/17 16/6 17/9 20/24
20/24 29/14
**issues [5]** 10/5 11/14 13/15 14/23
18/4
**it [111]**
**it's [34]**

**J**

**John [2]** 21/21 27/22
**JR [1]** 1/11
**judge [24]** 1/9 6/3 6/9 7/23 10/10 14/8
16/1 20/9 20/23 22/16 22/24 22/24
23/17 23/18 23/21 24/2 24/23 25/13
27/24 28/1 28/14 29/5 29/12 29/19
**judges [4]** 23/3 24/7 25/21 26/23
**judgment [3]** 6/24 13/4 15/15
**judgments [1]** 6/9
**Judicial [1]** 31/7
**July [1]** 31/9
**jurisdiction [1]** 24/22
**jurors [5]** 5/22 10/7 19/21 26/2 26/9

**jury [38]**
**jury's [2]** 10/25 15/14
**just [37]**

**K**

**keep [1]** 7/10
**KELLY [9]** 1/11 1/11 4/6 4/8 7/25
12/13 14/7 15/8 16/3
**Kelly's [1]** 6/10
**kept [1]** 12/5
**kidding [1]** 4/21
**kind [1]** 4/17
**Kinkeade's [1]** 23/18
**KIRKMAN [9]** 1/18 1/19 4/13 11/9 13/1
16/22 20/15 22/11 25/23
**KLEMCHUK [3]** 2/1 2/2 5/4
**knew [2]** 13/2 13/5
**know [26]** 4/19 4/23 5/15 7/17 7/19
7/20 11/22 12/16 12/21 15/16 17/24
18/13 21/21 22/13 23/17 23/22 24/23
24/24 25/1 25/2 25/4 25/10 26/6 26/18
26/19 26/21

**L**

**Labor [1]** 26/14
**laches [3]** 11/15 11/18 12/24
**laid [1]** 23/13
**Lane [1]** 1/23
**larger [2]** 5/20 22/15
**largest [2]** 5/20 19/20
**last [7]** 5/23 6/6 7/12 11/20 21/4 24/25
26/14
**later [1]** 13/6
**Laughter [2]** 4/18 5/7
**law [6]** 1/19 20/22 24/9 25/8 26/12
26/25
**lawyer [2]** 9/4 24/6
**lawyers [1]** 6/4
**lead [1]** 15/19
**leads [1]** 28/10
**least [6]** 5/13 5/22 7/16 11/2 16/1
16/15
**leave [1]** 7/2
**let [13]** 5/10 7/25 9/2 9/8 15/4 16/11
16/14 18/14 22/6 26/16 28/5 29/13
29/13
**let's [1]** 28/19
**life [1]** 25/21
**lights [1]** 7/20
**like [20]** 4/17 5/6 5/24 7/17 7/18 10/4
11/6 11/9 14/20 16/23 17/4 18/11
21/20 22/18 24/8 26/18 27/12 27/12
27/22 29/8
**limitations [1]** 22/23
**Lindsay [1]** 23/18
**lines [2]** 14/11 14/18
**listening [1]** 22/10
**literally [1]** 9/4
**litigation [1]** 23/4
**little [1]** 28/16
**live [1]** 11/15
**LLP [2]** 1/11 1/15
**loans [1]** 25/3
**local [2]** 5/20 23/24
**logistical [1]** 26/1
**long [4]** 7/24 11/20 16/7 29/6
**longer [1]** 26/15

**look [3]** 7/17 9/10 29/16
**looked [3]** 17/24 21/15 21/18
**looking [2]** 24/13 26/2
**looks [2]** 7/18 16/23
**lose [1]** 27/1
**losing [1]** 6/5
**lost [1]** 8/25
**lot [9]** 7/21 12/19 13/15 23/1 24/5
24/14 25/10 26/19 27/23
**loved [1]** 19/22
**lunch [4]** 5/14 5/15 5/16 5/17

