# KELLY HART

### ATTORNEYS AT LAW

JULIA WISENBERG
julia.wisenberg@kellyhart.com

TELEPHONE: (817) 878-3520
FAX: (817) 878-9280

July 23, 2025

<u>Via Hand Delivery</u>
Tamara Ellis, Appeals Clerk
United States District Court
Northern District of Texas—Fort Worth Division
501 W. 10th Street, Room 310
Fort Worth, Texas 76102-3673

Re:   *American Airlines, Inc. v. Skiplagged, Inc.*, Cause No. 25-10703, appeal pending in the United States Court of Appeals for the Fifth Circuit from Cause No. 4:23-cv-00860-P (case terminated 6/6/25)

Dear Ms. Ellis:

Our firm represents American Airlines, Inc. in the above-referenced matter which has been appealed to the United States Court of Appeals for the Fifth Circuit. Pursuant to the Court's Orders, the parties have jointly filed the majority of admitted trial exhibits with the District Court. *See* ECF 359; *see also* Docket Text for ECF 356 & 357 ("IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice."). However, the parties were instructed to provide slip sheets for all exhibits which could not be uploaded to CM/ECF (due to file size and/or type).

As such, the parties provided slip sheets for the following exhibits: PX008, PX031 (two files), PX104 (two files), PX114 – PX122, PX163, DX34, and DX59 – DX63. Pursuant to the instructions of the Clerk's Office, enclosed herein is a USB drive that contains electronic copies of those admitted trial exhibits which the parties were not able to upload to the ECF filing system.

If you have questions or need anything further from our office to assist with the compilation of the trial court record for the Fifth Circuit, please do not hesitate to contact me.

Respectfully,

/s/ Julia Wisenberg

Julia G. Wisenberg

Enclosure
cc:   Opposing counsel, via email (w/o enclosure)

FORT WORTH OFFICE | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280
AUSTIN OFFICE | 303 COLORADO, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401
NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813
BATON ROUGE OFFICE | 301 MAIN STREET, SUITE 1600 | BATON ROUGE, LA 70801 | TELEPHONE: (225) 381-9643 | FAX: (225) 336-9763
MIDLAND OFFICE | 500 W. ILLINOIS STREET, SUITE 800 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518
Kelly Hart & Hallman, a Limited Liability Partnership | www.kellyhart.com