**M**

**made [2]** 10/10 12/22
**Mahon [1]** 6/3
**Mail [2]** 2/8 31/19
**Main [2]** 1/12 1/19
**make [11]** 9/8 11/1 11/3 12/6 13/24
15/7 17/22 20/6 22/1 27/3 27/10
**makes [1]** 15/5
**making [1]** 9/12
**managing [1]** 8/20
**mandamus [2]** 23/6 24/17
**mandamused [2]** 23/6 23/9
**manner [1]** 16/4
**many [2]** 6/25 27/13
**MARK [2]** 1/8 27/25
**matter [2]** 8/17 31/5
**matters [2]** 6/22 24/10
**max [1]** 12/10
**may [9]** 7/10 7/23 9/21 10/11 14/3
14/4 18/19 22/13 29/24
**maybe [10]** 6/5 6/9 6/23 14/12 14/13
19/10 19/24 22/24 23/17 29/5
**McBryde [4]** 21/21 24/3 27/22 27/25
**me [33]**
**mean [7]** 14/3 14/25 22/25 24/4 24/19
25/21 26/8
**Means [1]** 28/15
**meant [1]** 27/7
**mechanical [1]** 2/10
**mediate [1]** 6/11
**Medicare [1]** 25/2
**meet [1]** 4/10
**mention [2]** 20/23 29/24
**mesh [1]** 15/1
**mguzman.csr [2]** 2/8 31/19
**microphone [1]** 8/9
**middle [1]** 26/25
**might [7]** 10/22 14/10 14/10 15/5
24/23 25/8 27/18
**million [1]** 25/20
**mind [1]** 7/10
**minimum [1]** 26/13
**minor [1]** 23/14
**minutes [3]** 8/19 12/10 28/8
**Monday [6]** 8/16 8/18 8/23 11/7 23/15
24/24
**money [1]** 8/25
**MONICA [7]** 2/6 6/15 7/12 29/7 31/3
31/11 31/11
**more [13]** 6/8 11/7 12/10 22/5 23/19
24/8 24/15 25/22 26/7 28/16 29/8
29/17 30/4
**morning [3]** 8/15 8/18 19/4
**most [5]** 6/14 18/8 23/4 28/1 29/5
**motion [3]** 21/8 21/9 21/13

## M

**move [1]** 2/02
**moving [1]** 9/13
**Mr [17]** 4/6 4/11 6/10 7/25 11/9 12/13 13/1 14/7 15/8 16/3 16/22 19/14 20/15 21/5 22/11 25/23 28/20
**much [6]** 9/17 19/15 20/8 22/9 26/7 28/9
**multiple [1]** 16/6
**must [1]** 26/1
**my [16]** 4/9 4/14 4/24 5/5 5/15 5/23 6/24 6/25 7/12 9/17 10/15 12/13 19/6 21/17 22/12 29/5

## N

**name [2]** 10/18 28/20
**nationwide [2]** 24/21 24/22
**nature [1]** 16/17
**NCRA [1]** 31/12
**need [8]** 8/24 9/7 12/7 19/1 20/17 21/2 21/24 23/24
**needed [1]** 9/16
**NELSON [3]** 1/14 4/9 4/11
**Nerenberg [1]** 1/23
**never [5]** 7/20 24/23 25/1 25/3 26/1
**new [1]** 21/11
**next [5]** 7/8 12/12 23/14 24/13 25/7
**nice [4]** 4/10 5/9 5/13 27/8
**nine [8]** 5/18 5/21 26/2 26/11 26/13 26/18 26/25 27/8
**no [12]** 1/4 5/8 8/1 12/15 22/9 22/9 26/25 27/7 28/16 30/6 31/12 31/12
**nobody [2]** 6/9 16/3
**nod [1]** 29/7
**none [1]** 22/25
**North [1]** 2/2
**NORTHERN [2]** 1/2 31/13
**not [51]**
**now [5]** 11/3 12/6 13/5 17/21 22/21
**number [1]** 26/18
**numbers [2]** 22/14 22/17
**numbers-wise [1]** 22/17

## O

**O'Connor [1]** 23/21
**object [3]** 8/22 9/7 11/2
**objected [1]** 17/14
**objecting [1]** 27/5
**objection [2]** 11/3 21/23
**objections [3]** 9/5 17/19 27/3
**obviously [5]** 5/24 12/7 20/16 21/12 21/21
**OCTOBER [2]** 1/6 4/2
**odd [1]** 26/18
**off [8]** 9/3 11/18 13/10 16/7 16/12 26/12 27/7 30/7
**Official [1]** 31/13
**Oh [3]** 4/21 4/24 12/2
**okay [12]** 8/12 11/25 18/2 18/9 19/7 20/10 21/2 25/19 27/20 28/24 29/11 29/23
**old [1]** 19/16
**one [21]** 5/13 6/10 6/20 7/8 10/12 17/9 17/17 17/17 17/18 18/10 19/22 19/25 23/3 23/20 24/21 24/24 24/25 27/7 27/19 28/15 29/24
**one-page [1]** 10/12

**ones [1]** 18/11
**only [10]** 6/13 8/18 9/20 12/13 15/21 27/15 27/16 28/7 28/14 28/25
**open [2]** 8/15 17/15
**opening [5]** 8/8 8/8 16/18 17/10 28/11
**opinion [2]** 10/12 10/16
**opinions [1]** 24/17
**opportunity [3]** 8/21 11/7 11/7
**opposite [2]** 6/12 6/14
**option [1]** 26/9
**order [3]** 4/3 17/3 21/18
**other [14]** 10/25 11/25 14/11 15/15 15/18 16/9 17/9 20/11 23/14 24/5 24/10 24/14 26/23 29/24
**otherwise [1]** 14/14
**our [7]** 5/20 10/22 11/17 17/17 19/19 19/20 23/1
**out [18]** 6/12 6/13 6/13 6/16 6/20 6/22 6/23 7/5 13/12 13/23 18/12 18/23 21/1 22/12 23/14 23/22 25/8 25/12
**outlined [1]** 10/15 12/4
**outlines [1]** 10/22
**outstanding [1]** 20/12
**overlap [1]** 14/19
**overlapping [2]** 13/15 13/21
**overruled [1]** 21/12
**own [1]** 25/1

## P

**page [2]** 3/2 10/12
**papers [2]** 12/17 22/1
**paralegals [1]** 8/14
**Paris [2]** 4/14 4/15
**Park [1]** 1/23
**particular [1]** 23/23
**particularly [1]** 7/1
**passing [1]** 24/2
**past [1]** 7/6
**people [2]** 8/14 26/21
**peremptories [2]** 26/3 27/11
**perfect [1]** 26/19
**perhaps [2]** 11/7 22/23
**period [2]** 15/1 16/8
**person [6]** 5/18 5/22 7/9 26/20 26/24 27/12
**personal [1]** 6/22
**peruse [1]** 20/8
**pick [1]** 26/13
**picked [1]** 26/11
**PITTMAN [1]** 1/8
**place [1]** 25/9
**PLAINTIFF [1]** 1/11
**plaintiff's [1]** 8/10
**pleasant [1]** 19/24
**please [2]** 9/8 22/4
**PLLC [3]** 1/19 1/23 2/2
**plug [1]** 7/14
**plugged [1]** 7/19
**plugs [1]** 7/18
**podium [2]** 8/9 9/9
**point [4]** 13/12 15/7 19/25 20/11
**pool [1]** 5/20
**portion [1]** 16/7
**portions [1]** 20/20
**position [2]** 12/16 16/3
**positions [1]** 15/24
**possible [2]** 12/14 12/15

**post [1]** 9/15
**post-trial [1]** 9/15
**practical [1]** 13/14
**practically [5]** 12/14 15/23 15/25 17/5 19/5
**practicing [1]** 23/25
**preach [1]** 26/8
**prefer [2]** 8/3 12/9
**preferred [1]** 23/4
**prejudice [2]** 10/22 12/18 21/19
**prejudicial [1]** 15/2 15/13
**preliminary [1]** 23/7
**preparing [1]** 24/13
**prepped [1]** 11/23
**prescribed [1]** 31/7
**present [2]** 28/18 28/23
**presentation [3]** 11/17 12/5 12/6
**preserve [1]** 11/3
**presided [1]** 6/7
**presiding [2]** 24/11
**presume [1]** 11/2
**PRETRIAL [1]** 1/8
**pretty [1]** 7/22
**probably [4]** 5/14 17/24 23/20 29/8
**problem [5]** 16/1 19/5 24/1 28/2 28/5
**proceedings [3]** 2/10 30/8 31/5
**produced [1]** 2/10
**proper [1]** 10/1
**proposal [1]** 11/11
**proposed [2]** 8/20 30/3
**protect [1]** 8/24
**pull [1]** 6/2
**purpose [1]** 15/18
**purposes [1]** 21/14
**put [8]** 8/5 8/9 15/3 15/4 17/1 22/1 23/13 25/7
**putting [1]** 29/9

## Q

**question [4]** 8/1 13/19 15/23 28/10
**questionnaire [2]** 18/13 29/16
**questionnaires [1]** 19/3
**questions [5]** 8/2 9/19 26/1 26/3 28/6
**quickly [1]** 19/4
**quite [1]** 19/18

## R

**raised [2]** 10/3 14/23
**rare [1]** 18/20
**reached [2]** 18/7 20/11
**read [5]** 12/16 14/21 23/12 24/17 28/3
**really [9]** 5/3 5/3 5/13 6/7 6/19 6/19 6/22 21/2 27/18
**reason [3]** 15/21 22/21 27/9
**receiver [1]** 8/19
**receivership [1]** 8/19
**recently [2]** 6/10 14/12
**record [3]** 29/6 30/7 31/5
**red [1]** 8/6
**regarding [1]** 8/1
**regards [1]** 9/12
**regulations [1]** 23/5
**rehash [1]** 20/24
**related [2]** 17/15 21/24
**relevant [4]** 15/5 17/13 17/19 17/20
**rely [1]** 23/24
**remember [2]** 27/22 28/14 28/20

**R**

report [1] 9/10
reported [1] 2/10
reporter [4] 2/6 7/13 7/13 31/13
REPORTER'S [1] 30/9
respect [1] 19/25
respond [2] 14/16 15/8
result [3] 10/23 15/19 25/5
reurge [1] 22/3
right [12] 4/22 8/9 8/11 11/1 13/25
 16/11 17/14 21/4 25/1 25/23 26/10
 29/13
Room [2] 2/6 31/17
Ross [1] 1/15
route [1] 21/1
RPR [3] 2/6 31/3 31/11
rule [5] 9/16 15/10 21/13 23/10 25/2
rules [3] 8/21 23/5 27/14
ruling [5] 18/3 21/15 21/17 23/10
 24/12
rulings [1] 22/1
run [1] 5/11
running [2] 22/14 23/2

**S**

said [10] 13/3 15/4 19/19 26/20 27/25
 28/1 28/2 28/3 28/4 29/21
sale [2] 8/22 9/6
same [4] 11/16 19/23 24/10 25/10
saw [1] 13/4
say [7] 6/5 6/8 6/17 16/23 23/23 28/19
 29/8
saying [1] 6/19
says [3] 14/7 15/10 15/11
scheduled [1] 23/16
schedules [1] 23/1
script [1] 28/3
search [2] 24/18 24/18
seat [1] 16/23
sectioned [2] 16/6 16/12
see [3] 8/7 18/8 19/4
seemed [1] 6/22
seems [1] 5/24
seen [1] 12/21
segregated [1] 16/25
segregation [1] 30/3
selection [1] 28/4
send [2] 8/13 9/18
sense [1] 27/10
sentencing [1] 28/2
separate [1] 12/5
separated [2] 13/15 14/6
series [1] 14/25
set [1] 17/18
settling [1] 6/3
seven [3] 26/17 26/24 27/9
several [1] 19/21
shaking [1] 12/14
she [2] 7/14 7/14
short [1] 16/7
shorter [1] 5/16
should [8] 8/18 10/21 10/24 14/3 19/8
 20/23 22/5 28/21
shouldn't [3] 12/20 12/20 28/22
show [2] 8/22 27/1
sic [1] 26/16
sick [1] 27/9

Signed [1] 31/9
significance [1] 24/22
significant [3] 8/25 10/24 12/18
since [2] 7/1 24/2
single [1] 17/18
siphoned [1] 11/17
sir [17] 5/8 9/22 10/8 10/13 10/19
 11/10 11/24 12/25 17/7 17/11 18/1
 18/6 20/14 25/17 25/18 28/13 30/1
sit [2] 22/7 26/4
six [5] 26/9 26/13 27/12 27/12 29/8
six-person [1] 27/12
SKIPLAGGED [4] 1/6 4/4 4/12 9/11
Skiplagged's [1] 17/16
Sladek [1] 1/22
Small [1] 5/2
smaller [1] 18/4
socket [1] 7/16
sockets [1] 7/18
sold [1] 8/20
some [14] 5/10 6/7 6/8 7/2 8/24 13/3
 14/11 20/5 22/18 23/23 25/2 25/25
 27/9 29/17
somebody [1] 19/22
someone [2] 27/1 27/9
something [7] 7/11 8/23 8/24 16/23
 20/6 22/13 29/15
sometimes [3] 6/19 23/22 27/24
sophisticated [2] 6/4 6/4
sorry [5] 10/18 13/10 15/22 16/13
 17/23
sound [3] 4/17 22/18 29/1
sounds [1] 26/18
south [1] 7/11
space [1] 7/14
speak [1] 9/21
speaking [6] 11/22 12/14 15/23 15/25
 17/5 19/5
special [1] 19/18
specific [3] 10/2 11/21 22/5
specifically [3] 14/18 14/22 21/13
speech [1] 25/19
spend [1] 5/17
spoke [1] 5/23
spring [1] 16/22
staccato [1] 14/20
staff [1] 6/14
stand [1] 22/11
standpoint [1] 13/14
state [6] 5/5 6/25 22/19 22/24 27/15
 28/9
stated [1] 16/8
statement [1] 8/9
STATES [3] 1/1 1/9 31/8
stenography [1] 2/10
still [6] 7/22 14/8 19/20 25/22 27/1
 30/4
straightforward [1] 13/21
strategic [1] 23/4
Street [4] 1/12 1/19 2/6 31/17
strike [1] 21/13
strikes [1] 27/13
structure [1] 13/17
student [1] 25/3
study [3] 11/6 21/2 29/13
stuff [3] 7/20 13/4 24/13
submit [3] 11/12 14/4 14/8

submitted [10] 9/14 10/9 11/14 13/13
 14/17 14/22 17/12 20/18 21/20 29/17
submitting [1] 9/24
substantive [1] 15/24
such [2] 14/8 19/24
sue [1] 16/8
sufficient [1] 11/3
suggest [1] 30/2
suggested [2] 21/9 21/10
suggesting [2] 10/20 13/14
suing [1] 13/6
Suite [4] 1/12 1/16 1/20 1/24
summarize [1] 13/8
summary [1] 13/4
support [2] 13/13 13/25
supporting [1] 14/9
supposed [1] 29/19
sure [4] 9/9 17/22 20/21 24/17
surprised [2] 6/8 7/2
switchblade [1] 25/1
system [1] 6/6

**T**

table [1] 8/10
tables [1] 9/3
take [13] 8/18 8/18 9/15 12/10 16/14
 17/2 17/17 18/2 19/9 21/22 21/24
 21/25 30/6
taken [1] 9/10
taking [2] 16/2 24/25
talk [1] 5/6
talked [1] 7/24
talking [3] 13/22 22/9
Tarrant [1] 19/20
team [1] 4/7
teams [2] 6/1 7/4
technology [2] 7/5 7/9
Telephone [7] 1/13 1/17 1/21 1/25 2/4
 2/7 31/18
tell [5] 15/20 22/12 23/24 25/9 25/23
telling [3] 22/21 24/15 25/20
tend [2] 26/23 26/24
testimony [4] 11/19 11/20 14/19 16/9
TEXAS [12] 1/2 1/5 1/13 1/16 1/20
 1/24 2/3 2/7 4/14 31/12 31/13 31/17
than [12] 5/21 7/5 7/21 12/10 15/18
 22/15 23/14 24/5 25/22 26/7 26/15
 28/16
Thank [3] 4/10 10/17 20/9
Thanks [1] 29/12
that [158]
that's [23] 5/15 6/24 8/23 9/24 11/3
 13/18 13/25 15/21 16/20 18/18 18/20
 18/23 20/13 20/19 21/14 22/7 25/5
 25/14 26/13 28/2 28/5 28/17 29/11
their [7] 12/16 12/17 12/22 15/15
 17/14 24/15 26/20
them [18] 5/15 5/16 13/4 14/5 14/10
 14/13 15/16 15/19 18/8 19/4 19/7
 19/22 20/7 20/8 21/8 21/23 25/9 26/11
themselves [1] 25/12
then [6] 5/4 5/11 12/7 12/11 18/4 28/3
theory [1] 21/11
there [8] 8/4 8/11 10/24 13/15 14/23
 15/16 16/22 24/7
there's [6] 10/9 12/18 13/19 17/9
 17/12 28/19

**T**

these [8] 1/2 6/18 9/9 11/21 20/5 24/21 25/5

they [19] 5/14 10/3 10/25 12/11 12/19 13/5 14/9 14/10 14/14 14/14 15/16 15/17 19/16 19/16 24/16 25/11 25/22 26/4 26/4

they're [11] 11/15 12/21 13/5 13/20 14/12 17/18 17/20 19/22 24/8 25/11 25/14

they've [5] 11/14 12/22 16/8 17/14 23/25

thing [5] 18/20 21/4 21/22 24/10 29/25

things [5] 10/25 22/23 23/20 25/15 27/25

think [30] 6/2 6/19 9/12 10/3 10/15 10/21 11/8 11/14 11/15 12/10 12/18 13/16 13/19 14/3 14/12 15/13 15/24 15/25 17/13 17/18 17/20 18/7 19/18 20/4 21/2 24/4 25/11 26/22 27/4 29/9

thinking [1] 13/8

thinks [1] 23/16

third [1] 20/25

this [60]

Thornton [1] 1/22

those [16] 7/19 8/5 9/13 9/15 9/16 9/18 9/19 14/21 17/17 21/17 21/19 22/3 23/8 24/6 27/1 31/7

though [1] 20/8

thought [5] 6/12 6/15 6/23 18/14 29/1

three [5] 18/4 22/15 23/2 27/1 27/16

through [1] 17/18

tight [1] 6/1

time [21] 4/3 5/23 5/25 12/19 16/7 16/8 16/20 19/23 19/25 20/8 22/5 22/23 23/1 24/8 28/8 28/11 28/17 28/22 29/6 29/20 30/4

times [5] 16/6 22/15 23/2 25/10 25/20

TOBIN [3] 1/22 1/22 4/14

today [4] 16/15 16/15 18/14 29/15

together [3] 14/2 15/2 25/15

told [2] 21/10 25/5

ton [1] 13/13

too [5] 7/24 9/17 20/22 20/23 22/9

took [2] 13/4 16/8

total [1] 28/12

towards [1] 22/4

town [5] 18/23 22/12 23/22 25/8 25/12

trademark [1] 13/7

transactions [1] 14/25

transcript [4] 1/8 2/10 31/4 31/6

Traurig [1] 1/15

trial [21] 5/11 5/21 5/25 6/6 7/4 7/7 7/12 9/10 9/15 12/19 13/17 15/6 15/18 16/1 17/25 22/2 22/4 24/11 26/14 26/15 29/7

trials [2] 6/6 14/11

trick [1] 5/15

tried [4] 6/11 23/17 26/1 29/2

trimmed [1] 6/9

trouble [2] 9/17 25/13

true [2] 25/20 31/4

try [9] 5/22 6/18 6/18 9/17 14/2 14/20 23/14 25/6 25/6

trying [6] 5/24 13/17 15/25 20/24 26/17 30/4

turn [2] 5/11 7/25

**U**

twice [1] 6/11

two [14] 5/14 7/16 8/5 11/13 14/9 16/22 22/15 23/6 23/16 24/21 25/5 25/21 26/16 27/25

two-judge [1] 22/16

type [3] 17/18 21/22 21/23

typically [5] 5/11 5/16 5/17 5/21 8/5

**U**

U.S [1] 24/18

uncontested [1] 20/18

under [7] 8/20 16/14 17/2 18/2 26/12 26/25 27/14

understand [7] 9/11 15/24 16/24 19/1 24/19 25/16 27/6

understanding [1] 21/18

unfair [1] 20/12

UNITED [3] 1/1 1/9 31/8

Unless [1] 9/6

unusual [1] 5/21

up [21] 4/19 6/9 8/15 8/18 8/22 9/5 10/1 12/1 14/18 16/18 17/17 21/22 21/24 21/25 22/11 25/3 26/15 26/17 26/21 27/1 27/9

upon [2] 20/6 23/24

us [7] 12/7 13/6 15/2 19/24 20/16 27/13 28/11

use [4] 18/13 18/25 19/1 28/8

used [3] 20/1 24/5 28/17

using [1] 19/3

**V**

verdict [1] 13/25

verdicts [2] 6/8 7/2

very [11] 5/9 5/24 6/1 6/4 6/10 9/25 11/20 16/7 20/20 20/3 21/25

view [1] 24/15

voir [3] 27/21 27/23 28/11

VOL [1] 3/2

VOLUME [1] 1/7

voluntarily [1] 20/16

vs [2] 1/5 4/4

**W**

wait [1] 17/22

want [25] 6/2 13/12 13/18 13/24 16/23 16/24 17/21 17/22 18/8 18/13 18/14 19/1 19/14 22/3 22/17 22/12 22/18 22/13 25/8 27/23 28/21 29/7 29/16 30/2 30/3

wanted [3] 7/14 22/1 27/5

wanting [1] 6/18

wants [3] 8/21 13/18 17/21

warning [1] 7/21

was [21] 6/12 6/15 6/23 7/11 7/12 7/13 7/15 7/21 10/10 14/22 21/10 21/18 21/19 21/25 22/24 22/23 23/8 24/6 26/14 28/15 29/19

Washington [1] 5/5

wasn't [1] 23/10

way [12] 6/12 6/14 9/13 9/16 12/4 13/17 14/12 14/18 16/25 18/24 30/2 30/3

we [83]

we'd [2] 18/14 25/22

we'll [3] 8/5 9/7 20/6

we're [10] 5/23 7/7 7/8 6/16 18/22 22/18

23/3 24/4 24/25 27/12 30/4

we've [5] 7/1 12/21 12/12 18/7 20/15

week [7] 7/9 7/8 23/14 24/1 24/22 25/7 26/21 29/4

weekend [1] 26/15

well [19] 4/17 5/5 5/6 8/13 12/16 13/2 14/7 15/3 15/4 18/18 21/9 26/6 27/14 27/25 28/1 28/2 28/3 28/5 30/7

were [6] 13/3 13/5 14/23 21/14 21/19 21/21

Westlaw [1] 24/18

whack [1] 6/22

what [28] 6/19 6/23 8/8 10/21 11/11 12/11 12/21 13/2 13/8 13/13 13/17 13/18 14/7 14/16 15/16 15/18 18/8 24/19 25/14 25/23 25/25 26/4 27/15 27/25 28/8 28/21 28/21 29/8

what's [2] 7/6 7/20

when [16] 10/1 10/24 11/7 12/1 13/19 20/8 21/17 22/3 22/23 23/2 24/6 24/9 24/11 25/7 27/24 28/14

where [10] 4/19 7/10 7/17 7/19 8/3 8/5 10/9 14/22 19/16 26/3

whether [1] 24/25

which [5] 5/19 8/17 24/14

while [2] 21/19 24/2

whine [1] 22/22

whining [1] 22/18

who [4] 4/12 4/14 5/4 21/6

why [8] 16/20 18/23 22/21 22/22 25/5 25/10 25/14 26/13

Wichita [1] 7/7

will [26] 5/14 5/16 6/5 7/9 9/1 9/4 10/1 10/3 11/22 12/10 12/19 15/15 15/16 16/6 16/7 16/18 16/19 20/21 20/22 20/22 21/23 21/25 22/4 23/24 29/4 29/17

WILLENBURG [4] 2/6 31/3 31/11 31/11

WILLIAM [1] 1/18

willing [1] 18/25

win [1] 27/4

wise [1] 22/17

wisely [1] 28/8

withdraw [1] 20/16

within [2] 21/8 30/4

without [1] 21/19

witness [2] 12/12 16/5

witnesses [7] 11/21 13/22 13/22 14/19 16/4 17/1 26/16

won't [2] 12/6 15/16 15/17

wonder [1] 24/6

wondering [1] 21/14

word [2] 16/2 19/9

words [1] 11/25

work [4] 19/17 24/9 24/14 25/22

worked [2] 16/5 18/12

works [1] 19/23

world [2] 5/2 26/19

worried [2] 28/1 28/3

worry [1] 9/2

worse [1] 23/3

worth [12] 1/3 1/5 1/13 1/20 2/7 8/13 18/24 22/13 25/9 25/15 31/14 31/17

worthwhile [1] 6/2

would [26] 6/9 7/4 8/13 9/14 9/15 10/6 10/6 11/6 11/11 11/18 11/20 12/1 12/9

**W**

would [19] 4/9 4/21 15/2 16/25
19/23 20/15 20/20 20/20 20/25 21/16
21/22 25/25 29/8
**wouldn't [5]** 14/1 14/2 14/14 22/25
28/18
**writings [1]** 26/20
**wrong [2]** 9/6 15/19

**Y**

**yahoo.com [2]** 2/8 31/19
**Yeah [9]** 4/25 5/1 7/24 9/23 12/3 12/8
20/4 21/7 27/17
**years [6]** 6/25 13/5 13/6 15/1 23/25
24/3
**yes [19]** 9/22 10/8 10/13 11/5 11/10
11/24 12/25 13/11 17/7 17/11 18/1
18/6 18/17 18/22 20/14 25/17 25/18
28/13 30/1
**yesterday [1]** 25/6
**you [139]**
**you'd [2]** 17/4 21/20
**you'll [2]** 24/19 28/6
**you're [16]** 4/15 4/21 6/3 7/17 13/8
13/14 13/22 19/20 20/7 22/20 23/2
24/9 26/7 27/4 28/1 28/8
**you've [2]** 19/11 28/11
**you-all [12]** 5/25 6/17 7/4 16/14 17/4
17/23 18/16 19/3 20/5 24/17 28/21
29/20
**young [1]** 24/6
**your [47]**
**yours [1]** 7/9
**yourself [1]** 4/7